# Exhibit A

**Yuga Labs' Bored Ape Yacht Club Twitter Page**



1

## Yuga Labs' Bored Ape Yacht Club OpenSea Page



## Yuga Labs' Bored Ape Yacht Club Website Homepage



## Yuga Labs' ApeFest Website Home Page

