ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiffs
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, and DOES 1-10, <br><br> Defendants. | Case No.: <br><br> **CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Yuga Labs certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Yuga Labs, certifies that Yuga Labs is not aware of other parties that have a pecuniary interest in the outcome of this case.

Dated: June 24, 2022

FENWICK & WEST LLP

By: */s/ Eric Ball*
    Eric Ball

Attorneys for Plaintiff
Yuga Labs, Inc.