ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10,<br><br>          Defendant. | Case No.: 2:22-cv-04355-CAS-JEM<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Christina A. Snyder |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE
2  CLERK OF THE COURT:
3  **PLEASE TAKE NOTICE** that Ethan M. Thomas of the law firm of
4  Fenwick & West LLP hereby enters his appearance in this action on behalf of
5  Plaintiff Yuga Labs, Inc. The email address for Mr. Thomas for purposes of receipt
6  of Notices of Electronic Filing is:
7  ethomas@fenwick.com and rpelayo@fenwick.com.

9  Dated: June 29, 2022            FENWICK & WEST LLP
10                                 By:  /s/   Ethan M. Thomas
11                                       ETHAN M. THOMAS
12                                 Attorneys for Plaintiff
                                   YUGA LABS, INC.