| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA  94041 |
| | Telephone:   650.988.8500 |
| 5 | Facsimile:    650.938.5200 |
| 6 | ANTHONY M. FARES (CSB No. 318065) |
| | afares@fenwick.com |
| 7 | ETHAN M. THOMAS (CSB No. 338062) |
| | ethomas@fenwick.com |
| 8 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 9 | San Francisco, CA  94104 |
| | Telephone:   415.875.2300 |
| 10 | Facsimile:    415.281.1350 |

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
|---|---|
| Plaintiff, | **PLAINTIFF YUGA LABS, INC.'S DECLARATION OF LEAD TRIAL COUNSEL RE:  COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| vs. | |
| RYDER RIPPS, JEREMY CAHEN, and DOES 1-10, | |
| Defendants. | Honorable John F. Walter |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Eric Ball, declare:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. As Lead Counsel for Plaintiff in this action, I am submitting this declaration as requested by this Court pursuant to the Court's Standing Order issued in this matter on June 30, 2022. *See* Dkt. 14.

3. I have registered as a CM/ECF User using my E-mail Address of Record: eball@fenwick.com. I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 5th day of July, 2022.

Dated: July 5, 2022
FENWICK & WEST LLP

By: */s/ Eric Ball*
    Eric Ball

Attorneys for Defendant
YUGA LABS, INC.

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 801 California Street, Mountain View, CA 94041. On the date set forth below, I served a copy of the following document **PLAINTIFF YUGA LABS, INC.'S DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Ryder Ripps
> 31609 2nd Street
> Acton, CA 93510

☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: July 5, 2022

*Marti Guidoux*
Marti Guidoux

FENWICK & WEST LLP
ATTORNEYS AT LAW