Louis W. Tompros
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuga Labs, Inc.<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen, and Does 1-10<br><br>Plaintiff(s) / Defendant(s) | CASE NUMBER<br>2:22-cv-04355-JFW-JEMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tompros, Louis W.
*Applicant's Name (Last Name, First Name & Middle Initial*
617-526-6886      617-526-5000
*Telephone Number*   *Fax Number*
louis.tompros@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ryder Ripps and Jeremy Cahen

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Nikogosyan, Henry M
*Designee's Name (Last Name, First Name & Middle Initial*
326277         1-213-443-5316      1-213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
henry.nikogosyan@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application:
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
         ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

/DATED: July 12, 2022                    *[signature]*
                                **U.S. District Judge**