1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  **WILMER CUTLER PICKERING
     HALE AND DORR LLP**
3  60 State Street
   Boston, MA 02109
4  Telephone: (617) 526-6000
   Fax: (617) 526-5000
5
   Henry Nikogosyan (SBN 326277)
6  henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
7    HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
8  Los Angeles, CA 90071
   Telephone: (213) 443-5300
9  Fax: (213) 443-5400

10 *Attorneys for Defendants
   Ryder Ripps and Jeremy Cahen*
11

12            **UNITED STATES DISTRICT COURT**
13            **CENTRAL DISTRICT OF CALIFORNIA**
14                   **WESTERN DIVISION**
15

| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
|---|---|
| Plaintiff, | **DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANTS RYDER RIPPS AND JEREMY CAHEN** |
| v. | |
| Ryder Ripps, Jeremy Cahen, Does 1-10, | Judge: Hon. John F. Water |
| Defendants. | |

I, Louis W. Tompros, declare as follows:

1. I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts. I have personal knowledge of the facts set forth herein and with the proceedings in this case. If called to testify as a witness, I would do so competently under oath.

2. Pursuant to the Court's Standing Order dated June 30, 2022 (Dkt. 14), I am submitting this declaration as lead counsel for Defendants Ryder Ripps and Jeremy Cahen.

3. I have registered as a CM/ECF User using my email address of record: louis.tompros@wilmerhale.com.

4. I have read the Court's Standing Order and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 12th day of July, 2022.

By: /s/  Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Attorney for Defendants
*Ryder Ripps and Jeremy Cahen*

-1-

Case No. 2:22-cv-04355-JFW-JEM                    DECLARATION OF LEAD TRIAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on July 13, 2022.

Dated:  July 13, 2022                    By: /s/  Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Attorney for Defendants
*Ryder Ripps and Jeremy Cahen*