NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Louis W. Tompros (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street, Boston, MA 02109
Telephone: (617) 526-6000
Henry Nikogosyan (SBN 326277)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave., Suite 2400, Los Angeles, CA 90071
Telephone: (213) 443-5300

ATTORNEY(S) FOR: Ryder Ripps and Jeremy Cahen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yuga Labs, Inc.,

Plaintiff(s),

v.

Ryder Ripps, Jeremy Cahen, Does 1-10,

Defendant(s)

CASE NUMBER:

2:22-cv-04355-JFW-JEM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ryder Ripps and Jeremy Cahen
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryder Ripps | Defendant |
| Jeremy Cahen | Defendant |

July 13, 2022
Date

/s/ Louis W. Tompros
Signature

Attorney of record for (or name of party appearing in pro per):

Ryder Ripps and Jeremy Cahen