Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff Yuga Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                              Plaintiff,<br><br>     v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>                              Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND MODIFY BRIEFING SCHEDULE FOR 12(B) MOTIONS**<br><br>Judge: Hon. John F. Walter |

1        Pursuant to Civil Local Rule 7-1 and this Court's Standing Order ¶ 7 (Dkt. 14),

2    Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps

3    and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their

4    respective counsel of record, hereby stipulate as follows:

5                         **Extended Deadline to Respond to Complaint**

6        WHEREAS, Plaintiff filed the Complaint (Dkt. 1) against Defendant Ripps and

7    Defendant Cahen on June 24, 2022;

8        WHEREAS, Defendant Ripps was served with the Complaint on June 29, 2022

9    and Defendant Ripps' current deadline to respond to the Complaint is July 20, 2022;

10       WHEREAS, Defendant Cahen was served with the Complaint on July 14, 2022

11   and Defendant Cahen's current deadline to respond to the Complaint is August 4,

12   2022;

13       WHEREAS, the Parties agreed that Defendant Cahen would accept service of

14   the Complaint by email through counsel and such service has been effected as a result

15   of the Parties' agreements set forth herein;

16       WHEREAS, the Parties have agreed and request that the deadline for both

17   Defendants to respond to Plaintiff's Complaint be set to August 29, 2022, which

18   extends Defendant Ripps' deadline to respond to the Complaint by forty (40) days and

19   extends Defendant Cahen's deadline to respond to the Complaint by twenty-five (25)

20   days;

21       WHEREAS, the Parties have also agreed and request that, in the event this

22   extension is granted, the hearing date for any motion filed pursuant to Fed. R. Civ. P.

23   12(b) will be on or after October 3, 2022.

24       WHEREAS, good cause exists to grant these requests so Defendants can

25   properly review and respond to Plaintiff's claims and assess potential defenses.

26   Defendants retained their undersigned litigation counsel less than two weeks before

27   Defendant Ripps' response is due.  The Parties agree that this case will likely involve

28

1    novel issues of law and fact.  Given the complexity of the case, Defendants believe

2    that additional time is needed to respond to the Complaint.

3         WHEREAS, good cause exists to grant these requests because setting one

4    response date for all Defendants promotes the interests of efficiency and judicial

5    economy.  Plaintiff was unable to serve Defendant Cahen until recently, resulting in a

6    response date more than two weeks later than Defendant Ripps.  Setting different

7    response dates for Defendants would undermine Defendants' counsel's ability to

8    coordinate their clients' defenses, and perhaps require Plaintiff and the Court to

9    address two separate 12(b) motions at two separate times.  Setting a single response

10   date, as this stipulation requests, would allow Defendants' counsel sufficient time to

11   consolidate their arguments for both clients in a single motion to dismiss, if they

12   choose to file one.

13        WHEREAS, good cause exists to grant these requests because the Parties

14   agreed on the extended deadline through an exchange of concessions to accommodate

15   each party's legitimate concerns and availability in order to advance this case

16   meaningfully and expeditiously.  Denying these requests may provide an unfair

17   advantage to one party.

18        WHEREAS, good cause exists to grant these requests because the current

19   deadline to respond to the Complaint conflicts with Defendants' counsel's pre-existing

20   obligations for a court hearing and out-of-country travel plans.

21        WHEREAS, this is the Parties' first request to extend the deadline to respond to

22   the Complaint and set a hearing date.

23        **Modified Briefing Schedule for 12(b) Motions**

24        WHEREAS, the Local Rules for the United States District Court for the Central

25   District of California require that an opposition to a motion must be on file "not later

26   than twenty-one (21) days before the date designated for the hearing of the motion"

27

28

-2-

and replies must be on file "not later than fourteen (14) days before the date designated for the hearing of the motion."  L.R. 7-9, 7-10.

WHEREAS, this Court's Standing Order states: "No motion shall be noticed for hearing for more than 35 calendar days after service of the motion unless otherwise ordered by the Court."  Standing Order ¶ 5(a).

WHEREAS, the Parties have agreed to and request a modified briefing schedule for any motion filed pursuant to Fed. R. Civ. P. 12(b) on or before August 29, 2022 to the effect that:

1. any opposition to such motion would be due on or before thirty (30) days after the motion is filed;

2. any reply to such opposition would be due on or before fourteen (14) days after the opposition is filed; and

3. the date of the hearing on such motion would be set on the first Motion Day[1] that is at least fourteen (14) days after the filing date for the reply.

WHEREAS good cause exists to grant this request due to the complexity of issues in this case.  The Parties agree that Plaintiff's Complaint raises complex and novel issues of law and fact.  The Parties believe that, in the event Defendants file a motion to dismiss, Plaintiff would need additional time to prepare their opposition to address the novel and complex issues that would be involved in this motion.  Likewise, the Parties believe that Defendants would need additional time to prepare their reply to address the novel and complex issues that would be involved in Plaintiff's opposition.

WHEREAS, good cause exists to grant this request because the parties agreed on the modified briefing schedule through an exchange of concessions to

_____

[1] The Court "hears motions on Mondays commencing at 1:30 p.m."  Standing Order ¶ 5(a) (Dkt. 14).

accommodate each party's legitimate concerns and availability in order to advance this case meaningfully and expeditiously.  Denying this request may provide an unfair advantage to one party.

WHEREAS, this is the Parties' first request to modify any briefing schedule, and this modification will not impact any dates set or ordered by the Court.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the parties, through their respective attorneys, that:

1.     Defendant Ripps' deadline to respond to the Complaint was July 20, 2022, and Defendant Cahen's deadline to respond to the Complaint was August 4, 2022.

2.     Defendants Ripps and Cahen's deadline to respond to the Complaint shall be set to August 29, 2022.

3.     If this extension is granted, the hearing for any motion filed by Defendants pursuant to Fed. R. Civ. P. 12(b) on or before August 29, 2022 shall be held on or after October 3, 2022.

4.     For purposes of any motion filed pursuant to Fed. R. Civ. P. 12(b):

      a.  any opposition to such motion shall be due on or before thirty (30) days after the motion is filed;

      b.  any reply to such opposition shall be due on or before fourteen (14) days after the opposition is filed; and

      c.  the date of the hearing on such motion shall be set on the first Motion Day that is at least fourteen (14) days after the reply is filed.

5.     This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

1   Dated:  July 14, 2022                     By: /s/   *Louis W. Tompros*

2                                             Louis W. Tompros (*pro hac vice*)
3                                             louis.tompros@wilmerhale.com
     **WILMER CUTLER PICKERING
       HALE AND DORR LLP**
4                                             60 State Street
                                              Boston, MA 02109
5                                             Telephone: (617) 526-6000
                                              Fax: (617) 526-5000
6
                                              Henry Nikogosyan (SBN 326277)
7                                             henry.nikogosyan@wilmerhale.com
     **WILMER CUTLER PICKERING
       HALE AND DORR LLP**
8                                             350 South Grand Ave., Suite 2400
9                                             Los Angeles, CA 90071
                                              Telephone: (213) 443-5300
10                                            Fax: (213) 443-5400

11                                            *Attorneys for Defendants
                                              Ryder Ripps and Jeremy Cahen*
12

13

14   Dated:  July 14, 2022                    By: /s/   *Eric Ball*

15                                            ERIC BALL (CSB No. 241327)
16                                            eball@fenwick.com
                                              KIMBERLY CULP (CSB No. 238839)
17                                            kculp@fenwick.com
                                              FENWICK & WEST LLP
18                                            801 California Street
                                              Mountain View, CA 94041
19                                            Telephone: 650.988.8500
                                              Fax: 650.938.5200
20
                                              ANTHONY M. FARES (CSB No. 318065)
21                                            afares@fenwick.com
                                              ETHAN M. THOMAS (CSB No. 338062)
22                                            ethomas@fenwick.com
                                              FENWICK & WEST LLP
23                                            555 California Street, 12th Floor
                                              San Francisco, CA 94104
24                                            Telephone: 415.875.2300
                                              Fax: 415.281.1350
25
                                              *Attorneys for Plaintiff Yuga Labs, Inc.*
26

27

28

-5-

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Henry Nikogosyan attests that concurrence in the filing of this document has been obtained from Kimberly Culp.

Dated:  July 14, 2022                          By: /s/   *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on July 14, 2022.

Dated:  July 14, 2022

By: /s/   *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*