# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEMx<br><br>**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND MODIFY BRIEFING SCHEDULE FOR 12(B) MOTIONS** |

　　　　Having considered the Stipulation to Extend Time to Respond to The Complaint and Modify Briefing Schedule for 12(b) Motions, and having found good cause as set forth therein, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant Ripps' deadline to respond to the Complaint was July 20, 2022, and Defendant Cahen's deadline to respond to the Complaint was August 4, 2022.

　　　　2.　　Defendants Ripps and Cahen's deadline to respond to the Complaint is hereby set to August 29, 2022.

　　　　3.　　The hearing for any motion filed by Defendants pursuant to Fed. R. Civ. P. 12(b) on or before August 29, 2022, shall be held on or after October 3, 2022.

　　　　4.　　For purposes of any motion filed pursuant to Fed. R. Civ. P. 12(b):

      a. any opposition to such motion shall be due on or before thirty (30) days after the motion is filed;

      b. any reply to such opposition shall be due on or before fourteen (14) days after the opposition is filed; and

      c. the date of the hearing on such motion shall be set on the first Motion Day that is at least fourteen (14) days after the reply is filed.

5. This order is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

Dated: July 15, 2022        By: _____
                                          Honorable John F. Walter
                                          United States District Judge