| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ERIC BALL SBN: 241327<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET  MOUNTAIN VIEW, CA 94041 | |
| TELEPHONE NO.: (650) 988-8500 | FAX NO. (650) 938-5200 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA CENTRAL DIVISION | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , CA | |
| BRANCH NAME: | |
| PLAINTIFF: YUGA LABS, INC. | CASE NUMBER: |
| DEFENDANT: RYDER RIPPS, JEREMY CAHEN | 2:22-cv-04355-CAS-JEM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  See attached Document List
3. a. Party served *(specify name of party as shown on documents served)*:
   **RYDER RIPPS**
   Age: 34   Weight: 160   Hair: BLACK   Sex: Male
   Height: 5'7   Eyes:   Race: CAUCASIAN

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **31609 2nd St**
   **Acton, CA 93510**

5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/29/2022   (2) at *(time)*: **2:52 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10<br>POS010-1/187211A |

PETITIONER: YUGA LABS, INC
CASE NUMBER: 2:22-cv-04355-CAS-JEM
RESPONDENT: RYDER RIPPS, JEREMY CAHEN

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*         (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
          ☐ other:

7. **Person who served papers**
   a. Name: **BURGESS KURZON - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 225.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner   ☐ employee   ☑ independent contractor.
        (ii) Registration No.: **1288**
        (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **6/29/2022**

**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683 | (866) 754-0520**

**BURGESS KURZON**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

JPL PROCESS SERVICE, LLC

WESTMINSTER, CA 92683

Phone: (866) 754-0520   Fax: (866) 684-4815

Continued from Proof of Service

**CLIENT:** FENWICK & WEST LLP

**CLIENT FILE #:**                                      **DATE:** June 29, 2022

**SUBJECT:** RYDER RIPPS

CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) COUNSEL ARE REQUIRED TO FURNISH AND DISCUSS THIS NOTICE WITH THEIR CLIENTS; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; REPORT ON THE FILING OR DETERMINATION OF ANACTION REGARDING A PATENT OR TRADEMARK; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

