ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, and DOES 1-10, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PROOF OF SERVICE** |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California

Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following documents:

- Complaint For False Designation Or Origin, False Advertising, Cybersquatting, Trademark Infringement, Unfair Competition, Unjust Enrichment, Conversion, And Tortious Interference;
- Exhibit A To The Complaint;
- Civil Cover Sheet;
- Summons In A Civil Action;
- Judge John F. Walter's Standing Order;
- Yuga Labs, Inc.'s Document Request to Ryder Ripps, Set One;
- Yuga Labs, Inc.'s Interrogatories to Ryder Ripps, Set One;
- Notice Of Subpoena;
- Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action;
- Corporate Disclosure Statement And Notice Of Interested Parties;
- Report On The Filing Or Determination Of Action Re Patent Or Trademark;
- Notice To Counsel Re Consent To Proceed Before A United States Magistrate Judge;
- Plaintiff Yuga Labs, Inc.'s Declaration Of Lead Trial Counsel Re: Compliance With Local Rules Governing Electronic Filing.

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Louis W. Tompros
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**

Henry Nikogosyan
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**

Alfred David Steiner
steiner@meistersteiner.com
**MEISTER & STEINER PLLC**

☑ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: July 14, 2022        /s/ Raymond F. Pelayo
                           Raymond F. Pelayo