Scott W. Bertulli
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuga Labs, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Ryder Ripps, Jeremy Cahen, and Does 1-10<br><br>Defendant(s) | CASE NUMBER<br>2:22-cv-04355-JFW-JEMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bertulli, Scott W.
*Applicant's Name (Last Name, First Name & Middle Initial*

617-526-6767           617-526-5000
*Telephone Number*        *Fax Number*

scott.bertulli@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ryder Ripps and Jeremy Cahen

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Nikogosyan, Henry M
*Designee's Name (Last Name, First Name & Middle Initial*

326277                 1-213-443-5316       1-213-443-5400
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

henry.nikogosyan@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
    350 South Grand Avenue, Suite 2400
    Los Angeles, California 90071
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: August 1, 2022

*[signature]*
U.S. District Judge