Name and address:
Monica Grewal
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuga Labs, Inc.<br><br>Plaintiff(s)<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen, and DOES 1-10<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-04355-JFW-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Monica Grewal   of   Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109
*Applicant's Name (Last Name, First Name & Middle Initial)*   *Firm/Agency Name & Address*

617-526-6886   617-526-5000
*Telephone Number*   *Fax Number*

monica.grewal@wilmerhale.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Ryder Ripps and Jeremy Cahen

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Nikogosyan, Henry M.   of   Wilmer Cutler Pickering Hale and Dorr, 350 South Grand Avenue, Suite 2400, Los Angeles, CA 90071
*Designee's Name (Last Name, First Name & Middle Initial)*   *Firm/Agency Name & Address*

326277   1-213-443-5316   1-213-443-5400
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

henry.nikogosyan@wilmerhale.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated _____   _____
   U.S. District Judge/U.S. Magistrate Judge