Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                              Plaintiff,<br><br>     v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10;<br><br>                              Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF LOUIS W. TOMPROS IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S ANTI-SLAPP MOTION TO STRIKE COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS** |

I, Louis W. Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of excerpts from the website https://rrbayc.com is attached hereto as Exhibit 1.

3. A true and correct copy of the website https://gordongoner.com is attached hereto as Exhibit 2.

4. A true and correct copy of the *New York Times* article "Ryder Ripps: An Artist of the Internet" is attached hereto as Exhibit 3.

5. A true and correct copy of the *Forbes* profile for Ryder Ripps including his listing under "30 under 30 – Art & Style (2016)" is attached hereto as Exhibit 4.

6. A true and correct copy of a review of Mr. Ripps's *Ho* exhibition in *The Brooklyn Rail* is attached hereto as Exhibit 5.

7. A true and correct copy of Postmasters Gallery's online listing for Mr. Ripps's *Ho* exhibition is attached hereto as Exhibit 6.

8. A true and correct copy of a review of Mr. Ripps's *Alone Together* installation in the publication *Complex* is attached hereto as Exhibit 7.

9. A true and correct copy of the *Yahoo! Finance* article "CryptoPunks Get Punked" is attached hereto as Exhibit 8.

10. A true and correct copy of the Anti-Defamation League's webpage for the hate symbol 18 is attached hereto as Exhibit 9.

11. A true and correct copy of "Neoecofascism: The Example of the United States" published in the *Journal for the Study of Radicalism*, Vol. 14, No. 2, is attached hereto as Exhibit 10.

12. A true and correct copy of "The Secret Histories of the Radical Right on 4chan/pol" is attached hereto as Exhibit 11.

13. A true and correct copy of *The Marginalia Review* article "The Alt-Right Apocalypse" is attached hereto as Exhibit 12.

14. A true and correct copy of Richard Spencer's July 31, 2022, 5:54 p.m. Twitter post is attached hereto as Exhibit 13.

15. A true and correct copy of the Wave Ninja article "Thousands of Lies: Wylie Aronow Acknowledges Longtime Friendship with 'Alt-Write' Publisher" is attached hereto as Exhibit 14.

16. A true and correct copy of the *IdentifyEvropa* article "Matthew Robert Warner: From GamerGate to Identity Evropa" is attached hereto as Exhibit 15.

17. A true and correct copy of the GH Records page for the "Surf The Kali Yuga – T-Shirt" is attached hereto as Exhibit 16.

18. A true and correct copy of compiled Twitter posts criticizing Yuga Labs, Inc.'s use of simianization is attached hereto as Exhibit 17.

19. A true and correct copy of the *Input Magazine* article "Bored Ape Yacht Club finally responds to neo-Nazism accusations" is attached hereto as Exhibit 18.

20. A true and correct copy of the OpenSea listing for BAYC #3721 is attached hereto as Exhibit 19.

21. A true and correct copy of the OpenSea listing for BAYC #6281 is attached hereto as Exhibit 20.

22. A true and correct copy of the mirror.xyz page displaying metadata provenance information associated with "Otherdeeds" in Yuga Labs, Inc.'s metaverse "Otherside" is attached hereto as Exhibit 21.

23. A true and correct copy of the *CoinDesk* article "The Bored Ape Founders Haven't Yet Joined the Yacht Club: How an NFT juggernaut emerged from a grimy bar in Miami" is attached hereto as Exhibit 22.

24. A true and correct copy of the web.archive.org page displaying Mr. Ripps's May 14, 2022, 9:52 p.m. Twitter post is attached hereto as Exhibit 23.

25. A true and correct copy of the *Boardroom* article "The All-Star Owners of the Bored Ape Yacht Club" is attached hereto as Exhibit 24.

26. A true and correct copy of Mr. Ripps's May 14, 2022, 7:34 p.m. Twitter post is attached hereto as Exhibit 25.

27. A true and correct copy of Mr. Ripps's May 15, 2022, 1:21 a.m. Twitter post is attached hereto as Exhibit 26.

28. A true and correct copy of *The Coin Republic* article "Bored Ape yacht Club(BAYC) Propagating NFT Racism?" is attached hereto as Exhibit 27.

29. A true and correct copy of the *Decrypt* article "Bored Ape Yacht Club's Creators Declared War on a Vocal Critic. Could it Backfire?" is attached hereto as Exhibit 28.

30. A true and correct copy of *The Manual* article "Bored Ape Yacht Club Wants Ryder Ripps to Cease and Desist: Artists Claims RR/BAYC NFTs Educational and Satiric" is attached hereto as Exhibit 29.

31. A true and correct copy of the *Input Magazine* article "BAYC caught in a public opinion storm over Nazi club NFT racism" is attached hereto as Exhibit 30.

32. A true and correct copy of the *Cryptoslate* article "BAYC founders call Nazi conspiracy video 'crazy disinformation campaign'" is attached hereto as Exhibit 31.

33. A true and correct copy of *The Defiant* article "Yuga Fires Back at #BurnBayc Creator" is attached hereto as Exhibit 32.

34. A true and correct copy of the apemarket.com front webpage is attached hereto as Exhibit 33.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on August 15, 2022.

*/s/ Louis W. Tompros*
Louis W. Tompros