# EXHIBIT 6

8/2/22, 5:47 PM                    RYDER RIPPS - Ho @ Postmasters: January 24 - February 28, 2015

January 24 - February 28, 2015

*ryder ripps*

*ho*

artist page

artist bio *(pdf)*

press release *(pdf)*

list of works *(pdf)*

**recent press:**

Co.Design, May 5, 2015

Brooklyn Rail, March 5, 2015

Complex, March 3, 2015

i-D Vice, February 28, 2015

The New York Times, February 27,
2015

Beautiful Decay, February 25, 2015

Art Observed, February 16, 2015

Complex Magazine, February 11,
2015

Berlin Art Link, February 10, 2015

ArtINFO, January 29, 2015

VICE, January 23, 2015

The Observer, January 23, 2015

Flavorpill, January 22, 2015

Complex Magazine, January 9, 2015

The New York Times, July 8, 2014

### RYDER RIPPS
#### *Ho*
January 24 - February 28, 2015



Ryder Ripps, Ho, 2015. Installation view.

Ryder Ripps' first solo exhibition, titled Ho, will open on January 24th at Postmasters Gallery in New York. The show will feature large scale oil paintings, portraits once removed, derived from the Instagram of model Adrianne Ho (300,000 followers).

Ripps (6,000 followers) transforms self-portraits Adrianne Ho posts online into expressive, highly distorted pictures. Ho's carefully staged, posed and styled photos are digitally processed, then painted. In creating striking, warped images Ripps strains techniques that are commonplace in the fashion industry to make models appear more "attractive" to the point of abstraction.

Abstract passages referencing the heroic gestures of the Action Painters are generated through fingers moving across the decidedly unheroic touchscreen- the new site of aggression and anxiety in the age of the "virtual male gaze", where the archetypal macho painter has been emasculated.

Through this play with medium and technique, new and old truths about modernity are exposed and exaggerated. We reflexively simulate reality online through constant self-awareness and mediation of our image. Self is malleable center; brands now arbitrate beauty; pop culture personas become brands, their authenticity manipulated by multiple filters and amplified by mass circulation. Ryder Ripps' portraits become a dissection of, and a subjugated homage to, his empowered subject as he updates the conversation about the place of painting in contemporary culture.

Ryder Ripps is a 28 year old conceptual artist living in New York City. He was recently profiled by the New York Times:
*Mr. Ripps...artist, programmer and creative director, is the consummate Internet cool kid, as fluent in HTML and JavaScript as in the language of conceptual art...*
- Adrian Chen, The New York Times



**Ryder Ripps**
Ho
installation view

**Ryder Ripps**
*Heater*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Exhibit 6
Page 1

8/2/22, 5:47 PM                          RYDER RIPPS - Ho @ Postmasters: January 24 - February 28, 2015

January 24 - February 28, 2015

**ryder ripps**

*ho*

artist page

artist bio *(pdf)*

press release *(pdf)*

list of works *(pdf)*

**recent press:**

Co.Design, May 5, 2015

Brooklyn Rail, March 5, 2015

Complex, March 3, 2015

i-D Vice, February 28, 2015

The New York Times, February 27, 2015

Beautiful Decay, February 25, 2015

Art Observed, February 16, 2015

Complex Magazine, February 11, 2015

Berlin Art Link, February 10, 2015

ArtINFO, January 29, 2015

VICE, January 23, 2015

The Observer, January 23, 2015

Flavorpill, January 22, 2015

Complex Magazine, January 9, 2015

The New York Times, July 6, 2014







Ryder Ripps
*Nose Reflection*
2014
oil on canvas
2 panels
96 x 96 inches (244 x 244 cm) each

Ryder Ripps
*Swim*
2014
oil on canvas
2 panels
72 x 72 inches (183 x 183 cm) each

Ryder Ripps
*Gettin' Ready*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Ryder Ripps
*Punch*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Ryder Ripps
*Hourglass*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Exhibit 6

Page 2

8/2/22, 5:48 PM                                    RYDER RIPPS - Ho @ Postmasters: January 24 - February 28, 2015

January 24 - February 28, 2015

**ryder ripps**

*ho*

artist page

artist bio  *(pdf)*

press release  *(pdf)*

list of works  *(pdf)*

**recent press:**

Co.Design, May 5, 2015

Brooklyn Rail, March 5, 2015

Complex, March 3, 2015

i-D Vice, February 28, 2015

The New York Times, February 27, 2015

Beautiful Decay, February 25, 2015

Art Observed, February 16, 2015

Complex Magazine, February 11, 2015

Berlin Art Link, February 10, 2015

ArtINFO, January 29, 2015

VICE, January 23, 2015

The Observer, January 23, 2015

Flavorpill, January 22, 2015

Complex Magazine, January 9, 2015

The New York Times, July 8, 2014











Ryder Ripps
*Hourglass*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Ryder Ripps
*Drink*
2014
oil on canvas
2 panels
72 x 72 inches (183 x 183 cm) each

Ryder Ripps
*Mona Lisa*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Ryder Ripps
*Sippy*
2014
oil on canvas
72 x 72 inches (183 x 183 cm)

Ryder Ripps
*SUP*
**2014**
oil on canvas
72 x 72 inches (183 x 183 cm)

Exhibit 6
Page 3