# EXHIBIT 8



It's that point Ripps attempted to press with his latest artistic statement, an effort to goad Larva Labs into taking copyright action, he said.

On June 29, Ripps listed an NFT titled "CryptoPunk #3100" on Foundation, a near-facsimile of an official punk by the same name. Ripps's version, which sold for 2.189 ETH (~$4,620 USD), was of slightly higher resolution than the original, which last sold on March 11 for a record-breaking (at the time) 4,200 ETH (~$7,584,485).

**Related:** CryptoKickers Is Bringing NFT Sneakers to the Hypebeasts of the Metaverse

"This work is a critique of NFT and Larva Labs," Ripps said. In an Instagram post, he went into further detail about how CryptoPunks are devoid of humanity and have become institutionalized by traditional artistic gatekeepers – like very old auction houses. "The glimmer of what was once 'punk' about Cryptopunks [sic] is gone," he wrote.

> Welcome to the annoying world of conceptual art.

On July 1, Larva Labs submitted a Digital Millennium Copyright Act (DMCA) takedown notice to Foundation, which was forwarded to Ryder Ripps as required by law, a Foundation representative said. Hours later, Ripps submitted a counterclaim to Foundation saying his work falls under "fair use," and minted the DMCA takedown notice as an NFT along with Larva Labs' email.

Jason Williams, who also goes by "Parabolic Guy," bought the work after seeing the controversy flare up on Twitter. CryptoPunk "die-hards" argue that copies would dilute the value of their holdings. Others thought Ripps' project failed to advance the crypto art movement.

"As I started to think about it more I figured it would lead to a broader discussion around the DMCA copyright what's real and what's not, etc.," Williams said in a direct message. "And I thought the punk would be very valuable since it is the first DMCA punk that Larva Labs took action against."

There have been other punk copycat projects. CryptoPhunks, for one, markets itself as "Punks that Larva Labs does not want you to own." The project was taken off OpenSea initially but has found a workaround for now. Then there's the mirror world series hosted on Binance Smart Chain.

Part of the issue is that NFTs provide buyers with ownership of a digital token, but not necessarily the work to which the token corresponds. Just as when you buy a painting, that doesn't mean you can sell the image in the painting to McDonald's to use as wallpaper in an Egg McMuffin ad. This is a boundary that Ripps has pressed in the past. Although a work of art may not improve upon or transform an original physically, which is a typical stipulation of fair use, it could be introducing a new artistic thought.

"Welcome to the annoying world of conceptual art," Ripps wrote.

Brady Dale contributed reporting.

**Related Stories**

- Axie Profiting From Booming NFT Economy as Bitcoin Struggles
- Fashion Redefines Finance: The Logic of Digital Luxury

