# EXHIBIT 13



Tweet

**Richard 🇺🇸🇪🇺🇺🇦 Spencer**
@RichardBSpencer

Surfing the Kali Yuga on Radix Journal

radixjournal.substack.com
Surfing the Kali Yuga
Watch now (69 min) | Mark Brahmin and Richard Spencer explore "Bannonism," MAGA grifters, and Christian Nationalism—and what it ultimately tells us abou...

5:54 PM · Jul 31, 2022 · Substack

**5** Retweets **1** Quote Tweet **33** Likes

**Harminderjit Gill** @HarminderjitG · Jul 31
Replying to @RichardBSpencer
Surfs Up Dude. Waves are Gnarly! 🌊🏄

**Harminderjit Gill** @HarminderjitG · Jul 31
Replying to @RichardBSpencer
#KaliYuga

Show more replies

## More Tweets

**Defiant L's** @DefiantLs · 20h

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Richard 🇺🇸🇪🇺🇺🇦 Spe...** Follow
@RichardBSpencer
Writer, publisher, and podcaster at Substack.

## What's happening

World news · Last night
**A closer look at the recent Israel-Gaza tensions as a ceasefire is called**

**Insider** · Last night
**Exclusive: Paul Manafort's first in-depth interview since going to prison**

**San Francisco Chr...** · Yesterday
**'Your body is being taken over by this thing you don't understand': One man's monkeypox ordeal**

Entertainment · LIVE
**Fans celebrate Mahesh Babu's birthday 🥳**
Trending with #HBDSuperstarMahesh

Trending in United States
**#IdCallMySexTape**
1,317 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 13
Page 1





8/8/22, 12:13 PM    Richard ᴜꜱᴇᴜᴜᴀ Spencer on Twitter: "Surfing the Kali Yuga on Radix Journal https://t.co/ebrSDU03Ur" / Twitter



8/8/22, 12:13 PM                     Richard ᴜsᴇᴜᴜᴀ Spencer on Twitter: "Surfing the Kali Yuga on Radix Journal https://t.co/ebrSDU03Ur" / Twitter



8/8/22, 12:13 PM                              Richard ᴜꜱᴇᴜᴜᴀ Spencer on Twitter: "Surfing the Kali Yuga on Radix Journal https://t.co/ebrSDU03Ur" / Twitter



https://twitter.com/RichardBSpencer/status/1553906909358465026                                                                6/8

Exhibit 13

Page 6

8/8/22, 12:13 PM  Richard ᴜsᴇᴜᴜᴀ Spencer on Twitter: "Surfing the Kali Yuga on Radix Journal https://t.co/ebrSDU03Ur" / Twitter



