# EXHIBIT 17



Exhibit 17
Page 1



Exhibit 17
Page 2



Exhibit 17
Page 3



Fedor Linnik @FedorLinnik · Jan 5
Also, interestingly, puzzle had lots of military terms hidden: Canard, Orders to attack, weapon, salute, maritime signal flags and etc.

Canard is especially curious. Not so common knowledge

Fedor Linnik @FedorLinnik · Jan 5
So I thought, if a person likes hiding stuff, gloomy references might be in the puzzle as well. Also, when you create a word-based puzzle you use lots of associations, so all the content is pretty much an imprint of the creator's mind

And I had a BINGO!

Fedor Linnik @FedorLinnik · Jan 5
This puzzle consisting of multiple ciphers has a word "Guenon" as a solution. The article's author explains it's a breed of Old World Monkey. But I decided to google anyway as I didn't know the word.

Fedor Linnik @FedorLinnik · Jan 5
It turns out Guenon being a monkey isn't a top search result. The top result is a french philosopher René Guénon

Fedor Linnik @FedorLinnik · Jan 5
René Guénon was a French intelectual who remains an influential figure in the domain of metaphysics having written on topics ranging from "sacred science", and traditional studies to symbolism and initiation.

Smith clicked in my head again as traditionalism sounded familiar.

Fedor Linnik @FedorLinnik · Jan 5
Rene Geunon is a founder of Traditionalist School (perennialism). Here is what Wikipedia has to say about it: traditionalism is popular among far-right movement

en.wikipedia.org/wiki/Tradition....

Exhibit 17
Page 4



Exhibit 17
Page 5



Exhibit 17
Page 6



Exhibit 17
Page 7



pacificislandtimes.com
The curious case of Tiki racism
"Tiki: [Māori] A large wooden or small ornamental greenstone image of an ancestor or any human figure." —Oxford English Dictionary One da...

♡ 4     ⇄ 2     ♡ 37

**Fedor Linnik** @FedorLinnik · Jan 5
Here is a passage from the article

have Tiki culture and Polynesian restaurants in their sights. Tiki, per the argument, is a white interpretation of island culture, a gross cultural appropriation that glosses over the struggles of islanders, ignoring the history of militarism and legacy of nuclear testing in the Pacific, and rife with sexualization of native women.

Tiki represents the first man akin to Adam in the Judeo-Christian tradition. A tiki mug is the equivalent of black face and Aunt Jemima.

♡ 3     ⇄ 5     ♡ 46

**Fedor Linnik** @FedorLinnik · Jan 5
I discovered Pacific Proving Grounds. It's the name for a zone in the Pacific Ocean where the US military tested nuclear weapons between 1946 and 1962. The nuclear residue had seriously harmed health of many Haitians

en.wikipedia.org/wiki/Pacific_P...

♡ 8     ⇄ 8     ♡ 54

**Fedor Linnik** @FedorLinnik · Jan 5
So, what does it have to do with MAYC? The thing is MAYC are born from serum which looks pretty much like radioactive wastes

♡ 1     ⇄ 3     ♡ 60

**Fedor Linnik** @FedorLinnik · Jan 5
I went searching for Pacific Proving Grounds nuclear explosions and found this mushroom. It has exactly the same shape as on this official BAYC art. That's not it. If you look closer, you can see a tiki totem on the top of the mushroom! What chance it's random?

♡ 1     ⇄ 7     ♡ 83

**Fedor Linnik** @FedorLinnik · Jan 5
Closer look at tiki totem

Exhibit 17
Page 8



Exhibit 17
Page 9



they know about this trip.

y 1858, arriving at the .
ast the British and Am:
, according to one acco
dly dinner parties, etc
on a pleasure cruise u
ennant of the New Yor
apparently never insp

○ 3          ↑↓ 1          ♡ 58          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
What else do we know about BAYC founders? Not much.

They're 4 super smart fully anonymous geeks.
The original BAYC art was done by a gig artist who didn't get any royalty.
It's completely fine staying anon, but considering the success of BAYC it's a bit strange.

○ 3          ↑↓ 2          ♡ 79          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
I checked the wallets of all 4 BAYC creators. Each wallet was created specially for the launch and got ETH from Coinbase. Each holds just a little of ETH and almost nothing apart from BAYC and BAYC derivative NFTs. Doesn't leave an impression of an NFT degen's active wallet

○ 2          ↑↓ 2          ♡ 68          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
All BAYC sale funds and OS royalties go to either Coinbase or Blockfolio wallet. Guys really don't want to get identified. Do they have anything to hide?

○ 3          ↑↓ 2          ♡ 60          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
Gargamel (@CryptoGarga) has the name of a villain from The Smurfs. He's been criticized for being a stereotypical depiction of Jews. Could be coincidental, but considering all facts looks more like an irony

,U,46 CBK,/

Перевести эту страницу

g to French sociologist Antoine
a big nose, magic powers, ...
trip)          Voiced by: F

gamel in modern times · Carto

○ 2          ↑↓ 6          ♡ 58          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
What is more, BAYC changed the twitter avatar to just a skull, after the nazi reference accusations. Why bother?

**Bored Ape Yacht Club**

···  OK      5.4K      +41.89      +151

: Club ✅

○ 1          ↑↓ 4          ♡ 68          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
There also are other possible similarisation innuendoes among BAYC such as monkey in slave shackles, safari helmets, animal pelts, fez monkey and etc. But I'd like to live it up to you to interpret it given all other facts.

○ 6          ↑↓ 3          ♡ 60          ⬆

**Fedor Linnik** @Fedor_Linnik · Jan 5
Also, they have maritime signal flags scattered around BAYC website and arts. Possibly, it might be another cipher. I haven't solved it though

○          ↑↓          ♡          ⬆

Exhibit 17
Page 10



Exhibit 17
Page 11



Exhibit 17
Page 12



Exhibit 17
Page 13



Exhibit 17
Page 14



Exhibit 17
Page 15



Exhibit 17
Page 16



Exhibit 17
Page 17



Exhibit 17
Page 18



Exhibit 17
Page 19



Exhibit 17
Page 20



reoccurring character in multiple articles so some things might be in reality unrelated.

♡ 1          ⟲ 3          ♡ 14          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
I haven't gone completely mad and still think there is a chance everything I found is total bullshit.

On the bright side, this thread could be used as an example of how abundance of pop cultural references and tropes can be links to Hitler (Godwin's law style)

♡ 1          ⟲ 6          ♡ 20          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
Also, I've discovered the last revealed mutant ape might be a reference to The Hourglass Sanatorium (1973) film.

Funnily enough there also is a helmet, monkeys and totems. The way I found it is another crazy story

♡ 1          ⟲ 1          ♡ 15          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
@TaylorGeming You might be interested in watching the movie as you own this ape

♡ 1          ⟲ 1          ♡ 10          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
The reason I'm continued this schizo thread today is this interview of @yugalabs. They mention Iceberg theory in 2 of 3 interviews and explicitly say each element in collection has a meaning.

since the Bored Ape Yacht Club, we've seen like 1,000 different ... up, and a lot of them are really cool. But what we think was sp...
d of read on top of ours – is that we didn't just throw 3D glasses ... long essay on what exactly what this was. But we knew what it ... ot the unutterable be conveyed unutterably," or Hemingway's ice ... that this world was, and why these apes are this way. And that s... tingle on their neck looking at it, thinking, "Yeah, this is kind of c...

♡ 1          ⟲ 4          ♡ 24          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
It's also interesting that @GordonGoner is a writer and he and @CryptoGarga a literary friends.

They also mention Wittgenstein in 2 of 3 interviews. Obviously, they are deep into philosophy

♡ 2          ⟲ 1          ♡ 15          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
The also tell that Garga and Gordon argue about the Infinite Jest and discuss authors like David Foster Wallace.

Infinite Jest is conventional narrative structure and includes hundreds of extensive endnotes, some with footnotes of their own. The masterpiece of intertextuality

♡ 1          ⟲ 1          ♡ 16          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
This all makes me feel that considering the level of BAYC' creators' intelligence and talks about the Iceberg theory there might be more under the water.

Funnily enough, Iceberg is also often used for conspiracy theory memes

♡ 1          ⟲ 2          ♡ 20          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
I picked the one about SpongeBob as the very bottom layer has a theory that Bikini Bottom appeared as a result of Bikini Atoll nuclear testing (yes, the same I referenced for the Ape story)

♡ 1          ⟲ 1          ♡ 15          ⬆

**Fedor Linnik** @FedorLinnik · Jan 8          ···
They also are "gamers at heart". Easter Eggs are a favorite part of any hardcore gamer. So the have to be a plenty.

> ⚡ **Yuga Labs** ✓ @yugalabs · Jan 3
> 7. Why did you get into NFTs?
>
> We're gamers at heart. We grew up obsessed with MMORPGs, teaming up with strangers to get at rare items hidden away in dungeons. The metaverse is very real to anyone who lost years of their life (and made lifelong friends) in World of Warcraft.
> Show this thread

Exhibit 17
Page 21



Exhibit 17
Page 22



Exhibit 17
Page 23



Replying to @FedorLinnik
Crypto Twitter is super right-wing and borderline racist? That's so shocking...

**Nacho Gerberg | Aston King** @Nachogerberg · Jan 5
Replying to @FedorLinnik and @eth_Arl
Even if the whole thing is true which I think some of the connections are a little far fetched, it still doesn't make it racist or wrong. Not everything has to be so serious, not everything has to be a conspiracy. The whole thing is because they are bored.

**Just-In** 🇺🇸🧙‍♂️ @PrimeFarmer · Jan 5
Yeah i agree, abit far fetched some things and Marxists crying about everything now days.
As a fan and student of history, yet no lover of Nazis or Socfafism/ fascism , I don't think there is much wrong with incorporating these historical themes.
History shouldn't be canceled

**Shabba Da Hatt** @TheHattt · Jan 5
Replying to @FedorLinnik
Here bro, you can rest now...#LetItGo

youtube.com
**Spooky Coincidences?**
Support Vsauce, your brain, Alzheimer's research, and other YouTube educators by joining THE ...

**t00pestvalue** @toopestvalue · Jan 5
Replying to @FedorLinnik
would love to see ur cork board with strings. very fascinating

This Tweet was deleted by the Tweet author. Learn more

**Fedor Linnik** @FedorLinnik · Jan 5
Unfortunately, I missed the spaces so I know how they went only by CT reaction. My goal wasn't to define what's racism and what's not. I just noticed BAYC scattering nazi and alt-right themed references and documented my observations

**smallfish⁰⁰** ♦️🔑 @S_Rank_ivl · Jan 5
Replying to @FedorLinnik
DD God

**c8ake** 🐟 @c8ake · Jan 5
Replying to @FedorLinnik
BAYC...

YOU GOT SOME SPLAININ' TO DO!

**rightclicksaviour.eth** @rcsaviour_eth · Jan 5
Replying to @FedorLinnik
Interesting & troubling read thx

**TronBoy** @eth_heads · Jan 5
Replying to @FedorLinnik
This is absolutely wild. Thanks for the compelling and troubling read.

**Jiangshi.eth** @jiangshi_eth · Jan 5
Replying to @FedorLinnik
Your thread yesterday was wonderful as well. Love to see both sides

**punpun.tez** @freepunpun · Jan 5
Replying to @FedorLinnik
i mean you could already tell by their takes

**arc_elm** @arc3lm · Jan 5
Replying to @FedorLinnik
there is a lot here

**Xade** @pariah_nft · Jan 5
Replying to @FedorLinnik
Thanks for the information. this was an interesting read

**Jackie Wilson Design** @jackie_w_design · Jan 5
Replying to @FedorLinnik
So most of this is just things you didn't actually notice but are regurgitating
🤔

Exhibit 17
Page 24



Exhibit 17
Page 25



**Astral Gnome 44** @AstralGnome44 · Jan 5
Replying to @FedorLinnik
Not sure military and right wing themed aspects to BAYC constitute racism,
rather an alternative political perspective.

♡ 3          ⊔          ♡ 9          ⤴

**Fedor Linnik** @FedorLinnik · Jan 5
Replying to @FedorLinnik
I've pretty much come to the same conclusion. Scroll down to the very end
there

♡          ⊔          ♡ 6          ⤴

**Musk** @Mr_Musk · Jan 5
Replying to @FedorLinnik
Contact me with your dealer please.

♡          ⊔          ♡ 7          ⤴

**GoodLife** @blessThisMoney · Jan 5
Replying to @FedorLinnik
Wow man. Yeah my only crit was the tiki/haitian thing but you got that
straightened. All and all good work, this thread is amazing. I love intricate
trolls, and this one is historical, lolol
I like BAYC even more now I think haha

♡ 1          ⊔          ♡ 9          ⤴

Show replies

**Barron Solomon** @BarronSolomon · Jan 5
Replying to @FedorLinnik
@fimgerst

♡          ⊔          ♡          ⤴

**dev.eth** @devdoteth · Jan 5
Replying to @FedorLinnik
good read, I also agree it doesnt prove any racism. but kudos for the hard
work nevertheless, learned some interesting facts from it

♡          ⊔          ♡ 6          ⤴

**nft1.0** @Nft1loh · Jan 5
Replying to @FedorLinnik
truly impressed by your ability to find conspiracy anywhere - also the amount
of time wow- impressive- maybe u right but i dont trust anyone anymore i
need u to wear a wire

♡          ⊔          ♡ 4          ⤴

**crypt0quest.eth** @Crypt0Quest · Jan 6
Replying to @FedorLinnik
Just to chime in, I think you found some very interesting things that
@BoredApeYC need to have answers for...

This is George Trosley levels of #NFT scandals if confirmed true.

Bored Ape holders should sell and buy a real #NFT like @BIMO_NFT, the
ultimate utility NFT project.

♡          ⊔          ♡ 9          ⤴

**xNFT Dabibbi** @dabibbi · Jan 6
Replying to @FedorLinnik
twitter.com/biknoiz06/stat... @biknoiz06

This Tweet is from a suspended account. Learn more

♡          ⊔          ♡ 4          ⤴

**siasiamis** @SiaSiamis · Jan 6
Replying to @FedorLinnik
@adidaoorignals this is concerning isn't it? Too many "coincidences" here
don't you think? Not sure you want to be linked to that especially as a
German brand. @benmayonwhite good luck explaining this to the board
mate! Servus

♡          ⊔          ♡ 3          ⤴

**sorn** @BAYC5551 · Jan 6
Replying to @FedorLinnik
Godwins law ladies and gentleman

♡ 1          ⊔          ♡ 16          ⤴

**SkiBoyMaz (TRIBE)** @dmassary2 · Jan 6
Replying to @FedorLinnik
Has anyone contacted the manufacturer's of Hawaiian shirts. I own
Hawaiian shirts but I am not racist. Should I burn them?

♡ 1          ⊔          ♡ 2          ⤴

**SkiBoyMaz (TRIBE)** @dmassary2 · Jan 6
Mine was made by j.crew. I think there's something deeper to the name
j.crew.

♡ 1          ⊔          ♡ 3          ⤴

**SkiBoyMaz (TRIBE)** @dmassary2 · Jan 6
Replying to @FedorLinnik
What are your thoughts on Tom Petty and Julian Casablancas and the rest
of society that shops at army navy

♡ 2          ⊔          ♡ 9          ⤴

**SkiBoyMaz (TRIBE)** @dmassary2 · Jan 6

Exhibit 17
Page 26



Exhibit 17
Page 27



Exhibit 17
Page 28



Replying to @Uxroiime
@Uxroiime unroll

**stop stalking me Tom** @givemcheeseplz · Jan 6
Replying to @FedorLinnik
@steinkoobe who could've guessed there's a theory Ape NFT creators are 4chan trolls using nazi and colonialist imagery

**Naila❣️** @_Naila_ · Jan 6
Replying to @FedorLinnik
What a crazy thread. I can't believe how deep you went down that rabbit hole - gotta respect it.

**Fedor Linnik** @FedorLinnik · Jan 6
I found the last ultimate proof. Adding it to the thread in minutes

**From Infinity** @FromInfinityTV · Jan 6
Replying to @FedorLinnik
This is pretty crazy, could have big repercussions considering how mainstream it's gotten.

**Eric Most** @HeDaMost · Jan 6
Replying to @FedorLinnik
@chexmatrix ???

**coyote** @Coyote.iaunt · Jan 6
Replying to @FedorLinnik
@fs_brennen would love for you to chime in and give your two cents about this as someone who knows the culture better than anyone out there. I'm sure @ryder_ripps would be interested too

**RYDER-RIPPS.ETH** 🔲 ✅ @ryder_ripps · Jan 6
Replying to @FedorLinnik
@1Tobcat @zibuerhaus @_LeFevre_ @cybourgeoisie @maffoncquais @closverine_ @garnacvo please have a look through this thread and let me know if you think its a possible coincidence much thanks

**gamedev.eth** @cloverrne_ · Jan 7
This is called apophenia with a heavy touch of confirmation bias.

merriam-webster.com
**Definition of APOPHENIA**
the tendency to perceive a connection or meaningful pattern between unrelated or random ...

Show replies

**Ryan_NextLevel** @Ryan_NextLevel · Jan 7
Replying to @FedorLinnik
@yanniNFT worth a read!!

**twonathan** @twonathan0 · Jan 7
Replying to @FedorLinnik

GIF ALT

**NolanMartin.eth** @NolanMartinArt · Jan 7
Replying to @FedorLinnik
What did you forget to take today?😂 holy shit dude lol

**some guy** @BigFatHater · Jan 7
Replying to @FedorLinnik
"Its a conspiracy I tell ya!"

Exhibit 17
Page 29



Exhibit 17
Page 30



Exhibit 17
Page 31



Exhibit 17
Page 32



Exhibit 17
Page 33



Exhibit 17
Page 34



Exhibit 17
Page 35



Exhibit 17

Page 36



Exhibit 17
Page 37



Exhibit 17
Page 38



Exhibit 17
Page 39



Exhibit 17
Page 40



Exhibit 17
Page 41



Exhibit 17
Page 42



Exhibit 17
Page 43



Exhibit 17
Page 44



Exhibit 17
Page 45



Exhibit 17
Page 46



Exhibit 17
Page 47



Exhibit 17
Page 48



Exhibit 17
Page 49



Exhibit 17
Page 50

Explore

Settings

Tweet

Search Twitter

**Uncle Jonny (They/Them/Tired)** 🏳️‍🌈✊🏾
@DoctorJonPaul

Something about the NFT monkeys feel racist to me.

10:02 PM · Jan 25, 2022 · Twitter Web App

**6** Retweets **1** Quote Tweet **55** Likes

---

**RYDER-RIPPS.ETH** @ryder_ripps · Jan 25
Replying to @DoctorJonPaul
gordongoner.com < because it is.. i wrote what i discovered here.

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 6

**$even** @ayospicaveli · Jun 11

1

---

**MsQueenEarth** @MsQueenEarth · Jan 25
Replying to @DoctorJonPaul
It is. Lol

I love NFTs, but I don't monkey around lol

I actually focus on Black stories. Queer stories. History.

1

---

**Antoine | Creative Vibes Only** @ItsATsWorld · Jan 26
Replying to @DoctorJonPaul
It's just a monkey.

Just like they got other animal NFTs.

1

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Uncle Jonny (They...** Follow
@DoctorJonPaul
2021 @TheDisruptors • Professor • Freelance Journo • Exec Prod: @BlkFatFemmePod w/ @IHeartPodcast • Repped by @serendipitylit • As Seen On: @Tedx, @Netflix

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 17
Page 51

8/12/22, 1:37 AM                    Uncle Jonny (They/Them/Tired) 🏴‍☠️💰 on Twitter: "Something about the NFT monkeys feel racist to me." / Twitter



Exhibit 17
Page 52

8/12/22, 1:38 AM          Ed Balloon.eth on Twitter: "All I am gonna say is that bayc racism convo has been had since day 1. Folks just didn't care because …

🐦

\# Explore

⚙ Settings

← **Tweet**

🔍 Search Twitter

**Ed Balloon.eth**
@Ed_Balloon

All I am gonna say is that bayc racism convo has been had since day 1. Folks just didn't care because it was the black folks talking about it. But God bless lol

1:49 PM · Jan 3, 2022 · Twitter for iPhone

**44** Retweets   **9** Quote Tweets   **271** Likes

**CuddlySalmon | nptacek.eth** @nptacek · Jan 3
Replying to @Ed_Balloon
you can definitely tell who's been paying attention 😊
6

**furowski.eth** 🔭 @Fair_Row666 · Jan 3
Replying to @Ed_Balloon
this is facts

**UNCLEJUT** @unclejut · Jan 3
Replying to @Ed_Balloon
I remember that first time I heard convo like this in a space few months back. I had an onchain monkey at the time, immediately listed and sold while still in that space. Love you bro and will always do everything I can to support all
1                    10

Show replies

**JIVE** @AtJive · Jan 3
Replying to @Ed_Balloon
I was tuned into that space and I couldn't help but think this from the jump. Now that some white faces and people with mad social currency are talking about it, it's suddenly a talking point.
1

**Saadiq** 🇵🇸 @saadiq · Jan 3
Replying to @Ed_Balloon
I eagerly await all the sales that this conversation will surely illicit.
1

**Thysol** 💅 @forthysol · Jan 3
Replying to @Ed_Balloon
I gotta say the German world war 1 helmet deserves a second look by the community…of all wartime historical pieces why that

**mec.** @mecdot · Jan 3
Replying to @Ed_Balloon
I'm like…



GIF  ALT

2                    17

**Ed Balloon.eth** @Ed_Balloon · Jan 3
Lmaoooooooo
5

**jizoe.eth** @jared97095258 · Jan 3
Replying to @Ed_Balloon
Wheres the racism?

**Jamal Dauda** @DJKidLightning · Jan 3
Replying to @Ed_Balloon
I just heard god bless in your voice and it's absolutely sending me 😂
2                    1              2

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Ed Balloon.eth**      Follow
@Ed_Balloon
Artist, Musician, and Founder of "The Run Ed Collection". 1k Generative Drop. Presale April 28th. Get in the discord 🎈 opensea.io/collection/run …

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Exhibit 17
Page 53

Explore

Settings

**Cut The Ace NFT Collector** @cuttheace · Jan 3
Replying to @Ed_Balloon
Pepe. Apes. Probably nothing. Carry on.
3

**SamaelGreen.eth** @samaelgreen · Jan 3
Replying to @Ed_Balloon
Fuds goes around and comes back around but we are respectful to everyone.

**BillyBillions.eth** @b1llybillions · Jan 4
Replying to @Ed_Balloon and @tayodamnshoes
Folks care only about C.R.E.A.M.
Capitalism never serve us well. Someone said that in the space yesterday.
1

**Manouschka.eth** @singleserving · Jan 4
Replying to @Ed_Balloon
Yeah… but didn't have 6,000 people listening! That shit is STILL bugging me out!

**hiuma.eth** SOON @hiuma_eth · Jan 8
Replying to @Ed_Balloon and @ryder_ripps
Agree

Show more replies

Search Twitter

NFL · 3 hours ago
**Giants at Patriots**

Music · 1 hour ago
**The Game's new album Drillmatic is here**
Trending with The Game, Eminem

Trending in United States
**Anne Heche**
11.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Exhibit 17
Page 55



Exhibit 17
Page 56



Exhibit 17
Page 57



Exhibit 17
Page 58



Exhibit 17
Page 59



Exhibit 17
Page 60



Mac @mac_crypto25 · Jan 11
Replying to @FreddieGibbs
How the F is nft racist please tell me your opinion

Show replies

Kult 🐸 @kotnixylie · Jan 11
Replying to @FreddieGibbs

Brown Sugar Soap Stan @memfussmane · Jan 11
Replying to @FreddieGibbs
I'm cooking up a plan for some black history nft's for next month.

The following media includes potentially sensitive content.
Change settings                                                    View

SpaceGodOSH🐸 @SpaceGodOshi · Jan 11
Replying to @FreddieGibbs
yea the monkey shit is type weird but theres alot of dope non monkey shit out there

ADR1999 @ADR19991 · Jan 11
Replying to @FreddieGibbs
It Is.

aynmhh @itsaymhh · Jan 11
Replying to @FreddieGibbs and @bamfartgera
4chan you did it again

aa @andishae · Jan 11
Replying to @FreddieGibbs
preach

aa @andishae · Jan 11
Replying to @FreddieGibbs
buy @FLUF_World instead bunnys r 4 the people

JackieTan @Jackie_tan4 · Jan 11
Replying to @FreddieGibbs
Make a rabbit NFT then •• •• @FreddieGibbs

Swavey.ETH @Shakdontftweet · Jan 12
@MadRabbitsRC already did it bruv
#MRRC #HaveMRRC

Exhibit 17
Page 61



Exhibit 17
Page 62



Exhibit 17
Page 63



Exhibit 17
Page 64



Exhibit 17
Page 65



Exhibit 17
Page 66



Exhibit 17
Page 67



Explore

Settings

Tweet

Search Twitter

**Mani Su** 🌞
@sunnygetsblue2

Those NFT monkeys are racist somehow. No I will not explain.

8:15 AM · Jan 28, 2022 · Twitter for iPhone

**4** Retweets **1** Quote Tweet **43** Likes

**Vespertrix** 💜🤍💚 **#ReclaimTheFlag** @SheFaerer · Jan 28
Replying to @sunnygetsblue2
Yeah I feel that. Especially knowing the particular demographic who are into them.
1 2

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Right!!!
1

**Bae Guevara** @Kaimandante · Jan 28
Replying to @sunnygetsblue2
No explanation needed

1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
🤦🏾‍♀️🤦🏾‍♀️🤦🏾‍♀️
1

**sorry that im the chosen one** @bamichic_ · Jan 28
Replying to @sunnygetsblue2
Lmfaoooooo
1

## More Replies

**Señor Militant** @CryingWolfe · Jan 28
Replying to @sunnygetsblue2
Pls allow me

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 1 4

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Wowwwwww 😭 whenever Monkeys are involved I get very skeptical but this is .... something. Thanks for sharing this
1 3

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**
**Mani Su** 🌞 @sunnygetsblue2 Follow
hip to the jive and read too many books • my only regret, is too young for Langston Hughes • ☭ • she/her

**What's happening**
US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with #nuclear, Garland

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

@rollingstone can't stop writing about them, they love it so much. Screencap from their game ad linked in the article. Pepe frog's got nothing on this monkey throwing swastibananas

1 1

**Señor Militant** @CryingWolfe · Jan 28

Damning

> **RYDER-RIPPS.ETH** @ryder_ripps · Jan 27
>
> Lead BAYC artist, Seneca, was recently profiled in Rolling Stone, nearly a year after receiving no credit. Attached are texts where she tells me she did not draw the racist elements that were later added. Her original work is not racist or nazi inspired.
>
> Show this thread

Search Twitter

**Women share their abortion stories in their own words**

Music · 1 hour ago

**The Game's new album Drillmatic is here 🎶**

Trending with The Game, Eminem

Politics · Trending

**Espionage**

99.6K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**Family First Money Last**
@frenico847

I'm going to sound "hypersensitive" but it rubs me the wrong way of seeing black folks buying ape NFT's.

Just doesn't sit right with me.

10:41 AM · Feb 8, 2022 · Twitter for Android

**1** Retweet **1** Like

**BRISCOE** @BRISCOEMGMT · Feb 8
Replying to @frenico847
So counter question, so you associate black people with apes? Or because "they" have made that a thing.
1

**Family First Money Last** @frenico847 · Feb 8
The latter. Just how they are putting chains and streetwear clothes on the apes for some of these NFT's.

Like they aint slick at all. Could be pure coincidence but im skeptical of a bunch of white folks buying ape NFT's in mass quantity.
1 1

**BRISCOE** @BRISCOEMGMT · Feb 8
You got me there, but you know black people culture is cool. Def some underline racism in it. Everybody want to be a Nigga until it's time to really be a Nigga. Hip Hop culture has made non black think they a nigga.
1

**Family First Money Last** @frenico847 · Feb 8
Exactly how I see it. Thats why I said I might be hyper sensitive about it cuz I'm used to them mogs being extra sneaky.

Show additional replies, including those that may contain offensive content Show

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Family First Money La...** Follow
@frenico847
Chicago Born. Lake County, IL Resident. American Rapper. Family First Money Last Brand Owner.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

L.A. Times Food · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Music · 1 hour ago
**The Game's new album Drillmatic is here 🎶**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Tweet

**H SAW TDE & SEEING PARAMORE IN 65 DAYS** 🏠
@decodethemonstr

maybe it's just me but these nft monkey profiles just feel very racist idk …

8:15 PM · Jan 25, 2022 · Twitter for iPhone

**2** Retweets **4** Likes

**lex** @scorpio_BITCH · Jan 25
Replying to @decodethemonstr
I've been getting that vibe too for some reason idk
1 1

**H SAW TDE & SEEING PARAMORE IN 65 …** @decodethe… · Jan 25
no right like … it's just weird 😬
1

**Milione Polo** @MilionePolo · Feb 7
Replying to @decodethemonstr and @ryder_ripps
The elephant

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**H SAW TDE & SEEING…** Follow
@decodethemonstr
(im)patiently waiting for paramore to drop new music | reverse reverse !

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NPR · August 10, 2022
**Why falling gas prices aren't taking the sting out of inflation**

Politics · Trending
**Nukes**
Trending with Saudis, Jared

Music · 1 hour ago
**The Game's new album Drillmatic is here** 🎶
Trending with The Game, Eminem

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

8/12/22, 1:42 AM    Morbius Whaler on Twitter: "Please will someone recognize that the Bored Ape Yacht Club (BAYC) NFTs and the other related & c...

← **Tweet**

**Morbius Whaler**
@MorbiusArt

Please will someone recognize that the Bored Ape Yacht Club (BAYC) NFTs and the other related & copycat Ape, Gorilla & Monkey NFT crypto projects are clearly racist.

@drboycewatkins1
@bigmarh
@TheRevAl
@DrToddBoyd

4:29 PM · Dec 13, 2021 · Twitter Web App

**2** Retweets  **4** Quote Tweets  **2** Likes

**Lamar Wilson** @bigmarh · Dec 13, 2021
Replying to @MorbiusArt @drboycewatkins1 and 2 others
Naw...that's a stretch.
♡ 4

**BowTiedBustard** @BowTiedBustard · Dec 14, 2021
Replying to @MorbiusArt @drboycewatkins1 and 3 others
Nah. You're reaching.
↺ 1  ♡ 5

**A-Rod** @VLEX_RODRIGUEZ · Dec 14, 2021
Replying to @MorbiusArt @drboycewatkins1 and 3 others
I thought that last picture was Pete Davidson

**Lance** @Lance_l_ · Dec 14, 2021
Replying to @MorbiusArt @drboycewatkins1 and 3 others
lmao you are in the wrong neighborhood, go justice warrior on Facebook.
♡ 1

Q Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Morbius Whaler**          Follow
@MorbiusArt
Original Digital Art & NFTs with a focus on collectibles, gaming, design, pop culture, history, nature, psychedlica, futurism, trading, cryptos, sports

**Dr Boyce Watkins**        Follow
@drboycewatkins1
PhD in Finance (Ohio State), full time dad, lover of my people, believer in freedom of thought, track and field fanatic. Let's make Black People grea again.

**Lamar Wilson**            Follow
@bigmarh
Love.Freedom.Humor.Motivation. There is no fear in love; but perfect love casteth out fear - 1 John 4:18a #spaceshost🚀 #clubhouseprimeminister

**What's happening**

US national news · LIVE
FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post
Trending with Garland, #nuclear

L.A. Times Food ✓ · Yesterday
The battle for the craziest michelada is on. But how much is too much?

NFL · 3 hours ago
Giants at Patriots

Music · 1 hour ago
The Game's new album Drillmatic is here 🎶
Trending with The Game, Eminem

Rap · 1 hour ago
Megan Thee Stallion drops new album 🔥
Trending with Not Nice, Red Wine

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.          Log in    Sign up

Exhibit 17
Page 72

Explore

Settings

**Tweet**

**Emberflux Housetrapped Era**
@Emberflux

I'm sorry but the ape NFTs feel racist. I can't describe why but they do.

7:54 PM · Nov 7, 2021 · Twitter for Android

**4** Retweets **103** Likes

**Hailie/Cinder/Cindy** @cinderschaos · Nov 7, 2021
Replying to @Emberflux
im with you on this
4

**Olivia** @olivia__real · Nov 7, 2021
Replying to @Emberflux
I agree with this but mostly just because I hate nfts so fucking much
1 6

**Olivia** @olivia__real · Nov 7, 2021
and nft people seem like the type to be racist
4

**P Ø JL-70 (Rosa)** @th3_s1ght · Nov 7, 2021
Replying to @Emberflux
Didnt the guy who made them also draw pro kkk art?
6

**IcarusAvery (EW/6.0 spoilers)** @Icarus_Avery · Nov 7, 2021
Replying to @Emberflux
Honestly, most NFTs have that kind of artstyle, it seems like.

Just another reason negative fungus toonies are the worst.
1

**amber** @sigma_gf · Nov 8, 2021
Replying to @Emberflux
there are literally nfts of ethnic stereotypes too so i can understand that

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Emberflux Housetrap...** @Emberflux Follow

They/It. 19. Asian. #1 t4t tail chaser. Headfirst For Homos. World Renowned Emo. Anarchist. Aro. Homestuckie. $mberflux nsfw: @emberfux (10 dxllars.)

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

L.A. Times Food · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

Music · 1 hour ago
**The Game's new album Drillmatic is here**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.9K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Exhibit 17
Page 74



Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

Exhibit 17
Page 75

8/12/22, 8:24 AM                    Black Riccardo Villalobos on Twitter: "Something about those ugly ass monkey NFT portraits seem racist to me" / Twitter

Twitter

# Explore

Settings

← Tweet

🔍 Search Twitter

**Black Riccardo Villalobos**
@ABOLISHGIRLBOSS

Something about those ugly ass monkey NFT portraits seem racist to me

3:21 PM · Dec 10, 2021 · Twitter for Android

**6** Retweets  **1** Quote Tweet  **71** Likes

whoknows @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
yeah I think that Ryder ripps guy just kinda exposed how racist the origins of some of major nft art is

2

whoknows @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
'on ig

2

SEAN / DRIFT @DRIFT_PAROTIC · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
Lol. I thought the same thing. Like 1930's WB cartoons.

1                    3

Black Riccardo Villalobos @ABOLISHGIRLBOSS · Dec 10, 2021
Yup. Minstrel vibes.

1                    2

Show replies

Show more replies

**New to Twitter?**
Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Black Riccardo Villalo...    **Follow**
@ABOLISHGIRLBOSS
techno nigga. cultural critic. comedian. creator of @moma_ps5 bookings: contact.moma.ps5@gmail.com

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... ✓ · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK ✓ · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in    Sign up

Exhibit 17
Page 76

Explore

Settings

**Thread**

**Terracota** 💜
@lathRianOuneVi

i been waitin to express my mind on nfts… mb y'all are gonna think terracota lost her damn but sum didn't sit right w/ me.. they widely use images of monkeys/ apes fast-food and golden chains and it's not as innocent as nft bros are tryna make them out to be… is all i'm sayin

2:24 PM · Jan 8, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **30** Likes

**Terracota** 💜 @lathRianOuneVi · Jan 8
Replying to @lathRianOuneVi
what i'm tryin to say is i think nft sare racist/ have a racist background and are tryna further enforce harmful stereotypes about the black community

2 15

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Terracota** 💜
@lathRianOuneVi
Follow
we have learned as much as we have suffered

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Bloomberg Quickt… · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

Search Twitter

**Bored Ape Yacht Club** @BoredApeYC · Feb 15

Looks like a dope community-run celebration - stoked for the new mega! 🧪🦍

> **0xb1** @0x_b1 · Feb 15
>
> Official #ANN
>
> *M3 Mutant Serum Reveal Ceremony*
>
> w/ original animation from @TitmouseInc feat. @0x_b1 & @TheChainsmokers
>
> Presented by @mutant_cartel & @FODLfi
>
> Hosted by @Herb_Castillo & @lior_eth
> 2.22.22 ~23:00 UTC
>
> ++Special Guests @BoredApeYC @ohhshiny @machibigbrother
>
> Show this thread

164 240 1,265

**cobracrown7124**
@appis_this

Replying to @BoredApeYC

NFTs are a scam and are killing the environment. Your apes are trash and worthless and also BAYC is racist. 🖕

2:34 PM · Feb 15, 2022 · Twitter Web App

**1** Retweet **5** Likes

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**cobracrown7124** Follow
@appis_this
"Death is not the greatest loss in life. The greatest loss is what dies inside while still alive. Never surrender". - Tupac Shakur. Boston sports 🇺🇸 #BLM

**Bored Ape Yacht C...** Follow
@BoredApeYC
To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

## What's happening

US national news ·
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

NFL · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Cher Scarlett** @cherthedev · Feb 7

FAQ: Why aren't you @verified?

Answer: The minimum follower count is ~100,000 to apply under the categories I qualify under, unless you have a PR bypass.

15 4 121

**Roland L. Taylor (🌷)**
@rolandixor

Replying to @cherthedev and @verified

They've verified a racist monkey NFT creator... For being a racist monkey NFT creator, or some monkeyness.

11:59 AM · Feb 7, 2022 · Twitter for Android

**2** Retweets **4** Likes

**RYDER-RIPPS.ETH** ➡ SOON @ryder_ripps · Feb 7

Replying to @rolandixor @cherthedev and @verified

those guys have a lot of money and power..

gordongoner.com

Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles

BAYC is dehumanizing and created by bad actors.

2 2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Roland L. Taylor (🌷)** @rolandixor Follow
A shell of my future self | Christian | #BlackinItUpWhileBlack | #CSSFunStuff linktr.ee/rolandixor

**Cher Scarlett** @cherthedev Follow
hello@cher.dev | @coworkerfund | @_dotbigbang_

**Twitter Verified** @verified Follow
The Verified blue badge source

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

# Explore

Settings

## Thread

**kirby burger** 🙂🍔
@mergays

I've never examined the stupid NFT apes in any detail to notice this problem before but boy it really is super racist to put gold chains on monkey characters huh

9:11 PM · Feb 5, 2022 · Twitter for iPhone

**2** Retweets **3** Likes

**kirby burger** 🙂🍔 @mergays · Feb 5
Replying to @mergays
The fact that there's a lot of creepy WWII references and also the official logo for them appears to be a direct reference to a Nazi symbol is pretty… hmm!

1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**kirby burger** 🙂🍔
@mergays
Follow

🏳️‍⚧️ blm 💛 Verity D 💜 she/her 💛 28 💜 Australia 💛 the puppyseal girl 💜 personal is @esnafanblog 💛

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Thread

**Mr. Meat Scraps** @ReallyLoudFart · Dec 15, 2021
NFT's are digital racism
6 54

**Mr. Meat Scraps**
@ReallyLoudFart

Why is the most popular NFT

a MONKEY

you fucking RACISTS

12:32 AM · Dec 15, 2021 · Twitter Web App

**3** Retweets **22** Likes

**Curp Copain** @blaha_blast · Dec 15, 2021
Replying to @ReallyLoudFart
Literally the digital slave trade smh
1 1

**Curp Copain** @blaha_blast · Dec 15, 2021
Speak of the white devil twitter.com/Grayjax/status...

This Tweet is from a suspended account. Learn more
1 1

**Sankoskovich** @fauxsarc · Dec 15, 2021
Welcome to 2021 baby

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mr. Meat Scraps** @ReallyLoudFart **Follow**
Diogenes reincarnated

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · This morning
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**#1 Phillies Fan**
@CountOnDC

The ape NFTs just seem racist idk man

11:16 AM · Nov 4, 2021 · Twitter for iPhone

**1** Retweet **1** Like

Show more replies

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**#1 Phillies Fan**
@CountOnDC
Howard U

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Trump, Nuclear

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

2TYMES
@Kanairs

Why all the NFT's monkeys??? That don't sit right with me.

6:45 AM · Jan 31, 2022 · Twitter for iPhone

1 Retweet 2 Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

2TYMES
@Kanairs
Follow

THE MIGHTY CHOCTAW NATION ✡️ MP3 Mississippi #SPORTSSS #comedy #ANIME #BLACKWOMENStanaccount #Chevygang #dodgers #JSU #RAIDERNATION #LSU #MANCITY

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Are you short?**
@AskWhy05

Why all the NFT be monkeys? It's some racist shit ain't it? Lol

3:56 PM · Feb 18, 2022 · Twitter for iPhone

**3** Retweets **6** Likes

**Mr. Arm 💪🏾 & Hammer 🔧 Out The Slammer** @ESQ_Da_OG · Feb 18
Replying to @AskWhy05
Lmaoooooo

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Are you short?** Follow
@AskWhy05
I'm just here to get this bread so I can buy the gold No Limit tank and drive it to work… I be cookin so book me and let me cook #JSUAlum #LuvDaBoom

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**AreolaWhisperer** 🗣
@CliffyB202

That monkey nft shit be lookin like some sambo racist shit to me.

7:51 PM · Jan 17, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**AreolaWhisperer** 🗣
@CliffyB202 Follow

new page locked out of old one @4evanadaytrill so follow me back ‼️

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.24M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 17
Page 85

Explore

Settings

## Tweet

**Chan Halen**
@TheChanimal93

my theory is that nft monkey pfps are going to become the new anime pfp racists on this site

8:38 PM · Dec 27, 2021 · Twitter Web App

**2** Retweets **7** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chan Halen**
@TheChanimal93
Follow

I only retweet things so I can chuckle at them again a few days later

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago

**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Thomson Reuter... · 3 hours ago

**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night

**Giants at Patriots**

Trending with Patriots

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

**Tweet**

**Cherry!**
@CH3RRY_T4RT

this isn't a coincide man wtf #BURNBAYC

10:04 PM · Jul 3, 2022 · Twitter Web App

**1** Quote Tweet **31** Likes

**chase.dillon@gmail.c** @flipflip1234567 · Jul 4
Replying to @CH3RRY_T4RT
@jimmyfallon

2

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Cherry!**
@CH3RRY_T4RT
Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Trending in United States
**Anne Heche**
27.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Chris Patterson**
@ChrisPlaysWrite

What the hell am I gonna do tonight?

Why is every NFT a monkey?

Dass Racist, Jah?

12:38 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Chris Patterson** Follow
@ChrisPlaysWrite
Editor-In-Chief/Head-Writer @ The Minefield Theatre Group. Actor. #RBNY fanatic, #MUFC fanatic, Writing, Soccer, Rants.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**New Scientist** · Yesterday
**Did life on Earth begin on land or in water? Ancient rocks are helping to piece together the origins of life**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 17
Page 88

Explore

Settings

## Thread

**Church girl, actin loose.** @ElleWCarter · Jan 2

You buy me a gotdamn monkey NFT instead of the gift I wanted that cost a fraction of what you paid for that raggedy NFT and that I would have been happy with, we breaking up

Not only are you bad with money, but you are also a terrible listener and a lil racist.

> **kez dispenser** @spiraltastic · Jan 1
>
> Oh my god, Dave
>
> Show this thread

I've been going back and forth for days on whether or not I should post this, but I'll do just to get it out of my system. I've never been on reddit before, so fair warning if I mess something up. I'm using a throwaway account because I'm embarrassed having to ask this question to begin with, so I'm going to leave some things vague on purpose. The only things that I'll admit is that I'm Black (26f), my fiance is Caucasian (27m), and he works in the tech industry. I'll call him Dave.

So, Dave and I decided to spend our Christmas with his parents, his 3 brothers, and their spouses. Dave got a huge bonus this year and told me he "was going to go all out for me" this year to make up for the past Christmases where we couldn't really afford anything. He asked me what I wanted and I said I wanted a popular fuzzy bag that was making the rounds on social media.

We all opened gifts on Christmas Eve. One of my SILs got a fur coat, the other an air fryer she really wanted, etc. When it came to my turn, Dave handed me his phone. I looked and thought I was going to see a track package page for the bag. Instead, all I saw was an art picture of a monkey that was suppose to look like me.

I asked him what this was, and he said that was my

veryone started laughing, which made Dave mad and ade me even more embarrassed. One of his brothers ven brought up the point about how it was poor in aste to give a monkey picture to your Black fiancee. ave asked me if I was ever going to defend him and a his point I was so humiliated that I just got up and cked myself in the bathroom for a good cry. An hour ter I called myself an Uber and booked myself a hote ntil I could make it back home.

ave called me and said I was the asshole for bring own the mood in his family's house and for being aterialistic. I told him that all I wanted was a $200 ag and he spent 8k on a monkey picture! He told me at he was investing in our future together and that I st couldn't see his vision. I'll admit that there were etter ways I could've gone about reacting to the gift, nd I do feel guilty about totally running off like that ithout any warning, but I was completely ncomfortable with the situation and I didn't feel like taying around to be laughed at.

o, AITA here?

9 · 104 · 550

**Church girl, actin loose.**
@ElleWCarter

And them monkey NFTs are definitely racist full stop

2:23 PM · Jan 2, 2022 · Twitter for iPhone

**2** Retweets **1** Quote Tweet **97** Likes

Show more replies

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Church girl, actin loo...** @ElleWCarter Follow

#Comms strategist and CEO of Jefferson Park Consulting. Author, #WinTheInternetRemix. GWU alum. LA girl w/ DC roots. 1920💙🕊️

### What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

Thomson Reuter... · 3 hours ago

**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

Exhibit 17
Page 89

Explore

Settings

**Tweet**

**derek**
@socalgaychub

tbh those NFT monkey pics give me racist vibes

12:54 AM · Jan 21, 2022 from Baldwin Park, CA · Twitter for Android

**1** Retweet **1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**derek**
@socalgaychub
Follow

I care about people other than myself. Aging millenial. Former Scientology child slave. trans rights. BLM. he/him. 35. Married to @chava_ssr.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Dont Trip**
@Sh33mABM

Something about NFT's and monkeys don't sit right with me

3:49 PM · Jan 18, 2022 · Twitter for iPhone

**1** Retweet **10** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Dont Trip**
@Sh33mABM
WE$TSIDE

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# Explore
Settings

Tweet

**Drill Scott**
@_HIGHon_LIFE

Niggas are putting ppls hair and jewelry on NFT monkeys. That don't sit right wit me

11:51 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Drill Scott**
@_HIGHon_LIFE
IG: @_.sleez

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**illusive**
@itmeillusive

Bored ape nfts rub me the wrong way. Some racist bout it, idk.

10:45 PM · Nov 1, 2021 · Twitter for iPhone

**1** Retweet **9** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**illusive**
@itmeillusive
Follow

I make music under the name illusive. I'm also a senior software engineer.

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.23M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**JUSTIN WAVED AT ME**
@kidrauhlsjonas

Idc if they monkeys that nft uses drawing a black woman even if she is half black to some of y'all is just racist idccccc

2:34 PM · Feb 15, 2022 · Twitter for iPhone

**4** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**JUSTIN WAVED AT ME**
@kidrauhlsjonas
Follow
music enthusiast & concert goer

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

KARMA
@playboykarma

some about about white people having access to NFT the most and the nfts itself being pictures of monkeys is very racist to me

2:05 PM · Feb 10, 2022 · Twitter for iPhone

**2** Retweets **6** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

KARMA
@playboykarma
Follow
sluttiest pop star

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · This morning
**Giants at Patriots**
Trending with Patriots

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Explore

Settings

## Tweet

**Miki**☀️
@Miixcx

Something about all these celebrities 'owning' monkey "nft's" don't sit right wit me

8:13 PM · Jan 21, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Miki**☀️
@Miixcx

Follow

SUPER FREAKY GIRL OUT FRIDAY / #1 MEGATRON STAN / fan account, not impersonating

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

Bloomberg Quickt... · Yesterday

**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday

**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Neojimcrowart**
@neojimcrowart

Is This Art Racist? news.neojimcrow.art/?read=https%3A...

Poll on Facebook asks, "Is the NFT crypto-art Brored Ape Yacht Club offensive to Blacks?" Join the poll.

#ADOS #JIMCROW #BLM #art #NFTs #Crypto #cryptocurrency #Cryptoart #BlackLivesMatter #NFTSolPad #cryptoartist #NFT #artist

11:27 PM · Sep 9, 2021 · Twitter Web App

**1** Retweet **5** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Neojimcrowart** Follow
@neojimcrowart
The drawings, writings, sound recordings, and videos, of incarcerated African Americans (A cultural record of incarceration on the Black experience in America)

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Ryan**
@CrushLinen

It's too many ape/monkey related NFTs for me to not be waiting on the block chain is racist exposé...... people don't even fuck with primates like that no more

11:08 PM · Nov 11, 2021 · Twitter for Android

**1** Retweet **2** Likes

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Ryan**
@CrushLinen
Follow

NYC creative, I speaks my mind. snapchat:crushlinen .........I'd rather die on my feet than live on my knees

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**jdp** @joeliusdubois · Feb 15

what the hell twitter.com/soulmapes/stat…

This Tweet was deleted by the Tweet author. Learn more

3 3 99

**Sam**
@sampxi

Replying to @joeliusdubois

during black history month…. matter of fact let's skip that part, they really thought it was okay in their mind to illustrate a black woman as a monkey referencing a nft collection that was exposed to have racist undertones behind their "art"

4:30 PM · Feb 15, 2022 · Twitter for iPhone

**1** Like

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Sam**
@sampxi
Follow

20. he/they

artist+graphic designer
sampxi.work@gmail.con

**jdp**
@joeliusdubois
Follow

artist • head of @far___east • contact at: joeliusduboisart@gmail.com

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Explore

Settings

## Tweet

**shawnny_interlude**
@SHAWN_zyy

I hate the NFT monkey so bad I just know somewhere on Reddit there are racist caracteres of black people disguised as an NFT monkeys

4:29 AM · Jan 23, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**shawnny_interlude**
@SHAWN_zyy
Follow

It'z shawn coming to you live and in Twitter form 😤😤岩国 ビーチ

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

AP Climate · Last night
**Historic climate bill pushes American energy to go green**

Trending in United States
**Anne Heche**
27.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Thread

**simone ⫹☆** @kindredtingz · Jan 21

i want to know what them crypto bros see in nft cuz aint no way they see a ugly malnornish yellow monkey with a blunt and say imma spend thousands on this

1

**simone ⫹☆**
@kindredtingz

why is it always the monkey nft something racist going on idk

3:49 PM · Jan 21, 2022 · Twitter for Android

**2** Retweets **4** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**simone ⫹☆** Follow
@kindredtingz
all i know how to do is be gay and complain || mutifandom

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

**Tavonia Evans**
@tavoniaevans

One of the reasons I'm not a fan of anonymous projects.
I witnessed earlier conspiracy sites become overtaken by neonazis ( circa 2000's ) under the guise of anonymity. You could be supporting something that is financing your demise. IJS.

bitcoinist.com
Does The Bored Ape Yacht Club NFT Collection Contain Racist Iconography? | ...
The title contains a million-dollar question. The Bored Ape Yacht Club is the second most popular NFT collection in the world, and the 6.092 BAYC owners ...

2:03 AM · Feb 14, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **14** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Tavonia Evans** Follow
@tavoniaevans
Servant to $GUAP @guapcoin Community // CTO @ #theblackwallstreet // Mom of 8 // Crypto Expert // Black Business Supporter // Data Scientist // Astrologer

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**The Boy**
@ADiddyTheDon

Them NFT monkeys as profile pics are racist

2:40 PM · Jan 27, 2022 · Tweetbot for iOS

**4** Retweets **3** Likes

**Raphael Ely** . @_RalphMyMans · Jan 27
Replying to @ADiddyTheDon
Still making money off "monkeys"

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**The Boy**
@ADiddyTheDon
Follow
Owner of @SinsoredDetroit Detroit Sports Lifer Pistons Aficionado I tweet a bunch of rap lyrics… #FREEMAXB #RIPRJ #NFL

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Thread

**tj watt stan**
@TRAPUCHIHAS

Why are nft icons monkeys? It feels racist😤

12:15 PM · Jan 14, 2022 · Twitter for iPhone

**1** Retweet **1** Like

**tj watt stan** @TRAPUCHIHAS · Jan 14
Replying to @TRAPUCHIHAS
No but seriously why is it monkeys im confused

2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**tj watt stan**
@TRAPUCHIHAS
Follow
cal: marvel, dc, and anime
#HEREWEGO #LETSGOPENS |
| 8/1/21

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

# Explore
Settings

## Tweet

**UNSN Vemito** 👑
@V3MITO

Are NFTS racist?? Buying and selling monkeys

2:01 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **10** Likes

**Minki** @MinkiWinki4 · Dec 28, 2021
Replying to @V3MITO
HAHAHAHH

1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**UNSN Vemito** 👑
@V3MITO
17 | 🇺🇸 | @UNSNGG

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Explore

Settings

## Tweet

**We Ascending** 📋 🪃
@KW33NSOHI9H

It was established last month NFT creators and origin is pretty much racist…including the most popular NFT design (monkey guy…yea…look that artist up) not surprised but now what…

> **wells (oakland enby in michigan)** @WellsLucasSanto · Jan 31
> In case you haven't seen it yet, someone is selling NFT's associated with pictures of Black folks and calling it "Meta Slave". Their Twitter is a series of listings of Black people up for sale. Gross, despicable, and angering don't even begin to describe this.
> Show this thread

3:16 PM · Feb 2, 2022 · Twitter for iPhone

**15** Retweets **1** Quote Tweet **15** Likes

**wells (oakland enby in michigan)** @WellsLucasSanto · Feb 2
Replying to @KW33NSOHI9H
100% this.

1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**We Ascending** 📋 🪃 Follow
@KW33NSOHI9H
creator of all things that exist within me

**wells (oakland enby i...** Follow
@WellsLucasSanto
AI justice educator. Critical race & digital studies. Abolition, equity, & transformative justice. Boba & anime hot takes. Pan/bi enby. (she/he) 🇹🇼 🇮🇩 🏳️‍🌈

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**willzo**
@jalen_m16

A bunch of white men in spaces talking about is them Monkey NFT's racist……

1:58 PM · Jan 3, 2022 · Twitter for iPhone

**2** Retweets **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**willzo**
@jalen_m16
21 in the 410

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**VIRGO'S GROOVE**
@Jayybayeee

Why all these nft's monkeys 😑 like why the MONKEYS gotta be sold I see what y'all racist asses doin

5:50 PM · Jan 21, 2022 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**VIRGO'S GROOVE**
@Jayybayeee
Ken Doll, MOVE TM

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

@Flyy_Joshh

Buying NFT's lowkey racist bc why you wanna own a monkey

6:35 PM · Jan 26, 2022 · Twitter for iPhone

**2** Retweets **15** Likes

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

@Flyy_Joshh

NCAT$U | Menace

Follow

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago

**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

US elections · Yesterday

**Experts and authorities confirm US elections are safe and reliable**

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

🤞🏾
@BKTeezy

White ppl selling yall them monkey NFT don’t sit right with me.

4:55 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

🤞🏾
@BKTeezy
🌴ampa

Follow

**What’s happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don’t miss what’s happening**
People on Twitter are the first to know.
Log in
Sign up

# Explore

Settings

## Tweet

🧍
@jynxNJ

Something about every nft being a monkey just doesn't sit right w me 🤔

10:03 PM · Dec 14, 2021 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

🧍
@jynxNJ
Follow
🎶🎶 Instagram: jynxnj

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**POPSUGAR UK** · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up