# EXHIBIT 18



**CONTROVERSY**

# Bored Ape Yacht Club finally responds to neo-Nazism accusations

Yuga Labs co-CEO Nicole Muniz vehemently denies prominent creative director Ryder Ripps' allegations, calling them "deeply painful."

Matt Wille  2.1.2022 2:36 PM

## Some days, it feels like the entire internet has gone ape.

The ultra-trendy Bored Ape Yacht Club NFT collection is everywhere you look, from Twitter to late-night television. Justin Bieber just bought a Bored Ape for $1.3 million. Adidas has a full-on partnership with the BAYC collective. Overall sales of the non-fungible simians officially passed $1 billion early this year.

*ADVERTISEMENT*

Not everyone is buying into the hype, though. In particular, creative director Ryder Ripps — best known for collaborating with artists like

Exhibit 18
Page 1



Kanye West and brands like Gucci and Soylent — has been amassing an archive of evidence about what he sees as the Bored Ape Yacht Club's many neo-Nazi and racist references.

Since late last year, Ripps, who was raised in a Jewish family, has been sharing his findings via social media. On Twitter, Ripps has faced severe backlash about the nature of his research, though plenty of others have stood behind his findings or even added to them. He's compiled his research at gordongoner.com — a site named after the pseudonym of one of BAYC's co-founders.

"They're trolls," Ryder says of the Bored Apes team in an interview with *Input*.



Gordon Goner, along with the similarly pseudonymous Gargamel, Emperor Tomato Ketchup, and No Sass are are the official founders of BAYC. An artist who goes by Seneca created the initial sketches; five other artists turned her ideas into the 10,000 apes NFTs in existence.

Yuga Labs, the company that owns Bored Ape Yacht Club, outright denies connections to any extremist imagery. Moreover, co-CEO Nicole Muniz says that very idea runs opposite to the sense of community the BAYC wants to foster. She characterizes Ripps' barrage of BAYC-targeting tweets as very aggressive. "It is deeply painful," she says. "It's disturbing." Meanwhile, experts from the Jewish organization the Anti-Defamation League consulted by *Input* have also cast doubt on the evidence presented by Ripps.

Ripps' claims of the Bored Apes' connections to Nazism begin with the collective's logo. The monkey's skull, bordered on all sides by text, is "very similar" to the *Totenkopf* symbol utilized by Nazis, he writes on his webpage. He points out that both images depict skulls with 18 teeth.



↳  Ryder Ripps

Exhibit 18
Page 2



However, Mark Pitcavage — a senior research fellow at the ADL's Center on Extremism who has on many occasions been called as an expert in court cases — tells *Input* that he sees no connection between BAYC's logo and the Nazi *Totenkopf* image.

"The Nazi *Totenkopf* is one very specific graphic design of a skull and crossbones," Pitcavage says. "And the monkey skull resembles it in no way except insofar as all skulls resemble each other to a certain degree."

Pitcavage also points out that the Nazis were by no means the first to adopt the *Totenkopf* — and, in fact, the version used by the Waffen-SS (the combat branch of the Nazi party's SS organization) predates the Nazi party entirely. "It dates back to the Prussian military, way before Adolf Hitler was even born," he says.

The more you dig into Ripps' research, the more tenuous the links get. Some Bored Apes wear a helmet known as a *Pickelhaube*; Ripps points to this as further evidence of Nazi sympathies. But the helmet in question was actually worn by Imperial German soldiers.

> "When I **FIRST** read his blog post, I actually had to look that [**REFERENCE**] up. And I've been studying white **SUPREMACY** for 27 years."

"Imperial Germany is two governments before the Nazis," Pitcavage says. "It is true that some white supremacists will fly an Imperial German flag, because the Nazi flag is prohibited in Germany." However, he says, other Imperial German images, like the *Pickelhaube*, are not at all associated with Nazis.

ADVERTISEMENT

Exhibit 18
Page 3

 

Some of Ripps' points — like the fact that Yuga Labs launched the Bored Apes on April 30, the day of Hitler's death — are nothing more than coincidence, according to Pitcavage. "The date Hitler died isn't even a date white supremacists celebrate," he says.

Ripps also points out on his site the similarity between Yuga Labs' name and that of Kali Yuga, a "popular element of alt right/traditionalist ideology." But calling Kali Yuga "popular" is very much a stretch, Pitcavage says. "When I first read his blog post, I actually had to look that up," he laughs. "And I've been studying white supremacy for 27 years." (The Hindu concept of Kali Yuga has been called upon by the alt-right, at times, though it is by no means common.)

## 'THINGS GET TWISTED'

Earlier this year, as Ripps continued to tweet his research, Yuga Labs — which hasn't taken on his allegations head-on until now — subtweeted him. The company's name, it tweeted, was taken from a villain in the popular Nintendo 3DS game *A Link Between Worlds* — a sorcerer who can turn characters into paintings.



Muniz echoes the sentiment of that tweet: "We're all just video game nerds." Muniz leads Yuga along with Gordon and Gargamel; she refers to them as a "three-headed dragon." When asked about Ripps' allegations, she begins by bringing up that Gordon is Jewish. Guy Oseary, a high-profile partner in the company, is Israeli, she adds. (That members of the team are Jewish, of course, doesn't necessarily mean Nazi imagery couldn't have made its way into the project.)

Muniz says that Yuga Labs considered getting lawyers involved or sending Ripps a cease-and-desist but decided the best route was to

Exhibit 18
Page 4



keep its head down and keep moving forward.

# "Some of it is clearly OFFENSIVE. It's not exempt from CRITICISM."

"Things get twisted in a way where it's like interpretations of interpretations of interpretations of facts. Sometimes you want to be like, 'Just google it!'" she says. "We just have this feeling of exhaustion, sadness. And for some of the team it's extremely, extremely painful."

On Twitter, users reacting to what Ripps has to say have fallen mostly into two camps. Some users — especially those who own apes and consider themselves part of the BAYC community — have denied his allegations outright. "I never for a moment thought there was anything racist about BAYC," one owner tells *Input*. "It never crossed my mind, and when all this stuff was brought up, I didn't see the connection."

Others have taken Ripps' research to the opposite extreme, digging for "evidence" to the point of near-conspiracy. While much of Ripps' research centers on specific visuals with similarities to Nazi imagery, other Twitter users have extended this search to the far ends of confirmation bias. Like claiming the BAYC's Kennel Club — a collection of canine NFTs offered for free to each member — is a reference to Hitler's love for dogs.



Exhibit 18
Page 5





Neither Pitcavage nor Carla Hill, another senior researcher at the ADL's Center for Extremism, are willing to let BAYC off scot-free, though. They agree with Ripps's points that a "hip hop" trait (which gives apes a gold chain and gold teeth) and a "sushi chef headband" are both problematic. The former, Ripps says, is a stereotypical presentation of Black culture; the latter, he says, is a stereotypical depiction of a Japanese person.

ADVERTISEMENT



↳ Bored Ape Yacht Club

Exhibit 18
Page 6




Ripps also points to less obvious examples of BAYC art that could be seen as problematic. In a teaser for the collective's first video game, for example, one of the enemies' weapons appears to be bananas arranged in a Swastika-like shape.



"Some of it is clearly offensive," Hill says. "It's not exempt from criticism." But Pitcavage notes that this is a very small subset of the 10,000 available apes. "Some look problematic out of context," he says. "They look less so in the context of all the others."

Muniz concurs. "When you look at one or two variables in a vacuum, you might see something that comes across as sketchy," she says. "But I think it's important to think about the fact that we deeply reference culture, all kinds of culture. Like the Hawaiian shirts, which [Ripps] says are racist because of the Boogaloo. Here's the thing: Go google the *Magnum P.I.* Hawaiian shirt."

Both Pitcavage and Hill agree that, overall, Ripps' research does not point to any specific group of extremists. "If you're an extremist, you have a set ideology," Hill says. "You don't dabble in all different kinds."

Meanwhile, tensions between Ripps and BAYC have escalated. Yesterday, Ripps noted that the official BAYC Twitter had blocked him. The designer pointed to this turn of events as evidence that he is "officially winning."

*Update, 2.3.22: An earlier version of this article attributed a quote to Ripps; it was actually said by BAYC co-founder Gargamel.*

Exhibit 18
Page 7

 

ADVERTISEMENT



Chris Stokel-Walker   8.10.2022 12:37 PM

**CONTROVERSY**

# HitPiece, a music NFT site once decried as 'a scam,' is relaunching

In an exclusive interview, co-founder Rory Felton tells *Input* what went wrong earlier this year and how HitPiece has learned from its mistakes.

HitPiece

**U**pon its launch on Dec. 1, 2021, the NFT music marketplace HitPiece promised users the opportunity to buy NFTs associated with the back catalogs of some of the world's most popular musicians.

There was just one problem: The musicians themselves, including BTS and Taylor Swift, had no idea. In early February, after learning that NFTs associated with his band Bleachers were listed for sale on HitPiece, Jack Antonoff tweeted:

ADVERTISEMENT

Exhibit 18
Page 8






Wolfgang Van Halen, frontperson of the band Mammoth WVH, was more blunt:



Artists seemed particularly peeved that one of their own — Michael Berrin, AKA MC Serch from the '90s hip-hop act 3rd Bass — was among the people behind the company.

Chastened by the enormous negative reaction, HitPiece posted on social media, "Clearly we have struck a nerve and are very eager to create the ideal experience for music fans. To be clear, artists get paid when digital goods are sold on HitPiece. Like all beta products, we are continuing to listen to all user feedback and are committed to evolving the product to fit the needs of the artists, labels, and fans alike."

By the next morning, the site's contents had been taken down, replaced by a simple message: "We started the conversation and we're listening." Meanwhile, HitPiece was subject to a slew of, yes, hit

Exhibit 18
Page 9




pieces calling the site more despised among musicians than Spotify and "like, an incalculable number of 9/11s" for artists.

Now, six months later, HitPiece is back — and the company would like you to forget about that whole thing in February.

For its relaunch, the 15-member HitPiece team has signed up about 50 artists, including hip-hoppers ATL Jacob, Lil Gnar, and Lil Gotit, who are minting NFT versions of their songs and other content, according to site co-founder Rory Felton, who previously co-founded the Militia Group record label (later acquired by Sony). Felton tells *Input* that the company will be announcing "tier-one, Grammy-nominated, diamond-level artists down the line, as well."

HitPiece, which Felton says received $5 million in funding early on, takes a 10 percent transaction fee for any NFTs sold through the platform. There's also a metaverse component: "Early adopters will get access to their very own music lounge where you'll be able to share… your NFTs in an immersive listening room," the site explains.

A HitPiece "music lounge" HitPiece

"Artists can go right now to HitPiece.com and register to be verified," Felton tells *Input* right out of the gate. (That's Felton pictured on the left in the lead image, alongside ATL Jacob.) "One of the value-adds we are bringing to this space is ensuring that only registered and verified artists are minting on behalf of those artists." HitPiece is doing so in partnership with content-recognition company Audible Magic, which will "help verify ownership of new music prior to minting of an NFT," according to a HitPiece press release.

That Felton leads with safe, secure verification as the pitch for HitPiece speaks volumes about what went before. When asked about the February controversy, he explains that the situation was a "beta experiment" that got out of hand.

Between the time HitPiece went online and the week artists found their work allegedly being monetized without their permission, Felton claims to have had hundreds of phone calls and meetings with artists,

Exhibit 18
Page 10




labels, and rights holders. "The overwhelming feedback at the time was extremely positive and excited about it," he says.

ADVERTISEMENT

So what went wrong? "Clearly, we failed to have the proper guardrails in place around the product, which led to the miscommunications and challenges that happened," he says. "We made mistakes with that, and we're looking to learn from that and build upon that."

According to a February article in *Vice*, the HitPiece block explorer showed that hundreds of NFTs had been minted since the site's launch. "Seemingly, anyone could register on HitPiece to sell a piece of music as an NFT, even on an artist's behalf," the outlet reported.

"Clearly, we failed to have the proper guardrails in place that ensure that only the rights holders of creative content could actually mint NFTs containing their assets," Felton says. "But it should also be clear that none of the beta was on a decentralized blockchain. It all was on a private chain in a custodial experience."

Despite the fact that some of the NFTs featured on the site had been minted, Felton claims no music was in fact up for sale on HitPiece; the platform only displayed artwork associated with artists' releases, which likewise was not available for purchase. (HitPiece's content was scraped from Spotify's publicly available metadata, *The Los Angeles Times* reported.)



"I **DO NOT** agree at all with the RIAA claim that it's a **SCAM.** That's not what our **BUSINESS** was or is about."



Exhibit 18
Page 11



"It was attempting to try and make it easy for an artist to have their own storefront, and to show them how quickly it could be done, so they could enter this space quickly," he says. Felton calls the initial version of HitPiece a demonstration: "a game, or a vision of the future, if you will." He adds, "It simply got away from us."

Sadie Dupuis, frontperson of the indie rock band Speedy Ortiz, who found her music listed on HitPiece early this year, didn't see it as a game. "For a company artists have not chosen to work with to extract financial benefit off our work sans permission is pretty clear-cut copyright theft," she tells *Input*.

Whatever the truth of what happened earlier this year, it's fair to say the beta launch of HitPiece did not go well. Besides the musicians who lambasted the company after finding their artwork on its website, the Recording Industry Association of America (RIAA) condemned the site in a press release and a letter to HitPiece's attorney.

In that press release, Ken Doroshow, the RIAA's chief legal officer, said, "HitPiece appears to be little more than a scam operation designed to trade on fans' love of music and desire to connect more closely with artists, using buzzwords and jargon to gloss over their complete failure to obtain necessary rights."

That's a representation that Felton takes umbrage with. "I do not agree at all with the RIAA claim that it's a scam," he says. "That's not what our business was or is about." Felton didn't directly answer a question from *Input* as to whether the situation with the RIAA was resolved, instead saying that the association has since put HitPiece in touch directly with member labels the RIAA represents.

"We are not actively speaking with RIAA, because we're speaking with their member parties," Felton says. The RIAA declined *Input*'s request for comment.

## A NOTABLE DEPARTURE

One party Felton and HitPiece aren't actively speaking to: Berrin, AKA MC Serch, who parted the company in the wake of the controversy.

"He's an old friend of mine, a longtime associate," says Felton. "He has just decided to pursue other opportunities at this point, and we wish him all the success in those new endeavors." When asked whether Berrin's departure was tied to the controversy, Felton reiterates, "He decided to pursue other opportunities, and we wish him all the success in all that he does."

ADVERTISEMENT

Exhibit 18
Page 12



Berrin, likewise, is not forthcoming. "My reason for leaving HitPiece is no comment," Berrin says in an email to *Input*, "but I wish them all the best in their future endeavors."

Despite the drama, Felton remains eager to relaunch HitPiece — and believes that musicians are too. "We're really just focused on helping artists achieve what they want to achieve," he says. "We think we've got this. We know we have the simplest platform out there for music artists to use to mint NFTs and the audience to buy, and we hope to continue to innovate in the space and onboard more people into Web3."

Felton admits that the negative headlines and subsequent retooling of the platform have cost the company precious time. By now, of course, the NFT market has crashed. But he's still confident about the future. "Anyone entering the NFT space has to have a long-term vision for it," he says. "Just like crypto, there seems to be large swings, both up and down."



> "I'm **SURE** there may be some artists that [the controversy is] a **HURDLE** for them. And we're happy to **SPEAK** to them if they have any **QUESTIONS** about what happened and where **WE'RE GOING**."



Felton claims that HitPiece's past missteps haven't been an issue for the 50 or so artists they've partnered with for their relaunch. He brushes off the idea that HitPiece has to work harder based on what's

Exhibit 18
Page 13



gone before. "I've been an entrepreneur my whole career," he says. "In a certain sense, it just feels like anything else I've done."

He positions the issues HitPiece had back in February as normal for boundary-breakers. "I think anyone in the startup world, you're pushing a new reality on the universe, right? It's never an easy feat. But we think we're providing real value for artists and for fans."

When *Input* points out the reality to Felton that any artist that hears HitPiece's pitch is going to google them and see the past headlines, he replies, "I'm sure there may be some artists that it's a hurdle for them. And we're happy to speak to them if they have any questions about what happened and where we're going."

The challenges Felton and HitPiece face are perhaps best summed up by Dupuis. "If HitPiece have figured out a way to run their business without infringing on IP, that's certainly an improvement over the messy and illegal beta version they made public earlier this year," she says. "But it's certainly not a service I'd be opting into anytime soon — or ever."

ADVERTISEMENT

Exhibit 18
Page 14