# EXHIBIT 19

8/3/22, 2:11 PM　　　　　　　　　　　　　　　　3721 - Bored Ape Yacht Club | OpenSea

 OpenSea

Bored Ape Yacht Club ✓

# #3721

88



Owned by **6B83B6**　　　3.8K views　　　88 favorites

Best offer

($141,542.76)

Exhibit 19
Page 1



Exhibit 19
Page 2