# EXHIBIT 20

8/11/22, 3:32 PM                                      6281 - Bored Ape Yacht Club | OpenSea



Bored Ape Yacht Club

# #6281



Owned by **TOKYOTOKEN4**        642 views        22 favorites

Best offer

## 76.3251 ($143,764.43)

**Make offer**

**Price History**

**Listings**

**Offers**

| Price | USD Price | Floor Difference | Expiration | From |

Exhibit 20
Page 1

8/11/22, 3:32 PM                                     6281 - Bored Ape Yacht Club | OpenSea

| | | | | |
|---|---|---|---|---|
| **76.3251** WETH | $143,764.43 | 9% below | 42 minutes | PuruKro |

## Description

By **BoredApeYachtClub** ✓

## Properties

| BACKGROUND | CLOTHES | EYES |
|---|---|---|
| Blue | Bandolier | Closed |
| 12% have this trait | 2% have this trait | 7% have this trait |

| FUR | HAT | MOUTH |
|---|---|---|
| White | Sushi Chef Hea… | Phoneme L |
| 4% have this trait | 2% have this trait | 2% have this trait |

## About Bored Ape Yacht Club

## Details

## Item Activity

Filter

[ Sales ]  [ Transfers ]   Clear All

| Event | Price | From | To | D |
|---|---|---|---|---|
| Transfer | | TOKYOTOKEN | TOKYOTOKEN4 | a |
| Sale | 141 | jamis | TOKYOTOKEN | 2 |
| Transfer | | jamis | TOKYOTOKEN | 2 |
| Minted | | NullAddress | jamis | a |

## More From This Collection

**View collection**

https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/6281                                            2/2

Exhibit 20
Page 2