# EXHIBIT 23

Home Moments Search Twitter Have an account? Log in

**Moure** @Moure_eth · 7m

So you're telling me @ryder_ripps has been calling bayc racist for months but is now selling "rr/bayc"... am I missing something or is this dude just a grifter lol

1

**RYDER RIPPS** @ryder_ripps · 6m

gordongoner.com

1 1

**Moure** @Moure_eth · 5m

ive read the claims lol I don't see how this explains selling rr/bayc

1

**RYDER RIPPS**
@ryder_ripps

Follow

Replying to @Moure_eth

bringing light to BAYC and the nature of NFT, also helping fund the research. Its not different than a newspaper selling issues that feature the news about a murderer or some other unsavory thing.. the news is important for well informed society.

9:52 PM - 14 May 2022

**2** Likes Bridgjolk

2

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info





Home Moments Search Twitter Have an account? Log in

**Moure** @Moure_eth · 7m
So you're telling me @ryder_ripps has been calling bayc racist for months but is now selling "rr/bayc"... am I missing something or is this dude just a grifter lol

1

**RYDER RIPPS** @ryder_ripps · 6m
gordongoner.com

1 1

**Moure** @Moure_eth · 5m
ive read the claims lol I don't see how this explains selling rr/bayc

1

**RYDER RIPPS**
@ryder_ripps

Follow

RYD
@ryde
creati
truth a
gordo
ins
Jo

Replying to @Moure_eth

bringing light to BAYC and the nature of NFT, also helping fund the research. Its not different than a newspaper selling issues that feature the news about a murderer or some other unsavory thing.. the news is important for well informed society.

9:52 PM - 14 May 2022

**2** Likes Bridgjolk

2

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info