# EXHIBIT 25











8/11/2022                                                    RYDER-RIPPS.ETH



8/11/2022                                              RYDER-RIPPS.ETH





8/11/2022                                         RYDER-RIPPS.ETH



Exhibit 25
Page 9



Exhibit 25
Page 10







Exhibit 25
Page 13



Exhibit 25
Page 14



8/11/2022                                           RYDER-RIPPS.ETH



Exhibit 25
Page 16







RYDER-RIPPS.ETH





RYDER-RIPPS.ETH



Exhibit 25
Page 22