# EXHIBIT 26







8/11/2022 10:17 PM                                    RYDER-RIPPS.ETH





Exhibit 26
Page 5

RYDER-RIPPS.ETH



Exhibit 26
Page 6