# EXHIBIT 33

8/8/22, 12:32 PM                                               Ape Market



https://apemarket.com                                                                                          1/1

Exhibit 33
Page 1