| | |
|---|---|
| Louis W. Tompros (*pro hac vice*) <br> louis.tompros@wilmerhale.com <br> Monica Grewal (*pro hac vice*) <br> monica.grewal@wilmerhale.com <br> Scott W. Bertulli (*pro hac vice*) <br> scott.bertulli@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Fax: (617) 526-5000 <br><br> Henry Nikogosyan (SBN 326277) <br> henry.nikogosyan@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 350 South Grand Ave., Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-5300 <br> Fax: (213) 443-5400 <br><br> *Attorneys for Defendants* <br> *Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327) <br> eball@fenwick.com <br> KIMBERLY CULP (CSB No. 238839) <br> kculp@fenwick.com <br> **FENWICK & WEST LLP** <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Fax: 650.938.5200 <br><br> ANTHONY M. FARES (CSB No. 318065) <br> afares@fenwick.com <br> ETHAN M. THOMAS (CSB No. 338062) <br> ethomas@fenwick.com <br> **FENWICK & WEST LLP** <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Fax: 415.281.1350 <br><br> *Attorneys for Plaintiff Yuga Labs, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. John F. Walter |

Pursuant to Civil Local Rule 7-1 and this Court's Standing Order ¶ 7 (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

**Extended Deadline to Respond to Complaint**

WHEREAS, Plaintiff filed the Complaint (Dkt. 1) against Defendant Ripps and Defendant Cahen on June 24, 2022;

WHEREAS, Defendant Ripps was served with the Complaint on June 29, 2022, and Defendant Cahen was served with the Complaint on July 14, 2022;

WHEREAS, the Court extended the deadline for Defendants to respond to the Complaint to August 29, 2022, provided 30 days to file an opposition brief, provided 14 days to file a reply brief, and held that the date of the hearing on such motion shall be set on the first Motion Day that is at least 14 days after the reply is filed. (Dkt. 22);

WHEREAS, on August 19, 2022, the Court ordered the Parties to hold a L.R. 7-3 conference for Mr. Ripps and Mr. Cahen's anti-SLAPP motion to strike by August 25, 2022, to file declarations regarding the conference by August 29, 2022, and that any anti-SLAPP motion to strike to not be filed until 2 days after each party files their declaration (Dkt. 33);

WHEREAS, the Parties have agreed and request that the deadline for Defendants to respond to Plaintiff's Complaint be set to August 31, 2022;

WHEREAS, good cause exists to grant this request so that the deadline to respond to the Complaint is consistent with the August 19, 2022 Court order (Dkt. 33);

WHEREAS, this is the Parties' second request to extend the deadline to respond to the Complaint and set a hearing date.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. Defendant Ripps and Cahen's deadline to respond to the Complaint was August 29, 2022.

2. Defendants Ripps and Cahen's deadline to respond to the Complaint shall be set to August 31, 2022.

3. Plaintiff shall have 30 days to file an opposition brief to any motion responding to the Complaint.

4. Defendants shall have 14 days to file a reply brief after any such opposition is filed.

5. The date of the hearing on any such motion shall be set on the first Motion Day that is at least 14 days after the filing date of the reply.

6. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: August 26, 2022

By: /s/   *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400

-2-

|   |   |
|---|---|
| | Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400 |
| | *Attorneys for Defendants*<br>*Ryder Ripps and Jeremy Cahen* |
| Dated: August 26, 2022 | By: /s/  *Eric Ball* |
| | ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Fax: 650.938.5200 |
| | ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Fax: 415.281.1350 |
| | *Attorneys for Plaintiff Yuga Labs, Inc.* |

-3-

Case No. 2:22-cv-04355-JFW-JEM        SECOND STIPULATION TO EXTEND TIME

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated: August 26, 2022        By: /s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on August 26, 2022.

Dated: August 26, 2022  By: /s/   Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*