# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

　　Having considered the Second Stipulation to Extend Time to Respond to The Complaint, and having found good cause as set forth therein, IT IS HEREBY ORDERED that:

　　1.　　Defendant Ripps and Cahen's deadline to respond to the Complaint was August 29, 2022.

　　2.　　Defendants Ripps and Cahen's deadline to respond to the Complaint is hereby set to August 31, 2022.

　　3.　　Plaintiff shall have 30 days to file an opposition brief to any motion responding to the Complaint.

4. Defendants shall have 14 days to file a reply brief after any such opposition is filed.

5. The date of the hearing on any such motion shall be set on the first Motion Day that is at least 14 days after the reply will be filed.

6. This order is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

Dated: _____    By: _____
   Honorable John F. Walter
   United States District Judge