Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10; <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF RYDER RIPPS** |

**DECLARATION OF RYDER RIPPS IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S ANTI-SLAPP MOTION TO STRIKE AND MOTION TO DISMISS**

I, Ryder Ripps, declare as follows:

1. I am a visual artist and creative director whose multi-disciplinary practice aims to dismantle the porous boundaries between art, the internet, and commerce, agitating the structure of the attention economy and revealing the flow of power in online relationships.

2. My work often examines popular culture and highlights the effects of technology on society.

3. Through my creative content company, OKFocus, I have led creative direction and design projects for companies like Nike and Red Bull, and developed branding for products such as Soylent meal replacements. I have also worked closely with Kanye West in connection with his creative agency *Donda*, and have created art and executed creative direction with many leading musicians such as Grimes, James Blake, MIA, Pop Smoke, Pusha T, Tame Impala, and Travis Scott.

4. Beginning at the end of 2021, I started researching Yuga Labs, Inc. ("Yuga") and their use of neo-Nazi symbolism, alt-right dog whistles, and racist imagery in their company and in the Bored Ape Yacht Club ("BAYC") non-fungible tokens ("NFTs").

5. I began posting on social media, Twitter and Instagram, going on podcasts, and speaking to investigative journalists to expose the misconduct I had found and to start a public discussion of Yuga's offensive material. Additionally, in January 2022, I created the website https://gordongoner.com to compile the information I found for the public to view and discuss.

6. I also spoke against the number of celebrities that promoted BAYC NFTs. It is my understanding that Yuga used the following celebrities to promote the BAYC collection and their neo-Nazi symbolism: Tom Brady, Madonna, Kevin Hart,

1  Jimmy Fallon, Shaquille O'Neal, Mark Cuban, Justin Bieber, Stephen Curry, Eminem, Serena Williams, Steve Aoki, LaMelo Ball, and Snoop Dog.  It is also my understanding that the following brands have worked with Yuga:  Adidas, Universal Music Group, Arizona Iced Tea, Gucci, Major League Soccer, and Old Navy.

7.   In December 2021, Guy Oseary, Yuga's talent manager, called me to discuss the public statements I had made about Yuga's neo-Nazi symbolism.  On the call, Oseary made a series of vague threats, saying "I can be a nice guy or I can be a not nice guy" and that I would be better off being friends with Yuga.  Oseary suggested that he understood Yuga used racist dog whistles by stating "who am I to judge someone's art."  Oseary stated that he would help me if I kept silent and that he could make my life difficult if I did not cooperate.  Oseary also offered to introduce me to Kanye West, not realizing that I already worked with him, and later added me to a text message thread with West's manager.  When I had not posted anything new criticizing Yuga for about one week and unpinned a tweet criticizing Yuga, Oseary left me a voice memo thanking me for my silence.

8.   On May 13, 2022, I began creating the artistic project, RR/BAYC.  The project has grown to include a collection of NFTs, each of which uses a unique blockchain entry but includes a link to the same digital image as the corresponding BAYC NFT.  The purpose of the project was to (1) bring attention to Yuga's use of racist messages and imagery, (2) expose Yuga's use of celebrities and popular brands to disseminate offensive material, (3) create social pressure demanding that Yuga take responsibility for its actions, and (4) educate the public about the nature of NFTs.

9.   On May 14, 2022, I tweeted that I would create one RR/BAYC NFT for anyone who requested it for the price of 0.1 Ethereum.  Users that followed my social media posts regarding Yuga's misconduct would then commission specific NFTs by sending requests on Twitter.

DECL. OF RYDER RIPPS
Case No. 2:22-cv-04355-JFW-JEM

10. Demand for the RR/BAYC NFTs grew, and so, I created a website to sell the art (https://rrbayc.com). The website includes a description of the project, noting that "[t]hrough the process of 're-minting', the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFTs to change meaning, establish provenance and evade censorship." The website also explains that "RR/BAYC uses satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the framework of NFTs. The work is an extension of an in the spirit of other artists who have worked within the field of **appropriation art**."

11. Nearly all the RR/BAYC NFTs I sold where through the rrbayc.com website. The website required every purchaser to acknowledge the following disclaimer stating that I created RR/BAYC NFTs as works expressing protest and satirical commentary.



12. I did not sell any RR/BAYC NFTs on rrbayc.com without receiving an acknowledgement of the disclaimer.

13. During the time I was selling RR/BAYC NFTs, I continued to post frequently on social media about RR/BAYC's satirical vision and how I wanted to use the art to protest Yuga and educate the public on Yuga's misconduct.

14. To the best of my knowledge, no one has purchased an RR/BAYC NFT mistakenly thinking that it was a BAYC NFT.

15. Attached hereto as Exhibit 1, is a list of various NFT projects that use the BAYC NFT images to make a profit off of the BAYC NFT brand without expressing any artistic or critical commentary regarding Yuga. To the best of my knowledge, Yuga has not commenced litigation against any of them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on August 31, 2022.

Ryder Ripps