# EXHIBIT 9

8/11/22, 1:07 PM                                                                 18



HATE SYMBOL

# 18

Published: 05.03.2022

**ALTERNATE NAMES:** Combat 18, C18

18 is a white supremacist alphanumeric code for Adolf Hitler (1=A and 8=H). It is most commonly associated with the British white supremacist group Combat 18 or C18. Occasionally, Combat 18 cells appear in the United States, but they tend to be small and short-lived.

## Additional Images:



8/11/22, 1:07 PM 18







Exhibit 9
Page 2