# EXHIBIT 14











Explore

Settings

Search Twitter

Pinned Tweet

**Fredrick Brennan @copypaste@mastodon.online** 🦝🔣📗
@fr_brennan

[EXCLUSIVE]

@RichardBSpencer—everyone's favorite punchable white nationalist—decided to hop onto the #BURNBAYC discourse.

Myself and @PaulyOx decided to try to set up a stream with him. He ghosted us to defend alt-right friends likely. But I don't need him, I have technology.🧵

2:22 PM · Aug 22, 2022 · Twitter Web App

**29** Retweets **6** Quote Tweets **80** Likes

**Fredrick Brennan @copypaste@mastodon.online** 🦝 @fr_bren... · 2h
Replying to @fr_brennan
(art by @HelenSanOwO2)

While I would've liked to get him on audio recording admitting BAYC's art is racist, I have the next best thing: him doing so in DM.

I attempted to stroke his ego a bit to try to get him to do the space. Clearly I just wanted to be able to say he agrees.

2 11 46

**Fredrick Brennan @copypaste@mastodon.online** 🦝 @fr_bren... · 2h
Of course, screenshots can be faked. But @tlsnotary signatures can't be.

Don't worry, I'm smart enough to invalidate my Twitter auth before publishing these. (Or else Twitter is really broken. We're about to find out.)

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Search Twitter

GitHub Gist

gist.github.com
Richard Spencer admitting BAYC's art evokes Nazi imagery (TLSNotar...
Richard Spencer admitting BAYC's art evokes Nazi imagery (TLSNotary signed Twitter DM's) - Mon, 22 Aug 2022 20:37:46 GMT.pgsg

3 4 26

**Fredrick Brennan @copypaste@mastodon.online** 🦝 @fr_bren... · 2h
CC:

@jacobseitz_ @waveninja1 @ryder_ripps @elspethreeve @DavidCovucci

2 1 17

**Fredrick Brennan @copypaste@mastodon.online** 🦝 @fr_bren... · 1h
If you'd like to confirm the TLSNotary signature for yourself, download the PageSigner extension for Chrome, download the .pgsg file, then "Import session". You'll see this:

**Fredrick Brennan @copypaste@mastodon.online** @fr_bren... · 1h
@ryder_ripps @PaulyOx it's so 👌
Show this thread

2 16

**t01va** ☮️ @essence_seer · 2h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx
Yes Richard we want to know what YOU know about Kali Yuga. How does this abstraction drive you, if you dont know how its driving BAYC sales (into the ground)

1 3

**JEFF.XYZ** 🔜 @sherwoodmg · 2h
Replying to @fr_brennan @PaulyOx and @RichardBSpencer
pretty damning TBH. Maybe the most compelling commentary so far. Too bad he wouldn't get on spaces and discuss. Would have been epic.

2 11

**t01va** ☮️ @essence_seer · 2h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx
maybe if @RichardBSpencer spoke the base would regain some faith, maybe it will embolden us leftist more

who knows, hit up the gang

1

**Torako** @torako_tiger · 1h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx
wait he didn't get banned from twitter last year with all his buddies? he must be so lonely :(

1 2

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Show replies

**t01va** @essence_seer · 1h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx
I think Richard may not like subversive campaigns as much as openly racist ones
Maybe he wants to know his brands can survive in the open , something BAYC refuses to associate with their art

1 1 3

**BeardedKsum 📍 H-Town** @BeardedKsum · 1h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx

1

Show replies

**sygmod.eth** @sygmod · 1h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx

2

**Hella Doge** @DogeHella · 58m
Replying to @fr_brennan @ryder_ripps and 2 others
Pauly ox and I

**More Replies**

**V1 Marci ♠🖤** @memermarci · 1h
Replying to @fr_brennan @RichardBSpencer and @PaulyOx

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Fredrick Brennan @c...** @fr_brennan Follow
for my code&fonts → @MFEKglif jail Watkins² pfp—@pocketfurry SFW 🤯 jim wants to kill me cuz i caught him fake Q'ing "an oddly imposing figure"—@guardian

**Richard 🇺🇸🇪🇺🇺🇦 Spe...** @RichardBSpencer Follow
Writer, publisher, and speaker.

**PAULY** @PaulyOx Follow
Founder @NotLarvaLabs | @ApeMarketplace | @SHITPUNKS

**What's happening**

Music · LIVE
**Fans pay tributes to singer KK on his birth anniversary**

San Francisco C... · 4 hours ago
**So you got COVID-19 in the surge. Here's what you need to know about long COVID now**

Telegraph World N... · Yesterday
**Russians vow to strike Ukraine after daughter of Vladimir Putin's ally dies in car bomb**

Politics · Trending
**Pete Buttigieg**
2,151 Tweets

Trending in United States
**Andrew Tate**
131K Tweets

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 14
Page 3

Explore

Settings

Search Twitter

**Gambit** 🃏 @bitcoinhokage · 1h

Replying to @fr_brennan @RichardBSpencer and @PaulyOx

so these founders are confirmed racist? 🤨🙃

2

## More Tweets

**No Context Brits** @NoContextBrits · 4h

Never forget.

305 13.9K 168.3K

**Thing Bad** @Merman_Melville · 17h

i think it's very funny that the house of the dragon guys are like "we want to reflect the misogyny of the time period" the time period is the twelfth of makebelieve. it's the 149th year of sir gooby the dragonfoot. it's the eighth age of targabargabor. it's literally made up

714 12.7K 129.9K

Show this thread

**libby watson** @libbycwatson · 20h

i love when NASA just tweets something like "Check this out — space sounds like the wailing of billions of souls trapped forever in Hell! They are calling for your blood! Wow!"

**NASA Exoplanets** @NASAExoplanets · Aug 21

The misconception that there is no sound in space originates because most space is a ~vacuum, providing no way for sound waves to travel. A galaxy cluster has so much gas that we've picked up actual sound. Here it's amplified, and mixed with other data, to hear a black hole!

450 16.8K 107.3K

**Dr. Clayton Forrester** @DrClaytonForre1 · 8h

In 1995, 14 wolves were released into the wild in Yellowstone National Park.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

Exhibit 14
Page 5

8/22/22, 4:39 PM                    Fredrick Brennan @copypaste@mastodon.online 🦝🈲🟩 on Twitter: "[EXCLUSIVE] @RichardBSpencer—everyone's favorite p…



8/22/22, 4:39 PM
Fredrick Brennan @copypaste@mastodon.online 🦝🈁🟩 on Twitter: "[EXCLUSIVE] @RichardBSpencer—everyone's favorite p…



8/22/22, 4:39 PM    Fredrick Brennan @copypaste@mastodon.online 🐼🈂️🟩 on Twitter: "[EXCLUSIVE] @RichardBSpencer—everyone's favorite p…



8/22/22, 4:39 PM  Fredrick Brennan @copypaste@mastodon.online 🐦🈂️🟩 on Twitter: "[EXCLUSIVE] @RichardBSpencer—everyone's favorite p…

