# EXHIBIT 19



Exhibit 19
Page 1



**Fedor Linnik** @FedorLinnik · Jan 5

As I didn't have any extra information I actually decided that Totenkopf reference isn't a coincidence and BAYC creators are big military history fans who used military history elements as kitsch.
I saw that apart from military stuff BAYC had Roman Emperor toga and laurel wreath

♡ 8    ⟳ 2    ♡ 95

**Fedor Linnik** @FedorLinnik · Jan 5

This made my brain click again. Militaristic aesthetics, Roman Empire clothes. Yuga Labs (Kali Yuga reference? I thought). Everything looked familiar. All these elements are extremely popular among neofolk musicians

♡ 2    ⟳ 1    ♡ 116

**Fedor Linnik** @FedorLinnik · Jan 5

So, I assumed someone from BAYC must be a fan. And I wasn't wrong. Here is a random neofolk and martial industrial music fan article. Familiar helm, right?

Holy Roman Empire and Nazi aesthetics are also quite popular in this genre

**Into That Darkness: the Best of Neofolk, Martial Industrial, Dark Ambient, and Darkwave**

A list by Tanjahica

♡ 1    ⟳ 2    ♡ 101

**Fedor Linnik** @FedorLinnik · Jan 5

For instance, this locally popular neofolk band called Rome has a whole combo.

How do I know this? I listen to neofolk music a little myself, although don't share same values

**ROME**
KALI YUGA
ÜBER ALLES

♡ 1    ⟳ 2    ♡ 87

**Fedor Linnik** @FedorLinnik · Jan 5

Kali Yuga concept was popular in neonazi and fascists circles.

(She depicted Hitler as a sacrifice for humanity that would lead to the end of the worst World Age, the Kali Yuga, which she believed was induced by the Jews, whom she saw as the powers of evil.)

♡ 5    ⟳ 4    ♡ 95

**Fedor Linnik** @FedorLinnik · Jan 5

But @yugalabs said that they're named after Zelda villain which sounds quite trustworthy considering they're geeks. But something was still odd so I kept digging

**Yuga Labs** @yugalabs · Jan 3

A little a bit about us to start off the new year and what's coming.

Exhibit 19
Page 2



Exhibit 19
Page 3



**Fedor Linnik** @FedorLinnik · Jan 5

Also, interestingly, puzzle had lots of military terms hidden: Canard, Orders to attack, weapon, salute, maritime signal flags and etc.

Canard is especially curious. Not so common knowledge

---

**Fedor Linnik** @FedorLinnik · Jan 5

So I thought, If a person likes hiding stuff, gloomy references might be in the puzzle as well. Also, when you create a word-based puzzle you use lots of associations, so all the content is pretty much an imprint of the creator's mind

And I had a BINGO!

---

**Fedor Linnik** @FedorLinnik · Jan 5

This puzzle consisting of multiple ciphers has a word "Guenon" as a solution. The article's author explains it's a breed of Old World Monkey. But I decided to google anyway as I didn't know the word.

---

**Fedor Linnik** @FedorLinnik · Jan 5

It turns out Guenon being a monkey isn't a top search result. The top result is a french philosopher René Guénon

---

**Fedor Linnik** @FedorLinnik · Jan 5

René Guénon was a French intelectual who remains an influential figure in the domain of metaphysics having written on topics ranging from "sacred science", and traditional studies to symbolism and initiation.

Smith clicked in my head again as traditionalism sounded familiar.

---

**Fedor Linnik** @FedorLinnik · Jan 5

Rene Geunon is a founder of Traditionalist School (perennialism). Here is what Wikipedia has to say about it: traditionalism is popular among far-right movement

en.wikipedia.org/wiki/Tradition...

Exhibit 19
Page 4



Exhibit 19
Page 5



innuendos

Fedor Linnik @Fedor.Linnik · Jan 5
Back when I explored the military elements, I also got interested in prison uniforms. It has a 6 digit 019807 number and I was since the beginning it has some hidden reference, but couldn't find any.

@ryder_ripps solved it

Fedor Linnik @Fedor.Linnik · Jan 5
It turns out, if you remove both 0, you get 1987. It's a year when Rudolf Hess, a prominent Nazi officer who was prosecuted in Nuremberg, committed suicide in jail.

Fedor Linnik @Fedor.Linnik · Jan 5
BBC even called Hess whose grave was levelled to prevent it from becoming a place of pilgrimage, a Nazi Zombie. Remember this, we'll need it again soon

bbc.com/news/world-eur...

### Nazi zombie

Firstly, it is no coincidence that the relatives and officials chose to eliminate every physical trace of a figure with a vast potential for creating right-wing legends.

As was the case for Osama Bin Laden some weeks ago, the authorities understand the power of a permanent shrine to a highly controversial figure.

It becomes a place of pilgrimage, a focus for irrational and uncontrollable worship.

Secondly, the far-right movement has lost a crucial place embodying myths and legends that give a friendly face. The neo-Nazis desperately need to celebrate the memory of an attractive "hero" for the benefit of new recruits.

And thirdly, there will be an increased potential for violence of all kinds - from street unrest to digital stalking - by the far-right.

Deprived of a leading rallying figure, the movement will feel that its noble tradition has been humiliated by unjust powers yet again.

Ultimately it is possible that a renewed cult could rise again around Hess, the ultimate Nazi zombie.

Fedor Linnik @Fedor.Linnik · Jan 5
It turns out, that wasn't the only Nazi officer reference. The boat on the BAYC website says "SS MONKE BIZ". Of course, SS can stand for a steamship (screw steamer) and "monkey business" is a popular saying.

Fedor Linnik @Fedor.Linnik · Jan 5
However, the boat is not a screw steamer and BIZ looks like a hello to 4chan biz/ board. So what may SS Monke mean? SS can obviously refer to nazis. But that's not it. Monkke is a surname of one of the most long-living SS officer who died in 2001 at age of 90

Exhibit 19
Page 6



Exhibit 19
Page 7



Exhibit 19
Page 8



Exhibit 19
Page 9



Exhibit 19
Page 10



Exhibit 19
Page 11



Exhibit 19
Page 12



Exhibit 19
Page 13



Exhibit 19
Page 14



Exhibit 19
Page 15



Exhibit 19
Page 16



Exhibit 19
Page 17



Exhibit 19
Page 18



Exhibit 19
Page 19



Exhibit 19
Page 20



Exhibit 19
Page 21



Exhibit 19
Page 22



Exhibit 19
Page 23



Crypto Twitter is super right-wing and borderline racist? That's so shocking...

♡ 1        ⟲        ♡ 13        ⬆

**Nacho Gerberg | Aston King** @Nachogerberg · Jan 5
Replying to @FedorLinnik and @eth_Arl
Even if the whole thing is true which I think some of the connections are a
little far fetched, it still doesn't make it racist or wrong. Not everything has
to be so serious, not everything has to be a conspiracy. The whole thing is
because they are bored.

♡ 1        ⟲        ♡ 16        ⬆

**Just-in 🏴‍☠️📣⚠️** @PrimeFarmer · Jan 5
Yeah I agree, abit far fetched some things and Marxists crying about
everything now days.
As a fan and student of history, yet no lover of Nazis or Socilaism/ fascism ,
I don't think there is much wrong with incorporating these historical
themes.
History shouldn't be canceled

♡ 3        ⟲        ♡ 13        ⬆

**Shabba Da Hatt** @TheHattt · Jan 5
Replying to @FedorLinnik
Here bro, you can rest now.. #LetItGo

youtube.com
Spooky Coincidences?
Support Vsauce, your brain, Alzheimer's research,
and other YouTube educators by joining THE ...

♡ 1        ⟲ 1        ♡ 5        ⬆

**t00pestvalue** @toppestvalue · Jan 5
Replying to @FedorLinnik
would love to see ur cork board with strings. very fascinating

♡        ⟲        ♡ 6        ⬆

This Tweet was deleted by the Tweet author. Learn more

**Fedor Linnik** @FedorLinnik · Jan 5
Unfortunately, I missed the spaces so I know how they went only by CT
reaction. My goal wasn't to define what's racism and what's not. I just
noticed BAYC scattering nazi and alt-right themed references and
documented my observations

♡        ⟲        ♡ 7        ⬆

**smallfish** 🐟🗡️ @S_Rank_ivl · Jan 5
Replying to @FedorLinnik
DD God

♡        ⟲        ♡ 1        ⬆

**c8ake 🐷** @c8ake · Jan 5
Replying to @FedorLinnik
BAYC...

♡        ⟲        ♡ 3        ⬆

**rightclicksaviour.eth** @rcsaviour_eth · Jan 5
Replying to @FedorLinnik
Interesting n troubling read thx

♡        ⟲        ♡ 8        ⬆

**TronBoy** @eth_heads · Jan 5
Replying to @FedorLinnik
This is absolutely wild. Thanks for the compelling and troubling read.

♡        ⟲        ♡ 2        ⬆

**Jiangshi.eth** @jiangshi_eth · Jan 5
Replying to @FedorLinnik
Your thread yesterday was wonderful as well. Love to see both sides

♡        ⟲        ♡        ⬆

**punpun.tez** @freqpunpun · Jan 5
Replying to @FedorLinnik
i mean you could already tell by their takes

♡        ⟲        ♡ 3        ⬆

**arc_elm** @arc3lm · Jan 5
Replying to @FedorLinnik
there is a lot here

♡        ⟲        ♡        ⬆

**Xade** @pariah_nft · Jan 5
Replying to @FedorLinnik
Thanks for the information. this was an interesting read

♡        ⟲        ♡ 5        ⬆

**Jackie Wilson Design** @jackie_xi_design · Jan 5
Replying to @FedorLinnik
So most of this is just things you didn't actually notice but are regurgitating
👀

Exhibit 19
Page 24



**CULT LEADER** ✓ @Bilynacox · Jan 5
Replying to @FedorLinnik
@Tuna_Worldwide
♡ 1          ⟲          ♡ 3          ⤴

**ASAP Tuna** @Tuna_Worldwide · Jan 6
I mean they were going around trolling owners about apes and NFTs in NYC
so I'll keep reading lol
♡ 2          ⟲          ♡ 2          ⤴

Show replies

**Perplexx** @PerplexxArt · Jan 5
Replying to @FedorLinnik
Knowing how alt-right 4Chan trolls operate with tactics like dogwhistles
and shit, this is a willlllld read. Thanks for the interesting thread.
♡          ⟲          ♡ 40          ⤴

**Gasfees Hater** @LJJbenz · Jan 6
Replying to @FedorLinnik
@NigelEth @G_Loui @rocketraccony
♡          ⟲          ♡ 1          ⤴

This Tweet was deleted by the Tweet author. Learn more

**Thread Reader App** @threadreaderapp · Jan 5
Hello, the unroll you asked for: BAYC is of the most intricate hidden trolling
campaigns in history... threadreaderapp.com/thread/1478757... Enjoy 🎉 🍿

**Thread reader**                    🐦 Tweet   f Share

Thread by @Fedor Linnik (@FedorLinnik), 5 Jan

BAYC is of the most intricate hidden
trolling campaigns in history created by
very intelligent 4chan-related trolls who
have hidden lots of nazi and alt-right...

threadreaderapp.com
Thread by @FedorLinnik on Thread Reader App
@FedorLinnik: BAYC is of the most intricate hidden trolling campaigns
in history created by very intelligent 4chan-related trolls who have ...

♡          ⟲          ♡ 1          ⤴

**Nftsmvp 🌸🌀 (rentNFTs.eth)** @BlazedGarbell · Jan 5
Replying to @FedorLinnik
This thread feels commissioned by Larva Labs 😂
♡          ⟲          ♡ 11          ⤴

**OldGravy 🎩 🔴 ❗| 8-7.eth 2095.eth** @Oldgravy · Jan 5
Replying to @FedorLinnik
twitter.com/TheFiRatman/sta...
Has compiled another crazy list

**Jorgeee** @TheFiRatman · Jan 3
Mega thread on the POTENTIAL of @BoredApeYC being racist with nazi
propaganda/symbolism throughout their project.
Let's 1st start with their logo being eerily similar to the most coveted
rank in all of the nazi regime. the ss logo. •• 🐸
Show this thread

♡          ⟲          ♡ 1          ⤴

**0589.eth(god 🎩)🦇.eth)jfk⚡.eth** @bodrobort1 · Jan 5
Replying to @FedorLinnik
One of the central issues which I think underscores the legitimacy of this
thread - is the anonymity of the founders and one of the wallet names ....
#bayc should be taking this seriously, there's too much here
♡ 2          ⟲          ♡ 3          ⤴

**JoAN 🦊🌀🐸🐴🎨🍄🌸⚡🧘** @mmeJOAN · Jan 12
but lots of so-called nobodies wish they could go back and be anon. That's
not necessarily proof of anything..
♡          ⟲          ♡ 1          ⤴

**ecomhicks 🟡 🤍** @ecomhicks · Jan 5
Replying to @FedorLinnik

Exhibit 19
Page 25



Exhibit 19
Page 26



Exhibit 19
Page 27



Exhibit 19
Page 28



Replying to @Fedorimnik
@Unrollme unroll

**stop stalking me Tom** @greemcheeseplz · Jan 6
Replying to @FedorLinnik
@stinknoobe who could've guessed there's a theory Ape NFT creators are
4chan trolls using nazi and colonialist imagery

♡ 5

**Naila🍓** @__Naila__ · Jan 6
Replying to @FedorLinnik
What a crazy thread. I can't believe how deep you went down that rabbit
hole - gotta respect it.

♡ 1        ♡ 3

**Fedor Linnik** @FedorLinnik · Jan 6
I found the last ultimate proof. Adding it to the thread in minutes

♡ 3

**From Infinity** @FromInfinityTV · Jan 6
Replying to @FedorLinnik
This is pretty crazy, could have big repercussions considering how
mainstream it's gotten.

**Eric Most** @HeDaMost · Jan 6
Replying to @FedorLinnik
@chexmatrix ???

**coyote** @Coyote.launt · Jan 6
Replying to @FedorLinnik
@fs_brennen would love for you to chime in and give your two cents about
this as someone who knows the culture better than anyone out there. I'm
sure @ryder_ripps would be interested too

♡ 1

**RYDER-RIPPS.ETH** 🔵 @ryder_ripps · Jan 6
Replying to @FedorLinnik
@1Tobcat @siburehaus @_LeFenre_ @cybourgeoisie @maffincquaiz
@closverme_ @namwcvs please have a look through this thread and let me
know if you think its a possible coincidence much thanks

♡ 8    ♡ 15

**gamedev.eth** @closverme_ · Jan 7
This is called apophenia with a heavy touch of confirmation bias.

merriam-webster.com
Definition of APOPHENIA
the tendency to perceive a connection or
meaningful pattern between unrelated or random ...

♡ 1        ♡ 3

Show replies

**Ryan_NextLevel** @Ryan_NextLevel · Jan 7
Replying to @FedorLinnik
@yanniNFT worth a read!

♡ 1

**twonathan** @twonathan0 · Jan 7
Replying to @FedorLinnik

GIF  ALT

♡ 1    ♡ 1

**NolanMartin.eth** @NolanMartinArt · Jan 7
Replying to @FedorLinnik
What did you forget to take today?😭 holy shit dude lol

♡ 1

**some guy** @BigFatHater · Jan 7
Replying to @FedorLinnik
"its a conspiracy i tell ya!"

Exhibit 19
Page 29



Exhibit 19
Page 30



Exhibit 19
Page 31



Exhibit 19
Page 32



Exhibit 19
Page 33



Exhibit 19
Page 34



Exhibit 19
Page 35



Exhibit 19
Page 36



**Crypto Craig | Eth Jets** ✖️ @Crypt0_Craig · Jun 21
Replying to @FedorLinnik
...and then there's this, read RR's comment. Who's the troll?

**Crypto Craig | Eth Jets** ✖️ @Crypt0_Craig · Jun 21
Replying to @FedorLinnik
Here are the so-called coincidences

**Mr. 🅾️🆇🆇🅼 Duke of Trash/Creator of ToterTo...** @ZamArti... · Jun 26
Replying to @FedorLinnik
How do you feel about Ryder Ripps stealing all your 'research' to reuse as a troll campaign to sell ten thousand NFTs? Does that bother you that he even lied he did all the work when he just co-opted your effort for his profit?

**Shiv** @ShivG_ · Aug 9
Replying to @FedorLinnik and @PaulyOx
this is ultimate fud

Show more replies

Exhibit 19
Page 37



Exhibit 19
Page 38



Exhibit 19
Page 39



Exhibit 19
Page 40



Exhibit 19
Page 41



Exhibit 19
Page 42



Exhibit 19
Page 43



**Mac** @mac_crypto25 · Jan 11
Replying to @FreddieGibbs
How the F is nft racist please tell me your opinion

Show replies

**Kult** @kotnkylie · Jan 11
Replying to @FreddieGibbs

**Brown Sugar Soap Stan** @memfussmane · Jan 11
Replying to @FreddieGibbs
I'm cooking up a plan for some black history nft's for next month.

The following media includes potentially sensitive content.
Change settings                                                      View

**SpaceGodOSHI** @SpaceGodOshi · Jan 11
Replying to @FreddieGibbs
yea the monkey shit is type weird but theres alot of dope non monkey shit out there

**ADR1999** @ADR19991 · Jan 11
Replying to @FreddieGibbs
It Is.

**aynhh** @Itsaymhh · Jan 11
Replying to @FreddieGibbs and @bamfartgera
4chan you did it again

**aa** @andishae · Jan 11
Replying to @FreddieGibbs
preach

**aa** @andishae · Jan 11
Replying to @FreddieGibbs
buy @FLUF_World instead bunnys r 4 the people

**JackieTan** @Jackie_fan4 · Jan 11
Replying to @FreddieGibbs
Make a rabbit NFT then •• •• @FreddieGibbs

**Swavey.ETH** @Shakdontftweet · Jan 12
@MadRabbitsRC already did it bruv
#MRRC #IHaveMRRC

Exhibit 19
Page 44



Exhibit 19
Page 45



Exhibit 19
Page 46



Exhibit 19
Page 47



Exhibit 19
Page 48



Exhibit 19
Page 49



Exhibit 19
Page 50

Explore

Settings

Tweet

Search Twitter

**Uncle Jonny (They/Them/Tired)** 🏳️‍🌈✊🏾
@DoctorJonPaul

Something about the NFT monkeys feel racist to me.

10:02 PM · Jan 25, 2022 · Twitter Web App

**6** Retweets **1** Quote Tweet **55** Likes

**RYDER-RIPPS.ETH** @ryder_ripps · Jan 25
Replying to @DoctorJonPaul
gordongoner.com < because it is.. i wrote what i discovered here.

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 6

**$even** @ayospicaveli · Jun 11

1

**MsQueenEarth** @MsQueenEarth · Jan 25
Replying to @DoctorJonPaul
It is. Lol

I love NFTs, but I don't monkey around lol

I actually focus on Black stories. Queer stories. History.

1

**Antoine | Creative Vibes Only** @ItsATsWorld · Jan 26
Replying to @DoctorJonPaul
It's just a monkey.

Just like they got other animal NFTs.

1

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Uncle Jonny (They...** Follow
@DoctorJonPaul
2021 @TheDisruptors • Professor • Freelance Journo • Exec Prod: @BlkFatFemmePod w/ @IHeartPodcast • Repped by @serendipitylit • As Seen On: @Tedx, @Netflix

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

lmfaooo thought it was just me

1

**Em_H** @emhall_12 · Jan 26
Replying to @DoctorJonPaul
Same !! I thought it was just me . Ha

1

**Weird Science** 🐶💊 @bcsoulgamer · Feb 7
Replying to @DoctorJonPaul and @ryder_ripps
Apes traded on OpenSea wearing Imperial German helmets is no coincidence.

1

This Tweet was deleted by the Tweet author. Learn more

**RYDER-RIPPS.ETH** ➡️SOON @ryder_ripps · Feb 7

Alexis @idcwhateverfu · 20h
Replying to @ChainlinkFren @LuBrooo and 4 others
Yeah fr. Everyone's going to get on board with being catholic or you're gonna get left behind to rot in hell.

Alexis @idcwhateverfu · 21h
Replying to @mary_liuuu @nicksdjohnson and 2 others
Agree. All gays are evil and woman should be house bound like the good book says.

Alexis @idcwhateverfu · 21h
Replying to @LuBrooo @damedoteth and 3 others
Yeah agree. Back to the kitchen!!!

We like fresh fruit out and chocolate chips in our pancakes. Write it down so you don't forget.

1

Alexis @idcwhateverfu · 21h
Replying to @LongbonaMichael @wallamolia and 3 others
Zero fag policy

Alexis @idcwhateverfu · Feb 5
Replying to @ryder_ripps
You're not too hard to find yourself there buddy :)

1 1

1

Search Twitter

curfew imposed

NPR · August 10, 2022
**Why falling gas prices aren't taking the sting out of inflation**

Big Brother US · Trending
**Paloma**
21.6K Tweets

Trending in United States
**Anne Heche**
11.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

8/12/22, 1:38 AM                    Ed Balloon.eth on Twitter: "All I am gonna say is that bayc racism convo has been had since day 1. Folks just didn't care because …

🐦                    ←   **Tweet**                                            🔍  Search Twitter

\#  Explore              **Ed Balloon.eth**
                        @Ed_Balloon
⚙  Settings
                        All I am gonna say is that bayc racism convo has been
                        had since day 1. Folks just didn't care because it was
                        the black folks talking about it. But God bless lol

                        1:49 PM · Jan 3, 2022 · Twitter for iPhone

                        44 Retweets   9 Quote Tweets   271 Likes

                        ❤                    ↻                    ♡                    ⬆

                        **CuddlySalmon | nptacek.eth** @nptacek · Jan 3
                        Replying to @Ed_Balloon
                        you can definitely tell who's been paying attention 🙂
                        💬                    ↻                    ♡ 6                    ⬆

                        **furowski.eth** 🕳 @Fair_Row666 · Jan 3
                        Replying to @Ed_Balloon
                        this is facts
                        💬                    ↻                    ♡                    ⬆

                        **UNCLEJUT** @unclejut · Jan 3
                        Replying to @Ed_Balloon
                        I remember that first time I heard convo like this in a space few months
                        back. I had an onchain monkey at the time, immediately listed and sold
                        while still in that space. Love you bro and will always do everything I can to
                        support all
                        💬 1                    ↻                    ♡ 10                    ⬆
                        Show replies

                        **JIVE** @AtJive · Jan 3
                        Replying to @Ed_Balloon
                        I was tuned into that space and I couldn't help but think this from the jump.
                        Now that some white faces and people with mad social currency are talking
                        about it, it's suddenly a talking point.
                        💬                    ↻                    ♡ 1                    ⬆

                        **Saadiq** 🇸🇩 @saadiq · Jan 3
                        Replying to @Ed_Balloon
                        I eagerly await all the sales that this conversation will surely illicit.
                        💬                    ↻                    ♡ 1                    ⬆

                        **Thysol**🍬 @forthysol · Jan 3
                        Replying to @Ed_Balloon
                        I gotta say the German world war 1 helmet deserves a second look by the
                        community…of all wartime historical pieces why that
                        💬                    ↻                    ♡ 6                    ⬆

                        **mec.** @mecdot · Jan 3
                        Replying to @Ed_Balloon
                        I'm like…

                        

                        GIF  ALT
                        💬 2                    ↻                    ♡ 17                    ⬆

                        **Ed Balloon.eth** @Ed_Balloon · Jan 3
                        Lmaooooooooo
                        💬                    ↻                    ♡ 5                    ⬆

                        **jizoe.eth** @jared97095258 · Jan 3
                        Replying to @Ed_Balloon
                        Wheres the racism?
                        💬                    ↻                    ♡                    ⬆

                        **Jamal Dauda** @DJKidLightning · Jan 3
                        Replying to @Ed_Balloon
                        I just heard god bless in your voice and it's absolutely sending me 😂
                        💬 2                    ↻ 1                    ♡ 2                    ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**Relevant people**

**Ed Balloon.eth**                    Follow
@Ed_Balloon
Artist, Musician, and Founder of "The
Run Ed Collection". 1k Generative
Drop. Presale April 28th. Get in the
discord 🪩 opensea.io/collection/run
…

**What's happening**

US national news · LIVE
**FBI sought classified documents
related to nuclear weapons
during Mar-a-Lago search,
according to The Washington
Post**

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in    Sign up

https://twitter.com/Ed_Balloon/status/1478076119769358343                    1/2

Exhibit 19
Page 53

Explore

Settings

**Cut The Ace NFT Collector** @cuttheace · Jan 3
Replying to @Ed_Balloon
Pepe. Apes. Probably nothing. Carry on.
3

**SamaelGreen.eth** @samaelgreen · Jan 3
Replying to @Ed_Balloon
Fuds goes around and comes back around but we are respectful to everyone.

**BillyBillions.eth** @b1llybillions · Jan 4
Replying to @Ed_Balloon and @tayodamnshoes
Folks care only about C.R.E.A.M.
Capitalism never serve us well. Someone said that in the space yesterday.
1

**Manouschka.eth** 🎈🇭🇹 @singleserving · Jan 4
Replying to @Ed_Balloon
Yeah... but didn't have 6,000 people listening! That shit is STILL bugging me out!

**hiuma.eth** @hiuma_eth · Jan 8
Replying to @Ed_Balloon and @ryder_ripps
Agree

Show more replies

Search Twitter

NFL · 3 hours ago
**Giants at Patriots**

Music · 1 hour ago
**The Game's new album Drillmatic is here** 🎶
Trending with The Game, Eminem

Trending in United States
**Anne Heche**
11.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Exhibit 19
Page 55



Exhibit 19
Page 56



Exhibit 19
Page 57



Exhibit 19
Page 58



Exhibit 19
Page 59



Exhibit 19
Page 60



Exhibit 19
Page 61



Exhibit 19
Page 62



Exhibit 19
Page 63



Exhibit 19
Page 64



Exhibit 19
Page 65



Exhibit 19
Page 66



Exhibit 19
Page 67

Explore

Settings

Tweet

Search Twitter

**Mani Su** 🌞
@sunnygetsblue2

Those NFT monkeys are racist somehow. No I will not explain.

8:15 AM · Jan 28, 2022 · Twitter for iPhone

**4** Retweets **1** Quote Tweet **43** Likes

**Vespertrix** 💜🤍💚 **#ReclaimTheFlag** @SheFaerer · Jan 28
Replying to @sunnygetsblue2
Yeah I feel that. Especially knowing the particular demographic who are into them.
1 2

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Right!!!
1

**Bae Guevara** @Kaimandante · Jan 28
Replying to @sunnygetsblue2
No explanation needed

1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
🤦🏾‍♀️🤦🏾‍♀️🤦🏾‍♀️
1

**sorry that im the chosen one** @bamichic_ · Jan 28
Replying to @sunnygetsblue2
Lmfaoooooo
1

## More Replies

**Señor Militant** @CryingWolfe · Jan 28
Replying to @sunnygetsblue2
Pls allow me

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 1 4

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Wowwwwww 😭 whenever Monkeys are involved I get very skeptical but this is .... something. Thanks for sharing this
1 3

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Mani Su** 🌞
@sunnygetsblue2
Follow
hip to the jive and read too many books • my only regret, is too young for Langston Hughes • ☭ • she/her

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with #nuclear, Garland

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up



8/12/22, 1:41 AM                          Mani Su ☀ on Twitter: "Those NFT monkeys are racist somehow. No I will not explain." / Twitter



Exhibit 19
Page 69

Explore

Settings

## Tweet

**Family First Money Last**
@frenico847

I'm going to sound "hypersensitive" but it rubs me the wrong way of seeing black folks buying ape NFT's.

Just doesn't sit right with me.

10:41 AM · Feb 8, 2022 · Twitter for Android

**1** Retweet **1** Like

**BRISCOE** @BRISCOEMGMT · Feb 8
Replying to @frenico847
So counter question, so you associate black people with apes? Or because "they" have made that a thing.
1

**Family First Money Last** @frenico847 · Feb 8
The latter. Just how they are putting chains and streetwear clothes on the apes for some of these NFT's.

Like they aint slick at all. Could be pure coincidence but im skeptical of a bunch of white folks buying ape NFT's in mass quantity.
1 1

**BRISCOE** @BRISCOEMGMT · Feb 8
You got me there, but you know black people culture is cool. Def some underline racism in it. Everybody want to be a Nigga until it's time to really be a Nigga. Hip Hop culture has made non black think they a nigga.
1

**Family First Money Last** @frenico847 · Feb 8
Exactly how I see it. Thats why I said I might be hyper sensitive about it cuz I'm used to them mogs being extra sneaky.

Show additional replies, including those that may contain offensive content Show

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Family First Money La...** Follow
@frenico847
Chicago Born. Lake County, IL Resident. American Rapper. Family First Money Last Brand Owner.

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

**L.A. Times Food** · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Music · 1 hour ago
**The Game's new album Drillmatic is here 🎶**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





# Explore
Settings

Tweet

**H SAW TDE & SEEING PARAMORE IN 65 DAYS** 🏠
@decodethemonstr

maybe it's just me but these nft monkey profiles just feel very racist idk …

8:15 PM · Jan 25, 2022 · Twitter for iPhone

**2** Retweets **4** Likes

**lex** @scorpio_BITCH · Jan 25
Replying to @decodethemonstr
I've been getting that vibe too for some reason idk
1 1

**H SAW TDE & SEEING PARAMORE IN 65 …** @decodethe… · Jan 25
no right like … it's just weird 😬
1

**Milione Polo** @MilionePolo · Feb 7
Replying to @decodethemonstr and @ryder_ripps
The elephant

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**
H SAW TDE & SEEING… Follow
@decodethemonstr
(im)patiently waiting for paramore to drop new music | reverse reverse !

**What's happening**
US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NPR · August 10, 2022
**Why falling gas prices aren't taking the sting out of inflation**

Politics · Trending
**Nukes**
Trending with Saudis, Jared

Music · 1 hour ago
**The Game's new album Drillmatic is here** 🎶
Trending with The Game, Eminem

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

← **Tweet**

🔍 Search Twitter

🐦

# Explore

⚙ Settings

**Morbius Whaler**
@MorbiusArt                                      …

Please will someone recognize that the Bored Ape Yacht Club (BAYC) NFTs and the other related & copycat Ape, Gorilla & Monkey NFT crypto projects are clearly racist.

@drboycewatkins1
@bigmarh
@TheRevAl
@DrToddBoyd

4:29 PM · Dec 13, 2021 · Twitter Web App

**2** Retweets   **4** Quote Tweets   **2** Likes

💬          🔁          ♡          ⬆️

**Lamar Wilson** @bigmarh · Dec 13, 2021        …
Replying to @MorbiusArt @drboycewatkins1 and 2 others
Naw...that's a stretch.
💬          🔁          ♡ 4          ⬆️

**BowTiedBustard** @BowTiedBustard · Dec 14, 2021  …
Replying to @MorbiusArt @drboycewatkins1 and 3 others
Nah. You're reaching.
💬          🔁 1          ♡ 5          ⬆️

**A-Rod** @VLEX_RODRIGUEZ · Dec 14, 2021        …
Replying to @MorbiusArt @drboycewatkins1 and 3 others
I thought that last picture was Pete Davidson
💬          🔁          ♡          ⬆️

**Lance** @Lance_l_ · Dec 14, 2021                …
Replying to @MorbiusArt @drboycewatkins1 and 3 others
lmao you are in the wrong neighborhood, go justice warrior on Facebook.
💬          🔁          ♡ 1          ⬆️

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Morbius Whaler**  [Follow]
@MorbiusArt
Original Digital Art & NFTs with a focus on collectibles, gaming, design, pop culture, history, nature, psychedlica, futurism, trading, cryptos, sports

**Dr Boyce Watkins**  [Follow]
@drboycewatkins1
PhD in Finance (Ohio State), full time dad, lover of my people, believer in freedom of thought, track and field fanatic. Let's make Black People grea again.

**Lamar Wilson**  [Follow]
@bigmarh
Love.Freedom.Humor.Motivation. There is no fear in love; but perfect love casteth out fear - 1 John 4:18a
#spaceshost💫
#clubhouseprimeminister

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Garland, #nuclear

L.A. Times Food ✓ · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

NFL · 3 hours ago
**Giants at Patriots**

Music · 1 hour ago
**The Game's new album Drillmatic is here 🎶**
Trending with The Game, Eminem

Rap · 1 hour ago
**Megan Thee Stallion drops new album 🔥**
Trending with Not Nice, Red Wine

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
[Log in]   [Sign up]

Exhibit 19
Page 72

Explore

Settings

## Tweet

**Emberflux Housetrapped Era**
@Emberflux

I'm sorry but the ape NFTs feel racist. I can't describe why but they do.

7:54 PM · Nov 7, 2021 · Twitter for Android

**4** Retweets **103** Likes

**Hailie/Cinder/Cindy** @cinderschaos · Nov 7, 2021
Replying to @Emberflux
im with you on this
4

**Olivia** @olivia__real · Nov 7, 2021
Replying to @Emberflux
I agree with this but mostly just because I hate nfts so fucking much
1 6

**Olivia** @olivia__real · Nov 7, 2021
and nft people seem like the type to be racist
4

**P Ø JL-70 (Rosa)** @th3_s1ght · Nov 7, 2021
Replying to @Emberflux
Didnt the guy who made them also draw pro kkk art?
6

**IcarusAvery (EW/6.0 spoilers)** @Icarus_Avery · Nov 7, 2021
Replying to @Emberflux
Honestly, most NFTs have that kind of artstyle, it seems like.

Just another reason negative fungus toonies are the worst.
1

**amber** @sigma_gf · Nov 8, 2021
Replying to @Emberflux
there are literally nfts of ethnic stereotypes too so i can understand that

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Emberflux Housetrap...** Follow
@Emberflux
They/It. 19. Asian. #1 t4t tail chaser. Headfirst For Homos. World Renowned Emo. Anarchist. Aro. Homestuckie. $mberflux nsfw: @emberfux (10 dxllars.)

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

L.A. Times Food · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

Music · 1 hour ago
**The Game's new album Drillmatic is here**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.9K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Exhibit 19
Page 74

Purge (PROTECT TRANS RIGHTS) #bim #tr... @va_... · Nov 28, 2021 ···
Replying to @realHARTHUR
y'know what it doesn't surprise me that it's racist

obscure jpeg npc @RussianBotHack · Nov 29, 2021 ···
Not surprised, still disappointed

chuf 💜💙 @r_chuf · Nov 28, 2021 ···
Replying to @realHARTHUR
When the animation error



Ro (comms open) @RosieRoberts · Nov 28, 2021 ···
the whole show is an animation error

Show replies

Kira Amarilla @KiraAmarilla · Nov 28, 2021 ···
Replying to @realHARTHUR
I wanna watch it to laugh at it, but I 100% do not want to give em ad revenue.

IAquaffEI @Aquaffx5 · Nov 29, 2021 ···
Replying to @realHARTHUR
That shit hurt me the most, it was a painful watch

Michelle 🏳️‍🌈 @ewon1989 · Nov 29, 2021 ···
Replying to @realHARTHUR
What u mean to tell me that garbage show costs money?

mb @assetABby_needed · Nov 29, 2021 ···
Replying to @realHARTHUR
dont forget they used the same audio clip of the protag saying "fuck" like 8 times

Show more replies

New to Twitter?

Sign up now to get your own personalized timeline!

G   Sign up with Google

🍎  Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

HARTHUR @ SMASH...        Follow
@realHARTHUR
21yr old editor and moron for DMG
Alliance & Team Regen • he/him •
#BLM

What's happening

US national news · LIVE
FBI sought classified documents
related to nuclear weapons
during Mar-a-Lago search,
according to The Washington
Post
Trending with Nuclear, Garland

Bloomberg Quickt... ✓ · Yesterday
These families thought food
inflation was bad in 2021. It only
got worse

Entertainment · LIVE
Happy birthday, Sara Ali Khan

Music · 1 hour ago
The Game's new album Drillmatic
is here 🎵
Trending with The Game, Eminem

Politics · Trending
Esplonage
00.9K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in   Sign up

Exhibit 19
Page 75

8/12/22, 8:24 AM                    Black Riccardo Villalobos on Twitter: "Something about those ugly ass monkey NFT portraits seem racist to me" / Twitter

← Tweet

**Black Riccardo Villalobos**
@ABOLISHGIRLBOSS

Something about those ugly ass monkey NFT portraits seem racist to me

3:21 PM · Dec 10, 2021 · Twitter for Android

**6** Retweets  **1** Quote Tweet  **71** Likes

---

**whoknows** @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
yeah I think that Ryder ripps guy just kinda exposed how racist the origins of some of major nft art is

💬                    🔁                    ♡ 2                    ⬆️

**whoknows** @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
^on ig

💬                    🔁                    ♡ 2                    ⬆️

**SEAN / DRIFT** @DRIFT_PAROTIC · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
Lol. I thought the same thing. Like 1930's WB cartoons.

💬 1                 🔁                    ♡ 3                    ⬆️

**Black Riccardo Villalobos** @ABOLISHGIRLBOSS · Dec 10, 2021
Yup. Minstrel vibes.

💬 1                 🔁                    ♡ 2                    ⬆️

Show replies

Show more replies

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

🔘 Sign up with Google

🍎 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Black Riccardo Villalo...**      [Follow]
@ABOLISHGIRLBOSS
techno nigga. cultural critic. comedian. creator of @moma_ps5 bookings: contact.moma.ps5@gmail.com

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

🔵 Bloomberg Quickt... ✓ · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

🔵 POPSUGAR UK ✓ · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···

**Don't miss what's happening**
People on Twitter are the first to know.                    [Log in]  [Sign up]

Exhibit 19
Page 76

Explore

Settings

## Thread

**Terracota** 💜
@IathRianOuneVi

i been waitin to express my mind on nfts… mb y'all are gonna think terracota lost her damn but sum didn't sit right w/ me.. they widely use images of monkeys/ apes fast-food and golden chains and it's not as innocent as nft bros are tryna make them out to be… is all i'm sayin

2:24 PM · Jan 8, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **30** Likes

**Terracota** 💜 @IathRianOuneVi · Jan 8
Replying to @IathRianOuneVi
what i'm tryin to say is i think nft sare racist/ have a racist background and are tryna further enforce harmful stereotypes about the black community

2 15

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Terracota** 💜
@IathRianOuneVi
Follow
we have learned as much as we have suffered

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Bloomberg Quickt… · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

Search Twitter

**Bored Ape Yacht Club** @BoredApeYC · Feb 15

Looks like a dope community-run celebration - stoked for the new mega! 🧪🦍

**0xb1** @0x_b1 · Feb 15

Official #ANN

*M3 Mutant Serum Reveal Ceremony*

w/ original animation from @TitmouseInc feat. @0x_b1 & @TheChainsmokers

Presented by @mutant_cartel & @FODLfi

Hosted by @Herb_Castillo & @lior_eth
2.22.22 ~23:00 UTC

++Special Guests @BoredApeYC @ohhshiny @machibigbrother

Show this thread

164 240 1,265

**cobracrown7124**
@appis_this

Replying to @BoredApeYC

NFTs are a scam and are killing the environment. Your apes are trash and worthless and also BAYC is racist. 🖕

2:34 PM · Feb 15, 2022 · Twitter Web App

**1** Retweet **5** Likes

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**cobracrown7124** Follow
@appis_this
"Death is not the greatest loss in life. The greatest loss is what dies inside while still alive. Never surrender". - Tupac Shakur. Boston sports 🇺🇸 #BLM

**Bored Ape Yacht C...** Follow
@BoredApeYC
To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

## What's happening

US national news ·
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

NFL · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 78

Explore

Settings

Tweet

**Cher Scarlett** @cherthedev · Feb 7

FAQ: Why aren't you @verified?

Answer: The minimum follower count is ~100,000 to apply under the categories I qualify under, unless you have a PR bypass.

15 4 121

**Roland L. Taylor (🌷)**
@rolandixor

Replying to @cherthedev and @verified

They've verified a racist monkey NFT creator... For being a racist monkey NFT creator, or some monkeyness.

11:59 AM · Feb 7, 2022 · Twitter for Android

**2** Retweets **4** Likes

**RYDER-RIPPS.ETH** @ryder_ripps · Feb 7

Replying to @rolandixor @cherthedev and @verified

those guys have a lot of money and power..

gordongoner.com

Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles

BAYC is dehumanizing and created by bad actors.

2 2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Roland L. Taylor (🌷)** Follow
@rolandixor
A shell of my future self | Christian | #BlackinItUpWhileBlack | #CSSFunStuff linktr.ee/rolandixor

**Cher Scarlett** Follow
@cherthedev
hello@cher.dev | @coworkerfund | @_dotbigbang_

**Twitter Verified** Follow
@verified
The Verified blue badge source

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Thread

**kirby burger** 🙂🍔
@mergays

I've never examined the stupid NFT apes in any detail to notice this problem before but boy it really is super racist to put gold chains on monkey characters huh

9:11 PM · Feb 5, 2022 · Twitter for iPhone

**2** Retweets **3** Likes

**kirby burger** 🙂🍔 @mergays · Feb 5
Replying to @mergays
The fact that there's a lot of creepy WWII references and also the official logo for them appears to be a direct reference to a Nazi symbol is pretty... hmm!

1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**kirby burger** 🙂🍔
@mergays
Follow
🏳️‍⚧️ blm 💛 Verity D 💜 she/her 💛 28 💜 Australia 💛 the puppyseal girl 💜 personal is @esnafanblog 💛

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 80



Explore

Settings

Thread

**Mr. Meat Scraps** @ReallyLoudFart · Dec 15, 2021
NFT's are digital racism
6 54

**Mr. Meat Scraps**
@ReallyLoudFart

Why is the most popular NFT

a MONKEY

you fucking RACISTS

12:32 AM · Dec 15, 2021 · Twitter Web App

**3** Retweets **22** Likes

**Curp Copain** @blaha_blast · Dec 15, 2021
Replying to @ReallyLoudFart
Literally the digital slave trade smh
1 1

**Curp Copain** @blaha_blast · Dec 15, 2021
Speak of the white devil twitter.com/Grayjax/status...

This Tweet is from a suspended account. Learn more
1 1

**Sankoskovich** @fauxsarc · Dec 15, 2021
Welcome to 2021 baby

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mr. Meat Scraps**
@ReallyLoudFart
Diogenes reincarnated
**Follow**

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · This morning
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**#1 Phillies Fan**
@CountOnDC

The ape NFTs just seem racist idk man

11:16 AM · Nov 4, 2021 · Twitter for iPhone

**1** Retweet **1** Like

Show more replies

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**#1 Phillies Fan**
@CountOnDC
Howard U

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Trump, Nuclear

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Tweet

**2TYMES**
@Kanairs

Why all the NFT's monkeys??? That don't sit right with me.

6:45 AM · Jan 31, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**2TYMES**
@Kanairs
Follow

THE MIGHTY CHOCTAW NATION ✡️ MP3 Mississippi #SPORTSSS #comedy #ANIME #BLACKWOMENStanaccount #Chevygang #dodgers #JSU #RAIDERNATION #LSU #MANCITY

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 83

Explore

Settings

## Tweet

**Are you short?**
@AskWhy05

Why all the NFT be monkeys? It's some racist shit ain't it? Lol

3:56 PM · Feb 18, 2022 · Twitter for iPhone

**3** Retweets **6** Likes

**Mr. Arm 💪🏾 & Hammer 🔧 Out The Slammer** @ESQ_Da_OG · Feb 18
Replying to @AskWhy05
Lmaoooooo

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Are you short?** Follow
@AskWhy05
I'm just here to get this bread so I can buy the gold No Limit tank and drive it to work… I be cookin so book me and let me cook #JSUAlum #LuvDaBoom

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 84

Explore

Settings

## Tweet

**AreolaWhisperer** 🗣
@CliffyB202

That monkey nft shit be lookin like some sambo racist shit to me.

7:51 PM · Jan 17, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**AreolaWhisperer** 🗣 Follow
@CliffyB202
new page locked out of old one @4evanadaytrill so follow me back ‼️

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.24M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 85

Explore

Settings

## Tweet

**Chan Halen**
@TheChanimal93

my theory is that nft monkey pfps are going to become the new anime pfp racists on this site

8:38 PM · Dec 27, 2021 · Twitter Web App

**2** Retweets **7** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chan Halen**
@TheChanimal93
Follow

I only retweet things so I can chuckle at them again a few days later

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

**POPSUGAR UK** · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

**Thomson Reuter...** · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Giants at Patriots**
Trending with Patriots

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

**Cherry!**
@CH3RRY_T4RT

this isn't a coincide man wtf #BURNBAYC

10:04 PM · Jul 3, 2022 · Twitter Web App

**1** Quote Tweet **31** Likes

**chase.dillon@gmail.c** @flipflip1234567 · Jul 4
Replying to @CH3RRY_T4RT
@jimmyfallon

2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Cherry!**
@CH3RRY_T4RT
Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Trending in United States
**Anne Heche**
27.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Chris Patterson**
@ChrisPlaysWrite

What the hell am I gonna do tonight?

Why is every NFT a monkey?

Dass Racist, Jah?

12:38 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Chris Patterson** @ChrisPlaysWrite Follow

Editor-In-Chief/Head-Writer @ The Minefield Theatre Group. Actor. #RBNY fanatic, #MUFC fanatic, Writing, Soccer, Rants.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**New Scientist** · Yesterday
**Did life on Earth begin on land or in water? Ancient rocks are helping to piece together the origins of life**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



# Explore

Settings

## Thread

Search Twitter

**Church girl, actin loose.** @ElleWCarter · Jan 2

You buy me a gotdamn monkey NFT instead of the gift I wanted that cost a fraction of what you paid for that raggedy NFT and that I would have been happy with, we breaking up

Not only are you bad with money, but you are also a terrible listener and a lil racist.

**kez dispenser** @spiraltastic · Jan 1

Oh my god, Dave

Show this thread

I've been going back and forth for days on whether or not I should post this, but I'll do just to get it out of my system. I've never been on reddit before, so fair warning if I mess something up. I'm using a throwaway account because I'm embarrassed having to ask this question to begin with, so I'm going to leave some things vague on purpose. The only things that I'll admit is that I'm Black (26f), my fiance is Caucasian (27m), and he works in the tech industry. I'll call him Dave.

So, Dave and I decided to spend our Christmas with his parents, his 3 brothers, and their spouses. Dave got a huge bonus this year and told me he "was going to go all out for me" this year to make up for the past Christmases where we couldn't really afford anything. He asked me what I wanted and I said I wanted a popular fuzzy bag that was making the rounds on social media.

We all opened gifts on Christmas Eve. One of my SILs got a fur coat, the other an air fryer she really wanted, etc. When it came to my turn, Dave handed me his phone. I looked and thought I was going to see a track package page for the bag. Instead, all I saw was an art picture of a monkey that was suppose to look like me.

I asked him what this was, and he said that was my

veryone started laughing, which made Dave mad and nade me even more embarrassed. One of his brothers ven brought up the point about how it was poor in aste to give a monkey picture to your Black fiancee. ave asked me if I was ever going to defend him and a his point I was so humiliated that I just got up and ocked myself in the bathroom for a good cry. An hour ter I called myself an Uber and booked myself a hote ntil I could make it back home.

ave called me and said I was the asshole for bring own the mood in his family's house and for being naterialistic. I told him that all I wanted was a $200 ag and he spent 8k on a monkey picture! He told me at he was investing in our future together and that I st couldn't see his vision. I'll admit that there were etter ways I could've gone about reacting to the gift, nd I do feel guilty about totally running off like that ithout any warning, but I was completely ncomfortable with the situation and I didn't feel like taying around to be laughed at.

o, AITA here?

9 104 550

**Church girl, actin loose.**
@ElleWCarter

And them monkey NFTs are definitely racist full stop

2:23 PM · Jan 2, 2022 · Twitter for iPhone

**2** Retweets **1** Quote Tweet **97** Likes

Show more replies

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Church girl, actin loo...** @ElleWCarter Follow

#Comms strategist and CEO of Jefferson Park Consulting. Author, #WinTheInternetRemix. GWU alum. LA girl w/ DC roots. 1920💙🕊

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

**Thomson Reuter...** · 3 hours ago

**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up



Explore

Settings

Tweet

**derek**
@socalgaychub

tbh those NFT monkey pics give me racist vibes

12:54 AM · Jan 21, 2022 from Baldwin Park, CA · Twitter for Android

**1** Retweet **1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**derek**
@socalgaychub
Follow

I care about people other than myself. Aging millenial. Former Scientology child slave. trans rights. BLM. he/him. 35. Married to @chava_ssr.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Dont Trip**
@Sh33mABM

Something about NFT's and monkeys don't sit right with me

3:49 PM · Jan 18, 2022 · Twitter for iPhone

**1** Retweet **10** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Dont Trip**
@Sh33mABM
WE$TSIDE

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Drill Scott**
@_HIGHon_LIFE

Niggas are putting ppls hair and jewelry on NFT monkeys. That don't sit right wit me

11:51 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Drill Scott**
@_HIGHon_LIFE
IG: @_.sleez

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up






Explore

Settings

## Tweet

**illusive**
@itmeillusive

Bored ape nfts rub me the wrong way. Some racist bout it, idk.

10:45 PM · Nov 1, 2021 · Twitter for iPhone

**1** Retweet **9** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**illusive**
@itmeillusive
Follow

I make music under the name illusive. I'm also a senior software engineer.

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.23M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**JUSTIN WAVED AT ME**
@kidrauhlsjonas

Idc if they monkeys that nft uses drawing a black woman even if she is half black to some of y'all is just racist idccccc

2:34 PM · Feb 15, 2022 · Twitter for iPhone

**4** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**JUSTIN WAVED AT ME** Follow
@kidrauhlsjonas
music enthusiast & concert goer

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

**POPSUGAR UK** · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 94

Explore

Settings

Tweet

**KARMA**
@playboykarma

some about about white people having access to NFT the most and the nfts itself being pictures of monkeys is very racist to me

2:05 PM · Feb 10, 2022 · Twitter for iPhone

**2** Retweets **6** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**KARMA**
@playboykarma
sluttiest pop star

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · This morning
**Giants at Patriots**
Trending with Patriots

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 95

Explore

Settings

## Tweet

**Miki☀️**
@Miixcx

Something about all these celebrities 'owning' monkey "nft's" don't sit right wit me

8:13 PM · Jan 21, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Miki☀️** Follow
@Miixcx
SUPER FREAKY GIRL OUT FRIDAY / #1 MEGATRON STAN / fan account, not impersonating

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Neojimcrowart**
@neojimcrowart

Is This Art Racist? news.neojimcrow.art/?read=https%3A...

Poll on Facebook asks, "Is the NFT crypto-art Brored Ape Yacht Club offensive to Blacks?" Join the poll.

#ADOS #JIMCROW #BLM #art #NFTs #Crypto #cryptocurrency #Cryptoart #BlackLivesMatter✊🏾✊🏽 #NFTSolPad #cryptoartist #NFT #artist

11:27 PM · Sep 9, 2021 · Twitter Web App

**1** Retweet **5** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Neojimcrowart**
@neojimcrowart
Follow

The drawings, writings, sound recordings, and videos, of incarcerated African Americans (A cultural record of incarceration on the Black experience in America)

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

**Tweet**

**Ryan**
@CrushLinen

It's too many ape/monkey related NFTs for me to not be waiting on the block chain is racist exposé...... people don't even fuck with primates like that no more

11:08 PM · Nov 11, 2021 · Twitter for Android

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Ryan**
@CrushLinen
Follow

NYC creative, I speaks my mind. snapchat:crushlinen .........I'd rather die on my feet than live on my knees

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

**jdp** @joeliusdubois · Feb 15

what the hell twitter.com/soulmapes/stat...

This Tweet was deleted by the Tweet author. Learn more

3 3 99

**Sam**
@sampxi

Replying to @joeliusdubois

during black history month…. matter of fact let's skip that part, they really thought it was okay in their mind to illustrate a black woman as a monkey referencing a nft collection that was exposed to have racist undertones behind their "art"

4:30 PM · Feb 15, 2022 · Twitter for iPhone

**1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Sam** Follow
@sampxi
20. he/they

artist+graphic designer
sampxi.work@gmail.com

**jdp** Follow
@joeliusdubois
artist • head of @far___east • contact at ✉️: joeliusduboisart@gmail.com

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 99

Explore

Settings

Tweet

**shawnny_interlude**
@SHAWN_zyy

I hate the NFT monkey so bad I just know somewhere on Reddit there are racist caracteres of black people disguised as an NFT monkeys

4:29 AM · Jan 23, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**shawnny_interlude** Follow
@SHAWN_zyy
It'z shawn coming to you live and in Twitter form 😤😤岩国 ビーチ

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

AP Climate · Last night
**Historic climate bill pushes American energy to go green**

Trending in United States
**Anne Heche**
27.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Explore

Settings

## Thread

**simone ⫹☆** @kindredtingz · Jan 21

i want to know what them crypto bros see in nft cuz aint no way they see a ugly malnornish yellow monkey with a blunt and say imma spend thousands on this

1

**simone ⫹☆**
@kindredtingz

why is it always the monkey nft something racist going on idk

3:49 PM · Jan 21, 2022 · Twitter for Android

**2** Retweets **4** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**simone ⫹☆**
@kindredtingz

Follow

all i know how to do is be gay and complain || mutifandom

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

Bloomberg Quickt... · Yesterday

**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday

**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Tavonia Evans**
@tavoniaevans

One of the reasons I'm not a fan of anonymous projects.
I witnessed earlier conspiracy sites become overtaken by neonazis ( circa 2000's ) under the guise of anonymity. You could be supporting something that is financing your demise. IJS.

bitcoinist.com
Does The Bored Ape Yacht Club NFT Collection Contain Racist Iconography? | ...
The title contains a million-dollar question. The Bored Ape Yacht Club is the second most popular NFT collection in the world, and the 6.092 BAYC owners ...

2:03 AM · Feb 14, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **14** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Tavonia Evans**
@tavoniaevans
Follow

Servant to $GUAP @guapcoin Community // CTO @ #theblackwallstreet // Mom of 8 // Crypto Expert // Black Business Supporter // Data Scientist // Astrologer

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**The Boy**
@ADiddyTheDon

Them NFT monkeys as profile pics are racist

2:40 PM · Jan 27, 2022 · Tweetbot for iOS

**4** Retweets **3** Likes

**Raphael Ely** . @_RalphMyMans · Jan 27
Replying to @ADiddyTheDon
Still making money off "monkeys"

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**The Boy**
@ADiddyTheDon **Follow**
Owner of @SinsoredDetroit Detroit Sports Lifer Pistons Aficionado I tweet a bunch of rap lyrics… #FREEMAXB #RIPRJ #NFL

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Thread

**tj watt stan**
@TRAPUCHIHAS

Why are nft icons monkeys? It feels racist😤

12:15 PM · Jan 14, 2022 · Twitter for iPhone

**1** Retweet **1** Like

**tj watt stan** @TRAPUCHIHAS · Jan 14
Replying to @TRAPUCHIHAS
No but seriously why is it monkeys im confused

2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**tj watt stan**
@TRAPUCHIHAS
Follow
cal: marvel, dc, and anime
#HEREWEGO #LETSGOPENS | 🏳️‍🌈 | 8/1/21

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Explore

Settings

## Tweet

**UNSN Vemito** 😷
@V3MITO

Are NFTS racist?? Buying and selling monkeys

2:01 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **10** Likes

**Minki** @MinkiWinki4 · Dec 28, 2021
Replying to @V3MITO
HAHAHAHH

1

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**UNSN Vemito** 😷
@V3MITO
17 | 🇺🇸 | @UNSNGG

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

## Tweet

**We Ascending** 📋 🦂
@KW33NSOHI9H

It was established last month NFT creators and origin is pretty much racist…including the most popular NFT design (monkey guy…yea…look that artist up) not surprised but now what…

**wells (oakland enby in michigan)** @WellsLucasSanto · Jan 31
In case you haven't seen it yet, someone is selling NFT's associated with pictures of Black folks and calling it "Meta Slave". Their Twitter is a series of listings of Black people up for sale. Gross, despicable, and angering don't even begin to describe this.
Show this thread

3:16 PM · Feb 2, 2022 · Twitter for iPhone

**15** Retweets **1** Quote Tweet **15** Likes

**wells (oakland enby in michigan)** @WellsLucasSanto · Feb 2
Replying to @KW33NSOHI9H
100% this.
1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**We Ascending** 📋 🦂 Follow
@KW33NSOHI9H
creator of all things that exist within me

**wells (oakland enby i...** Follow
@WellsLucasSanto
AI justice educator. Critical race & digital studies. Abolition, equity, & transformative justice. Boba & anime hot takes. Pan/bi enby. (she/he) 🇹🇼 🇮🇩 🏳️‍🌈

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

**POPSUGAR UK** · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 106



Explore

Settings

Tweet

willzo
@jalen_m16

A bunch of white men in spaces talking about is them Monkey NFT's racist……

1:58 PM · Jan 3, 2022 · Twitter for iPhone

2 Retweets 2 Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

willzo
@jalen_m16
21 in the 410

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**VIRGO'S GROOVE** 🕺
@Jayybayeee

Why all these nft's monkeys 😑 like why the MONKEYS gotta be sold I see what y'all racist asses doin

5:50 PM · Jan 21, 2022 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**VIRGO'S GROOVE** 🕺
@Jayybayeee
Ken Doll🏳️‍⚧️, MOVE ™
Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

@Flyy_Joshh

Buying NFT's lowkey racist bc why you wanna own a monkey

6:35 PM · Jan 26, 2022 · Twitter for iPhone

**2** Retweets **15** Likes

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

@Flyy_Joshh
NCAT$U | Menace

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

US elections · Yesterday
**Experts and authorities confirm US elections are safe and reliable**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Explore

Settings

## Tweet

🤞🏾
@BKTeezy

White ppl selling yall them monkey NFT don't sit right with me.

4:55 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

🤞🏾
@BKTeezy
🌴ampa

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

🧍
@jynxNJ

Something about every nft being a monkey just doesn't sit right w me 🤔

10:03 PM · Dec 14, 2021 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

🧍
@jynxNJ
Follow
🎶🎶 Instagram: jynxnj

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 111