# EXHIBIT 21

8/3/22, 2:11 PM                                                  3721 - Bored Ape Yacht Club | OpenSea



| Bored Ape Yacht Club ✓ |  |

# #3721



88

Owned by **6B83B6**       3.8K views       88 favorites

Best offer

($141,542.76)

# 85.2

**Make offer**

## Price History

## Listings

## Offers

| Price | USD Price | Floor Difference | Expiration | From |

## Description

By **BoredApeYachtClub** ✓

## Properties

| BACKGROUND | CLOTHES | EYES |
| **Aquamarine** | **Hip Hop** | **Angry** |
| 13% have this trait | 1% have this trait | 4% have this trait |

| FUR | HAT | MOUTH |
| **Pink** | **Fez** | **Grin Gold Grill** |
| 5% have this trait | 4% have this trait | 0.91% have this trait |

## About Bored Ape Yacht Club

Exhibit 21

Page 2