# EXHIBIT 23

# Otherdeed Metadata Provenance Information

`0xEc9f`    `July 19th, 2022`

## Otherdeed Metadata Provenance Information

We are pleased to share the complete Otherdeed metadata and provenance information. In the time since the provenance hash for Otherdeed NFT collection was first written to the contract, three corrections have been made to the collection metadata, necessitating an update of the original hash on-chain. A summary of the corrections and instructions on how to compute the Otherdeed collection provenance on your own are below.

## Summary of Metadata Corrections

1. Due to a bug in the script used to generate the collection metadata, the `Rugged Pickaxe` artifact was incorrectly omitted from the metadata for Otherdeed NFTs that correctly depicted the artifact in the NFT image. This was updated shortly after the reveal.
2. The `Stone Hole Jackson` Koda body type from the original Otherdeed collection metadata has been updated to `Stone Holes`. This was missed by the several rounds of audits by sensitivity readers.
3. Due to developer oversight, a typo was included in the `Octo Tentaclenotinfinalcollection` Koda attribute, it is now `Octo Tentacle`

## Verifying the Otherdeed Collection Provenance

The raw Otherdeed collection metadata as well as a Ruby script to reproduce the provenance hash are available in this open source GitHub Repository.

| | |
|---|---|
| ARWEAVE TX ↗ | _Nvv5hFjJP9DtnUTPtRokJvly9AZ2YarPrt4g3jlCbI |
| ETHEREUM ADDRESS ↗ | 0xEc9f53fA69682833FBd760C104B5D61aE29221E0 |
| CONTENT DIGEST | rMLceIqwYjJl_2U040X9N42lZdwQgiLqVGMcADAY1YM |

Exhibit 23

Page 1