# EXHIBIT 27

RYDER-RIPPS.ETH



Exhibit 27
Page 1



**P1** @P1MVP1 · May 14
Replying to @ryder_ripps
Who owns the original of this whats the story ? 😂

  1                2

**dres** 🔲 @dresmars · May 14
Ryder does, look at the hexagon.

  2                11

**Kuma420.eth** @Kuma420ETH · May 14
Replying to @ryder_ripps
I call 1726 franklins DIBS lol

  1                3

**RYDER-RIPPS.ETH** 🔲 ✓ @ryder_ripps · May 14

## foundation. app

foundation.app
**DMCA Takedown Notice | Foundation**
Foundation is a web3 destination.

  1                7

Show replies

**WeThePeople** @hbyead · May 14
Replying to @ryder_ripps
Send me a copy of yours

                    2

**nonlethal (NEW DROPS ON ETH+TEZ)** @nonlethalart · May 14
Replying to @ryder_ripps
you guys have been cracking me up late night in the spaces with this shit… give me 528 fuck it

  1                5



8/11/2022                                    RYDER-RIPPS.ETH



8/11/2022

RYDER-RIPPS.ETH



Exhibit 27
Page 5



Exhibit 27
Page 6



Exhibit 27
Page 7

RYDER-RIPPS.ETH



Exhibit 27
Page 8

8/11/2022

RYDER-RIPPS.ETH



foundation.app
DMCA Takedown Notice | Foundation
Foundation is a web3 destination.

♡ 3

**Taylor Fisher** @taylor__fisher · May 14
Replying to @ryder_ripps
Can I order #3062?

1

**Taylor Fisher** @taylor__fisher · May 14
Replying to @ryder_ripps
Wait i need #9449 LMFAO

1

Show replies

**Luis Jairo| @llamascape| @operationSIN** @luisrojo7 · May 14
Replying to @ryder_ripps
I poor

1

**Diegotft** @diegotft21 · May 14
Replying to @ryder_ripps
0xf10439002216758e926e0e6ef022c693EF7Cf269

1

**Diegotft** @diegotft21 · May 14
777





8/11/2022                                    RYDER-RIPPS.ETH



**rizzio.eth** @0x50D9 · May 14
Replying to @ryder_ripps
007

**ThePhunk** @agusdefex · May 14
Replying to @ryder_ripps
420

**eth** @technique · May 14
Replying to @ryder_ripps
😴😴😴

**~ Nhovakín .tez/eth** @nhovakin · May 14
Replying to @ryder_ripps
5349 🙌🙌💎

**⚠ hash ⚠ 🐸** 👀 @ded__kat · May 15
Replying to @ryder_ripps
8135

**___Leafyk313.xch** 🌱 @ChiefLeaf313 · May 15
Replying to @ryder_ripps
Any give always for the ones who can't move an crypto off Coinbase? 😪😅
💬 1     🔁 1

**RYDER-RIPPS.ETH** ⬜✔ @ryder_ripps · May 14
Replying to @sure_block_me
6969 is a classic
💬 2     🔁     ♡ 9

@sure_block_me · May 14
I'll take that

**RYDER-RIPPS.ETH** ⬜✔ @ryder_ripps · May 15
Replying to @sure_block_me and @seanbonner
u should get a gold one

RYDER-RIPPS.ETH



**JasonCline.eth** 🥚 @Jclineshow · May 15
Replying to @ryder_ripps
Happy I got one!
♡ 2

**BOBBY** @BobbyMakepeace · May 15
Replying to @ryder_ripps
999
♡ 1   1

**RYDER-RIPPS.ETH** ✓ @ryder_ripps · May 15
sure u want that one? its kinda busted
♡ 1   1

Show replies

**ChartGuru♪** @WssupDock · May 15
Replying to @ryder_ripps
#8535 🤘 🤣
♡ 1   1

**RYDER-RIPPS.ETH** ✓ @ryder_ripps · May 15

▲●■

# foundation. app

foundation.app
DMCA Takedown Notice | Foundation
Foundation is a web3 destination.

♡ 2

**Robapuros** @robapuros · May 15
Replying to @ryder_ripps
#3184

Exhibit 27
Page 13









Exhibit 27
Page 17



8/11/2022                                    RYDER-RIPPS.ETH



8/11/2022

RYDER-RIPPS.ETH



Can i please mint 9361

**Alao** @Arelowo · May 15
Replying to @ryder_ripps
Guess you figured out the base URL 🤣

**Jeffrey Posner** @jeffreyposner · May 17
Replying to @ryder_ripps
How do I get an ape! Is 108108 available?

**L≡VRAI** @LevraiYann · May 18
Replying to @ryder_ripps
GM. What about 2212 ?

**David Gora** @blksmsn · May 21
Replying to @ryder_ripps
How about 2079

**Vaan** ☠ @Vann_4 · May 21
Replying to @ryder_ripps
Can I get #5612 bro 🙏? Just woke up lol

RYDER-RIPPS.ETH



8/11/2022                                            RYDER-RIPPS.ETH



**Don't miss what's happening**
People on Twitter are the first to know.
Log in   Sign up

Exhibit 27
Page 22