# EXHIBIT 28











8/11/2022 10:17 PM                                                        RYDER-RIPPS.ETH

