# EXHIBIT 31

TRUE CRIME PODCASTS      BEST NERF GUNS      BEST MOVIES ON PARAM

HOME · CULTURE

# Bored Ape Yacht Club Wants Ryder Ripps to Cease and Desist

## Artist Claims RR/BAYC NFTs Educational and Satiric

**By Matthew Denis**
July 14, 2022

SHARE

There's an ongoing dust-up between primates in the NFT world.

Exhibit 31
Page 1

The fight pits Bored Ape Yacht Club against a defendant group that's headlined by L.A.-based artist Ryder Ripps. A June 24 complaint filed in California federal court by Yuga Labs, maker of the ultra-popular BAYC tokens, claims that Ripps (along with help from Jeremy Cahen, founder of NFT marketplace Not Larva Labs and 10 additional defendants) is "trolling Yuga Labs and scamming consumers into purchasing RR/BAYC NFTs by misusing Yuga Labs' trademarks." The filing claims that Ripps "seeks to devalue the Bored Ape NFTs by flooding the NFT market with his own copycat NFT collection." For Ripps, this is a personal, artistic, and educational mission.

Exhibit 31
Page 2



OpenSea

In January, Ripps, who was born Jewish,
began posting to his tens of thousands of
social media followers about what he
claimed to be connections between BAYC
visuals and Nazi and white supremacist

Exhibit 31
Page 3

messaging. Ripps pointed out, for example, that the BAYC logo appears to be quite similar to the Nazi Totenkopf emblem. He then compiled his research at gordongoner.com — a site named after the pseudonym (and supposed anagram) of one of BAYC's co-founders.

Exhibit 31
Page 4

The question of whether Yuga Labs founders or BAYC were racist soon became a viral debate and a serious thorn in BAYC's side. Yuga Labs denied, outright, any connections to the extremist imagery. Moreover, co-CEO Nicole Muniz told Input that very idea runs opposite to the sense of community that BAYC wants to foster. She



"It is deeply painful. It's disturbing," she said.

*people into the &quot;Kali Yuga&quot; in online crypto/chan contexts around 2019 often times incorporated the Totenkopf* *pic.twitter.com/3kpW1YHAWp*

Exhibit 31
Page 5

*&mdash; RYDER-RIPPS.ETH* 
*(@ryder_ripps)* July 11, 2022

Then, this past May, Ripps exactly aped 550
Bored Ape avatars, first "by hand" and then
for sale on NFT platforms.

"If you've been on 4chan, this is just classic
trolling," Ripps said to CoinDesk in May. "It's
surprising how far they took it."

Yuga Labs didn't see these actions as a joke,
but instead, described Ripps as on a
"campaign of harassment based on false
accusations of racism." In addition to using
"the very same marks to promote their

Exhibit 31
Page 6

RR/BAYC NFT collection," Yuga Labs points out that Ripps offered the allegedly infringing NFTs on "the same NFT marketplaces that Yuga Labs uses to sell its Bored Ape NFTs, such as OpenSea," which amounts to "elementary level trademark infringement."

While several of these marketplaces have removed the offending RR/BAYC NFTs, Bored Ape NFTs could probably use this news cycle to prop up what's been a flagging fad. Despite a 22% jump in the club's NFT-linked Ape Coin cryptocurrency at the end of June, the coin is back down to $4.56/coin, a precipitous drop from reaching almost $27 in April. Now it's going to have a legal battle

Exhibit 31
Page 7

on its hands because Ripps is not backing down.

Faced with legal action, Ripps responded, "The lawsuit grossly mischaracterizes the RR/BAYC project – people who reserved RR/BAYC NFT understood that their NFT was being minted as a protest against and parody of BAYC." Ripps cites a disclaimer that "they explicitly acknowledged" when purchasing RR/BAYC NFTs.

*pic.twitter.com/buPBbU89l4*
*&mdash; RYDER-RIPPS.ETH* 🔜
*(@ryder_ripps) June 28, 2022*

Exhibit 31
Page 8

The artist argues that the RR/BAYC project "uses satire and appropriation to protest and educate people" about BAYC and NFTs. Ripps' legal argument boils down to fair use, which "identifies certain types of uses — such as criticism, comment, news reporting, teaching, scholarship, and research" according to the U.S. Copyright office.

The outcome of this ongoing case will cast an enormous weight over the future fair use of NFTs and digital copyright.

## Editors' Recommendations

- Why TikTok China Is Watching You and Why the FCC Is Upset

Exhibit 31
Page 9

- How the Satanic Panic Influenced Stranger Things Season 4

- Store, Trade, Sell Your Rare Sports Cards In the eBay Vault

- Parlor Aims to Shape Tomorrow's Borderless Social Club Today

- Click Is on a Mission To Keep Art Alive Through NFT Archives



Exhibit 31
Page 10

# The Best Drinking Card Games to Play This Summer to Beat the Heat and the Boredom

## Best Grill Deals: Get Your Grilling Hat on From $107



## Best Mattress Sales: Top Deals and Prices for August 2022





## Best Dumbbell Deals: Adjustable Dumbbells From $80



## Why America's Favorite New Sport,

Exhibit 31
Page 11



## Pickleball, Already Has a Lot of



## BMW Clarifies Its Rules Around Subscription-Based Heated Seats (and It's Not Quite What You Think)

## The 5 Best Men's Hair Oils to Answer Your Hair Problems



## UFC Live Stream: Watch UFC Fights Online From Anywhere





## Best Treadmill Deals: Get Your Cardio on at Home From $292

Exhibit 31
Page 12





## The 10 Best Umbrellas to Dodge the Drizzle in 2022



## Do Women Really Like Beards? Find Out What They Think

## How Many Shots Are in a Handle of Liquor? We'll Walk You Through It



## The Ultimate Guide: Tips on How to Shape a Beard for Your Face Shape



Exhibit 31
Page 13

# The Essential Guide for Men

The Manual is simple — we show men how to live a life that is more engaged. As our name implies, we offer a suite of expert guides on a wide range of topics, including fashion, food, drink, travel, and grooming. We don't boss you around; we're simply here to bring authenticity and understanding to all that enriches our lives as men on a daily basis.

     

**Sign up to our newsletter**

**Men's Style**                          **Food and Drink**

**Watches**                              **Culture**

**Men's Clothing**                       **Fitness**

Exhibit 31
Page 14

**Men's Grooming**

**Shaving**

**Skincare**

**Travel**

**Auto**

**Outdoors**

**Camping**

About Us

Contact Us

Sponsored Content

Manage Preferences



**Portland | New York | Chicago | Detroit | Los Angeles | Toronto**

Exhibit 31
Page 15

[Careers](#)

[Advertise With Us](#)

[Work With Us](#)

[Diversity & Inclusion](#)

[Terms of Use](#)

[Privacy Policy](#)

[Do Not Sell My Info](#)

[Press Room](#)

[Sitemap](#)

Digital Trends Media Group may earn a commission when you buy through links on our sites.

©2022 [Digital Trends Media Group](#), a Designtechnica Company. All rights reserved.

Exhibit 31
Page 16