# EXHIBIT 35

8/8/22, 12:32 PM                                                                 Ape Market



https://apemarket.com                                                                                                                       1/1

Exhibit 35
Page 1