Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                                   Plaintiff,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10;<br><br>                                   Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING MR. RIPPS AND MR. CAHEN'S ANTI-SLAPP MOTION TO STRIKE AND MOTION TO DISMISS.** |

# [PROPOSED] ORDER

After having considered all pleadings and papers submitted by the parties in connection with Defendants Ryder Ripps and Jeremy Cahen's anti-SLAPP motion to strike and motion to dismiss Plaintiff Yuga Labs, Inc.'s ("Yuga") Complaint, and good cause appearing, the Court now rules as follows:

IT IS HEREBY ORDERED THAT Mr. Ripps and Mr. Cahen's anti-SLAPP motion to strike and motion to dismiss is GRANTED.   The Court hereby strikes Claims 4-11 pursuant to Rule 12(f) and the California anti-SLAPP statute, awards fees and costs pursuant to Cal. Civ. Proc. Code § 425.16(c), and dismisses Claims 1-3 pursuant to Fed. R. Civ. P. 12(b)(6).  Counsel for Mr. Ripps and Mr. Cahen shall confer with counsel for Yuga regarding the payment of fees and costs in accordance with Local Rule 7-3 and, if necessary, file a motion.

Dated: _____          _____

                                               Hon. John F. Walter
                                             United States District Jude

[PROPOSED] ORDER GRANTING MR. RIPPS AND MR. CAHEN'S ANTI-SLAPP MOTION
Case No. 2:22-cv-04355-JFW-JEM