| | |
|---|---|
| Louis W. Tompros (*pro hac vice*) <br> louis.tompros@wilmerhale.com <br> Monica Grewal (*pro hac vice*) <br> monica.grewal@wilmerhale.com <br> Scott W. Bertulli (*pro hac vice*) <br> scott.bertulli@wilmerhale.com <br> **WILMER CUTLER PICKERING** <br>   **HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Fax: (617) 526-5000 <br><br> Henry Nikogosyan (SBN 326277) <br> henry.nikogosyan@wilmerhale.com <br> **WILMER CUTLER PICKERING** <br>   **HALE AND DORR LLP** <br> 350 South Grand Ave., Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-5300 <br> Fax: (213) 443-5400 <br><br> *Attorneys for Defendants* <br> *Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327) <br> eball@fenwick.com <br> KIMBERLY CULP (CSB No. 238839) <br> kculp@fenwick.com <br> FENWICK & WEST LLP <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Fax: 650.938.5200 <br><br> ANTHONY M. FARES (CSB No. 318065) <br> afares@fenwick.com <br> ETHAN M. THOMAS (CSB No. 338062) <br> ethomas@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Fax: 415.281.1350 <br><br> *Attorneys for Plaintiff Yuga Labs, Inc.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br>                 Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10, <br><br>                 Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE** <br><br> Judge: Hon. John F. Walter |

Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement regarding their meet and confer conferences held pursuant to Local Rule 7-3 in connection with Mr. Ripps and Mr. Cahen's motion to redact addresses from the public record:

## Issue to Be Resolved and Date and Duration of Conference

On June 24, 2022, Plaintiff filed the Complaint in this action (Dkt. 1) and requests for summonses (Dkt. 2, 3). The Court issued summonses as to each Defendant on June 27, 2022 (Dkt. 10, 11).

Between July 6, 2022, and August 22, 2022, counsel for Plaintiff and Defendants exchanged emails concerning the addresses appearing in Dkt. 2, 3, 10, 11, and 23 (the "Filed Documents"). On July 6, 2022, counsel for Defendants represented to counsel for Plaintiff that the addresses in Dkt. 2, 3, 10, and 11 are home addresses. On July 6 and 7, the Parties exchanged emails regarding redacting the addresses. On July 15, Plaintiff filed a proof of service as to Defendant Ripps (Dkt. 23) containing Defendant Ripps' address. On July 21, the Parties continued to discuss redaction of addresses in the Filed Documents. Counsel for Defendants contended that there is a compelling reason to redact the addresses because they are home addresses and the nature of this Litigation implicates the physical safety of Defendants. Counsel for Plaintiff did not oppose the relief requested by Defendants (*i.e.*, sealing the Filed Documents and permitting redacted copies to be filed), but did not agree with the contentions outlined in Defendants' proposed stipulation or arguments. Therefore, the Parties have been unable to agree on the form of a stipulation.

Thus, on August 23, 2022, the Parties held a conference of counsel to discuss, among other things, Defendants' request for redaction of the addresses in the Filed Documents. Louis Tompros and Henry Nikogosyan attended the conference on behalf

of the Defendants; Eric Ball, Kimberly Culp, and Ethan Thomas attended the conference on behalf of the Plaintiff.  The conference lasted approximately forty-five (45) minutes with approximately five (5) minutes dedicated to discussing redaction of addresses in the public record.

Between August 23, 2022, and August 26, 2022, the Parties exchanged emails with regards to a draft joint statement regarding the August 23, 2022, conference but were not able to reach an agreement on the form of the statement within the three-day filing period set forth in the Standing Order (Dkt. 14 at ¶ 5(b)).

On August 31, 2022, the Parties held a second conference of counsel to reach an agreement on the form of a joint statement.  Louis Tompros and Henry Nikogosyan attended the conference on behalf of the Defendants; Eric Ball and Ethan Thomas attended the conference on behalf of the Plaintiff.  The conference lasted approximately 15 minutes.

**Issues Discussed and Resolved During Conferences**

At the August 23, 2022, L.R. 7-3 conference, counsel for Plaintiff explained that it did not oppose redaction of the addresses in the Filed Documents.  However, counsel could not agree to the alleged statements supporting the requested redaction— that there is a compelling reason to redact the addresses because Defendants contend that they are home addresses and that the nature of this Litigation implicates the physical safety of Defendants.  The Parties therefore agreed that Defendants would file a motion, and that Plaintiff does not intend to oppose the relief that Defendants request in their motion (*i.e.*, sealing the Filed Documents and permitting redacted copies to be filed).

At the August 31, 2022, L.R. 7-3 conference, counsel for Defendants and counsel for Plaintiff discussed the form of a joint statement to file before this Court.

| | |
|---|---|
| Dated:  September 1, 2022 | By: /s/   *Louis W. Tompros* |

> Louis W. Tompros (*pro hac vice*)
> louis.tompros@wilmerhale.com
> Monica Grewal (*pro hac vice*)
> monica.grewal@wilmerhale.com
> Scott W. Bertulli (*pro hac vice*)
> scott.bertulli@wilmerhale.com
> **WILMER CUTLER PICKERING**
>   **HALE AND DORR LLP**
> 60 State Street
> Boston, MA 02109
> Telephone: (617) 526-6000
> Fax: (617) 526-5000
>
> Henry Nikogosyan (SBN 326277)
> henry.nikogosyan@wilmerhale.com
> **WILMER CUTLER PICKERING**
>   **HALE AND DORR LLP**
> 350 South Grand Ave., Suite 2400
> Los Angeles, CA 90071
> Telephone: (213) 443-5300
> Fax: (213) 443-5400
>
> *Attorneys for Defendants*
> *Ryder Ripps and Jeremy Cahen*

| | |
|---|---|
| Dated:  September 1, 2022 | By: /s/   *Eric Ball* |

> ERIC BALL (CSB No. 241327)
> eball@fenwick.com
> KIMBERLY CULP (CSB No. 238839)
> kculp@fenwick.com
> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA 94041
> Telephone: 650.988.8500
> Fax: 650.938.5200
>
> ANTHONY M. FARES (CSB No. 318065)
> afares@fenwick.com
> ETHAN M. THOMAS (CSB No. 338062)
> ethomas@fenwick.com
> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> Telephone: 415.875.2300
> Fax: 415.281.1350
>
> *Attorneys for Plaintiff Yuga Labs, Inc.*

-3-

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated:  September 1, 2022        By: /s/   *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on September 1, 2022.

Dated: September 1, 2022            By: /s/   Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants
Ryder Ripps and Jeremy Cahen*