# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc. | Case No. 2:22-cv-04355-JFW-JEMx |
| Plaintiff, | **ORDER** |
| v. | |
| Ryder Ripps, Jeremy Cahen, Does 1-10, | |
| Defendants. | |

Having considered Defendants' Response (Dkt. 41) to this Court's September 1, 2020, Order to Show Cause (Dkt. 40), and having found good cause as set forth therein, IT IS HEREBY ORDERED THAT:

1. The Court's September 1, 2020, Order to Show Cause (Dkt. 40) is discharged.

2. Defendants shall re-file their motion to strike and motion to dismiss (Dkt. 38) as previously filed, with corrections to the CM/ECF System names for each filed document, no later than seven (7) days after entry of this order. Such a filing will constitute a timely response to the Complaint.

**IT IS SO ORDERED.**

Dated: September 26, 2022         By: _/s/ John F. Walter_
                                    Honorable John F. Walter
                                    United States District Judge