| | |
|---|---|
| Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendants<br>Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Fax: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Fax: 415.281.1350<br><br>*Attorneys for Plaintiff Yuga Labs, Inc.* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND SET HEARING FOR DEFENDANTS' MOTION**<br><br>Judge: Honorable John F. Walter |

Pursuant to Civil Local Rule 7-1 and this Court's Standing Order ¶ 7 (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

WHEREAS, the Court provided Defendants leave to re-file their Motion to Strike and Motion to Dismiss ("Motion") by October 3, 2022, and Defendants will re-file their Motion on that date. Dkt. 44.

WHEREAS, it is Plaintiff's position that given the Court's order on August 29, 2022 (Dkt. 37), the earliest that Defendants may have their Motion heard is December 5, 2022.

WHEREAS, it is Defendants' position that the Court's order on September 26, 2022 (Dkt. 44) superseded the August 29, 2022 Order and the Court's Standing Order determines the hearing date for their Motion.

WHEREAS, the Parties wish to resolve their dispute and have certainty as to the application of the Court's orders for the hearing date on Defendants' Motion and have agreed that it should be set for hearing on November 7, 2022.

WHEREAS, the Court Ordered a Scheduling Conference to be held on October 31, 2022 at 1:15 PM. Dkt. 32.

WHEREAS, the Parties will conduct their Rule 26(f) conference on October 3, 2022.

WHEREAS, the Parties will file their Joint Report by October 20, 2022.

WHEREAS, the Parties request that the Court continue the Scheduling Conference to November 7, 2022 to be heard on the same day as the Motion.

WHEREAS, good cause exists to grant this request because holding the Motion hearing and Scheduling Conference on the same day (November 7) promotes the interests of efficiency and judicial economy. Additionally, both lead counsel in this action must travel to the Central District of California to attend the Motion hearing

1  and the Scheduling Conference, and continuing the conference will conserve the
2  Parties' time and resources.  Moreover, both lead counsel have children at home and
3  would appreciate being able to honor family commitments on Halloween night.
4       WHEREAS, this will not unduly delay the case, as the Parties are actively
5  engaged in discovery, having served numerous discovery requests and subpoenas and
6  commenced the meet and confer process.
7       WHEREAS, this is the Parties' first request to continue the Scheduling
8  Conference.

## STIPULATION

10       THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY
11  REQUESTED by the parties, through their respective attorneys, that:
12     1.   For good cause, the October 31, 2022 Scheduling Conference should be
13  continued to November 7, 2022.
14     2.   The October 20, 2022 Joint Report deadline shall not be extended.
15     3.   Defendants may set their Motion for hearing on November 7, 2022.
16     4.   This stipulation is without prejudice to the rights, claims, arguments, and
17  defenses of all parties.

19  Dated:  September 30, 2022      **WILMER CUTLER PICKERING HALE AND DORR LLP**

21        By: /s/ *Louis W. Tompros*
22            Louis W. Tompros

23        *Attorneys for Defendants Ryder Ripps and Jeremy Cahen*

25  Dated:  September 30, 2022      **FENWICK & WEST LLP**

27        By: /s/ *Eric Ball*
28            Eric Ball
      *Attorneys for Plaintiff Yuga Labs, Inc.*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis Tompros.

Dated: September 30, 2022              /s/ *Eric Ball*
                                       Eric Ball