# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>        Plaintiff,<br>v.<br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>        Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE AND SETTING HEARING FOR DEFENDANTS' MOTION** |

Having considered the Stipulation to Continue Scheduling Conference and Set Hearing for Defendants' Motion, and having found good cause as set forth therein,

IT IS HEREBY ORDERED that:

1. For good cause shown, the October 31, 2022 Scheduling Conference is continued to November 7, 2022 at _____.

2. The October 20, 2022 Joint Report deadline shall not be extended.

3. Defendants may set their Motion for hearing on November 7, 2022.

**IT IS SO ORDERED.**

Dated: _____     _____
                                              Honorable John F. Walter
                                              United States District Court Judge