Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

Eric Ball (CSB No. 241327)
eball@fenwick.com
Kimberly Culp (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

Anthony M. Fares (CSB No. 318065)
afares@fenwick.com
Ethan M. Thomas (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff Yuga Labs, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND SET HEARING FOR DEFENDANTS' MOTION**<br><br>Judge: Honorable John F. Walter |

1  Pursuant to Civil Local Rule 7-1 and this Court's Standing Order ¶ 7 (Dkt. 14),

2  Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and

3  Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective

4  counsel of record, hereby stipulate as follows:

5  **RECITALS**

6  WHEREAS, the Court provided Defendants leave to re-file their Motion to

7  Strike and Motion to Dismiss ("Motion") by October 3, 2022, and Defendants will

8  re-file their Motion on that date.  Dkt. 44.

9  WHEREAS, it is Plaintiff's position that given the Court's order on August 29,

10  2022 (Dkt. 37), the earliest that Defendants may have their Motion heard is

11  December 5, 2022.  *See also* Declaration of Eric Ball ("Ball Decl.") ¶ 3.

12  WHEREAS, it is Defendants' position that the Court's order on September 26,

13  2022 (Dkt. 44) superseded the August 29, 2022 Order and the Court's Standing Order

14  determines the hearing date for their Motion.  *See also id*. ¶ 4.

15  WHEREAS, the Parties wish to resolve their dispute and have certainty as to the

16  application of the Court's orders for the hearing date on Defendants' Motion and have

17  agreed that it should be set for hearing on November 7, 2022.  *See also id*. ¶¶ 5-6.

18  WHEREAS, the Court Ordered a Scheduling Conference to be held on

19  October 31, 2022 at 1:15 PM.  Dkt. 32.

20  WHEREAS, the Parties will conduct their Rule 26(f) conference on October 3,

21  2022.

22  WHEREAS, the Parties will file their Joint Report by October 20, 2022.  *See*

23  *also* Ball Decl. ¶ 8.

24  WHEREAS, the Parties request that the Court continue the Scheduling

25  Conference to November 7, 2022 to be heard on the same day as the Motion.  *See also*

26  *id*. ¶¶ 6-7.

27  WHEREAS, good cause exists to grant this request because holding the Motion

28  hearing and Scheduling Conference on the same day (November 7) promotes the

interests of efficiency and judicial economy.  Additionally, both lead counsel in this action must travel to the Central District of California to attend the Motion hearing and the Scheduling Conference, and continuing the conference will conserve the Parties' time and resources.  *See also id.* ¶¶ 9-10.

WHEREAS, both lead counsel have children at home and would appreciate being able to honor family commitments on Halloween.  *See also id.* ¶¶ 11-12.

WHEREAS, this will not unduly delay the case, as the Parties are actively engaged in discovery, having served numerous discovery requests and subpoenas and commenced the meet and confer process.  *See also id.* ¶¶ 8, 13-14.

WHEREAS, this is the Parties' second request for a schedule modification.  On September 30, 2022, the Parties previously submitted a stipulation seeking a brief continuance of the case management conference to align with the motion to dismiss hearing date and to accommodate counsels' schedules; however, the Court denied that request.  The Parties file this second request to modify the schedule to provide the accompanying declaration as support for the good cause.  *See also id.* ¶ 15.

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the parties, through their respective attorneys, that:

1.     For good cause, the October 31, 2022 Scheduling Conference should be continued to November 7, 2022.

2.     The October 20, 2022 Joint Report deadline shall not be extended.

3.     Defendants may set their Motion for hearing on November 7, 2022.

4.     This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

1

Dated:  October 3, 2022

**WILMER CUTLER PICKERING HALE AND DORR LLP**

2

3

By: /s/ *Louis W. Tompros*

4

Louis W. Tompros

5

*Attorneys for Defendants Ryder Ripps and Jeremy Cahen*

6

7

8

Dated:  October 3, 2022

**FENWICK & WEST LLP**

9

10

By: /s/ *Eric Ball*

Eric Ball

11

*Attorneys for Plaintiff Yuga Labs, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis Tompros.


Dated:  October 3, 2022                    /s/ *Eric Ball*
                                           Eric Ball