# EXHIBIT 1

<u>**Exhibit 1 to Declaration of Ryder Ripps**</u>

| Collection Title | Link | Items | Owners | Volume* | Floor |
|---|---|---|---|---|---|
| 0xApes Trilogy | https://opensea.io/collection/0xapes-trilogy | 10.0K | 3.6K | 6200 | 0.06 ETH |
| Caked Apes | https://opensea.io/collection/cakedapesofficial | 8.9K | 4.7K | 4800 | 0.06 ETH |
| Grandpa Ape Country Club | https://opensea.io/collection/grandpaapecountryclub | 5.0K | 1.7K | 4400 | 0.31 ETH |
| Lady Ape Club | https://opensea.io/collection/ladyapeclub5668 | 700 | 341 | 3100 | 0.77 ETH |
| DopeApeClub | https://opensea.io/collection/dopeapeclub-1 | 10.0K | 3.0K | 2000 | 0.02 ETH |
| Okay Bears Yacht Club | https://opensea.io/collection/okaybearsyachtclub | 7.8K | 3.0K | 1800 | 0.03 ETH |
| Japanese Born Ape Society | https://opensea.io/collection/japanesebornapesociety | 4.5K | 1.2K | 1100 | 0.31 ETH |
| The Bored Ape Saudis | https://opensea.io/collection/the-bored-ape-saudis | 5.6K | 1.7K | 241 | <0.01 |
| Pepe Ape Yacht Club | https://opensea.io/collection/pepe-ape-yacht-club | 7.8K | 2.0K | 183 | 0.02 ETH |
| Rekt Ape Cope Club | https://opensea.io/collection/rektapecopeclub | 10.0K | 3.1K | 147 | <0.01 ETH |

*In ETH except as indicated

**Exhibit 1 to Declaration of Ryder Ripps**

| | | | | | |
|---|---|---|---|---|---|
| Bored Ape Punks Club | https://magiceden.io/marketplace/boredapepunksclub | 1K | 273 | 116.95 SOL | 0.02 SOL (=$0.77) |
| Bored Ape Solana Club | https://opensea.io/collection/bored-ape-solana-club | 6.0K | 2.2K | 82.2K SOL | 8.2 SOL (= $315.62) |
| 3D BAYC derivatives by Zullup | https://opensea.io/collection/3d-apes-by-zullup | 50 | 41 | 43.9 | 2 ETH |
| BAYCTron | https://bayctron.com/, https://apenft.io/collections/BAYCTron | 10K | 1.3K | 42.5M TRX | 600 TRX (= $41.49) |
| Graffiti Bored Ape Yacht Club | https://opensea.io/collection/graffiti-bored-ape-yacht-club | 202 | 66 | 40.2 | 0.5 ETH |
| Habibi Ape Club | https://opensea.io/collection/habibiapeclub | 4.4K | 1.9K | 37.1 | <0.01 ETH |
| Bored Ape Bros | https://opensea.io/collection/bored-ape-bros | 24.7K | 344 | 16.6 | 0.03 ETH |
| Bored Ape Frens | https://opensea.io/collection/boredapefrens | 26.3K | 278 | 14.5 | 0.02 ETH |
| Bored Aped by Famous Artists | https://opensea.io/collection/bored-apes-by-famous-artists | 40 | 147 | 12.6 | 0.07 ETH |

2

*In ETH except as indicated

**Exhibit 1 to Declaration of Ryder Ripps**

| | | | | | |
|---|---|---|---|---|---|
| Loser Ape School Club | https://opensea.io/collection/loserapeschoolclub | 20.9K | 216 | 9.8 | 0.03 ETH |
| Space Bored Ape Yacht Club | https://opensea.io/collection/spaceboredape | 645 | 179 | 7.3 | 0.04 ETH |
| Okay Apes Club | https://opensea.io/collection/okay-apes-club | 19.8K | 142 | 4.1 | 0.03 |
| Bored Ape Social Clubs | https://opensea.io/collection/boringapesocialclub | 18.0K | 80 | 3.8 | 0.05 ETH |
| JRs Bored Ape Yacht Club Crew | https://opensea.io/collection/boredapeyachtclub-1 | 22 | 25 | 3.2 | 0.42 ETH |
| Ghost Bored Ape Yacht Club | https://opensea.io/collection/ghost-bored-ape-yacht-club | 40 | 7 | 2.8 | - |
| PHAYC PHAYCs | https://opensea.io/collection/phaycs-1 | 129 | 3 | 1.6 | - |
| Reversed Ape Yatch Club | https://opensea.io/collection/reversed-ape-yatch-club | 10.1K | 63 | 1.2 | 4 ETH |
| VAPES – Vertically Flipped Apes | https://opensea.io/collection/vapes-vertically-flipped-apes | 3.5K | 465 | 0.75 | <0.01 ETH |

3

*In ETH except as indicated

**Exhibit 1 to Declaration of Ryder Ripps**

| | | | | | |
|---|---|---|---|---|---|
| Bored Ape Galaxy Club X NIKE Legendary Edition | https://opensea.io/collection/bored-ape-galaxy-club-x-nlke-edition-v2 | 18 | 19 | 0.68 | 0.04 ETH |
| Bored Ape Legendary Club [CocaCola Edition] | https://opensea.io/collection/bored-ape-legendary-club-cocacola-edition | 20 | 15 | 0.18 | 0.07 ETH |
| Bored Ape Tokyo Club | https://opensea.io/collection/bored-ape-tokyo-club | 20 | 7 | 0.10 | 0.05 ETH |
| Bored Ape Animated Originals | https://opensea.io/collection/bored-ape-anlmated-originals | 22 | 14 | 0.07 | 0.06 ETH |
| Possibly Fake BAYC | https://opensea.io/collection/possibly-fake-bayc | 29 | 21 | 0.04 | - |
| Bored PHAYC | https://opensea.io/collection/bored-phaycs | 90 | 6 | 0.04 | - |
| Pixel Phaycs | https://opensea.io/collection/pixelphaycs | 111 | 6 | 0.03 | - |
| Bored Ape Yacht Club | https://looksrare.org/collections/0xfcf71e369B25428427F166ca619f31a756DB49D9 | 7 | 4 | 0 | - |
| Bored Ape Yacht Club | https://looksrare.org/collections/0xc7fF1E5171dDB11439321C5f3e959A48ca6d67a9 | 1 | 1 | 0 | - |

4

*In ETH except as indicated

**Exhibit 1 to Declaration of Ryder Ripps**

| | | | | | |
|---|---|---|---|---|---|
| Bored Ape Yacht Club | https://looksrare.org/collections/0xc5D8ca9d6Da2e33887Cb78a7Ca1837D62DcF9302 | 1 | 1 | 0 | - |
| Bored Ape Yacht Club | https://looksrare.org/collections/0xc5a61e9371502d6b865C9b9aC2DC7b16C83Ca742 | 15 | 4 | 0 | - |
| Bored Ape Pixie Club | https://opensea.io/collection/bored-ape-pixie-club | 17.0K | 1 | 0 | <0.01 |
| Bored Ape Automatical Image | https://opensea.io/collection/baai | 2.6K | 2 | 0 | <0.01 |
| Twisted Ape Yacht Club | https://opensea.io/collection/twistedapes | 100 | 1 | 0 | - |
| Fake Bored Ape Club Official | https://opensea.io/collection/fake-bored-ape-club-official | 101 | 277 | 0 | <0.01 ETH |

5

*In ETH except as indicated