# EXHIBIT 4

8/2/22, 5:41 PM                                                                                   Ryder Ripps



# PROFILE    30 Under 30 - Art & Style (2016)

## Ryder Ripps

Artist | New York, New York

Ripps is a conceptual artist living in New York City. His first solo exhibition, "Ho," opened in January at the Postmasters Gallery. His oil paintings, based on model Adrienne Ho's Instagram posts, elicited controversy and an anonymous death threat. He also founded online art community dump.fm and is creative director of digital agency OKFocus, whose clients include Nike and Bruno Mars.

https://www.forbes.com/profile/ryder-ripps/?sh=709184abd4cc                                          1/4

Exhibit 4
Page 1

| Forbes Lists |
|---|
| **30 Under 30 - Art & Style** (2016) |

| Education |
|---|
| 🎓 Bachelor of Arts/Science, New School |

**More on Forbes**



39 minutes ago

## Robinhood Hit With $30 Million Fine

By **Rosemarie Miller** Forbes Staff



23 hours ago

## How Snoop Dogg's NFT Release Of Death Row Session, Vol. 2 Is Opening Up New Possibilities For Independent Artists

By **Josh Wilson** Contributor

## More from Forbes 30 Under 30 - Art & Style 2016 List



**Jake Sargent**
Fashion designer, SIMON MILLER



**Amalia Ulman**





8/2/22, 5:41 PM												Ryder Ripps



**Aimee Song**
Fashion blogger, Song of Style

**Visibility**
Industrial designers, Visibility

View Full List →

# Forbes

© 2022 Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   Do Not Sell My Personal Information   Terms and Conditions
Contact Us   Send Us Feedback   Report a Security Issue   Jobs At Forbes   Reprints & Permissions
Forbes Press Room   Advertise   Investors

Exhibit 4
Page 4