# EXHIBIT 15



Exhibit 15
Page 1



Exhibit 15
Page 2