# EXHIBIT 18



music    merch    video    community

# Surf The Kali Yuga - T-Shirt
from **GH Records**

T-Shirt/Apparel

Surf The Kali Yuga - Logo T-Shirt
/ Direct printing on the fabric /
+ Download Une Foi d'Acier by Kraschau

ships out within 5 days

**Buy Now   €17** EUR  or more

**Send as Gift**



  

**GH Records**
Valencia, Spain

**Follow**

Gradual Hate Records(GH Records) was raised with the intent of providing a breeding ground for Darkwave, Neo-Classical, Medieval, Dark Folk, Dark Ambient, Industrial... music and related genres in Spain and the World.

gh-records.com
Facebook
mixcloud.com
SoundCloud
Instagram

**Recommendations**

## More merch from GH Records



**Muertos – The Wyrm - Muertos Cassette**
The Wyrm
Cassette
€9.75 EUR



**Vástago de Arrutac – Vástago de Arrutac Cassette**
Diego Arandojo,Van Delay
Cassette
Sold Out



**Day Before Us / T-Shirt White**
T-Shirt/Apparel
€17.50 EUR



**Day Before Us / T-Shirt Black**
T-Shirt/Apparel
€17.50 EUR



discography

**Muertos**
Mar 2022



**ThuleSehnsucht In Der MaschinenZeit – The Aeon Of ThuleSehnsucht CD + T-SHIRT**
T-Shirt/Apparel
Sold Out



**E.B.A.N.I. Drones – SILICON RELIC - E.B.A.N.I. Drones CD**
SILICON RELIC
Compact Disc (CD)
€12 EUR



**Day Before Us – As My Spirit Wanders Free BOX**
Sold Out



**As My Spirit Wanders Free – Day Before Us - As My Spirit Wanders Free CD**
Day Before Us
Compact Disc (CD)
€12 EUR



**E.B.A.N.I. Drones**
Oct 2021



**Raíz Ibérica - Sendero del Espíritu Antiguo – Sendero del Espíritu Antiguo CD**
Compact Disc (CD)
€12 EUR



**HIEMIS - La Chose (BOOK + CD)**
Sold Out



**La Chose – HIEMIS - La Chose CD**
HIEMIS
Compact Disc (CD)
€9.50 EUR



**Noblese Oblige – Noblese Oblige CD**
The Wyrm,Legión Arcangel
Compact Disc (CD)
Sold Out

**Raíz Ibérica - Sendero del Espíritu Antiguo**
Jul 2021

**more releases...**

contact / help

Contact GH Records

Streaming and Download help

Redeem code

Report this merch item or account

Exhibit 18
Page 1



**La Belleza del Óxido – La Belleza del Óxido "Limited Edition 12" Vinyl.**
La Fiesta Triste
Record/Vinyl
€16 EUR



**La Muerte no es el final – The Wyrm - La Muerte no es el Final (2 CD) PRE-ORDER**
The Wyrm
Compact Disc (CD)
Sold Out



**Counter-Tradition Report – Counter-Tradition Report (draft) by T.S.I.D.M.Z. (ThuleSehnsucht In Der MaschinenZeit),GE-STELL ( cassette )**
T.S.I.D.M.Z. (ThuleSehnsucht In Der MaschinenZeit),GE-STELL
Cassette
Sold Out



**El Principio del Fin – Pandæmonium - El Principio del Fin (special edition 66+6)**
Pandæmonium
Compact Disc (CD)
€15 EUR



**Rúnaákall – Munknörr - Rúnaákall CD**
Munknörr
Compact Disc (CD)
€13 EUR



**Àrnica - Ni Beyarnari / Guresar Guaoku – Àrnica - Ni Beyarnari / Guresar Guaoku ( SPECIAL EDITION )**
Àrnica,Trepaneringsritualen
Record/Vinyl
Sold Out



**((VIBRA)) MMVII – Merzbow - ((VIBRA)) MMVII**
Merzbow
Compact Disc (CD)
€11 EUR

**The Aeon Of ThuleSehnsucht – T.S.I.D.M.Z. - The Aeon Of ThuleSehnsucht CD**
ThuleSehnsucht In Der MaschinenZeit
Compact Disc (CD)
€12 EUR



**((VIBRA)) MMVII – Merzbow - ((VIBRA)) MMVII**
Merzbow
Compact Disc (CD)
Sold Out



**Legión de Arrutac – Legión de Arrutac CD**
Diego Arandojo, Van Delay
Compact Disc (CD)
€11 EUR



**Ophite Diagram – Ophite Diagram (cassette)**
Mare di Dirac
Cassette
€9.75 EUR



**Thule – Thule by HIEMIS ( cassette )**
HIEMIS
Cassette
€9.75 EUR



**Orýgenes – Pylar - Orýgenes (Printed Foam Board)**
Pylar
Compact Disc (CD)
Sold Out



**Orýgenes – Pylar - Orýgenes**
Pylar
Compact Disc (CD)
€11.50 EUR



**Wrath of God – Moral Order - Wrath of God / Wooden Box**
Moral Order
Cassette
Sold Out



**Megaloschemos – Megaloschemos by Abattoir & Satori**
Abattoir,Satori
Compact Disc (CD)
€12 EUR



**Lingua Ignota – Wind Atlas – Lingua Ignota CD**
Wind Atlas
Compact Disc (CD)
€12 EUR



**Vástago de Arrutac – Vástago de Arrutac CD**
Diego Arandojo,Van Delay
Compact Disc (CD)
€11 EUR



**An Edible Body – WIND ATLAS "An Edible Body" LP Milky Clear**
Wind Atlas
Record/Vinyl
Sold Out



**An Edible Body – WIND ATLAS "An Edible Body" LP**
Wind Atlas
Record/Vinyl
Sold Out

Exhibit 18
Page 2


**An Edible Body – CD, Album, Limited Edition**
Wind Atlas
Compact Disc (CD)
€11.50 EUR


**Adorned path of Stillness – CD, Album, Limited Edition**
Day Before Us
Compact Disc (CD)
€12 EUR


**Psicofonias - Las Voces Desconocidas – CD, Album, Limited Edition**
In Slaughter Natives
Compact Disc (CD)
€14 EUR


**WE ARE THE HUNTERS & Mynationshit – Limited Edition 12" Vinyl Orange**
We are the Hunters,Mynationshit
Record/Vinyl
€15 EUR


**Comprende – Cawatana - Comprende CD**
Cawatana
Compact Disc (CD)
€12.95 EUR


**Nihilist Militant – Digipack + Gas Mask Sz M41**
Kazeria
Compact Disc (CD)
Sold Out


**Nihilist Militant – CD Digipack**
Kazeria
Compact Disc (CD)
Sold Out


**Coàgul & Cadena – Coàgul & Cadena LP 12"**
Coàgul,Cadena
Record/Vinyl
€12 EUR


**Begotten - Forgotten – Circuncelion – Begotten - Forgotten**
Circuncelion
Record/Vinyl
€20 EUR


**El Retorno del Espíritu – El Retorno del Espíritu by The Wyrm CD (DVD Case)**
The Wyrm
Compact Disc (CD)
€12 EUR


**El Retorno del Espíritu – El Retorno del Espíritu CD**
The Wyrm
Compact Disc (CD)
Sold Out


**Psicofonias - Las Voces Desconocidas – CD, Album, Limited Edition**
In Slaughter Natives
Compact Disc (CD)
Sold Out


**Circulo de Ur – The Wyrm - Circulo de Ur**
The Wyrm
Compact Disc (CD)
Sold Out


**Circulo de Ur – The Wyrm - Circulo de Ur (special edition)**
The Wyrm
Compact Disc (CD)
Sold Out


**Terror Romanorum**
T-Shirt/Apparel
Sold Out


**Struck down by Faith – Vinyl 12 inch / Limited edition 220 copies**
Mynationshit
Record/Vinyl
Sold Out


**Mynationshit – Mynationshit**
Mynationshit
Compact Disc (CD)
€10 EUR


**GH Records - T- Shirt**
T-Shirt/Apparel
Sold Out


**ARRUTAC – ARRUTAC**
Diego Arandojo,Van Delay
Compact Disc (CD)
€11 EUR


**WARG – CD, Album, Jewel Box**
Doom of Valyria
Compact Disc (CD)
€11 EUR

Exhibit 18
Page 3



**L'alcova d'acciaio – CD, Album**
Solco Chiuso
Compact Disc (CD)
**€12** EUR



**Gente de Muertos – Limited Edition 50 copies**
The Wyrm
Compact Disc (CD)
Sold Out



**In Slaughter Natives - Psicofonias - Las Voces Desconocidas T- Shirt**
T-Shirt/Apparel
**€16** EUR



**Psicofonias - Las Voces Desconocidas – CD, Album, Limited Edition + Limited Edition 7" Vinyl Clear**
In Slaughter Natives
Record/Vinyl
Sold Out



**Une Foi d'Acier – Kraschau - Une Foi d'Acier**
Kraschau
Compact Disc (CD)
**€13.50** EUR



**In Bolskan a conceptual work by Kazeria & Aphlar – In Bolskan a conceptual work by Kazeria & Aphlar CD (limited edition) + T-Shirt**
Kazeria, Alphlar
Compact Disc (CD)
Sold Out



**In Bolskan a conceptual work by Kazeria & Aphlar – In Bolskan a conceptual work by Kazeria & Aphlar CD**
Kazeria, Alphlar
Compact Disc (CD)
**€9.50** EUR



**Heterodox – First Human Ferro – Heterodox**
First Human Ferro
Compact Disc (CD)
**€12.50** EUR



**Kraschau - Une Foi d'Acier ( box )**
Other
Sold Out



**Las 77 Páginas: La piedra del Olvido**
DVD
**€16** EUR



**Aura Noctis – Aura Noctis**
Aura Noctis
Compact Disc (CD)
Sold Out



**ELIPHAS LEVI'S CLAVICULES DE SALOMON T-Shirt**
T-Shirt/Apparel
Sold Out



**Grassa Dato & Matatus – Grassa Dato & Matatus**
Matatus,Grassa Dato
Cassette
**€5** EUR



**Àrnica - Devotioceltibérica T-shirt"**
T-Shirt/Apparel
Sold Out



**Fide Lege Rege – Kraschau - Fide Lege Rege (cassette edition)**
Kraschau
Cassette
**€12.50** EUR



**Estigmas - The Short Movie & Music Compilation CD + DVD**
Other
**€15** EUR



**Devotioceltibérica – Àrnica - Devotioceltibérica**
Àrnica
Record/Vinyl
**€10** EUR



**The Broken Urn – In Meditarivm - The Broken Urn**
In Meditarivm
Compact Disc (CD)
**€10** EUR



**Ego Vox – First Human Ferro / Ostarbeiter - Ego Vox**
First Human Ferro / Ostarbeiter
Compact Disc (CD)
**€10** EUR



**The Anthropic Principle – Anatomia De Vanitats - The Anthropic Principle**
Anatomia De Vanitats
Compact Disc (CD)
**€13.50** EUR

Exhibit 18
Page 4



**Tribute to Krzysztof Penderecki - Passio et mors Domini nostri Jesu Christi secundum Lucam – Of Darkness - Tribute to Krzysztof Penderecki - Passio et mors Domini nostri Jesu Christi secundum Lucam**
Of Darkness
Compact Disc (CD)
**€12** EUR



**THE GRAAL - A tribute to the Holy Grails – THE GRAAL – A tribute to the Holy Grails**
Compact Disc (CD)
**€12** EUR



**New World Order "Post - Industrial Spanish Compilation" – Various – New World Order "Post - Industrial Spanish Compilation"**
Compact Disc (CD)
**€10** EUR



**The Wyrm – The Wyrm**
The Wyrm
Compact Disc (CD)
Sold Out



**Unbewusste – Turnavel - Unbewusste**
Turnavel
Compact Disc (CD)
**€12** EUR



**An Industrial Tribute to Eraserhead – Mary X - An Industrial Tribute to Eraserhead**
Mary X
Compact Disc (CD)
**€10** EUR



**Itineris I – Aura Noctis - Itineris I**
Aura Noctis
Compact Disc (CD)
**€13** EUR



**Live in Paris – The Wyrm - Live in Paris**
The Wyrm
Compact Disc (CD)
Sold Out



**CCCP – Space Bonzo & DUGA-3 -CCCP**
Space Bonzo & DUGA-3
Compact Disc (CD)
Sold Out



**Offenbarung – Kraschau - Offenbarung**
Kraschau
Compact Disc (CD)
**€13** EUR



**Fide Lege Rege – Kraschau - Fide Lege Rege**
Kraschau
Compact Disc (CD)
Sold Out



**Falanx – Kraschau - Falanx**
Kraschau
Compact Disc (CD)
Sold Out



**A Musical Tribute To Edward Packard, Master Of Adventures – A Musical Tribute To Edward Packard, Master Of Adventures**
Compact Disc (CD)
**€12** EUR



**Titans – Francisco López + Novi_sad – Titans**
Francisco López,Novi_Sad
Compact Disc (CD)
**€14** EUR



**Discipline Of The Shadows – Kazeria - Discipline Of The Shadows**
Kazeria
Compact Disc (CD)
Sold Out



**Liber Corvus – Kazeria - Liber Corvus**
Kazeria
Compact Disc (CD)
**€12** EUR



**Lux Aeterna – Oda Relicta - Lux Aeterna**
Oda Relicta
Compact Disc (CD)
**€15** EUR



**Silent Love Of Death – Donde Habite El Olvido CD + DVD**
Other
**€16** EUR



**La Muerte Roja – Grassa Dato - La Muerte Roja**
Grassa Dato
Cassette
**€6** EUR



**Kazeria - Light of Baphomet**
DVD
Sold Out

Exhibit 18

Page 5



**Salve Regina – Opus Nigrum – Salve Regina**
Opus Nigrum
Compact Disc (CD)
Sold Out



**Summoning The Elder Ones " a Neofolk / Neoclassic tribute to H.P.Lovecraft" – Kazeria & :IGNIIS: "Summoning the Elder Ones" a Neofolk / Neoclassic tribute to H.P.Lovecraft**
Kazeria, Igniss
Compact Disc (CD)
Sold Out



**El Hombre y el Espíritu – The Wyrm - El Hombre Y El Espíritu**
The Wyrm
Compact Disc (CD)
Sold Out



**Noche Cerrada – The Wyrm - Noche Cerrada**
The Wyrm
Compact Disc (CD)
Sold Out



**The Book of the Sacred Magic of ABRAMELIN The Mage – Ouroboros - The Book of the Sacred Magic of ABRAMELIN The Mage**
Ouroboros
Cassette
Sold Out



**Spoken Word by Kenji Siratori – Gradual Hate & Kenji Siratori – Spoken Word**
Gradual Hate
Compact Disc (CD)
Sold Out

Exhibit 18
Page 6