# EXHIBIT 19



# Explore
⚙ Settings

← **Thread**

Search Twitter

**Fedor Linnik**
@FedorLinnik

BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have hidden lots of nazi and alt-right innuendoes across the collection. I've gathered enough proof to confirm it.

Ultimate extensive thread 🧵

10:56 AM · Jan 5, 2022 · Twitter Web App

639 Retweets 455 Quote Tweets 2,022 Likes

**Fedor Linnik** @FedorLinnik · Jan 5
Replying to @FedorLinnik
I'm going to write this thread as my investigation story so you can see how I obtained all the proof and what my thought and reasoning was throughout the process. This way it won't look like just a wall of dry facts and will be simply more interesting to read

2 4 141

**Fedor Linnik** @FedorLinnik · Jan 5
Initially, it may look like another compilation of "stretched" facts you have probably heard during the previous "BAYC is racist" discussion. Please be patient to read till the moment when all dots start connecting

2 7 114

**Fedor Linnik** @FedorLinnik · Jan 5
My investigation started a month ago from @ryder_ripps's discovery of @BoredApeYC logo looking strangely similar to the nazi Waffen Totenkopf

The following media includes potentially sensitive content. Change settings View

The following media includes potentially sensitive content. Change settings View

7 24 168

**Fedor Linnik** @FedorLinnik · Jan 5
I saw that people were reasoning same b/w theme, skulls and placement have been used by multiple brands, music bands and projects, but my gut feeling told me I still need to check. And I found something

4 3 102

**Fedor Linnik** @FedorLinnik · Jan 5
I discovered that at least 9 out 36 Head items in the collection had military connotations. Some weren't so obvious.

So I wrote this thread (it was supposed to say "not a coincidence")

> **Fedor Linnik** @FedorLinnik · Dec 8, 2021
> I believe it's a just a coincidence: it looks BAYC creators are just big military history fans.
>
> Here is a thread about controversial military elements in @BoredApeYC and why it's not a problem 🧵 / twitter.com/ryder_ripps/st…
> Show this thread

3 5 106

**Fedor Linnik** @FedorLinnik · Jan 5
For instance it featured Prussian Pickelhaube which is a sybol of WWI aggression and colonial wars

4 14 107

**Fedor Linnik** @FedorLinnik · Jan 5
Kamikaze bands, Pith helmet, not so obvious Irish Civil War time hat and so on



4 · 9 · 100

Fedor Linnik @FedorLinnik · Jan 6

As I didn't have any extra information I actually decided that Totenkopf reference isn't a coincidence and BAYC creators are big military history fans who used military history elements as kitsch
I saw that apart from military stuff BAYC had Roman Emperor toga and laurel wreath

8 · 2 · 95

Fedor Linnik @FedorLinnik · Jan 5

This made my brain click again. Militaristic aesthetics, Roman Empire clothes, Yuga Labs (Kali Yuga reference? I thought). Everything looked familiar. All these elements are extremely popular among neofolk musicians

2 · 1 · 11e

Fedor Linnik @FedorLinnik · Jan 5

So, I assumed someone from BAYC must be a fan. And I wasn't wrong. Here is a random neofolk and martial industrial music fan article. Familiar helm, right?

Holy Roman Empire and Nazi aesthetics are also quite popular in this genre

**Into That Darkness: the Best of Neofolk, Martial Industrial, Dark Ambient, and Darkwave**

A list by [illegible]

7 · 3 · 103

Fedor Linnik @FedorLinnik · Jan 5

For instance, this locally popular neofolk band called Rome has a whole combo.

How do I know this? I listen to neofolk music a little myself, although don't share same values

1 · 2 · 87

Fedor Linnik @FedorLinnik · Jan 5

Kali Yuga concept was popular in neonazi and fascists circles.

(She depicted Hitler as a sacrifice for humanity that would lead to the end of the worst World Age, the Kali Yuga, which she believed was induced by the Jews, whom she saw as the powers of evil.)

5 · 4 · 96

Fedor Linnik @FedorLinnik · Jan 5

But @yugalabs said that they're named after Zelda villain which sounds quite trustworthy considering they're geeks. But something was still odd so I kept digging

> Yuga Labs @yugalabs · Jan 3
> A little a bit about us to start off the new year and what's coming.



1. What's the inspiration behind the name Yuga Labs?

We're nerds, and Yuga is the name of a villain in Zelda whose ability is that he can turn himself and others into 2D art. Made sense for an NFT company.

Show this thread

7 2 80

Fedor Linnik @FedorLinnik · Jan 5

But then @ryder_ripps and his community found more proof which made me doubt their sincerity even more

1 1 75

Fedor Linnik @FedorLinnik · Jan 5

First, Surf the Kali Yuga and Kali Yuga Surf Club are common memes in alt-right circles. But still can surely be a coincidence, right?

3 2 90

Fedor Linnik @FedorLinnik · Jan 5

Second, bananas in BAYC x MAYC game strangely resembled swastikas. But still could be just shurikens

5 5 112

Fedor Linnik @FedorLinnik · Jan 5

Third, BAYC we wearing Hawaiian shirts very similar to multiple Boogaloo Boys alt-right group. But it's just a shirt. Still not a solid proof. I needed to finds something better. And I did

5 12 109

Fedor Linnik @FedorLinnik · Jan 5

@ryder_ripps posted a BAYC puzzle solution which showed how intelligent BAYC creators and how much they like hidden meanings and intricate riddles.

medium.com

Bored Ape Yacht Club—Jimmy the Monkey Puzzle Solution

Solvers

1 5 82

Fedor Linnik @FedorLinnik · Jan 5

The puzzle utilizes a dozen of different kinds of ciphers of different complexity. Its creator is definitely a cypherpunk.

Also, some of ciphers (like maritime signal flags) have a military background. Looks pretty much like military history fan archetype I imagined



Exhibit 19
Page 4



e declared in 2013 that the influence of Guenon on his political school was very weak and that he does not

1 · 2 · 75

**Fedor Linnik** @FedorLinnik · Jan 5

I googled Guenon + alt-right and found this curious article

newstatesman.com

The rise of the traditionalists: how a mystical doctrine is reshaping the...

Steve Bannon, Russia's Alexander Dugin and Brazil's Olavo de Carvalho are united by their affinity with a spiritual movement that fundamental...

7 · 6 · 83

**Fedor Linnik** @FedorLinnik · Jan 5

The passage basically describes the concept of Yuga (Hindu cosmology cyclic age). What a coincidence!

nd concept that would migrate from Guénon's philosophy into contemporary
dea of social hierarchy. Traditionalists believe the Hindu and Indo-European
corresponds to the turning of the ages. During the golden age, they claim, pr
ables reigned over a social order made up of warriors, merchants and, finally
f the pyramid, slaves. As the ages turn, the boundaries between castes disinte
ng in a sprawling slave society infatuated with materiality and hostile to spirit
There is a political dimension to this social disintegration too: theocracy and
ual elite devolve into the reign of the masses, which is to say democracy or
sm. Traditionalism thus deals in a series of oppositions: between the spiritual
quality and quantity, social stratification and mass homogenisation.

7 · 2 · 89

**Fedor Linnik** @FedorLinnik · Jan 5

That's not it. Another interesting thing is that lots of Guenon studies were dedicated to Hinduism. So I googled Rene Guenon + Yuga and found out that Guenon basically popularized the concept of Yugas in the Western culture and introduced his own model of Yuga calculation

7 · 3 · 18

**Fedor Linnik** @FedorLinnik · Jan 5

Check it yourself. Yuga Cycle article is featuring Rene Guenon.

en.wikipedia.org

Yuga Cycle - Wikipedia

1 · 2 · 59

**Fedor Linnik** @FedorLinnik · Jan 5

So Yuga labs creates a puzzle where Guenon is an answer and he turns out to be the person who closely worked with the concept of Yuga. What are the odds it's just a coincidence?

Are you still sure it's only about Zelda?

3 · 12 · 306

**Fedor Linnik** @FedorLinnik · Jan 5

Also, Guenon is a popular topic on 4chan and 4chan booklists even featured one of his books. Even one 4chan booklist features Guenon

of the Modern World — Want to Read

tone (Paperback) — Want to Read

Literature » Thread #18320200 - Warosu Archive — Want to Read

3 · 2 · 64

**Fedor Linnik** @FedorLinnik · Jan 5

At this moment I realized that considering the fact BAYC creators are masters of ciphers, like hiding easter eggs and have interest in philosophy deeply rooted in symbolism I realized that there must be more hidden



innuendos

7 | 3 | 83

**Fedor Linnik** @FedorLinnik · Jan 5

Back when I explored the military elements, I also got interested in prison uniforms. It has a 6 digit 019807 number and I was sure since the beginning it has some hidden reference, but couldn't find any.

@ryder_ripps solved it

3 | 2 | 57

**Fedor Linnik** @FedorLinnik · Jan 5

It turns out, if you remove both 0, you get 1987. It's a year when Rudolf Hess, a prominent Nazi officer who was prosecuted in Nuremberg, committed suicide in jail.

5 | 9 | 95

**Fedor Linnik** @FedorLinnik · Jan 5

BBC even called Hess whose grave was levelled to prevent it from becoming a place of pilgrimage, a Nazi zombie. Remember this, we'll need it again soon

bbc.com/news/world-eur...

## Nazi zombie

Firstly, it is no coincidence that the relatives and officials chose to eliminate every physical trace of a figure with a vast potential for creating right-wing legends.

As was the case for Osama Bin Laden some weeks ago, the authorities understand the power of a permanent shrine to a highly controversial figure.

It becomes a place of pilgrimage, a focus for irrational and uncontrollable worship.

Secondly, the far-right movement has lost a crucial place embodying myths and legends that give it a friendly face. The neo-Nazis desperately need to celebrate the memory of an attractive "hero" for the benefit of new recruits.

And thirdly, there will be an increased potential for violence of all kinds - from street unrest to digital stalking - by the far-right.

Deprived of a leading rallying figure, the movement will feel that its noble tradition has been humiliated by unjust powers yet again.

Ultimately it is possible that a renewed cult could rise again around Hess, the ultimate Nazi zombie.

1 | 1 | 57

**Fedor Linnik** @FedorLinnik · Jan 5

It turns out, that wasn't the only Nazi officer reference. The boat on the BAYC website says "SS MONKE BIZ". Of course, SS can stand for a steamship (screw steamer) and "monkey business" is a popular saying.

1 | 3 | 59

**Fedor Linnik** @FedorLinnik · Jan 5

However, the boat is not a screw steamer and BIZ looks like a hello to 4chan biz/ board. So what may SS Monke mean? SS can obviously refer to nazis. But that's not it. Monkhe is a surname of one of the most long-living SS officer who died in 2001 at age of 90



Wilhelm Mohnke was one of the original members of the SS-Staff Guard "Berlin" formed in March 1933. From those ranks, Mohnke rose to become one of Adolf Hitler's last remaining generals. He joined the Nazi Party in September 1931. Wikipedia

Born: March 15, 1911, Free City of Lübeck

Died: August 6, 2001, Damp, Germany

Parents: Wilhelm Mohnke

Award: Knight's Cross of the Iron Cross

Service number: NSDAP #649,684; SS #15,541

Rank: SS-Brigadeführer und Generalmajor der Waffen-SS

1 4 11

Fedor Linnik @FedorLinnik · Jan 5

This fact is more disputable, but it's worth mentioning in this context. BAYC launch was planned on 30th (or 29th depending on the time zone) of April. It's the day of Hitler's death. Another dead nazi!

cc: @TheiRahman

3 4 72

Fedor Linnik @FedorLinnik · Jan 5

So, what happens to dead nazi in popular culture? They resurrect as nazi zombies! Who else looks like zombies? MAYC! It's important to note MAYC weren't spontaneous and were in the initial roadmap.

2 4 67

Fedor Linnik @FedorLinnik · Jan 5

Zombie nazi is a popular trope that originates from Haitian vodooism and Haitian belief system was mainly formulated by West African slaves

inverse.com/article/50390-...

To pinpoint the staying power of the undead Nazi, we have to get into both ideas separately first. Zombies originated in the blended cultures of Haitian and African slaves in the United States, while Nazism refers to the fascist beliefs and practices of the National Socialist German Workers' Party, including racial hierarchy, eugenics, extremist nationalism, and white supremacy. They don't have obvious overlaps upon first glance, but quite a lot ties them together, not least of which being the Nazi obsession with the occult.

1 4 56

Fedor Linnik @FedorLinnik · Jan 5

That's when I remembered another important detail! BAYC club interior is designed as Haitian. Tiki bar and tiki totems also appear on BAYC official arts and inside the game

2 3 64

Fedor Linnik @FedorLinnik · Jan 5

So, I decided to search for tiki totems and possible racist connotations and found bingo again. Some locals deem tiki bars and cultural appropriation and find it rather insulting due to the history of oppression.



Exhibit 19
Page 8



1 2 58

**Fedor Linnik** @FedorLinnik · Jan 5

Do I have any proof MAYC are supposed to represent dead nazi? Yes, I do. This BAYC's admiral hat transforms into one with a skull badge. It has the same shape and skull badge as nazi hat, however in this case the skull is a face of Red Skull marvel character who is a dead nazi!

3 7 71

**Fedor Linnik** @FedorLinnik · Jan 5

It's especially funny that it's @RollingStone and @BoredApeYC collab

1 2 65

**Fedor Linnik** @FedorLinnik · Jan 5

The art behind MAYC is an allusion to Bosch's The Garden of Earthly Delights painting which is also full of symbolism. I'm pretty sure the art is full of Easter Eggs, but here is only one I found so far

3 5 70

**Fedor Linnik** @FedorLinnik · Jan 5

The sun has a shape of Sol Invictus (Unconquered Sun) which is a Holy Roman Empire reference again and also a Sol Invictus is one of the most popular neofolk band. The sun's face is a YOBA meme popular among 4chan trolls

3 5 57

**Fedor Linnik** @FedorLinnik · Jan 5

Why yacht club? There are three possible explanations.

First is the Kali Yuga Surf Club alt-right meme

7 1 49

**Fedor Linnik** @FedorLinnik · Jan 5

Second is the fact Hitler's yacht was sunken in Miami. Guess where ApeFest took place?

floridas-backroads-travel.com/hitlers-yacht...

3 3 49

**Fedor Linnik** @FedorLinnik · Jan 5

Third is that the Wanderer, the last ship that brought slaves to the US was sailing under New York Yacht Club flags. Again, BAYC creators are military history fans and even used maritime signal flags for a cipher. Quite possible

Exhibit 19



they know about this ship?

3 1 58

**Fedor Linnik** @FedorLinnik · Jan 5

What else do we know about BAYC founders? Not much.

They're 4 super smart fully anonymous geeks.
The original BAYC art was done by a gig artist who didn't get any royalty.
It's completely fine staying anon, but considering the success of BAYC it's a bit strange

3 2 78

**Fedor Linnik** @FedorLinnik · Jan 5

I checked the wallets of all 4 BAYC creators. Each wallet was created specially for the launch and got ETH from Coinbase. Each holds just a little of ETH and almost nothing apart from BAYC and BAYC derivative NFTs. Doesn't leave an impression of an NFT degen's active wallet

2 2 66

**Fedor Linnik** @FedorLinnik · Jan 5

All BAYC sale funds and OS royalties go to either Coinbase or Blockfolio wallet. Guys really don't want to get identified. Do they have anything to hide?

3 2 63

**Fedor Linnik** @FedorLinnik · Jan 5

Gargamel (@CryptoGarga) has the name of a villain from The Smurfs. He's been criticized for being a stereotypical depiction of Jews. Could be coincidental, but considering all facts looks more like an irony

2 5 58

**Fedor Linnik** @FedorLinnik · Jan 5

What is more, BAYC changed the twitter avatar to just a skull, after the nazi reference accusations. Why bother?

1 4 68

**Fedor Linnik** @FedorLinnik · Jan 6

There also are other possible antisemitic innuendoes among BAYC such as monkey in slave shackles, safari helmets, animal pelts, fez monkey and etc. But I'd like to live it up to you to interpret it given all other facts

5 3 50

**Fedor Linnik** @FedorLinnik · Jan 6

Also, they have maritime signal flags scattered around BAYC website and arts. Possibly, it might be another cipher I haven't solved it though

1 1 77



Fedor Linnik @FedorLinnik · Jan 5

To be honest, at the point of tiki totem on nuclear mushroom I felt like @yugalabs really wanted someone to find it. I'm pretty sure I've solved only part of their puzzle, but that must be enough to draw conclusions. My job is done here

2 5 91

Fedor Linnik @FedorLinnik · Jan 5

Also, I'm pretty sure that some of my surmises presented here are just overthinking. But it still feels like way too many coincidences. I'll be glad if you prove me wrong

7 1 93

Fedor Linnik @FedorLinnik · Jan 5

UPD: As @realDevBotEth has pointed it out I confused Haiti and Hawaii is some of the places. Please forgive my poor geography knowledge

1 2 58

Fedor Linnik @FedorLinnik · Jan 5

Tiki totems are Hawaiian and the Nuclear testing at Bikini Atoll shot BAYC used for the art also took place near Hawaii. It pretty much adds another justification to the bongalow Hawaiian shirt theme

> Fedor Linnik @FedorLinnik · Jan 5
>
> I went searching for Pacific Proving Grounds nuclear explosions and found this mushroom. It has exactly the same shape as on this official BAYC art. That's not it. If you look closer, you can see a tiki totem on the top of the mushroom! What chance it's random?
>
> Show this thread

1 1 43

Fedor Linnik @FedorLinnik · Jan 5

UPD2 I've already mentioned in the thread that BAYC creators are fans of neofolk. @baroquestiral has provided me with info which both vindicates that idea and changes my perspective on things

1 1 38

Fedor Linnik @FedorLinnik · Jan 5

There is a pretty popular in same circles cult experimental musician Boyd Rice.

en.wikipedia.org/wiki/Boyd_Rice

1 1 30

Fedor Linnik @FedorLinnik · Jan 5

It turns out Boyd Rice used to have a Tiki Boyd's bar which was a popular location for experimental musicians and artists

en.wikipedia.org/wiki/Tiki_Boyd...

1 1 34

Fedor Linnik @FedorLinnik · Jan 5

Of course this bar also had tiki idols and Boyd was wearing pith helmet there. BAYC also have pith helmets, remember?

**Fedor Linnik** @Fedor Linnik · Jan 5
As I said before neofolk movement oftly often uses WWI, WW2 and other totalitarian or militaristic aesthetics.

And it doesn't mean they endorsing. It's more about aesthetics and provocation.

**Fedor Linnik** @Fedor Linnik · Jan 6
Here are some examples of Boyd Rice outfits



**Fedor Linnik** @Fedor Linnik · Jan 6
And here is Douglas Pierce a leader of another cult neofolk group Death in June.

I hope you get the idea. Military elements are pretty homage to neofolk/Martial musicland.



**Fedor Linnik** @Fedor Linnik · Jan 6
Despite I'm familiar with these musicians, I never really knew the symbolism behind their music and looks.

So I decided to ask a person who is more knowledgeable than me

In dij context, he have a fascination with wwii era, the war, the aesthetics, the romantic image of a burning europe. I know that he have, yes, tendencies to the Right, although he defined himself as a strasserist one time. But it's more a matter of aesthetics. Boyd Rice was follower of LaVey, he was a satanist and a professional provocateur. I think he really believes in social darwinism and all that stuff, but I don't think he's really racist or anything like that, he has friendship with a lot of artists and stuff. I remember of a photo of him and some famous rappers in his bar. Ah, and Douglas, from dij is gay and used to play in Israel frequently

**Fedor Linnik** @Fedor Linnik · Jan 5
So, I believe BAYC creators aren't real nazi sympathizers but rather neofolk fans who payed tribute to their idols. Might be an overthinking again but I wouldn't be surprised is Boyd was selected as henophone to Boyd.

**Fedor Linnik** @Fedor Linnik · Jan 5
I'm still pretty sure they're 4chan fans and leftist/doom maxxing to subtly troll BAYC holders. Quite possibly some of them are having same kind of traditionalist views (we can't know for sure)

**Fedor Linnik** @Fedor Linnik · Jan 6
But traditionalism is obviously not nazism and things are complicated so I would refrain from putting any labels.

Maybe, all this discovery will make BAYC offensive for some people, but I definitely refuse to label @nipplejesus is atrocekike as the @aseyy references

**Fedor Linnik** @Fedor Linnik · Jan 5
I actually enjoyed solving this puzzle (and it's probably not completely solved) and I genuinely admire @nipplejesus for creating on of the most intricate trolling campaigns of all time.

So, if @YugaLabsNYC are reading I even want to thank you for providing this fun

**Fedor Linnik** @Fedor Linnik · Jan 6
That's not even. Nicknames of all 4 BAYC creators are hidden references for the /pol/ audience.

**Fedor Linnik** @Fedor Linnik · Jan 6
@CryptoGarga

Exhibit 19
Page 12



Gargamel is a name of "The Smurfs" villain. Gargamel has been criticized for being a stereotypical depiction of Jews.

It's also a pol/ meme

2 1 23

**Fedor Linnik** @FedorLinnik · Jan 6
@GordonGoner

Gordon Goner is an anagram. GORDON = DRONGO (stupid in Aussie slang)

GONER = N E G R O

3 5 29

**Fedor Linnik** @FedorLinnik · Jan 6
@SassBAYC

Sass isn't just a programming language here. It's SA + SS

SA is Sturmabteilung (Storm Detachment) - Nazi original paramilitary wing

SS is Schutzstaffel - major NAZI paramilitary organization

en.wikipedia.org
Schutzstaffel - Wikipedia

1 2 28

**Fedor Linnik** @FedorLinnik · Jan 6
@TomatoBAYC

Emperor Tomato Ketchup is a name of a subversive Japanese film by Shuji Terayama which is a violent satire of Japanese extremism on the right and left — as well as of the country's post-war complacency.

afterall.org
Afterall · The Imaginary Martial Theatre of the Emperor Tomato Ketchup
Shuji Terayama's Emperor Tomato Ketchup (1970) was a violent satire of Japanese extremism on the right and left — as well as of the ...

2 1 22

**Fedor Linnik** @FedorLinnik · Jan 6
With these info presented I'm almost completely sure that ape bunny ears are a reference to the Hitler bunny meme: and Kennel Club means to represent his love for dogs.

8 6 45

**Fedor Linnik** @FedorLinnik · Jan 6
As @The1Ratman pointed out, BAYC also has a recurring alligator.

Hitler had a pet alligator named Saturn.

en.wikipedia.org/wiki/Saturn_(a...



3 2 32

**Fedor Linnik** @FedorLinnik · Jan 6
@allseeingseneca

You were a gig artist for BAYC. I'm pretty sure you weren't aware of these connotation. Could you please share how you were briefed for BAYC arts?

3 3 34

**Fedor Linnik** @FedorLinnik · Jan 6
I think there is a second layer. Kali Yuga Surf Club was registered this year and posting started at the same time as BAYC. Gordon Goner must be Australian (dfonap) and he's the one who made puzzle. Check the first link in the post. We have another puzzle

alt0.com/kefir-the-gut-...

1 1 10

**Fedor Linnik** @FedorLinnik · Jan 6
One of articles has Guenon references. And there is a schizo looking Kefir website. It's their ultimate puzzle. Exciting!

twitter.com/Waikawaiko8/st...

This Tweet is unavailable.

2 1 27

**Fedor Linnik** @FedorLinnik · Jan 6
The kefir article is full of cryptic language. Hawaii is also mentioned there, I'm exalted

This aligns with claims from Hawaiian fruit juice sellers that water kefir grains just emerged out of nowhere in their juice/fruit jars (which were never washed out, just spooned from and refilled as needed)

1 1 23

**Fedor Linnik** @FedorLinnik · Jan 6
Kefir is a fucking nuclear bomb there. The text is nonsense until you start googling different names from there

that an abduction or Terroric ... ains, originally cultured in ... given to him by the Prophet Moh... a beautiful woman to see if ... any as a cure-all for stomach... this woman (Irina), and after ... ), she trapped him into divi... a folk tale about their ori... how we got these grains is ... in '78' believed in the ori... recognized Irina Sakharova

2 2 24

**Fedor Linnik** @FedorLinnik · Jan 6
This further stuff is a lot of a puzzle, but in general it's cryptic texts about eugenics and racial theory. I'll need more time to compile everything I found, but I found a lot

Kefir = Kafir, Kefir grains = Kafir Seed and so on

2 1 22

**Fedor Linnik** @FedorLinnik · Jan 7
These last guesses about blog contents turned out to be just figments of my agitated imagination. I've reread everything today and there is no cryptic messages in Kali Yuga Surf Club blog. No real eugenics there.

Nevertheless, I found this

**Fedor Linnik** @FedorLinnik · Jan 7
BAYC is even a greater performance than I thought. Found lots of new info. It's provocation, trolling and art at the same time.

Here's a teaser

3 2 32

**Fedor Linnik** @FedorLinnik · Jan 7
@tolianflickers has discovered dogs with ape hands might be referecing the dog from Venture Bros animated series, in which body Hitler was trasferred after the suicide

Exhibit 19
Page 14



4 16

Fedor Linnik @FedorLinnik · Jan 7
Another curious detail

tickertalker @talkinTickers · Jan 7
Replying to @FedorLinnik
This is interesting. Whether or not its related or relevant: The band in Venture Bro's belongs to Saint Moses the Black someone I hadn't heard of before.
en.wikipedia.org/wiki/Moses_the...

youtube.com/watch?v=3fufIO...

1 1 14

Fedor Linnik @FedorLinnik · Jan 7
In ep 5.1 Doctor divides his students into 3 groups and uses radiation to turn each into a different kind of mutants Third one is supermutants

1 1 21

Fedor Linnik @FedorLinnik · Jan 7
They also have a Red Skull parody!

1 1 19

Fedor Linnik @FedorLinnik · Jan 7
Also same stuntmant helmet appears in there, but it's a reference to Easy Rider itself. We can also see zombies and sailor outfit (not identical though) VB are generally full of kitsch uniforms actually

2 2 19

Fedor Linnik @FedorLinnik · Jan 8
Strangely enough, BAYC have two similar looking Robot skins. Robot and Death bot. Why keep both? For diversity?

Or maybe because Death Bot is a Guard Robot from Wolfenstein? Wolfenstein also has nazi zombies, by the way

1 2 18

Fedor Linnik @FedorLinnik · Jan 8
Panzerhunds are also a thing. BAKC is a derivative borrowing traits from BAYC, though. But still in shows than nazi dogs are a common pop cultural trope



1 1 13

**Fedor Linnik** @FedorLinnik · Jan 8
Oh, there also is a Kampfhund live dog with robotic augmentations and Bombenhund carrying explosives as one of variations. This makes addition of "Cyber Jaw" quite curious

1 1 13

**Fedor Linnik** @FedorLinnik · Jan 8
Leg knives, rocket launchers (x2), camo packs, jetpacks, camo boots and more. They are definitely preparing for the war. Against mutants?

1 1 13

**Fedor Linnik** @FedorLinnik · Jan 8
"Japan Bandana" is a Japanese Rising Sun flag used during WW2. Still think I'm a schizo finding non-existent patterns?

1 3 26

**Fedor Linnik** @FedorLinnik · Jan 8
Blitzmensch is a fictional propaganda character in Wolfenstein series.

wolfenstein.fandom.com/wiki/Blitzmens...

1 1 18

**Fedor Linnik** @FedorLinnik · Jan 8
May sound dumb, but if I wanted to reference Hitler's moustache without using it, I would also take Chaplin's hat

1 1 19

**Fedor Linnik** @FedorLinnik · Jan 8
Rats are also enemies in Wolfenstein 3D



Exhibit 19
Page 17



Fedor Linnik @FedorLinnik · Jan 8
That's so fucking ironic they made a collab with Adidas now. I think @yugalabs were rolling on the floor when they got the offer

Fedor Linnik @FedorLinnik · Jan 8
The whole BAYC project is Uncyclopedia memes retold

mirror.uncyc.org/wiki/Adolf_Hit...

Fedor Linnik @FedorLinnik · Jan 8
Beth's Bonnet is Hitler's likelihood, most likely

Fedor Linnik @FedorLinnik · Jan 8
Uncyclopedia says Hitler tripped on acid. DMT and trippy shirt sound just right

Fedor Linnik @FedorLinnik · Jan 8
But I think DMT is for another cast. Forgot about Trippy LSD fur

Fedor Linnik @FedorLinnik · Jan 8
Probably, a leon Uniform isn't about Rudolf Hess. It's just a leo at Hitler serving a prison sentence. He served 264 days in Landsberg Prison in 1924

Fedor Linnik @FedorLinnik · Jan 8
Zombie skin must be serving this part probably. Or just "afterlife", I keep reading

Exhibit 19
Page 18



of German patriots, particula
the Frei Korpses. Pissed o
Commie rats out of the co
overnment and stage a revo
, and that was the end of t

or of this group of World Wa
st, social traditionalist and u

1 1 11

Fedor Linnik @FedorLinnik · Jan 8
Heke bunny ears!

Hitler also tried to woo Christians by demonstrating his support for their traditional holidays. Here the Führer is seen in his Easter Sunday bunny costume during an Easter Parade/Nuremberg Rally in the mid-1930s.

1 1 9

Fedor Linnik @FedorLinnik · Jan 8
According to Uncyclopedia he also commited a suicide via food poisoning in McDonald's

C.R.E.A.M.,
Get that money,
Dolla dolla bill yall.

of German businesses. [illegible]s, K

illes from the west, while
eceiving a huge gas bill i
birthday and one day aft
ed. However, his efforts to

1 2 13

Fedor Linnik @FedorLinnik · Jan 8
Pimp my reich also is a meme

youtube.com/watch?v=16QIIP...

German businesses. McDonalds, KFC,

uite plainly:

When the pigs try to get at yea, park it

1 1 9

Fedor Linnik @FedorLinnik · Jan 8
Hitler liked to dress like a woman. It says he preferred brown, but it probably would lack contrast in this case

Hitler, in an awkward moment of sexual exploration

1 2 12

Fedor Linnik @FedorLinnik · Jan 8
Hitler was a fan of the upcoming hardcore German rap scene.

Hip Hop

ng hardcore G
d collection (in
his suicide.

2 2 10

Fedor Linnik @FedorLinnik · Jan 8
Fuhrer found S&M too time consuming. Maybe nothing, but BAYC have S&M hat (which also has a shape of nazi cat by historical evidence)

could save all the



Exhibit 19
Page 20



reoccurring character in multiple articles so some things might be in reality unrelated

1 2 14

**Fedor Linnik** @FedorLinnik · Jan 8

I haven't gone completely mad and still think there is a chance everything I found is total bullshit.

On the bright side, this thread could be used as an example of how abundance of pop cultural references and tropes can be links to Hitler (Godwin's law style)

1 3 27

**Fedor Linnik** @FedorLinnik · Jan 9

Also, I've discovered the last revealed mutant ape might be a reference to The Hourglass Sanatorium (1973) film

Funnily enough there also is a helmet, monkeys and totems. The way I found it is another crazy story

7 1 15

**Fedor Linnik** @FedorLinnik · Jan 9

@TaylorGentile You might be interested in watching the movie as you own this ape

1 1 13

**Fedor Linnik** @FedorLinnik · Jan 8

The reason I'm continued this schizo thread today is this interview of @yugalabs. They mention iceberg theory in 2 of 3 interviews and explicitly say each element in collection has a meaning.

since the Bored Ape Yacht Club, we've seen like 1,000 different
e up, and a lot of them are really cool. But what we think was sp
d of read on top of ours – is that we didn't just throw 3D glasses
long essay on what exactly what this was. But we know what it
et the unutterable be conveyed unutterably," or Hemingway's ice
that this world was, and why these apes are this way. And that s
lingle on their neck looking at it, thinking, "Yeah, this is kind of c

1 4 24

**Fedor Linnik** @FedorLinnik · Jan 8

It's also interesting that @GordonGoner is a writer and he and @CryptoGarga a literary friends.

They also mention Wittgenstein in 2 of 3 interviews. Obviously, they are deep into philosophy

2 1 15

**Fedor Linnik** @FedorLinnik · Jan 8

The also tell that Garga and Gordon argue about the Infinite Jest and discuss authors like David Foster Wallace.

Infinite Jest is unconventional narrative structure and includes hundreds of extensive endnotes, some with footnotes of their own. The masterpiece of intertextuality

1 1 18

**Fedor Linnik** @FedorLinnik · Jan 8

This all makes me feel that considering the level of BAYC' creators' intelligence and talks about the iceberg theory there might be more under the water.

Funnily enough, iceberg is also often used for conspiracy theory memes

1 2 23

**Fedor Linnik** @FedorLinnik · Jan 9

I picked the one about SpongeBob as the very bottom layer has a theory that Bikini Bottom appeared as a result of Bikini Atoll nuclear testing (yes, the same I referenced for the Ape story)

1 1 15

**Fedor Linnik** @FedorLinnik · Jan 8

They also are "gamers at heart". Easter Eggs are a favorite part of any hardcore gamer. So the have to be a plenty.

> **Yuga Labs** @yugalabs · Jan 3
>
> 7. Why did you get into NFTs?
>
> We're gamers at heart. We grew up obsessed with MMORPGs, teaming up with strangers to get at rare items hidden away in dungeons. The metaverse is very real to anyone who lost years of their life (and made lifelong friends) in World of Warcraft.
>
> Show this thread



7 1 17

Fedor Linnik @FedorLinnik · Feb 9
I believe it's important to add this part to the thread. More coincidences have emerged

Fedor Linnik @FedorLinnik · Feb 9
Another unbelievable coincidence. Gargamel (Greg Solano) wrote his thesis about 2666, by Roberto Bolaño. The book's protagonist is Hans Reiter, nazi physician and war criminal twitter.com/ryder_ripps/st...
Show this thread

1 2 12

Fedor Linnik @FedorLinnik · Jun 20
One more update

Fedor Linnik @FedorLinnik · Jun 20
There is one detail from @ryder_ripps investigation which made it to the @thirdeye... truth doc that I found dubious — the claim that apes 1488 and 6969 were put in their places on purpose. I doubted as I thought BAYC had a proper random reveal.

It turns out, they didn't /THREAD
Show this thread

1 1 72

GeeGazza @Gee_Gazza · Jan 5
Replying to @FedorLinnik

1 66

This Tweet was deleted by the Tweet author. Learn more

Show replies

Littlepipi.Eth @littlepipi88 · Jan 5
Replying to @FedorLinnik

ApeStackin738.eth @ApeStackin · Jan 5
Replying to @FedorLinnik

34

cOrNcOb / SOLANCLEAVER / VOIDOSCI... @Corncobo... · Jan 5
Replying to @FedorLinnik
Didn't know about any of this before. And gotta say the evidence is extremely convincing

26

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**
Fedor Linnik @FedorLinnik Follow
I co-created @NeuralPepe, @dontdrinkkool and @accepted_here. Reviving @SpaceOmICO. Libertarian. You may know me as Jim Jones on ig

**What's happening**
USnationsNews · LIVE
FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post

US elections · Yesterday
Experts and authorities confirm US elections are safe and reliable

Entertainment · LIVE
Happy birthday, Sara Ali Khan

Music · 1 hour ago
The Game's new album Drillmatic is here
Trending with The Game, Eminem

NFL · 2 hours ago
Titans at Ravens
Trending with Mark Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ... © 2022 Twitter, Inc.



Itztunnymoney @itztunnymoney · Jan 5
Replying to @FedorLinnik
keep up the good work and try to stay as objective as possible

CADE @CadeDoesInvest · Jan 5
Replying to @FedorLinnik
Facts are facts
1 5

nft pragmatist @Dag_NFT · Jan 5
I don't think you know what the word "fact" means
1 4

Show replies

theandrew.eth @0ch245 · Jan 5
Replying to @FedorLinnik and @Confucius_said_
Dude. You're trying too hard

Edible Forest @BlaveCrypto · Jan 5
Replying to @FedorLinnik
live look at BAYC arguing with you:

1

copie.eth @copie_eth · Jan 5
Replying to @FedorLinnik

3 37

Fedor Linnik @FedorLinnik · Jan 5

5

Replying to @FedorLinnik
@davidbianchi You've said that, if you look at anything through a racial lense hard enough, that thing becomes racist.

At what point, does that lense become reality? How much else does there need to be?
2 28

DAVID BIANCHI @davidbianchi · Jan 5
The reality is subjective based on who's listening and watching honestly
3 9

MB @YosemiteSAMeth · Jan 5
Replying to @FedorLinnik
I was wondering why we dont have crazy people in NFTs, finally found it

Grandpa Flint @timthehumanbot · Jan 5



Replying to @FedorLinnik

Crypto Twitter is super right-wing and borderline racist? That's so shocking..

1 · 13

Nacho Gerberg | Aston King @Nachogerberg · Jan 5

Replying to @FedorLinnik and @eth_Ari

Even if the whole thing is true which I think some of the connections are a little far fetched, it still doesn't make it racist or wrong. Not everything has to be so serious, not everything has to be a conspiracy. The whole thing is because they are bored

1 · 16

lost.in [illegible] @[illegible] · Jan 5

Yeah I agree, abit far fetched some things and Marxists crying about everything now days.

As a fan and student of history, yet no lover of Nazis or Socialism/ fascism, i don't think there is much wrong with incorporating these historical themes

History shouldn't be canceled

3 · 13

Shabba Da Hatt @TheHatt · Jan 6

Replying to @FedorLinnik

Here bro, you can rest now..#LetItGo

youtube.com

Spooky Coincidences?

Support Vsauce, your brain, Alzheimer's research, and other YouTube educators by joining THE ...

1 · 1 · 5

t0ppestvalue @toppestvalue · Jan 5

Replying to @FedorLinnik

would love to see ur cork board with strings. very fascinating

6

This Tweet was deleted by the Tweet author. Learn more

Fedor Linnik @FedorLinnik · Jan 5

Unfortunately, I missed the spaces so I know how they went only by CT reaction. My goal wasn't to define what's racism and what's not. I just noticed BAYC scattering nazi and alt-right themed references and documented my observations

[illegible]

smallfish [illegible] @S_Rank_M · Jan 5

Replying to @FedorLinnik

[illegible] God

1

cBake @cBake · Jan 5

Replying to @FedorLinnik

BAYC...

3

[illegible].eth @[illegible]_eth · Jan 5

Replying to @FedorLinnik

interesting & troubling read thx

5

[illegible] @eth_heads · Jan 5

Replying to @FedorLinnik

This is absolutely wild. Thanks for the compelling and troubling read.

2

[illegible].eth @[illegible]_eth · Jan 5

Replying to @FedorLinnik

Your thread yesterday was wonderful as well. Love to see both sides

[illegible] @[illegible] · Jan 5

Replying to @FedorLinnik

I mean you could already tell by their takes

arc_elm @arcElm · Jan 5

Replying to @FedorLinnik

there is a lot here

[illegible] @[illegible] · Jan 5

Replying to @FedorLinnik

Thanks for the information, this was an interesting read

5

Jackie Wilson Design @jackie_w_design · Jan 5

Replying to @FedorLinnik

So most of this is just things you didn't actually notice but are regurgitating



Exhibit 19
Page 25



12

**Astral Gnome 44** @AstralGnome44 · Jan 5
Replying to @FedorLinnik
Not sure military and right wing themed aspects to BAYC constitute racism, rather an alternative political perspective.
3 5

**Fedor Linnik** @FedorLinnik · Jan 5
I've pretty much come to the same conclusion. Scroll down to the very end there
6

**Mask** @Mr_Mask · Jan 5
Replying to @FedorLinnik
Contact me with your dealer please
7

**⚡Good Life⚡** @...Money · Jan 5
Replying to @FedorLinnik
Wow man. Yeah my only crit was the tiki/haitian thing but you got that straightened. All and all good work. this thread is amazing. I love intricate trolls, and this one is historical. lolol
I like BAYC even more now I think haha
1 9

Show replies

**Barron Solomon** @BarronSolomon · Jan 6
Replying to @FedorLinnik
@Unigersl

**ceveth** @davoteth · Jan 6
Replying to @FedorLinnik
good read. I also agree it doesnt prove any racism but kudos to the hard work nevertheless. learned some interesting facts from it
6

**nit1.0** @Nit1on · Jan 5
Replying to @FedorLinnik
truly impressed by our ability to find conspiracy anywhere - also the amount of time wow- impressive- maybe u right but i dont trust anyone anymore I need u to wear a wire
4

**crypt0quest.eth** @Crypt0Quest · Jan 6
Replying to @FedorLinnik
Just to chime in. I think you found some very interesting things that @BoredApeYC need to have answers for...

This is George Trosley levels of #NFT scandals if confirmed true.

Bored Ape holders should sell and buy a real #NFT like @BMC_NFT. the ultimate utility NFT project.
5

**xNFT Dabiiibii** @dabi... · Jan 6
Replying to @FedorLinnik
twitter.com/alkr...z0G/sta1... @alkno...OG

This Tweet is from a suspended account. Learn more
4

**stasiamis** @StaSiamis · Jan 6
Replying to @FedorLinnik
@adidasoriginals this is concerning isn't it? Too many "coincidences" here don't you think? Not sure you want to be linked to that especially as a German brand. @benmayorwhite good luck explaining this to the board mate! Servus
3

**dom** @BAYC5511 · Jan 6
Replying to @FedorLinnik
Godwins law ladies and gentleman
1 10

**SkiBoyMaz (TRIBE)** @dreassary2 · Jan 6
Replying to @FedorLinnik
Has anyone contacted the manufacturer's of Hawaiian shirts. I own Hawaiian shirts but I am not racist. Should I burn them?
7 2

**SkiBoyMaz (TRIBE)** @dreassary2 · Jan 6
Mine was made by J.crew I think there's something deeper to the name j.crew.
1 3

**SkiBoyMaz (TRIBE)** @dreassary2 · Jan 6
Replying to @FedorLinnik
What are your thoughts on Tom Petty and Julian Casablancas and the rest of society that shops at army navy

2 3

**SkiBoyMaz (TRIBE)** @dreassary2 · Jan 6



Exhibit 19
Page 27



evannnnnn @nerditry · Jan 6
Replying to @FedorLinnik
@threadreaderapp unroll

Thread Reader App @threadreaderapp · Jan 6
Namaste, here is your unroll: BAYC is of the most intricate hidden trolling campaigns in history, threadreaderapp.com/thread/147874... Have a good day.

**Thread reader**

Thread by Fedor Linnik (@FedorLinnik), 5 Jan

BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have hidden lots of nazi and alt-right ...

threadreaderapp.com
Thread by @FedorLinnik on Thread Reader App
@FedorLinnik: BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have ...

Jimmy @crks_jiml · Jan 6
Replying to @FedorLinnik and @ryder_ripps
@StephenCurry30

Alex Master @wexzag2 · Jan 6
Replying to @FedorLinnik
@SunnyThakkar@missloveJay

Fares Ghandour @beskutch · Jan 6
Replying to @FedorLinnik

siasiamis @SiaSiamis · Jan 6
Replying to @FedorLinnik
@berry_nft

siasiamis @SiaSiamis · Jan 6
Replying to @FedorLinnik
@DeadfellazNFT @cryptoBBBcryptoo @Eminem @Timbaland

FiZzz199 @FiZzz199 · Jan 6
Replying to @FedorLinnik
@raftalebinks

whatisajpeg.eth @Rags2RichCrypto · Jan 6
Replying to @FedorLinnik
...have you even looked at the core team sir

Barron Solomon @BarronSolomon · Jan 6
Replying to @FedorLinnik
@kylefreeves

randomloda @randomloda · Jan 6
Replying to @FedorLinnik
this thread is just random nonsense god

LeTino @linobambino13 · Jan 6
Replying to @FedorLinnik
@DaveChappelle

MINTed Editions @cryptopia808 · Jan 6
Replying to @FedorLinnik
read this thread holy shit @tradetheanalyze

Ashwin Derick X Expelliarmus #5575 @ashwinderick · Jan 6
Replying to @FedorLinnik

evannnnnn @nerditry · Jan 6



Replying to @FedorLinnik
@Unrollme unroll

stop stalking me Tom @greencheese... · Jan 6
Replying to @FedorLinnik
@steinkebbe who would've guessed there's a theory Ape NFT creators are 4chan trolls using nazi and colonialist imagery
3

Nalla @_N alla__ · Jan 6
Replying to @FedorLinnik
What a crazy thread. I can't believe how deep you went down that rabbit hole - gotta respect it.
1 3

Fedor Linnik @FedorLinnik · Jan 6
I found the last ultimate proof. Adding it to the thread in minutes
2

From Infinity @FromInfinityTV · Jan 6
Replying to @FedorLinnik
This is pretty crazy, could have big repercussions considering how mainstream it's gotten.

Eric Most @HeOaMost · Jan 6
Replying to @FedorLinnik
@... ???

coyote @CoyoteJaunt · Jan 6
Replying to @FedorLinnik
@fr_... would love for you to chime in and give your two cents about this as someone who knows the culture better than anyone out there. i'm sure @ryder_ripps would be interested too
1

RYDER-RIPPS.ETH @ryder_ripps · Jan 6
Replying to @FedorLinnik
@... @bbuerhaus @_Leftcve_ @... @... @cloverme_ @samwcyo please have a look through this thread and let me know if you think its a possible coincidence much thanks
8 16

gamedev.eth @cloverme_ · Jan 7
This is called apophenia with a heavy touch of confirmation bias.

Merriam-Webster
merriam-webster.com
Definition of APOPHENIA
the tendency to perceive a connection or meaningful pattern between unrelated or random ...
1 3

Show replies

Ryan_NextLevel @Ryan_NextLevel · Jan 7
Replying to @FedorLinnik
@yannNFT worth a read!
1

twonathan @twonathan · Jan 7
Replying to @FedorLinnik

1 1

NolanMartin.eth @NolanMartinArt · Jan 7
Replying to @FedorLinnik
What did you forget to take today? holy shit dude lol
1

some guy @BigFatHater · Jan 7
Replying to @FedorLinnik
"Its a conspiracy I tell ya!"



1 1

**NFTweets** @NFTweets_ · Jan 7
Replying to @FedorLinnik
@emhuis

2

**Life of Shamans** @TheShamansNFT · Jan 7
Replying to @FedorLinnik
Wow. I'm so surprised that the largest NFT project in the world that was created by 4 anonymous dudes and is now magically worth hundreds millions of dollars with mainstream and celebrity backing is a government psyop. Who would've thought?!

1

**vermeer gtn discoverer/ #001 BACC/burner t...** @BoomVe... · Jan 8
Replying to @FedorLinnik
artcuriouspodcast.com/artcuriouspodc... @artcuriouspod has more info about how art is used to manipulate, except this is about the CIA and modern art. marks for your research. The Bored Artist Couch Club has no affiliations with BAYC btw here.

artcuriouspodcast.com
The CIA/AbEx Connection — Art Curious
It's not an urban myth, it actually happened: the CIA funneled money into the arts towards revolutionar...

1 1 4

**Fedor Linnik** @FedorLinnik · Jan 8
Thank you! I'll take a look now!

1

**todeschini.eth (1.1)** @LucasTodeschin2 · Jan 8
Replying to @FedorLinnik
LOOOOOL

1 1

**Fedor Linnik** @FedorLinnik · Jan 8
The thread is superlong, check this part and on, it's super funny

**Fedor Linnik** @FedorLinnik · Jan 8
Strangely enough - BAYC have two similar looking Robot skins Robot and Death bot. Why keep both? For diversity?

Or maybe because Death Bot is a Guard Robot from Wolfenstein? Wolfenstein also has nazi zombies, by the way.
Show this thread

1 1 1

**ColorCoded** @ColorCoded13 · Jan 7
Replying to @FedorLinnik
@Bobockel

**Analoguel.O (BACC#011)** @AnalogueI_O · Jan 8
Replying to @FedorLinnik
Hot damn.

**BB** @ape2616 · Jan 8
Replying to @FedorLinnik

1

**CHARLES SNARKLEY** @corsit · Jan 8
Replying to @FedorLinnik



Exhibit 19
Page 31



blackbeard @degenblackbeard · Jan 12
••

CryptoCurious @CryptoCB0747045 · Jan 14
Replying to @FedorLinnik
This guy knows. Read the series descriptions

opensea.io
Crypto Curious - Whales vs horsemen | OpenSea
Was it divine intervention or just curiosity that led to the invention of coins as code? Could the creator ...

SpockTrader @SpockTrader · Jan 16
Replying to @FedorLinnik
@threadreaderapp unroll

Thread Reader App @threadreaderapp · Jan 16
Hola, here is your unroll: BAYC is of the most intricate hidden trolling campaigns in history... threadreaderapp.com/thread/1478757... Enjoy :)

Threadreader  f Share

Thread by Fedor Linnik (@FedorLinnik), 5 Jan

BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have hidden lots of nazi and alt-right...

threadreaderapp.com
Thread by @FedorLinnik on Thread Reader App
@FedorLinnik: BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have ...

fly @archoloop1 · Jan 17
Replying to @FedorLinnik
bored apes are awesome

James Bond @JamesBo21138053 · Jan 20
Replying to @FedorLinnik
good job my friend

【...】 suolong.eth @...6888 · Jan 21
Replying to @FedorLinnik
@...marij

Peregrine Longshadow @Peregrine4444 · Jan 27
Replying to @FedorLinnik
Kinga!

xReboot.eth @xRebootNFT · Jan 28
Replying to @FedorLinnik and @1two3code
Mindblowing
1 2

hasse.eth @1two3code · Jan 28
Yeah.. At the very least it is incredibly interesting. One thing is for sure, the BAYC creators are intelligent. Whether they have actually have rotten values or are just making the Mona Lisa of troll art, we will probably never know for sure.
2

Dizzyjet @Drizzyjet1 · Jan 30
Replying to @FedorLinnik
This is literally a nazi schizo post but for NFTs

Malone Pobi @MalonePobi · Feb 3
Replying to @FedorLinnik
Now I'm listening

QuoteGuy.eth | JosephAaron.eth @aaron0505 · Feb 3
Replying to @FedorLinnik
@haraldoo Found this thread several weeks ago. Not sure if in group with @ryder_ripps

drax.eth @draxtoshi · Feb 3
Replying to @FedorLinnik

BexThreads @BexThreads · Feb 4



Replying to @FedorLinnik
It's a bit Number 2 isn't it

Chinaman @Chinaman123 · Feb 4
Replying to @FedorLinnik and @ZCraseAlexander
Good read kek

kushiire.eth $ @KushiireETS · Feb 5
Replying to @FedorLinnik
wowsa

Zeratul 2.0 @HussainwoOh · Feb 5
Replying to @FedorLinnik
Literally doesn't confirm. Try harder and cope kek

bayareamane.eth @bayareamane · Feb 6
Replying to @FedorLinnik
I'm proud to be your 420th re-tweet @FedorLinnik

1

Crowd @crowdtive_btc · Feb 6
Replying to @FedorLinnik
@threadreaderapp Unroll

2

Thread Reader App @threadreaderapp · Feb 6
Salam, please find the unroll here: threadreaderapp.com/thread/1478757...
See you soon.

**Threadreader** Share

Thread by Fedor Linnik (@FedorLinnik), 5 Jan

BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have hidden lots of nazi and alt-right...

threadreaderapp.com
Thread by @FedorLinnik on Thread Reader App
@FedorLinnik: BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have ...

haily @haily84358785 · Feb 8
Replying to @FedorLinnik
very interesting...

Aha @ebetshaq · Feb 17
Replying to @FedorLinnik
@Akurabdeny

1 1

Azerabe @AzerabeCry · Feb 17
Après non merci

Mr.Slick.eth @ApeHeH · Mar 11
Replying to @FedorLinnik
@SnoopDogg @Eminem maybe read this before it's too late • •

1

He is Jewel I am him @jewelfire · Mar 12
Replying to @FedorLinnik
Hey @joshluen

Nodes | thewackyguy.eth ( , ) pilgrim_ @Immutable_Ne... · Mar 14
Replying to @FedorLinnik
@threadreaderapp unroll

1

Thread Reader Unroll Helper @UnrollHelper · Mar 14
Guten Tag, you can read it here: threadreaderapp.com/thread/1478757...
Talk to you soon.

**Threadreader** Share

Thread by Fedor Linnik (@FedorLinnik), 5 Jan

BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have hidden lots of nazi and alt-right..

threadreaderapp.com
Thread by @FedorLinnik on Thread Reader App
@FedorLinnik: BAYC is of the most intricate hidden trolling campaigns in history created by very intelligent 4chan-related trolls who have ...

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Thread Reader App @threadreaderapp · Mar 15



Exhibit 19
Page 34



Exhibit 19
Page 35



Exhibit 19
Page 36



Crypto Craig | EthAds @Crypt0_Craig · Jun 21
Replying to @FedorLinnik
…and then there's this, re: eadiR's comment. Who's the troll?

Crypto Craig | EthAds @Crypt0_Craig · Jun 21
Replying to @FedorLinnik
Here are the so-called coincidences

K3FHvakQ #222, No. 383115451 1 hour ago
Pirate

>>383074655 (OP)
>apes are racist to black people, heres a interview from the most racist rappers to confirm it
>the apes releases in 23, but if we add 7 and change the date its a nazi reference
>Yuga is zelda reference, but its too obscure, it has to be nazism
>if you take 4 bannanas they look like a swastika
>scientific names of apes are racist
>if you take this number from one ape, remove some digits, you get the year of death of some nazi (every year in 100 years a year some german who lived during WW2 died)
>number 69 is sexist, which means its also racist, which means the ape number 6969 is a nazi reference
>the creator of the apes is a jew but lets ignore it
>gargamel from Smurfs is antisemitic, and anybody who uses gargamel as a nickname must be a nazi
>the word "bingo" was said in Inglorious Bastards movie, that means its a nazi lingo

wtf is this video, schizo dosnt even start to describe it another far left hit piece against a random people

1

Mr. Duke of Trash/Creator of TolerTo… @ZamArIl… · Jun 26
Replying to @FedorLinnik
How do you feel about Ryder Ripps stealing all your 'research' to reuse as a troll campaign to sell ten thousand NFTs? Does that bother you that he even lied he did all the work when he just co-opted your effort for his profit?

Shiv @ShivG_ · Aug 9
Replying to @FedorLinnik and @Pauly0x
this is ultimate fud

Show more replies



Explore

Settings

← Tweet

Search Twitter

Big @FreddieGibbs

That monkey nft shit be lookin like some sambo racist shit to me.

11:01 PM · Jan 10, 2022 · Twitter for iPhone

1,379 Retweets 181 Quote Tweets 15.1K Likes

python @Python12786 · Jan 10
Replying to @FreddieGibbs
Bro 😭😭😭
1 2

West @WestGoat · Jan 10
Replying to @FreddieGibbs
Gunna on ya you
5 17

24 @tangehtslebok · Jan 10
1 480

Show replies

24 @tangehtslebok · Jan 10
Replying to @FreddieGibbs
facts, they selling and buying monkeys
2 5 562

kendrick "kunai" munson @kunaiposting · Jan 10
Replying to @FreddieGibbs
average crypto enthusiast

← Tweet

Lil Head Ass *EBAY* @oddsauce · 10m
@cryptoland what will the age of consent be in Cryptoland?
3 1 4

CRYPTOLAND
@cryptoland

Replying to @oddsauce

Mental maturity should be more than enough! ;)

11:46 AM · Jan 5, 2022 · Twitter for iPad

2 14 556

This Tweet is from a suspended account. Learn more

Sara Lake @PartyWithSari · Jan 11
Um, what are you implying?
1

Show replies

JuiceManVon @JuiceMan V · Jan 10
Replying to @FreddieGibbs
Lmaooo!

Brothers are copping it too.
4

Ken Drippy Jr. @KoolinNSession · Jan 10
Replying to @FreddieGibbs
I'm not feeling it as well.
4

wipe @wipeman · Jan 10
Replying to @FreddieGibbs
Shit is a hard pass
1 7

Dick Fuckington @420BrianMan · Jan 10
Replying to @FreddieGibbs
There's literally George Floyd NFTs that are just straight up racist.
6 18

Iver @IverByrkjedal · Jan 11

FloydiesNFT @FloydiesNFT · 07 Dec
George Floyd inspired NFTs are here 😲😳 😳

opensea.io/collection/flo...

#NFT #finance #NFTs #NFTCommunity #nftcollector #blm

934 4,079 2,855



1 · 1

Sheana @KyasMami85 · Jan 10
Replying to @FreddieGibbs
Finally someone said it

1 · 13

Augustii @ikewid · Jan 10
Replying to @FreddieGibbs
Freddie Gibbs

2 · 130

Sim @NotaSimm · Jan 10
Replying to @FreddieGibbs
some dude bought his gf one and said it was hur lmfao

1 · 2

MEGA MARTIANS @MegaMartiansTM · Jan 10
that's real shit

1

Show replies

Jose Noel @JoseGNoel · Jan 10
Replying to @FreddieGibbs
Biggest scam lust buy bitcoin, keep it simple

7 · 96

Show replies

DAVIDVNUN @davidvnun · Jan 10
Replying to @FreddieGibbs
@ryder_ripps

1 · 3

Toasty @PostingToasty · Jan 11
@ryder_ripps

8

Chris @chrisyoup23 · Jan 10
Replying to @FreddieGibbs

1

stoic @cullah_raji · Jan 10
Replying to @FreddieGibbs
More money more problems

2

paternity test @odmbda · Jan 10
Replying to @FreddieGibbs
i just want em gone man

1

sam @samaldy · Jan 10
Replying to @FreddieGibbs
The fact their selling MONKEYS on OPEN SEA can't be a coincidence

6 · 23 · 398

Boastful Loki @fruidino · Jan 10

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Big @FreddieGibbs · Follow
Mgmt: Lambo@esgnrecords.com / @Lambo Lambo Booking: akhan@caa.com

**What's happening**

US national news · LIVE
FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post
Trending with Nuclear, TopSecret

Bloomberg · Yesterday
These families thought food inflation was bad in 2021. It only got worse

Entertainment · LIVE
Happy birthday, Sara Ali Khan

Music · This morning
The Game's new album Drillmatic is here
Trending with The Game, Eminem

Politics · Trending
#TrumpTreason
15.8K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ·
© 2022 Twitter, Inc.



1 · 148

Show replies

TheRealHUBAG @PBOTTLK · Jan 10
Replying to @FreddieGibbs
@TheMon3yMom

1 · 1 · 2

The M[illegible]ney Mom @TheMo3yMom · Jan 11
He ain't lying

1 · 1

This Tweet was deleted by the Tweet author. Learn more

MEGA MARTIANS @MegaMartiansTM · Jan 10
I don't get it...

1

Show replies

c a r d o @rickiafiare091 · Jan 10
Replying to @FreddieGibbs

1 · 1 · 70

MEGA MARTIANS @MegaMartiansTM · Jan 10
spooder-penis

1

[illegible] @moneyalwaysgood · Jan 10
Replying to @FreddieGibbs
It's racist

2 · 9

Tyler @MandOCud · Jan 10
Replying to @FreddieGibbs
You ever think about playin Professor X in an X-Men movie??

1 · 62

This Tweet was deleted by the Tweet author. Learn more

Gloomy Orion @GloomyOrion · Jan 10
Didn't know Peggys a NFT enthusiast

11

santo_mon @santo_mon · Jan 10
Replying to @FreddieGibbs
samepage

2

Slime (Free BigSlime) @SlimeIV_ · Jan 10
Replying to @FreddieGibbs
I been saying

5

YoungPaddington @eddietlw · Jan 10
Replying to @FreddieGibbs
Fred let's get you a g'evois by the guy who did album covers for future young thug Gucci Mcy / blue dream and lean

1 · 7

ASAP Tuna @Tuna Worldwide · Jan 11



I mean he should know @_HdEigh: name so why not own a @GEVOLSNFT yamean?

2 5

Show replies

Huaricke @Huaricke1 · Jan 10
Replying to @FreddieGibbs
It's dez bryants fault

1

Addyournamewersnightmare @yellowmanaplold · Jan 10
Replying to @FreddieGibbs
@FloydsesNFT get in here king

1

GAMMA JACK @OneBlackDude · Jan 10
Replying to @FreddieGibbs
All you need to know

1

Bombay @BombayGets · Jan 10
Replying to @FreddieGibbs
delete this Freddie I am $200K deep into monkey pictures I'm done for if they see this bro delete please

7 3 8

dingdongpingpong @00_gs_ · Jan 11
Sell now. Buy a @dumbwellapes instead

2

JESSE TRIGGER @JesseTrigger · Jan 10
Replying to @FreddieGibbs
Not even sure what nft's are yet but im a and stand behind this message that ....#planetofthecapes #gang

5

Cantino's Dave @daddla018 · Jan 10
Replying to @FreddieGibbs
Just say you broke and move on

1 2

ultra @mdungajacket · Feb 2
He's literally a millionaire

1

RYDER-RIPPS.ETH @ryder_ripps · Jan 10
Replying to @FreddieGibbs



15 34 218

Dubaka causlville.eth @RutoDub · Jan 10

Ryder when he saw this tweet

2 40

DonB @Don8823 · Jan 10

Replying to @FreddieGibbs

1

MEGA MARTIANS @MegaMartiansTM · Jan 10

Replying to @FreddieGibbs

Wait who are you mane?

3

MuadrDib @JohnBillingsley · Jan 10

Replying to @FreddieGibbs

Are you hating because you can't afford one?

8

wardcloudbrewing @wardcloudbrewing · Jan 10

Replying to @FreddieGibbs

Hahahaha

1

Brett @B_Bizzy · Jan 10

Replying to @FreddieGibbs

Music NFTs are the wave - me and my boyz got some shit in the works - we got an artist (I'm the drummer) lmk u want in!!!

1 3

Mason @DjDrunkle · Jan 11

no

1 13

Show replies

Er3 @ER3NJ609 · Jan 11

Replying to @FreddieGibbs

These comments went from funny to sad quick

1

TYBG @sergeyplz · Jan 11

Replying to @FreddieGibbs

NGMI Freddie

8

This Tweet is from an account that no longer exists. Learn more



Exhibit 19
Page 43



5 37

Mac @mac_crypto25 · Jan 11
Replying to @FreddieGibbs
How the F is nft racist please tell me your opinion

2

Show replies

Kult @kotekylie · Jan 11
Replying to @FreddieGibbs

Brown Sugar Soap Stan @memfussmane · Jan 11
Replying to @FreddieGibbs
I'm cooking up a plan for some black history nft's for next month.

The following media includes potentially sensitive content. Change settings View

5

SpaceGod Still @SpaceGodStill · Jan 11
Replying to @FreddieGibbs
yea the monkey shit is type weird but theres alot of dope non monkey shit out there

1

ADR1999 @ADR19991 · Jan 11
Replying to @FreddieGibbs
It is.

aymhh @itsaymhh · Jan 11
Replying to @FreddieGibbs and @bamfartgera
4chan you did it again

3

aa @andishae · Jan 11
Replying to @FreddieGibbs
preach

1

aa @andishae · Jan 11
Replying to @FreddieGibbs
buy @FLUF_World instead bunnys r 4 the people

JackieTan @Jackie_tan4 · Jan 11
Replying to @FreddieGibbs
Make a rabbit NFT then •••• @FreddieGibbs

1

Swavey Still @Shakdontweet · Jan 12
@MucIRabbitsRC already did it bruv
#MRRC #HaveMRRC



1 1

Show replies

Oxford Oxnard @OxfordOxnard · Jan 11
Replying to @FreddieGibbs
Send it t omy Mexican guys n gals. will take it!!!

1

luc12.420 @420luc12 · Jan 11
Replying to @FreddieGibbs
i still dont believe that shit is actually the thing all rich white dudes will buy
Idk they know something more

Gripes @YarrMaytee · Jan 11
Replying to @FreddieGibbs
"Buy my NFT"

42

Callo @norcallo · Jan 11
Replying to @FreddieGibbs
When y oudrop the big bunny rabbit 🐰 NFT ?

Computer Bleu @computer_bleu · Jan 11
Replying to @FreddieGibbs
💼

1

bruv @bruv1700 · Jan 11
Replying to @FreddieGibbs
common freddie gibbs W

Steve Reynolds @SteveReRyeTo · Jan 11
Replying to @FreddieGibbs
gibbs be tellin tibs

1

Big Beautiful Car @93fordbeestar · Jan 18
🤤🤤🤤

Mr.Kennedy @BBall_US_KING · Jan 11
Replying to @FreddieGibbs
Thank you... and NFT market will collapse. 2023. It's bullshit

2

This Tweet was deleted by the Tweet author. Learn more

Show replies

Pixie @Pixie22991 · Jan 11
Replying to @FreddieGibbs
Why make it about race ?? That's very dumb

2

10_Toes @10Toes_BW · Jan 11
Replying to @FreddieGibbs
Did @jimjonescapo hit you wit the 2 piece 🍗🍗



zakiir0 @zakiir0 · Jan 11
Replying to @FreddieGibbs
Because that is literally what it is. There is a separate rabbit hole about this

DAgardensound @DAgarden00 · Jan 11
Replying to @FreddieGibbs
unbelievably based thank you big bro gibbs

Tizzy @WGTassy · Jan 11
Replying to @FreddieGibbs
Based freddie

*Foreverpaid @__Vante_ · Jan 11
Replying to @FreddieGibbs
Little do you know

AgentTELL'EM @TellEmVeKJemin · Jan 11
Replying to @FreddieGibbs
For real man. That's why I got my own shit goin. Fuck the bandwagon.
#KingKongBallsNFT FTW

Kermit Wilts @Reekstarious · Jan 11
Replying to @FreddieGibbs
. everything racist low key
1

Queen of the Ghouls @thequeenghoul · Jan 11
Replying to @FreddieGibbs
Google "noydles" and you'll see it's worse
1 2

renon @reneeeks · Jan 11
Replying to @FreddieGibbs
gr ... take ever
2

madvillainish @madvillainish · Jan 11
Replying to @FreddieGibbs
It do be lookin racist at times
1

toshaisgnasty @toshaisgnasty · Jan 11
Replying to @FreddieGibbs
Yeaaaaa I don't like it at all. Thanks for putting what I've felt into words
1

toshaisgnasty @toshaisgnasty · Jan 11
Side note though, some of us do make some pretty ones

11

Sha'Ron 🖤 @its__ShaRoe · Jan 11
Replying to @FreddieGibbs
Literally, I made this one after seeing the monkey nft, we need more like this



Exhibit 19
Page 47



Production Style, and...

Your Moms Favorite Son @IsaacBlaine96 · Jan 12
Replying to @FreddieGibbs
You reading to deep into it

Elmo James @BoomerYng · Jan 14
Replying to @FreddieGibbs
I've been thinking the same shit. It just doesn't sit right with me
2

phucking.eth @PhuckingEth · Jan 14
Replying to @FreddieGibbs
gordongoner.com you can check out all the research here

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.
1 1 2

Shok.eth @shok_eth · Feb 15
It's not research. It's a racist narrative which itself makes it racist.
1 2

Show replies

Humans Suck @humanssuck12 · Jan 27
Replying to @FreddieGibbs and @ryder_ripps

RYDER RIPPS.ETH @ryder_ripps · Jan 26
since bored ape is trending im going to leave this here.
gordongoner.com

3

New_OKnaomi (heiress of okwhere ...) @Oknaomi · Jan 31
Replying to @FreddieGibbs

1

Weird Science @bcoolgamer · Jan 31
Replying to @FreddieGibbs
We all know that, but pretend it's not the case

1 1 23

DarkPaladin@DRwadn3000 · May 4
WHOA
1

Tux @NuclearTux · Jan 31
Replying to @FreddieGibbs
meh



gordongoner.com
Bored Ape Yacht Club Is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors

Roboert @Thouxanbanrc · Feb 5
Replying to @FreddieGibbs
damn that's crazy

Suren.flaic @nypandashatfly · Feb 11
Replying to @FreddieGibbs
Tellthem.

Goldie @GoldiesNFTart · Jun 13
Replying to @FreddieGibbs
yeah bro fw my shit. Idk why I didn't think to reach out I need to hit up be

arya @tbaryagunawan · Jan 14
Replying to @FreddieGibbs

opensea.io
OpenSea, the largest NFT marketplace
OpenSea is the world's first and largest web3 marketplace for NFTs and crypto collectibles. Browse, create, buy, sell, and auction NFTs using ...

[Chinese characters] 【白蛇】 suolcng.eth @suoetu888 · Feb 15
Replying to @FreddieGibbs

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors

[Chinese characters] 【白蛇】 suolcng.eth @suoetu888 · Feb 20
Replying to @FreddieGibbs
Are you using racism to make money?

Very cool universe @UniverseVery · Jun 21
Replying to @FreddieGibbs
And you predicted correct sir

Yousseph Wrath @sephGuard · Jun 28
Replying to @FreddieGibbs
looks like your hunch is right, man.

youtube.com
BORED APE NAZI CLUB
This is the result of 100's of hours of research, investigative journalism, and insight from experts i...



Exhibit 19
Page 50

8/12/22, 1:37 AM                    Uncle Jonny (They/Them/Tired) 🏳️‍🌈🍫 on Twitter: "Something about the NFT monkeys feel racist to me." / Twitter

**Tweet**                                                                                    Search Twitter

Explore                    **Uncle Jonny (They/Them/Tired)**
                           @DoctorJonPaul

Settings                   Something about the NFT monkeys feel racist to me.

                           10:02 PM · Jan 25, 2022 · Twitter Web App

                           **6** Retweets   **1** Quote Tweet   **55** Likes

                           **RYDER-RIPPS.ETH**        @ryder_ripps · Jan 25
                           Replying to @DoctorJonPaul
                           gordongoner.com < because it is.. i wrote what i discovered here.

                           gordongoner.com
                           Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
                           BAYC is dehumanizing and created by bad actors.

                                       1                                6

                           **$even** @ayospicaveli · Jun 11

                                                         1

                           **MsQueenEarth** @MsQueenEarth · Jan 25
                           Replying to @DoctorJonPaul
                           It is. Lol

                           I love NFTs, but I don't monkey around lol                **New to Twitter?**
                                                                                     Sign up now to get your own personalized timeline!
                           I actually focus on Black stories. Queer stories. History.

                                                                                            Sign up with Google

                                                                                            Sign up with Apple

                                                                                         Sign up with phone or email

                                                                                     By signing up, you agree to the Terms of Service and
                                                                                     Privacy Policy, including Cookie Use.

                                                                                     **Relevant people**

                                                                                            Uncle Jonny (They...
                                                                                            @DoctorJonPaul
                                                                                            2021 @TheDisruptors · Professor ·
                                                                                            Freelance Journo · Exec Prod:
                                                                                            @BlkFatFemmePod w/
                                                                                            @IHeartPodcast · Repped by
                                                                                            @serendipitylit · As Seen On: @Tedx,
                                                                                            @Netflix

                                                                                     **What's happening**

                                                         1                           US national news · LIVE

                           **Antoine | Creative Vibes Only** @ItsATsWorld · Jan 26  **FBI sought classified documents
                           Replying to @DoctorJonPaul                                related to nuclear weapons
                           It's just a monkey.                                       during Mar-a-Lago search,
                                                                                     according to The Washington
                           Just like they got other animal NFTs.                     Post**

                                                         1                           Trending with Nuclear, Garland

                           **Darnel From The Broux** @darifromthebx · Jan 26         World news · Yesterday              Sign up
                           Replying to @DoctorJonPaul

                                                                                     Exhibit 19
                                                                                     Page 51

8/12/22, 1:37 AM                    Uncle Jonny (They/Them/Tired) 🏳️‍🌈🦧 on Twitter: "Something about the NFT monkeys feel racist to me." / Twitter

lmfaooo thought it was just me

1

Explore

Settings

**Em_H** @emhall_12 · Jan 26
Replying to @DoctorJonPaul
Same !! I thought it was just me . Ha

1

**Weird Science**          @bcsoulgamer · Feb 7
Replying to @DoctorJonPaul and @ryder_ripps
Apes traded on OpenSea wearing Imperial German helmets is no
coincidence.

1

This Tweet was deleted by the Tweet author. Learn more

**RYDER-RIPPS.ETH**          @ryder_ripps · Feb 7

1

**Anti-government demonstrations
in Sierra Leone continue as
curfew imposed**
Search Twitter

**NPR** · August 10, 2022
**Why falling gas prices aren't
taking the sting out of inflation**

Big Brother US · Trending
**Paloma**
21.6K Tweets

Trending in United States
**Anne Heche**
11.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Sign up

Exhibit 19
Page 52

8/12/22, 1:38 AM          Ed Balloon.eth on Twitter: "All I am gonna say is that bayc racism convo has been had since day 1. Folks just didn't care because …

**Tweet**                                                                          Search Twitter

Explore

**Ed Balloon.eth**
@Ed_Balloon

Settings

All I am gonna say is that bayc racism convo has been
had since day 1. Folks just didn't care because it was
the black folks talking about it. But God bless lol

1:49 PM · Jan 3, 2022 · Twitter for iPhone

**44** Retweets    **9** Quote Tweets    **271** Likes

**CuddlySalmon | nptacek.eth** @nptacek · Jan 3
Replying to @Ed_Balloon
you can definitely tell who's been paying attention

6

**furowski.eth**        @Fair_Row666 · Jan 3
Replying to @Ed_Balloon
this is facts

**UNCLEJUT** @unclejut · Jan 3
Replying to @Ed_Balloon
I remember that first time I heard convo like this in a space few months
back. I had an onchain monkey at the time, immediately listed and sold
while still in that space. Love you bro and will always do everything I can to
support all

1                                      10

Show replies

**ᴊɪᴠᴇ** @Atlive · Jan 3
Replying to @Ed_Balloon
I was tuned into that space and I couldn't help but think this from the jump.
Now that some white faces and people with mad social currency are talking
about it, it's suddenly a talking point.

1

**Saadiq**        @saadiq · Jan 3
Replying to @Ed_Balloon
I eagerly await all the sales that this conversation will surely illicit.

1

**Thysol**        @forthysol · Jan 3
Replying to @Ed_Balloon
I gotta say the German world war 1 helmet deserves a second look by the
community...of all wartime historical pieces why that

6

**mec.** @mecdot · Jan 3
Replying to @Ed_Balloon
I'm like...

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

2                                      17

**Ed Balloon.eth** @Ed_Balloon · Jan 3
Lmaoooooooo

Relevant people

**Ed Balloon.eth**
@Ed_Balloon
Artist, Musician, and Founder of "The
Run Ed Collection". 1k Generative
Drop. Presale April 28th. Get in the
discord    opensea.io/collection/run
...

5

**jizoe.eth** @jared97095258 · Jan 3
Replying to @Ed_Balloon
Wheres the racism?

What's happening

US national news · LIVE
**FBI sought classified documents
related to nuclear weapons
during Mar-a-Lago search,
according to The Washington
Post**
Trending with Nuclear, Garland

**Jamal Dauda** @DJKidLightning · Jan 3
Replying to @Ed_Balloon
I just heard god bless in your voice and it's absolutely sending me

2              1              2

Bloomberg Quickt...    · Yesterday        Sign up
**These families thought food**

**Kitty = ⚘ ^ ⚘ =** @kitty_AK47 · Jan 3
It's a classic.

Exhibit 19
Page 53

8/12/22, 1:38 AM            Ed Balloon.eth on Twitter: "All I am gonna say is that bayc racism convo has been had since day 1. Folks just didn't care because …

Explore

Settings

**Cut The Ace NFT Collector** @cuttheace · Jan 3
Replying to @Ed_Balloon
Pepe. Apes. Probably nothing. Carry on.

3

**SamaelGreen.eth** @samaelgreen · Jan 3
Replying to @Ed_Balloon
Fuds goes around and comes back around but we are respectful to everyone.

**BillyBillions.eth** @b1llybillions · Jan 4
Replying to @Ed_Balloon and @tayodamnshoes
Folks care only about C.R.E.A.M.
Capitalism never serve us well. Someone said that in the space yesterday.

1

**Manouschka.eth**              @singleserving · Jan 4
Replying to @Ed_Balloon
Yeah… but didn't have 6,000 people listening! That shit is STILL bugging me out!

**hiuma.eth**         @hiuma_eth · Jan 8
Replying to @Ed_Balloon and @ryder_ripps
Agree

Show more replies

inflation was bad in 2021. It only got worse

Search Twitter

NFL · 3 hours ago
**Giants at Patriots**

Music · 1 hour ago
**The Game's new album Drillmatic is here**
Trending with  The Game, Eminem

Trending in United States
**Anne Heche**
11.4K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

Sign up

Exhibit 19
Page 54



Explore

Settings

← Tweet

Search Twitter

Big @FreddieGibbs

That monkey nft shit be lookin like some sambo racist shit to me.

11:01 PM · Jan 10, 2022 · Twitter for iPhone

1,379 Retweets 181 Quote Tweets 15.1K Likes

pythom @Pythom12786 · Jan 10
Replying to @FreddieGibbs
Bro 😭😭😭
1 2

West @WestGoat · Jan 10
Replying to @FreddieGibbs
Gunna on ms you
5 17

24 · Jan 10
1 400

Show replies

24 · Jan 10
Replying to @FreddieGibbs
facts they selling and buying monkeys
5 362

kendrick "kunal" minson @kunalposting · Jan 10
Replying to @FreddieGibbs
average crypto enthusiast

← Tweet

Lil Head Ass *EBAY* · 10m
what will the age of consent be in Cryptoland?
3 4

CRYPTOLAND
@cryptoland

Replying to

Mental maturity should be more than enough! ;)

11:46 AM · Jan 5, 2022 · Twitter for iPad

2 14 556

This Tweet is from a suspended account. Learn more

Sara Lake · Jan 11
Um, what are you implying?
1

Show replies

JuiceManVon · Jan 10
Replying to @FreddieGibbs
Lmaooo!

Brothers are copping it too.
4

Ken Drippy Jr. @KoolinNSession · Jan 10
Replying to @FreddieGibbs
I'm not feeling it as well.
4

wipe · Jan 10
Replying to @FreddieGibbs
Shit is a hard pass
1 7

Dick Fuckington @420BrianMan · Jan 10
Replying to @FreddieGibbs
There's literally George Floyd NFTs that are just straight up racist.
8 18

Iver @IverByrkjedal · Jan 11

FloydiesNFT @FloydiesNFT · 07 Dec
George Floyd inspired NFTs are here 😲😳😳

opensea.io/collection/flo...

#NFT #finance #NFTs #NFTCommunity #nftcollector #blm

934 4,079 2,855



1 1

Sheana @KyasMami85 · Jan 10
Replying to @FreddieGibbs
Finally someone said it
1 13

Augustii @ikewld · Jan 10
Replying to @FreddieGibbs
Freddie Gibbs

2 130

Sim @NotaSimm · Jan 10
Replying to @FreddieGibbs
some dude bought his gf one and said it was her lmfao
1 2

MEGA MARTIANS @MegaMartiansTM · Jan 10
that's real shit
1

Show replies

Jose Noel @JoseGNoel · Jan 10
Replying to @FreddieGibbs
Biggest scam lust buy bitcoin, keep it simple
7 96

Show replies

DAVIDVNUN @davidvnun · Jan 10
Replying to @FreddieGibbs
@ryder_ripps
1 3

Toasty @PostingToasty · Jan 11
@ryder_ripps

8

Chris @... · Jan 10
Replying to @FreddieGibbs
🤮
1

stoic @cultah_rajj · Jan 10
Replying to @FreddieGibbs
More money more problems
2

paternity test @odrebda · Jan 10
Replying to @FreddieGibbs
I we want em gone man
1

sam @samaldy · Jan 10
Replying to @FreddieGibbs
The fact their selling MONKEYS on OPEN SEA can't be a coincidence
6 23 298

Boastful Loki @... · Jan 10

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

Big ✓
@FreddieGibbs
Follow
Mgmt: Lambo@esgnrecords.com / @Lambolambo Booking: akinadlu@caa.com

What's happening

US national news · LIVE
FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post
Trending with Nuclear, TopSecret

Bloomberg · Yesterday
These families thought food inflation was bad in 2021. It only got worse

Entertainment · LIVE
Happy birthday, Sara Ali Khan

Music · This page
The Game's new album Drillmatic is here
Trending with The Game, Eminem

Politics · Trending
#TrumpTreason
15.8K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2022 Twitter, Inc.



1 148

Show replies

TheRealHUBG @PBOTTLK · Jan 10
Replying to @FreddieGibbs
@TheMon3yMan

1 1 2

The M ney Man @TheMo13yMan · Jan 11
He ain't lying

1 1

This Tweet was deleted by the Tweet author. Learn more

MEGA MARTIANS @MegaMartiansTM · Jan 10
I don't get it...

1

Show replies

c a r d o @rickiafiare091 · Jan 10
Replying to @FreddieGibbs

1 1 70

MEGA MARTIANS @MegaMartiansTM · Jan 10
spooder-perms

1

@moneyalwaysgood · Jan 10
Replying to @FreddieGibbs
It is racist

2 9

Tyler @Mand0Cud · Jan 10
Replying to @FreddieGibbs
You ever think about playin Professor X in an X-Men movie???

1 62

This Tweet was deleted by the Tweet author. Learn more

Gloomy Orion @GloomyOrion · Jan 10
Didn't know Peggy's a NFT enthusiast

11

santo_mon @santo_mon · Jan 10
Replying to @FreddieGibbs
same page

2

Slime (Free BigSlime) @SlimeTV_ · Jan 10
Replying to @FreddieGibbs
I been saying

5

YoungPaddington @eddiefiw · Jan 10
Replying to @FreddieGibbs
Fred let's get you a g'evois by the guy who did album covers for future young thug Gucci Mcy / bike dream and lean

1 7

ASAP Tuna @Tuna Worldwide · Jan 11



I mean he should know @_RidEigh: name so why not own a @GEVO_sNFT yamean?

2 5

Show replies

Huarichе @Huarichel · Jan 10
Replying to @FreddieGibbs
It's dez bryants fault

1

Addyournameverstnightmare @yellowmanapold · Jan 10
Replying to @FreddieGibbs
@FloydsesNFT get in here king

1

GAMMA JACK @OneBlasetCude · Jan 10
Replying to @FreddieGibbs
All you need to know

1

Bombay @BombayGets · Jan 10
Replying to @FreddieGibbs
delete this Freddie I am $200k deep into monkey pictures I'm done for if they see this bro delete please

7 3 9

dingdongpingpong @00_pgs_ · Jan 11
Sell now. Buy a @dumbwellapes instead

2

JESSE TRIGGER @JesseTrigger · Jan 10
Replying to @FreddieGibbs
Not even sure what nft's are yet but im a and stand behind this message that .....#plantsofhoopes #gang

5

Cantano's Dave @daddlaC18 · Jan 10
Replying to @FreddieGibbs
Just say youbroke and move on

1 2

ultra @mudlungsjacket · Feb 2
He's literally a millionaire

1

RYDER-RIPPS.ETH @ryder_ripps · Jan 10
Replying to @FreddieGibbs



15 34 218

Dubaku caulmille.eth @RutoDub · Jan 10
Ryder when he saw this tweet

2 40

DonB @Don8823 · Jan 10
Replying to @FreddieGibbs
😭😂😂

1

MEGA MARTIANS @MegaMartiansTM · Jan 10
Replying to @FreddieGibbs
Wait who are you mane?

3

MuadDib @JohnBillingsley · Jan 10
Replying to @FreddieGibbs
Are you hating because you can't afford one?

8

wardcloudbrewing @wardcloudbrewing · Jan 10
Replying to @FreddieGibbs
Hahahaha

1

Brett @B_Bicuzy · Jan 10
Replying to @FreddieGibbs
Music NFTs are the wave - me and my boyz got some shit in the works - we got an artist (I'm the drummer) lmk u want in!!!

1 3

Mason @DjDrunkle · Jan 11
no

1 13

Show replies

Er3 @ER3NJ609 · Jan 11
Replying to @FreddieGibbs
These comments went from funny to sad quick

1

TYBG @sergeypiz · Jan 11
Replying to @FreddieGibbs
NGMI Freddie

8

This Tweet is from an account that no longer exists. Learn more



Exhibit 19
Page 60



5 37

Mac @mac_crypto25 · Jan 11
Replying to @FreddieGibbs
How the F is nit racist please tell mey our opinion

2

Show replies

Kult @kotekylie · Jan 11
Replying to @FreddieGibbs

Brown Sugar Soap Stan @momfussmane · Jan 11
Replying to @FreddieGibbs
I'm cooking up a plan for some black history nft's for next month.

The following media includes potentially sensitive content. View
Change settings

5

SpaceGod@Still @SpaceGodOshi · Jan 11
Replying to @FreddieGibbs
yea the monkey shit is type weird but theres alot of dope non monkey shit out there

1

ADR1999 @ADR19991 · Jan 11
Replying to @FreddieGibbs
It is.

aymhh @itsaymhh · Jan 11
Replying to @FreddieGibbs and @bamfartgera
4chan you did it again

3

aa @andishae · Jan 11
Replying to @FreddieGibbs
preach

1

aa @andishae · Jan 11
Replying to @FreddieGibbs
buy @FLUF_World instead bunnys r 4 the people

JackieTan @Jackie_tan4 · Jan 11
Replying to @FreddieGibbs
Make a rabbit NFT then •••• @FreddieGibbs

1

Swavey E 3 11 @Shakdontweet · Jan 12
@MadRabbitsRC already did it bruv
#MRRC #HaveMRRC



1 1

Show replies

Oxford Oxnard @OxfordOxnard · Jan 11
Replying to @FreddieGibbs
Send it to my Mexican guys n gals. will take it!!!

1

luc12.420 @420luc12 · Jan 11
Replying to @FreddieGibbs
i still dont believe that shit is actually the thing all rich white dudes will buy
Idk they know something more

Gripes @YarrMaytee · Jan 11
Replying to @FreddieGibbs
"Buy my NFT"

42

Callo @norcallo · Jan 11
Replying to @FreddieGibbs
When you drop the big bunny rabbit 🐰 NFT?

Computer Bleu @computer_bleu · Jan 11
Replying to @FreddieGibbs
💼

1

bruv @bruv1700 · Jan 11
Replying to @FreddieGibbs
common freddie gibbs W

Steve Reynolds @SteveReRyeTo · Jan 11
Replying to @FreddieGibbs
gibbs be tellin tibs

1

Big Beautiful Car @93fordtaurusstar · Jan 18
🤔🤔🤔

Mr.Kennedy @BBall_US_KING · Jan 11
Replying to @FreddieGibbs
Thank you... and NFT market will collapse. 2023. It's bullshit

2

This Tweet was deleted by the Tweet author. Learn more

Show replies

Pixie @Pixie22991 · Jan 11
Replying to @FreddieGibbs
Why make it about race ?? That's very dumb

2

10_Toes @10Toes_BW · Jan 11
Replying to @FreddieGibbs
Did @jimjonescapo hit you wit the 2 piece 🍗🍗



zakur0 @zakur0 · Jan 11
Replying to @FreddieGibbs
Because that is literally what it is. There is a separate rabbit hole about this

DAgardensound @DAgarden00 · Jan 11
Replying to @FreddieGibbs
unbelievably based thank you big bro gibbs

Tizzy @WGTassy · Jan 11
Replying to @FreddieGibbs
Based freddie

*Foreverpaid @__Vante_ · Jan 11
Replying to @FreddieGibbs
Little do you know

AgentTELL'EM @TellEmVeKJomin · Jan 11
Replying to @FreddieGibbs
For real man. That's why I got my own shit goin. Fuck the bandwagon.
#KingKongBallsNFT FTW

Kermit Wills @Reekstarious · Jan 11
Replying to @FreddieGibbs
. everything racist low key
1

Queen of the Ghouls @thequeenghoul · Jan 11
Replying to @FreddieGibbs
Google "noydles" and you'll see it's worse
1 2

renon @renoooks · Jan 11
Replying to @FreddieGibbs
gr rdest take ever
2

madvillainish @madvillainish · Jan 11
Replying to @FreddieGibbs
It do be lookin racist at times
1

loshaisgnasty @loshaisgnasty · Jan 11
Replying to @FreddieGibbs
Yeaaaa I don't like it at all. Thanks for putting what I've felt into words
1

loshaisgnasty @loshaisgnasty · Jan 11
Side note though, some of us do make some pretty ones

11

Sha'Ron @its__ShaRoe · Jan 11
Replying to @FreddieGibbs
Literally. I made this one after seeing the monkey nft, we need more like this



Exhibit 19
Page 64



Production Style, and...

**Your Moms Favorite Son** @IsaacBlaine96 · Jan 12
Replying to @FreddieGibbs
You reading to deep in to it.

**Elmo James** @BoomerYng · Jan 14
Replying to @FreddieGibbs
I've been thinking the same shit. It just doesn't sit right with me

2

**phucking.eth** @PhuckingEth · Jan 14
Replying to @FreddieGibbs
gordongoner.com you can check out all the research here

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 1 4

**Shōk.eth** @shok_eth · Feb 15
It's not research. It's a racist narrative which itself makes it racist.

1 2

Show replies

**Humans Suck** @humanssuck12 · Jan 27
Replying to @FreddieGibbs and @ryder_ripps

> **RYDER RIPPS.ETH** @ryder_ripps · Jan 26
> since bored ape is trending Im going to leave this here,
> gordongoner.com

3

**New_OKnaomi (heiress of ok... ...)** @0knaomi · Jan 31
Replying to @FreddieGibbs

1

**Weird Science** @bcsoutgamer · Jan 31
Replying to @FreddieGibbs
We all know that, but pretend it's not the case

1 1 23

**DarkPaladin** @DPaladin3000 · May 4
WHOA

1 1

**Tux** @NuclearTux · Jan 31
Replying to @FreddieGibbs
meh



gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

Roboert @Thouxanbanrc · Feb 5
Replying to @FreddieGibbs
damn that's crazy

Suren.flac @nypandashallfly · Feb 11
Replying to @FreddieGibbs
Tellthem.

Goldie @GoldiesNFTart · Jan 13
Replying to @FreddieGibbs
yeah bro fw my shit, idk why i didn't think to reach out I need to hit up bo 😅

arya @tbaryagunawan · Jan 14
Replying to @FreddieGibbs

opensea.io
OpenSea, the largest NFT marketplace
OpenSea is the world's first and largest web3 marketplace for NFTs and crypto collectibles. Browse, create, buy, sell, and auction NFTs using ...

幣加索🌈【白銘】suolong.eth @suoetu888 · Feb 15
Replying to @FreddieGibbs

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

6

幣加索🌈【白銘】suolong.eth @suoetu888 · Feb 20
Replying to @FreddieGibbs
Are you using racism to make money?

Very cool universe @UniverseVery · Jun 21
Replying to @FreddieGibbs
And you predicted correct sir

Yousseph Wrath @sephGuard · Jun 28
Replying to @FreddieGibbs
looks like your hunch is right, man.

youtube.com
BORED APE NAZI CLUB
This is the result of 100's of hours of research, investigative journalism, and insight from experts i...

1



Exhibit 19
Page 67

Explore

Settings

Tweet

Search Twitter

**Mani Su** 🌞
@sunnygetsblue2

Those NFT monkeys are racist somehow. No I will not explain.

8:15 AM · Jan 28, 2022 · Twitter for iPhone

**4** Retweets **1** Quote Tweet **43** Likes

**Vespertrix** 💜🤍💚 **#ReclaimTheFlag** @SheFaerer · Jan 28
Replying to @sunnygetsblue2
Yeah I feel that. Especially knowing the particular demographic who are into them.
1 2

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Right!!!
1

**Bae Guevara** @Kaimandante · Jan 28
Replying to @sunnygetsblue2
No explanation needed

GIF ALT

1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
🤦🏾‍♀️🤦🏾‍♀️🤦🏾‍♀️
1

**sorry that im the chosen one** @bamichic_ · Jan 28
Replying to @sunnygetsblue2
Lmfaoooooo
1

## More Replies

**Señor Militant** @CryingWolfe · Jan 28
Replying to @sunnygetsblue2
Pls allow me

gordongoner.com
Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles
BAYC is dehumanizing and created by bad actors.

1 1 4

**Mani Su** 🌞 @sunnygetsblue2 · Jan 28
Wowwwwww 😭 whenever Monkeys are involved I get very skeptical but this is .... something. Thanks for sharing this
1 3

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mani Su** 🌞 Follow
@sunnygetsblue2
hip to the jive and read too many books • my only regret, is too young for Langston Hughes • ☭ • she/her

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with #nuclear, Garland

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

8/12/22, 1:41 AM                          Mani Su ☀️ on Twitter: "Those NFT monkeys are racist somehow. No I will not explain." / Twitter



**Don't miss what's happening**
People on Twitter are the first to know.

https://twitter.com/sunnygetsblue2/status/1487051703530758146                                                     2/2

Exhibit 19
Page 69

Explore

Settings

**Tweet**

**Family First Money Last**
@frenico847

I'm going to sound "hypersensitive" but it rubs me the wrong way of seeing black folks buying ape NFT's.

Just doesn't sit right with me.

10:41 AM · Feb 8, 2022 · Twitter for Android

**1** Retweet **1** Like

**BRISCOE** @BRISCOEMGMT · Feb 8
Replying to @frenico847
So counter question, so you associate black people with apes? Or because "they" have made that a thing.
1

**Family First Money Last** @frenico847 · Feb 8
The latter. Just how they are putting chains and streetwear clothes on the apes for some of these NFT's.

Like they aint slick at all. Could be pure coincidence but im skeptical of a bunch of white folks buying ape NFT's in mass quantity.
1 1

**BRISCOE** @BRISCOEMGMT · Feb 8
You got me there, but you know black people culture is cool. Def some underline racism in it. Everybody want to be a Nigga until it's time to really be a Nigga. Hip Hop culture has made non black think they a nigga.
1

**Family First Money Last** @frenico847 · Feb 8
Exactly how I see it. Thats why I said I might be hyper sensitive about it cuz I'm used to them mogs being extra sneaky.

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Family First Money La...** **Follow**
@frenico847
Chicago Born. Lake County, IL Resident. American Rapper. Family First Money Last Brand Owner.

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

**L.A. Times Food** · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Music · 1 hour ago
**The Game's new album Drillmatic is here 🎶**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Tweet

**H SAW TDE & SEEING PARAMORE IN 65 DAYS 🏠**
@decodethemonstr

maybe it's just me but these nft monkey profiles just feel very racist idk ...

8:15 PM · Jan 25, 2022 · Twitter for iPhone

**2** Retweets **4** Likes

**lex** @scorpio_BITCH · Jan 25
Replying to @decodethemonstr
I've been getting that vibe too for some reason idk
1 1

**H SAW TDE & SEEING PARAMORE IN 65 ...** @decodethe... · Jan 25
no right like ... it's just weird 😳
1

**Milione Polo** @MilionePolo · Feb 7
Replying to @decodethemonstr and @ryder_ripps
The elephant

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**H SAW TDE & SEEING...** Follow
@decodethemonstr
(im)patiently waiting for paramore to drop new music | reverse reverse !

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NPR · August 10, 2022
**Why falling gas prices aren't taking the sting out of inflation**

Politics · Trending
**Nukes**
Trending with Saudis, Jared

Music · 1 hour ago
**The Game's new album Drillmatic is here 🎶**
Trending with The Game, Eminem

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

8/12/22, 1:42 AM    Morbius Whaler on Twitter: "Please will someone recognize that the Bored Ape Yacht Club (BAYC) NFTs and the other related & c…

🐦    ← **Tweet**

#  Explore

⚙  Settings

🔍 Search Twitter

**Morbius Whaler**
@MorbiusArt                                    ⋯

Please will someone recognize that the Bored Ape Yacht Club (BAYC) NFTs and the other related & copycat Ape, Gorilla & Monkey NFT crypto projects are clearly racist.

@drboycewatkins1
@bigmarh
@TheRevAl
@DrToddBoyd



4:29 PM · Dec 13, 2021 · Twitter Web App

**2** Retweets  **4** Quote Tweets  **2** Likes

💬         🔁         ♡         ⬆

**Lamar Wilson** @bigmarh · Dec 13, 2021                    ⋯
Replying to @MorbiusArt @drboycewatkins1 and 2 others
Naw...that's a stretch.
💬         🔁         ♡  4         ⬆

**BowTiedBustard** @BowTiedBustard · Dec 14, 2021          ⋯
Replying to @MorbiusArt @drboycewatkins1 and 3 others
Nah. You're reaching.
💬         🔁  1      ♡  5         ⬆

**A-Rod** @VLEX_RODRIGUEZ · Dec 14, 2021                   ⋯
Replying to @MorbiusArt @drboycewatkins1 and 3 others
I thought that last picture was Pete Davidson
💬         🔁         ♡         ⬆

**Lance** @Lance_l_ · Dec 14, 2021                        ⋯
Replying to @MorbiusArt @drboycewatkins1 and 3 others
lmao you are in the wrong neighborhood, go justice warrior on Facebook.
💬         🔁         ♡  1         ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Morbius Whaler**    Follow
@MorbiusArt
Original Digital Art & NFTs with a focus on collectibles, gaming, design, pop culture, history, nature, psychedelica, futurism, trading, cryptos, sports

**Dr Boyce Watkins**    Follow
@drboycewatkins1
PhD in Finance (Ohio State), full time dad, lover of my people, believer in freedom of thought, track and field fanatic. Let's make Black People grea again.

**Lamar Wilson**    Follow
@bigmarh
Love.Freedom.Humor.Motivation. There is no fear in love; but perfect love casteth out fear - 1 John 4:18a #spaceshost❤️ #clubhouseprimeminister

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Garland, #nuclear

🔵 L.A. Times Food ✓ · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

NFL · 3 hours ago
**Giants at Patriots**

Music · 1 hour ago
**The Game's new album Drillmatic is here** 🎶
Trending with The Game, Eminem

Rap · 1 hour ago
**Megan Thee Stallion drops new album** 🔥
Trending with Not Nice, Red Wine

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.          Log in    Sign up

https://twitter.com/MorbiusArt/status/1470506269563883541                    1/2

Exhibit 19
Page 72

Explore

Settings

## Tweet

**Emberflux Housetrapped Era**
@Emberflux

I'm sorry but the ape NFTs feel racist. I can't describe why but they do.

7:54 PM · Nov 7, 2021 · Twitter for Android

**4** Retweets **103** Likes

**Hailie/Cinder/Cindy** @cinderschaos · Nov 7, 2021
Replying to @Emberflux
im with you on this
4

**Olivia** @olivia__real · Nov 7, 2021
Replying to @Emberflux
I agree with this but mostly just because I hate nfts so fucking much
1 6

**Olivia** @olivia__real · Nov 7, 2021
and nft people seem like the type to be racist
4

**P Ø JL-70 (Rosa)** @th3_s1ght · Nov 7, 2021
Replying to @Emberflux
Didnt the guy who made them also draw pro kkk art?
6

**IcarusAvery (EW/6.0 spoilers)** @Icarus_Avery · Nov 7, 2021
Replying to @Emberflux
Honestly, most NFTs have that kind of artstyle, it seems like.

Just another reason negative fungus toonies are the worst.
1

**amber** @sigma_gf · Nov 8, 2021
Replying to @Emberflux
there are literally nfts of ethnic stereotypes too so i can understand that

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Emberflux Housetrap...** @Emberflux Follow
They/It. 19. Asian. #1 t4t tail chaser. Headfirst For Homos. World Renowned Emo. Anarchist. Aro. Homestuckie. $mberflux nsfw: @emberfux (10 dxllars.)

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Garland

L.A. Times Food · Yesterday
**The battle for the craziest michelada is on. But how much is too much?**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

Music · 1 hour ago
**The Game's new album Drillmatic is here**
Trending with The Game, Eminem

Politics · Trending
**Espionage**
99.9K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 73



# Explore
Settings

← **Thread**

Search Twitter

**HARTHUR@SMASHCON**
@realHARTHUR

pirated the nft monkey show. the credits were in comic sans, they got at least two racist stereotype chars, made a squid game reference, multiple website ads and like a random voice sample of 'bomboclaat' in the intro. bro i got like no words

4:41 PM · Nov 28, 2021 · Twitter for iPhone

196 Retweets 3 Quote Tweets 1,682 Likes

**HARTHUR@SMASHCON** @realHARTHUR · Nov 28, 2021
Replying to @realHARTHUR
FORGOT TO MENTION THEIR CAR THING IS ELON MUSK REFERENCE 😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭😭

3 7 359

**Deeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeee...** @That... · Nov 28, 2021
Replying to @realHARTHUR
what the fuck

2

**Sydl@Xenoblade Chronicles 3!!!!** @KaminadeSyd · Nov 28, 2021
Replying to @realHARTHUR
the WHAT

1 22

Show replies

**PANE** @lucchduckin · Nov 28, 2021
Replying to @realHARTHUR
actually?

1

**kia ◅** @sirinohtw1 · Nov 28, 2021
Replying to @realHARTHUR
our expectations for them were low...but holy FUCK

1 22

**AJ** @yggdrasilsaltar · Nov 28, 2021
Replying to @realHARTHUR
wait wym pirated it i thought that shit was free

1 22

**HARTHUR@SMASHCON** @realHARTHUR · Nov 28, 2021
if they're selling it we're watching it free then

The Red Ape Family 🎬 @TheRe...
First Episode 1 sale on secondary m
happened few hours ago for 4.495
Just sayin 🚀🔥👀🧠
11 14 65

3 144

Show replies

**joey?** @SteamUser5643 · Nov 28, 2021
Replying to @realHARTHUR
link it

**p** @Troxus18 · Nov 28, 2021
Replying to @realHARTHUR
this is not real there's no way

1 9

This Tweet is from a suspended account. Learn more

Show replies

**TgaukerToons** @GaukerTimothy · Nov 28, 2021
Replying to @realHARTHUR
Try as you might, you'll never outmeme ThunderLOLcats...

But this comes really close

3

**Matthew @SwordsComic** @_mjwills · Nov 28, 2021
Replying to @realHARTHUR
The worst part is the gravity boots being the wrong size was a good joke executed terribly.



8

Purge (PROTECT TRANS RIGHTS) @va_ · Nov 28, 2021
Replying to @realHARTHUR
y'know what it doesn't surprise me that it's racist
1 20

obscure jrpg npc @RussianBotHack · Nov 29, 2021
Not surprised, still disappointed

chuf @r_chuf · Nov 28, 2021
Replying to @realHARTHUR
When the animation error

1 69

Ro (comms open) @RosieRoberta · Nov 28, 2021
the whole show is an animation error
1 2 269

Show replies

Kira Amarilla @KiraAmarilla · Nov 28, 2021
Replying to @realHARTHUR
I wanna watch it to laugh at it, but I 100% do not want to give em ad revenue.
6

IAquati @Aquatix5 · Nov 28, 2021
Replying to @realHARTHUR
That shit hurt me the most. It was a painful watch

Michelle @awoo1989 · Nov 29, 2021
Replying to @realHARTHUR
What u mean to tell me that garbage show costs money?

mb @assetMBly_needed · Nov 29, 2021
Replying to @realHARTHUR
dont forget they used the same audio clip of the protag saying "fuck" like 5 times
10

Show more replies

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

HARTHUR @ SMASH... @realHARTHUR Follow
21yr old editor and moron for DMG Alliance & Team Regen . he/him . #BLM

**What's happening**

US national news · LIVE
FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post
Trending with Nuclear, Garland

Bloomberg Quickt... · Yesterday
These families thought food inflation was bad in 2021. It only got worse

Entertainment · LIVE
Happy birthday, Sara Ali Khan

Music · 1 hour ago
The Game's new album Drillmatic is here
Trending with The Game, Eminem

Politics · Trending
Espionage
99.9K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

8/12/22, 8:24 AM                    Black Riccardo Villalobos on Twitter: "Something about those ugly ass monkey NFT portraits seem racist to me" / Twitter

← **Tweet**

**Black Riccardo Villalobos**
@ABOLISHGIRLBOSS

Something about those ugly ass monkey NFT portraits seem racist to me

3:21 PM · Dec 10, 2021 · Twitter for Android

**6** Retweets  **1** Quote Tweet  **71** Likes

---

whoknows @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
yeah I think that Ryder ripps guy just kinda exposed how racist the origins of some of major nft art is

  ♡ 2

whoknows @udontseeme199 · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
*on ig

  ♡ 2

SEAN / DRIFT @DRIFT_PAROTIC · Dec 10, 2021
Replying to @ABOLISHGIRLBOSS
Lol. I thought the same thing. Like 1930's WB cartoons.

  1       ♡ 3

Black Riccardo Villalobos @ABOLISHGIRLBOSS · Dec 10, 2021
Yup. Minstrel vibes.

  1       ♡ 2

Show replies

Show more replies

**Search Twitter**

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Black Riccardo Villalo...**  **Follow**
@ABOLISHGIRLBOSS
techno nigga. cultural critic. comedian. creator of @moma_ps5 bookings: contact.moma.ps5@gmail.com

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... ✓ · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK ✓ · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Exhibit 19
Page 76

Explore

Settings

Thread

**Terracota** 💜
@IathRianOuneVi

i been waitin to express my mind on nfts… mb y'all are gonna think terracota lost her damn but sum didn't sit right w/ me.. they widely use images of monkeys/ apes fast-food and golden chains and it's not as innocent as nft bros are tryna make them out to be… is all i'm sayin

2:24 PM · Jan 8, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **30** Likes

**Terracota** 💜 @IathRianOuneVi · Jan 8
Replying to @IathRianOuneVi
what i'm tryin to say is i think nft sare racist/ have a racist background and are tryna further enforce harmful stereotypes about the black community

2 15

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Terracota** 💜
@IathRianOuneVi
Follow
we have learned as much as we have suffered

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**Bored Ape Yacht Club** @BoredApeYC · Feb 15

Looks like a dope community-run celebration - stoked for the new mega! 🧪🦍

> **0xb1** @0x_b1 · Feb 15
>
> Official #ANN
>
> *M3 Mutant Serum Reveal Ceremony*
>
> w/ original animation from @TitmouseInc feat. @0x_b1 & @TheChainsmokers
>
> Presented by @mutant_cartel & @FODLfi
>
> Hosted by @Herb_Castillo & @lior_eth
> 2.22.22 ~23:00 UTC
>
> ++Special Guests @BoredApeYC @ohhshiny @machibigbrother
>
> Show this thread

164 240 1,265

**cobracrown7124**
@appis_this

Replying to @BoredApeYC

NFTs are a scam and are killing the environment. Your apes are trash and worthless and also BAYC is racist. 🖕

2:34 PM · Feb 15, 2022 · Twitter Web App

**1** Retweet **5** Likes

Show more replies

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**cobracrown7124** Follow
@appis_this
"Death is not the greatest loss in life. The greatest loss is what dies inside while still alive. Never surrender". - Tupac Shakur. Boston sports 🇺🇸 #BLM

**Bored Ape Yacht C...** Follow
@BoredApeYC
To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

## What's happening

US national news ·
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

NFL · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Cher Scarlett** @cherthedev · Feb 7

FAQ: Why aren't you @verified?

Answer: The minimum follower count is ~100,000 to apply under the categories I qualify under, unless you have a PR bypass.

15 4 121

**Roland L. Taylor (🌷)**
@rolandixor

Replying to @cherthedev and @verified

They've verified a racist monkey NFT creator... For being a racist monkey NFT creator, or some monkeyness.

11:59 AM · Feb 7, 2022 · Twitter for Android

**2** Retweets **4** Likes

**RYDER-RIPPS.ETH** ➡ SOON @ryder_ripps · Feb 7

Replying to @rolandixor @cherthedev and @verified

those guys have a lot of money and power..

gordongoner.com

Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles

BAYC is dehumanizing and created by bad actors.

2 2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Roland L. Taylor (🌷)** Follow
@rolandixor
A shell of my future self | Christian | #BlackinItUpWhileBlack | #CSSFunStuff linktr.ee/rolandixor

**Cher Scarlett** Follow
@cherthedev
hello@cher.dev | @coworkerfund | @_dotbigbang_

**Twitter Verified** Follow
@verified
The Verified blue badge source

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Thread

**kirby burger** 🙂🍔
@mergays

I've never examined the stupid NFT apes in any detail to notice this problem before but boy it really is super racist to put gold chains on monkey characters huh

9:11 PM · Feb 5, 2022 · Twitter for iPhone

**2** Retweets **3** Likes

**kirby burger** 🙂🍔 @mergays · Feb 5
Replying to @mergays
The fact that there's a lot of creepy WWII references and also the official logo for them appears to be a direct reference to a Nazi symbol is pretty... hmm!

1

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**kirby burger** 🙂🍔
@mergays
Follow
🏳️‍⚧️ blm 💛 Verity D 💜 she/her 💛 28 💜 Australia 💛 the puppyseal girl 💜 personal is @esnafanblog 💛

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Explore

Settings

## Thread

**Mr. Meat Scraps** @ReallyLoudFart · Dec 15, 2021

NFT's are digital racism

6 54

**Mr. Meat Scraps**
@ReallyLoudFart

Why is the most popular NFT

a MONKEY

you fucking RACISTS

12:32 AM · Dec 15, 2021 · Twitter Web App

**3** Retweets **22** Likes

**Curp Copain** @blaha_blast · Dec 15, 2021

Replying to @ReallyLoudFart

Literally the digital slave trade smh

1 1

**Curp Copain** @blaha_blast · Dec 15, 2021

Speak of the white devil twitter.com/Grayjax/status...

This Tweet is from a suspended account. Learn more

1 1

**Sankoskovich** @fauxsarc · Dec 15, 2021

Welcome to 2021 baby

Show additional replies, including those that may contain offensive content Show

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Mr. Meat Scraps** Follow
@ReallyLoudFart
Diogenes reincarnated

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · This morning
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**#1 Phillies Fan**
@CountOnDC

The ape NFTs just seem racist idk man

11:16 AM · Nov 4, 2021 · Twitter for iPhone

**1** Retweet **1** Like

Show more replies

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**#1 Phillies Fan**
@CountOnDC
Howard U

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Trump, Nuclear

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



Explore

Settings

## Tweet

**2TYMES**
@Kanairs

Why all the NFT's monkeys??? That don't sit right with me.

6:45 AM · Jan 31, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**2TYMES**
@Kanairs
Follow

THE MIGHTY CHOCTAW NATION ✡️ MP3 Mississippi #SPORTSSS #comedy #ANIME #BLACKWOMENStanaccount #Chevygang #dodgers #JSU #RAIDERNATION #LSU #MANCITY

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**Are you short?**
@AskWhy05

Why all the NFT be monkeys? It's some racist shit ain't it? Lol

3:56 PM · Feb 18, 2022 · Twitter for iPhone

**3** Retweets **6** Likes

**Mr. Arm 💪🏾 & Hammer 🔧 Out The Slammer** @ESQ_Da_OG · Feb 18
Replying to @AskWhy05
Lmaoooooo

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Are you short?** Follow
@AskWhy05
I'm just here to get this bread so I can buy the gold No Limit tank and drive it to work… I be cookin so book me and let me cook #JSUAlum #LuvDaBoom

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**AreolaWhisperer** 🗣
@CliffyB202

That monkey nft shit be lookin like some sambo racist shit to me.

7:51 PM · Jan 17, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**AreolaWhisperer** 🗣
@CliffyB202
Follow
new page locked out of old one @4evanadaytrill so follow me back ‼️

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.24M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Chan Halen**
@TheChanimal93

my theory is that nft monkey pfps are going to become the new anime pfp racists on this site

8:38 PM · Dec 27, 2021 · Twitter Web App

**2** Retweets **7** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Chan Halen**
@TheChanimal93
Follow
I only retweet things so I can chuckle at them again a few days later

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Giants at Patriots**
Trending with Patriots

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Cherry!**
@CH3RRY_T4RT

this isn't a coincide man wtf #BURNBAYC

10:04 PM · Jul 3, 2022 · Twitter Web App

**1** Quote Tweet **31** Likes

**chase.dillon@gmail.c** @flipflip1234567 · Jul 4
Replying to @CH3RRY_T4RT
@jimmyfallon

2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Cherry!**
@CH3RRY_T4RT
Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Trending in United States
**Anne Heche**
27.4K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

**Chris Patterson**
@ChrisPlaysWrite

What the hell am I gonna do tonight?

Why is every NFT a monkey?

Dass Racist, Jah?

12:38 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Chris Patterson**
@ChrisPlaysWrite
Follow

Editor-In-Chief/Head-Writer @ The Minefield Theatre Group. Actor. #RBNY fanatic, #MUFC fanatic, Writing, Soccer, Rants.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**New Scientist** · Yesterday
**Did life on Earth begin on land or in water? Ancient rocks are helping to piece together the origins of life**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

**Thread**

**Church girl, actin loose.** @ElleWCarter · Jan 2

You buy me a gotdamn monkey NFT instead of the gift I wanted that cost a fraction of what you paid for that raggedy NFT and that I would have been happy with, we breaking up

Not only are you bad with money, but you are also a terrible listener and a lil racist.

**kez dispenser** @spiraltastic · Jan 1

Oh my god, Dave

Show this thread

I've been going back and forth for days on whether or not I should post this, but I'll do just to get it out of my system. I've never been on reddit before, so fair warning if I mess something up. I'm using a throwaway account because I'm embarrassed having to ask this question to begin with, so I'm going to leave some things vague on purpose. The only things that I'll admit is that I'm Black (26f), my fiance is Caucasian (27m), and he works in the tech industry. I'll call him Dave.

So, Dave and I decided to spend our Christmas with his parents, his 3 brothers, and their spouses. Dave got a huge bonus this year and told me he "was going to go all out for me" this year to make up for the past Christmases where we couldn't really afford anything. He asked me what I wanted and I said I wanted a popular fuzzy bag that was making the rounds on social media.

We all opened gifts on Christmas Eve. One of my SILs got a fur coat, the other an air fryer she really wanted, etc. When it came to my turn, Dave handed me his phone. I looked and thought I was going to see a track package page for the bag. Instead, all I saw was an art picture of a monkey that was suppose to look like me.

I asked him what this was, and he said that was my

veryone started laughing, which made Dave mad and nade me even more embarrassed. One of his brothers ven brought up the point about how it was poor in aste to give a monkey picture to your Black fiancee. ave asked me if I was ever going to defend him and a his point I was so humiliated that I just got up and ocked myself in the bathroom for a good cry. An hour ter I called myself an Uber and booked myself a hote ntil I could make it back home.

ave called me and said I was the asshole for bring own the mood in his family's house and for being aterialistic. I told him that all I wanted was a $200 ag and he spent 8k on a monkey picture! He told me at he was investing in our future together and that I st couldn't see his vision. I'll admit that there were etter ways I could've gone about reacting to the gift, nd I do feel guilty about totally running off like that ithout any warning, but I was completely ncomfortable with the situation and I didn't feel like taying around to be laughed at.

o, AITA here?

9 104 550

**Church girl, actin loose.**
@ElleWCarter

And them monkey NFTs are definitely racist full stop

2:23 PM · Jan 2, 2022 · Twitter for iPhone

**2** Retweets **1** Quote Tweet **97** Likes

Show more replies

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Church girl, actin loo...** @ElleWCarter Follow

#Comms strategist and CEO of Jefferson Park Consulting. Author, #WinTheInternetRemix. GWU alum. LA girl w/ DC roots. 1920💙🕊️

**What's happening**

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

**Thomson Reuter...** · 3 hours ago

**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**derek**
@socalgaychub

tbh those NFT monkey pics give me racist vibes

12:54 AM · Jan 21, 2022 from Baldwin Park, CA · Twitter for Android

**1** Retweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**derek**
@socalgaychub
Follow

I care about people other than myself. Aging millenial. Former Scientology child slave. trans rights. BLM. he/him. 35. Married to @chava_ssr.

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 90



Explore

Settings

**Tweet**

**Dont Trip**
@Sh33mABM

Something about NFT's and monkeys don't sit right with me

3:49 PM · Jan 18, 2022 · Twitter for iPhone

**1** Retweet **10** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Dont Trip**
@Sh33mABM
WE$TSIDE
Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Exhibit 19
Page 91

Explore

Settings

## Tweet

**Drill Scott**
@_HIGHon_LIFE

Niggas are putting ppls hair and jewelry on NFT monkeys. That don't sit right wit me

11:51 AM · Jan 25, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Drill Scott**
@_HIGHon_LIFE
IG: @_.sleez

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Ravens, Malik Willis

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

← Tweet

**illusive**
@itmeillusive

Bored ape nfts rub me the wrong way. Some racist bout it, idk.

10:45 PM · Nov 1, 2021 · Twitter for iPhone

**1** Retweet **9** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**illusive**
@itmeillusive
Follow

I make music under the name illusive. I'm also a senior software engineer.

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**Thomson Reuter...** · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Jungkook · Trending
**jungkook**
BTS releases a new and unexplained teaser photo of their golden maknae Jungkook
1.23M Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 93



Explore

Settings

## Tweet

**JUSTIN WAVED AT ME**
@kidrauhlsjonas

Idc if they monkeys that nft uses drawing a black woman even if she is half black to some of y'all is just racist idccccc

2:34 PM · Feb 15, 2022 · Twitter for iPhone

**4** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**JUSTIN WAVED AT ME**
@kidrauhlsjonas
Follow
music enthusiast & concert goer

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

**POPSUGAR UK** · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Explore

Settings

Tweet

KARMA
@playboykarma

some about about white people having access to NFT the most and the nfts itself being pictures of monkeys is very racist to me

2:05 PM · Feb 10, 2022 · Twitter for iPhone

**2** Retweets **6** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

KARMA
@playboykarma
sluttiest pop star

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · This morning
**Giants at Patriots**
Trending with Patriots

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

**Miki☀️**
@Miixcx

Something about all these celebrities 'owning' monkey "nft's" don't sit right wit me

8:13 PM · Jan 21, 2022 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Miki☀️**
@Miixcx
Follow

SUPER FREAKY GIRL OUT FRIDAY / #1 MEGATRON STAN / fan account, not impersonating

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

**Bloomberg Quickt...** · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Neojimcrowart**
@neojimcrowart

Is This Art Racist? news.neojimcrow.art/?read=https%3A...

Poll on Facebook asks, "Is the NFT crypto-art Brored Ape Yacht Club offensive to Blacks?" Join the poll.

#ADOS #JIMCROW #BLM #art #NFTs #Crypto #cryptocurrency #Cryptoart #BlackLivesMatter✊🏾✊🏽 #NFTSolPad #cryptoartist #NFT #artist

11:27 PM · Sep 9, 2021 · Twitter Web App

**1** Retweet **5** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Neojimcrowart**
@neojimcrowart
Follow

The drawings, writings, sound recordings, and videos, of incarcerated African Americans (A cultural record of incarceration on the Black experience in America)

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Ryan**
@CrushLinen

It's too many ape/monkey related NFTs for me to not be waiting on the block chain is racist exposé...... people don't even fuck with primates like that no more

11:08 PM · Nov 11, 2021 · Twitter for Android

**1** Retweet **2** Likes

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Ryan**
@CrushLinen
Follow

NYC creative, I speaks my mind. snapchat:crushlinen .........I'd rather die on my feet than live on my knees

### What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday

**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

News · Yesterday

**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Explore

Settings

Tweet

**jdp** @joeliusdubois · Feb 15

what the hell twitter.com/soulmapes/stat...

This Tweet was deleted by the Tweet author. Learn more

3 3 99

**Sam**
@sampxi

Replying to @joeliusdubois

during black history month…. matter of fact let's skip that part, they really thought it was okay in their mind to illustrate a black woman as a monkey referencing a nft collection that was exposed to have racist undertones behind their "art"

4:30 PM · Feb 15, 2022 · Twitter for iPhone

**1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Sam**
@sampxi
Follow

20. he/they

artist+graphic designer
sampxi.work@gmail.com

**jdp**
@joeliusdubois
Follow

artist • head of @far___east • contact at ✉️: joeliusduboisart@gmail.com

## What's happening

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago

**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

News · Yesterday

**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Exhibit 19
Page 99

Explore

Settings

## Tweet

**shawnny_interlude**
@SHAWN_zyy

I hate the NFT monkey so bad I just know somewhere on Reddit there are racist caracteres of black people disguised as an NFT monkeys

4:29 AM · Jan 23, 2022 · Twitter for iPhone

**1** Retweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**shawnny_interlude**
@SHAWN_zyy
Follow

It'z shawn coming to you live and in Twitter form 😤😤岩国 ビーチ

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

AP Climate · Last night
**Historic climate bill pushes American energy to go green**

Trending in United States
**Anne Heche**
27.2K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Thread

**simone ⪷☆** @kindredtingz · Jan 21

i want to know what them crypto bros see in nft cuz aint no way they see a ugly malnornish yellow monkey with a blunt and say imma spend thousands on this

1

**simone ⪷☆**
@kindredtingz

why is it always the monkey nft something racist going on idk

3:49 PM · Jan 21, 2022 · Twitter for Android

**2** Retweets **4** Likes

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**simone ⪷☆** Follow
@kindredtingz
all i know how to do is be gay and complain || mutifandom

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**Tavonia Evans**
@tavoniaevans

One of the reasons I'm not a fan of anonymous projects.
I witnessed earlier conspiracy sites become overtaken by neonazis ( circa 2000's ) under the guise of anonymity. You could be supporting something that is financing your demise. IJS.

bitcoinist.com
Does The Bored Ape Yacht Club NFT Collection Contain Racist Iconography? | ...
The title contains a million-dollar question. The Bored Ape Yacht Club is the second most popular NFT collection in the world, and the 6.092 BAYC owners ...

2:03 AM · Feb 14, 2022 · Twitter Web App

**2** Retweets **1** Quote Tweet **14** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Tavonia Evans** Follow
@tavoniaevans
Servant to $GUAP @guapcoin Community // CTO @ #theblackwallstreet // Mom of 8 // Crypto Expert // Black Business Supporter // Data Scientist // Astrologer

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**The Boy**
@ADiddyTheDon

Them NFT monkeys as profile pics are racist

2:40 PM · Jan 27, 2022 · Tweetbot for iOS

**4** Retweets **3** Likes

**Raphael Ely** . @_RalphMyMans · Jan 27
Replying to @ADiddyTheDon
Still making money off "monkeys"

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**The Boy**
@ADiddyTheDon
**Follow**

Owner of @SinsoredDetroit Detroit Sports Lifer Pistons Aficionado I tweet a bunch of rap lyrics… #FREEMAXB #RIPRJ #NFL

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

## Thread

**tj watt stan**
@TRAPUCHIHAS

Why are nft icons monkeys? It feels racist😤

12:15 PM · Jan 14, 2022 · Twitter for iPhone

**1** Retweet **1** Like

**tj watt stan** @TRAPUCHIHAS · Jan 14
Replying to @TRAPUCHIHAS
No but seriously why is it monkeys im confused

2

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**tj watt stan**
@TRAPUCHIHAS
Follow
cal: marvel, dc, and anime
#HEREWEGO #LETSGOPENS |
| 8/1/21

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

World news · Yesterday
**Anti-government demonstrations in Sierra Leone continue as curfew imposed**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**UNSN Vemito** 😷
@V3MITO

Are NFTS racist?? Buying and selling monkeys

2:01 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **10** Likes

**Minki** @MinkiWinki4 · Dec 28, 2021
Replying to @V3MITO
HAHAHAHH

1

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**UNSN Vemito** 😷
@V3MITO
17 | 🇺🇸 | @UNSNGG

Follow

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Giants at Patriots**
Trending with Patriots

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

## Tweet

**We Ascending**
@KW33NSOHI9H

It was established last month NFT creators and origin is pretty much racist…including the most popular NFT design (monkey guy…yea…look that artist up) not surprised but now what…

> **wells (oakland enby in michigan)** @WellsLucasSanto · Jan 31
> In case you haven't seen it yet, someone is selling NFT's associated with pictures of Black folks and calling it "Meta Slave". Their Twitter is a series of listings of Black people up for sale. Gross, despicable, and angering don't even begin to describe this.
> Show this thread

3:16 PM · Feb 2, 2022 · Twitter for iPhone

**15** Retweets **1** Quote Tweet **15** Likes

**wells (oakland enby in michigan)** @WellsLucasSanto · Feb 2
Replying to @KW33NSOHI9H
100% this.

1

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**We Ascending**
@KW33NSOHI9H
Follow
creator of all things that exist within me

**wells (oakland enby i...**
@WellsLucasSanto
Follow
AI justice educator. Critical race & digital studies. Abolition, equity, & transformative justice. Boba & anime hot takes. Pan/bi enby. (she/he)

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

Tweet

willzo

@jalen_m16

A bunch of white men in spaces talking about is them Monkey NFT's racist……

1:58 PM · Jan 3, 2022 · Twitter for iPhone

2 Retweets 2 Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

willzo

@jalen_m16

21 in the 410

Follow

**What's happening**

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

Thomson Reuter... · 3 hours ago

**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday

**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

**VIRGO'S GROOVE**
@Jayybayeee

Why all these nft's monkeys 😑 like why the MONKEYS gotta be sold I see what y'all racist asses doin

5:50 PM · Jan 21, 2022 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**VIRGO'S GROOVE**
@Jayybayeee
Follow
*Ken Doll*, *MOVE* TM

### What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

News · Last night
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Explore

Settings

## Tweet

@Flyy_Joshh

Buying NFT's lowkey racist bc why you wanna own a monkey

6:35 PM · Jan 26, 2022 · Twitter for iPhone

**2** Retweets **15** Likes

Show additional replies, including those that may contain offensive content **Show**

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

@Flyy_Joshh

NCAT$U | Menace

Follow

**What's happening**

US national news · LIVE

**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**

Trending with Nuclear, Trump

POPSUGAR UK · 3 hours ago

**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

US elections · Yesterday

**Experts and authorities confirm US elections are safe and reliable**

NFL · Last night

**Giants at Patriots**

Trending with Patriots, James White

NFL · Last night

**Titans at Ravens**

Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

## Tweet

🤞🏾
@BKTeezy

White ppl selling yall them monkey NFT don't sit right with me.

4:55 PM · Dec 28, 2021 · Twitter for iPhone

**2** Retweets **5** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

🤞🏾
@BKTeezy
🌴ampa

Follow

## What's happening

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

NFL · Last night
**Giants at Patriots**
Trending with Patriots

Thomson Reuter... · 3 hours ago
**They escaped the Taliban but lost almost everything. How are Afghan refugees rebuilding a year on?**

News · Yesterday
**Image of CBC News headline citing media study is digitally altered, fact-checkers say**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

🧍
@jynxNJ

Something about every nft being a monkey just doesn't sit right w me 🤔

10:03 PM · Dec 14, 2021 · Twitter for iPhone

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

🧍
@jynxNJ
🎶🎶 Instagram: jynxnj

Follow

**What's happening**

US national news · LIVE
**FBI sought classified documents related to nuclear weapons during Mar-a-Lago search, according to The Washington Post**
Trending with Nuclear, Trump

Bloomberg Quickt... · Yesterday
**These families thought food inflation was bad in 2021. It only got worse**

NFL · Last night
**Giants at Patriots**
Trending with Patriots, James White

POPSUGAR UK · 3 hours ago
**5 Issey Miyake Moments That Prove His Design Legacy Is Everlasting**

NFL · Last night
**Titans at Ravens**
Trending with Malik Willis, Ravens

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up