# EXHIBIT 21

8/3/22, 2:11 PM                                        3721 - Bored Ape Yacht Club | OpenSea



Bored Ape Yacht Club ✓

# #3721



Owned by **6B83B6**        3.8K views        88 favorites

Best offer

($141,542.76)

Exhibit 21
Page 1



Exhibit 21
Page 2