# EXHIBIT 22

8/11/22, 3:32 PM                                     6281 - Bored Ape Yacht Club | OpenSea

 OpenSea

Bored Ape Yacht Club ✓

# #6281



Owned by **TOKYOTOKEN4**      642 views      22 favorites

Best offer

**76.3251** ($143,764.43)

Make offer

Price History

Listings

Offers



https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/6281                     1/2

Exhibit 22
Page 1

8/11/22, 3:32 PM　　　　　　　　　　　　　　　　6281 - Bored Ape Yacht Club | OpenSea

| | | | | |
|---|---|---|---|---|
| **76.3251** WETH | $143,764.43 | 9% below | 42 minutes | PuruKr... |

## Description

By **BoredApeYachtClub** ✓

## Properties

| BACKGROUND | CLOTHES | EYES |
|---|---|---|
| Blue | Bandolier | Closed |
| 12% have this trait | 2% have this trait | 7% have this trait |

| FUR | HAT | MOUTH |
|---|---|---|
| White | Sushi Chef Hea… | Phoneme L |
| 4% have this trait | 2% have this trait | 2% have this trait |

## About Bored Ape Yacht Club

## Details

## Item Activity

Filter

[ Sales ]　[ Transfers ]　Clear All

| Event | Price | From | To | D |
|---|---|---|---|---|
| Transfer | | TOKYOTOKEN | TOKYOTOKEN4 | a |
| Sale | 141 | jamis | TOKYOTOKEN | 2 |
| Transfer | | jamis | TOKYOTOKEN | 2 |
| Minted | | NullAddress | jamis | a |

## More From This Collection

**View collection**