# EXHIBIT 26

**BOARDROOM**   August 11, 2022   🔍 Search



NFT

# The All-Star Owners of the Bored Ape Yacht Club

SHARE

By Sam Dunn

May 13, 2022

## From sports, entertainment, and beyond, tracking the famous names out there that have bought into the exclusive, expensive world of Bored Ape NFTs

If there's been one NFT collection that's truly defined where the trend has gone in 2021, it's probably Bored Ape Yacht Club. The exclusive collection of 10,000 unique apes with trendy outfits in front of colorful backgrounds living on the Ethereum blockchain has skyrocketed in popularity and value.

The average sale price for BAYC is currently over $200,000 and growing, with some of the non-fungible tokens with rarer attributes (accessories, outfits, facial features, etc.) going for potentially millions of dollars. Take Bored Ape #7769 for instance: It sold for 2.8 ETH (currently $12,088) on July 1 and 54 ETH (currently $233,141) on Nov. 18. Celebrities from around the world like Stephen Curry, Post Malone, and Jimmy Fallon have not only flocked to buying Apes as a status symbol, but immediately updated their social media avatars to show off their new purchases.

Exhibit 26
Page 1

BAYC has exploded onto the scene, from a Rolling Stone magazine cover to a physical art gallery at NFT.NYC last fall, bringing owner Yuga Labs an unprecedented hit in the crypto collectibles scene. Wanna keep track of which celebrities have bought and owned Bored Ape NFTs? Boardroom's come up with a running list below:



## From Sports

- **LaMelo Ball** (NBA, Charlotte Hornets)
    - *#598, #7226*
- **Tom Brady** (NFL, Tampa Bay Buccaneers)
    - *#3667*
- **Dez Bryant** (NFL, free agent)
    - *#2902*
- **Mark Cuban** (NBA, Dallas Mavericks governor)
    - *#1597*
- **Stephen Curry** (NBA, Golden State Warriors)
    - *#7990*
- **Memphis Depay** (soccer, Barcelona)
    - *#7921*
- **Josh Hart** (NBA, New Orleans Pelicans)
    - *#3780, #8748,*
- **Von Miller** (NFL, Los Angeles Rams)
    - *#1432, #4733*
- **Neymar** (soccer, Paris Saint-Germain)
    - *#5269, #6633*
- **Shaquille O'Neal** (NBA, Turner Sports)
    - *Mutant Ape #14452*
- **Andrew Sendejo** (NFL, Indianapolis Colts)
    - *#4247*
- **Ben Simmons** (NBA, Brooklyn Nets)
    - *#5164*
- **Marcus Stroman** (MLB, Chicago Cubs)
    - *(Specific Bored Ape currently unconfirmed)*
- **Andrew Wiggins** (NBA, Golden State Warriors)
    - *(Specific Bored Ape currently unconfirmed)*
- **Serena Williams** (tennis)
    - *#5797*

Exhibit 26
Page 2



## From Entertainment & Business

- **Steve Aoki**
    - *#118, #1867, #3719, #4190, #5823, #8398, #8716, #9050, #9394, Mutant Ape #17438, Mutant Ape #17439*
- **Justin Bieber**
    - *#3001*
- **The Chainsmokers**
    - *#7691*
- **Diplo**
    - *#5384*
- **E11EVEN** (Miami nightclub)
    - *#11*
- **Eminem**
    - *#9055*
- **Jimmy Fallon**
    - *#599*
- **Future**
    - *#4672*
- **Gunna**
    - *#2759*
- **Kevin Hart**
    - *#9258*

- **Madonna**
    - *#4988*

- **Paris Hilton**
    - *#1294*
- **DJ Khaled**
    - *(Specific Bored Ape currently unconfirmed)*
- **KSI**
    - *#2488, #8827*
- **Lil Baby**
    - *#129, Mutant Ape #10259*
- **Lil Durk**
    - *#9977*
- **Post Malone**
    - *#961, #9039*
- **Marshmello**
    - *#4808*
- **Meek Mill**
    - *#6877*

- **French Montana**
    - *#5489*

- **Murda on the Beat**
    - *Mutant Ape #5852, #4358*
- **Alexis Ohanian**
    - *#229, #822, #6624, #8121*
- **Gwyneth Paltrow**
    - *#6141*
- **Logan Paul**
    - *#1442*
- **Rich the Kid**
    - *#9719, Mutant Ape #2921, Mutant Ape #9146*
- **Snoop Dogg**
    - *(Specific Bored Ape currently unconfirmed)*
- **Takeoff**
    - *(Specific Mutant Ape currently unconfirmed)*
- **Timbaland**
    - *#590*
- **Travis Barker**
    - *#7765*
- **Gary Vaynerchuk**
    - *#1452, #7912, #8106*
- **Waka Flocka Flame**
    - *(Specific Bored Ape currently unconfirmed)*

*Know a famous BAYC owner who's not on our list? Know an owner who ended up selling their Bored Ape or buying a new one? Hit up Boardroom on Twitter or Instagram and let us know — we're all on this yacht together.*

### Sign Up For Our Newsletters

Get on our list for sports business, industry trends, interviews, and more.

Enter your email                                             Subscribe

☑ HEADLINETOGO      ☑ BOARDROOM      ☑ BREAKERS

# More Bored Ape Yacht Club Coverage

- **The Bored Ape NFT Family Tree**
- NFT Band "Allies" Drops Historic Single on the Music Metaverse
- **Steph Curry, LaMelo Ball, and the Bored Ape NFT Takeover**
- KINGSHIP: The Bored Ape Brand Taking Music to the Metaverse
- **Boardroom's Top NFTs of 2021**

Mark Cuban     Shaquille O'Neal     NFT     Stephen Curry     music

Logan Paul     Collectibles     Ethereum     Art     LaMelo Ball

Dez Bryant     blockchain     Bored Ape Yacht Club

---

#### MORE LIKE THIS



PHILANTHROPY

### Stephen Curry & Snoop Dogg: Rebuilding Youth Basketball in Long Beach

    

8/11/22, 11:59 PM                                     The All-Star Owners of the Bored Ape Yacht Club - Boardroom






The ETCs: Kevin Durant is Back

Robert Dillingham: From Kanye to Kentucky



TRADING CARDS & COLLECTIBLES

Kobe Bryant, Michael Jordan, Honus Wagner Collectibles Set New Auction Records



# LISTEN NOW



Exhibit 26
Page 6



THE ETCs

The ETCs: Kevin Durant is Back

# READ NOW





Exhibit 26
Page 7

8/11/22, 11:59 PM                                        The All-Star Owners of the Bored Ape Yacht Club - Boardroom

MUSIC BUSINESS  MEDIA                                    SNEAKERS & FASHION

Meek Mill, Culture Currency Join WME                     Kentucky's Disruptive Denim Shorts are Coming Back

About
Privacy Policy
Terms of Services
Boardroom U

Press Contact
press@boardroom.tv

Sales/Advertising
sales@boardroom.tv

Social

Twitter
Instagram
Facebook
YouTube
LinkedIn
Flipboard

All Rights Reserved. 2022.
Made with .US

Exhibit 26
Page 8