# EXHIBIT 27



Exhibit 27
Page 1

8/11/2022                                    RYDER-RIPPS.ETH





Exhibit 27
Page 3

8/11/2022                                         RYDER-RIPPS.ETH



Exhibit 27
Page 4



RYDER-RIPPS.ETH



Exhibit 27
Page 6



8/11/2022

RYDER-RIPPS.ETH



0x/F7478724f1ef37663876FA74E1592D2D8F783f0

**RYDER-RIPPS.ETH** ✔ @ryder_ripps · May 15

lol like all of them are pick one!

💬 1    ↻    ♡ 1    ⬆️

**Sean Bonner** Ⓥ ✔ @seanbonner · May 15

Replying to @ryder_ripps

opensea.io
**5428 - Bored Ape Yacht Club | OpenSea**
The Bored Ape Yacht Club is a collection of 10,000
unique Bored Ape NFTs— unique digital collectible...

💬 1    ↻    ♡ 6    ⬆️

**RYDER-RIPPS.ETH** ✔ @ryder_ripps · May 15

▲●■

# foundation.
# app

foundation.app
**DMCA Takedown Notice | Foundation**
Foundation is a web3 destination.

💬 1    ↻    ♡ 4    ⬆️

Show replies

**SarcasticBrocolli** 🐌🌱🐸 🔲 @Sarcasticjackal · May 15

Replying to @ryder_ripps

Time to ape in! 3142 if you're still minting...

💬 1    ↻    ♡ 1    ⬆️

**RYDER-RIPPS.ETH** ✔ @ryder_ripps · May 15

foundation.app/@ryder_ripps/b... good pick

8/11/2022

RYDER-RIPPS.ETH





RYDER-RIPPS.ETH



Exhibit 27
Page 11



**rizzio.eth** @0x50D9 · May 14
Replying to @ryder_ripps
007

**ThePhunk** @agusdefex · May 14
Replying to @ryder_ripps
420

**eth** @technique · May 14
Replying to @ryder_ripps
🥹🥹🥹

**~ Nhovakín .tez/eth** @nhovakin · May 14
Replying to @ryder_ripps
5349 🙌🏻💎

**⚠ hash ⚠ 🐸 💀🔥** @ded__kat · May 15
Replying to @ryder_ripps
8135

**___Leafyk313.xch 🌱** @ChiefLeaf313 · May 15
Replying to @ryder_ripps
Any give always for the ones who can't move an crypto off Coinbase? 😞😅

💬 1          🔁 1          ♡

**RYDER-RIPPS.ETH** ⬜✅ @ryder_ripps · May 14
Replying to @sure_block_me
6969 is a classic

💬 2          🔁          ♡ 9

@sure_block_me · May 14
I'll take that

**RYDER-RIPPS.ETH** ⬜✅ @ryder_ripps · May 15
Replying to @sure_block_me and @seanbonner
u should get a gold one

Exhibit 27
Page 12



Exhibit 27
Page 13



Exhibit 27
Page 14

8/11/2022                                        RYDER-RIPPS.ETH



8/11/2022                                    RYDER-RIPPS.ETH



8/11/2022
RYDER-RIPPS.ETH



8/11/2022

RYDER-RIPPS.ETH





RYDER-RIPPS.ETH



Exhibit 27
Page 20

8/11/2022                                              RYDER-RIPPS.ETH



RYDER-RIPPS.ETH



Exhibit 27