# EXHIBIT 28











8/11/2022 10:17 PM　　RYDER-RIPPS.ETH

