# EXHIBIT 29



The Coin Republic
@TCR_news_

Have you bought the #TIFFANY NFT?#NFTCommunity #altcoin #nftcollector

Aug 9, 2022

Embed View on Twitter

BITCOIN CASINO

MENU

Trending

Market

Home » Bored Ape Yacht Club(BAYC) Propagating NFT Racism?

# Bored Ape Yacht Club(BAYC) Propagating NFT Racism?

Andrew Smith | June 24, 2022 | 5:00 pm

Join Us on Google News

In a one-hour-long documentary, the YouTuber Philion seriously accuses the BAYC of spreading hidden Nazi symbolism and propagating race stereotypes.
The controversy is raising some serious questions regarding where the blockchain world is going.
It seems that more and more people are accusing BAYC of utilizing simianization against Asians and Blacks.

## The Documentary That Started It All

Whenever there is a controversy surrounding the rich, there are always public opinions, some are always good, some are... well bad.

This time, a huge audience is claiming some serious accusations against the BAYC.

A few celebrity YouTubers and social media influencers are propagating the hashtag: #burnbayc

Nick Byrd
@nickbyrd828 · Follow

Philion bringing the 🔥 with this one!

#burnbayc

5:43 PM · Jun 19, 2022

Read the full conversation on Twitter

2.3K Reply Share

8/11/2022 11:46 PM                                                Bored Ape Yacht Club(BAYC) Propagating NFT Racism?



## But, what really happened?

Let's rewind the story a little bit from the beginning

In a one-hour-long documentary, the YouTuber Philion seriously accuses the BAYC of spreading hidden Nazi symbolism and propagating race stereotypes.
According to the official website:
BAYC is a collection of 10,000 Bored Ape NFTs—unique digital collectibles living on the Ethereum blockchain.

Throughout history, many powerful dictators have made many attempts in order to dehumanize humans by comparing them to apes.
This helps them to legitimize violence and oppress the race. This term is known as simianization.
This simianization is being used against many races till now. Some of the races who got oppressed by this methodology are:
Asians
Jews
Irish

But in recent times, it is more commonly used against the population of the black ethnicity.

## Is This The Entry Of Centralization In The World Of Blockchain

It seems at first that there is nothing controversial regarding the ideologies of the BAYC, but more and more people are accusing them of utilizing simianization against Asians and Blacks.



Although this story has lots of followers and lots of haters, the controversy is raising some serious questions regarding where the blockchain world is going.

While some are alleging and comparing the BAYC logo to that of the SS Panzer Division in World War II Nazi Totenkopf symbol, some are calling raising questions that if the world of blockchain was supposed to free us from the world of centralization, why are the autocratic issues like racism and stereotypes are making their place in this world?

It's a long debate where a large population is throwing at a large organization, large accusations.

It will take a few days to resolve the conflict… or will it?

**Author**  **Recent Posts**

Andrew Smith
Andrew is a blockchain developer who developed his interest in cryptocurrencies while his post-graduation. He is a keen observer of details and shares his passion for writing along with being a developer. His backend knowledge about blockchain helps him give a unique perspective to his writing

Download our App for getting faster updates at your fingertips.







Exhibit 29
Page 2

8/11/2022 11:46 PM  Bored Ape Yacht Club(BAYC) Propagating NFT Racism?

Tweets by @TCR_news_ ⓘ

The Coin Republic
@TCR_news_

Have you bought the #TIFFANY NFT? #NFTCommunity #altcoin #nftcollector



Aug 9, 2022

Embed          View on Twitter

**BITCOIN CASINO**

MENU

Trending

Market



COMPOUND

**COMPOUND Price Analysis: The Uncertainty in Market is Bothering Investors**
🕒 August 11, 2022 11:00 pm EDT



PRICE ANALYSIS

**PancakeSwap Price Analysis: CAKE Trading Bullish, Will CAKE Recover and Sustain above $5.00?**
🕒 August 11, 2022 10:30 pm EDT



🏠 Home  📰 News  Blog

https://www.thecoinrepublic.com/2022/06/24/bored-ape-yacht-clubbayc-propagating-nft-racism/                                    3/5

Exhibit 29
Page 3

Case 2:22-cv-04355-JFW-JEM   Document 48-32   Filed 10/03/22   Page 5 of 6   Page ID #:1543

8/11/2022 11:46 PM                                    Bored Ape Yacht Club(BAYC) Propagating NFT Racism?

Tweets by @TCR_news

The Coin Republic
@TCR_news_

Have you bought the #TIFFANY NFT? #NFTCommunity #altcoin #nftcollector



Aug 9, 2022

Embed          View on Twitter

BITCOIN CASINO

MENU
Trending
Market



Curve Finance Hackers Stealing Around 570,000 USD
August 11, 2022 10:00 pm EDT



OpenSea Changes Site to Highlight Friends With Benefits DAO, Along With a 100,000 USD
August 11, 2022 9:00 pm EDT



8/11/2022 11:46 PM                                    Bored Ape Yacht Club(BAYC) Propagating NFT Racism?

Tweets by @TCR_news

The Coin Republic
@TCR_news_

Have you bought the #TIFFANY NFT? #NFTCommunity #altcoin #nftcollector

Aug 9, 2022

Embed    View on Twitter

### BITCOIN CASINO

MENU

Trending

Market

August 11, 2022 8:00 pm EDT



BITCOIN CASH NEWS

**BITCOIN CASH Price Analysis: Blood Bath! Bears are Driving the Market Red**

August 11, 2022 6:30 pm EDT

LOAD MORE

© Copyright 2022. The Coin Republic       My account   Disclaimers   Terms and Conditions   Privacy Policy   Cookie Policy   Contact Us   About Us

https://www.thecoinrepublic.com/2022/06/24/bored-ape-yacht-clubbayc-propagating-nft-racism/                                    5/5

Exhibit 29
Page 5