# EXHIBIT 35

8/8/22, 12:32 PM                                    Ape Market



Exhibit 35
Page 1