Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **NOTICE OF LODGING** |
| v. | Hearing Date:  November 7, 2022, at 1:30 p.m. |
| Ryder Ripps, Jeremy Cahen, Does 1-10, | |
| Defendants. | |

1    PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy

2   Cahen hereby lodge the attached proposed statement of decision with the Court

3   granting Mr. Ripps and Mr. Cahen's anti-SLAPP motion to strike and motion to

4   dismiss (Dkt. No. 48).

5

6   Dated:  October 26, 2022            By: /s/  Louis W. Tompros

7                                   Louis W. Tompros (*pro hac vice*)
                                      louis.tompros@wilmerhale.com
8                                   Monica Grewal (pro hac vice)
                                      monica.grewal@wilmerhale.com
9                                   Scott W. Bertulli (pro hac vice)
                                      scott.bertulli@wilmerhale.com
10                                  **WILMER CUTLER PICKERING
                                        HALE AND DORR LLP**
11                                  60 State Street
                                      Boston, MA 02109
12                                  Telephone: (617) 526-6000
                                      Fax: (617) 526-5000
13
                                      Derek Gosma (SBN 274515)
14                                  derek.gosma@wilmerhale.com
                                      Henry Nikogosyan (SBN 326277)
15                                  henry.nikogosyan@wilmerhale.com
                                      **WILMER CUTLER PICKERING
16                                      HALE AND DORR LLP**
                                      350 South Grand Ave., Suite 2400
17                                  Los Angeles, CA 90071
                                      Telephone: (213) 443-5300
18                                  Fax: (213) 443-5400

19                                  Attorneys for Defendants
                                      *Ryder Ripps and Jeremy Cahen*
20

21

22

23

24

25

26

27

28

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on October 26, 2022.


By: /s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000