ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>              Plaintiff,<br><br>        v.<br><br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10,<br><br>              Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO STRIKE AND DISMISS**<br><br>Date:        Nov. 7, 2022<br>Time:       1:30 p.m.<br>Dept:       Courtroom 7A<br>Judge:      Honorable John F. Walter<br><br>Complaint Filed: June 24, 2022<br>Trial Date: June 27, 2023 |

1    **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR**

2    **ATTORNEYS OF RECORD:**

3         PLEASE TAKE NOTICE that pursuant to this Court's Standing Order, ECF

4    No. 14, Plaintiff Yuga Labs, Inc. hereby lodges the attached [Proposed] Statement of

5    Decision Denying Defendants' Motion to Strike and Dismiss.

6

7    Dated: October 26, 2022                                    FENWICK & WEST LLP

8

9                                                              By: */s/ Eric Ball*

10                                                             Eric Ball

11                                                             Attorneys for Plaintiff

12                                                             YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28