UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-4355-JFW(JEMx)**                              Dated: November 3, 2022

Title:      Yuga Labs, Inc. -v- Ripps, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
          None                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION DEFENDANTS' ANTI-SLAPP MOTION AND MOTION TO DISMISS [filed 10/3/22; Docket No. 48]

   Defendants' Anti-SLAPP Motion and Motion to Dismiss is currently on calendar for November 7, 2022, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for November 7, 2022 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.