ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**YUGA LABS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date:  January 17, 2023<br>Motion Hearing Time: 10:00 am<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:  June 27, 2023 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that January 17, 2023, at 10:00 A.M., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor, before the Honorable John E. McDermott, Plaintiff Yuga Labs, Inc. ("Yuga Labs") will move, and hereby does move, for an order compelling Defendant Ryder Ripps to supplement his document productions in response to Yuga Labs' Requests for Production and supplement his responses to Yuga Labs' Interrogatories.  This motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Yuga Labs, Inc.'s Motion to Compel and the declarations and exhibits attached thereto, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented by the parties in their supplemental memoranda, and at or before the time this motion is taken under submission.

Dated: December 27, 2022            Respectfully submitted,

                                    FENWICK & WEST LLP


                                    By: /s/Ethan M. Thomas
                                        Ethan M. Thomas
                                    Attorneys for Plaintiff
                                    YUGA LABS, INC.