ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | Case No.: 2:22-cv-4355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF ETHAN M. THOMAS IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION TO COMPEL** <br><br> Magistrate Judge: <br> Hon. John E. McDermott |

I, Ethan M. Thomas, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. The Court's Scheduling and Case Management Order in this matter is attached as **Exhibit 1**.

4. The Court's Standing Order in this matter (Dkt. 14) is attached as **Exhibit 2**.

5. On July 12, 2022, Yuga Labs served its First Set of Requests for Production (**Exhibit 3**) and First Set of Interrogatories (**Exhibit 4**) on Defendant Ryder Ripps ("Ripps")

6. On August 15, 2022, Ripps emailed his responses and objections to Yuga Labs' First Set of Requests for Production (**Exhibit 5**) and First Set of Interrogatories (**Exhibit 6**) to counsel for Yuga Labs.

7. On September 23, 2022, Yuga Labs served a letter requesting to meet and confer regarding several requests for production and interrogatories to which Ripps either responded inadequately or responded only by offering to meet and confer pursuant to Local Rule 37-1. **Exhibit 7**.

8. On September 29, 2022, Ripps responded by letter. **Exhibit 8**.

9. On October 3, 2022, counsel for Yuga Labs and counsel for Ripps met and conferred by video conference.

10. On October 4, 2022, counsel for Yuga Labs emailed counsel for Ripps confirming Ripps' commitments and asking for a date by which Ripps would provide supplemented discovery responses discussed during the parties' meet and confer. **Exhibit 9**.

11.     On November 3, 2022, Ripps served written supplementary responses and objections to Yuga Labs' First Set of Requests for Production (**Exhibit 10**) and First Set of Interrogatories (**Exhibit 11**).  Ripps had not produced any documents in this matter as of the date of these supplemented responses.

12.     On November 14, 2022, counsel for Ripps promised to "begin producing documents this week."  **Exhibit 12**.

13.     On November 16, 2022, Ripps and Defendant Jeremy Cahen jointly produced 13 documents, all of which reflect publicly available information.

14.     Later on November 16, 2022, counsel for Yuga Labs explained deficiencies in Defendants' document production and asked Defendants to supplement their document production prior to the scheduled deposition of third party Ryan Hickman.  **Exhibit 13**.  Counsel for Ripps did not substantively respond regarding the discovery deficiencies.

15.     During another video conference meet and confer on November 28, 2022, counsel for Ripps represented that Ripps would make a document production on December 1, 2022, consisting of the "lion's share" of documents Defendants expected to produce in this litigation.

16.     On December 1, 2022, Ripps and Defendant Jeremy Cahen jointly produced 77 additional documents.  70 of these documents reflect publicly available information.  Defendants also produced a privilege log consisting of five documents, without identifying the parties to the communications.  **Exhibit 14**.

17.     Defendants produced a native spreadsheet as RIPPSCAHEN00000001 consisting of 98,862 rows.  **Exhibit 15** and **Exhibit 16** represent excerpted rows from that document.

18.     **Exhibit 17** is an excerpt from a document produced by third party Tom Lehman, depicting a group chat on Telegram with the name "RRBAYC."

19.     **Exhibit 18**, **Exhibit 19**, **Exhibit 20**, and **Exhibit 21** are excerpts from a document produced by third party Tom Lehman, depicting a group chat on

Discord with the name "Team ApeMarket."

20. **Exhibit 22** is an excerpt from a document produced by third party Tom Lehman.

21. **Exhibit 23** is a document produced by Yuga Labs as YUGALABS_00015424.

22. **Exhibit 24** is a document produced by Yuga Labs as YUGALABS_00000559.

23. **Exhibit 25** is a document produced by Yuga Labs as YUGALABS_00002366.

24. **Exhibit 26** is a document produced by third party Tom Lehman as LEHMAN0000006.

25. **Exhibit 27** and **Exhibit 28** are excerpts from a document produced by third party Tom Lehman, depicting a group chat on Telegram with the name "RRBAYC."

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on December 13, 2022

*/s/ Ethan M. Thomas*
Ethan M. Thomas