# Exhibit 3

Exhibit 3
Pg. 64

```
ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**YUGA LABS, INC.'S DOCUMENT REQUESTS TO RYDER RIPPS, SET ONE**<br><br>Honorable John F. Walter |

**PROPOUNDING PARTY:**　　Yuga Labs, Inc.

**RESPONDING PARTY:**　　Ryder Ripps

**SET NUMBER:**　　One

Pursuant to Federal Rule of Civil Procedure 36, plaintiff Yuga Labs, Inc. ("Yuga"), requests that defendant Ryder Ripps ("Ripps") produce and permit the inspection and copying of the following documents and things at the offices of Fenwick & West LLP, 801 California Street, Mountain View, California 94041, within thirty (30) days of the date of service.

I. DEFINITIONS

1. The terms "plaintiff" or "Yuga Labs" refer to plaintiff Yuga Labs, Inc., its predecessors, successors, parents, subsidiaries, divisions, officers, principals, employees, agents, representatives, and attorneys, and all other persons, forms, or corporations acting or purporting to act on their behalf or under its control.

2. The terms "you," "your," or "defendant" mean defendant Ryder Ripps, his employees, agents, representatives, and attorneys, and all other persons, forms, or corporations acting or purporting to act on his behalf or under his control.

3. "This Action" refers to *Yuga Labs, Inc. v. Ryder Ripps, et al.*, United States District Court, Central District of California, Case No. 2:22-cv-04355-JFW-JEM.

4. The term "NFT" means non-fungible token.

5. The term "BAYC NFT" refers to any NFT in the collection of NFTs on the Ethereum blockchain known as "Bored Ape Yacht Club."

6. The term "RR/BAYC NFT" refers to any NFT in the collection of NFTs on the Ethereum blockchain referred to as "RR/BAYC."

7. The term "Mark" means any word, name, symbol, design, shape, number, slogan, or device, or any combination thereof, that is used by a person to identify and distinguish the person's goods or services from the goods or services of others.

8. The term "BAYC Mark" refers to any Mark used by Yuga Labs in connection with the BAYC NFTs, including but not limited to the Marks identified in the Complaint (Dkt. 1) in the Action and specifically the Marks subject to pending

trademark applications referenced in Paragraphs 24-30 of the Complaintin the Action.

9. The term "RR/BAYC Mark" refers to any Mark used by you or any other defendant in connection with the RR/BAYC NFTs.

10. The term "Ape Market" refers to the NFT marketplace promoted on https://twitter.com/ApeMarketplace that claims to allow users to "Trade Yuga Labs NFTs with 0% royalties" and "Listing requires an RRBAYC token."

11. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), including but not limited to emails, text or SMS messages, social media posts, chat applications (including but not limited to Facebook Messenger, Discord, Slack, Signal, Whatsapp, and Telegram), private social media messages (e.g. Twitter direct messaging, etc.), and posts to online discussion forums.

12. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

13. The terms "person" or "persons" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

14. "Identify," when used with respect to any natural person, means to state the person's full name, present or last-known address, and present or last-known employer.

15. "Identify," when used with respect to any legal entity (such as a corporation, company, or person other than a natural person), means to state the entity's name, the place of incorporation or organization, the principal place of business, and the nature of the business conducted by that legal entity.

16. "Identify," when used with respect to any document, means to state the

Fenwick & West LLP
Attorneys at Law

document's title and subject matter, form (*e.g.*, letter, memorandum, email, etc.), document production number range, date, author(s), addressee(s), recipient(s), and name of its present custodian.

17. The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

18. The term "including" shall be construed to mean including but not limited to.

19. The terms "regarding," "relating to," "related to," and/or "referring to" mean concerning, constituting, containing, embodying, evidencing, reflecting, identifying, incorporating, summarizing, mentioning, dealing with, supporting, or in any way pertaining to the particular request.

20. The terms "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of these requests.

21. The terms "any" and "each" should be understood to include and encompass "all."

22. The use of a verb in any tense shall be construed as including the use of the verb in all other tenses.

23. The singular form of any word shall be deemed to include the plural. The plural form of any word shall be deemed to include the singular.

**II. INSTRUCTIONS**

1. In answering the following document requests, furnish all available information, including information in the possession, custody, or control of any agents, employees, officers, directors, members, attorneys, investigators, consultants, experts, and all other persons acting on your behalf or under your control.

2. Electronic records and computerized information must be produced in native form or as TIFF single-page images with OCR, with all metadata and must include a load file. Any such information must be produced in an intelligible format,

together with a description of the system from which they were derived sufficient to permit rendering the documents and information intelligible. Pursuant to Fed. R. Civ. P. 34(b)(1)(C), any documents which are ordinarily maintained in Microsoft Excel or any other spreadsheet program must be produced in native format.

3. If your response to a particular document request is a statement that you lack the ability to understand a word or phrase in the request, please use the common and reasonable interpretation of the word or phrase and explain your interpretation of the word or phrase.

4. If you contend certain document requests require disclosure of trade secret or other confidential research, development, or commercial information, please mark them as such or as required by any protective order that may be entered in this action.

5. Your obligation to respond to these document requests is continuing and your responses are to be supplemented to include subsequently acquired information in accordance with the requirements of Fed. R. Civ. P. 26(e).

## DOCUMENT REQUESTS

### SET 1

**DOCUMENT REQUEST NO. 1:**

All documents and communications concerning Yuga Labs.

**DOCUMENT REQUEST NO. 2:**

All documents and communications concerning any BAYC Mark.

**DOCUMENT REQUEST NO. 3:**

All documents and communications concerning any BAYC NFT.

**DOCUMENT REQUEST NO. 4:**

All documents and communications concerning the creation, consideration, design, or development of the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 5:**

All documents and communications concerning the creation, consideration,

design, development, or first use of any RR/BAYC Mark.

**DOCUMENT REQUEST NO. 6:**

All documents and communications concerning the advertisement of the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 7:**

All communications with actual or potential consumers concerning the advertisement of the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 8:**

All documents and communications concerning the planned future use of the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 9:**

All documents and communications concerning the planned future use of any good, service, or NFT using any BAYC Mark or RR/BAYC Mark, including but not limited to Ape Market.

**DOCUMENT REQUEST NO. 10:**

All documents and communications concerning goods or services offered in connection with the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 11:**

All documents and communications concerning goods or services offered in connection with any RR/BAYC Mark.

**DOCUMENT REQUEST NO. 12:**

All documents and communications concerning any benefits offered or given to the owner of a RR/BAYC NFT.

**DOCUMENT REQUEST NO. 13:**

Documents sufficient to identify all channels of trade through which any RR/BAYC NFT is advertised, promoted, distributed, or sold, directly or indirectly.

**DOCUMENT REQUEST NO. 14:**

Documents sufficient to identify all channels of trade through which any good,

service, or NFT using any RR/BAYC Mark is advertised, promoted, distributed, or sold, directly or indirectly.

**DOCUMENT REQUEST NO. 15:**

Documents sufficient to describe the actual and target purchasers of any RR/BAYC NFT or any good, service, or NFT using any BAYC Mark or RR/BAYC Mark you have sold or plan or intend to sell.

**DOCUMENT REQUEST NO. 16:**

Documents sufficient to identify any person to or with whom you market, sell, or distribute or intend to market, sell, or distribute any RR/BAYC NFT or any good, service, or NFT using any BAYC Mark or RR/BAYC Mark.

**DOCUMENT REQUEST NO. 17:**

Copies of all agreements between you and any other person involving any RR/BAYC NFT or any good, service, or NFT using any BAYC Mark or RR/BAYC Mark.

**DOCUMENT REQUEST NO. 18:**

Representative samples of each type of advertisement or promotional material (e.g., flyers, press releases, website pages, website banners, promotional items, artwork, social media posts) concerning the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 19:**

All documents and communications concerning any alleged confusion, mistake, or deception as to the origin, creator, affiliation, connection, or association of any BAYC NFT or RR/BAYC NFT.

**DOCUMENT REQUEST NO. 20:**

All documents and communications concerning any observations, perceptions, impressions, or inquiries as to whether any RR/BAYC NFT or any good, service, or NFT using any BAYC Mark or RR/BAYC Mark sold directly or indirectly by you are produced by, sponsored, or endorsed by, or in any manner associated or affiliated with Yuga Labs or any goods or services offered under any BAYC Mark or

RR/BAYC Mark.

**DOCUMENT REQUEST NO. 21:**

Documents sufficient to show each and every use by you of any BAYC Mark.

**DOCUMENT REQUEST NO. 22:**

All documents and communications concerning your registration, licensing, current or previous ownership, or transfer of any domain name that incorporates any BAYC Mark or RR/BAYC Mark, in whole or in part.

**DOCUMENT REQUEST NO. 23:**

All documents and communications concerning whether your use of any Bored Ape image or BAYC Mark did or did not constitute trademark infringement and/or fair use.

**DOCUMENT REQUEST NO. 24:**

Copies of all trademark searches, trademark clearances, internet print-outs, and other inquiries conducted by or on behalf of you concerning any BAYC Mark or RR/BAYC Mark.

**DOCUMENT REQUEST NO. 25:**

All documents and communications concerning any application or correspondence you have made to the USPTO or any state trademark registration entity in connection with any BAYC Mark, any RR/BAYC Mark, or the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 26:**

Documents sufficient to show your revenue, gross profits, and net profits from the sale of RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 27:**

Documents sufficient to show any costs or expenses you incurred in connection with the RR/BAYC NFTs, including all documents on which you intend to rely to show your costs or expenses in this Action.

**DOCUMENT REQUEST NO. 28:**

All documents and communications concerning returns of or refunds for any RR/BAYC NFT.

**DOCUMENT REQUEST NO. 29:**

All documents not already produced that you intend to rely on in this Action.

**DOCUMENT REQUEST NO. 30:**

All documents supporting the bases for your answer.

**DOCUMENT REQUEST NO. 31:**

All documents referred to or quoted in your answer.

**DOCUMENT REQUEST NO. 32:**

All studies, surveys, investigations, research, development, analysis, or opinions concerning RR/BAYC NFTs, BAYC NFTs, or any BAYC Mark or RR/BAYC Mark.

**DOCUMENT REQUEST NO. 33:**

All documents and communications concerning complaints you have received regarding the creation, existence, authenticity, or utility of the RR/BAYC NFTs.

**DOCUMENT REQUEST NO. 34:**

All documents and communications concerning this Action, including any communications with other parties to the Action and any documents received from third parties in response to a request by you or a subpoena.

Dated: July 12, 2022          FENWICK & WEST LLP

                              By:   */s/ Ethan M. Thomas*
                                    Ethan M. Thomas

                              Attorneys for Plaintiff
                              YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, CA 94041. On the date set forth below, I served a copy of the following documents:

**YUGA LABS, INC.'S DOCUMENT REQUESTS TO RYDER RIPPS, SET ONE**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Henry Nikogosyan<br>Wilmer Cutler Pickering<br>Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2400<br>Los Angeles, CA 90071 | Louis W. Tompros<br>Wilmer Cutler Pickering<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |

☑ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: July 12, 2022

*Betti J. Walrod*
Betti J. Walrod