# Exhibit 13

Exhibit 13
Pg. 237

| From: | Kimberly Culp |
|---|---|
| Sent: | Wednesday, November 16, 2022 2:20 PM |
| To: | Gosma, Derek; Ethan Thomas; Nikogosyan, Henry; WH Ripps-Yuga Labs Team |
| Cc: | Eric Ball; Anthony Fares; Ryan Kwock |
| Subject: | RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |

Derek – We are in receipt of the first tranche of documents produced by Mr. Ripps and Mr. Cahen.  Unfortunately, this production is woefully inadequate for the documents Mr. Ripps promised to produce and which Mr. Cahen will be required to produce.  Mr. Ripps has had since July, when he received our document requests, to pull his documents together.  And, Mr. Ripps and Mr. Cahen asked for a schedule that effectively closes fact discovery early next year.  Therefore, it is inappropriate for them to dole out incomplete productions over the next several weeks.  They must substantially complete their document production this month.

Documents that should have been produced with this batch and must be produced immediately include, for example:

- All text, SMS, Signal, Telegram, Discord, or other forms of communication amongst Ripps, Cahen, Ryan Hickman, and/or Tom Lehman, or other third parties as yet unknown to Plaintiff but known to Defendants, related to RRBAYC NFTs, the RRBAYC RSVP contract, rrbayc.com, or apemarket.com. (*E.g.* RFP 1, 2, 3, 6, 8, 9, 11, 12, 18 21)
- All development documents and communications, including source code, related to RRBAYC NFTs, the RRBAYC RSVP contract, rrbayc.com, or apemarket.com. (*E.g.* RFP 1, 2, 3, 4, 6, 8, 9, 11, 12, 13, 18, 21)
- All documents or communications with or related to the transfer of any RRBAYC NFT to any third party to promote or advertise RRBAYC NFTS. (*E.g.* RFP 13, 14, 16, 17, 18)
- Documents sufficient to show revenue, gross profits, and net profits from the sale of RRBAYC NFTS. (RFP 26)
- Documents sufficient to show any costs or expenses you incurred in connection with the RR/BAYC NFTs, including all documents on which you intend to rely to show your costs or expenses in this Action.  (RFP 27)
- All documents and communications concerning returns of or refunds for any RR/BAYC NFT.  (RFP 28)

Without waiving our arguments with respect to the sufficiency of Mr. Ripps' document production, the list above reflects a list of documents clearly called for by the Requests to Mr. Ripps and for which Mr. Ripps has had ample time to collect and produce the information.  Mr. Ripps' responses to our document requests effectively agree to produce these documents.  Please confirm that these items will be produced this week.

We are preparing for our deposition of Mr. Hickman, and Mr. Ripps' inappropriate delay in producing these documents prejudices our efforts to do so, and to complete discovery within the schedule ordered by the Court.

In addition, the form of production for the Discord file found at RippsCahen0000001 does not comply with Instruction 2 in the Requests for Production which requires the documents to be produced "in native form . . . . with all metadata" and "in an intelligible format."  An excel export from Discord is not that.  Rather, Discord files must be produced natively (in .html) with the associated image files.  Please immediately reproduce this document in an intelligible format.

Thank you,
Kimberly

Kimberly Culp
Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

Exhibit 13
Pg. 238

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Monday, November 14, 2022 11:27 AM
**To:** Ethan Thomas <EThomas@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Thanks for your e-mail.  Mr. Ripps and Mr. Cahen expect to begin producing documents this week.

Best Regards,

Derek

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Thursday, November 10, 2022 11:28 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; WH Ripps-YugaLabsTeam@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Counsel,

Following our October 3 meet and confer, we received Mr. Ripps' supplemental responses on November 3, which included Fed. R. Civ. P. 33(d) responses.  However, we still have not received any of the documents referenced in those responses.  Moreover, it has now been months since Mr. Ripps initially promised to produce documents responsive to our Requests for Production.  Please produce these documents by Monday, November 14.

Thank you,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Thursday, November 3, 2022 2:52 PM
**To:** Ethan Thomas <EThomas@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

**Exhibit 13
Pg. 239**

Counsel,

Please see the attached.

Kind regards,
Henry

---

**From:** Nikogosyan, Henry
**Sent:** Wednesday, October 26, 2022 11:37 AM
**To:** Ethan Thomas <EThomas@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Ethan,

We plan to supplement next week.

Kind regards,
Henry

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Wednesday, October 26, 2022 10:24 AM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Counsel,

Can you please advise as to the status of these outstanding items?

Thank you,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Ethan Thomas
**Sent:** Friday, October 21, 2022 9:31 AM
**To:** 'Tompros, Louis W.' <Louis.Tompros@wilmerhale.com>; 'Nikogosyan, Henry' <Henry.Nikogosyan@wilmerhale.com>; 'Grewal, Monica' <Monica.Grewal@wilmerhale.com>; 'Bertulli, Scott' <Scott.Bertulli@wilmerhale.com>; 'Gosma, Derek' <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <EBall@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan

**Exhibit 13**
**Pg. 240**

Kwock <rkwock@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Counsel,

Can you please provide an update as to when you will provide supplemented responses to our July 12 RFPs and interrogatories?

Thank you,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Ethan Thomas
**Sent:** Tuesday, October 4, 2022 7:16 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <EBall@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
**Subject:** Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Counsel,

Thank you again for the productive meet and confer yesterday.

We understand that you are discussing internally before agreeing to supplement Mr. Ripps' responses to interrogatories 3, 8, and 10.  Please let us know this week when you have decided how to proceed with respect to those requests.

As to interrogatory 15, you agreed to supplement your response (as stated in your letter) and not to limit the response to returns or refunds that were made based on confusion expressed by the customer.  Please confirm when you will provide a supplemental response to this interrogatory.

For interrogatory 16, we understand that you are continuing to investigate responsive information and potential third-party confidentiality commitments, and you will assess whether any such obstacles are resolved by entry of a protective order.  If you ultimately determine that there is responsive information that you will not disclose in your answer on the basis of confidentiality, you indicated that you would say so in your supplemented response.  Otherwise, please confirm when you will provide a supplemental response to this interrogatory.

For interrogatory 17, as indicated in your letter, you stated that you would supplement the response to identify "public addresses of Mr. Ripps's digital wallets" used to send, receive, or transfer funds as described in the request.  We understand your position that there is a distinction between public keys and wallet addresses, but appreciate that you will provide the responsive information regarding Mr. Ripps wallet addresses.  Please confirm when you will provide a supplemental response to this interrogatory.

Regarding our RFPs, we explained that "goods and services" as used in the requests refers to all goods and services of any nature, and that "planned future use" includes new benefits or features related to RR/BAYC NFTs that have already been sold, as well as new ways to offer, sell, or promote the RR/BAYC NFTs (which would include, for example, Ape Marketplace).  Additionally, in response to your letter's position that "there are no RR/BAYC Marks," we referred to the definition of "Mark" in our RFPs and also explained that the term was not limited to registered or applied-for

4

**Exhibit 13**
**Pg. 241**

trademarks.  Based on these discussions, we understand that you will supplement your responses to the RFPs identified in our letter.

For RFPs 23-25, you stated you would produce non-privileged materials (or state that there are none) and log responsive materials over which you assert privilege.

Finally, as to RFP 32, we understand that you will search for and produce materials responsive to the request.

Please let us know when you anticipate serving supplemented responses to the interrogatories and requests for production to Mr. Ripps based on these discussions.  Thank you again,

Ethan

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**Exhibit 13**
**Pg. 242**