# Exhibit 14

Exhibit 14
Pg. 243

**Defendants Ryder Ripps and Jeremy Cahen's Initial Privilege Log**

| Document | Privilege Claim | Bates Number | Line | Date | Description |
|---|---|---|---|---|---|
| Private Discord Chat | Attorney-Client | RIPPSCAHEN00000301 | 10 | June 24, 2022 | Communication revealing substance of attorney-client communications regarding intellectual property rights enforcement. |
| Private Discord Chat | Attorney-Client | RIPPSCAHEN00000301 | 1924 | June 8, 2022 | Communication revealing substance of attorney-client communications regarding intellectual property rights enforcement. |
| Private Discord Chat | Attorney-Client | RIPPSCAHEN00000301 | 2863 | June 3, 2022 | Communications revealing substance of planned attorney-client communications regarding intellectual property rights enforcement. |
| Private Discord Chat | Attorney-Client | RIPPSCAHEN00000301 | 2865 | June 3, 2022 | Communications revealing substance of planned attorney-client communications regarding intellectual property rights enforcement. |
| Private Discord Chat | Attorney-Client | RIPPSCAHEN00000301 | 2904 | June 3, 2022 | Communication revealing substance of planned attorney-client communications regarding intellectual property rights enforcement. |