# Exhibit 15

Exhibit 15
Pg. 245

| Author username | Author tag | Author avatar | Is bot | Date | Content | Mentions | Attachments |
|---|---|---|---|---|---|---|---|
| ryder 🔜 | #2044 | https://cdn.discordapp.com/avatars/927004535568863313/0b7733e80ce8271d6d900829fee3bf9a.png | No | 5/22/2022 12:11:04 AM | omakse is supposed to make a wrapper | Rather Be Fishing#7982 | |
| JasonCline.eth | #4073 | https://cdn.discordapp.com/avatars/799210502931742760/e4c3c4ddbfd3f0828fc27756f06595bf.png | No | 6/28/2022 8:16:03 AM | Remaing will be hand minted at some point according to Ryder. If you requested and didn't get your ape, you will be refunded. | | |
| VoidRachor | #4487 | https://cdn.discordapp.com/avatars/238309274516848650/d14c4db4c0ebe9677e8cbb6f27d2462a.png | No | 6/29/2022 12:18:15 AM | U can get ur refund from Ryder | letoxicavenger#7325 | |
| LBQ75 ᴘᴛ GNSS \| Alien Frens | #7287 | https://cdn.discordapp.com/avatars/919183942333108264/ce35c303d95b63265a5d34ed700d50f9.png | No | 7/1/2022 5:37:34 AM | Ryder allows refund. If someone had ever bought by mistake they can ping him and he'll return the eth. | | |
| anotherNFTaccount | #7857 | https://cdn.discordapp.com/avatars/483128737718599680/348fa4910efd0ff56831ecb46ab33a5f.png | No | 7/21/2022 12:40:21 PM | I think RR refunded everyone who wanted them. But stated previously he may be minting some at an art show.<br><br>That was in passing in a spaces and Im a third party - so take with huge grain of salt. But sounded like there were plans. | -69.eth#4232 | |

**Exhibit 15**
**Pg. 246**