# Exhibit 16

Exhibit 16
Pg. 247

| Author username | Author tag | Author avatar | Is bot | Date | Content | Mentions | Attachments |
|---|---|---|---|---|---|---|---|
| ryder 🔜 | #2044 | https://cdn.discordapp.com/avatars/927004535568863313/0b7733e80ce8271d6d900829fee3bf9a.png | No | 6/1/2022 11:44:01 AM | | | https://cdn.discordapp.com/attachments/977731497786236938/981629208050679808/Screen_Shot_2022-06-01_at_11.43.51_AM.png |
| ryder 🔜 | #2044 | https://cdn.discordapp.com/avatars/927004535568863313/0b7733e80ce8271d6d900829fee3bf9a.png | No | 6/20/2022 10:54:39 AM | | | https://cdn.discordapp.com/attachments/977731497786236938/988502154622951424/Screen_Shot_2022-06-20_at_1.54.25_PM.png |
| ryder 🔜 | #2044 | https://cdn.discordapp.com/avatars/927004535568863313/0b7733e80ce8271d6d900829fee3bf9a.png | No | 6/20/2022 1:01:25 PM | | | https://cdn.discordapp.com/attachments/977731497786236938/988534057468039278/Screen_Shot_2022-06-20_at_4.01.11_PM.png |
| headachelikeapilllow | #1480 | https://cdn.discordapp.com/avatars/721798223911452754/edded6a867689b95f944160f7ffe613c.png | No | 6/27/2022 12:44:57 PM | <a:aPES_Prison:685143561255125237> | | |
| Bromelia.eth | #9553 | https://cdn.discordapp.com/avatars/866014578591531048/691f11c58aba67774ec96db1663e1bb6.png | No | 7/4/2022 1:39:31 AM | <:WhyMeRyder:977851820632309811> | | |
| Shenlong | #5556 | https://cdn.discordapp.com/avatars/617467294330781744/10f4bda74c264d44e3e8063a86802a57.png | No | 7/4/2022 5:10:33 AM | <:Kek:743566578167185459> | | |
| Mentalist420 | #0420 | https://cdn.discordapp.com/avatars/356027243522162689/a_54c2b0e23d581c7143a3edf7acb2bbbe.gif | No | 7/4/2022 2:26:05 PM | <a:PU_PepeJamEZ:859789803539922954> | | |
| headachelikeapilllow | #1480 | https://cdn.discordapp.com/avatars/721798223911452754/edded6a867689b95f944160f7ffe613c.png | No | 7/5/2022 12:30:13 AM | <#979218207342723133> needs some moderation | | |
| ToneMalone | #0282 | https://cdn.discordapp.com/avatars/582810101644263427/fafc6a20a1c131b8f0d4b16b1b203933.png | No | 7/5/2022 4:00:13 AM | What the heck is going on in <#979218207342723133> lol. | | |
| LiL Terrio | #9829 | https://cdn.discordapp.com/avatars/148459265240072192/f981f4b704dab1cdd70ad219e5ef1d51.png | No | 7/6/2022 9:19:52 AM | you arent a real artist until the normie financial publication gibs you the credibility <a:rarekek:900032484849365074> <:deadpagliacci 933960880469733432> | | |

Exhibit 16
Pg. 248

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dyln | #1631 | https://cdn.discordapp.com/avatars/946450906965237820/2ce80e50d5bff983fbc79db7ddbd0dd1.png | No | 7/7/2022 1:11:47 PM | If interested in any, hmu in <#980247450298228756>! | | |
| Dyln | #1631 | https://cdn.discordapp.com/avatars/946450906965237820/2ce80e50d5bff983fbc79db7ddbd0dd1.png | No | 7/7/2022 1:11:47 PM | If interested in any, hmu in <#980247450298228756>! | | |

**Exhibit 16**
**Pg. 249**