# Exhibit 17

Exhibit 17
Pg. 250

# RRBAYC

20 May 2022

Pauly Shore created group «RRBAYC» with members Pauly Shore, Hwonder, Ryder Ripps and Tom

**Pauly Shore** 15:05
yo yooooo

**Hwonder** 15:05
added.

Pauly Shore started voice chat

**Tom** 15:08
www CNAME rrbayc.netlify.app.

**Ryder Ripps** 15:08


**Pauly Shore** 15:14


**Tom** 15:21
https://rrbayc.com/

Exhibit 17
Pg. 251