# Exhibit 18

Exhibit 18
Pg. 252

**Pauly Shore**  30-May-22 12:58 PM
Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side

I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements

- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve  (edited)
- price increase  (edited)

**hwonder**  30-May-22 01:04 PM
fat finger floor reserve

**Pauly Shore**  30-May-22 01:14 PM
[Image attachment]
I actually think it's a very good idea to include every Yuga asset on our marketplace
More royalties for us + more reason to own the rrbayc as a ticket to use our@utility and save money + much larger audience
More work for sure, but much higher likelihood of generating more royalties and users

**middlemarch.eth**  30-May-22 01:31 PM
Few thoughts on the wrapper as it was posted in the telegram:

If we were to do it I think we would want different metadata in some way so it was less confusing (could perhaps include the word "wrapped")

But overall I think we should be very careful about doing this in terms of the confusion it will create

Especially at a time when holder count and volume are important to us

**Pauly Shore**  30-May-22 01:33 PM
i dont want to start implementing a wrapper

**middlemarch.eth**  30-May-22 01:33 PM
Agreed

**Pauly Shore**  30-May-22 01:33 PM
these users are too unsophisticated

by far

**middlemarch.eth**  30-May-22 02:54 PM
@hwonder I think I have a fix for the events thing

https://github.com/RogerPodacter/RRBAYC/pull/70/files
Want to step through it when you have a moment?

**middlemarch.eth**  30-May-22 03:26 PM
Ok boom now I think I have a fix for the admin UI as well

**middlemarch.eth**  30-May-22 03:40 PM
I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing any more which I know @Pauly Shore never liked @hwonder

> **middlemarch.eth** I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing any more which I know @Pauly Shore never liked @hwonder

**Pauly Shore**  30-May-22 03:45 PM
That would be awesome

Then hopefully tonight we can do some design work on a demo site of marketplace
And get that slide out like this one

[Image attachment]

**Pauly Shore**  30-May-22 03:53 PM
Real time counter

Of how much saved vs opensea or@looks rare
On the ape side

**Pauly Shore**  30-May-22 04:08 PM
Ryder wants to release bayc & mutants on the marketplace

And I think it's a great idea for the accouncement

@hwonder ryder said to share whatever we can with him and he can mess with css design stuff etc
Demo site tonight?

Exhibit 18
Pg. 253