# Exhibit 19

Exhibit 19
Pg. 254

ryder  28-Jun-22 06:33 PM

Yuga_Labs_LOA_1.pdf
526.72 KB

**arze**  28-Jun-22 06:40 PM
what are you gonna do

**ryder** 28-Jun-22 06:51 PM
not sure

seems like a test no

**middlemarch.eth**  28-Jun-22 07:28 PM
Happy to brainstorm / help with what to do, though I think it's best to do so via voice call versus writing on this thing

**arze**  28-Jun-22 07:28 PM
should probably move over to telegram/signal

**arze**  28-Jun-22 07:46 PM
i can start a group chat i have everyone except tom

**hwonder**  29-Jun-22 12:43 PM
that is UK mark  (edited)

https://trademarks.ipo.gov.uk/ipo-tmcase/page/Results/1/UK00003718328

**Pauly Shore**  29-Jun-22 12:48 PM
https://twitter.com/hyphenate_eth/status/1541991949296476161?s=21&t=UqsdV1MhH0HH41rmPFOA6Q



5-5.eth (@hyphenate_eth)

The TM for BAYC was refused:

https://t.co/gOTWgH91iN

#BAYC #RRBAYC

Twitter • 28-Jun-22 11:48 PM

@hwonder I texted you

**Exhibit 19**
**Pg. 255**