# Exhibit 20

Exhibit 20
Pg. 256

**Pauly Shore** 06-Jun-22 11:53 AM

Hey gang, I'm still on the go a bit today hope you guys are well

I think it's a good idea to consider rolling out something using the apemarket.com domain in the next few days if guys like the idea

Rolling out the marketplace is super bullish even if we just show the features where you can view your rrbayc + Yuga assets

Let me know how you guys feel about doing something like that in the next 2-3 days. I think it will help keep the momentum up

**Exhibit 20**
**Pg. 257**