# Exhibit 21

Exhibit 21
Pg. 258

**ryder** 09-Jun-22 01:52 PM
yes
i wonder if there could be a script that automatically mints once gas goes under 20
also
maybe we buy a mutant
or some dogs
and put them on the marketplace
so people trust it?
i dont think buying a bayc makes sense
unless its for a deal..
goingparablic sold his ape
s
sucks
that would have been perfect marketing
wish i spoke to him before he sold

**Exhibit 21**
**Pg. 259**