# Exhibit 22

Exhibit 22
Pg. 260



Exhibit 22
Pg. 261