# Exhibit 23

Exhibit 23
Pg. 262



**Exhibit 23
Pg. 263**
YUGALABS_00015424