# Exhibit 24

**Exhibit 24**
**Pg. 264**



**Exhibit 24**
**Pg. 265**
YUGALABS_00000559