# Exhibit 25

Exhibit 25
Pg. 266



Exhibit 25
Pg. 267
YUGALABS_00002366