# Exhibit 26

Exhibit 26
Pg. 268

Wednesday 12:11 PM

Thank you for your assistance with this. That would work well if you are able to pull the information from social media. To the extent you are able to, it would be helpful if you could incorporate the below parameters into your script:

1. Limit to publicly available information.
2. Limit to posts made in the last year.
3. Include both posts and replies to them (to the extent possible).
4. Include links or another way to access multi-media posts (gifs, attachments, etc.).

We can decide the best method for delivery when we know the size, but we will likely use the same Box delivery that we set up for the Discord chats. Please keep us updated on your progress and whether you run into issues pulling the information for the accounts listed in our initial email.

Lmk if your script can be used for this if you get a chance

Hey man! I found something that can download things from Discord which might be what H was referring to. I don't have anything handy for Twitter but maybe I can take a look. I feel like a list of an account's Tweets with links to media in a text file might be not too bad (but doing point (3) above and / or showing the tweets in an attractive UI could be harder)

Oh word, I already did the discord stuff myself

I think it's not a nonstarter if it's UI is poor

Just seeing what options we might have

CONFIDENTIAL                                    LEHMAN0000006

Exhibit 26
Pg. 269

CONFIDENTIAL                                    LEHMAN0000006