# Exhibit 27

Exhibit 27
Pg. 270

**Ryder Ripps**                                                            18:10

i need a method to give these away

to get more people involved                                                18:10

**Pauly Shore**                                                            18:15

I am hoping to hear from my friend who has a list of people

Shilling is not our teams strong suit, for obvious reasons                 18:16

**Fit Binex**                                                              18:17

The marketplace drop will drive demand

If we pump it'll drive it harder too                                       18:17

Holiday weekend woes                                                       18:17

As long as we're building I don't see why it won't mint out                18:18

**Exhibit 27**
**Pg. 271**