# Exhibit 28

Exhibit 28
Pg. 272

**Pauly Shore** 31-May-22 09:02 AM
Cameron reserved 30 and bought 7 on foundation?

**middlemarch.eth** 31-May-22 09:02 AM
I think we are talking about the same person?

I thought you said that

**Pauly Shore** 31-May-22 09:03 AM
Oh wow

Yes!

**middlemarch.eth** 31-May-22 09:03 AM
LOL

You just told me that!

**Pauly Shore** 31-May-22 09:03 AM
I didn't see the 30

**middlemarch.eth** 31-May-22 09:03 AM
Ok boom

**Pauly Shore** 31-May-22 09:03 AM
I just saw bought 7

I just opened my eyes lol

Still half asleep

**middlemarch.eth** 31-May-22 09:04 AM
Haha you've got me double checking

But yeah this wallet is funded by that whale

Which you identified as C

**Pauly Shore** 31-May-22 09:04 AM
We need to get Cameron to shill it

Kiosko told me it was him

Exhibit 28
Pg. 273