LOUIS W. TOMPROS (*pro hac vice*)
louis.tompros@wilmerhale.com
MONICA GREWAL (*pro hac vice*)
monica.grewal@wilmerhale.com
SCOTT W. BERTULLI (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

DEREK GOSMA (SBN 274515)
derek.gosma@wilmerhale.com
HENRY NIKOGOSYAN (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants*
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10; <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' PORTION OF JOINT STIPULATION RE YUGA LABS, INC.'S MOTION TO COMPEL** <br><br> Magistrate Judge: Hon. John E. McDermott |

DECL. OF DEREK GOSMA
Case No. 2:22-cv-04355-JFW-JEM

I, Derek Gosma, declare as follows:

I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

1. A true and correct copy of a letter sent on December 1, 2022, from Henry Nikogosyan to Ethan Thomas is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on December 23, 2022.

                                                               */s/ Derek Gosma*
                                                               Derek Gosma