# Exhibit 6

| | |
|---|---|
| **From:** | Ethan Thomas |
| **To:** | Nikogosyan, Henry |
| **Cc:** | Eric Ball; Kimberly Culp; Anthony Fares; Ryan Kwock; WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Thursday, December 15, 2022 4:59:20 PM |
| **Attachments:** | 2022 12 15 Yuga Labs Response to Defendants" Dec. 1 Letter.pdf |

EXTERNAL SENDER

Henry,

Please see the attached response to your December 1 letter.

Regards,
Ethan

-----Original Message-----
From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Thursday, December 1, 2022 12:52 PM
To: Ethan Thomas <EThomas@fenwick.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Subject: RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)


** EXTERNAL EMAIL **

Ethan,

Please see the attached letter regarding our November 28, 2022, Rule 37-1 conference.  We look forward to Yuga's promise to get back to us on all outstanding discovery issues noted in the letter.

The privilege log for our December 1, 2022, production is also attached.  FTP password:  p*4hGFbeyTwy&HH

Kind regards,
Henry


-----Original Message-----
From: Ethan Thomas <EThomas@fenwick.com>
Sent: Monday, November 28, 2022 9:29 AM
To: Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Subject: RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

EXTERNAL SENDER

Louis,

As the attorney signing and serving all of the discovery requests identified in Defendants' November 18 letter, we ask that you attend today's meet and confer.  To the extent Defendants intend to dispute Yuga Labs' objections that certain requests identified in Defendants' letter were not served for any purpose other than to harass, cause unnecessary delay, or needlessly increase the cost of litigation, your attendance is necessary for a meaningful meet and confer on these issues.

Thank you,
Ethan

-----Original Message-----
From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Friday, November 25, 2022 7:14 PM
To: Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Cc: Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
Subject: RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)


** EXTERNAL EMAIL **

Ethan,

There is no requirement for lead counsel to be present at a Rule 37-1 meet and confer.  We will be available at 3pm PT.

Kind regards,
Henry

-----Original Message-----
From: Ethan Thomas <EThomas@fenwick.com>
Sent: Friday, November 25, 2022 1:09 PM
To: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Cc: Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
Subject: Re: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

EXTERNAL SENDER


Henry,

Please let us know what time lead counsel will be available on Monday, November 28 between 2:00 and 4:30 PM PST.

Thank you,
Ethan


Ethan Thomas

Fenwick | Associate | 415-875-2238<tel:415-875-2238> |

EThomas@fenwick.com<mailto:EThomas@fenwick.com> | Admitted to practice in California and New York.

_____

From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Wednesday, November 23, 2022 5:18:00 PM
To: Kimberly Culp <KCulp@fenwick.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Cc: Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
Subject: RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

** EXTERNAL EMAIL **

Counsel,

Under Local Rule 37-1, Yuga must confer with the Defendants regarding Defendants' November 18, 2022 discovery letter no later than November 28, 2022.  Please provide your availability.

Happy Thanksgiving,

Henry


From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Friday, November 18, 2022 5:07 PM
To: Kimberly Culp <KCulp@fenwick.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Cc: Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ryan Kwock <rkwock@fenwick.com>
Subject: RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Counsel,

Please see the attached.

Kind regards,

Henry


From: Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>
Sent: Thursday, November 17, 2022 3:49 PM
To: Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>; Nikogosyan, Henry