# Exhibit 10

| | |
|---|---|
| **From:** | Nikogosyan, Henry |
| **To:** | Ethan Thomas; Eric Ball; Kimberly Culp; Anthony Fares; Raymond Pelayo |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs v. Ripps, et al. \| NOTICES OF DEPOSITION |
| **Date:** | Thursday, December 15, 2022 11:35:08 AM |
| **Attachments:** | Notice of Deposition for G. Solano.pdf |
| | Notice of Deposition for W. Aronow.pdf |

Ethan,

Your allegations that defendants are engaged in any attempt to avoid attendance at a deposition are false, unprofessional, and not well taken. We have been repeatedly requesting a call to discuss all deposition scheduling, and you have repeatedly refused.

As we believe Yuga knows, Mr. Cahen lives in Puerto Rico. He is not be available for a deposition in Los Angeles on January 10. And as we have previously told you, we are looking into Mr. Ripps's availability on January 12 and will let you know whether there is a conflict with that date once we are able to confirm.

Because Yuga has refused to confer on dates for its employee witnesses, we have set the dates for Mr. Aronow's deposition for January 9th, and Mr. Solano's for January 11th. Attached are notices of their depositions. We are amenable to conducting those depositions by video, but if you would prefer to present them live at our Los Angeles office, that is fine. Please let us know.

Your email also states that depositions must be completed prior to the parties' mediation. Do you have any authority for that statement? We are not aware of any such rule, but we would appreciate it if you could point us to any such rule if there is one.

Finally, any *ex parte* motion to compel would be filed in bad faith given that you have repeatedly refused to confer with us about scheduling depositions. We remind you that Local Rule 37-1 requires parties to confer before seeking relief and courts in this district have repeatedly sanctioned parties for having engaged in such improper conduct.

Kind regards,
Henry

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Thursday, December 15, 2022 9:19 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. \| NOTICES OF DEPOSITION

**EXTERNAL SENDER**

Henry,

We are familiar with the Court's and California Bar's rules, but familiarized ourselves with them yet again before serving our notices and once again upon receipt of your spurious claim that they were not properly served; we remain confident that they were properly served.  You have yet to cite any rule that indicates otherwise.

As you know, by order of the Court the parties are required to participate in mediation by January 23 and selected January 19 for the date of their mediation.  The Court has also ordered that expert reports must be served early next year.  Defendants requested this tight case schedule; Yuga Labs did not.  Defendants' attendance at their depositions is necessary for the parties to engage in a meaningful mediation and to prepare expert reports.

Defendants have not asserted any scheduling conflict, and your transparent attempt to avoid their attendance at their properly noticed depositions is improper.  These delay tactics violate Federal Rule of Civil Procedure Rule 1, Section 2 of the Central District of California's Civility Guidelines that you "will not request an extension of time solely for the purpose of unjustified delay or to obtain a tactical advantage," the Court's Scheduling Order that depositions be scheduled "to commence sufficiently in advance of the discovery cut-off to permit their completion and to permit the deposing party enough time to bring any discovery motions concerning the deposition prior to the cut-off date," and, not to mention, Section 6 of the Civility Guidelines you have cited.  Of course, if you have any specific claim of conflict, we will consider that issue.  You have so far identified none.  Given the narrow timing available to conduct depositions prior to mediation and serve expert reports, Yuga Labs is prepared to move *ex parte* to compel Defendants' attendance at the properly noticed depositions.  Please confirm by the end of day tomorrow whether your position remains that "defendants will not attend any deposition."

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Wednesday, December 14, 2022 9:51 AM
**To:** Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Yuga has not properly served deposition notices and the defendants will not attend any deposition until Yuga has done so.  The Attorney's Oath for the California State Bar, which is referenced in the State Bar Act, includes the following pledge: "[a]s an officer of the court, I will strive to conduct myself at all times with dignity, courtesy and integrity."  The Oath of Attorney for the Central District

of California includes a similar pledge to "demean myself as an attorney, proctor, advocate, solicitor and counselor of this Court uprightly." Refusing to honor Section 6 of the Civility Guidelines is a violation of both oaths.

We will take your improper notices as requests for depositions and will look into defendants' availability on those dates. We looking forward to discussing availability for all deponents when you are ready. Are we correct in understanding that Yuga will agree that all depositions can be conducted remotely?

Kind regards,
Henry

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Tuesday, December 13, 2022 8:01 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

**EXTERNAL SENDER**

Henry,

We are currently assessing available dates with our client; in the meantime, we reserve all arguments relating to these requested depositions, including objections to the notices and to the witnesses identified.

With respect to Yuga Labs' depositions of Defendants, those depositions were properly noticed and Defendants have not raised any scheduling conflicts with those dates. We plan to proceed with the depositions as noticed.

Best,
Ethan

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Tuesday, December 13, 2022 11:32 AM
**To:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas

<EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

**\*\* EXTERNAL EMAIL \*\***

Counsel,

When can we expect the courtesy of a response?

Kind regards,
Henry

---

**From:** Nikogosyan, Henry
**Sent:** Monday, December 12, 2022 2:55 PM
**To:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

Counsel,

Please let us know when you would like to discuss deposition scheduling so that you can properly notice the Defendants' depositions and we can serve deposition notices on Yuga employees.

Kind regards,
Henry

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Friday, December 9, 2022 12:39 PM
**To:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

Counsel,

Attached for service is Defendants' 30(b)(6) notice to Yuga Labs. In addition, defendants intend to depose the following Yuga employees: Zeshan Ali, Wylie Aronow, Kerem Atalay, Noah Davis, Nicole Muniz, Guy Oseary, and Greg Solano. Please provide dates when those employees can be available for depositions.

Assuming Yuga is willing to agree to the same for depositions of the Defendants, we are willing to conduct the depositions by remote video (Zoom or a comparable platform), for the convenience of the witnesses.

Kind regards,
Henry

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, December 5, 2022 8:20 PM
**To:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** FW: Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

Eric,

Yuga's deposition notices for Mr. Ripps and Mr. Cahen were made in violation of Section 6 of California's Attorney Guidelines of Civility and Professionalism. The Civility Rules require parties to "schedule by agreement whenever possible, and should send formal notice after agreement is reached." Please propose a date where we can confer and schedule dates for all depositions in this case.

Kind regards,
Henry

---

**From:** Raymond Pelayo <rpelayo@fenwick.com>
**Sent:** Monday, December 5, 2022 4:43 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>
**Cc:** Ethan Thomas <EThomas@fenwick.com>
**Subject:** Yuga Labs v. Ripps, et al. | NOTICES OF DEPOSITION

**EXTERNAL SENDER**

Dear Counsel:

Attached please find notices of deposition for Ryder Ripps and Jeremy Cahen in the above-referenced matter.

Kind regards,

Raymond Pelayo

Fenwick | Legal Secretary | +1 415-875-2383 | rpelayo@fenwick.com