# Exhibit 15

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>Defendants. | Case No.  2:22-cv-04355-JFW-JEM<br><br>**RYDER RIPPS AND JEREMY CAHEN'S DEPOSITION NOTICE FOR WYLIE ARONOW**<br><br>Judge: Hon. John F. Water |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Mr. Ripps and Mr. Cahen, by and through their attorneys, will take the deposition by oral examination of Wylie Aronow before an officer authorized to administer oaths and take testimony. The deposition will take place at the offices of Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071 or by videoconference, on January 9, 2023, beginning at 9:00 A.M.

The deposition will continue day to day until completed and may be recorded by any means that the Federal Rules of Civil Procedure permit, including audio, video, and stenographic means, as well as means for the instant display of testimony on a computer. Testimony derived pursuant to this Notice shall be used for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure.

Dated:  December 15, 2022       By: */s/   Louis W. Tompros*

                                    Louis W. Tompros (*pro hac vice*)
                                    louis.tompros@wilmerhale.com
                                    Monica Grewal (*pro hac vice*)
                                      monica.grewal@wilmerhale.com
                                    Scott W. Bertulli (*pro hac vice*)
                                    scott.bertulli@wilmerhale.com
                                    **WILMER CUTLER PICKERING**
                                       **HALE AND DORR LLP**
                                    60 State Street
                                    Boston, MA 02109
                                    Telephone: (617) 526-6000
                                    Fax: (617) 526-5000

                                    Derek Gosma (SBN 274515)
                                    derek.gosma@wilmerhale.com
                                    Henry Nikogosyan (SBN 326277)
                                    henry.nikogosyan@wilmerhale.com
                                    **WILMER CUTLER PICKERING**
                                       **HALE AND DORR LLP**
                                    350 South Grand Ave., Suite 2400
                                    Los Angeles, CA 90071
                                    Telephone: (213) 443-5300
                                    Fax: (213) 443-5400

                                    Attorneys for Defendants
                                    *Ryder Ripps and Jeremy Cahen*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served via electronic mail on December 15, 2022, on counsel of record for Yuga Labs, Inc. I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 15, 2022      By: */s/ Louis W. Tompros*
                   Louis W. Tompros