# Exhibit 16

# WILMERHALE

October 31, 2022

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

**By E-mail**

Eric Ball (eball@fenwick.com)
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041

Re:   *Yuga Labs, Inc. v. Ripps, 2:22-cv-04355-JFW-JEM*

Dear Eric:

I write regarding Yuga's service of numerous subpoenas to third parties in the above captioned case, including Jason Cline, Maxwell John Gail, Raymond Efthimiou, Claudia Krinke, Tom Lehman, Melissa Beth Sconyers, Michael Matthews, and Phillip Krzankowski.

These Yuga subpoenas appear to seek information from third parties that has nothing to do with the claims at issue in this case.  For example, the subpoena to Jason Cline seeks information about "Crypto Marcs," a project with no relationship to the Defendants, RR/BAYC, or the issues in this case.  Likewise, your recent subpoena to Michael Matthews seeks information about a project called "Yoga Labs NFTs," which, again, has no affiliation with Mr. Ripps, Mr. Cahen, RR/BAYC, or the issues in this case.  What these subpoenas do have in common, however, is that they are targeted at critics of Yuga Labs and its affiliates.

We suspect that Yuga served these subpoenas for the same reason that it brought this lawsuit: to attempt to bully its critics into silence.  Using the court's subpoena power to harass those who are critical of your client is frivolous, wasteful, improper, unethical, and abusive.

Of course, if we are wrong and Yuga has some good faith basis for serving these subpoenas, let us know what that is.  Otherwise, we reserve the right to seek any appropriate remedy for Yuga's litigation misconduct.

Very truly yours,

*/s/ Louis W. Tompros*

Louis W. Tompros