# Exhibit 10



801 California Street  650.988.8500
Mountain View, CA 94041  Fenwick.com

Eric Ball
eball@fenwick.com | 650.335.7635

November 7, 2022

VIA EMAIL

Louis Tompros
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:     <u>Yuga Labs, Inc. v. Ripps, et al.</u>, 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Dear Mr. Tompros:

I write in response to your October 31, 2022 letter regarding Yuga Labs' third party subpoenas. Your letter does not dispute that these subpoenas were properly issued pursuant to Fed R. Civ. P. 45. Nor do you claim any "personal right or privilege" with regard to the documents sought, and thus lack standing to object. *Bureau Of Consumer Fin. Prot. v. Certified Forensic Loan Auditors, LLC*, No. CV1907722ODWJEMX, 2020 WL 1181491, at *1 (C.D. Cal. Mar. 9, 2020) (McDermott, J.). Instead, with no apparent basis for objecting, your letter is grounded in summary accusations, and only specifically mentions two of the subpoenas. Even then, your letter only disputes a handful of the requests to Jason Cline and Michael Matthews, waiving any objections to the remaining requests or subpoenas. Defendants' failure to object to the other requests and subpoenas are no surprise given that the Defendants know, and concede, that the subpoenas are narrowly tailored to their agents and collaborators.

Nevertheless, the Cline subpoena seeks documents relating to the promotion or sale of CryptoMarcs NFTs "*in association*" or "*in conjunction*" with RR/BAYC NFTs. *See* Cline Subpoena, Request Nos. 10, 11 (emphasis added). As you may be aware, Jason Cline claims to be a founder of CryptoMarcs and has repeatedly promoted RR/BAYC NFTs on Twitter, including selling them as part of a CryptoMarcs NFT bundle and allowing RR/BAYC holders to mint a CryptoMarcs NFT for free.[1] Yuga Labs' requests seek information about Cline's role in the sale and promotion of RR/BAYC NFTs, which is squarely at issue in the Complaint. *See, e.g.*, Compl. ¶¶ 11, 12, 33, 47, 56, 59.

The Matthews subpoena seeks documents relating to Matthews' and Defendants' involvement in the creation, development, promotion, or sale of "Yoga Labs" NFTs, including any use of a BAYC Mark in connection with Yoga Labs NFTs. *See* Matthews

---

[1] *See, e.g.*, https://twitter.com/cryptomarcs/status/1548453135542145035; https://twitter.com/Jclineshow/status/1544443784213123072.

Louis Tompros
November 7, 2022
Page 2

Subpoena, Request Nos. 11-13.  Like RR/BAYC NFTs, Yoga Labs uses Yuga Labs' marks to sell the NFTs.[2]  Matthews and Ripps appear to have collaborated on this project, claiming to be founders of Yoga Labs on Twitter.[3]  Matthews is also a collaborator with the RR/BAYC NFTs and appears to have collaborated with Defendants on Ape Market.[4]  Yuga Labs' requests seek to understand the collaboration between these individuals and their efforts to promote and sell copycat NFTs, which is a core allegation at issue in the Complaint.  *See, e.g.*, Compl. ¶¶ 11, 12, 33, 47, 56, 59.

Far from being frivolous, Yuga Labs' subpoenas are directly relevant to the allegations in the Complaint.

          Sincerely,

          FENWICK & WEST LLP

          Eric Ball

---

[2] *See, e.g.*, https://etherscan.io/address/0x5e14097daeb9b91c4354e2280dfba01c68e3e103.
[3] *See* https://twitter.com/enjoyoor/status/1562722160627830785; https://twitter.com/ryder_ripps/status/1526119955892031488.
[4] *See, e.g.*, https://twitter.com/enjoyoor/status/1532805370015629312