# Exhibit 11



**PAULY**
@PaulyOx

···

NFTs are not art.

They are infrastructure. Much like a canvas. Not art itself, but it can be used to create art.



**Laura** @ls528art · Oct 17
Replying to @PaulyOx
I can't quite believe what I'm reading – it's fantastical.
Who or what @ryder_ripps is or does is not relevant, but
'in August 2022 Cahen told an audience that "NFTs are not art'

2:07 PM · Oct 17, 2022

**4** Retweets    **26** Likes