# Exhibit 15

| | |
|---|---|
| **From:** | Tompros, Louis W. <Louis.Tompros@wilmerhale.com> |
| **Sent:** | Thursday, December 22, 2022 4:29 PM |
| **To:** | Eric Ball; Anthony Fares; Ethan Thomas; Kimberly Culp |
| **Cc:** | Gosma, Derek; Nikogosyan, Henry; Grewal, Monica; Bertulli, Scott |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps et al, Case 2:22-cv-04355-JFW-JEM |
| | |
| **Categories:** | BAYC |

**\*\* EXTERNAL EMAIL \*\***

Sure.  On the stay, take a look at these cases for the standard:
> *Tanedo v E. Baton Rouge Par. School Bd.*, LACV1001172JAKMLGX, 2012 WL 12920642, at \*2 [CD Cal Mar. 30, 2012].
> *Moser v Encore Capital Group, Inc.*, 04 CV 2085 LAB WMC, 2007 WL 1114113, at \*2-3 [SD Cal Mar. 27, 2007]
> *Tanedo v. E. Baton Rouge Parish Sch. Bd.*, No. LA CV10-01172 JAK (MLGx), 2011 WL 13101417 at \* 2 (C.D. Cal. Oct. 24, 2011)

Here, the automatically-stayed state claims and the federal claims are obviously interrelated on the First Amendment issue that will be on appeal, so a stay surely will "promote economy of time and effort for itself, for counsel, and for litigants."

We're fine with you taking the time you need to discuss with Yuga whether you'll agree to a stay, assuming Yuga won't argue that the passage of time (from the point where we first told you we were seeking a stay) somehow counsels against a stay.

I'm out on vacation next week, but happy to meet and confer with you about the motion to stay the first week of January.  Let me know what might work.

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, December 22, 2022 7:15 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al, Case 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Louis,

You had five days to discuss your plans for an appeal and stay with your clients.  I will need the professional courtesy of the same time to discuss your request with my client.  I and my clients also have limited availability given the holidays.

Please also provide any support for your motion to stay the Federal and State law claims so that we can fully assess and meet and confer as needed.

1

We can pencil in a time on Wed next week to discuss the stay and Yuga Labs' December 19 letter. Please let me know some times that you are available.


Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, December 21, 2022 2:47 PM
**To:** Anthony Fares <AFares@fenwick.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>
**Subject:** Yuga Labs, Inc. v. Ripps et al, Case 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Counsel,

As you likely saw, Mr. Ripps and Mr. Cahen have noticed the appeal of the denial of their anti-SLAPP motion. We plan to file a motion to stay all proceedings pending resolution of that appeal. Please let us know whether Yuga will agree so that that motion to stay can be filed jointly.

Thanks,
--Louis


**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.