# Exhibit 16

| | |
|---|---|
| **From:** | USSecureTransferNoReply@wilmerhale.com |
| **Sent:** | Friday, December 23, 2022 4:22 PM |
| **To:** | Anthony Fares; Kimberly Culp; Ryan Kwock; Ethan Thomas; Eric Ball |
| **Cc:** | louis.tompros@wilmerhale.com; whripps-yugalabsteam@wilmerhale.com |
| **Subject:** | Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Categories:** | BAYC |

**\*\* EXTERNAL EMAIL \*\***



# WH BOS LitSupport File Transfer sent you a secure message

**Access message**

All,

Please see attached for an FTP link to access Mr. Ripps and Mr. Cahen's third production of documents in the above referenced matter. Another production is forthcoming early next week. The password will be sent under separate cover.

Best,
Henry

Henry Nikogosyan | WilmerHale
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)
henry.nikogosyan@wilmerhale.com



Attachments expire on Jan 08, 2023

1 compressed file
RIPPSCAHEN_VOL003.zip

This message requires that you sign in to access the message and any file attachments.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately by sending an email to postmaster@wilmerhale.com and destroy all copies of this message and any attachments. Thank you. For more information about WilmerHale, please visit us at http://www.wilmerhale.com.