# Exhibit 17

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Tuesday, December 20, 2022 2:26 PM |
| **To:** | Ethan Thomas |
| **Cc:** | Eric Ball; Kimberly Culp; Anthony Fares; WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Categories:** | BAYC |

**\*\* EXTERNAL EMAIL \*\***

Ethan,

We unfortunately cannot accommodate that request. As noted in your December 16, 2022, email, this case is on an expedited schedule and we cannot grant any extension that prevents discovery motions from being heard before mediation scheduled on January 19, 2022, as such an extension would cause prejudice.

Kind regards,
Henry

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Monday, December 19, 2022 10:40 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Henry,

Can Defendants provide Yuga Labs with a reciprocal extension of three business days to serve its portions to Defendants' draft joint stipulation?

Regards,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, December 19, 2022 9:10 AM
**To:** Ethan Thomas <EThomas@fenwick.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

1

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Please see the attached.

Kind regards,
Henry

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Friday, December 16, 2022 4:57 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Henry,

A 17-day extension to January 6, 2023 would delay a hearing on Yuga Labs' motion by at least three weeks and would ensure the motion is not heard before mediation, which would prejudice our client, and we cannot agree to do so. These issues concern discovery requests served more than five months ago. Defendants asked the court for a case schedule that requires expert reports to be served in early 2023, so putting Ripps' discovery responses and production on further hold would not be reasonable at this stage.

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Thursday, December 15, 2022 10:19 AM
**To:** Ethan Thomas <EThomas@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Thank you. We had asked for a reasonable extension to January 6th. Is there a reason you cannot extend the deadline until January 6th?

Kind regards,
Henry

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Thursday, December 15, 2022 9:20 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Henry,

We can extend Defendants' response date to December 23.

Regards,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Wednesday, December 14, 2022 9:55 AM
**To:** Ethan Thomas <EThomas@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Given the upcoming holidays, we request to extend the submission date for our portion of the joint stipulation to January 6.

Kind regards,
Henry

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Tuesday, December 13, 2022 8:04 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Counsel,

Pursuant to L.R. 37-2, please find attached Yuga Labs' portion of a joint stipulation in support of a motion to compel, along with supporting materials.

Certain of these materials have been designated as protected under the protective order.  Accordingly, please let us know if we have your approval to concurrently file an application to file under seal pursuant to L.R. 79-5.2.2(b), redacting protected materials.  If you agree, we will propose redactions for our sections, and ask that you please note which of your materials should be redacted when you serve them.

Regards,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.