Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFF'S MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: January 17, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

1

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of Defendant Ryder Ripps' Second Supplemental Interrogatory Responses is attached as Exhibit 1.

3. A true and correct copy of Plaintiff Yuga Labs, Inc.'s Twitter post acknowledging that it has only eleven full-time employees is attached as Exhibit 2.

4. A true and correct copy of Plaintiff Yuga Labs, Inc.'s Linked page acknowledging that it has roughly 100 full-time, part-time, and other non-full-time workers is attached as Exhibit 3.

5. A true and correct copy of Wylie Aronow's Twitter post acknowledging that he just works at Plaintiff Yuga Labs, Inc. and that he does not occupy a high-ranking position at Plaintiff Yuga Labs, Inc. is attached as Exhibit 4.

6. A true and correct copy of excerpts from Plaintiff Yuga Labs, Inc.'s supplemental responses to interrogatories is attached as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on January 3, 2023.

/s/   Derek Gosma
Derek Gosma