# Exhibit 2

**Yuga Labs** ✅ @yugalabs · Jan 3

A little a bit about us to start off the new year and what's coming. 🧵

1. What's the inspiration behind the name Yuga Labs?

We're nerds, and Yuga is the name of a villain in Zelda whose ability is that he can turn himself and others into 2D art. Made sense for an NFT company.

758    2,619    6,949

**Yuga Labs** ✅ @yugalabs · Jan 3

2. What was the inspiration behind the BAYC?

There's a long history of people affectionately referring to themselves as apes in crypto, which is why some of the rarest and most valuable NFTs in the Cryptopunk collection are the apes.

22    84    1,320

**Yuga Labs** ✅ @yugalabs · Jan 3

We liked the idea of creating a whole collection around apes who became so wealthy because of crypto's rise, that they became extremely . . . bored. What is a bored ape to do? Perhaps retreat to a secretive club in the swamp.

16    83    1,306

**Yuga Labs** ✅ @yugalabs · Jan 3

3. What was the inspiration behind the design of the BAYC logo?

We never wanted to take ourselves too seriously, so the look of the club is ramshackle and divey. Everything about the BAYC was meant to convey a spirit of irreverence and absurdity.

10    54    1,128

**Yuga Labs** ✅ @yugalabs · Jan 3

It's a 'Yacht Club' that's actually falling apart and smack dab in the heart of the Everglades. As such, it needed an appropriately grimey, intriguing logo. We went with an ape skull to help convey just how bored these apes are - they're 'bored to death'.

12    52    1,158

**Yuga Labs** ✅ @yugalabs · Jan 3

4. Did you ever imagine that BAYC would be as big as it is today?

Honestly, no. And while we've put our hearts and souls into this community, we can't take credit for its success. Before BAYC's launch, many collections used predatory pricing structures ('bonding curve' pricing)

7    37    1,074

**Yuga Labs** ✅ @yugalabs · Jan 3

and other elements that were inherently disuniting. By putting every NFT holder on equal footing with each other one, and by giving owners full commercial usage rights over their NFT, we set the stage for the community to be able to flourish beyond our wildest imagination.

14    51    1,089

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

We're all real-life friends with diverse backgrounds - Jewish, Cuban, Turkish, Pakistani. We started work on what would become the BAYC in February of 2021, and worked with a team of artists on the apes, the look of the club, logos, etc.

43   192   1,583

**Yuga Labs** ✓
@yugalabs

To date, we have 11 full-time employees and many contractors who work on every aspect of the BAYC, from video games to merch, digital and physical experiences, scavenger hunts, etc.

12:27 PM · Jan 3, 2022

**37** Retweets   **4** Quote Tweets   **1,148** Likes

**Yuga Labs** ✓ @yugalabs · Jan 3
Replying to @yugalabs
6. Where do you see the future of the club?

We see ourselves as temporary stewards of IP that is in the process of becoming more and more decentralized. Our ambition is for this to be a community-owned brand, with tentacles in world-class gaming, events, and streetwear.

23   155   1,353

**Yuga Labs** ✓ @yugalabs · Jan 3
We think there's still work to be done to ensure that what we hand over to the community is in as strong a position as it can be.

13   39   1,011

**Yuga Labs** ✓ @yugalabs · Jan 3
7. Why did you get into NFTs?

We're gamers at heart. We grew up obsessed with MMORPGs, teaming up with strangers to get at rare items hidden away in dungeons. The metaverse is very real to anyone who lost years of their life (and made lifelong friends) in World of Warcraft,

80   205   1,917

**Yuga Labs** ✓ @yugalabs · Jan 3
Everquest, Star Wars Galaxies, Runescape etc. NFTs usher in a new era of composability and ownership that we think has the ability to fundamentally improve gaming experiences. We have some ideas about how to make that happen.

148   177   2,059

Show more replies

**More Tweets**

**MinisterOfNFTs** 🧙 ✓ @MinisterOfNFTs · 10h

Don't miss what's happening
People on Twitter are the first to know.

Log in   Sign up



52.7K   654   148   1,387

**borovik.eth** & **Julia Sky**
@3orovik & @xJuliaSky · 22h
Just married! Web3 love does exist. NFTs brought us together. Let's arf to that ❤️

86.4K   317   93   1,051

**NFT POWER RANKINGS** @nftpowerranking · 21h
Lol Steve Aoki is selling all his nfts???

Bottom signal?

Don't miss what's happening                    Log in   Sign up
People on Twitter are the first to know.

Matty | 3986.eth ✓ @3986eth · 8h

I woke up a DAD today!! Of course I'm rocking my @BoredApeYC swag on the biggest day of my life 🦍🥰



📊 33.2K     💬 193     🔁 33     ♡ 787     ⬆️

Don't miss what's happening     Log in     Sign up
People on Twitter are the first to know.