# Exhibit 3

LinkedIn  Jobs  Yuga Labs  Worldwide  Join now  Sign in



## Yuga Labs
Software Development

Shaping web3 through storytelling, experiences, and community.

See jobs   Follow

View all 118 employees

Overview | Jobs | Life

## About us

Yuga Labs is a web3 company exploring big ideas in identity, ownership, utility, and interoperability to push the crypto and NFT space forward.

The Yugaverse is made up of:
Bored Ape Yacht Club
Mutant Ape Yacht Club
Bored Ape Kennel Club
CryptoPunks
Meebits
Otherside

Plus dozens of community projects using Ape, CryptoPunks, and Meebits IP.

As The Defiant recently said, "The story of Yuga Labs is one where the improbable has become reality in the blink of an eye." Our flagship collection, Bored Ape Yacht Club, debuted in April 2021. Since then, we've created new IP for the ape ecosystem (Mutant Ape Yacht Club, Bored Ape Kennel Club), acquired top collections (CryptoPunks and Meebits), and made both web3 and gaming history with the biggest NFT mint ever followed by a game demo with record-breaking synchronized player participation (Otherside). We also found some time to see old friends and make new ones with headline-making events (ApeFest, VMAs) and partnerships (Rolling Stone, Adidas).

Along the way, the Yuga team has grown from 4 to 100+ people, and we're still on the lookout for brilliant thinkers and doers who can grow alongside us, push us forward, and create work that makes history. If that sounds like you, apply to one of our open roles or reach out.

**Website**                 https://yuga.com/about/

**Industries**              Software Development

| | |
|---|---|
| Company size | 51-200 employees |
| Type | Privately Held |

## Employees at Yuga Labs



**David Mikula**
Design & Creative Leadership



**Randy Chung**
VP of Engineering at Yuga Labs

**Daniel Lehrich**
Sr Director of Production, Gaming

**David Evans**
Creative Web3 Producer + Product Marketing Leader | Brand Evangelist | Giving Wings to Audacious Ideas in Global Agency, Corporate & Scrappy Startup…

See all employees

## Updates

**Yuga Labs**
15,937 followers
1w

Into the Metaverse! We're bringing you under the hood for how we are developing Otherside, our ambitious Metaverse project. Read on for an update on playable avatars, meet the team behind the tech, and check out the stunning artwork. We'll be posting regular updates in 2023, so stay tuned.

#yugalabs #othersidemeta #nfts #web3
https://bit.ly/3jsPvb2

**Wen Second Trip and Other Otherside Musings**
news.yuga.com
225 · 14 Comments

Like    Comment    Share

**Yuga Labs**
15,937 followers
1w

This week, Yuga Labs co-founders sat down for a chat with CoinDesk to discuss the past, present, and future.

Want to find out more about how gaming and storytelling are the pillars of our NFT ecosystem? Or how Otherside is at the center of it all? Click through for the good stuff!

#otherside #yugalabs #gaming #nfts
https://bit.ly/3v8YL6P

**See You on the Otherside: How Yuga Labs Is Bringing Its Billion-Dollar Business Into the Metaverse**
coindesk.com

186 · 4 Comments

Like    Comment    Share

---

**Yuga Labs**
15,937 followers
1w

Today, Yuga Labs is thrilled to announce the appointment of Daniel Alegre as our Chief Executive Officer effective in the first half of 2023. Daniel's deep experience across gaming, e-commerce, and partnerships will bring significant value to the company as we look to build on our web3 leadership with the launch of our Otherside gamified metaverse.

https://lnkd.in/eyg2BHxr

**Welcome to the club, Daniel**
news.yuga.com

623 · 42 Comments

Like    Comment    Share

---

**Yuga Labs**
15,937 followers
2w · Edited

Yuga Labs' leadership sat down with CNET's Daniel Van Boom to take a dive into the history of the Bored Ape Yacht Club, Yuga's special sauce, and how the club's success is dovetailing into our metaverse ambitions. Check out the full article: https://lnkd.in/e2KDPdxg

**Inside the Bored Ape Yacht Club's $4 Billion Metaverse Bet**
cnet.com
354 · 14 Comments

Like         Comment         Share

**Yuga Labs**
15,937 followers
3w · Edited

Proud **Yuga Labs** moment! Huge congrats to our co-founders, Wylie Aronow & Greg Solano, along with our CEO, Nicole Muniz, for landing a spot on **CoinDesk**'s Most Influential 2022 list!

**https://bit.ly/3urGRvA**
**#Web3 #yugalabs #coindesk**

**Empire of the Bored Apes**
coindesk.com
221 · 14 Comments

Like         Comment         Share

**Yuga Labs**
15,937 followers
4w · Edited

🎙 We're stoked to present our new Podcast: The Fucking Metaverse. Over the season, we'll bring on creators, innovators, and change-makers as we take on big and very small questions about web3, crypto, and NFTs.

You can find the full episode wherever you get your podcasts.
Spotify: now live
Apple: Coming Soon
Stitcher: Coming Soon

**#yugalabs #thefuckingmetaverse #podcast**

**https://lnkd.in/gvVYKZA9**

**The Fucking Metaverse: Season Trailer**
https://www.youtube.com/
265 · 24 Comments

Like         Comment         Share

**Yuga Labs**
15,937 followers
1mo · Edited

Curious about how Yuga Labs is redefining the culture of Web3? Mark your calendars! Join Yuga Labs co-founder Greg Solano during the Future of Crypto conference fireside chat on December 7th.

http://bit.ly/3VFSzhO

#futureofcrypto #web3 #yugalabs #nfts

**EXCLUSIVE: Yuga Labs Co-Founder Greg Solano, AKA Gargamel, Is Coming To Benzinga's Future Of Crypto Event: Here Are The Details - Ethereum (ETH/USD)**
benzinga.com

255 · 8 Comments

Like   Comment   Share

---

**Yuga Labs**
15,937 followers
1mo

Yuga Labs founders (and Miami natives!) met with the Mayor of Miami, Francis Suarez, during a #cafecitotalk to chat about their 305 roots and Yuga's plan to support arts and education in the community.

#tistheseason #web3 #nfts #yugalabs

http://bit.ly/3OM1rjO

**Cafecito Talk with Yuga Labs**
https://www.youtube.com/

188 · 11 Comments

Like   Comment   Share

---

**Yuga Labs**
15,937 followers
1mo

We're proud to announce that Yuga Labs, alongside the incredible team at NTS Radio, will be donating $150K to support the expansion of access to music programs and education for the youth of Miami. Learn more about this

impactful collaboration here: https://bit.ly/3iavpBt

#musiceducation #yugalabs #web3

Yuga Labs and NTS Radio Commit $150,000 to Expand Access to Youth Music Education in Miami
businesswire.com

146 · 7 Comments

Like    Comment    Share

Yuga Labs
15,937 followers
1mo

We're honored to announce the Punks Legacy Project, an initiative by Yuga Labs to donate iconic CryptoPunks from our collection to museums worldwide. We've gifted Punk #305 to the Institute of Contemporary Art, Miami, to kick it off!
Read the latest updates here  →   http://bit.ly/3UYGIuR
#nfts #web3 #cryptopunks #yugalabs

Yuga Labs wants to see more NFTs in museums. Its donating a CryptoPunk to a Miami museum to kick it off
fortune.com

500 · 28 Comments

Like    Comment    Share

## Similar pages

**Bored Ape Yacht Club**
Civic and Social Organizations

**Larva Labs**
Software Development

**Something New**
Design Services
NEW YORK, New York

**Doodles**
Software Development
Miami, Florida

Show more similar pages

## Browse jobs

**Art Director jobs**
53,920 open jobs

**Logistics Manager jobs**
62,545 open jobs

### Creative Producer jobs
4,837 open jobs

### Social Media Manager jobs
41,932 open jobs

### Producer jobs
102,799 open jobs

### Manager jobs
2,003,890 open jobs

### Accountant jobs
104,259 open jobs

### Community Manager jobs
128,583 open jobs

### Director jobs
1,374,979 open jobs

### Project Manager jobs
312,603 open jobs

Show more jobs like this

## Funding

Yuga Labs · 1 total round

### Last Round

Seed · Apr 22, 2022

# US$ 450.0M

Investors

a16z crypto

+ 38  Other investors

See more info on crunchbase

## More searches

© 2022

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language