# Exhibit 4

