ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants and<br>　　　　Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER REGARDING APEX DEPOSITIONS**<br><br>Magistrate Judge:<br>Honorable John E. McDermott |

I, Eric Ball, declare as follows:

　　1.　　I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc.

("Yuga Labs") in the above-captioned matter. Fenwick & West is also counsel to Yuga Labs on other matters. I make this declaration based on my own personal knowledge or information available to me. If called as a witness, I could testify competently to the facts set forth here.

2. Yuga Labs is an international company doing business in seven countries and with trademark filings in 120 countries. Yuga Labs operates six brands and today has 128 employees and works directly with at least another 60 persons or companies internationally.

3. Wylie Aronow and Greg Solano are co-founders of Yuga Labs and have been Co-Presidents and members of the Board of Directors (the "Board") since February 2022. Their duties include (subject to the control of the Board) the overall direction of the business; international partnerships; acting as general managers of Yuga Labs; exercising general supervision of the business, affairs and brands of Yuga Labs; presiding at all meetings of the stockholders; and having general charge of the property, agents and employees of Yuga Labs.

4. Yuga Labs' notice of deposition to Ryder Ripps, served on December 5, 2022, is attached as **Exhibit 1**. This deposition is confirmed to take place on January 12, 2023.

5. Yuga Labs' notice of deposition to Jeremy Cahen, served on December 5, 2022, is attached as **Exhibit 2**.

6. Yuga Labs' amended notice of deposition to Jeremy Cahen, served on December 20, 2022, is attached as **Exhibit 3**. This deposition is confirmed to take place on January 11, 2023.

7. Defendants' notice of 30(b)(6) deposition to Yuga Labs, served on December 9, 2022, is attached as **Exhibit 4**. This deposition is confirmed to take place on January 24, 2023.

8. Defendants' notice of deposition to Wylie Aronow, served on December 15, 2022, is attached as **Exhibit 5**.

9. Defendants' notice of deposition to Greg Solano, served on December 15, 2022, is attached as **Exhibit 6**.

10. Defendants' Initial Disclosures are attached as **Exhibit 7**.

11. A copy of email correspondence between the Parties' counsel is attached as **Exhibit 8**.

12. A December 16, 2022 tweet from Jeremy Cahen is attached as **Exhibit 9**.

13. A December 25, 2022 tweet from Jeremy Cahen is attached as **Exhibit 10**.

14. During the week of January 9, 2023, Mr. Solano is meeting with international business partners traveling to meet with him from Hong Kong.

15. During the week of January 9, 2023, Mr. Aronow has a pre-existing medical appointment in South Carolina.

16. On January 4, 2023, I conferred by video with Lead Counsel for Defendants regarding this *ex parte* application and the underlying issues. Lead Counsel for Defendants has been advised of the date and substance of this *ex parte* application.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this 5th day of January, 2023.

*/s/ Eric Ball*
Eric Ball