# Exhibit 3

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT JEREMY CAHEN** <br><br> Honorable John F. Walter |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Yuga Labs, Inc. ("Yuga Labs") will take the deposition by oral testimony of Defendant Jeremy Cahen.

The deposition will take place at 9:00 AM PST on January 11, 2022, at Veritext Court Reporting, 2049 Century Park E, Suite 2480, Century City, CA 90067. Yuga Labs will take this deposition before a notary public or other officer authorized by law to administer oaths, and the deposition will be recorded by stenographic and/or videographic means. The deposition will continue until completed or until the permissible time limit under the Federal Rules of Civil Procedure is reached. Yuga Labs intends to use the deposition for all lawful purposes contemplated by the Federal Rules of Civil Procedure, including, but not limited to, the trial of this action.

Dated: December 20, 2022                    FENWICK & WEST LLP

                                            By: */s/ Ethan M. Thomas*
                                                Ethan M. Thomas

                                            Attorneys for Plaintiff
                                            YUGA LABS, INC.

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following document: **PLAINTIFF YUGA LABS, INC.'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT JEREMY CAHEN** on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Henry Nikogosyan
Derek Gosma
Wilmer Cutler Pickering
Hale and Dorr LLP
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071

henry.nikogosyan@wilmerhale.com
derek.gosma@wilmerhale.com

Louis W. Tompros
Monica Grewal
Scott Bertulli
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109

louis.tompros@wilmerhale.com
monica.grewal@wilmerhale.com
scott.bertulli@wilmerhale.com

☑ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the email address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: December 20, 2022

/s/ *Ethan M. Thomas*
Ethan M. Thomas