# Exhibit 9

 PAULY ✓
@Pauly0x

Wylie Aronow will be deposed on January 9th.

Greg Solano will be deposed on January 11th.

For the first time ever, these two intellectual trolls will be forced to answer questions about their racist and Nazi Ponzi scheme.

They can no longer hide.



11:42 PM · Dec 16, 2022

5,044 Views    9 Retweets    1 Quote Tweet    64 Likes