# Exhibit 10

 **PAULY** ✔
@Pauly0x

It's deposition szn bitch. Get ready.



6:17 AM · Dec 25, 2022

**917** Views    **1** Retweet    **20** Likes