Name and address:
Melissa L. Lawton
Fenwik & West LLP
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff(s) <br> v. <br> RYDER RIPPS, JEREMY CAHEN, AND DOES 1-10, <br><br> Defendant(s). | CASE NUMBER <br> 2:22-CV-04355-JFW-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sillers, David Y.                                                          of    Clare Locke LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                       10 Prince Street
(202) 628-7400                                                                    Alexandria, VA 22314
*Telephone Number*          *Fax Number*
david@clarelocke.com
*E-Mail Address*                                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Yuga Labs, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**
Melissa L. Lawton                                                          of    Fenwick & West LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                        228 Santa Monica Boulevard, Suite 300
   225452             (310) 434-4300           (650) 938-5200                     Santa Monica, CA 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mlawton@fenwick.com
*E-Mail Address*                                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                                               _____
                                                                           **U.S. District Judge/U.S. Magistrate Judge**