ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Telephone: 310.434.4300

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S SPECIAL MOTION TO STRIKE COUNTERCLAIMS; PLAINTIFF YUGA LABS, INC.'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>Date: February 13, 2023<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Honorable John F. Walter |

I, Eric Ball declare:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues. I am Lead Counsel for Yuga Labs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this declaration in support of Yuga Labs' Special Motion to Strike Counterclaims and Motion to Dismiss Counterclaims for the following reasons.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a public post made by Defendant Ryder Ripps ("Ripps") on Twitter on December 6, 2021, available at https://twitter.com/ryder_ripps/status/1467851804654194693.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the image shown at the link https://i.imgur.com/sACpGCp.gif, referenced and linked to in Paragraph 62 of Defendants' Answer and Counterclaims (ECF 65).

5. Attached hereto as **Exhibit 3** is a true and correct copy of Ripps' "Bored Ape Yacht Club" Foundation listing page at https://foundation.app/collection/bayc?tab=artworks captured by the Wayback Machine on May 21, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Yuga Labs' OpenSea listing page at https://opensea.io/collection/boredapeyachtclub captured by the Wayback Machine on May 17, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of communications in a private Discord channel ("Team Ape Market") between Defendant Jeremy Cahen ("Cahen"), Thomas Lehman, and Ryan Hickman regarding Ripps' Foundation contract for the RR/BAYC NFTs.[1]

---

[1] Exhibits 5 and 7 are excerpts from communications produced by Defendants in

8. Attached hereto as **Exhibit 6** are true and correct copies of public posts made by Ripps on Twitter on May 17, 2022, available at https://twitter.com/ryder_ripps/status/1526657894829109248 and https://twitter.com/ryder_ripps/status/1526692649691860992.

9. On June 8, 2022, Ripps and Cahen discussed the removals and reinstatements of Ripps' RR/BAYC NFT collection on OpenSea in a private Discord channel ("Team Ape Market") among Defendants, Thomas Lehman, and Ryan Hickman. Attached hereto as **Exhibit 7** is a true and correct copy of Team Ape Market communications taking place from 12:37 p.m. PST to 12:39 p.m. PST.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a public post made by Cahen on Twitter on June 8, 2022, available at https://twitter.com/Pauly0x/status/1534622052719775745.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a public post made by Ripps on Twitter on June 22, 2022, available at https://twitter.com/ryder_ripps/status/1539662151530741760.

12. Attached hereto as **Exhibit 10** are true and correct copies of public posts made by Cahen on Twitter on September 27, 2022 and October 9, 2022, available at https://twitter.com/Pauly0x/status/1574853566648397824 and https://twitter.com/Pauly0x/status/1579195528008503297.

13. Attached hereto as **Exhibit 11** are true and correct copies of a public post made by Cahen on Twitter on January 11, 2023, available at https://twitter.com/Pauly0x/status/1613378307935830017, and a public post made by Ripps on Twitter on January 12, 2023, available at https://twitter.com/ryder_ripps/status/1613740780816072704.

---

discovery in this matter. The parties conferred pursuant to Local Rule 79-5.2.2(b), and Defendants do not oppose the public filing of these exhibits.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a public post made by Cahen on Twitter on November 10, 2022, available at https://twitter.com/Pauly0x/status/1590828300775358464.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a public post made by Ripps on Twitter on December 27, 2022, available at https://twitter.com/ryder_ripps/status/1607873778524258305.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a public post made by Ripps on Twitter on December 29, 2022, available at https://twitter.com/ryder_ripps/status/1608416010666926080.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a public post made by Ripps on Twitter on January 5, 2023, available at https://twitter.com/ryder_ripps/status/1610896849447317506.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a public post made by Cahen on Twitter on January 2, 2023, available at https://twitter.com/Pauly0x/status/1610117073228677120.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a public post made by Cahen on Twitter on January 3, 2023, quoting a public post made by Ripps on the same day, available at https://twitter.com/Pauly0x/status/1610249751106052099.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a public post made by Ripps on Twitter on December 30, 2022, available at https://twitter.com/ryder_ripps/status/1608945758119813120.

21. Attached hereto as **Exhibit 19** is a true and correct copy of public posts made by Ripps and Rodney Ripps on Twitter on October 18, 2022, available at https://twitter.com/rodneyripps/status/1582535062654160896.

22. Attached hereto as **Exhibit 20** is a true and correct copy of public posts made by Cahen and Rodney Ripps on Twitter on October 25, 2022, available at https://twitter.com/rodneyripps/status/1585031753387094017.

23. Yuga Labs does not possess any copyright registrations, including any for the Bored Ape images.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed in California this 16th day of January, 2023.

*/s/ Eric Ball*
Eric Ball