# Exhibit 2

Exhibit 2
Page 7



Exhibit 2
Page 8