# Exhibit 3

Exhibit 3
Page 9



Exhibit 3
Page 10