# Exhibit 4

Exhibit 4
Page 11



Exhibit 4
Page 12