# Exhibit 5

Exhibit 5
Page 13

**middlemarch.eth** Listing is 100k gas each time

Avatar **Pauly Shore**  18-May-22 09:21 PM
Crazy

Avatar **hwonder**  18-May-22 09:26 PM
that base URI is problematic ....

Avatar **middlemarch.eth**  18-May-22 09:27 PM
Yeah the "helper contract" would need to know the right URI to mint based on what has already been minted even tho the token ids don't match up

 1

Not really for sure

Avatar **Pauly Shore**  18-May-22 09:28 PM
Sounds tricky

Avatar **middlemarch.eth**  18-May-22 09:28 PM
I didn't test it haha I just tested the very basics
I think we can figure it out

Avatar **hwonder**  18-May-22 09:28 PM
actually... base URI... is just ipfs...
so can be prefixed
base_uri: ipfs://
token_uri: path/to/wherever

hwonder base_uri: ipfs:// token_uri: path/to/wherever
Avatar **Pauly Shore**  18-May-22 09:31 PM

Image attachment

 2

Avatar **Pauly Shore**  18-May-22 09:42 PM
Ryder is saying that he is the owner of the contract so he can send it
They can transfer ownership of a collection and that is a different contract?

Avatar **hwonder**  18-May-22 09:45 PM

**Exhibit 5**
**Page 14**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00002290

its factory

its a little hairy

factory + suite

but i am almost complete in new test

 1

**Pauly Shore**  18-May-22 09:47 PM

I can have him email them or try to reach his contact there

He just doesn't understand what the ask is

**middlemarch.eth**  18-May-22 09:55 PM

Ryder is the owner of the BAYC contract which allows him (and only him) to mint

We can make another contract the owner, which sounds kind of weird I admit, and then that contract can mint

Ryder cannot transfer ownership himself, which is annoying

**Pauly Shore**  18-May-22 09:56 PM

Copy that

**middlemarch.eth**  18-May-22 09:56 PM

Bc of what h is saying

**Pauly Shore**  18-May-22 09:56 PM

Got it

**middlemarch.eth**  18-May-22 09:57 PM

The normal way is the owner has the power, so this does raise questions about foundation as the best place to generate your contracts

**Pauly Shore**  18-May-22 09:57 PM

Right

**hwonder**  18-May-22 09:59 PM

timing gwei it's all relative ... simply web3 call from ryders end, he could mint them up in a multi call

Image attachment

we use multi call wrapper ... this will get job done

**middlemarch.eth**  18-May-22 10:01 PM

That's a good point I hadn't thought about making him the operator!

Could it be packaged with the users payment somehow?

**Pauly Shore**  18-May-22 10:04 PM

It's extremely entertaining watching you guys problem solve life like this, I LOVE IT

**Exhibit 5**
**Page 15**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**RIPPSCAHEN00002291**