# Exhibit 6

Exhibit 6
Page 16



Exhibit 6
Page 17



Exhibit 6
Page 18