# Exhibit 7

**Exhibit 7
Page 19**

**middlemarch.eth** 08-Jun-22 03:36 PM
Like what argument was even made??

**ryder** 08-Jun-22 03:36 PM
i give it 2hours

> **middlemarch.eth** Like what argument was even made??

**Pauly Shore** 08-Jun-22 03:36 PM
No argument needs to be made
Our attorney just writes them for us
And they do what she says

**middlemarch.eth** 08-Jun-22 03:37 PM
Why wouldn't they just say "this is confusing, we don't want it's
How does she overcome that I mean
This lawyer must be amazing lol

> **middlemarch.eth** Why wouldn't they just say "this is confusing, we don't want it's

**hwonder** 08-Jun-22 03:37 PM
DMCA / UGC .... the stuff dreams are made of

**ryder** 08-Jun-22 03:37 PM
i think theres 0 actual humans at opensea
and its all outsourced
and its basically bots doing stuff and like indian call centers doing stuff
and theres very little oversight

**hwonder** 08-Jun-22 03:38 PM
im dying over here
lol
🖼 1
😂

**ryder** 08-Jun-22 03:38 PM
they probably have a guideline on how to do things
and like if the lawyer asks
let it back up
then the bot takes it down
repeat

> **ryder** i think theres 0 actual humans at opensea

**Pauly Shore** 08-Jun-22 03:38 PM
Yes

**ryder** 08-Jun-22 03:39 PM
it is funny exploit for marketing though

> **ryder** it is funny exploit for marketing though

**Pauly Shore** 08-Jun-22 03:39 PM
Yes

**ryder** 08-Jun-22 03:39 PM