# Exhibit 8

**Exhibit 8**
**Page 21**




Exhibit 8
Page 22