# Exhibit 11

Exhibit 11
Page 28



**PAULY** ✓
@Pauly0x

Today, I gave a 7 hour recorded deposition.

Meanwhile... Greg Solano aka @cryptogarga, founder of @YugaLabs did not show up for his scheduled deposition.



7:32 PM · Jan 11, 2023 · 43.4K Views

70 Retweets   14 Quote Tweets   423 Likes

**Exhibit 11**
**Page 29**



Exhibit 11
Page 30