# Exhibit 12

Exhibit 12
Page 31

 **PAULY** ✓
@Pauly0x

For the rest of my life, I will be known for publicly destroying of a group of VC & celebrity backed, 4chan neo-Nazi trolls who sold billions of dollars worth of racist monkey clip art as NFTs and told you it came with IP rights.

And I am perfectly ok with that. 🤝



2:06 PM · Nov 10, 2022

12 Retweets    107 Likes

Exhibit 12
Page 32