# Exhibit 17

Exhibit 17
Page 41



**PAULY** ✓
@Pauly0x

We supplied over 200,000 private communications*

YugaLabs has supplied something like 200 documents.


We are looking forward to our 7 hour video recorded depositions, while they are doing everything possible to avoid them.

Their fear is real.

FAFO



Exhibit 17
Page 42



> **RYDER RIPPS** 🔜 ✅ @ryder_ripps · Jan 3
> FTX/apecoin/yuga lawyers, Fenwick & West on behalf of YugaLabs is supplying 0 discovery, we supplied over 200k communications.. they supply nearly nothing.. scared much? what you hiding? you guys sued me and i have nothing to hide. Worry about the SEC.

4:20 AM · Jan 3, 2023 · **3,540** Views

**7** Retweets   **30** Likes

Exhibit 17
Page 43