# Exhibit 18

**Exhibit 18**
**Page 44**

 RYDER RIPPS 🚀 ✔
@ryder_ripps

···

u fucked around, u summon Kali, and now about to find out what happens next Wylie.



1:58 PM · Dec 30, 2022 · 3,900 Views

Exhibit 18
Page 45

13 Retweets    53 Likes

Exhibit 18
Page 46