# Exhibit 19

Exhibit 19
Page 47



**RYDER RIPPS** 🫡 ✅ @ryder_ripps · Oct 18, 2022

they changed my description on this nepotistic contest.. proves the biased of this disgusting industry of scammers masquerading as tech entrepreneurs. also, how is noah davis an artist hes never produced art, hes a salesman. ps, vote for me. coindesk.com/layer2/2022/10…



💬 32   🔁 27   ♥ 99   ⬆



**rodney ripps**
@rodneyripps

Replying to @ryder_ripps

Son of Mac Davis , trust fund kid . Salesman at Christie's last year when I put a piece of art up for auction . No way an artist . Never heard of him in over 40 years in the art world .
Father , Mac was a cool singer. RIP

5:52 PM · Oct 18, 2022

9 Likes

Exhibit 19
Page 48