UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER ON PLAINTIFF YUGA LABS, INC.'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS COUNTERCLAIMS** |

After considering the parties' moving, opposing, and reply papers, and the arguments therein, in connection with Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Motion to Strike and Motion to Dismiss Defendants Ryder Ripps and Jeremy Cahen's counterclaims (ECF 65), the Court rules as follows:

The Court takes judicial notice of the materials referred to in Yuga Labs' Request for Judicial Notice in support of its Motion to Strike and Motion to Dismiss.

IT IS HEREBY ORDERED THAT Yuga Labs' motion to strike Defendants' state-law counterclaims (Counts 4, 5, and 6) pursuant to California's anti-SLAPP statute is GRANTED. Defendants shall pay Yuga Labs' attorneys' fees and costs in connection with this motion pursuant to Cal. Civ. Proc. Code § 425.16(c).

IT IS FURTHER ORDERED that Yuga Labs' motion to dismiss Defendants' federal-law counterclaims (Counts 1, 2, and 3) pursuant to Fed. R. Civ. P. 12(b)(1) and (6) is GRANTED.

Counsel for Yuga Labs and counsel for Defendants shall confer regarding the payment of fees and costs, and, if necessary, Yuga Labs shall file a motion under Local Rule 7-4.

Dated: _____

                                                    Honorable John F. Walter
                                                    United States District Judge