ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Telephone:  310.434.4300

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>          Plaintiff and<br>          Counterclaim Defendant,<br><br>     v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>          Defendants and<br>          Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S SPECIAL MOTION TO STRIKE COUNTERCLAIMS; PLAINTIFF YUGA LABS, INC.'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>Date:        February 27, 2023<br>Time:        1:30 p.m.<br>Courtroom: 7A<br>Judge:      Honorable John F. Walter |

Fenwick & West LLP
Attorneys at Law

I, Eric Ball declare:

1.      I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues.  I am Lead Counsel for Yuga Labs in this action.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.      I submit this declaration in support of Yuga Labs' Special Motion to Strike Counterclaims and Motion to Dismiss Counterclaims for the following reasons.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a public post made by Defendant Ryder Ripps ("Ripps") on Twitter on December 6, 2021, available at https://twitter.com/ryder_ripps/status/1467851804654194693.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the image shown at the link https://i.imgur.com/sACpGCp.gif, referenced and linked to in Paragraph 62 of Defendants' Answer and Counterclaims (ECF 65).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Ripps' "Bored Ape Yacht Club" Foundation listing page at https://foundation.app/collection/bayc?tab=artworks captured by the Wayback Machine on May 21, 2022.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Yuga Labs' OpenSea listing page at https://opensea.io/collection/boredapeyachtclub captured by the Wayback Machine on May 17, 2022.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of communications in a private Discord channel ("Team Ape Market") between Defendant Jeremy Cahen ("Cahen"), Thomas Lehman, and Ryan Hickman regarding Ripps' Foundation contract for the RR/BAYC NFTs.[1]

---

[1] Exhibits 5 and 7 are excerpts from communications produced by Defendants in

FENWICK & WEST LLP
ATTORNEYS AT LAW

8.      Attached hereto as **Exhibit 6** are true and correct copies of public posts made by Ripps on Twitter on May 17, 2022, available at https://twitter.com/ryder_ripps/status/1526657894829109248 and https://twitter.com/ryder_ripps/status/1526692649691860992.

9.      On June 8, 2022, Ripps and Cahen discussed the removals and reinstatements of Ripps' RR/BAYC NFT collection on OpenSea in a private Discord channel ("Team Ape Market") among Defendants, Thomas Lehman, and Ryan Hickman.  Attached hereto as **Exhibit 7** is a true and correct copy of Team Ape Market communications taking place from 12:37 p.m. PST to 12:39 p.m. PST.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a public post made by Cahen on Twitter on June 8, 2022, available at https://twitter.com/Pauly0x/status/1534622052719775745.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a public post made by Ripps on Twitter on June 22, 2022, available at https://twitter.com/ryder_ripps/status/1539662151530741760.

12.     Attached hereto as **Exhibit 10** are true and correct copies of public posts made by Cahen on Twitter on September 27, 2022 and October 9, 2022, available at https://twitter.com/Pauly0x/status/1574853566648397824 and https://twitter.com/Pauly0x/status/1579195528008503297.

13.     Attached hereto as **Exhibit 11** are true and correct copies of a public post made by Cahen on Twitter on January 11, 2023, available at https://twitter.com/Pauly0x/status/1613378307935830017, and a public post made by Ripps on Twitter on January 12, 2023, available at https://twitter.com/ryder_ripps/status/1613740780816072704.

---

discovery in this matter.  The parties conferred pursuant to Local Rule 79-5.2.2(b), and Defendants do not oppose the public filing of these exhibits.

Fenwick & West LLP
Attorneys at Law

14.     Attached hereto as **Exhibit 12** is a true and correct copy of a public post made by Cahen on Twitter on November 10, 2022, available at https://twitter.com/Pauly0x/status/1590828300775358464.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a public post made by Ripps on Twitter on December 27, 2022, available at https://twitter.com/ryder_ripps/status/1607873778524258305.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a public post made by Ripps on Twitter on December 29, 2022, available at https://twitter.com/ryder_ripps/status/1608416010666926080.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a public post made by Ripps on Twitter on January 4, 2023, available at https://twitter.com/ryder_ripps/status/1610896849447317506.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a public post made by Cahen on Twitter on January 2, 2023, available at https://twitter.com/Pauly0x/status/1610117073228677120.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a public post made by Cahen on Twitter on January 3, 2023, quoting a public post made by Ripps on the same day, available at https://twitter.com/Pauly0x/status/1610249751106052099.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a public post made by Ripps on Twitter on December 30, 2022, available at https://twitter.com/ryder_ripps/status/1608945758119813120.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of public posts made by Ripps and Rodney Ripps on Twitter on October 18, 2022, available at https://twitter.com/rodneyripps/status/1582535062654160896.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of public posts made by Cahen and Rodney Ripps on Twitter on October 25, 2022, available at https://twitter.com/rodneyripps/status/1585031753387094017.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1       23.    Yuga Labs does not possess any copyright registrations, including any

2   for the Bored Ape images.

3

4       I declare under penalty of perjury under the laws of the State of California and

5   of the United States that, to the best of my knowledge, the foregoing is true and

6   correct.  Executed in California this 18th day of January, 2023.

7

8

9                                       */s/ Eric Ball*

10                                      Eric Ball

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALL DECLARATION ISO YUGA LABS' SPECIAL
MOTION TO STRIKE COUNTERCLAIMS; MOTION TO
DISMISS COUNTERCLAIMS

4

Case No. 2:22-cv-04355-JFW-JEM