# Exhibit 1

Exhibit 1
Page 5



**RYDER RIPPS** SOON ✅
@ryder_ripps

this is mostly a test, i would like to get a DMCA, challenge it, then i would like to get sued, argument being the work is derivative of the 10k other apes, adidas owns nothing, without a real contract, the artist who drew it owns all 10k.

5:41 AM · Dec 6, 2021

**9** Retweets   **5** Quote Tweets   **52** Likes

Exhibit 1
Page 6