# Exhibit 8

**Exhibit 8
Page 21**



Exhibit 8
Page 22