# Exhibit 9

**Exhibit 9
Page 23**



**RYDER RIPPS** @ryder_ripps · Jun 21, 2022
do people realize we have won 5 take down requests against OpenSea? lol
97   116   767

**julie** @jsigwart · Jun 21, 2022
Replying to @ryder_ripps
you haven't "won" against Opensea. they just followed DMCA law. now there's over 3,200 ETH in damages BAYC can claim, you'll probably get to learn the next step in the DMCA process.
6   2   38

**RYDER RIPPS** @ryder_ripps
Replying to @jsigwart
none of their take downs were dmca.
10:30 AM · Jun 22, 2022

1 Like

Exhibit 9
Page 24