# Exhibit 10

Exhibit 10
Page 25



**PAULY** ✓
@Pauly0x

Repeat after me:

YugaLabs does not defend copyright in court. There is no IP.

YugaLabs is suing two creators for trademark infringement.

YugaLabs holds 0 registered trademarks in the United States.

1:08 PM · Sep 27, 2022

15 Retweets   1 Quote Tweet   97 Likes

Exhibit 10
Page 26



Exhibit 10
Page 27