# Exhibit 11

Exhibit 11
Page 28



Exhibit 11
Page 29



Exhibit 11
Page 30