# Exhibit 13

Exhibit 13
Page 33



**RYDER RIPPS** 🅂🄾🄾🄽 ✓
@ryder_ripps

its pretty hysterical Yuga's lawsuit opens with a ridiculous lie and our counter opens to refuting it,

Ryder Ripps (Mr. Ripps) and Jeremy Cahen (Mr. Cahen) (collectively, "Defendants") deny that Forbes has described the Bored Ape NFTs as "the epitome of coolness for many"

2:59 PM · Dec 27, 2022 · **5,236** Views

**1** Retweet  **55** Likes

Exhibit 13
Page 34