# Exhibit 14

Exhibit 14
Page 35



**RYDER RIPPS** SOON ✓
@ryder_ripps

that lie/claim will forever go down in infamy regardless of the outcome of this case.. its just way too funny and stupid

2:53 AM · Dec 29, 2022 · **1,629** Views

27 Likes

Exhibit 14
Page 36