# Exhibit 15

Exhibit 15
Page 37



**RYDER RIPPS** 🔜 ✓
@ryder_ripps

in finding their alibi for covering up the fact that "yuga labs" is named after "kali yuga" (cofounder wylies scrubbed twitter bio indicates such) they basically COPY PASTED the wiki of the zelda character they "are such big fans of" so silly



11:11 PM · Jan 4, 2023 · **4,918** Views

**4** Retweets   **1** Quote Tweet   **33** Likes

Exhibit 15
Page 38