# Exhibit 16

**Exhibit 16
Page 39**



**PAULY** ✓
@Pauly0x

NFTs are not art, but this is.



7:33 PM · Jan 2, 2023 · **4,236** Views

**9** Retweets  **45** Likes

Exhibit 16
Page 40