# Exhibit 17

Exhibit 17
Page 41



**PAULY** ✓
@Pauly0x

We supplied over 200,000 private communications*

YugaLabs has supplied something like 200 documents.
🤣

We are looking forward to our 7 hour video recorded depositions, while they are doing everything possible to avoid them.

Their fear is real.

FAFO



Exhibit 17
Page 42





4:20 AM · Jan 3, 2023 · **3,540** Views

**7** Retweets   **30** Likes

Exhibit 17
Page 43