# Exhibit 18

**Exhibit 18
Page 44**



**RYDER RIPPS** 🔜 ✓
@ryder_ripps

u fucked around, u summon Kali, and now about to find out what happens next Wylie.



1:58 PM · Dec 30, 2022 · 3,900 Views

Exhibit 18
Page 45

13 Retweets   53 Likes

**Exhibit 18
Page 46**