# Exhibit 20

Exhibit 20
Page 49





rodney ripps
@rodneyripps

Replying to @PaulyOx

Nice

3:13 PM · Oct 25, 2022

2 Likes

Exhibit 20
Page 50