# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER** |

On December 27, 2022, Defendants filed and served their counterclaims (Dkt. 65). On January 18, 2023, twenty-two days after Defendants' filed and served their counterclaims, Plaintiff filed a special motion to strike and motion to dismiss Defendants' counterclaims (Dkt. 89).

Plaintiff's motion was untimely under Federal Rule of Civil Procedure 12(a)(1)(B). Plaintiff did not seek, nor did this Court grant, leave to file a motion or answer out of time. Accordingly, IT IS HEREBY ORDERED THAT:

1.   Plaintiff Yuga Labs, Inc.'s Special Motion To Strike Counterclaims and Motion To Dismiss Counterclaims (Dkt. 89) is DENIED as untimely.

**IT IS SO ORDERED.**

Dated: _____   By: _____
       Honorable John F. Walter
       United States District Judge

2
[PROPOSED] ORDER DENYING YUGA'S MOTION TO STRIKE AND DISMISS AS UNTIMELY
Case No. 2:22-cv-04355-JFW-JEM