1   ERIC BALL (CSB No. 241327)
    eball@fenwick.com
2   KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
3   FENWICK & WEST LLP
    801 California Street
4   Mountain View, CA 94041
    Telephone: 650.988.8500
5   Fax: 650.938.5200

6   ANTHONY M. FARES (CSB No. 318065)
    afares@fenwick.com
7   ETHAN M. THOMAS (CSB No. 338062)
    ethomas@fenwick.com
8   FENWICK & WEST LLP
    555 California Street, 12th Floor
9   San Francisco, CA 94104
    Telephone: 415.875.2300
10  Fax: 415.281.1350

11  *Attorneys for Plaintiff*
    *Yuga Labs, Inc.*

LOUIS W. TOMPROS (*pro hac vice*)
louis.tompros@wilmerhale.com
MONICA GREWAL (*pro hac vice*)
monica.grewal@wilmerhale.com
SCOTT W. BERTULLI (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

DEREK GOSMA (SBN 274515)
derek.gosma@wilmerhale.com
HENRY NIKOGOSYAN (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants*
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-4355-JFW-JEM <br><br> **JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE** <br><br> Judge: John F. Walter |

1    Pursuant to the Court's October 21, 2022 Order, ECF No. 56, Plaintiff Yuga

2  Labs, Inc. ("Plaintiff") and Defendants Ryder Ripps and Jeremy Cahen

3  ("Defendants") conducted mediation on January 19, 2023 before Hon. Suzanne H.

4  Segal (Ret.).  The parties now respectfully submit this Joint Report following the

5  mediation.  The parties explored settlement options but did not reach a settlement.

6

7                                              Respectfully submitted,

8  Dated:  January 24, 2023

9  By: */s/   Anthony M. Fares*                    By: */s/ Henry Nikogosyan*
   Eric Ball (CSB No. 241327)                 Derek Gosma (SBN 274515)
10  eball@fenwick.com                          derek.gosma@wilmerhale.com
   Kimberly Culp (CSB No. 238839)             Henry Nikogosyan (SBN 326277)
11  kculp@fenwick.com                          henry.nikogosyan@wilmerhale.com
   FENWICK & WEST LLP                         WILMER CUTLER PICKERING
12  801 California Street                       HALE AND DORR LLP
13  Mountain View, CA 94041                    350 South Grand Ave., Suite 2400
   Telephone: 650.988.8500                    Los Angeles, CA 90071
14  Fax: 650.938.5200                          Telephone: (213) 443-5300
15                                              Fax: (213) 443-5400

16  Anthony M. Fares (CSB No. 318065)
17  afares@fenwick.com                         Louis W. Tompros (*pro hac vice*)
   Ethan M. Thomas (CSB No. 338062)           louis.tompros@wilmerhale.com
18  ethomas@fenwick.com                        Monica Grewal (*pro hac vice*)
   FENWICK & WEST LLP                         monica.grewal@wilmerhale.com
19  555 California Street, 12th Floor           Scott W. Bertulli (*pro hac vice*)
20  San Francisco, CA 94104                    scott.bertulli@wilmerhale.com
   Telephone: 415.875.2300                    WILMER CUTLER PICKERING
21  Fax: 415.281.1350                          HALE AND DORR LLP
22                                              60 State Street
   *Attorneys for Plaintiff Yuga Labs, Inc.*    Boston, MA 02109
23                                              Telephone: (617) 526-6000
24                                              Fax: (617) 526-5000

25
26                                              *Attorneys for Defendants*
                                               *Ryder Ripps and Jeremy Cahen*
27

28

1

**ATTESTATION OF CONCURRENCE IN FILING**

2      Pursuant to the United States District Court for the Central District of

3  California's Civil L.R. 5-4.3.4(a)(2)(i), Anthony M. Fares attests that concurrence in

4  the filing of this document has been obtained from Henry Nikogosyan.

5

6  Dated:  January 24, 2023                    */s/ Anthony M. Fares*
                                              Anthony M. Fares

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28