Name and address:
Melissa L. Lawton
Fenwik & West LLP
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., | CASE NUMBER |
| Plaintiff(s) | 2:22-CV-04355-JFW-JEM x |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, ~~AND DOES 1-10,~~ | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sillers, David Y.  of  Clare Locke LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  10 Prince Street
(202) 628-7400  Alexandria, VA 22314
*Telephone Number*   *Fax Number*
david@clarelocke.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Yuga Labs, Inc.

Name(s) of Party(ies) Represented:  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Melissa L. Lawton  of  Fenwick & West LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  228 Santa Monica Boulevard, Suite 300
225452   (310) 434-4300   (650) 938-5200  Santa Monica, CA 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mlawton@fenwick.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  1/26/23

*U.S. District Judge*/~~U.S. Magistrate Judge~~