Name and address:
Melissa L. Lawton
Fenwik & West LLP
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff(s) <br> v. <br> RYDER RIPPS, JEREMY CAHEN, AND DOES 1-10, <br><br> Defendant(s). | CASE NUMBER <br> 2:22-CV-04355-JFW-JEM x <br><br> (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Humphrey, Kathryn G.     of    Clare Locke LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*           10 Prince Street
(202) 628-7400                                                          Alexandria, VA 22314
*Telephone Number*   *Fax Number*
kathryn@clarelocke.com
*E-Mail Address*                                                       *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Yuga Labs, Inc.

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel
Melissa L. Lawton                       of   Fenwick & West LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   228 Santa Monica Boulevard, Suite 300
225452   (310) 434-4300   (650) 938-5200      Santa Monica, CA 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mlawton@fenwick.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
[ ] for failure to complete Application: _____
[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
[ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated  1/26/23

U.S. District Judge/~~U.S. Magistrate Judge~~