1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  **WILMER CUTLER PICKERING
    HALE AND DORR LLP**
5  60 State Street
   Boston, MA 02109
6  Telephone: (617) 526-6000
   Fax: (617) 526-5000
7
   Derek Gosma (SBN 274515)
8  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
9  henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
10   HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
11 Los Angeles, CA 90071
   Telephone: (213) 443-5300
12 Fax: (213) 443-5400

13 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*
14

15                 **UNITED STATES DISTRICT COURT**

16                 **CENTRAL DISTRICT OF CALIFORNIA**

17                       **WESTERN DIVISION**

18
   | | |
   |---|---|
   | Yuga Labs, Inc.,<br><br>         Plaintiff and Counterclaim Defendant<br><br>   v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>         Defendants and Counterclaim Plaintiffs | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF LOUIS TOMPROS IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION TO YUGA LABS, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. John F. Walter |

1

# DECLARATION OF LOUIS TOMPROS IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION

I, Louis Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants/Counter-Plaintiffs Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of Mr. Ripps and Mr. Cahen's propsed Amended Counter-Complaint is attached as Exhibit 1.

3. A true and correct copy of the January 18, 2023 email from me to Yuga's counsel is attached as Exhibit 2.

4. A true and correct copy of the article "Yuga Labs Claims Its Bored Apes Have Copyright, Even if It Never Filed for Protection" written by Kyle Barr for Gizmodo and available at: https://gizmodo.com/yuga-labs-nfts-bored-apes-copyright-1850042639 is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on February 6, 2023.

/s/ Louis W. Tompros
Louis W. Tompros