# Exhibit 2

**Melendez, Andrew P.**

| | |
|---|---|
| **From:** | Tompros, Louis W. |
| **Sent:** | Wednesday, January 18, 2023 7:29 PM |
| **To:** | WH Ripps-Yuga Labs Team |
| **Subject:** | FW: Activity in Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al Motion to Strike |

**From:** Tompros, Louis W.
**Sent:** Wednesday, January 18, 2023 4:28 PM
**To:** Anthony Fares <AFares@fenwick.com>; david@clarelocke.com; Eric Ball (eball@fenwick.com) <eball@fenwick.com>; Ethan Thomas (EThomas@fenwick.com) <ethomas@fenwick.com>; kathryn@clarelocke.com; Kimberly Culp <KCulp@fenwick.com>; megan@clarelocke.com; mlawton@fenwick.com
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>
**Subject:** RE: Activity in Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al Motion to Strike

Counsel for Yuga,

Can you please explain why this motion is not untimely?

Thanks,
--Louis

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Wednesday, January 18, 2023 3:52 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al Motion to Strike

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges,

download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Ball, Eric on 1/18/2023 at 3:51 PM PST and filed on 1/18/2023
**Case Name:**     Yuga Labs, Inc. v. Ripps et al
**Case Number:**    2:22-cv-04355-JFW-JEM
**Filer:**         Yuga Labs, Inc.
**Document Number:** 89

**Docket Text:**
**NOTICE OF MOTION AND MOTION to Strike Counterclaims; Plaintiff Yuga Labs, Inc.'s Motion to Dismiss Counterclaims filed by Plaintiff Yuga Labs, Inc.. Motion set for hearing on 2/27/2023 at 01:30 PM before Judge John F. Walter. (Attachments: # (1) Plaintiff Yuga Labs, Inc.'s Request for Judicial Notice, # (2) Proposed Order, # (3) Declaration of Eric Ball in Support of Plaintiff Yuga Labs, Inc.'s Special Motion to Strike Counterclaims; Motion to Dismiss Counterclaims, # (4) Exhibit 1 - December 6, 2021 Ripps Twitter post, # (5) Exhibit 2 - Image of link referenced in para 62, Dkt 65, # (6) Exhibit 3 - May 21, 2022 Wayback Machine capture, # (7) Exhibit 4 - May 17, 2022 Wayback Machine capture, # (8) Exhibit 5 - May 18, 2022 Team Ape Market communications, # (9) Exhibit 6 - May 17, 2022 Ripps Twitter posts, # (10) Exhibit 7 - June 8, 2022 Team Ape Market communications, # (11) Exhibit 8 - June 8, 2022 Cahen Twitter post, # (12) Exhibit 9 - June 22, 2022 Ripps Twitter post, # (13) Exhibit 10 - Cahen Twitter posts of 9 - 27 - 22 and 10 - 9 - 22, # (14) Exhibit 11 - Cahen and Ripps Twitter posts of 1 - 11 - 23 and 1 - 12 - 23, # (15) Exhibit 12 - November 10, 2022 Cahen Twitter post, # (16) Exhibit 13 - December 27, 2022 Ripps Twitter post, # (17) Exhibit 14 - December 29, 2022 Ripps Twitter post, # (18) Exhibit 15 - January 5, 2023 Ripps Twitter post, # (19) Exhibit 16 - January 2, 2023 Cahen Twitter post, # (20) Exhibit 17 - January 3, 2023 Cahen Twitter post, # (21) Exhibit 18 - December 30, 2022 Ripps Twitter post, # (22) Exhibit 19 - October 18, 2022 Deft Ripps and Rodney Ripps Twitter posts, # (23) Exhibit 20 - October 25, 2022 Cahen and Rodney Ripps Twitter posts) (Ball, Eric)**

**2:22-cv-04355-JFW-JEM Notice has been electronically mailed to:**

Anthony Michael Fares     AFares@fenwick.com, anthony-fares-1165@ecf.pacerpro.com, rpelayo@fenwick.com

David Y Sillers    david@clarelocke.com

Derek A. Gosma     derek.gosma@wilmerhale.com

Eric J Ball     eball@fenwick.com, bwalrod@fenwick.com, dklaeren@fenwick.com, eric-ball-4752@ecf.pacerpro.com

Ethan Michael Thomas     ethomas@fenwick.com, ethan-thomas-2866@ecf.pacerpro.com, rpelayo@fenwick.com

Henry Michael Nikogosyan     Henry.Nikogosyan@wilmerhale.com

Kathryn G. Humphrey     kathryn@clarelocke.com

Kimberly Irene Culp Cloyd     KCulp@fenwick.com, kimberly-culp-5037@ecf.pacerpro.com, MGuidoux@fenwick.com

Louis W. Tompros     louis.tompros@wilmerhale.com, whdocketing@wilmerhale.com

Megan L. Meier     megan@clarelocke.com

Melissa Leigh Lawton     mlawton@fenwick.com, dskarloken@fenwick.com, melissa-lawton-1869@ecf.pacerpro.com

Monica Grewal     monica.grewal@wilmerhale.com

Scott W. Bertulli     scott.bertulli@wilmerhale.com

**2:22-cv-04355-JFW-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2023 01 18 Motion to Dismiss Counterclaims.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-0
] [2d7f7ea1bae91e56609fd007a93f1f6a546ea4cdb66a638ce71fc3056d71146ee83
8abbb90da54074d8e2976064aad5c464e9359742398d49364260518ce0d5b]]
**Document description:** Plaintiff Yuga Labs, Inc.'s Request for Judicial Notice
**Original filename:** C:\fakepath\2023 01 18 Request for Judicial Notice.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
] [a8f51810af733f20668152a8868d8a5c3e028ba2877b9e21ed12540bd3786f362d2
c8b3be54710ae8b92139e92abcb209b49fb9726c6de00b749f8fd1deb355d]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\2023 01 18 Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-2
] [2d23ce3688a2206d3a7c6e3925feff2f5262e293d6eb9af7dad25aa9ce6e52c68ef
1c6e0fbf437fca2623738cb5678915bafae9c6c454d51c00d9b14a61e6a77]]
**Document description:** Declaration of Eric Ball in Support of Plaintiff Yuga Labs, Inc.'s Special Motion to Strike Counterclaims; Motion to Dismiss Counterclaims
**Original filename:** C:\fakepath\2023 01 18 Decl of Eric Ball ISO Motion to Dismiss Counterclaims.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-3
] [145755329cb681442d0b91b939a22395bd76b2baca44ea230f8b331b9057139ee2e
691d9d02040cc14a26a69c7326765e29ccb3440abb7bc03f08cd3e3e8230d]]
**Document description:** Exhibit 1 - December 6, 2021 Ripps Twitter post
**Original filename:** C:\fakepath\Exhibit 1-December 6, 2021 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-4
] [8e32907a50623c3f23151058ec1548139313e7c58e60ef9d032257707155c9e4c6d
f835d37c2303afd09768a4dd35b5da74e37b42163b2662339ebbf32ef868c]]
**Document description:** Exhibit 2 - Image of link referenced in para 62, Dkt 65
**Original filename:** C:\fakepath\Exhibit 2-Image of link referenced in para 62, Dkt 65.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-5
] [b752495b71816ca7b583185c4a7205a698af52425ab0aa66927919427ad99033678
7123aa0d352c733f5fffc3a90bf92592950905537613a82d948ab6fae5bdb]]
**Document description:**Exhibit 3 - May 21, 2022 Wayback Machine capture
**Original filename:**C:\fakepath\Exhibit 3-May 21, 2022 Wayback Machine capture.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-6
] [5670e8de3e394da3e89342c216cad31a0546722427fb50bfb5092292fbec02e8c96
6e5040246772a0fa9db02cd147b045c6edeb04f787a86f7426b466e1116b8]]
**Document description:**Exhibit 4 - May 17, 2022 Wayback Machine capture
**Original filename:**C:\fakepath\Exhibit 4-May 17, 2022 Wayback Machine capture.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-7
] [15c6bfff43f57dabcb3349f59091f3ceac10694a661026cac1ba0d838b3b211819b
3df3b9aea0ff0b73ec0015ad67a450cd859182060b2011e382c149b29b51a]]
**Document description:**Exhibit 5 - May 18, 2022 Team Ape Market communications
**Original filename:**C:\fakepath\Exhibit 5-May 18, 2022 Team Ape Market communications.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-8
] [89cf742329cc6a1deae12ed1496fd52cd1c9f77ace15d1a702bda585e4377bb477d
e1c1f22a387bdf622ad21365e01652a45628b9768731a88e933ee6e76540f]]
**Document description:**Exhibit 6 - May 17, 2022 Ripps Twitter posts
**Original filename:**C:\fakepath\Exhibit 6-May 17, 2022 Ripps Twitter posts.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-9
] [283a1c1e1ad8d978a4caac367c53eaf344228ba835a4c20cd5a9ebda3c36a88f564
a5d6ba64218ac7159c6b61325ec4acd8a4ba99bdb2bbc294faa303a330023]]
**Document description:**Exhibit 7 - June 8, 2022 Team Ape Market communications
**Original filename:**C:\fakepath\Exhibit 7-June 8, 2022 Team Ape Market communications.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
0] [1fa3f4b89c6a2c39493b689e0ef847a00bff2ac68358238dfa28956768903563ca
cbc136de50091f252e2f2092a35fc116e1a7c060895d157cf1db123eddf4f1]]
**Document description:**Exhibit 8 - June 8, 2022 Cahen Twitter post
**Original filename:**C:\fakepath\Exhibit 8-June 8, 2022 Cahen Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
1] [00f0ccf026b01d805473be9a3a0b10e2bf75fbaff2ec9ac49654554d559621232b
4a3e7d73fb5c342d3b786ffe4f5ce662dce16e43788b8631bfc8a7376d0db5]]
**Document description:**Exhibit 9 - June 22, 2022 Ripps Twitter post
**Original filename:**C:\fakepath\Exhibit 9-June 22, 2022 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
2] [c15939a418fe4ccb415bbee7bb9cf2203837365f82bf823a902ab666f93c511564
e1d3b2fc2cd84822119e67f4ea8dff1d31be68f26d8e61f91933c91910f9a2]]
**Document description:**Exhibit 10 - Cahen Twitter posts of 9 - 27 - 22 and 10 - 9 - 22
**Original filename:**C:\fakepath\Exhibit 10-Cahen Twitter posts of 9-27-22 and 10-9-22.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
3] [a0d2dae70143a5b876556a837a963641a9057b59e81119938b5df4061dbef1960b
06763fabc194c0e729ad95414c935c255b84f3776a260fc0483bba3c8acfab]]
**Document description:**Exhibit 11 - Cahen and Ripps Twitter posts of 1 - 11 - 23 and 1 - 12 - 23

**Original filename:**C:\fakepath\Exhibit 11-Cahen and Ripps Twitter posts of 1-11-23 and 1-12-23.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
4] [1e61e0694a348ad59a162fff294b7fe9c96536596a47a6aec4b7a53b1525568c4f
531ba475a7f7a7c179fe0e9a521b6b8c5de5b970f150b0c9087cde2de31e6c]]
**Document description:**Exhibit 12 - November 10, 2022 Cahen Twitter post
**Original filename:**C:\fakepath\Exhibit 12-November 10, 2022 Cahen Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
5] [3843a77efba935545b4359a2a3775fbb544f95d78ed665083ce63bc621d541002e
f838eaa5e982309399bc8c7cbdca14a3033b187f8e8ce95859be16bf863255]]
**Document description:**Exhibit 13 - December 27, 2022 Ripps Twitter post
**Original filename:**C:\fakepath\Exhibit 13-December 27, 2022 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
6] [95a6c0670ddc2c6ced44fdf3a43f975b656d08012e4ebfe7ce8ddc2acf9c1235e8
d39a9001bcffd2dabc18259206d8398cc3314b31c336146f924d7ce34626c9]]
**Document description:**Exhibit 14 - December 29, 2022 Ripps Twitter post
**Original filename:**C:\fakepath\Exhibit 14-December 29, 2022 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
7] [2d4f7d4e1a015e37d09ecd9e12b97367a038ab7d904be0d15e2137d20ee4eae5f2
3653c8939e10ff0ce43638e79a8da3630dda21a7b747c661a45aaaa1269caa]]
**Document description:**Exhibit 15 - January 5, 2023 Ripps Twitter post
**Original filename:**C:\fakepath\Exhibit 15-January 4, 2023 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
8] [adcedb8c191321035e1a56edce4f28c5452b32e2217a3414815de8d6615e73acdc
9f4b3835bd3408adabed7ebb41c03cd565375dbc10ee4b662b8b4498662f27]]
**Document description:**Exhibit 16 - January 2, 2023 Cahen Twitter post
**Original filename:**C:\fakepath\Exhibit 16-January 2, 2023 Cahen Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-1
9] [9a040703aecae4869e193a0de5e1b02611fdf72cee86d38ea2330ce9f9a9805889
b00f8f22057af0d6806ea346157be546d1d7abb5ca62c6479dec7065f96890]]
**Document description:**Exhibit 17 - January 3, 2023 Cahen Twitter post
**Original filename:**C:\fakepath\Exhibit 17-January 3, 2023 Cahen Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-2
0] [4eda3b55e39e78f92b121f34af93e8d95828d5535c83278d311f6c0c659cfbeb2d
3b7d56e423c8426290700bdad2a5e86d3731ba30bd4e8dc551fa843a3f7d1f]]
**Document description:**Exhibit 18 - December 30, 2022 Ripps Twitter post
**Original filename:**C:\fakepath\Exhibit 18-December 30, 2022 Ripps Twitter post.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-2
1] [486993cb01f59c82f6f6133fb90d06fd03b010c76a08797ae2932edb616e5a606e
768fb47e18282ee332695c7f7cfe76d697bde8d096132dbe016f8871a68307]]
**Document description:**Exhibit 19 - October 18, 2022 Deft Ripps and Rodney Ripps Twitter posts
**Original filename:**C:\fakepath\Exhibit 19-October 18, 2022 Deft Ripps and Rodney Ripps Twitter posts.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-2
2] [0db264520d41b22ab9c2c805505db07eb2f24b2c7aaa4033946fe224b5bda6b5b5

72fe09e2ee1b72d35ec51804ae6b5759ba3179f92d523be26b6f426cca89b8]]
**Document description:**Exhibit 20 - October 25, 2022 Cahen and Rodney Ripps Twitter posts
**Original filename:**C:\fakepath\Exhibit 20-October 25, 2022 Cahen and Rodney Ripps Twitter posts.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=1/18/2023] [FileNumber=35205639-2
3] [31ef64819fd7fee84e52e8b8cb979404faa2b0fdce7bdedbda4d85dae6db34ae40
45c9bf184e9078e34ed2ca9fc2ef03d453119d5d6f2e7bcb47ddef8d2776dc]]