1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
7  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
8  FENWICK & WEST LLP
   555 California Street, 12th Floor
9  San Francisco, CA  94104
   Telephone:   415.875.2300
10

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
   Counterclaim Defendant
13 YUGA LABS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                     WESTERN DIVISION – Los Angeles

18

19 YUGA LABS, INC.,                    | Case No.: 2:22-cv-04355-JFW-JEM

20         Plaintiff and               | **SUPPLEMENTAL DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S REPLY RE SPECIAL MOTION TO STRIKE COUNTERCLAIMS; PLAINTIFF YUGA LABS, INC.'S MOTION TO DISMISS COUNTERCLAIMS**
21         Counterclaim Defendant,     |
22      v.                             |
23 RYDER RIPPS, JEREMY CAHEN,          |
24         Defendants and              |
25         Counterclaim Plaintiffs.    |
                                       | Date:       February 27, 2023
26                                     | Time:       1:30 p.m.
                                       | Courtroom:  7A
                                       | Judge:      Honorable John F. Walter
27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

Supp. Ball Declaration ISO Yuga Labs' Reply re Special Mtn to Strike Counterclaims; Mtn to Dismiss Counterclaims

Case No. 2:22-cv-04355-JFW-JEM

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

SUPP. BALL DECLARATION ISO YUGA LABS' REPLY
RE SPECIAL MTN TO STRIKE COUNTERCLAIMS; MTN
TO DISMISS COUNTERCLAIMS

Case No. 2:22-cv-04355-JFW-JEM

I, Eric Ball declare:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues. I am Lead Counsel for Yuga Labs in this action. I make this supplemental declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this supplemental declaration in support of Yuga Labs' Reply in support of its Special Motion to Strike Counterclaims and Motion to Dismiss Counterclaims for the following reasons.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a January 2, 2023 email that I sent to Defendants' counsel in advance of our meet and confer on this Motion.

4. After the filing of this Motion, Thomas Lehman provided a declaration attesting to facts regarding this lawsuit. Attached hereto as **Exhibit 2** is a true and correct copy of the February 3, 2023 signed Declaration of Thomas Lehman.

5. The Court ordered deadline to disclose affirmative experts was February 6, 2023, which date was after Yuga Labs filed this Motion. Defendants did not disclose any affirmative experts on February 6, 2023.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a redline of Defendants' proposed changes to their Counterclaims.

7. After the filing of this Motion, Defendants amended their initial disclosures. Attached hereto as **Exhibit 4** is a true and correct copy of Defendants' January 27, 2023 Amended Initial Disclosures.

8. On January 3, 2023, prior to filing this Motion, an employee of Fenwick & West LLP called the CM/ECF Helpdesk for the United States District Court, Central District of California to inquire about filing procedures on weekends and federal holidays. They were informed that the Court considers the filing date as the

date the documents are actually filed.

     I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed in California this 13th day of February, 2023.

                                          */s/ Eric Ball*
                                        Eric Ball

FENWICK & WEST LLP
ATTORNEYS AT LAW