# Exhibit 4

Exhibit 4
Pg. 96

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **MR. RIPPS AND MR. CAHEN'S AMENDED INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants

Ryder Ripps and Jeremy Cahen, by and through their undersigned counsel, makes the following disclosures.

These disclosures represent Ryder Ripps and Jeremy Cahen's current knowledge regarding information relevant to the disputed facts alleged in the pleadings and are based on Mr. Ripps and Mr. Cahen's ongoing investigation into Yuga Labs, Inc.'s ("Yuga") current allegations. Mr. Ripps and Mr. Cahen note for example, and without limitation, that Yuga has yet to identify which individuals were involved in creating the BAYC digital images or disclose how any damages claim is calculated. By making these disclosures, Mr. Ripps and Mr. Cahen do not represent that they are identifying every document, item of electronically stored information, tangible thing, or witness that might be relevant to the claims and defenses asserted in this action. Rather, Mr. Ripps and Mr. Cahen's disclosures represent a good-faith effort to identify information that they reasonably believe at this time to be relevant to their defenses. Discovery is in its early stages, and Yuga has not yet produced any documents and has refused to respond to the vast majority of discovery served by Mr. Ripps and Mr. Cahen. Mr. Ripps and Mr. Cahen reserve the right to clarify, alter, amend, modify, or supplement the information contained in these disclosures if and when additional information becomes available.

Mr. Ripps and Mr. Cahen provide these disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, work-product protection, or any other applicable privilege or immunity recognized under the laws of the United States, the State of California, and all relevant jurisdictions. Furthermore, Mr. Ripps and Mr. Cahen make these disclosures without waiving any of their rights, including, but not limited to: (1) the right to object to the relevance or admissibility of the information disclosed; (2) the right to object to the use of any disclosed information for any purpose, in whole or in

part, in any subsequent proceeding in this action or in any other action; and (3) the right to object on proper grounds to any discovery request relating to the subject matter of these disclosures.

Mr. Ripps and Mr. Cahen reserve the right to amend or supplement these disclosures and to present additional evidence to support their claims and defenses with any filing or during any proceeding in this action, including at trial.

The disclosures set forth below are made subject to the above objections and qualifications.

## I. Individual Likely to Have Discoverable Information

Based upon information reasonably available to Mr. Ripps and Mr. Cahen at the present time, the following individuals and/or entities are likely to have discoverable information that Mr. Ripps and Mr. Cahen may use to support their claims, defenses, or counterclaims in this action (unless solely for impeachment). Mr. Ripps and Mr. Cahen's investigation for discoverable information that they may use to support their claims or defenses in this litigation is ongoing, and Mr. Ripps and Mr. Cahen reserve the right to supplement this information as necessary. Yuga should contact any current Defendant, agent, or representative only through Mr. Ripps and Mr. Cahen's counsel of record.

| Name, Address, and Telephone Number | Connection to Case | Subject Matter - Relevance |
|---|---|---|
| Ryder Ripps<br><br>Acton, California | Co-creator of RR/BAYC | RR/BAYC NFTs, First Amendment activity, Yuga's misconduct, all topics that were the subject of deposition testimony |
| Jeremy Cahen | Co-creator of RR/BAYC | RR/BAYC NFTS, First Amendment activity, Yuga's misconduct, all |

-2-

Case No. 2:22-cv-04355-JFW-JEM INITIAL DISCLOSURES

Exhibit 4
Pg. 99

| | | |
|---|---|---|
| San Juan, Puerto Rico | | topics that were the subject of deposition testimony |
| Ryan Hickman<br><br>Henderson, Nevada | Co-creator of RR/BAYC | RR/BAYC NFTs, First Amendment activity, Yuga's misconduct, all topics that were the subject of deposition testimony |
| Thomas Lehman<br><br>Poughkeepsie, New York | Co-creator of RR/BAYC | RR/BAYC NFTs, First Amendment activity, Yuga's misconduct |
| Frederick Brennan<br><br>Atlantic City, New Jersey | Creator of 8Chan/activist | RR/BAYC NFTs, First Amendment activity, Yuga's misconduct, all topics that were the subject of deposition testimony |
| Lindsay Howard<br><br>Tucson, Arizona | Digital Art Curator | RR/BAYC NFTs, First Amendment activity |
| Magda Sawon<br><br>Brooklyn, New York | Contemporary Art Gallerist | RR/BAYC NFTs, First Amendment activity |
| Todd Fine<br><br>Glenview, Illinois | Academic | RR/BAYC NFTs, First Amendment activity, Yuga's misconduct |
| Jason Williams<br><br>Chapel Hill, North Carolina | Entrepreneur | RR/BAYC NFTs |

-3-

| | | |
|---|---|---|
| Damon Dash<br><br>Sherman Oaks, California | Art and Entertainment Executive | RR/BAYC NFTs, First Amendment Activity, |
| Rodney Ripps<br><br>Miami Beach, Florida | Artist, Painter, Sculptor | RR/BAYC NFTs, First Amendment Activity |
| Carla Hill<br><br>Houston, Texas | Member at Anti-Defamation League | First Amendment Activity, Yuga's misconduct |
| Representative of All Seeing Seneca, LLC<br><br>New York, New York | Contractor for Yuga | RR/BAYC NFTs, First Amendment Activity, Yuga's misconduct |
| Greg Solano<br><br>Purportedly to be contacted through counsel for Yuga | Co-founder of Yuga | BAYC NFTS, First Amendment activity, Nazi/Racist messaging and imagery, Yuga's misconduct, all topics that were the subject of deposition testimony |
| Wylie Aronow<br><br>Purportedly to be contacted through counsel for Yuga | Co-founder of Yuga | BAYC NFTS, First Amendment activity, Nazi/Racist messaging and imagery, Yuga's misconduct, all topics that were the subject of deposition testimony |
| Kerem Atalay | Co-founder of Yuga | BAYC NFTS, First Amendment activity, Nazi/Racist messaging |

-4-

Case No. 2:22-cv-04355-JFW-JEM  INITIAL DISCLOSURES

Exhibit 4
Pg. 101

| | | |
|---|---|---|
| Purportedly to be contacted through counsel for Yuga | | and imagery, Yuga's misconduct |
| Zeshan Ali<br><br>Purportedly to be contacted through counsel for Yuga | Co-founder of Yuga | BAYC NFTS, First Amendment activity, Nazi/Racist messaging and imagery, Yuga's misconduct |
| Guy Oseary<br><br>Purportedly to be contacted through Fenwick & West | Representative of Yuga/BAYC manager | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's criticism of Yuga, Yuga's efforts to prevent consumer confusion, Yuga's misconduct |
| Nicole Muniz<br><br>Purportedly to be contacted through counsel for Yuga | CEO of Yuga | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's First Amendment Activity, Yuga's misconduct |
| Noah Davis<br><br>Purportedly to be contacted through counsel for Yuga | Yuga Employee | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's First Amendment Activity, Yuga's misconduct |
| Ray Fraser | Yuga Employee | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's First Amendment |

| | | |
|---|---|---|
| Purportedly to be contacted through counsel for Yuga | | Activity, Yuga's misconduct |
| Delaney Simmons<br><br>Purportedly to be contacted through counsel for Yuga | Yuga Employee | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's First Amendment Activity, Yuga's misconduct |
| Strange Brew Strategies<br><br>San Francisco, California | Contractor for Yuga | Yuga's knowledge/response to Mr. Ripps and Mr. Cahen's First Amendment Activity, Yuga's misconduct |

In addition, Mr. Ripps and Mr. Cahen identify the following persons who may have information relevant to Mr. Ripps and Mr. Cahen's claims or defenses:

- One or more Yuga witnesses with knowledge of Yuga's business, the asserted trademarks, Yuga's marketing of BAYC NFTs, Yuga's financial data and purported damages, acts aimed at responding to Mr. Ripps and/or Mr. Cahen's criticism of Yuga;
- All current and former Yuga employees involved in designing the digital images for BAYC NFTs;
- Any custodian of records or other person who may be required to establish the provenance or authenticity of documents;
- Any person identified in Yuga's Initial Disclosures.

-6-

Case No. 2:22-cv-04355-JFW-JEM INITIAL DISCLOSURES

Exhibit 4
Pg. 103

- Yuga's current or former officers, employees, attorneys, agents, representatives, or consultants.

Mr. Ripps and Mr. Cahen reserve the right to clarify, alter, amend, modify, or supplement the foregoing list and to seek discovery from or relating to persons that may subsequently be identified as likely to have discoverable information relevant to the disputed facts, as additional information becomes known. Mr. Ripps and Mr. Cahen also reserve the right to designate and/or call further witnesses at trial, including witnesses designated by Yuga in its Initial Disclosures or called by Yuga at trial.

Mr. Ripps and Mr. Cahen will identify any testifying expert witnesses as required by Rule 26(a)(2) and any applicable Local Rule or order of the Court.

## II. Description of Documents

Based on the information reasonably available to Mr. Ripps and Mr. Cahen at the present time, Mr. Ripps and Mr. Cahen identify the following documents, electronically stored information, and tangible things in their possession, custody, or control that they may use to support their claims and defenses (unless solely for impeachment):

- Documents sufficient to show the design, development, structure, purpose, and function of products or services associated with the RR/BAYC project;
- Documents sufficient to show financial, sales, and marketing information relating to the RR/BAYC project;
- Documents sufficient to Yuga pattern of bullying and harassing behavior towards the Defendants,
- Documents sufficient to confirm the truth of Defendants' criticism of Yuga through the RR/BAYC project, and

1    Mr. Ripps and Mr. Cahen reserve the right to object to the production of
2 documents on any basis, including that the information sought: (1) is not relevant; (2)
3 is protected from disclosure by an applicable privilege, doctrine, or immunity; (3)
4 would be unduly burdensome or expensive to produce; (4) is not proportional to the
5 needs of the case; (5) contains third-party confidential information and cannot be
6 produced without that party's notification and consent; or (6) constitutes proprietary
7 or trade secret information that should not be produced before an appropriate
8 protective order has been entered.  Mr. Ripps and Mr. Cahen's investigation for
9 discoverable information that they may use to support their claims or defenses in this
10 litigation is ongoing.  Mr. Ripps and Mr. Cahen may also rely on publicly available
11 documents and documents that are produced by any party to this litigation—including
12 Mr. Ripp, Mr. Cahen, Yuga, and third parties.  Mr. Ripps and Mr. Cahen also expect
13 that experts may identify documents used to support their opinions pertaining to the
14 issues in this case during the course of expert discovery.

### III. Computation of Damages

16    Mr. Ripps and Mr. Cahen do not believe that Yuga suffered any damages as a
17 result of the sale of RR/BAYC NFTs or any related products or services.  To date,
18 Yuga has not set forth any amount, basis or justification for any damages claim.

19    Mr. Ripps and Mr. Cahen have also suffered damages as a result of Yuga's
20 pattern of bullying and harassment behavior, including but not limited to damages in
21 the form of emotional distress, pain and suffering, financial loss, diminution in value
22 of the RR/BAYC NFT collection, loss of time, and nominal damages.  Mr. Ripps and
23 Mr. Cahen reserve the right to seek attorneys' fees and costs and other relief as is
24 deemed appropriate. These fees and costs, and the amount of any other relief that may
25 be deemed appropriate, are not susceptible to calculation at this time.

### IV. Insurance Agreement

1     Mr. Ripps and Mr. Cahen do not have an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse Mr. Ripps or Mr. Cahen for payments made to satisfy such a judgment.

Dated: January 27, 2023       By: /s/ *Louis W. Tompros*

    Louis W. Tompros (*pro hac vice*)
    louis.tompros@wilmerhale.com
    Monica Grewal (pro hac vice)
    monica.grewal@wilmerhale.com
    Scott W. Bertulli (pro hac vice)
    scott.bertulli@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    Derek Gosma (SBN 274515)
    derek.gosma@wilmerhale.com
    Henry Nikogosyan (SBN 326277)
    henry.nikogosyan@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Fax: (213) 443-5400

    Attorneys for Defendants
    *Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via email on January 27, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000