Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, Does 1-10, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF MOTION AND MOTION RE DEFENDANTS RYDER RIPPS AND JEREMY CAHEN'S MOTION TO DE-DESIGNATE** <br><br> Magistrate Judge: Hon. J. E. McDermott <br> Hearing: March 21, 2023, at 10:00 a.m. <br> Discovery Cut-off Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date:  June 27, 2023 |

**NOTICE OF MOTION AND MOTION TO COMPEL**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE THAT on March 21, 2023, at 10:00 A.M., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor, before the Honorable John E. McDermott, Defendants Ryder Ripps and Jeremy Cahen will move, and hereby do move, for an order de-designating the deposition testimony of *pro se* third party Ryan Hickman This motion is made following a conference of counsel pursuant to Local Rule 37-1 which took place on February 6, 2023.

Dated: February 14, 2023

By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (pro hac vice)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on February 14, 2023.

By: /s/  *Derek Gosma*

Derek Gosma

-1-