Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' JOINT STIPULATION**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S JOINT STIPULATION**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. On February 6, 2023, the parties conferred regarding the confidentiality designation over Ryan Hickman's deposition testimony. Yuga Labs, Inc. ("Yuga") refused to withdraw its confidentiality designation on the grounds that Mr. Hickman's testimony included quotes or paraphrases of documents that Mr. Lehman and the Defendants had produced as either confidential or highly confidential. Defendants explained to Yuga that both Mr. Lehman and Defendants had already communicated to Yuga that they do not oppose the public disclosure of Mr. Hickman's testimony because none of the statements in the transcript include any confidential information. Defendants offered to reproduce all relevant documents designating line by line which materials are confidential and which are not—consistent with Yuga's prior request—but also asked Yuga to make the same reproduction with its own documents as well. Yuga rejected Defendant's offer and stated that any such reproduction would not resolve their concerns because Mr. Lehman had also made confidentiality designations. Defendants reiterated that Mr. Lehman agrees that the transcript should be publicly disclosed, but to no avail.

3. A true and correct copy of the Court's Scheduling and Case Management Order (Dkt. 57) is attached as Exhibit 1.

4. A true and correct copy of the Court's Protective Order is attached as Exhibit 2.

5. A true and correct copy of correspondence between counsel for Defendants and Counsel for Yuga regarding the confidentiality designation of Mr. Hickman's deposition testimony is attached as Exhibit 3.

6. A true and correct copy of correspondence from Mr. Hickman stating that he would like his deposition testimony to be public is attached hereto as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on February 6, 2023.

/s/   *Derek Gosma*

Derek Gosma