# Exhibit 3

| | |
|---|---|
| **From:** | Anthony Fares |
| **To:** | Ethan Jacobs; Nikogosyan, Henry; Tompros, Louis W.; Gosma, Derek; Grewal, Monica; Bertulli, Scott; Ryan Hickman |
| **Cc:** | Eric Ball; Kimberly Culp; Ethan Thomas |
| **Subject:** | RE: Yuga Labs v. Ripps - Hickman Deposition Designation |
| **Date:** | Sunday, February 5, 2023 8:03:18 PM |

EXTERNAL SENDER

Ethan - Understood. Yes, Fenwick will re-produce Mr. Lehman's documents with this designation affixed to the files.

Henry - Yes, we are available to meet and confer with you tomorrow at 1:30 on the following topics:
- Confidentiality designations related to Mr. Hickman's deposition
- Defendants' failure to preserve documents
- Defendants' subpoena to Guy Oseary

Best Regards,
Tony

-----Original Message-----
From: Ethan Jacobs <ethan@ejacobslaw.com>
Sent: Sunday, February 5, 2023 5:29 PM
To: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Ryan Hickman <kingsrborn@gmail.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **

All,

After reviewing Mr. Lehman's documents again, I believe the files he produced in native format (e.g., Discord, Google Drive, Telegram) should be designated Confidential under the Protective Order.
I ask Yuga Labs' counsel to add the appropriate stamp to the Lehman subpoena materials they've provided to Defendants and provide replacement copies.

Thank you,
Ethan

Ethan Jacobs
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com



-----Original Message-----
From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Friday, February 3, 2023 11:00 AM

To: Anthony Fares <AFares@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Ryan Hickman <kingsrborn@gmail.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

Anthony,

We are available to confer on Monday at 1:30 p.m.  I will send an invite shortly.

Kind regards,
Henry

-----Original Message-----
From: Anthony Fares <AFares@fenwick.com>
Sent: Friday, February 3, 2023 10:31 AM
To: Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Ryan Hickman <kingsrborn@gmail.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER


Louis,

Your email purporting to withdraw AEO designations over a vague set of "specific material [Mr. Hickman] quotes or paraphrases" does not resolve the issue and is contrary to the Protective Order's requirement that any confidential or AEO material must be "clearly so designated."  See Protective Order § 6.2.  For example, it is unclear whether your de-designation applies to statements by Ms. Culp or the exhibits used in the deposition.  Nor is it clear what constitutes "paraphrase[d]" material.  If you would like to only designate "a portion or portions" of the Ape Market Discord and RRBAYC Telegram confidential or AEO, you must re-produce them and "clearly identify the protected portion(s) (e.g., by making appropriate markings in the margins)."  Id. § 6.3(a).  Alternatively, if you would like to de-designate the entire set of documents, please re-produce them without reference to the protective order.

Moreover, you do not explain why these specific portions are not confidential and others are not.  While Yuga Labs does not currently take a position on the confidentiality of these documents, it is difficult to understand how conversations around business strategy that were discussed during Mr. Hickman's deposition would not be designated AEO, while, for example, a meme remains AEO.  Please explain your reasons for keeping some portions AEO and whether you are waiving confidentiality as to the topics covered in Mr. Hickman's deposition generally.

We once again offer to meet and confer on this topic with all interested parties to hopefully end this back and forth.  I am traveling today but available to discuss next week.  Please let me know your availability.

Best Regards,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.

From: Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
Sent: Wednesday, February 1, 2023 3:37 PM
To: Anthony Fares <AFares@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Ryan Hickman <kingsrborn@gmail.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
Subject: Re: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **
We withdraw any confidentiality claim to the specific material he quotes or paraphrases. Does that resolve the issue?


Louis W. Tompros | WilmerHale
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com<mailto:louis.tompros@wilmerhale.com>

_____
From: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Sent: Wednesday, February 1, 2023 3:28 PM
To: Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER

Louis,

Yes, we do.  As you know, Mr. Hickman's testimony was substantially based upon and quotes the Team Ape Market discord and RRBAYC Telegram chats.  If these communications are Highly Confidential - Attorneys' Eyes Only, then so too is Mr. Hickman's deposition.  As before, we are willing to meet and confer on these issues to better understand Defendants' positions.

Best Regards,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.

From: Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>
Sent: Wednesday, February 1, 2023 9:14 AM
To: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Ethan Jacobs

<ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **
Counsel -- we are not talking about the exhibits; we are talking about the testimony itself. Does Yuga have any good faith basis to contend that the testimony itself is confidential, where all parties have agreed it is not?

From: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Sent: Wednesday, February 1, 2023 9:07 AM
To: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER

Hi Henry,

Any such motion would be premature, as you have not yet provided a 37-1 letter on this issue. In any event, it is Defendants, not Yuga Labs, who are refusing to meet and confer. Yuga Labs has accepted your position that all interested parties, which you stated include both Mr. Hickman and Mr. Jacobs, need to participate in the resolution of this issue. We agreed to schedule that call with all of these interested parties, but understand that in your January 30 email, Defendants refuse to schedule that call.

We have, several times now, asked Defendants to re-produce all documents that underlie the exhibits at Mr. Hickman's deposition which Defendants themselves produced as AEO. We can then review Mr. Hickman's deposition in light of that de-designation. But, if Defendants continue to maintain that the Team Ape Market discord channel, among other documents, is AEO, then there is no way that Mr. Hickman's deposition is anything other than AEO given the volume of exhibits used from that discord channel.

We will also need Mr. Jacobs to confirm that Mr. Lehman is de-designating his documents, and we have committed to providing Mr. Jacobs with a list of those bates numbers. But that is premature given the foregoing issue with, among other chats, the Team Ape Market discord channel.

Once the documents have been de-designated, as we said, we will then review the deposition transcript of Mr. Hickman to confirm that there is no other basis for its designation under the protective order.

Best Regards,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.

From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>
Sent: Tuesday, January 31, 2023 9:58 PM
To: Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **
Anthony,

Based on the email chain below, Yuga has no basis to designate Mr. Hickman's deposition "Highly Confidential - Attorneys' Eyes Only."  Please confirm immediately that Yuga withdraws that designation.

Otherwise, Defendants will be forced to filed a motion pursuant to L.R. 37-2.4 and Defendants reserve the right to seek fees for any such motion.

Thank you,
Henry


From: Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>
Sent: Monday, January 30, 2023 1:18 PM
To: Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

Same with Mr. Ripps and Mr. Cahen -- they are fine treating all of Mr. Hickman's testimony as non-confidential.

And I believe Mr. Hickman previously made clear to counsel for Yuga that he did not want his deposition to be treated as confidential.  See the attached email in which he said "I would not like to have my deposition confidential."

It appears that all parties now agree that Mr. Hickman's testimony is non-confidential.  Please confirm that Yuga withdraws its claim that the deposition is "Highly Confidential - Attorneys' Eyes Only" under the protective order.


From: Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>
Sent: Monday, January 30, 2023 4:05 PM
To: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Tompros, Louis W.

<Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER

Anthony,

Mr. Lehman does not oppose treating all of Mr. Hickman's deposition testimony as non-confidential. Is there anything for me to discuss at a call about the transcript?

Thank you,
Ethan

Ethan Jacobs
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com


From: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Sent: Monday, January 30, 2023 1:00 PM
To: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

Hi Henry,

We do not believe a conversation on this issue will be productive unless all interested parties are in attendance.  You have identified each Mr. Hickman and Mr. Jacobs as interested parties, and we agree.  Therefore, we would like to find a time when all parties - including Mr. Hickman and Mr. Jacobs - can participate in the call.

I request, then, that each you, Mr. Hickman, and Mr. Jacobs provide your available days and times for a call and we can circulate an invitation to everyone for that call.

Thanks,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.

From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>
Sent: Saturday, January 28, 2023 1:15 PM
To: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **

Tony, please provide your availability for a call early next week.   We are informed that none of the parties oppose designating Mr. Hickman's deposition as non-confidential.


Thank you,

Henry

From: Nikogosyan, Henry
Sent: Wednesday, January 25, 2023 10:38 AM
To: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

Tony,

No objection from Mr. Ripps and Mr. Cahen.

Thank you,
Henry

From: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Sent: Wednesday, January 25, 2023 10:35 AM
To: Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp

&lt;KCulp@fenwick.com&lt;mailto:KCulp@fenwick.com&gt;&gt;; Ethan Thomas &lt;EThomas@fenwick.com&lt;mailto:EThomas@fenwick.com&gt;&gt;
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER

Ethan,

Since you and Mr. Lehman are not parties to this lawsuit, we ask that you sign the attached protective order before receiving any documents that have been designated Highly Confidential - Attorneys' Eyes Only.

Counsel for Mr. Ripps and Mr. Cahen, as well as Mr. Hickman, please confirm that I may send Mr. Jacobs and Mr. Lehman the deposition transcript and all exhibits once they sign the protective order.

Best Regards,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com&lt;mailto:afares@fenwick.com&gt; | Admitted to practice in California.

From: Ethan Jacobs &lt;ethan@ejacobslaw.com&lt;mailto:ethan@ejacobslaw.com&gt;&gt;
Sent: Wednesday, January 25, 2023 9:58 AM
To: Anthony Fares &lt;AFares@fenwick.com&lt;mailto:AFares@fenwick.com&gt;&gt;; Nikogosyan, Henry &lt;Henry.Nikogosyan@wilmerhale.com&lt;mailto:Henry.Nikogosyan@wilmerhale.com&gt;&gt;; Tompros, Louis W. &lt;Louis.Tompros@wilmerhale.com&lt;mailto:Louis.Tompros@wilmerhale.com&gt;&gt;; Gosma, Derek &lt;Derek.Gosma@wilmerhale.com&lt;mailto:Derek.Gosma@wilmerhale.com&gt;&gt;; Grewal, Monica &lt;Monica.Grewal@wilmerhale.com&lt;mailto:Monica.Grewal@wilmerhale.com&gt;&gt;; Bertulli, Scott &lt;Scott.Bertulli@wilmerhale.com&lt;mailto:Scott.Bertulli@wilmerhale.com&gt;&gt;; Ryan Hickman &lt;kingsrborn@gmail.com&lt;mailto:kingsrborn@gmail.com&gt;&gt;
Cc: Eric Ball &lt;eball@fenwick.com&lt;mailto:eball@fenwick.com&gt;&gt;; Kimberly Culp &lt;KCulp@fenwick.com&lt;mailto:KCulp@fenwick.com&gt;&gt;; Ethan Thomas &lt;EThomas@fenwick.com&lt;mailto:EThomas@fenwick.com&gt;&gt;
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **
Anthony,

Please provide me with the testimony from Mr. Hickman's deposition that includes information Mr. Lehman designated as confidential or Attorneys' Eyes Only so Mr. Lehman can take a position.

Thank you,
Ethan

Ethan Jacobs
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com


From: Anthony Fares &lt;AFares@fenwick.com&lt;mailto:AFares@fenwick.com&gt;&gt;
Sent: Wednesday, January 25, 2023 9:33 AM
To: Nikogosyan, Henry &lt;Henry.Nikogosyan@wilmerhale.com&lt;mailto:Henry.Nikogosyan@wilmerhale.com&gt;&gt;; Tompros, Louis W. &lt;Louis.Tompros@wilmerhale.com&lt;mailto:Louis.Tompros@wilmerhale.com&gt;&gt;; Gosma, Derek &lt;Derek.Gosma@wilmerhale.com&lt;mailto:Derek.Gosma@wilmerhale.com&gt;&gt;; Grewal, Monica

<Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

Hi Henry,

Mr. Hickman's deposition contains information that multiple parties have now designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the protective order. If any party disagrees, I am available to meet and confer with all interested parties on Friday, January 27 after noon PT.

Thanks,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.

From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>
Sent: Saturday, January 21, 2023 9:34 AM
To: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>; Ethan Jacobs <ethan@ejacobslaw.com<mailto:ethan@ejacobslaw.com>>; Ryan Hickman <kingsrborn@gmail.com<mailto:kingsrborn@gmail.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: RE: Yuga Labs v. Ripps - Hickman Deposition Designation

** EXTERNAL EMAIL **
Tony,

Can you please provide Yuga's specific reasons for designating the deposition highly confidential so that we may assess your confidentiality claim under Section 7 of the Protective Order in this case? Please also identify which party or third-party confidential information you believe the deposition contains.

I am adding Mr. Hickman and Mr. Jacobs to this email chain, since in prior communications both have been implicated in Yuga's statements regarding confidentiality.

Kind regards,
Henry

From: Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Sent: Friday, January 20, 2023 3:46 PM
To: Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp

<KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Subject: Yuga Labs v. Ripps - Hickman Deposition Designation

EXTERNAL SENDER

Counsel,

Pursuant to section 6 of the Protective Order (Dkt. 51), Yuga Labs has designated Mr. Hickman's deposition "Highly Confidential - Attorneys' Eyes Only."

Best Regards,
Tony

Tony Fares
Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com<mailto:afares@fenwick.com> | Admitted to practice in California.