# Exhibit 4

| | |
|---|---|
| **From:** | Ryan Hickman |
| **To:** | Kimberly Culp |
| **Cc:** | Ethan Thomas; Anthony Fares; Tompros, Louis W.; Gosma, Derek |
| **Subject:** | Re: Yuga Labs v. Ripps et al |
| **Date:** | Thursday, December 22, 2022 8:31:18 AM |

**EXTERNAL SENDER**

Great day. I would not like to have my deposition confidential.

I would like a copy of my deposition, both written and video/media so I may review. There is information in the attachment (marked discovery matter) you shared (in this thread) that doesn't match my testimony. That is alarming and I would like to confirm.

Also, it is holiday week. I am traveling and the timeline provided is a burden. I will not have opportunity to review this attachment (marked discovery matter) without being stressed and rushed until Jan 1.

Thank you.

On Wed, Dec 21, 2022 at 4:27 PM Kimberly Culp <KCulp@fenwick.com> wrote:

> Mr. Hickman –
>
> Yuga Labs intends to file a motion in this litigation next week, which will refer to certain testimony you provided in your deposition, which deposition is currently designated as confidential under the Protective Order in this action. These references include the highlighted portions of the attached document.
>
> We intend to file this motion early next week. Under the Court's local rules, we are consulting with you to determine whether you would like us to file these references to your testimony under seal. If you intend to file a declaration with the Court under Local Rule L.R. 79-5.2.2(b) within four days of our filing, please let us know, and we will file any references to this portion of your deposition testimony (including those references to this testimony in Defendants' response) under seal. If you do not intend to file a declaration, please let us know that as well.
>
> We are happy to discuss this by phone any day this week.
>
> Thank you,
>
> Kimberly

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | [kculp@fenwick.com](mailto:kculp@fenwick.com) | Admitted to practice in California.