| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA 94041 |
| | Telephone: 650.988.8500 |
| 5 | Facsimile: 650.938.5200 |
| 6 | ANTHONY M. FARES (CSB No. 318065) |
| | afares@fenwick.com |
| 7 | ETHAN M. THOMAS (CSB No. 338062) |
| | ethomas@fenwick.com |
| 8 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 9 | San Francisco, CA 94104 |
| | Telephone: 415.875.2300 |
| 10 | |
| 11 | *Additional Counsel listed on next page* |
| 12 | Attorneys for Plaintiff and Counterclaim Defendant YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF ANTHONY M. FARES RE DEFENDANTS RYDER RIPPS AND JEREMY CAHEN'S MOTION TO DE-DESIGNATE THE DEPOSITION OF RYAN HICKMAN** |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants and Counterclaim Plaintiffs. | Magistrate Judge: Hon. John E. McDermott |
| | Motion Hearing Date: March 21, 2023 |
| | Motion Hearing Time: 10:00 AM |
| | Discovery Cutoff Date: April 3, 2023 |
| | Pre-Trial Conference Date: June 9, 2023 |
| | Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
   DAVID Y. SILLERS (*admitted pro hac vice*)
5  david@clarelocke.com
   KATHRYN HUMPHREY (*admitted pro hac vice*)
6  kathryn@clarelocke.com
   MEGAN L. MEIER (*admitted pro hac vice*)
7  megan@clarelocke.com
   CLARE LOCKE LLP
8  10 Prince Street
   Alexandria, VA  22314
9  Telephone:  202.628.7400

10 Attorneys for Plaintiff and
   Counterclaim Defendant
11 YUGA LABS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Anthony M. Fares, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. On February 6, 2023, counsel for Yuga Labs and counsel for Defendants met and conferred about the confidentiality of Mr. Hickman's deposition. Defendants argued that the Hickman deposition should have no confidentiality designation because Defendants, Mr. Hickman, and Mr. Lehman stated their understanding that it is not confidential. Yuga Labs explained that this position was inconsistent with Defendants' designation of materials used and quoted in Mr. Hickman's deposition as "Highly Confidential – Attorneys' Eyes Only" ("HC-AEO") and Mr. Lehman's designation of material used and quoted in Mr. Hickman's deposition as "Confidential." To resolve this inconsistency, Yuga Labs proposed that Defendants re-produce these HC-AEO documents with specific designations as required by section 6.3 of the Protective Order. Defendants initially agreed on the condition that Yuga Labs also re-produce a vague set of documents that they claimed were not entirely confidential. Yuga Labs responded that there was no need to do so, given that it had not taken an inconsistent position like Defendants had. Defendants withdrew their offer to re-designate documents and affirmed their intent to file a motion. Approximately five hours after the conclusion of the meet and confer conference, Defendants served Yuga Labs with their portion of a joint statement regarding their motion to de-designate the deposition of Ryan Hickman.

4. On information and belief, Yuga Labs has not received a letter, in the form contemplated in L.R. 37-1, from Defendants related to their motion to de-designate the deposition of Ryan Hickman.

5. On information and belief, the majority of Defendants' discovery production is marked "Highly Confidential – Attorneys' Eyes Only." Among the 73 exhibits used in Mr. Hickman's deposition, approximately 45 exhibits contain material produced by Defendants as "Highly Confidential – Attorneys' Eyes Only," and at least five exhibits contain material produced by Mr. Lehman as "Confidential."

6. Email correspondence from December 21, 2022 through December 27, 2022 between counsel for Yuga Labs and counsel for Defendants, with highlights, is attached as **Exhibit 1**.

7. Exhibit 53 from Mr. Hickman's deposition, with highlights, is attached as **Exhibit 2**.

8. The Parties' December 28, 2022 Local Rule 37 Joint Stipulation Re Ryder Ripps and Jeremy Cahen's Motion to Compel, with highlights, is attached as **Exhibit 3**.

9. Excerpts of Mr. Hickman's deposition transcript, with highlights, is attached as **Exhibit 4**.

10. A document produced by Defendants as RIPPSCAHEN00013378 and designated "Highly Confidential – Attorneys' Eyes Only" is attached as **Exhibit 5**. This document was produced by Defendants on December 27, 2022, as an "Embedded Document[]." On information and belief, it was referenced in their initial production of the Team Ape Market Discord chat (RIPPSCAHEN00000301), which was also designated "Highly Confidential – Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on February 13, 2023.

/s/ *Anthony M. Fares*
Anthony M. Fares