# Exhibit 2

**Exhibit 2**
**Pg. 10**


**Pauly Shore** 23-Jun-22 12:50 PM

### Intellectual Property Office

New search

Trade mark number
## UK00003718328

**Status**
Registered

View historic details

Display content without tabs

**Overview**   **List of goods and services**   **Names and addresses**   **Publications**

**Trade mark**



@ryder per our attorney we may just need to change the skull If we want to fight trademark


**hwonder** 23-Jun-22 12:52 PM
I thought that skull was commercial licensable from stock site


hwonder I thought that skull was commercial licensable from stock site
**Pauly Shore** 23-Jun-22 12:52 PM
Lmfao

Not sure how serious that statement is


**hwonder** 23-Jun-22 12:53 PM
Im serious . Ryder showed me a stock site before with the skull

Last December


**Pauly Shore** 23-Jun-22 12:53 PM
Wow

We should consider if we even want to be listed on those sites or not first of all

It may make sense to let it be banned for a bit

To make everyone jump on apemarket harddddd

I'm terms of adding other collections to AM how difficult is that?

EXHIBIT 53
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

Exhibit 2
Pg. 11

I spoke to Scott at genie in person at the uniswap party

We gotta get on gem and genie

But now both are owned by A16z basically lol

Uniswap bought genie

Opensea bought gem

**Exhibit 2**
**Pg. 12**