# Exhibit 4

**Exhibit 4**
**Pg. 76**

CONFIDENTIAL

```
1                 UNITED STATES DISTRICT COURT
2                 CENTRAL DISTRICT OF CALIFORNIA
3
4    YUGA LABS, INC.,              )
                                   )
5              Plaintiff,          )
                                   )
6    vs.                           )Case No.
                                   )2:22-cv-04355-JFW-JEM
7    RYDER RIPPS and JEREMY        )
     CAHEN,                        )
8                                  )
               Defendants.         )
9    _____)
10
11
12                       CONFIDENTIAL
13           VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14           Taken on Wednesday, December 7, 2022
15    By a Certified Stenographer and Legal Videographer
16                       At 9:11 a.m.
17           At 9275 West Russell Road, Suite 240
18                     Las Vegas, Nevada
19
20
21
22
23           Stenographically reported by:
24       Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

```
1        A.      Yes.
2        Q.      The images that we've seen in the
3   exhibits today of Ape Market, which build are we
4   seeing visually?
5        A.      That is the signature-based Reservoir
6   market.
7                (Exhibit 53 marked.)
8   BY MS. CULP:
9        Q.      Exhibit 53 starts with a message on the
10  23rd of June, which is the day before Yuga Labs
11  filed its lawsuit, with a trademark number and an
12  image of Yuga Labs' ape skull, and then @Ryder, "Per
13  our attorney, we may just need to change the skull
14  if we want to fight trademark."
15               Do you see that?
16       A.      Yes.
17       Q.      Do you recall any conversations around
18  the 23rd of June with Mr. Cahen or Mr. Ripps about
19  concerns that your use of at least the skull logo
20  could be trademark infringement?
21       A.      Specifically here, yes.  The skull logo
22  at one point was still available online and has
23  since been taken down.  This exact specific skull is
24  an open source or a CCO image and we no longer could
25  find it, which is what I'm talking about at 12:52.
```

Page 234