# Exhibit 5

**Exhibit 5**
**Pg. 79**




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    RIPPSCAHEN0001380

Exhibit 5
Pg. 80