# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DE-DESIGNATE MR. HICKMAN'S DEPOSITION TESTIMONY** |

　　　Having considered the parties' joint stipulation regarding Defendants' motion to de-designate Mr. Hickman's deposition testimony, and having found good cause set forth therein, it is hereby ordered that Mr. Hickman's deposition testimony shall be designated as a public and will not be sealed.  It is further ordered that Plaintiff shall pay all expenses associated with Defendants' motion to de-designate.  If the expenses are below $10,000, Plaintiff shall pay sanctions in the amount of $10,000 as required by this Court's Protective Order (Dkt. 51 ¶ 16).

**IT IS SO ORDERED.**

Dated: _____  By: _____
              Honorable John E. McDermott
              United States Magistrate Judge