Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**UNOPPOSED APPLICATION TO FILE JOINT STIPULATION AND EXHIBIT 22 UNDER SEAL**<br><br>Judge: Hon. John E. McDermott<br>Discovery cut-off:  April 3, 2023<br>Hearing:  March 21, 2023, at 10:00am |

Pursuant to Local Rule 79-5.2.2, Defendants Ryder Ripps and Jeremy Cahen request that the Court grant leave to file under seal Exhibit 22 of the Thomas Declaration and the Joint Stipulation regarding Defendants' Motion to Compel (which references Exhibit 22 on pages 35 and 39).

As detailed in the accompanying Declaration of Louis Tompros, Exhibit 22 contains information Yuga Labs, Inc. has marked as "Highly Confidential—Attorneys Eyes Only" and the redated portions of the Joint Stipulation quote, reference, or summarize confidential portions of these exhibits.

Accordingly, Defendants respectfully submit this unopposed request for an order granting leave to file Exhibit 22 and the related portions of the Joint Stipulation under seal.

Dated: February 15, 2023

By: /s/   Derek Gosma

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*