1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER ON DEFENDANTS UNOPPOSED APPLICATION TO SEAL**<br><br>Hearing Date: March 21, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. John E. McDermott |

1  This matter is before the Court pursuant to Defendants' unopposed Application to File Under Seal Exhibit 22 and related references of the Joint Stipulation ("Application"). Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Defendants shall file under seal Exhibit 22 of the Joint Stipulation and the unredacted version of the parties' Joint Stipulation.

IT IS SO ORDERED

Dated: _____        _____
                              Hon. John E. McDermott
                              United States Magistrate Judge

-1-

Case No. 2:22-cv-04355-JFW-JEM                    [PROPOSED] ORDER ON APPLICATION
                                                  TO FILE UNDER SEAL