| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 5 | 60 State Street |
| | Boston, MA 02109 |
| 6 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| 7 | |
| 8 | Derek Gosma (SBN 274515) |
| | derek.gosma@wilmerhale.com |
| 9 | Henry Nikogosyan (SBN 326277) |
| | henry.nikogosyan@wilmerhale.com |
| 10 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 11 | 350 South Grand Ave., Suite 2400 |
| | Los Angeles, CA 90071 |
| 12 | Telephone: (213) 443-5300 |
| | Fax: (213) 443-5400 |
| 13 | Attorneys for Defendants |
| 14 | *Ryder Ripps and Jeremy Cahen* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **NOTICE OF LODGING** |
| v. | Hearing Date: February 27, 2023, at 1:30 p.m. |
| Ryder Ripps, Jeremy Cahen, | |
| Defendants and Counterclaim Plaintiffs. | |

Case No. 2:22-cv-04355-JFW-JEM   NOTICE OF LODGING

PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy Cahen hereby lodge the attached proposed statement of decision with the Court denying Yuga Labs, Inc.'s motion to strike and motion to dismiss (Dkt. 89).

Dated: February 15, 2023

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (pro hac vice)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on February 15, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000