ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:    650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF YUGA LABS, INC.'S SPECIAL MOTION TO STRIKE COUNTERCLAIMS; PLAINTIFF YUGA LABS, INC.'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>Date:          February 27, 2023<br>Time:          1:30 p.m.<br>Courtroom: 7A<br>Judge:        Honorable John F. Walter |

NOTICE OF LODGING [PROPOSED] STATEMENT OF
DECISION GRANTING SPECIAL MTN TO STRIKE
COUNTERCLAIMS; MTN TO DISMISS COUNTERCLAIMS

Case No. 2:22-cv-04355-JFW-JEM

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

NOTICE OF LODGING [PROPOSED] STATEMENT OF
DECISION GRANTING SPECIAL MTN TO STRIKE
COUNTERCLAIMS; MTN TO DISMISS COUNTERCLAIMS

Case No. 2:22-cv-04355-JFW-JEM

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to this Court's Standing Order, ECF No. 14, Plaintiff Yuga Labs, Inc. hereby lodges the attached [Proposed] Statement of Decision Granting Plaintiff Yuga Labs, Inc.'s Special Motion to Strike Counterclaims; Plaintiff Yuga Labs, Inc.'s Motion to Dismiss Counterclaims.

Dated: February 15, 2023          FENWICK & WEST LLP


By: _/s/ Eric Ball_
       Eric Ball

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

NOTICE OF LODGING [PROPOSED] STATEMENT OF
DECISION GRANTING SPECIAL MTN TO STRIKE
COUNTERCLAIMS; MTN TO DISMISS COUNTERCLAIMS

1

Case No. 2:22-cv-04355-JFW-JEM

FENWICK & WEST LLP
ATTORNEYS AT LAW