Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' JOINT STIPULATION**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:       June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S JOINT STIPULATION**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of the Court's Scheduling and Case Management Order (Dkt. 57) is attached as Exhibit 1.

3. A true and correct copy of Plaintiff's Complaint is attached as Exhibit 2.

4. On September 6, 2022, Defendants served their First Set of Requests for Production (Exhibit 3) and First set of Interrogatories (Exhibit 4). True and correct copies of both documents are attached as Exhibit 3 and Exhibit 4.

5. On October 6, 2022, Yuga served its Response to Defendants' First Set of Requests for Production (Exhibit 5) and its Response to Defendants' First Set of Interrogatories (Exhibit 6). True and correct copies of both documents are attached as Exhibit 4 and Exhibit 5.

6. Throughout this matter, Defendants have been professional in communicating with Yuga regarding discovery in this matter. A true and correct copy of all emails from November 18, 2022, to February 2, 2023, regarding Yuga's production deficiencies and the parties' Local Rule 37-1 conference is attached as Exhibit 7.

7. On November 18, 2022, Defendants sent a letter to Yuga regarding deficiencies in Yuga's discovery responses and Yuga's failure to produce non-

public documents in this matter.  A true and correct copy of this letter is attached as Exhibit 8.

8.   On December 1, 2022, Defendants sent a letter to Yuga summarizing the November 28, 2022, conference regarding Yuga's production deficiencies.  A true and correct copy of this letter is attached as Exhibit 9.

9.   On December 15, 2022, Yuga sent a letter to Defendants responding to the December 1, 2022, letter regarding Yuga's production deficiencies.  A true and correct copy of this letter is attached as Exhibit 10.

10.   On December 21, 2022, Yuga served its First Supplemental Response to Defendants' First Set of Interrogatories.  A true and correct copy of this document is attached as Exhibit 11.

11.   On December 31, 2022, Defendants sent a letter to Yuga regarding Yuga's discovery deficiencies.  A true and correct copy of this letter is attached as Exhibit 12.

12.   On January 17, 2023, Yuga sent a letter to Defendant regarding Defendants' discovery requests.  A true and correct copy of this letter is attached as Exhibit 13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on February 14, 2023.

/s/   Derek Gosma
Derek Gosma