1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA 94041
   Telephone: 650.988.8500
5  Facsimile: 650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
7  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
8  FENWICK & WEST LLP
   555 California Street, 12th Floor
9  San Francisco, CA 94104
   Telephone: 415.875.2300

10
11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
   Counterclaim Defendant
13 YUGA LABS, INC.

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                WESTERN DIVISION – LOS ANGELES

17 YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM

18         Plaintiff and               **DISCOVERY MATTER**
           Counterclaim Defendant,
19                                     **DECLARATION OF ETHAN M.
       v.                              THOMAS RE DEFENDANTS'
20                                     MOTION TO COMPEL**
   RYDER RIPPS, JEREMY CAHEN,
21                                     Magistrate Judge: Hon. John E. McDermott
          Defendants and               Motion Hearing Date: March 21, 2023
22        Counterclaim Plaintiffs.     Motion Hearing Time: 10:00 AM
                                       Discovery Cutoff Date: April 3, 2023
23                                     Pre-Trial Conference Date: June 9, 2023
                                       Trial Date:     June 27, 2023
24
25
26
27
28

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400

10 Attorneys for Plaintiff and
   Counterclaim Defendant
11 YUGA LABS, INC.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Ethan M. Thomas, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. The Court's December 16, 2022 Order (Dkt. 62) Denying Defendants' Motion to Strike and to Dismiss is attached as **Exhibit 1**.

4. The Court's January 17, 2023 Order (Dkt. 87) Denying Defendants' Motion to Compel is attached as **Exhibit 2**.

5. The Joint Stipulation filed on December 28, 2022 (Dkt. 69-1) is attached as **Exhibit 3**.

6. Defendants' Memorandum in Support of their Motion to Compel (Dkt. 80) is attached as **Exhibit 4**.

7. Defendants' Answer and Counterclaims (Dkt. 65) is attached as **Exhibit 5**.

8. An excerpt from Yuga Labs Second Supplemental Responses to Defendants' Interrogatories, with highlights, is attached as **Exhibit 6.**

9. Excerpts of Yuga Labs' 30(b)(6) deposition transcript are attached as **Exhibit 7**.

10. Excerpts of Greg Solano's deposition transcript are attached as **Exhibit 8**.

11. Excerpts of Ryder Ripps' deposition transcript are attached as **Exhibit 9**.

12. Yuga Labs produced the documents at Bates numbers YUGALABS_00029252 and YUGALABS_00029146 (referenced in the Declaration of Derek Gosma, Exhibit 13) to Defendants on December 21, 2022. Yuga Labs

produced a Letter of Authorization enabling AppDetex to request takedowns on its behalf on December 20, 2022, as an agreement with AppDetex and an invoice showing the cost of engaging AppDetex on January 27, 2023.

13. A document produced by Yuga Labs as YUGALABS_00002048 is attached as **Exhibit 10**.

14. A collection of documents produced by Yuga Labs as YUGALABS_00030350, YUGALABS_00030351, and YUGALABS_00030352 are attached as **Exhibit 11**.

15. On January 27 and January 31, 2023, Yuga Labs produced 194 documents to Defendants.

16. Excerpted email correspondence between counsel for Yuga Labs and counsel for Defendants is attached as **Exhibit 12**.

17. A January 17, 2023 Order in *Real v. Yuga Labs*, No. 2:22-cv-08909-FMO-PLA, (C.D. Cal.) (Dkt. 40) is attached as **Exhibit 13**.

18. The Complaint in *Real v. Yuga Labs*, No. 2:22-cv-08909-FMO-PLA, (C.D. Cal.) (Dkt. 1) is attached as **Exhibit 14**.

19. A memorandum filed in *MGA Entertainment Inc. v. Clifford T.I. Harris et al.*, No. 2:20-cv-11548-JVS-AGR (C.D. Cal. Jan. 25. 2023) (Dkt. 565) is attached as **Exhibit 15**.

20. Minutes filed by the court in *MGA Entertainment Inc. v. Clifford T.I. Harris et al.*, No. 2:20-cv-11548-JVS-AGR (C.D. Cal. Jan. 25. 2023) (Dkt. 569) is attached as **Exhibit 16**.

21. **Exhibit 17** is a compilation of tweets from Ryder Ripps, posted on December 8, 2022; December 12, 2022; January 23, 2023; and February 3, 2023.

22. **Exhibit 18** is an email from Defendants' counsel to Yuga Labs' counsel dated February 10, 2023.

23. The amended complaint in *Hermes International et al. v. Rothschild*, No. 1:22-cv-00384-JSR (S.D.N.Y.) (Dkt. 24) is attached as **Exhibit 19**.

24. The jury verdict form in *Hermes International et al. v. Rothschild*, No. 1:22-cv-00384-JSR (S.D.N.Y.) (Dkt. 144) is attached as **Exhibit 20**.

25. The order denying cross motions for summary judgment in *Hermes International et al. v. Rothschild*, No. 1:22-cv-00384-JSR (S.D.N.Y.) (Dkt. 140) is attached as **Exhibit 21**.

9. Additional excerpts of Yuga Labs' 30(b)(6) deposition transcript are attached as **Exhibit 22**.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on February 13, 2023.

*/s/ Ethan M. Thomas*
Ethan M. Thomas