# Exhibit 7

Exhibit 7
Pg. 158

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4    _____
                                     )
5    YUGA LABS, INC.,                )CASE NO.:
                                     )
6                   Plaintiff,       )2:22-cv-04355-
                                     )JFW-JEM
7          v.                        )
                                     )
8    RYDER RIPPS, JEREMY CAHEN, DOES )
     1-10,                           )
9                                    )
                    Defendants.      )
10                                   )
                                     )
11   _____)

12

13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -

14           ATTORNEYS' EYES ONLY **

15

16        DEPOSITION OF YUGA LABS, INC.,

17    BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

18               NICOLE MUNIZ,

19        AND IN HER INDIVIDUAL CAPACITY

20                 VOLUME I

21           LOS ANGELES, CALIFORNIA

22         TUESDAY, JANUARY 24, 2023

23

24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       478535

Exhibit 7
Pg. 159

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023                                        36

| 1 | Q. Yuga Labs believes that Bored Ape is its | 09:45:24 |
| 2 | property; right? | 09:45:27 |
| 3 | A. Yes. | 09:45:28 |
| 4 | Q. Yuga Labs believes that Ape is its | 09:45:28 |
| 5 | property; correct? | 09:45:30 |
| 6 | A. Yes. | 09:45:31 |
| 7 | Q. Yuga Labs believes that the BAYC logo is | 09:45:31 |
| 8 | its property; right? | 09:45:35 |
| 9 | A. Yes. | 09:45:36 |
| 10 | Q. Yuga Labs believes that the BAYC Bored Ape | 09:45:36 |
| 11 | Yacht Club logo is its property; right? | 09:45:40 |
| 12 | A. Yes. | 09:45:42 |
| 13 | Q. And Yuga Labs believes that the ape skull | 09:45:42 |
| 14 | logo is its property; right? | 09:45:45 |
| 15 | A. Yes. | 09:45:47 |
| 16 | Q. Who came up with the name "Bored Ape Yacht | 09:45:47 |
| 17 | Club"? | 09:46:12 |
| 18 | A. I actually think the words "Bored Ape | 09:46:12 |
| 19 | Yacht Club" were written by Wylie Aronow, | 09:46:19 |
| 20 | Mr. Aronow, but then, it was Greg Solano who was | 09:46:22 |
| 21 | like, "Oh, that's fantastic.  That's what we should | 09:46:26 |
| 22 | call it."  So it's a combination effort. | 09:46:30 |
| 23 | Q. And who came up with the abbreviation | 09:46:36 |
| 24 | "BAYC"? | 09:46:40 |
| 25 | A. I believe they did.  It's the | 09:46:40 |

Exhibit 7
Pg. 160

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    37

| | | |
|---|---|---|
| 1 | abbreviation. | 09:46:42 |
| 2 | Q.    Who came up with the phrase "Bored Ape"? | 09:46:42 |
| 3 | A.    Well, I think that came from the story. | 09:46:49 |
| 4 | Q.    So Mr. Aronow and Mr. Solano as well? | 09:46:51 |
| 5 | A.    (No audible response.) | 09:46:53 |
| 6 | Q.    You have to say yes or no.  Sorry. | 09:46:54 |
| 7 | A.    Yes. | 09:46:57 |
| 8 | Q.    Thank you.  And who came up with the | 09:46:57 |
| 9 | phrase "Ape"? | 09:47:01 |
| 10 | A.    Well, it's part -- it's part of the story | 09:47:02 |
| 11 | so, yes, Aronow and Solano. | 09:47:06 |
| 12 | Q.    Okay.  And then, there are three logos | 09:47:07 |
| 13 | that are asserted in this case; right? | 09:47:11 |
| 14 | A.    Yes. | 09:47:13 |
| 15 | Q.    Who designed the BAYC logo? | 09:47:13 |
| 16 | MR. BALL:  Objection.  Vague. | 09:47:19 |
| 17 | A.    The -- the BAYC logo was designed as a | 09:47:21 |
| 18 | traditional logo exercise.  So earlier you were | 09:47:29 |
| 19 | asking me, "Oh, was there a traditional naming | 09:47:33 |
| 20 | exercise?"  This was a very traditional logo design | 09:47:33 |
| 21 | exercise.  The designer was hired. | 09:47:33 |
| 22 | (Reporter clarification.) | 09:47:40 |
| 23 | A.    A traditional logo design exercise.  A | 09:47:40 |
| 24 | designer -- designer was hired, there was a brief, | 09:47:46 |
| 25 | they went through a couple of rounds, a logo was | 09:47:52 |

Exhibit 7
Pg. 161

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                  38

```
1    selected.  Both Solano and Aronow creative directed      09:47:56
2    along with a designer.                                   09:48:03
3        Q.   Okay.  And is -- was that same process          09:48:04
4    followed for the BAYC Bored Ape Yacht Club logo?         09:48:07
5        A.   Yes.                                            09:48:11
6        Q.   And was that same process followed for the      09:48:12
7    ape skull logo?                                          09:48:14
8        A.   They're all kind of in -- intertwined,          09:48:16
9    yes.  It was the same exercise.                          09:48:19
10       Q.   And, in fact, the ape skull logo appears        09:48:21
11   in the BAYC logo; right?                                 09:48:24
12       A.   Yes.                                            09:48:26
13       Q.   And the ape skull logo appears in the BAYC      09:48:26
14   Bored Ape Yacht Club logo; correct?                      09:48:30
15           MR. BALL:  Should we take a look at the --       09:48:33
16       A.   Yeah, I was just saying could we look at        09:48:34
17   it.  So just so I know exactly which ones you're         09:48:37
18   talking about.  I know they're in here.                  09:48:39
19       Q.   Yeah, they're in there.                         09:48:43
20       A.   Does anybody know what page?                    09:48:52
21       Q.   So let's take a look at page 18 of              09:48:54
22   Exhibit 220, the Complaint.  On the right-hand side      09:48:56
23   under paragraph 38, that is the Bored Ape Yacht Club     09:49:03
24   BAYC logo; correct?                                      09:49:07
25           MR. BALL:  Which one are we on,                  09:49:09
```

Exhibit 7
Pg. 162

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    39

| | | |
|---|---|---|
| 1 | Mr. Tompros? | 09:49:10 |
| 2 | MR. TOMPROS:  Page 18. | 09:49:14 |
| 3 | A.   Oh, sorry.  You asked me a question? | 09:49:22 |
| 4 | Q.   Yes. | 09:49:24 |
| 5 | A.   Yes, that is the logo. | 09:49:25 |
| 6 | Q.   That is the Bored Ape Yacht Club BAYC | 09:49:26 |
| 7 | logo; right? | 09:49:29 |
| 8 | A.   Yes. | 09:49:30 |
| 9 | Q.   And maybe take a look at page 20.  On the | 09:49:30 |
| 10 | top right side, the image in the circle on the image | 09:49:38 |
| 11 | on the right side of page 20 at the top, that is the | 09:49:42 |
| 12 | ape skull logo; correct? | 09:49:45 |
| 13 | A.   Yes. | 09:49:48 |
| 14 | Q.   Actually, not sure if the other one | 09:49:49 |
| 15 | appears in the Complaint, but we've got those two | 09:49:54 |
| 16 | straightened out. | 09:49:57 |
| 17 | A.   It does.  I remember seeing it.  Give me | 09:49:58 |
| 18 | two seconds. | 09:50:01 |
| 19 | MR. BALL:  I think it would appear in | 09:50:05 |
| 20 | Exhibit A as well. | 09:50:07 |
| 21 | A.   Yeah, I think that's -- that's it. | 09:50:09 |
| 22 | They're in Exhibit A. | 09:50:10 |
| 23 | Q.   Okay.  But we got those two squared away. | 09:50:11 |
| 24 | A.   But we know what they look like. | 09:50:14 |
| 25 | Q.   Okay.  So for the three asserted logos, it | 09:50:16 |

**Exhibit 7**
**Pg. 163**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                              40

| | | |
|---|---|---|
| 1 | was a combination of Mr. Aronow, Mr. Solano, as | 09:50:23 |
| 2 | creative directors, working with an outside | 09:50:27 |
| 3 | designer; correct? | 09:50:29 |
| 4 | A.   Yes. | 09:50:33 |
| 5 | Q.   Anticipating an objection, I'm going to | 09:50:33 |
| 6 | ask so that you can interpose the objection. | 09:50:36 |
| 7 | Who was that designer? | 09:50:39 |
| 8 | MR. BALL:  Objection.  We've had a motion | 09:50:40 |
| 9 | on this issue, and the Court has ruled that the name | 09:50:42 |
| 10 | of the designer is irrelevant and not necessary. | 09:50:45 |
| 11 | I instruct you not to answer based on the | 09:50:47 |
| 12 | Court's order. | 09:50:49 |
| 13 | Q.   Okay.  So Yuga Labs will not reveal the | 09:50:51 |
| 14 | name of the designer; correct? | 09:50:53 |
| 15 | A.   No. | 09:50:54 |
| 16 | Q.   All right. | 09:50:55 |
| 17 | (Exhibit 221 marked.) | 09:51:15 |
| 18 | BY MR. TOMPROS: | 09:51:37 |
| 19 | Q.   You have been handed what has been marked | 09:51:37 |
| 20 | as Exhibit 221, an 11-page document with the control | 09:51:40 |
| 21 | number at the bottom, RIPPSCAHEN00000408. | 09:51:44 |
| 22 | Do you have that in front of you? | 09:51:50 |
| 23 | A.   Yes, I do. | 09:51:52 |
| 24 | Q.   And Yuga Labs is aware of this web page; | 09:51:53 |
| 25 | right? | 09:51:57 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                         41

```
 1              MR. BALL:  Objection.  Vague.                09:51:57

 2       A.   Is -- is this -- is this a web page?  Is       09:52:00

 3  this a copy of the web page?  Printout?                 09:52:06

 4       Q.   So the bottom left, it says --                09:52:08

 5       A.   This is a printout?  Okay.                    09:52:10

 6       Q.   Yeah.  Is Yuga Labs aware of the web page     09:52:12

 7  gordongoner.com?                                        09:52:14

 8       A.   Yes.                                          09:52:19

 9       Q.   And Exhibit 221 is a printout of             09:52:19

10  gordongoner.com; right?                                09:52:21

11              MR. BALL:  Objection.  Vague.               09:52:24

12       A.   I believe so.  I can't say for certain.  I   09:52:25

13  don't have it memorized.                               09:52:27

14       Q.   Okay.  Let's look at page 4 of               09:52:28

15  Exhibit 221.  And on at the top of page 4 of           09:52:30

16  Exhibit 221, there is a set of three images; right?    09:52:41

17       A.   Uh-huh.  Yes.                                09:52:46

18       Q.   One on the left is the Bored Ape Yacht       09:52:47

19  Club BAYC logo; right?                                 09:52:50

20       A.   Yes.                                         09:52:53

21       Q.   And the one in the middle is the Nazi SS     09:52:54

22  Totenkopf; right?                                      09:52:59

23       A.   I don't know the Nazi Totenkopf, but if      09:53:01

24  you say so.                                            09:53:03

25       Q.   Okay.  Are those two images similar?         09:53:04
```

**Exhibit 7**
**Pg. 165**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    42

```
 1                MR. BALL:  Objection.                    09:53:07

 2        A.   No.                                         09:53:07

 3        Q.   Both images have a tattered circle --       09:53:08

 4   black circle; correct?                                09:53:13

 5                MR. BALL:  Objection.  Argumentative.     09:53:14

 6   Vague.                                                09:53:16

 7        A.   I would not say those are the same.         09:53:19

 8        Q.   Oh, no.  I agree, but both images do        09:53:21

 9   indeed have a tattered black circle; right?           09:53:26

10                MR. BALL:  Objection.  Vague.            09:53:28

11   Argumentative.  Asked and answered.                   09:53:29

12        A.   I don't think they are the same.            09:53:30

13        Q.   You don't think that the circles are the    09:53:32

14   same?                                                 09:53:34

15        A.   I don't think so.                           09:53:34

16        Q.   Okay.  Are they both black circles?         09:53:34

17                MR. BALL:  Objection.  Vague.            09:53:38

18        A.   Sure.                                        09:53:39

19        Q.   And they're both tattered; correct?         09:53:39

20                MR. BALL:  Objection.  Argumentative.     09:53:43

21        A.   I don't think so.  Look at the way this     09:53:44

22   is.  Like, this is tattered.  This isn't tattered.    09:53:47

23   This has, like, a raw edge, but it's not at all       09:53:50

24   tattered in the same way.                             09:53:53

25        Q.   Okay.  Both images have a skull in the      09:53:54
```

Exhibit 7
Pg. 166

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                        43

| 1  | center; correct?                                          | 09:53:57 |
| 2  |         MR. BALL:  Objection.  Vague.                     | 09:53:58 |
| 3  |     A.   I mean, tons of logos have skulls in the         | 09:53:58 |
| 4  | center.  This is very old-fashion logo design.  I         | 09:54:06 |
| 5  | promise you.                                              | 09:54:08 |
| 6  |     Q.   And both images have curved text on the          | 09:54:08 |
| 7  | top and the bottom; correct?                              | 09:54:11 |
| 8  |         MR. BALL:  Objection.  Vague.                     | 09:54:12 |
| 9  |     A.   Sure.  I believe they're on a different          | 09:54:15 |
| 10 | curve.                                                    | 09:54:17 |
| 11 |     Q.   Both images have two characters on the           | 09:54:18 |
| 12 | left of the skull and two characters on the right of      | 09:54:22 |
| 13 | the skull; correct?                                       | 09:54:24 |
| 14 |     A.   I wouldn't say that.  That's iconography.        | 09:54:25 |
| 15 | These are letters, so...                                  | 09:54:35 |
| 16 |         (Reporter clarification.)                         | 09:54:35 |
| 17 |         THE WITNESS:  Iconography.                        | 09:54:35 |
| 18 |     A.   And these are letters.                           | 09:54:38 |
| 19 |     Q.   And the iconography on the left of the           | 09:54:38 |
| 20 | Totenkopf is lightning bolts; correct?                    | 09:54:42 |
| 21 |         MR. BALL:  Objection.  If we're going to          | 09:54:46 |
| 22 | keep going here, this is getting into 30(d) and           | 09:54:49 |
| 23 | ridiculous.  It's been ruled as irrelevant.  It's         | 09:54:54 |
| 24 | also just harassing.                                      | 09:54:57 |
| 25 |     A.   It's also just complete bullshit.                | 09:54:58 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023                                    44

| | | |
|---|---|---|
| 1 | Q.   Okay.  So your view is the image in the | 09:55:00 |
| 2 | middle, those are not letters on either side; right? | 09:55:09 |
| 3 | A.   I don't believe so. | 09:55:11 |
| 4 | Q.   Okay.  Was the Nazi SS Totenkopf used as | 09:55:12 |
| 5 | inspiration for the Bored Ape Yacht Club -- | 09:55:19 |
| 6 | A.   Absolutely not. | 09:55:22 |
| 7 | Q.   Let me finish the question. | 09:55:22 |
| 8 | Was the Nazi SS Totenkopf used as | 09:55:24 |
| 9 | inspiration for the Bored Ape Yacht Club BAYC logo? | 09:55:28 |
| 10 | A.   Absolutely not. | 09:55:30 |
| 11 | MR. BALL:  And I'll just add harassing. | 09:55:31 |
| 12 | 30(d).  Tread lightly, counsel. | 09:55:34 |
| 13 | Q.   How do you know? | 09:55:37 |
| 14 | A.   I know. | 09:55:38 |
| 15 | Q.   Did you speak with the designer who | 09:55:38 |
| 16 | assisted Mr. Solano and Mr. Aronow in preparation | 09:56:02 |
| 17 | for this deposition? | 09:56:05 |
| 18 | A.   No. | 09:56:06 |
| 19 | Q.   Have you ever spoken to that designer? | 09:56:06 |
| 20 | A.   No.  I have reviewed the materials.  I | 09:56:08 |
| 21 | believe our counsel has shared them as well.  I know | 09:56:10 |
| 22 | for a fact that the references were good old-fashion | 09:56:14 |
| 23 | references.  It was punk rock.  It was -- it was | 09:56:18 |
| 24 | motorcycle patches.  It was yacht clubs.  It was all | 09:56:22 |
| 25 | of it and I believe you've seen them, sir.  I | 09:56:28 |

**Exhibit 7
Pg. 168**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                  45

| | | |
|---|---|---|
| 1 | believe you've seen the references.  I believe | 09:56:31 |
| 2 | you've seen the different designs that the designer | 09:56:32 |
| 3 | did. | 09:56:35 |
| 4 | This is -- if you go on the internet and | 09:56:35 |
| 5 | you look for logos, this layout is a very, very good | 09:56:37 |
| 6 | old-fashion layout.  And I'm speaking from over a | 09:56:42 |
| 7 | decade of experience in this industry.  It's a | 09:56:46 |
| 8 | boring logo. | 09:56:49 |
| 9 | Q.   How much did Yuga pay the third-party | 09:56:53 |
| 10 | designer? | 09:56:53 |
| 11 | A.   I would have to check.  I don't have that | 09:57:04 |
| 12 | memorized. | 09:57:07 |
| 13 | Q.   What did Yuga communicate to the | 09:57:07 |
| 14 | third-party designer? | 09:57:10 |
| 15 | A.   What do you mean? | 09:57:11 |
| 16 | Q.   What instructions were given to the | 09:57:11 |
| 17 | third-party designer in the course of creating the | 09:57:14 |
| 18 | Bored Ape Yacht Club BAYC logo? | 09:57:18 |
| 19 | MR. BALL:  Objection.  Asked and answered. | 09:57:19 |
| 20 | And vague. | 09:57:20 |
| 21 | A.   It was -- I believe it's in the materials. | 09:57:22 |
| 22 | I don't remember where so I believe that we have | 09:57:24 |
| 23 | actually what we asked in some of the materials.  I | 09:57:26 |
| 24 | feel like I've seen it, but off memory, it was | 09:57:29 |
| 25 | irreverent, fun.  It -- logos are vessels for, like, | 09:57:35 |

Exhibit 7
Pg. 169

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    46

| | | |
|---|---|---|
| 1 | what you want your brand to be.  So we wanted our | 09:57:40 |
| 2 | logo to be sort of representational of what this -- | 09:57:43 |
| 3 | this club is going to be like, right?  Like, what is | 09:57:50 |
| 4 | this?  What's the vibe? | 09:57:50 |
| 5 | And the vibe is punk rock.  It's, you | 09:57:52 |
| 6 | know, it's a yacht club in the everglades, in a | 09:57:55 |
| 7 | swamp.  You know, it's cheeky and weird and, you | 09:57:59 |
| 8 | know, it's edgy.  I mean, you -- what you get to do | 09:58:02 |
| 9 | is draw on a -- on a dive bar bathroom stall. | 09:58:07 |
| 10 | That's what the brief was. | 09:58:11 |
| 11 | Q.   And there were e-mails exchanged between | 09:58:14 |
| 12 | Yuga and the designer; correct? | 09:58:17 |
| 13 | A.   Yes. | 09:58:19 |
| 14 | Q.   You've seen those e-mails? | 09:58:19 |
| 15 | A.   Yes. | 09:58:23 |
| 16 | Q.   And did you see the e-mails the designer | 09:58:23 |
| 17 | provided in return? | 09:58:31 |
| 18 | A.   I've seen the e-mails. | 09:58:32 |
| 19 | Q.   And did you review them in preparation for | 09:58:33 |
| 20 | your deposition today? | 09:58:36 |
| 21 | A.   I don't know if I reviewed them in | 09:58:38 |
| 22 | preparation.  I have reviewed those materials. | 09:58:39 |
| 23 | (Exhibit 222 marked.) | 09:59:09 |
| 24 | BY MR. TOMPROS: | 09:59:09 |
| 25 | Q.   You have been handed what has been marked | 09:59:09 |

Exhibit 7
Pg. 170

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                        47

| 1 | as Exhibit 222.  It is a 35-page document with the | 09:59:12 |
| 2 | title "Yuga Labs, Inc's First Supplemental Response | 09:59:19 |
| 3 | to Ryder Ripps's and Jeremy Cahen's First Set of | 09:59:22 |
| 4 | Interrogatories Numbers 1 through 14." | 09:59:28 |
| 5 | Do you have that in front of you? | 09:59:30 |
| 6 | A.   I believe so. | 09:59:32 |
| 7 | Q.   Have you seen this document before? | 09:59:32 |
| 8 | A.   Yes. | 09:59:34 |
| 9 | Q.   And you understand this is a state -- | 09:59:34 |
| 10 | Well, let me ask you this:  What do you | 09:59:40 |
| 11 | understand this to be? | 09:59:43 |
| 12 | MR. BALL:  Objection.  Vague. | 09:59:43 |
| 13 | A.   What do you mean "what do I" -- | 09:59:44 |
| 14 | Q.   Well, you've seen this Exhibit 222 before; | 09:59:45 |
| 15 | right? | 09:59:51 |
| 16 | A.   Uh-huh. | 09:59:51 |
| 17 | Q.   What is it? | 09:59:52 |
| 18 | A.   I'm not a lawyer.  I don't know what this | 09:59:53 |
| 19 | is technically called, but I know that our -- our | 09:59:55 |
| 20 | lawyers put this in response to your team's | 09:59:58 |
| 21 | questions. | 10:00:01 |
| 22 | Q.   Great.  So this is responses to -- | 10:00:02 |
| 23 | responses by Yuga to questions from the defendants? | 10:00:02 |
| 24 | MR. BALL:  Objection.  Vague.  Misstates | 10:00:05 |
| 25 | the document. | 10:00:07 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                      48

| | | |
|---|---|---|
| 1 | A.   I -- I don't know the details but I think | 10:00:08 |
| 2 | so. | 10:00:11 |
| 3 | Q.   Okay.  All right.  Let's take a look at | 10:00:11 |
| 4 | page 8 of Exhibit 222. | 10:00:17 |
| 5 | A.   Uh-huh. | 10:00:25 |
| 6 | Q.   Actually, let's back up to page 7 of 222. | 10:00:26 |
| 7 | A.   Okay. | 10:00:33 |
| 8 | Q.   The bottom of that page beginning on | 10:00:33 |
| 9 | line 25, it says, "The ape skull logo and BAYC logo | 10:00:36 |
| 10 | drew inspiration from maritime club patches, punk | 10:00:40 |
| 11 | rock designs, street wear, and skating culture." | 10:00:46 |
| 12 | Do you see that? | 10:00:50 |
| 13 | A.   Yeah, that's consistent also with what I | 10:00:50 |
| 14 | just told you. | 10:00:52 |
| 15 | Q.   Okay.  And then, it goes on to say, "The | 10:00:53 |
| 16 | design elements of a black-and-white logo with a | 10:00:54 |
| 17 | skull in the center can be found in various logos | 10:00:57 |
| 18 | for groups such as motorcycle or boating clubs." | 10:01:00 |
| 19 | Do you see that? | 10:01:04 |
| 20 | A.   Yes. | 10:01:05 |
| 21 | Q.   What boating club uses a black-and-white | 10:01:05 |
| 22 | logo with a skull in the center? | 10:01:09 |
| 23 | A.   I don't know. | 10:01:11 |
| 24 | Q.   Can Yuga identify any boating club that | 10:01:12 |
| 25 | uses a black-and-white logo with a skull in the | 10:01:16 |

**Exhibit 7**
**Pg. 172**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    49

| | | |
|---|---|---|
| 1 | center? | 10:01:20 |
| 2 | A.   I don't know of one off the top of my | 10:01:20 |
| 3 | head.  That doesn't mean that they don't exist. | 10:01:22 |
| 4 | Q.   Okay. | 10:01:22 |
| 5 | A.   But I think you get -- I mean, you get the | 10:01:25 |
| 6 | vibe, right?  Like, it's -- drew inspiration from | 10:01:28 |
| 7 | maritime club patches, punk rock designs, street | 10:01:32 |
| 8 | wear, skating culture.  Like, that -- I can name, | 10:01:35 |
| 9 | you know, there are -- there are punk rock, street | 10:01:40 |
| 10 | wear, skating culture, you know, motorcycle clubs. | 10:01:43 |
| 11 | There's a ton of references. | 10:01:47 |
| 12 | When you look at some of the options here, | 10:01:49 |
| 13 | the fact that there's flags and things like that, | 10:01:51 |
| 14 | like, that -- there are many boating clubs that use | 10:01:55 |
| 15 | that imagery. | 10:01:57 |
| 16 | Q.   Are there boating clubs with a | 10:01:59 |
| 17 | black-and-white logo with a skull in the center? | 10:02:03 |
| 18 | A.   I don't know. | 10:02:06 |
| 19 | Q.   Okay.  Now, it goes on, on page 8, to say, | 10:02:12 |
| 20 | "Yuga Labs shares their inspirations with a designer | 10:02:15 |
| 21 | who provided Yuga Labs with different logo options." | 10:02:17 |
| 22 | Do you see that?  It's at the top of | 10:02:22 |
| 23 | page 8. | 10:02:24 |
| 24 | A.   Oh, yes.  Yes. | 10:02:25 |
| 25 | Q.   And just to make sure I understand exactly | 10:02:26 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    50

```
1   what's going on there, it was Mr. Aronow and          10:02:28

2   Mr. Solano who shared their inspirations with the     10:02:31

3   designer; right?                                      10:02:34

4        A.   Yes.                                        10:02:35

5        Q.   Okay.  And they did so in what form?        10:02:35

6   Strike that.                                          10:02:39

7             How did they go about sharing their         10:02:39

8   inspirations with the designer?                       10:02:43

9             MR. BALL:  Objection.  Vague.               10:02:44

10       A.   I think they sent the designer references.  10:02:45

11       Q.   And the designer then provided Yuga Labs    10:02:47

12  logo options in response; correct?                    10:02:55

13            MR. BALL:  Objection.  Vague.               10:02:57

14       A.   I believe so.                               10:02:58

15       Q.   And is the set of logo options shown on     10:03:01

16  page 8 of Exhibit 222 the full set of logo options    10:03:04

17  that the designer provided Yuga Labs?                 10:03:10

18       A.   I don't know if it's the full set.  I       10:03:12

19  would -- I think so because what you'll see is we     10:03:16

20  ended up liking one of them, and so, then we went     10:03:22

21  through rounds.                                        10:03:25

22       Q.   And you've seen the back and forth with     10:03:26

23  the designer; right?                                  10:03:28

24       A.   Yes.                                        10:03:30

25            MR. BALL:  Objection.  Asked and answered.  10:03:30
```

**Exhibit 7**
**Pg. 174**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                          51

```
1        Q.   And have you seen the back and forth with       10:03:32
2   the designer after these logo options were provided?      10:03:36
3            MR. BALL:  Objection.  Asked and answered.       10:03:38
4        A.   Yes.                                             10:03:39
5        Q.   All right.  And then, at the bottom of          10:03:40
6   page 8, it says, "The angle of the skull was              10:03:47
7   inspired by a photograph of a real ape skull which        10:03:50
8   came with a Google image result search for 'ape           10:03:56
9   skull.'"                                                  10:03:59
10           Do you see that?                                 10:04:00
11       A.   Yes.                                            10:04:00
12       Q.   Who conducted did that ape skull search?        10:04:00
13       A.   Well, anyone can.  You can do it.               10:04:05
14       Q.   So to make sure I understand the answer,        10:04:07
15  though, in this interrogatory, it says that "The          10:04:10
16  angle of the skull was inspired by a photograph of a      10:04:12
17  real ape skull which came from a Google image search      10:04:14
18  result for 'ape skull'"; right?                           10:04:18
19       A.   Right.                                          10:04:20
20       Q.   Did someone, in the course of the design        10:04:20
21  of the BAYC logo, do a Google image search for an         10:04:23
22  ape skull?                                                10:04:27
23       A.   Yes.                                            10:04:28
24       Q.   Who?                                            10:04:28
25       A.   The designer.                                   10:04:29
```

**Exhibit 7**
**Pg. 175**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    52

| | | |
|---|---|---|
| 1 | Q.   And how do you know that? | 10:04:29 |
| 2 | A.   We were told. | 10:04:31 |
| 3 | Q.   Who was told? | 10:04:32 |
| 4 | A.   The designer told us that the ape skull | 10:04:34 |
| 5 | came from a Google image search.  We then typed in | 10:04:41 |
| 6 | "ape skull" into Google.  It's literally the first | 10:04:46 |
| 7 | result. | 10:04:49 |
| 8 | Q.   When did the designer tell you that? | 10:04:49 |
| 9 | MR. BALL:  Objection. | 10:04:52 |
| 10 | A.   I don't know. | 10:04:53 |
| 11 | Q.   Was it before or after this litigation was | 10:04:53 |
| 12 | filed? | 10:04:56 |
| 13 | A.   I think before. | 10:04:57 |
| 14 | Q.   And who did the designer tell that he or | 10:04:57 |
| 15 | she conducted a Google image search for "ape skull"? | 10:05:00 |
| 16 | A.   I don't know exactly who they told. | 10:05:05 |
| 17 | Q.   If you search -- Google image search for | 10:05:09 |
| 18 | "ape skull," the first search will be the skull in | 10:05:25 |
| 19 | which the BAYC logo was based; correct? | 10:05:27 |
| 20 | MR. BALL:  Objection.  Vague. | 10:05:29 |
| 21 | A.   So you have to understand how Google | 10:05:31 |
| 22 | works.  If you don't have, like, cookies or | 10:05:35 |
| 23 | something preset, then yes.  Have you done it?  We | 10:05:37 |
| 24 | should do it together. | 10:05:45 |
| 25 | Q.   I have done it. | 10:05:48 |

**Exhibit 7**
**Pg. 176**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    53

| | | |
|---|---|---|
| 1 | A.   Is it the first? | 10:05:50 |
| 2 | Q.   I don't know. | 10:05:53 |
| 3 | A.   Is it the first? | 10:06:19 |
| 4 | Q.   No. | 10:06:21 |
| 5 | A.   It's not? | 10:06:21 |
| 6 | Q.   It's the fifth. | 10:06:21 |
| 7 | A.   Okay.  It might have changed since -- | 10:06:22 |
| 8 | MR. BALL:  That's why vague as to time. | 10:06:22 |
| 9 | A.   It might have changed since. | 10:06:24 |
| 10 | MR. BALL:  Google is an interactive -- | 10:06:24 |
| 11 | THE WITNESS:  It was the first. | 10:06:26 |
| 12 | Q.   Okay.  But you don't know when the search | 10:06:27 |
| 13 | was conducted; correct? | 10:06:30 |
| 14 | MR. BALL:  Objection.  Asked and answered. | 10:06:32 |
| 15 | A.   Well, my -- my assumption is since the ape | 10:06:33 |
| 16 | skull is here in this image, it was conducted before | 10:06:38 |
| 17 | because the designer would have had to then trace | 10:06:41 |
| 18 | it, so... | 10:06:44 |
| 19 | Q.   Who instructed the designer to do a Google | 10:06:45 |
| 20 | image search for "ape skull"? | 10:06:48 |
| 21 | MR. BALL:  Objection. | 10:06:50 |
| 22 | Slow down.  Let me get my objections in. | 10:06:53 |
| 23 | Objection.  Assumes facts not in evidence. | 10:06:54 |
| 24 | Lacks foundation.  Vague. | 10:06:56 |
| 25 | A.   What I would say is that that's just not | 10:06:57 |

**Exhibit 7**
**Pg. 177**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                54

```
1   how design works.  Like, you don't say, "Do this      10:07:05

2   exactly."  The designer did it, you know?            10:07:09

3       Q.   Who instructed the designer to use an ape   10:07:11

4   skull?                                               10:07:14

5            MR. BALL:  Same objections.                 10:07:16

6       A.   I think if you -- if you look at the        10:07:19

7   reference -- look at the other designs.  So if we're 10:07:24

8   looking at page 8, you'll see there's a lot that     10:07:27

9   aren't an ape skull.  So it wasn't that, like, the   10:07:30

10  specific instruction is "use an ape skull."  It was, 10:07:34

11  "It's Bored Ape Yacht Club, you know.  It's          10:07:37

12  motorcycle.  It's punk rock.  Motorcycle punk rock,  10:07:40

13  you see skulls."  It was one of the options that     10:07:44

14  came back.  There are many that don't necessarily    10:07:52

15  have a skull.                                        10:07:54

16      Q.   Could you look at the next page of the      10:07:55

17  interrogatory responses.  This is page 9 of Exhibit  10:08:02

18  222.  And the image at the top shows a -- shows a    10:08:11

19  Google search box with "ape skull" typed in; right?  10:08:13

20      A.   Yes.                                        10:08:16

21      Q.   And then, there's a red arrow pointing      10:08:16

22  down to an image from the Australian Museum; right?  10:08:19

23      A.   Yes.                                        10:08:22

24      Q.   And that is the ape skull image on which    10:08:22

25  the Yuga Labs ape skull logo was based; correct?     10:08:28
```

Exhibit 7
Pg. 178

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    55

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:08:34 |
| 2 | Q.    And then, if you follow that arrow down to | 10:08:34 |
| 3 | the right, what is shown there? | 10:08:38 |
| 4 | A.    It's taking the outline of our logo and | 10:08:39 |
| 5 | placing it on top to show how the composition and | 10:08:46 |
| 6 | the shape is almost identical.  The things that were | 10:08:51 |
| 7 | basically not included are ridges that would not | 10:08:56 |
| 8 | have translated enough.  Small asset. | 10:09:00 |
| 9 | Q.    Are there any other differences between | 10:09:04 |
| 10 | the ape skull logo and the logo -- the ape skull -- | 10:09:06 |
| 11 | strike that. | 10:09:12 |
| 12 | Are there any other differences between | 10:09:12 |
| 13 | the Australian Museum ape skull image and the Yuga | 10:09:14 |
| 14 | Labs ape skull logo? | 10:09:19 |
| 15 | MR. BALL:  Objection.  Vague.  Calls for a | 10:09:20 |
| 16 | legal conclusion. | 10:09:23 |
| 17 | A.    What I can say is based off my eyeballs, | 10:09:25 |
| 18 | there are some things that are different.  A lot of | 10:09:30 |
| 19 | it has to do with the fact that this is an asset | 10:09:32 |
| 20 | that's going to be used at scale.  So when you're | 10:09:36 |
| 21 | doing logo design, you have to think about, "How is | 10:09:38 |
| 22 | this going to work in a favicon?  How is this going | 10:09:40 |
| 23 | to work in, like, you know, in many different | 10:09:43 |
| 24 | sizes?"  And so, some things were kind of adjusted | 10:09:45 |
| 25 | so that it can work at scale. | 10:09:48 |

**Exhibit 7**
**Pg. 179**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    56

| | | |
|---|---|---|
| 1 | Q.   The teeth were reworked; correct? | 10:09:50 |
| 2 | MR. BALL:  Objection.  Argumentative. | 10:09:53 |
| 3 | Assumes -- lacks foundation. | 10:09:54 |
| 4 | MR. TOMPROS:  Fair enough. | 10:09:56 |
| 5 | Q.   Were the teeth reworked? | 10:09:56 |
| 6 | MR. BALL:  Objection. | 10:09:59 |
| 7 | A.   A lot of -- I mean, actually if you look | 10:09:59 |
| 8 | in detail, there's quite a few things that have been | 10:10:01 |
| 9 | reworked to work at scale.  There really are. | 10:10:05 |
| 10 | Q.   And what things -- | 10:10:09 |
| 11 | A.   It's small -- it's, like, small things, | 10:10:10 |
| 12 | but there's -- you know, a couple things have been | 10:10:11 |
| 13 | cleaned up.  You know, there's, for instance, that | 10:10:13 |
| 14 | kind of, like, notch in the -- in the check bones. | 10:10:15 |
| 15 | That's not seen all the way through. | 10:10:18 |
| 16 | So, like, there's a couple of things that, | 10:10:20 |
| 17 | again, they're made to work at scale.  Like that -- | 10:10:22 |
| 18 | that level of detail actually ends up getting muddy. | 10:10:24 |
| 19 | Q.   And one of the things that was reworked is | 10:10:28 |
| 20 | the teeth in the image; correct? | 10:10:33 |
| 21 | MR. BALL:  Objection.  Vague. | 10:10:34 |
| 22 | Argumentative.  Asked and answered. | 10:10:36 |
| 23 | A.   I believe so. | 10:10:39 |
| 24 | Q.   Why were the teeth reworked? | 10:10:42 |
| 25 | A.   I mean, I just said that. | 10:10:46 |

**Exhibit 7**
**Pg. 180**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                            57

| | | |
|---|---|---|
| 1 | Q.   To work at scale? | 10:10:48 |
| 2 | A.   I mean, it's -- when you're doing logo | 10:10:49 |
| 3 | design, you have to -- you have to think about how | 10:10:52 |
| 4 | things are going to work in a favicon.  So you | 10:10:57 |
| 5 | really do have to -- things have to get adjusted. | 10:11:00 |
| 6 | Q.   And who drew the specific teeth in the | 10:11:04 |
| 7 | logo? | 10:11:08 |
| 8 | A.   The designer. | 10:11:12 |
| 9 | Q.   And why did the designer select that | 10:11:12 |
| 10 | specific arrangement of teeth? | 10:11:20 |
| 11 | MR. BALL:  Objection.  Calls for | 10:11:23 |
| 12 | speculation.  Lacks foundation. | 10:11:30 |
| 13 | A.   It's just the design process, man.  Like, | 10:11:30 |
| 14 | there was no, like, explicit reasoning.  It's just | 10:11:32 |
| 15 | how it ended up being the most esthetically pleasing | 10:11:35 |
| 16 | and making sense at scale. | 10:11:44 |
| 17 | MR. BALL:  We've been going about an hour, | 10:11:46 |
| 18 | Mr. Tompros.  So when you're -- | 10:11:47 |
| 19 | MR. TOMPROS:  This is a good time to take | 10:11:50 |
| 20 | a break if you'd like, yeah. | 10:11:51 |
| 21 | THE VIDEOGRAPHER:  The time is 10:11 a.m. | 10:11:53 |
| 22 | and we're going off the video record. | 10:11:56 |
| 23 | (Recess.) | 10:11:58 |
| 24 | THE VIDEOGRAPHER:  We are going on the | 10:30:16 |
| 25 | record at 10:30 a.m. | 10:30:25 |

**Exhibit 7
Pg. 181**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                    58

| 1  | BY MR. TOMPROS:                                    | 10:30:30 |
| 2  | Q.   I want to now focus just briefly on the      | 10:30:30 |
| 3  | phrase "Bored Ape."  Do you have that in mind?     | 10:30:33 |
| 4  | That was part of the discussion of the            | 10:30:37 |
| 5  | phrase "Bored Ape Yacht Club"; right?             | 10:30:39 |
| 6  | A.   Uh-huh.                                       | 10:30:40 |
| 7  | Q.   You have to say yes or no.                    | 10:30:41 |
| 8  | A.   Yes.                                          | 10:30:42 |
| 9  | Q.   And it's not Bored Ape -- strike that.        | 10:30:43 |
| 10 | In that discussion, was Bored Ape intended        | 10:30:46 |
| 11 | as an anagram for anything?                        | 10:30:51 |
| 12 | A.   No.                                           | 10:30:53 |
| 13 | Q.   Okay.  Can you take a look again at the       | 10:30:53 |
| 14 | Complaint, which is Exhibit 220.                   | 10:30:58 |
| 15 | A.   Yes.                                          | 10:31:05 |
| 16 | Q.   All right.  And on the second page of the     | 10:31:06 |
| 17 | Complaint, page 2, starting at line 1.  At the end,| 10:31:12 |
| 18 | it says, "Bored Ape NFTs often resell for hundreds | 10:31:16 |
| 19 | of thousands if not millions of dollars"; correct? | 10:31:20 |
| 20 | A.   Yes.                                          | 10:31:24 |
| 21 | Q.   And that's accurate; right?                   | 10:31:24 |
| 22 | A.   They have sold for that much, yeah.           | 10:31:26 |
| 23 | Q.   Okay.  And further on in that paragraph,      | 10:31:28 |
| 24 | it says, "Much of this NFT collection's value arises| 10:31:33 |
| 25 | from their rarity"; right?                         | 10:31:41 |

**Exhibit 7**
**Pg. 182**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                                  255

```
1    at this, you're not thinking this is the RR/BAYC        16:40:16

2    collection.  You're thinking this is BAYC.  It's        16:40:20

3    possible if you were to scale it up and look at all      16:40:31

4    the details, but that's just not what most people       16:40:33

5    do.  You look at it and go, "Oh, that's BAYC."          16:40:36

6         Q.   Looking again at 248, do you see the           16:40:40

7    legend minted on May 2nd, 2022?                         16:40:43

8         A.   Yes.                                           16:40:45

9         Q.   Is that when the BAYC NFTs were minted?        16:40:46

10        A.   No.                                            16:40:49

11        Q.   When were the BAYC NFTs minted?               16:40:50

12        A.   I believe they were minted on April 23rd,     16:40:54

13   2021.                                                    16:41:04

14        Q.   Foundation is typically used by artists;      16:41:05

15   correct?                                                 16:41:20

16        MR. BALL:  Objection.  Vague.  Calls for           16:41:20

17   speculation.                                             16:41:23

18        A.   I wouldn't say that.                          16:41:25

19        Q.   Foundation is organized by artists'           16:41:27

20   collections; correct?                                   16:41:31

21        MR. BALL:  Objection.  Vague.  Calls for           16:41:32

22   speculation.                                             16:41:35

23        A.   What do you mean by "artist -- organized      16:41:37

24   by artist collections"?                                 16:41:40

25        Q.   Organized by the -- is organized by the       16:41:42
```

**Exhibit 7**
**Pg. 183**