# Exhibit 8

Exhibit 8
Pg. 184

```
1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3                     WESTERN DIVISION

4    _____
                                     )
5    YUGA LABS, INC.,                )CASE NO.:
                                     )
6                   Plaintiff,       )22-cv-04355-
                                     )JFW-JEM
7          v.                        )
                                     )
8    RYDER RIPPS, JEREMY CAHEN, DOES )
     1-10,                           )
9                                    )
                    Defendants.      )
10                                   )
     _____)
11

12

13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -

14             ATTORNEYS' EYES ONLY **

15

16

17             DEPOSITION OF GREG SOLANO

18                    VOLUME I

19             LOS ANGELES, CALIFORNIA

20          TUESDAY, JANUARY 17, 2023

21

22

23

24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25   JOB NO.:       477897
```

Exhibit 8
Pg. 185

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                            66

| | | |
|---|---|---|
| 1 | instructions on that? | 10:52:35 |
| 2 | A.   I'm not going to name the person, but I | 10:52:36 |
| 3 | can answer other questions in regards to this. | 10:52:38 |
| 4 | Q.   Great.  Is the person that is the | 10:52:39 |
| 5 | designer -- so let me think of a decent way to talk | 10:52:41 |
| 6 | about this person, and, again, we reserve our rights | 10:52:46 |
| 7 | to be able to come back and continue this | 10:52:49 |
| 8 | deposition -- | 10:52:52 |
| 9 | A.   The only information I'm not going to | 10:52:52 |
| 10 | provide you is the name because your clients | 10:52:54 |
| 11 | harassed myself, my family, and any person's name | 10:52:57 |
| 12 | that they can get their hands on.  And so, if the | 10:53:00 |
| 13 | Judge decides that we need to give you the name, | 10:53:03 |
| 14 | we'll give you the name.  We're not coming back | 10:53:05 |
| 15 | here. | 10:53:07 |
| 16 | Q.   That'll be up to the Judge to decide. | 10:53:11 |
| 17 | When did you engage this third-party | 10:53:14 |
| 18 | designer? | 10:53:20 |
| 19 | A.   In early 2021. | 10:53:20 |
| 20 | Q.   Can you be more specific than that, maybe | 10:53:26 |
| 21 | the month. | 10:53:31 |
| 22 | A.   February, I believe.  February or March. | 10:53:31 |
| 23 | Q.   What did you instruct the third-party | 10:53:34 |
| 24 | designer to do? | 10:53:36 |
| 25 | A.   We asked the designer to create a logo | 10:53:37 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Exhibit 8
Pg. 186

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                           67

| | | |
|---|---|---|
| 1 | with several different versions of that logo, and we | 10:53:50 |
| 2 | also had her create website designs. | 10:53:58 |
| 3 |     Q.   What instructions did you provide the | 10:54:04 |
| 4 | designer with regard to the logo? | 10:54:15 |
| 5 |         MR. BALL:  Objection.  Asked and answered. | 10:54:19 |
| 6 | Vague. | 10:54:26 |
| 7 |     A.   We asked for a logo for Bored Ape Yacht | 10:54:28 |
| 8 | Club. | 10:54:37 |
| 9 |     Q.   Did you provide the designer any guidance | 10:54:37 |
| 10 | on the contents of that logo? | 10:54:40 |
| 11 |     A.   Yes.  We gave some general inspiration and | 10:54:42 |
| 12 | a mood board.  I believe we have publically released | 10:54:51 |
| 13 | much of that. | 10:54:58 |
| 14 |     Q.   What do you mean by a "mood board"? | 10:54:58 |
| 15 |     A.   Inspiration images. | 10:55:06 |
| 16 |     Q.   So you provided the designer with some | 10:55:08 |
| 17 | inspiration images? | 10:55:10 |
| 18 |         MR. BALL:  Objection.  Vague. | 10:55:11 |
| 19 |         MR. TOMPROS:  Fair enough.  I'll withdraw. | 10:55:12 |
| 20 |     Q.   You and Mr. Aronow provided the designer | 10:55:14 |
| 21 | with some inspiration images? | 10:55:17 |
| 22 |         MR. BALL:  Same objection.  Vague. | 10:55:19 |
| 23 |     A.   We provided some images to the designer. | 10:55:21 |
| 24 |     Q.   And what did the designer do -- strike | 10:55:26 |
| 25 | that. | 10:55:30 |

**Exhibit 8**
**Pg. 187**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                        68

| | | |
|---|---|---|
| 1 | Did you provide any other instructions in | 10:55:30 |
| 2 | addition to the images to the designer? | 10:55:31 |
| 3 | MR. BALL:  Objection. | 10:55:34 |
| 4 | A.  I'm sorry.  Can you restate the question. | 10:55:40 |
| 5 | Q.  Sure.  Did you provide any other | 10:55:42 |
| 6 | instruction in addition to the images to the | 10:55:43 |
| 7 | designer? | 10:55:45 |
| 8 | MR. BALL:  Objection.  Vague. | 10:55:46 |
| 9 | A.  We sent e-mails with info about, | 10:55:46 |
| 10 | generally, what we were looking for in the logo for | 10:56:02 |
| 11 | this brand. | 10:56:07 |
| 12 | Q.  Who sent the e-mails? | 10:56:11 |
| 13 | A.  One or both of us.  I don't recall. | 10:56:14 |
| 14 | Q.  From what e-mail addresses? | 10:56:20 |
| 15 | A.  My e-mail would have been the | 10:56:28 |
| 16 | █████████████████ e-mail address.  I don't | 10:56:30 |
| 17 | recall Wylie Aronow's e-mail address for these | 10:56:36 |
| 18 | exchanges. | 10:56:38 |
| 19 | Q.  Do you still have those e-mails? | 10:56:39 |
| 20 | A.  Yes. | 10:56:41 |
| 21 | Q.  Did the designer correspond back to you by | 10:56:41 |
| 22 | e-mail? | 10:56:45 |
| 23 | A.  Yes. | 10:56:46 |
| 24 | Q.  Do you still have those e-mails? | 10:56:46 |
| 25 | A.  Yes. | 10:56:49 |

**Exhibit 8**
**Pg. 188**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    69

```
 1        Q.    And apart from e-mail, did you communicate        10:56:49
 2   with the designer in any other way?                          10:56:59
 3        A.    We had a video call where she presented           10:57:00
 4   some designs.  I may have texted her as well.                10:57:15
 5        Q.    Was the video call recorded?                      10:57:22
 6        A.    No.                                               10:57:25
 7        Q.    Would texts with her have come from the           10:57:25
 8   mobile number that you provided us with earlier?             10:57:34
 9        A.    Yes.                                              10:57:36
10        Q.    Do you still have those texts?                    10:57:36
11        A.    I believe so.                                     10:57:38
12        Q.    And have you provided them to counsel?            10:57:39
13        A.    Counsel has all my files.                         10:57:41
14        Q.    Was the designer a single individual or a         10:57:42
15   group of individuals?                                        10:57:47
16        A.    A single individual.                              10:57:48
17        Q.    Was the designer a business entity?               10:57:50
18        MR. BALL:  Objection.  Vague.  Calls for a              10:57:52
19   legal conclusion.                                            10:57:54
20        MR. TOMPROS:  Fair enough.  I withdraw                  10:57:57
21   that question.  I actually don't care.  Single               10:58:00
22   individual is all I -- I'm interested in.                    10:58:01
23        Q.    When you communicated with the designer,          10:58:03
24   was it just one e-mail address that you used for the         10:58:05
25   designer?                                                    10:58:07
```

**Exhibit 8**
**Pg. 189**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                    70

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Vague. | 10:58:08 |
| 2 | A.   I don't recall. | 10:58:09 |
| 3 | Q.   Okay.  How much was the designer paid? | 10:58:11 |
| 4 | A.   I don't recall. | 10:58:25 |
| 5 | Q.   Following the -- strike that. | 10:58:25 |
| 6 | In what currency was the designer paid? | 10:58:31 |
| 7 | MR. BALL:  Objection.  Vague as to | 10:58:35 |
| 8 | "currency." | 10:58:37 |
| 9 | A.   U.S. dollars. | 10:58:38 |
| 10 | Q.   Was the designer paid in cryptocurrency | 10:58:50 |
| 11 | or -- was the designer paid in cryptocurrency? | 10:58:55 |
| 12 | MR. BALL:  Objection.  Asked and answered. | 10:59:00 |
| 13 | A.   They were paid in U.S. dollars. | 10:59:02 |
| 14 | (Exhibit 202 marked.) | 10:59:41 |
| 15 | MR. BALL:  Are you marking this as 202? | 10:59:41 |
| 16 | MR. TOMPROS:  Exactly. | 10:59:44 |
| 17 | BY MR. TOMPROS: | 10:59:45 |
| 18 | Q.   Mr. Solano, you have in front of you what | 10:59:45 |
| 19 | has been marked as Exhibit 202, a one-page document | 10:59:48 |
| 20 | with an image. | 10:59:54 |
| 21 | Do you have that? | 10:59:56 |
| 22 | A.   I have a document in front of me that says | 10:59:57 |
| 23 | "Exhibit 202," yes. | 10:59:59 |
| 24 | Q.   What is that image? | 11:00:00 |
| 25 | A.   This looks like a low-res screenshot of | 11:00:02 |

**Exhibit 8**
**Pg. 190**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                              71

| | | |
|---|---|---|
| 1 | a -- of our Yuga Labs's Bored Ape Yacht Club logo. | 11:00:09 |
| 2 | That said, I don't have every detail of it | 11:00:15 |
| 3 | memorized, and I know that your clients like to mess | 11:00:20 |
| 4 | with documents and images.  So I can't -- I don't | 11:00:24 |
| 5 | know if this is the genuine exact logo or if they've | 11:00:26 |
| 6 | changed something. | 11:00:31 |
| 7 | Q.   In what way, if any, does this logo look | 11:00:31 |
| 8 | different from what Yuga Labs claims as its | 11:00:53 |
| 9 | trademark? | 11:00:57 |
| 10 | A.   This looks like our logo. | 11:01:01 |
| 11 | Q.   Was this logo created by the third-party | 11:01:05 |
| 12 | designer? | 11:01:12 |
| 13 | A.   Yes. | 11:01:12 |
| 14 | Q.   And which aspects of this logo were | 11:01:12 |
| 15 | created by the third-party designer? | 11:01:18 |
| 16 | MR. BALL:  Objection.  Vague. | 11:01:20 |
| 17 | MR. TOMPROS:  Fair enough.  Let me try | 11:01:21 |
| 18 | again. | 11:01:23 |
| 19 | Q.   Did the third-party designer choose the | 11:01:23 |
| 20 | words "Bored Ape Yacht Club"? | 11:01:27 |
| 21 | MR. BALL:  Objection.  Vague. | 11:01:28 |
| 22 | A.   The words "Bored Ape Yacht Club" were | 11:01:31 |
| 23 | provided to the designer. | 11:01:34 |
| 24 | Q.   Did the third-party designer choose | 11:01:35 |
| 25 | "BAYC," those letters? | 11:01:39 |

**Exhibit 8**
**Pg. 191**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    72

| | | |
|---|---|---|
| 1 | A.   The letters "BAYC" were provided to the | 11:01:41 |
| 2 | designer. | 11:01:46 |
| 3 | Q.   And did the third-party designer choose | 11:01:46 |
| 4 | the use of a skull? | 11:01:49 |
| 5 | A.   I don't recall. | 11:01:53 |
| 6 | MR. BALL:  Objection. | 11:01:56 |
| 7 | Q.   Why was a skull chosen for the Bored Ape | 11:01:57 |
| 8 | Yacht Club logo? | 11:02:12 |
| 9 | MR. BALL:  Objection.  Vague.  Calls for | 11:02:12 |
| 10 | speculation. | 11:02:18 |
| 11 | A.   I don't recall who was the first person to | 11:02:18 |
| 12 | think of a skull.  But this is called "Bored Ape | 11:02:25 |
| 13 | Yacht Club," and I remember early on we liked the | 11:02:32 |
| 14 | idea that these apes are bored to death. | 11:02:35 |
| 15 | Q.   At some point during the design of this | 11:02:49 |
| 16 | logo in Exhibit 202, someone conducted a Google | 11:02:54 |
| 17 | image search for the phrase "ape skull"; correct? | 11:02:57 |
| 18 | A.   I don't recall. | 11:03:00 |
| 19 | Q.   Did you conduct a Google image search for | 11:03:00 |
| 20 | the phrase "ape skull" during the course of the | 11:03:10 |
| 21 | creation of this logo? | 11:03:11 |
| 22 | A.   I don't recall. | 11:03:13 |
| 23 | Q.   Did you know how to use Google image | 11:03:13 |
| 24 | search in early 2021? | 11:03:16 |
| 25 | A.   Yes, I know how to Google a word. | 11:03:18 |

**Exhibit 8
Pg. 192**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    73

| | | |
|---|---|---|
| 1 | Q.   And you knew how to use the image search | 11:03:21 |
| 2 | functionality of Google at that time; right? | 11:03:24 |
| 3 | A.   Yes. | 11:03:26 |
| 4 | Q.   Do you have your Google search history for | 11:03:26 |
| 5 | early 2021? | 11:03:30 |
| 6 | A.   I don't know. | 11:03:33 |
| 7 | Q.   This logo includes a white skull on a | 11:03:34 |
| 8 | black background; correct? | 11:04:04 |
| 9 | MR. BALL:  Objection.  Mischaracterizes | 11:04:08 |
| 10 | Exhibit 202. | 11:04:10 |
| 11 | A.   There is an ape -- an illustration of an | 11:04:18 |
| 12 | ape skull on a black background. | 11:04:20 |
| 13 | Q.   Are black-and-white logos with skulls | 11:04:24 |
| 14 | found in logos for groups such as boating clubs? | 11:04:31 |
| 15 | MR. BALL:  Objection.  Vague.  Calls for | 11:04:35 |
| 16 | speculation. | 11:04:37 |
| 17 | A.   Black-and-white logos with skulls are | 11:04:42 |
| 18 | found for every kind of brand on earth.  I've found | 11:04:47 |
| 19 | many that are coffee companies or water companies or | 11:04:54 |
| 20 | otherwise. | 11:05:01 |
| 21 | Q.   Can you identify a boating club with a | 11:05:02 |
| 22 | black-and-white skull logo. | 11:05:05 |
| 23 | MR. BALL:  Objection.  Vague.  Calls for | 11:05:08 |
| 24 | speculation. | 11:05:17 |
| 25 | A.   Not offhand. | 11:05:17 |

Exhibit 8
Pg. 193

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    74

| | | |
|---|---|---|
| 1 | Q.   Why is the outside border of the logo in | 11:05:18 |
| 2 | Exhibit 202 not completely round but instead wavy? | 11:05:36 |
| 3 | MR. BALL:  Objection.  Vague.  Lacks | 11:05:42 |
| 4 | foundation. | 11:05:45 |
| 5 | A.   I don't recall the designer's specific | 11:05:49 |
| 6 | reasoning for that choice.  I don't think we asked | 11:05:53 |
| 7 | her to do that.  However, anyone familiar with Bored | 11:05:58 |
| 8 | Ape Yacht Club will know that it's not exactly a | 11:06:04 |
| 9 | refined yacht club:  It's in a swamp.  It's much | 11:06:10 |
| 10 | more like a dive bar, and it having a little bit of | 11:06:15 |
| 11 | a jagged edge here makes sense with the overall | 11:06:18 |
| 12 | esthetic of the club. | 11:06:23 |
| 13 | Q.   You characterize it as a -- as a jagged | 11:06:24 |
| 14 | edge; is that right? | 11:06:31 |
| 15 | A.   A little bit.  You know, I'm just trying | 11:06:32 |
| 16 | to describe what I'm seeing here. | 11:06:35 |
| 17 | Q.   Sure.  Fair to call it a tattered edge? | 11:06:37 |
| 18 | MR. BALL:  Objection.  Mischaracterizes. | 11:06:41 |
| 19 | MR. TOMPROS:  I'm just trying to figure | 11:06:44 |
| 20 | out what the words are. | 11:06:47 |
| 21 | Q.   So how would you describe it -- | 11:06:48 |
| 22 | A.   It's just not perfectly circular. | 11:06:48 |
| 23 | (Exhibit 203 marked.) | 11:07:59 |
| 24 | BY MR. TOMPROS: | 11:07:59 |
| 25 | Q.   Mr. Solano, you have been handed what has | 11:08:00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    75

| | | |
|---|---|---|
| 1 | been marked as Exhibit 203.  It is a 35-page | 11:08:03 |
| 2 | document entitled "Yuga Labs, Inc.'s, First | 11:08:08 |
| 3 | Supplemental Response to Ryder Ripps and Jeremy | 11:08:13 |
| 4 | Cahen's First Set of Interrogatories, Numbers 1 | 11:08:19 |
| 5 | through 14." | 11:08:22 |
| 6 | Do you have that document in front of you? | 11:08:23 |
| 7 | A.   Yes. | 11:08:27 |
| 8 | Q.   Have you seen this set of Interrogatory | 11:08:27 |
| 9 | Responses before? | 11:08:31 |
| 10 | A.   I'm not sure.  Like I said, these | 11:08:33 |
| 11 | documents look the same to me. | 11:08:35 |
| 12 | Q.   Fair enough.  I'll represent to you that | 11:08:36 |
| 13 | this was some answers to questions that Yuga Labs | 11:08:39 |
| 14 | gave back to us, the lawyers.  For Mr. Ripps and | 11:08:41 |
| 15 | Mr. Cahen sent questions and Yuga Labs provided some | 11:08:45 |
| 16 | answers back, okay? | 11:08:49 |
| 17 | A.   Okay. | 11:08:50 |
| 18 | Q.   And you don't have to believe me, but I've | 11:08:50 |
| 19 | got some questions about some of the things that are | 11:08:52 |
| 20 | in this document. | 11:08:54 |
| 21 | Could I ask you to look at page 8 of | 11:08:55 |
| 22 | Exhibit 203.  And if it helps to go back for context | 11:09:01 |
| 23 | and answer -- why don't I just explain to you the | 11:09:12 |
| 24 | whole -- let's just go back all the way to page 6 so | 11:09:17 |
| 25 | you can understand what's going on. | 11:09:20 |

**Exhibit 8**
**Pg. 195**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                  76

```
1              Page 6, line 6, we ask, "Describe in      11:09:23

2    detail the facts and circumstances concerning the   11:09:28

3    conception and creation of Yuga, its BAYC NFT        11:09:31

4    collection, and the asserts marks."                  11:09:39

5              Do you see that question?                  11:09:41

6         A.   Yes.                                        11:09:42

7         Q.   And then, there is a response, and I don't 11:09:42

8    want to go through the entirety of the response, but 11:09:45

9    the part I want to focus on begins at the bottom of  11:09:47

10   page 7.                                              11:09:52

11             It says, "The ape skull logo and BAYC logo 11:09:55

12   drew inspiration from maritime club patches, punk    11:09:59

13   rock designs, street wear, and skating culture.  The 11:10:07

14   design elements of a black-and-white logo with a     11:10:11

15   skull in the center can be found for -- in various   11:10:11

16   logos for groups such as motorcycle or boating       11:10:16

17   clubs.  Yuga Labs shared their inspirations with a   11:10:20

18   designer who provided Yuga Labs with different logo  11:10:25

19   options."                                            11:10:27

20             And then, there is on page 8 a set of      11:10:27

21   logos or logo options.                               11:10:31

22             Do you see that?                           11:10:34

23        A.   Yes.                                        11:10:35

24        Q.   Okay.  And I want to focus specifically on 11:10:36

25   that sentence, "Yuga Labs shared their inspiration   11:10:39
```

Exhibit 8
Pg. 196

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                              77

| | | |
|---|---|---|
| 1 | with a designer who provided Yuga Labs with | 11:10:44 |
| 2 | different logo options." | 11:10:47 |
| 3 | Do you see that sentence? | 11:10:49 |
| 4 | A.   Yes. | 11:10:50 |
| 5 | Q.   The designer referenced in that sentence, | 11:10:50 |
| 6 | that's the same designer that we've been talking | 11:10:53 |
| 7 | about; right? | 11:10:54 |
| 8 | A.   Yes. | 11:10:55 |
| 9 | Q.   And when it says "Yuga Labs shared their | 11:10:55 |
| 10 | inspirations," the people at Yuga Labs that would | 11:10:57 |
| 11 | have done that would have been you and Mr. Aronow; | 11:11:00 |
| 12 | correct? | 11:11:02 |
| 13 | MR. BALL:  Objection. | 11:11:02 |
| 14 | MR. TOMPROS:  Strike that. | 11:11:07 |
| 15 | Q.   When it says "Yuga Labs shared their | 11:11:08 |
| 16 | inspirations," the specific people at Yuga Labs who | 11:11:10 |
| 17 | did that were you and Mr. Aronow; correct? | 11:11:12 |
| 18 | A.   Yes. | 11:11:15 |
| 19 | Q.   Is the way in which you shared your | 11:11:16 |
| 20 | inspirations with the designer the -- what you have | 11:11:30 |
| 21 | talked about already in this deposition? | 11:11:34 |
| 22 | MR. BALL:  Objection. | 11:11:36 |
| 23 | A.   As I have mentioned previously, we sent | 11:11:38 |
| 24 | e-mails with what we were looking for in the logo | 11:11:43 |
| 25 | along with some inspiration images, and we also met | 11:11:49 |

Exhibit 8
Pg. 197

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    78

| | | |
|---|---|---|
| 1 | on Zoom to review her work.  I don't recall other | 11:11:53 |
| 2 | instances outside of that. | 11:11:56 |
| 3 | Q.    And then, there's a set of logos shown on | 11:11:58 |
| 4 | page 8.  Are those the only logo options that the | 11:12:02 |
| 5 | designer provided? | 11:12:06 |
| 6 | A.    I don't recall. | 11:12:10 |
| 7 | Q.    How would you find out? | 11:12:11 |
| 8 | A.    By looking through the e-mails. | 11:12:13 |
| 9 | Q.    At the bottom of that same page, page 8, | 11:12:16 |
| 10 | it says, "The angle of the skull was inspired by a | 11:12:33 |
| 11 | photograph of a real ape skull which came from a | 11:12:37 |
| 12 | Google image search result for, quote, 'ape skull,' | 11:12:40 |
| 13 | unquote." | 11:12:44 |
| 14 | Do you see that? | 11:12:44 |
| 15 | A.    Yes. | 11:12:45 |
| 16 | Q.    You don't know whether you're the one who | 11:12:49 |
| 17 | conducted that Google image search; right? | 11:12:51 |
| 18 | A.    I don't know. | 11:12:54 |
| 19 | Q.    Do you know whether Mr. Aronow conducted | 11:12:55 |
| 20 | that Google image search? | 11:13:01 |
| 21 | A.    I don't know. | 11:13:02 |
| 22 | Q.    Do you know whether the designer did it? | 11:13:03 |
| 23 | A.    I don't know. | 11:13:05 |
| 24 | Q.    All right.  Now, if you could turn to the | 11:13:05 |
| 25 | next page of the Interrogatory, there's a set of | 11:13:10 |

**Exhibit 8
Pg. 198**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                              88

| | | |
|---|---|---|
| 1 | that question. | 11:26:39 |
| 2 | Q.  Do you make -- do you sometimes refer to | 11:26:40 |
| 3 | Yuga Labs as just "Yuga"? | 11:26:42 |
| 4 | A.  In shorthand, yes, perhaps. | 11:26:43 |
| 5 | Q.  So I'll represent to you that unless I say | 11:26:47 |
| 6 | otherwise or you say otherwise, throughout the | 11:26:50 |
| 7 | deposition if I say "Yuga," I mean Yuga Labs.  If I | 11:26:52 |
| 8 | say "Yuga Labs," I mean Yuga.  I'm not intending to | 11:26:56 |
| 9 | mean anything different. | 11:26:59 |
| 10 | So let me ask the question again. | 11:27:00 |
| 11 | The Bored Ape Yacht Club was the first NFT | 11:27:03 |
| 12 | collection that Yuga launched; correct? | 11:27:07 |
| 13 | MR. BALL:  Objection.  Vague. | 11:27:11 |
| 14 | A.  We launched test versions of the Bored Ape | 11:27:12 |
| 15 | NFT smart contract.  There may have been tests | 11:27:23 |
| 16 | that -- yes. | 11:27:32 |
| 17 | Q.  The Bored Ape Yacht Club NFTs are | 11:27:35 |
| 18 | associated with 10,000 ape images; correct? | 11:27:39 |
| 19 | A.  Yes. | 11:27:43 |
| 20 | Q.  Is each of those 10,000 ape images unique? | 11:27:48 |
| 21 | A.  Yes. | 11:27:53 |
| 22 | Q.  Are there any duplicates? | 11:27:54 |
| 23 | A.  No. | 11:27:59 |
| 24 | Q.  On what date was the Bored Ape Yacht Club | 11:28:00 |
| 25 | launched? | 11:28:02 |

Exhibit 8
Pg. 199

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                          89

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Vague. | 11:28:08 |
| 2 | A.   Are you referring to when we launched the | 11:28:11 |
| 3 | smart contract? | 11:28:14 |
| 4 | Q.   Did you refer internally to a launch of | 11:28:15 |
| 5 | the Bored Ape Yacht Club? | 11:28:20 |
| 6 | MR. BALL:  Object- -- | 11:28:20 |
| 7 | A.   There are -- | 11:28:24 |
| 8 | MR. BALL:  Just -- objection.  Vague as to | 11:28:24 |
| 9 | "internally" or "refer." | 11:28:27 |
| 10 | A.   There's a date that the website went live. | 11:28:30 |
| 11 | There's a date that the smart contract was open to | 11:28:36 |
| 12 | be minted from.  It was April. | 11:28:38 |
| 13 | Q.   What date do you consider to be the date | 11:28:41 |
| 14 | on which the Bored Ape Yacht Club launched? | 11:28:51 |
| 15 | A.   The date that comes to mind is April 23rd. | 11:28:55 |
| 16 | Q.   Of 2021; right? | 11:28:59 |
| 17 | A.   Yes. | 11:29:02 |
| 18 | Q.   And what happened on April 23rd of 2021 | 11:29:02 |
| 19 | that you would consider the launch? | 11:29:05 |
| 20 | A.   That is -- if I'm recalling correctly, | 11:29:10 |
| 21 | that is the first date when users were able to mint | 11:29:13 |
| 22 | a NFT from the Bored Ape smart contract. | 11:29:18 |
| 23 | MR. BALL:  If we're starting a new one, | 11:29:50 |
| 24 | can -- I do need a bio break. | 11:29:52 |
| 25 | MR. TOMPROS:  Oh, sure.  Let's take a | 11:29:53 |

**Exhibit 8**
**Pg. 200**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                      201

| 1 | project. | 16:05:03 |
| 2 |    Q.   What other logo do you understand | 16:05:04 |
| 3 | Mr. Ripps to have used in connection with what you | 16:05:08 |
| 4 | call the scam NFT project? | 16:05:11 |
| 5 |    A.   The logo on Exhibit 202. | 16:05:14 |
| 6 |    Q.   Okay. | 16:05:18 |
| 7 |    A.   As well as Bored Ape Yacht Club, the BAYC | 16:05:24 |
| 8 | word mark, the skull logo by itself, the BA - skull | 16:05:27 |
| 9 | - YC logo as well. | 16:05:37 |
| 10 |    Q.   Does Exhibit 211, in your view, infringe | 16:05:40 |
| 11 | your trademarks, Yuga's trademarks? | 16:05:43 |
| 12 |      MR. BALL:  Objection.  Calls for a legal | 16:05:47 |
| 13 | conclusion.  Vague. | 16:05:48 |
| 14 |    A.   I defer to my counsel on the legal | 16:05:49 |
| 15 | specifics of what constitutes legal infringement. | 16:05:52 |
| 16 |    Q.   Was the Yuga Labs logo based on the Nazi | 16:05:55 |
| 17 | SS Totenkopf? | 16:06:07 |
| 18 |    A.   No. | 16:06:09 |
| 19 |    Q.   Was it any part of the inspiration for the | 16:06:09 |
| 20 | Yuga Labs logo? | 16:06:13 |
| 21 |    A.   No. | 16:06:14 |
| 22 |    Q.   Had you seen the Nazi SS Totenkopf prior | 16:06:14 |
| 23 | to your work on the Yuga Labs logo? | 16:06:24 |
| 24 |    A.   I had not seen the logo that your client | 16:06:35 |
| 25 | tweets out all the time prior to our creation of | 16:06:37 |

**Exhibit 8
Pg. 201**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    202

| | | |
|---|---|---|
| 1 | this logo on Exhibit 202. | 16:06:42 |
| 2 | Q.   I just want to make sure I've got the | 16:06:45 |
| 3 | right thing.  So can we mark Tab 17. | 16:06:47 |
| 4 | And given that answer, I just want to make | 16:07:03 |
| 5 | sure I understand that we're talking about the same | 16:07:05 |
| 6 | thing.  So could we mark that. | 16:07:07 |
| 7 | (Exhibit 212 marked.) | 16:07:10 |
| 8 | BY MR. TOMPROS: | 16:07:25 |
| 9 | Q.   Mr. Solano, you've been handed what has | 16:07:25 |
| 10 | been marked as Exhibit 212, a one-page document with | 16:07:28 |
| 11 | two logos: one on the left, one on the right. | 16:07:32 |
| 12 | Do you have that in front of you? | 16:07:35 |
| 13 | MR. BALL:  And I'll just object that | 16:07:37 |
| 14 | the -- again, the one on the right appears to | 16:07:38 |
| 15 | possibly have been cropped. | 16:07:40 |
| 16 | Not sure what these logos necessarily are, | 16:07:43 |
| 17 | what are you representing, what these logos are. | 16:07:46 |
| 18 | I'm not sure where the origin of a document -- | 16:07:49 |
| 19 | whether you've created and put two logos next to | 16:07:51 |
| 20 | each other.  Are you familiar with the logo on the | 16:07:54 |
| 21 | right-hand side that you've created here, | 16:07:56 |
| 22 | Mr. Tompros? | 16:07:58 |
| 23 | MR. TOMPROS:  I'm just going to ask him | 16:07:59 |
| 24 | about -- I'm not going to make any representations | 16:08:01 |
| 25 | one way or the other about the origins.  I'll | 16:08:03 |

Exhibit 8
Pg. 202

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                          203

| | | |
|---|---|---|
| 1 | just ask -- | 16:08:06 |
| 2 | MR. BALL:  So you're not representing this | 16:08:06 |
| 3 | to be an authentic document in any way? | 16:08:08 |
| 4 | MR. TOMPROS:  I'm not making any | 16:08:11 |
| 5 | representations at all. | 16:08:13 |
| 6 | MR. BALL:  You're not representing | 16:08:14 |
| 7 | anything about your familiarity with the SS? | 16:08:15 |
| 8 | MR. TOMPROS:  I am not.  I'm not making | 16:08:17 |
| 9 | any representations at all. | 16:08:19 |
| 10 | BY MR. TOMPROS: | 16:08:20 |
| 11 | Q.   Mr. Solano, there is a logo on the right; | 16:08:21 |
| 12 | right? | 16:08:24 |
| 13 | A.   Yes. | 16:08:24 |
| 14 | Q.   Had you seen that logo prior -- strike | 16:08:24 |
| 15 | that. | 16:08:30 |
| 16 | When is the first time you saw that logo? | 16:08:30 |
| 17 | MR. BALL:  Objection.  Vague. | 16:08:32 |
| 18 | A.   The first time I saw the logo that looks | 16:08:35 |
| 19 | like this one was when your client tweeted it out. | 16:08:40 |
| 20 | I forget the date. | 16:08:47 |
| 21 | Q.   And had -- have you seen any logo | 16:08:48 |
| 22 | associated with the Nazis that includes a white | 16:08:54 |
| 23 | skull on a black background prior to Mr. Ripps's | 16:08:57 |
| 24 | tweets? | 16:09:02 |
| 25 | MR. BALL:  Objection.  Vague. | 16:09:02 |

Exhibit 8
Pg. 203

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    204

| | | |
|---|---|---|
| 1 | Argumentative.  Assumes facts not in evidence. | 16:09:05 |
| 2 | Lacks foundation. | 16:09:07 |
| 3 |     A.   After becoming familiar, after seeing the | 16:09:08 |
| 4 | logo that your client tweeted out, I looked at the | 16:09:22 |
| 5 | skull logo and may have seen a skull with crossbones | 16:09:30 |
| 6 | that looks like this, but I had never seen the logo | 16:09:37 |
| 7 | in front of me with this text with these, like, | 16:09:40 |
| 8 | lightening bolts on the sides or anything else like | 16:09:44 |
| 9 | that. | 16:09:49 |
| 10 |     Q.   Okay.  And, again, I apologize.  I just | 16:09:49 |
| 11 | want to make sure I have the time line completely | 16:09:52 |
| 12 | straight. | 16:09:54 |
| 13 |          Had you seen a logo affiliated with any | 16:09:55 |
| 14 | Nazi entity with a white skull on a black background | 16:10:02 |
| 15 | prior to the creation of the Bored Ape Yacht Club | 16:10:05 |
| 16 | logo? | 16:10:10 |
| 17 |          MR. BALL:  Objection.  Asked and answered. | 16:10:10 |
| 18 | Vague.  Assumes facts not in evidence.  Lacks | 16:10:11 |
| 19 | foundation.  Argumentative. | 16:10:14 |
| 20 |     A.   Can you repeat the question, please. | 16:10:23 |
| 21 |     Q.   Sure.  Had you seen a logo affiliated in | 16:10:24 |
| 22 | any way with any Nazi entity with a white skull on a | 16:10:30 |
| 23 | black background prior to the design of the Bored | 16:10:35 |
| 24 | Ape Yacht Club logo? | 16:10:39 |
| 25 |          MR. BALL:  Objection.  Asked and answered. | 16:10:41 |

Exhibit 8
Pg. 204

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

205

| | | |
|---|---|---|
| 1 | Vague.  Assumes facts not in evidence.  Lacks | 16:10:42 |
| 2 | foundation.  And argumentative. | 16:10:47 |
| 3 | A.   I recall having seen a skull logo | 16:10:49 |
| 4 | associated with Nazis, but I could not give you any | 16:11:01 |
| 5 | specifics about that logo.  Essentially | 16:11:08 |
| 6 | indistinguishable to me from any number of -- I | 16:11:12 |
| 7 | don't -- I had not seen -- I don't recall seeing it | 16:11:18 |
| 8 | with, like, a white -- a white skull with a black | 16:11:22 |
| 9 | background.  Put it like that. | 16:11:25 |
| 10 | Q.   And in what context do you have that | 16:11:26 |
| 11 | recollection? | 16:11:28 |
| 12 | A.   I believe I had seen it in films. | 16:11:28 |
| 13 | Q.   What films? | 16:11:38 |
| 14 | A.   Perhaps "Inglorious Bastards." | 16:11:40 |
| 15 | Q.   Prior to the creation of the Bored Ape | 16:11:46 |
| 16 | Yacht Club logo, had you seen a logo with a white | 16:11:59 |
| 17 | skull on a black background on any 4chan post? | 16:12:01 |
| 18 | MR. BALL:  Objection.  Lacks foundation. | 16:12:09 |
| 19 | A.   No, I don't think so. | 16:12:10 |
| 20 | Q.   Prior to the creation of the Bored Ape | 16:12:14 |
| 21 | Yacht Club logo, had you seen a logo with a white | 16:12:15 |
| 22 | skull on a black background in any Reddit post? | 16:12:18 |
| 23 | A.   When I go to the grocery store, I see | 16:12:26 |
| 24 | logos with white skulls on black backgrounds.  So it | 16:12:30 |
| 25 | is very possible that I have seen white skulls on | 16:12:37 |

**Exhibit 8**
**Pg. 205**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                    206

| | | |
|---|---|---|
| 1 | black backgrounds on the internet. | 16:12:40 |
| 2 | For instance, I may have seen pirates | 16:12:43 |
| 3 | being talked about on Reddit.  I may have seen the | 16:12:47 |
| 4 | popular water or coffee companies referred to on | 16:12:52 |
| 5 | Reddit.  I may have seen many, many skull logos that | 16:12:55 |
| 6 | have a white skull on a black background. | 16:13:05 |
| 7 | Q.   And prior to the creation of the Bored Ape | 16:13:08 |
| 8 | Yacht Club logo, had you seen a logo with a white | 16:13:10 |
| 9 | skull on a black background affiliated in any way | 16:13:12 |
| 10 | with alt-right entities? | 16:13:15 |
| 11 | MR. BALL:  Objection.  Vague. | 16:13:19 |
| 12 | A.   No. | 16:13:21 |
| 13 | MR. BALL:  You can go ahead and put that | 16:14:03 |
| 14 | aside. | 16:14:05 |
| 15 | MR. TOMPROS:  Yeah, we're done with that | 16:14:05 |
| 16 | one.  Thank you. | 16:14:07 |
| 17 | | 16:14:24 |
| 18 | | 16:14:25 |
| 19 | | 16:14:33 |
| 20 | | 16:14:35 |
| 21 | | 16:14:45 |
| 22 | | 16:14:46 |
| 23 | | 16:14:48 |
| 24 | | 16:14:51 |
| 25 | | 16:15:01 |

Exhibit 8
Pg. 206