# Exhibit 9

Exhibit 9
Pg. 207

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4    _____
                                          )
 5    YUGA LABS, INC.,                    )CASE NO.:
                                          )
 6                    Plaintiff,          )2:18-cv-00514-
                                          )ACA'22-cv-04355-
 7              v.                        )JFW-JEM
                                          )
 8    RYDER RIPPS, JEREMY CAHEN, DOES     )
      1-10,                               )
 9                                        )
                      Defendants.         )
10                                        )
      _____)
11
12
13       ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14                ATTORNEYS' EYES ONLY **
15
16
17             DEPOSITION OF RYDER RIPPS
18                    VOLUME I
19             LOS ANGELES, CALIFORNIA
20            THURSDAY, JANUARY 12, 2023
21
22
23
24    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25    JOB NO.:       5613911
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | that's this logo, but if it is, it's also within the | 10:41:43 |
| 2 | commentary of the artwork, RR/BAYC. | 10:41:48 |
| 3 | But another thing that -- my understanding | 10:41:53 |
| 4 | is that that particular logo, the skull logo, is | 10:42:01 |
| 5 | actually -- it's allowed to be used by anyone in the | 10:42:04 |
| 6 | ApeCoin DAO is my understanding. | 10:42:11 |
| 7 | And the ApeCoin DAO, it's a fraud, but | 10:42:14 |
| 8 | it's supposed to be a Caymen Islands Foundation. | 10:42:17 |
| 9 | And through a transfer, anyone who is a member of | 10:42:20 |
| 10 | the ApeCoin DAO is allowed to use that skull.  So | 10:42:25 |
| 11 | perhaps whoever set that as a favicon, which is not | 10:42:28 |
| 12 | me, I actually did the web design, but I didn't set | 10:42:31 |
| 13 | the favicon. | 10:42:33 |
| 14 | And I actually don't have access to the | 10:42:34 |
| 15 | servers or anything like that, so...  But whoever | 10:42:36 |
| 16 | did that set that -- maybe Ryan or something like | 10:42:39 |
| 17 | that -- if he owns ApeCoin, I think that's -- I | 10:42:42 |
| 18 | think that that is fine because it's -- he as a | 10:42:45 |
| 19 | member of the ApeCoin DAO -- I don't know if he set | 10:42:49 |
| 20 | it.  I don't know who set it.  Maybe the domain | 10:42:52 |
| 21 | registrar set it.  I'm not sure but perhaps -- | 10:42:55 |
| 22 | perhaps -- perhaps they're in the ApeCoin DAO. | 10:42:58 |
| 23 | Q.  Are you in the ApeCoin DAO? | 10:43:05 |
| 24 | A.  I own one ApeCoin.  I don't really | 10:43:06 |
| 25 | understand -- I think the phrase "DAO" is -- is, | 10:43:19 |

Page 64

```
 1    like, sort of fraudulent jargon, but I did go to        10:43:21
 2    Apecoin.com which says if I'm in the ApeCoin DAO,       10:43:30
 3    I'm free to use -- to use this, the skull logo,         10:43:33
 4    because the Yuga Labs has transferred their             10:43:45
 5    intellectual property -- their supposed intellectual    10:43:47
 6    property to the ApeCoin DAO.  All this is               10:43:54
 7    fraudulent, by the way, but...                          10:43:55
 8            All what Yuga Labs is doing is fraudulent,      10:43:58
 9    by the way, but that's my understanding.                10:44:00
10         Q.   Are you aware that the skull logo in the     10:44:03
11    favicon on the RRBAYC.com website has been removed?     10:44:06
12         A.   I am aware of that.                           10:44:11
13         Q.   When did that happen?                         10:44:12
14         A.   I don't remember.                             10:44:13
15         Q.   Approximately.                                10:44:15
16         A.   I honestly don't remember.  I think I        10:44:16
17    asked for it to be removed because I didn't put it      10:44:24
18    there in the first place.                               10:44:26
19         Q.   Who did you ask for it to be removed?         10:44:27
20         A.   I think I just said it into the -- if I      10:44:30
21    remember correctly, the chat, but I asked for it to     10:44:33
22    be removed because I thought it was -- it's ugly,       10:44:39
23    and I don't even know what I was looking at.  16 by     10:44:43
24    16 -- if you design a favicon, it's good to design      10:44:47
25    it well, and you want it to be legible.  And that       10:44:51
```

Page 65

Exhibit 9
Pg. 210