# Exhibit 10

Exhibit 10
Pg. 211



Exhibit 10
Pg. 212
YUGALABS_00002048