# Exhibit 11

Exhibit 11
Pg. 213



**Othersidemeta** ✅ @OthersideMeta · Apr 30, 2022

Your key to the Otherside awaits. Mint is live:



otherside.xyz
Enter the Otherside
Otherside is a gamified, interoperable metaverse currently under development that blends MMORPG mechanics with web3-enabled ...

💬 863   🔁 776   ♡ 3,357   📊   ⬆️

Exhibit 11
Pg. 214
YUGALABS_00030350



**Othersidemeta** ✓
@OthersideMeta

The adventure begins. Otherside. 4/30, 12pm ET.

P.S. Otherside Discord is open: discord.gg/the-otherside



> **Yuga Labs** ✓ @yugalabs · Mar 18, 2022
> See you on the Otherside in April. Powered by @apecoin
>
> 1:29   3M views

9:00 AM · Apr 23, 2022

6,568 Retweets   1,112 Quote Tweets   17.7K Likes

Exhibit 11
Pg. 215
YUGALABS_00030351

 Yuga Labs
@yugalabs

See you on the Otherside in April. Powered by @apecoin



3M views    0:01 / 1:34

7:55 PM · Mar 18, 2022

17.8K Retweets    5,475 Quote Tweets    56.1K Likes

Exhibit 11
Pg. 216
YUGALABS_00030352