# Exhibit 17

Exhibit 17
Pg. 350



**RYDER RIPPS** ➡️ SOON ✓
@ryder_ripps

read the class action against yugalabs, it summarizes a lot of this sleazy company.

>  **PAULY** ✓  @Pauly0x · Dec 8, 2022
> Here is a link the to the full 95-page filing:
>
> drive.google.com/file/d/1DYGi0y...
> Show this thread

7:02 PM · Dec 8, 2022

32 Likes

**Exhibit 17**
**Pg. 351**



**Exhibit 17**
**Pg. 352**


**RYDER RIPPS** 🠒 ✓
@ryder_ripps

did you lose money with yuga nfts and/or apecoin? join this class action. bgandg.com/yuga you can get it back.



bgandg.com
Genesee & Wyoming Inc. (GWR) Investigation
BG&G notifies investors of an investigation of Genesee & Wyoming Inc. (GWR) for alleged violations of federal ...

1:03 PM · Jan 23, 2023 · **3,209** Views

**14** Retweets    **26** Likes

**Exhibit 17**
**Pg. 353**



**RYDER RIPPS** ➡️ SOON ✔️
@ryder_ripps

· · ·

read the class action against yuga labs



courtlistener.com
Complaint (Attorney Civil Case Opening) – #1 in Adonis Real v. Yuga Labs, Inc...
COMPLAINT Receipt No: ACACDC-34448840 - Fee: $402, filed by plaintiffs
Adam Titcher, Adonis Real. (Attachments: # 1 Exhibit Certification of Adonis ...

6:34 PM · Feb 3, 2023 · **9,329** Views

**15** Retweets    **2** Quote Tweets    **38** Likes

**Exhibit 17**
**Pg. 354**