# Exhibit 20

Exhibit 20
Pg. 417

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMÈS INTERNATIONAL and
HERMÈS OF PARIS, INC.,

        Plaintiffs,

-v-

MASON ROTHSCHILD,

        Defendant.

1:22-cv-384-JSR

## VERDICT

1. On Hermès' claim for trademark infringement, we the jury find the defendant Mason Rothschild:

    Liable ✓        Not Liable ____

2. On Hermès' claim for trademark dilution, we the jury find the defendant Mason Rothschild:

    Liable ✓        Not Liable ____

3. On Hermès' claim for cybersquatting, we the jury find the defendant Mason Rothschild:

    Liable ✓        Not Liable ____

    [If you find "Not-Liable" on all of the above claims, leave the remaining three questions blank. If you find "Liable" on one or more of the above claims, proceed to Question 4.]

4. Having found the defendant liable for trademark infringement and/or trademark dilution and/or cybersquatting, we the jury find that the First Amendment protection nonetheless:

    Bars Liability ____        Does Not Bar Liability ✓

    [If you find "Bars Liability" on the above question, leave Questions 5 and 6 blank. If you find "Does Not Bar Liability," proceed to Questions 5 and 6.]

Exhibit 20
Pg. 418

5. Having found the defendant liable for trademark infringement and/or trademark dilution and having further found that the First Amendment protection does not bar liability, we the jury award Hermès the following net profits earned by Mason Rothschild:

    $ 110,000

6. Having found the defendant liable for cybersquatting and having further found that the First Amendment protection does not bar liability, we the jury award Hermès the following statutory damages for cybersquatting:

    $ 23,000

    FOREPERSON

    Date: 2/08/2023

Exhibit 20
Pg. 419