# Exhibit 22

**ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 22**
**Pg. 447**