1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| --- | --- |
| Plaintiff and Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL** |
| v. | |
| Ryder Ripps, Jeremy Cahen, | |
| Defendants and Counterclaim Plaintiffs. | |

Having considered the parties' joint stipulation regarding Defendants' motion to compel production in response to Document Requests 1, 2, 11, 12, 25, 30, 31, 41, 50, 57 and supplemental answers to Requests for Admissions 1-52, 55-58, 63-72, 80-84, 86-87, 177-179, and having found good cause as set forth therein, it is hereby ordered that Defendants' motion to compel is GRANTED for the reasons provided in Defendants' portions to the joint stipulation.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                  Honorable John E. McDermott
                                  United States Magistrate Judge