| | |
|---|---|
| Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendants*<br>*Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>**FENWICK & WEST LLP**<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Fax: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>**FENWICK & WEST LLP**<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Fax: 415.281.1350<br><br>*Additional Counsel listed on next page*<br><br>*Attorneys for Plaintiff*<br>*Yuga Labs, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE**<br><br>Judge: Hon. John F. Walter |

Melissa L. Lawton (CSB No. 225452)
mlawton@fenwick.com
**FENWICK & WEST LLP**
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310-434-5400
Fax: 650-938-5200

Megan L. Meier (*pro hac vice*)
megan@clarelocke.com
David Y. Sillers (*pro hac vice*)
david@clarelocke.com
Kathryn G. Humphrey (*pro hac vice*)
kathryn@clarelocke.com
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Telephone: 202-6288-7400
Fax: N/A

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

1  Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement regarding their meet and confer conference held pursuant to Local Rule 7-3 in connection with Mr. Ripps's and Mr. Cahen's motion to stay proceedings:

On December 16, 2022, this Court denied Defendants' anti-SLAPP motion and motion to dismiss (Dkt. 62), and on December 21, 2022, Defendants filed a notice of appeal (Dkt. 63) with regards to this Court's ruling on Plaintiff's state law claims. The issues Defendants plan to raise on appeal include (1) whether Defendants' RR/BAYC project was made in connection with protected speech activity and (2) whether the state law claims can survive at the pleadings stage under the *Rogers* test and nominative fair use.

On December 21, 2022, Defendants informed Plaintiff that they expected to file a motion to stay all proceedings pending resolution of the appeal, and Defendants inquired whether Plaintiff would consent to a joint motion. On January 3, 2023, Plaintiff informed Defendants that Plaintiff would oppose the motion to stay. On January 4, 2023, Defendants informed Plaintiff that they would not file an opposed motion to stay at that time, given Plaintiff's opposition.

On February 10, 2023, Defendants informed Plaintiff that they again planned to file a motion to stay all proceedings pending resolution of the appeal.

On February 14, 2023, lead counsel for the parties again conferred by video pursuant to Local Rule 7-3 regarding Defendants' motion to stay proceedings pending Defendants' appeal. The counsel in attendance were Louis Tompros on behalf of Defendants, and Eric Ball and Ryan Kwock on behalf of Plaintiff. The conference lasted approximately 20 minutes.

1  Defendants' position is that a stay of proceedings is appropriate because the
2  issues on appeal will involve the application of the *Rogers* test and nominative fair use
3  to a trademark infringement analysis, and that those issues would substantively
4  overlap with (and help simplify) the federal law trademark claims pending in this
5  litigation.  Defendants also explained that staying the case for resolution of the appeal
6  would prevent the need to have two trials on facts that substantially overlap.

7  Plaintiff's position is that Defendants' request to stay this case (including all of
8  Plaintiff's federal claims) is inappropriate and merely a delay tactic.  Defendants'
9  appeal of this Court's denial of Defendants' anti-SLAPP motion relates only to certain
10 (but not all) state law claims, and there is no basis for the federal claims to be stayed
11 pending appeal.  The case has been proceeding in earnest pursuant to the expedited
12 schedule that Defendants requested, and trial is only a few months away.  The parties
13 have expended and continue to expend significant time and resources in connection
14 with discovery (including numerous motions and depositions), mediation, and expert
15 reports.  Defendants have also filed counterclaims, which Plaintiff has moved to strike
16 and dismiss, and the parties have fully briefed.  Further, motions for summary
17 judgment are due by March 20 and the close of discovery is April 3.  A stay of
18 proceedings until the appellate court issues a decision would significantly delay the
19 case for at least a year.

20 Plaintiff's position is that Defendants continue to promote and market their
21 infringing products, and Plaintiff and consumers continue to suffer substantial harm
22 from the resulting consumer confusion.  These harms would continue during any
23 proposed stay.  During the parties' meeting, Plaintiff raised whether Defendants
24 would agree to stop all marketing, sales, and promotion of the accused products
25 pending a stay and place funds received from the accused products in escrow.
26 Defendants declined to agree to Plaintiff's conditions.  Plaintiff's position is that this

27
28

1  Court should proceed with the federal claims and decline to exercise its discretion to
2  grant Defendants' request for a wholesale stay of this action.
3
4  Dated: February 17, 2023        By: /s/ Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

Dated: February 17, 2023        By: /s/ Eric Ball

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com

Case No. 2:22-cv-04355-JFW-JEM        JOINT STATEMENT RE LOCAL RULE 7-3
                                       CONFERENCE RE MOTION TO STAY

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **FENWICK & WEST LLP**                                          |
|    | 555 California Street, 12th Floor                               |
| 2  | San Francisco, CA 94104                                         |
|    | Telephone: 415.875.2300                                         |
| 3  | Fax: 415.281.1350                                               |
| 4  | Melissa L. Lawton (CSB No. 225452)                              |
|    | mlawton@fenwick.com                                             |
| 5  | **FENWICK & WEST LLP**                                          |
|    | 228 Santa Monica Boulevard, Suite 300                           |
| 6  | Santa Monica, CA 90401                                          |
|    | Telephone: 310-434-5400                                         |
| 7  | Fax: 650-938-5200                                               |
| 8  | Megan L. Meier (*pro hac vice*)                                 |
|    | megan@clarelocke.com                                            |
| 9  | David Y. Sillers (*pro hac vice*)                               |
|    | david@clarelocke.com                                            |
| 10 | Kathryn G. Humphrey (*pro hac vice*)                            |
|    | kathryn@clarelocke.com                                          |
| 11 | **CLARE LOCKE LLP**                                             |
|    | 10 Prince Street                                                |
| 12 | Alexandria, VA 22314                                            |
|    | Telephone: 202-6288-7400                                        |
| 13 | Fax: N/A                                                        |
| 14 |                                                                 |
| 15 | *Attorneys for Plaintiff*                                       |
|    | *Yuga Labs, Inc.*                                               |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated: February 17, 2023   By: /s/ Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants*
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on February 17, 2023.

Dated: February 17, 2023      By: /s/ Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants*
*Ryder Ripps and Jeremy Cahen*