ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br>                Plaintiff and <br>               Counterclaim Defendant, <br><br>    v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br>              Defendants and <br>             Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **UNOPPOSED APPLICATION TO FILE GOSMA DECLARATION EXHIBIT 10 UNDER SEAL** <br><br> Magistrate Judge: Hon. John E. McDermott <br> Motion Hearing Date: March 21, 2023 <br> Motion Hearing Time: 10:00 AM <br> Discovery Cutoff Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date:    June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully requests that the Court grant leave to file under seal, in its entirety, Exhibit 10 (the "Sealed Document") of the Gosma Declaration regarding Yuga Labs Motion for Sanctions.

As detailed in the accompanying Declaration of Ethan M. Thomas, the Sealed Document contains information Defendants have designated "Highly Confidential—Attorneys Eyes Only" under the Protective Order (Dkt. 51). Defendants have requested this material be filed under seal, which Yuga Labs does not oppose.

Accordingly, Yuga Labs respectfully submits this unopposed request for an order granting leave to file the Sealed Document under seal.

Dated: February 17, 2023

FENWICK & WEST LLP

By: /s/ Ethan M. Thomas
Ethan M. Thomas
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.