ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF ETHAN M. THOMAS IN SUPPORT OF YUGA LABS' UNOPPOSED APPLICATION TO FILE GOSMA DECLARATION EXHIBIT 10 UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:   June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Ethan M. Thomas, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 79-5.2.2.

3. On February 8, 2023, Yuga Labs served papers in support of a Motion to for Sanctions (the "Motion") to Defendants Ryder Ripps and Jeremy Cahen pursuant to L.R. 37-2.

4. On February 13, 2023, I conferred via email with counsel for Defendants pursuant to L.R. 79-5.2.2(b), noting that Yuga Labs' Motion will reference or contain materials by Defendants under the Protective Order in this action (ECF No. 51).[1]

5. Defendants consented to Yuga Labs filing its Motion publicly, except to request that Exhibit 10 to the Declaration of Derek Gosma be filed under seal (in its entirety) because it contains certain materials designated by Defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

6. Neither Yuga Labs nor Defendants opposes this Application.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on February 17, 2023

*/s/ Ethan M. Thomas*
Ethan M. Thomas

---

[1] No other parties requested the filing of documents under seal.