UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION TO FILE GOSMA DECLARATION EXHIBIT 10 UNDER SEAL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:    June 27, 2023 |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Unopposed Application for Leave to File Under Seal [and Defendants Ryder Ripps and Jeremy Cahen' Declaration[s] in Support of Under Seal Filing], IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Parties have established good cause or compelling reasons that Exhibit 10 to the Declaration of Derek Gosma regarding Yuga Labs' Motion for Sanctions should not be filed publicly.

Yuga Labs shall file under seal Exhibit 10 to the Declaration of Derek Gosma regarding Yuga Labs' Motion for Sanctions.

IT IS SO ORDERED.

Date: _____

Hon. John E. McDermott