# Exhibit 6

CLOSED,MAD-PILOT,USPTO

## U.S. District Court
## Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.1)] (Albany)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00085-MAD-TWD

Yuga Labs, Inc. v. Lehman  
Assigned to: U.S. District Judge Mae A. D'Agostino  
Referred to: Magistrate Judge Therese Wiley Dancks  
Cause: 15:1125(d)ac Trademark (anticybersquatting consumer protection)

Date Filed: 01/20/2023  
Date Terminated: 02/06/2023  
Jury Demand: Plaintiff  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

### Plaintiff

**Yuga Labs, Inc.**      represented by    **Ethan M. Thomas**  
Fenwick & West LLP  
555 California Street  
San Francisco, CA 94104  
415-875-2238  
Email: ethomas@fenwick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Thomas Lehman**      represented by    **Ethan Jacobs**  
Ethan Jacobs Law  
100 Pine Street - Suite 1250  
San Francisco, CA 94111  
415-275-0845  
Email: ethan@ejacobslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2023 | 14 | TEXT ORDER granting 8 Motion for Limited Admission Pro Hac Vice of Eric Ball. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step-by-step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney-admissions-nextgen. SO ORDERED by Magistrate Judge Therese Wiley Dancks on 2/7/2023. (sg ) (Entered: 02/07/2023) |
| 02/07/2023 | 13 | Report on the Filing and Determination of an Action - Report sent to US Patent and Trademark Office in light of Consent Judgment being filed on 2/6/23. (Attachments: # 1 Complaint) (ban) (Entered: 02/07/2023) |
| 02/06/2023 | 12 | CONSENT JUDGMENT AND ORDER for Permanent Injunction Against Thomas Lehman. Signed by U.S. District Judge Mae A. D'Agostino on 2/6/23. (ban) (Entered: 02/06/2023) |
| 02/06/2023 | 11 | NOTICE by Yuga Labs, Inc. re 5 Notice of Admission Requirement, (Thomas, Ethan) (Entered: 02/06/2023) |
| 02/06/2023 | 10 | STIPULATION *for Entry of Consent Judgment and Order for Permanent Injunction against Thomas Lehman* by Yuga Labs, Inc. submitted to Judge Mae A. D'Agostino. (Attachments: # 1 Proposed Order/Judgment)(Thomas, Ethan) (Entered: 02/06/2023) |
| 02/04/2023 | 9 | NOTICE of Appearance by Ethan Jacobs on behalf of Thomas Lehman (Jacobs, Ethan) (Entered: 02/04/2023) |
| 02/03/2023 | 8 | MOTION for Limited Admission Pro Hac Vice of Eric Ball Filing fee $100, receipt number ANYNDC-6187076. (Attachments: # 1 Declaration of Sponsor, # 2 New Attorney E-Filing Registration Form, # 3 Petition for Admission, # 4 Certificate of Good Standing, # 5 [Proposed] Order) Motions referred to Therese Wiley Dancks. (Thomas, Ethan) (Entered: 02/03/2023) |
| 01/24/2023 | 7 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Yuga Labs, Inc.. (Thomas, Ethan) (Entered: 01/24/2023) |

| 01/24/2023 | 6 | TEXT-ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT - Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (khr) (Entered: 01/24/2023) |
|---|---|---|
| 01/23/2023 | 5 | NOTICE OF ADMISSION REQUIREMENT as to Party Plaintiff; Attorney Molly R. Melcher, Anthony M. Fares, Eric Ball, Kimberly Culp, Email address is mmelcher@fenwick.com; afares@fenwick.com; kculp@fenwick.com; eball@fenwick.com. Phone number is 415-875-2300 and 650-988-8500. Admissions due by 2/6/2023. (khr)(Emailed notice to all attorneys on 1/23/023) (Entered: 01/24/2023) |
| 01/23/2023 | 4 | Report on the Filing and Determination of an Action regarding patent and/or trademark number(s) Trademarks pending. (khr) (Entered: 01/24/2023) |
| 01/23/2023 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 4/24/2023 10:30 AM before Magistrate Judge Therese Wiley Dancks. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/17/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr)(Emailed to attorneys that are not admitted to practice in our court on 1/23/2023) (Entered: 01/24/2023) |
| 01/23/2023 | 2 | Summons Issued as to Thomas Lehman. (khr) (Entered: 01/24/2023) |
| 01/20/2023 | 1 | COMPLAINT WITH JURY DEMAND against Thomas Lehman (Filing fee $402 receipt number ANYNDC-6168868) filed by Yuga Labs, Inc. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(khr) (Entered: 01/24/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/16/2023 14:29:16 | | | |
| **PACER Login:** | wcphd0009 | **Client Code:** | 2219837-00120 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00085-MAD-TWD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |