1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO COMPEL** |

1

2   Having considered the Defendants' *ex parte* motion to compel production of the
3   settlement agreement in *Yuga Labs, Inc. v. Thomas Lehman*, Case No. 1:23-cv-000850-
4   MAD-TWD and all related communications, and having found good cause as set forth
5   therein, it is hereby ordered that Defendants' motion to compel is GRANTED for the
6   reasons provided in Defendants' *ex parte* motion.

7

8   **IT IS SO ORDERED.**

9

10

11   Dated: _____          By: _____
                                              Honorable John E. McDermott
12                                            United States Magistrate Judge