1   ERIC BALL (CSB No. 241327)
    eball@fenwick.com
2   KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
3   FENWICK & WEST LLP
    801 California Street
4   Mountain View, CA  94041
    Telephone:  650.988.8500
5   Facsimile:    650.938.5200

6   ANTHONY M. FARES (CSB No. 318065)
    afares@fenwick.com
7   ETHAN M. THOMAS (CSB No. 338062)
    ethomas@fenwick.com
8   FENWICK & WEST LLP
    555 California Street, 12th Floor
9   San Francisco, CA  94104
    Telephone:  415.875.2300
10
    *Additional Counsel listed on next page*
11
    Attorneys for Plaintiff and
12  Counterclaim Defendant
    YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

13
14  Attorneys for Defendants and
    Counterclaim Plaintiffs
    RYDER RIPPS and JEREMY CAHEN

15          UNITED STATES DISTRICT COURT

16          CENTRAL DISTRICT OF CALIFORNIA

17          WESTERN DIVISION – LOS ANGELES

18  YUGA LABS, INC.,

19          Plaintiff and
            Counterclaim Defendant,

20  v.

21  RYDER RIPPS, JEREMY CAHEN,

22          Defendants and
23          Counterclaim Plaintiffs.

24
25
26
27
28

Case No.: 2:22-cv-04355-JFW-JEM

**DISCOVERY MATTER**

**YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE**

Magistrate Judge: Hon. John E. McDermott
Motion Hearing Date: March 21, 2023
Motion Hearing Time: 10:00 AM
Discovery Cutoff Date: April 3, 2023
Pre-Trial Conference Date: June 9, 2023
Trial Date:      June 27, 2023

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that March 21, 2023, at 10:00 A.M., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor, before the Honorable John E. McDermott, Plaintiff Yuga Labs, Inc. ("Yuga Labs") will move, and hereby does move, for an order for sanctions against Defendants Ryder Ripps and Jeremy Cahen for spoliating material evidence.  This motion is based on this Notice of Motion and Motion, the Joint Stipulation Regarding Yuga Labs, Inc.'s Motion for Sanctions for Defendants' Spoliation of Evidence, and the declarations and exhibits attached thereto, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented by the parties in their supplemental memoranda, and at or before the time this motion is taken under submission.

Dated: February 17, 2023            FENWICK & WEST LLP


                                    By:/s/ Ethan M. Thomas
                                        Ethan M. Thomas
                                    Attorneys for Plaintiff and
                                    Counterclaim Defendant
                                    YUGA LABS, INC.