UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER ON YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE** |

After considering the parties' joint stipulation and memoranda in support, and the arguments therein, in connection with Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Motion for Sanctions for Defendants' Spoliation of Evidence, it is hereby ordered that Yuga Labs' motion is GRANTED for the reasons provided in Yuga Labs' portions to the Joint Stipulation.

Dated: _____

                                                Honorable John F. Walter
                                                United States District Judge