ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC.,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF ETHAN M. THOMAS IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:    June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Ethan M. Thomas, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. The Court's Standing Order in this matter (Dkt. 14) is attached as **Exhibit 1**.

4. The Court's Scheduling and Case Management Order in this matter (Dkt. 57) is attached as **Exhibit 2**.

5. Excerpted email correspondence between counsel for the parties on January 19, 2023, and January 20, 2023, is attached as **Exhibit 3**, with highlighting added.

6. The Court's January 10, 2023 Order in this matter (Dkt. 79), with highlighting added, is attached as **Exhibit 4**.

7. A Verification signed by Ryder Ripps and provided to Yuga Labs on January 17, 2023, with highlighting added, is attached as **Exhibit 5**.

8. Yuga Labs' January 10, 2023, Declaration of Eric Ball in Support of Memorandum in Opposition to Defendants' Motion to Compel (Dkt. 81-1), with highlighting added, is attached as **Exhibit 6**.

9. Yuga Labs' January 25, 2023 Letter to Defendants, with highlighting added, is attached as **Exhibit 7**.

10. Defendants' February 2, 2023 Letter to Yuga Labs, with highlighting added, is attached as **Exhibit 8**. Along with this letter, Defendants produced additional materials responsive to Yuga Labs' discovery requests. Documents produced by Defendants as RIPPSCAHEN00015811-RIPPSCAHEN00015816, which consist of Twitter direct messages between Ripps and Lehman and an email

between Ripps and Lehman, had previously been produced by Thomas Lehman as LEHMAN0000166-LEHMAN0000169 and LEHMAN0000002.

11. A capture of a May 24, 2022 Tweet from Ryder Ripps' Twitter account, with highlighting added, is attached as **Exhibit 9**.

12. On February 6, 2023, the parties met and conferred about the insufficiency of Defendants' discovery production, and Defendants continued to maintain they had no further documents to produce.

13. Excerpted email correspondence from counsel for Yuga Labs to Defendants on November 16, 2022, with highlighting added, is attached as **Exhibit 10**.

14. Excerpts of the Parties' December 27, 2022, Rule 37 Joint Stipulation re Yuga Labs' Motion to Compel (Dkt. 67), with highlighting added, is attached as **Exhibit 11**.

15. The February 3, 2023 Declaration of Thomas Lehman, produced by Yuga Labs as YUGALABS_00032542-32551, with highlighting added, is attached as **Exhibit 12**.

16. Excerpts of a document produced by third party Thomas Lehman and reproduced by Yuga Labs as LEHMAN0000294, with highlighting added, are attached as **Exhibit 13.**

17. Third party Thomas Lehman produced text messages with Defendant Cahen from April 11, 2022 through at least September 26, 2022 as LEHMAN0000004-LEHMAN0000066. Excerpts of these messages (LEHMAN0000047-LEHMAN0000049), with highlighting added, are attached as **Exhibit 14**.

18. Excerpts of Jeremy Cahen's deposition transcript, with highlighting added, are attached as **Exhibit 15**.

19. Excerpts from third party Ryan Hickman's deposition transcript, with highlighting added, are attached as **Exhibit 16**.

20. Excerpts of Ryder Ripps' deposition transcript, with highlighting added, are attached as **Exhibit 17**.

21. Each Defendant has produced a large number of Twitter and Discord communications, including captures of Twitter pages relevant to this litigation (e.g., RIPPSCAHEN00000291-RIPPSCAHEN00000300, YUGALABS_00010627-YUGALABS_00014063) and private discord chats (e.g., RIPPSCAHEN00000001; RIPPSCAHEN00000301; RIPPSCAHEN00002283). Defendants did not provide their group Discord messages with Lehman and Hickman (RIPPSCAHEN00000301; RIPPSCAHEN00002283) until after Lehman had already provided them to Yuga Labs.

22. Excerpts of the Complaint in this action, with highlighting added, are attached as **Exhibit 18**.

23. A capture of the webpage www.whois.com/whois/apemarket.com dated February 8, 2023, with highlighting added, is attached as **Exhibit 19**.

24. A capture of a document produced by third party Thomas Lehman and reproduced by Yuga Labs as LEHMAN0000295, with highlighting added, is attached as **Exhibit 20**.

25. A capture of a document produced by third party Tom Lehman and reproduced by Yuga Labs as LEHMAN0000304 is attached as **Exhibit 21**.

26. A document produced by Yuga Labs as YUGALABS_0000535, showing two December 6, 2021 Tweets from Ryder Ripps' Twitter account, with highlighting added, is attached as **Exhibit 22**.

27. Defendants produced a series of notices relating to takedown requests (primarily made on the basis of Defendants' trademark infringement) of their infringing content, including RIPPSCAHEN00001259, RIPPSCAHEN00001261, RIPPSCAHEN00014360, RIPPSCAHEN00014369, RIPPSCAHEN00014521, RIPPSCAHEN00014521, RIPPSCAHEN00015309, etc.

23. Excerpted email correspondence between counsel for the parties on

July 12, 2022, with highlighting added, is attached as **Exhibit 23**.

24. Excerpts of the parties' October 20, 2022, Joint Scheduling Conference Report Pursuant to Rule 26(f) (Dkt. 55), with highlighting added, are attached as **Exhibit 24**.

25. A capture of the webpage https://support.signal.org/hc/en-us/articles/360007320771-Set-and-manage-disappearing-messages, dated February 8, 2023, with highlighting added, is attached as **Exhibit 25**.

26. A capture of the webpage https://telegram.org/blog/autodelete-inv2, dated February 8, 2023, with highlighting added, is attached as **Exhibit 26**.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on February 8, 2023.

*/s/ Ethan M. Thomas*
Ethan M. Thomas