# Exhibit 3

**Exhibit 3**
**Pg. 66**

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Friday, January 20, 2023 12:33 PM |
| **To:** | Ethan Thomas |
| **Cc:** | Eric Ball; Kimberly Culp; Anthony Fares; WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer |

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Consistent with his obligations under the Federal Rules, Mr. Ripps conducted a reasonable investigation into Yuga's discovery requests, including the requests noted in your prior email.   Mr. Ripps did not find any further materials to produce.  *See, e.g.*, *In re Rivera*, No.  CV 16-4676 JAK (SSx), 2017 WL 5163695, at *2 (C.D. Cal. Apr. 14, 2017) (holding that Federal Rule 34(b)(2) requires only "a reasonable investigation to locate responsive materials").  As we expressed in our prior meet and confer, ==Defendants have effectively emptied their files.==  As you are aware, a reasonable search does not require a defendant to painstakingly identify every last document in their possession.

Despite this, we have asked Mr. Ripps to look again to see if there are any documents that were not found in the first two searches he already completed.

Kind regards,
Henry

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Thursday, January 19, 2023 7:46 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

==EXTERNAL SENDER==

Henry,

We provided a list of documents that are still being withheld in ECF 81-1, which include:

- ==Text messages between Ripps and Cahen;==
- ==Text messages between Cahen and Defendants' software developer, Tom Lehman;==
- ==Text messages between Ripps/Cahen and Defendants' software developer, Ryan Hickman;==
- Emails between Ripps and Lehman;
- ==Emails related to Defendants' registration of the domains in dispute, including rrbayc.com and apemarket.com;==
- ==Private Discord channels relating to RR/BAYC, Ape Market, Yuga Labs, and/or BAYC NFTs, such as the private Discord channel between Cahen and Hickman;==
- ==Private Twitter direct messages between Defendants;== and
- Any other "relevant non-privileged documents" ordered produced by the Court but still not produced.

1

Exhibit 3
Pg. 67