# Exhibit 5

**Exhibit 5**
**Pg. 71**

**VERIFICATION**

I Ryder Ripps, declare:

I make this verification for and on my behalf, that the matters stated herein are true and correct to the best of my knowledge.

I have reviewed Plaintiff Yuga labs, Inc.'s discovery requests including Interrogatories Nos. 3, 7-8, 10-11, 13, 15-17, and Document Requests Nos. 1-3, 6, 8-9, 13-14, 16-28, 33. I have also reviewed my supplemental objections and responses to interrogatories and the supplemental document production that I have provided during this litigation.

The discovery that I have provided resolves all of Plaintiff's concerns noted in the parties' joint stipulation (Dkt. No. 67) and Plaintiff's supplemental memorandum (Dkt. No. 71). I have provided supplemental answers to interrogatories and have produced all responsive documents that I have been able to locate after a reasonable search. To the best of my knowledge, I do not have any further documents left to produce in response to Plaintiff's discovery requests. I also understand that discovery obligations are continuing, and I will produce any additional responsive materials or information to the extent any are found based on a reasonable investigation. I reserve the right to make changes or additions to any of these answers or document productions if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available.

I declare under penalty of perjury that the foregoing is true and correct.

Ryder Ripps

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via email on January 17, 2023.

By: /s/ *Derek Gosma*
Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorney for Defendants
*Ryder Ripps and Jeremy Cahen*