# Exhibit 6

**Exhibit 6**
**Pg. 74**

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** <br><br> Magistrate Judge: Hon. John E. McDermott <br> Motion Hearing Date: N/A <br> Motion Hearing Time: N/A <br> Discovery Cutoff Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date: June 27, 2023 |

I, Eric Ball, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I am lead counsel in this matter. I make this declaration based on my own personal knowledge or information reasonably available to me. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.3.

3. During the parties' meet and confers since Defendants filed their counterclaims and in a December 31 letter, Defendants have agued that Yuga Labs should *now* agree to produce information related to Defendants' Inflammatory Material because of their newly filed counterclaims. Although Defendants served a Local Rule 37-1 letter on December 31 that purports to identify deficiencies in Yuga Labs' December 21, 2022 document production, Defendants do not raise any specific issue with respect to documents responsive to their Requests for Production 28, 29, or 48. With respect to their Request for Production 17, Defendants wrote "Yuga has stated that it does not have any documents relating to its document retention policy. However, Yuga must have sent out some communications for document preservation purposes. Please provide those materials so that we may learn of Yuga's document retention practices."

4. On December 29, Defendants updated their estimation that they will not complete their production until the end of January.

5. Yuga Labs has reviewed Defendants' three supplemental document productions (made on December 23 and 27, 2022 and January 9, 2023). Based on discovery received from third parties and known to exist and a review of Defendants' documents, Defendants appear to withhold at least the following:

- Text messages between Ripps and Cahen;
- Text messages between Cahen and Defendants' software developer,

Tom Lehman;
- Text messages between Ripps/Cahen and Defendants' software developer, Ryan Hickman;
- Emails between Ripps and Lehman;
- Emails between Ripps/Cahen and Hickman;
- Emails related to Defendants' registration of the domains in dispute, including rrbayc.com and apemarket.com;
- A "chat" group created by a person called "Arze" that includes Arze, Defendants, Lehman, and Hickman;
- Private Discord channels relating to RR/BAYC, Ape Market, Yuga Labs, and/or BAYC NFTs, such as the private Discord channel between Cahen and Hickman;
- Private Twitter direct messages between Defendants; and
- Private Twitter direct messages between Ripps/Cahen and Hickman.

6. On December 27, 2022, Defendants re-produced a non-public group chat (which has 10,945 lines of chat, each counted by Defendants as a separate "communication" in their briefing). This time, they produced the chat in another non-native format — .PDF. As result, the links in the native file are broken. Because Defendants failed to produce the chat in a useable format, or how it is kept in the ordinary course of business, it has at times taken a Fenwick employee 20 minutes to associate a single image file in a separate folder Defendants produced (called "Embedded Documents") with a line of text in the Team Ape Market chat file.

7. Yuga Labs' December 21, 2022 supplemental document production included, among other things:
- Screenshots of RR/BAYC listings and trading activity;
- Social media captures that show consumer confusion and other issues relevant to the trademark dispute;
- Documents related to Yuga Labs' applications for registration of its

trademarks;
- Defendants' raw blockchain transaction data based on Yuga Labs' understanding of their activity;
- Agreements related to marketing of Yuga Labs' Bored Ape Yacht Club, included agreements pertaining to its annual Apefest;
- A list that includes Yuga Labs' competitors;
- Documents and communications related to Yuga Labs' enforcement of its trademarks;
- License, consulting, and services agreements related to Yuga Labs' trademarks; and
- Yuga Labs' financial information.

I declare under penalty of perjury under the laws of the State of California and the of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on January 10, 2023.

      /s/ Eric Ball
Eric Ball