# Exhibit 9

**Exhibit 9**
**Pg. 86**





Exhibit 9
Pg. 87