# Exhibit 10

Exhibit 10
Pg. 88

| | |
|---|---|
| **From:** | Kimberly Culp |
| **Sent:** | Wednesday, November 16, 2022 2:20 PM |
| **To:** | Gosma, Derek; Ethan Thomas; Nikogosyan, Henry; WH Ripps-Yuga Labs Team |
| **Cc:** | Eric Ball; Anthony Fares; Ryan Kwock |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |

Derek – We are in receipt of the first tranche of documents produced by Mr. Ripps and Mr. Cahen. Unfortunately, this production is woefully inadequate for the documents Mr. Ripps promised to produce and which Mr. Cahen will be required to produce. Mr. Ripps has had since July, when he received our document requests, to pull his documents together. And, Mr. Ripps and Mr. Cahen asked for a schedule that effectively closes fact discovery early next year. Therefore, it is inappropriate for them to dole out incomplete productions over the next several weeks. They must substantially complete their document production this month.

Documents that should have been produced with this batch and must be produced immediately include, for example:

- All text, SMS, Signal, Telegram, Discord, or other forms of communication amongst Ripps, Cahen, Ryan Hickman, and/or Tom Lehman, or other third parties as yet unknown to Plaintiff but known to Defendants, related to RRBAYC NFTs, the RRBAYC RSVP contract, rrbayc.com, or apemarket.com. (*E.g.* RFP 1, 2, 3, 6, 8, 9, 11, 12, 18 21)
- All development documents and communications, including source code, related to RRBAYC NFTs, the RRBAYC RSVP contract, rrbayc.com, or apemarket.com. (*E.g.* RFP 1, 2, 3, 4, 6, 8, 9, 11, 12, 13, 18, 21)
- All documents or communications with or related to the transfer of any RRBAYC NFT to any third party to promote or advertise RRBAYC NFTS. (*E.g.* RFP 13, 14, 16, 17, 18)
- Documents sufficient to show revenue, gross profits, and net profits from the sale of RRBAYC NFTS. (RFP 26)
- Documents sufficient to show any costs or expenses you incurred in connection with the RR/BAYC NFTs, including all documents on which you intend to rely to show your costs or expenses in this Action. (RFP 27)
- All documents and communications concerning returns of or refunds for any RR/BAYC NFT. (RFP 28)

Without waiving our arguments with respect to the sufficiency of Mr. Ripps' document production, the list above reflects a list of documents clearly called for by the Requests to Mr. Ripps and for which Mr. Ripps has had ample time to collect and produce the information. Mr. Ripps' responses to our document requests effectively agree to produce these documents. Please confirm that these items will be produced this week.

We are preparing for our deposition of Mr. Hickman, and Mr. Ripps' inappropriate delay in producing these documents prejudices our efforts to do so, and to complete discovery within the schedule ordered by the Court.

In addition, the form of production for the Discord file found at RippsCahen0000001 does not comply with Instruction 2 in the Requests for Production which requires the documents to be produced "in native form . . . . with all metadata" and "in an intelligible format." An excel export from Discord is not that. Rather, Discord files must be produced natively (in .html) with the associated image files. Please immediately reproduce this document in an intelligible format.

Thank you,
Kimberly

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Monday, November 14, 2022 11:27 AM