# Exhibit 11

**Exhibit 11**
**Pg. 90**

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

LOUIS W. TOMPROS (*pro hac vice*)
louis.tompros@wilmerhale.com
MONICA GREWAL (*pro hac vice*)
monica.grewal@wilmerhale.com
SCOTT W. BERTULLI (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

DEREK GOSMA (SBN 274515)
derek.gosma@wilmerhale.com
HENRY NIKOGOSYAN (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants*
*Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>Defendants. | Case No.: 2:22-cv-4355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**LOCAL RULE 37 JOINT STIPULATION RE YUGA LABS, INC.'S MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: January 17, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

STIPULATION REGARDING DISCOVERY DISPUTE  CASE NO. 2:22-CV-04355-JFW-JEM

Exhibit 11
Pg. 91

Thomas Decl., Exhibit 19. A third party recently testified that he and the Defendants were members of this group chat, which he believed to be on Telegram, in which Yuga Labs and the use of Yuga Labs' marks was discussed. The third party deleted those messages, but Ripps has presumably not spoliated them and should produce them. Group chats involving Defendants also show that Defendants secured the domain registrations for rrbayc.com and apemarket.com, and yet Defendants produced no documents related to those activities. *E.g.* Thomas Decl., Exhibit 20. This third party also testified that he had relevant text messages with Ripps concerning Yuga Labs, which Ripps has not produced.

Specifically, Ripps has access to but is continuing to withhold communications in at least the following places of which Yuga Labs is now aware:

- Group chat titled "RRBAYC" on Telegram (Ripps has produced none)
- An alternative group chat set up on Telegram and/or Signal for purposes of discussing Yuga Labs and use of Yuga Labs' marks (*see* Thomas Decl., Exhibit 19) (Ripps has produced none)
- Group chat titled "Team ApeMarket" on Discord (Ripps has produced none after June 24, 2022)
- Direct messages on Discord (Ripps has produced none)
- Direct messages on Telegram (Ripps has produced none)
- Direct messages on Twitter for the accounts @ryder_ripps and @ApeMarketplace (Ripps has produced messages with only one third party)
- Text messages (Ripps has produced none)
- Emails (Ripps has produced none)

Instead of producing these required communications about the litigation and Ripps' use of the infringing marks to promote his business venture and sell knockoff NFTs, Ripps and his co-defendant have continued to hide their scam and delay the production of necessary evidence. Indeed, as part of their scam, Defendant Cahen shared instructions to "[l]imit to publicly available information" Defendants' document collection in this litigation: