# Exhibit 13

**Exhibit 13
Pg. 104**

 **Pauly Shore**  19-May-22 11:26 PM
Awesome

Had a good chat with Ryder



**Ape Market Bot**
@ApeMarketBot

**Ape Market**
@apemarketplace

8

I have both these twitters

 **hwonder**  19-May-22 11:28 PM
so its inverted ? the skull

 **Pauly Shore**  19-May-22 11:28 PM
And we have the apemarket.com domain as well

 **hwonder** so its inverted ? the skull
**Pauly Shore**  19-May-22 11:28 PM
Can easily be changed rhat was just pulled from the way old marketplace

 **hwonder**  19-May-22 11:28 PM
cool

 **Pauly Shore**  19-May-22 11:28 PM
I think ryder needs to@decide on that stuff a bit
But he wants to@keep@it minimal
He digs the NLL layout

 **hwonder**  19-May-22 11:29 PM
ultra min
real bayc is ultra min

 **Pauly Shore**  19-May-22 11:29 PM
He thinks it would be cool@to have a whole page of apes small kinda like we have on NLL
Could just be an exact copy maybe

 **hwonder**  19-May-22 11:29 PM
i did that before w/ nll

 **Pauly Shore**  19-May-22 11:29 PM
Awesome!

Exhibit 13
Pg. 105


**Pauly Shore** 31-May-22 09:23 AM
Dude what if NLL has like 5x the volume of Coinbase
The design and branding of ape market is suuuuuper important


**middlemarch.eth** 31-May-22 09:23 AM
Seems like they have 555 in 7 day on the flowers
I guess they will have the meme ones


**Pauly Shore** 31-May-22 09:24 AM
If we can really nail that
We will crush


**middlemarch.eth** 31-May-22 09:24 AM
I agree, the art must change!
Sorry
Ppl making mistakes with apes is already a huge meme
We have to be the "anti-mistake" marketplace
==Which means we cannot sell a conceptual collection with the same art==
==It's actually insane to do that==
==Remember the "average joes"?==


**Pauly Shore** 31-May-22 09:24 AM
I mean that is unavoidable
==Right now the price difference is 1/1000th==
Lol


**middlemarch.eth** 31-May-22 09:25 AM
==Yeah but ppl sell apes for 1/1000th!== (edited)


**Pauly Shore** 31-May-22 09:25 AM
Or 500th


**middlemarch.eth** 31-May-22 09:25 AM
==By mistake==
What about Getty Images?


 middlemarch.eth  Yeah but ppl sell apes for 1/1000th!  (edited)
**Pauly Shore** 31-May-22 09:25 AM
😂
I'll default to ryder on how he wants to handle it
As it's part of the artistic statement


**middlemarch.eth** 31-May-22 09:31 AM
Bad pitch

Exhibit 13
Pg. 106



Anyway yeah let the artist say
But I would not in the marketing show screenshots like the ones H showed
Because it is too confusing to the "average joe"
IMO
STRICTLY IMHO



**Pauly Shore**  31-May-22 09:32 AM
Lmao

> **middlemarch.eth**  Because it is too confusing to the "average joe"



**Pauly Shore**  31-May-22 09:33 AM
I think we could also have a label under the logo
That denotes which collection you are viewing or something



**middlemarch.eth**  31-May-22 09:33 AM
Or it could be a different color or osmething
IDK, my only vibe from last night is that we should not under-estimate how confusing it is



**Pauly Shore**  31-May-22 09:33 AM
Yeah

**Exhibit 13**
**Pg. 107**


**middlemarch.eth** 31-May-22 11:47 AM
Back in the game!


**Pauly Shore** 31-May-22 11:47 AM
Lol


**middlemarch.eth** 31-May-22 11:47 AM
Proud of them


**Pauly Shore** 31-May-22 11:47 AM
Which project is that


**middlemarch.eth** 31-May-22 11:48 AM
Oh I was just saying BAYC is back on top


**Pauly Shore** 31-May-22 11:48 AM
Lol


**middlemarch.eth** 31-May-22 11:48 AM
But yeah #6 buy or I'll do it

Wow

But yes, I guess RR/BAYC is low effort art / scam


**Pauly Shore** 31-May-22 11:48 AM
So dumb


**middlemarch.eth** 31-May-22 11:48 AM
Chimpers tho, own marketplace

Popping off


**Pauly Shore** 31-May-22 11:48 AM
Yeah

We can do the same


**Pauly Shore** 31-May-22 12:02 PM
1) .69% royalties
2) exclusive for RR/BAYC holders
3) launching with BAYC + mutant collections
4) LOOK AT HOW MUCH YOU SAVE + data!

**Exhibit 13**
**Pg. 108**

 **ryder** 03-Jun-22 02:17 AM
its so funny because legit anything they do we can meme

 **Pauly Shore** 03-Jun-22 02:17 AM
Yes

 **ryder** 03-Jun-22 02:17 AM
they legit can do nothing but cope

 **Pauly Shore** 03-Jun-22 02:17 AM
It's a check mate
I really wonder if they are just gonna not do shit
Lmfaooooooo
That is such an L it's hilarious

 **ryder** 03-Jun-22 02:17 AM
i mean
what are they gunna do
02:17  its so stupid

 **Pauly Shore** 03-Jun-22 02:17 AM
Literally

 **ryder** 03-Jun-22 02:17 AM
refuse to let us sell their nfts?
they might have done that to like x2y2
if u dont give us x percentage well sue u
 1
etc
we should just make an llc called yugalabs
 1
at this point
and sue them
they are moving now
like 20 just sold in the 5 min i refreshed
 1

Exhibit 13
Pg. 109

**Pauly Shore** 23-Jun-22 12:50 PM



@ryder 🔜 per our attorney we may just need to change the skull
If we want to fight trademark



**hwonder** 23-Jun-22 12:52 PM
I thought that skull was commercial licensable from stock site



🖼 hwonder I thought that skull was commercial licensable from stock site
**Pauly Shore** 23-Jun-22 12:52 PM
Lmfao
Not sure how serious that statement is



**hwonder** 23-Jun-22 12:53 PM
Im serious . Ryder showed me a stock site before with the skull
Last December

**Pauly Shore** 23-Jun-22 12:53 PM
Wow
We should consider if we even want to be listed on those sites or not first of all
It may make sense to let it be banned for a bit
To make everyone jump on apemarket harddddd
I'm terms of adding other collections to AM how difficult is that?
I spoke to Scott at genie in person at the uniswap party
We gotta get on gem and genie
But now both are owned by A16z basically lol
Uniswap bought genie
Opensea bought gem



**ryder** 🔜 23-Jun-22 12:55 PM
yo
running script again
its going through mints
any chance it could do fuffills

**Exhibit 13**
**Pg. 110**



**ryder** 24-Jun-22 04:01 PM
what should i do about this letter

Yuga_Labs_LOA.pdf
526.72 KB

**middlemarch.eth** 24-Jun-22 04:07 PM
I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?
Basically just saying "we hired these guys to harass you"
I dont' think it asks us to do anything?
With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably
Not worth it, especially since we're migrating off anyway
For the new site we change the logo, and maybe even the display name in the market, IDK
Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)
By "our use" I mean the presence of those things on a website we control

ryder what should i do about this letter
**hwonder** 24-Jun-22 04:40 PM
this is madness ...
@Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
I like to confirm because he's in town and may be able to expedite a few calls ... but I want to make sure it's all clear

hwonder this is madness ... @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
**Pauly Shore** 24-Jun-22 04:53 PM
No he helped with something else but I do not recall it being a lawyer
Krystal is kenobi's friend
She was the attorney for phunks Letters As sell
Well

ryder what should i do about this letter
**Pauly Shore** 24-Jun-22 04:54 PM
I think we have some time to think on this sort of stuff
And consider all aspects
No need to make a decision on the spot imo we should have ourselves some time to decide

**hwonder** 24-Jun-22 05:01 PM
Clearly this is bias
6900 volume plus $2 million in mint... It's pretty clear they dislike that
We're closing in on *$10 million impact to yuga

hwonder Clearly this is bias
**Pauly Shore** 24-Jun-22 05:26 PM
Can you explain which part? Seems like a lot of different bias for sure haha

Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha
**hwonder** 24-Jun-22 08:29 PM
i'll loop around this in moment. styling v3 rn

**Pauly Shore** 24-Jun-22 08:30 PM
No worries!

**ryder** 24-Jun-22 08:50 PM
should mint rthe other 400
it doesnt impact yuga
the clients buying rrbayc are legit the opposite

**Pauly Shore** 24-Jun-22 08:51 PM
Right I'm think maybe he just meant 10 million volume total

**ryder** 24-Jun-22 09:54 PM
https://twitter.com/yugalabs/status/1540509852702851072

> **Yuga Labs (@yugalabs)**
> (2/2) ... us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.
> Twitter • 24-Jun-22 09:39 PM

**ryder** 24-Jun-22 10:19 PM
hello??

**middlemarch.eth** 24-Jun-22 10:42 PM
Whoa, just seeing this!
Crazy, let's see what they actually send us I guess

**ryder** added a recipient. 24-Jun-22 10:44 PM

**arze** 24-Jun-22 10:47 PM
hey guys
who is pinning the data on IPFS?
could they attack that
should i set up pinning outside of usa

**ryder** 24-Jun-22 10:52 PM
its still fulling past the mint number



> enf.yugalabs.1855294@enfappdetex.com  3:18 PM (13 minutes ago)
> to 934dc7d80cf74a75bcf2f6e1a6e5ba24.protect
>
> June 28, 2022
> We are contacting you as the registrant of the content (the "Infringing Content") offered on your platform which infringes on Trademark's owned by Yuga Labs, Inc. ("Yuga Labs"). We request that you remove the Infringing Content as soon as possible. The necessary information for this takedown request is as follows:
> Intellectual Property : Registration #
> Ape Skull Logo : UK00003718328
> BAYC : UK00003718333
> Infringing Content/URLs:
> https://rrbayc.com/
> Additional Information:
> Unauthorized use of Yuga Labs trademarks in page name, Icon & header images; passing off as official Yuga Labs account and potential consumer confusion and/or harm.
> Please see attached Letter of Authorization.
> Owner Name and Address:
> Yuga Labs, Inc.
> 1430 S. Dixie Hwy, Ste. 105 10
> Coral Gables, FL 33146-3108
> Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.
> Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the Trademark owner, Yuga Labs, or its agents, nor is such use permitted by law.
> 512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.
> Please let us know if you need any additional information. Thank you.
> Sincerely,
> Yuga labs, Inc.
> (Transmitted by Appdetex Customer Success Team)


**arze** 28-Jun-22 06:40 PM
what are you gonna do


**ryder** 📨 28-Jun-22 06:51 PM
not sure
seems like a test no



People also ask
Does DMCA apply to trademark?
While **the DMCA only applies to copyrights**, many trademark holders have used the same process to notify internet and social media companies about trademark infringers.  Jul 24, 2020
https://theholmesfirm.com › ... › General Law Topics
Takedown Notices – Why Trademarks and Copyrights are So ...
Search for: Does DMCA apply to trademark?


**middlemarch.eth** 28-Jun-22 07:28 PM
Happy to brainstorm / help with what to do, though I think it's best to do so via voice call versus writing on this thing


**arze** 28-Jun-22 07:28 PM
should probably move over to telegram/signal


**arze** 28-Jun-22 07:46 PM
i can start a group chat i have everyone except tom

Exhibit 13
Pg. 112


**hwonder** 29-Jun-22 12:43 PM
that is UK mark (edited)
https://trademarks.ipo.gov.uk/ipo-tmcase/page/Results/1/UK00003718328


**Pauly Shore** 29-Jun-22 12:48 PM
https://twitter.com/hyphenate_eth/status/1541991949296476161?s=21&t=UqsdV1MhH0HH41rmPFOA6Q



> 5-5.eth 🔜 (@hyphenate_eth)
> The TM for BAYC was refused:
> https://t.co/gOTWgH91iN
> #BAYC #RRBAYC
> 🐦 Twitter • 28-Jun-22 11:48 PM

@hwonder I texted you


**arze** 29-Jun-22 12:49 PM
that's big no?


**hwonder** 29-Jun-22 01:04 PM
in US skull not approved
in UK skull approved


**Pauly Shore** 29-Jun-22 01:29 PM
The tm stuff is beyond me


**ryder** 🔜 29-Jun-22 06:03 PM
put logo back on site


> 🍄 ryder 🔜 put logo back on site

**middlemarch.eth** 29-Jun-22 06:24 PM
Done!

Exhibit 13
Pg. 113