# Exhibit 14

**Exhibit 14
Pg. 114**

6/24/22, 7:05 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)



This is more up to date than listings and it looks cool

6/24/22, 7:07 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

6/24/22, 7:17 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

We also need new logo and branding direction in light of the trademark thing

6/24/22, 7:17 PM
Pauly Shore (3109801597)

Disliked "Asking in their Discord, trying to find that out, but I found an example where it's an hour"

6/24/22, 7:18 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

6/24/22, 7:18 PM
Pauly Shore (3109801597)

Liked an image

6/24/22, 7:18 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

Collection name could be rendered as "RR/****" or something

6/24/22, 7:18 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

"Yuga doesn't want you to know the name of this collection"

6/24/22, 7:18 PM
Pauly Shore (3109801597)

Ok I will talk to ryder about that

253
CONFIDENTIAL
LEHMAN0000047
Exhibit 14
Pg. 115
CONFIDENTIAL   LEHMAN0000047

6/24/22, 7:19 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)



Like in a menu like this I think RR should look very distinct (strictly my opinion!)

6/24/22, 7:19 PM
Pauly Shore (3109801597)



6/24/22, 7:19 PM
Pauly Shore (3109801597)

I agree

6/24/22, 7:19 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

Haha, I think that is very funny but we are past it IMO

6/24/22, 7:19 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

Past that stage

6/24/22, 7:20 PM
Tom iPhone 14 (tom.s.lehman@gmail.com)

Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

> 6/24/22, 7:20 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> Whereas now with the logo thing we don't look sympathetic to everyone

> 6/24/22, 7:20 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> Anyway you feel me on this, it's my meme

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
Pauly Shore (3109801597)
For sure

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
Pauly Shore (3109801597)
Wym

> 6/24/22, 7:21 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logo is to theirs"

> 6/24/22, 7:21 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

6/25/22, 4:48 AM
Pauly Shore (3109801597)
Sorry I fell asleep

6/25/22, 4:49 AM
Pauly Shore (3109801597)
And woke up to chaos

> 6/25/22, 10:01 AM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> 5 mins

6/25/22, 10:01 AM
Pauly Shore (3109801597)
I'm not ready for team call yet

6/25/22, 10:01 AM
Pauly Shore (3109801597)
[Screenshot of iMessage from +1 (440) 840-9662, Today 9:49 AM: "Hi Jeremy, I'm a reporter at The Daily Beast. Just wanted to check if you had any thoughts or comment on the Yuga Labs lawsuit? Thanks! Noah Kirsch" — The sender is not in your contact list. Report Junk]

6/25/22, 10:01 AM
Pauly Shore (3109801597)
Curious your thoughts

255
CONFIDENTIAL
LEHMAN0000049
Exhibit 14
Pg. 117
CONFIDENTIAL LEHMAN0000049