# Exhibit 15

Exhibit 15
Pg. 118

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   YUGA LABS, INC.,                 )

 6                  Plaintiff,     )

 7       VS.                       )  NO. 2:22-CV-04355

 8   RYDER RIPPS, JEREMY CAHEN,     )      JFW-JEM

 9                  Defendants.    )

10   _____)

11

12

13   DEPOSITION OF:

14              JEREMY CAHEN

15              WEDNESDAY, JANUARY 11, 2023

16              9:18 A.M.

17

18

19

20   REPORTED BY:

21              Sari M. Knudsen

22              CSR No. 13109

23

24

25

                                        Page 1
```

**Exhibit 15**
**Pg. 119**

| | | |
|---|---|---|
| 1 | A    It just depends on the purpose.  You know, | 9:22:55 |
| 2 | there's different e-mails for different purposes. | 9:22:59 |
| 3 | Q    What is the last e-mail that you used? | 9:23:01 |
| 4 | A    I don't recall. | 9:23:07 |
| 5 | Q    What is one e-mail address that you can | 9:23:10 |
| 6 | recall? | 9:23:12 |
| 7 | A    IonlyeatatMcDonalds@gmail.com. | 9:23:16 |
| 8 | Q    Okay.  What is another one? | 9:23:18 |
| 9 | A    311wasaninsidejob@gmail.com. | 9:23:22 |
| 10 | Q    What is another one? | 9:23:24 |
| 11 | A    HillaryClinton@ -- excuse me. | 9:23:27 |
| 12 | HillaryClinton.cia.gov@gmail.com. | 9:23:33 |
| 13 | Q    How about any that you have used in | 9:23:35 |
| 14 | connection with the dispute that we are at today? | 9:23:39 |
| 15 | A    Most of the stuff happens -- I would say | 9:23:43 |
| 16 | probably on my personal. | 9:23:45 |
| 17 | Q    And what is that? | 9:23:46 |
| 18 | A    It's JCahen@gmail.com. | 9:23:49 |
| 19 | Q    No dot, no underscore or anything?  Just J? | 9:23:57 |
| 20 | A    No.  Just my first initial and last name at | 9:24:01 |
| 21 | gmail.com. | 9:24:01 |
| 22 | Q    Any other e-mail addresses that you've used | 9:24:05 |
| 23 | to communicate with Mr. Ripps regarding this matter? | 9:24:07 |
| 24 | A    No.  I don't believe so. | 9:24:09 |
| 25 | Q    How about any other e-mail addresses that | 9:24:10 |

Page 12

Exhibit 15
Pg. 120

| | | |
|---|---|---|
| 1 | you've used to communicate with Mr. Lehman regarding | 9:24:13 |
| 2 | this matter? | 9:24:14 |
| 3 | A    I don't communicate with Mr. Lehman via | 9:24:16 |
| 4 | e-mail. | 9:24:17 |
| 5 | Q    How do you communicate with Mr. Lehman? | 9:24:20 |
| 6 | A    It just depends on what the matter is | 9:24:23 |
| 7 | regarding, but I don't use e-mail. | 9:24:24 |
| 8 | Q    How do you communicate with Mr. Lehman? | 9:24:26 |
| 9 | A    Do you want in a specific context?  I don't | 9:24:30 |
| 10 | fully understand the question. | 9:24:31 |
| 11 | Q    I want any method that you communicate with | 9:24:34 |
| 12 | Mr. Lehman. | 9:24:34 |
| 13 | A    I've spoken to Mr. Lehman using Telegram, | 9:24:37 |
| 14 | Discord, telephone and text message. | 9:24:42 |
| 15 | Q    Any others? | 9:24:43 |
| 16 | A    Not that I recall. | 9:24:45 |
| 17 | Q    Signal? | 9:24:47 |
| 18 | A    Negative. | 9:24:48 |
| 19 | Q    Is that a no, you haven't -- | 9:24:50 |
| 20 | A    That's a no. | 9:24:52 |
| 21 | Q    How about WhatsApp? | 9:24:55 |
| 22 | A    Not that I recall. | 9:25:03 |
| 23 | Q    Who is your current employer? | 9:25:05 |
| 24 | A    I'm self-employed I would say. | 9:25:08 |
| 25 | Q    And what do you do as a self-employed | 9:25:10 |

Page 13

Exhibit 15
Pg. 121

| | | |
|---|---|---|
| 1 | Mr. Ripps, sir. | 10:53:11 |
| 2 | A    He's my friend.  So we usually speak to | 10:53:13 |
| 3 | each other. | 10:53:15 |
| 4 | Q    Okay.  And how do you do so? | 10:53:17 |
| 5 | A    Using my voice.  That would be -- | 10:53:22 |
| 6 | Q    Other than your voice though.  We are | 10:53:25 |
| 7 | talking about other than your voice, how do you | 10:53:27 |
| 8 | communicate with Mr. Ripps? | 10:53:28 |
| 9 | A    I just need more context. | 10:53:30 |
| 10 | Q    Do you communicate with him via Signal? | 10:53:33 |
| 11 | A    No, I do not. | 10:53:34 |
| 12 | Q    Do you communicate with him via text | 10:53:35 |
| 13 | message? | 10:53:36 |
| 14 | A    Yes, I do. | 10:53:36 |
| 15 | Q    Do you communicate with him via Discord? | 10:53:39 |
| 16 | A    No.  Not these days.  I have in the past | 10:53:44 |
| 17 | though. | 10:53:44 |
| 18 | Q    When did you stop communicating with him | 10:53:46 |
| 19 | via Discord? | 10:53:47 |
| 20 | A    I would guess -- what is -- I would say | 10:53:51 |
| 21 | maybe seven or eight months ago.  Something like | 10:53:53 |
| 22 | that.  That's a rough estimate.  I don't have an | 10:53:55 |
| 23 | exact answer.  But roughly seven or eight months ago | 10:53:58 |
| 24 | I would say. | 10:53:59 |
| 25 | Q    Why did you stop communicating with him via | 10:54:01 |

Page 68

Veritext Legal Solutions
866 299-5127

**Exhibit 15**
**Pg. 122**