# Exhibit 16

Exhibit 16
Pg. 123

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4     YUGA LABS, INC.,            )
                                   )
 5              Plaintiff,         )
                                   )
 6     vs.                         )Case No.
                                   )2:22-cv-04355-JFW-JEM
 7     RYDER RIPPS and JEREMY      )
       CAHEN,                      )
 8                                 )
                Defendants.        )
 9     _____)
10
11
12                      CONFIDENTIAL
13         VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14         Taken on Wednesday, December 7, 2022
15    By a Certified Stenographer and Legal Videographer
16                     At 9:11 a.m.
17         At 9275 West Russell Road, Suite 240
18                  Las Vegas, Nevada
19
20
21
22
23          Stenographically reported by:
24      Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

```
1      private channel chat.
2                Outside of that, specific to this, those
3      were my channels where I had these discussions.
4           Q.    On Discord?
5           A.    On Discord.
6           Q.    So you did not have -- if I'm
7      understanding your testimony correctly, you did not
8      have private Discord communications with Mr. Cahen?
9           A.    Did I have one-to-one Discord?  It is
10     possible I have a Discord chat with him.
11          Q.    Have you looked to see if you have a
12     private Discord chat with Mr. Cahen either in the
13     process of responding to Exhibit 1 or Exhibit 2?
14          A.    Yes.
15          Q.    When did you look to see if you had a
16     private Discord chat with Mr. Cahen?
17          A.    On the -- specifically on the 29th of
18     September.
19          Q.    On the 29th of September you looked to
20     see if you had a private Discord chat with
21     Mr. Cahen?
22          A.    Correct.
23          Q.    And do you have a recollection of
24     whether or not you determined there was one or there
25     wasn't one?
```

Page 38

```
 1         A.      I don't -- I don't remember.  I believe
 2   I have a chat.  I don't believe we had a discussion
 3   around this.
 4         Q.      Other than looking to see if you had a
 5   chat with Mr. Cahen on Discord, did you look through
 6   that chat to see if that chat related in any way to
 7   RR/BAYC NFTs, to BAYC NFTs, or to Yuga Labs?
 8         A.      The private chat between he and I?
 9         Q.      Correct.
10         A.      Yes.  I scrolled to look at our
11   messages.
12         Q.      You did that on or about September 29th?
13         A.      On specifically the day I submitted this
14   document.
15         Q.      By "this document" you mean Exhibit 7?
16         A.      Correct, yes.
17         Q.      And what was your determination as to
18   the nature of your communications with Mr. Cahen on
19   that chat?
20         A.      Just overwhelmed in general on how I
21   would get this -- how I would record this
22   information.
23         Q.      You were overwhelmed by how would I pull
24   the volume of the communications I had between
25   Mr. Cahen and yourself on Discord?
```

Page 39

```
 1        A.      No.  All Discord communications.
 2        Q.      Okay.  I'm not trying to be difficult.
 3   I am trying to understand you here.
 4              I'm understanding your testimony to be
 5   that on or about September 29th you were overwhelmed
 6   by the volume of the Discord communications and how
 7   would you procedurally get them to us; is that
 8   correct?
 9        A.      Correct.  And in response to -- I opened
10   my email, and my email communicated that I was
11   served on the 9th, and by the 23rd I was in contempt
12   of court because I did not respond, and I
13   immediately began combing through the documents and
14   trying to figure out how I was going to capture this
15   information.  I put together the PDF, and I sent you
16   the PDF.
17        Q.      Okay.  And Exhibit 37 [sic] does not
18   have the group chat that you mentioned; correct?  So
19   Exhibit 7 is your response?
20        A.      Yes.
21        Q.      And that document you sent us on
22   September 29th does not have the group Discord chat
23   that you mentioned; correct?
24        A.      Correct.
25        Q.      And Exhibit 7 does not have the direct
```

Page 40

```
 1      chat that you mentioned with Mr. Lehman on Discord;
 2      correct?
 3          A.      Correct.
 4          Q.      Nor does it have the direct chat that
 5      you had with Mr. Cahen on Discord; correct?
 6          A.      Correct.
 7          Q.      Subsequent to September 29th, did you do
 8      anything to try to get those Discord chats to
 9      Fenwick & West?
10          A.      No.
11          Q.      Did you have direct chats with Mr. Ripps
12      on Discord?
13          A.      No.
14          Q.      So in terms of Discord chats that might
15      be responsive to Request Number 1 on Exhibit 1,
16      there would be the group chat that you mentioned,
17      the personal chat with Mr. Lehman, and the personal
18      chat with Mr. Cahen; correct?
19          A.      Correct.
20                  (Exhibit 8 marked.)
21      BY MS. CULP:
22          Q.      So you had mentioned the group chat.
23                  Do you see Exhibit 8 in front of you?
24          A.      Yes.
25          Q.      Is this the group chat you were
```

Page 41

```
 1    I use at all.  I visit it to make sure that my
 2    Netflix is paid, my Amex is paid.  I went to visit
 3    and seen a message from your team.
 4        Q.      And then you had referenced an Hwonder
 5    Gmail address as well?
 6        A.      Correct.
 7        Q.      You used that to communicate with your
 8    prior lawyer, Mr. Jacobs?
 9        A.      Correct.
10        Q.      And you've not used any other email
11    addresses to communicate about RR/BAYC NFTs, BAYC
12    NFTs, or Yuga Labs, other than what you've already
13    told me about?
14        A.      Correct.
15        Q.      With respect to Request Number 3, do you
16    see it references all Telegram communications again
17    from the beginning of the year to the present
18    relating to the three items that are listed there?
19                Do you see that?
20        A.      Yes.
21        Q.      Did you have Telegram communications
22    that relate to any or all of those topics?
23        A.      Over voice.
24        Q.      Over voice?
25        A.      Yes.
```

Page 49

| | | |
|---|---|---|
| 1 | Q. | Any written Telegram communications? |
| 2 | A. | I believe -- I actually believe we did |
| 3 | talk on Telegram. | |
| 4 | Q. | Did you look to see if you had written |
| 5 | Telegram communications that are responsive to this | |
| 6 | subpoena? | |
| 7 | A. | At that time I did not. |
| 8 | Q. | Do you know as you sit here whether or |
| 9 | not you have written Telegram communications that | |
| 10 | are responsive to the subpoena? | |
| 11 | A. | No, not that -- my Telegram is all |
| 12 | encrypted now. | |
| 13 | Q. | What do you mean by it's "all encrypted |
| 14 | now"? | |
| 15 | A. | I was hacked. I emailed you guys |
| 16 | earlier in September. And I had lost a significant | |
| 17 | amount of money. As a result, I encrypted all of my | |
| 18 | communications. | |
| 19 | Q. | And does that encryption of your |
| 20 | communications somehow destroy communications that | |
| 21 | you may have had that predated the date of the | |
| 22 | encryption? | |
| 23 | A. | Every 28 days. |
| 24 | Q. | When did you encrypt your Telegram? |
| 25 | A. | The specific date that I was hacked. I |

Page 50

```
1    don't know the specific date off the top of my head.
2        Q.      Do you know the month?
3        A.      September.
4        Q.      Of 2022?
5        A.      Correct.
6                MR. GOSMA:  It's been about an hour.
7    Maybe we can take a break here if you're going to
8    move on.
9                MS. CULP:  Yeah.  We'll go off the
10   record.
11               THE VIDEOGRAPHER:  Going off the record.
12   Time is 10:09 a.m.
13               (A break was taken.)
14               THE VIDEOGRAPHER:  We are back on the
15   record.  The time is 10:20 a.m.
16               (Exhibit 10 marked.)
17   BY MS. CULP:
18       Q.      We were talking about Telegram before
19   the break, and I've put in front of you Exhibit 10.
20               Do you recognize what Exhibit 10 is at
21   least a part of?
22       A.      Yes.
23       Q.      What is it?
24       A.      This is where -- yeah, this is our
25   Telegram chat.
```

Page 51

```
 1    didn't affect his access?
 2         A.      Correct.
 3         Q.      Are you aware of any other written
 4    Telegram communications that relate to RR/BAYC,
 5    BAYC, or Yuga, other than what's generally reflected
 6    by Exhibit 10?
 7         A.      In Telegram?
 8         Q.      Yeah.
 9         A.      No.
10         Q.      So you didn't have any sort of direct
11    communication with Mr. Lehman in May or June of 2022
12    in Telegram?
13         A.      Not that I recall.  It could have been a
14    good morning.  It could have been a hello.  But I
15    wouldn't remember off the top of my head, no.
16         Q.      Do you recall if you had any direct
17    communications with Mr. Ripps, just you and
18    Mr. Ripps, not the group, through Telegram in May or
19    June of 2022?
20         A.      I've had discussions with Ryder over
21    Telegram about things that aren't pertaining to
22    this.
23         Q.      Have you had communications with
24    Mr. Ripps at any time up to June 2022 that relate to
25    RR/BAYC NFTs, BAYC NFTs, or Yuga Labs?
```

Page 54

```
 1        A.      On Telegram?
 2        Q.      On Telegram.
 3        A.      In the chat, yes.
 4        Q.      With just Mr. Ripps, you and Mr. Ripps,
 5   not the group?
 6        A.      Not that I can recall.  I don't believe
 7   so.
 8        Q.      What about with Mr. Cahen?  Have you had
 9   any direct communications with Mr. Cahen not in the
10   group chat, just you and Mr. Cahen are the only two
11   communicators, in Telegram up to June 2022?
12        A.      Not that I can recall.  I would
13   ordinarily speak to him -- no -- yeah, during this
14   time I would ordinarily speak to him over the
15   Discord chat in a group.
16        Q.      Okay.  Or potentially the Discord chat
17   between you and him directly?
18        A.      Not about this (indicating).
19        Q.      What about using Signal as a technology?
20   Did you use Signal at all to communicate with either
21   of these three gentlemen about the subject matter
22   listed in response to Request Number 4?
23        A.      I don't use Signal.
24        Q.      You have a Twitter account; correct?
25        A.      Yes.
```

```
 1        Q.      Who's that?
 2        A.      He's an influencer.  He's an executive,
 3   a filmmaker.
 4        Q.      Who's doing a documentary?
 5        A.      No.  He represents -- my interest is
 6   he -- he's a strong voice in the black community.
 7   And to increase and amplify the wrong here, the idea
 8   was to speak with him, speak and get on a few
 9   podcasts and perhaps even speak with some
10   high-profile people.
11                He's -- his career is building -- he was
12   Jay-Z's partner for a decade or so.  So he has a lot
13   of access.  So the idea was to speak with him to
14   help, you know, get this message out that there are
15   people who are making tens if not hundreds of
16   millions of dollars exploiting people through
17   selling unlicensed securities, through selling this,
18   like, make-believe art IP thing, and doing it with
19   this very racially charged anti-Semitically charged
20   imagery.
21        Q.      Have you had any text messages with
22   Mr. Cahen about this lawsuit?
23        A.      Stress -- I'm being verbatim -- Hey, I'm
24   stressed.  This stuff is stressing me out.
25                High-level -- high-level -- yes.  The
```

Page 84

```
 1      answer is yes.
 2          Q.      Have you had any text messages with
 3      Mr. Lehman?
 4          A.      About the lawsuit, no.
 5          Q.      About RR/BAYC?
 6          A.      Not that I can recall.  We text.  But
 7      texting is newer for us.  We talk in so many
 8      different forms I couldn't off the top of my head
 9      differentiate where.  But it's possible.
10          Q.      Okay.  When was the last time you
11      communicated in any form with Mr. Lehman?
12          A.      Nine hours ago maybe, I believe.
13          Q.      What did you and Mr. Lehman talk about
14      nine hours ago?
15          A.      Standing up a front framework.
16          Q.      Not related to this deposition?
17          A.      Not related to this.
18          Q.      Does he know you're being deposed today,
19      as far as you're aware?
20          A.      He actually doesn't.
21          Q.      There would have been source code
22      related to the projects you've been talking about
23      today; is that right?
24          A.      Yes.
25          Q.      Did you do anything to produce that
```