# Exhibit 17

Exhibit 17
Pg. 136

```
               UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
    _____
                                       )
    YUGA LABS, INC.,                   )CASE NO.:
                                       )
                    Plaintiff,         )2:18-cv-00514-
                                       )ACA'22-cv-04355-
            v.                         )JFW-JEM
                                       )
    RYDER RIPPS, JEREMY CAHEN, DOES    )
    1-10,                              )
                                       )
                    Defendants.        )
                                       )
    _____)


        ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
                ATTORNEYS' EYES ONLY **



                 DEPOSITION OF RYDER RIPPS
                         VOLUME I
                  LOS ANGELES, CALIFORNIA
                 THURSDAY, JANUARY 12, 2023



    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                   CSR NO. 14125
    JOB NO.:       5613911
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A. | No. | 09:09:55 |
| 2 | Q. | Can you please state your full name for | 09:09:56 |
| 3 | | the record. | 09:10:04 |
| 4 | A. | My name is Ryder Andrew Ripps. | 09:10:04 |
| 5 | Q. | And how old are you, sir? | 09:10:07 |
| 6 | A. | 36. | 09:10:09 |
| 7 | Q. | And where do you currently live? | 09:10:10 |
| 8 | A. | Acton, California. | 09:10:12 |
| 9 | Q. | What's your phone number? | 09:10:14 |
| 10 | A. | (917) 318-0890. | 09:10:16 |
| 11 | Q. | How about any e-mail addresses you use? | 09:10:19 |
| 12 | A. | R@okfoc.us is one of my main e-mail | 09:10:23 |
| 13 | | addresses, and then, I have another gmail address I | 09:10:31 |
| 14 | | sometimes use. | 09:10:36 |
| 15 | Q. | What's that e-mail address? | 09:10:36 |
| 16 | A. | Theryderproject@gmail.com. | 09:10:37 |
| 17 | Q. | What do you use theryderproject@gmail.com | 09:10:43 |
| 18 | | with? | 09:10:44 |
| 19 | A. | Probably a lot of stuff, but it's an | 09:10:45 |
| 20 | | e-mail address I registered probably -- I don't know | 09:10:46 |
| 21 | | -- when gmail first came out.  Right after -- it was | 09:10:49 |
| 22 | | right after Hotmail, and so, I've had that e-mail | 09:10:54 |
| 23 | | address mostly for -- I would say personal stuff.  I | 09:10:56 |
| 24 | | don't really use it that much because I use my more | 09:11:01 |
| 25 | | business e-mail address, which is @OKFocus, which is | 09:11:05 |

```
 1    asked something different.  He answered the when.       09:45:15
 2    You asked him, "What was it?"  He's answering that.     09:45:16
 3    Please let him finish his answer.                       09:45:19
 4         A.   So, yeah, to understand RR/BAYC, it really    09:45:23
 5    can't be understood in a vacuum.  If I was to tell      09:45:27
 6    the story of RR/BAYC, I would have to explain the       09:45:30
 7    story of the entirety of our protest that has been      09:45:33
 8    going on for a while and the entirety of my work        09:45:37
 9    that has been going on for a while and my work in       09:45:42
10    appropriation art, and you'd actually have to go        09:45:46
11    back and understand appropriation art, and maybe        09:45:48
12    you'd have to understand a little bit about, you        09:45:51
13    know, the scope of the art history over the past        09:45:54
14    hundred years or so to have a full understanding.       09:45:56
15              So when you say "When did you start           09:45:59
16    talking about RR/BAYC?" well, it's a conversation       09:46:00
17    that has been -- that has been being had for years.     09:46:03
18         Q.   What domains have you registered in           09:46:11
19    connection with the RR/BAYC project?                    09:46:15
20         A.   RRBAYC.com.                                   09:46:17
21         Q.   And when did you register that domain?        09:46:21
22         A.   I don't remember the exact date, but I        09:46:23
23    think it was right around some of the first mints of    09:46:25
24    it.  So I think mid-may or something like that.         09:46:31
25         Q.   Did you also register ApeMarket.com?          09:46:35
```

| | | |
|---|---|---|
| 1 | A. I did register that but not in conjunction | 09:46:40 |
| 2 | with RR/BAYC. | 09:46:42 |
| 3 | Q. When did you register ApeMarket.com? | 09:46:43 |
| 4 | A. I think the very, very end of December of | 09:46:49 |
| 5 | 2021. | 09:46:52 |
| 6 | Q. So you registered ApeMarket.com before | 09:46:56 |
| 7 | RRBAYC.com? | 09:47:04 |
| 8 | A. Yeah. They don't really have much to do | 09:47:04 |
| 9 | with each other. I mean, they are similar in terms | 09:47:06 |
| 10 | of there's some crossover in terms of maybe the | 09:47:13 |
| 11 | ideas that we would want to express, but Ape Market | 09:47:16 |
| 12 | never existed. So Ape Market -- I don't even know | 09:47:19 |
| 13 | what Ape Market is, or was, or could have been. | 09:47:22 |
| 14 | Q. Did -- have you -- are you still thinking | 09:47:27 |
| 15 | about launching Ape Market? | 09:47:31 |
| 16 | A. Am I thinking about launching it? I mean, | 09:47:34 |
| 17 | that's -- I don't know. I might have had a dream | 09:47:37 |
| 18 | last night where I came across in the dream -- and | 09:47:40 |
| 19 | to be honest, a lot of my dreams, I only remember, | 09:47:44 |
| 20 | like, the last, I think, like, minute when I get up. | 09:47:47 |
| 21 | So it's possible that it crossed my mind before. | 09:47:50 |
| 22 | Q. Do you have a present intent to launch Ape | 09:47:54 |
| 23 | Market? | 09:47:57 |
| 24 | A. Presently? As I sit here right now, no. | 09:47:57 |
| 25 | And I don't even know what launching it is because I | 09:48:00 |

Page 37

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | you normally talk with Mr. Cahen via phone these | 17:38:47 |
| 2 | days; is that correct? | 17:38:51 |
| 3 |     A.   Yeah, I would say that's correct. | 17:38:53 |
| 4 |     Q.   Do you have any written communications | 17:38:55 |
| 5 | with Mr. Cahen after July 27th, 2022? | 17:38:58 |
| 6 |     A.   July 27th -- probably a few here and | 17:39:01 |
| 7 | there.  Call me, stuff like that. | 17:39:08 |
| 8 |     Q.   Did you have any Discord communications | 17:39:10 |
| 9 | with him after July 27th, 2022? | 17:39:13 |
| 10 |     A.   I don't remember.  And, to be honest, like | 17:39:16 |
| 11 | I said in earlier things, I really don't like | 17:39:16 |
| 12 | Discord.  I don't log in to it a lot, and I don't -- | 17:39:19 |
| 13 | it's not something that I regularly use at all for | 17:39:22 |
| 14 | anything. | 17:39:25 |
| 15 |     Q.   But you've had -- | 17:39:26 |
| 16 |        MR. TOMPROS:  Sorry.  Slow down -- | 17:39:26 |
| 17 |        THE WITNESS:  I'm sorry. | 17:39:26 |
| 18 |        MR. TOMPROS:  -- kill our court reporter | 17:39:28 |
| 19 | at the end of the day. | 17:39:30 |
| 20 |     ==Q.==   ==You've had some written communications== | 17:39:31 |
| 21 | ==with Mr. Cahen after July 7th [sic], 2022?== | 17:39:32 |
| 22 |     ==A.==   ==Some written communications...== | 17:39:34 |
| 23 |        ==Have I ever written, like, in a text== | 17:39:36 |
| 24 | ==message to Jeremy anything?==  ==It's totally possible== | 17:39:37 |
| 25 | ==that I had a few written communications with him.== | 17:39:43 |

Exhibit 17
Pg. 141

| | | |
|---|---|---|
| 1 | A. No. I don't know anything about | 17:42:09 |
| 2 | auto-deleting those things. | 17:42:10 |
| 3 | Q. Are you familiar with any conversations | 17:42:12 |
| 4 | with Mr. Hickman, Mr. Cahen, Mr. Lehman that have | 17:42:14 |
| 5 | been deleted? | 17:42:18 |
| 6 | A. No. | 17:42:18 |
| 7 | Q. So you're not aware of any written | 17:42:19 |
| 8 | communications with Mr. Cahen other than a few text | 17:42:21 |
| 9 | messages since July of 2027 -- or July 27th, 2022? | 17:42:26 |
| 10 | A. I mean, we've definitely had conversations | 17:42:31 |
| 11 | in person, on the phone, a few text messages. We | 17:42:34 |
| 12 | talk on Twitter publicly. We talk on Twitter | 17:42:39 |
| 13 | Spaces, which is an audio thing, but yeah. | 17:42:44 |
| 14 | Q. Hand you -- | 17:42:50 |
| 15 | MR. BALL: What number are we at right | 17:42:56 |
| 16 | now? | 17:42:58 |
| 17 | THE CERTIFIED STENOGRAPHER: 134. | 17:42:59 |
| 18 | Q. Hand you what's been marked Exhibit 134. | 17:43:01 |
| 19 | (Exhibit 134 marked.) | 17:43:03 |
| 20 | MR. TOMPROS: Can I have one of those as | 17:43:21 |
| 21 | well? | 17:43:22 |
| 22 | BY MR. BALL: | 17:43:29 |
| 23 | Q. You have in front of you what's been | 17:43:50 |
| 24 | marked as Exhibit 134, a post from Mr. Lehman. | 17:43:50 |
| 25 | Do you see that? | 17:43:50 |

Page 274