# Exhibit 18

Exhibit 18
Pg. 143

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiffs
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10,<br><br>                Defendants. | Case No.:<br><br>**COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING, CYBERSQUATTING, TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, UNJUST ENRICHMENT, CONVERSION, AND TORTIOUS INTERFERENCE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Yuga Labs, Inc. ("Yuga Labs") for their Complaint against Defendant Ryder Ripps, Jeremy Cahen, and Does 1-10, alleges as follows:

**NATURE OF THE CASE**

1. Plaintiff Yuga Labs is the creator behind one of the world's most well-known and successful Non-Fungible Token ("NFT") collections, known as the Bored Ape Yacht Club (a.k.a. "BAYC"). The Bored Ape NFTs have earned significant attention from the media for their popularity and value, including being featured on the cover of a recent edition of *Rolling Stone* magazine and being

COMPLAINT

Exhibit 18
Pg. 144

believe that if they hold one of the RR/BAYC NFTs they will have access to the authentic Bored Ape Yacht Club (they will not), that they own rights to the underlying art (they do not), or that they will have access to exclusive launches by Yuga Labs for holders of authentic Bored Ape NFTs (they will not).

74. Ripps, Cahen, and Does 1-5's conduct constitutes intentional and willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

75. As a direct and proximate result of Ripps, Cahen, and Does 1-5's conduct, Yuga Labs has suffered and will continue to suffer damages in an amount to be determined at trial.

76. Yuga Labs has been, is now, and will be irreparably injured and damaged by Ripps, Cahen, and Does 1-5's aforementioned acts, and unless enjoined by the Court, Yuga Labs will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Yuga Labs has no adequate remedy at law.

### THIRD CAUSE OF ACTION
### CYBERSQUATTING
### (15 U.S.C. § 1125(D))
### (Against Defendants Ripps, Cahen, And Does 1-5)

77. Yuga Labs incorporates all paragraphs above by reference.

78. ==On information and belief, Ripps manages, controls, and directs the promotion and sale of the infringing and misleading RR/BAYC NFTs, and the intentional and bad faith use and registration of the infringing domains, including by supporting, aiding, and abetting Cahen and Does 1-5.==

79. Yuga Labs is the owner of common law rights in BAYC and APE that precede Ripps, Cahen, and Does 1-5's first use of these marks.

80. Ripps, Cahen, and Does 1-5 have not obtained a license or permission from Yuga Labs to use the BAYC and APE marks.

| | |
|---|---|
| 1 | 81. ==Ripps, Cahen, and Does 1-5 registered and used the domain names== |
| 2 | ==https://rrbayc.com/ and https://apemarket.com/ ("Domain Names"), which are== |
| 3 | ==confusingly similar to Yuga Labs' BAYC and APE marks.== |
| 4 | 82. Ripps, Cahen, and Does 1-5 registered and used the Domain Names |
| 5 | with a bad faith intent to profit from their confusing similarity to Plaintiff's BAYC |
| 6 | and APE marks. Among other things, upon information and belief: |
| 7 | (a) Ripps, Cahen, and Does 1-5 registered the Domain Names, |
| 8 | despite knowing that they had no rights in the BAYC or APE |
| 9 | marks. |
| 10 | (b) Ripps, Cahen, and Does 1-5 made no bona fide, non-infringing, |
| 11 | commercial use or fair non-commercial use of the Domain |
| 12 | Names. |
| 13 | (c) Ripps, Cahen, and Does 1-5 intended to divert consumers looking |
| 14 | for Plaintiff's goods/services online to the websites bearing the |
| 15 | Domain Names by exploiting the confusing similarity of the |
| 16 | Domain Names and the BAYC and APE marks for their |
| 17 | commercial gain and to tarnish or disparage the BAYC and APE |
| 18 | marks. |
| 19 | (d) Ripps, Cahen, and Does 1-5 registered and used the Domain |
| 20 | Names in bad faith as described herein. |
| 21 | 83. As a direct and proximate result of Ripps, Cahen, and Does 1-5's |
| 22 | conduct, Yuga Labs has suffered and will continue to suffer damages in an amount to |
| 23 | be determined at trial. |
| 24 | 84. Ripps, Cahen, and Does 1-5's conduct is directly and proximately |
| 25 | causing substantial, immediate, and irreparable harm and injury to Yuga Labs, and |
| 26 | to its goodwill and reputation, and will continue to damage Yuga Labs unless |
| 27 | enjoined by this court. Yuga Labs has no adequate remedy at law. |
| 28 | |

85. Yuga Labs is entitled to injunctive relief pursuant to 15 U.S.C. §§ 1116 and 1125(d)(1)(C), including, among other injunctive relief, cancellation of Ripps, Cahen, and Does 1-5's registration of the Domain Names or transfer of the domains to Yuga Labs.

# FOURTH CAUSE OF ACTION
# COMMON LAW TRADEMARK INFRINGEMENT
## (Against All Defendants)

86. Yuga Labs incorporates all paragraphs above by reference.

87. Yuga Labs owns and has valid common law rights in its BAYC Marks.

88. On information and belief, Ripps manages, controls, and directs the promotion and sale of the infringing and misleading RR/BAYC NFTs, including by supporting, aiding, and abetting Cahen and Does 1-5.

89. Ripps, Cahen, and Does 1-10's use of the BAYC Marks infringes upon Yuga Labs' common law trade mark.

90. Ripps, Cahen, and Does 1-5's use of the BAYC Marks is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, nature and/or quality of Yuga Labs' services and commercial activities, thereby causing loss, damage, and injury to Yuga Labs and to the purchasing public. Does 6-10 perpetuated this by promoting the RR/BAYC NFTs using these marks.

91. Ripps, Cahen, and Does 1-10's unauthorized use of the BAYC Marks is also likely to cause consumers to be confused as to the source, nature, and quality of the services Ripps, Cahen, and Does 1-10 are promoting or selling.

92. Ripps, Cahen, and Does 1-10's unauthorized use of the BAYC Marks in connection with the sale of its services allows, and will continue to allow, Ripps, Cahen, and Does 1-10 to receive the benefit of the goodwill established at the labor and expense of Yuga Labs and to gain acceptance of Ripps, Cahen, and Does 1-10's

FENWICK & WEST LLP

COMPLAINT 32

Exhibit 18
Pg. 147