Exhibit 19

Exhibit 19
Pg. 148



Whois
Identify for everyone

Enter Domain or IP          🔍 WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT        👤 LOGIN   🛒 ⊙

## apemarket.com
Updated 4 hours ago ⟳

### 🖹 Domain Information

| | |
|---|---|
| Domain: | apemarket.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2013-01-25 |
| Expires On: | 2024-01-25 |
| Updated On: | 2022-12-28 |
| Status: | clientTransferProhibited |
| Name Servers: | dns1.registrar-servers.com |
| | dns2.registrar-servers.com |

### 👤 Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 99cd020b30534d87a6feb911ccaeb52a.protect@withheldforprivacy.com |

### 👤 Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 99cd020b30534d87a6feb911ccaeb52a.protect@withheldforprivacy.com |

### 👤 Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 99cd020b30534d87a6feb911ccaeb52a.protect@withheldforprivacy.com |

### Raw Whois Data

```
Domain name: apemarket.com
Registry Domain ID: 1776121269_DOMAIN_COM-VRSN
Registry WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-12-28T19:29:31.92Z
Creation Date: 2013-01-25T15:30:52.00Z
Registrar Registration Expiration Date: 2024-01-25T15:30:52.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin email: 99cd020b30534d87a6feb911ccaeb52a.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 99cd020b30534d87a6feb911ccaeb52a.protect@withheldforprivacy.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN Whois Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-02-07T17:26:51.372 <<<
For more information on Whois status codes, please visit https://icann.org/epp
```



related domain names

namecheap.com    icann.org    registrar-servers.com    withheldforprivacy.com    internic.net



Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login   or   Create an Account

● Follow Us

**Domains**
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Free with Every Domain
Domain Offers

**Hosting & Products**
Register Domain Name
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

**Infrastructure**
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy