# Exhibit 20

Exhibit 20
Pg. 150

## Direct Messages
### Group / vasa, hwonder, Pauly Shore

**Pauly Shore** 23-Jun-22 02:49 PM
Hey @hwonder and @middlemarch.eth I want you guys to meet @vasa lead dev at Gem!

**hwonder** 23-Jun-22 02:50 PM
howdy!

**Pauly Shore** 23-Jun-22 02:50 PM
We had a great phone call earlier and vasa explained to me that the current volume is not updating on Gem
However he said that if we can deliver him an API to aggregate the onchain volumes (and include the upcoming apemarket contract as well of course) he is@happy to implement the API for us (edited)
Also, it will take them some time to test and implement apemarketplace for@their aggregator
But we want to start that process as well
Please let me know your thoughts gang! And thank you @vasa for working directly with us.

**middlemarch.eth** 23-Jun-22 03:14 PM
Great to meet you!

**vasa** 23-Jun-22 03:25 PM

Mainly we just need the volume api for now. We have our own volume tracking infra, but wanted to see if it matches with the data that you guys have

**Pauly Shore** 23-Jun-22 04:46 PM
fantastic
if we can deliver this to @vasa soon, it will be great to have him implement it
@middlemarch.eth @hwonder

**hwonder** 23-Jun-22 04:47 PM
we're on a dev call now sorting details. we will circle up shortly.

thanks !

**Pauly Shore** 23-Jun-22 04:47 PM
ok
thanks H!

Exhibit 20
Pg. 151