# Exhibit 21

**Exhibit 21
Pg. 152**



**middlemarch.eth**

At some point we should tell Ryder about the failsafe thing

In terms of it being not EXACTLY an "escrow" thing

IDK



**Pauly Shore** 24-May-22 12:08 AM

yes for sure

i agree

i have to let him know first



**middlemarch.eth** 24-May-22 12:10 AM



**Exhibit 21**
**Pg. 153**