# Exhibit 22

Exhibit 22
Pg. 154



Exhibit 22
Pg. 155
YUGALABS_00000535