# Exhibit 23

Exhibit 23
Pg. 156

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Tuesday, July 12, 2022 12:32 PM |
| **To:** | Kimberly Culp; Tompros, Louis W.; Eric Ball; Anthony Fares; Ethan Thomas |
| **Cc:** | Alfred David Steiner |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |

**\*\* EXTERNAL EMAIL \*\***

Kimberly,

We will review calendars for next week and propose some times for a conference on the Discord subpoena.

Assuming Yuga Labs agrees to extend the filing deadline, (1) we will obtain authority to accept service for Mr. Cahen by email; (2) we will agree that both defendants will respond on or before August 31; and (3) we will agree to your proposed timeline on 12(b) motions.

And thank you for confirming that Yuga Labs has informed its employees/agents about their document preservation obligations. Mr. Ripps and Mr. Cahen have also been informed of their document preservation obligations and are taking all necessary steps.

Kind regards,
Henry

**From:** Kimberly Culp <KCulp@fenwick.com>
**Sent:** Tuesday, July 12, 2022 9:49 AM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Alfred David Steiner <steiner@meistersteiner.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**EXTERNAL SENDER**

Counsel,

We are in receipt of your July 11, 2022 letter and email below.

We are available to meet and confer on the Discord subpoena, however our lead counsel is out of the office this week. Please let us know your availability to discuss next week and we will get a call scheduled.

We are conferring with our client on the requested extension for Mr. Ripps to respond to the Complaint. In the meantime, please confirm that if we grant the extension that Mr. Ripps and Mr. Cahen will also agree to the following:
1. You are authorized to and will accept service of the Complaint, summons, and related filings for Mr. Cahen by email service;
2. Both Mr. Ripps and Mr. Cahen will respond on or before August 31, 2022; and
3. If either Mr. Ripps or Mr. Cahen respond with a Rule 12(b) motion, Yuga's opposition to any such motion will be due 30 days thereafter and any reply 14 days after the opposition is filed.