# Exhibit 24

Exhibit 24
Pg. 158

| | |
|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Fax: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Fax: 415.281.1350<br><br>*Attorneys for Plaintiff*<br>*Yuga Labs, Inc.* | LOUIS W. TOMPROS (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>MONICA GREWAL (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>SCOTT W. BERTULLI (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>HENRY NIKOGOSYAN (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendants*<br>*Ryder Ripps and Jeremy Cahen* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen, Does 1-10,<br><br>        Defendants. | Case No.: 2:22-cv-4355-JFW-JEM<br><br>**JOINT SCHEDULING CONFERENCE REPORT PURSUANT TO RULE 26(f)**<br><br>Judge: Honorable John F. Walter |

Plaintiff Yuga Labs, Inc. ("Yuga Labs"), and Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants"), by and through their counsel of record, hereby submit this Joint Report per Rule 26(f) of the Federal Rules of Civil

==The parties are not presently aware of any unique issues concerning the disclosure, discovery, or preservation of electronically stored information. Such information will most likely be produced in native or TIFF format. The parties will meet and confer as appropriate.==

The parties are not presently aware of any issues relating to claims of privilege or of protection as trial-preparation materials.

The parties have agreed that communications reflecting attorney advice or work-product related to this litigation and occurring on or after the date this lawsuit was filed are not subject to discovery in this case and need not be logged on any privilege log.

**8. Related Cases or Proceedings**

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

**9. Relief Sought, Including Amount of Damages and a Description of the Bases on Which Damages are Calculated.**

Yuga Labs seeks all of the relief stated in the Complaint, including actual damages including but not limited to lost sales and lost profits, enhanced damages under 15 U.S.C. § 1117, reasonable royalties, costs of corrective advertising, punitive damages for willful infringement, attorneys' fees, costs, pre-judgment interest, injunctive relief, equitable relief (including without limitation restitution, disgorgement of Defendants' profits and unjust enrichment, and the imposition of a constructive trust), and orders pursuant to 15 U.S.C. §§ 1116(a) and 1118. Yuga Labs may elect statutory damages in the amount of not less than $1,000 and not more than $100,000 per domain name under its 15 U.S.C. § 1125(d) claim.

A precise calculation of damages is not available at this time.

Defendants seek their attorneys' fees and costs, and reserve the right to seek any and all relief to which they are entitled arising from any counterclaims that may be asserted in their answer.