# Exhibit 25

Exhibit 25
Pg. 161

 Signal Support

Signal.org  Donate  Contact Us  English (US)

Signal Support > Features > Signal Messenger Features

Search

**Articles in this section**

- Calling options - Switch camera, microphone, or view
- Screen Sharing with Signal Desktop Calls
- Stories
- Chat Colors, Wallpaper, and Themes
- **Set and manage disappearing messages**
- Data Usage Options (Wi-Fi & Cellular)
- Note to Self
- Archiving or unarchiving chats
- In-app Payments
- Proxy Support

See more

# Set and manage disappearing messages

Use disappearing messages to keep your message history tidy. The message will disappear from your devices after the timer has elapsed. This is not for situations where your contact is your adversary — after all, if someone who receives a disappearing message really wants a record of it, they can always use another camera to take a photo of the screen before the message disappears.

- Disappearing messages can be managed by anyone in the chat.
- The setting applies to any new messaging after the timer has been set or modified.
- Changes to the timer will sync with your linked devices.

**What does a disappearing message look like?**

⏱ Each and every disappearing message will have a timer countdown icon that is visible at the bottom of the message bubble.

**When does the timer start?**

- For a sent disappearing message, the timer starts after you've sent it. This is not a delivery receipt or read receipt.
- For a received disappearing message, the timer starts after you've read it.

**What happens when the disappearing message timer reaches the end?**

The message is deleted from disk.

**Steps to enable or change:**

1. Decide to enable or change the default for all chats or enable for a specific chat
   - For the default, on your phone go to Signal Settings 👤 > **Privacy** > **Default timer for new chats**.
   - For a specific one-to-one chat, on any device go to chat settings > **Disappearing messages**.
   - For a specific group chat,
     - admins may select who can change the timer.
     - on any device go to chat settings > **Disappearing messages**.
2. Select a time or choose a custom time of up to 4 weeks.
3. Next,
   1. For Android, tap **Save**.
   2. For iOS, tap **Set**.
   3. For Desktop, the timer automatically applies.
4. The chat header will include a timer icon ⏱.
5. An alert in your chat thread will display the new disappearing message time.

⏱ 1 day
You set the disappearing message timer to 1 day.

**Steps to disable:**

1. Decide to it off for all new chats or for a specific chat
   - For the default for new chats, Go to Signal Settings 👤 > **Privacy** (Android & iOS) or **Preferences** (Desktop) > **Default timer for new chats**.
   - For a specific one-to-one chat, on any device go to chat settings > **Disappearing messages**.
   - For a specific group chat,
     - admins may select who can change the timer.
     - on any device go to chat settings > **Disappearing messages**.
2. Select **Off** which is listed at the top.
3. Next,
   1. For Android, tap **Save**.
   2. For iOS, tap **Set**.
   3. For Desktop, the timer automatically applies.
4. The chat header will not include a timer icon.
5. The chat will include an alert that the timer is ⏱ **Off**.
6. All messages sent after this change will not disappear.
7. Any sent or received message will not contain a timer icon.

⏱ Off
You disabled disappearing messages.

Have more questions? Submit a request

**Related articles**

- Navigate to Settings
- How do I know if my message was delivered or read?
- Archiving or unarchiving chats
- View Message Details
- Incognito Keyboard

Signal is committed to your privacy. Signal runs on donations as a nonprofit. No ads, no trackers. Donate here!

Exhibit 25
Pg. 162