# Exhibit 26

Exhibit 26
Pg. 163





## Auto-Delete, Widgets and Expiring Invite Links

This version brings an **auto-delete timer** for messages in any chat, as well as new **flexible invite links** and handy widgets to give users total **widget** control over their chats and information.

Among many other things, this update also adds **expiring invite links** that automatically expire after a set amount of time or number of uses, a **QR code** for sharing groups and channels, plus groups with **unlimited members** and more.

### Auto-Delete Messages



#### Auto-Delete Messages



#### Home Screen Widgets



#### Widgets for Android



#### Expiring Invite Links



#### New Invite Links



#### Invite by QR Code

#### Groups with Unlimited Members



#### Unlimited Group Members



#### Import to Telegram

#### Improved Reporting System



#### And More Animated Emoji











