# Exhibit 2

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | January 10, 2023 |
|---|---|---|---|
| Title | Yuga Labs, Inc. v. Ripps, et al. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

S. Lorenzo
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:
None

**Proceedings:** **ORDER RE PLAINTIFF YUGA LABS, INC.'S MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2 (Dkt. No. 66)**

 Before the Court is a Motion To Compel ("Motion") supplemental document productions and responses to interrogatories filed by Plaintiff Yuga Labs, Inc. ("Yuga") on December 27, 2022. (Dkt. 66.) Yuga and Defendant Ryder Ripps filed a Joint Stipulation on that same date. (Dkt. 67.) Both parties filed Supplemental Memoranda on January 3, 2023. (Dkt. 70, 71.)

 At issue are Request for Production Nos. 1, 2, 3, 6, 8, 9, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 32, and Interrogatory Nos. 3, 7, 8, 10, 11, 13, 15, 16 and 17. (Dkt. 67 at 2.)

 The Court cannot discern what discovery requests remain in dispute. As to every discovery request, Defendant contends that he already has produced documents or answers or will have done so by the date of hearing of the Motion on January 17, 2023. (The Court vacated the hearing date. (Dkt. 72)). (Dkt. 67 at 6-8.) Defendant says that Yuga failed to meet and confer on RFP Nos. 1, 2, 3, 6, 13, 14, 16, 21, 22, 26, 27 and 28, and Int. Nos. 7, 11 and 13. (Dkt. 67 at 7.) Nonetheless, Defendant in its discovery responses agreed to produce documents and answers. Defendant also claims that he made major productions on December 23 and 27 and supplemental interrogatory responses on December 28. (Dkt. 70 at 1-2.) Defendant also says that Yuga made no complaints at a meet and confer on December 29. Defendant therefore contends that the Motion is moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | **January 10, 2023** |
|---|---|---|---|
| Title | **Yuga Labs, Inc. v. Ripps, et al.** | | |

      The Court therefore will require Defendant to complete its document production and interrogatory responses by J**anuary 17, 2023** in accord with Defendant's representations. Both parties are ordered to meet and confer on any remaining issues, in particular the issues raised by Yuga in its Supplemental Memorandum. (Dkt. 71.) The Court ORDERS Defendant to serve a verification by Mr. Ripps that he has produced all relevant non-privileged documents and interrogatory answers in his custody, control or possession also on **January 17, 2023**. Should any issues remain, Yuga can file a Joint Status Report thereafter but only after meeting and conferring first.

|  | : |
|---|---|
| Initials of Preparer | slo |