# Exhibit 7

| | |
|---|---|
| **From:** | Jeremy Ra |
| **To:** | Tompros, Louis W.; WH Ripps-Yuga Labs Team |
| **Cc:** | Yuga Labs - Ripps |
| **Subject:** | Yuga Labs, Inc. v. Ryder Ripps, et al., C.D. Cal. Case No. 2:22-cv-04355-JFW-JEM - Production |
| **Date:** | Tuesday, February 7, 2023 2:36:06 AM |

**EXTERNAL SENDER**

Dear Counsel,

Please see below link to download the encrypted zip file containing the production volumes LEHMAN-REP001, YUGALABS008, and YUGALABS009.

https://fenwick.sharefile.com/d-sf0f09a4a3c874d9c9dcefda7a963b86d

The password to access the zip file will be sent to you under a separate cover.

Sincerely,

Jeremy Ra

Fenwick | Senior Litigation Paralegal | +1 310-434-5444 | JRa@fenwick.com