# Exhibit 8

| | |
|---|---|
| **From:** | Gosma, Derek |
| **To:** | Ethan Thomas; Nikogosyan, Henry |
| **Cc:** | Eric Ball; Kimberly Culp; Anthony Fares; WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer |
| **Date:** | Tuesday, February 7, 2023 6:35:58 PM |

Ethan,

Thanks for your e-mail. We are in the process of preparing our corrected privilege log and expect to be able to serve it in short order. We expect that Yuga has prepared its own privilege log as well. Please provide a date on which you would like to conduct a mutual exchange of privilege logs. Alternatively, please confirm that Yuga is waiving privilege and will produce any documents that have been withheld.

Best,

Derek

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Tuesday, February 7, 2023 5:23 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

**EXTERNAL SENDER**

Counsel,

Following up again on the issue below, which we raised in December, can you please let us know when you expect to serve a corrected privilege log? If Defendants are waiving their privilege claim, please let us know when we can expect to receive a corrected version of RIPPSCAHEN00000301.

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Ethan Thomas
**Sent:** Wednesday, February 1, 2023 12:30 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <EBall@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>

**Subject:** FW: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

Counsel,

Following up on the email below, when can we expect to receive Defendants' corrected privilege log, which Defendants agreed to provide by the end of January?

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Ethan Thomas
**Sent:** Tuesday, January 17, 2023 2:09 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <EBall@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

Henry,

Thank you speaking with us last week.  Attached is a letter response to Defendants' discovery issues discussed on our meet and confer.

We look forward to Defendants' supplementation and Mr. Ripps' verification that he has produced all relevant non-privileged documents and interrogatory answers in his custody, control or possession today.  To confirm the status of the issues we raised in our December 30 meet and confer:

Regarding the RR/BAYC Protonmail account, we appreciate the confirmation that all items have been produced except for spam emails and advertisements.  And, regarding the Discord chat identified in RFP No. 37 to Mr. Ripps, we appreciate your confirmation that he does not have access to any chat channels that are not publicly accessible (and holding an RR/BAYC NFT provided additional posting permissions but not viewing capability).

Regarding Mr. Cahen's production of materials concerning his involvement with the promotion of CryptoPhunks, or any evidence in his possession, custody, or control regarding confusion related to CyrptoPhunks, we understand your supplemental production contains all such materials you have located to date, but your search is ongoing.  Please let us know once you have determined whether that production is complete or there is additional material to produce.

Regarding evidence that Mr. Ripps donated proceeds from RR/BAYC NFTs, including proceeds by way of royalties, Defendants were not able to locate any such materials.  The statement I referred to is "as stated previously, i wanted to set the royalty to 0% in all marketplaces, looksrare didnt let me,

all looksrare royalties gained will be donated to a charity, if you guys have suggestions to which one let me know." (https://twitter.com/ryder_ripps/status/1540025204424019971).  If you believe there may be responsive materials based on this context, please let us know.

Finally, Defendants will review and supplement their privilege log, RFA responses, and interrogatory responses (including the 33(d) responses to identify Bates numbers).

Additionally, as to our discussion of the additional issues we addressed on January 10:

We understand that Mr. Cahen has produced all documents showing persons who promote and advertise RR/BAYC NFTs (37 and 38).

We also understand that, per Defendants' agreement to supplement, Mr. Cahen will provide a response or identify specific documents sufficient to answer interrogatories 3, 4, 5, 6, 7, and 8.

Lastly, you confirmed that Defendants' position with respect to the substantively overlapping discovery requests (such as those identified in our December 19 letter) is the same, and Defendants have generally searched for and produced documents on behalf of both Mr. Ripps and Mr. Cahen.  With respect to the issues raised in our motion to compel, our positions are therefore the same as to Mr. Cahen as they are to Mr. Ripps; our understanding is that your positions are the same as to those issues.  We therefore reserve our right to argue that Mr. Cahen's production must be supplemented for the same reasons set forth in our previously filed motion.  However, given the Court's January 10 Order, we expect that those issues will be resolved by today's supplementation.

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Tuesday, January 10, 2023 8:18 PM
**To:** Ethan Thomas <EThomas@fenwick.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

**\*\* EXTERNAL EMAIL \*\***

---

Ethan,

Thank you for conferring with us today.   Based on our conversation, it appears that we were able to address all of Yuga's discovery concerns.  However, we will happily stay in touch as discovery progresses.

We also discussed deficiencies in Yuga's production but we were unable to resolve even a single discovery concern raised by Defendants.  Unfortunately, Yuga did not agree to make supplements to (1)  interrogatories 2, 7, and 14, (2) all of Defendants' document requests (including RFPs Nos. 1, 2, 4, 11, 12, 17, 25, 30, 31, 34, 37, 39, 41, 47, 50, and 57), and (3) requests for admission 1-52, 55-60, 63-98, 99-176, and 177-179.   As we explained during our call, Yuga's discovery deficiencies are extraordinary at least because Yuga has produced less than 200 non-public documents.  Yuga's failure to substantially comply with its discovery obligations will cause severe prejudice if Yuga does not timely supplement prior to the deposition of Yuga's 30(b)(6) witness.  We urge Yuga to reconsider its position and produce all non-public materials and information that it is obligated to produce.

We are particularly alarmed at some of Yuga's positions.  For example, during our call, Yuga stated that the identity of the third party that created the asserted marks is not relevant to Yuga's trademark claims and that Yuga had not previously considered disclosing who created the BAYC NFTS and corresponding images at issue in this case.   Yuga also took the position it does not have to produce documents concerning the planning and release schedule of the BAYC NFTs because such a production would be overbroad and irrelevant.  But these discovery requests specifically concern how the products using the asserted marks came into commerce and are therefore well within the scope of discovery.

We are also disappointed to hear that Yuga's planned production for next week includes less than 1,000 documents.  While we encourage Yuga to produce materials, the reality is that Yuga's non-public production is nearly 1,000 times smaller than Defendants' non-public production.  We request that Yuga make a good faith effort to actually produce responsive materials, including to produce next week all materials relating to DMCA takedown notices at issue in this case including Yuga's May 17, 2022, takedown notices.

Kind regards,
Henry

---

**From:** Nikogosyan, Henry
**Sent:** Monday, January 9, 2023 10:02 AM
**To:** Ethan Thomas <EThomas@fenwick.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

Ethan,

2:00 p.m. tomorrow should work.  I will send another invite.

Kind regards,
Henry

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Monday, January 9, 2023 9:45 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

**EXTERNAL SENDER**

Hi Henry,

I am unfortunately not available this morning, but if there is a convenient time for you between 1:00 and 5:00 PM PT tomorrow, we're happy to meet then. Can you please let me know if something in that window would work?

Thank you,
Ethan

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, January 9, 2023 9:31 AM
**To:** Ethan Thomas <EThomas@fenwick.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

**\*\* EXTERNAL EMAIL \*\***

Ethan,

Given that Mr. Aronow did not show up to his deposition today, we will be available at 10:00 a.m. I will send an invite shortly.

Thank you,
Henry

**From:** Nikogosyan, Henry
**Sent:** Friday, January 6, 2023 10:02 AM
**To:** Ethan Thomas <EThomas@fenwick.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares

<AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

Ethan,

How about 10:00 a.m. on Tuesday?

Kind regards,
Henry

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Friday, January 6, 2023 9:43 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Re: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

**EXTERNAL SENDER**

Henry — would 10:00 or 11:00 on Monday work on your end?

Ethan Thomas

Fenwick | Associate | 415-875-2238<tel:415-875-2238> | EThomas@fenwick.com<mailto:EThomas@fenwick.com> | Admitted to practice in California and New York.

_____
From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Tuesday, January 3, 2023 2:43 PM
To: Ethan Thomas <EThomas@fenwick.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Subject: RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

** EXTERNAL EMAIL **
Ethan,
Following up on your availability to complete our December 29, 2022, conference and to address the issues in our December 31, 2022, Local Rule 37-1 discovery letter.

Kind regards,
Henry

From: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
Sent: Saturday, December 31, 2022 11:23 AM
To: Ethan Thomas <EThomas@fenwick.com>
Cc: Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
Subject: RE: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

Counsel,

Please see the attached.

Kind regards,
Henry

From: Ethan Thomas <EThomas@fenwick.com<mailto:EThomas@fenwick.com>>
Sent: Friday, December 30, 2022 3:24 PM
To: Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com<mailto:Henry.Nikogosyan@wilmerhale.com>>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com<mailto:Louis.Tompros@wilmerhale.com>>; Gosma, Derek <Derek.Gosma@wilmerhale.com<mailto:Derek.Gosma@wilmerhale.com>>; Grewal, Monica <Monica.Grewal@wilmerhale.com<mailto:Monica.Grewal@wilmerhale.com>>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com<mailto:Scott.Bertulli@wilmerhale.com>>
Cc: Eric Ball <eball@fenwick.com<mailto:eball@fenwick.com>>; Kimberly Culp <KCulp@fenwick.com<mailto:KCulp@fenwick.com>>; Anthony Fares <AFares@fenwick.com<mailto:AFares@fenwick.com>>
Subject: Yuga Labs v. Ripps - Dec. 29 Meet and Confer

EXTERNAL SENDER

Henry,

Thank you for meeting and conferring on our Local Rule 37-1 letter yesterday. We look forward to continuing the meet and confer, and meeting and conferring on issues you wish to discuss, after the new year. As we requested, if you have any specific issues that you want to discuss regarding Yuga Labs' discovery responses, we ask that you serve a proper Rule 37 letter/email explaining your issues in more detail and any supporting case law so that we can have a more productive meet and confer.

We understand that for RFP Nos. 36 (all documents from the RR/BAYC Protonmail account) and 38 (evidence of donations of RR/BAYC proceeds) to Ripps, your understanding is that all such materials have been produced. But you will check to confirm that all documents (e.g. emails to/from/cc/bcc, calendar items, drafts, voicemails, etc.) in the account have been produced. You would also let us know if Ripps is withholding anything in response to RFP No. 36, in particular on the basis of responsiveness. For RFP No. 38, we asked that you double check Ripps' financial records to confirm whether there are any responsive documents.

Similarly, for RFP No. 37, you stated you would confirm what information Ripps has access to and produce those chats to which he has access.

As to RFP Nos. 32–36 to Cahen, we discussed the relevance of Cahen's promotion of the Cryptophunks NFT collection to Yuga Labs' theories of intent and likelihood of confusion as to the subsequent RR/BAYC NFT collection. Your understanding was that Cahen was not involved in Cryptophunks and you asked us to provide tweets from him indicating that he did participate in its promotion. Cahen is a founder of NotLarvaLabs (as his Twitter profile states), a marketplace for the sale and promotion of CryptoPhunks:

* https://twitter.com/Pauly0x<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FPauly0x&data=05%7C01%7Cthomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=53FVw%2B8YeAn2TGLwdhJrQs2n6BrbwJcoT8BNm2trzOE%3D&reserved=0> ("Founder @NotLarvaLabs")
* https://twitter.com/Pauly0x/status/1457146252202631170<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FPauly0x%2Fstatus%2F1457146252202631170&data=05%7C01%7Cthomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=NYqxrUGo%2FDwOy6gfnTzMghSDf%2F5wy9VDKcp5tVXvebQ%3D&reserved=0> ("The CryptoPhunks truly symbolize a changing of the guard in Crypto. . . . I am proud and grateful to be part of this community.")
* https://twitter.com/NotLarvaLabs/status/1542218594800369664<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FNotLarvaLabs%2Fstatus%2F1542218594800369664&data=05%7C01%7Cthomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=uK0zAPnEOJx%2BnODCGiLCrYxCx8uurS4arToWUzkQhb8%3D&reserved=0> (referring to "NotLarvaLabs founder Jeremy Cahen")
* See also https://notlarvalabs.com/cryptophunks<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fnotlarvalabs.com%2Fcryptophunks&data=05%7C01%7Cthomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=OOYxVKchsBFcXCQ0aRWNxg91d3x%2FLk5KvxNFgmY1II%3D&reserved=0> ("After being censored from the largest NFT platforms and abandoned by the original devs, a renegade group of community builders took it upon themselves to create their own Phunk marketplace. Since launch in November 2021,

NotLarvaLabs.com has seen over $50M USD in total volume.")

Examples of tweets evincing Cahen's promotion and taking credit for boosting the price of CryptoPhunks include the following:

*
https://twitter.com/Pauly0x/status/1579842588500459520<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FPauly0x%2Fstatus%2F1579842588500459520&data=05%7C01%7Cethomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=qXuLZ4zQIL1xkw5NzPg7xcIXnYY%2BkcZOZHrXAtw6bC8%3D&reserved=0> ("We've saved the phunks community millions" through NotLarvaLabs)

*
https://twitter.com/Pauly0x/status/1469526170991431680<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FPauly0x%2Fstatus%2F1469526170991431680&data=05%7C01%7Cethomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=ejlKGSmzftFBhkDXk3ihbaYIPiuO7jd7%2FiVQ1VvNoeQ%3D&reserved=0> ("The data scientists that I'm working with have informed me that the floor price of CryptoPhunks has increased 1861.6% since @NotLarvaLabs launched about a month ago.")

*
https://twitter.com/Pauly0x/status/1471882090669314049<https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FPauly0x%2Fstatus%2F1471882090669314049&data=05%7C01%7Cethomas%40fenwick.com%7C572cdcb9e79e4a8169cb08daeddbdec7%7Cc2fc0a3f969f440c8b638105357eca2a%7C1%7C0%7C638083825860192887%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=nhkv6QQM3EQnjCr9xVbcp8A1ODQpR02Igy01IoeIkjI%3D&reserved=0> ("CryptoPhunks are up 30000% since mint 6 months ago. Everyone laughed at us Phunks.")

We also understand it is your understanding that Cahen's Twitter account is a "comical Twitter page," so if your position is that these tweets are not truthful, please confirm that is the case.

For Cahen's interrogatory responses, you said you would supplement them to identify the documents you are relying on for Rule 33(d). We look forward to a supplement with those Bates numbers, or if they are insufficient to fully answer the interrogatory, a narrative response.

As also discussed, Defendants' privilege log does not identify the attorney providing the legal advice asserted in the log, as required. You stated that Defendants were in the process of supplementing the privilege log to include this information, which would include whether the attorney was at the

time representing all four members of the group chat or some subset. We look forward to this supplementation so that we will have sufficient information to evaluate the privilege claims on Defendants' log.

Finally, we discussed Defendants' responses to Yuga Labs' Requests for Admission, including Defendants' objections that the requests are:

* Overly broad
* Unduly burdensome
* Vague and ambiguous
* Irrelevant
* Made in bad faith
* Harassing
* Aimed to silence Defendants
* Aimed to bully Defendants
* Publicly available
* Premature
* Protected by privilege or the attorney work product doctrine
* Not in Defendants' possession, custody, or control
* Duplicative of Defendants' discovery requests

We explained our position that there is no basis for these objections and that these are proper requests for admission tailored narrowly toward resolving issues that should not be in dispute (for instance, Defendants' wallet addresses, the fact that they have made revenue from sales of RR/BAYC NFTs, and Defendants' use of Yuga Labs' marks). Our understanding is that Defendants did not have a justification for these objections with respect to at least some of the Requests for Admission, such as No. 1 as to both Defendants. These requests are all highly relevant to claims and defenses in this litigation, and we do not believe that any of them are harassing or unduly invasive, but we will of course consider in good faith any such concern if you will identify the particular requests at issue. We are much more interested in taking undisputed factual issues off the table than spending resources proving these basic facts or seeking sanctions for unjustified denials of these requests, so we appreciate your commitment to consider supplementing Defendants' objections and responses.

We look forward to continuing this discussion and thank you for your commitment to addressing these issues as soon as you are able in January. Happy new year to you, your team, and your loved ones.

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com<mailto:EThomas@fenwick.com> | Admitted to practice in California and New York.