# Exhibit 9

| | |
|---|---|
| **From:** | Ethan Jacobs |
| **To:** | Nikogosyan, Henry |
| **Cc:** | Tompros, Louis W.; Gosma, Derek |
| **Subject:** | RE: Mr. Lehman"s Production |
| **Date:** | Thursday, February 9, 2023 8:53:36 PM |

**EXTERNAL SENDER**

Henry,

Mr. Lehman produced a number of documents to Yuga in native format in mid-October. I believe Yuga's counsel then added Bates numbers to those documents and that the Bates range you're referring to below comes from that production. But I don't have those Bates stamped documents, so I can't be certain.

Thank you,
Ethan

**Ethan Jacobs**
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com


**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Thursday, February 9, 2023 4:18 PM
**To:** Ethan Jacobs <ethan@ejacobslaw.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Subject:** Mr. Lehman's Production

Ethan,

Hope all is well.  Can you please let us know on which day Mr. Lehman provided his latest production of documents to Yuga?  The production included LEHMAN0000219 to LEHMAN0000314.

Thank you,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)

henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.