# Exhibit 10

**Entire Document Proposed To Be Filed Under Seal**