Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants and Counterclaim Plaintiffs*
Ryder Ripps and Jeremy Cahen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>   Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF JEREMY CAHEN** |

-1-
DECL. OF JEREMY CAHEN
Case No. 2:22-cv-04355-JFW-JEM

**DECLARATION OF JEREMY CAHEN IN SUPPORT OF LOCAL RULE 37 JOINT STIPULATION RE YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE**

I, Jeremy Cahen, declare as follows:

1. I am an individual who is self-employed.

2. I do not have a formal technical support or litigation support team to assist with preserving, collecting, and producing responsive materials in my possession, custody, or control.

3. At no point have I deleted, modified, or otherwise destroyed any documents, communications, or electronically stored materials relating to the RR/BAYC Project that I contributed to.

4. In response to the Discovery Requests issued by Yuga Labs, Inc., I have performed multiple searches of the following platforms for responsive materials: email, text messages, Discord, Telegram, Instagram, and Twitter.

5. These searches have included a burdensome, manual process of reviewing my personal communication platforms to try to locate responsive material. I have engaged in performing these searches for more than 60 hours. I also used a private vendor, which cost $15,000, to pull various material that were too difficult for me to manually retrieve myself.

6. I have collected and provided my attorneys with any responsive materials that I have found from my searches. I understand that I am obligated to conduct only a reasonable search and that it is nearly impossible to find every responsive material that could possibly exist. Despite this, I have done my best to search for every responsive document that could possibly be in my possession including the time-consuming process of searching through thousands and thousands of communications on my phone and computer.

7. I understand that these collections have resulted in the production of hundreds of thousands of private communications and hundreds of thousands of public communications.

8. On at least three occasions, I have re-investigated my platforms and taken reasonable efforts to search for additional material for collection in response to new information or categories of materials raised by Yuga Labs, Inc.

9. My most recent re-investigation, which I performed from February 9 to February 12, included looking for lingering communications that I may have previously missed based on Yuga Labs, Inc.'s discovery complaints. This process involved manually scrolling through my texts with Mr. Lehman, the vast majority of which are irrelevant messages such discussions about eating lunch, sending family pictures, and other ordinary day-to-day messages. Upon this manual search, I did find a few additional texts relating to the RR/BAYC Project—though which are hardly relevant in comparison to the Discord Development chat I had collected and produced in December 2022. I also found a few additional documents that do not seem relevant to this litigation (though as I understand Yuga is demanding), which I collected anyways for the sake of transparency. I spent a significant amount of time searching for these additional materials, the totality of which contains only a few hundred communications.

10. I also re-investigated whether I have any direct communications with Ryan Hickman regarding the RR/BAYC project via text messages or Discord. I used the search terms "rr/bayc" and "rrbayc" but did not receive a single search result. I used the default search system on my computer, which I understand to be imperfect, but this is the only tool that I have available to myself other than going through the time-consuming process of manually scrolling through text threads.

11. I also understand that my discovery obligations are continuing, and I will continue to be cooperative and do my best to continue being forthcoming and transparent with discovery. I have already produced hundreds of thousands of communications, and I have no reason to currently believe that there would be any additional documents left to collect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on February 12, 2023.

_____
Jeremy Cahen