Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants and Counterclaim Plaintiffs*
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF RYDER RIPPS** |

-1-

# DECLARATION OF RYDER RIPPS IN SUPPORT OF LOCAL RULE 37 JOINT STIPULATION RE YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE

I, Ryder Ripps, declare as follows:

1. I am a self-employed artist and designer. I do not have any employees or staff that could assist me in preserving, collecting, and producing materials for purposes of this litigation.

2. Yuga Labs, Inc. has served numerous discovery requests in this litigation and I have performed several searches in response to those requests. I have searched dozens of sources for responsive documents including text messages, emails, Discord, Instagram, Twitter, and Telegram that might relate to RR/BAYC.

3. I have spent over 50 hours searching for materials and the collection process has been extremely onerous because I do not have access to any sophisticated systems or programs that could assist me in document collection. I have had to review individual emails, documents, and chats one at time on my own.

4. All responsive materials that I have collected during my investigation has been provided to my attorneys and I have given permission to produce those materials with appropriate confidentiality designations. I understand that hundreds of thousands of communications, including hundreds of thousands of private communications, have been produced. I have nothing to hide, in fact the name of the artwork they are suing me over is "RYDER RIPPS BORED APE YACHT CLUB," my name is right on the work.

5. On multiple occasions, I have re-investigated my platforms and taken reasonable efforts to search for additional material for collection in response to new information or categories of materials raised by Yuga Labs, Inc.

6. On January 17, 2023, I executed a Verification that was served on Yuga Labs, Inc. A true and correct copy of this Verification is attached here as Exhibit 1.

7. In that Verification, I state that I have "provided supplemental answers to interrogatories and have produced all responsive documents that I have been able to locate after a reasonable search." I also state that "[t]o the best of my knowledge, I do not have any further documents left to produce in response to Plaintiff's discovery requests" but that "I also understand that discovery obligations are continuing, and I will produce any additional responsive materials or information to the extent any are found based on a reasonable investigation."

8. To the best of my ability, I have adhered to my continued discovery obligations since that Verification and have performed additional reasonable searches for responsive materials in my possession, custody, and control. For example, I have recently conducted an additional investigation to see whether I have any text messages with Mr. Hickman regarding RR/BAYC. With the limited means available at my disposal, I did not find any responsive text messages. I also pulled materials relating to the registrations of the domain names rrbayc.com and apemarket.com, and I provided those materials to my attorneys for production.

9. Whenever I have found responsive materials from those searches, I have collected it and provided it to my attorneys and I will continue to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on February 13, 2023.

Ryder Ripps

-3-
DECL. OF RYDER RIPPS
Case No. 2:22-cv-04355-JFW-JEM