1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION – Los Angeles

11

12   YUGA LABS, INC.,                    | Case No.: 2:22-cv-04355-JFW-JEM

13            Plaintiff and              | **DISCOVERY MATTER**
             Counterclaim Defendant,

14                                       | **ORDER GRANTING
                                         | UNOPPOSED APPLICATION TO
15       v.                              | FILE GOSMA DECLARATION
                                         | EXHIBIT 10 UNDER SEAL**
16   RYDER RIPPS, JEREMY CAHEN,

17            Defendants and             | Magistrate Judge: Hon. John E. McDermott
             Counterclaim Plaintiffs.    | Motion Hearing Date: March 21, 2023
                                         | Motion Hearing Time: 10:00 AM
18                                       | Discovery Cutoff Date: April 3, 2023
                                         | Pre-Trial Conference Date: June 9, 2023
19                                       | Trial Date:     June 27, 2023

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNOPPOSED
APPLICATION TO FILE UNDER SEAL

Case No. 2:22-cv-04355-JFW-JEM

1    Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Unopposed

2 Application for Leave to File Under Seal [and Defendants Ryder Ripps and Jeremy

3 Cahen' Declaration[s] in Support of Under Seal Filing], IT IS HEREBY

4 ORDERED as follows:

5    The Application is GRANTED with respect to the following filings, which

6 shall be filed UNDER SEAL, because the Designating Parties have established

7 good cause or compelling reasons that Exhibit 10 to the Declaration of Derek

8 Gosma regarding Yuga Labs' Motion for Sanctions should not be filed publicly.

9    Yuga Labs shall file under seal Exhibit 10 to the Declaration of Derek

10 Gosma regarding Yuga Labs' Motion for Sanctions.

11

12    IT IS SO ORDERED.

13                                    *John E. McDermott*

14 Date:   2/17/2023   

15                                    Hon. John E. McDermott

16

17

18

19

20

21

22

23

24

25

26

27

28