|    |    |
|----|----|
| 1  | ERIC BALL (CSB No. 241327) |
|    | eball@fenwick.com |
| 2  | KIMBERLY CULP (CSB No. 238839) |
|    | kculp@fenwick.com |
| 3  | FENWICK & WEST LLP |
|    | 801 California Street |
| 4  | Mountain View, CA  94041 |
|    | Telephone:   650.988.8500 |
| 5  | Facsimile:    650.938.5200 |
| 6  |    |
|    | ANTHONY M. FARES (CSB No. 318065) |
| 7  | afares@fenwick.com |
|    | ETHAN M. THOMAS (CSB No. 338062) |
| 8  | ethomas@fenwick.com |
|    | FENWICK & WEST LLP |
| 9  | 555 California Street, 12th Floor |
|    | San Francisco, CA  94104 |
| 10 | Telephone:  415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 |    |
|    | Attorneys for Plaintiff and |
| 13 | Counterclaim Defendant |
|    | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
|---|---|
| Plaintiff and Counterclaim Defendant, | **DISCOVERY MATTER** |
| v. | **CERTIFICATE OF SERVICE** |
| RYDER RIPPS, JEREMY CAHEN, | Mag. Judge:  Hon. John E. McDermott |
| Defendants and Counterclaim Plaintiffs. | Motion Hearing Date:  March 21, 2023 |
|   | Motion Hearing Time:  10:00 AM |
|   | Discovery Cutoff Date: April 3, 2023 |
|   | Pre-Trial Conf. Date:  June 9, 2023 |
|   | Trial Date:  June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following documents:

- **Declaration of Ethan M. Thomas in Support of Yuga Labs' Unopposed Application to File Gosma Declaration Exhibit 10 Under Seal; and**

- **Exhibit 10 to the Declaration of Derek Gosma**

on the interested parties in the subject action by placing a true copies thereof as indicated below, addressed as follows:

| | |
|---|---|
| Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071 |

☒   **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  February 17, 2023

*Marti Guidoux*
Marti Guidoux