Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br>    v. <br><br>RYDER RIPPS, JEREMY CAHEN, <br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br>**DISCOVERY MATTER** <br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF APPLICATION FOR SHORTENED TIME** <br><br>Magistrate Judge: Hon. John E. McDermott <br>Motion Hearing Date: March 21, 2023 <br>Motion Hearing Time: 10:00 AM <br>Discovery Cutoff Date: April 3, 2023 <br>Pre-Trial Conference Date: June 9, 2023 <br>Trial Date:    June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Los Angeles, California 90071, and am counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law before this court. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. I hereby certify under Local Rule 7-19.1 that I have made efforts to contact opposing counsel regarding the substance of this *ex parte* application. On February 21, 2023, I had a call with Eric Ball and apprised him of our position regarding the production of various settlement materials and followed up by email thereafter that we would seek *ex parte* relief for a shortened joint-stipulation process under Local Rule 37-2. I further certify that counsel for Yuga indicated in follow up correspondence that it opposes this motion.

3. Defendants first gave notice to Yuga's counsel on February 6, 2023 that it was seeking production of documents related to communications with Mr. Lehman including communications regarding his settlement of litigation with Yuga Labs, Inc. At true and correct copy of this email is attached as Exhibit 1.

4. Yuga did not respond to this email, I followed up with an email to Yuga's counsel on February 10, 2023. A true and correct copy of this email is attached as Exhibit 2.

5. Yuga did not provide an answer to this request. I followed up by email to Yuga's counsel on February 13, 2023. A true and correct copy of this email is attached as Exhibit 3.

6. Yuga did not respond to these emails. I responded again via email on February 14, 2023. A true and correct copy of this email is attached as Exhibit 4.

7. Yuga responded, refusing to produce the documents. In response I again offered to meet and confer immediately on February 15, 2023. A true and correct copy of this email is attached as Exhibit 5.

8. On February 16, 2023, I again sent an email to Yuga requesting to meet and confer. A true and correct copy of this email is attached as Exhibit 6.

9. Yuga responded on February 17, 2023, refusing to meet and confer for ten days because of Yuga's counsel's planned vacation. A true and correct copy of this email is attached as Exhibit 7.

10. On February 21, 2023 I telephonically met with Yuga's counsel regarding production of the Lehman settlement agreement and related materials. The parties were not able to reach agreement. Later that day, I sent an e-mail to Yuga's counsel notifying them of Defendants' intention to file this instant motion and seeking their position. That email is attached as Exhibit 8.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on February 21, 2023.

/s/   Derek Gosma
Derek Gosma