# Exhibit 1

## Melendez, Andrew P.

| | |
|---|---|
| **From:** | Nikogosyan, Henry |
| **Sent:** | Monday, February 6, 2023 8:53 PM |
| **To:** | eball@fenwick.com; ethomas@fenwick.com; KCulp@fenwick.com; AFares@fenwick.com |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |

Counsel,

Please immediately produce all documents related to and communications with Mr. Lehman and/or his counsel concerning *Yuga Labs, Inc. v. Thomas Lehman*, Case No.1:23-cv-00085-MAD-TWD, including communications regarding settlement of that litigation.  Such material is obviously covered by Defendants' RFP Nos. 4, 13, and 35.

Regards,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)
henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.