# Exhibit 3

## Melendez, Andrew P.

| | |
|---|---|
| **From:** | Gosma, Derek |
| **Sent:** | Monday, February 13, 2023 7:21 PM |
| **To:** | Ethan Thomas; Nikogosyan, Henry; Eric Ball; Kimberly Culp; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team; Ethan Jacobs |
| **Subject:** | RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |

Ethan,

Have you completed your assessment of this straightforward request?  There is no valid basis to withhold the settlement agreement.

Derek

---

**From:** Ethan Thomas <EThomas@fenwick.com>
**Sent:** Friday, February 10, 2023 7:50 PM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Derek,

Thanks for your email.  We are assessing your request, as well as Mr. Lehman's objections to your subpoenas, and we will provide you with a response next week.

Regards,

Ethan Thomas
Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

---

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Friday, February 10, 2023 11:57 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Counsel,

There is no reason to delay production of these highly relevant documents, and your failure to do so is not only prejudicing my clients, but also Mr. Lehman.  For example, there is no reason you cannot immediately produce the settlement agreement between Yuga and Mr. Lehman.  The document is undeniably relevant to this case and subject to

1

discovery.  Every day you delay is prejudicing my clients' ability to take discovery.   Your production of that agreement would alleviate the burden on Mr. Lehman of having to negotiate about its production.  The same is true of the other documents and communications relating to the settlement sought by Henry's email below.  Because your continued delay in producing the agreement is prejudicing Mr. Lehman, I'm copying in his counsel to this email.

Please respond today by, at a minimum, producing the settlement agreement, and providing your response about the remaining related communications.

Best Regards,

Derek

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, February 6, 2023 5:53 PM
**To:** eball@fenwick.com; ethomas@fenwick.com; KCulp@fenwick.com; AFares@fenwick.com
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Counsel,

Please immediately produce all documents related to and communications with Mr. Lehman and/or his counsel concerning *Yuga Labs, Inc. v. Thomas Lehman*, Case No.1:23-cv-00085-MAD-TWD, including communications regarding settlement of that litigation.  Such material is obviously covered by Defendants' RFP Nos. 4, 13, and 35.

Regards,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)
henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.