1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:  June 27, 2023 |

-i-

This matter is before the Court pursuant to Defendants' *ex parte* application for an order shortening the time to respond to the motion to compel. Third Party Thomas Lehman is scheduled to be deposed by Defendants on March 2, 2023. Defendants filed an application to shorten time to respond on February 21, 2023 after diligently attempting to resolve the discovery issues at hand. The parties have substantially briefed the issues and Defendants have already served their portion of the joint stipulation for the motion to compel on Plaintiff. Finding that good cause is present and Defendants' would be prejudiced in the absence of such an order, Defendants application for a shortened response window is GRANTED. IT IS HEREBY ORDERED, Plaintiff is to serve its portion of the joint stipulation to the motion to compel by February 23, 2023. Defendants are to serve the joint stipulation on the court by February 24, 2023.

Dated: _____          By: _____
                                Magistrate Judge John McDermott