# EXHIBIT 4

Exhibit 4
Page 107

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Tuesday, February 21, 2023 7:18 PM |
| **To:** | Gosma, Derek; Eric Ball; Kimberly Culp; Ethan Thomas; Tompros, Louis W.; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team; Ethan Jacobs |
| **Subject:** | RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |
| **Attachments:** | Joint Stipulation Re Motion to Compel.docx; Gosma Decl. and Exhibits.zip |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Please see the attached.  As noted in Derek's email, we plan to file an *ex parte* application for shortened time tonight.  Please let us know if we can file the application as unopposed.

Kind regards,
Henry

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Tuesday, February 21, 2023 5:09 PM
**To:** Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; Ethan Jacobs <ethan@ejacobslaw.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Eric,

Thank you for meeting and conferring today regarding the Lehman settlement materials.  We have considered your offer to produce the settlement agreement in exchange for us dropping our request for communications relating to that settlement agreement.  We respectfully decline.  We believe the settlement communications are relevant and necessary for us to adequately question Mr. Lehman at his deposition about, for example, the credibility of his declaration (which Yuga has put at issue) and any bias.  The cases I cite in the thread below, including *Bd. Of Trustees of Leland Stanford Junior Univ. v. Tyco Int'l Ltd.*, 253 F.R.D. 521, 523 (C.D. Cal. 2008), support our position.  Unless Yuga is willing to reconsider its position with respect to the communications with Mr. Lehman, we have reached an impasse.

As a result, and given the shortness of time before Mr. Lehman's deposition, we plan to file an *ex parte* motion with the Court to shorten time for the joint stipulation process.  Under our proposal, Yuga would have until the end of the day on February 23 to respond to our stipulation (which we will serve concurrently with our motion), and we would file the joint stipulation on February 24.  There would be no supplemental memoranda.  Our hope is that this procedure will give the Court sufficient time to rule before Mr. Lehman's deposition.  Moreover, because the parties have already substantively briefed their positions, neither party will have trouble meeting the short deadlines.

Please let us know your position on the *ex parte* motion this evening.  If you do not, we will note in our motion that Yuga did not respond.

Best,

Derek

**Exhibit 4**
**Page 108**