# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY** |

Having considered the Defendants' motion to stay proceedings pending appeal, and having found good cause as set forth therein, it is hereby ordered that Defendants' motion to stay is GRANTED for the reasons provided in Defendants' motion.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                      Honorable John F. Walter
                                      United States District Judge