ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF YUGA LABS, INC.'S OPPOSITION TO MOTION TO STAY**<br><br>Date:         March 27, 2023<br>Time:         1:30 P.M.<br>Courtroom:  7A<br>Judge:        Hon. John F. Walter |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
2   FENWICK & WEST LLP
228 Santa Monica Boulevard
3   Santa Monica, CA  90401
Telephone:   310.434.4300
4
5   DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
6   KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
7   MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
8   CLARE LOCKE LLP
10 Prince Street
9   Alexandria, VA  22314
Telephone:   202.628.7400
10
11  Attorneys for Plaintiff and
Counterclaim Defendant
12  YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Eric Ball declare:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues. I am Lead Counsel for Yuga Labs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this declaration in support of Yuga Labs' Opposition to Motion to Stay.

**Correspondence Regarding Defendants' Motion to Stay**

3. On December 21, 2022, counsel for Defendants emailed me, stating that Defendants "plan to file a motion to stay all proceedings pending resolution" of their appeal. Attached hereto as **Exhibit 1** is a true and correct copy of that email correspondence.

4. On January 3, 2023, I informed counsel for Defendants that Yuga Labs would oppose Defendants' motion to stay all proceedings pending resolution of Defendants' appeal.

5. On January 4, 2023, counsel for Defendants and I conferred via videoconference to discuss Defendants' intended motion to stay. On that same day after the videoconference, counsel for Defendants emailed me, stating Defendants would not file an opposed motion to stay.

6. Over a month later, on February 10, 2023, counsel for Defendants informed me that they "intend to file a motion to stay all proceedings pending resolution" of their appeal. Attached hereto as **Exhibit 2** is a true and correct copy of that email correspondence.

7. On February 14, 2023, lead counsel for the parties met and conferred regarding Defendants' renewed interest in a motion to stay all proceedings. During the call, Yuga Labs conveyed its position that Defendants' request to stay the case is

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   inappropriate given that the case has been proceeding in earnest pursuant to the

2   expedited schedule that Defendants requested.  Yuga Labs further explained that

3   Defendants continue to promote and market their infringing products, so any proposed

4   stay would substantially harm Yuga Labs and consumers, who continue to suffer from

5   the resulting consumer confusion.  Yuga Labs raised whether Defendants would agree

6   to stop all marketing, sales, and promotion of the accused products pending a stay and

7   place any funds received from the accused products in escrow.  Defendants refused to

8   agree to these protections and did not make any counteroffer.

9                                   **Procedural History**

10          8.      Since December 2022, Defendants have noticed fourteen depositions, and

11  have threatened at least four more.  Of these, Defendants have taken four depositions

12  (including depositions of Yuga Labs' 30(b)(6) witness, former CEO, founders, and

13  director), and have six scheduled to be taken.  Yuga Labs has noticed six depositions,

14  have taken three depositions, and have at least three scheduled to be taken.

15          9.      The parties have engaged in numerous discovery disputes, including

16  motions to compel filed by both parties.  *See, e.g.*, Dkt. Nos. 67, 69-1, 99-2, 103-1.

17          10.     On January 19, 2023, the parties conducted mediation to explore

18  settlement options.  The parties did not reach a settlement.

19          11.     On February 6, 2023, Yuga Labs served three affirmative expert reports.

20  Defendants did not serve any affirmative expert.  Defendants also did not serve any

21  rebuttal experts.

22          12.     On February 17, 2023, counsel for Defendants sent an email regarding

23  Defendants' third-party subpoena, stating that, Defendants cannot agree to suspend

24  their subpoena because a motion to stay proceedings has not yet been filed, resolution

25  of the motion to stay would occur days before the discovery cutoff, and Defendants

26  would have no opportunity to take "discovery after the stay is lifted."  Attached as

27  **Exhibit 3** is a true and correct copy of that February 17, 2023, email correspondence.

28          13.     Defendant  Jeremy  Cahen  has  opposed  Yuga  Labs'  trademark

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  applications with the U.S. Patent & Trademark Office for Yuga Labs' BAYC Marks.

2  Attached hereto as **Exhibit 4** is a true and correct copy from the Trademark Trial and

3  Appeal Board Inquiry System for Proceeding No. 91283228, opposing Yuga Labs'

4  Trademark Application Serial Nos. 90884286 and 97132892, available at

5  https://ttabvue.uspto.gov/ttabvue/v?qt=adv&procstatus=All&pno=91283228&propn

6  o=&qs=&propnameop=&propname=&pop=&pn=&pop2=&pn2=&cop=&cn=.

7  Attached hereto as **Exhibit 5** is a true and correct copy from the Trademark Trial and

8  Appeal Board Inquiry System for Proceeding No. 91283323, opposing Yuga Labs'

9  Trademark Application Serial Nos. 90837138, 97132870, 97132886, 90739977,

10 90903954, 97132880, 97132877, 90739994, 90739987, and 97132874, available at

11 https://ttabvue.uspto.gov/ttabvue/v?qt=adv&procstatus=All&pno=91283323&propn

12 o=&qs=&propnameop=&propname=&pop=&pn=&pop2=&pn2=&cop=&cn=.

13 ## Factual Background

14     14.     Attached hereto as **Exhibit 6** is a true and correct copy of Yuga Labs'

15 Bored Ape Yacht Club website, available at https://boredapeyachtclub.com, which

16 was captured on November 10, 2022, and bearing production numbers

17 YUGALABS_00015420 - YUGALABS_00015422.

18     15.     Attached hereto as **Exhibit 7** is a true and correct copy of the "About"

19 page on Yuga Labs' website, available at https://www.yuga.com/about, which was

20 captured on January 3, 2023, and bearing production numbers

21 YUGALABS_00030223 - YUGALABS_00030230.

22     16.     Attached hereto as **Exhibit 8** is a true and correct copy of Yuga Labs'

23 OpenSea listing page, available at https://opensea.io/collection/boredapeyachtclub,

24 which was captured on December 7, 2022, and bearing production number

25 YUGALABS_00027531.

26     17.     Attached hereto as **Exhibit 9** is a true and correct copy of Yuga Labs'

27 Twitter page, available at https://twitter.com/BoredApeYC, and bearing production

28 number YUGALABS_00002269.

18.     Attached hereto as **Exhibit 10** are true and correct copies of Defendants' Foundation listing page, as web and mobile versions, and bearing production numbers YUGALABS_00015424 and YUGALABS_00030346.

19.     Attached hereto as **Exhibit 11** is a true and correct copy of Defendants' OpenSea listing page, as captured by the Wayback Machine on June 13, 2022, and bearing production number YUGALABS_00000571.

20.     Attached hereto as **Exhibit 12** is a true and correct copy of Defendants' LooksRare listing page, available at https://looksrare.org/collections/0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which was captured on January 5, 2023, and bearing production number YUGALABS_00030112.

21.     Attached hereto as **Exhibit 13** is a true and correct copy of Defendants' Ape Market Twitter page, available at https://twitter.com/ApeMarketplace, and bearing production numbers YUGALABS_00003335 - YUGALABS_00003338. The header of the page states "Listing requires an RRBAYC token."

22.     Attached hereto as **Exhibit 14** is a side-by-side comparison of true and correct copies of a Yuga Labs' BAYC NFT and Defendants' RR/BAYC NFT listed on the OpenSea website, and bearing production number YUGALABS_00015999. The RR/BAYC NFT uses the same ID number as Yuga Labs' Ape ID number (#1058).

23.     Attached hereto as **Exhibit 15** is a true and correct copy of Defendants' website, available at https://rrbayc.com/, and bearing production number YUGALABS_00001974.  The website states "ARTWORK BY RYDER RIPPS FOR LIVE9000 LLC."

24.     Attached hereto as **Exhibit 16** are true and correct copies Defendants' RR/BAYC NFTs depicted on Defendants' website, available at https://rrbayc.com/, and bearing production numbers YUGALABS_00000617 and YUGALABS_00000619.

25.     Attached hereto as **Exhibit 17** are true and correct copies of the smart

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

contract    for    the    RR/BAYC    collection    on    Etherscan,    viewable    at
https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e,    and
bearing production numbers YUGALABS_00031370, YUGALABS_00002370, and
YUGALABS_0030081 - YUGALABS_0030082.  "Bored Ape Yacht Club" is in the
"Input Data" field, and "Bored Ape Yacht Club (BAYC)" is in the token "Tracker"
field.

26.    Attached hereto as **Exhibit 18** is a true and correct copy of the browser
tab icon, also known as a favicon, showing Yuga Labs' Ape Skull Logo, that was used
for Defendants' website, available at https://rrbayc.com/, and bearing production
number YUGALABS_00000622.

27.    Attached hereto as **Exhibit 19** is a side-by-side comparison of true and
correct copies of images of the browser tab icon, also known as a favicon, used for
Defendants' Ape Market website (left), available at https://apemarket.com/, and the
browser tab icon that was used for Yuga Labs' ApeFest website (right), available at
https://www.apefest.com/, which both utilize the Yuga Labs' Ape Skull Logo, and
bearing production number YUGALABS_00015998.

28.    Attached hereto as **Exhibit 20** is a true and correct copy of a public post
made from Defendants' Ape Market account on Twitter on June 2, 2022, available at
https://twitter.com/ApeMarketplace/status/1532494505093611523,    and    bearing
production numbers YUGALABS_00001978 and YUGALABS_00015992.  The post
states that "ApeMarket and RR/BAYC are registered trademarks" in the lower left
corner of the page.

29.    Attached hereto as **Exhibit 21** is a true and correct copy of a public post
made from Defendants' Ape Market account on Twitter on June 2, 2022, available at
https://twitter.com/ApeMarketplace/status/1532489321663582208,    and    bearing
production number YUGALABS_00000536.  The post advertises "0% royalties.  0%
fees."

30.    Attached hereto as **Exhibit 22** is a true and correct copy of a public post

1   made by Defendant Ripps on Twitter on June 23, 2022, available at

2   https://twitter.com/ryder_ripps/status/1540025204424019971, and bearing production

3   number YUGALABS_00030050.  The post states that "all looksrare royalties gained

4   will be donated to a charity."

5          31.    Attached hereto as **Exhibit 23** are true and correct copies of public posts

6   made by Defendant Ripps on Twitter on May 16, 2022, available at

7   https://twitter.com/ryder_ripps/status/1526126092196536320; and on June 21, 2022,

8   available at  https://twitter.com/ryder_ripps/status/1539242897626783745,  bearing

9   production numbers YUGALABS_00030068 and YUGALABS_00002333.   The

10  posts state that Defendant Ripps "mint[s]" all of the RR/BAYC NFTs.

11         32.    Attached hereto as **Exhibit 24** is a true and correct copy of a public post

12  made by Defendant Cahen on Twitter on February 24, 2023, available at

13  https://twitter.com/Pauly0x/status/1629357475706073089.  The post states that Cahen

14  is "looking forward" to trial against Yuga Labs and counting down the days to the

15  current trial date.

16         33.    Attached hereto as **Exhibit 25** is a true and correct copy of a public post

17  by Defendant Cahen on Twitter on February 20, 2023, where he retweeted a post from

18  @rrbayc_bot  describing  the  sale  of  RR/BAYC  NFT  #5296,  available  at

19  https://twitter.com/rrbayc_bot/status/1627910555628445698,          and           included

20  hyperlinks to NFT marketplace, LooksRare, and a hyperlink to Defendants' Ape

21  Market.  Defendants continue to promote their product and profited from this sale.

22         34.    Attached hereto as **Exhibit 26** is a true and correct copy of a public post

23  by Defendant Cahen on Twitter on February 17, 2023, where he retweeted a post from

24  @rrbayc_bot  describing  the  sale  of  RR/BAYC  NFT  #2644,  available  at

25  https://twitter.com/rrbayc_bot/status/1626609722005618688,          and           included

26  hyperlinks to NFT marketplace, LooksRare, and a hyperlink to Defendants' Ape

27  Market.  Defendants continue to promote their product and profited from this sale.

28         35.    Attached hereto as **Exhibit 27** is a true and correct copy of a public post

FENWICK & WEST LLP
ATTORNEYS AT LAW

by Defendant Cahen on Twitter on February 24, 2023, where he retweeted a post from @rrbyac_bot describing the sale of RR/BAYC NFT #3345, available at https://twitter.com/rrbayc_bot/status/1629239565817901057, and included hyperlinks to NFT marketplace, LooksRare, and a hyperlink to Defendants' Ape Market.  Defendants continue to promote their product and profited from this sale.

36. Attached hereto as **Exhibit 28** is a true and correct copy of a public post by Defendant Cahen on Twitter on July 18, 2022, and bearing production number YUGALABS_00000607.  The post states that Defendant Cahen "made more money that Bill Gates off of RR/BAYC."

37. Attached hereto as **Exhibit 29** are true and correct copies of public posts made by Defendant Ripps on Twitter on June 16, 2022, one of which is available at https://twitter.com/ryder_ripps/status/1537504531348541440, and bearing production numbers YUGALABS_00030128 and YUGALABS_00030120.  The posts state that Defendant Ripps made $1.2 million.

38. Attached hereto as **Exhibit 30** is a true and correct copy of Defendant Ryder Ripps' December 28, 2022 Second Supplemental Responses to Yuga Labs' First Set of Interrogatories, which state:

        a. "[I]n some circumstances the RR/BAYC project also displayed unmodified marks, so that the RR/BAYC project would be directly tied to Yuga, BAYC, and specific BAYC NFTs." *Id.* at 9

        b. "'BAYC' [in RR/BAYC] references the abbreviated title of Yuga's NFT collection." *Id.* at 10.

39. Attached hereto as **Exhibit 31** is a true and correct copy of the Consent Judgment and Order for Permanent Injunction against Thomas Lehman (Dkt. No. 12) issued in the case *Yuga Labs, Inc. v. Lehman*, Case No. 1:23-cv-00085-MAD-TWD (N.D.N.Y Feb. 6, 2023), which states:

        a. Mr. Lehman "adopted and began using the BAYC Marks to

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

promote the [RR/BAYC NFTs and Defendants' websites]." *Id.* ¶ 5.

       b.    Mr. Lehman's acts "have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public." *Id.* ¶ 6.

40.    Attached hereto as **Exhibit 32** is a true and correct copy of the February 3, 2023 Declaration of Thomas Lehman, and bearing production numbers YUGALABS_00032542 - YUGALABS_00032551.

41.    Attached hereto as **Exhibit 33** is a true and correct copy of text messages between Defendant Cahen and Thomas Lehman, dated June 24, 2022, and bearing production numbers LEHMAN0000047 - LEHMAN0000049.  Mr. Lehman states "We also need a new logo and branding in light of the trademark thing . . . we should go hard toward something that is clearly non-infringing . . . . a normal person could be like 'I see where Yuga is coming from, it's confusing how close your logo is to theirs.'"

42.    Attached hereto as **Exhibit 34** is a true and correct copy of text messages between Thomas Lehman and a third party, dated May 25, 2022, and bearing production number LEHMAN0000077.  The third party states that the RR/BAYC NFTs are "quite crazy definitely some people will buy thinking they are buying the originals!"

43.    Attached hereto as **Exhibit 35** are excerpts from the January 12, 2023 deposition of Ryder Ripps.

44.    Attached hereto as **Exhibit 36** are excerpts from the January 11, 2023 deposition of Jeremy Cahen.

45.    Attached hereto as **Exhibit 37** are excerpts from the December 7, 2022 deposition of Ryan Hickman and Exhibits 28 and 29 referenced therein.

46.    Attached hereto as **Exhibit 38** is a true and correct copy of a public post made by Defendant Ripps on Twitter on March 5, 2023, available

1    at https://twitter.com/ryder_ripps/status/1632454242970787840.   The post links to

2    Defendants' website at https://rrbayc.com/.

3

4    I declare under penalty of perjury under the laws of the State of California and

5    of the United States that, to the best of my knowledge, the foregoing is true and correct.

6    Executed in California this 6th day of March, 2023.

7

8                                    /s/ Eric Ball
                                     Eric Ball
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW