# Exhibit 1

Exhibit 1
Pg. 10

From: Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
Sent: Wednesday, December 21, 2022 2:47 PM
To: Anthony Fares <AFares@fenwick.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
Cc: Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>
Subject: Yuga Labs, Inc. v. Ripps et al, Case 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Counsel,

As you likely saw, Mr. Ripps and Mr. Cahen have noticed the appeal of the denial of their anti-SLAPP motion. We plan to file a motion to stay all proceedings pending resolution of that appeal. Please let us know whether Yuga will agree so that that motion to stay can be filed jointly.

Thanks,
--Louis


**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.