# Exhibit 2

**Exhibit 2
Pg. 12**

| | |
|---|---|
| From: | Tompros, Louis W. <Louis.Tompros@wilmerhale.com> |
| Sent: | Friday, February 10, 2023 7:50 AM |
| To: | Ethan Thomas; Eric Ball; Kimberly Culp; Anthony Fares; Yuga Labs - Ripps |
| Cc: | WH Ripps-Yuga Labs Team |
| Subject: | Yuga Labs v. Ripps, et al., 2:22-cv-04355-JFW-JEM |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Defendants intend to file a motion to stay all proceedings pending resolution of their appeal of the district court's denial of their anti-SLAPP motion. (We had previously mentioned that we believed a stay was appropriate but elected not to file a motion following our conference of counsel, at which Yuga indicated that it would likely oppose. We now believe that a stay is appropriate notwithstanding Yuga's opposition.)

Please let us know when lead counsel is available to confer early next week.

Thanks,
--Louis

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

Exhibit 2
Pg. 13