# Exhibit 4

**Exhibit 4**
**Pg. 16**

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## TTABVUE. Trademark Trial and Appeal Board Inquiry System

v2.3.0

## Opposition

**Number:** 91283228     **Filing Date:** 02/03/2023
**Status:** Pending     **Status Date:** 02/03/2023
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** ASHLEY D HAYES
**Paralegal Name:** KARL S KOCHERSPERGER

**Defendant**

**Name:** YUGA LABS, INC.
**Correspondence:** MARK A. JANSEN
FENWICK & WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041
UNITED STATES
trademarks@fenwick.com
Phone: 650-988-8500

**Serial #:** 90884286     Application File     Assignment
**Application Status:** Opposition Pending
**Mark:** BORED APE

**Serial #:** 97132892     Application File     Assignment
**Application Status:** Opposition Pending
**Mark:** BORED APE

**Plaintiff**

**Name:** Jeremy Cahen
**Correspondence:** ALFRED DAVID STEINER
MEISTER & STEINER PLLC
25 CENTRAL PARK WEST STE 3B
NEW YORK, NY 10023
UNITED STATES
steiner@meistersteiner.com
Phone: 6468338454

### Prosecution History

| # | Date | History Text | Due Date |
|---|------|--------------|----------|
| 3 | 02/03/2023 | INSTITUTED | |
| 2 | 02/03/2023 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 03/15/2023 |
| 1 | 02/03/2023 | FILED AND FEE | |

Results as of 02/27/2023 06:43 PM     Search:

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY