# Exhibit 5

Exhibit 5
Pg. 18

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# TTABVUE. Trademark Trial and Appeal Board Inquiry System

v2.3.0

## Opposition

**Number:** 91283323  **Filing Date:** 02/09/2023
**Status:** Pending  **Status Date:** 02/09/2023
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** JILL M MCCORMACK
**Paralegal Name:** KARL S KOCHERSPERGER

**Defendant**

**Name:** YUGA LABS, INC.
**Correspondence:** MARK A. JANSEN
FENWICK & WEST LLP
801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041
UNITED STATES
trademarks@fenwick.com
Phone: 650-988-8500

| | | |
|---|---|---|
| **Serial #:** 90837138 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Mark:** BAYC | | |
| **Serial #:** 97132870 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Mark:** BORED APE YACHT CLUB | | |
| **Serial #:** 97132886 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Mark:** BAYC | | |
| **Serial #:** 90739977 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Mark:** BORED APE YACHT CLUB | | |
| **Serial #:** 90903954 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Serial #:** 97132880 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Serial #:** 97132877 | Application File | Assignment |
| **Application Status:** Opposition Pending | | |
| **Mark:** BA YC | | |

| | | | |
|---|---|---|---|
| **Serial #:** | [90739994](#) | [Application File](#) | [Assignment](#) |
| **Application Status:** | Opposition Pending | | |
| **Mark:** | BA YC | | |

| | | | |
|---|---|---|---|
| **Serial #:** | [90739987](#) | [Application File](#) | [Assignment](#) |
| **Application Status:** | Opposition Pending | | |
| **Mark:** | BA YC BORED APE YACHT CLUB | | |

| | | | |
|---|---|---|---|
| **Serial #:** | [97132874](#) | [Application File](#) | [Assignment](#) |
| **Application Status:** | Opposition Pending | | |
| **Mark:** | BA YC BORED APE YACHT CLUB | | |

**Plaintiff**

**Name:** [Jeremy Cahen](#)

**Correspondence:** ALFRED DAVID STEINER
MEISTER & STEINER PLLC
25 CENTRAL PARK WEST STE 3B
NEW YORK, NY 10023
UNITED STATES
steiner@meistersteiner.com
Phone: 6468338454

## Prosecution History

| # | Date | History Text | Due Date |
|---|---|---|---|
| 3 | 02/09/2023 | INSTITUTED | |
| 2 | 02/09/2023 | [NOTICE AND TRIAL DATES SENT; ANSWER DUE:](#) | 03/21/2023 |
| 1 | 02/09/2023 | [FILED AND FEE](#) | |

Results as of 02/27/2023 06:45 PM    **Search:**

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY