# Exhibit 6

Exhibit 6
Pg. 21

Captured at: 2022/11/10 03:42 PM    URL: https://boredapeyachtclub.com/#/home#buy-an-ape



BUY AN APE    ROADMAP    TEAM    GALLERY    PROVENANCE    MEMBERS



## WELCOME TO THE BORED APE YACHT CLUB

BAYC is a collection of 10,000 Bored Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation.

 
 

### FAIR DISTRIBUTION
(BONDING CURVES ARE A PONZI)

There are no bonding curves here. Buying a Bored Ape costs 0.08 ETH. There are no price tiers; BAYC membership costs the same for everyone.

*Note: Thirty apes are being withheld from the sale. These will be used for giveaways, puzzle rewards—and for the creators' BAYC memberships.*

**BUY AN APE** — The initial sale has sold out. To get your Bored Ape, check out the collection on OpenSea.    **BUY AN APE ON OPENSEA**

### THE SPECS

Each Bored Ape is unique and programmatically generated from over 170 possible traits, including expression, headwear, clothing, and more. All apes

Exhibit 6
Pg. 22
YUGALABS_00015420

possible traits, including expression, headwear, clothing, and more. All apes are dope, but some are rarer than others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

To access members-only areas such as THE BATHROOM, Apeholders will need to be signed into their Metamask Wallet.



## WELCOME TO THE CLUB

When you buy a Bored Ape, you're not simply buying an avatar or a provably-rare piece of art. You are gaining membership access to a club whose benefits and offerings will increase over time. Your Bored Ape can serve as your digital identity, and open digital doors for you.

    

| 10,000 Provably-rare Bored Ape tokens | Fair Launch, fair distribution: All apes cost 0.08 ETH | Ownership and commercial usage rights given to the consumer over their NFT | The Bathroom: A member's-only graffiti board | Gain additional benefits through roadmap activations |

## THE BATHROOM

The BAYC Bathroom will become operational once the presale period is over. It contains a canvas accessible only to wallets containing at least one ape. Like any good dive bar bathroom, this is the place to draw, scrawl, or write expletives.

Each ape-holder will be able to paint a pixel on the bathroom wall every fifteen minutes. Think of it as a collaborative art experiment for the cryptosphere. A members-only canvas for the discerning minds of crypto twitter.

We're pretty sure it's going to be full of dicks.



## ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

| | |
|---|---|
| 10% | We pay back our moms. |
| 20% | We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders. |
| 40% | BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To. |
| 60% | Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies. |
| 80% | The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape. |
| 90% | The Bored Ape liquidity pool is initiated. |



Exhibit 6
Pg. 23
YUGALABS_00015421



Exhibit 6
Pg. 24
YUGALABS_00015422