# Exhibit 9

Exhibit 9
Pg. 36





# Bored Ape Yacht Club ✓
@BoredApeYC

To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

📍 The Swamp  🔗 boredapeyachtclub.com  📅 Joined April 2021

**5,493** Following  **965K** Followers

Exhibit 9
Pg. 37
YUGALABS_00002269