# Exhibit 10

Exhibit 10
Pg. 38



Exhibit 10
Pg. 39
YUGALABS_00015424



Exhibit 10
Pg. 40
YUGALABS_00030346