# Exhibit 11

Exhibit 11
Pg. 41



Jun 23, 2022 12:56 PM MDT | https://opensea.io/collection/rrbayc

INTERNET ARCHIVE WaybackMachine https://opensea.io/collection/rrbayc Go MAY JUN JUL
4 captures 13
13 Jun 2022 - 20 Jun 2022 2021 2022 2023 About this capture

OpenSea Explore Stats Resources Create

# RRBAYC.com

THIS LOGO IS BASED ON THE SS TOTENKOPF 18 TEETH

## RR/BAYC

By ryder_ripps

you can't copy an NFT. ...

| 5.2K | 1.6K | 0.175 | 10.1 |
|---|---|---|---|
| items | owners | floor price | total volume |

Items Activity

Status

Buy Now

On Auction

Price

Item quantity

On sale in

5,243 items

| Collection | Label | Amount | Time left | Favorites |
|---|---|---|---|---|
| RR/BAYC | Min Bid | 0 | 7 days left | 1 |
| RR/BAYC | Price | 0.175 | a day left | 2 |
| RR/BAYC | Price | 0.184 | 20 hours left | 0 |
| RR/BAYC | Min Bid | 0.19 | 7 days left | 0 |
| RR/BAYC | Price | 0.195 | 20 hours left | 7 |
| RR/BAYC | Price | 0.198 | 10 hours left | 1 |
| RR/BAYC | Price | 0.198 | 2 days left | 1 |
| RR/BAYC | Price | 0.198 | 17 hours left | 1 |
| RR/BAYC | Price | 0.199 | 9 hours left | 1 |
| RR/BAYC | Price | 0.199 | 10 hours left | 1 |
| RR/BAYC | Price | 0.199 | 3 days left | 0 |
| RR/BAYC | Price | 0.21 | 3 days left | 0 |
| RR/BAYC | Price | 0.222 | 7 days left | 0 |
| RR/BAYC | Price | 0.222 | 3 days left | 0 |
| RR/BAYC | Price | 0.222 | 7 days left | 0 |
|  | Price | 0.222 | 3 days left |  |
|  | Price | 0.222 | 3 days left |  |
|  | Price | 0.25 | 7 days left |  |
|  | Price | 0.25 | 20 hours left |  |
|  | Price | 0.25 |  |  |