# Exhibit 12

Exhibit 12
Pg. 43

**Captured at: 01/05/2023, 10:43 PM**

**URL: https://looksrare.org/collections/0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e?queryID=c3663b7ab13281a78c7327d91ce3fe80**

LooksRare | Search | Explore | Collections | Rewards

LooksRare's Edition Zero Merch Drop is Live Now!

## REDACTED

0x2EE6...691e

Share

RRBAYC.com

| 9.5K | 3.2K | 670 | 0.0746 |
|---|---|---|---|
| Items | Owners | Total Vol | Floor -0.40% |

Make a Collection Offer

Items | Activity

Filters | Name, Token ID... | Price Low to High

Buy Now

Price Range (ETH)

Min | Max

#8783

0.0746

#5836

0.0746

#3727

0.0749

#4956

0.075

YUGALABS_00030112

