# Exhibit 13

Exhibit 13
Pg. 45




Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

ApeMarket℠ SOON
15 Tweets

WELCOME TO APE MARKET.

ApeMarket

Follow

**ApeMarket℠ SOON**
@ApeMarketplace

Trade YugaLabs NFTs with 0% royalties! | Listing requires an RRBAYC token: rrbayc.com | discord.gg/rr-bayc

ApeMarket.com  Joined December 2021

5 Following  4,266 Followers

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**ApeMarket℠ SOON** @ApeMarketplace · Jun 20
Make sure to join the RR/BAYC community discord!

discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay clos...

5  2  33

Show this thread

**ApeMarket℠ SOON** @ApeMarketplace · Jun 20
Are you ready for ApeMarket.com, anon?

The remainder of the RR/BAYC collection has been reserved! 💥

ApeMarket.com will go live within 24 hours of the final mint, which we will announce shortly.

Buckle Up. 🚀

25  113  284

Show this thread

**ApeMarket℠ SOON** @ApeMarketplace · Jun 13
Get Ready.

SOON

32  96  285

**ApeMarket℠ SOON** @ApeMarketplace · Jun 2
Meme contest! 2 RR/BAYC's! 🙈🙈

Rules: Follow us, like/RT this & join our discord: discord.gg/rr-bayc

The best ApeMarket℠ meme will win 1 RR/BAYC. 🖼

The best ApeMarket℠ video meme will win 1 RR/BAYC. 🎥

Twemex Manual Feedback

Search... (Ctrl + /)

Highlights ▾

All Time  Recent

**ApeMarket℠ SOON** Jun 2, 2022
ApeMarket will feature RR/BAYC, BAYC, MAYC, BAKC & Otherdeeds.

0% royalties. 0% fees. 👀

According to our math, this will save the community over $8 billion a year. 💰

Listing requires holding RR/BAYC.

Reserve yours now: RRBAYC.com SOON

78  236  453  copy url

**ApeMarket℠ SOON** Jun 1, 2022
SOON



Reply with your submissions! 👇

ApeMarket℠ ➡ SOON @ApeMarketplace · Jun 2

ApeMarket will feature RR/BAYC, BAYC, MAYC, BAKC & Otherdeeds.

0% royalties. 0% fees. 👀

...

Show this thread

89 | 64 | 145

ApeMarket℠ ➡ SOON Retweeted

**RYDER-RIPPS.ETH** ➡ SOON @ryder_ripps · Jun 2

Set a reminder for my upcoming Space! twitter.com/i/spaces/1ynKO...

joinnn!!!

Spaces

**Details not available**

2 | 18 | 75

**ApeMarket℠** ➡ SOON @ApeMarketplace · Jun 2

➡ SOON

17 | 80 | 269

ApeMarket℠ ➡ SOON Retweeted

**ApeMarket℠** ➡ SOON @ApeMarketplace · Jun 2

ApeMarket℠ delivers.

Team has previously built and worked with @Genius, @NotLarvaLabs, @soylent, @puzlworld, @google, @adidas, @facebook, @kanyewest and many more...

ApeMarket will launch within 24 hours of the final mint.

2 | 43 | 141

Show this thread

**ApeMarket℠** ➡ SOON @ApeMarketplace · Jun 2

ApeMarket℠ delivers.

Team has previously built and worked with @Genius, @NotLarvaLabs, @soylent, @puzlworld, @google, @adidas, @facebook, @kanyewest and many more...

ApeMarket will launch within 24 hours of the final mint.

2 | 43 | 141

Show this thread

**ApeMarket℠** ➡ SOON @ApeMarketplace · Jun 2

ApeMarket will feature RR/BAYC, BAYC, MAYC, BAKC & Otherdeeds.

0% royalties. 0% fees. 👀

According to our math, this will save the community over $8 billion a year. 💰

Listing requires holding RR/BAYC.

**Exhibit 13**
**Pg. 47**

YUGALABS_00003336



Exhibit 13
Pg. 48
YUGALABS_00003337



Exhibit 13
Pg. 49
YUGALABS_00003338