# Exhibit 14

Exhibit 14
Pg. 50




Exhibit 14
Pg. 51
YUGALABS_00015999