# Exhibit 15

Exhibit 15
Pg. 52



Exhibit 15
Pg. 53
YUGALABS_00001974