# Exhibit 16

Exhibit 16
Pg. 54



**Exhibit 16**
**Pg. 55**
YUGALABS_00000617



Exhibit 16
Pg. 56
YUGALABS_00000619