# Exhibit 17

Exhibit 17
Pg. 57

Transaction Details



Sponsored: bc.game - Free Bonus Up To 5 BTC Everyday! Live casino + 20k slots **Play Now**

| | |
|---|---|
| ⓘ Transaction Hash: | 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015 |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 14768863   1738290 Block Confirmations |
| ⓘ Timestamp: | 🕐 260 days 32 mins ago (May-13-2022 06:05:30 PM +UTC)  |  ⓘ Confirmed within 35 secs |
| ⓘ Sponsored: | |
| ⓘ From: | ◇ *ryder-ripps.eth |
| ⓘ To: | 📄 Contract 0x3b612a5b49e025a6e4ba4ee4fb1ef46d13588059 (Foundation: Collection Factory) ✅ |
| ⓘ Value: | 0 Ether ($0.00) |

**Overview**   Internal Txns   Logs (1)   State   Comments

| | |
|---|---|
| ⓘ Gas Price: | 0.000000075772873916 Ether (75.772873916 Gwei) |
| ⓘ Ether Price: | $2,006.51 / ETH |
| ⓘ Gas Limit & Usage by Txn: | 184,569 ｜ 167,790 (90.91%) |
| ⓘ Gas Fees: | Base: 74.272873916 Gwei  ｜ Max: 75.995101474 Gwei  ｜ Max Priority: 1.5 Gwei |
| ⓘ Burnt & Txn Savings Fees: | 🔥 Burnt: 0.01246224551436564 Ether ($19.59)    🎉 Txn Savings: 0.000003728756195682 Ether ($0.06) |
| ⓘ Other Attributes: | Txn Type: 2 (EIP-1559)   Nonce: 362   Position In Block: 175 |
| ⓘ Input Data: | |

| # | Name | Type | Data |
|---|---|---|---|
| 0 | name | string | Bored Ape Yacht Club |
| 1 | symbol | string | BAYC |
| 2 | nonce | uint256 | 4763096248250001 |

Click to see Less ↑

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

Exhibit 17
Pg. 58
YUGALABS_00031370



Exhibit 17
Pg. 59
YUGALABS_00002370



etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e

Etherscan

Eth: $1,160.50 (+3.06%) | 12 Gwei

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Home | Blockchain | Tokens | Resources | More | Sign In

## Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

Buy | Exchange | Earn | Gaming

Sponsored: UUEX: Sign up to get 199 USDT and withdraw to wallet. Sign Up Now.

### Contract Overview

Balance: 0 Ether

Ether Value: $0.00

### More Info

My Name Tag: Not Available, login to update

Contract Creator: *ryder-ripps.eth at txn 0xec6a7bd2b146bd89b2...

Token Tracker: Bored Ape Yacht Club (BAYC)

Ad

Blockscan Chat | Wallet-to-wallet instant messaging platform. Start Chat

Transactions | Internal Txns | Erc20 Token Txns | Contract | Events | Analytics | Comments

Latest 25 from a total of 21,847 transactions

| Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|
| 0xbc48b8b90bd95acd97... | Set Approval For... | 16033457 | 1 hr 43 mins ago | 0x2cc44d9aaccf47706d8... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00073782 |
| 0xe17b72f8b274baadf00... | Set Approval For... | 16028956 | 16 hrs 49 mins ago | vanto.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00032038 |
| 0x7cc949ade61e356226... | Set Approval For... | 16028655 | 17 hrs 50 mins ago | 0x44f654329158bda8a1f... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054937 |
| 0x843e6ae9d0ff95cb915... | Set Approval For... | 16022521 | 1 day 14 hrs ago | jgr33nwood.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00058545 |
| 0x4d01046143f4c6e1e7... | Safe Transfer Fr... | 16019972 | 1 day 22 hrs ago | ikertje.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00081033 |
| 0xf1735e2c63d3b7174a... | Set Approval For... | 16015646 | 2 days 13 hrs ago | invers.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057544 |
| 0xa6730b3be6b18be9fc... | Set Approval For... | 16012976 | 2 days 22 hrs ago | 0x2e80de5546b9cb63be... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00069681 |
| 0x2b9a3b8298a3fc1cc4a... | Set Approval For... | 16012223 | 3 days 56 mins ago | ritalinchild.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059477 |
| 0x7e596979f73808baf64... | Transfer From | 16008387 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00050179 |
| 0x42fa2bfcd4c5bb46441... | Transfer From | 16008386 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00056927 |
| 0xa1be25d967c3b9e5a8... | Transfer From | 16008384 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059507 |
| 0xf22e65ec5714cca13bd... | Transfer From | 16008383 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006182 |
| 0x9574a9aa5fb712697b... | Transfer From | 16008381 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057418 |
| 0xef804a557d24ae458f3... | Transfer From | 16008378 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00055604 |
| 0xe6b0db9a7914bdc5c5... | Transfer From | 16008376 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057926 |
| 0x5a582de759fa475e59... | Transfer From | 16008375 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059365 |
| 0x3b65042581d62336d4... | Transfer From | 16008372 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057617 |
| 0x64e67d09a8595b5030... | Transfer From | 16008371 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006028 |
| 0x16175b8cdb52131aaa... | Transfer From | 16008370 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054707 |
| 0x8d20554525a52b80f6... | Transfer From | 16008343 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057884 |
| 0xab1067dece8813c8c6... | Transfer From | 16008341 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00053951 |
| 0xc146101e4fe47a95be... | Transfer From | 16008339 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00058898 |
| 0x6addd4bbfec4ce4b0c8... | Transfer From | 16008335 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059038 |
| 0x695f259cd4065cc925a... | Transfer From | 16008331 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0005793 |
| 0xc0e6427164e1aeaf2b... | Transfer From | 16008329 | 3 days 14 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054292 |

[ Download CSV Export ]

A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

Powered by Ethereum | Company | Resources | Products & Services

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

Preferences

About Us
Contact Us
Brand Assets
Careers  Join Us
Terms of Service
Bug Bounty

API Documentation
Knowledge Base
Newsletter
Network Status
Disqus Comments

Advertise
Explorer-as-a-Service (EaaS)
Developer APIs
Blockscan
BeaconScan

Etherscan © 2022 (A1) | Donate

Exhibit 17
Pg. 61
YUGALABS_00030082