# Exhibit 18

Exhibit 18
Pg. 62

 RR/BAYC ✕

**Exhibit 18**
**Pg. 63**
YUGALABS_00000622