# Exhibit 19

Exhibit 19
Pg. 64

 Ape Market   ✕

 ApeFest 2022 in NYC   

**Exhibit 19**
**Pg. 65**
YUGALABS_00015998