# Exhibit 20

Exhibit 20
Pg. 66



ApeMarket
ApeMarket[gm] SOON
@ApeMarketplace
SOON
BAYC Holder
Likes $$$??
NO
YES
Hates Ryder Ripps?
YES
NO
Likes $$$ more than hates Ryder Ripps?
NO
YES
NGMI
Saves $7,000
ApeMarket
3:48 PM · Jun 2, 2022 · Twitter for iPhone
60 Retweets
22 Quote Tweets
270 Likes

Exhibit 20
Pg. 67
YUGALABS_00001978

BAYC Holder
Likes $$$??
NO
YES
Hates Ryder Ripps?
YES
NO
Likes $$$ more than hates Ryder Ripps?
NO
YES
NGMI
Saves $7,000
For internal use only. Do not distribute.
Copyright © 2022 ApeMarket. All rights reserved. ApeMarket and RR/BAYC are registered trademarks.
ApeMarket

Exhibit 20
Pg. 68
YUGALABS_00015992