# Exhibit 21

**Exhibit 21**
**Pg. 69**



Exhibit 21
Pg. 70
YUGALABS_00000536