# Exhibit 22

Exhibit 22
Pg. 71



Exhibit 22
Pg. 72
YUGALABS_00030050