# Exhibit 23

Exhibit 23
Pg. 73



**RYDER RIPPS** SOON ✓
@ryder_ripps

im having people pick their ape and hand mint each one for the RR/BAYC collection so its clearly from the artist's hand.. this detail is important.

2:03 AM · May 16, 2022

4 Retweets   4 Quote Tweets   90 Likes

Exhibit 23
Pg. 74
YUGALABS_00030068



**RYDER-RIPPS.ETH** 🠖ₛₒₒₙ ✓
@ryder_ripps

about requests.. yestarday was insane, 4000 requests to mint, i am minting all of them, but it takes time.. hopefully most get done within today , if not tmrrw.. the process of this mint is more like art collecting in real world.

6:44 AM · Jun 21, 2022 · Twitter Web App

Exhibit 23
Pg. 75
YUGALABS_00002333