# Exhibit 24

Exhibit 24
Pg. 76

← Tweet



PAULY ✓
@Pauly0x

In 122 days Yuga Labs will have to face us in Federal Court.

Reality is sinking in for them.

I'm looking forward to it.



9:47 PM · Feb 24, 2023 · 8,087 Views

Exhibit 24
Pg. 77