# Exhibit 25

**Exhibit 25**
**Pg. 78**



Exhibit 25
Pg. 79