# Exhibit 26

Exhibit 26
Pg. 80



Exhibit 26
Pg. 81