# Exhibit 27

Exhibit 27
Pg. 82



Exhibit 27
Pg. 83