# Exhibit 28

Exhibit 28
Pg. 84

This Tweet was deleted by the Tweet author. Learn more



**PAULY** 🔜
@PaulyOx

Replying to @ryder_ripps



12:39 AM · Jul 18, 2022 · Twitter for iPhone

9 Likes

Exhibit 28
Pg. 85
YUGALABS_00000607