# Exhibit 29

Exhibit 29
Pg. 86



**RYDER RIPPS** 🚀 ✓
@ryder_ripps

over $1.2 million dollars has made from RR/BAYC and
YugaLabs nor the BAYC holders arent going to do
anything about it? Absolute 🧢. No IP is owned,
liars/scammers.

7:54 AM · Jun 16, 2022

**17** Retweets   **1** Quote Tweet   **106** Likes

**Exhibit 29**
**Pg. 87**
YUGALABS_00030128



**RYDER RIPPS** 🢂 SOON ✔
@ryder_ripps

•••

Replying to @larfboyscapital

i think the 1.2m i just made creating conceptual art and
upheaving the entire nft world is a bit more relevant but
if u think that random pic of ye is relevant than cool
good for u

11:37 AM · Jun 16, 2022

**15** Likes

◯          ⭯          ♡          ⬆

**Exhibit 29**
**Pg. 88**
YUGALABS_00030120