# Exhibit 34

Exhibit 34
Pg. 141

> 5/25/22, 2:19 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Ryder mints then**

> 5/25/22, 2:19 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **This is a pre pay system**

5/25/22, 2:24 PM
This is quite crazy definitely some people will buy thinking they are buying originals!

> 5/25/22, 2:24 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Bro there is a checkbox**

> 5/25/22, 2:24 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **On the site**

5/25/22, 2:24 PM (Viewed 5/25/22, 2:25 PM)
Im talking about the foundation site

> 5/25/22, 2:25 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Ah true**

> 5/25/22, 2:26 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Well ppl should do their Researxh!**

> 5/25/22, 2:26 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Foundation is weird tho bc Someone can sell something they didn't create**

> 5/25/22, 2:26 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **So yeah idk**

> 5/25/22, 2:26 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **Check the chain**

> 5/25/22, 2:26 PM
> Tom iPhone 14 (tom.s.lehman@gmail.com)
> **I'm a bro**

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
Check the chain>

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
?

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)