# Exhibit 35

Exhibit 35
Pg. 143

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                   WESTERN DIVISION
 4      _____
                                       )
 5      YUGA LABS, INC.,               )CASE NO.:
                                       )
 6                    Plaintiff,       )2:18-cv-00514-
                                       )ACA'22-cv-04355-
 7            v.                       )JFW-JEM
                                       )
 8      RYDER RIPPS, JEREMY CAHEN, DOES)
        1-10,                          )
 9                                     )
                      Defendants.      )
10                                     )
        _____)
11
12
13        ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14               ATTORNEYS' EYES ONLY **
15
16
17             DEPOSITION OF RYDER RIPPS
18                    VOLUME I
19             LOS ANGELES, CALIFORNIA
20           THURSDAY, JANUARY 12, 2023
21
22
23
24      REPORTED BY:  NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                       CSR NO. 14125
25      JOB NO.:       5613911
```

Page 1

Exhibit 35
Pg. 144

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4
       _____
 5                                      )
       YUGA LABS, INC.,                 )CASE NO.:
 6                                      )
                        Plaintiff,      )2:18-cv-00514-
 7                                      )ACA'22-cv-04355-
                v.                      )JFW-JEM
 8                                      )
       RYDER RIPPS, JEREMY CAHEN, DOES  )
 9     1-10,                            )
                                        )
10                      Defendants.     )
       _____)
11
12
13
14
15        DEPOSITION OF RYDER RIPPS, VOLUME I
16        TAKEN ON BEHALF OF THE PLAINTIFF
17        IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18        9:07 A.M. AND ENDING AT 6:19 P.M., ON
19        THURSDAY, JANUARY 12, 2023, BEFORE
20        NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21        REPORTER NUMBER 14125.
22
23
24
25
                                              Page  2
```

Exhibit 35
Pg. 145

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    A P P E A R A N C E S

 2

 3      FOR THE PLAINTIFF, YUGA LABS, INC.:

 4          FENWICK & WEST, LLP
            BY:  ERIC BALL, ESQ.

 5          BY:  ANTHONY FARES, ESQ.
            801 CALIFORNIA STREET

 6          MOUNTAIN VIEW, CALIFORNIA  94041
            (650) 988-8500

 7          EBALL@FENWICK.COM
            AFARES@FENWICK.COM

 8

 9      FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
        DOES 1-10:

10

            WILMER CUTLER PICKERING HALE AND DORR

11          BY:  LOUIS TOMPROS, ESQ.
            60 STATE STREET

12          BOSTON, MASSACHUSETTS  02109
            (617) 526-6886

13          LOUIS.TOMPROS@WILMERHALE.COM

14

15      ALSO PRESENT:

16          RICHARD SMITH, VIDEOGRAPHER;

17          JEREMY CAHEN, DEFENDANT

18

19

20

21

22

23

24

25

                                           Page  3
```

Exhibit 35
Pg. 146

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                     I N D E X
 2
 3      WITNESS                                    PAGE
 4      RYDER RIPPS
 5           EXAMINATION BY MR. BALL               10
 6
 7                    E X H I B I T S
 8      EXHIBIT NO.     DESCRIPTION                PAGE
 9      EXHIBIT 111     CHAT EXCHANGE; 4 PAGES     18
10      EXHIBIT 112     CHAT WITH FIT BINEX;       30
                        BATES RIPPSCAHEN00002273
11
        EXHIBIT 32      CHAT EXCHANGE DATED        32
12      PREVIOUSLY      MAY 23, 2022;
        MARKED          ONE PAGE
13
        EXHIBIT 113     CHAT EXCHANGE DATED        41
14                      MAY 23, 2022; ONE PAGE;
                        BATES R1PP5CAHEN00002548
15
        EXHIBIT 114     CHAT EXCHANGE DATED        42
16                      JUNE 9, 2022;
                        ONE PAGE
17
        EXHIBIT 60      CHAT EXCHANGE DATED        44
18      PREVIOUSLY      JUNE 1, 2022;
        MARKED          ONE PAGE
19
        EXHIBIT 115     RYDER RIPPS'S SECOND       52
20                      SUPPLEMENTAL RESPONSES
                        TO YUGA LABS, INC.'S FIRST
21                      SET OF INTERROGATORIES
                        TO RYDER RIPPS (NOS. 1-17)
22
        EXHIBIT 116     EXHIBIT A FILED 06/24/22;  58
23                      FIVE PAGES
24      EXHIBIT 28      SCREENSHOT OF FOUNDATION   69
        PREVIOUSLY      PAGE FOR RYDER RIPPS/BORED
25      MARKED          APE YACHT CLUB
```

Page 4

**Exhibit 35**
**Pg. 147**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                      E X H I B I T S
 2      EXHIBIT NO.     DESCRIPTION               PAGE
 3      EXHIBIT 53      CONVERSATION EXCHANGE     84
        PREVIOUSLY
 4      MARKED
 5      EXHIBIT 117     WEB ARCHIVE CAPTURED AT:  92
                        01105/2023;
 6                      FIVE PAGES
 7      EXHIBIT 118     CAPTURE OF THE WEBSITE    102
                        ETHERSCAN.IO;
 8                      TWO PAGES
 9      EXHIBIT 119     TWEET FROM RYDER RIPPS    126
                        DATED DECEMBER 6, 2021;
10                      ONE PAGE
11      EXHIBIT 120     APE #8774 MINTED ON       128
                        DECEMBER 6, 2021;
12                      TWO PAGES
13      EXHIBIT 121     EXCEL SCREENSHOT;         134
                        BATES RIPPSCAHEN0000001
14
        EXHIBIT 122     TWEET EXCHANGE DATED      142
15                      MAY 13, 2022;
                        ONE PAGE
16
        EXHIBIT 123     TWEET DATED               143
17                      DECEMBER 6, 2021;
                        TWO PAGES
18
        EXHIBIT 124     CAPTURED AT 2022111106    145
19                      03:50 PM URL
                        HTTPS://RRBAYC.COM;
20                      FIVE PAGES;
                        BATES YUGALABS_00013749 -
21                      1974
22      EXHIBIT 37      CHAT EXCHANGE DATED       151
        PREVIOUSLY      MAY 21, 2022;
23      MARKED          ONE PAGE
24      EXHIBIT 38      CHAT EXCHANGE BEGINNING   166
        PREVIOUSLY      TIME 9:55;
25      MARKED          TWO PAGES
```

                                              Page 5

**Exhibit 35
Pg. 148**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                        E X H I B I T S
2        EXHIBIT NO.       DESCRIPTION                    PAGE
3        EXHIBIT 125       @CLAIRE0X MESSAGES WITH        167
                           RYDER RIPPS;
4                          ONE PAGE;
                           BATES RIPPSCAHEN00002I58
5
         EXHIBIT 126       CHAT EXCHANGE DATED            170
6                          MAY 20;
                           FOUR PAGES;
7                          BATES RIPPSCAHEN00001289
8        EXHIBIT 40        CHAT EXCHANGE DATED            177
         PREVIOUSLY        MAY 22, 2022;
9        MARKED            THREE PAGES
10       EXHIBIT 127       CHAT EXCHANGE BEGINNING        186
                           TIME 20:19;
11                         ONE PAGE
12       EXHIBIT 128       TWEET DATED MAY 16, 2022;      195
                           ONE PAGE
13
         EXHIBIT 99        CHAT EXCHANGE BEGINNING        199
14       PREVIOUSLY        TIME 19:52;
         MARKED            TWO PAGES
15
         EXHIBIT 101       CHAT EXCHANGE BEGINNING        206
16       PREVIOUSLY        TIME 14:82;
         MARKED            SEVEN PAGES
17
         EXHIBIT 64        CHAT EXCHANGE DATED            212
18       PREVIOUSLY        MAY 19, 2022;
         MARKED            TWO PAGES
19
         EXHIBIT 129       CHAT EXCHANGE BEGINNING        215
20                         TIME 17:21;
                           ONE PAGE
21
         EXHIBIT 130       CHAT EXCHANGE DATED            226
22                         JUNE 8, 2022;
                           TWO PAGES; BATES
23                         RIPPSCAHEN000027I2 -
                           RIPPSCAHEN000027I3
24
         EXHIBIT 131       TWEET DATED MAY 16, 2022;      231
25                         ONE PAGE


                                              Page  6

**Exhibit 35**
**Pg. 149**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                     E X H I B I T S
 2      EXHIBIT NO.      DESCRIPTION                    PAGE
 3      EXHIBIT 103      PROFIT CALCULATIONS OF         234
        PREVIOUSLY       MR. RYDER RIPPS FROM
 4      MARKED           NFT SALES
 5      EXHIBIT 7        DOCUMENT WHEREIN               243
        PREVIOUSLY       MR. HICKMAN STATES
 6      MARKED           RECEIVING 158.28 ETH
 7      EXHIBIT 132      RYDER RIPPS TWITTER PAGE;      265
                         FOUR PAGES; BATES
 8                       YUGALABS_00000547
 9      EXHIBIT 133      MESSAGES WITH "DO THE MATH";   266
                         ONE PAGE;
10                       BATES RIPPSCAHEN00002I74
11      EXHIBIT 134      CHAT EXCHANGE DATED            274
                         MAY 31, 2022;
12                       ONE PAGE
13      EXHIBIT 135      CHAT EXCHANGE WITH X2Y2;       280
                         ONE PAGE;
14                       BATES R1PP5CAHEN00002186
15      EXHIBIT 136      LOOKS RARE PAGE, CAPTURED      286
                         AT: 01/0512023;
16                       ONE PAGE
17      EXHIBIT 137      LOOKS RARE WEB ARCHIVE;        289
                         SIX PAGES
18
        EXHIBIT 138      NFTX WEBSITE FEATURING         294
19                       THE RR/BAYC NFTS;
                         ONE PAGE;
20                       BATES YUGALABS_00000653
21      EXHIBIT 139      EXCEL SCREENSHOT;              296
                         12 PAGES;
22                       BATES RIPPSCAHEN00000001
23
24
25

                                          Page  7
```

Exhibit 35
Pg. 150

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
  1                    LOS ANGELES, CALIFORNIA

  2              THURSDAY, JANUARY 12, 2023, 9:07 A.M.

  3

  4              THE VIDEOGRAPHER:  Good morning.  We're        09:07:02

  5         going on the record.  The time is now 9:07 a.m.      09:07:01

  6         Please note that the microphones are sensitive and   09:07:07

  7         may pick up whispering and private conversations.    09:07:09

  8         The video recording will continue to take place      09:07:13

  9         unless all parties agree to go off the record.       09:07:16

 10              This is media unit number 1 of the              09:07:18

 11         video-recorded deposition of Mr. Ryder Ripps being  09:07:21

 12         taken by the counsel for the plaintiff in the matter 09:07:25

 13         of "Yuga Labs, Incorporated, versus Ryder Ripps and  09:07:28

 14         Jeremy Cahen."  The deposition is filed in the U.S.  09:07:33

 15         District Court for the Central District of           09:07:36

 16         California, docket number 2:22-cv-04355-JFW-JEM.     09:07:37

 17         Deposition is taking place at Veritext Century City  09:07:51

 18         located at 2490 Century Park East, Suite 2480.       09:07:56

 19              My name is Richard Smith.  I'm the              09:07:58

 20         videographer.  I represent Veritext Legal Solutions. 09:08:01

 21         Court reporter today, Ms. Natalie Parvizi, also      09:08:04

 22         represents Veritext Legal Solutions.                 09:08:08

 23              I am not related to any party in this           09:08:11

 24         action, nor am I financially interested in the       09:08:13

 25         outcome.  If there are any objections to the         09:08:16
```

Page 8

Exhibit 35
Pg. 151

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | proceeding, please state them at the time of your | 09:08:18 |
| 2 | appearance.  And we'll begin with the noticing | 09:08:20 |
| 3 | attorney. | 09:08:23 |
| 4 | MR. BALL:  Eric Ball from Fenwick & West | 09:08:23 |
| 5 | on behalf of Yuga Labs.  I'm here with my colleague | 09:08:26 |
| 6 | Anthony Fares. | 09:08:29 |
| 7 | MR. TOMPROS:  Good morning.  Louis Tompros | 09:08:31 |
| 8 | of Wilmer Cutler Pickering Hale & Door, LLP.  Here | 09:08:33 |
| 9 | on behalf of defendants Ryder Ripps and | 09:08:36 |
| 10 | Jeremy Cahen, and Mr. Cahen is also present here for | 09:08:41 |
| 11 | this deposition. | 09:08:43 |
| 12 | THE VIDEOGRAPHER:  Thank you.  If I could | 09:08:44 |
| 13 | have the court reporter please swear in the witness. | 09:08:45 |
| 14 | THE CERTIFIED STENOGRAPHER:  Please raise | |
| 15 | your right hand to be sworn. | |
| 16 | | |
| 17 | RYDER RIPPS, | |
| 18 | having declared under penalty of perjury to tell | |
| 19 | the truth, was examined and testified as follows: | |
| 20 | | 09:09:00 |
| 21 | MR. TOMPROS:  Just before we begin, I'd | 09:09:00 |
| 22 | like to reserve the right to read and sign for | 09:09:02 |
| 23 | Mr. Ripps and confirm that communications during the | 09:09:04 |
| 24 | breaks are protected by the attorney-client | 09:09:07 |
| 25 | privilege pursuant to the agreement of counsel at a | 09:09:09 |

Page 9

Exhibit 35
Pg. 152

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Q.   Did you ever talk to OpenSea about the      09:13:54

 2     sales of the RR/BAYC NFTs on OpenSea?                 09:14:03

 3               MR. TOMPROS:  I object.  Vague.             09:14:06

 4               But you can answer if you understand.       09:14:08

 5          A.   Yeah, I don't -- "talk to OpenSea," I       09:14:10

 6     don't know that that means.                           09:14:14

 7          Q.   Did you ever correspond with OpenSea?       09:14:15

 8          A.   Regarding what?                             09:14:17

 9          Q.   Regarding the RR/BAYC NFTs.                 09:14:18

10          A.   I believe the only correspondence I had    09:14:21

11     with OpenSea regarding my artwork, RR/BAYC, was when  09:14:25

12     it was fraudulently delisted through takedown         09:14:30

13     requests through the DMCA - Digital Millennium        09:14:35

14     Copyright Act - and I was inquiring with them.  I     09:14:42

15     don't remember the exact e-mails that were sent.      09:14:44

16     There might have been one e-mail or two e-mails       09:14:46

17     basically inquiring why they would do that, knowing   09:14:48

18     my rights full well and just kind of trying to get    09:14:52

19     more info from them.                                  09:14:57

20               I don't think they were -- they were        09:14:59

21     resistant to provide info; so I didn't have much      09:15:01

22     correspondence but perhaps an e-mail or two.          09:15:06

23          Q.   Was the RR- -- were the RR/BAYC NFTs        09:15:09

24     delisted from OpenSea multiple times?                 09:15:16

25          A.   I believe they were.  I don't know the      09:15:20
```

Page 14

**Exhibit 35
Pg. 153**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | circumstances of all of the times they were | 09:15:24 |
| 2 | delisted.  I know at least twice they were delisted | 09:15:27 |
| 3 | from fraudulent DMCA complaints. | 09:15:33 |
| 4 | Q.   Did you promote -- | 09:15:36 |
| 5 | A.   I -- I never -- sorry. | 09:15:42 |
| 6 | Q.   Did you promote the delistings on your | 09:15:43 |
| 7 | Twitter page of -- from OpenSea? | 09:15:47 |
| 8 | MR. TOMPROS:  I object.  Vague. | 09:15:49 |
| 9 | A.   Yeah, the -- the question of did I | 09:15:50 |
| 10 | promote, I don't -- I don't know if I would | 09:15:53 |
| 11 | characterize any of it as a promotion.  So I -- I | 09:15:57 |
| 12 | don't know.  I might have talked or mentioned that | 09:16:01 |
| 13 | that was something that had happened, and to the | 09:16:04 |
| 14 | extent at which I had said that, I would have to | 09:16:08 |
| 15 | understand the context and the moment of that | 09:16:13 |
| 16 | specific tweet if I had made a tweet. | 09:16:17 |
| 17 | Q.   Did you ever have any discussions with | 09:16:21 |
| 18 | Mr. Cahen about how being banned from marketplaces | 09:16:28 |
| 19 | would help promote the RR/BAYC project? | 09:16:31 |
| 20 | A.   That's possible.  I wouldn't use the word | 09:16:37 |
| 21 | "promote," though.  This word, I don't know what -- | 09:16:40 |
| 22 | it usually has to do with, like, goods and services | 09:16:44 |
| 23 | and stuff like that, and RR/BAYC is an art piece, | 09:16:47 |
| 24 | and it's a performance, and it's an expression. | 09:16:51 |
| 25 | So in the extent that you would advance an | 09:16:53 |

Page 15

**Exhibit 35
Pg. 154**

| | | |
|---|---|---|
| 1 | transferred.  It's a decentralized thing; so it can | 11:07:19 |
| 2 | be transferred many, many different ways. | 11:07:23 |
| 3 | Q.   Were -- were RR/BAYC NFTs available for | 11:07:25 |
| 4 | transfer on OpenSea? | 11:07:32 |
| 5 | A.   Not by me. | 11:07:33 |
| 6 | Q.   But you had a page on OpenSea? | 11:07:34 |
| 7 | A.   I had a page?  Did I have a page?  No. | 11:07:38 |
| 8 | Perhaps RR/BAYC collection had a page on OpenSea. | 11:07:44 |
| 9 | Q.   And who ran that collection? | 11:07:47 |
| 10 | A.   Who ran that collection?  I did because I | 11:07:50 |
| 11 | have the keys to the RR/BAYC. | 11:07:55 |
| 12 | Q.   And what did the RR/BAYC collection on | 11:07:56 |
| 13 | OpenSea look like? | 11:08:03 |
| 14 | A.   I'm not sure. | 11:08:05 |
| 15 | MR. TOMPROS:  I object.  Vague. | 11:08:06 |
| 16 | Make sure you give me a second to object. | 11:08:07 |
| 17 | THE WITNESS:  I'm sorry about that. | 11:08:10 |
| 18 | MR. TOMPROS:  That's okay. | 11:08:10 |
| 19 | Q.   You didn't capture a picture of what the | 11:08:13 |
| 20 | OpenSea page looked like on -- for the RR/BAYC NFTs? | 11:08:17 |
| 21 | A.   I can't remember if I did. | 11:08:24 |
| 22 | Q.   Do you have any images of what the RR/BAYC | 11:08:25 |
| 23 | NFT page looked like on OpenSea? | 11:08:33 |
| 24 | A.   I do remember at one point making the | 11:08:37 |
| 25 | background image the banner, if you will, to say | 11:08:47 |

Page 81

CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1      are tokens.                                    12:00:22

 2           Q.   And -- question was:  What is the name of   12:00:24

 3      that token?                                    12:00:28

 4           A.   Ryder Ripps/Bored Ape Yacht Club.    12:00:30

 5           Q.   Where does it say that on the Ethereum   12:00:32

 6      blockchain?                                     12:00:34

 7           A.   It says "contract creator" -- on this   12:00:35

 8      thing, I'm looking at "Contract Creator:  Ryder   12:00:40

 9      Ripps," and then, it says "Bored Ape Yacht Club."   12:00:42

10      But it doesn't -- that Etherscan version of this   12:00:46

11      doesn't have to say that.  That's not what -- that's   12:00:52

12      not what the NFT is.  The NFT is a verifiable set of   12:00:56

13      data, a large set of data, and that is what the NFT   12:01:06

14      is.                                             12:01:11

15           So Etherscan is not a website I designed.   12:01:13

16      It's a tool that is -- that is used to verify   12:01:16

17      things.  And as I said earlier, this tool is not   12:01:21

18      used as a piece of paper printout.  It's used as a   12:01:26

19      website, which has links, and you can copy and paste   12:01:29

20      things, and you can do -- do things with it.  You   12:01:32

21      can interact with it.                           12:01:34

22           And so, you know, I don't know -- like, I   12:01:36

23      don't know why Etherscan does what it does.  It's   12:01:41

24      not my website, but if you were to look at the raw   12:01:45

25      data on the blockchain, it would display completely   12:01:47
```

Page 106

**Exhibit 35
Pg. 156**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | So, I mean, I could only assume that him | 17:49:24 |
| 2 | making sure that people understand NFTs and, you | 17:49:27 |
| 3 | know, are -- are engaging with the technology on a | 17:49:34 |
| 4 | very real basis, not kind of like this fraudulent | 17:49:38 |
| 5 | basis that a lot of companies such as Yuga Labs and | 17:49:43 |
| 6 | OpenSea and others have -- have done, but in a way | 17:49:49 |
| 7 | that that -- that is really engaging with the | 17:49:52 |
| 8 | technology, I would say that there's no question in | 17:49:55 |
| 9 | my mind, just knowing Ryan, I can't -- like I said, | 17:49:58 |
| 10 | I can't speak for anyone, but just knowing him, that | 17:50:00 |
| 11 | that would be something that he would definitely | 17:50:03 |
| 12 | care about is making sure that people understand | 17:50:05 |
| 13 | that NFTs are not the images. | 17:50:09 |
| 14 | Q.  And you don't recall ever discussing with | 17:50:19 |
| 15 | Mr. Lehman that you can't have the same art on the | 17:50:22 |
| 16 | site?  "Same art" being the BAYC NFTs and the | 17:50:26 |
| 17 | RR/BAYC NFTs. | 17:50:30 |
| 18 | A.  I don't remember every single discussion | 17:50:30 |
| 19 | I've had with anyone, so... | 17:50:33 |
| 20 | Q.  You've never heard Mr. Lehman say, "It's | 17:50:35 |
| 21 | just insane to have the same art"? | 17:50:39 |
| 22 | A.  I don't remember reading that but I'm | 17:50:42 |
| 23 | reading it now. | 17:50:44 |
| 24 | Q.  Did you ever have that discussion with | 17:50:45 |
| 25 | Mr. Lehman? | 17:50:50 |

Page 279

**Exhibit 35**
**Pg. 157**