# Exhibit 36

Exhibit 36
Pg. 158

```
 1            UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   YUGA LABS, INC.,              )
 6                 Plaintiff,      )
 7        VS.                      )   NO. 2:22-CV-04355
 8   RYDER RIPPS, JEREMY CAHEN,    )      JFW-JEM
 9                 Defendants.     )
10   _____  )
11
12
13   DEPOSITION OF:
14            JEREMY CAHEN
15            WEDNESDAY, JANUARY 11, 2023
16            9:18 A.M.
17
18
19
20   REPORTED BY:
21            Sari M. Knudsen
22            CSR No. 13109
23
24
25

                                        Page 1
```

```
 1           Deposition of JEREMY CAHEN, taken on behalf
 2           of the PLAINTIFF, at 2049 Century Park
 3           East, Suite 2480, Los Angeles, California,
 4           on WEDNESDAY, JANUARY 11, 2023, before
 5           Sari M. Knudsen, CSR No. 13109.
 6
 7
 8   APPEARANCES OF COUNSEL:
 9
10   FOR THE PLAINTIFF:
11           FENWICK & WEST LLP
12           BY:  ERIC BALL, ESQ.
13           801 California Street
14           Mountain View, California  94041
15           650-988-8500
16                AND
17           FENWICK & WEST LLP
18           BY:  ETHAN THOMAS, ESQ.
19           555 California Street, 12th Floor
20           San Francisco, California  94104
21           415-875-2300
22
23
24
25
                                                    Page 2
```

```
 1   APPEARANCES OF COUNSEL:  (CONTINUED)
 2
 3   FOR THE DEFENDANT:
 4         WILMER CUTLER PICKERING HALE AND DORR LLP
 5         BY:  LOUIS TOMPROS, ESQ.
 6         60 State Street
 7         Boston, Massachusetts  02109
 8         617-525-6000
 9
10   ALSO PRESENT:
11         RICHARD SMITH, VIDEOGRAPHER
12         RYDER RIPPS
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      I N D E X
 2   WITNESS              EXAMINATION               PAGE
 3   JEREMY CAHEN         (BY MR. BALL)               9
 4
 5
 6
 7
 8
 9
10                       E X H I B I T S
11   EXHIBIT NO.    PAGE  DESCRIPTION
12   Exhibit 80      38     Printout from Etherscan
13   Exhibit 81      57     Defendants' Answers,
14                          Defenses and Counterclaims
15                          to Complaint
16   Exhibit 82      75     Screenshot from RRBAYC
17   Exhibit 83      90     Text messages
18   Exhibit 84     102     Screenshot from ApeMarket
19   Exhibit 85     108     Screenshot from ApeMarket
20   Exhibit 86     117     Screenshot from ApeMarket
21   Exhibit 87     122     Document titled "BAYC
22                          Holder"
23   Exhibit 88     124     Document Titled "BAYC
24                          Holder"
25   Exhibit 89     129     Chat messages
```

| | | | |
|---|---|---|---|
| 3 | Exhibit 90 | 133 | Trademark information |
| 4 | Exhibit 91 | 140 | Twitter message |
| 5 | Exhibit 92 | 153 | Chat messages |
| 6 | Exhibit 93 | 191 | Twitter messages |
| 7 | Exhibit 94 | 196 | Document with "RR/BAYC" |
| 8 | Exhibit 95 | 196 | Document with "Ape Market" |
| 9 | Exhibit 96 | 228 | Accounting spreadsheet of ETH |
| 11 | Exhibit 97 | 252 | Chat messages |
| 12 | Exhibit 98 | 257 | Chat messages |
| 13 | Exhibit 99 | 260 | Chat messages |
| 14 | Exhibit 100 | 263 | Chat messages |
| 15 | Exhibit 101 | 270 | Chat messages |
| 16 | Exhibit 102 | 284 | Twitter messages |
| 17 | Exhibit 103 | 288 | Spreadsheet of ETH |
| 18 | Exhibit 104 | 317 | Twitter message |
| 19 | Exhibit 105 | 318 | Chat messages |
| 20 | Exhibit 106 | 319 | Chat messages |
| 21 | Exhibit 107 | 322 | Chat messages |
| 22 | Exhibit 108 | 323 | Chat messages |
| 23 | Exhibit 109 | 328 | Chat messages |
| 24 | Exhibit 110 | 331 | Chat messages |

Page 5

```
 1                PREVIOUSLY MARKED EXHIBITS
 2    EXHIBIT NO.   PAGE
 3    Exhibit 28      70
 4    Exhibit 32     223
 5    Exhibit 41     234
 6    Exhibit 44     239
 7    Exhibit 60     326
 8    Exhibit 78      46
 9    Exhibit 79      49
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 6
```

| | | |
|---|---|---|
| 1 | LOS ANGELES, CALIFORNIA | |
| 2 | WEDNESDAY, JANUARY 11, 2023; 9:18 A.M. | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | THE VIDEOGRAPHER: Okay. Good morning. We are | |
| 7 | going on the record. The time is now 9:18. Today's | 9:18:04 |
| 8 | date is January the 11th, 2023. | 9:18:07 |
| 9 | Please note that the microphones are | 9:18:08 |
| 10 | sensitive and may pick up whispering and private | 9:18:10 |
| 11 | conversations. Please mute your microphones at this | 9:18:12 |
| 12 | time. | 9:18:14 |
| 13 | Audio and video recording will continue to | 9:18:16 |
| 14 | take place unless all parties are agreeing to go off | 9:18:19 |
| 15 | the record. | 9:18:20 |
| 16 | This is media unit No. 1 of the video | 9:18:22 |
| 17 | recorded deposition of Mr. Jeremy Cahen. It's being | 9:18:26 |
| 18 | taken by counsel for the plaintiff in the matter of | 9:18:28 |
| 19 | "Yuga Labs, Incorporated, versus Ryder Ripps and | 9:18:30 |
| 20 | Jeremy Cahen," pending trial in the United States | 9:18:36 |
| 21 | District Court for the Central District of | 9:18:37 |
| 22 | California. The docket number is | 9:18:42 |
| 23 | 2:22-CV-04355-JFW-JEM. | 9:18:50 |
| 24 | The location of the deposition is the | 9:18:53 |
| 25 | Veritext office in Century City located at | 9:18:57 |

Page 7

| | | |
|---|---|---|
| 1 | 2049 Century Park East, Suite 2480, Century Park, | 9:19:03 |
| 2 | California 90067. | 9:19:05 |
| 3 |     My name is Richard Smith.  I'm here with | 9:19:10 |
| 4 | Veritext Legal Solutions.  I'm the videographer. | 9:19:12 |
| 5 | The court reporter today is Ms. Sari Knudsen.  She's | 9:19:16 |
| 6 | also with Veritext Legal Solutions. | 9:19:18 |
| 7 |     I am not related to any party in this | 9:19:21 |
| 8 | action nor am I financially interested in the | 9:19:23 |
| 9 | outcome. | 9:19:23 |
| 10 |     If there are any objections to the | 9:19:26 |
| 11 | proceeding, please state them at the time of your | 9:19:29 |
| 12 | appearance.  It will begin with the noticing | 9:19:31 |
| 13 | attorney. | 9:19:34 |
| 14 |   MR. BALL:  Eric Ball from Fenwick & West for | 9:19:37 |
| 15 | Yuga Labs. | 9:19:40 |
| 16 |   MR. TOMPROS:  Good morning.  Louis Tompros, from | 9:19:42 |
| 17 | Wilmer Cutler Pickering Hale & Dorr, representing | 9:19:44 |
| 18 | defendants Jeremy Cahen and Ryder Ripps.  Mr. Ripps | 9:19:48 |
| 19 | is also present for this deposition. | 9:19:51 |
| 20 |     And just before we begin, I'd like to make | 9:19:53 |
| 21 | sure I don't forget.  Mr. Cahen reserves the right | 9:19:56 |
| 22 | to read and sign.  And the parties have agreed that | 9:19:58 |
| 23 | communications during the break are protected by the | 9:20:01 |
| 24 | attorney-client privilege. | 9:20:02 |
| 25 |   THE VIDEOGRAPHER:  Thank you. | 9:20:02 |

Page 8

| | | |
|---|---|---|
| 1 | And could I have the court reporter please | 9:20:04 |
| 2 | swear in the witness. | 9:20:15 |
| 3 | | 9:20:15 |
| 4 | JEREMY CAHEN, | 9:20:19 |
| 5 | having been first duly sworn, was | 9:20:19 |
| 6 | examined and testified as follows: | 9:20:19 |
| 7 | | 9:20:21 |
| 8 | THE VIDEOGRAPHER:  Okay.  We are on the record. | 9:20:23 |
| 9 | | 9:20:23 |
| 10 | EXAMINATION | 9:20:23 |
| 11 | | 9:20:23 |
| 12 | BY MR. BALL: | 9:20:23 |
| 13 | Q   Good morning, Mr. Cahen. | 9:20:25 |
| 14 | A   Good morning. | 9:20:26 |
| 15 | Q   You just heard the court reporter there | 9:20:29 |
| 16 | swear you under oath? | 9:20:30 |
| 17 | A   Yes. | 9:20:30 |
| 18 | Q   Do you understand what that means? | 9:20:31 |
| 19 | A   Yes. | 9:20:31 |
| 20 | Q   What does it mean? | 9:20:33 |
| 21 | A   That I'm going to answer all questions | 9:20:34 |
| 22 | truthfully. | 9:20:35 |
| 23 | Q   Under the penalty of perjury? | 9:20:38 |
| 24 | A   Yes. | 9:20:39 |
| 25 | Q   And I'm sure Mr. Tompros informed you on | 9:20:42 |

Page 9

| | | |
|---|---|---|
| 1 | remark or anything.  It's just very technical, and | 9:51:00 |
| 2 | it's very confusing.  There's a lot of | 9:51:02 |
| 3 | misunderstandings about how all of this stuff works. | 9:51:05 |
| 4 |     Q    Have you sold RR BAYC NFT's through the | 9:51:09 |
| 5 | Ethereum blockchain? | 9:51:11 |
| 6 |     A    My answer is the same as it was before to | 9:51:13 |
| 7 | that question. | 9:51:15 |
| 8 |     Q    What is the answer? | 9:51:16 |
| 9 |     A    The answer is that I cannot respond because | 9:51:19 |
| 10 | we would need a specific contract address.  Saying | 9:51:22 |
| 11 | RR BAYC NFT's is much too broad. | 9:51:26 |
| 12 |     Q    Why? | 9:51:27 |
| 13 |     A    Because like I explained, on the | 9:51:29 |
| 14 | blockchain, there could be a thousand things called | 9:51:33 |
| 15 | RR BAYC NFT's.  And in order for me to identify one, | 9:51:38 |
| 16 | I would need a contract address.  Just like I would | 9:51:41 |
| 17 | need a wallet address to identify a wallet. | 9:51:43 |
| 18 |     Q    What is the contract address for the | 9:51:47 |
| 19 | RR BAYC's? | 9:51:49 |
| 20 |     A    I don't have it memorized. | 9:51:50 |
| 21 |     Q    What is the first three alphanumeric -- | 9:51:55 |
| 22 |     A    I don't have a single digit memorized. | 9:51:59 |
| 23 |     Q    What is the name of the token for the | 9:52:02 |
| 24 | RR BAYC NFT's? | 9:52:06 |
| 25 |     A    I would have to check the block explorer to | 9:52:08 |

Page 37

```
 1   explain to you.  I believe it's Bored Ape Yacht       9:52:13
 2   Club.  And when I say "Bored Ape Yacht Club," what    9:52:19
 3   I'm referring to very specifically is I believe that  9:52:21
 4   the name of the RR BAYC NFT contract that this        9:52:28
 5   dispute is about is Bored Ape Yacht Club on           9:52:34
 6   Etherscan.IO, E-T-H-E-R-S-C-A-N, dot IO.              9:52:42
 7           On Etherscan.IO, there will be what is        9:52:45
 8   called a token tracker for a given contract.  And    9:52:48
 9   that should have -- my recollection of that is that   9:52:52
10   the name of that is Bored Ape Yacht Club on the       9:52:55
11   Etherscan Ethereum blockchain Explorer.               9:53:01
12           I'm going to have to try to speak slow        9:53:02
13   because I take for granted that a lot of this stuff   9:53:05
14   is very technical.                                    9:53:06
15           But that's, you know -- that's what a lot     9:53:09
16   of this is about.  We want to educate people about   9:53:11
17   how this stuff functions.                             9:53:12
18       MR. BALL:  Madam court reporter, can you mark     9:53:14
19   as -- this is -- next exhibit as Exhibit 80.          9:53:23
20           (Whereupon Plaintiff's Exhibit 80             9:53:25
21           was marked for identification)                9:53:29
22   BY MR. BALL:                                          9:53:29
23       Q   Mr. Cahen, you have what has been marked as   9:53:36
24   Exhibit 80.                                           9:53:37
25           Can you please identify Exhibit 80 for me?    9:53:42
```

Page 38

|   |   |   |
|---|---|---|
| 1 | answering the question. | 11:49:49 |
| 2 | Q   Which is just does Mr. Ripps -- the URI | 11:49:55 |
| 3 | that he uses -- that you said he uses for part of | 11:49:58 |
| 4 | his project, link to or refer to -- | 11:50:04 |
| 5 | A   I didn't say that he uses it. | 11:50:06 |
| 6 | MR. TOMPROS:  Hold on.  Let him finish the | 11:50:07 |
| 7 | question. | 11:50:07 |
| 8 | THE WITNESS:  Pardon.  You can go ahead. | 11:50:09 |
| 9 | BY MR. BALL: | 11:50:10 |
| 10 | Q   Who -- you referred to Mr. Ripps's URI as | 11:50:13 |
| 11 | part of -- | 11:50:14 |
| 12 | A   No. | 11:50:14 |
| 13 | Q   Okay.  What is the URI as part of the | 11:50:16 |
| 14 | RR BAYC nonfungible token? | 11:50:18 |
| 15 | A   It's an image resolver that's part of a | 11:50:22 |
| 16 | token smart contract. | 11:50:23 |
| 17 | Q   Okay. | 11:50:23 |
| 18 | A   I never said that it was his.  It's part of | 11:50:25 |
| 19 | the token.  It is -- it is involved with the art | 11:50:29 |
| 20 | project. | 11:50:29 |
| 21 | Q   Okay. | 11:50:29 |
| 22 | A   That's for sure. | 11:50:31 |
| 23 | Q   So the URI involved with the RR BAYC art | 11:50:37 |
| 24 | project -- | 11:50:37 |
| 25 | A   Yeah.  Sure.  Go ahead. | 11:50:38 |

Page 106

```
 1      Q    -- that points to the same images that BAYC    11:50:42
 2   uses --                                                11:50:42
 3      A    Yes.                                           11:50:43
 4      Q    -- that you say are racist?                    11:50:44
 5      A    Yeah.  That's the whole point of the           11:50:47
 6   project is to draw attention to Neo-Nazism, racism,    11:50:51
 7   pedophilia, financial fraud, Yuga Labs, Ape Coin,      11:50:55
 8   Fenwick & West and FTX, who are all business           11:50:59
 9   partners, as well as OpenSea.                          11:51:02
10      Q    Was another point of the project to save      11:51:05
11   Yuga Labs' NFT holders' money?                         11:51:09
12      A    It was an idea that was discussed.  And       11:51:10
13   I'm a big fan of helping decentralized web users not   11:51:14
14   have to give their hard-earned finances to             11:51:17
15   centralized, corrupt entities such as Yuga, OpenSea,   11:51:22
16   Ape Coin, Fenwick & West and FTX.                      11:51:26
17      MR. BALL:  I'm going to reserve an objection        11:51:29
18   here for the repeated, you know, soliloquy from        11:51:34
19   Mr. Cahen that if he's wasting my time and my time     11:51:37
20   on the record, that we will ask the court for more     11:51:40
21   time if he's going to have a standard soliloquy over   11:51:44
22   and over again that he's testified to.                 11:51:46
23           So that is nonresponsive to the question.      11:51:48
24      MR. TOMPROS:  So to be clear, we disagree that      11:51:50
25   was nonresponsive to the question.  The question was   11:51:53
```

```
 1   looks like an image of a tweet.                        12:13:53
 2       A    It looks like an image of a tweet.  Not a    12:13:56
 3   tweet itself.  A tweet would be on the website.       12:13:58
 4       Q    Do you recall tweeting this image?           12:14:00
 5       A    Not particularly.  This looks like -- if     12:14:04
 6   this is accurate, the information that is on this    12:14:06
 7   page, it looks like it's from June 2.  That's a long 12:14:09
 8   time ago.  Yeah.  It's a while ago.  I don't          12:14:13
 9   remember anything from that month.                    12:14:15
10       Q    How many tweets approximately did you do     12:14:18
11   with Ape Marketplace in the Twitter account?          12:14:21
12       A    It wasn't many.  I would guess maybe six or  12:14:24
13   something like that.  Maybe ten.  I couldn't tell     12:14:26
14   you.  Just -- it was a very small amount, I think,    12:14:29
15   if I recall correctly.                                12:14:30
16       Q    But you don't remember this one tweet being  12:14:34
17   one of the six to ten?                                12:14:35
18       A    I remember the image and -- yeah.  It --     12:14:39
19   yeah.  It -- I don't recall any specific tweets.      12:14:44
20       Q    You remember this image but not the          12:14:46
21   specific tweets?                                      12:14:47
22       A    Correct.                                     12:14:48
23       Q    So you don't remember promoting to the       12:14:51
24   public that RR BAYC and Ape Market are registered    12:14:56
25   trademarks?                                           12:14:57
```

Page 125

```
 1   specific conversation, but I would assume that there    2:50:30
 2   was one, if it was changed.  You know, we discussed     2:50:33
 3   things as a team.                                       2:50:34
 4        Q    And why was it changed to RR redacted?        2:50:36
 5        A    I couldn't -- I couldn't tell you.  I don't   2:50:40
 6   remember.                                               2:50:40
 7        Q    What could help you remember?                 2:50:43
 8        A    I don't think anything could help me          2:50:44
 9   remember.  My memory is just not good unfortunately.    2:50:48
10        MR. BALL:  Go ahead and take a break and go off    2:50:50
11   the record.                                             2:50:51
12        MR. TOMPROS:  Sounds good.                         2:50:52
13        THE VIDEOGRAPHER:  One moment please.              2:50:54
14             We are going -- going off -- we are going     2:50:57
15   off the record.  The time is now 2:50.  This is the    2:51:01
16   end of media No. 4 of the deposition of Mr. Jeremy     2:51:03
17   Cahen.                                                  2:51:05
18             (Whereupon a recess was taken)                2:51:06
19        THE VIDEOGRAPHER:  And we are back on the          3:01:52
20   record.  The time is now 3:01.  This is media No. 5    3:01:56
21   of the deposition of Mr. Jeremy Cahen.                  3:02:00
22   BY MR. BALL:                                            3:02:00
23        Q    Mr. Cahen, does the RR BAYC NFT's have any   3:02:14
24   competitors?                                            3:02:14
25        A    I don't -- I don't really think of art in    3:02:20
```

Page 201