# Exhibit 37

Exhibit 37
Pg. 174

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA


    YUGA LABS, INC.,              )
                                  )
              Plaintiff,          )
                                  )
    vs.                           ) Case No.
                                  ) 2:22-cv-04355-JFW-JEM
    RYDER RIPPS and JEREMY        )
    CAHEN,                        )
                                  )
              Defendants.         )
    _____)




                       CONFIDENTIAL
            VIDEOTAPED DEPOSITION OF RYAN HICKMAN
             Taken on Wednesday, December 7, 2022
       By a Certified Stenographer and Legal Videographer
                         At 9:11 a.m.
              At 9275 West Russell Road, Suite 240
                       Las Vegas, Nevada




                 Stenographically reported by:
            Holly Larsen, NV CCR 680, CA CSR 12170
```

Page 1

```
 1    APPEARANCES:
 2    For the Plaintiff:
 3           FENWICK & WEST, LLP
              BY:  KIMBERLY I. CULP, ESQ.
 4            BY:  ANTHONY M. FARES, ESQ.
              801 California Street
 5            Mountain View, California 94041
              650.988.8500
 6            kculp@fenwick.com
 7    For the Defendants:
 8           WILMERHALE
              BY:  DEREK A. GOSMA, ESQ.
 9            350 South Grand Avenue
              Suite 2400
10            Los Angeles, California 90071
              213.443.5300
11            derek.gosma@wilmerhale.com
12    The Legal Videographer:
13           SAMUEL CAMACHO
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 2
```

```
 1                       I N D E X
 2   WITNESS                                          PAGE
 3   RYAN HICKMAN
 4         Examination by Ms. Culp                10, 302
           Examination by Mr. Gosma              275, 304
 5
 6
 7
 8
 9                       E X H I B I T S
10   NUMBER                                          PAGE
11   Exhibit 1        Subpoena                         19
12   Exhibit 2        Subpoena                         21
13   Exhibit 3        Email chain                      22
14   Exhibit 4        Email                            30
15   Exhibit 5        Email chain                      33
16   Exhibit 6        Email                            33
17   Exhibit 7        Email                            34
18   Exhibit 8        Group chat                       41
19   Exhibit 9        Group chat                       46
20   Exhibit 10       Group chat                       51
21   Exhibit 11       Group chat                       57
22   Exhibit 12       Group chat                       62
23   Exhibit 13       Tweet                            67
24   Exhibit 14       Group chat                       72
25   Exhibit 15       Group chat                       75
```

| | | |
|---|---|---|
| Exhibit 16 | Group chat with Letter of Authorization | 87 |
| Exhibit 17 | Group chat | 90 |
| Exhibit 18 | Group chat | 94 |
| Exhibit 19 | Group chat | 96 |
| Exhibit 20 | Group chat | 103 |
| Exhibit 21 | Group chat | 125 |
| Exhibit 22 | Group chat | 130 |
| Exhibit 23 | Group chat | 135 |
| Exhibit 24 | Group chat | 141 |
| Exhibit 25 | Etherscan | 143 |
| Exhibit 26 | Group chat | 144 |
| Exhibit 27 | Web page | 146 |
| Exhibit 28 | Web page | 149 |
| Exhibit 29 | Web page | 153 |
| Exhibit 30 | Group chat | 155 |
| Exhibit 31 | Group chat | 158 |
| Exhibit 32 | Group chat | 162 |
| Exhibit 33 | Group chat | 168 |
| Exhibit 34 | Group chat | 170 |
| Exhibit 35 | Web page | 172 |
| Exhibit 36 | Etherscan | 174 |
| Exhibit 37 | Group chat | 179 |
| Exhibit 38 | Group chat | 183 |
| Exhibit 39 | Group chat | 187 |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Exhibit 40 | Group chat | 190 |
| 2 | Exhibit 41 | Group chat | 191 |
| 3 | Exhibit 42 | Group chat | 194 |
| 4 | Exhibit 43 | Tweet | 196 |
| 5 | Exhibit 44 | Group chat | 197 |
| 6 | Exhibit 45 | Tweet | 199 |
| 7 | Exhibit 46 | Tweet | 204 |
| 8 | Exhibit 47 | Group chat | 205 |
| 9 | Exhibit 48 | Group chat | 219 |
| 10 | Exhibit 49 | Group chat | 221 |
| 11 | Exhibit 50 | Group chat | 226 |
| 12 | Exhibit 51 | Group chat | 231 |
| 13 | Exhibit 52 | Group chat | 233 |
| 14 | Exhibit 53 | Group chat | 234 |
| 15 | Exhibit 54 | Group chat | 236 |
| 16 | Exhibit 55 | Group chat | 238 |
| 17 | Exhibit 56 | Group chat | 240 |
| 18 | Exhibit 57 | Group chat | 241 |
| 19 | Exhibit 58 | Group chat with Letter of Authorization | 244 |
| 20 | | | |
| 21 | Exhibit 59 | Group chat | 246 |
| 22 | Exhibit 60 | Group chat | 250 |
| 23 | Exhibit 61 | Group chat | 250 |
| 24 | Exhibit 62 | Group chat | 251 |
| 25 | Exhibit 63 | Group chat | 252 |

| | | | |
|---|---|---|---|
| 1 | Exhibit 64 | Group chat | 256 |
| 2 | Exhibit 65 | Group chat | 260 |
| 3 | Exhibit 66 | Group chat | 261 |
| 4 | Exhibit 67 | Group chat | 262 |
| 5 | Exhibit 68 | Group chat | 263 |
| 6 | Exhibit 69 | Group chat | 264 |
| 7 | Exhibit 70 | Group chat | 267 |
| 8 | Exhibit 71 | Group chat | 270 |
| 9 | Exhibit 72 | Etherscan | 270 |
| 10 | Exhibit 73 | Tweet | 272 |

Page 6

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | -oOo- |
| 3 |   |
| 4 | THE VIDEOGRAPHER: Good morning. We are |
| 5 | going on the record at 9:11 a.m., December 7, 2022. |
| 6 | Please note that the microphones are |
| 7 | sensitive and may pick up whispering and private |
| 8 | conversations. Please mute your phones at this |
| 9 | time. Audio and video recording will continue to |
| 10 | take place unless all parties agree to go off the |
| 11 | record. |
| 12 | This is Media Unit 1 of the |
| 13 | video-recorded deposition of Ryan Hickman taken by |
| 14 | counsel for plaintiff in the matter of Yuga Labs, |
| 15 | Inc., versus Ryder Ripps and Jeremy Cahen, filed in |
| 16 | the United States District Court of the Central |
| 17 | District of California, Case Number |
| 18 | 2:22-CV-04355-JFW-JEM. The location of the |
| 19 | deposition is 9275 West Russell Road, Suite 240, |
| 20 | Las Vegas, Nevada. |
| 21 | My name is Samuel Camacho representing |
| 22 | Veritext, and I am the videographer. The court |
| 23 | reporter is Holly Larsen from the firm Veritext. |
| 24 | I am not authorized to administer an |
| 25 | oath, I am not related to any party in this action, |

CONFIDENTIAL

1 nor am I financially interested in the outcome. If
2 there are any objections to proceeding, please state
3 them at the time of your appearance.
4             Counsel and all present, including
5 remotely, will now state their appearances and
6 affiliations for the record, beginning with the
7 noticing attorney.
8             MS. CULP: Good morning. I'm Kimberly
9 Culp with the law firm Fenwick & West representing
10 Yuga Labs.
11             MR. FARES: Good morning. I'm Anthony
12 Fares with the law firm Fenwick & West representing
13 Yuga Labs.
14             MR. GOSMA: This is Derek Gosma of
15 WilmerHale representing the Defendants, Mr. Ripps
16 and Mr. Cahen.
17             THE VIDEOGRAPHER: Will the court
18 reporter please swear in the witness and counsel may
19 proceed.
20 Whereupon,
21             RYAN HICKMAN,
22 having been first duly sworn to testify to the
23 truth, was examined, and testified as follows:
24 ///
25 ///

```
 1    and SAS model in the sense of it's really
 2    software-oriented, not here's an NFT, click a mint
 3    button, and hopefully there's enough speculation and
 4    hype that everybody minted at that moment.  Market
 5    makers come in -- this wasn't being treated as a
 6    meme coin, as they say, a token.  It was being
 7    treated as something that was a little more involved
 8    than that.
 9         Q.    Do you have an idea what happened on or
10    about June 2, 2022, that led to the increase in
11    mints?
12         A.    I don't remember.
13               (Exhibit 25 marked.)
14    BY MS. CULP:
15         Q.    Do you know what Exhibit 25 is?
16         A.    I don't.  I know it's a smart contract.
17    I don't know which one.
18         Q.    The bottom right tracker says "Bored Ape
19    Yacht Club."
20               Do you see that?
21         A.    Yes.
22         Q.    What does "Bored Ape Yacht Club" refer
23    to?
24         A.    The name that's placed in the token
25    tracker.
```

Page 143

```
 1        Q.      And the name of this token tracker is
 2    Bored Ape Yacht Club?
 3        A.      Correct.
 4        Q.      And in the community of people who buy
 5    NFTs, what is Bored Ape Yacht Club?
 6        A.      It is an NFT -- it's an NFT.
 7        Q.      Made by who?
 8        A.      Made by Yuga Labs.
 9        Q.      In parentheses it says "BAYC."
10                Do you see that?
11        A.      Yes.
12        Q.      What does "BAYC" refer to?
13        A.      Initials of Bored Ape Yacht Club.
14        Q.      It's an acronym for the Bored Ape Yacht
15    Club NFT made by Yuga Labs?
16        A.      Correct.
17                (Exhibit 26 marked.)
18    BY MS. CULP:
19        Q.      Do you see Exhibit 26?
20        A.      Yes.
21        Q.      It's a Twitter page, Ape Market?
22        A.      Uh-huh.
23        Q.      And if you look down, looks like three
24    tweets, where it says "Get ready"?
25        A.      Okay.
```

```
 1      Q.      And then the "deeds," what is that?
 2      A.      The other deeds made by Yuga Labs.
 3              (Exhibit 27 marked.)
 4   BY MS. CULP:
 5      Q.      What is Exhibit 27?
 6      A.      RR/BAYC.com -- a printout from
 7   RR/BAYC.com.
 8      Q.      Obviously not the full printout because
 9   there were 10,000 ape images on the website;
10   correct?
11      A.      Correct.
12      Q.      At the very top there's the URL, and
13   we've talked about the domain already; correct?
14      A.      Yes.
15      Q.      Then immediately below that there is a
16   logo; correct?
17      A.      Correct.
18      Q.      What logo is that?
19      A.      That is the protest logo that Ryder
20   created.
21      Q.      The "RR/BAYC" below that refers to Ryder
22   Ripps/Bored Ape Yacht Club, right below the logo?
23      A.      It stands for RR/BAYC, yes.
24      Q.      And all of the images, the ape images
25   that are on the URL, those are the ape images that
```

Page 146

```
 1    point -- that Yuga Labs' BAYC tokens point to and
 2    also the RR/BAYC tokens point to?
 3         A.    That several collections point to, yes.
 4         Q.    And the numbering is the same?
 5         A.    The numbers are -- I believe the numbers
 6    are referenced the same, yes.
 7         Q.    Between the BAYC and the RR/BAYC
 8    collections?
 9         A.    Correct, yes.  The data from OpenSea
10    populated in the form.
11         Q.    There's a Proton mail account referenced
12    right below -- right above Mr. Ripps' name,
13    RRBAYC@protonmail.com.
14               Do you see that?
15         A.    Yes.
16         Q.    Did you ever have access to that email
17    account?
18         A.    No.
19         Q.    Have you ever seen any emails that have
20    come in or out of that email account?
21         A.    What do you mean by seen emails?
22         Q.    Like we've seen some examples in Discord
23    where people have screenshotted things and added
24    them to the chat.
25               Have you ever seen anything that appears
```

Page 147

```
 1    enter would be the number for that particular ape
 2    that is associated with that image for the BAYC NFT
 3    and that same number for the RR/BAYC NFT?
 4         A.     Incorrect.  The form connects to
 5    OpenSea.  You type in a number, and it looks up the
 6    OpenSea API and gives back the ID of the BAYC.  And
 7    the Foundation contract that operates in a different
 8    sequence of token numbers takes the next available
 9    token number and assigns the next available token
10    number to whatever the person selected.
11                So let's say if 300 of these things were
12    already minted and I chose Number 1, I wouldn't
13    receive Number 1.  I would receive an image that
14    OpenSea designated as Number 1.  Associated to my
15    token it would be Number 301.
16         Q.     So the ape ID refers to the BAYC token
17    ID number?
18         A.     Ape refers to the data that OpenSea
19    gives, yes.
20         Q.     For the BAYC NFT?
21         A.     Correct.
22                (Exhibit 28 marked.)
23    BY MS. CULP:
24         Q.     Do you have Exhibit 28 in front of you?
25         A.     Yes.
```

```
 1      Q.      Have you seen a version of 28 before?
 2      A.      Yes.
 3      Q.      What is Exhibit 28 an image of?
 4      A.      This is the Foundation website.
 5      Q.      For what?
 6      A.      Looks to be Bored Ape Yacht Club.
 7              No, this is the -- this is the -- it
 8   looks like it's Ryder's page.  Yeah.  This is the
 9   Foundation of Ryder's -- the beginning of cannot
10   copy an NFT.
11      Q.      You're sure -- you took a look at it --
12   that this is the Foundation page for Mr. Ripps'
13   Bored Ape Yacht Club?
14      A.      Yes.  You base everything on the
15   numbers, the names.  You just -- I've actually never
16   been to the page, but I can obviously look and tell.
17   I see Ryder's face here.  I see the amount.  The
18   collections has 80 people.  There's only 60 holders.
19   There's no -- barely -- volume.  So I know that this
20   is not the Yuga Labs Bored Ape Yacht Club.
21      Q.      How do you know that by the collection
22   where it says collection of 80 that it's not Yuga
23   Labs' Bored Ape Yacht Club?
24      A.      Everybody that trades NFT goes through a
25   cycle where you learn what these things are, and
```

```
 1    this instance?
 2        A.      It says Ryder Ripps.
 3        Q.      It wasn't you?
 4        A.      No.  Only the contract address that owns
 5    this can control that.
 6        Q.      And the next dialogue box is "BAYC," and
 7    there's a little arrow out, right under the logo.
 8                Do you see that?
 9        A.      Yes.
10        Q.      Who inputs that information?
11        A.      I actually do not know.
12        Q.      The next line is "Bored Ape Yacht Club."
13                Do you see that?
14        A.      Yes.
15        Q.      Who puts in that information?
16        A.      I believe they -- I'm not certain, but I
17    believe the page administrator.
18        Q.      That would be Mr. Ripps?
19        A.      Yes.
20                (Exhibit 29 marked.)
21    BY MS. CULP:
22        Q.      Do you know what Exhibit 29 is?
23        A.      The OpenSea page.
24        Q.      For what?
25        A.      For the RR/BAYC.
```

Page 153

```
 1        Q.     And how do you know that?
 2        A.     Because it says "RR/BAYC."  I don't have
 3   the full token -- oh, it is here.  The URL, the
 4   logo.  It's the protest logo protesting the Nazi
 5   logo.  It says "RR/BAYC."  It says "by Ryder Ripps."
 6   There's not a blue check.  I know by the number of
 7   items.  I know by the number of owners.  I know by
 8   the floor price.  I even know by the volume that
 9   these indicators are this isn't the BAYC.  It's a
10   different version of that type of content.
11               I would ordinarily click on the
12   Etherscan link and open the link and triple-check in
13   that case.
14        Q.     Did you have anything to do with
15   creating the OpenSea page that we see here as
16   Exhibit 29?
17        A.     OpenSea pages are automatically created
18   by OpenSea.  OpenSea reads the blockchain whenever a
19   new contract comes in, they ingest it, and put it on
20   their site.
21        Q.     So who inputs the logo, for instance?
22   OpenSea does that?
23        A.     An admin does have to put the logo in.
24   An admin has to put, you know, bioinformation in.
25   It says you can't copy an NFT.  So an administrator
```

Page 154






