# Exhibit 38

Exhibit 38
Pg. 193



**RYDER RIPPS** 🠚 SOON ✓
@ryder_ripps

# RYDER RIPPS BORED APE YACHT CLUB

rrbayc.com
RR/BAYC
Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT.

10:53 AM · Mar 5, 2023 · **4,195** Views

**17** Retweets   **1** Quote Tweet   **60** Likes

**Exhibit 38**
**Pg. 194**