1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6
   ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12
   Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.
14

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17            WESTERN DIVISION – Los Angeles

18

19 YUGA LABS, INC.,                          Case No.: 2:22-cv-04355-JFW-JEM

20        Plaintiff and                      **DECLARATION OF GREG SOLANO
          Counterclaim Defendant,            IN SUPPORT OF YUGA LABS,
21                                           INC.'S OPPOSITION TO MOTION
                                             TO STAY PROCEEDINGS**
22     v.
                                             Date:      March 27, 2023
23 RYDER RIPPS, JEREMY CAHEN,                Time:      1:30 P.M.
                                             Courtroom: 7A
24        Defendants and
          Counterclaim Plaintiffs.
25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10

11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

SOLANO DECLARATION ISO YUGA LABS'
OPPOSITION TO MOTION TO STAY PROCEEDINGS

Case No. 2:22-cv-04355-JFW-JEM

I, Greg Solano, declare:

1.      I am co-founder and co-president of Yuga Labs, Inc. ("Yuga Labs").  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.      I submit this declaration in support of Yuga Labs' Opposition to Motion to Stay.

3.      In early 2021, Yuga Labs created, and developed the smart contract behind, the Bored Ape Yacht Club ("BAYC"), which consists of unique collectible works of digital art (each an NFT) when executed on the Ethereum blockchain.

4.      Yuga Labs sold licenses for users to mint these BAYC NFTs for approximately 0.08 Ethereum each, which amounted to approximately $169 to $236 USD, based on the price of Ethereum at the time.

5.      Only 10,000 unique BAYC NFTs were created as part of this collection.

6.      Once minted, a BAYC NFT confers on its holder certain commercial rights with respect to content featured with the NFT, as well as eligibility for other benefits and opportunities.

7.      Yuga Labs maintains the website www.boredapeyachtclub.com, which includes a virtual clubhouse accessible only by individuals who hold a BAYC NFT.

8.      Yuga Labs has hosted the acclaimed ApeFest, a single or multiday event featuring music, merchandise, art, and more.  The website for ApeFest is available at www.apefest.com.  Only holders of authentic Yuga Labs NFTs had access to request tickets to attend ApeFest.

9.      In March 2022, Yuga Labs announced a first-of-its-kind metaverse ("Otherside") that will tie directly into BAYC NFTs.

///

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    I declare under penalty of perjury under the laws of the State of California and

2    of the United States that, to the best of my knowledge, the foregoing is true and

3    correct.  Executed in Miami, Florida this 5th day of March, 2023.

4

5    _____

     Greg Solano

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28