1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  **WILMER CUTLER PICKERING
       HALE AND DORR LLP**
5  60 State Street
   Boston, MA 02109
6  Telephone: (617) 526-6000
   Fax: (617) 526-5000
7
   Derek Gosma (SBN 274515)
8  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
9  henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
10      HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
11 Los Angeles, CA 90071
   Telephone: (213) 443-5300
12 Fax: (213) 443-5400

13 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. J. E. McDermott<br>Critical Date: March 27, 2023 Deposition<br>Hearing Date: March 28, 2023 Discovery<br>Cut-off Date: April 3, 2023 Pre-Trial<br>Conference Date: June 9, 2023 Trial<br>Date: June 27, 2023 |

**NOTICE OF MOTION AND MOTION TO COMPEL**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE THAT on March 28, 2023, at 10:00 A.M., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 640, 6th Floor, before the Honorable John E. McDermott, Defendants Ryder Ripps and Jeremy Cahen will move, and hereby do move, for an order compelling Plaintiff Yuga Labs, Inc. to supplement document productions in response to Defendants' Requests for Production.

Dated: March 6, 2023

By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (pro hac vice)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

-1-

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 6, 2023.


By: /s/ *Derek Gosma*

Derek Gosma