Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. J. E. McDermott<br>Critical Date: March 27, 2023 Deposition Hearing Date: March 28, 2023 Discovery Cut-off Date: April 3, 2023 Pre-Trial Conference Date: June 9, 2023 Trial Date: June 27, 2023 |

DECL. OF DEREK GOSMA
Case No. 2:22-cv-04355-JFW-JEM

I, Derek Gosma, declare as follows:

I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

1. I submit this declaration in support of Defendants' *ex parte* motion to compel production of Mr. Lehman's settlement agreement and related communications.

2. A true and correct copy of the scheduling order in this case is attached hereto as Exhibit 1.

3. A true and correct copy of the protective order entered in this case is attached as Exhibit 2.

4. A true and correct copy and Defendants' first set of requests for productions is attached hereto as Exhibit 3.

5. A true and correct copy of Plaintiff's supplemental responses to Defendants' first set of requests for production is attached hereto as Exhibit 4.

6. A true and correct copy of Yuga Labs, Inc.'s Complaint against Thomas Lehman is attached hereto as Exhibit 5.

7. A true and correct copy of the docket for *Yuga Labs, Inc. v. Lehman* (Case No. 1:23-cv-00085-MAD-TWD) is attached as Exhibit 6.

8. A true and correct copy of Thomas Lehman's affidavit is attached hereto as Exhibit 7.

9. A true and correct copy of email correspondence between Plaintiff and Defendants regarding the production of Mr. Lehman's settlement agreement and related communications is attached hereto as Exhibit 8.

10. A true and correct copy of correspondence between the parties confirming Mr. Lehman's March 2, 2023, deposition date is attached hereto as Exhibit 9.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 6, 2023.

                                                */s/ Derek Gosma*
                                                Derek Gosma