# Exhibit 9

| | |
|---|---|
| **From:** | Gosma, Derek |
| **To:** | Ethan Jacobs; Kimberly Culp; Nikogosyan, Henry; Tompros, Louis W.; Ethan Thomas; Eric Ball; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM |
| **Date:** | Thursday, February 16, 2023 2:06:33 PM |

Kim, Ethan,

The March 2 date can work for me too. Can you please provide an alternative date for the deposition of Ms. Kindler, the March 10 date does not work for our team currently.

Derek

**From:** Ethan Jacobs <ethan@ejacobslaw.com>
**Sent:** Thursday, February 16, 2023 2:04 PM
**To:** Kimberly Culp <KCulp@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Re: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

**EXTERNAL SENDER**

Either date works for Mr. Lehman and me.

**Ethan Jacobs**
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111

ejacobslaw.com

**From:** Kimberly Culp <KCulp@fenwick.com>
**Sent:** Thursday, February 16, 2023 2:00:08 PM
**To:** Ethan Jacobs <ethan@ejacobslaw.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

Henry, Ethan – March 2 works better for us if it works for others. Could we instead set this deposition for March 2?

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

---

**From:** Ethan Jacobs <ethan@ejacobslaw.com>
**Sent:** Thursday, February 16, 2023 1:26 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Henry,

Received, thank you.

Ethan

**Ethan Jacobs**
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Thursday, February 16, 2023 1:23 PM
**To:** Ethan Jacobs <ethan@ejacobslaw.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

Ethan,

We are confirming the March 1 deposition date in Poughkeepsie and will send deposition details as early as we can.

Thank you,
Henry

**From:** Ethan Jacobs <ethan@ejacobslaw.com>
**Sent:** Wednesday, February 15, 2023 4:07 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

**EXTERNAL SENDER**

All,

Mr. Lehman and I are available on March 1 and 2, with Mr. Lehman testifying in person in Poughkeepsie and me defending by remote means.

Thank you,
Ethan

**Ethan Jacobs**
415.275.0845
100 Pine St., Suite 1250
San Francisco, CA 94111
ejacobslaw.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, February 15, 2023 9:13 AM
**To:** Ethan Jacobs <ethan@ejacobslaw.com>; Ethan Thomas <EThomas@fenwick.com>; Eric Ball <eball@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Yuga Labs v. Ripps - 2:22-CV-04355-JFW-JEM

Ethan,

We understand you are working with Mr. Lehman to identify dates the weeks of February 27th and March 6th for Mr. Lehman's deposition in Poughkeepsie.

I'm copying counsel for Yuga Labs for visibility on scheduling.  Let us know what dates work.

Thanks,
--Louis

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
[louis.tompros@wilmerhale.com](mailto:louis.tompros@wilmerhale.com)

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.