1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. J. E. McDermott<br>Hearing Date: March 28, 2023<br>Discovery Cut-off Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

Having considered the Defendants' motion to compel production of the settlement agreement in *Yuga Labs, Inc. v. Thomas Lehman*, Case No. 1:23-cv-000850-MAD-TWD and all related communications, and having found good cause as set forth therein, it is hereby ordered that Defendants' motion to compel is GRANTED for the reasons provided in Defendants' *ex parte* motion.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                            Honorable John E. McDermott
                                                            United States Magistrate Judge