| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA 94041 |
| | Telephone: 650.988.8500 |
| 5 | Facsimile: 650.938.5200 |
| 6 | |
| | ANTHONY M. FARES (CSB No. 318065) |
| 7 | afares@fenwick.com |
| | ETHAN M. THOMAS (CSB No. 338062) |
| 8 | ethomas@fenwick.com |
| | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 10 | Telephone: 415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 | |
| | Attorneys for Plaintiff and |
| 13 | Counterclaim Defendant |
| | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DISCOVERY MATTER** |
| v. | **SUPPLEMENTAL DECLARATION OF ANTHONY M. FARES RE DEFENDANTS RYDER RIPPS AND JEREMY CAHEN'S MOTION TO DE-DESIGNATE THE DEPOSITION OF RYAN HICKMAN** |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants and Counterclaim Plaintiffs. | Mag. Judge: Hon. John E. McDermott |
| | Motion Hearing Date: March 21, 2023 |
| | Motion Hearing Time: 10:00 AM |
| | Discovery Cutoff Date: April 3, 2023 |
| | Pre-Trial Conference Date: June 9, 2023 |
| | Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Anthony M. Fares, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. In connection with Yuga Labs' Motion for Sanctions for Defendants' Spoliation of Evidence (ECF 109), Defendants Ryder Ripps and Jeremy Cahen ("Defendants") requested to seal the entirety of Exhibit 10 to the Declaration of Derek Gosma. On information and belief, this Exhibit consists of communications via the messaging app Telegram between Defendants and their collaborators. All 74 pages of this Exhibit (RIPPSCAHEN00014286-14359) were previously designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" ("HC-AEO"). Material from this document was used in Mr. Hickman's deposition as Exhibits 10, 33, 38, 40, and 44 and was discussed and quoted verbatim throughout the deposition.

4. Email correspondence from February 6, 2023 through February 18, 2023 between counsel for Yuga Labs and counsel for Defendants, with highlights, is attached as **Exhibit 1**.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on March 7, 2023.

                                              */s/   Anthony M. Fares*
                                              Anthony M. Fares