Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF HENRY NIKOGOSYAN IN SUPPORT OF SUPPLEMENTAL BRIEF ISO OF DEFENDANTS' MOTION TO DE-DESIGNATE**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:　　June 27, 2023 |

**DECLARATION OF HENRY NIKOGOSYAN IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S SUPPLEMENTAL MEMORANDUM**

I, Henry Nikogosyan, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Los Angeles, California 90071, and am counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law before this court. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of Ryan Hickman's letter regarding Yuga Labs, Inc.'s effort to silence him by designating his deposition testimony as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY is attached as Exhibit 1.

3. A true and correct copy of Yuga's motion to seal Mr. Hickman's deposition testimony in the related miscellaneous proceeding, *Yuga Labs, Inc. v. Ripps*, 2:23-cv-00010-APG-NJK (D. Nev.), is attached as Exhibit 2.

4. A true and correct copy of excepts (totaling 63 pages) of Mr. Hickman's deposition testimony which have been unsealed pursuant to court order in the related miscellaneous proceeding, *Yuga Labs, Inc. v. Ripps*, 2:23-cv-00010-APG-NJK (D. Nev.), are attached hereto as Exhibit 3.

5. A true and correct copy of the court order in the related miscellaneous proceeding, *Yuga Labs, Inc. v. Ripps*, 2:23-cv-00010-APG-NJK (D. Nev.), denying Yuga Labs, Inc.'s unopposed motion to seal is attached as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 7, 2023.

/s/   Henry Nikogosyan
Henry Nikogosyan