# Exhibit 1

Dear John E. McDermott:

Your Honor, I am being subjected to persistent harassment by Yuga Labs attorneys Fenwick & West.

Lawsuits are to solve disputes, not to be used as a mechanism to hurt people. There is little in good faith about such behavior. Since sharing my perspectives about Yuga Labs regarding their Bored Ape Yacht Club token launch I invested in, and how I was mislead to receive ownership of artwork and commercial rights to IP among those statements. Since speaking up against this, Yuga Labs attorneys have aggressively burdened me, weaponizing hundreds of pages of paperwork even after complying with subpoenas and deposition.

On Sep 9, 2002. I was served a subpoena, on Sep 27th I was emailed by Anthony (Yuga/Fenwick) threatening that I had been in concept since September 23. I complied and shared the information that I had access to, or that did not violate any terms or agreements I had prior.

On Dec 7, 2022, I complied with a subpoena for deposition. Even with unforeseen hour delay, I still cooperated and made my self available to answer any questions Fenwick & WilmerHale had.

Following the deposition, while still on the record and with all parties in the room I made it clear that I wanted to allow my deposition to be public. At the end of the deposition I shared in discussion with Kimberly (Yuga/Fenwick) and Derek (WilmerHale) that I would be able to provide any additional materials after my wedding on Dec 17, 2022.

On the Dec 20, 2022 I sent email to Kimberly (Yuga/Fenwick) and Andrew (Yuga/Fenwick) containing a zip of the additional files that I had. Further complying to the requests.

Following the deposition I received 2 separate emails, one from Kimberly (Yuga/Fenwick) and one from Andrew (Yuga/Fenwick) asking me to sign documents that were counter to the request I made while on the record at deposition. I responded to the emails and copied all other attorneys stating that I wanted my deposition public.

All attorneys across the case including Yuga/Fenwick & West, WilmerHale and Ethan Jacobs corresponded in this email thread. I stated again, that I wanted my deposition to be public and not designated confidential. Attorneys at WilmerHale and Ethan Jacobs stated that they were fine with allowing my deposition to be public and that they were not sealing any records. Yuga/Fenwick & West continued to respond with new questions, avoiding acknowledgement of the statements. Yuga/Fenwick attorneys scheduled virtual meetings that Yuga/Fenwick cancelled twice even after it was made clear that no one wanted the deposition sealed. Attorneys WilmerHale and Ethan Jacobs gave multiple indications and direct statements saying they were fine with it being public.

Based on Yuga/Fenwick & West. It appears to me that Yuga is trying to avoid allowing my deposition to be public given what I shared under oath. Specifically, my statements on the blatant racist tropes in Yuga's project, Yuga Labs' issuance of unlicensed securities and the misleading statements Yuga Labs made regarding the promises of artwork ownership and commercial IP rights to sell their token offering.

I am a software engineer, I travel often, I have 4 children and multiple households. I've complied in all ways possible yet Yuga Labs/Fenwick & West continues to burden me with requests.


Regards,

Ryan Hickman