# Exhibit 3

```
 1                 UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4     YUGA LABS, INC.,              )
                                     )
 5                   Plaintiff,      )
                                     )
 6     vs.                          )Case No.
                                    )2:22-cv-04355-JFW-JEM
 7     RYDER RIPPS and JEREMY        )
       CAHEN,                        )
 8                                   )
                     Defendants.     )
 9     _____)
10
11
12                    CONFIDENTIAL
13          VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14          Taken on Wednesday, December 7, 2022
15     By a Certified Stenographer and Legal Videographer
16                    At 9:11 a.m.
17          At 9275 West Russell Road, Suite 240
18                    Las Vegas, Nevada
19
20
21
22
23          Stenographically reported by:
24          Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

```
 1      APPEARANCES:
 2      For the Plaintiff:
 3                FENWICK & WEST, LLP
                  BY:  KIMBERLY I. CULP, ESQ.
 4                BY:  ANTHONY M. FARES, ESQ.
                  801 California Street
 5                Mountain View, California 94041
                  650.988.8500
 6                kculp@fenwick.com
 7      For the Defendants:
 8                WILMERHALE
                  BY:  DEREK A. GOSMA, ESQ.
 9                350 South Grand Avenue
                  Suite 2400
10                Los Angeles, California 90071
                  213.443.5300
11                derek.gosma@wilmerhale.com
12      The Legal Videographer:
13                SAMUEL CAMACHO
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.       Are you taking any medication today that

 2   would prevent you from providing your best

 3   recollection of the events that I'm going to ask

 4   questions about today?

 5        A.       No medications.

 6        Q.       Is there any other condition that we

 7   should be aware about that might prevent you from

 8   providing your best recollection at today's

 9   deposition?

10        A.       Not -- no medical conditions that I'm

11   aware of.

12        Q.       I appreciate that.  Thank you.

13                 Have you ever met Mr. Gosma before

14   today?

15        A.       No.

16        Q.       Have you ever spoken with any of Ryder

17   Ripps' and Jeremy Cahen's lawyers before today?

18        A.       Yes.

19        Q.       When?

20        A.       A week ago -- sorry.  Two weeks ago and

21   two days ago.

22        Q.       Other than the conversation two weeks

23   ago and the conversation two days ago, is it your

24   testimony you've had no other conversations with the

25   lawyers that represent Mr. Ripps and Mr. Cahen?
```

Page 14

```
 1          A.       Zero.

 2          Q.       What was -- who did you speak with two

 3    weeks ago?

 4          A.       The gentleman's name is Louis.

 5          Q.       Louis Tompros?

 6          A.       Yes.

 7          Q.       How did you and Mr. Tompros get

 8    connected with one another?

 9          A.       Through Jeremy.

10          Q.       How did Jeremy connect you to

11    Mr. Tompros?

12          A.       I reached out to Jeremy in regards to

13    the -- I was served.  There was construction at my

14    house.  I was served papers to do a deposition, and

15    I wanted to know what the state of the case was.

16    And he asked me to perhaps speak to Louis.

17                   I reached out to Louis, and we spoke for

18    a few moments, and I said I was represented by

19    counsel and gave him my counsel's name, to learn

20    that I actually no longer had counsel at that time.

21          Q.       And when you say "Jeremy" -- just so

22    that the record is clear, if you say "Jeremy," you

23    are referring to Jeremy Cahen, one of the defendants

24    in this case?

25          A.       Correct.
```

Page 15

1    Q.      How did you reach out to Mr. Cahen in

2    connection with this conversation two weeks ago?

3    A.      I called him on the phone.

4    Q.      So you have his cell phone number?

5    A.      No.  I talked to him through the

6    internet.

7    Q.      What software did you use to call

8    Mr. Cahen?

9    A.      Telegram.

10   Q.      Do you know if there's any record that

11   is made by Telegram of the conversation you had with

12   Mr. Cahen?

13   A.      Not for how I use it, no.

14   Q.      And what do you mean by that, not for

15   how you use it?

16   A.      End-to-end encrypted software.

17   Q.      How long was your conversation with

18   Mr. Cahen approximately two weeks ago?

19   A.      Less than five minutes.

20   Q.      Other than what you've testified to, is

21   there anything else that you and Mr. Cahen talked

22   about on that conversation?

23   A.      No.

24   Q.      And then did Mr. Cahen provide you with

25   the contact information for Mr. Tompros?

Page 16

```
 1          A.      Yes.

 2          Q.      And then did you call Mr. Tompros?

 3          A.      Yes.

 4          Q.      And you said a few moments, I believe

 5    was your testimony --

 6          A.      Yes.

 7          Q.      -- was the length of your conversation

 8    with Mr. Tompros; is that right?

 9          A.      Correct.

10          Q.      What did you and Mr. Tompros discuss?

11          A.      I asked him, am I -- where is the state

12    of the case?  What's happening?  I read online, so

13    it speaks to a ruling, and I'm just trying to

14    understand what's going on.

15                  Just because this is -- this is just

16    burdening my life.  So I wanted to know, like, what

17    do I need to do in order to proceed.

18                  And he asked me if I had counsel.  I

19    said yes.  I gave him my counsel's contact

20    information.  We got off the phone.

21                  He called me back five minutes after to

22    inform me that I actually no longer had counsel, and

23    I should go and seek counsel, and that was the end

24    of our call.

25          Q.      Okay.  I believe you just testified that
```

Page 17

```
 1     paper trail of emails that I didn't review at all.
 2          Q.      What do you mean by that?
 3          A.      I didn't open any of these emails.
 4          Q.      Understood.  They were received, but you
 5     had not opened them by the time you spoke with
 6     Mr. Tompros?
 7          A.      Correct.
 8          Q.      Did you open them after you spoke with
 9     Mr. Tompros?
10          A.      I've only opened the last one in regard
11     to -- there's a thread.  I only opened the last one
12     that said he was no longer my counsel.
13          Q.      That was an email you received from
14     Mr. Jacobs?
15          A.      Correct.  As a confirmation.
16          Q.      Understood.
17                  Can you confirm for the record the email
18     address that you and I have corresponded that you
19     have used?
20          A.      I believe you guys talked to me through
21     Kingsrborn@gmail.com.
22          Q.      That is your email address, just for the
23     record?
24          A.      That is one of my email addresses,
25     correct.
```

Veritext Legal Solutions
866 299-5127

```
 1          Q.        Can you let us know your other email
 2     addresses that you have?
 3          A.        Yes.
 4          Q.        What are they?
 5          A.        Hwonder@buildworksdao.xyz [sic].
 6          Q.        Any others?
 7          A.        Ryan.Hickman@epic.ai.
 8                    And -- I mean, I have several other
 9     emails that I use for other purposes.  I don't
10     communicate with humans over those emails.  They're
11     for software and development.
12          Q.        Do any of those other emails whose
13     addresses you have not yet told us have any messages
14     in them that relate in any way to the subject matter
15     of this lawsuit?
16          A.        No.
17          Q.        Of the email addresses that you have
18     stated for us on the record, do any of those have
19     any messages that have anything to do with the
20     subject matter of this lawsuit?
21          A.        The Kingsrborn@gmail.com that we speak
22     over.  And I believe this is (indicating) -- I don't
23     know what this is from.  It's possible that this
24     could be under Hwonderofworld@gmail.com.  That's
25     where I spoke to Ethan from.
```

Veritext Legal Solutions
866 299-5127

1      Q.      Understood.

2              Have you used email to communicate with

3    Mr. Ripps?

4      A.      No.

5      Q.      Have you used email to communicate with

6    Mr. Cahen?

7      A.      No.

8      Q.      Do you know who Tom Lehman is?

9      A.      Yes.

10     Q.      Have you used email to communicate with

11   Tom Lehman?

12     A.      Yes.

13     Q.      What email have you used to communicate

14   with Mr. Lehman?

15     A.      Hwonderofworld@gmail.com.

16     Q.      After you found out that Mr. Jacobs was

17   no longer representing you, what did you do in

18   connection with complying with Exhibit 1?

19     A.      I reached out to a few friends to find

20   some attorneys that could represent me.  And outside

21   of speaking with Louis, I didn't -- that was it.

22     Q.      Did you -- you did not retain counsel in

23   connection with those discussions that you had?

24     A.      No, I did not.

25     Q.      Did you -- if you look in Exhibit 1 -- I

Page 25

1    guess let's start on the front page.  We already

2    talked about the top middle that tells you this

3    location at Fennemore is where your deposition was

4    going to happen.

5              Do you see that check mark in the

6    address?

7        A.    Uh-huh.

8        Q.    Then if you go immediately below that,

9    there's another check-mark and a reference to an

10   Attachment A.

11             Do you see that?

12       A.    Yes.

13       Q.    And did you understand -- do you

14   understand today that that check-mark and that

15   reference in the subpoena was asking you to bring

16   documents to this deposition today?

17       A.    I did not.

18       Q.    Did you read Attachment A at any time

19   after you were served with the subpoena that is

20   Exhibit 1?

21       A.    I scanned through the document, yes.

22       Q.    And what was your understanding of what

23   was being asked of you through Exhibit 1?

24       A.    To show up for a deposition.

25       Q.    And before we went on the record I asked

                                        Page 26

1   you if you had the documents that were requested in

2   the subpoena, and I don't remember your exact words,

3   but to the effect of you haven't had a chance to

4   look for them; is that correct?

5       A.      Correct.

6       Q.      So at least when you walked into the

7   conference room today you understood that I was

8   looking for documents?

9       A.      Correct.

10      Q.      Can you explain to me why it is that you

11  have not had an opportunity to look for the

12  documents that are requested by Exhibit 1?

13      A.      I just haven't had the time.

14      Q.      Do you have any more information than

15  that?

16      A.      In terms of?

17      Q.      In terms of how you haven't found the

18  time to comply with the subpoena.

19      A.      To log into software where I don't have

20  administrative access to, to take on additional

21  work, when I have to focus on the obligations I have

22  for my family, I just haven't had the time.

23      Q.      You can see that Exhibit 1 sought your

24  testimony, your documents on November 28th; is that

25  correct?

Page 27

```
 1          A.      Correct.

 2          Q.      We had reached out to you after you were

 3     served with Exhibit 1 to let you know that if the

 4     date of November 28th did not work for your

 5     compliance with Exhibit 1, we could find a new date

 6     for your deposition in compliance with Exhibit 1;

 7     correct?

 8          A.      Correct.

 9          Q.      You let us know that December 6th or 7th

10     could work for you; correct?

11          A.      Correct.

12          Q.      We're here today on December 7th?

13          A.      Correct.

14          Q.      What between November 28th and

15     December 7th prevented you from looking for the

16     documents that were sought in Exhibit 1?

17          A.      I launched three pieces of software, and

18     I've been consumed with the launch of that software.

19          Q.      Anything else?

20          A.      No.   Travel.   I mean, I have a family.

21     I have four children.

22          Q.      Anything else?

23          A.      That's all.

24          Q.      You had mentioned a call that you had

25     with Mr. Tompros about two days ago; is that
```

1    private channel chat.

2            Outside of that, specific to this, those

3    were my channels where I had these discussions.

4        Q.     On Discord?

5        A.     On Discord.

6        Q.     So you did not have -- if I'm

7    understanding your testimony correctly, you did not

8    have private Discord communications with Mr. Cahen?

9        A.     Did I have one-to-one Discord?  It is

10   possible I have a Discord chat with him.

11       Q.     Have you looked to see if you have a

12   private Discord chat with Mr. Cahen either in the

13   process of responding to Exhibit 1 or Exhibit 2?

14       A.     Yes.

15       Q.     When did you look to see if you had a

16   private Discord chat with Mr. Cahen?

17       A.     On the -- specifically on the 29th of

18   September.

19       Q.     On the 29th of September you looked to

20   see if you had a private Discord chat with

21   Mr. Cahen?

22       A.     Correct.

23       Q.     And do you have a recollection of

24   whether or not you determined there was one or there

25   wasn't one?

```
1         A.        I don't -- I don't remember.  I believe
2    I have a chat.  I don't believe we had a discussion
3    around this.
4         Q.        Other than looking to see if you had a
5    chat with Mr. Cahen on Discord, did you look through
6    that chat to see if that chat related in any way to
7    RR/BAYC NFTs, to BAYC NFTs, or to Yuga Labs?
8         A.        The private chat between he and I?
9         Q.        Correct.
10        A.        Yes.  I scrolled to look at our
11   messages.
12        Q.        You did that on or about September 29th?
13        A.        On specifically the day I submitted this
14   document.
15        Q.        By "this document" you mean Exhibit 7?
16        A.        Correct, yes.
17        Q.        And what was your determination as to
18   the nature of your communications with Mr. Cahen on
19   that chat?
20        A.        Just overwhelmed in general on how I
21   would get this -- how I would record this
22   information.
23        Q.        You were overwhelmed by how would I pull
24   the volume of the communications I had between
25   Mr. Cahen and yourself on Discord?
```

1          A.          No.  All Discord communications.

2          Q.          Okay.  I'm not trying to be difficult.

3    I am trying to understand you here.

4              I'm understanding your testimony to be

5    that on or about September 29th you were overwhelmed

6    by the volume of the Discord communications and how

7    would you procedurally get them to us; is that

8    correct?

9          A.          Correct.  And in response to -- I opened

10   my email, and my email communicated that I was

11   served on the 9th, and by the 23rd I was in contempt

12   of court because I did not respond, and I

13   immediately began combing through the documents and

14   trying to figure out how I was going to capture this

15   information.  I put together the PDF, and I sent you

16   the PDF.

17         Q.          Okay.  And Exhibit 37 [sic] does not

18   have the group chat that you mentioned; correct?  So

19   Exhibit 7 is your response?

20         A.          Yes.

21         Q.          And that document you sent us on

22   September 29th does not have the group Discord chat

23   that you mentioned; correct?

24         A.          Correct.

25         Q.          And Exhibit 7 does not have the direct

                                                      Page 40

1     chat that you mentioned with Mr. Lehman on Discord;

2     correct?

3         A.      Correct.

4         Q.      Nor does it have the direct chat that

5     you had with Mr. Cahen on Discord; correct?

6         A.      Correct.

7         Q.      Subsequent to September 29th, did you do

8     anything to try to get those Discord chats to

9     Fenwick & West?

10        A.      No.

11        Q.      Did you have direct chats with Mr. Ripps

12     on Discord?

13        A.      No.

14        Q.      So in terms of Discord chats that might

15     be responsive to Request Number 1 on Exhibit 1,

16     there would be the group chat that you mentioned,

17     the personal chat with Mr. Lehman, and the personal

18     chat with Mr. Cahen; correct?

19        A.      Correct.

20              (Exhibit 8 marked.)

21     BY MS. CULP:

22        Q.      So you had mentioned the group chat.

23              Do you see Exhibit 8 in front of you?

24        A.      Yes.

25        Q.      Is this the group chat you were

1    referencing, or at least the beginning of it?

2        A.      I believe, yes.

3        Q.      You had mentioned the development team,

4    and you had listed four names:  yourself,

5    Mr. Lehman, Mr. Ripps, and Mr. Cahen.

6                Is it your testimony that the four of

7    you were the development team for Team Ape Market?

8        A.      The developers -- when you say

9    "development team," what do you mean by that?

10       Q.      Thank you.  I'm trying to understand

11   what you meant when you used the phrase "development

12   team" earlier, and I should have asked you that

13   question earlier.  You had used the phrase

14   "development team."

15               My question is:  Who is the development

16   team?

17       A.      The developers, the smart contract

18   coders and website developers in that context is

19   myself and Tom.

20       Q.      So the development team is you and Tom?

21       A.      Correct.

22       Q.      And the developers for the contract are

23   Mr. Ripps and Mr. Cahen?

24       A.      So the primary contract, the Foundation

25   contract, is Foundation.  That contract issues the

Veritext Legal Solutions
866 299-5127

```
 1    tokens that are referred to as RR/BAYC.
 2              Myself and Tom created a reserve system
 3    so that people could interface with the reservation
 4    system to commission Ryder Ripps to create the
 5    Foundation token and issue it to the specific person
 6    who reserved that specific token.  So on the
 7    development front, it's specifically for that case.
 8        Q.      For the reservation system?
 9        A.      Correct.
10        Q.      And also for Ape Market; correct?
11        A.      Correct.
12        Q.      So you and Tom were the developers for
13    the RR/BAYC RSVP contract and the RR/BAYC domain and
14    the ApeMarket.com domain; is that correct?
15        A.      The ApeMarket.com domain, I don't know
16    who's the registrar of that.
17              But the ApeMarket.com is blank.  There
18    was no site on ApeMarket.com.
19        Q.      That's live today?
20        A.      There is no website on there, no.
21        Q.      There was development work that you and
22    Mr. Lehman did with the anticipation of hosting a
23    live website on the domain ApeMarket.com; correct?
24        A.      There was a system that I developed in
25    2021, December of '21, for any project to stand up a
```

Page 43

```
 1    marketplace.  And if you type in a contract address,
 2    it shows that collection.  The development was done
 3    before this even existed.
 4              The opportunity was to put that token
 5    address on that specific -- load that token address
 6    in that client to allow market transactions.
 7        Q.    On the domain ApeMarket.com?
 8        A.    It could have been put on ApeMarket.com,
 9    yes.
10        Q.    The intention that you, Mr. Ripps,
11    Mr. Cahen, and Mr. Lehman had was that it would be
12    put on the domain ApeMarket.com?
13        A.    Yes.
14        Q.    Turning back to Exhibit 8, Mr. Lehman
15    produced the Team Ape Market Discord chat.
16    Exhibit 8 is obviously the first page of what would
17    obviously be a very lengthy document if we printed
18    the entire thing.
19              Do you know how Mr. Lehman exported the
20    Discord chat into a format that rendered it
21    producible to Fenwick & West?
22        A.    I do not know.
23        Q.    Did Mr. Lehman have different rights or
24    privileges to Team Ape Market than you?
25        A.    I don't know.
```

Page 44

 1    Q.      Did you, in responding to either --

 2  attempting to respond to either Exhibit 1 or

 3  Exhibit 2, look at the permissions that you had for

 4  the Team Ape Market chat to determine whether or not

 5  you had the necessary permissions to export that

 6  chat?

 7    A.      I looked at private chats.  I did not

 8  look specifically at the Ape Market chat's

 9  permission structure.

10    Q.      For the private chats that you had, you

11  had the permission to export that, if it was

12  technically feasible to do so?

13    A.      I would have that, yes.

14    Q.      This is more for the record.  We will

15  look at a number of different communications that

16  happened on the Team Ape Market chat.  It is very

17  big, for obvious reasons.  There are going to be

18  screen grabs that will have dates and times on them.

19  Those dates and times are getting pulled out of the

20  native file that was produced to us.  When we look

21  at those, I just want you to understand what we're

22  looking at.

23         MR. GOSMA:  I'll just make a standing

24  objection for the record that to the extent you show

25  him excerpts from, you know, a longer document,

```
 1    that, you know, that's improper because he doesn't
 2    have the context that he needs to answer the
 3    questions.
 4                    (Exhibit 9 marked.)
 5    BY MS. CULP:
 6         Q.      Do you know what Exhibit 9 is?  With all
 7    of the documents, you can flip through them to
 8    refresh your memory as to what they are and to
 9    identify the documents.  I will do my best to direct
10    your attention to where my question is, but that's
11    not to prevent you from reviewing an exhibit.
12                    The question is, do you know what
13    Exhibit 9 is?
14         A.      Yes.  These are conversations.
15         Q.      Between you and Mr. Lehman?
16         A.      Correct.
17         Q.      Again, this is to define definitions so
18    that we're all on the same page with each other.
19                    @middlemarch.eth is Tom Lehman in
20    Exhibit 9?
21         A.      Correct.
22         Q.      And Hwonder is you?
23         A.      Correct.
24         Q.      If we look at Exhibit 8, which is the
25    one-page Discord document, @hwonder in the Discord
```

```
 1        I use at all.  I visit it to make sure that my
 2        Netflix is paid, my Amex is paid.  I went to visit
 3        and seen a message from your team.
 4            Q.      And then you had referenced an Hwonder
 5        Gmail address as well?
 6            A.      Correct.
 7            Q.      You used that to communicate with your
 8        prior lawyer, Mr. Jacobs?
 9            A.      Correct.
10            Q.      And you've not used any other email
11        addresses to communicate about RR/BAYC NFTs, BAYC
12        NFTs, or Yuga Labs, other than what you've already
13        told me about?
14            A.      Correct.
15            Q.      With respect to Request Number 3, do you
16        see it references all Telegram communications again
17        from the beginning of the year to the present
18        relating to the three items that are listed there?
19                    Do you see that?
20            A.      Yes.
21            Q.      Did you have Telegram communications
22        that relate to any or all of those topics?
23            A.      Over voice.
24            Q.      Over voice?
25            A.      Yes.
```

```
 1          Q.        Any written Telegram communications?

 2          A.        I believe -- I actually believe we did

 3     talk on Telegram.

 4          Q.        Did you look to see if you had written

 5     Telegram communications that are responsive to this

 6     subpoena?

 7          A.        At that time I did not.

 8          Q.        Do you know as you sit here whether or

 9     not you have written Telegram communications that

10     are responsive to the subpoena?

11          A.        No, not that -- my Telegram is all

12     encrypted now.

13          Q.        What do you mean by it's "all encrypted

14     now"?

15          A.        I was hacked.  I emailed you guys

16     earlier in September.  And I had lost a significant

17     amount of money.  As a result, I encrypted all of my

18     communications.

19          Q.        And does that encryption of your

20     communications somehow destroy communications that

21     you may have had that predated the date of the

22     encryption?

23          A.        Every 28 days.

24          Q.        When did you encrypt your Telegram?

25          A.        The specific date that I was hacked.  I
```

Page 50

```
 1        don't know the specific date off the top of my head.

 2             Q.      Do you know the month?

 3             A.      September.

 4             Q.      Of 2022?

 5             A.      Correct.

 6                    MR. GOSMA:  It's been about an hour.

 7        Maybe we can take a break here if you're going to

 8        move on.

 9                    MS. CULP:  Yeah.  We'll go off the

10        record.

11                    THE VIDEOGRAPHER:  Going off the record.

12        Time is 10:09 a.m.

13                    (A break was taken.)

14                    THE VIDEOGRAPHER:  We are back on the

15        record.  The time is 10:20 a.m.

16                    (Exhibit 10 marked.)

17        BY MS. CULP:

18             Q.      We were talking about Telegram before

19        the break, and I've put in front of you Exhibit 10.

20                    Do you recognize what Exhibit 10 is at

21        least a part of?

22             A.      Yes.

23             Q.      What is it?

24             A.      This is where -- yeah, this is our

25        Telegram chat.
```

Page 51

```
 1        Q.        What's your Twitter handle?

 2        A.        hWonderofWorld.

 3        Q.        Do you have any other Twitter accounts

 4   other than that one?

 5        A.        Yes.

 6        Q.        What are they?

 7        A.        Buildworks Dao, Metabox Gaming, Puzl

 8   World, Puzle Punk.

 9                  They're all project sources.  They

10   don't -- they're not at all tied into any of this

11   stuff (indicating).

12        Q.        Of the Twitter handles that you just

13   told me, which ones have anything to do with

14   RR/BAYC, BAYC, or Yuga Labs?

15        A.        I've spoken about those things on --

16   only on hWonderofWorld Twitter account.

17        Q.        Have you had direct messages in Twitter

18   with anyone on that hWonderofWorld Twitter account?

19        A.        Specific to this?

20        Q.        Correct.

21        A.        Not that I can recall.  My Twitter DMs

22   are group chats, but they're scoped to projects.

23   There's chats for developers, chats for -- chats

24   that I'm invited to.  Not chats that are specific to

25   RR/BAYC.
```

Page 56

```
 1        Q.       Whether or not the chats are specific
 2   to BAYC or RR/BAYC, have you had communications in
 3   any group chat or one-to-one chat through the
 4   Twitter DM?
 5        A.       I regularly speak on BAYC being a
 6   security in development chats.  I regularly speak
 7   about BAYC being a security in some of the launchpad
 8   chats where people come up with ideas and create
 9   ideas.  I have strong positions on that.  But
10   specific to RR/BAYC, no.
11                 (Exhibit 11 marked.)
12                 MS. CULP:  Lehman 210 is Exhibit 11.
13                 MR. GOSMA:  What's Lehman 207?
14                 MS. CULP:  Not marked yet.
15   BY MS. CULP:
16        Q.       Do you see Exhibit 11?
17        A.       Yes, I do.
18        Q.       Does Exhibit 11 refresh your
19   recollection that you did have direct Twitter
20   messages about RR/BAYC?
21        A.       I mean, this is a conversation.  I don't
22   know if it's specifically about RR/BAYC.
23        Q.       Look at the message at 11:12 about the
24   middle of the page.
25                 Do you see that?
```

                                              Page 57

```
 1        A.        Yes.

 2        Q.        And the author is Tom Lehman; correct?

 3        A.        Correct.

 4        Q.        Tom Lehman writes, "Bro, you weren't

 5   offered free RR/BAYC.  You were offered lower priced

 6   ones."

 7                  Do you see that?

 8        A.        Correct.

 9        Q.        Then he writes, "Come on."

10        A.        Okay.

11        Q.        Then he writes, "I'm trying to get my

12   story straight here."

13        A.        Okay.

14        Q.        Then he writes, "I accepted."

15        A.        Okay.

16        Q.        Then you write, "Ha, ha, ha, ha.  I'm

17   trolling RN, if you haven't noticed."

18        A.        Okay.

19        Q.        Does Exhibit 11 and the written

20   communications I just referenced refresh your

21   recollection at all that you have had Twitter direct

22   messages that relate to RR/BAYC?

23        A.        Again, I'm not certain if this is the

24   full context of this, but he does mention RR/BAYC in

25   here.  There's other references in here in terms of
```

```
 1    block -- passing the block 15M.  There's another
 2    reference of volume.  I don't know what these are
 3    specific to.
 4              So, yeah, we could have had a
 5    conversation about RR/BAYC here.
 6         Q.        It's possible?
 7         A.        It's possible.  I just don't remember.
 8         Q.        Have you gone into your Twitter direct
 9    messages to run any sort of search function for the
10    term "RR/BAYC"?
11         A.        I've not.
12         Q.        Have you gone into your Twitter direct
13    messages to run any sort of search function for the
14    term "BAYC"?
15         A.        I have not.
16         Q.        Have you gone into your Twitter direct
17    messages to run any sort of search function for the
18    term "Yuga Labs"?
19         A.        I have not.
20         Q.        Where Mr. Lehman writes, "Bro, you
21    weren't offered free RR/BAYC.  You were offered
22    lower priced ones," do you see that statement?
23         A.        Yes.
24         Q.        Were you offered lower priced RR/BAYC?
25         A.        Yes.  Everybody was.
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.       What do you mean by that?
 2        A.       The RR/BAYC was -- when Ryder began
 3    doing the -- when he first created the Jimmy one,
 4    people were asking for them.  And he would -- in
 5    protest of defining what an NFT was, he would create
 6    them for free.
 7               Then he started to issue them because it
 8    took time out of his day at I believe it was .1 ETH,
 9    I believe.  I don't remember.
10               And then as we created software to
11    automate the reservation side of that, the price
12    increased to .15.  So it's a constant increase in
13    price as a result of momentum is the only context
14    I'd have here.
15        Q.       That's how you understand Mr. Lehman's
16    comment here about the lower priced RR/BAYC?
17        A.       Correct.
18        Q.       What do you mean by in protest of what
19    an NFT is?
20        A.       I mean, you have a lot of information
21    here.  I imagine you have information regarding,
22    like -- NFTs -- I've been doing crypto for quite a
23    while.  NFTs are selling in this launch cycle.
24    Issuing an NFT is the same as doing an ICO.  It's
25    the same process.
```

```
 1              People try to connect it to art, but
 2    there's no -- there's nothing put into the smart
 3    contracts by the developer that connect anything to
 4    art.  The art is a public domain.  It lives in some
 5    public place.  The thing that you're purchasing is
 6    this token.
 7              So I often protest the ideology of these
 8    things being securities.  I protest the ideology of
 9    people issuing intellectual property through these
10    things.  I protest the ideology of a lot of the
11    above -- the false narrative that these things
12    represent.  So the protest has more to do with one's
13    ability or inability to copy an NFT.
14        Q.      And you understood that that protest was
15    Mr. Ripps' protest?
16        A.      Which protest?
17        Q.      The protest of the NFT.
18              I'm trying to understand your testimony
19    about Mr. Ripps creating the RR/BAYC as a protest of
20    what an NFT is.
21        A.      Oh, we aligned on certain subject
22    matter.  You know, I take offense to the bored
23    imagery.  I'm a black man.  It's unfortunate to
24    look at.
25              There's other references in there that
```

```
 1     touch on other ethnicities and other religion.  So
 2     there's an alignment on the idea of what an NFT is
 3     and what I believe is the misappropriation of
 4     culture and race.  So we aligned on a lot of that,
 5     hence the support.
 6                  (Exhibit 12 marked.)
 7     BY MS. CULP:
 8         Q.      Do you recognize Exhibit 12?
 9         A.      This looks like a dev chat, a
10     development chat.
11         Q.      From the Twitter platform; correct?
12         A.      Yes, I believe so.  These names, yes.
13         Q.      So you had previously referenced you
14     might have direct person-to-person communications in
15     Twitter, and you might be part of some development
16     chat in Twitter as well; correct?
17         A.      I'm a part of many development chats on
18     Twitter.
19         Q.      This is one example of a development
20     chat where RR/BAYC is referenced; correct?
21         A.      Correct.
22         Q.      And it's one where you reference
23     RR/BAYC; correct?
24         A.      Correct.
25         Q.      Okay.  Do you see your message at
```

1    9:24 p.m. at the top of the page?

2         A.      At 9:24 at the top of the page, yes.

3         Q.      You write, "DMCA! RR/BAYC."

4                 Do you see that?

5         A.      Yes.

6         Q.      Do you recall what that was in reference

7    to?

8         A.      I do not.

9         Q.      Do you recall what you meant by that?

10        A.      It would be -- just knowing the context

11   of this chat, it would be in protest of the ideology

12   of what NFTs are and are not.  The DMCA would be

13   explicit for OpenSea.  It would be an OpenSea

14   reference.

15                DMCA, in reference to OpenSea, resulted

16   in the takedown of several collections that left

17   communities abandoned in the past that I've

18   contributed to helping get those communities

19   jump-started with either their own marketplaces or

20   their own -- some resolution for the community

21   members that purchased these things.  So the DMCA

22   would be most likely specific to that.

23                If I had more context to this, I would

24   be able to tell you.  This is from June, so I

25   couldn't fully.

Page 63

1    Q.    Right.    So if we had your Twitter DM

2    chat, we could scroll up, presumably, and see more

3    of the context; correct?

4    A.    Correct.

5    Q.    Do you know who FastFoodRembrandt.onion

6    is?

7    A.    Yes.

8    Q.    Who is it?

9    A.    It's FastFood.  I don't know his real

10   name.  Yeah, I don't know his real name.

11   Q.    I want to look further down in the

12   message.

13         You write, "Identical URL."  Do you know

14   what that's in reference to?

15   A.    Correct.  Okay.  So this gives me more

16   context.

17         So the -- again, back to the NFT

18   protesting.  People are buying things that they

19   don't understand.  The artwork has nothing to do

20   with what you're purchasing or what's being

21   solicited to you to purchase with regards to my

22   position on what payments do.  Whether it be

23   doodles, whether it be Bored Ape Yacht Club.

24         The contract developers reference public

25   domain artwork that's hosted on IPFS in the contract

Page 64

```
 1    that then OpenSea as a middleware has to go and
 2    fetch and render at however they decide in their UI
 3    to call it merchandise the sale of these tokens
 4    because there's no image.
 5              The contract of BAYC was -- just before
 6    the RR/BAYC went live, the contract was -- the
 7    ownership of the contract was revoked, so the owners
 8    were no longer Yuga Labs.  And as a result, the
 9    public domain assets of those images could not be
10    changed in the BAYC contract.
11              The image paths inside the Foundation
12    contract of RR/BAYC uses the same public domain
13    imagery.  The DMCA references, if you file a DMCA on
14    the imagery, you would subsequently take down the
15    art of both collections.
16              So that specific tweet that Emily tweets
17    at Emilylovescryptotweets at 9:25, which looks like
18    a retweet of me, is specific to that, just for the
19    full context.
20         Q.    Does that also explain your reference to
21    the identical URL?  You've just explained that?
22         A.    Correct, correct.
23         Q.    Your next message is "Report RR/BAYC."
24               Do you see that?
25         A.    Correct.
```

Veritext Legal Solutions
866 299-5127

```
 1        A.       Yes.  He had to.

 2        Q.       How do you know that?

 3        A.       The private key is the only way to call

 4   the Foundation contract.  And the private key

 5   exclusively exists in Ryder Ripps' possession.

 6        Q.       Could an assistant of Mr. Ripps' have

 7   mechanically done the minting with that private key?

 8        A.       In his presence, yes.  Somebody could

 9   have been there and helped him out.

10        Q.       Do you know if an assistant of

11   Mr. Ripps' did use Mr. Ripps' key to mint any of the

12   RR/BAYC NFTs that were sold?

13        A.       I believe -- there was somebody.  I

14   don't know who they were, but there was somebody

15   that surfaced that definitely helped mint when the

16   volume started to become unbearable.  They kind of

17   split the workload.

18        Q.       Do you know if Mr. Cahen helped

19   Mr. Ripps at all mint any of the RR/BAYC NFTs?

20        A.       No.  If I'm not mistaken, he wasn't in

21   the U.S.  I don't remember.  I don't believe so

22   though.

23        Q.       Farther down in Exhibit 15, this is 24th

24   of May, 10:02 p.m., second line, "I'm fielding crazy

25   inflow of messages.  I'm not sure," and that's a
```

Page 81

1  reference to Tom Lehman, "if you were getting them

2  in Twitter inbox, but mines is loaded."

3  Do you see that?

4  A.  Yes.

5  Q.  What does that refer to?

6  A.  I was getting -- I was added to a group

7  chat called "Soon."  And it was the first of -- the

8  first of an influencer chat that I was invited to.

9  It was just an enormous amount of just communication

10  that people were just -- my phone continued to die

11  because all of the notifications.  It's reference to

12  the Soon chat group.

13  Q.  Did any of the messages in the Soon chat

14  group relate to RR/BAYC NFTs?

15  A.  There were holders in there.  There were

16  people that were purchasing them in there.  That I

17  know for a fact.  But I don't remember if there were

18  any specific discussions around it.  There was

19  discussions around Miladys, for sure, at that time.

20  There was discussions around Azuki and Zagabond at

21  that time.

22  It was a chat that spoke on anything

23  that was happening that was wrong during that time.

24  So it's possible that there was conversations that I

25  might have not even been privy to.  So I would say,

Page 82

```
 1    to be safe in answering that, it's possible that,
 2    yeah, there was conversations.
 3         Q.      Is it equally possible that there could
 4    be conversations that relate to Ape Market in that
 5    Soon chat?
 6         A.      Certainly.  A tweet, a retweet, yes,
 7    absolutely.
 8         Q.      Did you ever text with Mr. Ripps?
 9         A.      Not until August.
10         Q.      Of this year?
11         A.      Yes.
12         Q.      Have any of your texts with Mr. Ripps
13    concerned RR/BAYC?
14         A.      They concerned meeting up to go to
15    Wyoming and have a discussion in person about
16    RR/BAYC.
17         Q.      Did any of your texts with Mr. Ripps
18    relate to this lawsuit?
19         A.      No.
20         Q.      Did any of your texts with Mr. Ripps
21    relate to BAYC?
22         A.      They were -- it wasn't BAYC-specific.
23    It was, Hey, we're going to go to Wyoming and
24    meet -- they were coordination plans to meet with
25    Dame Dash in Wyoming.
```

Veritext Legal Solutions
866 299-5127

```
 1          Q.      Who's that?
 2          A.      He's an influencer.  He's an executive,
 3     a filmmaker.
 4          Q.      Who's doing a documentary?
 5          A.      No.  He represents -- my interest is
 6     he -- he's a strong voice in the black community.
 7     And to increase and amplify the wrong here, the idea
 8     was to speak with him, speak and get on a few
 9     podcasts and perhaps even speak with some
10     high-profile people.
11              He's -- his career is building -- he was
12     Jay-Z's partner for a decade or so.  So he has a lot
13     of access.  So the idea was to speak with him to
14     help, you know, get this message out that there are
15     people who are making tens if not hundreds of
16     millions of dollars exploiting people through
17     selling unlicensed securities, through selling this,
18     like, make-believe art IP thing, and doing it with
19     this very racially charged anti-Semitically charged
20     imagery.
21          Q.      Have you had any text messages with
22     Mr. Cahen about this lawsuit?
23          A.      Stress -- I'm being verbatim -- Hey, I'm
24     stressed.  This stuff is stressing me out.
25                  High-level -- high-level -- yes.  The
```

Page 84

1    answer is yes.

2        Q.        Have you had any text messages with

3    Mr. Lehman?

4        A.        About the lawsuit, no.

5        Q.        About RR/BAYC?

6        A.        Not that I can recall.  We text.  But

7    texting is newer for us.  We talk in so many

8    different forms I couldn't off the top of my head

9    differentiate where.  But it's possible.

10       Q.        Okay.  When was the last time you

11   communicated in any form with Mr. Lehman?

12       A.        Nine hours ago maybe, I believe.

13       Q.        What did you and Mr. Lehman talk about

14   nine hours ago?

15       A.        Standing up a front framework.

16       Q.        Not related to this deposition?

17       A.        Not related to this.

18       Q.        Does he know you're being deposed today,

19   as far as you're aware?

20       A.        He actually doesn't.

21       Q.        There would have been source code

22   related to the projects you've been talking about

23   today; is that right?

24       A.        Yes.

25       Q.        Did you do anything to produce that

```
 1        source code to us in response to the subpoena that's
 2        Exhibit 1?
 3             A.        Yes.
 4             Q.        What?
 5             A.        I linked to the source code.  I believe
 6        I linked to it or I put the link in the response
 7        that I sent in the PDF.  Or it might have been in
 8        the email itself.
 9             Q.        Exhibit 7, can you show me where the
10        link is to the source code?
11             A.        It would have been in the email itself,
12        I believe.
13             Q.        So turn to the front page of Exhibit 7.
14                       Do you see a link to the source code?
15             A.        No.  I didn't put an actual link in
16        here, I don't believe.
17             Q.        You have access to the source code?
18             A.        Yes.  It's public.  Everybody has access
19        to it.
20             Q.        Can you explain that to me?
21             A.        The blockchain executes -- when you
22        submit code to the blockchain, it's publicly
23        accessible.  It's publicly readable.
24                       THE VIDEOGRAPHER:  Going off the record
25        at 11:16 a.m.
```

Veritext Legal Solutions
866 299-5127

1     Q.      Do you know if Arze was Mr. Ripps'
2     assistant in June of 2022?
3     A.      I'm not certain.
4     Q.      You don't know their in-real-life name?
5     A.      No.
6     Q.      Do you see Arze writes, "Should probably
7     move over to Telegram/Signal"?
8     A.      Yes.
9     Q.      Do you know if Arze set up a Telegram or
10    Signal chat on or about June 28, 2022?
11    A.      No.  For certainly not Signal --
12    certainly not a Signal that I was privy to.
13    Q.      It's unfortunately cut off here, but you
14    can see June 28, 2022, at 7:46 p.m.  Then if you
15    continue over, you can see the icon that's been cut
16    off continues, and the message is, "I can start a
17    group chat.  I have everyone except Tom."
18            Do you see that?
19    A.      Yes.
20    Q.      Do you recall being added to a group
21    chat in or about June 28, 2022, that includes
22    Mr. Ripps, Mr. Cahen, Mr. Lehman, whomever Arze is,
23    and yourself?
24    A.      It's possible that I was added, but it
25    wouldn't have been an active chat group that I was

1    in or that I opened up.

2         Q.      It would not have been an active chat

3    group?

4         A.      I'm invited to a lot of chat groups.  I

5    don't necessarily open them up.  This is very

6    possible that I didn't open this one.  The context

7    of our conversations happened largely in Discord,

8    over voice on Discord, over voice on Telegram, or in

9    our Telegram chat.  I didn't really deviate from

10   those -- specifically this group of people, deviate

11   from those forums for discussion.

12        Q.      And as you sit here, I'm understanding

13   your testimony that you don't recall being invited

14   to a chat set up by someone named Arze on or about

15   June 28, 2022?

16        A.      No.

17        Q.      And if it was in Telegram, that chat

18   invite and whatever data was there would no longer

19   be associated with your --

20        A.      Correct.

21        Q.      -- phone because of the encryption?

22        A.      Correct.

23                (Exhibit 17 marked.)

24   BY MS. CULP:

25        Q.      Just a couple messages between you, and

Page 90

```
 1        it's produced by Mr. Lehman, so we know Mr. Lehman
 2        is on there.
 3                You write, "Ryder said ... our lawyers
 4        can prob help respond to it."
 5                Do you see that?
 6        A.      Yes.
 7        Q.      Do you recall a conversation with
 8   Mr. Ripps in early September about the subpoena that
 9   was served on you by Yuga Labs in September that's
10   our Exhibit 2?
11        A.      We've had discussions.  I don't know
12   this specific one, but I can see that I'm in the
13   discussion.  I just don't know -- there's not enough
14   information for context for me, but yes, I had this
15   discussion.
16        Q.      With Mr. Ripps?  You certainly had the
17   conversation with Mr. Lehman?
18        A.      Yes, yes.
19        Q.      Do you recall the conversation with
20   Mr. Ripps?
21        A.      I believe so.  I believe so.
22        Q.      What do you recall about your
23   conversation with Mr. Ripps that's referenced in
24   Exhibit 17?
25        A.      I believe we had a discussion about the
```

Page 91

```
 1        Yuga community."

 2                    Do you see that?

 3        A.        Yes.

 4        Q.        Do you know who created that imagery,

 5    the "Dear Yuga community"?

 6        A.        I do not.  But I do know that Ryder

 7    retouched it.  I don't remember who made the

 8    original image though.

 9        Q.        You did not?

10        A.        No, I did not.  I added something to

11    this.  I don't remember what though.  But somebody

12    else made the original image, and I modified it, and

13    then Ryder took it and modified it further.  I don't

14    remember specifically the sequence of that.

15        Q.        Somebody made it.  You modified

16    something that you don't recall right now.  Then

17    Ryder modified something that you don't recall now?

18        A.        Correct.

19        Q.        And then that fully modified image was

20    posted on Twitter by --

21        A.        Correct.  The specific -- you're talking

22    specifically about this image (indicating)?

23        Q.        Correct.  "Dear Yuga community, RR/BAYC

24    is about to save you over 8 billion a year on Ape

25    Market"?
```

1      A.     Correct.

2      Q.     Do you know if that was posted by

3 Mr. Cahen to Twitter?  Do you know if he posted that

4 image to Twitter?

5      A.     I believe so.  I believe he controlled

6 that account.

7      Q.     Do you know if -- "that account" being

8 the Ape Market Twitter account?

9      A.     Correct.

10     Q.     Do you know if Mr. Ripps posted that

11 image to Twitter?

12     A.     It's very, very possible.

13     Q.     When you modified it, did you understand

14 that it was going to be posted to Twitter by one or

15 both of them?

16     A.     It's a possibility -- I mean, there's a

17 possibility that it would be.  The image above in

18 the apron I made.

19     Q.     The two individuals with the Ape Market

20 apron?

21     A.     Yes.

22     Q.     You made that one?

23     A.     I anticipated somebody would post it.

24 It's a meme.

25     Q.     Do you know who made the image to the

Page 107

```
 1    right, the two apes?  One says "10,000 fees," the
 2    other says "zero fees," and underneath it it says
 3    "Ape Market"?
 4         A.       I made that image.
 5         Q.       When you made that, did you understand
 6    it might get posted to Twitter?
 7         A.       No.  That was a comp for the market
 8    design on the second page of this document.  A comp,
 9    a composition, a draft.
10         Q.       Do you remember anything else about your
11    meeting with Mr. Ripps in your home related to Ape
12    Market that you haven't already told me about?
13         A.       I mean, it was a bunch of ideation.
14    Nothing specific that I remember.
15         Q.       What do you mean by "ideation"?
16         A.       Talk about ideas, pixel-push ideas.
17    Think about ways to make it a benefit to people.
18         Q.       Make Ape Market a benefit to people?
19         A.       Correct.
20         Q.       Do you remember any of those ideas that
21    you and he discussed?
22         A.       Ways to remove any kind of fees, fee
23    overlap.
24                  Again, back to the contracts, the
25    contracts preach of this royalty that is supposed to
```

Page 108

```
 1    admit and get, whatever.  It doesn't exist.  People
 2    are paying a markup to both OpenSea or other
 3    marketplaces like LooksRare.  They're also paying a
 4    markup to Yuga Labs for a royalty that OpenSea
 5    collects, not a royalty that's enforced at the
 6    contract level.  Other marketplaces enable you to
 7    trade these things.  You can go to Blur.  You can go
 8    to X2Y2.
 9              Apes actually trade -- or Ape -- I mean
10    Bored Ape Yacht Club or Yuga asset holders actually
11    trade assets on this marketplace to benefit from the
12    reduced fees.  So a lot of the discussion was what's
13    a creative way to give that value to this community.
14         Q.    "This community" being Bored Ape Yacht
15    Club owners?
16         A.    Being anybody who trades an NFT with
17    a -- kind of a launch ground around the BAYC, the
18    mutants, the dogs, the land.
19         Q.    By "mutants" you're referring to --
20         A.    The Mutiny block club.
21         Q.    And by "the dogs," you're referring to
22    what, for the record?
23         A.    The board Kennel -- I don't know the
24    whole -- but the Yuga-owned dog project.  I don't
25    know what -- the full acronym.
```

Page 109

1    Q.    By "the land" you're referring to the

2    deeds on other side?

3    A.    Correct.

4    Q.    So the vision for Ape Market was to

5    allow owners of four different kinds of Yuga Labs

6    NFTs to trade those on Ape Market?

7    A.    No.  The vision was to create a fee-free

8    marketplace for any NFT, and it just so happens that

9    the largest, the most vocal, the most traded

10   volume-wise NFTs are those specific Yuga assets.  So

11   the idea was, if people are excited about, you know,

12   this work that we're doing, perhaps we roll out in a

13   way that is inclusive of those collections first.

14   Q.    Why?

15   A.    Because it represents the lion's share

16   of the activity in the market.

17         If you go and study the numbers, most of

18   the numbers are fake.  Most of the volume is washed.

19   The only collections that really trade are Yuga.

20   They also are impacted by the wash trading as well,

21   and the paint tape trading as well, where they're

22   trading between known wallets.  But there is a cream

23   at the top, call it, that is real activity.

24         So there isn't a market for anything

25   else.  So the idea is to empower a market very

Page 110

```
 1    similar to X2Y2 that allows people to trade in any
 2    assets that have realistic volume.
 3         Q.      And to do that you were starting with
 4    the four Yuga Labs assets that you just referenced?
 5         A.      Correct.
 6         Q.      Turn back to Exhibit 9.  The third page
 7    of Exhibit 9 -- your copy, I don't know if it's
 8    double-sided, but it's the third page of text.  The
 9    message is, again, on the 13th of June.  You're
10    going to want to back up one page.
11         A.      I'm sorry.
12         Q.      It's at the bottom -- you're on the
13    right page.  It's the bottom of the page.  We're
14    still on the 13th of June at 6:12 p.m.
15               Do you see that?
16         A.      Yes.
17         Q.      And your last message there, "Sitting
18    here with Ryder stepping through Ape Market
19    updates."
20         A.      Uh-huh.
21         Q.      Are the updates referenced here any
22    different than what you've just described you and
23    Mr. Ripps were going through in your home related to
24    Ape Market?
25         A.      Same.
```

Page 111

1      Q.         Same, okay.  And just I'm looking for, I
2  guess, a list.  We talked about some of it.  But you
3  and Mr. Ripps have or have not communicated related
4  to Bored Ape Yacht Club, Yuga Labs, or RR/BAYC in
5  text form.  Yes?  Correct?
6      A.         Yes.
7      Q.         In Twitter DM?
8      A.         It's a possibility, actually.
9      Q.         What about in Discord?  The two of you
10 to each other, not the chats that we've seen?
11     A.         I've never spoken to Ryder in Discord
12 privately.
13     Q.         Understood, and I appreciate the
14 clarification.
15                In email?
16     A.         No.  Email -- it's possible that he
17 might have sent me a file via email.  But no -- no
18 communication.  No bidirectional communication.
19     Q.         In Telegram in a written format?
20     A.         I've spoken to him many times on
21 Telegram.  Telegram is how I originally
22 communicated with him.  But it's not -- it's not
23 Bored Ape-specific.  It's building all different
24 kinds of things.
25     Q.         But it's possibly related to Bored Ape?

                                    Page 112

```
 1          A.       There could be a reference in there.

 2          Q.       And there could be a reference to Ape

 3   Market in there?

 4          A.       It's a possibility.

 5          Q.       It's possible there's a reference to

 6   RR/BAYC in there?

 7          A.       It's a possibility.

 8          Q.       Same sorts of questions for Mr. Cahen.

 9                   You and he, have you communicated via

10   text related to Bored Ape Yacht Club, RR/BAYC, Ape

11   Market, Yuga Labs?

12          A.       Very -- I would say it's very possible.

13   I speak to him normally over voice.  But it's

14   possible that there's something written somewhere.

15          Q.       Twitter DM for Mr. Cahen?

16          A.       It's very possible.  It might be in a

17   group of multiple people, but very possible.

18          Q.       Discord, other than the group chats that

19   we've seen?

20          A.       It is possible that -- yes, it's

21   possible.

22          Q.       Email?

23          A.       No.

24          Q.       Telegram?

25          A.       No, not that I can surface.
```

Veritext Legal Solutions
866 299-5127

1    Q.       It's possible there were Telegram

2    communications between you and Mr. Cahen before you

3    encrypted your device, but those would not be

4    accessible now?

5    A.       Correct.

6    Q.       Same list of questions for Mr. Lehman.

7             Have you and he communicated by text

8    message related to RR/BAYC, BAYC, or Ape Market?

9    A.       It's definitely possible over text.  And

10   it's also possible over Discord.  I don't know if I

11   had one-on-one with him ever.  I don't believe I

12   have one-on-one specific to this in Telegram.  It's

13   possible though.  I speak to him in so many

14   different forms that I don't -- I can't necessarily

15   recall, but I can look.

16   Q.       And email?

17   A.       Files, but no -- no bidirectional

18   communication.

19   Q.       When did you first meet Mr. Lehman in

20   any context?

21   A.       December-ish 2021.

22   Q.       And what was the general nature of your

23   first introduction to Mr. Lehman?

24   A.       Protest.

25   Q.       Same Phunks community?

Page 114

```
 1        A.       (Inaudible response.)  Yes.

 2        Q.       I want to go back.  Mr. Cahen mentioned

 3   the bottleneck problem that you were going to help

 4   solve.

 5        A.       Yes.

 6        Q.       When did you learn that Mr. Lehman would

 7   be part of the effort to solve that bottleneck

 8   problem?

 9        A.       I was last.

10        Q.       I see.  So if we go to Exhibit 8.  As I

11   mentioned earlier, this is the very first message we

12   have for Team Ape Market.

13        A.       Uh-huh.

14        Q.       You can see the very top message is --

15   the only message on 8 is the 18th of May 2022.

16                 At that point your understanding was Tom

17   Lehman had already joined the effort to help with

18   the bottleneck problem?

19        A.       Yes.  It began over a call.  It was a

20   Discord call I received.

21        Q.       From Mr. Cahen?

22        A.       Yes.

23        Q.       Was Mr. Lehman on the call?

24        A.       I don't remember.  I don't remember

25   actually.
```

```
 1              My question is what was the plan for the
 2     OTCs as outlined by the three of you here?
 3          A.      I don't remember what the plan was at
 4     this point in time, but I do remember we ultimately
 5     seeded the contract with those specific IDs.
 6              If you create a race condition, if
 7     you're still producing new token IDs and you allow
 8     the community to begin to start producing token IDs,
 9     you can create an overlap where people produce the
10     same token IDs.  So you have to stop one process to
11     begin the other.  Ultimately we were trying to find
12     a solution for that in this conversation.
13              Again, without the rest of the context,
14     I actually don't remember specifically where we
15     landed other than best practice, which is stop doing
16     it by hand.
17              (Exhibit 33 marked.)
18     BY MS. CULP:
19          Q.      Exhibit 33 is in front of you.  This is
20     from the Telegram that we saw earlier, another one
21     of the screen grabs from the Telegram.  There's a
22     message at 21:58 from you.
23              Do you see that, in the middle?
24          A.      Yes.
25          Q.      What is "collection auto show"?
```

1      A.      That is the test collection to test the
2  functionality of Foundation.  These are all
3  burned -- I believe they're all burned NFTs now.
4  But in order to test how the rights permission works
5  with the Foundation contract, the auto show contract
6  was deployed to validate that the software
7  functioned as intended, the bionic arm software
8  functioned as intended.
9      Q.      Is this a screen grab of an email that
10  you received from OpenSea team?
11      A.      Yes, this is.
12      Q.      And what email address would the email
13  from OpenSea team have been sent to?
14      A.      I believe either my Kingsrborn or
15  Hwonder, one of the two Gmail accounts.  I don't
16  know off the top of my head.
17      Q.      So is this OpenSea telling you that this
18  test ape was delisted by OpenSea?
19      A.      Yes.
20      Q.      What did you understand that to mean?
21      A.      That they delisted it; that it was no
22  longer available on the OpenSea website.
23      Q.      Do you know why they delisted it?
24      A.      No.  OpenSea delists when somebody
25  complains about something.  I've had several

Page 169

```
 1    collections, even my own artwork, delisted.  So
 2    there's no -- they don't give a specific enough
 3    answer.  It always is an "or" answer in their
 4    emails.
 5        Q.     I don't see in this email an explanation
 6    as to why it was delisted.  It may be because the
 7    font is gray.
 8               My question is do you know if the
 9    explanation that you just mentioned you sometimes
10    get from OpenSea would be in the screen grab, or if
11    it would be part of that email elsewhere or yet a
12    separate email?
13        A.     I don't know specifically.  I don't
14    know, actually.
15               (Exhibit 34 marked.)
16    BY MS. CULP:
17        Q.     Do you recognize Exhibit 34?
18        A.     What is this?  This is -- choppers in
19    here.
20        Q.     I can tell you this is a screen grab
21    from a public Discord but not Larva Labs garbage
22    Discord channel.
23        A.     Okay, yes.  I know what this is.  I
24    didn't realize we talked about it here.
25        Q.     Is that another Discord channel where
```

Page 170

```
 1        there might be posts by you about RR/BAYC?

 2        A.      Yes.

 3        Q.      And at the top you write, "RR/BAYC

 4   specifically, which has BAYC token name."

 5                Do you see that?

 6        A.      Correct.

 7        Q.      Also in parentheses, "in the Foundation

 8   contract."

 9                Do you see that?

10        A.      Correct.

11        Q.      What did you mean by that?

12        A.      That in the token contract, the

13   Foundation contract, it has the initials "BAYC" in

14   the name.

15        Q.      So the token name -- the name for the

16   RR/BAYC contract uses the BAYC token name?

17        A.      It has BAYC in it on Foundation, yes.

18                MS. CULP:  Let's take a break.

19                THE VIDEOGRAPHER:  Going off the record

20   at 2:18 p.m.

21                (A break was taken.)

22                THE VIDEOGRAPHER:  Back on the record.

23   Time is 2:30 p.m.

24                MS. CULP:  We're going to mark next in

25   order, which I think is 39.
```

Page 171

```
 1     they buy and bid on that term, and it results in
 2     their result being the number one result.
 3         Q.      Did any of the four of you to your
 4     knowledge purchase any Google Ad words for either
 5     RR/BAYC.com or ApeMarket.com?
 6         A.      No.
 7         Q.      Was there a plan in place if Ape Market
 8     launched to spend on Google ad words for Ape Market?
 9         A.      No, not that I know of.  We might have
10     discussed the research and kind of principles behind
11     it, and I might have been verbose in kind of
12     explaining because I sold a company that specialized
13     in that before.  So I might have been verbose and
14     went off topic a bit and talked about it.  But there
15     was no plan to ever utilize that form of marketing
16     and promotion technically.
17              (Exhibit 67 marked.)
18     BY MS. CULP:
19         Q.      Exhibit 67.  In the middle of this
20     exhibit on the 23rd of May at 10:43 a.m., at the end
21     of that post you write, "People will want the same
22     (rarer) things."
23              Do you see that?
24         A.      Yes.
25         Q.      Are you referring to the rarer Bored Ape
```

Page 262

1    Yacht Club NFTs?

2         A.    Yes.

3         Q.    And that purchasers of RR/BAYC NFTs

4    would want the matching imagery for something that

5    was rarer in the BAYC NFT collection?

6         A.    Yes.

7         Q.    Why did you think that people would want

8    those rarer images?

9         A.    People like nicer things.  So if people

10   get credibility and celebrity and they're able to

11   feel like they're dominant in a community, and

12   that's done by accessing these rarer traits than

13   just the history of these types of projects would, I

14   at that time mentioned that that's a likelihood that

15   they would want things that are rarer, shinier,

16   prettier.

17             MS. CULP:  Understood.

18             MR. GOSMA:  What's the time on the

19   record?

20             THE VIDEOGRAPHER:  We are six hours and

21   20 minutes.

22             MR. GOSMA:  Thank you.

23             (Exhibit 68 marked.)

24   BY MS. CULP:

25        Q.    I want you to turn toward the end of 68.

                                        Page 263

CONFIDENTIAL

1    On the 23rd of May there's a post by Mr. Cahen at

2    7:28 p.m.

3                    Do you see that?

4        A.      Yes, I do.

5        Q.      It references a Google doc?

6        A.      I see it.

7        Q.      Do you have access to that Google doc

8    today?

9        A.      It's possible.  I don't believe I even

10   opened that document.  I'm not certain.  It's

11   possible I have access to it.

12       Q.      You'd have to go check?

13       A.      I'd have to check.

14               MR. GOSMA:  Would now be a time to take

15   five?

16               MS. CULP:  Sure.

17               THE VIDEOGRAPHER:  Going off the record

18   at 5:13 p.m.

19               (A break was taken.)

20               THE VIDEOGRAPHER:  We're back on the

21   record.  The time is 5:22 p.m.

22                  (Exhibit 69 marked.)

23   BY MS. CULP:

24       Q.      Exhibit 69.  If you turn to the second

25   page, it begins on your message on the 30th of May

                                              Page 264

```
 1    at 10:44 p.m.
 2                Do you see that?
 3        A.      Yes.
 4        Q.      And there's a mock-up of Ape Market.  Is
 5    that what that is?
 6                Turn --
 7        A.      Yes.
 8        Q.      -- to the 30th of May at 10:44 p.m.
 9        A.      Yes.
10        Q.      That image that you post is a mock-up of
11    Ape Market?
12        A.      That is a mock-up, yes.
13        Q.      And then at 10:45 p.m., that's another
14    mock-up?
15        A.      Yes.  These are all mocks.
16        Q.      "These" meaning the Ape Market images
17    you're posting are all mocks of the Ape Market
18    website that's being built?
19        A.      Correct.  Styled, but yes.  The building
20    is done by Reservoir.  The styling is putting things
21    to display in a particular way.  You put the logo
22    here.  They load all the data into the view.  Now
23    you put paint on the walls.  It's a prefab house.
24        Q.      The styling that you're talking about,
25    is that in any way related to the "ultra-min"
```

Page 265

1  comment that we saw in a prior exhibit about making

2  it look ultra-min like BAYC?

3      A.      The ultra-minimum is using their design

4  system, using their paint, versus using other

5  standard paint techniques, if we were in that

6  metaphor, yes.

7      Q.      So the paint that we're seeing for Ape

8  Market in Exhibit 69 is intended to look ultra-min

9  like the real BAYC?

10      A.      No.  This doesn't look like it.  The

11  real BAYC, you call it, the Yuga Labs product is a

12  dark gray with green accents and text.  There's

13  different imagery in the way it's laid out.  So this

14  actually deviates from it.  This is actually the

15  default aesthetic of Reservoir's product.

16      Q.      In your post at 10:46 p.m. there's

17  another image that's, again, a mock-up?

18      A.      Yes.

19      Q.      You're asking for feedback about the

20  looks that you're sharing and these posts that we

21  just looked at with the images?

22      A.      Correct.

23      Q.      Then you write, "It's difficult to make

24  the collections coexist without adding a friction

25  step."

Page 266

```
 1                    Do you see that?
 2       A.      Yes.
 3       Q.      Mr. Cahen writes, "What are the major
 4   difficulties?"
 5       A.      Yes.
 6       Q.      You say, "They are the same art, LOL."
 7                    Do you see that?
 8       A.      Yes.
 9       Q.      You mean it's the same imagery?
10       A.      Yes.
11       Q.      Mr. Cahen says, "Yes, LMAOOO"?
12       A.      Yes.
13       Q.      You go on to say, "Same logos,
14   et cetera, it's not clear as day"?
15       A.      Yes.
16                    (Exhibit 70 marked.)
17   BY MS. CULP:
18       Q.      Did you add a friction step to Ape
19   Market?
20       A.      Ape Market was never released.
21       Q.      As of the 24th of June, had a friction
22   step been added to Ape Market to allow the
23   collections to coexist in a way that was not
24   confusing?
25       A.      There was a discovery of a dropdown
```

Page 267

CONFIDENTIAL

```
 1                    CERTIFICATE OF REPORTER
 2      STATE OF NEVADA      )
                             )SS
 3      COUNTY OF CLARK      )
 4           I, Holly Larsen, a duly certified court
        reporter licensed in and for the State of Nevada, do
 5      hereby certify:
 6           That I reported the taking of the deposition of
        the witness, Ryan Hickman, at the time and place
 7      aforesaid;
 8           That prior to being examined, the witness was
        by me duly sworn to testify to the truth, the whole
 9      truth, and nothing but the truth;
10           That I thereafter transcribed my shorthand
        notes into typewriting and that the typewritten
11      transcript of said deposition is a complete, true,
        and accurate record of testimony provided by the
12      witness at said time to the best of my ability.
13           I further certify (1) that I am not a relative
        or employee of counsel of any of the parties; nor a
14      relative or employee of the parties involved in said
        action; nor a person financially interested in the
15      action; nor do I have any other relationship with
        any of the parties or with counsel of any of the
16      parties involved in the action that may reasonably
        cause my impartiality to be questioned; and (2) that
17      transcript review pursuant to FRCP 30(e) was
        requested.
18
             IN WITNESS HEREOF, I have hereunto set my hand
19      in the County of Clark, State of Nevada, this 21st
        day of December, 2022.
20
21
22
23           Holly Larsen
24
25           HOLLY LARSEN, CCR NO. 680
```

Page 309