ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **SUPPLEMENTAL DECLARATION OF ETHAN M. THOMAS IN SUPPORT OF PLAINTIFF YUGA LABS, INC'S MOTION FOR SANCTIONS** <br><br> Mag. Judge: Hon. John E. McDermott <br> Motion Hearing Date: March 21, 2023 <br> Motion Hearing Time: 10:00 AM <br> Discovery Cutoff Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date: June 27, 2023 |

Supp. Declaration of Ethan M. Thomas ISO Motion for Sanctions

Case No. 2:22-cv-04355-JFW-JEM

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

SUPP. DECLARATION OF ETHAN M. THOMAS ISO
MOTION FOR SANCTIONS

Case No. 2:22-cv-04355-JFW-JEM

I, Ethan M. Thomas, declare as follows:

1. I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1 and Local Rule 7-6.

3. A document produced by Non-Party Tom Lehman with Bates number LEHMAN0000325 is attached as **Exhibit 1**.

4. A document produced by Non-Party Tom Lehman with Bates number LEHMAN0000316 is attached as **Exhibit 2**.

5. A document produced by Non-Party Tom Lehman with Bates number LEHMAN0000323 is attached as **Exhibit 3**.

6. Excerpts from a document produced by Non-Party Tom Lehman with Bates number LEHMAN0000013 is attached as **Exhibit 4**, with certain PII redacted.

7. Defendants' December 1, 2022 privilege log is attached as **Exhibit 5**.

8. Defendants produced certain text messages between Jeremy Cahen and Non-Party Thomas Lehman on February 14, 2023. By this date, Yuga Labs had served its portion of the Joint Stipulation in support of this motion and had obtained text messages between Jeremy Cahen and Non-Party Thomas Lehman through a third-party subpoena.

9. Defendants have not produced text messages between either of them and Non-Party Ryan Hickman.

10. Defendants produced an email between Ryder Ripps and Non-Party Thomas Lehman on February 2, 2023. By this date, Yuga Labs had served its portion of the Joint Stipulation in support of this motion and had obtained that email through a third-party subpoena.

11. Defendants produced certain documents regarding their registration of rrbayc.com and apemarket.com on February 14, 2023. By this date, Yuga Labs had served its portion of the Joint Stipulation in support of this motion and had served subpoenas on a domain name registrar. Defendants have not produced an email receipt showing the price paid for rrbayc.com.

12. Defendants produced the Discord chats reflected in Exhibits 20 and 21 of the February 17, 2023 Declaration of Ethan Thomas (Dkts. 109-23, 109-24) on February 14, 2023. By this date, Yuga Labs had served its portion of the Joint Stipulation in support of this motion and had obtained those chats through a third-party subpoena.

13. As of the date of this declaration, Defendants have not produced the communications reflected in Exhibits 1–3 above. Yuga Labs produced these documents to Defendants by February 23, 2023.

14. A February 26, 2023 letter from Defendants' counsel is attached as **Exhibit 6**.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on March 7, 2023.

*/s/ Ethan M. Thomas*
Ethan M. Thomas