# Exhibit 1

Exhibit 1
Page 3

**Pauly Shore**                                                                    09:11

I am good w It.

Are we able to use a similar withdrawal system like we had for           09:11
rrbayc?

I guess that doesn't even matter lol                                         09:11

**Exhibit 1**
**Page 4**