# Exhibit 2

Exhibit 2
Page 5

**Pauly Shore** 17:36
@OxHwonderOfTheWorld
since you have the old version of telegram 17:36
are you able to export the rrbayc chat? 17:36
it is not working on my machine 17:37
trying to manually do so 17:37
but in the top right of the chat there should be 3 dots with the optiion to export the chat 17:37

**Hwonder** 18:00
i no longer have access to it
tom has copy of it 18:00

**Pauly Shore** 18:01
ok
no worries 18:01
i was able to figure it out 18:01

**Hwonder** 18:01
sweet

**Pauly Shore** 18:01
i forgot about it completely
and tom provided it i think 18:01

**Hwonder** 18:01
boom

**Pauly Shore** 18:01
so now yuga is like wtf
i was like what are these screeenshots even from 18:01
lol 18:01

**Hwonder** 18:02
lol . the amount of discussions is insane
platforms 18:02

**Pauly Shore** 18:08
yeah

Exhibit 2
Page 6