# Exhibit 3

Exhibit 3
Page 7

**Pauly Shore** — 10:57
*In reply to this message*
I can assure you this means this project is not competition

*In reply to this message* — 10:57
It's irrelevant.

Thé BAYC and MAYC team is 100% incompetent — 10:57

I made a marketplace for YugaLabs 6 months before they made theirs lol — 10:57

**Matt** — 10:57
Ahh, yes, I was surprised to see they were behind this.

**Pauly Shore** — 10:57
We built the entire thing in 2 weeks

And it would have saved the BAYC community unfathomable amounts of money — 10:58

We made apemarket.com but then got sued by YugaLabs — 10:58

**Matt** — 10:58
Is it just another cash grab, or are they maybe considering aligning the .ANY with BAYC?

**Pauly Shore** — 10:58
6 months later

Someone made apecoinmarketplace.com — 10:58

Pathetic. — 10:58

*In reply to this message* — 10:59
I couldn't tell you

Exhibit 3
Page 8