# Exhibit 4

Exhibit 4
Page 9

5/18/22, 6:33 PM

Pauly Shore



5/18/22, 6:33 PM

Pauly Shore



5/18/22, 7:19 PM

Pauly Shore

He wants it to be where you can choose the number and also have an option for a random mint

5/18/22, 7:20 PM

Pauly Shore

So you can enter a number to see if it's available, or mint x amount rsndomly up to say 10 or 20

5/18/22, 7:26 PM

Pauly Shore

It would also be cool to make an immutable royalty structure per your quote earlier today 😁

5/18/22, 7:26 PM

Tom iPhone 14

Loved "It would also be cool to make an immutable royalty structure per your quote earlier today 😁"

5/22/22, 11:14 PM

Tom iPhone 14

0xC650F01EB5b8f267aD3E18282e649AFA0158B188

5/22/22, 11:14 PM

Tom iPhone 14

0xe64f07D9d151eA7286B8470C8F38691bAF2c146E

5/24/22, 10:19 AM
Tom iPhone 14

> This Etherscan thing seems promising

5/24/22, 10:23 AM
Tom iPhone 14

> Ok boom I checked and they're all there!

5/24/22, 10:23 AM
Tom iPhone 14

> You are a true pro thank you dude

5/24/22, 10:23 AM

Pauly Shore

OS is delisted

5/24/22, 10:24 AM
Tom iPhone 14

> Intellectually I know that but when I go to the profile my lizard brain still thinks it's authoritative

5/24/22, 10:24 AM
Tom iPhone 14

> That's their power

5/24/22, 10:24 AM
Tom iPhone 14

> Even I cannot escape

5/24/22, 10:24 AM

Pauly Shore

For sure

5/24/22, 10:25 AM
Tom iPhone 14

> Damn this is sick!

5/24/22, 10:25 AM
Tom iPhone 14

> You hooked me up dude

5/24/22, 10:25 AM
Tom iPhone 14

> I was going to get 10 but you were like do 100

5/24/22, 10:25 AM
Tom iPhone 14

> Happy I did

5/24/22, 10:25 AM
Tom iPhone 14

> EVEN IF THEY GO DOWN

5/24/22, 10:25 AM
Tom iPhone 14

> I'm still appreciative

5/24/22, 10:25 AM
Tom iPhone 14

> Good spot to be in rn

**Pauly Shore:** They aren't gonna be worth less than we paid
*5/24/22, 10:26 AM*

**Tom iPhone 14:** I know, I know, I'm just saying like I am ready to roll the dice
*5/24/22, 10:26 AM*

**Tom iPhone 14:** I'm liking my odds of a socre
*5/24/22, 10:26 AM*

**Pauly Shore:** I'm in a meeting right now
*5/24/22, 10:26 AM*

**Pauly Shore:** I'll be free in like an hour
*5/24/22, 10:26 AM*

**Tom iPhone 14:** Okok yeah get back into ti
*5/24/22, 10:26 AM*

**Tom iPhone 14:** I have a few things to do as well haha
*5/24/22, 10:26 AM*

**Tom iPhone 14:** Yeah lets' check in then
*5/24/22, 10:26 AM*

**Tom iPhone 14:** Peace my dude
*5/24/22, 10:26 AM*

**Pauly Shore:** Awesome!
*5/26/22, 2:50 PM*

**Tom iPhone 14:** Unspoken thing here is that withdrawing will create convo about the previous mint funds and also expenses
*5/26/22, 2:50 PM*

**Pauly Shore:** Yes
*5/26/22, 2:50 PM*

**Tom iPhone 14:** Which is fine / I'm down to have it, just could use up time
*5/26/22, 2:50 PM*

**Pauly Shore:** I don't wanna deal with it rn
*5/26/22, 2:50 PM*

**Tom iPhone 14:** Agreed

6/20/22, 7:13 PM
Tom iPhone 14
> Damn it we are above the limit on my plan again!

6/20/22, 7:13 PM
Tom iPhone 14
> I will fix one sec

6/20/22, 7:13 PM
Pauly Shore
Wym

6/20/22, 7:13 PM
Tom iPhone 14
> So annoying

6/20/22, 7:13 PM
Pauly Shore
Hahaha

Pauly Shore
Oh I see

6/20/22, 7:13 PM
Pauly Shore
Dude this is nuts!!!!

6/20/22, 7:13 PM
Tom iPhone 14
> This really shouldn't happen

6/20/22, 7:13 PM
Pauly Shore
.8 eth floor

6/20/22, 7:13 PM
Tom iPhone 14
> It shouldn't go this high, the usage

6/20/22, 7:13 PM
Pauly Shore
Lmfao

6/20/22, 7:13 PM
Tom iPhone 14
> Yeah bro I wish I had got 200!

6/20/22, 7:13 PM
Tom iPhone 14
> I'll never defy you again

6/20/22, 7:14 PM
Tom iPhone 14
> 100 is still good

6/20/22, 7:14 PM
Pauly Shore
It's ok we will make more money on the marketplace Imo

**6/24/22, 7:05 PM**
Tom iPhone 14

[screenshot of activity listings]

This is more up to date than listings and it looks cool

**6/24/22, 7:07 PM**
Tom iPhone 14

Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

**6/24/22, 7:17 PM**
Tom iPhone 14

We also need new logo and branding direction in light of the trademark thing

**6/24/22, 7:17 PM**
Pauly Shore

Disliked "Asking in their Discord, trying to find that out, but I found an example where it's an hour"

**6/24/22, 7:18 PM**
Tom iPhone 14

My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

**6/24/22, 7:18 PM**
Pauly Shore

Liked an image

**6/24/22, 7:18 PM**
Tom iPhone 14

Collection name could be rendered as "RR/****" or something

**6/24/22, 7:18 PM**
Tom iPhone 14

"Yuga doesn't want you to know the name of this collection"

**6/24/22, 7:18 PM**
Pauly Shore

Ok I will talk to ryder about that



