# Exhibit 6

**Exhibit 6
Page 18**

**WILMERHALE**

February 26, 2023

Henry Nikogosyan

+1 213 443 5300 (t)
+1 213 443 5400 (f)
henry.nikogosyan@wilmerhale.com

*By Electronic Mail*
Ethan Thomas
Fenwick & West LLP
555 California Street 12th Floor
San Francisco, CA 94041
EThomas@fenwick.com

Re:  *Yuga Labs, Inc. v. Ripps*, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Ethan:

We write in response to your February 17, 2023, letter.  Thank you for raising these issues to our attention.  Please find our responses below.

1. **Illegible Documents in Defendants' February 14, 2023, Production**

Yuga requests a reproduction of certain documents from Defendants' February 14, 2023, production because the documents are illegible due to a technical issue.  We are reproducing these documents in their native form.  We trust that our production will resolve your concerns.

2. **Defendants' Rule 33(d) Interrogatory Responses Lacking Specificity**

Yuga claims that Defendants have not specifically identified documents as required to answer an interrogatory under Rule 33(d). With respect to the issues with Interrogatory Nos. 7, 11, 13, and 16, Mr. Ripps will provide supplemental responses in the near term which we expect will address your concerns.

We are unaware of any Rule 33(d) responses that fall into the category of interrogatories that you have identified.  Yuga served eight interrogatories on Mr. Cahen, he responded to seven of them pursuant to Rule 33(d).  In his supplemental responses for all seven Rule 33(d) responses, he clearly labels the documents that he relied on in forming his response.

You also raise a concern about Defendants' identification of various crypto wallet addresses and transactions.  Mr. Ripps has identified the wallet address he used to send, receive or transfer funds related to RR/BAYC NFTs.  The wallet address used to send, receive or transfer funds related to RR/BAYC NFTs is at RIPPSCAHEN00001270 marked as AEO and also at RIPPSCAHEN 0015644.  Notwithstanding, Mr. Ripps will provide a supplemental interrogatory response specifically identifying this wallet address.

WILMERHALE

February 26, 2023
Page 2

Mr. Cahen only used one wallet to send, receive, or transfer funds related to any BAYC or RR/BAYC NFT. Mr. Cahen's interrogatory responses are therefore complete and no amendment is necessary. Please let us know if you would like to discuss this issue further.

3. **Defendants' Use of BAYC Marks and RR/BAYC Marks**

Yuga claims Defendants have not produced any documents about alleged use of BAYC marks and RR/BAYC marks. Not so. Defendants have already produced documents responsive to your discovery requests in the hundreds of page images we have produced and identified those documents in our interrogatory responses. As we have told you repeatedly, our clients do not have any other responsive, non-privileged documents in their possession. If some issue remains outstanding that is not already subject to your meritless motion for sanctions, please let us know.

4. **Defendants' Admissions/Denials**

Yuga argues Cahen RFA No. 27 and Ripps RFA No. 29 are deficient because they are unresponsive. Yuga has cited no caselaw outlining why Defendants' answers to the RFAs are deficient. Under your own interpretation of Rule 37-1, you have not properly raised the dispute under the local rules until you have cited relevant caselaw. Once provided with legal authority on the insufficiency of such responses, we will assess Yuga's claims. Moreover, as we explained in our December 31, 2022, letter, Yuga has failed to respond to the nearly every Request for Admission requested by Defendants. If Yuga would like to discuss a mutual supplementation of requests for admission, we are open to hearing a proposal. The last time we made such a proposal, however, Yuga refused.

As for the response to Cahen's RFA No. 29 and Ripps's RFA No. 31, Defendants stand by their denial at least because the marks are invalid.

5. **Waived Privilege Assertion**

With respect to Yuga's contentions surrounding communications between Defendants and another attorney, Defendants have produced all of the responsive, nonprivileged documents in their possession. Although Defendants have withdrawn their claim of privilege over the subject communications, in the interest of full disclosure, the attorney that provided the legal advice reflected in the messages is Krystal Noga-Styron.

With respect to the remainder of Yuga's claims about this issue, you have cited no caselaw suggesting that you are entitled to any further documents. Should you have support for your claim, please provide it and we will evaluate it and respond.

Best Regards

Exhibit 6
Page 20

WILMERHALE

February 26, 2023
Page 3

*[signature]*

Henry Nikogosyan

Exhibit 6
Page 21