1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA 94041
   Telephone: 650.988.8500
5  Facsimile: 650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
7  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
8  FENWICK & WEST LLP
   555 California Street, 12th Floor
9  San Francisco, CA 94104
   Telephone: 415.875.2300
10

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
   Counterclaim Defendant
13 YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**YUGA LABS, INC.'S APPLICATION TO FILE ITS UNREDACTED MEMORANDUM AND THOMAS DECLARATION EXHIBIT 1 UNDER SEAL**<br><br>Mag. Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully requests that the Court grant leave to file under seal, in its entirety, the unredacted version of its supplemental memorandum regarding Defendants' February 15, 2023 Motion to Compel, and Exhibit 1 of the Declaration of Ethan Thomas in support thereof.

Defendants intend to oppose this application.

Dated: March 7, 2023            FENWICK & WEST LLP

By: */s/ Ethan M. Thomas*
    Ethan M. Thomas
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.