UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING YUGA LABS, INC.'S APPLICATION TO FILE ITS UNREDACTED MEMORANDUM AND THOMAS DECLARATION EXHIBIT 1 UNDER SEAL**<br><br>Mag. Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:  June 27, 2023 |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal and the accompanying declaration [*and any party's opposition thereto*], IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Parties have established good cause or compelling reasons that they should not be filed publicly.

Yuga Labs shall file under seal its supplemental memorandum regarding Defendants' February 15, 2023 Motion to Compel, and Exhibit 1 to the Declaration of Ethan Thomas in support thereof.

IT IS SO ORDERED.

Date: _____

_____
Honorable John E. McDermott