Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' OPPOSITION TO YUGA LABS, INC.'S MOTION FOR SANCTIONS**<br><br>Hearing: Mar. 21, 2023, at 10:00 a.m.<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION TO YUGA LABS, INC.'S MOTION FOR SANCTIONS**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Yuga Labs, Inc. ("Yuga") has provided Defendants with materials third party Thomas Lehman produced to Yuga in a piecemeal fashion months after they received them. For example, I understand from corresponding with Mr. Lehman's counsel that documents Yuga produced to Defendants on February 6, 2023, were provided to Yuga in mid-October 2022.

3. On February 23, 2023, five days after the Joint Stipulation for this Motion was filed, Yuga produced additional materials that it received from third party Thomas Lehman. Those materials were marked with bates numbers (LEHMAN0000315 – LEHMAN0000385).

4. A true and correct copy of a February 23, 2023, email from Ethan Thomas producing materials from Mr. Lehman is attached here as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 7, 2023.

/s/   Derek Gosma
Derek Gosma