# Exhibit 1

| | |
|---|---|
| **From:** | Ethan Thomas |
| **To:** | Tompros, Louis W.; Gosma, Derek; Nikogosyan, Henry; Bertulli, Scott; Grewal, Monica |
| **Cc:** | Eric Ball; MMelcher@fenwick.com; Kimberly Culp; Anthony Fares |
| **Subject:** | Yuga Labs, Inc. v. Ripps et al., No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Thursday, February 23, 2023 9:40:44 PM |

**EXTERNAL SENDER**

Counsel,

Please see the link below to download today's production:

https://fenwick.sharefile.com/d-s1b9d8b928f5f4370b318e1ee02e504d3

The password to the encrypted zip file will be sent to you under separate cover.

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.