1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA 94041
   Telephone: 650.988.8500
5  Facsimile: 650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone: 415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

14

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
17            WESTERN DIVISION – Los Angeles

18

| | |
|---|---|
| 19 YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 20  Plaintiff and Counterclaim Defendant, | **DISCOVERY MATTER** |
| 21 | **DECLARATION OF ETHAN THOMAS IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL** |
| 22  v. | |
| 23 RYDER RIPPS, JEREMY CAHEN, | |
| 24  Defendants and Counterclaim Plaintiffs. | Mag. Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

27
28

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|  | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|  | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA 90401 |
|  | Telephone: 310.434.4300 |
| 4 |  |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|  | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|  | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|  | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|  | 10 Prince Street |
| 9 | Alexandria, VA 22314 |
|  | Telephone: 202.628.7400 |
| 10 |  |
| 11 | Attorneys for Plaintiff and |
|  | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

DECL OF ETHAN THOMAS RE DEFENDANTS' MOTION TO COMPEL     Case No. 2:22-cv-04355-JFW-JEM

I, Ethan Thomas, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 37-2.1.

3. Defendants have disclosed no affirmative or rebuttal experts in this case. Defendants' initial disclosures identify no witnesses regarding issues of securities law.

4. Attached as **Exhibit 1** is an excerpt of the uncertified "rough" transcript of the deposition of a member of Yuga Labs' Board of Directors, which has been formatted for readability, and an irrelevant portion has been redacted. The final version of the transcript is not yet available.

4. A March 4, 2023 tweet by Defendant Ryder Ripps is attached as **Exhibit 2**.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on March 7, 2023.

*/s/ Ethan M. Thomas*
Ethan M. Thomas

FENWICK & WEST LLP
ATTORNEYS AT LAW

DECL OF ETHAN THOMAS RE DEFENDANTS' MOTION TO COMPEL

1

Case No. 2:22-cv-04355-JFW-JEM