# EXHIBIT 1

Entire Document Proposed to Be Filed Under Seal