RIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　Plaintiff and<br>　　Counterclaim Defendant<br><br>　　vs.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　Defendants and<br>　　Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**PROOF OF SERVICE**<br><br>Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
   DAVID Y. SILLERS (*admitted pro hac vice*)
5  david@clarelocke.com
   KATHRYN HUMPHREY (*admitted pro hac vice*)
6  kathryn@clarelocke.com
   MEGAN L. MEIER (*admitted pro hac vice*)
7  megan@clarelocke.com
   CLARE LOCKE LLP
8  10 Prince Street
   Alexandria, VA  22314
9  Telephone:   202.628.7400

10
   Attorneys for Plaintiff and
11 Counterclaim Defendant
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

PROOF OF SERVICE                                  Case No. 2:22-CV-04355-JFW-JEM

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, CA 94041. On the date set forth below, I served a copy of the following documents:

- **DECLARATION OF ETHAN M. THOMAS IN SUPPORT OF YUGA LABS' APPLICATION TO FILE ITS UNREDACTED MEMORANDUM AND THOMAS DECLARATION EXHIBIT 1 UNDER SEAL**

- **PLAINTIFF YUGA LABS, INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL; AND**

- **EXHIBIT 1 TO THE DECLARATION OF ETHAN THOMAS IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Louis W. Tompros
louis.tompros@wilmerhale.com
Monica Grewal
monica.grewal@wilmerhale.com
Scott W. Bertulli
scott.bertulli@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109

Henry Nikogosyan
henry.nikogosyan@wilmerhale.com
Derek A. Gosma
derek.gosma@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
350 S Grand Avenue, Suite 2400
Los Angeles, CA 90071

☑ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the email address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: March 7, 2023

*Marti Guidoux*
Marti Guidoux