| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 5 | 60 State Street |
| | Boston, MA 02109 |
| 6 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| 7 | |
| 8 | Derek Gosma (SBN 274515) |
| | derek.gosma@wilmerhale.com |
| 9 | Henry Nikogosyan (SBN 326277) |
| | henry.nikogosyan@wilmerhale.com |
| 10 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 11 | 350 South Grand Ave., Suite 2400 |
| | Los Angeles, CA 90071 |
| 12 | Telephone: (213) 443-5300 |
| | Fax: (213) 443-5400 |
| 13 | Attorneys for Defendants |
| 14 | *Ryder Ripps and Jeremy Cahen* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DISCOVERY MATTER** |
| v. | **APPLICATION TO FILE SUPPLEMENTAL MEMORANDUM AND EXHIBIT UNDER SEAL** |
| Ryder Ripps and Jeremy Cahen, | |
| Defendants and Counterclaim Plaintiffs. | Hearing: Mar. 21, 2023, at 10:30 am. |

1  Pursuant to Local Rule 79-5.2.2, Defendants Ryder Ripps and Jeremy Cahen request that the Court grant leave to file under seal the Supplemental Memorandum in support of Defendants' Motion to Compel and Exhibit 4 of the Supplemental Memorandum in support of the Motion to Compel under seal.

As detailed in the accompanying Declaration of Louis Tompros, Exhibit 4 contains information Yuga Labs requested be filed under seal. Defendants believe that the materials in Exhibit 4 are rightfully public but have submitted this application to seal out of an abundance of caution, in accordance with the Local Rules. Defendants agree to file under seal under the condition that this does not bind them in the future about the confidentiality of the contents of Exhibit 4.

Accordingly, Defendants respectfully request an order granting leave to file Exhibit 4 and the related portions of the Joint Stipulation under seal.

Dated: March 7, 2023

By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (pro hac vice)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 7, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document is in compliance with the Local Rules pertaining to the submissions of application to seal.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400