1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL** <br><br> Hearing: Mar. 21, 2023 at 10:30 am. |

Case No. 2:22-cv-04355-JFW-JEM                                   [PROPOSED] ORDER

1   This matter is before the Court pursuant to Defendants' unopposed Application
2   to File Under Defendants' Supplemental Memorandum in support of Defendants'
3   Motion to Compel and Exhibit 4 to Defendants' Supplemental Memorandum in
4   support of Defendants' Motion to Compel.  Having considered the briefing,
5   supporting documents, and all other matter properly before the Court, being fully
6   advised on the pleadings, and for compelling reasons appearing:

7   IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED.
8   Defendants shall file under seal Defendants' Supplemental Memorandum in support
9   of Defendants' Motion to Compel and Exhibit 4 to Defendants' Supplemental
10  Memorandum in support of Defendants' Motion to Compel.

11  **IT IS SO ORDERED.**

14  Dated: _____     By: _____
15                                          Honorable John E. McDermott
                                            United States Magistrate Judge