Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF MOTION TO COMPEL**<br><br>Magistrate Judge: Hon. John E. McDermott<br>Motion Hearing Date: March 21, 2023<br>Motion Hearing Time: 10:00 AM<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:    June 27, 2023 |

**DECLARATION OF DEREK GOSMA ISO MR. RIPPS AND MR. CAHEN'S SUPPLEMENTAL MEMORANDUM ISO MOTION TO COMPEL**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue, Los Angeles, California 90071, and am counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law before this court. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and complete copy of Yuga's Complaint is filed as Exhibit 1.

3. A true copy of the Apecoin logo as retrieved from Apecoin's website is attached as Exhibit 2.

4. A true copy of promotional material used by a company called Bored Ape Wear is attached as Exhibit 3.

5. Defendants deposed Yuga partner Guy Oseary on March 1, 2023. A true and correct copy of a section of the rough transcript of the deposition as prepared by the court reporter is attached as Exhibit 4.

6. Yuga emailed Defendants on March 2, 2023, seeking to meet and confer regarding their upcoming summary judgment motion. A true and correct copy of this email is attached as Exhibit 5.

7. Defendants served interrogatories on Yuga. A true and correct copy of Yuga's objections and responses to Defendants' first set of interrogatories is attached as Exhibit 6.

8. In accordance with local rules, the parties filed a joint stipulation for this motion to compel. A true and correct copy of that joint stipulation is attached as Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 7, 2023.

                                                         */s/   Derek Gosma*

                                                         Derek Gosma