# Exhibit 2



MENU



Case 2:22-cv-04355-JFW-JEM Document 131-3 Filed 03/07/23 Page 3 of 3 Page ID #:7457



© 2023 APE FOUNDATION

ApeCoin Smart Contract Address: 0x4d224452801aced8b2f0aebe155379bb5d594381