# Exhibit 4

This Exhibit Has Been Filed Under Seal