# Exhibit 5

| | |
|---|---|
| **From:** | Eric Ball |
| **To:** | Tompros, Louis W. |
| **Cc:** | Nikogosyan, Henry; Gosma, Derek; Kimberly Culp; Anthony Fares |
| **Subject:** | Request to Meet and Confer re Yuga Labs Summary Judgment Motion |
| **Date:** | Thursday, March 2, 2023 4:39:18 PM |

**EXTERNAL SENDER**

Louis,

Yuga Labs plans to file a Motion for Summary Judgment on the following issues:
- Yuga Labs' First Cause of Action (False Designation of Origin under 15 U.S.C. § 1125(a))
- Yuga Labs' Third Cause of Action (CyberSquatting under 15 U.S.C. § 1125(D))
- Defendants' Second Affirmative Defense (First Amendment)
- Defendants' Third Affirmative Defense (Fair Use)
- Defendants' Seventh Affirmative Defense (Unclean Hands)
- Defendants' First Counterclaim (Knowing Misrepresentation of Infringing Activity)

Please let me know your availability on Monday March 6 or Wednesday March 8 to meet and confer pursuant to L.R. 7-3. Please also be prepared to discuss the documents the parties plan to file under seal in connection with the motion.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com