1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>   v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING APPLICATION TO FILE UNDER SEAL**<br><br>Hearing: Mar. 21, 2023 at 10:30 am. |

This matter is before the Court pursuant to Defendants' unopposed Application to File Under Defendants' Supplemental Memorandum in support of Defendants' Motion to Compel and Exhibit 4 to Defendants' Supplemental Memorandum in support of Defendants' Motion to Compel. Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Defendants shall file under seal Defendants' Supplemental Memorandum in support of Defendants' Motion to Compel and Exhibit 4 to Defendants' Supplemental Memorandum in support of Defendants' Motion to Compel.

**IT IS SO ORDERED.**

Dated: 3/9/23

By: /s/ John E. McDermott
Honorable John E. McDermott
United States Magistrate Judge