Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **OPPOSITION TO YUGA LABS' APPLICATION TO SEAL TRANSCRIPT OF GUY OSEARY'S DEPOSITION** <br><br> Hearing: Mar. 21, 2023 at 10:00 am |

1  Defendants Ryder Ripps and Jeremy Cahen respectfully oppose Plaintiff Yuga Labs's Application to File its Supplemental Memorandum in Opposition to Defendants' Motion to Compel (Dkt. 125).  Yuga seeks to seal the testimony of its partner Guy Oseary, as well as portions of its brief discussing that testimony.  Defendants oppose Yuga's broad-brush assertion of confidentiality and respectfully request that the Court deny the application to seal.

There is a strong presumption in favor of the public's access to judicial filings.  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  The party seeking to shield documents from the public light bears the burden to make a "particularized showing of good cause" to rebut the presumption of public access.  *Id.* at 1180.  To make a showing of good cause, the party seeking sealing of documents must show the "specific prejudice or harm" that will derive from the filing of the unsealed documents.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).  Blanket, non-specific assertions of harm are insufficient.  *Id.*

Yuga has not carried its burden to show specific harms adequate to overcome the presumption of openness in court documents.  Yuga's application to seal seeks to withhold from the public a full 20 pages of testimony on its well-publicized business dealings with celebrities.  The nature of these relationships and dealings are already the subject of much public discourse.  For example, the publicly available complaint in the class action lawsuit against Yuga discusses that the involvement of celebrities "was entirely manufactured by Oseary" and involved the use of a "white-glove service designed to help the super-rich and celebrities buy NFTs."[1]  The Complaint further goes on to discuss that celebrities were "highly compensated (without disclosing such)" and that other celebrities "(Fallon and Winkelmann) who are business partners with an investor (Oseary)."

---

[1] https://scott-scott.com/wp-content/uploads/2022/12/ECF-1-Complaint-1-1.pdf

Case No. 2:22-cv-04355-JFW-JEM        -1-        OPPOSITION TO APPLICATION TO SEAL

Given that the nature of Yuga's relationship with celebrities is already a matter of public discourse, Yuga's generalized assertions of harm are too general and do not outweigh the important public interest of the openness of courts. Yuga further fails to demonstrate how any alleged harms they seek to avoid by sealing Mr. Oseary's deposition transcript cannot be avoided through less restrictive options such as redacting a few specific lines or words of testimony that it deems to be propriety business information, as opposed to a blanket redaction of many pages of testimony. Accordingly, Defendants respectfully request that Yuga's application to seal the transcript be denied.

Dated: March 10, 2023

By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (pro hac vice)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 10, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document is in compliance with the word limit of Local Rule 11-6.1.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400