Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Additional Counsel listed on next page*

*Attorneys for Plaintiff Yuga Labs, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, Does, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DISCOVERY MATTER** <br><br> **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE** <br><br> Judge: Hon. John E. McDermott |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone: 202.628.7400

Attorneys for Plaintiff and Counterclaim
Defendant YUGA LABS, INC.

-1-

Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court's scheduling order sets the "[l]ast day for hearing motions" as April 17, 2023.  Dkt. 57 at 35.

WHEREAS, the Court's scheduling order further sets the discovery cut-off on April 3, 2023.  Dkt. 57 at 35.

WHEREAS, the Court's scheduling order requires that all discovery motions "must be heard sufficiently in advance of the discovery cut-off date."  Dkt. 57 at 5.

WHEREAS, Yuga Labs and Defendants each served a Local Rule 37-1 joint stipulation in time for their respective motions to be heard before the "[l]ast day for hearing motions," but upon further conferral determined that the hearing date for such motions should be set before April 3, 2023.

WHEREAS, both parties may file discovery motions in accordance with Local Rule 37 and agree that a modified briefing schedule would be appropriate to ensure that all filings are consistent with this Court's scheduling order.  Both parties agree that the following schedule would not unduly prejudice the parties and would allow the efficient adjudication of any final discovery disputes:

1. Each party shall file its final joint stipulation and motion under Local Rule 37 by March 14, 2023.
2. The final day to file a supplemental memorandum in relation to a joint stipulation and motion filed on March 14, 2023, shall be March 21, 2023.
3. The noticed hearing date for the parties' respective joint stipulations and motions filed on March 14, 2023, shall be March 28, 2023.

WHEREAS, both parties agree that this modified schedule will serve only to ensure that filings before this Court are procedurally proper and would not require the Court to expedite its ruling on any joint stipulation that the parties may file.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. Each party shall file its final joint stipulation and motion under Local Rule 37 by March 14, 2023.

2. The final day to file a supplemental memorandum in relation to a joint stipulation and motion filed on March 14, 2023, shall be March 21, 2023.

3. The noticed hearing date for the parties' respective joint stipulations and motions filed on or before March 14, 2023, shall be March 28, 2023.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated:  March 13, 2023

By: /s/   *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

-3-

STIPULATION TO MODIFY

Dated:  March 13, 2023

By: /s/   *Ethan M. Thomas*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone: 202.628.7400

*Attorneys for Plaintiff Yuga Labs, Inc.*

-3-

1

## ATTESTATION OF CONCURRENCE IN FILING

2        Pursuant to the United States District Court for the Central District of California's

3  Civil L.R. 5-4.3.4(a)(2)(i), Derek Gosma attests that concurrence in the filing of this

4  document has been obtained from Ethan Thomas.

5

6  Dated:  March 13, 2023              By: /s/  *Derek Gosma*

7                                           Derek Gosma

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:22-cv-04355-JFW-JEM                      STIPULATION TO MODIFY

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that a copy of the foregoing document was served on all attorneys

3 of record via the Court's ECF on March 13, 2023.

4

5 Dated:  March 13, 2023              By: /s/   *Derek Gosma*

6                                                       Derek Gosma

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:22-cv-04355-JFW-JEM                         STIPULATION TO MODIFY