# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER TO MODIFY SCHEDULE AND HEARING DATE** |

    Having considered the Stipulation to Modify Briefing Schedule and Hearing Date, and having found good cause as set forth therein, IT IS HEREBY ORDERED that:

    1.    The final day for each party to file its respective joint stipulation and motion under Local Rule 37 shall be March 14, 2023.

    2.    The final day to file a supplemental memorandum in relation to a joint stipulation and motion filed on March 14, 2023, shall be March 21, 2023.

3. The noticed hearing date for any joint stipulation and motion filed on March 14, 2023, shall be March 28, 2023.

4. This order is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

**D E N I E D**
BY ORDER OF THE COURT

Dated: _____    By: _____
                                                        Honorable John E. McDermott
                                                        United States Magistrate Judge