# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | **March 14, 2023** |
|---|---|---|---|
| Title | **Yuga Labs, Inc. v. Ripps, et al.** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| | None |

**Proceedings:**   **ORDER RE DEFENDANTS RYDER RIPPS AND JEREMY CAHEN'S MOTION TO COMPEL (Dkt. No. 103)**

On February 15, 2023, Defendants Ryder Ripps and Jeremy Cahen ("Defendants") filed a Motion To Compel Plaintiff Yuga Labs, Inc. ("Yuga") to produce documents and supplemental written discovery responses. ("Motion") (Dkt. 103, 103-1.) Both parties filed a Supplemental Memorandum on March 7, 2023. (Dkt. 127, 131.) The Court GRANTS the Motion in part and DENIES it in part.[1]

The Court DENIES the Motion as to all of the Requests for Production of Documents at issue: A (RFP 1, 2); C (RFP 11); E (RFP 12); F (RFP 25); G (RFP 30, 31); H (RFP 41); I (RFP 50); J (RFP 57). (Dkt. 103-1 at 3.) These Requests are irrelevant or have been answered and/or are permanently or temporarily barred by this Court's and the District Court's prior rulings on Inflammatory Material and counterclaims, and by the Private Securities Litigation Reform Act, as set forth in Yuga's portion of the Joint Stipulation and in its Supplemental Memorandum (Dkt. 127), which the Court accepts.

The Court also DENIES the Motion as to Requests for Admission Nos. 1-12, 33-36, 37-46, 81-84 and 86-87. (Dkt. 103-1 at 3.) These Requests also are irrelevant or permanently or temporarily barred by this Court's and the District Court's prior rulings on Inflammatory Material and counterclaims, and by the Private Securities Litigation

---

[1] The Court finds this matter appropriate for resolution without oral argument and thus vacates the March 21, 2023 hearing date on the Motion. See F. R. Civ. P. 78(b); Local Rule 5-15.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | **March 14, 2023** |
|---|---|---|---|
| Title | **Yuga Labs, Inc. v. Ripps, et al.** | | |

Reform Act, as set forth in Yuga's portion of the Joint Stipulation and in its Supplemental
Memorandum (Dkt. 127), which the Court accepts.

The Court GRANTS the Motion as to all remaining Requests for Admission:  K
(13-32, 47-52, 55-58).  Yuga denies each of these Requests "as phrased."  This response
was improper.

Fed. R. Civ. P. Rule 36(a)(4) provides:

> A denial must fairly respond to the substance of the matter; and when
> good faith requires that a party qualify an answer or deny only a part of
> a matter, the answer must specify the part admitted and qualify or deny
> the rest.

See also Marchand v. Mercy Medical Center, 22 F.3d 933, 938 (9th Cir. 1994) ("parties
should not seek to evade disclosure by quibbling and objections.  They should admit to
the fullest extent possible, and explain in detail why other portions of a request may not
be admitted").

A denial "as phrased" is an implicit admission that Yugas has something to admit
relevant to the Request.  Otherwise, it would have issued an unequivocal denial.
Defendants are not required to revise their Requests to Yuga's liking.  Defendants are
entitled to a response to their Request as stated.  Here, Yuga has explained why it cannot
admit Defendants' Requests "as phrased" but it has failed to admit what it knows to be
true or false about each of the Requests.  Its responses do not "fairly respond to the
substance of the matter."

Many of the Requests, moreover, are straightforward and seek admission of clearly
understandable facts that Yuga likely knows are true or false.  Yet, Yuga interposes
objections that are boilerplate to avoid admitting what it knows to be true or false.

The Court ORDERS Yuga to file amended responses to the identified Requests
**within 7 days of this Order**.

_____            :  _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | March 14, 2023 |
|---|---|---|---|
| Title | Yuga Labs, Inc. v. Ripps, et al. | | |

Initials of Preparer                    slo