1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants and<br>　　　　Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>Date:　　　March 27, 2023<br>Time:　　　1:30 p.m.<br>Courtroom: 7A<br>Judge:　　　Honorable John F. Walter |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:  310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:  202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and |
|    | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Notice of Lodging [Proposed] Statement of Decision Denying Defendants' Motion to Stay

Case No. 2:22-cv-04355-JFW-JEM

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to this Court's Standing Order, ECF No. 14, Plaintiff Yuga Labs, Inc. hereby lodges the attached [Proposed] Statement of Decision Denying Defendants' Motion to Stay Proceedings.

| | |
|---|---|
| Dated: March 15, 2023 | FENWICK & WEST LLP |
| | By: /s/ Eric Ball |
| | Eric Ball |
| | Attorneys for Plaintiff and Counterclaim Defendant YUGA LABS, INC. |