UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　Plaintiff and<br>　　　Counterclaim Defendant,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　Defendants and<br>　　　Counterclaim Plaintiffs. | Case No.: 2:22-Cv-04355-JTW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　April 17, 2023<br>Time:　　　1:30 p.m.<br>Courtroom: 7A<br>Judge:　　　Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

1

**[PROPOSED] ORDER**

2       Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment ("Motion") came

3 on regularly for hearing before this Court on April 17, 2023, at 1:30 p.m., in

4 Courtroom 7A.  After full consideration of the Motion, all briefs in support thereof

5 and in opposition thereto, all other papers submitted in connection therewith, the

6 pleading and papers on file in this action, and having heard the arguments of

7 counsel, **IT IS HEREBY ORDERED THAT**:

8       1.     Yuga Labs owns the marks BORED APE YACHT CLUB, BAYC,

9             BORED APE, BA YC Logo, BA YC BORED APE YACHT CLUB

10             Logo, and the Ape Skull Logo, which Defendants have infringed

11             through their sale and marketing of RR/BAYC NFTs and marketing of

12             an "Ape Market."  Following a trial on the amount of Yuga Labs'

13             damages, the Court shall enter judgment for Yuga Labs and against

14             Defendants on Yuga Labs' first cause of action for False Designation

15             of Origin under 15 U.S.C. § 1125(a).  Yuga Labs is entitled to

16             enhanced damages under 15 U.S.C. § 1117 and an award of its

17             attorneys' fees on its first cause of action because this is an exceptional

18             case.  The exact amount of damages to which Yuga Labs is entitled

19             shall be determined at trial.

20       2.     Summary judgment is entered for Yuga Labs and against Defendants

21             on Yuga Labs' third cause of action for Cybersquatting under 15

22             U.S.C. § 1125(D).  Yuga Labs is entitled to statutory damages of

23             $100,000 per domain, or $200,000 in total and Defendants are ordered

24             to transfer the domains rrbayc.com and apemarket.com to Yuga Labs

25             with five (5) days of entry of this order.

26       3.     Summary judgment is entered against Defendants on Defendants'

27             second affirmative defense (First Amendment).

28

4.      Summary judgment is entered against Defendants on Defendants' third affirmative defense (Fair Use).

5.      Summary judgment is entered against Defendants on Defendants' seventh affirmative defense (Unclean Hands).

6.      Summary judgment is entered against Defendants on Defendants' first counterclaim for Knowing Misrepresentation of Infringing Activity.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    Honorable John F. Walter
                                    United States District Court Judge