| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA  94041 |
| | Telephone:   650.988.8500 |
| 5 | Facsimile:    650.938.5200 |
| 6 | |
| | ANTHONY M. FARES (CSB No. 318065) |
| 7 | afares@fenwick.com |
| | ETHAN M. THOMAS (CSB No. 338062) |
| 8 | ethomas@fenwick.com |
| | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
| | San Francisco, CA  94104 |
| 10 | Telephone:  415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 | |
| | Attorneys for Plaintiff and |
| 13 | Counterclaim Defendant |
| | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-CV-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DECLARATION OF KEVIN WILLIAMS** |
| v. | Date:          April 17, 2023 |
| RYDER RIPPS, JEREMY CAHEN, | Time:          1:30 p.m. |
| | Courtroom:  7A |
| Defendants and Counterclaim Plaintiffs. | Judge:         Honorable John F. Walter |
| | Trial Date:   June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

I, Kevin Williams, declare:

1. I am the Senior Vice President of Customer Success at Focus IP, Inc., dba Tracer, formerly known as Appdetex. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. On March 21, 2022, Yuga Labs, Inc. granted Appdetex, and its officers, employees, or other representatives, the authority to enforce Yuga Labs' intellectual property rights. Attached hereto as **Exhibit 1** is a true and correct copy of Yuga Labs' Letter of Authorization for Appdetex.

3. Attached hereto as **Exhibit 2** is a chart summarizing the takedown notices submitted by Appdetex on behalf of Yuga Labs regarding Defendants' RR/BAYC collection. This exhibit was created based on a reasonable review of records Focus IP, Inc. keeps in the ordinary course of business.

4. On May 17, 2022, Appdetex sent one takedown notice regarding Defendants' RR/BAYC collection page that alleged infringement of Yuga Labs' copyrighted work. This notice resulted in a takedown. Attached hereto as **Exhibit 3** is a true and correct copy of this takedown notice.

5. Between June 21, 2022 and August 10, 2022, Appdetex sent twenty-five (25) takedown notices regarding Defendants' RR/BAYC collection that alleged infringement of Yuga Labs' trademarks. None of these takedown notices identified a copyrighted work which Yuga Labs claimed to have been infringed. Three (3) of these notices resulted in takedowns. Attached hereto as **Exhibit 4** are true and correct copies of the three trademark takedown notices that resulted in takedowns.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this _13_ day of March, 2023.

Kevin Williams