# Exhibit 2

| Date of Takedown Notice | Recipient of Takedown | Target of Takedown (e.g. NFT, rrbayc.com, etc.) | Basis of Takedown | Taken down (Y/N)? |
|---|---|---|---|---|
| 5/17/2022 | Foundation | foundation.app (RR/BAYC NFT) | Copyright | Y |
| 6/21/2022 | Opensea | opensea.io (RR/BAYC NFT) | Non-copyright | Y |
| 6/21/2022 | Foundation | foundation.app (RR/BAYC NFT) | Non-copyright | Y |
| 6/22/2022 | Cloudflare | x2y2.io (RR/BAYC NFT) | Non-copyright | Y |
| 6/22/2022 | Amazon Web Services | rrbayc.com (Ape Skull Logo) | Non-copyright | N |
| 6/22/2022 | Namecheap | rrbayc.com (Ape Skull Logo) | Non-copyright | N |
| 6/23/2022 | Linode | x2y2.io (RR/BAYC NFT) | Non-copyright | N |
| 6/24/2022 | Namecheap | rrbayc.org (Ape Skull Logo) | Non-copyright | N |
| 6/28/2022 | Namecheap | rrbayc.com (Ape Skull Logo) | Non-copyright | N |
| 6/28/2022 | Namecheap | rrbayc.org (Ape Skull Logo) | Non-copyright | N |
| 6/30/2022 | Cloudflare | looksrare.org (RR/BAYC NFT) | Non-copyright | N |
| 7/1/2022 | GoDaddy | gem.xyz (RR/BAYC NFT) | Non-copyright | N |
| 7/1/2022 | Cloudflare | looksrare.org (RR/BAYC NFT) | Non-copyright | N |
| 7/5/2022 | Cloudflare | rr-bayc.com (Ape Skull Logo) | Non-copyright | N |
| 7/12/2022 | Cloudflare | rrmayc.xyz (Ape Skull Logo) | Non-copyright | N |
| 7/18/2022 | Amazon Web Services | gem.xyz (RR/BAYC NFT) | Non-copyright | N |
| 7/27/2022 | gem.xyz | gem.xyz (RR/BAYC NFT) | Non-copyright | N |
| 8/2/2022 | gem.xyz | gem.xyz (RR/BAYC NFT) | Non-copyright | N |
| 8/9/2022 | Cloudflare | atomic0.com (RR/BAYC NFT) | Non-copyright | N |
| 8/9/2022 | Vercel | nftx.io (RR/BAYC NFT) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrbayc.com (Ape Skull Logo) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrbayc.com (Ape Skull Logo) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrbayc.org (Ape Skull Logo) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrbayc.net (Ape Skull Logo) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrbayc.org (Ape Skull Logo) | Non-copyright | N |
| 8/10/2022 | Namecheap | rrmayc.xyz (Ape Skull Logo) | Non-copyright | N |