# Exhibit 4

# Submission ID 1849658

**Outside System Enforcement**

| | |
|---|---|
| **Submission Created** | Tue Jun 21 2022 at 03:00:59 PM MDT |
| **Submission Submitted** | Tue Jun 21 2022 at 03:09:24 PM MDT |

# Detection Details Snapshot

| | |
|---|---|
| **Owner** | opensea.io |
| **Name** | https://opensea.io/collection/rrbayc |
| **Description** | |
| **Registrar Name** | Key-Systems GmbH |
| **Registrant Name** | |
| **Registrant Email** | |
| **Hosting Provider** | |
| **Hosting Provider Email** | abuse@cloudflare.com |
| **Name Servers** | arch.ns.cloudflare.com    nicole.ns.cloudflare.com |
| **MX Records** | alt1.aspmx.l.google.com    alt2.aspmx.l.google.com    aspmx2.googlemail.com    aspmx3.googlemail.com    aspmx.l.google.com |

# Email ID 1822827

| | |
|---|---|
| **Date:** | Tue Jun 21 2022 at 03:10:21 PM MDT |
| **Sender:** | support@openseahelp.zendesk.com |
| **Recipient:** | [enf.yugalabs.1849658@enfappdetex.com] |
| **Subject:** | Create a password for OpenSea |
| **Attachments:** | None |
| **Body:** | |

**Yuga's Summary Judgment Exhibit 4**
**Pg. 16**

Welcome to OpenSea. Please click the link below to create a password and sign-in.

https://support.opensea.io/verification/email/3aJqnYfJT1feEnRe1fqMOIZOnA7intai

If you didn't sign up to OpenSea using this email address, you can safely ignore this
email.

--------------------------------

This email is a service from OpenSea.

## Email ID 1822828

**Date:**            Tue Jun 21 2022 at 03:10:21 PM MDT

**Sender:**          support@openseahelp.zendesk.com

**Recipient:**       [enf.yugalabs.1849658@enfappdetex.com]

**Subject:**         OpenSea Support - Ticket #598563

**Attachments:**     None

**Body:**

Thanks for contacting OpenSea!

We've received your message and will respond as soon as possible.

Your ticket number is: 598563

Our customer support team is working around the clock to provide the best service
possible, but due to our current support ticket volume, our responses can take up to a
week. We appreciate your patience while we look into your issue.

In the meantime, we recommend checking out our Help Center here:
https://support.opensea.io/hc/

As a reminder, we will never ask for your wallet seed phrase, recovery phrase, or private
key. There are many sites and users on the internet pretending to be OpenSea support,
so please keep this information secure and don't share it with anyone.

- The OpenSea Support Team

--------------------------------

This email is a service from OpenSea.

**Yuga's Summary Judgment Exhibit 4**
**Pg. 17**

[65ML07-V077D]

# Email ID 1822893

| | |
|---|---|
| **Date:** | Tue Jun 21 2022 at 03:36:00 PM MDT |
| **Sender:** | support@openseahelp.zendesk.com |
| **Recipient:** | [enf.yugalabs.1849658@enfappdetex.com] |
| **Subject:** | [OpenSea] Re: IP Takedown Request: Yuga Agent Ticket #598563 |
| **Attachments:** | None |

**Body:**

Your request (598563) has been updated. To add additional comments, reply to this email.

-----------------------------------------------

Sam, Jun 21, 2022, 9:35 PM UTC

Hi there,

The specified content has been taken down from OpenSea.

Please note that we may forward your takedown request to the seller of the item(s) that were taken down.

Kind regards,
Sam

Check out our Help Center!
https://support.opensea.io/

**Yuga's Summary Judgment Exhibit 4**
**Pg. 18**

#### Sam

-----------------------------------------------

Yuga Agent, Jun 21, 2022, 9:10 PM UTC

*Your name:** Yuga Agent
**Email Address:** enf.yugalabs.1849658@enfappdetex.com
**Twitter Profile:**
**Discord Username:**
**Name of Rights Holder:** Yuga Agent
**Describe your relationship to the rights owner:** I am reporting on behalf of my organization or client.
**Describe why you are reporting this content:** This content uses my business's trademarked name or logo
**Copyrighted works link(s):** Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images; passing off as official Yuga Labs account; potential consumer confusion and/or harm.
Complainant is the owner of multiple trademarks relevant to this complaint:
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
**Infringing content ** https://opensea.io/collection/rrbayc
**Additional Info:** Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Ontel to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.

**By submitting this notice, you state that you have a good faith belief that the reported use described above, in the manner you have complained of, is not authorized by the intellectual property rights owner, its agent, or the law; that the information contained in this notice is accurate; and, under penalty of perjury, that you are authorized to act on behalf of the owner of the intellectual property rights at issue.**
**Signed:** Javie Milanez

---------------------------------
This email is a service from OpenSea.

[65ML07-V077D]

# Email ID 1823059

**Date:**           Tue Jun 21 2022 at 09:44:19 PM MDT

**Sender:**         karyoberbrunner@gmail.com

**Recipient:**      [enf.yugalabs.1849658@enfappdetex.com]

**Subject:**        Re: would you like these for bayc?

**Attachments:**    None

**Body:**

Would you like these? http://RRBAYC.xyz http://
RRBAYC.io http://RyderRipps.xyz
http://RyderRipps.io

Happy to share

**Yuga's Summary Judgment Exhibit 4**
**Pg. 20**

# Submission ID 1849710

**Email Enforcement**
**Submission Created**     Tue Jun 21 2022 at 03:15:33 PM MDT
**Submission Submitted**   Tue Jun 21 2022 at 03:15:34 PM MDT

# Detection Details Snapshot

| | |
|---|---|
| **Owner** | foundation.app |
| **Name** | https://foundation.app/collection/bayc |
| **Description** | Bored Ape Yacht Club \| Foundation |
| **Registrar Name** | Google LLC |
| **Registrant Name** | Contact Privacy Inc. Customer 7151571251 |
| **Registrant Email** | https://domains.google.com/contactregistrant?domain=foundation.app |
| **Hosting Provider** | |
| **Hosting Provider Email** | abuse@cloudflare.com |
| **Name Servers** | merlin.ns.cloudflare.com    aitana.ns.cloudflare.com |
| **MX Records** | None |

# Email ID 1822830

| | |
|---|---|
| **Date:** | Tue Jun 21 2022 at 03:15:33 PM MDT |
| **Sender:** | enf.yugalabs.1849710@enfappdetex.com |
| **Recipient:** | [trust@foundation.app] |
| **Subject:** | Yuga Labs, Inc. Notice Under DMCA / foundation.app |
| **Attachments:** | 1822830/Yuga_Labs_LOA.pdf |
| **Body:** | |

June 21, 2022

We are contacting you as the DMCA Agent regarding content (the "Infringing Content") offered on your platform which infringes on the Trademark owned by Yuga Labs, Inc.

**Yuga's Summary Judgment Exhibit 4**
**Pg. 21**

("Yuga Labs"). See Exhibit A. We request that you remove the Infringing Content as soon as possible. The necessary information for this takedown request is as follows:

Case 2:22-cv-04355-JFW-JEM   Document 149-7   Filed 03/15/23   Page 8 of 22   Page ID #:7889

Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images; passing off as official Yuga Labs account; potential consumer confusion and/or harm. Complainant is the owner of multiple trademarks relevant to this complaint:
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
Bored Ape Yacht Club : UK00003718316
Protected Works:
www.boredapeyachtclub.com

Infringing Content/URLs:
https://foundation.app/collection/bayc

Additional Information:
The Infringing Content uses Trademarked material from www.boredapeyachtclub.com produced by Yuga Labs without authorization.

Owner Name and Address:
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.
Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the copyright owner, Yuga Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.
Please let us know if you need any additional information. Thank you.
Sincerely,
Yuga labs, Inc.
(Transmitted by Appdetex Customer Success Team)

Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.

Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains.

# Email ID 1822831

**Date:**          Tue Jun 21 2022 at 03:15:45 PM MDT

**Sender:**        trust@foundation.app

**Recipient:**     [enf.yugalabs.1849710@enfappdetex.com]

**Subject:**       [Request received]

**Attachments:**   None

**Body:**

Your request (5046) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

--------------------------------
This email is a service from Foundation.

[P9O2DD-YY9EM]

**Yuga's Summary Judgment Exhibit 4**
**Pg. 23**

# Email ID 1823053

**Date:**        Tue Jun 21 2022 at 07:51:48 PM MDT

**Sender:**      trust@foundation.app

**Recipient:**   [enf.yugalabs.1849710@enfappdetex.com]

**Subject:**     [Foundation] Re: A Message from Foundation Trust & Safety regarding your Intellectual Property Claim

**Attachments:** None

**Body:**

Your request (5046) has been updated. To add additional comments, reply to this email.
------------------------------------------------

Foundation Trust & Safety, Jun 21, 2022, 9:51 PM EDT

Hello,

We understand how frustrating this is for you, and we treat copyright issues with the utmost importance at Foundation.

Foundation has adopted a general policy regarding copyright in accordance with the Digital Millennium Copyright Act. If you believe that your work has been copied in a way that constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, you should notify us of your infringement claim in accordance with the procedure outlined in our DMCA Guide. Once we have received your claim, we will review it and take the appropriate actions.

For further clarity, we have noted that you have made a claim against this collection regarding the trademark, which only covers the listing name and collection icon, but not the entire collection. If you would like to proceed with a trademark claim let us know and we will provide to you the requirements to complete our trademark takedown notification.

If you are filing a DMCA to takedown the entire collection, we ask that you review our DMCA guide and ensure you meet all the requirements.

Please let us know if you have any further questions.

Regards,
Foundation Trust & Safety

Foundation Trust & Safety

More questions?
https://help.foundation.app/

-----------------------------------------------

Enf Yugalabs 1849710, Jun 21, 2022, 5:15 PM EDT

June 21, 2022

We are contacting you as the DMCA Agent regarding content (the "Infringing Content")
offered on your platform which infringes on the Trademark owned by Yuga Labs, Inc.
("Yuga Labs"). See Exhibit A. We request that you remove the Infringing Content as soon
as possible. The necessary information for this takedown request is as follows:

Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images;
passing off as official Yuga Labs account; potential consumer confusion and/or harm.
Complainant is the owner of multiple trademarks relevant to this complaint:
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
Bored Ape Yacht Club : UK00003718316
Protected Works:
www.boredapeyachtclub.com

Infringing Content/URLs:
https://foundation.app/collection/bayc

Additional Information:
The Infringing Content uses Trademarked material from www.boredapeyachtclub.com
produced by Yuga Labs without authorization.

Owner Name and Address:
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate,
and, under penalty of perjury, further represent that we are authorized to act on behalf
of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject
of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to
facilitate the submission of and correspondence regarding complaints relating to the
Protected Works.
Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing
Content in the manner described above is not authorized by the copyright owner, Yuga
Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.

Please let us know if you need any additional information. Thank you.

Sincerely,

Yuga labs, Inc.

(Transmitted by Appdetex Customer Success Team)


_Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.


Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains._


Attachment(s):

Yuga_Labs_LOA.pdf - https://help.foundation.app/attachments/token/9DL1Prpcdcw34CxosGfvhGNMp/?name=Yuga_Labs_LOA.pdf


---------------------------------
This email is a service from Foundation.


[P9O2DD-YY9EM]

# Email ID 1823640

**Date:**          Wed Jun 22 2022 at 11:55:04 AM MDT

**Sender:**      trust@foundation.app

**Recipient:**   [enf.yugalabs.1849710@cmp.ppdetex.com]

**Subject:**     [Foundation] Re: A Message from Foundation Trust & Safety regarding your Intellectual Property Claim

**Attachments:**  None

**Body:**

Your request (5046) has been updated. To add additional comments, reply to this email.
-------------------------------------------------

Foundation Trust & Safety, Jun 22, 2022, 1:55 PM EDT

Hello,

Thank you for contacting Foundation. We acknowledge receipt of this Trademark Takedown Request. We have hidden the Collection from our website and have passed the takedown notification to the creator of the work.

Regards,
Foundation Trust & Safety


Foundation Trust & Safety

More questions?
https://help.foundation.app/


-------------------------------------------------

Foundation Trust & Safety, Jun 21, 2022, 9:51 PM EDT

Hello,

We understand how frustrating this is for you, and we treat copyright issues with the utmost importance at Foundation.

Foundation has adopted a general policy regarding copyright in accordance with the Digital Millennium Copyright Act. If you believe that your work has been copied in a way that constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, you should notify us of your infringement claim in accordance with the procedure outlined in our DMCA Guide. Once we have received your claim, we will review it and take the appropriate actions.

**Yuga's Summary Judgment Exhibit 4**
**Pg. 27**

For further clarity, we have noted that you have made a claim against this collection

regarding the trademark, which only covers the listing name and collection icon, but not
the entire collection. If you would like to proceed with a trademark claim let us know and
we will provide to you the requirements to complete our trademark takedown
notification.

If you are filing a DMCA to takedown the entire collection, we ask that you review our
DMCA guide and ensure you meet all the requirements.

Please let us know if you have any further questions.

Regards,
Foundation Trust & Safety


Foundation Trust & Safety

More questions?
https://help.foundation.app/


-----------------------------------------------

Enf Yugalabs 1849710, Jun 21, 2022, 5:15 PM EDT

June 21, 2022

We are contacting you as the DMCA Agent regarding content (the "Infringing Content")
offered on your platform which infringes on the Trademark owned by Yuga Labs, Inc.
("Yuga Labs"). See Exhibit A. We request that you remove the Infringing Content as soon
as possible. The necessary information for this takedown request is as follows:

Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images;
passing off as official Yuga Labs account; potential consumer confusion and/or harm.
Complainant is the owner of multiple trademarks relevant to this complaint:
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
Bored Ape Yacht Club : UK00003718316
Protected Works:
www.boredapeyachtclub.com

Infringing Content/URLs:
https://foundation.app/collection/bayc

Additional Information:
The Infringing Content uses Trademarked material from www.boredapeyachtclub.com

**Yuga's Summary Judgment Exhibit 4**
**Pg. 28**

produced by Yuga Labs without authorization.

Owner Name and Address:

Yuga Labs, Inc.

1430 S. Dixie Hwy, Ste. 105 10

Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.

Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the copyright owner, Yuga Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.

Please let us know if you need any additional information. Thank you.

Sincerely,

Yuga labs, Inc.

(Transmitted by Appdetex Customer Success Team)

_Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.

Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains._

Attachment(s):

Yuga_Labs_LOA.pdf - https://help.foundation.app/attachments/token/9DL1Prpcdcw34CxosGfvhGNMp/?name=Yuga_Labs_LOA.pdf

--------------------------------

This email is a service from Foundation.

[P9O2DD-YY9EM]

# Submission ID 1851355

**Outside System Enforcement**

| | |
|---|---|
| **Submission Created** | Wed Jun 22 2022 at 11:42:40 PM MDT |
| **Submission Submitted** | Wed Jun 22 2022 at 11:58:44 PM MDT |

# Detection Details Snapshot

| | |
|---|---|
| **Owner** | x2y2.io |
| **Name** | https://x2y2.io/collection/rrbayc/items |
| **Description** | |
| **Registrar Name** | |
| **Registrant Name** | |
| **Registrant Email** | |
| **Hosting Provider** | |
| **Hosting Provider Email** | abuse@cloudflare.com |
| **Name Servers** | None |
| **MX Records** | None |

# Email ID 1824245

| | |
|---|---|
| **Date:** | Wed Jun 22 2022 at 11:58:36 PM MDT |
| **Sender:** | noreply@notify.cloudflare.com |
| **Recipient:** | [enf.yugalabs.1851355@enfappdetex.com] |
| **Subject:** | [ba31342b1e8895c8] Cloudflare: Abuse report confirmation |
| **Attachments:** | None |

**Body:**

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

**Yuga's Summary Judgment Exhibit 4**
**Pg. 31**

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

## Email ID 1824246

**Date:**               Wed Jun 22 2022 at 11:59:08 PM MDT

**Sender:**           abuse@notify.cloudflare.com

**Recipient:**     [enf.yugalabs.1851355@enfappdetex.com]

**Subject:**         [ba31342b1e8895c8]: Cloudflare has responded to your trademark infringement complaint

**Attachments:** None

**Body:**

Cloudflare received your trademark infringement complaint regarding: x2y2.io

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.

Accepted URL(s) on x2y2.io:
https://x2y2.io/collection/rrbayc/items
https://x2y2.io/collection/rrmayc-1/items
https://x2y2.io/collection/rrotherside/items
https://x2y2.io/collection/rrapecoin/items
https://x2y2.io/collection/rrmayc-v3/items
https://x2y2.io/collection/rr-bakc/items

Hosting Provider:
-----------------

**Yuga's Summary Judgment Exhibit 4**
**Pg. 32**

Linode, LLC
Abuse Contact: abuse@linode.com

--------------

We have notified our customer of your report.
We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where x2y2.io is hosted (provided above);
2. The owner listed in the WHOIS record for x2y2.io and/or;
3. The contact listed on the x2y2.io site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of x2y2.io to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,
Cloudflare Trust & Safety

## Submission ID 1852183

**Outside System Enforcement**
**Submission Created**          Thu Jun 23 2022 at 03:49:19 PM MDT
**Submission Submitted**

## Submission ID 1852201

**Email Enforcement**
**Submission Created**      Thu Jun 23 2022 at 04:14:37 PM MDT
**Submission Submitted**    Thu Jun 23 2022 at 04:14:38 PM MDT

## Detection Details Snapshot

**Owner**                              x2y2.io
**Name**                               https://x2y2.io/collection/rrbayc/items

**Description**

**Registrar Name**

**Registrant Name**

**Registrant Email**

**Hosting Provider**

**Hosting Provider Email**             abuse@cloudflare.com

**Name Servers**                       None

**MX Records**                         None

---

# Email ID 1825193

**Date:**               Thu Jun 23 2022 at 04:14:37 PM MDT

**Sender:**             enf.yugalabs.1852201@enfappdetex.com

**Recipient:**          [support@linode.com]

**Subject:**            Yuga Labs, Inc. / x2y2.io

**Attachments:**        1825193/Yuga_Labs_LOA.pdf

**Body:**

Linode,

We are consistently experiencing 403 errors when trying to use your Trademark complaint form. We ask you please direct to a point of contact.

June 23, 2022

We are contacting you as the host of content (the "Infringing Content") offered on your platform which infringes on Trademark's owned by Yuga Labs, Inc. ("Yuga Labs"). We request that you remove the Infringing Content as soon as possible. The necessary information for this takedown request is as follows:

Intellectual Property : Registration #
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
BORED APE YACHT CLUB : UK00003718316
Mutant Ape Skull Logo : UK00003718367
MUTANT APE YACHT CLUB : UK00003718347

**Yuga's Summary Judgment Exhibit 4**
**Pg. 34**

OTHERSIDE : 4971618

Protected Works:
www.boredapeyachtclub.com

Infringing Content/URLs:

https://x2y2.io/collection/rr-bakc/items

https://x2y2.io/collection/rrbayc/items

https://x2y2.io/collection/rrmayc-1/items

https://x2y2.io/collection/rrotherside/items

https://x2y2.io/collection/rrapecoin/items

https://x2y2.io/collection/rrmayc-v3/items

Additional Information:
Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images; passing off as official Yuga Labs account; potential consumer confusion and/or harm. Complainant is the owner of multiple trademarks relevant to this complaint.

Please see attached Letter of Authorization.

Owner Name and Address:
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.

Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the Trademark owner, Yuga Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.

Please let us know if you need any additional information. Thank you.

Sincerely,

Yuga labs, Inc.

(Transmitted by Appdetex Customer Success Team)

Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.

Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains.