1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6
   ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
   Counterclaim Defendant
13 YUGA LABS, INC.

14

15             UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17            WESTERN DIVISION – Los Angeles

18

19 YUGA LABS, INC.,                    Case No.: 2:22-CV-04355-JFW-JEM

20        Plaintiff and               **DECLARATION OF KEREM**
          Counterclaim Defendant,     **ATALAY**
21
      v.
22                                     Date:        April 17, 2023
23 RYDER RIPPS, JEREMY CAHEN,          Time:        1:30 p.m.
                                       Courtroom:   7A
24        Defendants and              Judge:        Honorable John F. Walter
          Counterclaim Plaintiffs.
25                                     Trial Date: June 27, 2023

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Kerem Atalay, declare:

1.      I am one of the co-founders and Board Members of Yuga Labs, Inc. ("Yuga Labs") and I currently serve as its Chief Technology Officer.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.      Attached hereto as **Exhibit 5** is a true and correct copy of the Transaction Details page of the transaction 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, viewable at https://etherscan.io/tx/0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, and associated with the creation of the Ethereum blockchain smart contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which contains the RR/BAYC NFTs.  The Transaction Details page shows that "Bored Ape Yacht Club" was input as the contract name in the Foundation smart contract when that contract for the RR/BAYC NFTs was created.  The Transaction Details page also shows that "BAYC" was input as the contract symbol in the Foundation smart contract when that contract for the RR/BAYC NFTs was created.  This Exhibit bears production number YUGALABS_00031370.

3.      Attached hereto as **Exhibit 6** is a true and correct copy of the Etherscan page for the Ethereum blockchain smart contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, on June 28, 2022, which contains the RR/BAYC NFTs and was captured via web.archive.org.  This Exhibit shows that Etherscan reports the contract name and contract symbol for the RR/BAYC Foundation smart contract as "Bored Ape Yacht Club" and "BAYC", respectively.  Etherscan also reports the token tracker as "Bored Ape Yacht Club (BAYC)."  This Exhibit bears production number YUGALABS_00040355.

4.      Attached hereto as **Exhibit 7** is a true and correct copy of the Etherscan page for the Ethereum blockchain smart contract

FENWICK & WEST LLP
ATTORNEYS AT LAW

0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which contains the RR/BAYC NFTs, viewable at https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e. This Exhibit bears production number YUGALABS_00030081 - YUGALABS_00030082.

5.      Attached hereto as **Exhibit 8** is a true and correct copy of a webpage from the Foundation.app website, viewable at https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-collection-and-mint-an-NFT-on-Foundation. This Exhibit bears production numbers YUGALABS_00036186 - YUGALABS_00036199. YUGALABS_00036188 - YUGALABS_00036189 are instructions showing how a smart contract creator inputs a collection's contract name and symbol.

6.      Attached hereto as **Exhibit 9** is a true and correct copy of a February 21, 2023 capture of the webpage, viewable at https://rrbayc-v0.netlify.app/. This Exhibit bears production number YUGALABS_00036595. Netlify is a development platform used for building dynamic websites, e-commerce stores, and web applications.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this __14__ day of March, 2023.

_____
Kerem Atalay

FENWICK & WEST LLP
ATTORNEYS AT LAW