# Exhibit 6

Yuga's Summary Judgment Exhibit 6
Pg. 5

INTERNET ARCHIVE WaybackMachine https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e Go
9 captures
23 May 2022 - 20 Dec 2022
MAY JUN DEC
2021 28 2022 2023
About this capture

Etherscan

Eth: $1,185.40 (-0.23%) | 96 Gwei

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Home | Blockchain | Tokens | Resources | More | Sign In

Buy | Exchange | Earn | Gaming

Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

**Contract Overview**

| | |
|---|---|
| Balance: | 0 Ether |
| Ether Value: | $0.00 |

**More Info**

| | |
|---|---|
| My Name Tag: | Not Available, login to update |
| Contract Creator: | 0x592814ff14e030b51f6... at txn 0xec6a7bd2b146bd89b2... |
| Token Tracker: | Bored Ape Yacht Club (BAYC) |

Transactions | Internal Txns | Contract | Events | Analytics | Comments

Latest 25 from a total of 19,517 transactions

| Txn Hash | Method | Block | | From | | To | Value | |
|---|---|---|---|---|---|---|---|---|
| 0x3f4800f9673d3c84413... | Set Approval For... | 15040689 | 3 mins ago | 0x5b12ae06a1a4d1a564... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.003372408181 |
| 0xbc83c2438339296a11... | Set Approval For... | 15040659 | 13 mins ago | 0xce38bb2e02466f218d... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002265551654 |
| 0x9b02f4ecda0d334ea5... | Set Approval For... | 15040658 | 14 mins ago | 0xce38bb2e02466f218d... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.003401106393 |
| 0x68ab3c10c6301c05db... | Set Approval For... | 15040613 | 28 mins ago | 0xeec483dab92b5a91dd... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.003891044647 |
| 0x6c7c6ef43b4bc4db72b... | Set Approval For... | 15040603 | 31 mins ago | 29098.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00338467332 |
| 0xa94fdd36418c7a44d1... | Set Approval For... | 15040563 | 42 mins ago | 0x57d658f3357a9d4c29... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.003534152902 |
| 0xc7149d427694b66e23... | Set Approval For... | 15040532 | 51 mins ago | 0x164b06561e036c4a46... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.004141618127 |
| 0x72933c062b98ad7c1a... | Set Approval For... | 15040526 | 54 mins ago | 0x9dafa2ecb1aa1e0d10... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002985904579 |
| 0x6361b2cc0cc6c62c6f... | Set Approval For... | 15040483 | 1 hr 5 mins ago | 0x6099cc1604f89b6d42... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002797662138 |
| 0xa90cc84f2decb65deca... | Set Approval For... | 15040469 | 1 hr 9 mins ago | 0x3f37a4c03e308a53ec... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001534629363 |
| 0xf3f473c039563601d46... | Set Approval For... | 15040432 | 1 hr 17 mins ago | thelunarsociety.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002232270744 |
| 0x8ac40735063c593e9b... | Safe Transfer Fr... | 15040399 | 1 hr 26 mins ago | 0xda69ea1f66bf346d7d0... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002788894846 |
| 0x8a696d59259aab7518... | Set Approval For... | 15040397 | 1 hr 27 mins ago | 0x444c9d1721a972edcc... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001852151226 |
| 0x15164e9570645829d8... | Set Approval For... | 15040397 | 1 hr 27 mins ago | looksfuckingrare.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001876634726 |
| 0x36ef433768a8fb7bba0... | Set Approval For... | 15040339 | 1 hr 40 mins ago | 0xb1aa4cad539177765d... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002395363768 |
| 0x78a69b8060093982a0... | Set Approval For... | 15040332 | 1 hr 44 mins ago | 0xdf2e9df16b793e32b7c... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001799556174 |
| 0xc07206690e054aa0d9... | Set Approval For... | 15040329 | 1 hr 45 mins ago | 0x7e2d4b665ebf2e2e62... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001601249894 |
| 0x6713077d08465e5089... | Set Approval For... | 15040315 | 1 hr 49 mins ago | 0x0ba31ec584521f2364... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001610585816 |
| 0x93a45198a62c1f6395... | Set Approval For... | 15040252 | 2 hrs 3 mins ago | 0x4b3adb92d86c9f9d08... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001969180712 |
| 0x6d1b479639590fff405... | Set Approval For... | 15040219 | 2 hrs 13 mins ago | maskedapple.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001556018314 |
| 0x0d3b1583e3473fab86... | Set Approval For... | 15040219 | 2 hrs 13 mins ago | unlimitedcredit.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001556018314 |
| 0x1df3107d42f1ba8f37d... | Set Approval For... | 15040213 | 2 hrs 15 mins ago | inscrip.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001588626475 |
| 0xdf5fd4c5d4fa2713da5... | Set Approval For... | 15040197 | 2 hrs 17 mins ago | 0x68b2ba0fc60334bfd17... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.001855196718 |
| 0x05552542374668932 2... | Set Approval For... | 15040192 | 2 hrs 18 mins ago | 0x681ad212d2e7eeabb0... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002073711946 |
| 0xb03ec7c1993b4e60b6... | Set Approval For... | 15040175 | 2 hrs 23 mins ago | martianking.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.002627997979 |

[ Download CSV Export ]

A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

Preferences

**Company**

- About Us
- Contact Us
- Brand Assets
- Careers Join Us
- Terms of Service
- Bug Bounty

**Resources**

- API Documentation
- Knowledge Base
- Newsletter
- Network Status
- Disqus Comments

**Products & Services**

- Advertise
- Explorer-as-a-Service (EaaS)
- Developer APIs
- Blockscan
- BeaconScan

Etherscan © 2022 (F1) | Donate