# Exhibit 7

etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e

Etherscan

Eth: $1,160.50 (+3.06%) | 12 Gwei

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Home | Blockchain | Tokens | Resources | More | Sign In

## Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

Buy | Exchange | Earn | Gaming

Sponsored: UUEX: Sign up to get 199 USDT and withdraw to wallet. **Sign Up Now.**

**Contract Overview**

| | |
|---|---|
| Balance: | 0 Ether |
| Ether Value: | $0.00 |

**More Info**

| | |
|---|---|
| My Name Tag: | Not Available, login to update |
| Contract Creator: | "ryder-ripps.eth at txn 0xec6a7bd2b146bd89b2... |
| Token Tracker: | Bored Ape Yacht Club (BAYC) |

Ad
Blockscan Chat | Wallet-to-wallet instant messaging platform. | Start Chat

Transactions | Internal Txns | Erc20 Token Txns | Contract | Events | Analytics | Comments

Latest 25 from a total of 21,847 transactions

| Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|
| 0xbc48b8b90bd95acd97... | Set Approval For... | 16033457 | 1 hr 43 mins ago | 0x2cc44d9aaccf47706d8... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00073782 |
| 0xe17b72f6b274baadf00... | Set Approval For... | 16028956 | 16 hrs 49 mins ago | vanto.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00032038 |
| 0x7cc949ade61e356226... | Set Approval For... | 16028655 | 17 hrs 50 mins ago | 0x44f654329158bda8a1f... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054937 |
| 0x843e6ae9d0ff95cb915... | Set Approval For... | 16022521 | 1 day 14 hrs ago | jgr33nwood.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00058545 |
| 0x4d01046143f4c6e1e7... | Safe Transfer Fr... | 16019972 | 1 day 22 hrs ago | ikertje.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00081033 |
| 0xf1735e2c63d3b7174a... | Set Approval For... | 16015646 | 2 days 13 hrs ago | invers.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057544 |
| 0xa6730b3be6b18be9fc... | Set Approval For... | 16012976 | 2 days 22 hrs ago | 0x2e80de5546b9cb63be... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00069681 |
| 0x2b9a3b8298a3fc1cc4a... | Set Approval For... | 16012223 | 3 days 56 mins ago | ntalinchild.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059477 |
| 0x7e596979f73808baf64... | Transfer From | 16008387 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00050179 |
| 0x42fa2bfcd4c5bb46441... | Transfer From | 16008386 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00056927 |
| 0xa1be25d967c3b9e5a8... | Transfer From | 16008384 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059507 |
| 0xf22e65ec5714cca13bd... | Transfer From | 16008383 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006182 |
| 0x9574a9aa5fb712697b... | Transfer From | 16008381 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057418 |
| 0xef804a557d24ae458f3... | Transfer From | 16008378 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00055604 |
| 0xe6b0db9a7914bdc5c5... | Transfer From | 16008376 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057926 |
| 0x5a582de759fa475e59... | Transfer From | 16008375 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059365 |
| 0x3b65042581d62336d4... | Transfer From | 16008372 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057617 |
| 0x64e67d09a8595b5030... | Transfer From | 16008371 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006028 |
| 0x16175b6cdb52131aaa... | Transfer From | 16008370 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054707 |
| 0x8d20554525a52b80f6... | Transfer From | 16008343 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00057884 |
| 0xab1067dece8813c8c6... | Transfer From | 16008341 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00053951 |
| 0xc146101e4fe47a95be... | Transfer From | 16008339 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00056898 |
| 0x6addd4bbfec4ce4b0c8... | Transfer From | 16008335 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00059038 |
| 0x695f259cd4065cc925a... | Transfer From | 16008331 | 3 days 13 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0005793 |
| 0xc0e6427164e1aeaf2b... | Transfer From | 16008329 | 3 days 14 hrs ago | 0xbb33bef4a4a25b8d4fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00054292 |

[ Download CSV Export ]

A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

Yuga's Summary Judgment Exhibit 7
Pg. 9
YUGALABS_00030082