# Exhibit 8

2/2/23, 2:12 PM
Case 2:22-cv-04355-JFW-JEM  Document 149-12  Filed 03/15/23  Page 2 of 15   Page ID #:7916
How to create a Collection and mint an NFT on Foundation



Submit a request

Foundation > Creating on Foundation > **Creating a standard collection**

# How to create a Collection and mint an NFT on Foundation

Foundation is the place to display your creativity and communicate your artistic identity to the web3 community. We've cultivated an experience that attracts collectors for a broad spectrum of NFT creations. Collections are a great way to group your NFTs, and create a themed viewing experience for your collectors.

Collections on Foundation are creator-owned smart contracts that contain your NFTs - as a creator, you have complete ownership and control of the NFTs minted to your smart contract.

Anyone on Foundation can create a Collection and mint an NFT - you'll just need to **connect your wallet** before getting started.

Yuga's Summary Judgment Exhibit 8
Pg. 11
YUGALABS_00036186



The NFTs in a Collection will always be kept together. You can mint as many NFTs as you'd like to a Collection as well. When you're ready to create a Collection on Foundation, head to the create page.

## Creating a Collection

The Create modal is your hub for creating new collections. It provides a step-by-step guide through all of the requirements of deploying your smart contract.

To get there, click "Create" in the upper right hand corner of every page and click "Collections" in the sidebar.

Yuga's Summary Judgment Exhibit 8
Pg. 12
YUGALABS_00036187

2/2/23, 2:12 PM                                How to create a Collection and mint an NFT on Foundation
Case 2:22-cv-04355-JFW-JEM   Document 149-12   Filed 03/15/23   Page 4 of 15   Page ID
                                      #:7918



There are two important components to deploying your Collection's smart contract.

- **Collection Name:** The title and top-level identity of your Collection and its NFTs.
- **Collection Symbol:** A shorthand symbol that acts as a token name on the blockchain for this Collection's NFTs.

Yuga's Summary Judgment Exhibit 8
Pg. 13
YUGALABS_00036188



Take care when deciding on your Collection's name and symbol - these details are recorded on the blockchain and will represent your work in web3. You'll want to double check that they're correct and free of errors as you cannot change these details later.

## Deploying your smart contract

When your smart contract is deployed, a unique on-chain record is created that contains any NFTs minted to that Collection. Since you're deploying the contract yourself, you own the contract and you will always be in control of the contract.

You'll create your contract in one step. Click "Deploy your smart contract", sign the transaction in your wallet, and pay the required gas fee. Gas fees are the cost of interacting with the Ethereum blockchain. Gas fees are not set or collected by Foundation.

Yuga's Summary Judgment Exhibit 8
Pg. 14
YUGALABS_00036189

2/2/23, 2:10 PM
Case 2:22-cv-04355-JFW-JEM   Document 149-12   Filed 03/15/23   Page 6 of 15   Page ID
How to create a Collection and mint an NFT on Foundation
#:7920



You've just deployed your very own smart contract!

## Customizing your Collection page

Now that your contract is deployed, you can navigate to the Collection page and begin customizing it. Make your collection stand out by adding a unique logo, header image, and a description. These details can be edited at any time.

To get started, navigate to the collection page and click "Edit Collection".

Yuga's Summary Judgment Exhibit 8
Pg. 15
YUGALABS_00036190

2/2/23, 2:10 PM
How to create a Collection and mint an NFT on Foundation
Case 2:22-cv-04355-JFW-JEM Document 149-12 Filed 03/15/23 Page 7 of 15 Page ID #:7921



These are our recommended specs for your collection logo, description and header image:

- Collection Logo: 1920 x 1920 JPG, PNG, or GIF. 10MB max.
- Cover Image: 2800x2000 JPG, PNG, or GIF. 10MB max.
- Collection Description: 500 characters or less

## Minting an NFT

Now you're ready to mint an NFT to your collection.

Yuga's Summary Judgment Exhibit 8
Pg. 16
YUGALABS_00036191

Case 2:22-cv-04355-JFW-JEM Document 149-12 Filed 03/15/23 Page 8 of 15 Page ID #:7922



To add an NFT, navigate to the Collection page and click "+ Mint NFT" - you'll land on the asset upload page, where you'll upload your NFT file.

Or you can go to the Create modal and start from there.

Yuga's Summary Judgment Exhibit 8
Pg. 17
YUGALABS_00036192



## Uploading your NFT assets

Now you're ready to upload your NFT asset. We currently support PLAIN, JPG, JPEG, PNG, GIF, SVG, GLTF, GLB, MP4, and MOV file types, up to 50MB file size. We strongly recommend reviewing our technical specs for minting an NFT before moving forward with this step.

NFT assets uploaded to Foundation are hosted on IPFS (InterPlanetary File System), a peer-to-peer system that stores data in a distributed way.

With your NFT asset in place, it's time to add your NFT's title and description.

Yuga's Summary Judgment Exhibit 8
Pg. 18
YUGALABS_00036193



Make sure to include as much context as possible when writing your description to give the community a sense of your work. Your NFT's title must be less than 50 characters, but the description can be up to 1,000 - if you'd like to add links to your description, you can use **markdown syntax** to embed them.

Once these are all set, you'll want to make sure that everything is correct before minting - these details will be recorded on the blockchain and cannot be changed later. If you happen to make a mistake, you'll need to burn the NFT and start the mint process again.

## Minting your NFT

Now you're ready to review your NFT and mint it to the blockchain!

1. Click "Preview" to open a preview of your NFT in a new tab. Review your NFT's assets and other details - remember that these cannot be changed after minting.

2. Click "Mint NFT" and sign the transaction in your wallet.

Yuga's Summary Judgment Exhibit 8
Pg. 19
YUGALABS_00036194

▲●■ Submit a request

3. Pay the required gas fees to complete the transaction. Gas fees are the cost of interacting with the Ethereum blockchain. Gas fees are not set or col[lected by] Foundation.

4. Wait for your NFT to be minted - you can navigate away from the NFT page while this finishes.

5. Minting complete - this indicates that the minting transaction has settled on the blockchain and your NFT is now minted.

With your NFT now minted, you can now navigate to your NFT page on Foundation to add relevant tags to help collectors discover your work. You can add up to 10 unique tags by entering any words or word combinations - these can be edited at any time.

## Creating a Split NFT

Splits allow you to share NFT earnings with up to 4 recipients or collaborators. With this feature, you can set a share percentage for each participant - this determines how much each individual will earn on primary and secondary sales.

Yuga's Summary Judgment Exhibit 8
Pg. 20
YUGALABS_00036195



Follow these steps to create a Split:

1. After uploading your NFT asset in the minting process, toggle the "Create a split" setting and click "Continue".
2. Enter the wallet addresses for the Split recipients.
3. Set each recipient's share percentage to add up to 100%.
4. Click "Mint NFT" and confirm the transaction in your wallet.
5. Pay the required gas fee to complete the transaction. Gas fees are the cost of interacting with the Ethereum blockchain. Gas fees are not set or collected by Foundation.

Much like a standard NFT, a Split cannot be changed in any way once it's been minted. It is forever recorded on the blockchain, and any desired changes will require burning the Split NFT and minting it again.

**Yuga's Summary Judgment Exhibit 8**
**Pg. 21**
YUGALABS_00036196



Now that you've successfully minted an NFT, you can repeat these steps to complete your Collection, or you can go right into **listing your new NFT on the Foundation marketplace**.

Hopefully this guide helps you create your desired artist presence on Foundation. If you have any questions at all, don't hesitate to **reach out to us** and we'll be happy to help!

---

**Was this article helpful?**

214 out of 238 found this helpful

- Yes
- No

Have more questions? **Submit a request**

Yuga's Summary Judgment Exhibit 8
Pg. 22
YUGALABS_00036197

Related articles



Submit a request

— How to set up a wallet

— Creator Invites (No Longer Applicable)

— Strategy Guide for Creators

— Tips for creating a Collection on Foundation

— Setting up a Foundation profile for an Organization

Articles in this section

— Tips for creating a Collection on Foundation

— **How to create a Collection and mint an NFT on Foundation**

— What are the technical specs for minting an NFT on Foundation?

— How do I burn (delete) an NFT or a Collection?

— Can I add previously minted NFTs on Foundation to my collection?

— Imported Smart Contracts FAQ

— Strategy Guide for Creators

— Twitter Playbook for Creators

— Collections FAQ

— Collections OpenSea FAQ



Learn

Create

Collect

Sell

Yuga's Summary Judgment Exhibit 8
Pg. 23
YUGALABS_00036198

2/2/23, 2:12 PM
Case 2:22-cv-04355-JFW-JEM Document 149-12 Filed 03/15/23 Page 15 of 15 Page ID
#:7929
How to create a Collection and mint an NFT on Foundation – foundation

Foundation

Submit a request

Company

Careers

Subscribe

Connect

Twitter

Instagram

Mirror

Yuga's Summary Judgment Exhibit 8
Pg. 24
YUGALABS_00036199