# Exhibit 9



Yuga's Summary Judgment Exhibit 9
Pg. 26
YUGALABS_00036595