ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-CV-04355-JFW-JEM <br><br> **DECLARATION OF GREG SOLANO** <br><br> Date: April 17, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br> Judge: Honorable John F. Walter <br><br> Trial Date: June 27, 2023 |

DECL. OF GREG SOLANO

Case No. 2:22-cv-04355-JFW-JEM

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
| | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
| | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
| | Telephone:   310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
| | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
| | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
| | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
| | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and |
| | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

DECL. OF GREG SOLANO                               Case No. 2:22-cv-04355-JFW-JEM

I, Greg Solano, declare:

1. I am a co-Founder and the President of Yuga Labs, Inc. ("Yuga Labs"). I was a co-President of Yuga Labs prior to being its sole President. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. In early 2021, Yuga Labs hired a third-party designer to create the logos for the BAYC project. Yuga Labs owns the copyrights in the Ape Skull logo, amongst the other logos and other BAYC imagery, that this third-party designer helped create for Yuga Labs.

3. Since as early as 2021, Yuga Labs has entered into collaborations or partnerships with other brands that feature the BAYC Marks and Bored Ape images on various products and marketing materials. The BAYC Marks and brand have been used in connection with clothing, consumer goods, and related products, including in connection with the Adidas brand and Coinbase, amongst other types of collaborations.

4. Attached hereto as **Exhibit 10** is a true and correct copy of a public post made from Yuga Labs' Bored Ape Yacht Club account on Twitter on October 19, 2022, announcing the release of one such collaboration, bearing the production number YUGALABS_00032572.

5. On December 2, 2021, Adidas tweeted a Bored Ape image with the sole caption "#NewProfilePic" and no other text or BAYC Mark. Attached hereto as **Exhibit 11** is a true and correct copy of that tweet, bearing the production number YUGALABS_00002244.

6. Attached hereto as **Exhibit 12** is a true and correct copy of the "About" page on Yuga Labs' website, available at https://www.yuga.com/about, which was captured on January 3, 2023, and bearing production numbers YUGALABS_00030223 - YUGALABS_00030230.

7. Attached hereto as **Exhibit 13** is a true and correct copy of Yuga Labs'

Bored Ape Yacht Club website homepage, available at https://www.boredapeyachtclub.com/#/home#roadmap, which was captured on November 10, 2022, and bearing production numbers YUGALABS_00015993 - YUGALABS_00015995.

8. Attached hereto as **Exhibit 14** is a true and correct copy of Yuga Labs' Bored Ape Yacht Club website landing page on April 17, 2021, which was captured via web.archive.org, and bearing production number YUGALABS_00040356

9. Attached hereto as **Exhibit 15** are true and correct copies of public posts made from Yuga Labs' Bored Ape Yacht Club account on Twitter on April 17, 2021 announcing the release of the Bored Ape Yacht Club NFT collection and the benefits to its holders, available at https://twitter.com/BoredApeYC/status/1383466067419299840 and https://twitter.com/BoredApeYC/status/1383466507867361284, and bearing the production numbers YUGALABS_00002044 and YUGALABS_00002046.

10. Attached hereto as **Exhibit 16** is a true and correct copy of Yuga Labs' OpenSea listing page, available at https://opensea.io/collection/boredpaeyachtclub, which was captured on December 7, 2022, and bearing production number YUGALABS_00027531.

11. Attached hereto as **Exhibit 17** is a true and correct copy of Yuga Labs' Twitter page, available at https://twitter.com/BoredApeYC, and bearing production number YUGALABS_00002269.

12. Attached hereto as **Exhibit 18** is a true and correct copy of a website scrape of OpenSea data conducted by Yuga Labs in or about December 2022 showing rankings and sales statistics for 1,000 NFT collections on OpenSea and bearing production numbers YUGALABS_00029704 - YUGALABS_00029719.

13. Attached hereto as **Exhibit 19** is a true and correct copy of an article published by Rolling Stones on November 1, 2021, titled "How Four NFT Novices Created a Billion-Dollar Ecosystem of Cartoon Apes," available at

Fenwick & West LLP
Attorneys at Law

https://www.rollingstone.com/culture/culture-news/bayc-bored-ape-yacht-club-nft-interview-1250461/, and bearing production numbers YUGALABS_00002049 - YUGALABS_00002060.

14. Attached hereto as **Exhibit 20** is a true and correct copy of an article published by Input on August 3, 2022, titled "Planet of the Bored Apes: Inside the NFT World's Biggest Success Story," available at https://www.inverse.com/input/features/bored-ape-yacht-club-greg-solano-wylie-aronow-profile?utm_campaign=input&utm_content=1659528365&utm_medium=owned&utm_source=twitter, and bearing production numbers YUGALABS_00002061 - YUGALABS_00002093.

15. Attached hereto as **Exhibit 21** is a true and correct copy of an article published by Fast Company on January 18, 2022, titled "The Bored Ape Yacht Club Apes into Hollywood," available at https://www.fastcompany.com/90706534/the-bored-ape-yacht-club-apes-into-hollywood, and bearing production numbers YUGALABS_00002094 - YUGALABS_00002107.

16. Attached hereto as **Exhibit 22** is a true and correct copy of an article published by The New Yorker on July 30, 2021, titled "Why Bored Ape Avatars are Taking Over Twitter," available at https://www.newyorker.com/culture/infinite-scroll/why-bored-ape-avatars-are-taking-over-twitter, and bearing production numbers YUGALABS_00033962 - YUGALABS_00033974.

17. Attached hereto as **Exhibit 23** is a true and correct copy of an article published by The Verge on September 8, 2021, titled "A Bunch of Ape NFTs Just Sold for $24.4 Million," available at https://www.theverge.com/2021/9/9/22664469/bored-ape-yacht-club-sothebys-auction-amount, and bearing production numbers YUGALABS_00040362 - YUGALABS_00040368.

18. Attached hereto as **Exhibit 24** is a true and correct copy of an article published by NFT Culture on May 10, 2021, titled "Bored Ape Yacht Club: The Latest

NFT Collectable Craze?" available at https://www.nftculture.com/nft-news/bored-ape-yacht-club-the-latest-nft-collectable-craze/, and bearing production numbers YUGALABS_00040369 - YUGALABS_00040372.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this 14 day of March, 2023.

/s/ _____
Greg Solano