# Exhibit 11



Yuga's Summary Judgment Exhibit 11
Pg. 8
YUGALABS_00002244