# Exhibit 14

# BA🐵YC

**WELCOME TO THE BORED APE YACHT CLUB**

→ SCROLL DOWN

ENTER

A limited NFT collection where the token itself doubles as your membership to a swamp club for apes. The club is open! Ape in with us.

BORED APE YACHT CLUB

GET ON THE LIST

Email Address ↑

© 2021 Yuga Labs LLC
Terms & Conditions

Page 1
BAYC
https://web.archive.org/web/20210417011534/https://boredapeyachtclub.com/#/
03-07-2023

Yuga's Summary Judgment Exhibit 14
Pg. 23
YUGALABS_00040356