# Exhibit 15



> **Bored Ape Yacht Club** @BoredApeYC
>
> Announcing the Bored Ape Yacht Club! 🐵 ⛵
>
> 10,000 unique #NFTs where each Ape doubles as membership to a digital club with member-only benefits.
>
> For a chance of winning a Bored Ape:
>
> 1 - Follow @boredapeyc
> 2 - Retweet This
> 3 - Like and Comment on this tweet.
>
> #NFT #nftcollectors
>
> 10:03 AM · Apr 17, 2021 · Twitter Web App
>
> 2,554 Retweets   431 Quote Tweets   4,986 Likes

Yuga's Summary Judgment Exhibit 15
Pg. 25
YUGALABS_00002044



Yuga's Summary Judgment Exhibit 15
Pg. 26
YUGALABS_00002046