# Exhibit 16

Captured at: 12/07/2022, 03:32 PM
URL: https://opensea.io/collection/boredapeyachtclub



# Bored Ape Yacht Club

By YugaLabs

Items **9,998** · Created **Apr 2021** · Creator fee **2.5%** · Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles...
See more

| 695,035 ETH | 67.99 WETH | 64.01 WETH | 6% | 6,423 | 64% |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items**   Analytics BETA   Activity

🔍 Search by name or attribute

⇌ Filters                    ↑↓ Sort

Make collection offer

↻ Updated 5s ago                                                10,000 items