# Exhibit 17





# Bored Ape Yacht Club ✓
@BoredApeYC

To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

◎ The Swamp   🔗 boredapeyachtclub.com   📅 Joined April 2021

**5,493** Following   **965K** Followers