# Exhibit 24







Yuga's Summary Judgment Exhibit 24
Pg. 133
YUGALABS_00040369

### BAYC NFT Utility



The creators recently joined Clubhouse to share in the success and excitement around the Ape project and what continued coming up during the chat was the Utility aspect of token ownership. Right now, if you do own an Ape in your crypto wallet, you can gain access to a private "bathroom" that allows you to put graffiti on the wall.

Even before the project launched, the creators knew what would be the first thing drawn on the wall (we wont mention it here) but if you've ever seen bathroom graffiti, you'll know what it was.

*Bored Ape Yacht Club Bathroom NFT Utility*

Additionally, membership will come with other perks as the team explores new ideas. During one of the many BAYC Clubhouses ideas were tossed around about different ways that Ape owners can gain additional utility. Everything from a Global Ape map, to Mario and Donkey Kong spinoffs was discussed. It will be exciting to watch what happens in the future with this project.

### APE NFT Derivatives

Finally, it's worth talking about the BAYC derivative conundrum. Ape owners have commercial rights to the Apes in their collection. We've already seen a number of Ape spinoff projects including Picasso Apes and more. We are not lawyers and this is not legal advice, but a common talk track around Derivatives of the Ape project was succinctly stated as (paraphrasing) "Only make derivative art of Apes you own and plan on HODLing in perpetuity. If you plan on flipping an Ape, it's probably best to avoid derivative art, merch, etc." Ownership is murky and can become a legal hassle as the creators stated previously that Copyright ownership of that NFT is passed when an Ape NFT is bought or sold.

### Final Thoughts on Bored Ape Yacht Club

In an unexpected turn of events, this small project was able to steal quite a bit of attention from the elephant in the room. The Beeple Spring Drop was still a monumental success and the collectors came out in full force. While much of the attention still focused on those drops, the excitement was with the Apes and we suspect that excitement won't be going away any time soon.

### Where you can learn about Bored Ape Yacht Club NFTs

- Bored Ape Yacht Club Discord
- Bored Ape Yacht Club Website
- Buy an Ape on OpenSea

Update (5/2/21): BAYC (Bored Ape Yacht Club) has received their well-earned blue check on OpenSea adding the needed credibility to the incredible project that is taking the crypto art world by storm. Additionally, the average price of theses Apes has doubled overnight reaching almost **.4 ETH at the floor.** By the end of the day the Ape NFT project will undoubtedly surpass **1,000 ETH in volume** traded moving the volume over $3m in movement over a short time. This project appears to have legs as there are only 2,000ish total owners and demand will surely increase as the Apes continue to permeate across social media. Many of the top artists and collectors have already changed their social media profiles to the apes and clubhouse interest has reached critical mass with some form of Ape community chat running nearly 24/7.



The Bored Ape Yacht Club NFTs have already traded nearly 300 Eth of volume between the 10,000 Apes owned by 1,300 collectors.



The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation. Visit www.BoredApeYachtClub.com for more details.

Yuga's Summary Judgment Exhibit 24
Pg. 134
YUGALABS_00040370

What is interesting about this project vs. some of the other popular projects is that all 10k Apes were released for .08 ETH. The BAYC club intentionally described Bonding Curves as a Ponzi Scheme that manipulates and takes advantage of FOMO (Fear of missing out).

Ape ownership comes with additional perks.

Each ape is programmatically generated from over 170 random traits and attributes and certain apes are more rare then others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

This is an exciting project that is trying to include gamification and community elements and it will be interesting to see what comes next.

Full disclosure. A member of the NFT Culture staff owns an Ape.

### NFT BAYC Roadmap



The team behind the Apes is likely as surprised as everyone else. Their roadmap based on sales volume had some lofty goals including merch (we cant wait), LoFi Radio, Youtube, and more. We'll keep an eye our to see when they can accomplish these lofty goals



This Ape has style



NFT Artist Interview: Pavel Sokov (@pavelsokov)

Meebits NFTs from Larvalabs

RELATED POSTS


NEWSLETTER   NFT NEWS
Web3 Gaming just got a whole lot easier.


NEWSLETTER   NFT NEWS
CyberBrokers Celebrates 1 Year Anniversary


NEWSLETTER   NFT NEWS
Last Chance to Lick The Toad in Dookey Dash

### Featured NFT Crypto Artist



Katy Arrington

Yuga's Summary Judgment Exhibit 24
Pg. 135
YUGALABS_00040371





# NFT CULTURE

### About
NFTCulture exists at the intersection of art, culture, and the blockchain. Our mission is to triangulate the relationship between artists, collectors, and the myriad of marketplaces to create a strong community that benefits all.

### Artist Media
Disclaimer:

To feature art and artists, we try to embed or link directly to the source of the artist. Sometimes that is not possible, so we try and provide proper representation. If your art is featured on this website and you want it removed, please let us know and we will remove immediately.

### Legal Disclosure
The Content is for informational purposes only, you should not construe any such information or other material as legal, tax, investment, financial, or other advice. Nothing contained on our Site constitutes a solicitation, recommendation, endorsement, or offer by NFTCulture or any third party service provider to buy or sell any securities or other financial instruments in this or in in any other jurisdiction in which such solicitation or offer would be unlawful under the securities laws of such jurisdiction.

Powered by Web3 NFT Marketing Agency DR3AM Labs copyright NFTCulture LLC