ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No.: 2:22-CV-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      April 17, 2023<br>Time:      1:30 p.m.<br>Courtroom: 7A<br>Judge:     Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

I, Eric Ball declare:

1. I am an attorney admitted to practice in California and a partner in the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues. I am Lead Counsel for Yuga Labs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here. I submit this declaration in support of Yuga Labs' Motion for Summary Judgment.

2. Attached hereto as **Exhibit 25** is a true and correct copy of the August 31, 2022 Declaration of Ryder Ripps in support of Defendants' anti-SLAPP Motion to Strike and Motion to Dismiss (Dkt No. 48-1).

3. Attached hereto as **Exhibit 26** is a true and correct copy of the Consent Judgment and Order for Permanent Injunction against Thomas Lehman (Dkt. No. 12) issued in the case *Yuga Labs, Inc. v. Lehman*, Case No. 1:23-cv-00085-MAD-TWD (N.D.N.Y Feb. 6, 2023).

4. Attached hereto as **Exhibit 27** is a true and correct copy of the February 3, 2023 Declaration of Thomas Lehman, bearing production numbers YUGALABS_00032542 – YUGALABS_00032551.

5. Attached hereto as **Exhibit 28** are true and correct copies of excerpts and highlighted text of a Discord chat group named Team Ape Market used by Defendants and their co-conspirators Ryan Hickman and Thomas Lehman, bearing production numbers RIPPSCAHEN00002547, RIPPSCAHEN00002557, RIPPSCAHEN00002561, RIPPSCAHEN00002665, RIPPSCAHEN00002683.

6. Attached hereto as **Exhibit 29** are true and correct copies of emails pertaining to the registration of the domain apemarket.com, and produced under numbers RIPPSCAHEN00015817 - RIPPSCAHEN00015820.

7. Attached hereto as **Exhibit 30** is a true and correct copy of a June 22, 2022 email from Foundation.app, forwarding a trademark takedown request sent on

behalf of Yuga Labs, bearing production number RIPPSCAHEN00015313.

8. Attached hereto as **Exhibit 31** are true and correct copies of June 25, 2022 and June 28, 2022 email correspondence between Yuga Labs' counsel and x2y2 regarding a trademark takedown request from Yuga Labs, bearing production numbers YUGLABS_00029726 and YUGALABS_00029777 – YUGALABS_00029778.

9. Attached hereto as **Exhibit 32** is a true and correct copy of text messages between Defendant Jeremy Cahen and Thomas Lehman, dated June 24, 2022, bearing production numbers LEHMAN0000047 - LEHMAN0000049, and with redactions for privacy.

10. Attached hereto as **Exhibit 33** is a true and correct copy of text messages between Thomas Lehman and a third party, dated May 25, 2022, bearing production number LEHMAN0000077, and with redactions for privacy.

11. Attached hereto as **Exhibit 34** is a true and correct copy of domain registration records from NameCheap, Inc., pertaining to rrbayc.com and apemarket.com, which were produced in response to a subpoena served on it by Yuga Labs, bearing production numbers NAMECHEAP_0000015 - NAMECHEAP_0000017, and with redactions for privacy.

12. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from Yuga Labs' First Supplemental Response to Defendants' First Set of Interrogatories, dated December 21, 2022.

13. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of Defendant Ripps' Third Supplemental Responses to Yuga Labs' First Set of Interrogatories, dated March 9, 2023.

14. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of Defendant Cahen's Second Supplemental Responses to Yuga Labs' Requests for Admission, dated March 9, 2023.

15. Attached hereto as **Exhibit 38** are true and correct copies of excerpts

and highlighted text from the January 12, 2023 deposition of Ryder Ripps.

16. Attached hereto as **Exhibit 39** are true and correct copies of excerpts and highlighted text from the January 11, 2023 deposition of Jeremy Cahen.

17. Attached hereto as **Exhibit 40** are true and correct copies of excerpts and highlighted text from the December 7, 2022 deposition of Ryan Hickman and highlighted Exhibits 40, 49, 55, 58, and 64 referenced therein.

18. Attached hereto as **Exhibit 41** are true and correct copies of excerpts and highlighted text from the January 17, 2023 deposition of Greg Solano, with redactions for privacy.

19. Attached hereto as **Exhibit 42** are true and correct copies of excerpts and highlighted text from the January 24, 2023 deposition of Nicole Muniz.

20. Attached hereto as **Exhibit 43** are true and correct copies of excerpts from the March 1, 2023 deposition of Guy Oseary, which an application to file under seal is lodged concurrently herewith.

21. Attached hereto as **Exhibit 44** is a chart of Tweets made from Defendants' Twitter accounts referencing Yuga Labs and its founders during the pendency of this litigation.

22. Attached hereto as **Exhibit 45** is a chart of Tweets made from Defendants' Twitter accounts referencing Yuga Labs' counsel during the pendency of this litigation.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed in California this 15th day of March, 2023.

                         */s/ Eric Ball*
                         Eric Ball