# Exhibit 27

ETHAN JACOBS (CSB No. 291838)
ethan@ejacobslaw.com
ETHAN JACOBS LAW CORPORATION
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Attorney for Third Party
THOMAS LEHMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF THOMAS LEHMAN** <br><br> Honorable John F. Walter |

I, Thomas Lehman, declare:

1. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts set forth here.

2. I am a freelance programmer and entrepreneur. I am the co-founder and CEO of an American digital media company and owner of various NFTs.

I. **BACKGROUND ON THE RR/BAYC BUSINESS**

3. I participated in a business venture with Ryder Ripps ("Ripps") and Jeremy Cahen ("Cahen" and collectively with Ripps "Defendants"), as well as Ryan Hickman ("Hickman"), to commercialize the Ethereum blockchain smart contract 0xEE969B688442C2d5843Ad75f9117b3ab04b14960 (the "RSVP Contract"), the rrbayc.com website, and the apemarket.com website (rrbayc.com and apemarket.com are collectively the "Websites"). Defendants, Hickman, and I

1 collectively engaged in the creation and commercialization of the Websites and the
2 RSVP Contract along with the sale of NFTs (the "RR/BAYC NFTs") (the
3 "Business Venture"). On occasion, I used the term the "average joe" to refer to
4 typical consumers of NFTs on NFT marketplaces.
5     4.    In or around May 2022, Cahen called and asked me to participate in
6 the Business Venture.
7     5.    As part of the Business Venture, Defendants, Hickman, and I used the
8 RSVP Contract and the Websites to promote and sell RR/BAYC NFTs, which
9 Ripps designed and/or caused to point to the same images as the authentic BAYC
10 NFTs made by Yuga Labs. We also used social media accounts, primarily on
11 Twitter, to promote RR/BAYC NFTs and Ape Market.
12     6.    Many of our communications about these and related activities
13 occurred on the "Team ApeMarket" Discord chat and "RRBAYC" Telegram chat.
14 Other communications occurred via telephone, text message, email, and other social
15 media platforms.
16     7.    Ripps oversaw the Business Venture, by, in part, providing guidance
17 and input on the design for the Websites, which Hickman and I were working on in
18 addition to the code. Cahen functioned, in part, as a project manager to the
19 Business Venture. Hickman and I also provided input to Defendants on the
20 commercialization of the Business Venture, including some actions we might take
21 to increase our profit.
22     8.    Before I joined the Business Venture, Ripps had created the Ethereum
23 blockchain smart contract 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e, which
24 hosts the RR/BAYC NFTs ("RR/BAYC Contract"). Ripps had already begun
25 calling these NFTs "RR/BAYC" NFTs. In the RR/BAYC Contract, the return
26 value of the name() function is "Bored Ape Yacht Club" and the return value of the
27 symbol() function is "BAYC." The return values of these functions were
28 determined by values that Ripps typed when creating the RR/BAYC Contract.

## II. THE PURPOSE OF THE BUSINESS VENTURE

9. One of the reasons I joined the Business Venture was for the purpose of making money. The pitch when I joined was to enable the minting of RR/BAYC NFTs and to help develop an NFT marketplace.

10. Based on my discussions with Defendants, I understood they also expected the Business Venture to make money. I understand that Ripps acquired the domain apemarket.com before I joined the Business Venture, and when I joined the Business Venture I understood the plan was to build an NFT marketplace. When, or after, I joined the Business Venture, I learned that Defendants planned to use the RR/BAYC NFTs to help launch Ape Market.

11. I understood, based on more than a few conversations with Defendants, that the Business Venture was expected to make money by selling RR/BAYC NFTs and by potentially generating transaction fees from the sale of NFTs on Ape Market.

12. When Defendants asked me to assist with the Business Venture, they told me that I could make a lot of money if the Business Venture pursued a plan to entice BAYC NFT holders to use Ape Market by allowing them to resell their Yuga Labs NFTs on Ape Market by having lower fees than on other NFT marketplaces. My expectation was that Defendants would have launched Ape Market had Yuga Labs not sued Defendants.

13. Cahen also repeatedly discussed listing Yuga Labs' actual/original BAYC NFTs on Ape Market as a way to ensure that the Business Venture generated greater profits from the sale of the RR/BAYC NFTs, which would have been required to list NFTs on Ape Market at fees lower than other marketplaces.

14. I bought a number of RR/BAYC NFTs in the hope that they would increase in value. I was aware of Cahen and others doing the same.

15. When we discussed "cutting Yuga to 0," we meant that consumers could use Ape Market to sell authentic Yuga Labs BAYC NFTs and the Business

Venture would set the percentage of the sale price (known as a royalty or creator fee) at 0%. This could net us millions of dollars in the Business Venture by attracting BAYC holders and traders to Ape Market.

16. Before the lawsuit was filed, Hickman wrote in the Team ApeMarket Discord chat "We're closing in on *$10 million impact to yuga."

17. I wrote in the Team ApeMarket Discord that "But yes, I guess RR/BAYC is low effort art / scam." In a Twitter direct message to a friend, I wrote "I guess Ryder doin the full on scammer larp haha."

### III. DEFENDANTS USED YUGA LABS' MARKS

18. The Business Venture used Yuga Labs' BAYC Marks (BORED APE YACHT CLUB, BAYC, BORED APE, APE, BAYC Logo, BAYC BORED APE YACHT CLUB Logo, and Ape Skull Logo), including in the name RR/BAYC, on rrbayc.com and apemarket.com, on Foundation, on OpenSea, and elsewhere. This use was intentional.

19. Without Yuga Labs' widespread reputation and branding, the Business Venture would not have made money.

20. I was concerned that Defendants' uses of Yuga Labs' BAYC marks in the Business Venture would result in a lawsuit by Yuga Labs.

21. I repeatedly shared my concerns with Defendants. For example:

    a. I (and others) voiced concerns to Defendants that selling RR/BAYC NFTs alongside Yuga Labs' BAYC NFTs on Ape Market could cause confusion between RR/BAYC NFTs and BAYC NFTs.

    b. I warned Defendants that using the "BAYC" mark alongside the RR/BAYC NFTs could be confusing on Ape Market.

    c. I warned that "we should not under-estimate how confusing" using the BAYC logo alongside the RR/BAYC logo on Ape Market is.

d. I warned that if we did not take action to distinguish the RR/BAYC NFTs and the BAYC NFTs and the logos for each on Ape Market, the "average joe" would be confused on Ape Market.

e. I also expressed my concern to Defendants that the fact that the token IDs of the RR/BAYC tokens did not match the names of the RR/BAYC NFTs, and instead the RR/BAYC name matched the name of the original BAYC NFT, would cause confusion.

f. I recommended that it was not worth fighting trademark issues over rrbayc.com and that we were migrating off of it to Ape Market, and I advised that Ape Market should use a new logo and maybe change the display name of the RR/BAYC NFTs on Ape Market.

22. On at least one occasion, Defendant Cahen affirmatively agreed with the concern about underestimating how confusing it would be to use the BAYC logo alongside the RR/BAYC logo on Ape Market.

23. To address the concerns I raised with Defendants, I suggested to Defendants to use less of Yuga Labs' trademarks or take other steps to distinguish the BAYC NFTs from the RR/BAYC NFTs on Ape Market. For example, to add a label or other similar sign to the BAYC images of RR/BAYC NFTs in order to differentiate between the RR/BAYC NFTs and BAYC NFTs on Ape Market.

24. Defendants did not respond to my communications raising these concerns by telling me to implement the proposals I made to address them.

25. I believed that purchasers of RR/BAYC NFTs on Foundation.app might think they were buying authentic BAYC NFTs if they did not conduct further research (e.g., inspect the identity of the creator of the collection on one of the pages corresponding to a token of the collection), as there was not the same disclaimer as on the rrbayc.com website.

26. As RR/BAYC NFT sales increased, various NFT marketplaces took down listings of RR/BAYC NFTs. Defendants took it in stride and said it was good marketing for Ape Market.

27. Defendant Cahen informed me in the Team ApeMarket Discord chat that Defendants' attorney advised Defendants to change the skull logo, which was a Yuga Labs trademark, to defend against trademark infringement claims. I am not aware of any change Defendants made in response to this attorney's advice.

28. Defendant Cahen later said that allowing users to list RR/BAYC NFTs for sale on Ape Market while RR/BAYC NFTs were banned on other marketplaces could drive usage of Ape Market.

## IV. DEFENDANTS' MARKETING AND PROMOTION OF RR/BAYC NFTS AND APE MARKET

29. Ripps instructed Hickman and me to reserve 500 RR/BAYC NFTs for him for the purpose of promoting RR/BAYC NFTs and Ape Market, such as through giveaways. When the word "shilling" was used in the Team ApeMarket Discord, I understood it to refer to promotion of the Business Venture.

30. Defendants also tried to promote RR/BAYC NFTs and Ape Market to current and potential BAYC owners. For example, Cahen proposed promoting Ape Market directly to the "Yuga Community."

31. Ripps also proposed handing out coupon codes for RR/BAYC NFTs while attending Yuga Labs' June 2022 ApeFest event, and Cahen called it "fire", which I understood to mean that he thought it was a good idea. I understood ApeFest to be a widely publicized and popular event for Yuga attended by BAYC NFT holders and BAYC enthusiasts.

32. We intentionally promoted RR/BAYC NFTs during Yuga Labs' ApeFest to try to "mint out" (i.e., to sell) the remainder of the RR/BAYC NFTs.

## V. PROFITS AND ROYALTIES

33. In exchange for developing the RSVP Contract and rrbayc.com website for the Business Venture, I was to receive 15% of the combined revenue of the RR/BAYC mints with and without the RSVP Contract.

34. It is my understanding that Cahen and Hickman each received 15% of the combined revenue, as I did, and Ripps received the remaining 55% of the combined revenue from the sale of the mint of the RR/BAYC NFTs.

35. This distribution of revenue for this contract is reflected in the code for the RSVP Contract, as shown in the Etherscan screenshot below.

36. It is my understanding that, as shown in the screenshot above, one of Ryder Ripps' cryptocurrency wallet addresses is 0x592814FF14E030B51F6087032DB0f88F4214F254, one of Jeremy Cahen's cryptocurrency wallet addresses is 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740, and one of Ryan Hickman's cryptocurrency wallet addresses is 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B.

37. It is my understanding that at least Ripps also received royalties from the re-sale of RR/BAYC NFTs through NFT marketplaces Foundation and LooksRare. I have not received any of these royalties.

38. Cahen proposed splitting revenue from Ape Market equally, so that each of us would receive 25% of Ape Market revenue. However, Ape Market was never launched, and I never received any revenue from it.

## VI. EXHIBITS

39. Documents I produced to Fenwick & West LLP on October 19, 2022 in a folder labeled "Discord Messages" are true and correct captures of messages sent and/or received by myself through the instant messaging social platform Discord. Representative copies of which are available at LEHMAN0000291–LEHMAN0000307. The list below identifies the individuals who, to the best of my knowledge and belief, are associated with each Discord username.

- "ryder 🔜 [#2044]" is Defendant Ryder Ripps
- "Pauly Shore[#6539]" is Defendant Jeremy Cahen
- "middlemarch.eth[#6541]" is Thomas Lehman (myself)
- "hwonder [#9609]" is Ryan Hickman

40. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Email" are true and correct captures of emails sent and/or received through my email account tom.s.lehman@gmail.com. Representative copies of which are available at LEHMAN0000001–LEHMAN0000002.

41. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Google Drive" are true and correct files obtained from my Google Drive account associated with my tom.s.lehman@gmail.com email. Representative copies of which are available at LEHMAN0000219–LEHMAN0000226, LEHMAN0000234, LEHMAN0000235, LEHMAN0000241–LEHMAN0000247, LEHMAN0000254–LEHMAN0000290.

42. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Local Files" are true and correct files obtained from my personal computer. Representative copies of which are available at

LEHMAN0000227–LEHMAN0000233, LEHMAN0000236–LEHMAN0000240, LEHMAN0000248–LEHMAN0000253.

43. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Source Code" are true and correct source code files for the RSVP Contract, rrbayc.com, and apemarket.com. Representative copies of which are available at LEHMAN0000308.

44. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Telegram" are true and correct captures of messages sent and/or received by me through the instant messaging service Telegram. Representative copies of which are available at LEHMAN0000314. The list below identifies the individuals who, to the best of my knowledge and belief, are associated with each Telegram username.

- "Ryder Ripps" is Defendant Ryder Ripps
- "Pauly Shore" is Defendant Jeremy Cahen
- "Tom" is Thomas Lehman (myself)
- "Hwonder" is Ryan Hickman
- "Arze" is Ezra Ripps

45. Documents I produced to Fenwick & West LLP on October 17, 2022 in a folder labeled "Text Messages" are true and correct captures of text messages obtained from my personal cell phone. Representative copies of which are available at LEHMAN0000003–LEHMAN0000110. On December 21, 2022, I also produced to Fenwick & West LLP additional true and correct captures of text messages obtained from my personal cell phone. Representative copies of which are available at LEHMAN0000309–LEHMAN0000311 and LEHMAN0000312–LEHMAN0000313.

46. Documents I produced to Fenwick & West LLP on October 19, 2022 in a folder labeled "Twitter Direct Messages" are true and correct captures of messages sent and/or received by me through the social media service Twitter.

Representative copies of which are available at LEHMAN0000111–LEHMAN0000218. The list below identifies the individuals who, to the best of my knowledge and belief, are associated with each Twitter username.

- "RYDER-RIPPS.ETH 🔜 (ryder_ripps)" is Defendant Ryder Ripps
- "PAULY 🔜 (Pauly0x)" is Defendant Jeremy Cahen
- "middlemarch.eth 🔜 (dumbnamenumbers) is Thomas Lehman (myself)
- "hwonder | axel foley | # (hWonderofWorld)" is Ryan Hickman

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. Executed on the third day of February 2023.

Dated: February 3, 2023        By: _____
                                    Thomas Lehman