# Exhibit 31

| | |
|---|---|
| From: | Mark Jansen |
| Sent: | Sat 6/25/2022 1:25 PM (GMT-08:00) |
| To: | support@linode.com; abuse@linode.com |
| Cc: | Anne Marie Longobucco; Eric Ball |
| Bcc: | |
| Subject: | x2y2.io | Yuga Labs, Inc.'s trademark rights |
| Attachments: | 2022 06 24 [1] Complaint for False Designation of Origin, et al (22-04355).pdf |

To the attention of x2y2.io:

We represent Yuga Labs, Inc. They asked us to contact you about the NFT collections listed for sale by Ryder Ripps on x2y2.io. You were asked to remove these listings from your platform on June 22, 2022, and we understand that you've complied with this request. But we've also seen your inaccurate Twitter posts regarding the DMCA process that suggest x2y2 may reinstate the listings if Ripps responds to or contests Yuga Labs' takedown request. By doing so, x2y2 would be assisting Ripps in infringing Yuga Labs' trademark rights and deceiving potential purchasers, causing harm to Yuga Labs and the public.

The Digital Millennium Copyright Act , 17 U.S.C. §512 ("DMCA"), provides no legal justification for reinstatement of Ripps' collections. The DMCA applies only to takedown notices based on copyright infringement. Yuga Labs' request for removal of Ripps' collections is based on infringement of its trademarks, including BORED APE YACHT CLUB, BAYC, BORED APE KENNEL CLUB, BAKC, MUTANT APE YACHT CLUB, MAYC, OTHERSIDE, and the Ape Skull Logo, and the resulting consumer confusion and deception. Yuga Labs' claims against Ripps are further detailed in the attached Complaint filed against Ripps on June 24, 2022. There is no counter notification process in response to trademark claims.

Of course, even if the DMCA applied, it would offer no protection to x2y2. The DMCA's "safe harbor" provisions protect only online service providers who designate an agent to receive notifications of claimed infringement, provide the agent's contact information to the Copyright Office and to the public through a readily accessible website, and take other specified measures to prevent infringement. X2y2 does not appear to meet the requirements for the safe harbor. And because Yuga Labs has already filed a complaint against Ripps, x2y2 would be required to keep the infringing works down in order to receive any safe harbor protection under the DMCA.

Yuga Labs remains committed to ending the harm caused by Ripps' conduct, and will continue to take whatever action it deems necessary to protect its rights -- including litigation against platforms that allow this infringement to occur, after being notified of Ripps' illegal activity. If you have any questions or would like to discuss this matter, please contact me or have your counsel do so. Otherwise, we look forward to your confirmation that you will comply with the above request.

Thanks,
Mark

Mark Jansen
Fenwick | Partner | +1 650-335-7867 | mjansen@fenwick.com | Admitted to practice in Washington, DC, California and New York.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    YUGALABS_00029726

From: Tan Pee
Sent: Tue 6/28/2022 5:15 AM (GMT-08:00)
To: Mark Jansen
Cc: Eric Ball; Anne Marie Longobucco; Wacky Chainer
Bcc:
Subject: Re: x2y2.io | Yuga Labs, Inc.'s trademark rights

**\*\* EXTERNAL EMAIL \*\***

The action and our announcement on Twitter are our responses to our server providers' request, which is about the trademark infringement.

We respect what Yuga Labs has done to this industry and don't want to get into this fight.

We'll remove Ripps' collection. And as listing itself is permissionless, there could be more collections doing the same, please let us know if you found any.

Thanks,
TP

On Mon, Jun 27, 2022 at 10:43 PM Mark Jansen <mjansen@fenwick.com> wrote:

We represent Yuga Labs, Inc. They asked us to contact you about the NFT collections listed for sale by Ryder Ripps on x2y2.io. You were asked to remove these listings from your platform on June 22, 2022, and we understand that you initially complied with this request – but we've also seen your inaccurate Twitter posts regarding the DMCA process, suggesting x2y2 might reinstate the listings if Ripps responds to or contests Yuga Labs' takedown request. And we now see that several of the pages have been reinstated, with some modifications. By continuing to list Ripps' collections for sale, x2y2 is assisting Ripps in infringing Yuga Labs' trademark rights and deceiving potential purchasers, causing harm to Yuga Labs and the public.

Yuga Labs' request for removal of Ripps' collections is based on infringement of its trademarks, including BORED APE YACHT CLUB, BAYC, BORED APE KENNEL CLUB, BAKC, MUTANT APE YACHT CLUB, MAYC, OTHERSIDE, and the Ape Skull Logo, and the resulting consumer confusion and deception. Yuga Labs' claims against Ripps are further detailed in the attached Complaint filed against Ripps on June 24, 2022. The changes made to Ripps' listing pages are not sufficient to prevent confusion and deception – our client's marks are still visible on the pages, including in the token name and many of the associated images. And given Ripps' ongoing deceptive conduct and misuse of Yuga Labs' trademarks to promote his collections, the only way to prevent further confusion is to remove those collections permanently from your platform.

Separately, contrary to your claims, the Digital Millennium Copyright Act , 17 U.S.C. §512 ("DMCA"), provides no legal justification for reinstatement of Ripps' collections. The DMCA applies only to takedown notices based on copyright infringement, not trademark infringement. There is no counter notification process in response to trademark claims.  There is also no DMCA process outside the US.

Of course, even if the DMCA applied, it would offer no protection to x2y2. The DMCA's "safe harbor" provisions protect only online service providers who designate an agent to receive notifications of claimed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   YUGALABS_00029777

infringement, provide the agent's contact information to the Copyright Office and to the public through a readily accessible website, and take other specified measures to prevent infringement. X2y2 does not appear to meet the requirements for the safe harbor. And because Yuga Labs has already filed a complaint against Ripps, x2y2 would be required to keep the infringing works down in order to receive any safe harbor protection under the DMCA.

Yuga Labs remains committed to ending the harm caused by Ripps' conduct, and will continue to take whatever action it deems necessary to protect its rights -- including litigation against platforms that allow this infringement to occur, after being notified of Ripps' illegal activity. If you have any questions or would like to discuss this matter, please contact me or have your counsel do so. Otherwise, we look forward to your confirmation that you will comply with the above request.

Thanks,

Mark

Mark Jansen

Fenwick | Partner | +1 650-335-7867 | mjansen@fenwick.com | Admitted to practice in Washington, DC, California and New York.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                           YUGALABS_00029778