# Exhibit 32

6/24/22, 7:09 PM

Tom iPhone 14



Th s s more up to date than st ngs and t ooks coo

6/24/22, 7:07 PM

Tom iPhone 14

Anyway maybe next step s to present to Ryder and come up w th steps necessary to aunch? Des gn bas ca y

6/24/22, 7:17 PM

Tom iPhone 14

We a so need new ogo and brand ng d rect on n ght of the trademark th ng

6/24/22, 7:17 PM

Pauly Shore

D s ked "Ask ng n the r D scord, try ng to f nd that out, but I found an examp e where t's an hour"

6/24/22, 7:18 PM

Tom iPhone 14

My persona POV s that we shou d go hard toward someth ng that s c ear y non- nfr ng ng and a so abstract. E.g the ogo cou d be "RR" or someth ng nstead of a p cture

6/24/22, 7:18 PM

Pauly Shore

L ked an mage

6/24/22, 7:18 PM

Tom iPhone 14

Co ect on name cou d be rendered as "RR/****" or someth ng

6/24/22, 7:18 PM

Tom iPhone 14

"Yuga doesn't want you to know the name of th s co ect on"

6/24/22, 7:18 PM

Pauly Shore

Ok I w ta k to ryder about that

Yuga's Summary Judgment Exhibit 32
Page 47

6/24/22, 7:19 PM

Tom iPhone 14



L ke n a menu  ke th s I th nk RR shou d ook very d st nct (str ct y my op n on!)

6/24/22, 7:19 PM

Pauly Shore



6/24/22, 7:19 PM

Pauly Shore

I agree

6/24/22, 7:19 PM

Tom iPhone 14                    )

Haha, I th nk that s very funny but we are past t IMO

6/24/22, 7:19 PM

Tom iPhone 14                    )

Past that stage

6/24/22, 7:20 PM

Tom iPhone 14

A so I don't want to get sued, OR,  f we do get sued, for us to ook rea y sympathet c to everyone

CONFIDENTIAL                                        LEHMAN0000048

Yuga's Summary Judgment Exhibit 32
Page 48

6/24/22, 7:20 PM

Tom iPhone 14 █████████████

Whereas now w th the  ogo th ng we don't  ook sympathet c to everyone

6/24/22, 7:20 PM

Tom iPhone 14 █████████████

Anyway you fee  me on th s,  t's my meme

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

Pauly Shore █████████████

For sure

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

Pauly Shore █████████████

Wym

6/24/22, 7:21 PM

Tom iPhone 14 █████████████

L ke a norma  person cou d be  ke "I see where Yuga  s com ng from,  t's confus ng how c ose your  ogo  s to the rs"

6/24/22, 7:21 PM

Tom iPhone 14 █████████████

Whereas  f Yuga came at us  t wou d be  dea  for the norma  person to say "WTF they are do ng someth ng messed up"

6/25/22, 4:48 AM

Pauly Shore █████████████

Sorry I fe   as eep

6/25/22, 4:49 AM

Pauly Shore █████████████

And woke up to chaos

6/25/22, 10:01 AM

Tom iPhone 14 █████████████

5 m ns

6/25/22, 10:01 AM

Pauly Shore █████████████

I'm not ready for team ca   yet

6/25/22, 10:01 AM

Pauly Shore █████████████

6/25/22, 10:01 AM

Pauly Shore █████████████

Cur ous your thoughts