# Exhibit 33



**5/25/22, 2:19 PM** — Tom iPhone 14: Ryder mints then

**5/25/22, 2:19 PM** — Tom iPhone 14: This is a pre pay system

**5/25/22, 2:24 PM**: This is quite crazy definitely some people will buy thinking they are buying originals!

**5/25/22, 2:24 PM** — Tom iPhone 14: Bro there is a checkbox

**5/25/22, 2:24 PM** — Tom iPhone 14: On the site

**5/25/22, 2:24 PM (Viewed 5/25/22, 2:25 PM)**: Im talking about the foundation site

**5/25/22, 2:25 PM** — Tom iPhone 14: Ah true

**5/25/22, 2:26 PM** — Tom iPhone 14: Well ppl should do their Researxh!

**5/25/22, 2:26 PM** — Tom iPhone 14: Foundation is weird tho bc Someone can sell something they didn't create

**5/25/22, 2:26 PM** — Tom iPhone 14: So yeah idk

**5/25/22, 2:26 PM** — Tom iPhone 14: Check the chain

**5/25/22, 2:26 PM** — Tom iPhone 14: I'm a bro

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**: Check the chain>

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**: ?

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**