# Exhibit 34

## User Info

| Username / User ID / Account Locked | First Name / Last Name / Email | Support Pin / Pin Expiry | Signup Date / Signup IP | Account Balance / Available Balance / Earned Amount | Organization / Street Address / City, State | Phone / Fax / Country, Zip | Latest Transaction / Latest Login / Login IP |
|---|---|---|---|---|---|---|---|
| 1115030<br>No | Ryder<br>Ripps<br>[redacted] | Reset | 3/1/2013 11:03:51 AM<br>24.39.132.246 | 3.6800<br>3.6800<br>0.0000 | OKFOCUS LLC<br>[redacted] | +1.9173180890<br>+1.5555555555<br>US, 93510 | 1/4/2023 2:00:01 AM<br>1/28/2023 8:56:39 PM<br>72.134.200.238 |

Exported on Feb/07/2023





namecheap

# Whois details for rrbayc.com

## Registrant Contact

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Ryder | Last Name: | Ripps | Organization: | LIVE9000 LLC |
| Street Address: | [redacted] | Address 2: | | Job Title: | OWNER |
| City: | [redacted] | State/Province, Zip/Postal Code: | [redacted] | Country: | United States |
| Email Address: | [redacted] | Phone Number: | [redacted] | Fax Number: | |

## Administrative Contact

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Ryder | Last Name: | Ripps | Organization: | LIVE9000 LLC |
| Street Address: | [redacted] | Address 2: | | Job Title: | OWNER |
| City: | [redacted] | State/Province, Zip/Postal Code: | [redacted] | Country: | United States |
| Email Address: | [redacted] | Phone Number: | [redacted] | Fax Number: | |

## Technical Contact

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Ryder | Last Name: | Ripps | Organization: | LIVE9000 LLC |
| Street Address: | [redacted] | Address 2: | | Job Title: | OWNER |
| City: | [redacted] | State/Province, Zip/Postal Code: | [redacted] | Country: | United States |
| Email Address: | [redacted] | Phone Number: | [redacted] | Fax Number: | |

## Billing Contact

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Ryder | Last Name: | Ripps | Organization: | LIVE9000 LLC |
| Street Address: | [redacted] | Address 2: | | Job Title: | OWNER |
| City: | [redacted] | State/Province, Zip/Postal Code: | [redacted] | Country: | United States |
| Email Address: | [redacted] | Phone Number: | [redacted] | Fax Number: | |

Exported on Feb/07/2023

Whois details for apemarket.com

**Registrant Contact**

First Name: Ryder  Last Name: Ripps  Organization:
Street Address:  Address 2:  Job Title:
City:  State/Province, Zip/Postal Code:  Country: United States
Email Address:  Phone Number:  Fax Number:

**Administrative Contact**

First Name: Ryder  Last Name: Ripps  Organization:
Street Address:  Address 2:  Job Title:
City:  State/Province, Zip/Postal Code:  Country: United States
Email Address:  Phone Number:  Fax Number:

**Technical Contact**

First Name: Ryder  Last Name: Ripps  Organization:
Street Address:  Address 2:  Job Title:
City:  State/Province, Zip/Postal Code:  Country: United States
Email Address:  Phone Number:  Fax Number:

**Billing Contact**

First Name: Ryder  Last Name: Ripps  Organization:
Street Address:  Address 2:  Job Title:
City:  State/Province, Zip/Postal Code:  Country: United States
Email Address:  Phone Number:  Fax Number:

Exported on Feb/07/2023