# Exhibit 38

CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
     _____
 5                                      )
     YUGA LABS, INC.,                   )CASE NO.:
 6                                      )
                         Plaintiff,     )2:18-cv-00514-
 7                                      )ACA'22-cv-04355-
                 v.                     )JFW-JEM
 8                                      )
     RYDER RIPPS, JEREMY CAHEN, DOES    )
 9   1-10,                              )
                                        )
10                       Defendants.    )
     _____)
11
12
13
14
15       DEPOSITION OF RYDER RIPPS, VOLUME I
16       TAKEN ON BEHALF OF THE PLAINTIFF
17       IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18       9:07 A.M. AND ENDING AT 6:19 P.M., ON
19       THURSDAY, JANUARY 12, 2023, BEFORE
20       NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21       REPORTER NUMBER 14125.
22
23
24
25
                                              Page 2
```

| | | |
|---|---|---|
| 1 | asked something different.  He answered the when. | 09:45:15 |
| 2 | You asked him, "What was it?"  He's answering that. | 09:45:16 |
| 3 | Please let him finish his answer. | 09:45:19 |
| 4 |     A.   So, yeah, to understand RR/BAYC, it really | 09:45:23 |
| 5 | can't be understood in a vacuum.  If I was to tell | 09:45:27 |
| 6 | the story of RR/BAYC, I would have to explain the | 09:45:30 |
| 7 | story of the entirety of our protest that has been | 09:45:33 |
| 8 | going on for a while and the entirety of my work | 09:45:37 |
| 9 | that has been going on for a while and my work in | 09:45:42 |
| 10 | appropriation art, and you'd actually have to go | 09:45:46 |
| 11 | back and understand appropriation art, and maybe | 09:45:48 |
| 12 | you'd have to understand a little bit about, you | 09:45:51 |
| 13 | know, the scope of the art history over the past | 09:45:54 |
| 14 | hundred years or so to have a full understanding. | 09:45:56 |
| 15 |     So when you say "When did you start | 09:45:59 |
| 16 | talking about RR/BAYC?" well, it's a conversation | 09:46:00 |
| 17 | that has been -- that has been being had for years. | 09:46:03 |
| 18 |     Q.   What domains have you registered in | 09:46:11 |
| 19 | connection with the RR/BAYC project? | 09:46:15 |
| 20 |     A.   RRBAYC.com. | 09:46:17 |
| 21 |     Q.   And when did you register that domain? | 09:46:21 |
| 22 |     A.   I don't remember the exact date, but I | 09:46:23 |
| 23 | think it was right around some of the first mints of | 09:46:25 |
| 24 | it.  So I think mid-may or something like that. | 09:46:31 |
| 25 |     Q.   Did you also register ApeMarket.com? | 09:46:35 |

```
 1         A.   I did register that but not in conjunction     09:46:40
 2   with RR/BAYC.                                             09:46:42
 3         Q.   When did you register ApeMarket.com?           09:46:43
 4         A.   I think the very, very end of December of      09:46:49
 5   2021.                                                     09:46:52
 6         Q.   So you registered ApeMarket.com before         09:46:56
 7   RRBAYC.com?                                               09:47:04
 8         A.   Yeah.  They don't really have much to do       09:47:04
 9   with each other.  I mean, they are similar in terms       09:47:06
10   of there's some crossover in terms of maybe the           09:47:13
11   ideas that we would want to express, but Ape Market       09:47:16
12   never existed.  So Ape Market -- I don't even know        09:47:19
13   what Ape Market is, or was, or could have been.           09:47:22
14         Q.   Did -- have you -- are you still thinking      09:47:27
15   about launching Ape Market?                               09:47:31
16         A.   Am I thinking about launching it?  I mean,     09:47:34
17   that's -- I don't know.  I might have had a dream         09:47:37
18   last night where I came across in the dream -- and        09:47:40
19   to be honest, a lot of my dreams, I only remember,        09:47:44
20   like, the last, I think, like, minute when I get up.      09:47:47
21   So it's possible that it crossed my mind before.          09:47:50
22         Q.   Do you have a present intent to launch Ape     09:47:54
23   Market?                                                   09:47:57
24         A.   Presently?  As I sit here right now, no.       09:47:57
25   And I don't even know what launching it is because I      09:48:00
```

Page 37

```
 1    term on any marketplace pages for the RR/BAYC NFTs?        10:35:08
 2         A.   I don't know what you -- I don't -- a            10:35:16
 3    marketplace page, no.  I mean, I don't think that          10:35:19
 4    that's what -- I don't know.  I've discussed the           10:35:23
 5    Bored Ape Yacht Club.  Is Twitter a marketplace?           10:35:28
 6    Twitter sells stuff.  I mean, you can definitely buy       10:35:32
 7    things on Twitter; so I've definitely discussed            10:35:35
 8    Bored Ape Yacht Club on Twitter before, yes.               10:35:39
 9         Q.   Not only the discussions.  So how about on       10:35:41
10    the Foundation marketplace?  Are you familiar with         10:35:43
11    the Foundation marketplace?                                10:35:46
12         A.   I am familiar with it.  I have a -- I've         10:35:47
13    been a long-standing user of Foundation.  One of           10:35:50
14    my -- one of my good friends who curated her first         10:35:52
15    art show in 2010 is a curator of Foundation.  Her          10:35:55
16    name is Lindsay Howard.  So I'm familiar with              10:36:00
17    Foundation, yeah.                                          10:36:03
18         Q.   And did you use the term "Bored Ape Yacht        10:36:04
19    Club" on Foundation in connection with RR/BAYC NFTs?       10:36:12
20         A.   Well, RR/BAYC NFTs says -- it stands for         10:36:23
21    "RR/BAYC Bored Ape Yacht Club," and they were first        10:36:25
22    minted on Foundation.  So on my Foundation page,           10:36:29
23    which is Ryder Ripps Foundation page, their part of        10:36:32
24    the work which was created there is -- is Bored Ape        10:36:39
25    Yacht Club, RR/BAYC is the artwork.                        10:36:44
```

Page 60

```
 1        Q.   So you use BAYC on the Foundation page?     10:36:48
 2        A.   In addition to Ryder Ripps.  Ryder          10:36:56
 3   Ripps/Bored Ape Yacht Club is the name of the art     10:36:56
 4   piece that is subject of this litigation, I believe.  10:37:08
 5        Q.   And you use the phrase "Bored Ape Yacht     10:37:10
 6   Club"?                                                10:37:12
 7        A.   Not by itself ever.  It's always been in    10:37:12
 8   the context of Ryder Ripps.  Just like the name of    10:37:15
 9   the project is Ryder Ripps/Bored Ape Yacht Club.      10:37:19
10        Q.   You've never used the phrase "Bored Ape     10:37:29
11   Yacht Club" without Ryder Ripps right next to it?     10:37:34
12        A.   No.                                         10:37:37
13        Q.   Have you ever used the letters BAYC         10:37:37
14   without the RR next to it?                            10:37:40
15        A.   To discuss BAYC perhaps.                    10:37:41
16        Q.   Have you used the phrase "Bored Ape" --     10:37:44
17        A.   Bored Ape?                                  10:38:05
18        Q.   -- to -- in connection with the transfer    10:38:06
19   of RR/BAYC NFTs?                                      10:38:12
20        A.   I can't remember if I have.                 10:38:16
21        Q.   How about we go to --                       10:38:17
22        A.   Do you want to let me know what this        10:38:25
23   document is.                                          10:38:27
24        Q.   -- to page 3.                               10:38:28
25             Which document?                             10:38:30
```

Page 61

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | transferred.  It's a decentralized thing; so it can | 11:07:19 |
| 2 | be transferred many, many different ways. | 11:07:23 |
| 3 | Q.   Were -- were RR/BAYC NFTs available for | 11:07:25 |
| 4 | transfer on OpenSea? | 11:07:32 |
| 5 | A.   Not by me. | 11:07:33 |
| 6 | Q.   But you had a page on OpenSea? | 11:07:34 |
| 7 | A.   I had a page?  Did I have a page?  No. | 11:07:38 |
| 8 | Perhaps RR/BAYC collection had a page on OpenSea. | 11:07:44 |
| 9 | Q.   And who ran that collection? | 11:07:47 |
| 10 | A.   Who ran that collection?  I did because I | 11:07:50 |
| 11 | have the keys to the RR/BAYC. | 11:07:55 |
| 12 | Q.   And what did the RR/BAYC collection on | 11:07:56 |
| 13 | OpenSea look like? | 11:08:03 |
| 14 | A.   I'm not sure. | 11:08:05 |
| 15 | MR. TOMPROS:  I object.  Vague. | 11:08:06 |
| 16 | Make sure you give me a second to object. | 11:08:07 |
| 17 | THE WITNESS:  I'm sorry about that. | 11:08:10 |
| 18 | MR. TOMPROS:  That's okay. | 11:08:10 |
| 19 | Q.   You didn't capture a picture of what the | 11:08:13 |
| 20 | OpenSea page looked like on -- for the RR/BAYC NFTs? | 11:08:17 |
| 21 | A.   I can't remember if I did. | 11:08:24 |
| 22 | Q.   Do you have any images of what the RR/BAYC | 11:08:25 |
| 23 | NFT page looked like on OpenSea? | 11:08:33 |
| 24 | A.   I do remember at one point making the | 11:08:37 |
| 25 | background image the banner, if you will, to say | 11:08:47 |

Page 81

```
 1      "Long Live Conceptual Art," or something like that,      11:08:50

 2      or "You can't copy an NFT," or something along those     11:08:53

 3      lines, or -- and I do remember making sure that          11:08:56

 4      people had a link to RRBAYC.com, which is the artist     11:09:02

 5      statement at which all the RR/BAYCs -- or, I would       11:09:08

 6      say, the vast majority of them were sold through         11:09:13

 7      RRBAYC.com.                                              11:09:18

 8           Q.   How many of the RR/BAYC NFTs were sold         11:09:19

 9      through RRBAYC.com?                                      11:09:32

10           A.   I can't give you an exact figure.              11:09:34

11           Q.   How many were sold through Foundation?         11:09:36

12           A.   Well, technically, all of them were            11:09:38

13      because it was a Foundation contract, so...              11:09:41

14                But I don't know, like I said, this word       11:09:51

15      "sold" is -- is something that I think needs a lot       11:09:53

16      of clarity because the way NFT works is much more        11:09:58

17      like a transfer than like buying, you know, a candy      11:10:04

18      bar at 7-Eleven or something.  It doesn't have that      11:10:06

19      same type of qualities to the transaction.               11:10:09

20           Q.   You mentioned before that in response to a     11:10:17

21      takedown on OpenSea for trademark infringement, you      11:10:20

22      tried to get your project back up on OpenSea; is         11:10:26

23      that correct?                                            11:10:33

24           A.   Yeah, I did.                                   11:10:33

25           Q.   And what was your strategy for trying to       11:10:34
```

```
 1    know that there are tokens, and I know that an NFT      11:57:00

 2    is a non-fungible token, but what a tracker is, I       11:57:07

 3    think that's actually pretty -- pretty vague terms,     11:57:11

 4    and I don't know.                                       11:57:18

 5           Q.   Are you familiar with --                    11:57:26

 6           A.   But, yeah, I have created an artwork        11:57:27

 7    called "Ryder Ripps/Bored Ape Yacht Club" and --        11:57:31

 8    yeah.                                                   11:57:33

 9           Q.   And what is the name of the token for the   11:57:33

10    artwork that you said is called "Ryder Ripps/Bored      11:57:44

11    Ape Yacht Club"?                                        11:57:50

12           A.   I call it "Ryder Ripps/Bored Ape Yacht      11:57:50

13    Club."                                                  11:57:54

14           Q.   What is the name on the Ethereum            11:57:54

15    blockchain token?                                       11:57:57

16                MR. TOMPROS:  I object to form.  Calls for  11:57:58

17    speculation.  Vague.                                    11:58:00

18           A.   I mean, the name of anything on the -- so   11:58:01

19    I think what's important about an NFT is -- is the      11:58:08

20    data behind the NFT and the data behind -- because      11:58:13

21    an NFT, at the end of the day, is data.  It's just,     11:58:16

22    like I said, a bookmark that signifies something        11:58:20

23    that exists on the blockchain.                          11:58:23

24                And the blockchain is this public ledger    11:58:24

25    that is distributed in a decentralized manner           11:58:27
```

Page 104

| | | |
|---|---|---|
| 1 | amongst many computers, all of whom don't even | 11:58:31 |
| 2 | really know each other, unlike a centralized website | 11:58:35 |
| 3 | where someone has access and ownership of a server | 11:58:38 |
| 4 | and stuff like that. | 11:58:41 |
| 5 | So to understand any single thing on the | 11:58:42 |
| 6 | blockchain, you have to understand -- it's like -- | 11:58:47 |
| 7 | it would be like reading a book and then taking out | 11:58:52 |
| 8 | a sentence.  Like, that's not the book.  So, like, | 11:58:57 |
| 9 | the NFT is not any one of these things.  The NFT is | 11:59:00 |
| 10 | the entirety of the things.  The creator, the date | 11:59:05 |
| 11 | it was created, the owner of the token, the current | 11:59:10 |
| 12 | token, the block at which it existed on, all of | 11:59:16 |
| 13 | these very contextual elements make up what an NFT | 11:59:25 |
| 14 | is. | 11:59:29 |
| 15 | And the RR/BAYC NFT art piece, the Ryder | 11:59:30 |
| 16 | Ripps/Bored Ape Yacht Club art piece is -- cannot be | 11:59:38 |
| 17 | understood.  And the art is not anything besides the | 11:59:41 |
| 18 | sum of what an NFT is because the artwork is an NFT. | 11:59:47 |
| 19 | So in order to understand one of the | 11:59:52 |
| 20 | artworks, you have to -- you have to see the NFT. | 11:59:55 |
| 21 | And to my understanding, there was around | 12:00:00 |
| 22 | 9,000-something artworks that I created under | 12:00:04 |
| 23 | RR/BAYC, and each one you would have to understand | 12:00:08 |
| 24 | the context and the -- the specific -- the specifics | 12:00:13 |
| 25 | of that token because what we're talking about here | 12:00:18 |

| | | |
|---|---|---|
| 1 | are tokens. | 12:00:22 |
| 2 | Q. And -- question was: What is the name of | 12:00:24 |
| 3 | that token? | 12:00:28 |
| 4 | A. Ryder Ripps/Bored Ape Yacht Club. | 12:00:30 |
| 5 | Q. Where does it say that on the Ethereum | 12:00:32 |
| 6 | blockchain? | 12:00:34 |
| 7 | A. It says "contract creator" -- on this | 12:00:35 |
| 8 | thing, I'm looking at "Contract Creator: Ryder | 12:00:40 |
| 9 | Ripps," and then, it says "Bored Ape Yacht Club." | 12:00:42 |
| 10 | But it doesn't -- that Etherscan version of this | 12:00:46 |
| 11 | doesn't have to say that. That's not what -- that's | 12:00:52 |
| 12 | not what the NFT is. The NFT is a verifiable set of | 12:00:56 |
| 13 | data, a large set of data, and that is what the NFT | 12:01:06 |
| 14 | is. | 12:01:11 |
| 15 | So Etherscan is not a website I designed. | 12:01:13 |
| 16 | It's a tool that is -- that is used to verify | 12:01:16 |
| 17 | things. And as I said earlier, this tool is not | 12:01:21 |
| 18 | used as a piece of paper printout. It's used as a | 12:01:26 |
| 19 | website, which has links, and you can copy and paste | 12:01:29 |
| 20 | things, and you can do -- do things with it. You | 12:01:32 |
| 21 | can interact with it. | 12:01:34 |
| 22 | And so, you know, I don't know -- like, I | 12:01:36 |
| 23 | don't know why Etherscan does what it does. It's | 12:01:41 |
| 24 | not my website, but if you were to look at the raw | 12:01:45 |
| 25 | data on the blockchain, it would display completely | 12:01:47 |

Page 106

```
 1              CERTIFIED STENOGRAPHER'S CERTIFICATE
 2     STATE OF CALIFORNIA    )
                              ) SS.
 3     COUNTY OF LOS ANGELES  )
 4
 5            I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6            I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7     REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8     CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9     REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10     FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11            I AM NOT FINANCIALLY INTERESTED IN THIS
12     ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13     ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14     (CIV. PROC. § 2025.320(A))
15            I AM AUTHORIZED TO ADMINISTER OATHS OR
16     AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17     PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18     EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
19     AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20     2025.540(A))
21            I AM THE CERTIFIED OFFICER THAT
22     STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23     FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24     A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25     2025.540(A))
```

Page 303

```
 1              I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2      ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3      THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4      ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5      THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6      SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7      THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8              I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9      CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10      OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11      ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12      PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13      FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14      COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15      THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16      TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17      PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19      DATED:  February 2, 2023
20
21
22                      [signature]
                NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25

                                                      Page 304
```