# Exhibit 40

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4     YUGA LABS, INC.,              )
                                    )
5                   Plaintiff,      )
                                    )
6     vs.                           )Case No.
                                    )2:22-cv-04355-JFW-JEM
7     RYDER RIPPS and JEREMY        )
      CAHEN,                        )
8                                   )
                    Defendants.     )
9     _____)

10

11

12                   CONFIDENTIAL

13        VIDEOTAPED DEPOSITION OF RYAN HICKMAN

14        Taken on Wednesday, December 7, 2022

15   By a Certified Stenographer and Legal Videographer

16                   At 9:11 a.m.

17        At 9275 West Russell Road, Suite 240

18              Las Vegas, Nevada

19

20

21

22

23        Stenographically reported by:

24        Holly Larsen, NV CCR 680, CA CSR 12170

25

                                        Page 1

Yuga's Summary Judgment Exhibit 40
Page 104

CONFIDENTIAL

```
 1    and SAS model in the sense of it's really
 2    software-oriented, not here's an NFT, click a mint
 3    button, and hopefully there's enough speculation and
 4    hype that everybody minted at that moment.  Market
 5    makers come in -- this wasn't being treated as a
 6    meme coin, as they say, a token.  It was being
 7    treated as something that was a little more involved
 8    than that.
 9        Q.    Do you have an idea what happened on or
10    about June 2, 2022, that led to the increase in
11    mints?
12        A.    I don't remember.
13              (Exhibit 25 marked.)
14    BY MS. CULP:
15        Q.    Do you know what Exhibit 25 is?
16        A.    I don't.  I know it's a smart contract.
17    I don't know which one.
18        Q.    The bottom right tracker says "Bored Ape
19    Yacht Club."
20              Do you see that?
21        A.    Yes.
22        Q.    What does "Bored Ape Yacht Club" refer
23    to?
24        A.    The name that's placed in the token
25    tracker.
```

Page 143

Yuga's Summary Judgment Exhibit 40
Page 105

CONFIDENTIAL

```
 1          Q.      And the name of this token tracker is
 2    Bored Ape Yacht Club?
 3          A.      Correct.
 4          Q.      And in the community of people who buy
 5    NFTs, what is Bored Ape Yacht Club?
 6          A.      It is an NFT -- it's an NFT.
 7          Q.      Made by who?
 8          A.      Made by Yuga Labs.
 9          Q.      In parentheses it says "BAYC."
10                  Do you see that?
11          A.      Yes.
12          Q.      What does "BAYC" refer to?
13          A.      Initials of Bored Ape Yacht Club.
14          Q.      It's an acronym for the Bored Ape Yacht
15    Club NFT made by Yuga Labs?
16          A.      Correct.
17                  (Exhibit 26 marked.)
18    BY MS. CULP:
19          Q.      Do you see Exhibit 26?
20          A.      Yes.
21          Q.      It's a Twitter page, Ape Market?
22          A.      Uh-huh.
23          Q.      And if you look down, looks like three
24    tweets, where it says "Get ready"?
25          A.      Okay.
```

Page 144

Yuga's Summary Judgment Exhibit 40
Page 106

CONFIDENTIAL

```
 1          Q.      And then the "deeds," what is that?
 2          A.      The other deeds made by Yuga Labs.
 3                  (Exhibit 27 marked.)
 4     BY MS. CULP:
 5          Q.      What is Exhibit 27?
 6          A.      RR/BAYC.com -- a printout from
 7     RR/BAYC.com.
 8          Q.      Obviously not the full printout because
 9     there were 10,000 ape images on the website;
10     correct?
11          A.      Correct.
12          Q.      At the very top there's the URL, and
13     we've talked about the domain already; correct?
14          A.      Yes.
15          Q.      Then immediately below that there is a
16     logo; correct?
17          A.      Correct.
18          Q.      What logo is that?
19          A.      That is the protest logo that Ryder
20     created.
21          Q.      The "RR/BAYC" below that refers to Ryder
22     Ripps/Bored Ape Yacht Club, right below the logo?
23          A.      It stands for RR/BAYC, yes.
24          Q.      And all of the images, the ape images
25     that are on the URL, those are the ape images that
```

Page 146

```
 1    point -- that Yuga Labs' BAYC tokens point to and
 2    also the RR/BAYC tokens point to?
 3         A.      That several collections point to, yes.
 4         Q.      And the numbering is the same?
 5         A.      The numbers are -- I believe the numbers
 6    are referenced the same, yes.
 7         Q.      Between the BAYC and the RR/BAYC
 8    collections?
 9         A.      Correct, yes.  The data from OpenSea
10    populated in the form.
11         Q.      There's a Proton mail account referenced
12    right below -- right above Mr. Ripps' name,
13    RRBAYC@protonmail.com.
14                 Do you see that?
15         A.      Yes.
16         Q.      Did you ever have access to that email
17    account?
18         A.      No.
19         Q.      Have you ever seen any emails that have
20    come in or out of that email account?
21         A.      What do you mean by seen emails?
22         Q.      Like we've seen some examples in Discord
23    where people have screenshotted things and added
24    them to the chat.
25                 Have you ever seen anything that appears
```

Page 147

Yuga's Summary Judgment Exhibit 40
Page 108

1    to have come from that email account?

2        A.      I believe there might have been a

3    screenshot from somebody who stumbled on this site

4    and linked to some additional literature in support

5    of the protest.

6        Q.      Nothing else that you can recall in or

7    out of the email account?

8        A.      No.

9        Q.      Following down now, I'm right below

10   Mr. Ripps' name.  It says "Reserve apes."

11              Do you see that?

12       A.      Yes.

13       Q.      What does "apes" refer to?

14       A.      The racist monkey pictures.

15       Q.      The images that are shown at the bottom

16   of Exhibit 27 and continuing on?

17       A.      Correct.

18       Q.      Those are an ape?

19       A.      Correct.  Those are a type of ape.  Ape

20   in the bigger context of crypto or the bigger

21   context of degen finance refers to a behavior.

22       Q.      Right below that there's a box that says

23   "Enter ape ID"?

24       A.      Uh-huh.

25       Q.      And the ID -- the ape ID that you would

                                      Page 148

Yuga's Summary Judgment Exhibit 40
Page 109

CONFIDENTIAL

1    enter would be the number for that particular ape

2    that is associated with that image for the BAYC NFT

3    and that same number for the RR/BAYC NFT?

4        A.      Incorrect.  The form connects to

5    OpenSea.  You type in a number, and it looks up the

6    OpenSea API and gives back the ID of the BAYC.  And

7    the Foundation contract that operates in a different

8    sequence of token numbers takes the next available

9    token number and assigns the next available token

10   number to whatever the person selected.

11              So let's say if 300 of these things were

12   already minted and I chose Number 1, I wouldn't

13   receive Number 1.  I would receive an image that

14   OpenSea designated as Number 1.  Associated to my

15   token it would be Number 301.

16       Q.      So the ape ID refers to the BAYC token

17   ID number?

18       A.      Ape refers to the data that OpenSea

19   gives, yes.

20       Q.      For the BAYC NFT?

21       A.      Correct.

22              (Exhibit 28 marked.)

23   BY MS. CULP:

24       Q.      Do you have Exhibit 28 in front of you?

25       A.      Yes.

Page 149

Yuga's Summary Judgment Exhibit 40
Page 110

CONFIDENTIAL

```
 1        Q.      Have you seen a version of 28 before?

 2        A.      Yes.

 3        Q.      What is Exhibit 28 an image of?

 4        A.      This is the Foundation website.

 5        Q.      For what?

 6        A.      Looks to be Bored Ape Yacht Club.

 7                No, this is the -- this is the -- it

 8    looks like it's Ryder's page.  Yeah.  This is the

 9    Foundation of Ryder's -- the beginning of cannot

10    copy an NFT.

11        Q.      You're sure -- you took a look at it --

12    that this is the Foundation page for Mr. Ripps'

13    Bored Ape Yacht Club?

14        A.      Yes.  You base everything on the

15    numbers, the names.  You just -- I've actually never

16    been to the page, but I can obviously look and tell.

17    I see Ryder's face here.  I see the amount.  The

18    collections has 80 people.  There's only 60 holders.

19    There's no -- barely -- volume.  So I know that this

20    is not the Yuga Labs Bored Ape Yacht Club.

21        Q.      How do you know that by the collection

22    where it says collection of 80 that it's not Yuga

23    Labs' Bored Ape Yacht Club?

24        A.      Everybody that trades NFT goes through a

25    cycle where you learn what these things are, and
```

Page 150

```
 1        A.       To flip, I don't know specifically.   I

 2   know he holds -- he administrates the contract.   But

 3   in terms of, like, flipping them, I don't know.

 4        Q.       You haven't had that conversation with

 5   him?

 6        A.       No.

 7        Q.       Have you had that conversation with

 8   Mr. Cahen, about his sort of intentions to flip

 9   RR/BAYC NFTs?

10        A.       I believe -- I believe I've been a part

11   of discussions.   I don't specifically remember the

12   details because this isn't about flipping NFTs to

13   me.   This is about securities, race, anti-Semitism,

14   and getting a message out, you know.   If you go

15   through my Twitter, it's largely consistent with

16   this thought process.

17              But I don't recall.   I do -- I don't

18   recall specifically.   I'd have to research it.

19        Q.       Do you think buyers of NFTs need to do

20   their due diligence before they purchase them?

21        A.       Absolutely.

22        Q.       Why?

23        A.       Because the companies that issue these

24   things are very ephemeral in their setup unless they

25   catch headwinds.   And we've seen that for almost two
```

                                        Page  202

**Yuga's Summary Judgment Exhibit 40**
**Page 112**

CONFIDENTIAL

```
 1    years now.
 2              The group that brought us together
 3    through Alex Xu, he minted something.  He walked
 4    away with several millions of dollars and abandoned
 5    the project.  We as a community worked together to
 6    build things to help the community benefit from
 7    that.  And that's been, like, a consistent theme.
 8    And projects -- this is what projects do.  They make
 9    promises of roadmaps, they make promises of building
10    all kinds of different things, and they don't
11    deliver on them.
12              It's important that a person, no
13    different than they would buy a latte, to do
14    adequate research to make sure that the milk in the
15    latte is good or the employees that work there have
16    good intentions and aren't putting poison in the
17    coffee.  It's no different here, especially in a
18    speculative market, especially when the onboarding
19    of getting into this culture has everything to do
20    with preparing yourself from a security point of
21    view.
22              You go through a rigorous process to get
23    your crypto in.  You go through a rigorous process
24    to protect your wallets and assets.  And you go
25    through a learning experience to learn what these
```

Page 203

CONFIDENTIAL

```
 1     things are and learn what not to do and what to look

 2     for.

 3                     It has everything to do with checking

 4     Etherscan.  It has everything to do with looking at

 5     the numbers, checking and verifying the accounts,

 6     and maintaining a consistency on that.  So doing

 7     your own research is absolutely critical.

 8                     And it's a key message, a key messaging

 9     technique that all the influencers and everybody

10     that has a share of voice uses in this industry.

11         Q.      Do you think that's true for purchasers

12     of RR/BAYC NFTs on a secondary marketplace, that

13     they too needed to do their due diligence before

14     they bought one?

15         A.      Any NFT, yes.

16                     (Exhibit 46 marked.)

17     BY MS. CULP:

18         Q.      Do you recognize Exhibit 46?

19         A.      Yes.

20         Q.      What is it?

21         A.      It's a tweet that I made.

22         Q.      And what did you mean in the tweet in

23     particular at the top, "People sold this dream.

24     People who bought it didn't DYOR.  The truth is it's

25     a hard pill for many to swallow"?
```

Page 204

Yuga's Summary Judgment Exhibit 40
Page 114

CONFIDENTIAL

1     Q.      I appreciate your answer.

2             Were you primarily responsible for

3     putting together Ape Market, whatever sort of

4     technology was needed to implement the marketplace?

5     A.      I wouldn't necessarily say responsible

6     for.  I would say that I had built a marketplace --

7     three different marketplaces over the course of

8     time, and I just had familiarity with how they

9     function.  And, yeah, I wouldn't say necessarily

10    responsible.

11    Q.      If it wasn't you, who was on the

12    technical side of things bearing the main

13    responsibility for Ape Market?

14    A.      I mean, I believe it would have

15    ultimately landed in some type of collaboration.  I

16    didn't build the Phunks original market, and they

17    launched that market very successfully.  So I think

18    it's a matter of just coordination.

19    Q.      Can you pull up Exhibit 9 again?  This

20    is the Discord between you and Mr. Lehman.  It's one

21    of the thicker ones, if that helps.

22    A.      All right.

23    Q.      So I first want to direct your attention

24    to a 6th of June message from Mr. Lehman on the

25    second page.

Page 207

Yuga's Summary Judgment Exhibit 40
Page 115

CONFIDENTIAL

1    A.        Yes.

2    Q.        Towards the bottom, at 12:35 p.m. he

3    says, "How do you want to handle the next phase of

4    Ape Market?  I want to help work on it, but I don't

5    have the code of course."

6              Do you see that?

7    A.        Yes.

8    Q.        So as of the 6th of June, from a coding

9    perspective for Ape Market you were still the

10   primary person responsible for putting it together?

11   A.        Again, it's a coordination.  The

12   marketplaces are built.  They are -- it's a

13   configuration.  You take any address and you put it

14   in the URL and it will load the experience.  I have

15   a marketplace on Puzleworld.com, and I can just

16   change the URL and it will put whatever collection I

17   want in the marketplace.

18             So it's more of a let's review that code

19   and let's put that on a private server and explore

20   what we're going to do from there.  Do we want to

21   build a lot?  Do we want to build a little?

22             If you look in this chat, you'll see the

23   XO Apes reference there.  The XO Apes is showing one

24   use case of designing it such that it works, but

25   there's no volume.  I believe during this time there

Page 208

Yuga's Summary Judgment Exhibit 40
Page 116

CONFIDENTIAL

1    was some other examples that I shared.  I don't know

2    if they're in here.

3                    Oh, on the 23rd of June at 3:33, there's

4    the Reservoir use case.  There's no code.  If you go

5    to Reservoir's website and you click "Download" and

6    you click "Deploy," you'll literally have an Ape

7    marketplace.  It's their default use case.  And a

8    default use case is where the dropdown comes from in

9    that UI.  They are getting the data from everywhere,

10   primarily OpenSea, and they're populating it with

11   the logos; they're populating it with the text.

12   That's a large driver for where all of these design

13   patterns come from.  It's a large driver for where

14   this code base comes from.

15                   This dialogue here is just really a

16   discovery process.  As creators, that's what we do;

17   move it left, move it right, add text here and

18   there.  Everybody pitches in and contributes some

19   type of idea, ultimately to come to a conclusion on

20   what we feel the best user experience should be or

21   could be.

22        Q.      I appreciate that.

23                   Going back to Mr. Lehman's message on

24   the 6th of June, is it fair to say that he's

25   offering to help but says he can't because he

                                          Page  209

Yuga's Summary Judgment Exhibit 40
Page 117

CONFIDENTIAL

```
 1    doesn't have the code of course?
 2        A.       In that -- in the moment of that -- in
 3    the context of that specific moment, sure.  But on
 4    the 23rd he deployed the Reservoir case.  Again,
 5    it's a discovery piece.  He's never built a
 6    marketplace, so he doesn't know where to begin.
 7    Through this process we discussed different
 8    strategies.  We discussed what the possibilities
 9    are.
10             You know, just the following day, I
11    believe, the following day -- no, the same -- yeah,
12    the following -- sorry.  I'm getting the 22nd mixed
13    up.  It's my wife's birthday.  June 22nd is my
14    wife's birthday, so it's confusing.  I guess a few
15    weeks later he ended up deploying that version
16    of it.
17        Q.       I was going to direct your attention
18    next to the 21st of June message from Mr. Lehman.
19    "How can I help with the market?  I still need the
20    code.  Ha, ha.  It's getting close."
21             At least as of the 21st of June he's
22    communicating from a technical perspective he's
23    looking for you to provide some code so he can help
24    with Ape Market?
25        A.       Correct.
```

Page 210

Yuga's Summary Judgment Exhibit 40
Page 118

1        Q.        Technically, as of the 21st of June
2    you're the primary person that's working on Ape
3    Market?
4        A.        That's fair to say.  That's fair to say.
5        Q.        On the 22nd of June, Mr. Lehman writes,
6    "I must admit I'm getting nervous about my ability
7    to be useful on this without the code and so close
8    to launch."
9                  Do you see that?
10       A.        Uh-huh.
11       Q.        Was there a launch date planned as of
12   the 22nd of June?
13       A.        There wasn't a date.  But what we
14   communicated publicly, once we hit 10,000 of the
15   RR/BAYC, all of them, then we'll put the marketplace
16   out.  And there was a rapid increase in volume on
17   the -- I don't know the specific date.  But I'll
18   call it the first day of ApeFest.  Somebody made a
19   documentary and released a documentary, and the
20   documentary was seen by millions of people and it
21   really amplified the mission.  It amplified the
22   narrative.  It created a lot of visibility into all
23   of this.  And there were nearly 3,000, I believe, or
24   more reservations all within in that first hour or
25   so.  And we went from, you know, kind of going

                                          Page 211

CONFIDENTIAL

```
 1    really slow and we'd seen we had a nice horizon in
 2    front of us to, wow, it feels like it's days away.
 3              I don't remember the specific day of the
 4    first day of ApeFest, but I know specifically that
 5    Monday because I was in Orlando traveling back.  I
 6    landed, and my phone exploded with messages and
 7    notifications.
 8        Q.     Did you have any contribution to that
 9    documentary you just referenced?
10        A.     No.  Zero.
11        Q.     Did Mr. Ripps?
12        A.     I know that he -- somebody called him
13    and asked him for a clip, and he spoke to somebody
14    over the phone, and they used the conversation
15    that -- I don't know who the person is.  They
16    recorded the conversation and used that at the
17    beginning of the documentary.
18        Q.     Do you know if Mr. Cahen had any
19    contribution to the documentary?
20        A.     I don't believe so, no.
21        Q.     Do you know if Mr. Lehman did?
22        A.     I don't believe so, no.
23        Q.     Same exhibit, which is 9.  There's a
24    call on the 23rd of June between you and Tom Lehman.
25    Given that we're in your Discord, it's just the two
```

Page 212

Yuga's Summary Judgment Exhibit 40
Page 120

CONFIDENTIAL

```
 1                CERTIFICATE OF REPORTER
 2      STATE OF NEVADA      )
                             )SS
 3      COUNTY OF CLARK      )
 4           I, Holly Larsen, a duly certified court
        reporter licensed in and for the State of Nevada, do
 5      hereby certify:
 6           That I reported the taking of the deposition of
        the witness, Ryan Hickman, at the time and place
 7      aforesaid;
 8           That prior to being examined, the witness was
        by me duly sworn to testify to the truth, the whole
 9      truth, and nothing but the truth;
10           That I thereafter transcribed my shorthand
        notes into typewriting and that the typewritten
11      transcript of said deposition is a complete, true,
        and accurate record of testimony provided by the
12      witness at said time to the best of my ability.
13           I further certify (1) that I am not a relative
        or employee of counsel of any of the parties; nor a
14      relative or employee of the parties involved in said
        action; nor a person financially interested in the
15      action; nor do I have any other relationship with
        any of the parties or with counsel of any of the
16      parties involved in the action that may reasonably
        cause my impartiality to be questioned; and (2) that
17      transcript review pursuant to FRCP 30(e) was
        requested.
18
             IN WITNESS HEREOF, I have hereunto set my hand
19      in the County of Clark, State of Nevada, this 21st
        day of December, 2022.
20
21
22
23              Holly Larsen
24
25              HOLLY LARSEN, CCR NO. 680


                                          Page  309
```

Yuga's Summary Judgment Exhibit 40
Page 121

22 May 2022



**Hwonder**                                                    02:44

i dont like apes... but i sure do like this        02:44

**Pauly Shore**                                                09:01
🔥🔥🔥

**Ryder Ripps**                                                11:34
lol

whats the status on the tool                        11:34

should i hold off minting more                      11:35

itll make it much easier                            11:35

**Pauly Shore**                                                11:35
Good morning

We are still working on the main tool with the grid selector    11:35

**Ryder Ripps**                                                11:35

EXHIBIT 40
WITNESS: Hickman
DATE: 12.16.22
HOLLY LARSEN, CCR NO. 680

Yuga's Summary Judgment Exhibit 40
Page 122



RR

what about one with address input



PS

**Pauly Shore**                                                                     11:36

I can have them work on it but I think overall it's better to prioritize the
main iteration

And keep slowly minting the orders                                    11:36

My prediction is that the entire mint will be complete within 48 hours  11:36

It will mint out very fast once we launch it                              11:37



H

**Hwonder**                                                                         19:39



which layout                                                                        19:39

the left (overlaid ids) or right (where the ID is placed below)            19:39

**Ryder Ripps**                                                                     19:40

a

**Hwonder**                                                                         19:40

cool

**Ryder Ripps**                                                                     19:40

what u think

**Hwonder**                                                    19:40
a it is!

**Ryder Ripps**                                               19:40
i still think it should list both nobers

for ones that are taken                                       19:40

rr and bayc                                                   19:40

**Hwonder**                                                    19:41
cool... we have the data... we'll come up with layout for it...

**Ryder Ripps**                                               19:42
RR#5/YL#492

**Hwonder**                                                    19:59
perfect

**Pauly Shore**                                                20:05
I agree ryder I like A and I think having both numbers is dope

It's gonna be 🔥                                               20:05

**Ryder Ripps**                                               20:52
is batch minting possible

might save gas?                                               20:52

**Pauly Shore**                                                20:55
Do you mean currently @ryderripps or on the tool we are testing with the
grid for public mint?

**Ryder Ripps**                                               20:55
both

Avatar **Pauly Shore** 30-May-22 12:58 PM

Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side

I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements

- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve (edited)
- price increase (edited)

Avatar **hwonder** 30-May-22 01:04 PM

fat finger floor reserve

Avatar **Pauly Shore** 30-May-22 01:14 PM



# ApeMarket

.69% royalties? (Decide %) for RR/BAYC + BAYC (do we let apes sell mutants and dogs and land too?)
- Any rr/bayc owner can use the marketplace ( token gate = incentive to use)
- fat finger protection / floor reserve
- price increase + 20% in anticipation of the market

I actually think it's a very good idea to include every Yuga asset on our marketplace

More royalties for us + more reason to own the rrbayc as a ticket to use our@utility and save money + much larger audience

More work for sure, but much higher likelihood of generating more royalties and users

Avatar **middlemarch.eth** 30-May-22 01:31 PM

Few thoughts on the wrapper as it was posted in the telegram:

If we were to do it I think we would want different metadata in some way so it was less confusing (could perhaps include the word "wrapped")

But overall I think we should be very careful about doing this in terms of the confusion it will create

Especially at a time when holder count and volume are important to us

Avatar **Pauly Shore** 30-May-22 01:33 PM

i dont want to start implementing a wrapper

Avatar **middlemarch.eth** 30-May-22 01:33 PM

Agreed

Avatar **Pauly Shore** 30-May-22 01:33 PM

these users are too unsophisticated

by far

Avatar **middlemarch.eth** 30-May-22 02:54 PM  @hwonder I think I have a fix for the events thing

https://github.com/RogerPodacter/RRBAYC/pull/70/files

Want to step through it when you have a moment?

Avatar **middlemarch.eth** 30-May-22 03:26 PM

Ok boom now I think I have a fix for the admin UI as well

Avatar **middlemarch.eth** 30-May-22 03:40 PM



EXHIBIT 49
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing any more which I know @Pauly Shore never liked @hwonder

@middlemarch.eth I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing.

**Pauly Shore**  30-May-22 03:45 PM

That would be awesome

Then hopefully tonight we can do some design work on a demo site of marketplace

And get that slide out like this one



**Pauly Shore**  30-May-22 03:53 PM

Real time counter

Of how much saved vs opensea or@looks rare

On the ape side

**Pauly Shore**  30-May-22 04:08 PM

Ryder wants to release bayc & mutants on the marketplace

And I think it's a great idea for the accouncement

@hwonder ryder said to share whatever we can with him and he can mess with css design stuff etc

Demo site tonight?

**Pauly Shore**  30-May-22 04:25 PM

file:///discu/ents/39546-408.Screenshot%20Floss/RT.Review/2022.10.17.Lehman/Discord.Messages/Direct.Messages - Group - Team.ApeMarket.5f766449693169977010/Direct.Messages - Group - Team.ApeMarket.%20f766449693169977010/Unknown-85205.pmp

**Yuga's Summary Judgment Exhibit 40**
**Page 126**

Avatar **hwonder**   26-May-22 10:06 AM
we do not want a 2e total volume marketplace

Avatar **middlemarch.eth**   26-May-22 10:06 AM
Yes true

Avatar **hwonder**   26-May-22 10:06 AM
ppl can trade on xyx2 and oother places today
so it HAS to make sense for user to see a greater benefit

👆 1

with phunks... 0 fee drew ppl in ... and early on the cargo back end made it a 1 time cost
it was perfect perfect storm

Avatar **middlemarch.eth**   26-May-22 10:07 AM
What was cargo backend?
That's an existing market?
So basically you didn't have to re-approve

Avatar **hwonder**   26-May-22 10:09 AM
yup.
no cost for listing
none of it.

Avatar **middlemarch.eth**   26-May-22 10:09 AM
0 fee is also amazing marketing, it's true
Like elevator pitch of NLL
"0 fee"
That's the pitch

Avatar **hwonder**   26-May-22 10:09 AM
zero fee isn't sustainable

Avatar **middlemarch.eth**   26-May-22 10:09 AM
Agreed

Avatar **hwonder**   26-May-22 10:09 AM
zero fee isn't worth it

Avatar **middlemarch.eth**   26-May-22 10:10 AM
Agreed
So what's the value!
Making it feel customized, content-y things like the filtering / sorting idea Pauly mentioned last night



EXHIBIT 55
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

Better grid

More artistic presentation

Avatar **hwonder**  26-May-22 10:10 AM

its not functionality that makes it better

Avatar **Pauly Shore**  26-May-22 10:10 AM

I think that stuff is nice but it won't bring users

Avatar **hwonder**  26-May-22 10:11 AM

it's about money

Avatar **Pauly Shore**  26-May-22 10:11 AM

Yes

Avatar **middlemarch.eth**  26-May-22 10:11 AM

So how does listing here make me more money

Avatar **Pauly Shore**  26-May-22 10:11 AM

The thing is people will definitely want to flip their assets



ryder ▄▄ 24-Jun-22 04:01 PM
what should i do about this letter

📄 Yuga_Labs_LOA.pdf
526.72 KB

middlemarch.eth 24-Jun-22 04:07 PM
I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?
Basically just saying "we hired these guys to harass you"
I dont' think it asks us to do anything?
With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably
Not worth it, especially since we're migrating off anyway
For the new site we change the logo, and maybe even the display name in the market. IDK
Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)
By "our use" I mean the presence of those things on a website we control

  🔴 ryder ▄▄ what should i do about this letter
  hwonder 24-Jun-22 04:40 PM
  this is madness ...
  @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
  I like to confirm because he's in town and may be able to expedite a few calls ... but I want to make sure it's all clear

  🔴 hwonder this is madness ... @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
  Pauly Shore 24-Jun-22 04:53 PM
  No he helped with something else but I do not recall it being a lawyer
  Krystal is kenobi's friend
  She was the attorney for phunks Letters As sell
  Well

  🔴 ryder ▄▄ what should i do about this letter
  Pauly Shore 24-Jun-22 04:54 PM
  I think we have some time to think on this sort of stuff
  And consider all aspects
  No need to make a decision on the spot imo we should have ourselves some time to decide

  hwonder 24-Jun-22 05:01 PM
  Clearly this is bias
  6900 volume plus $2 million in mint... It's pretty clear they dislike that
  We're closing in on ~$10 million impact to yuga

  🔴 hwonder Clearly this is bias
  Pauly Shore 24-Jun-22 05:26 PM
  Can you explain which part? Seems like a lot of different bias for sure haha

  🔴 Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha
  hwonder 24-Jun-22 08:29 PM
  i'll loop around this in moment, styling v3 rn

  Pauly Shore 24-Jun-22 08:30 PM
  No worries!

ryder ▄▄ 24-Jun-22 08:50 PM
should mint rthe other 400
it doesnt impact yuga
the clients buying rrbayc are legit the opposite

EXHIBIT 58
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CSR NO. 690

DocuSign Envelope ID: 1D62BBF3-9C1F-473F-B7E6-B31F94D25EFB

Letter of Authorization
March 21, 2022

To Whom It May Concern:

Letter of Authorization for Appdetex

This letter confirms that Yuga Labs, Inc. has granted to Appdetex, and its officers, employees, or other representatives, the authority to represent Yuga Labs, Inc.'s interests with your organization, in protection of Yuga Labs, Inc.'s intellectual property assets, including protection of Yuga Labs, Inc.'s trademarks, copyrights, domain names, internet platforms, and other intellectual property (collectively, "*Intellectual Property*").

The authority granted by Yuga Labs, Inc. to Appdetex includes: (1) the power to make representations about the status of Yuga Labs, Inc.'s Intellectual Property; (2) to act on behalf of Yuga Labs, Inc. in order to submit notices of intellectual property infringement, abusive conduct, or other malfeasance, nonfeasance, or misfeasance with respect to Yuga Labs, Inc.'s Intellectual Property; and (3) to otherwise enforce Yuga Labs, Inc.'s aforesaid rights in such Intellectual Property, whether through negotiations or administrative process.

The powers granted to Appdetex through this document are revocable at will, and, unless earlier revoked, expire upon January 1, 2023.

Signed by:

*Nicole Muniz*
_____
Name: Nicole Muniz, CEO
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

**DocuSign**

## Certificate Of Completion

Envelope Id: 1D62BBF39C1F473FB7E6B31F94D25EFB
Subject: Please DocuSign: Yuga Labs Letter of Authorization 032222jwa.docx
Source Envelope:
Document Pages: 1                    Signatures: 1
Certificate Pages: 5                 Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Judi Archbold
PO Box 6896
Boise, ID  83707
judi.archbold@appdetex.com
IP Address: 71.36.16.19

### Record Tracking

Status: Original
　　　3/22/2022 10:35:23 AM

Holder: Judi Archbold
　　　judi.archbold@appdetex.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Nicole Muniz<br>v@yugalabs.io<br>CEO<br>Security Level: Email, Account Authentication (None) | *Nicole Muniz*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 66.65.51.11 | Sent: 3/22/2022 10:37:49 AM<br>Viewed: 3/22/2022 10:42:12 AM<br>Signed: 3/22/2022 10:42:19 AM |
| **Electronic Record and Signature Disclosure:**<br>　Accepted: 3/22/2022 10:42:12 AM<br>　ID: 4541ff89-b01b-448a-b56a-f282922c7bb3 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Anne Marie Longobucco<br>alongobucco@fenwick.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 3/22/2022 10:42:19 AM |
| **Electronic Record and Signature Disclosure:**<br>　Not Offered via DocuSign | | |
| Faisal Shah<br>faisal.shah@appdetex.com<br>CEO<br>Focus IP, Inc. dba AppDetex<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 3/22/2022 10:42:20 AM<br>Viewed: 3/22/2022 10:46:30 AM |
| **Electronic Record and Signature Disclosure:**<br>　Not Offered via DocuSign | | |

**Yuga's Summary Judgment Exhibit 40**
**Page 131**

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Jody Gorton<br>jody.gorton@appdetex.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 3/22/2022 10:42:21 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/22/2022 10:37:49 AM |
| Certified Delivered | Security Checked | 3/22/2022 10:42:12 AM |
| Signing Complete | Security Checked | 3/22/2022 10:42:19 AM |
| Completed | Security Checked | 3/22/2022 10:42:21 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 2/23/2022 2:48:36 PM
Parties agreed to: Nicole Muniz

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, AppDetex (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

**Yuga's Summary Judgment Exhibit 40**

**Page 133**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact AppDetex:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: judi.archbold@appdetex.com

**To advise AppDetex of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at judi.archbold@appdetex.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from AppDetex**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email address, full name, mailing address, and telephone number.

**To withdraw your consent with AppDetex**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify AppDetex as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by AppDetex during the course of your relationship with AppDetex.

Avatar **Pauly Shore**  19-May-22 11:26 PM

Awesome

Had a good chat with Ryder



I have both these twitters

Avatar **hwonder**  19-May-22 11:28 PM

so its inverted ? the skull

Avatar **Pauly Shore**  19-May-22 11:28 PM

And we have the apemarket.com domain as well

Avatar hwonder so its inverted ? the skull

Avatar **Pauly Shore**  19-May-22 11:28 PM

Can easily be changed rhat was just pulled from the way old marketplace

Avatar **hwonder**  19-May-22 11:28 PM

cool

Avatar **Pauly Shore**  19-May-22 11:28 PM

I think ryder needs to@decide on that stuff a bit

But he wants to@keep@it minimal

He digs the NLL layout

Avatar **hwonder**  19-May-22 11:29 PM

ultra min

real bayc is ultra min

Avatar **Pauly Shore**  19-May-22 11:29 PM

He thinks it would be cool@to have a whole page of apes small kinda like we have on NLL

Could just be an exact copy maybe

Avatar **hwonder**  19-May-22 11:29 PM

i did that before w/ nll

EXHIBIT _**104**_

WITNESS: _Hickman_

DATE: _12.7.22_

HOLLY LARSEN, CCR NO. 680

Avatar **Pauly Shore**  19-May-22 11:29 PM
Awesome!

Avatar **hwonder**  19-May-22 11:29 PM
nll/ape market

🔥 1