# Exhibit 41

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                2

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                  WESTERN DIVISION

 4

 5    _____
                                     )
      YUGA LABS, INC.,               )CASE NO.:
 6                                   )
                      Plaintiff,     )22-cv-04355-
 7                                   )JFW-JEM
              v.                     )
 8                                   )
      RYDER RIPPS, JEREMY CAHEN, DOES )
 9    1-10,                          )
                                     )
10                    Defendants.    )
      _____)
11

12

13

14

15      DEPOSITION OF GREG SOLANO, VOLUME I

16      TAKEN ON BEHALF OF THE PLAINTIFF

17      IN LOS ANGELES, CALIFORNIA, BEGINNING AT

18      9:16 A.M. AND ENDING AT 5:49 P.M., ON

19      TUESDAY, JANUARY 17, 2023, BEFORE

20      NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND

21      REPORTER NUMBER 14125.

22

23

24

25
```

Yuga's Summary Judgment Exhibit 41
Page 139

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                        66

| # | | Time |
|---|---|---|
| 1 | instructions on that? | 10:52:35 |
| 2 | A.   I'm not going to name the person, but I | 10:52:36 |
| 3 | can answer other questions in regards to this. | 10:52:38 |
| 4 | Q.   Great.  Is the person that is the | 10:52:39 |
| 5 | designer -- so let me think of a decent way to talk | 10:52:41 |
| 6 | about this person, and, again, we reserve our rights | 10:52:46 |
| 7 | to be able to come back and continue this | 10:52:49 |
| 8 | deposition -- | 10:52:52 |
| 9 | A.   The only information I'm not going to | 10:52:52 |
| 10 | provide you is the name because your clients | 10:52:54 |
| 11 | harassed myself, my family, and any person's name | 10:52:57 |
| 12 | that they can get their hands on.  And so, if the | 10:53:00 |
| 13 | Judge decides that we need to give you the name, | 10:53:03 |
| 14 | we'll give you the name.  We're not coming back | 10:53:05 |
| 15 | here. | 10:53:07 |
| 16 | Q.   That'll be up to the Judge to decide. | 10:53:11 |
| 17 | When did you engage this third-party | 10:53:14 |
| 18 | designer? | 10:53:20 |
| 19 | A.   In early 2021. | 10:53:20 |
| 20 | Q.   Can you be more specific than that, maybe | 10:53:26 |
| 21 | the month. | 10:53:31 |
| 22 | A.   February, I believe.  February or March. | 10:53:31 |
| 23 | Q.   What did you instruct the third-party | 10:53:34 |
| 24 | designer to do? | 10:53:36 |
| 25 | A.   We asked the designer to create a logo | 10:53:37 |

Yuga's Summary Judgment Exhibit 41
Page 140

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                    67

| | | |
|---|---|---|
| 1 | with several different versions of that logo, and we | 10:53:50 |
| 2 | also had her create website designs. | 10:53:58 |
| 3 |     Q.   What instructions did you provide the | 10:54:04 |
| 4 | designer with regard to the logo? | 10:54:15 |
| 5 |        MR. BALL:  Objection.  Asked and answered. | 10:54:19 |
| 6 | Vague. | 10:54:26 |
| 7 |     A.   We asked for a logo for Bored Ape Yacht | 10:54:28 |
| 8 | Club. | 10:54:37 |
| 9 |     Q.   Did you provide the designer any guidance | 10:54:37 |
| 10 | on the contents of that logo? | 10:54:40 |
| 11 |     A.   Yes.  We gave some general inspiration and | 10:54:42 |
| 12 | a mood board.  I believe we have publically released | 10:54:51 |
| 13 | much of that. | 10:54:58 |
| 14 |     Q.   What do you mean by a "mood board"? | 10:54:58 |
| 15 |     A.   Inspiration images. | 10:55:06 |
| 16 |     Q.   So you provided the designer with some | 10:55:08 |
| 17 | inspiration images? | 10:55:10 |
| 18 |        MR. BALL:  Objection.  Vague. | 10:55:11 |
| 19 |        MR. TOMPROS:  Fair enough.  I'll withdraw. | 10:55:12 |
| 20 |     Q.   You and Mr. Aronow provided the designer | 10:55:14 |
| 21 | with some inspiration images? | 10:55:17 |
| 22 |        MR. BALL:  Same objection.  Vague. | 10:55:19 |
| 23 |     A.   We provided some images to the designer. | 10:55:21 |
| 24 |     Q.   And what did the designer do -- strike | 10:55:26 |
| 25 | that. | 10:55:30 |

Yuga's Summary Judgment Exhibit 41

Page 141

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                    68

| 1  | Did you provide any other instructions in | 10:55:30 |
|----|---|---|
| 2  | addition to the images to the designer? | 10:55:31 |
| 3  | MR. BALL:  Objection. | 10:55:34 |
| 4  | A.    I'm sorry.  Can you restate the question. | 10:55:40 |
| 5  | Q.    Sure.  Did you provide any other | 10:55:42 |
| 6  | instruction in addition to the images to the | 10:55:43 |
| 7  | designer? | 10:55:45 |
| 8  | MR. BALL:  Objection.  Vague. | 10:55:46 |
| 9  | A.    We sent e-mails with info about, | 10:55:46 |
| 10 | generally, what we were looking for in the logo for | 10:56:02 |
| 11 | this brand. | 10:56:07 |
| 12 | Q.    Who sent the e-mails? | 10:56:11 |
| 13 | A.    One or both of us.  I don't recall. | 10:56:14 |
| 14 | Q.    From what e-mail addresses? | 10:56:20 |
| 15 | A.    My e-mail would have been the | 10:56:28 |
| 16 | ████████████████      e-mail address.  I don't | 10:56:30 |
| 17 | recall Wylie Aronow's e-mail address for these | 10:56:36 |
| 18 | exchanges. | 10:56:38 |
| 19 | Q.    Do you still have those e-mails? | 10:56:39 |
| 20 | A.    Yes. | 10:56:41 |
| 21 | Q.    Did the designer correspond back to you by | 10:56:41 |
| 22 | e-mail? | 10:56:45 |
| 23 | A.    Yes. | 10:56:46 |
| 24 | Q.    Do you still have those e-mails? | 10:56:46 |
| 25 | A.    Yes. | 10:56:49 |

Yuga's Summary Judgment Exhibit 41
Page 142

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023      88

| | | |
|---|---|---|
| 1 | that question. | 11:26:39 |
| 2 | Q.   Do you make -- do you sometimes refer to | 11:26:40 |
| 3 | Yuga Labs as just "Yuga"? | 11:26:42 |
| 4 | A.   In shorthand, yes, perhaps. | 11:26:43 |
| 5 | Q.   So I'll represent to you that unless I say | 11:26:47 |
| 6 | otherwise or you say otherwise, throughout the | 11:26:50 |
| 7 | deposition if I say "Yuga," I mean Yuga Labs.  If I | 11:26:52 |
| 8 | say "Yuga Labs," I mean Yuga.  I'm not intending to | 11:26:56 |
| 9 | mean anything different. | 11:26:59 |
| 10 | So let me ask the question again. | 11:27:00 |
| 11 | The Bored Ape Yacht Club was the first NFT | 11:27:03 |
| 12 | collection that Yuga launched; correct? | 11:27:07 |
| 13 | MR. BALL:  Objection.  Vague. | 11:27:11 |
| 14 | A.   We launched test versions of the Bored Ape | 11:27:12 |
| 15 | NFT smart contract.  There may have been tests | 11:27:23 |
| 16 | that -- yes. | 11:27:32 |
| 17 | Q.   The Bored Ape Yacht Club NFTs are | 11:27:35 |
| 18 | associated with 10,000 ape images; correct? | 11:27:39 |
| 19 | A.   Yes. | 11:27:43 |
| 20 | Q.   Is each of those 10,000 ape images unique? | 11:27:48 |
| 21 | A.   Yes. | 11:27:53 |
| 22 | Q.   Are there any duplicates? | 11:27:54 |
| 23 | A.   No. | 11:27:59 |
| 24 | Q.   On what date was the Bored Ape Yacht Club | 11:28:00 |
| 25 | launched? | 11:28:02 |

Yuga's Summary Judgment Exhibit 41
Page 143

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                    89

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Vague. | 11:28:08 |
| 2 | A.   Are you referring to when we launched the | 11:28:11 |
| 3 | smart contract? | 11:28:14 |
| 4 | Q.   Did you refer internally to a launch of | 11:28:15 |
| 5 | the Bored Ape Yacht Club? | 11:28:20 |
| 6 | MR. BALL:  Object- -- | 11:28:20 |
| 7 | A.   There are -- | 11:28:24 |
| 8 | MR. BALL:  Just -- objection.  Vague as to | 11:28:24 |
| 9 | "internally" or "refer." | 11:28:27 |
| 10 | A.   There's a date that the website went live. | 11:28:30 |
| 11 | There's a date that the smart contract was open to | 11:28:36 |
| 12 | be minted from.  It was April. | 11:28:38 |
| 13 | Q.   What date do you consider to be the date | 11:28:41 |
| 14 | on which the Bored Ape Yacht Club launched? | 11:28:51 |
| 15 | A.   The date that comes to mind is April 23rd. | 11:28:55 |
| 16 | Q.   Of 2021; right? | 11:28:59 |
| 17 | A.   Yes. | 11:29:02 |
| 18 | Q.   And what happened on April 23rd of 2021 | 11:29:02 |
| 19 | that you would consider the launch? | 11:29:05 |
| 20 | A.   That is -- if I'm recalling correctly, | 11:29:10 |
| 21 | that is the first date when users were able to mint | 11:29:13 |
| 22 | a NFT from the Bored Ape smart contract. | 11:29:18 |
| 23 | MR. BALL:  If we're starting a new one, | 11:29:50 |
| 24 | can -- I do need a bio break. | 11:29:52 |
| 25 | MR. TOMPROS:  Oh, sure.  Let's take a | 11:29:53 |

PLANET DEPOS

888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                     97

| | | |
|---|---|---|
| 1 | collection that is a hat with the letters "BAYC" on | 12:02:02 |
| 2 | it; right? | 12:02:06 |
| 3 |     A.  Yes, there's a hat in the collection that | 12:02:07 |
| 4 | has "BA - skull - YC" on it. | 12:02:14 |
| 5 |       (Exhibit 205 marked.) | 12:03:17 |
| 6 | BY MR. TOMPROS: | 12:03:17 |
| 7 |     Q.  Mr. Solano, you have been handed what has | 12:03:17 |
| 8 | been marked as Exhibit 205, a six-page document. | 12:03:19 |
| 9 | The top left, it says, "1/6/23, 9:19 p.m.," and at | 12:03:23 |
| 10 | the bottom left, it says, | 12:03:30 |
| 11 | "HTTP://BoardApeYachtClub.com/#/home." | 12:03:31 |
| 12 |      Do you have that document in front of you? | 12:03:41 |
| 13 |     A.  Yes. | 12:03:45 |
| 14 |      MR. BALL:  Objection.  It also has "BAYC" | 12:03:45 |
| 15 | at the top. | 12:03:47 |
| 16 |      MR. TOMPROS:  Fair enough.  It also says | 12:03:48 |
| 17 | "BAYC" at the top. | 12:03:51 |
| 18 |     Q.  You have that document in front of you; | 12:03:53 |
| 19 | correct? | 12:03:56 |
| 20 |     A.  Yes. | 12:03:56 |
| 21 |     Q.  I'll represent to you that this is a | 12:03:56 |
| 22 | printout of the website with the URL at the bottom | 12:03:58 |
| 23 | as of the date at the top.  You don't have to | 12:04:01 |
| 24 | believe me, but that's what I'm representing to you. | 12:04:05 |
| 25 |     A.  Okay. | 12:04:07 |

Yuga's Summary Judgment Exhibit 41
Page 145

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                          98

| | | |
|---|---|---|
| 1 | Q.    There is a BoardApeYachtClub.com website; | 12:04:08 |
| 2 | correct? | 12:04:12 |
| 3 | A.    There is. | 12:04:12 |
| 4 | Q.    And it's maintained by Yuga Labs? | 12:04:13 |
| 5 | A.    Yuga Labs, yeah, owns that -- the website. | 12:04:14 |
| 6 | I don't know if there's any specific -- anything | 12:04:21 |
| 7 | specific you mean about "maintain." | 12:04:24 |
| 8 | Q.    Fair enough.  Is the -- is Yuga Labs | 12:04:25 |
| 9 | responsible for the content of the | 12:04:29 |
| 10 | BoardApeYachtClub.com website? | 12:04:31 |
| 11 | MR. BALL:  Objection.  Vague.  Calls for | 12:04:34 |
| 12 | speculation. | 12:04:36 |
| 13 | A.    The website is under our control.  There | 12:04:37 |
| 14 | are parts of the website - namely, the -- what we | 12:04:45 |
| 15 | call the bathroom - that is a collaborative pixel | 12:04:48 |
| 16 | board that other people can add to and place pixels | 12:04:52 |
| 17 | on. | 12:04:55 |
| 18 | Q.    On the front page -- on page 1 of 6 of | 12:04:57 |
| 19 | Exhibit 205, the text under the first image of the | 12:05:04 |
| 20 | website, there's the language "BAYC is a collection | 12:05:09 |
| 21 | of 10,000 Bored Ape NFTs." | 12:05:13 |
| 22 | Do you see that? | 12:05:16 |
| 23 | A.    Yes. | 12:05:17 |
| 24 | Q.    That's accurate; correct? | 12:05:17 |
| 25 | A.    Yes. | 12:05:19 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                    117

| | | |
|---|---|---|
| 1 | speaking, I think of a smart contract as -- it's -- | 12:30:33 |
| 2 | you know, it's code that's deployed to the Ethereum | 12:30:42 |
| 3 | blockchain. | 12:30:44 |
| 4 | Q.   Okay.  Can the owner of a smart contract | 12:30:45 |
| 5 | control what Etherscan.IO displays about that smart | 12:30:49 |
| 6 | contract? | 12:30:54 |
| 7 | MR. BALL:  Objection.  Calls for | 12:30:54 |
| 8 | speculation.  Vague. | 12:30:55 |
| 9 | A.   Yes.  There are certain things that you | 12:31:01 |
| 10 | control about the smart contract.  At least, that's | 12:31:04 |
| 11 | my understanding.  You provide, say, a token name | 12:31:09 |
| 12 | for the token tracker, you provide the name of the | 12:31:12 |
| 13 | smart contract, and so on and so forth. | 12:31:15 |
| 14 | Q.   And do you also provide the creator name? | 12:31:17 |
| 15 | A.   I don't know. | 12:31:21 |
| 16 | Q.   You have given public interviews about the | 12:31:22 |
| 17 | Yuga Labs and the Bored Ape Yacht Club; right? | 12:31:55 |
| 18 | A.   Yes, I have been interviewed in my | 12:31:58 |
| 19 | capacity as Yuga Labs's cofounder. | 12:32:03 |
| 20 | Q.   And you generally try to be truthful in | 12:32:05 |
| 21 | those interviews; correct? | 12:32:08 |
| 22 | MR. BALL:  Objection. | 12:32:09 |
| 23 | A.   Can you be -- yes, I try to speak about my | 12:32:14 |
| 24 | experience. | 12:32:18 |
| 25 | Q.   You have said publicly that the NFT space | 12:32:18 |

Yuga's Summary Judgment Exhibit 41
Page 147

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023

118

| | | |
|---|---|---|
| 1 | does not pass the, quote, "mom test," unquote. | 12:32:24 |
| 2 | Do you recall that? | 12:32:27 |
| 3 | MR. BALL:  Objection.  If it's out of | 12:32:28 |
| 4 | context -- I mean, we're doing random quotes. | 12:32:31 |
| 5 | But go ahead, you can answer. | 12:32:34 |
| 6 | A.   Yes, I recall using the words "mom test" | 12:32:35 |
| 7 | in an interview. | 12:32:38 |
| 8 | Q.   And what does the mom test mean in the | 12:32:39 |
| 9 | context of the NFT space? | 12:32:41 |
| 10 | A.   The mom test refers to the fact that it's | 12:32:46 |
| 11 | exceedingly hard to not be scammed in the -- in the | 12:32:49 |
| 12 | NFT space because even somewhat sophisticated users | 12:32:54 |
| 13 | who -- even the most sophisticated users in the | 12:33:02 |
| 14 | space can get subject to phishing attempts and | 12:33:08 |
| 15 | scams.  They will lose their assets, you know, | 12:33:12 |
| 16 | cryptocurrency they bought, artwork that they | 12:33:14 |
| 17 | bought, other things. | 12:33:17 |
| 18 | And so, I think about my mother and how | 12:33:18 |
| 19 | she could buy an NFT.  OpenSea these days is kind of | 12:33:22 |
| 20 | like the Amazon of NFTs.  You can do one click, you | 12:33:27 |
| 21 | can take some -- you know, I think you can pay with | 12:33:29 |
| 22 | a credit card.  You can have an NFT, but will you be | 12:33:30 |
| 23 | able to keep it?  Will you be able to know that it's | 12:33:35 |
| 24 | the right NFT? | 12:33:37 |
| 25 | There's a lot of different scam | 12:33:40 |

Yuga's Summary Judgment Exhibit 41

Page 148

119

| | | |
|---|---|---|
| 1 | collections on OpenSea.  You might be looking at | 12:33:42 |
| 2 | somebody's wallet, looking at what's getting -- what | 12:33:46 |
| 3 | are -- you know, "What's Greg Solano buying?  Let me | 12:33:47 |
| 4 | look at his wallet."  And you'll see tractions that | 12:33:50 |
| 5 | appear on OpenSea to be real authentic transactions, | 12:33:52 |
| 6 | but actually it's spoofing somebody sending things | 12:33:59 |
| 7 | into a wallet. | 12:34:02 |
| 8 | The amount of, you know, techniques that | 12:34:02 |
| 9 | scammers have to get people to buy things that are | 12:34:04 |
| 10 | inauthentic is honestly staggering, and it's | 12:34:08 |
| 11 | something that the space needs to fix. | 12:34:10 |
| 12 | Q.   If a person wanted to purchase an NFT | 12:34:12 |
| 13 | today, what steps would that person have to take? | 12:34:15 |
| 14 | MR. BALL:  Objection.  Calls for | 12:34:18 |
| 15 | speculation.  Vague.  Legal conclusion. | 12:34:20 |
| 16 | A.   Like I said, there's a number of ways to | 12:34:25 |
| 17 | buy NFTs.  Obviously, there's all kinds of different | 12:34:28 |
| 18 | NFTs.  I've never purchased an NFT from, say, on the | 12:34:35 |
| 19 | flow blockchain, for example.  But that is -- you | 12:34:40 |
| 20 | know, I think they have their own system for doing | 12:34:44 |
| 21 | things.  I know that on OpenSea, that you can buy, I | 12:34:47 |
| 22 | believe -- you know, I haven't done it in for ever, | 12:34:54 |
| 23 | that you can buy an NFT quite easily. | 12:34:58 |
| 24 | Q.   And just walk through -- let's say a | 12:35:02 |
| 25 | member of the jury wanted to buy an NFT today.  What | 12:35:04 |

Yuga's Summary Judgment Exhibit 41
Page 149

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                      263

```
 1            CERTIFIED STENOGRAPHER'S CERTIFICATE

 2    STATE OF CALIFORNIA    )
                             ) SS.
 3    COUNTY OF LOS ANGELES  )

 4

 5         I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:

 6         I AM A DULY QUALIFIED CERTIFIED SHORTHAND

 7    REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF

 8    CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT

 9    REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL

10    FORCE AND EFFECT.   (BUS. & PROF. § 8016)

11         I AM NOT FINANCIALLY INTERESTED IN THIS

12    ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY

13    ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.

14    (CIV. PROC. § 2025.320(A))

15         I AM AUTHORIZED TO ADMINISTER OATHS OR

16    AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL

17    PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING

18    EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH

19    OR AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,

20    2025.540(A))

21         I AM THE CERTIFIED OFFICER THAT

22    STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

23    FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS

24    A TRUE RECORD OF THE TESTIMONY GIVEN.   (CIV. PROC. §

25    2025.540(A))
```

Yuga's Summary Judgment Exhibit 41
Page 150

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                                264

```
1           I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE

2     ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR

3     THIRD PARTY WHO IS FINANCING ALL OR PART OF THE

4     ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR

5     THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING

6     SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR

7     THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))

8           I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT

9     CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS

10    OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,

11    ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY

12    PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS

13    FINANCING ALL OR PART OF THE ACTION, NOR SHALL I

14    COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT

15    THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED

16    TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR

17    PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))

18

19    DATED:  February 2,2023

20

21

22    _____
           NATALIE PARVIZI-AZAD, CSR NO.14125
23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Yuga's Summary Judgment Exhibit 41
Page 151