# Exhibit 42

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                                    2

```
1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3                    WESTERN DIVISION
4
5   _____
    YUGA LABS, INC.,                   )
6                                      )CASE NO.:
                     Plaintiff,        )2:22-cv-04355-
7                                      )JFW-JEM
            v.                         )
8                                      )
    RYDER RIPPS, JEREMY CAHEN, DOES    )
9   1-10,                              )
                                       )
10                   Defendants.       )
    _____)
11
12
13
14
15    DEPOSITION OF NICOLE MUNIZ, VOLUME I
16    TAKEN ON BEHALF OF THE PLAINTIFF
17    IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18    9:11 A.M. AND ENDING AT 5:29 P.M., ON
19    TUESDAY, JANUARY 24, 2023, BEFORE
20    NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21    REPORTER NUMBER 14125.
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023     22

| | | |
|---|---|---|
| 1 | Q. Let's take a look at page 1, paragraph 1. | 09:27:13 |
| 2 | It states, "Plaintiff, Yuga Labs, is the creator | 09:27:19 |
| 3 | behind one of the world's most known and successful | 09:27:25 |
| 4 | non-fungible token, NFT, collections known as the | 09:27:30 |
| 5 | Bored Ape Yacht Club, AKA BAYC"; right? | 09:27:34 |
| 6 | A. Uh-huh. | 09:27:37 |
| 7 | Q. You have to say yes or no. I'm sorry. | 09:27:37 |
| 8 | A. Oh, yes. Sorry. I'm going to keep doing | 09:27:39 |
| 9 | that. | 09:27:41 |
| 10 | Q. That's fine. I do it too. | 09:27:41 |
| 11 | The Bored Ape Yacht Club is an NFT | 09:27:43 |
| 12 | collection; correct? | 09:27:45 |
| 13 | MR. BALL: Objection. Vague. And asked | 09:27:46 |
| 14 | and answered. | 09:27:50 |
| 15 | A. I think what's missing here is we're -- my | 09:27:50 |
| 16 | assumption of the way that this was written and the | 09:27:54 |
| 17 | way I interpret this is giving it context to how | 09:27:57 |
| 18 | it's perceived in the world. So you're asking me if | 09:28:02 |
| 19 | it's an NFT collection, I think what we're seeing | 09:28:05 |
| 20 | here in the Complaint is that it's known as the | 09:28:08 |
| 21 | world's -- it's known to the world as an NFT | 09:28:11 |
| 22 | collection. We internally describe our products as | 09:28:12 |
| 23 | products. | 09:28:16 |
| 24 | ==Q. Is Yuga Labs the creator behind one of the== | 09:28:16 |
| 25 | ==world's most well-known and successful NFT== | 09:28:30 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023                                    23

| | | |
|---|---|---|
| 1 | collections? | 09:28:34 |
| 2 | A. Yes. | 09:28:34 |
| 3 | Q. Is that NFT collection known as the Bored | 09:28:34 |
| 4 | Ape Yacht Club? | 09:28:39 |
| 5 | A. Yes. | 09:28:39 |
| 6 | Q. Did the four founders of the Yuga Labs | 09:28:39 |
| 7 | work on the Bored Ape Yacht Club? | 09:29:02 |
| 8 | A. Yes. | 09:29:04 |
| 9 | Q. And what role did they each have in | 09:29:05 |
| 10 | connection specifically with the Bored Ape Yacht | 09:29:08 |
| 11 | Club? | 09:29:09 |
| 12 | MR. BALL: Objection. Vague. Calls for a | 09:29:09 |
| 13 | legal conclusion. | 09:29:14 |
| 14 | A. If what you mean is what did they do, then | 09:29:22 |
| 15 | Greg and Wylie came up with the story. So, you | 09:29:27 |
| 16 | know, creative development is a big part of the job, | 09:29:33 |
| 17 | and they came up with the story, the world, the | 09:29:37 |
| 18 | lore, the methodology around that. And then, they | 09:29:40 |
| 19 | creative directed the actual creation of every | 09:29:47 |
| 20 | piece. And then, Kerem and Zeshan did all of the | 09:29:51 |
| 21 | engineering work, all of the technology. | 09:29:59 |
| 22 | Q. During the course of the Bored Ape Yacht | 09:30:02 |
| 23 | Club, how did the four founders communicate with one | 09:30:10 |
| 24 | another? | 09:30:13 |
| 25 | A. I think they called each other. | 09:30:17 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023

169

```
 1      Q.    Does Yuga Labs have any current plans to        14:06:41
 2   sell new NFT collections that use the mark "Bored        14:06:49
 3   Ape Yacht Club"?                                          14:06:56
 4         MR. BALL:  Objection.  Vague.  Asked and           14:06:56
 5   answered.                                                 14:06:58
 6      A.    What do you mean?                                14:06:58
 7      Q.    Does Yuga Labs have any plans now to sell       14:06:59
 8   new NFT collections that use the mark "Bored Ape         14:07:06
 9   Yacht Club"?                                              14:07:09
10         MR. BALL:  Same objections:  Vague.  Asked         14:07:09
11   and answered.                                             14:07:12
12      A.    So Bored Ape Yacht Club is our -- is our        14:07:13
13   cornerstone brand, right?  Like, if you think of         14:07:17
14   this as Disney, it's our Mickey Mouse.  So, 1, I         14:07:21
15   can't say what we will ever do in the future, right?     14:07:28
16   Will we?  I don't know.  It's our cornerstone brand.    14:07:31
17   We -- we have content and materials and                  14:07:35
18   entertainment and products that we create now and        14:07:39
19   sell and will continue to sell under the Bored Ape      14:07:44
20   Yacht Club brand.                                         14:07:49
21      Q.    And would the same answer apply to each of      14:07:50
22   the other asserted marks --                               14:07:57
23      A.    Yes.                                             14:07:57
24      Q.    -- BAYC, Bored Ape Yacht Club, and the          14:07:58
25   logos?                                                    14:08:02
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

| | | |
|---|---|---|
| 1 | A. Yes. | 14:08:03 |
| 2 | Q. What damages has Yuga Labs suffered as a | 14:08:03 |
| 3 | result of Mr. Ripps's and Mr. Cahen's alleged | 14:08:06 |
| 4 | infringement? | 14:08:10 |
| 5 | MR. BALL: Objection. Vague. Calls for a | 14:08:12 |
| 6 | legal conclusion. | 14:08:13 |
| 7 | A. I can't speak to the exact -- like, if you | 14:08:13 |
| 8 | want to quantify the damages, that is something that | 14:08:15 |
| 9 | I have to leave to the experts. What I can say is | 14:08:17 |
| 10 | that there has been harm. We -- I've spoken earlier | 14:08:20 |
| 11 | about the confusion. This is something that we had | 14:08:25 |
| 12 | to deal with. | 14:08:28 |
| 13 | Not only did we have to deal with this in | 14:08:29 |
| 14 | a very, like, in a standard business practice, now | 14:08:31 |
| 15 | suddenly we have to do corrective advertising. We | 14:08:36 |
| 16 | have to address the fact that there's confusion. We | 14:08:39 |
| 17 | have to make sure that we're dealing with the fact | 14:08:42 |
| 18 | that there's this kind of fake, scammy collection | 14:08:44 |
| 19 | out there that is confusing people but also take a | 14:08:50 |
| 20 | step back. Let's just put that to a side for a | 14:08:53 |
| 21 | second. | 14:08:56 |
| 22 | MR. BALL: Remember, slow down too. | 14:08:57 |
| 23 | A. Sorry. I got a little upset. | 14:08:58 |
| 24 | I was on a call with a prospective | 14:09:01 |
| 25 | business partner, and I don't remember exactly which | 14:09:07 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023 283

```
 1        CERTIFIED STENOGRAPHER'S CERTIFICATE
 2   STATE OF CALIFORNIA   )
                           ) SS.
 3   COUNTY OF LOS ANGELES )
 4
 5        I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6        I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7   REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8   CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9   REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10   FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11        I AM NOT FINANCIALLY INTERESTED IN THIS
12   ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13   ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14   (CIV. PROC. § 2025.320(A))
15        I AM AUTHORIZED TO ADMINISTER OATHS OR
16   AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17   PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18   EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19   OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20   2025.540(A))
21        I AM THE CERTIFIED OFFICER THAT
22   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23   FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24   A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25   2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                              284

```
 1          I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8          I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED: February 7, 2023
20
21
22   _____
23      NATALIE PARVIZI-AZAD, CSR NO.14125
24
25
```