# Exhibit 43

# REDACTED IN ITS ENTIRETY

# Conditionally Proposed to be Filed Under Seal