# Exhibit 45

## Ball Decl. Exhibit 45: Selection of Defendants' Tweets About Yuga Labs' Counsel

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @JeremyCahen | 3/7/23 | https://twitter.com/JeremyCahen/status/1633222995547402241?s=20 | If you go around calling black athletes and celebrities "apes", you are going to have a very bad time.<br><br>@yugalabs is trying to normalize this kind of sick behavior, by financially incentivizing it.<br><br>Eric Ball of @FenwickWest is the person who helps them perpetuate racism most. |
| @JeremyCahen | 3/7/23 | https://twitter.com/JeremyCahen/status/1633221679131553792 | FACTS: Eric Ball of @FenwickWest supports racism, antisemitism, beastiality, pedophilia and using cartoons to market drugs to young children.<br><br>He makes millions of dollars working for fraudulent companies such as @FTX_Official & @yugalabs. |

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @Pauly0x[1] | 11/18/22 | https://twitter.com/Pauly0x/status/1593694280723271680 | PAULY @Pauly0x<br><br>Fenwick + West, the law firm who is representing YugaLabs signed off on the FTX.US audit.<br><br>They are criminals, make no mistake about it.<br><br>assets.website-files.com/625f3cf193eb0b...<br><br>12:55 PM · Nov 18, 2022<br><br>8 Retweets  3 Quote Tweets  37 Likes<br><br>PAULY @Pauly0x · Nov 18, 2022<br>Replying to @Pauly0x<br><br>[image: screenshot showing FTX Trading's $900 Million Series B Financing]<br><br>2  7 |
| @ryder_ripps | 3/3/23 | https://twitter.com/ryder_ripps/status/1631884035587977217 | RYDER RIPPS @ryder_ripps<br><br>i have a personal message/demand for Eric Ball and Fenwick and West :<br><br>GordonGoner.eth (Wylie Aronow) @GordonGoner<br><br>Hey maybe you can suck my dick<br><br>10:30 AM · 11/8/22<br><br>92 Retweets  72 Quotes  912 Likes<br><br>10:07 PM · Mar 3, 2023 · 5,247 Views |

---

[1] This is another Twitter handle that Defendant Jeremy Cahen controls.

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @ryder_ripps | 1/3/23 | https://twitter.com/ryder_ripps/status/1610462392294465537 | RYDER RIPPS @ryder_ripps<br><br>dear sleezy fenwick and west (ftx lawfirm) since you love distorting facts and words in bad faith use this tweet : RR/BAYC CAUSED 500 TRILLION DOLLARS OF HARM TO THE US GOVERNMENT<br><br>7:25 PM · Jan 3, 2023 · 2,687 Views<br><br>2 Retweets  29 Likes |

3