# Exhibit 48

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-03-12 21:20:01 EDT |
| Mark: | BORED APE |

# BORED APE

| | | | |
|---|---|---|---|
| US Serial Number: | 90884286 | Application Filing Date: | Aug. 16, 2021 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: | | | LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided. |
| Status: | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| Status Date: | Feb. 03, 2023 | | |
| Publication Date: | Dec. 06, 2022 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BORED APE |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Digital collectibles in the nature of downloadable multimedia file containing digitally-created artwork authenticated by non-fungible tokens (NFTs); Digital collectibles in the nature of downloadable image files containing artwork, memes, pictures, and trading cards authenticated by non-fungible tokens (NFTs) | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |
| For: | Maintaining and recording ownership of art prints comprised of digital illustrations originating from photographs; Maintaining and recording ownership of downloadable digital illustrations authenticated by nonfungible tokens; Provision of an online marketplace for buyers and sellers of downloadable digital collectibles in the nature of artwork, memes, trading cards, pictures, movie clips, music videos, interviews, books, newsletters, magazines, music, podcasts, and soundbites authenticated by non-fungible tokens (NFTs) | | |
| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |
| For: | Computer services, namely, creating an online community for registered users to access a collaborative graffiti board | | |
| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |

Yuga's Summary Judgment Exhibit 48
Page 75

YUGALABS_00040543

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |
| **For:** | online social networking services provided through a members-only website |
| **International Class(es):** | 045 - Primary Class |
| **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | MARK A. JANSEN | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CALIFORNIA UNITED STATES 94041 |
| **Phone:** | 650-988-8500 |
| **Fax:** | 650-938-5200 |
| **Correspondent e-mail:** | trademarks@fenwick.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 03, 2023 | OPPOSITION INSTITUTED NO. 999999 | 283228 |
| Dec. 22, 2022 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Dec. 06, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 06, 2022 | PUBLISHED FOR OPPOSITION | |
| Nov. 16, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 02, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 28, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 27, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 27, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 24, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 24, 2022 | NON-FINAL ACTION E-MAILED | |
| Oct. 24, 2022 | NON-FINAL ACTION WRITTEN | 96118 |

| | | |
|---|---|---|
| Sep. 21, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 21, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 21, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 21, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 21, 2022 | NON-FINAL ACTION E-MAILED | |
| Mar. 21, 2022 | NON-FINAL ACTION WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Oct. 05, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 19, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| TM Attorney: | CLIFFORD, MEGAN NICOLE | Law Office Assigned: | LAW OFFICE 111 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Nov. 03, 2022 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Applicant: | Yuga Labs LLC |

**Assignment 1 of 1**

| | |
|---|---|
| Conveyance: | ENTITY CONVERSION |
| Reel/Frame: | 7687/0819 |
| Pages: | 7 |
| Date Recorded: | Apr. 11, 2022 |
| Supporting Documents: | assignment-tm-7687-0819.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | YUGA LABS LLC | Execution Date: | Feb. 22, 2022 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | YUGA LABS, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA 33146-3108 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MARK A. JANSEN |
| Correspondent Address: | 801 CALIFORNIA STREET MOUNTAIN VIEW, CA 94041 |

**Domestic Representative - Not Found**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-03-12 21:20:16 EDT |
| **Mark:** | BORED APE |

# BORED APE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97126376 | **Application Filing Date:** | Nov. 15, 2021 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| **Status:** | A first request for extension of time to file a Statement of Use has been granted. | | |
| **Status Date:** | Nov. 22, 2022 | | |

**Publication Date:** Mar. 29, 2022 **Notice of Allowance Date:** May 24, 2022

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BORED APE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Jewelry; Imitation jewellery | | |
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Collectible printed trading cards; Printed trading cards, other than for games | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Hats; Shoes; Sneakers; Socks; T-shirts; Athletic shirts; Baseball caps and hats; Boat shoes; Cycling caps; Graphic T-shirts; Hoodies; Knitwear, namely, beanies, cardigans, and sweaters | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

| | | | |
|---|---|---|---|
| **Basis:** | 1(b) | | |
| **For:** | Skateboards; Plush toys; PVC toy figures; Skateboard decks; Trading card games; Trading cards for games | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Wine; Alcoholic beverages, except beer; Liquor | | |
| **International Class(es):** | 033 - Primary Class | **U.S Class(es):** | 047, 049 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | On-line retail store services featuring jewelry, imitation jewelry, hats, shoes, sneakers, socks, t-shirts, athletic shirts, baseball caps and hats, boat shoes, cycling caps, graphic T-shirts, hoodies, beanies, cardigans, and sweaters, skateboards, skateboard decks, toys, plush toys and PVC toy figures; Retail store services featuring jewelry, imitation jewelry, hats, shoes, sneakers, socks, t-shirts, athletic shirts, baseball caps and hats, boat shoes, cycling caps, graphic T-shirts, hoodies, beanies, cardigans, and sweaters, skateboards, skateboard decks, toys, plush toys and PVC toy figures | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Night club services; Night clubs; Entertainment services in the nature of production of television shows, movies, and web shows; Entertainment, namely, a continuing animated show broadcast over television and the Internet; Entertainment, namely, production of television shows, movies, and web shows | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Bar and cocktail lounge services; Restaurant and bar services; Restaurant services | | |
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Online social networking services | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mark A. Jansen | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Mark A. Jansen<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CALIFORNIA UNITED STATES 94041 |
| **Phone:** 650-988-8500 | **Fax:** 650-938-5200 |
| **Correspondent e-mail:** trademarks@fenwick.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 24, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 22, 2022 | SOU EXTENSION 1 GRANTED | 98765 |
| Nov. 22, 2022 | SOU EXTENSION 1 FILED | 98765 |
| Nov. 22, 2022 | TEAS EXTENSION RECEIVED | |
| May 24, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 29, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 29, 2022 | PUBLISHED FOR OPPOSITION | |
| Mar. 09, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 23, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 22, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 22, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 22, 2022 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 22, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Nov. 22, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 18, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | CLIFFORD, MEGAN NICOLE | **Law Office Assigned:** | LAW OFFICE 111 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | May 24, 2022 |

Yuga's Summary Judgment Exhibit 48
Page 80

YUGALABS_00040548

## Assignment Abstract Of Title Information

| Summary | | | |
|---|---|---|---|
| **Total Assignments:** 1 | | **Applicant:** | Yuga Labs LLC |

### Assignment 1 of 1

| | | | |
|---|---|---|---|
| **Conveyance:** | ENTITY CONVERSION | | |
| **Reel/Frame:** | 7687/0819 | **Pages:** | 7 |
| **Date Recorded:** | Apr. 11, 2022 | | |
| **Supporting Documents:** | assignment-tm-7687-0819.pdf | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | YUGA LABS LLC | **Execution Date:** | Feb. 22, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

#### Assignee

| | | | |
|---|---|---|---|
| **Name:** | YUGA LABS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA 33146-3108 | | |

#### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MARK A. JANSEN |
| **Correspondent Address:** | 801 CALIFORNIA STREET MOUNTAIN VIEW, CA 94041 |

#### Domestic Representative - Not Found

## Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 4 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283579 | **Filing Date:** | Feb 22, 2023 |
| **Status:** | Pending | **Status Date:** | Feb 22, 2023 |
| **Interlocutory Attorney:** | WENDY COHEN | | |

#### Defendant

| | |
|---|---|
| **Name:** | Baked Ape |
| **Correspondent Address:** | JAMES P MARION LAW OFFICES OF JAMES P. MARION, ESQ. 1801 9TH AVE. SAN FRANCISCO CA UNITED STATES , 94122 |
| **Correspondent e-mail:** | james@marionesq.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BAKED APE | Opposition Pending | 97173846 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Yuga Labs, Inc. |
| **Correspondent Address:** | MARK A. JANSEN FENWICK & WEST LLP |

|  | 801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
|---|---|
| Correspondent e-mail: | trademarks@fenwick.com , alongobucco@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BAYC | Opposition Pending | 90837138 | |
| BORED APE | Opposition Pending | 90884286 | |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015931 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015925 | |
| BAYC | First Extension - Granted | 97126372 | |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125951 | |
| BORED APE | First Extension - Granted | 97126376 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125945 | |
| BAYC | Opposition Pending | 97132886 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 | |
| BORED APE | Opposition Pending | 97132892 | |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 | |
| BAYC | Non-Final Action - Mailed | 97313551 | |
| BORED APE YACHT CLUB | Suspension Letter - Mailed | 97313550 | |
| BORED APE KENNEL CLUB | Suspension Letter - Mailed | 97313554 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Feb 22, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 22, 2023 | Apr 03, 2023 |
| 1 | FILED AND FEE | Feb 22, 2023 | |

## Type of Proceeding: Opposition

| Proceeding Number: | 91283581 | Filing Date: | Feb 22, 2023 |
|---|---|---|---|
| Status: | Pending | Status Date: | Feb 22, 2023 |
| Interlocutory Attorney: | MARY CATHERINE FAINT | | |

**Defendant**

| Name: | Baked Ape |
|---|---|
| Correspondent Address: | JAMES P MARION<br>LAW OFFICES OF JAMES P. MARION, ESQ.<br>1801 9TH AVE.<br>SAN FRANCISCO CA UNITED STATES , 94122 |
| Correspondent e-mail: | james@marionesq.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BAYCED APE | Opposition Pending | 97173862 | |

**Plaintiff(s)**

| Name: | Yuga Labs, Inc. |
|---|---|
| Correspondent Address: | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| Correspondent e-mail: | trademarks@fenwick.com , alongobucco@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BAYC | Opposition Pending | 90837138 | |
| BORED APE | Opposition Pending | 90884286 | |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015931 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015925 | |
| BAYC | First Extension - Granted | 97126372 | |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125951 | |
| BORED APE | First Extension - Granted | 97126376 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125945 | |
| BAYC | Opposition Pending | 97132886 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 | |
| BORED APE | Opposition Pending | 97132892 | |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 | |
| BAYC | Non-Final Action - Mailed | 97313551 | |
| BORED APE YACHT CLUB | Suspension Letter - Mailed | 97313550 | |
| BORED APE KENNEL CLUB | Suspension Letter - Mailed | 97313554 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Feb 22, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 22, 2023 | Apr 03, 2023 |
| 1 | FILED AND FEE | Feb 22, 2023 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91280387 | **Filing Date:** | Sep 30, 2022 |
| **Status:** | Terminated | **Status Date:** | Jan 06, 2023 |
| **Interlocutory Attorney:** | KEVIN G CRENNAN | | |

**Defendant**

| | |
|---|---|
| **Name:** | Zhang Qingwu |
| **Correspondent Address:** | MICHAEL BARTHOLOMEW<br>50 WEST BROADWAY, 10TH FLOOR<br>SALT LAKE CITY UT UNITED STATES , 84101 |
| **Correspondent e-mail:** | mbartholomew@kba.law , libra1993@foxmail.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORING APE | Abandoned - After Inter-Partes Decision | 97016151 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Yuga Labs, Inc. |
| **Correspondent Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| **Correspondent e-mail:** | trademarks@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BORED APE | Opposition Pending | 90884286 | |

| | | |
|---|---|---|
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015931 |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015925 |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125951 |
| BORED APE | First Extension - Granted | 97126376 |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125945 |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 |
| BORED APE | Opposition Pending | 97132892 |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 |
| BORED APE YACHT CLUB | Suspension Letter - Mailed | 97313550 |
| BORED APE KENNEL CLUB | Suspension Letter - Mailed | 97313554 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jan 06, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Jan 06, 2023 | |
| 4 | NOTICE OF DEFAULT | Nov 20, 2022 | |
| 3 | INSTITUTED | Sep 30, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 30, 2022 | Nov 09, 2022 |
| 1 | FILED AND FEE | Sep 30, 2022 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91278161 | **Filing Date:** | Aug 24, 2022 |
| **Status:** | Terminated | **Status Date:** | Dec 01, 2022 |
| **Interlocutory Attorney:** | LAWRENCE (LARRY) T STANLEY | | |

**Defendant**

| | |
|---|---|
| **Name:** | Bored Ape, Inc. |
| **Correspondent Address:** | SHENGMAO MU<br>WHITEWOOD LAW PLLC<br>57 WEST, 57TH STREET, 3RD AND 4TH FLOORS<br>NEW YORK NY UNITED STATES , 10019 |
| **Correspondent e-mail:** | mousamuel@whitewoodlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORED APE | Abandoned - After Inter-Partes Decision | 90804568 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Yuga Labs, Inc. |
| **Correspondent Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| **Correspondent e-mail:** | trademarks@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BORED APE | Opposition Pending | 90884286 | |
| BAYC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015931 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97015925 | |
| BA YC BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125951 | |
| BORED APE | First Extension - Granted | 97126376 | |
| BORED APE YACHT CLUB | Notice of Allowance - Issued | 97125945 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 | |

| | | |
|---|---|---|
| BORED APE | Opposition Pending | 97132892 |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 |
| BORED APE YACHT CLUB | Suspension Letter - Mailed | 97313550 |
| BORED APE KENNEL CLUB | Suspension Letter - Mailed | 97313554 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Dec 01, 2022 | |
| 5 | BD DECISION: OPP SUSTAINED | Dec 01, 2022 | |
| 4 | NOTICE OF DEFAULT | Oct 14, 2022 | |
| 3 | INSTITUTED | Aug 24, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 24, 2022 | Oct 03, 2022 |
| 1 | FILED AND FEE | Aug 24, 2022 | |

Generated on: This page was generated by TSDR on 2023-03-12 21:20:30 EDT

Mark: BORED APE

# Bored Ape

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97132892 | **Application Filing Date:** | Nov. 18, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | | LIVE/APPLICATION/Opposition Pending |

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Feb. 03, 2023

**Publication Date:** Jan. 10, 2023

## Mark Information

**Mark Literal Elements:** BORED APE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer game software for use on mobile and cellular phones; downloadable game software; Downloadable image files containing artwork, memes, pictures, and trading cards authenticated by non-fungible tokens (NFTs); downloadable image files containing artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for managing and conducting electronic transactions in the field of non-fungible tokens (NFTs); downloadable image and multimedia files containing digitally-generated artwork authenticated by non-fungible tokens (NFTs) utilizing blockchain technology; downloadable digital art images authenticated by non-fungible tokens (NFTs)

**International Class(es):** 009 - Primary Class   **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Retail store services featuring virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, non-downloadable electronic versions of printed publications, books, game cards, magazines, pictures, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens (NFTs) for use in online virtual worlds; Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs)

**International Class(es):** 035 - Primary Class   **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Entertainment services, namely, providing online non-downloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, tshirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails in the nature of a collectible series authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails in the nature of a collectible series of images authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the field of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens utilizing blockchain technology for use in virtual environments created for entertainment purposes; Entertainment services, namely providing online non-downloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens utilizing distributed ledger technology (DLT) for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, digital collectible artwork and digitally-generated image files of clothing, jewelry, bags, backpacks, luggage, wallets, blankets, bedspreads, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails, authenticated by non-fungible tokens utilizing blockchain technology for use in virtual environments created for entertainment purposes

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Authentication and validation of data in the field of financial and digital transactions authenticated by non-fungible tokens (NFTs) using

| | |
|---|---|
| | blockchain technology |
| **International Class(es):** | 042 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | | | |
|---|---|---|---|
| | | **U.S Class(es):** | 100, 101 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | MARK A. JANSEN | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CALIFORNIA UNITED STATES 94041 |

| | | | |
|---|---|---|---|
| **Phone:** | 650-988-8500 | **Fax:** | 650-938-5200 |
| **Correspondent e-mail:** | trademarks@fenwick.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 03, 2023 | OPPOSITION INSTITUTED NO. 999999 | 283228 |
| Jan. 20, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Dec. 21, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 05, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 28, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Nov. 28, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 28, 2022 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 28, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Nov. 28, 2022 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Nov. 15, 2022 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Nov. 01, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 28, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |

| Date | Event | Code |
|---|---|---|
| Oct. 27, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 27, 2022 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Oct. 24, 2022 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 24, 2022 | FINAL REFUSAL E-MAILED | |
| Oct. 24, 2022 | FINAL REFUSAL WRITTEN | 96118 |
| Sep. 22, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 22, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 22, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 22, 2022 | NON-FINAL ACTION E-MAILED | |
| Mar. 22, 2022 | NON-FINAL ACTION WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Nov. 23, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 22, 2021 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | CLIFFORD, MEGAN NICOLE | **Law Office Assigned:** | LAW OFFICE 111 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Dec. 05, 2022 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | Yuga Labs LLC |

### Assignment 1 of 1

| | |
|---|---|
| **Conveyance:** | ENTITY CONVERSION |
| **Reel/Frame:** | 7687/0819 |
| **Pages:** | 7 |
| **Date Recorded:** | Apr. 11, 2022 |
| **Supporting Documents:** | assignment-tm-7687-0819.pdf |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | YUGA LABS LLC | **Execution Date:** | Feb. 22, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | YUGA LABS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA 33146-3108 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MARK A. JANSEN |
| **Correspondent** | 801 CALIFORNIA STREET |

**Address:**   MOUNTAIN VIEW, CA 94041

**Domestic Representative - Not Found**

Yuga's Summary Judgment Exhibit 48
Page 90

YUGALABS_00040558