# Exhibit 52



Yuga's Summary Judgment Exhibit 52

Page 147

YUGALABS_00040597