# Exhibit 54

```
Captured at: 01/05/2023, 01:47 PM
URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=artworks
```



BAYC

# Bored Ape Yacht Club

 @ryder_ripps

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 1,063 | 389 | 0.12 ETH | 85.07 ETH |

Yuga's Summary Judgment Exhibit 54

Page 151

YUGALABS_00030104