# Exhibit 55



Yuga's Summary Judgment Exhibit 55

Page 153

YUGALABS_00031325