# Exhibit 56



**RYDER-RIPPS.ETH** 🔜 ✓
@ryder_ripps

thank you @foundation for putting RR/ BAYC back <3 conceptual art, decentralization FTW 🧡❤️💙💜🤎
foundation.app/collection/bayc



9:14 PM · 5/15/22 · Twitter Web App

**31** Retweets  **5** Quote Tweets  **145** Likes

Tweet your reply