# Exhibit 57

Yuga's Summary Judgment Exhibit 57

Page 156



Yuga's Summary Judgment Exhibit 57

Page 157

YUGALABS_00015424