# Exhibit 58



Yuga's Summary Judgment Exhibit 58

Page 159

YUGALABS_00030348