# Exhibit 59



Yuga's Summary Judgment Exhibit 59
Page 161

YUGALABS_00030346