# Exhibit 60



Yuga's Summary Judgment Exhibit 60

Page 163

YUGALABS_00029889