# Exhibit 61



Yuga's Summary Judgment Exhibit 61

Page 165

YUGALABS_00015439