# Exhibit 62

Case 2:22-cv-04355-JFW-JEM   Document 149-69   Filed 03/15/23   Page 2 of 4   Page ID #:8410



Yuga's Summary Judgment Exhibit 62
Page 167

YUGALABS_00000571



Yuga's Summary Judgment Exhibit 62
Page 168

YUGALABS_00000572



**Yuga's Summary Judgment Exhibit 62**

**Page 169**

YUGALABS_00000573