# Exhibit 63



Yuga's Summary Judgment Exhibit 63
Page 171

YUGALABS_00030072