# Exhibit 64

Captured at: 01/05/2023, 10:43 PM
URL: https://looksrare.org/collections/0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e?queryID=c3663b7ab13281a78c7327d91ce3fe80

LooksRare

Search

Explore  Collections  Rewards

LooksRare's Edition Zero Merch Drop is Live Now!

Share

REDACTED
0x2EE6...691e

9.5K Items  3.2K Owners  670 Total Vol  ♦0.0746 Floor −0.40%

Make a Collection Offer

RRBAYC.com

Items  Activity

Filters  Name, Token ID...

Buy Now
Price Range (ETH)
Min  Max

Price Low to High

#4956  ♦0.075
#3727  ♦0.0749
#5836  ♦0.0746
#8783  ♦0.0746

Yuga's Summary Judgment Exhibit 64
Page 173

YUGALABS_00030112