# Exhibit 65

Only **0.5% trading fee** in June and **sellers share 100%** X2Y2 rebates. Enjoy!                    More

# RRBAYC.com



## RR/BAYC

 

you can't copy an NFT.

conceptual art by Ryder Ripps ...

**more**

| ITEMS | OWNERS | VOL.(ETH) | FLOOR(ETH) |
|-------|--------|-----------|------------|
| **8.64K** | **3.03K** | **509.2** | **0.56** |

 **Make Collection Offer** ⊘

---

**Items**     Activities

| Token ID 🔍 | Price: Low to High ⌄ | ▦ |

Filters                                                    ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 175**
1/48

YUGALABS_00002279



RR/BAYC #912    ⚡ 0.55    RR/BAYC #9274    ⚡ 0.56    RR/BAYC #8710    ⚡ 0.56    RR/BAYC #2484    ⚡ 0.58

RR/BAYC #1634    ⚡ 0.585    RR/BAYC #1187    ⚡ 0.5888    RR/BAYC #8043    ⚡ 0.59    RR/BAYC #269    ⚡ 0.59

RR/BAYC #8325    ⚡ 0.598    RR/BAYC #2208    ⚡ 0.598    RR/BAYC #2364    ⚡ 0.598    RR/BAYC #7812    ⚡ 0.598

RR/BAYC #479    ⚡ 0.598    RR/BAYC #498    ⚡ 0.6    RR/BAYC #6518    ⚡ 0.6    RR/BAYC #9488    ⚡ 0.6

   

Filters    ☐ **Bulk**

6/23/22, 12:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 4 of 49    Page ID
#:8420
RR/BAYC items · x2y2.io



RR/BAYC
**#7405**          ⚡ **0.6**

RR/BAYC
**#1697**          ⚡ **0.6**

RR/BAYC
**#1042**          ⚡ **0.6**          ♡ 1

RR/BAYC
**#4432**          ⚡ **0.62**

RR/BAYC
**#2289**          ⚡ **0.588**

RR/BAYC
**#8057**          ⚡ **0.625**

RR/BAYC
**#8069**          ⚡ **0.63**

RR/BAYC
**#8068**          ⚡ **0.64**

RR/BAYC
**#6579**          ⚡ **0.64**

RR/BAYC
**#4525**          ⚡ **0.65**

RR/BAYC
**#9020**          ⚡ **0.65**

RR/BAYC
**#492**          ⚡ **0.6565656**

RR/BAYC
**#8062**          ⚡ **0.66**

RR/BAYC
**#8064**          ⚡ **0.66**

RR/BAYC
**#1052**          ⚡ **0.66**

RR/BAYC
**#4896**          ⚡ **0.666**

Filters          ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002281

RR/BAYC
**#228**     ⬦ **0.669**

RR/BAYC
**#2961**     ⬦ **0.678**

RR/BAYC
**#8121**     ⬦ **0.68**
♡ 1

RR/BAYC
**#8314**     ⬦ **0.68**



RR/BAYC
**#2704**     ⬦ **0.685**
♡ 1



RR/BAYC
**#1434**     ⬦ **0.685**



RR/BAYC
**#9415**     ⬦ **0.69**



RR/BAYC
**#8806**     ⬦ **0.69**



RR/BAYC
**#7779**     ⬦ **0.69**



RR/BAYC
**#4969**     ⬦ **0.69**



RR/BAYC
**#2639**     ⬦ **0.69**



RR/BAYC
**#7826**     ⬦ **0.69420131**
♡ 1



RR/BAYC
**#8115**     ⬦ **0.7**



RR/BAYC
**#4079**     ⬦ **0.7**



RR/BAYC
**#3000**     ⬦ **0.7**



RR/BAYC
**#717**     ⬦ **0.7**






Filters

Bulk

Yuga's Summary Judgment Exhibit 65

Page 178

YUGALABS_00002282

6/23/22, 12:46 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 6 of 49    Page ID
RR/BAYC items - x2y2.io
#:8422



https://x2y2.io/collection/rrbayc/items

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 179
5/48

YUGALABS_00002283

RR/BAYC
**#8112**    ⬧ **0.79**

RR/BAYC
**#2270**    ⬧ **0.79**

RR/BAYC
**#1962**    ⬧ **0.79**

RR/BAYC
**#3270**    ⬧ **0.79**

RR/BAYC
**#8114**    ⬧ **0.8**

RR/BAYC
**#4336**    ⬧ **0.8**    ♡ 1

RR/BAYC
**#2678**    ⬧ **0.8**

RR/BAYC
**#7040**    ⬧ **0.8**

RR/BAYC
**#482**    ⬧ **0.8**

RR/BAYC
**#9851**    ⬧ **0.8**

RR/BAYC
**#849**    ⬧ **0.849**

RR/BAYC
**#1332**    ⬧ **0.85**

RR/BAYC
**#7695**    ⬧ **0.85**

RR/BAYC
**#2308**    ⬧ **0.88**

RR/BAYC
**#7168**    ⬧ **0.88**    ♡ 1

RR/BAYC
**#3201**    ⬧ **0.88**









Filters

☐ **Bulk**



RR/BAYC
**#2310**        ⚡ 0.88

RR/BAYC
**#7853**        ⚡ 0.887    ♡ 1

RR/BAYC
**#3919**        ⚡ 0.89

RR/BAYC
**#5165**        ⚡ 0.89    ♡ 1

RR/BAYC
**#7424**        ⚡ 0.89

RR/BAYC
**#1439**        ⚡ 0.9

RR/BAYC
**#3450**        ⚡ 0.9

RR/BAYC
**#4531**        ⚡ 0.92

RR/BAYC
**#1983**        ⚡ 0.9288888

RR/BAYC
**#8484**        ⚡ 0.929

RR/BAYC
**#8904**        ⚡ 0.94

RR/BAYC
**#391**        ⚡ 0.94

RR/BAYC
**#5653**        ⚡ 0.95

RR/BAYC
**#9116**        ⚡ 0.95

RR/BAYC
**#7730**        ⚡ 0.9555

RR/BAYC
**#2248**        ⚡ 0.96

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 181**
7/48

YUGALABS_00002285



Yuga's Summary Judgment Exhibit 65
Page 182
8/48
YUGALABS_00002286



RR/BAYC
**#1285**    ⚡ 1

RR/BAYC
**#2939**    ⚡ 1    ♡ 1

RR/BAYC
**#2221**    ⚡ 1

RR/BAYC
**#3323**    ⚡ 1

RR/BAYC
**#794**    ⚡ 1

RR/BAYC
**#4207**    ⚡ 1    ♡ 1

RR/BAYC
**#2789**    ⚡ 1

RR/BAYC
**#7102**    ⚡ 1

RR/BAYC
**#5147**    ⚡ 1

RR/BAYC
**#2021**    ⚡ 1

RR/BAYC
**#2341**    ⚡ 1

RR/BAYC
**#8063**    ⚡ 1

RR/BAYC
**#2963**    ⚡ 1

RR/BAYC
**#3054**    ⚡ 1.1

RR/BAYC
**#295**    ⚡ 1.11

RR/BAYC
**#4191**    ⚡ 1.11

Filters

☐ **Bulk**

YUGALABS_00002287



RR/BAYC
**#3108** ⬧ 1.13

RR/BAYC
**#8119** ⬧ 1.13

RR/BAYC
**#2884** ⬧ 1.15

RR/BAYC
**#343** ⬧ 1.18

RR/BAYC
**#3977** ⬧ 1.2

RR/BAYC
**#564** ⬧ 1.2

RR/BAYC
**#834** ⬧ 1.2

RR/BAYC
**#9427** ⬧ 1.2
♡ 1

RR/BAYC
**#1855** ⬧ 1.2

RR/BAYC
**#5934** ⬧ 1.2345

RR/BAYC
**#9464** ⬧ 1.2345

RR/BAYC
**#4752** ⬧ 1.2454



RR/BAYC
**#1723** ⬧ 1.25



RR/BAYC
**#7741** ⬧ 1.25



RR/BAYC
**#260** ⬧ 1.25



RR/BAYC
**#1941** ⬧ 1.25

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 184**
10/48

YUGALABS_00002288

6/23/22, 12:48 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 12 of 49    Page ID
#:8428
RR/BAYC items - x2y2.io



RR/BAYC

**#3104**          ⚡ **1.25**

⚡

RR/BAYC

**#9304**          ⚡ **1.27**

⚡

RR/BAYC

**#6992**          ⚡ **1.29**

⚡

RR/BAYC

**#292**          ⚡ **1.29**

⚡



RR/BAYC

**#1526**          ⚡ **1.3**

⚡

RR/BAYC

**#2509**          ⚡ **1.333**

⚡



RR/BAYC

**#4833**          ⚡ **1.35**

⚡



RR/BAYC

**#9949**          ⚡ **1.4**

⚡



RR/BAYC

**#434**          ⚡ **1.4**

⚡

RR/BAYC

**#1841**          ⚡ **1.42**

⚡

RR/BAYC

**#689**          ⚡ **1.42**

⚡ ♡ 1



RR/BAYC

**#263**          ⚡ **1.4204**

⚡



RR/BAYC

**#506**          ⚡ **1.43**

⚡



RR/BAYC

**#2250**          ⚡ **1.444**

⚡



RR/BAYC

**#4567**          ⚡ **1.45**

⚡



RR/BAYC

**#7786**          ⚡ **1.48**

⚡





Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 185**
11/48

YUGALABS_00002289



RR/BAYC
**#9931**        ⚡ 1.489

RR/BAYC
**#7640**        ⚡ 1.49

RR/BAYC
**#9311**        ⚡ 1.49

RR/BAYC
**#8528**        ⚡ 1.49

RR/BAYC
**#2085**        ⚡ 1.5

RR/BAYC
**#3784**        ⚡ 1.5

RR/BAYC
**#3873**        ⚡ 1.5

RR/BAYC
**#6920**        ⚡ 1.5

RR/BAYC
**#8409**        ⚡ 1.5

RR/BAYC
**#1758**        ⚡ 1.5

RR/BAYC
**#2665**        ⚡ 1.5

RR/BAYC
**#7270**        ⚡ 1.5

RR/BAYC
**#7275**        ⚡ 1.5

RR/BAYC
**#7250**        ⚡ 1.5

RR/BAYC
**#7274**        ⚡ 1.5

RR/BAYC
**#7258**        ⚡ 1.5

Filters                                                    ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 186**

YUGALABS_00002290

RR/BAYC

**#7254**   ⚡ 1.5

RR/BAYC

**#7255**   ⚡ 1.5

RR/BAYC

**#7247**   ⚡ 1.5

RR/BAYC

**#7285**   ⚡ 1.5

RR/BAYC

**#7266**   ⚡ 1.5

RR/BAYC

**#7261**   ⚡ 1.5

RR/BAYC

**#7259**   ⚡ 1.5

RR/BAYC

**#7277**   ⚡ 1.5

RR/BAYC

**#7276**   ⚡ 1.5

RR/BAYC

**#7269**   ⚡ 1.5

RR/BAYC

**#7251**   ⚡ 1.5

RR/BAYC

**#7283**   ⚡ 1.5

RR/BAYC

**#7264**   ⚡ 1.5

RR/BAYC

**#7278**   ⚡ 1.5

RR/BAYC

**#7268**   ⚡ 1.5

RR/BAYC

**#7263**   ⚡ 1.5

Filters

☐ **Bulk**

6/23/22, 12:46 PM | Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 15 of 49   Page ID
RR/BAYC Items - x2y2.io
#:8431

RR/BAYC
**#7279** 🔷 1.5

RR/BAYC
**#9495** 🔷 1.5

RR/BAYC
**#2520** 🔷 1.5

RR/BAYC
**#3884** 🔷 1.5

RR/BAYC
**#1746** 🔷 1.5

RR/BAYC
**#2778** 🔷 1.5

RR/BAYC
**#7397** 🔷 1.5

RR/BAYC
**#4643** 🔷 1.5

RR/BAYC
**#2640** 🔷 1.5

RR/BAYC
**#2071** 🔷 1.5

RR/BAYC
**#3592** 🔷 1.55

RR/BAYC
**#3650** 🔷 1.59



RR/BAYC
**#9011** 🔷 1.6



RR/BAYC
**#7856** 🔷 1.6



RR/BAYC
**#9866** 🔷 1.6



RR/BAYC
**#526** 🔷 1.6

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 188**

YUGALABS_00002292






RR/BAYC
**#1756** ⚡ 1.6

RR/BAYC
**#5168** ⚡ 1.6

RR/BAYC
**#4278** ⚡ 1.65

RR/BAYC
**#4711** ⚡ 1.67






RR/BAYC
**#1271** ⚡ 1.69

RR/BAYC
**#4262** ⚡ 1.69

RR/BAYC
**#4624** ⚡ 1.69

RR/BAYC
**#5745** ⚡ 1.6942






RR/BAYC
**#1019** ⚡ 1.7

RR/BAYC
**#43** ⚡ 1.7

RR/BAYC
**#336** ⚡ 1.73

RR/BAYC
**#7711** ⚡ 1.77






RR/BAYC
**#5409** ⚡ 1.8

RR/BAYC
**#1938** ⚡ 1.8

RR/BAYC
**#1762** ⚡ 1.88

RR/BAYC
**#1066** ⚡ 1.888

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 189**
15/48

YUGALABS_00002293



RR/BAYC
**#511**    ⚡ 1.9

RR/BAYC
**#3467**    ⚡ 1.969

RR/BAYC
**#8636**    ⚡ 1.98

RR/BAYC
**#8747**    ⚡ 1.99

RR/BAYC
**#8873**    ⚡ 1.99

RR/BAYC
**#8814**    ⚡ 1.99

RR/BAYC
**#4356**    ⚡ 1.99

RR/BAYC
**#160**    ⚡ 1.99

RR/BAYC
**#3978**    ⚡ 1.99

RR/BAYC
**#8910**    ⚡ 2

RR/BAYC
**#331**    ⚡ 2

RR/BAYC
**#2644**    ⚡ 2

RR/BAYC
**#7745**    ⚡ 2

RR/BAYC
**#7236**    ⚡ 2

RR/BAYC
**#7244**    ⚡ 2

RR/BAYC
**#6555**    ⚡ 2

Filters     ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 190**

YUGALABS_00002294

6/23/22, 12:46 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 18 of 49    Page ID
#:8434
RR/BAYC items - x2y2.io



RR/BAYC
**#1027**          ⚡ 2
⚡



RR/BAYC
**#545**          ⚡ 2



RR/BAYC
**#3484**          ⚡ 2



RR/BAYC
**#4351**          ⚡ 2



RR/BAYC
**#6708**          ⚡ 2
⚡



RR/BAYC
**#76**          ⚡ 2
⚡



RR/BAYC
**#586**          ⚡ 2
⚡



RR/BAYC
**#5045**          ⚡ 2
⚡



RR/BAYC
**#2092**          ⚡ 2
⚡



RR/BAYC
**#6524**          ⚡ 2
⚡



RR/BAYC
**#7092**          ⚡ 2
⚡



RR/BAYC
**#2339**          ⚡ 2



RR/BAYC
**#1955**          ⚡ 2



RR/BAYC
**#4330**          ⚡ 2



RR/BAYC
**#2168**          ⚡ 2



RR/BAYC
**#6463**          ⚡ 2

Filters          ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 191**

YUGALABS_00002295



RR/BAYC

**#389**    2



RR/BAYC

**#551**    2.1

♡ 1



RR/BAYC

**#5337**    2.2



RR/BAYC

**#6003**    2.22



RR/BAYC

**#9409**    2.39



RR/BAYC

**#5173**    2.39



RR/BAYC

**#2299**    2.4



RR/BAYC

**#9600**    2.4



RR/BAYC

**#1377**    2.4



RR/BAYC

**#534**    2.45



RR/BAYC

**#1693**    2.5



RR/BAYC

**#6349**    2.5

RR/BAYC

**#3697**    2.5

RR/BAYC

**#1521**    2.5

RR/BAYC

**#58**    2.5

RR/BAYC

**#7599**    2.5

Filters     ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

**Page 192**

18/48

YUGALABS_00002296



Yuga's Summary Judgment Exhibit 65
Page 193

YUGALABS_00002297

6/23/22, 12:48 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 21 of 49    Page ID
RR/BAYC items - x2y2.io
#:8437



RR/BAYC

**#4382**                 ⬧ 3.49



RR/BAYC

**#3045**                 ⬧ 3.5



RR/BAYC

**#6823**                 ⬧ 3.5



RR/BAYC

**#8662**                 ⬧ 3.5



RR/BAYC

**#3175**                 ⬧ 3.69



RR/BAYC

**#6038**                 ⬧ 3.69



RR/BAYC

**#2437**                 ⬧ 3.69



RR/BAYC

**#6843**                 ⬧ 3.69



RR/BAYC

**#3897**                 ⬧ 3.69



RR/BAYC

**#4461**                 ⬧ 3.9



RR/BAYC

**#5193**                 ⬧ 4



RR/BAYC

**#8383**                 ⬧ 4



RR/BAYC





RR/BAYC



RR/BAYC

Filters

☐ **Bulk**

Yuga's Summary Judgment Exhibit 65

YUGALABS_00002298

6/23/22, 12:45 PM
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 22 of 49   Page ID
RR/BAYC Items - x2y2.io
#:8438



RR/BAYC

**#9904** ⚡ 5

RR/BAYC

**#2651** ⚡ 5

RR/BAYC

**#9869** ⚡ 5

RR/BAYC

**#2442** ⚡ 5

RR/BAYC

**#1588** ⚡ 5.5

RR/BAYC

**#4181** ⚡ 5.5

RR/BAYC

**#2535** ⚡ 5.5

RR/BAYC

**#518** ⚡ 5.5555

RR/BAYC

**8870** ⚡ 5.845

RR/BAYC

**#3594** ⚡ 5.85

RR/BAYC

**#9144** ⚡ 5.9

RR/BAYC

**#171** ⚡ 6

 Filters

☐ **Bulk**

https://x2y2.io/collection/rrbayc/items

YUGALABS_00002299

RR/BAYC
**#6670** ⚡ 6.66

RR/BAYC
**#6512** ⚡ 6.66

RR/BAYC
**#1656** ⚡ 6.66

RR/BAYC
**#6949** ⚡ 6.9

RR/BAYC
**#2271** ⚡ 6.9

RR/BAYC
**#2607** ⚡ 6.942

RR/BAYC
**#8386** ⚡ 7

RR/BAYC
**#8135** ⚡ 7
♡ 1

RR/BAYC
**#9291** ⚡ 7

RR/BAYC
**#7621** ⚡ 7.7777

RR/BAYC
**#3097** ⚡ 7.7777

RR/BAYC
**#6612** ⚡ 8






Filters

☐ **Bulk**

YUGALABS_00002300

6/23/22, 12:45 PM
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 24 of 49   Page ID
#:8440
RR/BAYC items - x2y2.io



RR/BAYC
**#1803**          ⚡ 10

RR/BAYC
**#7253**          ⚡ 10

RR/BAYC
**#27**          ⚡ 10

RR/BAYC
**#2130**          ⚡ 10

RR/BAYC
**#5968**          ⚡ 10

RR/BAYC
**#5235**          ⚡ 10

RR/BAYC
**#5247**          ⚡ 11.11

RR/BAYC
**#24**          ⚡ 14

RR/BAYC
**#4980**          ⚡ 15

RR/BAYC
**#5626**          ⚡ 15

RR/BAYC
**#1225**          ⚡ 15

RR/BAYC
**#4088**          ⚡ 15.51






Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 197**
23/48
YUGALABS_00002301



RR/BAYC
**#5279**          ⚡ 30

RR/BAYC
**#2372**          ⚡ 34

RR/BAYC
**#7495**          ⚡ 42.69

RR/BAYC
**#6466**          ⚡ 50

RR/BAYC
**#7257**          ⚡ 50

RR/BAYC
**#6123**          ⚡ 66.642

RR/BAYC
**#2736**          ⚡ 69

RR/BAYC
**#3782**          ⚡ 69

RR/BAYC
**#5114**          ⚡ 69

RR/BAYC
**#6614**          ⚡ 69.69

RR/BAYC
**#3119**          ⚡ 75

RR/BAYC
**#1243**          ⚡ 77.7  ♡ 1






Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 198**
24/48

YUGALABS_00002302



RR/BAYC
**#724**              100

RR/BAYC
**#8642**             100

RR/BAYC
**#8389**             100

RR/BAYC
**#6350**             100

RR/BAYC
**#7769**             111.1          ♡ 1

RR/BAYC
**#2526**             125

RR/BAYC
**#4255**             150

RR/BAYC
**#7848**             250

RR/BAYC
**#4528**             500           ♡ 2

RR/BAYC
**#9704**             1,000

RR/BAYC
**#8398**             1,155         ♡ 2

RR/BAYC
**#775**              1,250

Filters                                              ☐ **Bulk**

YUGALABS_00002303

6/23/22, 12:06 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 27 of 49    Page ID
RR/BAYC items - x2y2.io
#:8443



RR/BAYC
**#1488**



RR/BAYC
**#5081**



RR/BAYC
**#789**



RR/BAYC
**#777**



RR/BAYC
**#856**



RR/BAYC
**#1597**



RR/BAYC
**#9449**



RR/BAYC
**#4761**



RR/BAYC
**#4482**



RR/BAYC
**#2979**



RR/BAYC
**#2997**



RR/BAYC
**#2911**



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 200**
26/48

YUGALABS_00002304



RR/BAYC
**#2998**



RR/BAYC
**#2999**



RR/BAYC
**#2917**



RR/BAYC
**#2927**



RR/BAYC
**#2929**



RR/BAYC
**#2942**



RR/BAYC
**#2948**



RR/BAYC
**#2952**











  



⊙ **X2Y2**

RR/BAYC
**#2967**

RR/BAYC
**#88**

RR/BAYC
**#2996**

RR/BAYC
**#3002**



RR/BAYC
**#2918**



RR/BAYC
**#2923**



RR/BAYC
**#2944**



RR/BAYC
**#2957**

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 201**
27/48

YUGALABS_00002305


RR/BAYC
**#2969**


RR/BAYC
**#2971**


RR/BAYC
**#2983**


RR/BAYC
**#2982**


RR/BAYC
**#2995**


RR/BAYC
**#2919**


RR/BAYC
**#2920**


RR/BAYC
**#2947**


RR/BAYC
**#2956**


RR/BAYC
**#2984**


RR/BAYC
**#2989**


RR/BAYC
**#2991**


RR/BAYC
**#8420**
♡ 1


RR/BAYC
**#2925**


RR/BAYC
**#2926**


RR/BAYC
**#2928**









▼ Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002306

6/23/22, 12:45 PM
RR/BAYC Items - x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 30 of 49   Page ID #:8446



RR/BAYC
**#2933**



RR/BAYC
**#2932**



RR/BAYC
**#2934**



RR/BAYC
**#2935**



RR/BAYC
**#2936**



RR/BAYC
**#2938**



RR/BAYC
**#2940**



RR/BAYC
**#2937**



RR/BAYC
**#2945**



RR/BAYC
**#2946**



RR/BAYC
**#2965**



RR/BAYC
**#2972**



RR/BAYC
**#2973**



RR/BAYC
**#2974**



RR/BAYC
**#2977**



RR/BAYC
**#2981**







Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 203**
29/48

YUGALABS_00002307

6/23/22, 12:48 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 31 of 49    Page ID
RR/BAYC items - x2y2.io
#:8447

#2914    #2931    #2949    #2950






RR/BAYC    RR/BAYC    RR/BAYC    RR/BAYC
#2955    #7863    #9449    #830






RR/BAYC    RR/BAYC    RR/BAYC    RR/BAYC
#137    #6388    #888    #7017






RR/BAYC    RR/BAYC    RR/BAYC    RR/BAYC
#546    #9984    #3674    #9042






Filters    ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 204**
30/48

YUGALABS_00002308



RR/BAYC

**#9452**



RR/BAYC

**#5343**



RR/BAYC

**#2298**



RR/BAYC

**#456**



RR/BAYC

**#9728**



RR/BAYC

**#6711**



RR/BAYC

**#6724**



RR/BAYC

**#6729**



RR/BAYC

**#6728**



RR/BAYC

**#6743**



RR/BAYC

**#6742**



RR/BAYC

**#6749**



RR/BAYC

**#6759**



RR/BAYC

**#6760**

RR/BAYC

**#1147**



RR/BAYC

**#3255**

Filters

**Bulk**

**Yuga's Summary Judgment Exhibit 65**

**Page 205**

31/48



RR/BAYC
**#1507**



RR/BAYC
**#1506**



RR/BAYC
**#1508**



RR/BAYC
**#1518**



RR/BAYC
**#1517**



RR/BAYC
**#1528**



RR/BAYC
**#1533**



RR/BAYC
**#6269**



RR/BAYC
**#1337**



RR/BAYC
**#8360**



RR/BAYC
**#8361**



RR/BAYC
**#8362**



RR/BAYC
**#8411**



RR/BAYC
**#8417**



RR/BAYC
**#8418**



RR/BAYC
**#8414**






Filters

☐ **Bulk**

YUGALABS_00002310






RR/BAYC
**#8412**

RR/BAYC
**#8413**

RR/BAYC
**#8453**

RR/BAYC
**#8454**






RR/BAYC
**#8455**

RR/BAYC
**#5399**

RR/BAYC
**#8216**

RR/BAYC
**#8212**






RR/BAYC
**#8213**

RR/BAYC
**#8210**

RR/BAYC
**#8211**

RR/BAYC
**#8218**






RR/BAYC
**#8219**

RR/BAYC
**#8220**

RR/BAYC
**#8217**

RR/BAYC
**#8214**





Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 207

YUGALABS_00002311

RR/BAYC
**#8215**

RR/BAYC
**#8347**

RR/BAYC
**#8348**

RR/BAYC
**#8350**


RR/BAYC
**#8345**


RR/BAYC
**#8346**


RR/BAYC
**#8352**


RR/BAYC
**#8354**


RR/BAYC
**#8356**


RR/BAYC
**#8357**


RR/BAYC
**#8351**


RR/BAYC
**#8355**


RR/BAYC
**#8452**


RR/BAYC
**#8469**

♡ 1


RR/BAYC
**#8470**


RR/BAYC
**#8259**







Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 208**
34/48
YUGALABS_00002312



RR/BAYC
**#1550**



RR/BAYC
**#6706**



RR/BAYC
**#6705**



RR/BAYC
**#6707**



RR/BAYC
**#6718**



RR/BAYC
**#6733**



RR/BAYC
**#6734**



RR/BAYC
**#6756**



RR/BAYC
**#6763**



RR/BAYC
**#6761**



RR/BAYC
**#1523**



RR/BAYC
**#1531**



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002313


RR/BAYC
**#6719**


RR/BAYC
**#6720**


RR/BAYC
**#8573**


RR/BAYC
**#1504**


RR/BAYC
**#1527**


RR/BAYC
**#1529**


RR/BAYC
**#1542**


RR/BAYC
**#1554**


RR/BAYC
**#1553**


RR/BAYC
**#6709**


RR/BAYC
**#6710**


RR/BAYC
**#6727**


RR/BAYC
**#6744**


RR/BAYC
**#6745**


RR/BAYC
**#6755**


RR/BAYC
**#6754**

Filters

**Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 210**

YUGALABS_00002314


RR/BAYC
#6765


RR/BAYC
#6766


RR/BAYC
#6773


RR/BAYC
#6774


RR/BAYC
#6778


RR/BAYC
#8372


RR/BAYC
#8377


RR/BAYC
#8378


RR/BAYC
#8379


RR/BAYC
#8380


RR/BAYC
#8437


RR/BAYC
#8463


RR/BAYC
#8464


RR/BAYC
#1281


RR/BAYC
#8243


RR/BAYC
#8238





Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 211

YUGALABS_00002315

6/23/22, 12:46 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 39 of 49    Page ID
RR/BAYC Items - x2y2.io
#:8455


RR/BAYC
**#8236**

RR/BAYC
**#8237**

RR/BAYC
**#8241**

RR/BAYC
**#8242**


RR/BAYC
**#8240**


RR/BAYC
**#8239**


RR/BAYC
**#8263**


RR/BAYC
**#8264**


RR/BAYC
**#8271**


RR/BAYC
**#6794**


RR/BAYC
**#6809**


RR/BAYC
**#6818**


RR/BAYC
**#6820**


RR/BAYC
**#6830**


RR/BAYC
**#6827**


RR/BAYC
**#6829**









Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 212**
38/48
YUGALABS_00002316


RR/BAYC
**#6788**


RR/BAYC
**#6789**


RR/BAYC
**#6806**


RR/BAYC
**#6805**


RR/BAYC
**#6807**


RR/BAYC
**#6808**


RR/BAYC
**#6817**


RR/BAYC
**#6815**


RR/BAYC
**#6814**


RR/BAYC
**#8207**


RR/BAYC
**#8208**


RR/BAYC
**#8206**


RR/BAYC


RR/BAYC


RR/BAYC


RR/BAYC

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002317

6/23/22, 12:46 PM    Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 41 of 49    Page ID
RR/BAYC Items - x2y2.io
#:8457



RR/BAYC
**#8247**



RR/BAYC
**#8252**



RR/BAYC
**#8253**



RR/BAYC
**#8251**



RR/BAYC
**#8254**



RR/BAYC
**#8278**



RR/BAYC
**#8279**



RR/BAYC
**#8280**



RR/BAYC
**#8281**



RR/BAYC
**#8283**



RR/BAYC
**#8284**



RR/BAYC
**#8286**



RR/BAYC
**#8285**



RR/BAYC
**#6832**



RR/BAYC
**#6836**



RR/BAYC
**#6848**

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 214**
40/48
YUGALABS_00002318


RR/BAYC
**#6847**


RR/BAYC
**#6781**


RR/BAYC
**#6795**


RR/BAYC
**#6822**


RR/BAYC
**#6835**


RR/BAYC
**#6833**


RR/BAYC
**#6834**


RR/BAYC
**#6842**


RR/BAYC
**#6841**


RR/BAYC
**#6854**


RR/BAYC
**#6864**


RR/BAYC
**#6873**


RR/BAYC
**#6874**


RR/BAYC
**#6875**


RR/BAYC
**#6877**


RR/BAYC
**#6878**






Filters

**Bulk**

YUGALABS_00002319

6/23/22, 12:45 PM
Case 2:22-cv-04355-JFW-JEM    Document 149-72    Filed 03/15/23    Page 43 of 49    Page ID
RR/BAYC items – x2y2.io
#:8459



RR/BAYC
**#6894**



RR/BAYC
**#6892**

RR/BAYC
**#6897**

RR/BAYC
**#6899**



RR/BAYC
**#6900**



RR/BAYC
**#6913**



RR/BAYC
**#6922**



RR/BAYC
**#6923**



RR/BAYC
**#6927**



RR/BAYC
**#6925**



RR/BAYC
**#6926**



RR/BAYC
**#6943**



RR/BAYC
**#6863**



RR/BAYC
**#6861**



RR/BAYC
**#6862**



RR/BAYC
**#6886**







Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**

**Page 216**

YUGALABS_00002320

6/23/22, 12:36 PM
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 44 of 49   Page ID
RR/BAYC Items - x2y2.io
#:8460



RR/BAYC
**#6908**



RR/BAYC
**#6911**



RR/BAYC
**#6910**



RR/BAYC
**#6912**



RR/BAYC
**#6915**



RR/BAYC
**#6928**



RR/BAYC
**#6929**



RR/BAYC
**#6935**



RR/BAYC
**#6937**



RR/BAYC
**#6865**



RR/BAYC
**#6887**



RR/BAYC
**#6893**





Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002321



RR/BAYC
**#6933**



RR/BAYC
**#6931**



RR/BAYC
**#6932**



RR/BAYC
**#6939**



RR/BAYC
**#6855**



RR/BAYC
**#6857**



RR/BAYC
**#6859**



RR/BAYC
**#6867**



RR/BAYC
**#6872**



RR/BAYC
**#6869**



RR/BAYC
**#6870**

RR/BAYC
**#6871**



RR/BAYC
**#6876**



RR/BAYC
**#6979**



RR/BAYC
**#6880**



RR/BAYC
**#6881**

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 218**

YUGALABS_00002322

6/23/22, 12:46 PM
RR/BAYC Items - x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 46 of 49   Page ID #:8462


RR/BAYC
**#6882**


RR/BAYC
**#6883**


RR/BAYC
**#6889**


RR/BAYC
**#6890**


RR/BAYC
**#6888**


RR/BAYC
**#6895**


RR/BAYC
**#6896**


RR/BAYC
**#6904**


RR/BAYC
**#6903**


RR/BAYC
**#6918**


RR/BAYC
**#6924**


RR/BAYC
**#6938**


RR/BAYC
**#6957**


RR/BAYC
**#6961**


RR/BAYC
**#6973**


RR/BAYC
**#6974**






Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 219**
45/48
YUGALABS_00002323

6/23/22, 12:46 PM
Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 47 of 49   Page ID
#:8463
RR/BAYC items - x2y2.io





RR/BAYC
**#6975**

RR/BAYC
**#6972**

RR/BAYC
**#7821**

RR/BAYC
**#6956**






RR/BAYC
**#6955**

RR/BAYC
**#6958**

RR/BAYC
**#4589**

RR/BAYC
**#6964**






RR/BAYC
**#6965**

RR/BAYC
**#6968**

RR/BAYC
**#646**

RR/BAYC
**#6978**



RR/BAYC
**#6976**

Load more

Filters

Bulk

Yuga's Summary Judgment Exhibit 65

YUGALABS_00002324

Case 2:22-cv-04355-JFW-JEM   Document 149-72   Filed 03/15/23   Page 48 of 49   Page ID #:8464

Yuga's Summary Judgment Exhibit 65

Page 221

YUGALABS_00002325

**Yuga's Summary Judgment Exhibit 65**
**Page 222**

YUGALABS_00002326