# Exhibit 67

Yuga's Summary Judgment Exhibit 67
Page 225

2/4/23, 3:20 PM
PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🚀 We passed BAYC in the mi…
Case 2:22-cv-04355-JFW-JEM   Document 149-74   Filed 03/15/23   Page 2 of 4   Page ID #:8469






Yuga's Summary Judgment Exhibit 67
Page 226

YUGALABS_00036242



2/4/23, 3:20 PM
Case 2:22-cv-04355-JFW-JEM Document 149-74 Filed 03/15/23 Page 4 of 4 Page ID #:8471
PAULY on Twitter: "RRBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🌍 We passed BAYC in the mi…

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Yuga's Summary Judgment Exhibit 67
Page 228

YUGALABS_00036244