# Exhibit 68



Yuga's Summary Judgment Exhibit 68

Page 230

YUGALABS_00015425