# Exhibit 70




Yuga's Summary Judgment Exhibit 70

Page 234

YUGALABS_00015999