# Exhibit 71



**Yuga's Summary Judgment Exhibit 71**

**Page 236**

YUGALABS_00000617