# Exhibit 72



Yuga's Summary Judgment Exhibit 72
Page 238

YUGALABS_00000619