# Exhibit 75

Yuga's Summary Judgment Exhibit 75
Page 243



 Bored Ape Yacht Club

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on...
See more

| 10.0K | 6.5K | ♦ 85.98 | ♦ 616.6K |
|---|---|---|---|
| items | owners | floor price | total volume |

Yuga's Summary Judgment Exhibit 75

Page 244

YUGALABS_00002417