# Exhibit 76

Yuga's Summary Judgment Exhibit 76

Page 245



Yuga's Summary Judgment Exhibit 76

Page 246

YUGALABS_00031173