# Exhibit 77


**RYDER RIPPS** 🚢 ✓ @ryder_ripps · May 24
WE'RE LIVE!!! S/O THE RR/BAYC TEAM @hWonderofWorld @dumbnamenumbers @Pauly0x WE REALLY DO THIS!!! rrbayc.com



54    74    187


**||| Prison✲Lunchlady** ✓ @prisonlunchlady · May 25
Replying to @ryder_ripps @hWonderofWorld and 2 others
Every one I try to reserve has already been reserved!!!

2


**RYDER RIPPS** 🚢 ✓ @ryder_ripps · May 25
Replying to @prisonlunchlady @hWonderofWorld and 2 others
damn can u try again? what # r u reserving?

3    2


**||| Prison✲Lunchlady** ✓ @prisonlunchlady · May 25
Replying to @ryder_ripps @hWonderofWorld and 2 others
Every time even on dif browsers





0:07   33 views

💬 1   🔁   ♡   ⬆

**ohshitimdoxed.eth** @deanrpwaacs · May 25
Replying to @prisonlunchlady @ryder_ripps and 3 others
Had the same issue earlier so gave up . Meh .

💬 2   🔁   ♡ 1   ⬆

**Middlemarch** ✓ @dumbnamenumbers · May 25
Replying to @deanrpwaacs @prisonlunchlady and 3 others
Try again? I think I might have fixed it

💬 1   🔁   ♡ 1   ⬆

**||| Prison✳Lunchlady** ✓ @prisonlunchlady · May 25
Replying to @dumbnamenumbers @deanrpwaacs and 3 others
Still doing the same thing 😞

💬 1   🔁   ♡ 1   ⬆

**Middlemarch** ✓
@dumbnamenumbers

Replying to @prisonlunchlady @deanrpwaacs and 3 others

Shows exact same error message on #9429 (which is available actually)? What browser is that, Brave?

I will keep investigating, if you want you can also reserve directly from the contract (etherscan.io/address/0xee96...) using this function

Yuga's Summary Judgment Exhibit 77
Page 249

YUGALABS_00029887

You put the ids in brackets and it's .15 per



8:08 AM · May 25, 2022

Yuga's Summary Judgment Exhibit 77
Page 250

YUGALABS_00029888