# Exhibit 79



**RYDER RIPPS** 🔜 ✓
@ryder_ripps

we are going to make a marketplace for just RYDER RIPPS BAYC, with a HEX wrapper built in so if OpenSea bans the contract you can still get your RR/BAYC on twitter. If anyone wants one im minting! 0.1 ETH, send the ape number you want

9:24 AM · May 15, 2022

**16** Retweets   **4** Quote Tweets   **114** Likes

Yuga's Summary Judgment Exhibit 79
Page 254

YUGALABS_00031401