# Exhibit 80

Yuga's Summary Judgment Exhibit 80
Page 256

YUGALABS_00014079



Yuga's Summary Judgment Exhibit 80
Page 257

YUGALABS_00014080



Yuga's Summary Judgment Exhibit 80
Page 258

YUGALABS_00014081



Yuga's Summary Judgment Exhibit 80
Page 259

YUGALABS_00014082