# Exhibit 81



Yuga's Summary Judgment Exhibit 81
Page 261

YUGALABS_00000536