# Exhibit 82



**Yuga's Summary Judgment Exhibit 82**
**Page 263**

YUGALABS_00000542