# Exhibit 83

