# Exhibit 84



Yuga's Summary Judgment Exhibit 84
Page 267

YUGALABS_00040373