# Exhibit 85



Yuga's Summary Judgment Exhibit 85
Page 269

YUGALABS_00040375