# Exhibit 86

Yuga's Summary Judgment Exhibit 86
Page 270



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY