# Exhibit 87



Yuga's Summary Judgment Exhibit 87
Page 273

YUGALABS_00029092