# Exhibit 89



GemBot 💎 🧹 🤖
@0xGem

New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH etherscan.io/tx/0x0fad43802...



3:34 PM · Jul 8, 2022 · Zapier.com

14 Retweets   17 Quote Tweets   72 Likes

Yuga's Summary Judgment Exhibit 89
Page 277

YUGALABS_00002625





Yuga's Summary Judgment Exhibit 89
Page 279

YUGALABS_00002627



Replying to @0xGem
Decimal

**Buffet | NFTBuffet.eth** @NFTBuffet · Jul 8
Replying to @0xGem
damn i could have afforded this

2    4

**16** @Josh_IK · Jul 8
Replying to @NFTBuffet and @0xGem
Looks like a shady deal

1    1

Show replies

🖕🖕🖕🖕🖕.eth @from42c · Jul 8
Replying to @0xGem
hahaha

**Danny Kass** @dannygkass · Jul 8
Replying to @0xGem
Here we go again 👀

⚜️**BANANATASKFORCEAPE#GALA #BTFA ...** @FTMROSE... · Jul 8
Replying to @0xGem
How did we get here?

**weezyapebaby.eth** @twallace1010 · Jul 8
Replying to @0xGem
🥺



Yuga's Summary Judgment Exhibit 89
Page 281

YUGALABS_00002629



Yuga's Summary Judgment Exhibit 89
Page 282

YUGALABS_00002630



**mikerosko.eth** ❓ @Mike_Rosko_ · Jul 8
Replying to @0xGem
👀

**01.eth | kreeznotic** ✝ **| kreez.og** @kreeznotic · Jul 8
Replying to @0xGem
@oksoonbot stamp

**apeuniverse.eth (🦍,🥖)** @apeuniverse_eth · Jul 8
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

**owsteen.eth** @AstroImpulse · Jul 8
Replying to @0xGem
Even as an RR ape. 6 eth pretty insane

**W3nzel.eth** @thisiswenzel · Jul 8
Replying to @0xGem
It's a RR ape.

**Andy00** @beef1218 · Jul 8
Replying to @0xGem
Something must be terribly wrong with this…

**Simon** @joergloo · Jul 8
Replying to @0xGem
steel



**Rosario** @bakenfts · Jul 8
Replying to @0xGem
#RRBAYC

**HAYA META** @HAYA_META · Jul 9
Replying to @0xGem
RRBAYC > BAYC

**CK.ETH** @inquisitivemove · Jul 8
Replying to @0xGem
Can't be rite

Yuga's Summary Judgment Exhibit 89
Page 284

YUGALABS_00002632



@Everything_SOL dis yours?

💬 1    🔁    ♡ 1    ⬆️

**DUP** ☕ @Everything_SOL · Jul 8
Replying to @velde101 and @0xGem
Wrong one bro

💬 1    🔁    ♡ 1    ⬆️

Show replies

**ladeji_solamidee,doodle collection LIVE**🔥... @OladejiSola... · Jul 8
Replying to @0xGem
👀👀

💬    🔁    ♡    ⬆️

Yuga's Summary Judgment Exhibit 89
Page 286

YUGALABS_00002634