# Exhibit 91




Yuga's Summary Judgment Exhibit 91
Page 290

YUGALABS_00040376