# Exhibit 92



**9999999333** 🔜
@phunk2243

Nope, not a fat finger. Just a massive RR/BAYC sale 🤫

> **Farokh** ✓
> @farokh
>
> Oh no... did someone just fat fingers a gold ape for 5.99 ETH?!
>
> > ✏️ **GemBot** 💎 ✏️ 🤖 @0xGem · 8m
> > New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH etherscan.io/tx/0x0fad43802...
>
> 3:40 PM · 7/8/22 · Twitter for iPhone

3:44 PM · Jul 8, 2022

**15** Retweets   **1** Quote Tweet   **71** Likes

Yuga's Summary Judgment Exhibit 92
Page 292

YUGALABS_00031332