# Exhibit 93



Yuga's Summary Judgment Exhibit 93
Page 294

YUGALABS_00002033