# Exhibit 94

**RYDER-RIPPS.ETH** 🔜 ✓ @ryder_ripps · Feb 8
1/ Greg Solano (Gargamel) Thread 🧵

for a complete picture relating to Yuga/BAYC and other founders visit gordongoner.com

💬 321   🔁 765   ♡ 2,028   ⬆️

Ξdo @Cryptoverse520 · May 19
You have a bayc pfp though haha?

💬 2   🔁   ♡ 10   ⬆️