# Exhibit 96

Yuga's Summary Judgment Exhibit 96
Page 299



streeto
@streetoshi

Replying to @_etheth @DrShinigami and @ryder_ripps

i bought an rr bayc because i thought it was made by yuga

10:35 AM · Jun 21, 2022 · Twitter for iPhone

2 Likes

Yuga's Summary Judgment Exhibit 96
Page 300

YUGALABS_00015411