# Exhibit 97



johnny0x
@johnny0x_

psa for everyone be careful what you buy. I just bought BAYC #4255 but now I'm thinking that it could be fake? @Jclineshow give me ur honest opinion brother



9:35 PM · Jun 22, 2022

5 Likes

Yuga's Summary Judgment Exhibit 97
Page 302

YUGALABS_00027491