# Exhibit 98

**PAULY** @PaulyOx · Sep 11
The Queen



💬 34  🔁 9  ♡ 108  ⤴

**sachdana.eth** @SachDana · Sep 11
Replying to @PaulyOx
Tweets like this make it hard to be team RR and Ryder.

💬 7  🔁 1  ♡ 21  ⤴

**PAULY** @PaulyOx · Sep 11
Replying to @SachDana
Explain

💬 2  🔁  ♡ 1  ⤴

Yuga's Summary Judgment Exhibit 98
Page 304

YUGALABS_00002708



**sachdana.eth** @SachDana · Sep 11
Replying to @Pauly0x
I'll answer the others too.

From the UK. Not a royalist. Dislike the monarchy. Their problematic history is well documented.

Also, a person died. Ripping her apart before she's even buried seems distasteful.

I'm a big believer in go high when they go low. This feels low.

💬 1    🔁    ♥ 6    ⬆

**Mitch D** @m_downey · Sep 11
Replying to @SachDana and @Pauly0x
As an American...irreverence towards elites is kind of our thing. I honestly don't see why it's important to "show respect" after a monarch dies. I'd have the same opinion if our president or the pope died.

💬 1    🔁    ♥ 1    ⬆

**sachdana.eth** @SachDana · Sep 11
Replying to @m_downey and @Pauly0x
It's not because she was a monarch. Its because she was a person. Was she bestowed wealth and privilege in an antiquated way that I think should be abolished? Yes. Was she a terrible person whose death should be cheered and joked about? No.

That's all really. It feels icky

💬 2    🔁    ♥ 5    ⬆

**PAULY** @Pauly0x · Sep 11
Replying to @SachDana and @m_downey
"She was a person" - dude with racist monkey pfp

💬 1    🔁 1    ♥    ⬆

**sachdana.eth** @SachDana · Sep 11

Yuga's Summary Judgment Exhibit 98
Page 305

YUGALABS_00002709

Replying to @Pauly0x and @m_downey
No. Dude with RRBAYC who is a staunch defender of what you and Ryder are doing with regards to Yuga. Who contacted Ryder before it blew up offering advice and support.

💬 1  🔁  ♥ 2  ⬆

**PAULY** @Pauly0x · Sep 11
Replying to @SachDana and @m_downey
Lol

💬 1  🔁  ♥  ⬆

sachdana.eth @SachDana · Sep 11
Replying to @Pauly0x and @m_downey
Err ok. You know saying my pfp is racist is exactly the rhetoric/defence that BAYC copium crew throw at RR constantly about his collection.

Is my pfp racist?

💬 1  🔁  ♥ 1  ⬆

**PAULY** @Pauly0x · Sep 11
Replying to @SachDana and @m_downey
Yes. The iconography of BAYC is racist and Nazi. Full stop.

We use NFTs as a means to draw attention to that.

💬 1  🔁  ♥  ⬆

sachdana.eth
@SachDana

Replying to @Pauly0x and @m_downey

Just so I'm clear here, so your Prussian helmet right now and Ryder's pfp are also racist?

12:00 PM · Sep 11, 2022 · Twitter for Android

2 Likes

Yuga's Summary Judgment Exhibit 98
Page 307

YUGALABS_00002711