# Exhibit 99





Yuga's Summary Judgment Exhibit 99
Page 309

YUGALABS_00027523