# Exhibit 104



**RYDER RIPPS** SOON ✓
@ryder_ripps

this is getting boring



10:51 AM · May 23, 2022

4 Retweets    1 Quote Tweet    62 Likes