1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

14

15               UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17              WESTERN DIVISION – Los Angeles

18

| 19 | YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
|---|---|---|
| 20 | Plaintiff and Counterclaim Defendant, | **YUGA LABS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** |
| 21 | | |
| 22 | v. | |
| 23 | RYDER RIPPS, JEREMY CAHEN, | Date:        April 17, 2023<br>Time:        1:30 p.m.<br>Courtroom: 7A<br>Judge:       Honorable John F. Walter |
| 24 | Defendants and Counterclaim Plaintiffs. | |
| 25 | | Trial Date:  June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits this application for leave to file under seal certain information and documents designated by Yuga Labs as "Highly Confidential — Attorneys' Eyes Only" under the Protective Order (ECF 51).  As detailed in the accompanying Declaration of Eric Ball, the materials sought to be filed under seal are the entirety of Exhibit 43 to the Declaration of Eric Ball in Support of Plaintiff Yuga Labs' Motion for Summary Judgment.

The Court has previously permitted Yuga Labs to file this information under seal.  ECF 143.

Defendants indicated that they intend to oppose this application.

Yuga Labs respectfully applies for leave to file under seal Exhibit 43 to the Declaration of Eric Ball in Support of Plaintiff Yuga Labs' Motion for Summary Judgment and respectfully requests entry of the attached proposed order.

Dated: March 15, 2023               FENWICK & WEST LLP

By: _/s/ Eric Ball_____
Eric Ball
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.