UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING YUGA LABS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)**<br><br>Date:        April 17, 2023<br>Time:       1:30 p.m.<br>Courtroom: 7A<br>Judge:      Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal and the accompanying declaration [*and any party's opposition thereto*], IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Party has established compelling reasons that they should not be filed publicly.

Yuga Labs shall file under seal Exhibit 43 to the Declaration of Eric Ball in Support of Yuga Labs' Motion for Summary Judgment.

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Exhibit 43 to the Declaration of Eric Ball in Support of Yuga Labs' Motion for Summary Judgment | Entire Document | GRANTED |

IT IS SO ORDERED.

Dated: _____    _____
                                  Honorable John F. Walter
                                  United States District Judge