UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – Los Angeles

YUGA LABS, INC.,

    Plaintiff and Counterclaim Defendant,

v.

RYDER RIPPS, JEREMY CAHEN,

    Defendants and Counterclaim Plaintiffs.

Case No.: 2:22-cv-04355-JFW-JEMx

**ORDER GRANTING YUGA LABS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)**

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal and the accompanying declaration [*and any party's opposition thereto*], IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Party has established compelling reasons that they should not be filed publicly.

Yuga Labs shall file under seal Exhibit 43 to the Declaration of Eric Ball in Support of Yuga Labs' Motion for Summary Judgment.

| Document | Portions to be Sealed | Ruling |
| --- | --- | --- |
| Exhibit 43 to the Declaration of Eric Ball in Support of Yuga Labs' Motion for Summary Judgment | Entire Document | GRANTED |

IT IS SO ORDERED.

Dated: March 17, 2023

Honorable John F. Walter
United States District Judge