| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 5 | 60 State Street |
| | Boston, MA 02109 |
| 6 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| 7 | |
| 8 | Derek Gosma (SBN 274515) |
| | derek.gosma@wilmerhale.com |
| 9 | Henry Nikogosyan (SBN 326277) |
| | henry.nikogosyan@wilmerhale.com |
| 10 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 11 | 350 South Grand Ave., Suite 2400 |
| | Los Angeles, CA 90071 |
| 12 | Telephone: (213) 443-5300 |
| | Fax: (213) 443-5400 |
| 13 | *Attorneys for Defendants and* |
| | *Counterclaim Plaintiffs* |
| 14 | RYDER RIPPS and JEREMY CAHEN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | |
| Plaintiff and Counterclaim Defendant, | Case No. 2:22-cv-04355-JFW-JEM |
| v. | **DECLARATION OF JEREMY CAHEN** |
| Ryder Ripps, Jeremy Cahen, | |
| Defendants and Counterclaim Plaintiffs. | |

-1-

DECL. OF JEREMY CAHEN
Case No. 2:22-cv-04355-JFW-JEM

# DECLARATION OF JEREMY CAHEN IN RESPONSE TO COURT'S MARCH 14, 2023 ORDER

I, Jeremy Cahen, declare as follows:

1. I have reviewed the Court's March 14, 2023 ORDER RE YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE (Dkt. 145) ("Order").

2. I have not destroyed any documents in categories 1, 4, 5, 6, and 7 of the Court's Order.

3. I have produced all relevant, nonprivileged documents in categories 1, 4, 5, 6 and 7 in my custody, control or possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 21, 2023.

_____
Jeremy Cahen

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 21, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400