Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants and Counterclaim Plaintiffs*
RYDER RIPPS and JEREMY CAHEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF RYDER RIPPS** |

**DECLARATION OF RYDER RIPPS IN RESPONSE TO COURT'S MARCH 14, 2023 ORDER**

I, Ryder Ripps, declare as follows:

1. I have reviewed the Court's March 14, 2023 ORDER RE YUGA LABS, INC.'S MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE (Dkt. 145) ("Order").

2. I have not destroyed any documents in categories 1, 4, 5, 6, and 7 of the Court's Order.

3. I have produced all relevant, nonprivileged documents in categories 1, 4, 5, 6, and 7 in my custody, control or possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 21, 2023.

Ryder Ripps

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 21, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400