Henry Nikogosyan
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yuga Labs, Inc.<br><br>Plaintiff(s)<br>v.<br>Ryder Ripps, Jeremy Cahen<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-04355-JFW-JEMx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Carroll, Tyler P.
*Applicant's Name (Last Name, First Name & Middle Initial*
617-526-6369            617-526-5000
*Telephone Number*       *Fax Number*
tyler.carroll@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ryder Ripps and Jeremy Cahen

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Nikogosyan, Henry
*Designee's Name (Last Name, First Name & Middle Initial*
326277                213-443-5316        213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
Henry.Nikogosyan@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: March 22, 2023

*[signature]*
**U.S. District Judge**