UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-4355-JFW (JEMx)**                                              Dated: March 23, 2023

Title:      Yuga Labs, Inc. -v- Ripps, et al.

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

            **Shannon Reilly**                              **None Present**
            **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                             None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO STAY PROCEEDINGS [filed 2/23/23; Docket No. 118]

      Defendants' Motion to Stay Proceedings is currently on calendar for March 27, 2023, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 27, 2023 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr