Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (pro hac vice)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>                    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**APPLICATION TO FILE OPPOSITION BRIEF AND STATEMENT OF DISPUTED FACTS UNDER SEAL**<br><br>Judge: Hon. John F. Walter<br>Hearing: April 17, 2023, at 1:30 p.m.<br>Discovery Cutoff Date:  April 3, 2023<br>Pre-Trial Conference Date:  June 9, 2023<br>Trial Date: June 27, 2023 |

Pursuant to Local Rule 79-5.2.2, Defendants Ryder Ripps and Jeremy Cahen request that the Court grant leave to file under seal (1) Defendants' opposition to Yuga's motion for summary judgment and (2) Defendants' statement of genuine disputes of materials fact in support of Defendants' opposition to Yuga's motion for summary judgment.

As detailed in the accompanying Declaration of Derek Gosma, Defendants' opposition brief and statement of genuine disputes of material fact contain information that Plaintiff has designated as confidential. Defendants maintain that Plaintiff has over designated materials, but nonetheless have filed redacted documents and submit this application to not result in inadvertent disclosure of non-public information.

Defendants have also filed several redacted exhibits (Exs. 245, 246, 249, 250, 251, and 252) in conjunction with their opposition brief. Those exhibits have been redacted based on Plaintiff's confidentiality designations. Accordingly, Plaintiff has represented to Defendants that it plans to file an application to file those exhibits under seal within two Court days, on March 29, 2023.

Accordingly, Defendants respectfully request an order granting leave to file under seal 1) Defendants' opposition to Yuga's motion for summary judgment and (2) Defendants' statement of genuine disputes of material fact in support of Defendants' opposition to Yuga's motion for summary judgment.

Dated: March 27, 2023

By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

|   |   |
|---|---|
| 1 | Fax: (617) 526-5000 |
| 2 | Derek Gosma (SBN 274515) |
|   | derek.gosma@wilmerhale.com |
| 3 | Henry Nikogosyan (SBN 326277) |
|   | henry.nikogosyan@wilmerhale.com |
| 4 | **WILMER CUTLER PICKERING** |
|   | **HALE AND DORR LLP** |
| 5 | 350 South Grand Ave., Suite 2400 |
|   | Los Angeles, CA 90071 |
| 6 | Telephone: (213) 443-5300 |
|   | Fax: (213) 443-5400 |
| 7 |   |
|   | Attorneys for Defendants |
| 8 | *Ryder Ripps and Jeremy Cahen* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 27, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400