1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>        Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**PROPOSED ORDER GRANTING APPLICATION TO FILE UNDER SEAL**<br><br>Judge: Hon. John F. Walter<br>Hearing: April 17, 2023, at 1:30 p.m.<br>Discovery Cutoff Date:  April 3, 2023<br>Pre-Trial Conference Date:  June 9, 2023<br>Trial Date: June 27, 2023 |

This matter is before the Court pursuant to Defendants' application to file under seal Defendants' opposition to Plaintiff's motion for summary judgment and Defendants' statement of genuine disputes of material facts.  Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Defendants shall file under seal their opposition brief and statement of genuine disputes of material fact.

IT IS SO ORDERED

Dated: _____          By: _____
                                    Honorable John F. Walter
                                    United States District Judge