| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | Tyler Carroll (*pro hac vice*) |
| | tyler.carroll@wilmerhale.com |
| 5 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 6 | 60 State Street |
| | Boston, MA 02109 |
| 7 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| 8 | |
| 9 | Derek Gosma (SBN 274515) |
| | derek.gosma@wilmerhale.com |
| 10 | Henry Nikogosyan (SBN 326277) |
| | henry.nikogosyan@wilmerhale.com |
| 11 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 12 | 350 South Grand Ave., Suite 2400 |
| | Los Angeles, CA 90071 |
| 13 | Telephone: (213) 443-5300 |
| | Fax: (213) 443-5400 |

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **NOTICE OF LODGING EXHIBIT 238** |
| v. | Judge: Hon. John F. Walter |
| Ryder Ripps, Jeremy Cahen, | Hearing: April 17, 2023 at 1:30 p.m. |
| | Discovery Cutoff Date: April 3, 2023 |
| | Pre-Trial Conference Date: June 9, 2023 |
| Defendants and Counterclaim Plaintiffs. | Trial Date: June 27, 2023 |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy Cahen hereby lodge with the Court a copy of a video recording identified as Exhibit 238 to the previously filed Declaration of Ryder Ripps in support of Defendants' opposition to Plaintiff's motion for summary judgment. The video is a WebSummit presentation about Yuga Labs where Yuga Labs' CEO publicly declares that Yuga Labs has no intellectual property rights. The video will be lodged with the Court on a thumb drive in MP4 file format with the file name "Exhibit 238: Muniz WebSummit Video." Defendants will also submit with this filing an email with a link to download the video.

Since the video to be lodged with the Court will be a copy, Defendants do not require that it be returned, and the Court may dispose of the exhibit as it sees fit.

Dated: March 27, 2023                    By: /s/ *Derek Gosma*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

-1-

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 27, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400