1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>        Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**PROPOSED ORDER GRANTING APPLICATION TO SEAL**<br><br>Judge: Hon. John F. Walter<br>Hearing: April 17, 2023, at 1:30 p.m.<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

Case No. 2:22-cv-04355-JFW-JEM                                              [PROPOSED] ORDER

This matter is before the Court pursuant to Defendants' application to seal docket entries 163-1 and 164-3.  Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Docket entries 163-1 and 164-3 shall be sealed.  Defendants shall file the corrected Statement of Genuine Disputes of Material Fact under seal.

IT IS SO ORDERED

Dated: _____     By: _____
                                    Honorable John F. Walter
                                    United States District Judge