UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-4355-JFW(JEMx)**                                        Date:  March 28, 2023

Title:     Yuga Labs, Inc. -v- Ripps, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                 None Present
   Courtroom Deputy                               Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                             None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DENYING APPLICATION TO FILE OPPOSITION BRIEF AND STATEMENT OF DISPUTED FACTS UNDER SEAL [filed 3/27/23; Docket No. 164]

   On March 27, 2023, Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants") filed an Application to File Opposition Brief and Statement of Disputed Facts Under Seal ("Application").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving papers, and the arguments therein, the Court rules as follows:

   Defendants' Application fails to fully comply with Local Rule 79-5.2.2.  For example, Defendants have failed to provide the Court with "a proposed order, narrowly tailored to seal only the sealable material, and listing in table form each document or portion thereof to be filed under seal."  Local Rule 79-5.2.2(a)(ii).  Instead, the only way for the Court to determine the portions of Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Statement of Genuine Issues of Material Facts that Defendants want to file under seal, requiring the Court to review each page of the 144-page Statement of Genuine Disputes of Material Fact and 29-page Opposition.

   Accordingly, Defendants' Application is **DENIED without prejudice** to re-filing an Application that fully complies with the Local Rules and paragraph 9 of the Court's Standing Order (Docket No. 14).

   IT IS SO ORDERED.