**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 22-4355-JFW(JEMx)** | Date:  March 28, 2023 |

Title:  Yuga Labs, Inc. -v- Ripps, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING APPLICATION TO SEAL STATEMENT OF DISPUTED FACTS [filed 3/27/23; Docket No. 167]

On March 27, 2023, Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants") filed an Application to Seal Statement of Disputed Facts ("Application"). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. After considering the moving papers, and the arguments therein, the Court rules as follows:

On March 27, 2023, Defendants filed two documents, Docket Nos. 163-1 and 164-3, that Defendants claim include a redaction error that inadvertently disclosed non-public information. In their Application, Defendants seek to seal those documents.

Accordingly, Defendants' Application is granted. Docket Nos. 163-1 and 164-3 shall be sealed.

IT IS SO ORDERED.