ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**YUGA LABS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)**<br><br>Date:         April 17, 2023<br>Time:         1:30 p.m.<br>Courtroom: 7A<br>Judge:        Honorable John F. Walter<br><br>Trial Date:  June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

Pursuant to Local Rule 79-5.2.2(a) and the Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits this application for leave to file under seal certain information and documents designated by Yuga Labs as "Highly Confidential — Attorneys' Eyes Only" or "Confidential" under the Protective Order (ECF 51). These materials were filed as part of Defendants' Opposition to Yuga Labs Motion for Summary Judgment (Dkt. 163) and are set forth specifically in Defendants' Application to File Under Seal and the supporting declaration (Dkts. 171, 172).

As detailed in the accompanying Declaration of Eric Ball, the materials sought to be filed under seal are potions of the following documents:

- Excerpts from 30(b)(6) Deposition of Yuga Labs (**Exhibit 245**)
- Excerpts from Deposition of Wylie Aronow (**Exhibit 246**)
- Excerpts from Deposition of Guy Oseary (**Exhibit 249**)
- Excerpts from Deposition of Gregory Solano (**Exhibit 250**)
- Excerpts from Deposition of Kerem Atalay (**Exhibit 251**)

Defendants requested that Yuga Labs file this application but have not indicated whether they intend to oppose the sealing of these materials. Yuga Labs submits that compelling reasons exist to seal these materials (except Exhibit 252, which Yuga Labs does not contend must be filed under seal). Yuga Labs therefore respectfully requests entry of the attached proposed order.[1]

---

[1] Yuga Labs also does not oppose Defendants' Application to Seal (Dkt. 164), because it seeks to seal references to these documents in Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163) and Defendants' Statement of Genuine Disputes of Material Fact (Dkt. 163-1).

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Dated: March 29, 2023 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Eric Ball* |
| 4 | | Eric Ball |
| 5 | | Attorneys for Plaintiff and Counterclaim Defendant |
| 6 | | YUGA LABS, INC. |