UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING YUGA LABS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)**<br><br>Date:        April 17, 2023<br>Time:       1:30 p.m.<br>Courtroom: 7A<br>Judge:      Honorable John F. Walter<br><br>Trial Date:  June 27, 2023 |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal and the accompanying declaration, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Party has established compelling reasons that they should not be filed publicly.

Defendants shall file under seal the following exhibits to the Defendants' Opposition to Yuga Labs' Motion for Summary Judgment:

| Document | Portions to be Sealed | Ruling |
| --- | --- | --- |
| Exhibit 245 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-142) | 58:13-25<br>70:1-4<br>87:1-25<br>131:1-25<br>138:1-25<br>144:11-16<br>145:5-10<br>156:1-11<br>158:1-2<br>160:12-162:2<br>165:8-21<br>188:1-25<br>207:10-209:6<br>227:19-25<br>260:20-25<br>Deposition Exhibit 238<br>Deposition Exhibit 239 | GRANTED |
| Exhibit 246 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-143) | 26:1-13<br>39:1-40:25<br>69:18-25<br>175:24-176:4<br>176:18-25<br>189:8-11<br>190:6-191:3<br>192:17-22<br>193:2-7<br>194:6-13 | GRANTED |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
|  | 195:18-21<br>196:4-20<br>197:2-198:1<br>199:12-19<br>200:3-5<br>200:22-25<br>201:25-202:6<br>203:10-14<br>203:21-204:10<br>205:6-10<br>205:18-23<br>206:11-16<br>212:1-25<br>232:1-25 |  |
| Exhibit 249 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-146) | 83:1-85:5<br>102:1-103:25 | GRANTED |
| Exhibit 250 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-147) | 62:25-66:16<br>113:1-20<br>138:1-25<br>158:13-25<br>160:1-162:25<br>229:1-230:25 | GRANTED |
| Exhibit 251 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-148) | 38:1-39:25<br>127:4-133:1<br>134:4-137:25<br>147:1-25 | GRANTED |

Because Yuga Labs does not contend that Exhibit 252 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-149) should be filed under seal, Defendants shall file that document publicly.

Further, because Defendants filed certain portions of the above exhibits publicly that should have been sealed, and for which compelling reasons exist to seal, the docket entries listed above are hereby ordered to be sealed, and Defendants shall publicly refile those documents with the redactions indicated above.

IT IS SO ORDERED.

Dated: _____

_____
Honorable John F. Walter
United States District Judge