# Exhibit 1

Exhibit 1
Page 8

## TABLE OF DEFENDANTS' EXHIBITS

| | Information Subject to PSLRA Stay | Proprietary Information | Personal Information |
|---|---|---|---|
| **30(b)(6) Deposition of Yuga Labs (Exhibit 245)** | | | |
| 58:13-25 | X | | |
| 70:1-4 | | X | X |
| 87:1-25 | | X | |
| 131:1-25 | | X | |
| 138:1-25 | X | X | |
| 144:11-16 | | X | |
| 145:5-10 | | X | |
| 156:1-11 | | X | |
| 158:1-2 | | X | |
| 160:12-162:2** | | X | |
| 165:8-21 | | X | |
| 188:1-25 | | X | |
| 207:10-209:6 | X | X | |
| 227:19-25* | X | X | |
| 260:20-25 | | X | |
| Deposition Exhibit 238 | | X | |
| Deposition Exhibit 239 | | X | |
| **Deposition of Wylie Aronow (Exhibit 246)** | | | |
| 26:1-13 | | X | |
| 39:1-40:25* | | X | |

---

** Denotes portions of filings that Yuga Labs asked Defendants to file under seal, but Defendants did not.

* Denotes portions of filings that Defendants made publicly but were designated under the Protective Order and should have been filed under seal. Defendants did not ask Yuga Labs before filing these portions publicly.

Exhibit 1
Page 9

|  | Information Subject to PSLRA Stay | Proprietary Information | Personal Information |
|---|---|---|---|
| 69:18-25* |  | X | X |
| 175:24-176:4 |  | X |  |
| 176:18-25 |  | X |  |
| 189:8-11 |  | X |  |
| 190:6-191:3 |  | X |  |
| 192:17-22 |  | X |  |
| 193:2-7 |  | X |  |
| 194:6-13 |  | X |  |
| 195:18-21 |  | X |  |
| 196:4-20 |  | X |  |
| 197:2-198:1 |  | X |  |
| 199:12-19 |  | X |  |
| 200:3-5 |  | X |  |
| 200:22-25 |  | X |  |
| 201:25-202:6 |  | X |  |
| 203:10-14 |  | X |  |
| 203:21-204:10 |  | X |  |
| 205:6-10 |  | X |  |
| 205:18-23 |  | X |  |
| 206:11-16 |  | X |  |
| 212:1-25 | X | X |  |
| 232:1-25* |  | X |  |
| **Deposition of Guy Oseary (Exhibit 249)** |  |  |  |
| 83:1-85:5 | X | X |  |
| 102:1-103:25* | X | X |  |
| **Deposition of Gregory Solano (Exhibit 250)** |  |  |  |
| 62:25-66:16* |  | X | X |

Exhibit 1
Page 10

|  | Information Subject to PSLRA Stay | Proprietary Information | Personal Information |
|---|---|---|---|
| 113:1-20 |  | X |  |
| 138:1-25 | X | X |  |
| 158:13-25 |  | X |  |
| 160:1-162:25 |  | X |  |
| 229:1-230:25* |  | X | X |
| **Deposition of Kerem Atalay (Exhibit 251)** |  |  |  |
| 38:1-39:25* |  | X |  |
| 127:4-133:1** | X | X |  |
| 134:4-137:25 | X | X | X |
| 147:1-25* | X | X |  |

Exhibit 1
Page 11