1   Louis W. Tompros (*pro hac vice*)
    louis.tompros@wilmerhale.com
2   Monica Grewal (*pro hac vice*)
    monica.grewal@wilmerhale.com
3   Scott W. Bertulli (*pro hac vice*)
    scott.bertulli@wilmerhale.com
4   Tyler Carroll (*pro hac vice*)
    tyler.carroll@wilmerhale.com
5   **WILMER CUTLER PICKERING**
       **HALE AND DORR LLP**
6   60 State Street
7   Boston, MA 02109
    Telephone: (617) 526-6000
8   Fax: (617) 526-5000

9   Derek Gosma (SBN 274515)
    derek.gosma@wilmerhale.com
10  Henry Nikogosyan (SBN 326277)
    henry.nikogosyan@wilmerhale.com
11  **WILMER CUTLER PICKERING**
       **HALE AND DORR LLP**
12  350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
13  Telephone: (213) 443-5300
    Fax: (213) 443-5400
14

15  *Attorneys for Defendants*
16  *Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*
*Attorneys for Plaintiff Yuga Labs, Inc.*

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19                    **WESTERN DIVISION**

20

21  YUGA LABS, INC.,                          Case No. 2:22-cv-04355-JFW-JEM

22          Plaintiff and                     **STIPULATION TO TEMPORARILY**
            Counterclaim                      **SEAL DOCUMENTS**
23          Defendant,
                                              Judge: Hon. John F. Walter
24      v.                                    Discovery Cutoff Date:  April 3, 2023
                                              Pre-Trial Conference Date:  June 9, 2023
25  RYDER RIPPS, JEREMY CAHEN,                Trial Date: June 27, 2023

26          Defendants and
            Counterclaim Plaintiffs.
27

28

Melissa L. Lawton (CSB No. 225452)
mlawton@fenwick.com
**FENWICK & WEST LLP**
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310-434-5400

Megan L. Meier (*pro hac vice*)
megan@clarelocke.com
David Y. Sillers (*pro hac vice*)
david@clarelocke.com
Kathryn G. Humphrey (*pro hac vice*)
kathryn@clarelocke.com
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Telephone: 202-6288-7400

*Attorneys for Plaintiff Yuga Labs, Inc.*

Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following stipulation and proposed order:

WHEREAS, on March 27, 2023, Defendants filed opposition papers to Plaintiff's motion for summary judgment, which included over 150 documents and thousands of pages.

WHEREAS, after the filing of these materials, Defendants became aware of several disclosures, which Defendants dispute but regardless agree that the materials should be sealed out of an abundance of caution pending resolution of the dispute between the parties.

WHERAS, Yuga Labs reserves all rights related to Defendants opposition papers to Plaintiff's motion for summary judgment.

WHEREAS, both parties agree that the following docket entries should be sealed under the Protective Order in this case pending resolution between the parties: Docket Entries 163-142, 163-143, 163-144, 163-145, 163-146, 163-147, 163-148, 163-149, 163-150, 163-152, 167-2, and 171-3.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

Docket Entries 163-142, 163-143, 163-144, 163-145, 163-146, 163-147, 163-148, 163-149, 163-150, 163-152, 167-2, and 171-3 should be sealed pending resolution of confidentiality issues between the parties.

Dated:  March 29, 2023                    By: /s/   Derek A. Gosma

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

17 | Dated:  March 29, 2023

By: /s/  *Eric Ball*

18
19
20
21
22
23

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

24
25
26
27
28

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Melissa L. Lawton (CSB No. 225452)
mlawton@fenwick.com

**FENWICK & WEST LLP**
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310-434-5400

Megan L. Meier (*pro hac vice*)
megan@clarelocke.com
David Y. Sillers (*pro hac vice*)
david@clarelocke.com
Kathryn G. Humphrey (*pro hac vice*)
kathryn@clarelocke.com
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Telephone: 202-6288-7400

*Attorneys for Plaintiff Yuga Labs, Inc.*

1   **ATTESTATION OF CONCURRENCE IN FILING**

2          Pursuant to the United States District Court for the Central District of California's

3   Civil L.R. 5-4.3.4(a)(2)(i), Derek Gosma attests that concurrence in the filing of this

4   document has been obtained from Eric Ball.

5

6   Dated:  March 29, 2023                    By: /s/  Derek Gosma

7                                                      Derek Gosma (SBN 274515)
                                                       derek.gosma@wilmerhale.com
8                                                      **WILMER CUTLER PICKERING
                                                         HALE AND DORR LLP**
9                                                      350 South Grand Ave., Suite 2400
                                                       Los Angeles, CA 90071
10                                                     Telephone: (213) 443-5300
                                                       Fax: (213) 443-5400
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28