Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>　　　　Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**PROPOSED ORDER GRANTING STIPULATION TO TEMPORARILY SEAL DOCUMENTS**<br><br>Judge: Hon. John F. Walter<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

Case No. 2:22-cv-04355-JFW-JEM　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER

This matter is before the Court pursuant to Defendants' application to temporarily seal docket entries 163-142, 163-143, 163-144, 163-145, 163-146, 163-147, 163-148, 163-149, 163-150, 163-152, 167-2, and 171-3. Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Docket entries 163-142, 163-143, 163-144, 163-145, 163-146, 163-147, 163-148, 163-149, 163-150, 163-152, 167-2, and 171-3 shall be sealed until further order of this Court.

| Document | Portion Sealed | Disposition |
| --- | --- | --- |
| 163-142 | Entire Document | GRANTED |
| 163-143 | Entire Document | GRANTED |
| 163-144 | Entire Document | GRANTED |
| 163-145 | Entire Document | GRANTED |
| 163-146 | Entire Document | GRANTED |
| 163-147 | Entire Document | GRANTED |
| 163-148 | Entire Document | GRANTED |
| 163-149 | Entire Document | GRANTED |
| 163-150 | Entire Document | GRANTED |
| 163-152 | Entire Document | GRANTED |
| 167-2 | Entire Document | GRANTED |
| 171-3 | Entire Document | GRANTED |

IT IS SO ORDERED

Dated: _____    By: _____

Honorable John F. Walter
United States District Judge