Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and<br>  Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: John F. Walter<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:  June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue Suite 2400, Los Angeles, CA 90071. I serve as counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of Defendants' exhibit chart, stating the non-confidential nature of the exhibits, is attached as Exhibit 1.

3. On Monday March 20, 2023, Defendants provided notice to Plaintiff that they planned to file multiple documents, which Plaintiff had previously designated confidential, in connection with Defendant's opposition to Plaintiff's motion for summary judgement. In that same email, Defendants requested that Plaintiff notify them if they intended to file an application to seal. Four days later, on March 24, 2023, Defendants sent Plaintiff another email noting that Plaintiff had declined to file an application to seal. Later that evening, Plaintiff emailed their requests to redact and seal several documents. A true and correct copy of that email chain is attached as Exhibit 2.

4. On the evening of March 24, 2023, after close of business, Plaintiff emailed Defendants two volumes of productions. A true and correct copy of that email is attached as Exhibit 3.

5. On March 29, 2023, Defendants sent a letter in response to Plaintiff's March 28, 2023 letter. A true and correct copy of that letter is attached as Exhibit 4.

Case No. 2:22-cv-04355-JFW-JEM   DECLARATION OF DEREK GOSMA IN SUPPORT OF OPPOSITION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 30, 2023.

                                          */s/ Derek Gosma*
                                          Derek Gosma