# Exhibit 1

| EXHIBIT | BASIS FOR PUBLIC DISCLOSURE |
|---|---|
| **30(b)(6) Deposition of Yuga Labs (Exhibit 245)** | |
| 58:13-25 | Regarding publicly filed complaint and public sales of BAYC NFTs |
| 70:1-4 | Regarding publicly known designer of BAYC images |
| 87:1-25 | Regarding public activities of vendor for DMCA takedowns |
| 131:1-25 | Regarding content on a public website |
| 138:1-25 | Regarding public use of logos and images |
| 144:11-16 | Regarding content on a public website |
| 145:5-10 | Regarding public use of logos and images |
| 156:1-11 | Regarding whether Yuga has filed litigation against other parties |
| 158:1-2 | "I don't know" answer regarding a publicly displayed NFT collection |
| 160:12-162:2 | Regarding whether Yuga has taken legal action against third parties |
| 165:8-21 | Regarding a publicly displayed NFT collection |
| 188:1-25 | No objection to designation |
| 207:10-209:6 | Regarding a public entity and a publicly available product |
| 227:19-25 | Regarding a publicly available product |
| 260:20-25 | Regarding public surveys |
| **Deposition Exhibit 238** | No objection to designation |
| **Deposition Exhibit 239** | No objection to designation |

| Deposition of Wylie Aronow (Exhibit 246) | |
|---|---|
| 26:1-13 | Regarding public statements and a public BBC broadcast |
| 39:1-40:25 | Regarding a publicly known video game and character |
| 69:18-25 | Regarding a publicly known designer of Yuga's products |
| 175:24-176:4 | Regarding publicly displayed NFT collections |
| 176:18-25 | Regarding Yuga labs publicly known actions in the marketplace |
| 189:8-11 | Regarding a publicly available product |
| 190:6-191:3 | Regarding affiliation with a publicly available product |
| 192:17-22 | Regarding a publicly displayed NFT |
| 193:2-7 | Regarding a publicly displayed NFT collection |
| 194:6-13 | Regarding a publicly displayed NFT collection |
| 195:18-21 | Regarding a publicly displayed NFT |
| 196:4-20 | Regarding a publicly displayed NFT |
| 197:2-198:1 | Regarding a publicly displayed NFT |
| 199:12-19 | Regarding a publicly displayed NFT |
| 200:3-5 | Regarding a publicly displayed NFT |
| 200:22-25 | Regarding a publicly displayed NFT |
| 201:25-202:6 | Regarding a publicly displayed NFT |
| 203:10-14 | Regarding content on a public website |
| 203:21-204:10 | Regarding a publicly displayed NFT collection |
| 205:6-10 | Regarding content on a public website |
| 205:18-23 | Regarding content on a public website |

| | |
|---|---|
| 206:11-16 | Regarding content on a public website |
| 212:1-25 | Regarding an unrelated public entity |
| 232:1-25 | Regarding publicly available products |
| **Deposition of Guy Oseary (Exhibit 249)** | |
| 83:1-85:5 | No objection to designation |
| 102:1-103:25 | Regarding activities Yuga did not do |
| **Deposition of Gregory Solano (Exhibit 250)** | |
| 62:25-66:16 | Regarding public designers of logos. |
| 113:1-20 | Regarding public sales of NFTs |
| 138:1-25 | Regarding ApeCoin DAO, a public entity |
| 158:13-25 | Regarding content on a public website |
| 160:1-162:25 | Regarding content on a public website |
| 229:1-230:25 | Regarding public statements and content on a public website |
| **Deposition of Kerem Atalay (Exhibit 251)** | |
| 38:1-39:25 | Regarding inventory of a public sale |
| 127:4-133:1 | Regarding content on a public website |
| 134:4-137:25 | Regarding publicly known designer of a Yuga Labs' puzzle |
| 147:1-25 | Regarding the parameters of a public launch |