# Exhibit 3

| | |
|---|---|
| **From:** | Ethan Thomas |
| **To:** | Tompros, Louis W.; Gosma, Derek; Nikogosyan, Henry; Grewal, Monica; Bertulli, Scott |
| **Cc:** | Eric Ball; MMelcher@fenwick.com; Kimberly Culp; Anthony Fares |
| **Subject:** | Yuga Labs v. Ripps, C.D. Cal. Case No. 2:22-cv-04355-JFW-JEM |
| **Date:** | Friday, March 24, 2023 10:35:29 PM |

**EXTERNAL SENDER**

Counsel,

Please see the link below to download today's production, consisting of two volumes (YUGALABS012 and YUGALABS013). Please note that this production includes documents designated pursuant to the Protective Order.

https://fenwick.sharefile.com/d-sd1ba369cc6314617b2131f3a7b8962ef

The password to the encrypted zip files will be sent to you under separate cover.

Regards,

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.