Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

*Attorneys for Plaintiff Yuga Labs, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and<br>  Counterclaim Defendant,<br><br> v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and<br>  Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**JOINT STATEMENT RE L.R. 7-3 CONFERENCE RE YUGA LABS' APPLICATION FOR AWARD OF MANDATORY ATTORNEYS' FEES AND COSTS**<br><br>Judge: Honorable John F. Walter |

| | |
|---|---|
| 1 | Melissa L. Lawton (CSB No. 225452) |
| 2 | mlawton@fenwick.com<br>**FENWICK & WEST LLP** |
| 3 | 228 Santa Monica Boulevard, Suite 300<br>Santa Monica, CA 90401 |
| 4 | Telephone: 310-434-5400 |
| 5 | Megan L. Meier (*pro hac vice*) |
| 6 | megan@clarelocke.com<br>David Y. Sillers (*pro hac vice*) |
| 7 | david@clarelocke.com<br>Kathryn G. Humphrey (*pro hac vice*) |
| 8 | kathryn@clarelocke.com<br>**CLARE LOCKE LLP** |
| 9 | 10 Prince Street |
| 10 | Alexandria, VA 22314<br>Telephone: 202-6288-7400 |

*Attorneys for Plaintiff Yuga Labs, Inc.*

Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement regarding their meet and confer conference held pursuant to Local Rule 7-3 in connection with Plaintiff's Motion for an Award of Attorneys' Fees and Costs:

### Issues to Be Resolved and Date and Duration of Conference

On March 17, 2023, this Court granted Plaintiff's Special Motion to Strike Defendants' state law counterclaims ("Motion" or "Motion to Strike") and awarded Plaintiff mandatory attorneys' fees and costs in connection with the Motion. Dkt. 156.

On March 21, 2023, Plaintiff's counsel informed Defendants' counsel of Plaintiff's intent to seek fees and costs to which it is entitled pursuant to the Court's Order. On March 22, 2023, Defendants' counsel asked Plaintiff's counsel for invoices for their work, and, thereafter, Plaintiff's counsel provided invoices redacted to protect privileged information. Those invoices totaled $188,150.

On March 23, 2023, counsel for the Parties held a video conference in an effort to reach an agreement on reasonable attorneys' fees and costs in connection with the Motion to Strike. Louis Tompros and Derek Gosma attended the conference on behalf of Defendants; Eric Ball, David Sillers, and Katie Hauh attended the conference on behalf of Plaintiff. The conference lasted approximately fifteen minutes in total.

### Issues Discussed and Resolved During Conference

Plaintiff's position is that it is entitled to fees in the amount of at least $188,150.00. Plaintiff's counsel represented during the conference that the amount Plaintiff will seek is already discounted by at least $30,000.00 because it excludes the fees incurred by Fenwick & West in connection with the Motion to Strike.

Following the conference, and because of Defendants' stated position that counsel had never seen an anti-SLAPP attorneys' fees award over $30,000, Plaintiff's counsel provided Defendants' counsel with two examples of fees awards including

non-SLAPP fees that it represented were substantially in excess of the fees requested here, including one that was more than $400,000.  Defendants counsel provided a selection of cases assessing anti-SLAPP fee awards, ranging from $7,000 to $30,000 (and above) to support its position that a more appropriate range for an anti-SLAPP fee award is, at maximum, $30,000.

On the conference, Defendants proposed foregoing an appeal regarding their stricken state law counterclaims in exchange for Plaintiff foregoing its request for attorneys' fees and costs on these claims.  The Parties disagree about the likely merits of such an appeal.

The Parties have not yet been able to reach a resolution regarding the appropriate amount of attorneys' fees and costs to which Plaintiff is entitled.  The Parties agree that further conferences may avoid the need for a motion.

Plaintiff's counsel represented that it would proceed with filing a motion for an award of attorneys' fees and costs and would seek any additional fees incurred in connection with preparing that motion.  Plaintiffs do not believe that Defendants have been negotiating in good faith towards a resolution to the fee award.

Defendants' position is that the parties should continue their efforts to confer in good faith to try to reach an agreed fee amount once Plaintiff has had an opportunity to review the cases that Defendant provided showing reasonable fee amounts, and that it would not dispute the timeliness of a motion by Plaintiff if the parties are ultimately unable to reach agreement.  Defendants' position is that a motion at this stage is premature given the parties' ongoing discussions.

Dated:  March 30, 2023                                        FENWICK & WEST LLP

                                                                By: */s/ Eric Ball*
                                                                     Eric Ball
                                                                     *Attorneys for Plaintiff Yuga Labs, Inc.*

Dated: March 30, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Henry Nikogosyan*
Henry Nikogosyan
*Attorneys for Defendants Ryder Ripps and Jeremy Cahen*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Henry Nikogosyan.

*/s/ Eric Ball*
Eric Ball