| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| 4 | 801 California Street |
| | Mountain View, CA  94041 |
| 5 | Telephone:  650.988.8500 |
| | Facsimile:  650.938.5200 |
| 6 | |
| 7 | ANTHONY M. FARES (CSB No. 318065) |
| | afares@fenwick.como |
| 8 | ETHAN M. THOMAS (CSB No. 338062) |
| | ethomas@fenwick.com |
| 9 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 10 | San Francisco, CA  94104 |
| | Telephone:  415.875.2300 |

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DECLARATION OF ERIC BALL IN SUPPORT OF YUGA LABS, INC.'S REPLY IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants and Counterclaim Plaintiffs. | Date: April 17, 2023<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Honorable John F. Walter |
| | Trial Date: June 27, 2023 |

DECL. OF ERIC BALL IN SUPPORT OF YUGA LABS' REPLY ISO APPLICATION TO FILE UNDER SEAL

Case No. 2:22-cv-04355-JFW-JEM

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10

11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

I, Eric Ball, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here. I make this declaration pursuant to Local Rule 79-5.2.2(a) and submit this declaration in support of Yuga Labs' Application for Leave to File Under Seal.

2. A copy of a March 4, 2023 email from counsel for Yuga Labs to counsel for Defendants is attached as **Exhibit 1**.

3. A copy of a March 20, 2023 email from counsel for Defendants to counsel for Yuga Labs is attached as **Exhibit 2**.

4. A copy of a March 24, 2023 email from counsel for Yuga Labs to counsel for Defendants is attached as **Exhibit 3**.

5. A copy of a March 30, 2023 email from counsel for Yuga Labs to counsel for Defendants is attached as **Exhibit 4**.

6. On March 8, 2023, the parties conducted a Local Rule 7-3 conference for Yuga Labs' Motion for Summary Judgment. *See* Dkt. 139. Neither party indicated at that conference that they intended to file more than three documents under seal in connection with the motion.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on March 30, 2023.

*/s/ Eric Ball*
Eric Ball

DECL. OF ERIC BALL IN SUPPORT OF YUGA LABS' REPLY ISO APPLICATION TO FILE UNDER SEAL    1    Case No. 2:22-cv-04355-JFW-JEM