# EXHIBIT 1

Exhibit 1
Page 1

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Saturday, March 4, 2023 1:35:41 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Request to Meet and Confer re Yuga Labs Summary Judgment Motion

**EXTERNAL SENDER**

Louis,

We do not understand how the deposition schedule impedes your ability to meet and confer.  I assume you will be attending Mr. Aronow's deposition on March 6, and I am available to meet and confer before, during a break, or after the deposition.  You also have not confirmed whether you are actually attending Mr. Garner's deposition on March 8.  If you are not, then we could meet and confer on March 8.  If you still refuse to meet and confer on those dates, I am also available on Tuesday, March 7 after 4pm Pacific, or we could meet and confer on Sunday.  Please let me know which of these times works for you.

The grounds for our motion is, obviously, that there is no material dispute of fact on any of the claims or affirmative defenses and, therefore, that the Court should summarily adjudicate them, or a part of them.  Our Motion intends to show that, based on the evidence in the record, there is no genuine dispute of material fact that Yuga Labs has proven its first and third causes of action and that Defendants' defenses and counterclaim fail.  The elements of each of the claims and affirmative defenses on which we believe there is no material dispute of fact, and therefore the Court should enter summary judgment in Yuga Labs' favor, are as follows:

- Yuga Labs' First Cause of Action (False Designation of Origin under 15 U.S.C. § 1125(a)):  Yuga Labs owns the BAYC Marks, which are valid and protectable.  Defendants used the BAYC Marks to sell RR/BAYC NFTs, without the consent of Yuga Labs, in a manner that is likely to cause confusion.
- Yuga Labs' Third Cause of Action (CyberSquatting under 15 U.S.C. § 1125(D)):  Defendants registered, trafficked in, and used domain names that are confusingly similar to Yuga Labs' Marks, and had a bad faith intent to profit from those domain names.
- Defendants' Second Affirmative Defense (First Amendment):  Defendants fail to make the threshold legal showing that their infringing use of the BAYC Marks is part of an expressive work protected by the First Amendment.  Even if they could, their use of the BAYC Marks is not artistically relevant to the so-called "art" and their use of the Marks is explicitly misleading.
- Defendants' Third Affirmative Defense (Fair Use):  Defendants fail to show that Yuga Labs' BAYC NFTs are not readily identifiable without use of the BAYC Marks; that they used the BAYC Marks only to the extent reasonably necessary; and that their use of the marks does not suggest sponsorship, especially where the marks to sell products other than genuine Yuga Labs products.
- Defendants' Seventh Affirmative Defense (Unclean Hands):  Defendants fail to show that Yuga Labs' conduct directly relates to their legal claims and that Yuga Labs used the trademarks with specific intent to deceive.  Moreover, they have failed to provide evidence supporting their unclean hands defense.
- Defendants' First Counterclaim (Knowing Misrepresentation of Infringing Activity):  Defendants fail to show a material misrepresentation in a takedown notice that led to a takedown, and that the takedown notice was submitted in subjective bad faith.

We intend to file under seal the documents we have previously identified for sealing in relation to our Opposition to Defendants' Motion to Stay.  Defendants are aware of Yuga Labs' claims, and this should be sufficient to identify the documents that they believe refute these claims.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Friday, March 3, 2023 3:00 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Request to Meet and Confer re Yuga Labs Summary Judgment Motion

**\*\* EXTERNAL EMAIL \*\***

Thanks very much.  As you know, there are depositions scheduled for both March 6th and March 8th.  Can you please provide some potential dates for a conference when there are no depositions?

Can you also please explain what the bases are for each of the grounds in your anticipated summary judgment motion, so that we can come to the conference prepared to discuss the appropriate issues?

As to your request that we be prepared to discuss the documents the parties may seek to file under seal, please send us a list in advance of the documents that Yuga intends to file under seal so that we can come prepared to discuss this issue, at least as to those documents.  And of course, Defendants do not yet know what documents it will be necessary to submit in connection with any opposition to any motion, because we have not yet heard Yuga's bases for its motion or seen the evidence on which it intends to rely -- we will obviously need that information before we can let you know what documents Defendants may file, and whether either party would apply to seal them.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, March 2, 2023 7:39 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** Request to Meet and Confer re Yuga Labs Summary Judgment Motion

**EXTERNAL SENDER**

Louis,

Yuga Labs plans to file a Motion for Summary Judgment on the following issues:
- Yuga Labs' First Cause of Action (False Designation of Origin under 15 U.S.C. § 1125(a))
- Yuga Labs' Third Cause of Action (CyberSquatting under 15 U.S.C. § 1125(D))
- Defendants' Second Affirmative Defense (First Amendment)
- Defendants' Third Affirmative Defense (Fair Use)
- Defendants' Seventh Affirmative Defense (Unclean Hands)
- Defendants' First Counterclaim (Knowing Misrepresentation of Infringing Activity)

Please let me know your availability on Monday March 6 or Wednesday March 8 to meet and confer pursuant to L.R. 7-3.  Please also be prepared to discuss the documents the parties plan to file under seal in connection with the motion.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

3

Exhibit 1
Page 4