# EXHIBIT 2

Exhibit 2
Page 5

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Monday, March 20, 2023 5:31 PM |
| **To:** | Eric Ball; Ethan Thomas; Kimberly Culp; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |
| **Categories:** | BAYC |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Pursuant to section 9 of the Court's Standing Order, Defendants hereby give notice to Yuga that they intend to file the following documents that have been designated confidential by Yuga in connection with their opposition to Yuga's motion for summary judgment.  Defendants' position is that none of this material meets the high bar for sealing.  Please let us know if Yuga intends to file an application to seal.

- Solano Deposition:  Pages 8, 29-30, 34, 47, 86-88, 95-101, 105-110, 113-119, 121-122, 135-138, 141-142, 147, 158-164, 169-175, 180-182, 185-188, 191, 196.

- 30(b)(6) Deposition:  Pages 10, 16, 20, 31, 36-40, 45, 58-60, 65-68, 70-74, 86-89, 100, 102-103, 111-112, 114-138, 144-165, 167, 180-181, 183-189, 195, 207-214, 228, 231-235, 259-260.

- Atalay Deposition:  Pages 5-6, 8-9, 33-35, 41, 70-75, 81-82, 90-94, 126-138, 141-142, 161-163, 192.

- Aronow Deposition:  Pages 3, 20, 26, 37-38, 67, 85, 88, 90, 98-100, 104-105, 130-131, 137, 169-206, 212, 225, 248-250.

- Oseary Deposition:  Pages 7, 30, 45-46, 48, 59, 62-63, 68-69, 80-85.

- Berger Deposition (rough):  Pages 34-50, 57-75, 92-98, 108-124, 154-157, 159-160, 161-166, 182-207, 213-218, 232-238, 255, 262-268, 269-275.

- Kindler Deposition (rough):  Pages 11-12, 32-35, 40-43, 46-47, 50, 52-58, 66-67, 69-70, 81-85, 138-139, 148-151, 171-173, 175-177.

- Exhibits:  Exhibit 229 (YUGALABS_00029256 - YUGALABS_00029277), 232 (YUGALABS_00026336), 233 (YUGALABS_00026375), 238 (YUGALABS_00029725), 239 (YUGALABS_00029724).

- Documents:  YugaLabs00027403; YugaLabs00027407; YugaLabs00029776; YugaLabs00029663; YugaLabs00029777.


Kind regards,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)

1

Exhibit 2
Page 6

+1 650 858 6100 (f)

henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

2

**Exhibit 2**
**Page 7**