# EXHIBIT 3

Exhibit 3
Page 8

| | |
|---|---|
| **From:** | Ethan Thomas |
| **Sent:** | Friday, March 24, 2023 7:56 PM |
| **To:** | Kimberly Culp; Nikogosyan, Henry; Eric Ball; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |

Counsel,

Your email cites 446 pages of deposition testimony and 10 documents.  It is not clear what of these materials you actually intend to rely on, so we have identified all materials therein that should be sealed (or redacted if Defendants are not planning to rely on them).

Additionally, given Defendants' position that rough drafts of transcripts should not be filed, can you please clarify whether you intend to file the rough drafts identified below?  If you do plan to file rough drafts of transcripts, we reserve all objections to use of those transcripts in opposition to Yuga Labs' motion for summary judgment, for at least the reasons that Defendants have taken the position that rough drafts should not be relied on in such a motion.

With respect to the specific evidence Defendants state they intend to rely on in their opposition, please seal and redact in your papers the following (as indicated) evidence and any statements in your papers that rely on the evidence to be sealed:

Solano Deposition
- 8 — No sealing requested
- 29-30 — Redact or seal
- 34 — Redact or seal
- 47 — Redact or seal only lines 4-17
- 86-88 — Redact or seal only lines 86:1-4
- 95-101 — Redact or seal only lines 96:9-24, 100:3-101:3
- 105-110 — Redact or seal only lines 110:4-23
- 113-119 — Redact or seal only lines 113:1-20
- 121-122 — Redact or seal only lines 121:12-122:25
- 135-138 — Redact or seal
- 141-142 — Redact or seal only lines 141:1-20
- 147 — Redact or seal only lines 147:11-25
- 158-164 — Redact or seal only lines 158:13-164:25
- 169-175 — Redact or seal
- 180-182 — Redact or seal
- 185-188 — Redact or seal only lines 185:1-7, 187:3-188:25
- 191 — Redact or seal
- 196 — Redact or seal

30(b)(6) Deposition
- 10 — No sealing requested
- 16 — Redact or seal only lines 15-25
- 20 — Redact or seal only lines 1-9
- 31 — No sealing requested
- 36-40 — Redact or seal only lines 40:5-16

1

Exhibit 3
Page 9

- 45 — Redact or seal only lines 9-12
- 58-60 — Redact or seal only lines 58:13-60:25
- 65-68 — Redact or seal only lines 65:1-67:13
- 70-74 — Redact or seal only lines 70:1-4, 74:1-25
- 86-89 — Redact or seal only lines 86:1-88:5, 89:7-25
- 100 — Redact or seal only lines 1-3
- 102-103 — Redact or seal only lines 103:3-25
- 111-112 — No sealing requested
- 114-138 — Redact or seal only lines 114:1-116:2, 118:19-25, 123:7-20, 124:9-126:20, 127:2-130:5, 130:22-138:25
- 144-165 — Redact or seal only lines 144:11-16, 145:5-10, 145:24-153:6, 153:24-156:11, 157:26-158:2, 160:12-162:2, 165:8-21
- 167 — No sealing requested
- 180-181 — Redact or seal
- 183-189 — Redact or seal only lines 183:1-185:4, 185:16-189:25
- 195 — No sealing requested
- 207-214 — Redact or seal only lines 207:10-209:6, 211:7-212:24
- 228 — Redact or seal
- 231-235 — Redact or seal
- 259-260 — Redact or seal only lines 260:20-25

Atalay Deposition
- 5-6 — No sealing requested
- 8-9 — Redact or seal only lines 9:17-25
- 33-35 — Redact or seal
- 41 — Redact or seal
- 70-75 — No sealing requested
- 81-82 — Redact or seal
- 90-94 — Redact or seal
- 126-138 — Redact or seal only lines 127:4-133:1, 134:4-137:25
- 141-142 — Redact or seal
- 161-163 — Redact or seal only lines 161:6-163:25
- 192 — No sealing requested

Aronow Deposition
- 3 — No sealing requested
- 20 — Redact or seal only lines 1-6
- 26 — Redact or seal lines 1-13
- 37-38 — No sealing requested
- 67 — No sealing requested
- 85 — No sealing requested
- 88 — No sealing requested
- 90 — No sealing requested
- 98-100 — Redact or seal
- 104-105 — Redact or seal lines 104:22-105:14
- 130-131 — No sealing requested
- 137 — Redact or seal only lines 2-9
- 169-206 — Redact or seal only lines 175:24-176:4, 176:18-178:21, 181:21-23, 182:4-5, 183:22-184:17, 185:16-186:8, 187:13-17, 188:3-7, 189:8-11, 190:6-191:3, 192:17-22, 193:2-7, 194:6-13, 195:18-21, 196:4-20, 197:2-

198:1, 199:12-19, 200:3-5, 200:22-25, 201:25-202:6, 203:10-14, 203:21-204:10, 205:6-10, 205:18-23, 206:11-16
- 212 — Redact or seal
- 225 — No sealing requested
- 248-250 — Redact or seal

Oseary Deposition
- 7 — No sealing requested
- 30 — No sealing requested
- 45-46 — No sealing requested
- 48 — Redact or seal
- 59 — Redact or seal only lines 5-25
- 62-63 — Redact or seal
- 68-69 — Redact or seal only lines 68:7-69:25
- 80-85 — Redact or seal only lines 80:1-85:5, 85:19-25

Berger Deposition (Rough)
- 34-50 — No sealing requested
- 57-75 — No sealing requested
- 92-98 — No sealing requested
- 108-124 — Redact or seal only lines 108:10-112:10
- 154-157 — No sealing requested
- 159-160 — No sealing requested
- 161-166 — Redact or seal only lines 165:11-166:21
- 182-207 — Redact or seal only lines 207:5-22
- 213-218 — Redact or seal only lines 213:2-17, 218:16-22
- 232-238 — 232:2-233:13, 234:22-235:19, 236:9-237:4, 237:9-20, 238:5-20
- 255 — Redact or seal
- 262-268 — No sealing requested
- 269-275 — No sealing requested

Kindler Deposition (Rough)
- 11-12 — No sealing requested
- 32-35 — Redact or seal
- 40-43 — No sealing requested
- 46-47 — No sealing requested
- 50 — No sealing requested
- 52-58 — No sealing requested
- 66-67 — No sealing requested
- 69-70 — No sealing requested
- 81-85 — No sealing requested
- 138-139 — No sealing requested
- 148-151 — Redact or seal
- 171-173 — No sealing requested
- 175-177 — Redact or seal only lines 176:2-177:3

Exhibits
- 229 (YUGALABS_00029256-YUGALABS_00029277) — No sealing requested
- 232 (YUGALABS_00026336) — No sealing requested
- 233 (YUGALABS_00026375) — No sealing requested
- 238 (YUGALABS_00029725) — Seal

3

Exhibit 3
Page 11

- 239 (YUGALABS_00029724) — Seal

Documents
- YugaLabs00027403 — No sealing requested
- YugaLabs00027407 — No sealing requested
- YugaLabs00029776 — No sealing requested
- YugaLabs00029663 — Seal
- YugaLabs00029777 — No sealing requested

Ethan Thomas

Fenwick | Associate | +1 415-875-2238 | EThomas@fenwick.com | Admitted to practice in California and New York.

**From:** Kimberly Culp <KCulp@fenwick.com>
**Sent:** Friday, March 24, 2023 5:42 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Henry —

We disagree with your interpretation, and note that given the significant volume of documents you asked us to evaluate, Defendants should have followed the Standing Order's meet and confer & joint application procedure (17:20–18:6).  Our position has been, all along, that the section of the Standing Order you reference does not apply where Defendants intend to rely on more than three documents that will need to be filed under seal.  We informed you on March 2 of your obligation to notify us of the documents that you planned to file that would require sealing, so that the parties could file their joint application.  Defendants refused to meet and confer on these issues during the Local Rule 7-3 Conference, creating this situation.  To the extent Defendants' position is that they didn't know the bases for Yuga Labs' motion before the meet and confer on March 8, they certainly knew them as of (and after) that date.  Yet, they waited until March 20 to indicate that they planned to file more than three documents that would require sealing.

Additionally, we disagree with your reading of the "two court days" provision to refer to two court days after the notice of intent to file.  We interpret that provision to require an application to be filed two court days after the filing of the brief.  The Local Rules and the Court's Standing Order must be read in tandem (and indeed, the Standing Order references the Local Rules).  Local Rule 79-5.2.2. requires you to provide a minimum of three days' notice of intent to file, which the Court's standing order extends to five days.  During the meet and confer period, the parties are supposed to "attempt to eliminate or minimize the need for filing under seal by means of redaction."  LR 79-5.2.2(b).  We are presently preparing our proposed redactions to you and will have those to you today so the parties can have the meet and confer required by the Local Rules and the Court's Standing Order.  If the parties cannot agree, then the Court's Standing Order shifts the burden to file the application to seal to Yuga Labs to do so within two court days of your filing, as opposed to Defendants having the burden to do so to at the time of filing (as per LR 79-5.2.2).

Thus, consistent with this rule, we intend to provide you with our sealing decisions on the hundreds of pages of material you identified today.

Moreover, even if the Standing Order could be read to dramatically limit the opportunity to meet and confer, as you have read the Standing Order, the Court's Standing Order does not create a mandate to file within two days of your provision of notice – the court uses the permissive "should" not the mandatory "shall."

If you disagree, the parties are free to note their disagreement in their respective filings. We will file the application to seal two days after Defendants' filing as planned. However, we expect you to redact or file under seal Yuga Labs' confidential material with your opposition papers. Finally, Defendants are not prejudiced whatsoever by the timing of Yuga Labs' application to seal.

Regards,
Kimberly

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Friday, March 24, 2023 4:03 PM
**To:** Kimberly Culp <KCulp@fenwick.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Kimberly,

Section 9 of the Standing Order provides "If a party wishes to file a document that has been designated confidential by another party, the submitting party must give any designating party five calendar days notice of intent to file. *If the designating party objects, it should notify the submitting party and file an application to file documents under seal within two court days.*"

We provided notice last Monday, which means Yuga's deadline to file an application to seal was last Wednesday.

Kind regards,
Henry

**From:** Kimberly Culp <KCulp@fenwick.com>
**Sent:** Friday, March 24, 2023 3:39 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Henry – We are completing our review of your voluminous list of materials that you intend to file with your opposition. The Court's Standing Order provides us with five calendar days' notice. Our response is due tomorrow. Nevertheless, you will have our requests on what to file under seal and what you can file publicly by the end of today.

But, no, we do not agree that all of the below can be filed publicly.

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Friday, March 24, 2023 3:33 PM
**To:** Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Counsel,

We note that Yuga has elected not to file an application to file documents under seal pursuant to paragraph 9 of the Protective Order for these materials.

Kind regards,
Henry

**From:** Nikogosyan, Henry
**Sent:** Monday, March 20, 2023 5:31 PM
**To:** eball@fenwick.com; ethomas@fenwick.com; KCulp@fenwick.com; AFares@fenwick.com
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Counsel,

Pursuant to section 9 of the Court's Standing Order, Defendants hereby give notice to Yuga that they intend to file the following documents that have been designated confidential by Yuga in connection with their opposition to Yuga's motion for summary judgment. Defendants' position is that none of this material meets the high bar for sealing. Please let us know if Yuga intends to file an application to seal.

- Solano Deposition: Pages 8, 29-30, 34, 47, 86-88, 95-101, 105-110, 113-119, 121-122, 135-138, 141-142, 147, 158-164, 169-175, 180-182, 185-188, 191, 196.

- 30(b)(6) Deposition: Pages 10, 16, 20, 31, 36-40, 45, 58-60, 65-68, 70-74, 86-89, 100, 102-103, 111-112, 114-138, 144-165, 167, 180-181, 183-189, 195, 207-214, 228, 231-235, 259-260.

- Atalay Deposition: Pages 5-6, 8-9, 33-35, 41, 70-75, 81-82, 90-94, 126-138, 141-142, 161-163, 192.

- Aronow Deposition: Pages 3, 20, 26, 37-38, 67, 85, 88, 90, 98-100, 104-105, 130-131, 137, 169-206, 212, 225, 248-250.

- Oseary Deposition: Pages 7, 30, 45-46, 48, 59, 62-63, 68-69, 80-85.

- Berger Deposition (rough): Pages 34-50, 57-75, 92-98, 108-124, 154-157, 159-160, 161-166, 182-207, 213-218, 232-238, 255, 262-268, 269-275.

- Kindler Deposition (rough): Pages 11-12, 32-35, 40-43, 46-47, 50, 52-58, 66-67, 69-70, 81-85, 138-139, 148-151, 171-173, 175-177.

- Exhibits: Exhibit 229 (YUGALABS_00029256 - YUGALABS_00029277), 232 (YUGALABS_00026336), 233 (YUGALABS_00026375), 238 (YUGALABS_00029725), 239 (YUGALABS_00029724).

- Documents:  YugaLabs00027403; YugaLabs00027407; YugaLabs00029776; YugaLabs00029663; YugaLabs00029777.

Kind regards,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)
henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.