# EXHIBIT 4

Exhibit 4
Page 16

| | |
|---|---|
| **From:** | Eric Ball |
| **Sent:** | Thursday, March 30, 2023 8:51 AM |
| **To:** | Gosma, Derek |
| **Subject:** | RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |
| **Attachments:** | March 28 2023 Letter re Summary Judgment Briefing and Protective Order.pdf |

Derek,

Following up on my attached letter, our call, and my message below.  Please provide all communications between Mr. Ripps and Mr. Cahen and any third parties relating to the Defendants opposition to Yuga Labs' summary judgment motion.

Please also let us know whether Mr. Ripps and Mr. Cahen will stipulate to a Court order that they have destroyed the sealed documents, and will not use share the sealed documents or discuss the Protected Material in the sealed documents with anyone for any purpose.  We remain concerned about the Defendants significant breach of the Protective Order which has provided the Defendants access to Protected Material, including financial, proprietary, and personal information of Yuga Labs.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, March 29, 2023 1:04 PM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM



**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Wednesday, March 29, 2023 12:49 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Sure.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, March 29, 2023 12:46 PM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Subject:** FW: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Please give me a call at 1.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Wednesday, March 29, 2023 12:20 PM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Eric Ball <eball@fenwick.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Eric,

Please let us know if we have permission to file the attached.

Kind regards,
Henry

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Wednesday, March 29, 2023 12:02 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

I can be available this afternoon.  Let us send you our proposed stipulation and proposed order first so that you can review it and then we can have a discussion around how best to proceed.  We should have that to you here shortly so we could talk at say 1pm.

Despite our disagreements around the timing and propriety of the designations, we're taking this very seriously and are moving as quickly as we can in all respects.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, March 29, 2023 11:54 AM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>

**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Derek,

Please let me know when you are available for a call to discuss these serious issues.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Wednesday, March 29, 2023 11:50 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Eric,

Per the Courtroom Deputy's email this morning (on which you were copied), we believe the most efficient course here is to file a joint stipulation requesting temporary sealing of the SUMF and exhibits that you claim contain confidential information. After Yuga bottoms out on what information it wants sealed, we can then negotiate a further joint stipulation/application to seal only the parts of the documents that Yuga contends are confidential.

As Henry's letter reflects, we are preparing that stipulation now, and will send it over to you as soon as it is ready.

Derek

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Wednesday, March 29, 2023 11:40 AM
**To:** Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Counsel,

Please see the attached.

Kind regards,
Henry

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Tuesday, March 28, 2023 8:01 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Louis and Derek,

Please see the attached letter regarding the multiple ongoing violations of the Protective Order and the Court's sealing order.  Please immediately take steps to rectify the Defendants' violations of the Court's orders and prejudice to Yuga Labs.  For starters, please confirm that you have alerted the Court of your request to remove from the public docket Yuga Labs' Protected Material.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Tuesday, March 28, 2023 10:55 AM
**To:** Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Counsel,

We write to provide an update regarding the below.  We reached out to the Court this morning at 8:00 a.m. and requested that the docket entries identified in my previous email be frozen and not available to the public pending our motion to seal filed yesterday.  We just received confirmation from the Court that the docket entries have been frozen, and we have confirmed that the entries are no longer publicly accessible.

Best Regards,
Henry

**From:** Nikogosyan, Henry
**Sent:** Monday, March 27, 2023 6:54 PM
**To:** eball@fenwick.com; ethomas@fenwick.com; KCulp@fenwick.com; AFares@fenwick.com
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Counsel,

We write to inform you that there is a redaction discrepancy in Dkt. Nos. 163-1 and 164-3. We are notifying you as required under Section 12 of the Protective Order and have taken actions to prevent or mitigate any inadvertent disclosure of nonpublic information by filing an application to seal as soon as possible this evening and contacting the court first thing tomorrow morning to request that it freeze and seal docket numbers 163-1 and 164-3.

We will keep you apprised of any further developments.

Regards,

**Henry Nikogosyan | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6004 (t)
+1 650 858 6100 (f)
henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.