1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:   415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Yuga Labs and
   Counterclaim Defendant
13 YUGA LABS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                   WESTERN DIVISION – Los Angeles

18

| | |
|---|---|
| 19  YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 20           Yuga Labs and Counterclaim Defendant, | **YUGA LABS, INC.'S RESPONSE TO DEFENDANTS RYDER RIPPS' AND JEREMY CAHEN'S COUNTERCLAIMS** |
| 21  v. | |
| 22  RYDER RIPPS, JEREMY CAHEN, | **JURY TRIAL DEMANDED** |
| 23           Defendants and Counterclaim Plaintiffs. | |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Yuga Labs and
Counterclaim Defendant
YUGA LABS, INC.

Yuga Labs and Counterclaim Defendant Yuga Labs, Inc. ("Yuga Labs") hereby answers the counterclaims of Defendants and Counterclaim Plaintiffs Ryder Ripps and Jeremy Cahen ("Defendants") as follows:

## NATURE OF THE CASE

1. Yuga Labs denies the allegations set forth in paragraph 1 of Defendants' counterclaims, except that Yuga Labs admits that the Bored Ape Yacht Club is a commercially successful collection of Non-Fungible Tokens ("NFTs") sold by Yuga Labs.

2. Yuga Labs denies the allegations set forth in paragraph 2 of Defendants' counterclaims, except that Yuga Labs admits that Defendants used Yuga Labs' trademarks including Yuga Labs' BAYC logo.

3. Yuga Labs denies the allegations set forth in paragraph 3 of Defendants' counterclaims.

## PARTIES AND JURISDICTION

4. Yuga Labs admits the allegations set forth in paragraph 4 of Defendants' counterclaims.

5. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of Defendants' counterclaims, and therefore denies them.

6. Yuga Labs admits the allegations set forth in paragraph 6 of Defendants' counterclaims.

7. Yuga Labs admits that Defendants' surviving cause of action is under the Copyright Act. Otherwise, these allegations pertain to Defendants' counterclaims two through six which were dismissed on March 17, 2023 and therefore require no response. To the extent a response is required, Yuga Labs denies these allegations set forth in paragraph 7 of Defendants' counterclaims.

8. Paragraph 8 sets forth conclusions of law to which no response is required. To the extent a response is deemed to be required, Yuga Labs admits that

personal jurisdiction and venue are proper in the Central District of California, Western District.

## FACTUAL BACKGROUND

9. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of Defendants' counterclaims, and therefore denies them.

10. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of Defendants' counterclaims, and therefore denies them.

11. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of Defendants' counterclaims, and therefore denies them.

12. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of Defendants' counterclaims, and therefore denies them.

13. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of Defendants' counterclaims, and therefore denies them.

14. Yuga Labs denies the allegations set forth in paragraph 14 of Defendants' counterclaims, except that Yuga Labs admits that an NFT is, in part (but not solely), an entry on a blockchain.

15. Yuga Labs denies as phrased the vaguely worded allegations set forth in paragraph 15 of Defendants' counterclaims, except that Yuga Labs admits that BAYC NFTs and RR/BAYC NFTs are in part on the Ethereum blockchain.

16. Yuga Labs denies as phrased the vaguely worded allegations in paragraph 16 of Defendants' counterclaims.

17. Yuga Labs denies the allegations set forth in paragraph 17 of Defendants' counterclaims, except that Yuga Labs admits that the terms and NFT

metadata allegations set for the BAYC NFTs are "stored elsewhere."

18. Yuga Labs denies as phrased the vaguely worded allegations in paragraph 18 of Defendants' counterclaims.

19. Yuga Labs denies as phrased the vaguely worded allegations set forth in paragraph 19 of Defendants' counterclaims, except that Yuga Labs admits that the Bored Ape Yacht Club smart contract was transferred to a null address.

20. Yuga Labs denies as phrased the vaguely worded allegations in paragraph 20 of Defendants' counterclaims.

21. Yuga Labs denies the allegations set forth in paragraph 21 of Defendants' counterclaims, except that Yuga Labs admits the allegations set forth in paragraph 21 as they relate to BAYC NFTs.

22. Yuga Labs denies the allegations set forth in paragraph 22 of Defendants' counterclaims.

23. Yuga Labs denies as phrased the vaguely worded allegations set forth in paragraph 23 of Defendants' counterclaims.

24. Yuga Labs denies the allegations set forth in paragraph 24 of Defendants' counterclaims.

25. Yuga Labs denies as phrased the vaguely worded allegations set forth in paragraph 25 of Defendants' counterclaims.

26. Yuga Labs denies the allegations set forth in paragraph 26 of Defendants' counterclaims.

27. Yuga Labs denies the allegations set forth in paragraph 27 of Defendants' counterclaims as an inaccurate and incomplete excerpt, and Yuga Labs' website speaks for itself.

28. Yuga Labs denies the allegations set forth in paragraph 28 of Defendants' counterclaims, including Defendants' incomplete excerpts of Yuga Labs' website, except that Yuga Labs admits that the BAYC Terms & Conditions are available on its website and speaks for themselves.

29.     Yuga Labs denies the allegations set forth in paragraph 29 of Defendants' counterclaims.

30.     Yuga Labs denies the allegations set forth in paragraph 30 of Defendants' counterclaims.

31.     Yuga Labs denies the allegations set forth in paragraph 31 of Defendants' counterclaims.

32.     Yuga Labs denies the allegations set forth in paragraph 32 of Defendants' counterclaims as an incomplete excerpt, and Yuga Labs' Complaint speaks for itself.

33.     On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegation set forth in paragraph 33 of Defendants' counterclaims.

34.     On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 34 of Defendants' counterclaims.

35.     On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 35 of Defendants' counterclaims.

36.     On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 36 of Defendants' counterclaims.

37.     On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 37 of

Defendants' counterclaims.

38. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 38 of Defendants' counterclaims.

39. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 39 of Defendants' counterclaims.

40. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 40 of Defendants' counterclaims.

41. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 41 of Defendants' counterclaims.

42. Yuga Labs denies the allegations set forth in paragraph 42 of Defendants' counterclaims.

43. Yuga Labs denies the allegations set forth in paragraph 43 of Defendants' counterclaims, except that Yuga Labs admits that Defendants' RR/BAYC NFTs point to the same digital images as the Bored Ape Yacht Club collection.

44. Yuga Labs denies the allegations set forth in paragraph 44 of Defendants' counterclaims.

45. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 45 of

Defendants' counterclaims.

46. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 46 of Defendants' counterclaims.

47. Yuga Labs denies the allegations set forth in paragraph 47 of Defendants' counterclaims.

48. Yuga Labs denies the allegations set forth in paragraph 48 of Defendants' counterclaims.

49. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of Defendants' counterclaims, and therefore denies them.

50. Yuga Labs denies the allegations set forth in paragraph 50 of Defendants' counterclaims, except that Yuga Labs admits that Defendants' infringing NFTs were sold on marketplaces such as Opensea.

51. Yuga Labs denies the allegations set forth in paragraph 51 of Defendants' counterclaims.

52. Yuga Labs denies the allegations set forth in paragraph 52 of Defendants' counterclaims, except admits that Defendants used Yuga Labs' trademarks in connection with the Defendants infringement on the Foundation marketplace.

53. Yuga Labs denies the allegations set forth in paragraph 53 of Defendants' counterclaims.

54. Yuga Labs is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of Defendants' counterclaims, and therefore denies them. Yuga Labs further specifically denies Defendants' purported intent given Defendants' willful infringement.

///

55. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 55 of Defendants' counterclaims.

56. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 56 of Defendants' counterclaims.

57. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 57 of Defendants' counterclaims.

58. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 58 of Defendants' counterclaims.

59. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 59 of Defendants' counterclaims.

60. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 60 of Defendants' counterclaims.

61. Yuga Labs denies the allegations set forth in paragraph 61 of Defendants' counterclaims, except that Yuga Labs admits that its trademark applications speak for themselves.

/ / /

62. Yuga Labs denies the allegations set forth in paragraph 62 of Defendants' counterclaims.

63. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 63 of Defendants' counterclaims.

64. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 64 of Defendants' counterclaims.

65. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 65 of Defendants' counterclaims.

66. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 66 of Defendants' counterclaims.

67. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 67 of Defendants' counterclaims.

68. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 68 of Defendants' counterclaims.

69. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response

is required, Yuga Labs denies the allegations set forth in paragraph 69 of Defendants' counterclaims.

70. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 70 of Defendants' counterclaims.

71. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 71 of Defendants' counterclaims.

72. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 72 of Defendants' counterclaims.

73. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 73 of Defendants' counterclaims.

## **FIRST COUNT**

74. To the extent paragraph 74 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

75. Yuga Labs denies the allegations set forth in paragraph 75 of Defendants' counterclaims.

76. Yuga Labs denies the allegations set forth in paragraph 76 of Defendants' counterclaims.

77. Yuga Labs denies the allegations set forth in paragraph 77 of Defendants' counterclaims.

## SECOND COUNT

78. To the extent paragraph 78 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

79. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 79 of Defendants' counterclaims.

80. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 80 of Defendants' counterclaims.

81. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 81 of Defendants' counterclaims.

## THIRD COUNT

82. To the extent paragraph 82 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

83. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 83 of Defendants' counterclaims.

84. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required.  To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 84 of Defendants' counterclaims.

85. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 85 of Defendants' counterclaims.

### FOURTH COUNT

86. To the extent paragraph 86 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

87. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 87 of Defendants' counterclaims.

88. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 88 of Defendants' counterclaims.

89. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 89 of Defendants' counterclaims.

90. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 90 of Defendants' counterclaims.

### FIFTH COUNT

91. To the extent paragraph 91 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

92. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 92 of Defendants' counterclaims.

93. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 93 of Defendants' counterclaims.

94. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 94 of Defendants' counterclaims.

95. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 95 of Defendants' counterclaims.

96. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 96 of Defendants' counterclaims.

## SIXTH COUNT

97. To the extent paragraph 97 requires a response, Yuga Labs reasserts its answers to all preceding paragraphs contained above as though fully set forth herein.

98. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 98 of Defendants' counterclaims.

99. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 99 of Defendants' counterclaims.

100. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 100 of Defendants' counterclaims.

101. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 101 of Defendants' counterclaims.

102. On March 17, 2023, the Court dismissed Defendants' second through sixth counterclaims and therefore no response is required. To the extent a response is required, Yuga Labs denies the allegations set forth in paragraph 102 of Defendants' counterclaims.

Except as expressly admitted herein, Yuga Labs generally denies each allegation contained in the counterclaims, and each and every part thereof, and each and every cause of action thereof, and further and specifically denies that Defendants have been injured and/or damaged by reason of any act or omission of Yuga Labs. Paragraph numbers in this Answer correspond and respond to the allegations in the numbered paragraphs of the counterclaims. To the extent allegations in a numbered paragraph of the counterclaims purport to cite to, refer to, or characterize allegations in other paragraphs of the counterclaims, Yuga Labs incorporates and reasserts each such paragraph as if set forth fully therein.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Yuga Labs hereby requests a trial by jury on all issues so triable.

# PRAYER FOR RELIEF

Yuga Labs denies that Defendants are entitled to the relief requested, or to any other relief in law or equity.

# AFFIRMATIVE DEFENSES

By alleging the Defenses set forth below, Yuga Labs does not agree or concede that it bears the burden of proof or persuasion on any of these issues, whether in whole or in part. For its Defenses to Defendants' counterclaims, Yuga Labs alleges as follows:

## FIRST DEFENSE
### (Failure to State a Claim)

1. Defendants' counterclaims fail to state a claim upon which relief can be granted.

## SECOND DEFENSE
### (Lack of Standing)

2. Defendants' counterclaims for relief are barred in whole or in part because Defendants cannot prove that they have suffered any legally cognizable harm and therefore lack standing to bring their counterclaims.

## THIRD DEFENSE
### (Unclean Hands)

3. Defendants' claims for relief are barred in whole or in part by the doctrine of unclean hands based on various unlawful activities associated with the sale and promotion of the RR/BAYC NFT collection including Defendants' willful infringement of Yuga Labs' Bored Ape trademarks.

## FOURTH DEFENSE
### (Unjust Enrichment)

4. Defendants' claims for relief are barred in whole or in part because the relief Defendants seek would constitute unjust enrichment, especially to the extent that they seek relief relating to the sale and promotion of the RR/BAYC NFT

collection and Defendants' willful infringement of Yuga Labs' Bored Ape trademarks.

## FIFTH DEFENSE
## (Failure to Mitigate)

5. To the extent Defendants' have suffered any harm, to which Yuga Labs does not admit, Defendants have failed to meet their legal obligation to take reasonable steps to mitigate any alleged damages and is therefore barred from recovering damages, if any, from Yuga Labs.

## SIXTH DEFENSE
## (Good Faith)

6. Defendants' counterclaims are barred because Yuga Labs acted in good faith in their activities associated with the Bored Ape Yacht Club project. If any conduct by Yuga Labs is found to be unlawful, such conduct was not oppressive, fraudulent, or committed with malice.

## SEVENTH DEFENSE
## (Speculative Damages)

7. Defendants are barred from recovering, in whole or in part, on any of the claims alleged in their counterclaims because the damages are speculative.

## EIGHTH DEFENSE
## (Justification)

8. Defendants' counterclaims are barred based on Yuga Labs' privilege to protect their own economic interest in the Bored Ape Yacht Club NFT project.

## NINTH DEFENSE
## (Equitable Estoppel)

9. The relief Defendants seek is barred by the doctrine of equitable estoppel.

/ / /

/ / /

### TENTH DEFENSE

### (Waiver)

10. The relief Defendants seek is barred by the doctrine of waiver.

### ELEVENTH DEFENSE

### (No Damages)

11. Defendants have not suffered any injury or damages whatsoever.

### RESERVATION OF ADDITIONAL DEFENSES

12. Yuga Labs has not waived any other applicable affirmative defenses and reserves the right to assert and rely upon such defenses as they may become apparent or available throughout the proceedings. Yuga Labs reserves any and all additional defenses available under applicable rules, regulations, and laws related thereto and/or otherwise in law or equity, now existing or later arising as may be discovered.

Dated: March 31, 2023                    FENWICK & WEST LLP


                                         By: *Eric Ball*
                                              Eric Ball
                                         Attorneys for Yuga Labs and
                                         Counterclaim Defendant
                                         YUGA LABS, INC.