UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-Cv-04355-JTW-JEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION FOR MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** <br><br> Date: May 1, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br> Judge: Honorable John F. Walter <br><br> Trial Date: June 27, 2023 |
|---|---|

# [PROPOSED] ORDER

Plaintiff Yuga Labs, Inc.'s Motion for Motion for an Award of Attorneys' Fees and Costs ("Motion") came on regularly for hearing before this Court on May 1, 2023, at 1:30 p.m., in Courtroom 7A. After full consideration of the Motion, all briefs in support thereof and in opposition thereto, all other papers submitted in connection therewith, the pleading and papers on file in this action, and having heard the arguments of counsel, **IT IS HEREBY ORDERED THAT**:

Defendants must pay Yuga Labs $223,231.25 in attorneys' fees and costs, as well as any other attorneys' fees and costs incurred by Yuga Labs in preparing this Motion, within thirty days of this order.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable John F. Walter
United States District Court Judge