# Exhibit 1

Exhibit 1
Page 8





## MEGAN L. MEIER
## PARTNER

@ megan@clarelocke.com
in Megan L. Meier

**Megan L. Meier** is a partner with Clare Locke LLP, where her high-profile victories inside and outside the courtroom have cemented her reputation as a top defamation lawyer in the United States. "If you find yourself in the unenviable position of being targeted with defamatory attacks, you want Megan in your corner fighting back," said in-house counsel for one Fortune 500 company. She is "among the very best" and is "an aggressive top-tier litigator" whose "expertise in defamation law is unsurpassed."

Megan currently represents Dominion Voting Systems in billion-dollar defamation litigation against Fox News, the MyPillow Guy, Sidney Powell, Rudy Giuliani, and others based on disinformation about the 2020 election. She has repeatedly achieved victories in headline-making defamation cases, including a $16 million settlement based on falsehoods in a securities filing, a $3.375 million settlement and public apology from the Southern Poverty Law Center, and a jury verdict against *Rolling Stone* magazine for a now-debunked viral article about an alleged gang rape at a University of Virginia

Exhibit 1
Page 9

fraternity party. Megan also handles commercial matters with significant reputational components, such as a $7 million dispute over [private space flight around the moon](#).

While many of her courtroom wins are highly publicized, Megan has also racked up countless behind-the-scenes victories by helping her clients stay out of the headlines: she has killed false stories before they were published and has secured retractions, corrections, and clarifications from publishers including *The Associated Press*, *The New York Times*, *The Guardian*, *The Hill*, *Politico*, *The Register*, and *The Daily Mail*.

After beginning her career at Kirkland & Ellis LLP, where she worked on billion-dollar transactions, securities litigation, complex commercial litigation, and defamation matters for corporate clients, Megan left Kirkland to help launch Clare Locke LLP in 2014. Since then, the firm has notched big wins in courts across the country, has repeatedly won the *National Law Journal's Elite Trial Lawyers Award for Sports, Entertainment, and Media Law*, and has become recognized as the best plaintiff-side defamation law firm in the United States.  The *National Law Journal* recognized Megan as one of *Washington DC's 40 Under 40* in 2020. Megan has also received nominations to *America's Top 100 High Stakes Litigators* and the *Best of the Bar*, an exclusive recognition bestowed on less than 1% of licensed attorneys nationwide.

## ADMISSIONS

- Commonwealth of Virginia
- State of Illinois
- District of Columbia
- District of Columbia Court of Appeals
- United States District Court for the District of Columbia
- United States District Court for the Eastern District of Virginia
- United States District Court for the Western District of Virginia
- United States District Court for the Southern District of Texas

## TEACHING

- Instructor, District of Columbia Bar Association Continuing Legal Education Program, *Is that Defamation? Using the Law to Fight Online Attacks*
- Instructor, Clear Law Institute, *Bad Press: Fighting Back Against False Media Attacks*

## PRESENTATIONS

- Presenter, Kirkland Institute of Trial Advocacy Summer Program, Direct Examinations and Cross Examinations
- Panelist, *Defamation Law in the MeToo Era*, Fordham University School of Law
- Panelist, *Rethinking Libel Law in a New Era of Journalism*, Task Force on Free Expression in the Digital Age and the Committee on Continuing Legal Education of the New York State Bar Association

Exhibit 1
Page 10

## EDUCATION

University of Michigan Law School, J.D., 2008

University of Michigan, B.A., *With Distinction*, 2003

## EXPERIENCE

Senior Associate, Clare Locke LLP, 2014-2016

Associate, Kirkland & Ellis LLP, 2008-2014

## ACCOLADES



General Inquiries | (202) 628-7400

© 2023 Clare Locke LLP. Design + Build by Red Clay

Exhibit 1
Page 11

Creative. Photograph © DSC Designs / Photographer: Jay Choi.

Exhibit 1
Page 12