# Exhibit 3

Exhibit 3
Page 13

| | |
|---|---|
| **From:** | Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> |
| **Sent:** | Thursday, March 30, 2023 8:26 AM |
| **To:** | Eric Ball; David Sillers; Tompros, Louis W.; Gosma, Derek; Megan Meier; Katie Hauh |
| **Subject:** | RE: Yuga Labs:  Meet and Confer re Attorneys' Fees Application |
| **Attachments:** | Further Revised Jt Statement re L.R. 7-3 Conference re Yuga Labs' Mtn for Award of Attys' Fees and Costs71[40].docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\* EXTERNAL EMAIL \*\***

Eric,

Please see the attached.  We are fine with this version.

Please also provide your availability next week for a conference, as I believe we may be able to resolve this without motion practice.

Thank you,
Henry

---

**From:** Eric Ball <eball@fenwick.com>
**Sent: Thursday, March 30, 2023 7:25 AM**
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; David Sillers <david@clarelocke.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Henry,

Hearing no response, we'll get the statement on file today.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Tuesday, March 28, 2023 8:13 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; David Sillers <david@clarelocke.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**Exhibit 3**
**Page 14**

Henry,

It's unfortunate that you are forcing us to have separate statements. But we have revised the Defendants' inaccurate framing many times already, only to have you add in more inaccurate statements. Further back and forth has not been productive. It's especially unproductive on an issue as simple as a fees motion. So to avoid further waste of resources, and add even more fees to this dispute, separate statements seem most appropriate. Of course, given that this is our motion, our statement will go first.

Please confirm that once we put our statement first, we can file the Joint Statement.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Tuesday, March 28, 2023 3:49 PM
**To:** David Sillers <david@clarelocke.com>; Eric Ball <eball@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**\*\* EXTERNAL EMAIL \*\***
David,

Please see the attached, which has separate sections for each of the parties. We note, however, that Yuga Labs has previously taken the position that it is improper to submit a joint statement in this format. Can you explain Yuga Labs' change in position and its basis for now believing that it is acceptable to file a joint statement in this format?

Kind regards,
Henry

---

**From:** David Sillers <david@clarelocke.com>
**Sent:** Tuesday, March 28, 2023 2:07 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** Re: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Henry, we have revised your proposal in redline. If you are unable to agree to the vast majority or all of our changes, please create a separate section for Defendants' position because it does not appear that we are going to reach agreement on a joint statement. If there are one or two changes and it is otherwise acceptable, we are willing to review one more round.

Best,

**Exhibit 3**
**Page 15**

DYS

David Sillers | Counsel
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884 – direct
david@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Date:** Tuesday, March 28, 2023 at 3:02 PM
**To:** Eric Ball <eball@fenwick.com>, Tompros, Louis W. <Louis.Tompros@wilmerhale.com>, David Sillers <david@clarelocke.com>, Gosma, Derek <Derek.Gosma@wilmerhale.com>, Megan Meier <megan@clarelocke.com>, Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

Counsel,

Please see the revised statement attached to this email.

Thank you,
Henry

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, March 27, 2023 2:45 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

No; I'm not refusing to meet and confer.  I offered to do just that.  But I don't agree with the Defendants attempt to muddy the issues here.

Attached is an updated joint statement.  It is not accurate to say that we did not discuss the fees amount.  We provided the fees request, in writing, with the relevant invoices before the meet and confer and specifically discussed the fees during the meet and confer.  Please let us know if we have your consent to file the attached.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**Exhibit 3**
**Page 16**

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, March 27, 2023 2:11 PM
**To:** Eric Ball <eball@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**\*\* EXTERNAL EMAIL \*\***

Eric,

Are you refusing to confer regarding the award of expenses under the Court's January 9, 2023, order?   We believe that these issues can be reasonably resolved between the parties and, if not, it would be appropriate to file a consolidated L.R. 7-3 statement on all issues, especially since the previous conference was left incomplete.

Attached is a revised version of the statement.

Regards,
Henry

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, March 27, 2023 12:48 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Henry,

Do you have any edits to the Joint Statement?  If yes, please provide them so that we can file the statement today.  I'm free at 1:30 today as well if you'd like to discuss the Joint Statement.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Monday, March 27, 2023 12:44 PM
**To:** Eric Ball <eball@fenwick.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**\*\* EXTERNAL EMAIL \*\***

Counsel,

**Exhibit 3**
**Page 17**

Please provide your availability so that we can confer in good faith to resolve this issue (including the required payment of expenses under the Court's January 9 order) without having to involve the court.  There is no issue of timeliness.  We are willing to stipulate to a briefing schedule if necessary.

Kind regards,
Henry

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Saturday, March 25, 2023 7:23 AM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Louis,

If you have revisions to the Joint Statement please provide them so that we can provide the court with a timely summary of our meet and confer.  We are happy to discuss the matter further, but we will not allow the Defendants to prevent Yuga Labs from filing a timely motion for its attorneys' fees.

Yuga Labs does not agree to the Defendants' proposal for $30,000 for the reasons discussed on our call and in the joint statement.  Nor does Yuga Labs agree to any fees relating to Mr. Aronow or Mr. Solano's depositions.  As you know, we made it clear that, Mr. Aronow, Mr. Solano, and counsel were unavailable on the noticed dates.  Fees for those depositions were also not part of the Magistrate's order.  Indeed, there is no mention of fees or expenses relating to Mr. Solano's deposition.  Instead, as the Magistrate order the parties met and conferred on an alternative date for Mr. Solano's deposition.

Finally, relating to any offsets, we would expect to receive the fees for Yuga Labs' experts' depositions and preparation for those depositions, as well as the fees relating to the Hilton deposition.  Those fees will greatly exceed the costs requests relating to Mr. Aronow's deposition.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Friday, March 24, 2023 3:47 PM
**To:** Eric Ball <eball@fenwick.com>; David Sillers <david@clarelocke.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**\*\* EXTERNAL EMAIL \*\***

Eric,

Thanks very much.  I do not think this accurately reflects the discussion on yesterday's call.

**Exhibit 3
Page 18**

Also, we also think it would be appropriate to have a further discussion to see if we can reach an agreed number to avoid burdening the court with a motion. Have you had an opportunity to review the cases that Mr. Nikogosyan sent over yesterday? They would seem to suggest a fee here in the range of $30,000 (or less). We may be able to agree to a $30,000 figure.

We would also like to discuss the offsetting fees owed for the depositions for which Mr. Aronow and Mr. Solano did not appear. I am out of the office next week, but would you be able to propose some times that may work to discuss next steps with Mr. Gosma and/or Mr. Nikogosyan?

Thanks,
--Louis

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, March 23, 2023 8:07 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; David Sillers <david@clarelocke.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Louis,

Please see the attached joint statement of our meet and confer. Please provide any edits tomorrow, so that we can file on Monday.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, March 23, 2023 11:44 AM
**To:** David Sillers <david@clarelocke.com>; Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**\*\* EXTERNAL EMAIL \*\***

Thanks, David. We will pass this information on to our clients. And I'm sorry if I was unclear on our call: what I had meant to convey was that I would get back to you today on whether I could make a specific offer. That's the offer below -- Defendants' are willing to forego appeal of the striking and dismissal of their state law claims, if Yuga will forego its request for fees on those claims.

Does Yuga have a specific monetary amount it is asking us to agree to as a compromise? (Is it the full $190,000 number or something else?)

**Exhibit 3**
**Page 19**

Thanks,
--Louis

**From:** David Sillers <david@clarelocke.com>
**Sent:** Thursday, March 23, 2023 2:34 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Megan Meier <megan@clarelocke.com>; Katie Hauh <KHauh@fenwick.com>
**Subject:** Re: Yuga Labs: Meet and Confer re Attorneys' Fees Application

**EXTERNAL SENDER**

Hi Louis, we disagree with your assessment of the order and your likelihood of success on appeal.  You asked if we had seen a substantial fee award for an anti-SLAPP motion, and I pointed you to 2022 WL 2189523; we quickly identified an even better example to show your clients:

https://www.calattorneysfees.com/2023/03/celebrities-slapp-493135-in-slapp-fees-and-costs-awarded-to-phoebe-bridgers-for-winning-a-slapp-moti.html

You said that if your clients were inclined to make a monetary offer you would do so today.  We look forward to hearing from you either way.


Best,

DYS

David Sillers | Counsel
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884 – direct
david@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Date:** Thursday, March 23, 2023 at 11:45 AM
**To:** Eric Ball <eball@fenwick.com>, Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>, Gosma, Derek <Derek.Gosma@wilmerhale.com>, Megan Meier <megan@clarelocke.com>, David Sillers <david@clarelocke.com>, Katie Hauh <KHauh@fenwick.com>
**Subject:** RE: Yuga Labs: Meet and Confer re Attorneys' Fees Application

Counsel,

Thanks again for speaking just now.  As a follow up, though Defendants believe strongly that the order granting Yuga Labs's motion to strike was erroneous and will be reversed (or at minimum vacated) on appeal, Defendants are willing to

**Exhibit 3**
**Page 20**

forego appeal of the striking and dismissal of their state law claims, if Yuga will forego its request for fees on those claims.

Thanks,
--Louis


-----Original Appointment-----
**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, March 22, 2023 4:27 PM
**To:** Eric Ball; Tompros, Louis W.; Nikogosyan, Henry; Gosma, Derek; Megan Meier; David Sillers; Katie Hauh
**Subject:** Yuga Labs: Meet and Confer re Attorneys' Fees Application
**When:** Thursday, March 23, 2023 9:00 AM-9:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://fenwick.zoom.us/j/92950969173

**EXTERNAL SENDER**


Eric Ball is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://fenwick.zoom.us/j/92950969173

Meeting ID: 929 5096 9173
One tap mobile
+16699009128,,92950969173# US (San Jose)
+16694449171,,92950969173# US

Dial by your location
    +1 669 900 9128 US (San Jose)
    +1 669 444 9171 US
    +1 719 359 4580 US
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 646 558 8656 US (New York)
    +1 646 931 3860 US
    +1 689 278 1000 US
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    888 788 0099 US Toll-free
    833 548 0276 US Toll-free
    833 548 0282 US Toll-free
    877 853 5247 US Toll-free
Meeting ID: 929 5096 9173
Find your local number: https://fenwick.zoom.us/u/aeduSWJouB

**Exhibit 3**
**Page 21**

Join by SIP
92950969173@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 929 5096 9173

**Exhibit 3**
**Page 22**