1   ERIC BALL (CSB No. 241327)
    eball@fenwick.com
2   KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
3   FENWICK & WEST LLP
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:   650.938.5200
6
7   ANTHONY M. FARES (CSB No. 318065)
    afares@fenwick.com
8   ETHAN M. THOMAS (CSB No. 338062)
    ethomas@fenwick.com
9   FENWICK & WEST LLP
    555 California Street, 12th Floor
10  San Francisco, CA  94104
11  Telephone:  415.875.2300

12  *Additional Counsel listed on next page*

13  Attorneys for Plaintiff and
    Counterclaim Defendant
14  Yuga Labs, Inc.

    LOUIS W. TOMPROS (*pro hac vice*)
    louis.tompros@wilmerhale.com
    MONICA GREWAL (*pro hac vice*)
    monica.grewal@wilmerhale.com
    SCOTT W. BERTULLI (*pro hac vice*)
    scott.bertulli@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    DEREK GOSMA (SBN 274515)
    derek.gosma@wilmerhale.com
    HENRY NIKOGOSYAN (SBN 326277)
    henry.nikogosyan@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Fax: (213) 443-5400

    Attorneys for Defendants and
    Counterclaim Plaintiffs
    Ryder Ripps and Jeremy Cahen

FENWICK & WEST LLP
ATTORNEYS AT LAW

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION REGARDING SEALING OF SUMMARY JUDGMENT FILINGS**<br><br>Hon. John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10

11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
ATTORNEYS AT LAW

1         Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder

2    Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their

3    respective counsel of record, hereby stipulate as follows:

4         WHEREAS, the Court entered a Protective Order governing this matter on

5    October 11, 2022 (Dkt. 51);

6         WHEREAS, Yuga Labs filed its Motion for Summary Judgment on

7    March 15, 2023 (Dkt. 149);

8         WHEREAS, Defendants filed their Opposition to Yuga Labs' Motion for

9    Summary Judgment on March 27, 2023 (Dkt. 163), along with an Application to

10   Seal certain materials in connection thereto (Dkt. 164);

11        WHEREAS, Defendants re-filed certain portions of their Opposition to Yuga

12   Labs' Motion for Summary Judgment on March 27, 2023 and March 28, 2023

13   (Dkts. 167, 171) (collectively Dkts. 163, 164, 167, and 171 are referred to herein as

14   the "MSJ Opposition");

15        WHEREAS, certain materials filed publicly in connection with Defendants'

16   MSJ Opposition should have been filed under seal pursuant to Local Rule 79-5.2.2

17   and the Protective Order, and the Court granted the Parties' stipulation to

18   temporarily seal these documents pending further resolution (Dkts. 174, 175);

19        WHEREAS, Yuga Labs filed an Application to File Under Seal the materials

20   in connection with Defendants' MSJ Opposition that should have been filed under

21   seal (Dkt. 173) (the "Application");

22        WHEREAS, the materials that should be filed under seal are those listed in

23   the table accompanying its Application (Dkt. 173-3) and all references or

24   quotations to such materials in Defendants' Opposition and Defendants' Statement

25   of Genuine Disputes of Material Fact (originally filed at Dkt. 163-1 and

26   subsequently filed at 164-3, 167-2, and 171-3);

27        WHEREAS, Defendants opposed Yuga Labs' Application (Dkt. 176);

28        WHEREAS, Yuga Labs filed a reply in support of its Application, in which

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  Yuga Labs requested sanctions and other relief for Defendants' filing of certain

2  Protected Material (as defined by the Protective Order) publicly (Dkt. 180);

3          WHEREAS, the Parties have conferred in an effort to resolve the above

4  issues and to ensure the confidentiality of Yuga Labs' Protected Material as defined

5  by the Protective Order;

6          THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY

7  REQUESTED by the Parties, through their respective attorneys, that:

8          1.      As outlined in Yuga Labs' Application (Dkt. 173), compelling reasons

9  exist to seal the materials specified in Yuga Labs' Application, including due to the

10  discovery stay imposed by the PSLRA, protecting Yuga Labs' proprietary and

11  competitively sensitive information, and protecting personal information of Yuga

12  Labs representatives.  The Parties agree that the Application should be granted.  *See*

13  *Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *W.*

14  *Air Charter, Inc. v. Sojitz Corp.*, No. 18-CV-7361, 2019 WL 4509304, at *4 (C.D.

15  Cal. May 2, 2019).

16          2.      Defendants withdraw their opposition in Dkt. 176 to Yuga Labs'

17  Application and agree to the sealing of the documents identified in Yuga Labs'

18  Application.

19          3.      Yuga Labs withdraws its request for sanctions and other relief

20  requested in its reply in support of the Application (Dkt. 180).

21          4.      Defendants confirm that the Declarations provided by Defendants to

22  Plaintiff, dated March 31, 2023 and true and accurate in all respects, and agree that

23  Plaintiff may rely on such Declarations and the information contained therein.

24          5.      Defendants shall destroy or return to their counsel any Protected

25  Material or sealed filings in their possession and use good faith and reasonable

26  efforts to cause any third parties to whom they provided Protected Material or any

27  sealed filings to destroy or return to Defendants' counsel any such Protected

28  Material or sealed filings in their possession.

FENWICK & WEST LLP
ATTORNEYS AT LAW

6.      Defendants shall not use or share, in any way, any Protected Material, sealed filings, or information derived therefrom, or aid any third party to use any Protected Material sealed filings, or information derived therefrom.

7.      Defendants shall make one payment of $10,000 to Yuga Labs in lieu of any sanction related to the above activity.

Dated:  April 2, 2023                      FENWICK & WEST LLP


By: */s/ Eric Ball*
Eric Ball
Attorneys for Plaintiff and
Counterclaim Defendant
Yuga Labs, Inc.

Dated:  April 2, 2023                      WILMER CUTLER PICKERING
HALE AND DORR LLP


By: */s/ Louis Tompros*
Louis Tompros
Attorneys for Defendants and
Counterclaim Plaintiffs
Ryder Ripps and Jeremy Cahen

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis Tompros.


Dated:  April 2, 2023                      By: */s/ Eric Ball*
Eric Ball
Attorneys for Plaintiff and
Counterclaim Defendant
Yuga Labs, Inc.