UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER REGARDING SEALING OF SUMMARY JUDGMENT FILINGS** <br><br> Hon. John F. Walter |

This matter is before the Court pursuant to ("Plaintiff" or "Yuga Labs") Defendants' Application to Seal (Dkt. 173) and the Parties' subsequent Stipulation. Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Yuga Labs' request for sanctions is DENIED AS MOOT per the Parties' Stipulation and resolution.

3. Defendants shall destroy or return to their counsel any Protected Material (as defined in the Protective Order, Dkt. 51) or sealed filings in their possession and use good faith and reasonable efforts to cause any third parties to whom they provided Protected Material or any sealed filings to destroy or return to Defendants' counsel any such Protected Material or sealed filings in their possession.

4. Defendants shall not use or share, in any way, any Protected Material, sealed filings, or information derived therefrom, or aid any third party to use any Protected Material sealed filings, or information derived therefrom.

5. Defendants shall make one payment of $10,000 to Yuga Labs, as agreed among the Parties, in lieu of any sanction related to the above activity.

6. Defendants shall file under seal the following exhibits to the Defendants' Opposition to Yuga Labs' Motion for Summary Judgment:

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Exhibit 245 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-142) | 58:13-25<br>70:1-4<br>87:1-25<br>131:1-25<br>138:1-25<br>144:11-16 | GRANTED |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| | 145:5-10<br>156:1-11<br>158:1-2<br>160:12-162:2<br>165:8-21<br>188:1-25<br>207:10-209:6<br>227:19-25<br>260:20-25<br>Deposition Exhibit 238<br>Deposition Exhibit 239 | |
| Exhibit 246 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-143) | 26:1-13<br>39:1-40:25<br>69:18-25<br>175:24-176:4<br>176:18-25<br>189:8-11<br>190:6-191:3<br>192:17-22<br>193:2-7<br>194:6-13<br>195:18-21<br>196:4-20<br>197:2-198:1<br>199:12-19<br>200:3-5<br>200:22-25<br>201:25-202:6<br>203:10-14<br>203:21-204:10<br>205:6-10<br>205:18-23<br>206:11-16<br>212:1-25<br>232:1-25 | GRANTED |
| Exhibit 249 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-146) | 83:1-85:5<br>102:1-103:25 | GRANTED |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Exhibit 250 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-147) | 62:25-66:16<br>113:1-20<br>138:1-25<br>158:13-25<br>160:1-162:25<br>229:1-230:25 | GRANTED |
| Exhibit 251 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163-148) | 38:1-39:25<br>127:4-133:1<br>134:4-137:25<br>147:1-25 | GRANTED |

7. Defendants shall also refile their Opposition to Yuga Labs' Motion for Summary Judgment (Dkt. 163) and their Statement of Genuine Disputes of Material Fact (Dkt. 163-1) under seal and with any quotations to, paraphrasing of, or information derived from the above documents (or any previously sealed documents) redacted.

IT IS SO ORDERED

Dated: _____     By: _____
                                   Honorable John F. Walter
                                   United States District Judge