ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants and<br>　　　　Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT SET OF DECLARATIONS**<br><br>Date:　　　April 17, 2023<br>Time:　　　1:30 p.m.<br>Courtroom: 7A<br>Judge:　　　Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:   310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

# TABLE OF CONTENTS

## Parties' Joint Declarations Binder
## Re Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment

**Plaintiff Yuga Labs, Inc.'s Declarations in Support of Its Motion for Summary Judgment**

| Tab No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| A | 149-3 | Declaration of Kevin Williams in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 92, 93, 97, 98, 99, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 250, 257. |
| B | 149-8 | Declaration of Kerem Atalay in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 25, 26, 27, 28, 31, 37, 185, 186, 216, 229, 230, 238 |
| C | 149-14 | Declaration of Greg Solano in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 1, 2, 3, 4, 5, 6, 8, 9, 13, 14, 41, 81, 86, 91, 95, 96, 147, 163, 165, 256, 261 |
| D | 149-30 | Declaration of Eric Ball in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 1, 2, 3, 5, 8, 15, 22, 25, 26, 27, 29, 30, 31, 32, 33, 36, 37, 42, 43, 44, 45, 55, 57, 58, 59, 60, 61, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 78, 79, 80, 81, 82, 84, 89, 96, 100, 101, 102, 103, 104, 106, 107, 108, 109, |

| Tab No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| | | | 110, 113, 118, 119, 120, 144, 147, 163, 185, 186, 187, 188, 189, 190, 200, 201, 202, 221, 222, 229, 230, 252, 253, 258, 259, 261 |
| E | 149-52 | Declaration of Nicole Muniz in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 7, 11, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 45, 46, 49, 50, 51, 52, 53, 54, 55, 56, 62, 68, 76, 77, 78, 83, 85, 87, 88, 89, 90, 91, 94, 197, 201, 202, 203, 213, 214, 225, 228, 230, 236, 238, 252, 253, 256 |
| F | 149-112 | Declaration of Laura O'Laughlin in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 27, 47, 48, 237, 262 |
| G | 149-114 | Declaration of Jonah Berger in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 6, 8, 9, 10, 14, 15, 64, 76, 144, 185, 207, 221, 222, 236, 256 |
| H | 149-116 | Declaration of Lauren Kindler in Support of Motion for Summary Judgment | Combined Statement of Facts Nos. 64, 77, 185, 187, 220, 221, 222 |

**Defendants' Declarations in Opposition to Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment**

| Tab No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| I | 163-3 | Declaration of Ryder Ripps in Opposition to Motion for Summary Judgment | Combined Statement of Facts Nos. 4, 5, 6, 7, 16, 17, 18, 19, 20, 21, 28, 31, 38, 39, 51, 53, 64, 68, 75, 76, 77, 78, 83, 92, 96, 98, 143, 145, 146, 148, 149, 150, 151, 153, 154, 156, 157, 158, 160, 163, 164, 165, 168, 170, 171, 172, 174, 177, 178, 179, 180, 181, 182, 183, 184, 186, 190, 191, 193, 194, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 211, 212, 215, 217, 219, 220, 222, 225, 226, 227, 230, 238, 251, 254, 255, 260 |
| J | 163-141 | Declaration of Derek Gosma in Opposition to Motion for Summary Judgment | Combined Statement of Facts Nos. 1, 3, 4, 5, 7, 11, 39, 40, 42, 60, 64, 71, 72, 73, 78, 79, 84, 85, 87, 89, 94, 96, 149, 152, 153, 155, 159, 160, 162, 163, 166, 169, 173, 175, 176, 181, 185, 188, 189, 190, 192, 195, 196, 197, 200, 201, 202, 205, 207, 217, 218, 221, |

| Tab No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| | | | 223, 224, 229, 230, 231, 237, 249, 253, 261 |

Dated: April 3, 2023

FENWICK & WEST LLP

By: <u>*/s/ Eric Ball*</u>
Eric Ball
Attorneys for Plaintiff and Counterclaim Defendant
YUGA LABS, INC.