1   ERIC BALL (CSB No. 241327)
    eball@fenwick.com
2   KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
3   FENWICK & WEST LLP
    801 California Street
4   Mountain View, CA 94041
    Telephone: 650.988.8500
5   Facsimile: 650.938.5200

6
    ANTHONY M. FARES (CSB No. 318065)
7   afares@fenwick.com
    ETHAN M. THOMAS (CSB No. 338062)
8   ethomas@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone: 415.875.2300

11  *Additional Counsel listed on next page*

12  Attorneys for Plaintiff and
    Counterclaim Defendant
13  YUGA LABS, INC.

14

15              UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17            WESTERN DIVISION – Los Angeles

18

19  YUGA LABS, INC.,                  Case No.: 2:22-CV-04355-JFW-JEM

20          Plaintiff and            **DECLARATION OF KEVIN**
            Counterclaim Defendant,   **WILLIAMS**
21
        v.
22                                    Date:       April 17, 2023
23  RYDER RIPPS, JEREMY CAHEN,        Time:       1:30 p.m.
                                      Courtroom:  7A
24          Defendants and           Judge:      Honorable John F. Walter
            Counterclaim Plaintiffs.
25                                    Trial Date: June 27, 2023

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

DECL. OF KEVIN WILLIAMS                    Case No. 2:22-cv-04355-JFW-JEM

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Kevin Williams, declare:

1. I am the Senior Vice President of Customer Success at Focus IP, Inc., dba Tracer, formerly known as Appdetex. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. On March 21, 2022, Yuga Labs, Inc. granted Appdetex, and its officers, employees, or other representatives, the authority to enforce Yuga Labs' intellectual property rights. Attached hereto as **Exhibit 1** is a true and correct copy of Yuga Labs' Letter of Authorization for Appdetex.

3. Attached hereto as **Exhibit 2** is a chart summarizing the takedown notices submitted by Appdetex on behalf of Yuga Labs regarding Defendants' RR/BAYC collection. This exhibit was created based on a reasonable review of records Focus IP, Inc. keeps in the ordinary course of business.

4. On May 17, 2022, Appdetex sent one takedown notice regarding Defendants' RR/BAYC collection page that alleged infringement of Yuga Labs' copyrighted work. This notice resulted in a takedown. Attached hereto as **Exhibit 3** is a true and correct copy of this takedown notice.

5. Between June 21, 2022 and August 10, 2022, Appdetex sent twenty-five (25) takedown notices regarding Defendants' RR/BAYC collection that alleged infringement of Yuga Labs' trademarks. None of these takedown notices identified a copyrighted work which Yuga Labs claimed to have been infringed. Three (3) of these notices resulted in takedowns. Attached hereto as **Exhibit 4** are true and correct copies of the three trademark takedown notices that resulted in takedowns.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this _13_ day of March, 2023.

Kevin Williams

FENWICK & WEST LLP
ATTORNEYS AT LAW