ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-CV-04355-JFW-JEM <br><br> **DECLARATION OF KEREM ATALAY** <br><br> Date: April 17, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br> Judge: Honorable John F. Walter <br><br> Trial Date: June 27, 2023 |

1 MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
2 FENWICK & WEST LLP
228 Santa Monica Boulevard
3 Santa Monica, CA 90401
Telephone: 310.434.4300
4

5 DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
6 KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
7 MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
8 CLARE LOCKE LLP
10 Prince Street
9 Alexandria, VA 22314
Telephone: 202.628.7400
10

11 Attorneys for Plaintiff and
Counterclaim Defendant
12 YUGA LABS, INC.

I, Kerem Atalay, declare:

1. I am one of the co-founders and Board Members of Yuga Labs, Inc. ("Yuga Labs") and I currently serve as its Chief Technology Officer. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. Attached hereto as **Exhibit 5** is a true and correct copy of the Transaction Details page of the transaction 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, viewable at https://etherscan.io/tx/0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, and associated with the creation of the Ethereum blockchain smart contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which contains the RR/BAYC NFTs. The Transaction Details page shows that "Bored Ape Yacht Club" was input as the contract name in the Foundation smart contract when that contract for the RR/BAYC NFTs was created. The Transaction Details page also shows that "BAYC" was input as the contract symbol in the Foundation smart contract when that contract for the RR/BAYC NFTs was created. This Exhibit bears production number YUGALABS_00031370.

3. Attached hereto as **Exhibit 6** is a true and correct copy of the Etherscan page for the Ethereum blockchain smart contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, on June 28, 2022, which contains the RR/BAYC NFTs and was captured via web.archive.org. This Exhibit shows that Etherscan reports the contract name and contract symbol for the RR/BAYC Foundation smart contract as "Bored Ape Yacht Club" and "BAYC", respectively. Etherscan also reports the token tracker as "Bored Ape Yacht Club (BAYC)." This Exhibit bears production number YUGALABS_00040355.

4. Attached hereto as **Exhibit 7** is a true and correct copy of the Etherscan page for the Ethereum blockchain smart contract

DECL. OF KEREM ATALAY — 1 — Case No. 2:22-cv-04355-JFW-JEM

0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which contains the RR/BAYC NFTs, viewable at https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e. This Exhibit bears production number YUGALABS_00030081 - YUGALABS_00030082.

5. Attached hereto as **Exhibit 8** is a true and correct copy of a webpage from the Foundation.app website, viewable at https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-collection-and-mint-an-NFT-on-Foundation. This Exhibit bears production numbers YUGALABS_00036186 - YUGALABS_00036199. YUGALABS_00036188 - YUGALABS_00036189 are instructions showing how a smart contract creator inputs a collection's contract name and symbol.

6. Attached hereto as **Exhibit 9** is a true and correct copy of a February 21, 2023 capture of the webpage, viewable at https://rrbayc-v0.netlify.app/. This Exhibit bears production number YUGALABS_00036595. Netlify is a development platform used for building dynamic websites, e-commerce stores, and web applications.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this __14__ day of March, 2023.

_____
Kerem Atalay