ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-CV-04355-JFW-JEM <br><br> **DECLARATION OF NICOLE MUNIZ** <br><br> Date: April 17, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br> Judge: Honorable John F. Walter <br><br> Trial Date: June 27, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Nicole Muniz declare:

1. I was the Chief Executive Officer of Yuga Labs, Inc. during the core relevant time period, am a former Board Member of Yuga Labs, and I continue to serve Yuga Labs in an advisory capacity. I make this declaration based on my own personal knowledge or information known or reasonably available to Yuga Labs. If called as a witness, I could testify competently to the facts set forth herein.

2. Yuga Labs has pending trademark applications with the U.S. Patent & Trademark Office for the BAYC Marks. These applications are listed in Yuga Labs' Report on the Filing or Determination of an Action Regarding a Patent or Trademark (ECF 6).[1] Yuga Labs also has pending trademark applications for "Ape"-based trademarks, such as "Apefest," "Bored Ape," and "Bored Ape Yacht Club."

3. Yuga Labs' trademark applications with the U.S. Patent & Trademark Office for the BORED APE YACHT CLUB mark have not been refused for descriptiveness, have been noticed for publication as early as October 12, 2022, and have been noticed for allowance as early as December 27, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 46**. This Exhibit bears production numbers YUGALABS_00040559 - YUGALABS_00040588.

4. Yuga Labs' trademark applications with the U.S. Patent & Trademark Office for the BAYC mark have not been refused for descriptiveness, have been noticed for publication as early as March 16, 2022, and have been noticed for allowance as early as May 31, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 47**. This Exhibit bears production numbers YUGALABS_00040513 - YUGALABS_00040542.

5. Yuga Labs' trademark applications with the U.S. Patent & Trademark

---

[1] Yuga Labs is no longer pursuing the APE Mark (Application Serial No. 97106855) through the USPTO but maintains that it holds common law rights to it.

DECL. OF NICOLE MUNIZ     1     Case No. 2:22-cv-04355-JFW-JEM

Office for the BORED APE mark have not been refused for descriptiveness, have been noticed for publication as early as March 9, 2022, and have been noticed for allowance as early as May 24, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 48**. This Exhibit bears production numbers YUGALABS_00040543 - YUGALABS_00040558.

6. Yuga Labs' trademark applications with the U.S. Patent & Trademark Office for the BA YC Logo mark have not been refused for descriptiveness, have been noticed for publication as early as March 16, 2022, and have been noticed for allowance as early as May 31, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 49**. This Exhibit bears production numbers YUGALABS_00040495 - YUGALABS_00040512.

7. Yuga Labs' trademark applications with the U.S. Patent & Trademark Office for the BA YC BORED APE YACHT CLUB Logo mark have not been refused for descriptiveness, have been noticed for publication as early as October 12, 2022, and have been noticed for allowance as early as December 27, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 50**. This Exhibit bears production numbers YUGALABS_00040479 - YUGALABS_00040494.

8. Yuga Labs' trademark applications with the U.S. Patent & Trademark Office for the Ape Skull Logo mark have not been refused for descriptiveness, have been noticed for publication as early as January 18, 2022, and have been noticed for allowance as early as May 31, 2022. A true and correct copy of the application statuses for this trademark, as of March 12, 2023, are attached hereto as **Exhibit 51**. This Exhibit bears production numbers YUGALABS_00040461 - YUGALABS_00040478.

9. Since 2021, Yuga Labs has spent tens of millions of dollars on

FENWICK & WEST LLP
ATTORNEYS AT LAW

1 advertising and marketing its BAYC brand. The majority of Yuga Labs' revenue in 2021 and 2022 derived from the BAYC brand.

10. Yuga Labs has not compensated any celebrities to endorse the BAYC brand. Moreover, media outlets and news articles featured the BAYC brand and BAYC NFTs before many celebrities publicly announced that they had acquired a BAYC NFT.

11. The artists Snoop Dogg and Eminem are BAYC NFT holders who have used their BAYC NFTs in a variety of endeavors. In 2022, they published a music video collaboration featuring their Apes. A true and correct copy of a capture of the end credits from that video showing Yuga Labs' logo is attached hereto as **Exhibit 52**. This Exhibit bears production number YUGALABS_00040597.

12. Yuga Labs spends a substantial amount of money and resources protecting its intellectual property, including its BAYC brand. As the CEO of Yuga Labs, I had to become involved in enforcement efforts related to the RR/BAYC NFT collection when the collection started to cause confusion in the marketplace, and, thus, harm to Yuga Labs. For example, I am personally aware of journalists reaching out to Yuga Labs who were confused about what the RR/BAYC NFT collection was, and Yuga Labs had to correct their confusion. I also had a telephone conference with a prospective fashion brand partner who was confused about whether the RR/BAYC NFT collection was affiliated with Yuga Labs. Yuga Labs also spent significant time and money to mitigate the confusion caused by the RR/BAYC NFTs.

13. A true and correct copy of a May 14, 2022 tweet from Defendant Ripps' Twitter account stating, "if anyone wants a RR/BAYC ill mint you one for 0.1 ETH send me the number" is attached hereto as **Exhibit 53**. This Exhibit bears production number YUGALABS_00030121.

14. A true and correct copy of Defendants' RR/BAYC NFT sales page on Foundation from May 21, 2022, which was captured via web.archive.org, is attached as **Exhibit 54**. This Exhibit bears production number YUGALABS_00030104.

15. A true and correct copy of a May 17, 2022 tweet from Defendant Ripps' Twitter account promoting and linking to Defendants' RR/BAYC NFT sales page on Foundation, which uses the BAYC Marks, is attached as **Exhibit 55**. This Exhibit bears production number YUGALABS_00031325.

16. A true and correct copy of a May 15, 2022 tweet from Defendant Ripps' Twitter account, which provides a link to the RR/BAYC NFT sales page on Foundation and uses BAYC Marks to promote it is attached as **Exhibit 56**. This Exhibit bears production number YUGALABS_00002602. A true and correct copy of a capture of Defendant Ripps' Foundation page, which uses the BAYC Marks and was posted in this tweet, is attached as **Exhibit 57**. This Exhibit bears production number YUGALABS_00015424.

17. A true and correct copy of Defendants' RR/BAYC NFT sales page on Foundation, which uses the BAYC Marks, that Defendant Ripps' Twitter account posted on Twitter is attached as **Exhibit 58**. This Exhibit bears production number YUGALABS_00030348.

18. A true and correct copy of Defendants' RR/BAYC NFT sales page on Foundation, which uses the BAYC Marks, that Twitter user @WssupDock posted on Twitter is attached as **Exhibit 59**. This Exhibit bears production number YUGALABS_00030346.

19. A true and correct copy of a May 19, 2022 Tweet from @DegenSpartan posting an image of Defendants' RR/BAYC NFT sales page on Foundation, which uses the BAYC Marks, is attached as **Exhibit 60**. This Exhibit bears production number YUGALABS_00029889.

20. A true and correct copy of the results of Google searches for "BAYC Foundation.app" and "Bored Ape Yacht Club Foundation.app" are attached as **Exhibit 61**. This Exhibit bears production number YUGALABS_00015439.

21. A true and correct copy of Defendants' RR/BAYC NFT sales page on OpenSea from June 13, 2022, which was captured via web.archive.org and uses the

BAYC Marks, is attached as **Exhibit 62**. This Exhibit bears production numbers YUGALABS_00000571 - YUGALABS_00000573.

22. A true and correct copy of Defendants' RR/BAYC NFT sales page on LooksRare from June 22, 2022, which was captured via web.archive.org and uses the BAYC Marks, is attached as **Exhibit 63**. This Exhibit bears production number YUGALABS_00030072.

23. A true and correct copy of Defendants' RR/BAYC NFT sales page on LooksRare from January 5, 2023, after the website title had been changed to "Redacted" but which still uses BAYC Marks, is attached as **Exhibit 64**. This Exhibit bears production number YUGALABS_00030112.

24. A true and correct copy of Defendants' RR/BAYC NFT sales page on x2y2 from June 23, 2022, which uses the BAYC Marks, is attached as **Exhibit 65**. This Exhibit bears production numbers YUGALABS_00002279 - YUGALABS_00002326.

25. A true and correct copy of a June 20, 2022 tweet from Defendant Cahen's Twitter account, which includes an image of OpenSea sales rankings is attached as **Exhibit 66**. This Exhibit bears production number YUGALABS_00040374.

26. A true and correct copy of a June 20, 2022 tweet from Defendant Cahen's Twitter account, which states "RR/BAYC is officially the highest 24h volume on @opensea…IN THE WORLD! We passed BAYC in the middle of Apefest!" and includes an image of OpenSea sales rankings is attached as **Exhibit 67**. This Exhibit bears production number YUGALABS_00036242. A true and correct copy of an enlarged version of the OpenSea image is attached as **Exhibit 68**. This Exhibit bears production number YUGALABS_00015425.

27. A true and correct copy of a June 21, 2022 tweet from Defendant Cahen's Twitter account discussing how RR/BAYC is the first project to top the Foundation and OpenSea charts and using BAYC Marks to promote it is attached as

**Exhibit 69**. This Exhibit bears production number YUGALABS_00040429.

28. True and correct copies of the OpenSea sales page for an RR/BAYC NFT, which uses the BAYC Marks, and the OpenSea sales page for an authentic BAYC NFT are attached as **Exhibit 70**. This Exhibit bears production number YUGALABS_00015999. Ripps used the BAYC TokenID (#1058) to promote and sell his RR/BAYC NFT, even though the RR/BAYC NFT has a different TokenID.

29. A true and correct copy of a capture from rrbayc.com of RR/BAYC NFT #362 bearing Yuga Labs' "BAYC", "BA YC Logo", and "Ape Skull Logo" marks is attached as **Exhibit 71**. This Exhibit bears production number YUGALABS_00000617. This NFT points to the same image as BAYC #362.

30. A true and correct copy of a capture from rrbayc.com of RR/BAYC NFT #863 bearing Yuga Labs' "Ape Skull Logo" Mark is attached as **Exhibit 72**. This Exhibit bears production number YUGALABS_00000619. This NFT points to the same image as BAYC #863.

31. A true and correct copy of a May 13, 2022 tweet from Defendant Ripps' Twitter account stating "bayc v3" is attached as **Exhibit 73**. This Exhibit bears production number YUGALABS_00000541.

32. A true and correct copy of a May 17, 2022 tweet from Defendant Ripps' Twitter account including a link to his RR/BAYC NFT sales page on x2y2 labeled "https://x2y2.io/collection/bored-ape-yacht-club-v3-2/items" is attached as **Exhibit 74**. This Exhibit bears production number YUGALABS_00000565.

33. A true and correct copy of Yuga Labs' BAYC NFT sales page on OpenSea is attached as **Exhibit 75**. This Exhibit bears production number YUGALABS_00002417.

34. A true and correct copy of Yuga Labs' BAYC NFT sales page on x2y2 is attached as **Exhibit 76**. This Exhibit bears production number YUGALABS_00031173.

35. A true and correct copy of a May 24, 2022 tweet from Defendant Ripps'

Twitter account promoting and linking to rrbayc.com is attached as **Exhibit 77**. This Exhibit bears production numbers YUGALABS_00029886 - YUGALABS_00029888.

36. A true and correct copy of a July 16, 2022 tweet from Defendant Cahen's Twitter account promoting and linking to Defendants' RR/BAYC NFT sales page on Atomic0 is attached as **Exhibit 78**. This Exhibit bears production number YUGALABS_00000594.

37. A true and correct copy of a May 15, 2022 tweet from Defendant Ripps' Twitter account stating, "we are going to make a marketplace for just RYDER RIPPS BAYC, with a HEX wrapper built in so if OpenSea bans the contract you can still get your RR/BAYC on twitter. If anyone wants one im minting! 0.1 ETH, send the ape number you want" is attached as **Exhibit 79**. This Exhibit bears production number YUGALABS_00031401.

38. A true and correct copy of Defendants' Ape Market Twitter account promoting their apemarket.com website, and posting an image of the anticipated website on June 13, 2022, is attached as **Exhibit 80**. This Exhibit bears production numbers YUGALABS_00014079 - YUGALABS_00014082.

39. A true and correct copy of a June 2, 2022 tweet from Defendants' Ape Market Twitter account promoting their rrbayc.com website is attached as **Exhibit 81**. This Exhibit bears production number YUGALABS_00000536.

40. A true and correct copy of Defendants' apemarket.com webpage is attached as **Exhibit 82**. This Exhibit bears production number YUGALABS_00000542.

41. A true and correct copy of an October 5, 2022 tweet from Yuga Labs' Twitter account discussing the BAYC community council is attached as **Exhibit 83**. This Exhibit bears production number YUGALABS_00015399.

42. A true and correct copy of an April 23, 2022 tweet from Yuga Labs' Twitter account retweeting a post by the official Bored Ape Yacht Club Twitter

account commemorating one year since the launch of BAYC NFTs is attached as **Exhibit 84**. This Exhibit bears production number YUGALABS_00040373.

43. A true and correct copy of a screenshot from a Bloomberg Crypto video in which journalists Matt Miller, Kailey Leinz, and Sonal Basak discuss top grossing NFT collections during June 2022 is attached as **Exhibit 85**. This Exhibit bears production number YUGALABS_00040375. A true and correct copy of a June 21, 2022 Discord message received from a BAYC Discord channel member who sent a screenshot of this video to Yuga Labs' community managers, with redactions for privacy, is attached as **Exhibit 86**. This Exhibit bears production number YUGALABS_00031203.

44. A true and correct copy of a June 22, 2022 tweet from @enjoyoor's Twitter account stating "apes have to clarify that they're not rrbaycs now" is attached as **Exhibit 87**. This Exhibit bears production number YUGALABS_00029092.

45. A true and correct copy of an August 31, 2022 tweet from @Smart_NFT_News' Twitter account, which reports on NFTs and listed Defendants' Twitter accounts as two of the "Top 50 the Most Influential Accounts in BAYC", is attached as **Exhibit 88**. This Exhibit bears production number YUGALABS_00031334.

46. A true and correct copy of a July 8, 2022 tweet from @0xGem's Twitter account, a Twitter account that tracks blockchain transactions, falsely reporting that an authentic BAYC NFT was purchased when in actuality it was an RR/BAYC NFT that was purchased, is attached as **Exhibit 89**. This Exhibit bears production numbers YUGALABS_00002625 - YUGALABS_0002634. A true and correct copy of a July 8, 2022 reply to that tweet from @apeuniverse_eth stating "What a gold ape sold for 6eth must be a glitch!" is attached as **Exhibit 90**. This Exhibit bears production number YUGALABS_00040377. A true and correct copy of a July 8, 2022 reply to that tweet from @NFTBuffet stating "damn i could have afforded this" is attached as **Exhibit 91**. This Exhibit bears production number YUGALABS_00040376. A true

and correct copy of a July 8, 2022 tweet from @phunk2243 on Twitter, reposting a tweet from @farokh, and explaining that the sale was "not a fat finger. Just a massive RR/BAYC sale" is attached as **Exhibit 92**. This Exhibit bears production number YUGALABS_00031332.

47. A true and correct copy of an October 21, 2022 tweet from @Tom22110616's Twitter account stating, "But @ryder_ripps … your profile pic is a BAYC, so I'm a bit confused here." is attached as **Exhibit 93**. This Exhibit bears production number YUGALABS_00002033.

48. A true and correct copy of a May 19, 2022 tweet from @Cryptoverse520 on Twitter responding to a post criticizing Yuga Labs' founders by Ripps' Twitter account and stating "You have a bayc pfp though haha?" is attached as **Exhibit 94**. This Exhibit bears production number YUGALABS_00027520.

49. A true and correct copy of a May 16, 2022 tweet by @Joey_tartz on Twitter responding to a post in which @Jclineshow posts an RR/BAYC NFT he recently purchased, and stating "? I'm so confused … this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says 'bored ape it's not real dude" and "Lol what your doing is deceiving my guy. Not the way."  is attached as **Exhibit 95**. This Exhibit bears production number YUGALABS_00027516.

50. A true and correct copy of a June 21, 2022 tweet from @streetoshi on Twitter stating "i bought an rr bayc because i thought it was made by yuga" is attached as **Exhibit 96**. This Exhibit bears production number YUGALABS_00015411.

51. A true and correct copy of a June 22, 2022 tweet from @johnny0x_ posting a picture of an RR/BAYC NFT with the words "possibly fake" overlaid on it and stating "psa for everyone be careful what you buy. I just bought BAYC #4255 but now I'm thinking that it could be fake? @Jclineshow give me ur honest opinion brother." is attached as **Exhibit 97**. This Exhibit bears production number YUGALABS_00027491.

52. A true and correct copy of a Twitter thread exchange between Defendant Cahen's Twitter account and @SachDana is attached as **Exhibit 98**. This Exhibit bears production numbers YUGALABS_00002708 - YUGALABS_00002711. Defendant Cahen seemed confused when he referred to @SachDana's profile picture, which displayed a Bored Ape image, as a "racist monkey pfp." Implying that Cahen mistook their profile picture for a BAYC NFT, @SachDana corrected him and stated that they are an RR/BAYC NFT holder.

53. A true and correct copy of a May 27, 2022 tweet from Defendant Ripps' Twitter account stating how they were "seeing more 'RR/BAYC' titled collections on OpenSea" and were "working on having these removed to avoid confusion" is attached as **Exhibit 99**. This Exhibit bears production number YUGALABS_00027523. Defendant Ripps adds that "the only thing we ask is to avoid using the RR/BAYC name."

54. A true and correct copy of the disclaimer used on Defendants' rrbayc.com sales website is attached as **Exhibit 100**. This Exhibit bears production number YUGALABS_00000600.

55. A true and correct copy of a June 2, 2022 tweet from Defendants' Ape Market Twitter account containing an image stating, "ApeMarket and RR/BAYC are registered trademarks" is attached as **Exhibit 101**. This Exhibit bears production number YUGALABS_00001978. A larger version of this image is attached as **Exhibit 102**. This Exhibit bears production number YUGALABS_00015992.

56. A true and correct copy of a May 18, 2022 Tweet from Defendant Ripps' Twitter account stating "very much winning this battle, will continue to fight" and posting an image of Defendants' RR/BAYC NFT sales page on Foundation, which uses the BAYC Marks, is attached as **Exhibit 103**. This Exhibit bears production number YUGALABS_00040410.

57. A true and correct copy of a May 23, 2022 Tweet from Defendant Ripps' Twitter account stating "this is getting boring" and posting an image of "Trending

Collections" on Foundation, including Defendants' RR/BAYC NFT Sales page on Foundation, which uses the BAYC Marks, is attached as **Exhibit 104**. This Exhibit bears production number YUGALABS_00040417.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed this 15th day of March, 2023.

Nicole Muniz