Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants and
Counterclaim Plaintiffs*
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF RYDER RIPPS ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. John F. Walter <br> Hearing: April 17, 2023, at 1:30 p.m. <br> Discovery Cutoff Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date: June 27, 2023 |

-1-

**DECLARATION OF RYDER RIPPS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Ryder Ripps, declare as follows:

1.      I am a self-employed conceptual artist.  I create art using several mediums, including online technologies and physical oil paint. My art has been exhibited numerous times, including four solo exhibitions since 2015.

2.      I have worked with cryptocurrencies, including NFTs, for multiple years, and I am very familiar with the cryptocurrency community.

3.      Based on my years working with NFTs and interacting with people who purchase NFTs, it is my understanding that NFT purchasers are generally familiar with blockchain technology and online tools required to trace the origins of particular NFTs.

4.      I have never sold any RR/BAYC NFTs on OpenSea or X2Y2.

5.      A true and correct copy of the Class Action Complaint in *Real v. Yuga Labs, Inc*, Case No. 2:22-cv-08909, is attached as Exhibit 108.

6.      A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97106855 is attached as Exhibit 109.

7.      A true and correct copy of the Trademark Electronic Search System (TESS) record for Yuga Labs, Inc.'s Trademark Application No. 97106855 is attached as Exhibit 110.

8.      A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 90739977 is attached as Exhibit 111.

9.      A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 90739987 is attached as Exhibit 112.

10.      A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 90739994 is attached as Exhibit 113.

11.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 90837138 is attached as Exhibit 114.

12.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 90903954 is attached as Exhibit 115.

13.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97132870 is attached as Exhibit 116.

14.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97132874 is attached as Exhibit 117.

15.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97132877 is attached as Exhibit 118.

16.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97132880 is attached as Exhibit 119.

17.     A true and correct copy of excerpts from Yuga Labs, Inc.'s Trademark Application No. 97313551 is attached as Exhibit 120.

18.     During my work on the RR/BAYC project, I received numerous emails from members of the cryptocurrency community expressing their appreciation for the project and recognizing its artistic nature.  Exhibits 121 through 135, listed below, are examples of emails I received.

19.     A true and correct copy of Edouard Lallement's May 24, 2022 email, addressed to me, is attached as Exhibit 121.

20.     A true and correct copy of Pixel Jindo's May 30, 2022 email, addressed to me, is attached as Exhibit 122.

21.     A true and correct copy of Ape 19's June 20, 2022 email, addressed to me, is attached as Exhibit 123.

22.     A true and correct copy of Harry Washington's June 20, 2022 email, addressed to me, is attached as Exhibit 124.

23.     A true and correct copy of Akshat Tenneti's June 20, 2022 email, addressed to me, is attached as Exhibit 125.

24.     A true and correct copy of Michael Lopez's June 20, 2022 email, addressed to me, is attached as Exhibit 126.

25.     A true and correct copy of Marcel Biermann's June 20, 2022 email, addressed to me, is attached as Exhibit 127.

26.     A true and correct copy of Scott Hefte's June 20, 2022 email, addressed to me, is attached as Exhibit 128.

27.     A true and correct copy of Shaun Andriske's June 20, 2022 email, addressed to me, is attached as Exhibit 129.

28.     A true and correct copy of Alessandro Masini's June 21, 2022 email, addressed to me, is attached as Exhibit 130.

29.     A true and correct copy of Jason Attar's June 21, 2022 email, addressed to me, is attached as Exhibit 131.

30.     A true and correct copy of Darby Bailey's June 21, 2022 email, addressed to me, is attached as Exhibit 132.

31.     A true and correct copy of Michael W's June 22, 2022 email, addressed to me, is attached as Exhibit 133.

32.     A true and correct copy of Damnian Stringle's June 25, 2022 email, addressed to me, is attached as Exhibit 134.

33.     A true and correct copy of Karl Winterstein's July 21, 2022 email, addressed to me, is attached as Exhibit 135.

34.     A true and correct copy of TodayNFTNews's article, titled "SEC investigates Yuga Lab's offering of unregistered securities," is attached as Exhibit 136.

35.     A true and correct copy of CoinTelegraph's article, titled "Bored Ape creators and other NFT projects investigated by SEC probe," is attached as Exhibit 137.

36.     A true and correct copy of Artnews's article, titled "SEC to Probe Bored Ape Yacht Club's Parent Company, Yuga Labs, Over web3 Offerings," is attached as Exhibit 138.

37.     A true and correct copy of Bloomberg's article, titled "Bored-Ape Creator Yuga Labs Faces SEC Probe Over Unregistered Offerings," is attached as Exhibit 139.

38.     A true and correct copy of Decrypt's article, titled "ApeCoin Launches for Bored Ape Ethereum NFT Holders With Reddit, FTX, Animoca Execs on Board," is attached as Exhibit 140.

39.     A true and correct copy of Forbes' profile article, titled "Ryder Ripps," is attached as Exhibit 141.

40.     I am personally aware of many crypto projects that used the term "ape" or include "ape" in their name, including apecoin.dev, apeswap.finance, and Pixel of the Apes.

41.     A true and correct copy of https://apecoin.dev, as it appears in the Wayback Machine archive, is attached as Exhibit 142.

42.     A true and correct copy of https://apeswap.finance/, as it appears in the Wayback Machine archive, is attached as Exhibit 143.

43.     A true and correct copy of Pixel of the Apes's OpenSea page is attached as Exhibit 144.

44.     A true and correct copy of a March 16, 2022 ApeCoin transaction record is attached as Exhibit 145.

45.     A true and correct copy of an ApeCoin listing on OpenSea is attached as Exhibit 146.

46.     A true and correct copy of Coinbase's ApeCoin price listing, as of March 18, 2022, as Exhibit 147.

47.     A true and correct copy of a February 15, 2023 Pitchbook analysis for Sound Ventures is attached as Exhibit 148.

48.     A true and correct copy of a February 28, 2023 Pitchbook analysis for Bored Ape Yacht Club is attached as Exhibit 149.

49.     A true and correct copy of a February 7, 2023 Pitchbook analysis for MoonPay is attached as Exhibit 150.

50.     I am personally aware of numerous crypto projects and NFT collections that predate RR/BAYC that used Yuga Labs' trademarks.

51.     A true and correct copy of https://boredapetronclub.com, dated March 1, 2023, is attached as Exhibit 151.

52.     A true and correct copy of Grandpa Ape Country Club's OpenSea page is attached as Exhibit 152.

53.     A true and correct copy of a "Boredapesyachtclubs" NFT listing on OpenSea is attached as Exhibit 153.

54.     A true and correct copy of an "Untitled Collection #175806998" NFT listing on OpenSea, titled "Bored Ape slave," is attached as Exhibit 154.

55.     A true and correct copy of Bored Ape Solana Club's OpenSea page is attached as Exhibit 155.

56.     A true and correct copy of a "Bored Ape Yacht Club – SsIUdGmuLw" NFT listing on OpenSea, titled "Bored Ape Yacht Club," is attached as Exhibit 156.

57.     A true and correct copy of Bored Ape Yacht Club – I6O0QyVjmt's OpenSea page is attached as Exhibit 157.

58.     A true and correct copy of a "Bored Ape Yacht Club – I6O0QyVjmt" NFT listing on OpenSea, titled "Bored Ape Yacht Club #2170," is attached as Exhibit 158.

59.     A true and correct copy of Bored Yacht Ape Club's OpenSea page is attached as Exhibit 159.

60.     A true and correct copy of BoredApeCousins' OpenSea page is attached as Exhibit 160.

61.     A true and correct copy of an "Untitled Collection #124763295" NFT listing on OpenSea, titled "BoredApeYachtClub," is attached as Exhibit 161.

62.     A true and correct copy of boredapes yacht club NFTs' OpenSea page is attached as Exhibit 162.

63.     A true and correct copy of an "Untitled Collection #194427640" NFT listing on OpenSea, titled "BoredApeYachtClub," is attached as Exhibit 163.

64.     A true and correct copy of an "Untitled Collection #204722463" NFT listing on OpenSea, titled "BoredApeYachtClub," is attached as Exhibit 164.

65.     A true and correct copy of an "Untitled Collection #246284442" NFT listing on OpenSea, titled "BoredApeYachtClub," is attached as Exhibit 165.

66.     A true and correct copy of TradeCenter's OpenSea page is attached as Exhibit 166.

67.     A true and correct copy of a "TradeCenter" NFT listing on OpenSea, titled "BoredApeYachtClub #12," is attached as Exhibit 167.

68.     A true and correct copy of an "Untitled Collection #124763295" NFT listing on OpenSea, titled "BoredApeYachtClub," is attached as Exhibit 168.

69.      A true and correct copy of MineablePunk's OpenSea page is attached as Exhibit 169.

70.    A true and correct copy of a "MineablePunk" NFT listing on OpenSea, titled "BoredApeYachtClub #7591," is attached as Exhibit 170.

71.    A true and correct copy of a "MineablePunk" NFT listing on OpenSea, titled "BoredApeYachtClub #12571," is attached as Exhibit 171.

72.    A true and correct copy of a "Bored Ape Violet" NFT listing on OpenSea, titled "BoredApeYachtClub Violet," is attached as Exhibit 172.

73.    A true and correct copy of World Cup Bored Ape Yacht Club's OpenSea page is attached as Exhibit 173.

74.    I am aware of numerous physical products that have been sold that use Yuga's trademarks.  I have attached as Exhibit 174 a compilation that shows several such products.

75.    A true and correct copy of an image marketing "Wake & BAYC" products is attached as Exhibit 175.

76.    A true and correct copy of an image depicting a "Bored Ape Yacht Express" card is attached as Exhibit 176.

77.    A true and correct copy of an image marketing "Bored Ape Wear" products is attached as Exhibit 177.

78.    A true and correct copy of a teepublic.com image depicting a "Bored Ape T-Shirt" is attached as Exhibit 178.

79.    A true and correct copy of an image depicting "Bored & Hungry" food is attached as Exhibit 179.

80.    A true and correct copy of an image depicting "apewater" beverages is attached as Exhibit 180.

81.    A true and correct copy of an image depicting "Bored Ape Blueberry" beverages is attached as Exhibit 181.

82.     A true and correct copy of an image depicting "Bored Ape IPA" beverages is attached as Exhibit 182.

83.     A true and correct copy of an image depicting "Bored Ape Beer" beverages is attached as Exhibit 183.

84.     A true and correct copy of https://rrbayc.com, dated March 13, 2023, is attached as Exhibit 184.

85.     A true and correct copy of the disclaimer featured on https://rrbayc.com is attached as Exhibit 185.

86.     A true and correct copy of RR/BAYC's Foundation page, as it appears in the Wayback Machine archive, is attached as Exhibit 186.

87.     A true and correct copy of Foundation Trust & Safety's June 22, 2022 email, addressed to me, is attached as Exhibit 187.

88.     A true and correct copy of RR/BAYC's Foundation takedown notice, as it appears in the Wayback Machine archive, is attached as Exhibit 188.

89.     A true and correct copy of RR/BAYC's Foundation takedown notice is attached as Exhibit 189.

90.     A true and correct copy of Appdetex's June 28, 2022 email, addressed to me, is attached as Exhibit 190.

91.     A true and correct copy of Yuga Labs, Inc's Letter of Authorization for Appdetex, dated March 21, 2022, is attached as Exhibit 191.

92.     A true and correct copy of Bored Ape Yacht Club's Terms and Conditions is attached as Exhibit 192.

93.     A true and correct copy of Bored Ape Yacht Club's Foundation page, as it appears in the Wayback Machine archive, is attached as Exhibit 193.

94.     A true and correct copy of a Foundation search displaying January 26, 2023, as the start date of Bored Ape Yacht Club's Foundation page is attached as Exhibit 194.

95.     A true and correct copy of an Etherscan NFT listing, titled "BoredApeYachtClub #3721," is attached as Exhibit 195.

96.     A true and correct copy of a RRBAYC Etherscan NFT listing is attached as Exhibit 196.

97.     A true and correct copy of my December 31, 2022, tweet thread is attached as Exhibit 197.

98.     A true and correct copy of my May 24, 2022, tweet thread concerning the RR/BAYC release is attached as Exhibit 198.

99.     A true and correct copy of my tweet concerning the top collections on OpenSea is attached as Exhibit 199.

100.    A true and correct copy of my May 20, 2022, tweet thread is attached as Exhibit 200.

101.    A true and correct copy of my May 15, 2022, tweet thread is attached as Exhibit 201.

102.    A true and correct copy of my July 12, 2022, tweet thread is attached as Exhibit 202.

103.    A true and correct copy of my May 24, 2022, tweet thread concerning RR/BAYC reservations is attached as Exhibit 203.

104.    A true and correct copy of my May 24, 2022, tweet thread concerning RR/BAYC No. 716 is attached as Exhibit 204.

105.    A true and correct copy of my May 21, 2022, tweet thread is attached as Exhibit 205.

106.   A true and correct copy of my June 18, 2022, tweet concerning RR/BAYC No. 9262 is attached as Exhibit 206.

107.   A true and correct copy of my June 1, 2022, tweet thread concerning RR/BAYC No. 2585 is attached as Exhibit 207.

108.   A true and correct copy of my June 7, 2022, tweet thread concerning RR/BAYC No. 2419 is attached as Exhibit 208.

109.   A true and correct copy of my June 8, 2022, tweet thread concerning RR/BAYC No. 914 is attached as Exhibit 209.

110.   A true and correct copy of Colombo's tweet thread concerning Yuga Labs, Inc's wolf skull infringement is attached as Exhibit 210.

111.   A true and correct copy of GemBot's July 8, 2022, tweet thread is attached as Exhibit 211.

112.   A true and correct copy of Haya Meta's July 9, 2022, reply tweet is attached as Exhibit 212.

113.   A true and correct copy of Owsteen.eth's July 8, 2022, reply tweet is attached as Exhibit 213.

114.   A true and correct copy of Vito's July 8, 2022, reply tweet is attached as Exhibit 214.

115.   A true and correct copy of W3nzel.eth's July 8, 2022, reply tweet is attached as Exhibit 215.

116.   A true and correct copy of Jason Cline's May 16, 2022, tweet thread is attached as Exhibit 216.

117.   A true and correct copy of Jason Cline's May 16, 2022, reply tweet thread concerning his RR/BAYC NFT is attached as Exhibit 217.

118.   I am generally familiar with posts made by a twitter account @Streetoshi. Although I do not personally know the person who operates the account, I have

-11-

observed that @Streetoshi often makes tweets that are sarcastic.  I also understand from private conversations I have had with him that he supports RR/BAYC and has never been confused about whether RR/BAYC and Yuga Labs's NFTs are the same.

119.   A true and correct copy of Streeto's May 30, 2022, Twitter direct message conversation is attached as Exhibit 218.

120.   A true and correct copy of Streeto's June 21, 2022, tweet is attached as Exhibit 219.

121.   A true and correct copy of Streeto's June 21, 2022, reply tweet concerning Yuga Labs, Inc's abuse of the DMCA takedown process is attached as Exhibit 220.

122.   A true and correct copy of Streeto's June 9, 2022, reply tweet is attached as Exhibit 221.

123.   A true and correct copy of Johnny0x's August 17, 2022, reply tweet is attached as Exhibit 222.

124.   A true and correct copy of Johnny0x's June 16, 2022, tweet is attached as Exhibit 223.

125.   A true and correct copy of Johnny0x's May 26, 2022, tweet thread is attached as Exhibit 224.

126.   A true and correct copy of XRPwh4le.eth's May 16, 2022, reply tweets is attached as Exhibit 225.

127.   A true and correct copy of Plasticaverns's May 17, 2022, reply tweet is attached as Exhibit 226.

128.   A true and correct copy of Greg Solano's February 17, 2023, tweet is attached as Exhibit 227.

129.   A true and correct copy of Yuga Labs's January 24, 2022, tweet thread is attached as Exhibit 228.

-12-

130.   A true and correct copy of Bored Ape Yacht Club's May 1, 2021, tweet thread is attached as Exhibit 229.

131.   A true and correct copy of Bored Ape Yacht Club's June 18, 2021, tweet is attached as Exhibit 230.

132.   A true and correct copy of Bored Ape Yacht Club's June 21, 2021, tweet is attached as Exhibit 231.

133.   A true and correct copy of Bored Ape Yacht Club's August 27, 2021, tweet is attached as Exhibit 232.

134.   A true and correct copy of Bored Ape Yacht Club's August 28, 2021, tweet is attached as Exhibit 233.

135.   A true and correct copy of Bored Ape Yacht Club's March 16, 2022, tweet is attached as Exhibit 234.

136.   A true and correct copy of Bored Ape Yacht Club's April 30, 2022, tweet is attached as Exhibit 235.

137.   A true and correct copy of Bored Ape Yacht Club's May 19, 2022, tweet is attached as Exhibit 236.

138.   A true and correct copy of Foundation's January 26, 2022, tweet thread is attached as Exhibit 237.

139.   A true and correct copy of a video clip depicting Nicole Muniz's Web Summit interview is attached as Exhibit 238.

140.   A true and correct copy of Snoop Dogg's tweet thread concerning his NFTs is attached as Exhibit 239.

141.   A true and correct copy of June 24, 2022, messages from my Discord group chat with Jeremy Cahen, Ryan Hickman, and Thomas Lehman is attached as Exhibit 240.

142.   A true and correct copy of an image depicting a "Bored Coffee" packet and beverage is attached as Exhibit 241.

143.   A true and correct copy of https://gordongoner.com/ is attached as Exhibit 242.

144.   A true and correct copy of Greg Solano's March 6, 2023, reply tweet is attached as Exhibit 243.

145.   A true and correct copy of the https://boredapeyachtclub.com/#/home homepage is attached as Exhibit 244.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 27, 2023.


/s/ _____

Ryder Ripps

DECL. OF RYDER RIPPS
Case No. 2:22-cv-04355-JFW-JEM

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 27, 2023.


By: /s/ *Derek Gosma*
Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400