Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.  2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. John F. Walter <br> Hearing: April 17, 2023, at 1:30 p.m. <br> Discovery Cutoff Date: April 3, 2023 <br> Pre-Trial Conference Date: June 9, 2023 <br> Trial Date:  June 27, 2023 |

1

DECLARATION OF DEREK GOSMA
IN SUPPORT OF OPPOSITION

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Derek Gosma, declare as follows:

1.      I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue Suite 2400, Los Angeles, CA 90071. I serve as counsel for Defendants Ryder Ripps and Jeremy Cahen.  I am licensed to practice law in the State of California.  I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2.      A true and correct copy of excerpts from Nicole Muniz's deposition transcript, and deposition exhibits, is attached as Exhibit 245.

3.      A true and correct copy of excerpts from Wylie Aronow's deposition transcript, and deposition exhibits, is attached as Exhibit 246.

4.      A true and correct copy of excerpts from Ryder Ripps's deposition transcript is attached as Exhibit 247.

5.      A true and correct copy of excerpts from Jeremy Cahen's deposition transcript is attached as Exhibit 248.

6.      A true and correct copy of excerpts from Guy Oseary's deposition transcript is attached as Exhibit 249.

7.      A true and correct copy of excerpts from Greg Solano's deposition transcript is attached as Exhibit 250.

8.      A true and correct copy of excerpts from Kerem Atalay's deposition transcript, and a deposition exhibit, is attached as Exhibit 251.

9.      A true and correct copy of excerpts from Laura O'Laughlin's deposition transcript is attached as Exhibit 252.

2

Case No. 2:22-cv-04355-JFW-JEM                    DECLARATION OF DEREK GOSMA
                                                  IN SUPPORT OF OPPOSITION

10.   Laura O'Laughlin was deposed on March 22, 2023.  As of the filing of this motion, Defendants only have access to a rough transcript of Ms. O'Laughlin's deposition and, therefore, have relied on that transcript for their citations.

11.   A true and correct copy of excerpts from Lauren Kindler's deposition transcript is attached as Exhibit 253.

12.   A true and correct copy of Plaintiff's response to Defendants' Request for Admission No. 57 is attached as Exhibit 254.

13.   A true and correct copy of excerpts from Jonah Berger's deposition transcript is attached as Exhibit 255.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on March 27, 2023.

*/s/ Derek A. Gosma*
Derek A. Gosma

Case No. 2:22-cv-04355-JFW-JEM

DECLARATION OF DEREK GOSMA
IN SUPPORT OF OPPOSITION

3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on March 27, 2023.

By: /s/ *Derek Gosma*
    Derek Gosma (SBN 274515)
    derek.gosma@wilmerhale.com
    **WILMER CUTLER PICKERING**
     **HALE AND DORR LLP**
    350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Fax: (213) 443-5400

1

Case No. 2:22-cv-04355-JFW-JEM                        CERTIFICATEE OF SERVICE