# Exhibit 3

Your request (4059) has been updated. To add additional comments, reply to this email.

**Foundation Trust & Safety** (Foundation)

May 17, 2022, 5:55 PM EDT

Hello,

Following your notice to rescind the claim, this collection and the underlying NFTs have now been restored to public view.

Regards,
Foundation Trust & Safety

▲●■
Foundation Trust & Safety

More questions?
https://help.foundation.app/

**Yuga Labs**

May 17, 2022, 5:17 PM EDT

Hello,

We would like to rescind the DMCA claim.

Let us know if you need anything else.

Thank you,

**Foundation Trust & Safety** (Foundation)

May 17, 2022, 5:16 PM EDT

Hello,

We have noted from various sources that your team is looking to rescind the DMCA claim. In order to do so, please reply to this email and confirm that you would like to rescind the

**Yuga's Summary Judgment Exhibit 3**
**Pg. 12**

DMCA claim. If you decide to rescind the claim, we will then restore the collection back to public visibility on Foundation.

Let us know if you have any questions.

▲●■
Foundation Trust & Safety

More questions?
https://help.foundation.app/

**Foundation Trust & Safety** (Foundation)

May 17, 2022, 3:13 PM EDT

Hello,

Thank you for contacting Foundation. We acknowledge receipt of this DMCA Takedown Request. We have hidden the artwork from our website and have passed the takedown notification to the creator of the work.

Regards,
Foundation Trust & Safety

▲●■
Foundation Trust & Safety

More questions?
https://help.foundation.app/

**Yuga Labs**

May 17, 2022, 11:03 AM EDT

Hello, Please find the necessary information below for a takedown notice against infringing listings offered in your marketplace. - Protected Works: Yuga Labs // Copyright - https://opensea.io/collection/boredapeyachtclub

**Yuga's Summary Judgment Exhibit 3**
**Pg. 13**

The infringing content uses copyrighted material from https://opensea.io/collection/boredapeyachtclub produced by Yuga Labs without authorization. - Infringing URL (s): https://foundation.app/collection/bayc?tab=artworks - Letter of Authorization: See attached - Authority to Act: We, AppDetex, represent the information in the notification is accurate, and under penalty of perjury, that we are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. AppDetex is authorized by AppDetex to facilitate the submission of and correspondence regarding complaints. - Good Faith Belief: We, AppDetex, have a good faith belief that the use of the material in the manner described above is authorized by the copyright owner, its agent, or the law. Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy. Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains.

Thank you,

Appdetex, on behalf of Yuga Labs
508 S. 8th St.
Boise, ID. 83702
872-240-2777
yugalabs@appdetex.com

*Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.*

*Certain information provided herein may be confidential and/or protected from disclosure under applicable law.  If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains.*

Attachment(s)
Yuga_Labs_LOA (1).pdf

This email is a service from Foundation. Delivered by Zendesk