# Exhibit 6



Yuga's Summary Judgment Exhibit 6
Pg. 6

YUGALABS_00040355