# Exhibit 7

**Yuga's Summary Judgment Exhibit 7**
**Pg. 7**



YUGALABS_00030081



**Yuga's Summary Judgment Exhibit 7**
**Pg. 9**

YUGALABS_00030082