# Exhibit 10



Bored Ape Yacht Club ✓
@BoredApeYC

· · ·

Apes, our BAYC x @McBess x @DudesFactory collab
goes live on Wednesday, Oct. 26th at noon ET. This
BAYC/MAYC-exclusive drop will be at
store.boredapeyachtclub.com when live, with
payments in @apecoin only. 🧵 for more info.



THE LARGE MCCAPSULE                    THE SMALL MCCAPSULE

9:01 AM · Oct 19, 2022

855 Retweets    143 Quote Tweets    2,378 Likes

Yuga's Summary Judgment Exhibit 10
Pg. 6
YUGALABS_00032572