# Exhibit 12

# ABOUT

# YUGA

## YUGA LABS IS SHAPING THE FUTURE OF WEB3 THROUGH STORYTELLING, EXPERIENCES, AND COMMUNITY.



Captured at: 2023/01/03 09:32 AM   URL: https://www.yuga.com/about/

Yuga's Summary Judgment Exhibit 12
Pg. 10
YUGALABS_00030223

**Founded by four friends, the company began as a text message — "Let's make a NFT".**

The company's flagship collection, Bored Ape Yacht Club (BAYC), launched in April 2021, with each NFT doubling as a membership to the community. Inspired by the early crypto adopters who aped in, struck gold, yet always seemed bored – 10,000 Bored Apes were minted for roughly $200 at the time.

The NFT collection sold out in the early morning of May 1st, 2021, and an incredible community began to form almost immediately.

That community soon multiplied with the creation of 10,000 dog companions for the apes (Bored Ape Kennel Club) and 20,000 Mutant Apes (Mutant Ape Yacht Club), half of which were minted via a first-of-its-kind mechanic involving serums.

2022 was a year of rapid growth for Yuga. The Yugaverse expanded beyond BAYC with the announcement of Otherside, a gamified metaverse. Popular NFT collections CryptoPunks, Meebits, and 10KTF also joined the party, bringing new IP, reach, and community to Yuga.

Through all of this growth and innovation, the team has continued to prioritize the web3 values of decentralization and ownership. Yuga has been a pioneer at every turn, including hosting exclusive festivals, events, merch drops, and collaborations accessible to holders of NFTs.

Most notably, Yuga decentralized the IP rights of Bored Apes, Punks, and Meebits, granting holders rights to the underlying art. This created opportunities for the community of NFT holders to leverage the utility of their NFT - creating their own brands and communities.

BAYC has become the world's most recognizable NFT collection and Yuga itself has become the fastest-growing startup in web3.

All roads lead to Otherside – the first metaverse that includes the community in the development process. Otherside rejects the walled gardens and closed networks of traditional gaming spaces in favor of interoperability and access, inviting everyone to play and create.

# 2021

**2021**

**APRIL**

**2/1**
Garga texts Gordon, "Let's make a NFT"

**2/8**
Yuga Labs, LLC is formed

**4/17**

Bored Ape Yacht Club (BAYC) is announced on Twitter with the first roadmap

**4/23**

The BAYC pre-sale begins. All 10,000 NFTs are available to mint for 0.08ETH

**4/30**

Collaborative bathroom wall launches, the first thing drawn is a penis

**5/1**

The collection sells out overnight

**5/9**

Lofi YouTube Channel

**5/29**

First BAYC token-gated merch

**6/14**

First community grant winners announced: Jenkins The Valet, Josh Ong, & others

**6/18**

Bored Ape Kennel Club (BAKC), companion dog NFTs, available for free for BAYC holders

**6/25**

BAKC dogs revealed

**6/30**

First donation to animal charities from BAKC royalties (final number over $1M)

**8/6**

Second BAYC merch

**8/21**

BAYC X The Hundreds merch collab

**8/28**

**8/28**

**Mutant Ape Yacht Club (MAYC) launches with serum airdrop & dutch auction**

---

**9/9**

**Sotheby's auction of BAYC #101 closes at $24M**

---

**9/13**

**BAYC treasure hunt**

---

**9/21**

**Roadmap 2.0**

---

**9/27**

**Four Bored Apes are auctioned at Christie's for a cumulative HKD 22.1M**

---

**10/12**

**Guy Oseary announces that he'll be managing BAYC**

---

**10/20**

**J1mmy.eth sells his gold ape at the Sotheby's metaverse auction for $2.8M**

---

**10/22**

**MAYC Merch**

---

**10/31-11/6**

**First Annual ApeFest in NYC hosted on a yacht**

---

**11/1**

**BAYC is on the cover of Rolling Stone**

---

**11/10**

**SuperRare Auction of Bored Ape Rolling Stone covers**

---

**12/17**

**Adidas enter the metaverse with a Bored Ape**



**2022**

**JANUARY**

**1/1** Nicole Muniz, aka V Strange, introduced as CEO

**MARCH**

**1/21** Apes v Mutants Mobile Game

**3/8** Yuga donates $1M to Ukraine

**3/11** CryptoPunks and Meebits join the Yugaverse

**3/17** Yuga adopts ApeCoin as the primary token

**3/17** 6.25% of Yuga Labs' holdings of ApeCoin are pledged to the Jane Goodall Foundation

**3/18** Otherside, a gamified metaverse, is announced

**3/22** Yuga closes $450M in seed funding at $4B valuation

**3/28** March '22 merch

**4/14**

# BAYC x Superplastic

**4/30**

# Ape NFT holders are eligible to claim Otherdeed NFTs

**5/12**

# Improbable becomes technical partner for Otherside

**6/20 - 6/23**

# ApeFest '22

**6/22**

# Rolling Stone x BAYC/MAYC NFT 2022 auction and print sale

**6/24**

# BAYC merch with Snoop x Eminem

**7/16**

# Otherside makes web3 history with First Trip tech demo

**8/20**

# IP licenses for CryptoPunks and Meebits are released to the community

**8/28**

# Snoop & Eminem perform "From the D to the LBC" at VMA's

**9/1**

# Founders are on Guy Raz's podcast, 'How I Built This'

**9/21**

# Otherside second trailer

**9/22**

# The first CryptoPunks newsletter, Punks Post, is published

**10/5**

# BAYC Community Council announced

**10/15**

# Sandbox Experience Miami 2035

**10/11**
Punks.app restoration project starts

**10/12**
$1M pledge to arts and education in hometown of Miami

**10/26**
BAYC x McBess x DudesFactory merch

**11/3**
Meebits get a new website and rebrand

**11/8**
News website launches, news.yuga.com

**11/14**
WENEW and 10KTF join the Yugaverse

**11/23**
$150K donation in partnership with NTS Live for Miami music programs

**11/30**
BAYC won Decrypt's first-annual Cryptie Award for "Best NFT Collection"

**12/2**
CryptoPunk #305 is donated to ICA Miami's permanent collection

**12/2**
"The Fucking Metaverse" podcast

**12/5**
Yuga Labs is on CoinDesk's Most Influential 2022 list

# AND WE'RE STILL BUILDING

Home
About
Press
Careers

Privacy Policy
Terms of Use

Twitter
Instagram

Yuga Labs

Home About Press Careers

Yuga's Summary Judgment Exhibit 12
Pg. 17
YUGALABS_00030230