# Exhibit 14

# WELCOME TO THE BORED APE YACHT CLUB

A limited NFT collection where the token itself doubles as your membership to a swamp club for apes. The club is open! Ape in with us.

ENTER

GET ON THE LIST

Email Address

© 2021 Yuga Labs LLC
Terms & Conditions

Yuga's Summary Judgment Exhibit 14
Pg. 23
YUGALABS_00040356