# Exhibit 15



Yuga's Summary Judgment Exhibit 15
Pg. 25
YUGALABS_00002044



Yuga's Summary Judgment Exhibit 15
Pg. 26
YUGALABS_00002046