# Exhibit 16

**Captured at: 12/07/2022, 03:32 PM**
**URL: https://opensea.io/collection/boredapeyachtclub**

 **OpenSea**   Search items, collections, and accounts



# Bored Ape Yacht Club 

By YugaLabs 

Items **9,998**  ·  Created **Apr 2021**  ·  Creator fee **2.5%**  ·  Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles...
See more ⌄

| | | | | | |
|---|---|---|---|---|---|
| **695,035 ETH** total volume | **67.99 WETH** floor price | **64.01 WETH** best offer | **6%** listed | **6,423** owners | **64%** unique owners |

**Items**    Analytics BETA    Activity

Search by name or attribute

⇌ Filters

↑↓ Sort

**Make collection offer**

↻ Updated 5s ago

**10,000 items**

**Yuga's Summary Judgment Exhibit 16**
**Pg. 28**
YUGALABS_00027531