# Exhibit 17



# Bored Ape Yacht Club ✓
@BoredApeYC

To become a member, buy a Bored Ape or Mutant Ape on OpenSea. Discord: discord.gg/bayc Created by @yugalabs

◎ The Swamp   🔗 boredapeyachtclub.com   📅 Joined April 2021

5,493 Following    965K Followers

Yuga's Summary Judgment Exhibit 17
Pg. 30
YUGALABS_00002269