# Exhibit 28

**hwonder**  30-May-22 12:56 PM
 Image attachment
its not bad ...

**middlemarch.eth**  30-May-22 12:57 PM
Looks pro af to me
Seamless
No feeling of "cool a new empty ghost town"

**Pauly Shore**  30-May-22 12:58 PM
Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side
I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements
- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve (edited)
- price increase (edited)

**hwonder**  30-May-22 01:04 PM
fat finger floor reserve

**Pauly Shore**  30-May-22 01:14 PM
 Image attachment
I actually think it's a very good idea to include every Yuga asset on our marketplace
More royalties for us + more reason to own the rrbayc as a ticket to use our@utility and save money + much larger audience
More work for sure, but much higher likelihood of generating more royalties and users

**middlemarch.eth**  30-May-22 01:31 PM
==Few thoughts on the wrapper as it was posted in the telegram:==
==If we were to do it I think we would want different metadata in some way so it was less confusing (could perhaps include the word "wrapped")==
==But overall I think we should be very careful about doing this in terms of the confusion it will create==
==Especially at a time when holder count and volume are important to us==

**Pauly Shore**  30-May-22 01:33 PM
==i dont want to start implementing a wrapper==

**middlemarch.eth**  30-May-22 01:33 PM
==Agreed==

**Pauly Shore**  30-May-22 01:33 PM
==these users are too unsophisticated==
==by far==

**middlemarch.eth**  30-May-22 02:54 PM
@hwonder I think I have a fix for the events thing
https://github.com/RogerPodacter/RRBAYC/pull/70/files
Want to step through it when you have a moment?

**middlemarch.eth**  30-May-22 03:26 PM

You just told me that!

**Pauly Shore** 31-May-22 09:03 AM
I didn't see the 30

**middlemarch.eth** 31-May-22 09:03 AM
Ok boom

**Pauly Shore** 31-May-22 09:03 AM
I just saw bought 7
I just opened my eyes lol
Still half asleep

**middlemarch.eth** 31-May-22 09:04 AM
Haha you've got me double checking
But yeah this wallet is funded by that whale
Which you identified as C

**Pauly Shore** 31-May-22 09:04 AM
We need to get Cameron to shill it
Kiosko told me it was him

**middlemarch.eth** 31-May-22 09:04 AM
Like that Goblin Tweet
How he's bragging about flipping

**Pauly Shore** 31-May-22 09:04 AM
Yeah

**middlemarch.eth** 31-May-22 09:04 AM
He is probably buying RRBAYC to do the same kind of tweet!
Or maybe he just likes the art
Basically he sees the opportunity to make money
Is my theory

**Pauly Shore** 31-May-22 09:05 AM
My buddy is a gq photographer and he loves this project
I think they are buddies
Dude all the right people know about this
==It's just too advanced of a narrative for average hoes==
==Joes==
I think if we can start amplifying the fact that mutants and BAYCs can use the marketplace if they own an RRBAYC and save 4% on royalties
That is going to push us hardddd
We need some simple slides

**middlemarch.eth** 31-May-22 09:08 AM
I'll get with H when he's up
Curious to see what's going on with the market itsefl!
Screenshots look great

**Pauly Shore** 31-May-22 09:08 AM

**middlemarch.eth** 31-May-22 09:24 AM
I agree, the art must change!
Sorry
Ppl making mistakes with apes is already a huge meme
We have to be the "anti-mistake" marketplace
Which means we cannot sell a conceptual collection with the same art
It's actually insane to do that
Remember the "average joes"?

**Pauly Shore** 31-May-22 09:24 AM
I mean that is unavoidable
Right now the price difference is 1/1000th
Lol

**middlemarch.eth** 31-May-22 09:25 AM
Yeah but ppl sell apes for 1/1000th! (edited)

**Pauly Shore** 31-May-22 09:25 AM
Or 500th

**middlemarch.eth** 31-May-22 09:25 AM
By mistake
What about Getty Images?

> **middlemarch.eth** Yeah but ppl sell apes for 1/1000th! (edited)

**Pauly Shore** 31-May-22 09:25 AM
😂
I'll default to ryder on how he wants to handle it
As it's part of the artistic statement

**middlemarch.eth** 31-May-22 09:31 AM
Bad pitch
[Image attachment]
Anyway yeah let the artist say
But I would not in the marketing show screenshots like the ones H showed
==Because it is too confusing to the "average joe"==
IMO
STRICTLY IMHO

**Pauly Shore** 31-May-22 09:32 AM
Lmao

> **middlemarch.eth** Because it is too confusing to the "average joe"

**Pauly Shore** 31-May-22 09:33 AM
I think we could also have a label under the logo
That denotes which collection you are viewing or something

**middlemarch.eth** 31-May-22 09:33 AM
Or it could be a different color or osmething
==IDK, my only vibe from last night is that we should not under-estimate how confusing it is==

Damn there was a sale!

Nice

**Pauly Shore** 03-Jun-22 04:34 PM

oops

Image attachment

**middlemarch.eth** 03-Jun-22 04:35 PM

Uhhh idk seems like the copymint thing was working correctly no?

**Pauly Shore** 03-Jun-22 04:38 PM

https://twitter.com/pauly0x/status/1532823861430996994?s=21&t=YDDILBvMiT0K-vrW0Hu8jA

> **PAULY🔜 (@Pauly0x)**
>
> Automated internet art censorship, brought to you by the people who don't even know what a Non-Fungible Token is @opensea.
>
> Hey @Matt_OpenSea can you please turn the art censorship robots off for us ? We are tired of wasting our time and energy here.
>
> Cc: @xanderatallah @dfinzer
>
> Image
>
> Footer icon  Twitter • 03-Jun-22 04:37 PM

> **middlemarch.eth** Uhhh idk seems like the copymint thing was working correctly no?

**Pauly Shore** 03-Jun-22 04:38 PM

unsure

**hwonder** 03-Jun-22 05:15 PM

is the collection side being reduced

on OS

> **middlemarch.eth** @hwonder should we commit to / get the contract(s) audited

**hwonder** 03-Jun-22 05:19 PM

we can. trying to think of who... or we can just open source it all......

**middlemarch.eth** 03-Jun-22 05:58 PM

Definitely open source, just do we want to get a "third party stamp of approval" idk

Maybe no one cares about this

NLL was famously burned by fake audit I guess

**hwonder** 03-Jun-22 06:09 PM

i am of the andre belief

audit is bs

**middlemarch.eth** 03-Jun-22 06:11 PM

==Ah but do the SHEEPLE like it?==

But yeah who cares

==Ppl will not read the contract==

And those who do will not trust an audit anyway

And no rubber stamp will appease the haters

Sad we're back off OS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Yuga's Summary Judgment Exhibit 28
Page 33
RIPPSCAHEN00002665

there might be some more press

> **ryder** i dont see it happeneing

**Pauly Shore** 07-Jun-22 06:08 PM
I think we will gradually keep selling

**hwonder** 07-Jun-22 06:08 PM
16k humans
50% max addressable market in single project

**ryder** 07-Jun-22 06:08 PM
and that youtube guy is putting out his ape epose soon

**Pauly Shore** 07-Jun-22 06:08 PM
And get some pumps from@the new rollouts

**ryder** 07-Jun-22 06:08 PM
it wont
we have captured all we can through this method
perhaps hosting spaces 24/7
will get 1000 more people
but not 4500

**Pauly Shore** 07-Jun-22 06:09 PM
Nah i think we will sell out just gradually

**ryder** 07-Jun-22 06:09 PM
==in order to get that we would need traditional methods of garbage influencers or new methods of unsourced hype from unexpected places==

**Pauly Shore** 07-Jun-22 06:09 PM
Market conditions huge factor

**ryder** 07-Jun-22 06:09 PM
==such as local news==
==controversy==
==umm==
==art press==
==maybe==
==ummm law stuff==
==or some unexpected event==
==like someone unearths a shitload of yuga dirt==
==thats probably most likely tbh==

**Pauly Shore** 07-Jun-22 06:10 PM
==Im bullish on minting out==

**ryder** 07-Jun-22 06:10 PM
when

**Pauly Shore** 07-Jun-22 06:11 PM
It will be slow