# Exhibit 29



# DOMAIN CONTACTS UPDATE CONFIRMATION EMAIL (NEW REGISTRANT)   External      Inbox 



**NameCheap.com Support** <support@namecheap.com>   Wed, Dec 22, 2021, 3:39 PM
to Ryder, NameCheap.com

The request to change the Registrant contact details has been fulfilled.

The changes in question are listed below:

| **Old Registrant** | | **New Registrant** | |
|---|---|---|---|
| Organization Name | : Privacy service provided by Withheld for Privacy ehf | OrganizationName | : OKFocus |
| First Name | : Withheld for | First Name | : Ryder |
| Last Name | : Privacy Purposes | Last Name | : Ripps |
| Email Address | : support@namecheap.com | Email Address | : frontdesk@okfoc.us |

These changes apply to the following domain(s):

apemarket.com


 **Namecheap Support** <support@namecheap.com>   Wed, Dec 22, 2021, 12:56 PM
to frontdesk



# Order Received

Hi Ryder,

Good news, we have received your order!

## Order Details

| | |
|---|---|
| Domain Name | apemarket.com |
| Order ID | 86236770 |
| Username | okfocus |

### What's next?

Your domain will be delivered straight to your Namecheap account. We may need some additional details to confirm your purchase, so keep an eye on your inbox or listen out for a phone call.

Please be aware that it can take some time for the domain to be delivered. It could be with you in as little as 2 hours, although in some cases it could take up to 72 hours.

### We're here for you 24/7

As always, if you have any questions, please don't hesitate to contact our Customer Support Team day or night.

Chat with a Live Person →

Yuga's Summary Judgment Exhibit 29
Page 37

# DOMAIN CONTACTS UPDATE CONFIRMATION EMAIL (OLD REGISTRANT)  External  Inbox ×

**NameCheap.com Support** <support@namecheap.com>   Wed, Dec 22, 2021, 3:39 PM
to Ryder, support

The request to change the Registrant contact details has been fulfilled.

The changes in question are listed below:

| | Old Registrant | | New Registrant |
|---|---|---|---|
| **Organization Name** | : OKFocus | **OrganizationName** | : Privacy service provided by Withheld for Privacy ehf |
| **First Name** | : Ryder | **First Name** | : Redacted |
| **Last Name** | : Ripps | **Last Name** | : for Privacy |
| **Email Address** | : frontdesk@okfoc.us | **Email Address** | : 7b12abb57bec455a8d8ac603322ccbdd.protect@withheldforprivacy.com |

These changes apply to the following domain(s):

**apemarket.com**



# Namecheap Order Summary (Order# 86236770)  Inbox ×

**Namecheap Support** <support@namecheap.com>     Wed, Dec 22, 2021, 1:00 PM
to Ryder

**Namecheap Order Summary**
Date: Dec 22, 2021 03:56:13 PM EST

Dear Ryder,

Thank you for choosing Namecheap. Here's a summary of your order.

**Order Details**

| | | | | |
|---|---|---|---|---|
| Order Date: | Dec 22, 2021 03:56:09 PM | Payment Source: | | Credit Card ***(* * * * 2003) |
| Order Number: | 86236770 | Initial Charge: | | $2888.00 |
| Transaction ID: | 100590909 | Final Cost: | | $2888.00 |
| User Name: | okfocus | | | |
| Address: | 11-11 44th Rd. #201 | Total Refund: | | N/A |
| | Long Island City | Refund Transaction ID: | | N/A |
| | NY,11101 | Refunded To: | | N/A |
| | US | | | |

| TITLE | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|
| | | | | $2888.00 |
| Premium Domain apemarket.com | 1 | 1 year | $2888.00 | Setup $0.00 |
| | | | Sub Total | $0.00 |
| | | | TOTAL | **$2888.00** |

**Additional Transaction Details**

Order Ref #   okfocus-108.185.23.142-fd0f2acb9000455b9cfd5751d0e5787e
Approval #    ch_3K9br1I2aKwfvOvn1Vusmrn2

**Hosting:**
If you've purchased a hosting plan, its activation and setup will start soon →. Once both are complete, we'll send you a welcome email with your IP address and hosting account information.

**SSL Certificates:**
If you've purchased an SSL certificate, you will need to enable the SSL on your server. However, if you purchased a renewal PositiveSSL or EssentialSSL for a domain on Namecheap Shared Hosting, it should be installed automatically within an hour of the purchase.

**Premium domains:**
Please note that the premium purchase may take 24-72 hours to complete. We might get in touch with you to confirm purchase details. Please see our Knowledgebase for more information.

**Transfers:**
If you are transferring domains that require an Auth Code (or "EPP code"), we'll let you know. If it's required, please obtain the Auth Code from your previous registrar and enter it via your Account Panel.

**Renewals:**
We strongly encourage you to select auto-renewal for your domains and other products, whenever the option is available. We offer a variety of payment options for auto-renewals.

Feel free to contact our Customer Service team if you have any questions or concerns. They're available 24/7.

Regards,
Team Namecheap
https://www.namecheap.com/

Yuga's Summary Judgment Exhibit 29
Page 39