# Exhibit 30

A Message from Foundation Trust & Safety External Inbox ×



**Foundation Support** <support@foundation.app>
to me

Wed, Jun 22, 2022, 10:55 AM

This ticket was created on your behalf.

**Foundation Trust & Safety** (Foundation)
Jun 22, 2022, 1:55 PM EDT

Hello,

In accordance with a notice of trademark infringement we received from Yuga Labs, Inc., we have removed your Collection, Bored Ape Yacht Club, from public view. You can find the notice of infringement attached below.

In order for us to restore your Collection back onto Foundation, we recommend that you reach out to the trademark owner to resolve the dispute.

Regards,
Foundation Trust & Safety

---

We are contacting you as the DMCA Agent regarding content (the "Infringing Content") offered on your platform which infringes on the Trademark owned by Yuga Labs, Inc. ("Yuga Labs"). See Exhibit A. We request that you remove the Infringing Content as soon as possible. The necessary information for this takedown request is as follows:

Unauthorized use of Yuga Labs trademarks in listing name, Icon & header images; passing off as official Yuga Labs account; potential consumer confusion and/or harm.
Complainant is the owner of multiple trademarks relevant to this complaint:
Ape Skull Logo : UK00003718328
BAYC : UK00003718333
Bored Ape Yacht Club : UK00003718316
Protected Works:
www.boredapeyachtclub.com

Infringing Content/URLs:
https://foundation.app/collection/bayc

Additional Information:
The Infringing Content uses Trademarked material from www.boredapeyachtclub.com
produced by Yuga Labs without authorization.

Owner Name and Address:
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.
Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the copyright owner, Yuga Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.

Foundation Trust & Safety

More questions?



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY