# Exhibit 32

6/24/22, 7:05 PM
Tom iPhone 14



This is more up to date than listings and it looks cool

6/24/22, 7:07 PM
Tom iPhone 14

Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

6/24/22, 7:17 PM
Tom iPhone 14

We also need new logo and branding direction in light of the trademark thing

6/24/22, 7:17 PM
Pauly Shore

Dis ked "Asking in the rD scord, trying to find that out, but I found an example where it's an hour"

6/24/22, 7:18 PM
Tom iPhone 14

My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

6/24/22, 7:18 PM
Pauly Shore

Liked an image

6/24/22, 7:18 PM
Tom iPhone 14

Collection name could be rendered as "RR/****" or something

6/24/22, 7:18 PM
Tom iPhone 14

"Yuga doesn't want you to know the name of this collection"

6/24/22, 7:18 PM
Pauly Shore

Ok I will talk to ryder about that

6/24/22, 7:19 PM
Tom iPhone 14



Like a menu like this I think RR should look very distinct (strictly my opinion!)

6/24/22, 7:19 PM
Pauly Shore



6/24/22, 7:19 PM
Pauly Shore

I agree

6/24/22, 7:19 PM
Tom iPhone 14

Haha, I think that's very funny but we are past it IMO

6/24/22, 7:19 PM
Tom iPhone 14

Past that stage

6/24/22, 7:20 PM
Tom iPhone 14

Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

**Tom iPhone 14** — 6/24/22, 7:20 PM
> Whereas now with the logo thing we don't look sympathetic to everyone

**Tom iPhone 14** — 6/24/22, 7:20 PM
> Anyway you feel me on this, it's my meme

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

**Pauly Shore:** For sure

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

**Pauly Shore:** Wym

**Tom iPhone 14** — 6/24/22, 7:21 PM
> Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logo is to theirs"

**Tom iPhone 14** — 6/24/22, 7:21 PM
> Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

**Pauly Shore** — 6/25/22, 4:48 AM: Sorry I fell asleep

**Pauly Shore** — 6/25/22, 4:49 AM: And woke up to chaos

**Tom iPhone 14** — 6/25/22, 10:01 AM
> 5 mins

**Pauly Shore** — 6/25/22, 10:01 AM: I'm not ready for team call yet

**Pauly Shore** — 6/25/22, 10:01 AM:

[Screenshot of iMessage, Today 9:49 AM: "Hi Jeremy, I'm a reporter at The Daily Beast. Just wanted to check if you had any thoughts or comment on the Yuga Labs lawsuit? Thanks!" — "The sender is not in your contact list. Report Junk"]

**Pauly Shore** — 6/25/22, 10:01 AM: Curious your thoughts