# Exhibit 33



> **5/25/22, 2:19 PM** — Tom iPhone 14
> Ryder mints then
>
> **5/25/22, 2:19 PM** — Tom iPhone 14
> This is a pre pay system
>
> **5/25/22, 2:24 PM**
> This is quite crazy definitely some people will buy thinking they are buying originals!
>
> **5/25/22, 2:24 PM** — Tom iPhone 14
> Bro there is a checkbox
>
> **5/25/22, 2:24 PM** — Tom iPhone 14
> On the site
>
> 5/25/22, 2:24 PM (Viewed 5/25/22, 2:25 PM)
>
> Im talking about the foundation site
>
> **5/25/22, 2:25 PM** — Tom iPhone 14
> Ah true
>
> **5/25/22, 2:26 PM** — Tom iPhone 14
> Well ppl should do their Researxh!
>
> **5/25/22, 2:26 PM** — Tom iPhone 14
> Foundation is weird tho bc Someone can sell something they didn't create
>
> **5/25/22, 2:26 PM** — Tom iPhone 14
> So yeah idk
>
> **5/25/22, 2:26 PM** — Tom iPhone 14
> Check the chain
>
> **5/25/22, 2:26 PM** — Tom iPhone 14
> I'm a bro
>
> 5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
>
> Check the chain>
>
> 5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
>
> ?
>
> 5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)

CONFIDENTIAL

CONFIDENTIAL

LEHMAN0000077

LEHMAN0000077

**Yuga's Summary Judgment Exhibit 33**
Page 51