# Exhibit 38

CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4

    _____
 5                                     )
    YUGA LABS, INC.,                   )CASE NO.:
 6                                     )
                       Plaintiff,      )2:18-cv-00514-
 7                                     )ACA'22-cv-04355-
                v.                     )JFW-JEM
 8                                     )
    RYDER RIPPS, JEREMY CAHEN, DOES    )
 9  1-10,                              )
                                       )
10                     Defendants.     )
    _____)
11
12
13
14
15      DEPOSITION OF RYDER RIPPS, VOLUME I
16      TAKEN ON BEHALF OF THE PLAINTIFF
17      IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18      9:07 A.M. AND ENDING AT 6:19 P.M., ON
19      THURSDAY, JANUARY 12, 2023, BEFORE
20      NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21      REPORTER NUMBER 14125.
22
23
24
25
```

Page 2

| | | |
|---|---|---|
| 1 | asked something different.  He answered the when. | 09:45:15 |
| 2 | You asked him, "What was it?"  He's answering that. | 09:45:16 |
| 3 | Please let him finish his answer. | 09:45:19 |
| 4 |     A.   So, yeah, to understand RR/BAYC, it really | 09:45:23 |
| 5 | can't be understood in a vacuum.  If I was to tell | 09:45:27 |
| 6 | the story of RR/BAYC, I would have to explain the | 09:45:30 |
| 7 | story of the entirety of our protest that has been | 09:45:33 |
| 8 | going on for a while and the entirety of my work | 09:45:37 |
| 9 | that has been going on for a while and my work in | 09:45:42 |
| 10 | appropriation art, and you'd actually have to go | 09:45:46 |
| 11 | back and understand appropriation art, and maybe | 09:45:48 |
| 12 | you'd have to understand a little bit about, you | 09:45:51 |
| 13 | know, the scope of the art history over the past | 09:45:54 |
| 14 | hundred years or so to have a full understanding. | 09:45:56 |
| 15 |     So when you say "When did you start | 09:45:59 |
| 16 | talking about RR/BAYC?" well, it's a conversation | 09:46:00 |
| 17 | that has been -- that has been being had for years. | 09:46:03 |
| 18 |     Q.   What domains have you registered in | 09:46:11 |
| 19 | connection with the RR/BAYC project? | 09:46:15 |
| 20 |     A.   RRBAYC.com. | 09:46:17 |
| 21 |     Q.   And when did you register that domain? | 09:46:21 |
| 22 |     A.   I don't remember the exact date, but I | 09:46:23 |
| 23 | think it was right around some of the first mints of | 09:46:25 |
| 24 | it.  So I think mid-may or something like that. | 09:46:31 |
| 25 |     Q.   Did you also register ApeMarket.com? | 09:46:35 |

Page 36

| | | |
|---|---|---|
| 1 | A.  I did register that but not in conjunction | 09:46:40 |
| 2 | with RR/BAYC. | 09:46:42 |
| 3 | Q.  When did you register ApeMarket.com? | 09:46:43 |
| 4 | A.  I think the very, very end of December of | 09:46:49 |
| 5 | 2021. | 09:46:52 |
| 6 | Q.  So you registered ApeMarket.com before | 09:46:56 |
| 7 | RRBAYC.com? | 09:47:04 |
| 8 | A.  Yeah.  They don't really have much to do | 09:47:04 |
| 9 | with each other.  I mean, they are similar in terms | 09:47:06 |
| 10 | of there's some crossover in terms of maybe the | 09:47:13 |
| 11 | ideas that we would want to express, but Ape Market | 09:47:16 |
| 12 | never existed.  So Ape Market -- I don't even know | 09:47:19 |
| 13 | what Ape Market is, or was, or could have been. | 09:47:22 |
| 14 | Q.  Did -- have you -- are you still thinking | 09:47:27 |
| 15 | about launching Ape Market? | 09:47:31 |
| 16 | A.  Am I thinking about launching it?  I mean, | 09:47:34 |
| 17 | that's -- I don't know.  I might have had a dream | 09:47:37 |
| 18 | last night where I came across in the dream -- and | 09:47:40 |
| 19 | to be honest, a lot of my dreams, I only remember, | 09:47:44 |
| 20 | like, the last, I think, like, minute when I get up. | 09:47:47 |
| 21 | So it's possible that it crossed my mind before. | 09:47:50 |
| 22 | Q.  Do you have a present intent to launch Ape | 09:47:54 |
| 23 | Market? | 09:47:57 |
| 24 | A.  Presently?  As I sit here right now, no. | 09:47:57 |
| 25 | And I don't even know what launching it is because I | 09:48:00 |

Page 37

```
 1    term on any marketplace pages for the RR/BAYC NFTs?          10:35:08
 2         A.   I don't know what you -- I don't -- a              10:35:16
 3    marketplace page, no.  I mean, I don't think that            10:35:19
 4    that's what -- I don't know.  I've discussed the             10:35:23
 5    Bored Ape Yacht Club.  Is Twitter a marketplace?             10:35:28
 6    Twitter sells stuff.  I mean, you can definitely buy         10:35:32
 7    things on Twitter; so I've definitely discussed              10:35:35
 8    Bored Ape Yacht Club on Twitter before, yes.                 10:35:39
 9         Q.   Not only the discussions.  So how about on         10:35:41
10    the Foundation marketplace?  Are you familiar with           10:35:43
11    the Foundation marketplace?                                  10:35:46
12         A.   I am familiar with it.  I have a -- I've           10:35:47
13    been a long-standing user of Foundation.  One of             10:35:50
14    my -- one of my good friends who curated her first           10:35:52
15    art show in 2010 is a curator of Foundation.  Her            10:35:55
16    name is Lindsay Howard.  So I'm familiar with                10:36:00
17    Foundation, yeah.                                            10:36:03
18         Q.   And did you use the term "Bored Ape Yacht          10:36:04
19    Club" on Foundation in connection with RR/BAYC NFTs?         10:36:12
20         A.   Well, RR/BAYC NFTs says -- it stands for           10:36:23
21    "RR/BAYC Bored Ape Yacht Club," and they were first          10:36:25
22    minted on Foundation.  So on my Foundation page,             10:36:29
23    which is Ryder Ripps Foundation page, their part of          10:36:32
24    the work which was created there is -- is Bored Ape          10:36:39
25    Yacht Club, RR/BAYC is the artwork.                          10:36:44
```

Page 60

```
1        Q.   So you use BAYC on the Foundation page?        10:36:48
2        A.   In addition to Ryder Ripps.  Ryder             10:36:56
3   Ripps/Bored Ape Yacht Club is the name of the art        10:36:56
4   piece that is subject of this litigation, I believe.    10:37:08
5        Q.   And you use the phrase "Bored Ape Yacht        10:37:10
6   Club"?                                                   10:37:12
7        A.   Not by itself ever.  It's always been in       10:37:12
8   the context of Ryder Ripps.  Just like the name of       10:37:15
9   the project is Ryder Ripps/Bored Ape Yacht Club.         10:37:19
10       Q.   You've never used the phrase "Bored Ape        10:37:29
11  Yacht Club" without Ryder Ripps right next to it?        10:37:34
12       A.   No.                                            10:37:37
13       Q.   Have you ever used the letters BAYC            10:37:37
14  without the RR next to it?                               10:37:40
15       A.   To discuss BAYC perhaps.                       10:37:41
16       Q.   Have you used the phrase "Bored Ape" --        10:37:44
17       A.   Bored Ape?                                     10:38:05
18       Q.   -- to -- in connection with the transfer       10:38:06
19  of RR/BAYC NFTs?                                         10:38:12
20       A.   I can't remember if I have.                    10:38:16
21       Q.   How about we go to --                          10:38:17
22       A.   Do you want to let me know what this           10:38:25
23  document is.                                             10:38:27
24       Q.   -- to page 3.                                  10:38:28
25            Which document?                                10:38:30
```

Page 61

| | | |
|---|---|---|
| 1 | transferred.  It's a decentralized thing; so it can | 11:07:19 |
| 2 | be transferred many, many different ways. | 11:07:23 |
| 3 |     Q.   Were -- were RR/BAYC NFTs available for | 11:07:25 |
| 4 | transfer on OpenSea? | 11:07:32 |
| 5 |     A.   Not by me. | 11:07:33 |
| 6 |     Q.   But you had a page on OpenSea? | 11:07:34 |
| 7 |     A.   I had a page?  Did I have a page?  No. | 11:07:38 |
| 8 | Perhaps RR/BAYC collection had a page on OpenSea. | 11:07:44 |
| 9 |     Q.   And who ran that collection? | 11:07:47 |
| 10 |     A.   Who ran that collection?  I did because I | 11:07:50 |
| 11 | have the keys to the RR/BAYC. | 11:07:55 |
| 12 |     Q.   And what did the RR/BAYC collection on | 11:07:56 |
| 13 | OpenSea look like? | 11:08:03 |
| 14 |     A.   I'm not sure. | 11:08:05 |
| 15 |     MR. TOMPROS:  I object.  Vague. | 11:08:06 |
| 16 |     Make sure you give me a second to object. | 11:08:07 |
| 17 |     THE WITNESS:  I'm sorry about that. | 11:08:10 |
| 18 |     MR. TOMPROS:  That's okay. | 11:08:10 |
| 19 |     Q.   You didn't capture a picture of what the | 11:08:13 |
| 20 | OpenSea page looked like on -- for the RR/BAYC NFTs? | 11:08:17 |
| 21 |     A.   I can't remember if I did. | 11:08:24 |
| 22 |     Q.   Do you have any images of what the RR/BAYC | 11:08:25 |
| 23 | NFT page looked like on OpenSea? | 11:08:33 |
| 24 |     A.   I do remember at one point making the | 11:08:37 |
| 25 | background image the banner, if you will, to say | 11:08:47 |

Page 81

```
 1      "Long Live Conceptual Art," or something like that,         11:08:50
 2      or "You can't copy an NFT," or something along those        11:08:53
 3      lines, or -- and I do remember making sure that             11:08:56
 4      people had a link to RRBAYC.com, which is the artist        11:09:02
 5      statement at which all the RR/BAYCs -- or, I would          11:09:08
 6      say, the vast majority of them were sold through            11:09:13
 7      RRBAYC.com.                                                 11:09:18
 8           Q.   How many of the RR/BAYC NFTs were sold            11:09:19
 9      through RRBAYC.com?                                         11:09:32
10           A.   I can't give you an exact figure.                 11:09:34
11           Q.   How many were sold through Foundation?            11:09:36
12           A.   Well, technically, all of them were               11:09:38
13      because it was a Foundation contract, so...                 11:09:41
14               But I don't know, like I said, this word           11:09:51
15      "sold" is -- is something that I think needs a lot          11:09:53
16      of clarity because the way NFT works is much more           11:09:58
17      like a transfer than like buying, you know, a candy         11:10:04
18      bar at 7-Eleven or something.  It doesn't have that         11:10:06
19      same type of qualities to the transaction.                  11:10:09
20           Q.   You mentioned before that in response to a        11:10:17
21      takedown on OpenSea for trademark infringement, you         11:10:20
22      tried to get your project back up on OpenSea; is            11:10:26
23      that correct?                                               11:10:33
24           A.   Yeah, I did.                                      11:10:33
25           Q.   And what was your strategy for trying to          11:10:34
```

```
 1    know that there are tokens, and I know that an NFT      11:57:00
 2    is a non-fungible token, but what a tracker is, I       11:57:07
 3    think that's actually pretty -- pretty vague terms,     11:57:11
 4    and I don't know.                                       11:57:18
 5         Q.   Are you familiar with --                      11:57:26
 6         A.   But, yeah, I have created an artwork          11:57:27
 7    called "Ryder Ripps/Bored Ape Yacht Club" and --        11:57:31
 8    yeah.                                                   11:57:33
 9         Q.   And what is the name of the token for the     11:57:33
10    artwork that you said is called "Ryder Ripps/Bored      11:57:44
11    Ape Yacht Club"?                                        11:57:50
12         A.   I call it "Ryder Ripps/Bored Ape Yacht        11:57:50
13    Club."                                                  11:57:54
14         Q.   What is the name on the Ethereum              11:57:54
15    blockchain token?                                       11:57:57
16              MR. TOMPROS:  I object to form.  Calls for    11:57:58
17    speculation.  Vague.                                    11:58:00
18         A.   I mean, the name of anything on the -- so     11:58:01
19    I think what's important about an NFT is -- is the      11:58:08
20    data behind the NFT and the data behind -- because      11:58:13
21    an NFT, at the end of the day, is data.  It's just,     11:58:16
22    like I said, a bookmark that signifies something        11:58:20
23    that exists on the blockchain.                          11:58:23
24              And the blockchain is this public ledger      11:58:24
25    that is distributed in a decentralized manner           11:58:27
```

Page 104

```
 1    amongst many computers, all of whom don't even          11:58:31
 2    really know each other, unlike a centralized website    11:58:35
 3    where someone has access and ownership of a server      11:58:38
 4    and stuff like that.                                    11:58:41
 5            So to understand any single thing on the        11:58:42
 6    blockchain, you have to understand -- it's like --      11:58:47
 7    it would be like reading a book and then taking out     11:58:52
 8    a sentence.  Like, that's not the book.  So, like,     11:58:57
 9    the NFT is not any one of these things.  The NFT is     11:59:00
10    the entirety of the things.  The creator, the date     11:59:05
11    it was created, the owner of the token, the current   11:59:10
12    token, the block at which it existed on, all of       11:59:16
13    these very contextual elements make up what an NFT    11:59:25
14    is.                                                    11:59:29
15            And the RR/BAYC NFT art piece, the Ryder       11:59:30
16    Ripps/Bored Ape Yacht Club art piece is -- cannot be   11:59:38
17    understood.  And the art is not anything besides the   11:59:41
18    sum of what an NFT is because the artwork is an NFT.   11:59:47
19            So in order to understand one of the          11:59:52
20    artworks, you have to -- you have to see the NFT.     11:59:55
21    And to my understanding, there was around             12:00:00
22    9,000-something artworks that I created under         12:00:04
23    RR/BAYC, and each one you would have to understand    12:00:08
24    the context and the -- the specific -- the specifics 12:00:13
25    of that token because what we're talking about here   12:00:18
```

Page 105

```
 1    are tokens.                                            12:00:22
 2          Q.   And -- question was:  What is the name of   12:00:24
 3    that token?                                            12:00:28
 4          A.   Ryder Ripps/Bored Ape Yacht Club.           12:00:30
 5          Q.   Where does it say that on the Ethereum      12:00:32
 6    blockchain?                                            12:00:34
 7          A.   It says "contract creator" -- on this       12:00:35
 8    thing, I'm looking at "Contract Creator:  Ryder        12:00:40
 9    Ripps," and then, it says "Bored Ape Yacht Club."      12:00:42
10    But it doesn't -- that Etherscan version of this       12:00:46
11    doesn't have to say that.  That's not what -- that's   12:00:52
12    not what the NFT is.  The NFT is a verifiable set of   12:00:56
13    data, a large set of data, and that is what the NFT    12:01:06
14    is.                                                    12:01:11
15              So Etherscan is not a website I designed.    12:01:13
16    It's a tool that is -- that is used to verify          12:01:16
17    things.  And as I said earlier, this tool is not       12:01:21
18    used as a piece of paper printout.  It's used as a     12:01:26
19    website, which has links, and you can copy and paste   12:01:29
20    things, and you can do -- do things with it.  You      12:01:32
21    can interact with it.                                  12:01:34
22              And so, you know, I don't know -- like, I    12:01:36
23    don't know why Etherscan does what it does.  It's      12:01:41
24    not my website, but if you were to look at the raw     12:01:45
25    data on the blockchain, it would display completely    12:01:47
```

Page 106

CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1              CERTIFIED STENOGRAPHER'S CERTIFICATE
 2      STATE OF CALIFORNIA    )
                               ) SS.
 3      COUNTY OF LOS ANGELES  )
 4
 5              I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6              I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7      REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8      CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9      REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10      FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11              I AM NOT FINANCIALLY INTERESTED IN THIS
12      ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13      ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14      (CIV. PROC. § 2025.320(A))
15              I AM AUTHORIZED TO ADMINISTER OATHS OR
16      AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17      PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18      EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
19      AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20      2025.540(A))
21              I AM THE CERTIFIED OFFICER THAT
22      STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23      FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24      A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25      2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8            I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED:  February 2, 2023
20
21
22              [signature]

                NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25

                                                   Page 304
```