# Exhibit 40

```
 1                  UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4    YUGA LABS, INC.,             )
                                   )
 5                  Plaintiff,     )
                                   )
 6    vs.                          )Case No.
                                   )2:22-cv-04355-JFW-JEM
 7    RYDER RIPPS and JEREMY       )
      CAHEN,                       )
 8                                 )
                    Defendants.    )
 9    _____)
10
11
12                       CONFIDENTIAL
13           VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14            Taken on Wednesday, December 7, 2022
15      By a Certified Stenographer and Legal Videographer
16                     At 9:11 a.m.
17           At 9275 West Russell Road, Suite 240
18                   Las Vegas, Nevada
19
20
21
22
23           Stenographically reported by:
24         Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

**Yuga's Summary Judgment Exhibit 40**
**Page 104**

```
 1    and SAS model in the sense of it's really

 2    software-oriented, not here's an NFT, click a mint

 3    button, and hopefully there's enough speculation and

 4    hype that everybody minted at that moment.  Market

 5    makers come in -- this wasn't being treated as a

 6    meme coin, as they say, a token.  It was being

 7    treated as something that was a little more involved

 8    than that.

 9        Q.    Do you have an idea what happened on or

10    about June 2, 2022, that led to the increase in

11    mints?

12        A.    I don't remember.

13              (Exhibit 25 marked.)

14    BY MS. CULP:

15        Q.    Do you know what Exhibit 25 is?

16        A.    I don't.  I know it's a smart contract.

17    I don't know which one.

18        Q.    The bottom right tracker says "Bored Ape

19    Yacht Club."

20              Do you see that?

21        A.    Yes.

22        Q.    What does "Bored Ape Yacht Club" refer

23    to?

24        A.    The name that's placed in the token

25    tracker.
```

Page 143

```
 1          Q.        And the name of this token tracker is
 2   Bored Ape Yacht Club?
 3          A.        Correct.
 4          Q.        And in the community of people who buy
 5   NFTs, what is Bored Ape Yacht Club?
 6          A.        It is an NFT -- it's an NFT.
 7          Q.        Made by who?
 8          A.        Made by Yuga Labs.
 9          Q.        In parentheses it says "BAYC."
10                    Do you see that?
11          A.        Yes.
12          Q.        What does "BAYC" refer to?
13          A.        Initials of Bored Ape Yacht Club.
14          Q.        It's an acronym for the Bored Ape Yacht
15   Club NFT made by Yuga Labs?
16          A.        Correct.
17                    (Exhibit 26 marked.)
18   BY MS. CULP:
19          Q.        Do you see Exhibit 26?
20          A.        Yes.
21          Q.        It's a Twitter page, Ape Market?
22          A.        Uh-huh.
23          Q.        And if you look down, looks like three
24   tweets, where it says "Get ready"?
25          A.        Okay.
```

                                        Page 144

Yuga's Summary Judgment Exhibit 40
Page 106

CONFIDENTIAL

```
 1          Q.      And then the "deeds," what is that?

 2          A.      The other deeds made by Yuga Labs.

 3                  (Exhibit 27 marked.)

 4     BY MS. CULP:

 5          Q.      What is Exhibit 27?

 6          A.      RR/BAYC.com -- a printout from

 7     RR/BAYC.com.

 8          Q.      Obviously not the full printout because

 9     there were 10,000 ape images on the website;

10     correct?

11          A.      Correct.

12          Q.      At the very top there's the URL, and

13     we've talked about the domain already; correct?

14          A.      Yes.

15          Q.      Then immediately below that there is a

16     logo; correct?

17          A.      Correct.

18          Q.      What logo is that?

19          A.      That is the protest logo that Ryder

20     created.

21          Q.      The "RR/BAYC" below that refers to Ryder

22     Ripps/Bored Ape Yacht Club, right below the logo?

23          A.      It stands for RR/BAYC, yes.

24          Q.      And all of the images, the ape images

25     that are on the URL, those are the ape images that
```

                                        Page 146

1       point -- that Yuga Labs' BAYC tokens point to and

2       also the RR/BAYC tokens point to?

3           A.      That several collections point to, yes.

4           Q.      And the numbering is the same?

5           A.      The numbers are -- I believe the numbers

6       are referenced the same, yes.

7           Q.      Between the BAYC and the RR/BAYC

8       collections?

9           A.      Correct, yes.   The data from OpenSea

10      populated in the form.

11          Q.      There's a Proton mail account referenced

12      right below -- right above Mr. Ripps' name,

13      RRBAYC@protonmail.com.

14                  Do you see that?

15          A.      Yes.

16          Q.      Did you ever have access to that email

17      account?

18          A.      No.

19          Q.      Have you ever seen any emails that have

20      come in or out of that email account?

21          A.      What do you mean by seen emails?

22          Q.      Like we've seen some examples in Discord

23      where people have screenshotted things and added

24      them to the chat.

25                  Have you ever seen anything that appears

                                            Page 147

Yuga's Summary Judgment Exhibit 40
Page 108

1    to have come from that email account?

2         A.    I believe there might have been a

3    screenshot from somebody who stumbled on this site

4    and linked to some additional literature in support

5    of the protest.

6         Q.    Nothing else that you can recall in or

7    out of the email account?

8         A.    No.

9         Q.    Following down now, I'm right below

10   Mr. Ripps' name.  It says "Reserve apes."

11             Do you see that?

12        A.    Yes.

13        Q.    What does "apes" refer to?

14        A.    The racist monkey pictures.

15        Q.    The images that are shown at the bottom

16   of Exhibit 27 and continuing on?

17        A.    Correct.

18        Q.    Those are an ape?

19        A.    Correct.  Those are a type of ape.  Ape

20   in the bigger context of crypto or the bigger

21   context of degen finance refers to a behavior.

22        Q.    Right below that there's a box that says

23   "Enter ape ID"?

24        A.    Uh-huh.

25        Q.    And the ID -- the ape ID that you would

                                   Page 148

Yuga's Summary Judgment Exhibit 40
Page 109

```
 1    enter would be the number for that particular ape
 2    that is associated with that image for the BAYC NFT
 3    and that same number for the RR/BAYC NFT?
 4         A.      Incorrect.   The form connects to
 5    OpenSea.  You type in a number, and it looks up the
 6    OpenSea API and gives back the ID of the BAYC.  And
 7    the Foundation contract that operates in a different
 8    sequence of token numbers takes the next available
 9    token number and assigns the next available token
10    number to whatever the person selected.
11              So let's say if 300 of these things were
12    already minted and I chose Number 1, I wouldn't
13    receive Number 1.  I would receive an image that
14    OpenSea designated as Number 1.  Associated to my
15    token it would be Number 301.
16         Q.      So the ape ID refers to the BAYC token
17    ID number?
18         A.      Ape refers to the data that OpenSea
19    gives, yes.
20         Q.      For the BAYC NFT?
21         A.      Correct.
22              (Exhibit 28 marked.)
23    BY MS. CULP:
24         Q.      Do you have Exhibit 28 in front of you?
25         A.      Yes.
```

Page 149

Yuga's Summary Judgment Exhibit 40
Page 110

1    Q.      Have you seen a version of 28 before?

2    A.      Yes.

3    Q.      What is Exhibit 28 an image of?

4    A.      This is the Foundation website.

5    Q.      For what?

6    A.      Looks to be Bored Ape Yacht Club.

7            No, this is the -- this is the -- it

8    looks like it's Ryder's page.  Yeah.  This is the

9    Foundation of Ryder's -- the beginning of cannot

10   copy an NFT.

11   Q.      You're sure -- you took a look at it --

12   that this is the Foundation page for Mr. Ripps'

13   Bored Ape Yacht Club?

14   A.      Yes.  You base everything on the

15   numbers, the names.  You just -- I've actually never

16   been to the page, but I can obviously look and tell.

17   I see Ryder's face here.  I see the amount.  The

18   collections has 80 people.  There's only 60 holders.

19   There's no -- barely -- volume.  So I know that this

20   is not the Yuga Labs Bored Ape Yacht Club.

21   Q.      How do you know that by the collection

22   where it says collection of 80 that it's not Yuga

23   Labs' Bored Ape Yacht Club?

24   A.      Everybody that trades NFT goes through a

25   cycle where you learn what these things are, and

Page 150

CONFIDENTIAL

```
 1        A.        To flip, I don't know specifically.  I

 2   know he holds -- he administrates the contract.  But

 3   in terms of, like, flipping them, I don't know.

 4        Q.        You haven't had that conversation with

 5   him?

 6        A.        No.

 7        Q.        Have you had that conversation with

 8   Mr. Cahen, about his sort of intentions to flip

 9   RR/BAYC NFTs?

10        A.        I believe -- I believe I've been a part

11   of discussions.  I don't specifically remember the

12   details because this isn't about flipping NFTs to

13   me.  This is about securities, race, anti-Semitism,

14   and getting a message out, you know.  If you go

15   through my Twitter, it's largely consistent with

16   this thought process.

17              But I don't recall.  I do -- I don't

18   recall specifically.  I'd have to research it.

19        Q.        Do you think buyers of NFTs need to do

20   their due diligence before they purchase them?

21        A.        Absolutely.

22        Q.        Why?

23        A.        Because the companies that issue these

24   things are very ephemeral in their setup unless they

25   catch headwinds.  And we've seen that for almost two
```

                                        Page  202

**Yuga's Summary Judgment Exhibit 40
Page 112**

CONFIDENTIAL

```
 1    years now.
 2              The group that brought us together
 3    through Alex Xu, he minted something.  He walked
 4    away with several millions of dollars and abandoned
 5    the project.  We as a community worked together to
 6    build things to help the community benefit from
 7    that.  And that's been, like, a consistent theme.
 8    And projects -- this is what projects do.  They make
 9    promises of roadmaps, they make promises of building
10    all kinds of different things, and they don't
11    deliver on them.
12              It's important that a person, no
13    different than they would buy a latte, to do
14    adequate research to make sure that the milk in the
15    latte is good or the employees that work there have
16    good intentions and aren't putting poison in the
17    coffee.  It's no different here, especially in a
18    speculative market, especially when the onboarding
19    of getting into this culture has everything to do
20    with preparing yourself from a security point of
21    view.
22              You go through a rigorous process to get
23    your crypto in.  You go through a rigorous process
24    to protect your wallets and assets.  And you go
25    through a learning experience to learn what these
```

Page 203

Yuga's Summary Judgment Exhibit 40
Page 113

CONFIDENTIAL

```
 1    things are and learn what not to do and what to look

 2    for.

 3              It has everything to do with checking

 4    Etherscan.  It has everything to do with looking at

 5    the numbers, checking and verifying the accounts,

 6    and maintaining a consistency on that.  So doing

 7    your own research is absolutely critical.

 8              And it's a key message, a key messaging

 9    technique that all the influencers and everybody

10    that has a share of voice uses in this industry.

11       Q.      Do you think that's true for purchasers

12    of RR/BAYC NFTs on a secondary marketplace, that

13    they too needed to do their due diligence before

14    they bought one?

15       A.      Any NFT, yes.

16              (Exhibit 46 marked.)

17    BY MS. CULP:

18       Q.      Do you recognize Exhibit 46?

19       A.      Yes.

20       Q.      What is it?

21       A.      It's a tweet that I made.

22       Q.      And what did you mean in the tweet in

23    particular at the top, "People sold this dream.

24    People who bought it didn't DYOR.  The truth is it's

25    a hard pill for many to swallow"?
```

Page 204

1          Q.      I appreciate your answer.

2                  Were you primarily responsible for

3     putting together Ape Market, whatever sort of

4     technology was needed to implement the marketplace?

5          A.      I wouldn't necessarily say responsible

6     for.  I would say that I had built a marketplace --

7     three different marketplaces over the course of

8     time, and I just had familiarity with how they

9     function.  And, yeah, I wouldn't say necessarily

10    responsible.

11         Q.      If it wasn't you, who was on the

12    technical side of things bearing the main

13    responsibility for Ape Market?

14         A.      I mean, I believe it would have

15    ultimately landed in some type of collaboration.  I

16    didn't build the Phunks original market, and they

17    launched that market very successfully.  So I think

18    it's a matter of just coordination.

19         Q.      Can you pull up Exhibit 9 again?  This

20    is the Discord between you and Mr. Lehman.  It's one

21    of the thicker ones, if that helps.

22         A.      All right.

23         Q.      So I first want to direct your attention

24    to a 6th of June message from Mr. Lehman on the

25    second page.

                                            Page  207

Yuga's Summary Judgment Exhibit 40
Page 115

CONFIDENTIAL

```
 1        A.        Yes.

 2        Q.        Towards the bottom, at 12:35 p.m. he

 3   says, "How do you want to handle the next phase of

 4   Ape Market?  I want to help work on it, but I don't

 5   have the code of course."

 6             Do you see that?

 7        A.        Yes.

 8        Q.        So as of the 6th of June, from a coding

 9   perspective for Ape Market you were still the

10   primary person responsible for putting it together?

11        A.        Again, it's a coordination.  The

12   marketplaces are built.  They are -- it's a

13   configuration.  You take any address and you put it

14   in the URL and it will load the experience.  I have

15   a marketplace on Puzleworld.com, and I can just

16   change the URL and it will put whatever collection I

17   want in the marketplace.

18             So it's more of a let's review that code

19   and let's put that on a private server and explore

20   what we're going to do from there.  Do we want to

21   build a lot?  Do we want to build a little?

22             If you look in this chat, you'll see the

23   XO Apes reference there.  The XO Apes is showing one

24   use case of designing it such that it works, but

25   there's no volume.  I believe during this time there
```

Page 208

Yuga's Summary Judgment Exhibit 40
Page 116

1   was some other examples that I shared.  I don't know

2   if they're in here.

3                Oh, on the 23rd of June at 3:33, there's

4   the Reservoir use case.  There's no code.  If you go

5   to Reservoir's website and you click "Download" and

6   you click "Deploy," you'll literally have an Ape

7   marketplace.  It's their default use case.  And a

8   default use case is where the dropdown comes from in

9   that UI.  They are getting the data from everywhere,

10  primarily OpenSea, and they're populating it with

11  the logos; they're populating it with the text.

12  That's a large driver for where all of these design

13  patterns come from.  It's a large driver for where

14  this code base comes from.

15               This dialogue here is just really a

16  discovery process.  As creators, that's what we do;

17  move it left, move it right, add text here and

18  there.  Everybody pitches in and contributes some

19  type of idea, ultimately to come to a conclusion on

20  what we feel the best user experience should be or

21  could be.

22      Q.      I appreciate that.

23               Going back to Mr. Lehman's message on

24  the 6th of June, is it fair to say that he's

25  offering to help but says he can't because he

Page 209

CONFIDENTIAL

```
 1      doesn't have the code of course?
 2          A.       In that -- in the moment of that -- in
 3      the context of that specific moment, sure.  But on
 4      the 23rd he deployed the Reservoir case.  Again,
 5      it's a discovery piece.  He's never built a
 6      marketplace, so he doesn't know where to begin.
 7      Through this process we discussed different
 8      strategies.  We discussed what the possibilities
 9      are.
10               You know, just the following day, I
11      believe, the following day -- no, the same -- yeah,
12      the following -- sorry.  I'm getting the 22nd mixed
13      up.  It's my wife's birthday.  June 22nd is my
14      wife's birthday, so it's confusing.  I guess a few
15      weeks later he ended up deploying that version
16      of it.
17          Q.       I was going to direct your attention
18      next to the 21st of June message from Mr. Lehman.
19      "How can I help with the market?  I still need the
20      code.  Ha, ha.  It's getting close."
21               At least as of the 21st of June he's
22      communicating from a technical perspective he's
23      looking for you to provide some code so he can help
24      with Ape Market?
25          A.       Correct.
```

Page 210

1      Q.     Technically, as of the 21st of June

2    you're the primary person that's working on Ape

3    Market?

4      A.     That's fair to say.  That's fair to say.

5      Q.     On the 22nd of June, Mr. Lehman writes,

6    "I must admit I'm getting nervous about my ability

7    to be useful on this without the code and so close

8    to launch."

9      Do you see that?

10     A.     Uh-huh.

11     Q.     Was there a launch date planned as of

12    the 22nd of June?

13     A.     There wasn't a date.  But what we

14    communicated publicly, once we hit 10,000 of the

15    RR/BAYC, all of them, then we'll put the marketplace

16    out.  And there was a rapid increase in volume on

17    the -- I don't know the specific date.  But I'll

18    call it the first day of ApeFest.  Somebody made a

19    documentary and released a documentary, and the

20    documentary was seen by millions of people and it

21    really amplified the mission.  It amplified the

22    narrative.  It created a lot of visibility into all

23    of this.  And there were nearly 3,000, I believe, or

24    more reservations all within in that first hour or

25    so.  And we went from, you know, kind of going

Page 211

CONFIDENTIAL

1   really slow and we'd seen we had a nice horizon in

2   front of us to, wow, it feels like it's days away.

3            I don't remember the specific day of the

4   first day of ApeFest, but I know specifically that

5   Monday because I was in Orlando traveling back.  I

6   landed, and my phone exploded with messages and

7   notifications.

8       Q.      Did you have any contribution to that

9   documentary you just referenced?

10      A.      No.  Zero.

11      Q.      Did Mr. Ripps?

12      A.      I know that he -- somebody called him

13  and asked him for a clip, and he spoke to somebody

14  over the phone, and they used the conversation

15  that -- I don't know who the person is.  They

16  recorded the conversation and used that at the

17  beginning of the documentary.

18      Q.      Do you know if Mr. Cahen had any

19  contribution to the documentary?

20      A.      I don't believe so, no.

21      Q.      Do you know if Mr. Lehman did?

22      A.      I don't believe so, no.

23      Q.      Same exhibit, which is 9.  There's a

24  call on the 23rd of June between you and Tom Lehman.

25  Given that we're in your Discord, it's just the two

Page 212

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER
 2    STATE OF NEVADA      )
                           )SS
 3    COUNTY OF CLARK      )
 4         I, Holly Larsen, a duly certified court
      reporter licensed in and for the State of Nevada, do
 5    hereby certify:
 6         That I reported the taking of the deposition of
      the witness, Ryan Hickman, at the time and place
 7    aforesaid;
 8         That prior to being examined, the witness was
      by me duly sworn to testify to the truth, the whole
 9    truth, and nothing but the truth;
10         That I thereafter transcribed my shorthand
      notes into typewriting and that the typewritten
11    transcript of said deposition is a complete, true,
      and accurate record of testimony provided by the
12    witness at said time to the best of my ability.
13         I further certify (1) that I am not a relative
      or employee of counsel of any of the parties; nor a
14    relative or employee of the parties involved in said
      action; nor a person financially interested in the
15    action; nor do I have any other relationship with
      any of the parties or with counsel of any of the
16    parties involved in the action that may reasonably
      cause my impartiality to be questioned; and (2) that
17    transcript review pursuant to FRCP 30(e) was
      requested.
18
           IN WITNESS HEREOF, I have hereunto set my hand
19    in the County of Clark, State of Nevada, this 21st
      day of December, 2022.
20
21
22
23              Holly Larsen
24
25              HOLLY LARSEN, CCR NO. 680
```

Page 309

22 May 2022



**Hwonder**                                                           02:44

i dont like apes... but i sure do like this                          02:44

**Pauly Shore**                                                      09:01
🔥🔥🔥

**Ryder Ripps**                                                      11:34
lol

whats the status on the tool                                         11:34

should i hold off minting more                                       11:35

itll make it much easier                                             11:35

**Pauly Shore**                                                      11:35
Good morning

We are still working on the main tool with the grid selector        11:35

**Ryder Ripps**                                                      11:35

EXHIBIT 40
WITNESS: Hickman
DATE: 12.17.22
HOLLY LARSEN, CCR NO. 680



RR

what about one with address input



PS

**Pauly Shore**                                                                        11:36

I can have them work on it but I think overall it's better to prioritize the
main iteration

And keep slowly minting the orders                                                      11:36

My prediction is that the entire mint will be complete within 48 hours   11:36

It will mint out very fast once we launch it                                            11:37



**Hwonder**                                                                             19:39



which layout                                                                            19:39

the left (overlaid ids) or right (where the ID is placed below)                         19:39

RR

**Ryder Ripps**                                                                         19:40

a

H

**Hwonder**                                                                             19:40

cool

RR

**Ryder Ripps**                                                                         19:40

what u think

**Hwonder**                                                    19:40

a it is!

**Ryder Ripps**                                               19:40

i still think it should list both nobers

for ones that are taken                                       19:40

rr and bayc                                                   19:40

**Hwonder**                                                   19:41

cool... we have the data... we'll come up with layout for it...

**Ryder Ripps**                                               19:42

RR#5/YL#492

**Hwonder**                                                   19:59

perfect

**Pauly Shore**                                               20:05

I agree ryder I like A and I think having both numbers is dope

It's gonna be 🔥                                              20:05

**Ryder Ripps**                                               20:52

is batch minting possible

might save gas?                                               20:52

**Pauly Shore**                                               20:55

Do you mean currently @ryderripps or on the tool we are testing with the grid for public mint?

**Ryder Ripps**                                               20:55

both

**Pauly Shore**  30-May-22 12:58 PM
Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side
I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements
- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve  (edited)
- price increase  (edited)

**hwonder**  30-May-22 01:04 PM
fat finger floor reserve

**Pauly Shore**  30-May-22 01:14 PM



# ApeMarket

.69% royalties? (Decide %) for RR/BAYC + BAYC (do
we let apes sell mutants and dogs and land too?)
- Any rr/bayc owner can use the marketplace ( token
gate = incentive to use)
- fat finger protection / floor reserve
- price increase + 20% in anticipation of the market

I actually think it's a very good idea to include every Yuga asset on our marketplace
More royalties for us + more reason to own the rrbayc as a ticket to use our@utility and save money + much larger audience
More work for sure, but much higher likelihood of generating more royalties and users

**middlemarch.eth**  30-May-22 01:31 PM
Few thoughts on the wrapper as it was posted in the telegram:
If we were to do it I think we would want different metadata in some way so it was less confusing (could perhaps include the word "wrapped")
But overall I think we should be very careful about doing this in terms of the confusion it will create
Especially at a time when holder count and volume are important to us

**Pauly Shore**  30-May-22 01:33 PM
i dont want to start implementing a wrapper

**middlemarch.eth**  30-May-22 01:33 PM
Agreed

**Pauly Shore**  30-May-22 01:33 PM
these users are too unsophisticated
by far

**middlemarch.eth**  30-May-22 02:54 PM
@hwonder I think I have a fix for the events thing
https://github.com/RogerPodacter/RRBAYC/pull/70/files
Want to step through it when you have a moment?

**middlemarch.eth**  30-May-22 03:26 PM
Ok boom now I think I have a fix for the admin UI as well

**middlemarch.eth**  30-May-22 03:40 PM



EXHIBIT 49
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing any more which I know @Pauly Shore never liked @hwonder

middlemarch.eth I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing.

**Avatar** **Pauly Shore** 30-May-22 03:45 PM

That would be awesome

Then hopefully tonight we can do some design work on a demo site of marketplace

And get that slide out like this one



**Avatar** **Pauly Shore** 30-May-22 03:53 PM

Real time counter

Of how much saved vs opensea or@looks rare

On the ape side

**Avatar** **Pauly Shore** 30-May-22 04:08 PM

Ryder wants to release bayc & mutants on the marketplace

And I think it's a great idea for the accouncement

@hwonder ryder said to share whatever we can with him and he can mess with css design stuff etc

Demo site tonight?

**Avatar** **Pauly Shore** 30-May-22 04:25 PM

file://dlacuterlo/39548 409 SpreadApe Roppi/07 Review/2022.10.17 Lehman/Discord Messages/Direct Messages - Group - Team ApeMarket 97566498881899770191/Direct Messages - Group - Team ApeMarket %20975664966818997701%30.html File/unknown-85205.png

**Yuga's Summary Judgment Exhibit 40**
**Page 126**

**Avatar  hwonder**  26-May-22 10:06 AM
we do not want a 2e total volume marketplace

**Avatar  middlemarch.eth**  26-May-22 10:06 AM
Yes true

**Avatar  hwonder**  26-May-22 10:06 AM
ppl can trade on xyx2 and oother places today
so it HAS to make sense for user to see a greater benefit
👆 1
with phunks... 0 fee drew ppl in ... and early on the cargo back end made it a 1 time cost
it was perfect perfect storm

**Avatar  middlemarch.eth**  26-May-22 10:07 AM
What was cargo backend?
That's an existing market?
So basically you didn't have to re-approve

**Avatar  hwonder**  26-May-22 10:09 AM
yup.
no cost for listing
none of it.

**Avatar  middlemarch.eth**  26-May-22 10:09 AM
0 fee is also amazing marketing, it's true
Like elevator pitch of NLL
"0 fee"
That's the pitch

**Avatar  hwonder**  26-May-22 10:09 AM
zero fee isn't sustainable

**Avatar  middlemarch.eth**  26-May-22 10:09 AM
Agreed

**Avatar  hwonder**  26-May-22 10:09 AM
zero fee isn't worth it

**Avatar  middlemarch.eth**  26-May-22 10:10 AM
Agreed
So what's the value!
Making it feel customized, content-y things like the filtering / sorting idea Pauly mentioned last night



EXHIBIT 55
WITNESS: Hickman
DATE: 12·7·22
HOLLY LARSEN, CCR NO. 680

Better grid

More artistic presentation

Avatar **hwonder**  26-May-22 10:10 AM
its not functionality that makes it better

Avatar **Pauly Shore**  26-May-22 10:10 AM
I think that stuff is nice but it won't bring users

Avatar **hwonder**  26-May-22 10:11 AM
it's about money

Avatar **Pauly Shore**  26-May-22 10:11 AM
Yes

Avatar **middlemarch.eth**  26-May-22 10:11 AM
So how does listing here make me more money

Avatar **Pauly Shore**  26-May-22 10:11 AM
The thing is people will definitely want to flip their assets



**ryder** 24-Jun-22 04:01 PM
what should i do about this letter

> 📄 Yuga_Labs_LOA.pdf
> 526.72 KB

**middlemarch.eth** 24-Jun-22 04:07 PM
I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?
Basically just saying "we hired these guys to harass you"
I dont' think it asks us to do anything?
With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably
Not worth it, especially since we're migrating off anyway
For the new site we change the logo, and maybe even the display name in the market, IDK
Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)
By "our use" I mean the presence of those things on a website we control

↩ ryder what should i do about this letter
**hwonder** 24-Jun-22 04:40 PM
this is madness ....
@Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
I like to confirm because he's in town and may be able to expedite a few calls .... but I want to make sure it's all clear

↩ hwonder this is madness ... @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
**Pauly Shore** 24-Jun-22 04:53 PM
No he helped with something else but I do not recall it being a lawyer
Krystal is kenobi's friend
She was the attorney for phunks Letters As sell
Well

↩ ryder what should i do about this letter
**Pauly Shore** 24-Jun-22 04:54 PM
I think we have some time to think on this sort of stuff
And consider all aspects
No need to make a decision on the spot imo we should have ourselves some time to decide

**hwonder** 24-Jun-22 05:01 PM
Clearly this is bias
6900 volume plus $2 million in mint... It's pretty clear they dislike that
We're closing in on ~$10 million impact to yuga

↩ hwonder Clearly this is bias
**Pauly Shore** 24-Jun-22 05:26 PM
Can you explain which part? Seems like a lot of different bias for sure haha

↩ Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha
**hwonder** 24-Jun-22 08:29 PM
i'll loop around this in moment. styling v3 rn

**Pauly Shore** 24-Jun-22 08:30 PM
No worries!

**ryder** 24-Jun-22 08:50 PM
should mint rthe other 400
it doesnt impact yuga
the clients buying rrbayc are legit the opposite

EXHIBIT 58
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CSR NO. 000

DocuSign Envelope ID: 1D62BBF3-9C1F-473F-B7E6-B31F94D25EFB

Letter of Authorization
March 21, 2022

To Whom It May Concern:

Letter of Authorization for Appdetex

This letter confirms that Yuga Labs, Inc. has granted to Appdetex, and its officers, employees, or other representatives, the authority to represent Yuga Labs, Inc.'s interests with your organization, in protection of Yuga Labs, Inc.'s intellectual property assets, including protection of Yuga Labs, Inc.'s trademarks, copyrights, domain names, internet platforms, and other intellectual property (collectively, *"Intellectual Property"*).

The authority granted by Yuga Labs, Inc. to Appdetex includes: (1) the power to make representations about the status of Yuga Labs, Inc.'s Intellectual Property; (2) to act on behalf of Yuga Labs, Inc. in order to submit notices of intellectual property infringement, abusive conduct, or other malfeasance, nonfeasance, or misfeasance with respect to Yuga Labs, Inc.'s Intellectual Property; and (3) to otherwise enforce Yuga Labs, Inc.'s aforesaid rights in such Intellectual Property, whether through negotiations or administrative process.

The powers granted to Appdetex through this document are revocable at will, and, unless earlier revoked, expire upon January 1, 2023.

Signed by:

*Nicole Muniz*

Name: Nicole Muniz, CEO
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

**DocuSign**

## Certificate Of Completion

Envelope Id: 1D62BBF39C1F473FB7E6B31F94D25EFB                           Status: Completed
Subject: Please DocuSign: Yuga Labs Letter of Authorization 032222jwa.docx
Source Envelope:
Document Pages: 1                    Signatures: 1                      Envelope Originator:
Certificate Pages: 5                 Initials: 0                        Judi Archbold
AutoNav: Enabled                                                        PO Box 6896
EnvelopeId Stamping: Enabled                                           Boise, ID  83707
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                      judi.archbold@appdetex.com
                                                                       IP Address: 71.36.16.19

## Record Tracking

Status: Original                     Holder: Judi Archbold              Location: DocuSign
      3/22/2022 10:35:23 AM                 judi.archbold@appdetex.com

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Nicole Muniz | *Nicole Muniz* | Sent: 3/22/2022 10:37:49 AM |
| v@yugalabs.io | | Viewed: 3/22/2022 10:42:12 AM |
| CEO | | Signed: 3/22/2022 10:42:19 AM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style Using IP Address: 66.65.51.11 | |

Electronic Record and Signature Disclosure:
   Accepted: 3/22/2022 10:42:12 AM
   ID: 4541ff89-b01b-448a-b56a-f282922c7bb3

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| Anne Marie Longobucco | **COPIED** | Sent: 3/22/2022 10:42:19 AM |
| alongobucco@fenwick.com | | |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure: Not Offered via DocuSign | | |
| Faisal Shah | **COPIED** | Sent: 3/22/2022 10:42:20 AM |
| faisal.shah@appdetex.com | | Viewed: 3/22/2022 10:46:30 AM |
| CEO | | |
| Focus IP, Inc. dba AppDetex | | |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure: Not Offered via DocuSign | | |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Jody Gorton | | Sent: 3/22/2022 10:42:21 AM |
| jody.gorton@appdetex.com | **COPIED** | |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/22/2022 10:37:49 AM |
| Certified Delivered | Security Checked | 3/22/2022 10:42:12 AM |
| Signing Complete | Security Checked | 3/22/2022 10:42:19 AM |
| Completed | Security Checked | 3/22/2022 10:42:21 AM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 2/23/2022 2:48:36 PM
Parties agreed to: Nicole Muniz

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, AppDetex (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

**Yuga's Summary Judgment Exhibit 40**
**Page 133**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact AppDetex:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: judi.archbold@appdetex.com

**To advise AppDetex of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at judi.archbold@appdetex.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from AppDetex**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email address, full name, mailing address, and telephone number.

**To withdraw your consent with AppDetex**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

**Yuga's Summary Judgment Exhibit 40**
**Page 134**

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify AppDetex as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by AppDetex during the course of your relationship with AppDetex.

**Pauly Shore** 19-May-22 11:26 PM

Awesome

Had a good chat with Ryder



I have both these twitters

**hwonder** 19-May-22 11:28 PM

so its inverted ? the skull

**Pauly Shore** 19-May-22 11:28 PM

And we have the apemarket.com domain as well

hwonder so its inverted ? the skull

**Pauly Shore** 19-May-22 11:28 PM

Can easily be changed rhat was just pulled from the way old marketplace

**hwonder** 19-May-22 11:28 PM

cool

**Pauly Shore** 19-May-22 11:28 PM

I think ryder needs to@decide on that stuff a bit

But he wants to@keep@it minimal

He digs the NLL layout

**hwonder** 19-May-22 11:29 PM

ultra min

real bayc is ultra min

**Pauly Shore** 19-May-22 11:29 PM

He thinks it would be cool@to have a whole page of apes small kinda like we have on NLL

Could just be an exact copy maybe

**hwonder** 19-May-22 11:29 PM

i did that before w/ nll

EXHIBIT 104
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

Avatar **Pauly Shore**  19-May-22 11:29 PM
Awesome!

Avatar **hwonder**  19-May-22 11:29 PM
nll/ape market

🔥 1