ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **JOINT SET OF EXHIBITS** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Date: April 17, 2023<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Honorable John F. Walter |
| Defendants and Counterclaim Plaintiffs. | Trial Date: June 27, 2023 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

# TABLE OF CONTENTS

**Parties' Joint Exhibits Binder**
**Re Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment**

**Plaintiff Yuga Labs, Inc.'s Exhibits in Support of its Motion for Summary Judgment**

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 1 | 149-4 | March 21, 2022 Yuga Letter of Authorization for Appdetex | Combined Statement of Facts Nos. 92 |
| 2 | 149-5 | Takedown Summary Chart by Appdetex | Combined Statement of Facts Nos. 92, 97, 257 |
| 3 | 149-6 | May 17, 2022 Appdetex takedown letter to Foundation | Combined Statement of Facts Nos. 92, 93 |
| 4 | 149-7 | Three successful takedowns | Combined Statement of Facts Nos. 92, 98, 99, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 250 |
| 5 | 149-9 | Etherscan Transaction Details Page | Combined Statement of Facts Nos. 25, 26, 27, 186, 190, 229, 230 |
| 6 | 149-10 | Ethereum blockchain smart contract for RRBAYC Foundation | Combined Statement of Facts Nos. 25, 26, 27, 28, 185, 186, 190, 216, 229, 230, 238 |
| 7 | 149-11 | Ethereum blockchain smart contract containing RRBAYC NFTs | Combined Statement of Facts Nos. 25, 26, 27, 28, 185, 186, 190, 216, 229, 230, 238 |
| 8 | 149-12 | Foundation webpage entitled How to create a Collection | Combined Statement of Facts No. 27, 186, 190, 229, 230 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|---------------------------------------|
| 9 | 149-13 | Feb. 21, 2023 Capture of Netlify webpage | Combined Statement of Facts Nos. 31, 37,230 |
| 10 | 149-15 | Oct. 19, 2022 Twitter post by Bored Ape Yacht Club | Combined Statement of Facts Nos. 14, 147 |
| 11 | 149-16 | Dec. 2, 2021 Twitter post by adidas Originals | Combined Statement of Facts Nos. 86 |
| 12 | 149-17 | Yuga's website About page | Combined Statement of Facts Nos. 1, 2, 3, 4, 5, 8, 96 |
| 13 | 149-18 | Bored Ape Yacht Club homepage | Combined Statement of Facts Nos. 3 |
| 14 | 149-19 | Apr. 17, 2021 Bored Ape Yacht Club landing page | Combined Statement of Facts Nos. 4, 6 |
| 15 | 149-20 | Apr. 17, 2021 Twitter post by Bored Ape Yacht Club | Combined Statement of Facts Nos. 4, 6, 41, 165 |
| 16 | 149-21 | Yuga Labs OpenSea listing page | Combined Statement of Facts Nos. 6, 95 |
| 17 | 149-22 | Bored Ape Yacht Club Twitter page | Combined Statement of Facts Nos. 6, 41 |
| 18 | 149-23 | Website scrape of OpenSea data conducted by Yuga Labs | Combined Statement of Facts Nos. 9 |
| 19 | 149-24 | Nov. 1, 2021 Rolling Stones article, How Four NFT Novices | Combined Statement of Facts Nos. 13, 81, 91, 256 |
| 20 | 149-25 | Aug. 3, 2022 Input article, Planet of the Bored Apes | Combined Statement of Facts No. 13 |
| 21 | 149-26 | Jan. 18, 2022 Fast Company article, The Bored Ape Yacht Club | Combined Statement of Facts No. 13 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|----------------------------------------|
| 22 | 149-27 | Jul. 30, 2021 New Yorker article, Why Bored Ape Avatars | Combined Statement of Facts Nos. 13, 81, 91, 256 |
| 23 | 149-28 | Sep. 8, 2021 Verge article, A Bunch of Ape NFTs Just Sold | Combined Statement of Facts Nos. 13, 81, 91, 256 |
| 24 | 149-29 | May 10, 2021 NFT Culture article, BAYC The Latest | Combined Statement of Facts Nos. 13, 81, 91, 256 |
| 25 | 149-31 | Ripps Dec ISO Motion to Strike, Dismiss | Combined Statement of Facts Nos. 22, 79, 80, 144, 230 |
| 26 | 149-32 | Consent Judgment and Order in Yuga v. Lehman | Combined Statement of Facts Nos. 26, 29, 30 |
| 27 | 149-33 | Feb. 3, 2022 Thomas Lehman Declaration | Combined Statement of Facts Nos. 22, 25, 26, 27, 29, 30, 31, 42, 44, 45, 58, 60, 68, 69, 71, 73, 75, 144, 189, 190, 201, 202, 221, 222, 229, 230 |
| 28 | 149-34 | Excerpts of ApeMarket Discord | Combined Statement of Facts Nos. 60, 65, 66, 67, 74, 229 |
| 29 | 149-35 | Emails re the registration of the domain apemarket.com | Combined Statement of Facts Nos. 30, 81, 82 |
| 30 | 149-36 | June 2, 2022 Email from Foundation.app | Combined Statement of Facts No. 100 |
| 31 | 149-37 | June 2022 Correspondence between Yuga's counsel and x2y2 | Combined Statement of Facts Nos. 101, 258, 259 |
| 32 | 149-38 | Text messages between Deft Cahen and Thomas Lehman | Combined Statement of Facts No. 61 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 33 | 149-39 | May 25, 2022 Text messages between Thomas Lehman and third party | Combined Statement of Facts Nos. 58, 59 |
| 34 | 149-40 | Domain registration records from NameCheap re rrbayc | Combined Statement of Facts Nos.29, 30, 82 |
| 35 | 149-41 | Yuga 1st Supp Resps to ROGs Set One | Combined Statement of Facts Nos. 1, 2, 3, 5, 15, 96, 163, 200, 261 |
| 36 | 149-42 | Ripps 3rd Supp Resps to ROGs Set One | Combined Statement of Facts Nos. 22, 31, 55, 69, 70, 79, 144, 230 |
| 37 | 149-43 | Cahen 2nd Supp Resps to RFAs | Combined Statement of Facts Nos. 22, 68, 188, 201, 202, 230 |
| 38 | 149-44 | Excerpts of Ryder Ripps Depo | Combined Statement of Facts Nos. 27, 32, 33, 81, 84, 186 |
| 39 | 149-45 | Excerpts of Jeremy Cahen Depo | Combined Statement of Facts Nos. 22, 27, 32, 42, 43, 63, 64, 66, 144, 147, 185, 186, 221, 222, 230 |
| 40 | 149-46 | Excerpts of Ryan Hickman Depo | Combined Statement of Facts Nos. 27, 30, 36, 37, 42, 57, 63, 64, 72, 75, 147, 185, 186, 187, 229, 230 |
| 41 | 149-47 | Excerpts of Greg Solano Depo | Combined Statement of Facts Nos. 2, 3, 5, 64, 185, 221, 222, 261 |
| 42 | 149-48 | Excerpts of Nicole Muniz Depo | Combined Statement of Facts Nos. 1, 8, 78, 147 |
| 43 | 149-49 | Excerpts of Guy Oseary Depo | Combined Statement of Facts No. 89, 252, 253 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|----------------------|----------------------------------------|
| 44 | 149-50 | Selection of Defts Tweets re Yuga Labs During the Litigation | Combined Statement of Facts Nos. 108, 109, 110, 113, 118, 119, 120 |
| 45 | 149-51 | Selection of Defts Tweets re Yuga Labs Counsel | Combined Statement of Facts Nos. 102, 103, 104, 106, 107 |
| 46 | 149-53 | Bored Ape Yacht Club USPTO Applications | Combined Statement of Facts Nos. 7, 16, 83 |
| 47 | 149-54 | BAYC USPTO Applications | Combined Statement of Facts Nos. 7, 17 |
| 48 | 149-55 | Bored Ape USPTO Applications | Combined Statement of Facts Nos. 7, 18, 83 |
| 49 | 149-56 | BA YC Logo USPTO Applications | Combined Statement of Facts Nos. 7, 19 |
| 50 | 149-57 | BA YC BORED APE YACHT CLUB Logo USPTO Applications | Combined Statement of Facts Nos. 7, 20, 83 |
| 51 | 149-58 | Ape Skull Logo USPTO Applications | Combined Statement of Facts Nos. 7, 21 |
| 52 | 149-59 | YouTube Music Video Credits | Combined Statement of Facts Nos. 90, 252, 253 |
| 53 | 149-60 | May 14, 2022 Twitter post by Ripps | Combined Statement of Facts No. 24, 203 |
| 54 | 149-61 | May 21, 2022 Foundation Webpage | Combined Statement of Facts Nos. 31, 32, 87, 88, 94, 197, 201, 202 |
| 55 | 149-62 | May 17, 2022 Twitter post by Ripps | Combined Statement of Facts Nos. 31, 32, 40, 197, 201, 202, 203 |
| 56 | 149-63 | May 15, 2022 Twitter post by Ripps | Combined Statement of Facts No. 35 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 57 | 149-64 | RRBAYC Foundation Webpage | Combined Statement of Facts No. 35, 197, 201, 202 |
| 58 | 149-65 | RRBAYC Foundation Webpage | Combined Statement of Facts No. 35, 197, 201, 202 |
| 59 | 149-66 | RRBAYC Foundation.app Mobile Page | Combined Statement of Facts Nos. 31, 32, 94, 197, 201, 202 |
| 60 | 149-67 | May 19, 2022 Twitter post by DegenSpartan | Combined Statement of Facts Nos. 31, 32, 197, 201, 202 |
| 61 | 149-68 | BAYC Foundation.app Google Search | Combined Statement of Facts No. 31, 197 |
| 62 | 149-69 | June 13, 2022 OpenSea Webpage | Combined Statement of Facts Nos. 33, 39, 213, 236, 238, 197, 201, 202 |
| 63 | 149-70 | June 22, 2022 LooksRare Webpage | Combined Statement of Facts No. 34, 197, 201, 202, 236 |
| 64 | 149-71 | January 5, 2023 LooksRare Webpage | Combined Statement of Facts No. 34, 197, 201, 202 |
| 65 | 149-72 | June 23, 2022 x2y2 Webpage | Combined Statement of Facts No. 39, 197, 201, 202 |
| 66 | 149-73 | June 20, 2022 Twitter post by Cahen | Combined Statement of Facts Nos. 35, 203 |
| 67 | 149-74 | June 20, 2022 Twitter post by Cahen | Combined Statement of Facts Nos.39, 49, 88, 203 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 68 | 149-75 | OpenSea Sales Rankings | Combined Statement of Facts Nos. 39, 49, 88 |
| 69 | 149-76 | June 21, 2022 Twitter post by Cahen | Combined Statement of Facts No. 203 |
| 70 | 149-77 | OpenSea Sales Pages | Combined Statement of Facts Nos. 22, 37, 144, 197, 201, 202, 230 |
| 71 | 149-78 | RRBAYC No. 362 | Combined Statement of Facts No. 23 |
| 72 | 149-79 | RRBAYC No. 863 | Combined Statement of Facts No. 23 |
| 73 | 149-80 | May 13, 2022 Twitter post by Ripps | Combined Statement of Facts Nos. 38, 49, 203 |
| 74 | 149-81 | May 17, 2022 Twitter post by Ripps | Combined Statement of Facts Nos. 38, 49, 203 |
| 75 | 149-82 | BAYC OpenSea Sales Page | Combined Statement of Facts Nos. 39, 214, 236 |
| 76 | 149-83 | x2y2 Webpage | Combined Statement of Facts No. 39 |
| 77 | 149-84 | May 24, 2022 Twitter post by Ripps | Combined Statement of Facts Nos. 29, 35, 40 |
| 78 | 149-85 | July 16, 2022 Twitter post by Cahen | Combined Statement of Facts Nos. 35, 40, 203 |
| 79 | 149-86 | May 15, 2022 Twitter post by Ripps | Combined Statement of Facts No. 40, 203 |
| 80 | 149-87 | Ape Market Twitter Account | Combined Statement of Facts Nos. 40, 42, 44, 46, 147 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 81 | 149-88 | June 2, 2022 Twitter post by Ape Market Account | Combined Statement of Facts Nos. 42, 45, 147 |
| 82 | 149-89 | Apemarket.com Webpage | Combined Statement of Facts No. 42, 147 |
| 83 | 149-90 | October 5, 2022 Twitter post by Yuga Labs | Combined Statement of Facts No. 41 |
| 84 | 149-91 | April 23, 2022 Yuga Labs retweet | Combined Statement of Facts No. 41 |
| 85 | 149-92 | Bloomberg Crypto News Segment | Combined Statement of Facts Nos. 49, 228 |
| 86 | 149-93 | June 21, 2022 Discord message | Combined Statement of Facts No. 49 |
| 87 | 149-94 | June 22, 2022 Twitter post by enjoyoor | Combined Statement of Facts No. 49 |
| 88 | 149-95 | August 31, 2022 Twitter post by Smart_NFT_News | Combined Statement of Facts No. 50 |
| 89 | 149-96 | July 8, 2022 Twitter post by 0xGem | Combined Statement of Facts No. 51, 225 |
| 90 | 149-97 | July 8, 2022 Twitter post by apeuniverse_eth | Combined Statement of Facts No. 51, 225 |
| 91 | 149-98 | July 8, 2022 Twitter post by NFTBuffet | Combined Statement of Facts No. 51, 225 |
| 92 | 149-99 | July 8, 2022 Twitter post by phunk2243 | Combined Statement of Facts No. 51, 225 |
| 93 | 149-100 | October 21, 2022 Twitter post by Tom22110616 | Combined Statement of Facts No. 52 |
| 94 | 149-101 | May 19, 2022 Twitter post by Cryptoverse520 | Combined Statement of Facts No. 52 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 95 | 149-102 | May 16, 2022 Twitter post by Joey_tartz | Combined Statement of Facts No. 53 |
| 96 | 149-103 | June 21, 2022 Twitter post by streetoshi | Combined Statement of Facts No. 54 |
| 97 | 149-104 | June 22, 2022 Twitter post by johnny0x | Combined Statement of Facts No. 55 |
| 98 | 149-105 | Twitter thread of Cahen and SachDana | Combined Statement of Facts No. 56 |
| 99 | 149-106 | May 27, 2022 Twitter post by Ripps | Combined Statement of Facts Nos 62 |
| 100 | 149-107 | rrbayc.com Disclaimer | Combined Statement of Facts No. 68 |
| 101 | 149-108 | June 2, 2022 Twitter post by Ape Market Account | Combined Statement of Facts No. 85 |
| 102 | 149-109 | Ape Market image | Combined Statement of Facts No. 85 |
| 103 | 149-110 | May 18, 2022 Twitter post by Ripps | Combined Statement of Facts No. 35 |
| 104 | 149-111 | May 23, 2022 Twitter post by Ripps | Combined Statement of Facts No. 35, 203 |
| 105 | 149-113 | Expert Report of Laura O'Laughlin | Combined Statement of Facts Nos. 27, 262 |
| 106 | 149-115 | Expert Report of Jonah Berger | Combined Statement of Facts Nos. 15, 144, 236, 256 |
| 107 | 149-117 | Expert Report of Lauren Kindler | Combined Statement of Facts Nos. 187, 220 |

**Defendants' Exhibits in Opposition to Plaintiff Yuga Labs, Inc.'s Motion for**

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Summary Judgment**

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|----------------------------------------|
| 108 | 163-4 | Real v. Yuga Complaint | Combined Statement of Facts No. 183 |
| 109 | 163-5 | Notice of Abandonment 97106855 | Combined Statement of Facts Nos. 6, 145, 255 |
| 110 | 163-6 | Record of Abandonment 97106855 | Combined Statement of Facts Nos. 83, 168 |
| 111 | 163-7 | Trademark Application 90739977 | Combined Statement of Facts Nos. 6, 145, 146 |
| 112 | 163-8 | Trademark Application 90739987 | Combined Statement of Facts Nos. 6, 145, 146 |
| 113 | 163-9 | Trademark Application 90739994 | Combined Statement of Facts Nos. 6, 145, 146 |
| 114 | 163-10 | Trademark Application 90837138 | Combined Statement of Facts Nos. 6, 145, 146 |
| 115 | 163-11 | Trademark Application 90903954 | Combined Statement of Facts Nos. 6, 145, 146 |
| 116 | 163-12 | Trademark Application 97132870 | Combined Statement of Facts Nos. 6, 145, 146 |
| 117 | 163-13 | Trademark Application 97132874 | Combined Statement of Facts Nos. 6, 145, 146 |
| 118 | 163-14 | Trademark Application 97132877 | Combined Statement of Facts Nos. 6, 145, 146 |
| 119 | 163-15 | Trademark Application 97132880 | Combined Statement of Facts Nos. 6, 145, 146 |
| 120 | 163-16 | Trademark Application 97313551 | Combined Statement of Facts Nos. 7, 16, 17, 18, 19, 20, 21, 143 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|----------------------------------------|
| 121 | 163-17 | Lallement Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 122 | 163-18 | Jindo Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 123 | 163-19 | Ape 19 Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 124 | 163-20 | Washington Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 125 | 163-21 | Tenneti Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 126 | 163-22 | Lopez Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 127 | 163-23 | Biermann Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 128 | 163-24 | Hefte Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 129 | 163-25 | Andriske Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 130 | 163-26 | Masini Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 131 | 163-27 | Attar Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 132 | 163-28 | Bailey Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 133 | 163-29 | Michael Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 134 | 163-30 | Stringle Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|---------------------------------------|
| 135 | 163-31 | Winterstein Protonmail Email | Combined Statement of Facts Nos. 184, 211, 212 |
| 136 | 163-32 | TodayNFTNews Article | Combined Statement of Facts No. 182 |
| 137 | 163-33 | CoinTelegraph Article | Combined Statement of Facts No. 182 |
| 138 | 163-34 | ArtNews Article | Combined Statement of Facts No. 182 |
| 139 | 163-35 | Bloomberg Article | Combined Statement of Facts No. 182 |
| 140 | 163-36 | Decrypt Article | Combined Statement of Facts No. 179 |
| 141 | 163-37 | Forbes Article | Combined Statement of Facts No. 206 |
| 142 | 163-38 | ApeCoin Webpage | Combined Statement of Facts No. 171 |
| 143 | 163-39 | All Apes Webpage | Combined Statement of Facts No. 170 |
| 144 | 163-40 | Pixel Apes Opensea Page | Combined Statement of Facts No. 172 |
| 145 | 163-41 | ApeCoin Transaction | Combined Statement of Facts No. 164 |
| 146 | 163-42 | ApeCoin OpenSea Page | Combined Statement of Facts No. 165 |
| 147 | 163-43 | ApeCoin Price | Combined Statement of Facts No. 180 |
| 148 | 163-44 | Pitchbook for Sound Ventures | Not Cited |
| 149 | 163-45 | Pitchbook for BAYC | Combined Statement of Facts No. 251 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 150 | 163-46 | Pitchbook for Moonpay | Not Cited |
| 151 | 163-47 | Bored Ape Tron Club | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 152 | 163-48 | Grandpa Ape Country Club | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 153 | 163-49 | Bored ape yacht clubs | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 154 | 163-50 | Bored Ape Slave | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 155 | 163-51 | Bored Ape Solana Club | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 156 | 163-52 | SslUdGmuLw Collection | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 157 | 163-53 | I6O0QyVjmt Collection | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 158 | 163-54 | I6O0QyVjmt Ape 2170 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 159 | 163-55 | Bored Yacht Ape Club | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 160 | 163-56 | Bored Ape Cousins | Combined Statement of Facts Nos. 76, 77, 78, 160 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 161 | 163-57 | Untitled Collection 124763295 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 162 | 163-58 | Boredapes Yacht Club | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 163 | 163-59 | Untitled Collection 194427640 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 164 | 163-60 | Untitled Collection 204722463 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 165 | 163-61 | Untitled Collection 246284442 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 166 | 163-62 | TradeCenter Collection | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 167 | 163-63 | TradeCenter Ape 12 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 168 | 163-64 | Untitled Collection 124763295 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 169 | 163-65 | MineablePunk Collection | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 170 | 163-66 | MineablePunk Ape 7591 | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 171 | 163-67 | MineablePunk Ape 12571 | Combined Statement of Facts Nos. 76, 77, 78, 160 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|---------------------------------------|
| 172 | 163-68 | Bored Ape Violet Collection | Combined Statement of Facts Nos. 76, 77, 78, 160 |
| 173 | 163-69 | World Cup BAYC Collection | Combined Statement of Facts Nos. 76, 77, 78 |
| 174 | 163-70 | Dilution Image | Combined Statement of Facts Nos. 157, 158 |
| 175 | 163-71 | Wake & BAYC | Combined Statement of Facts No. 156 |
| 176 | 163-72 | Bored Ape Express Card | Combined Statement of Facts No. 157 |
| 177 | 163-73 | Bored Ape Wear | Combined Statement of Facts No. 157 |
| 178 | 163-74 | Bored Ape T-shirt | Combined Statement of Facts No. 158 |
| 179 | 163-75 | Bored & Hungry Restaurant | Combined Statement of Facts No. 157 |
| 180 | 163-76 | Apewater | Combined Statement of Facts No. 157 |
| 181 | 163-77 | Bored Ape Blueberry | Combined Statement of Facts No. 157 |
| 182 | 163-78 | North Pier IPA | Combined Statement of Facts No. 156 |
| 183 | 163-79 | Cranky Ranky IPA | Combined Statement of Facts No. 157 |
| 184 | 163-80 | RRBAYC Website | Combined Statement of Facts Nos. 31, 197, 198, 199, 204, 205, 207, 215, 230 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|---------------------|---------------------------------------|
| 185 | 163-81 | RRBAYC Disclaimer | Combined Statement of Facts No. 201 |
| 186 | 163-82 | RRBAYC Foundation Page | Combined Statement of Facts Nos. 190, 191, 197, 201, 202, 217, 238 |
| 187 | 163-83 | Foundation Email Regarding Takedown | Combined Statement of Facts Nos. 92, 98, 191, 217 |
| 188 | 163-84 | Foundation DMCA Notice | Combined Statement of Facts Nos. 191, 217 |
| 189 | 163-85 | Foundation DMCA Takedown | Not Cited |
| 190 | 163-86 | Appdetex Email | Combined Statement of Facts Nos. 92, 98 |
| 191 | 163-87 | Appdetex Letter of Authorization | Combined Statement of Facts Nos. 92, 98 |
| 192 | 163-88 | BAYC Terms & Conditions | Combined Statement of Facts Nos. 151, 153, 154, 163 |
| 193 | 163-89 | BAYC Foundation Page | Combined Statement of Facts Nos. 194, 217 |
| 194 | 163-90 | BAYC First Day Foundation | Combined Statement of Facts Nos. 194, 217 |
| 195 | 163-91 | Etherscan BAYC 3721 | Combined Statement of Facts Nos. 28, 186, 219 |
| 196 | 163-92 | Etherscan RRBAYC 193 | Combined Statement of Facts Nos. 28, 186 |
| 197 | 163-93 | Ripps December 31 Tweet | Combined Statement of Facts Nos. 204, 205, 207 |
| 198 | 163-94 | Ripps May 24 Tweet | Combined Statement of Facts Nos. 203, 208 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|----------------------|----------------------------------------|
| 199 | 163-95 | Ripps Conceptual Art Tweet | Combined Statement of Facts No. 203 |
| 200 | 163-96 | Ripps May 20 Tweet | Combined Statement of Facts No. 203 |
| 201 | 163-97 | Ripps May 15 Tweet | Combined Statement of Facts No. 203 |
| 202 | 163-98 | Ripps July 12 Tweet | Combined Statement of Facts Nos. 203, 208 |
| 203 | 163-99 | Ripps Disclaimer Tweet 1 | Combined Statement of Facts Nos. 68, 202 |
| 204 | 163-100 | Ripps Disclaimer Tweet 2 | Combined Statement of Facts Nos. 68, 202 |
| 205 | 163-101 | Ripps Disclaimer Tweet 3 | Combined Statement of Facts Nos. 68, 202 |
| 206 | 163-102 | Ripps Disclaimer Tweet 4 | Combined Statement of Facts Nos. 68, 202 |
| 207 | 163-103 | Ripps Disclaimer Tweet 5 | Combined Statement of Facts Nos. 68, 202 |
| 208 | 163-104 | Ripps Disclaimer Tweet 6 | Combined Statement of Facts Nos. 68, 202 |
| 209 | 163-105 | Ripps Disclaimer Tweet 7 | Combined Statement of Facts Nos. 68, 202 |
| 210 | 163-106 | BAKC Tweet | Combined Statement of Facts No. 260 |
| 211 | 163-107 | GemBot Tweet 1 | Combined Statement of Facts Nos. 51, 225 |
| 212 | 163-108 | GemBot Tweet 2 | Combined Statement of Facts Nos. 51, 225 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 213 | 163-109 | GemBot Tweet 3 | Combined Statement of Facts Nos. 51, 225 |
| 214 | 163-110 | GemBot Tweet 4 | Combined Statement of Facts Nos. 51, 225 |
| 215 | 163-111 | GemBot Tweet 5 | Combined Statement of Facts Nos. 51, 225 |
| 216 | 163-112 | Cline Tweet Profile Picture | Combined Statement of Facts No. 53 |
| 217 | 163-113 | Cline Tweet Thanks Ryder | Combined Statement of Facts No. 53 |
| 218 | 163-114 | Streeto Direct Message | Combined Statement of Facts No. 226 |
| 219 | 163-115 | Streeto Tweet Meme | Combined Statement of Facts No. 227 |
| 220 | 163-116 | Streeto Tweet DMCA | Combined Statement of Facts No. 227 |
| 221 | 163-117 | Streeto Tweet RRBAYC Joke | Not Cited |
| 222 | 163-118 | johnny0x Tweet Future Blockchain | Not Cited |
| 223 | 163-119 | johnny0x Tweet RRBAYC | Not Cited |
| 224 | 163-120 | johnny0x Tweet Stirring Pot | Not Cited |
| 225 | 163-121 | XRPwh4le Tweet | Not Cited |
| 226 | 163-122 | Plasticaverns Tweet | Combined Statement of Facts No. 38 |
| 227 | 163-123 | Solano Tweet Regarding BAKC | Combined Statement of Facts No. 260 |
| 228 | 163-124 | Yuga Tweet Regarding Litigation | Not Cited |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---|---|---|---|
| 229 | 163-125 | BAYC Tweet May 1, 2021 | Combined Statement of Facts Nos. 148, 149 |
| 230 | 163-126 | BAYC Tweet June 18, 2021 | Combined Statement of Facts Nos. 177 |
| 231 | 163-127 | BAYC Tweet June 21, 2021 | Combined Statement of Facts No. 177 |
| 232 | 163-128 | BAYC Tweet August 27, 2021 | Combined Statement of Facts No. 178 |
| 233 | 163-129 | BAYC Tweet August 28, 2021 | Combined Statement of Facts No. 178 |
| 234 | 163-130 | BAYC Tweet March 16, 2022 | Combined Statement of Facts No. 179 |
| 235 | 163-131 | BAYC Tweet April 30, 2022 | Combined Statement of Facts No. 181 |
| 236 | 163-132 | BAYC Tweet May 19, 2022 | Combined Statement of Facts No. 181 |
| 237 | 163-133 | Foundation Tweet Regarding Minting | Combined Statement of Facts No. 193 |
| 238 | 163-134 | Muniz WebSummit Video | Combined Statement of Facts Nos. 4, 5, 96, 163 |
| 239 | 163-135 | Snoop Dogg Tweet | Combined Statement of Facts No. 254 |
| 240 | 163-136 | Discord Group Chat | Combined Statement of Facts No. 75 |
| 241 | 163-137 | Bored Coffee | Combined Statement of Facts No. 156 |
| 242 | 163-138 | GordonGoner Website | Combined Statement of Facts Nos. 200, 204, 205, 207 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|----------------------|----------------------------------------|
| 243 | 163-139 | Solano Tweet Supply | Combined Statement of Facts No. 150 |
| 244 | 163-140 | BAYC Website | Combined Statement of Facts Nos. 174, 220 |
| 245 | 163-142 | Muniz Deposition Excerpts | Combined Statement of Facts Nos. 1, 3, 4, 5, 7, 11, 78, 87, 94, 96, 149, 155, 159, 160, 162, 166, 196, 249 |
| 246 | 163-143 | Aronow Deposition Excerpts | Combined Statement of Facts Nos. 3, 159, 160, 166, 169, 200, 231 |
| 247 | 163-144 | Ripps Deposition Excerpts | Combined Statement of Facts Nos. 39, 72, 79, 84, 87, 94, 185, 188, 189, 190, 192, 195, 201, 202, 205, 207 |
| 248 | 163-145 | Cahen Deposition Excerpts | Combined Statement of Facts Nos. 40, 42, 60, 71, 73, 85, 188, 195, 196, 218, 229, 230 |
| 249 | 163-146 | Oseary Deposition Excerpts | Combined Statement of Facts Nos. 89, 253 |
| 250 | 163-147 | Solano Deposition Excerpts | Combined Statement of Facts Nos. 96, 149, 152, 153, 163, 261 |
| 251 | 163-148 | Atalay Deposition Excerpts | Combined Statement of Facts Nos. 173, 175, 176, 181 |
| 252 | 163-149 | O'Laughlin Deposition Excerpts | Combined Statement of Facts Nos. 217, 237 |
| 253 | 163-150 | Kindler Deposition Excerpts | Combined Statement of Facts Nos. 64, 207, 221 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Ex. No. | ECF No. | Document Description | Combined Statement of Facts Citations |
|---------|---------|----------------------|----------------------------------------|
| 254 | 163-151 | Admission from RFA 57 | Combined Statement of Facts Nos. 223, 224 |
| 255 | 163-152 | Berger Deposition Excerpts | Not Cited |

Dated: April 3, 2023

FENWICK & WEST LLP

By: _/s/ Kimberly Culp_
    Kimberly Culp
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW