# Exhibit 41

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                                2

```
1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                   WESTERN DIVISION

4
     _____
5                                       )
     YUGA LABS, INC.,                   )CASE NO.:
6                                       )
                    Plaintiff,          )22-cv-04355-
7                                       )JFW-JEM
               v.                       )
8                                       )
     RYDER RIPPS, JEREMY CAHEN, DOES    )
9    1-10,                              )
                                        )
10                  Defendants.         )
     _____)
11

12

13

14

15      DEPOSITION OF GREG SOLANO, VOLUME I

16      TAKEN ON BEHALF OF THE PLAINTIFF

17      IN LOS ANGELES, CALIFORNIA, BEGINNING AT

18      9:16 A.M. AND ENDING AT 5:49 P.M., ON

19      TUESDAY, JANUARY 17, 2023, BEFORE

20      NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND

21      REPORTER NUMBER 14125.

22

23

24

25
```

Case 2:22-cv-04355-JFW-JEM Document 149-47 Filed 03/15/23 Page 3 of 14 Page ID #:8264

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023      66

| | | |
|---|---|---|
| 1 | instructions on that? | 10:52:35 |
| 2 | A. I'm not going to name the person, but I | 10:52:36 |
| 3 | can answer other questions in regards to this. | 10:52:38 |
| 4 | Q. Great. Is the person that is the | 10:52:39 |
| 5 | designer -- so let me think of a decent way to talk | 10:52:41 |
| 6 | about this person, and, again, we reserve our rights | 10:52:46 |
| 7 | to be able to come back and continue this | 10:52:49 |
| 8 | deposition -- | 10:52:52 |
| 9 | A. The only information I'm not going to | 10:52:52 |
| 10 | provide you is the name because your clients | 10:52:54 |
| 11 | harassed myself, my family, and any person's name | 10:52:57 |
| 12 | that they can get their hands on. And so, if the | 10:53:00 |
| 13 | Judge decides that we need to give you the name, | 10:53:03 |
| 14 | we'll give you the name. We're not coming back | 10:53:05 |
| 15 | here. | 10:53:07 |
| 16 | Q. That'll be up to the Judge to decide. | 10:53:11 |
| 17 | When did you engage this third-party | 10:53:14 |
| 18 | designer? | 10:53:20 |
| 19 | A. In early 2021. | 10:53:20 |
| 20 | Q. Can you be more specific than that, maybe | 10:53:26 |
| 21 | the month. | 10:53:31 |
| 22 | A. February, I believe. February or March. | 10:53:31 |
| 23 | Q. What did you instruct the third-party | 10:53:34 |
| 24 | designer to do? | 10:53:36 |
| 25 | A. We asked the designer to create a logo | 10:53:37 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                67

```
1    with several different versions of that logo, and we          10:53:50
2    also had her create website designs.                          10:53:58
3         Q.   What instructions did you provide the               10:54:04
4    designer with regard to the logo?                             10:54:15
5              MR. BALL:  Objection.  Asked and answered.          10:54:19
6    Vague.                                                        10:54:26
7         A.   We asked for a logo for Bored Ape Yacht             10:54:28
8    Club.                                                         10:54:37
9         Q.   Did you provide the designer any guidance           10:54:37
10   on the contents of that logo?                                 10:54:40
11        A.   Yes.  We gave some general inspiration and          10:54:42
12   a mood board.  I believe we have publically released          10:54:51
13   much of that.                                                 10:54:58
14        Q.   What do you mean by a "mood board"?                 10:54:58
15        A.   Inspiration images.                                 10:55:06
16        Q.   So you provided the designer with some              10:55:08
17   inspiration images?                                           10:55:10
18             MR. BALL:  Objection.  Vague.                       10:55:11
19             MR. TOMPROS:  Fair enough.  I'll withdraw.          10:55:12
20        Q.   You and Mr. Aronow provided the designer            10:55:14
21   with some inspiration images?                                 10:55:17
22             MR. BALL:  Same objection.  Vague.                  10:55:19
23        A.   We provided some images to the designer.            10:55:21
24        Q.   And what did the designer do -- strike              10:55:26
25   that.                                                         10:55:30
```

| | | |
|---|---|---|
| 1 | Did you provide any other instructions in | 10:55:30 |
| 2 | addition to the images to the designer? | 10:55:31 |
| 3 | MR. BALL: Objection. | 10:55:34 |
| 4 | A. I'm sorry. Can you restate the question. | 10:55:40 |
| 5 | Q. Sure. Did you provide any other | 10:55:42 |
| 6 | instruction in addition to the images to the | 10:55:43 |
| 7 | designer? | 10:55:45 |
| 8 | MR. BALL: Objection. Vague. | 10:55:46 |
| 9 | A. We sent e-mails with info about, | 10:55:46 |
| 10 | generally, what we were looking for in the logo for | 10:56:02 |
| 11 | this brand. | 10:56:07 |
| 12 | Q. Who sent the e-mails? | 10:56:11 |
| 13 | A. One or both of us. I don't recall. | 10:56:14 |
| 14 | Q. From what e-mail addresses? | 10:56:20 |
| 15 | A. My e-mail would have been the | 10:56:28 |
| 16 | ███████████████ e-mail address. I don't | 10:56:30 |
| 17 | recall Wylie Aronow's e-mail address for these | 10:56:36 |
| 18 | exchanges. | 10:56:38 |
| 19 | Q. Do you still have those e-mails? | 10:56:39 |
| 20 | A. Yes. | 10:56:41 |
| 21 | Q. Did the designer correspond back to you by | 10:56:41 |
| 22 | e-mail? | 10:56:45 |
| 23 | A. Yes. | 10:56:46 |
| 24 | Q. Do you still have those e-mails? | 10:56:46 |
| 25 | A. Yes. | 10:56:49 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                88

| | | |
|---|---|---|
| 1 | that question. | 11:26:39 |
| 2 | Q. Do you make -- do you sometimes refer to | 11:26:40 |
| 3 | Yuga Labs as just "Yuga"? | 11:26:42 |
| 4 | A. In shorthand, yes, perhaps. | 11:26:43 |
| 5 | Q. So I'll represent to you that unless I say | 11:26:47 |
| 6 | otherwise or you say otherwise, throughout the | 11:26:50 |
| 7 | deposition if I say "Yuga," I mean Yuga Labs. If I | 11:26:52 |
| 8 | say "Yuga Labs," I mean Yuga. I'm not intending to | 11:26:56 |
| 9 | mean anything different. | 11:26:59 |
| 10 | So let me ask the question again. | 11:27:00 |
| 11 | The Bored Ape Yacht Club was the first NFT | 11:27:03 |
| 12 | collection that Yuga launched; correct? | 11:27:07 |
| 13 | MR. BALL: Objection. Vague. | 11:27:11 |
| 14 | A. We launched test versions of the Bored Ape | 11:27:12 |
| 15 | NFT smart contract. There may have been tests | 11:27:23 |
| 16 | that -- yes. | 11:27:32 |
| 17 | Q. The Bored Ape Yacht Club NFTs are | 11:27:35 |
| 18 | associated with 10,000 ape images; correct? | 11:27:39 |
| 19 | A. Yes. | 11:27:43 |
| 20 | Q. Is each of those 10,000 ape images unique? | 11:27:48 |
| 21 | A. Yes. | 11:27:53 |
| 22 | Q. Are there any duplicates? | 11:27:54 |
| 23 | A. No. | 11:27:59 |
| 24 | Q. On what date was the Bored Ape Yacht Club | 11:28:00 |
| 25 | launched? | 11:28:02 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                89

| | | |
|---|---|---|
| 1 | MR. BALL: Objection. Vague. | 11:28:08 |
| 2 | A. Are you referring to when we launched the | 11:28:11 |
| 3 | smart contract? | 11:28:14 |
| 4 | Q. Did you refer internally to a launch of | 11:28:15 |
| 5 | the Bored Ape Yacht Club? | 11:28:20 |
| 6 | MR. BALL: Object- -- | 11:28:20 |
| 7 | A. There are -- | 11:28:24 |
| 8 | MR. BALL: Just -- objection. Vague as to | 11:28:24 |
| 9 | "internally" or "refer." | 11:28:27 |
| 10 | A. There's a date that the website went live. | 11:28:30 |
| 11 | There's a date that the smart contract was open to | 11:28:36 |
| 12 | be minted from. It was April. | 11:28:38 |
| 13 | Q. What date do you consider to be the date | 11:28:41 |
| 14 | on which the Bored Ape Yacht Club launched? | 11:28:51 |
| 15 | A. The date that comes to mind is April 23rd. | 11:28:55 |
| 16 | Q. Of 2021; right? | 11:28:59 |
| 17 | A. Yes. | 11:29:02 |
| 18 | Q. And what happened on April 23rd of 2021 | 11:29:02 |
| 19 | that you would consider the launch? | 11:29:05 |
| 20 | A. That is -- if I'm recalling correctly, | 11:29:10 |
| 21 | that is the first date when users were able to mint | 11:29:13 |
| 22 | a NFT from the Bored Ape smart contract. | 11:29:18 |
| 23 | MR. BALL: If we're starting a new one, | 11:29:50 |
| 24 | can -- I do need a bio break. | 11:29:52 |
| 25 | MR. TOMPROS: Oh, sure. Let's take a | 11:29:53 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                                  97

| | | |
|---|---|---|
| 1 | collection that is a hat with the letters "BAYC" on | 12:02:02 |
| 2 | it; right? | 12:02:06 |
| 3 |     A.   Yes, there's a hat in the collection that | 12:02:07 |
| 4 | has "BA - skull - YC" on it. | 12:02:14 |
| 5 |         (Exhibit 205 marked.) | 12:03:17 |
| 6 | BY MR. TOMPROS: | 12:03:17 |
| 7 |     Q.   Mr. Solano, you have been handed what has | 12:03:17 |
| 8 | been marked as Exhibit 205, a six-page document. | 12:03:19 |
| 9 | The top left, it says, "1/6/23, 9:19 p.m.," and at | 12:03:23 |
| 10 | the bottom left, it says, | 12:03:30 |
| 11 | "HTTP://BoardApeYachtClub.com/#/home." | 12:03:31 |
| 12 |         Do you have that document in front of you? | 12:03:41 |
| 13 |     A.   Yes. | 12:03:45 |
| 14 |         MR. BALL:  Objection.  It also has "BAYC" | 12:03:45 |
| 15 | at the top. | 12:03:47 |
| 16 |         MR. TOMPROS:  Fair enough.  It also says | 12:03:48 |
| 17 | "BAYC" at the top. | 12:03:51 |
| 18 |     Q.   You have that document in front of you; | 12:03:53 |
| 19 | correct? | 12:03:56 |
| 20 |     A.   Yes. | 12:03:56 |
| 21 |     Q.   I'll represent to you that this is a | 12:03:56 |
| 22 | printout of the website with the URL at the bottom | 12:03:58 |
| 23 | as of the date at the top.  You don't have to | 12:04:01 |
| 24 | believe me, but that's what I'm representing to you. | 12:04:05 |
| 25 |     A.   Okay. | 12:04:07 |

| | | |
|---|---|---|
| 1 | Q. There is a BoardApeYachtClub.com website; | 12:04:08 |
| 2 | correct? | 12:04:12 |
| 3 | A. There is. | 12:04:12 |
| 4 | Q. And it's maintained by Yuga Labs? | 12:04:13 |
| 5 | A. Yuga Labs, yeah, owns that -- the website. | 12:04:14 |
| 6 | I don't know if there's any specific -- anything | 12:04:21 |
| 7 | specific you mean about "maintain." | 12:04:24 |
| 8 | Q. Fair enough. Is the -- is Yuga Labs | 12:04:25 |
| 9 | responsible for the content of the | 12:04:29 |
| 10 | BoardApeYachtClub.com website? | 12:04:31 |
| 11 | MR. BALL: Objection. Vague. Calls for | 12:04:34 |
| 12 | speculation. | 12:04:36 |
| 13 | A. The website is under our control. There | 12:04:37 |
| 14 | are parts of the website - namely, the -- what we | 12:04:45 |
| 15 | call the bathroom - that is a collaborative pixel | 12:04:48 |
| 16 | board that other people can add to and place pixels | 12:04:52 |
| 17 | on. | 12:04:55 |
| 18 | Q. On the front page -- on page 1 of 6 of | 12:04:57 |
| 19 | Exhibit 205, the text under the first image of the | 12:05:04 |
| 20 | website, there's the language "BAYC is a collection | 12:05:09 |
| 21 | of 10,000 Bored Ape NFTs." | 12:05:13 |
| 22 | Do you see that? | 12:05:16 |
| 23 | A. Yes. | 12:05:17 |
| 24 | Q. That's accurate; correct? | 12:05:17 |
| 25 | A. Yes. | 12:05:19 |

Case 2:22-cv-04355-JFW-JEM Document 436-47 Filed 03/15/23 Page 110 of 144 Page ID #:32573
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023     117

| | | |
|---|---|---|
| 1 | speaking, I think of a smart contract as -- it's -- | 12:30:33 |
| 2 | you know, it's code that's deployed to the Ethereum | 12:30:42 |
| 3 | blockchain. | 12:30:44 |
| 4 |     Q.  Okay.  Can the owner of a smart contract | 12:30:45 |
| 5 | control what Etherscan.IO displays about that smart | 12:30:49 |
| 6 | contract? | 12:30:54 |
| 7 |     MR. BALL:  Objection.  Calls for | 12:30:54 |
| 8 | speculation.  Vague. | 12:30:55 |
| 9 |     A.  Yes.  There are certain things that you | 12:31:01 |
| 10 | control about the smart contract.  At least, that's | 12:31:04 |
| 11 | my understanding.  You provide, say, a token name | 12:31:09 |
| 12 | for the token tracker, you provide the name of the | 12:31:12 |
| 13 | smart contract, and so on and so forth. | 12:31:15 |
| 14 |     Q.  And do you also provide the creator name? | 12:31:17 |
| 15 |     A.  I don't know. | 12:31:21 |
| 16 |     Q.  You have given public interviews about the | 12:31:22 |
| 17 | Yuga Labs and the Bored Ape Yacht Club; right? | 12:31:55 |
| 18 |     A.  Yes, I have been interviewed in my | 12:31:58 |
| 19 | capacity as Yuga Labs's cofounder. | 12:32:03 |
| 20 |     Q.  And you generally try to be truthful in | 12:32:05 |
| 21 | those interviews; correct? | 12:32:08 |
| 22 |     MR. BALL:  Objection. | 12:32:09 |
| 23 |     A.  Can you be -- yes, I try to speak about my | 12:32:14 |
| 24 | experience. | 12:32:18 |
| 25 |     ==Q.==  ==You have said publicly that the NFT space== | 12:32:18 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

118

| | | |
|---|---|---|
| 1 | does not pass the, quote, "mom test," unquote. | 12:32:24 |
| 2 | Do you recall that? | 12:32:27 |
| 3 | MR. BALL: Objection. If it's out of | 12:32:28 |
| 4 | context -- I mean, we're doing random quotes. | 12:32:31 |
| 5 | But go ahead, you can answer. | 12:32:34 |
| 6 | A. Yes, I recall using the words "mom test" | 12:32:35 |
| 7 | in an interview. | 12:32:38 |
| 8 | Q. And what does the mom test mean in the | 12:32:39 |
| 9 | context of the NFT space? | 12:32:41 |
| 10 | A. The mom test refers to the fact that it's | 12:32:46 |
| 11 | exceedingly hard to not be scammed in the -- in the | 12:32:49 |
| 12 | NFT space because even somewhat sophisticated users | 12:32:54 |
| 13 | who -- even the most sophisticated users in the | 12:33:02 |
| 14 | space can get subject to phishing attempts and | 12:33:08 |
| 15 | scams. They will lose their assets, you know, | 12:33:12 |
| 16 | cryptocurrency they bought, artwork that they | 12:33:14 |
| 17 | bought, other things. | 12:33:17 |
| 18 | And so, I think about my mother and how | 12:33:18 |
| 19 | she could buy an NFT. OpenSea these days is kind of | 12:33:22 |
| 20 | like the Amazon of NFTs. You can do one click, you | 12:33:27 |
| 21 | can take some -- you know, I think you can pay with | 12:33:29 |
| 22 | a credit card. You can have an NFT, but will you be | 12:33:30 |
| 23 | able to keep it? Will you be able to know that it's | 12:33:35 |
| 24 | the right NFT? | 12:33:37 |
| 25 | There's a lot of different scam | 12:33:40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                      119

| | | |
|---|---|---|
| 1 | collections on OpenSea.  You might be looking at | 12:33:42 |
| 2 | somebody's wallet, looking at what's getting -- what | 12:33:46 |
| 3 | are -- you know, "What's Greg Solano buying?  Let me | 12:33:47 |
| 4 | look at his wallet."  And you'll see tractions that | 12:33:50 |
| 5 | appear on OpenSea to be real authentic transactions, | 12:33:52 |
| 6 | but actually it's spoofing somebody sending things | 12:33:59 |
| 7 | into a wallet. | 12:34:02 |
| 8 |        The amount of, you know, techniques that | 12:34:02 |
| 9 | scammers have to get people to buy things that are | 12:34:04 |
| 10 | inauthentic is honestly staggering, and it's | 12:34:08 |
| 11 | something that the space needs to fix. | 12:34:10 |
| 12 |     Q.   If a person wanted to purchase an NFT | 12:34:12 |
| 13 | today, what steps would that person have to take? | 12:34:15 |
| 14 |       MR. BALL:  Objection.  Calls for | 12:34:18 |
| 15 | speculation.  Vague.  Legal conclusion. | 12:34:20 |
| 16 |     A.   Like I said, there's a number of ways to | 12:34:25 |
| 17 | buy NFTs.  Obviously, there's all kinds of different | 12:34:28 |
| 18 | NFTs.  I've never purchased an NFT from, say, on the | 12:34:35 |
| 19 | flow blockchain, for example.  But that is -- you | 12:34:40 |
| 20 | know, I think they have their own system for doing | 12:34:44 |
| 21 | things.  I know that on OpenSea, that you can buy, I | 12:34:47 |
| 22 | believe -- you know, I haven't done it in for ever, | 12:34:54 |
| 23 | that you can buy an NFT quite easily. | 12:34:58 |
| 24 |     Q.   And just walk through -- let's say a | 12:35:02 |
| 25 | member of the jury wanted to buy an NFT today.  What | 12:35:04 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                             263

```
1            CERTIFIED STENOGRAPHER'S CERTIFICATE
2   STATE OF CALIFORNIA    )
                           ) SS.
3   COUNTY OF LOS ANGELES  )
4
5            I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
6            I AM A DULY QUALIFIED CERTIFIED SHORTHAND
7   REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
8   CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
9   REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10  FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11           I AM NOT FINANCIALLY INTERESTED IN THIS
12  ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13  ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14  (CIV. PROC. § 2025.320(A))
15           I AM AUTHORIZED TO ADMINISTER OATHS OR
16  AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17  PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18  EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19  OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20  2025.540(A))
21           I AM THE CERTIFIED OFFICER THAT
22  STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23  FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24  A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25  2025.540(A))
```

Case 2:22-cv-04355-JFW-JEM Document 496-47 Filed 03/15/23 Page 14 of 14 Page ID #:32525

```
1        I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
8        I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10  OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11  ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12  PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13  FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14  COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15  THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16  TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17  PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19  DATED:  February 2, 2023
20
21
22  _____
23       NATALIE PARVIZI-AZAD, CSR NO.14125
24
25
```