# Exhibit 43

# CONFIDENTIAL

Filed Under Seal Pursuant to Order of the Court Dated March 17, 2023

**In its Entirety at Dkt. 154**