# Exhibit 44

### Ball Decl. Exhibit 44: Selection of Defendants' Tweets About Yuga Labs During the Litigation

| Handle | Date | Hyperlink | Image |
|---|---|---|---|
| @ryder_ripps | 3/7/23 | https://twitter.com/ryder_ripps/status/1632999861036679174 | **RYDER RIPPS** @ryder_ripps — yugalabs are demonic evil liars and they definitely dont have enough money to hide it forever, they dont have epstein money. 12:01 AM · Mar 7, 2023 · 4,666 Views. 16 Retweets  1 Quote Tweet  58 Likes |
| @ryder_ripps | 2/22/23 | https://twitter.com/ryder_ripps/status/1628432040122290180 | **RYDER RIPPS** @ryder_ripps — dear wylie , greg and guy.. who hurt you? how did you people get so evil? 9:30 AM · Feb 22, 2023 · 2,455 Views. 1 Retweet  21 Likes |
| @ryder_ripps | 11/17/22 | https://twitter.com/ryder_ripps/status/1593457738230616066 | **RYDER RIPPS** @ryder_ripps — the fact that wylie and greg simply cant admit they arent mouth breathing morons is wild behavior. 9:15 PM · Nov 17, 2022. 24 Likes |

| Handle | Date | Hyperlink | Image |
|---|---|---|---|
| @Pauly0x | 7/31/22 | https://twitter.com/Pauly0x/status/1553932851770380289 | ✌ COPE HARDER ✌ (tweet image showing gravestone "YUGALABS 2021-2022") |

2

| Handle | Date | Hyperlink | Image |
|---|---|---|---|
| @Pauly0x | 7/31/22 | https://twitter.com/Pauly0x/status/1553931103920013312 | Tweet from PAULY SOON @Pauly0x: "Don't play with fire. 🔥" posted 10:30 PM · 7/31/22 · Twitter for iPhone |

3

| Handle | Date | Hyperlink | Image |
|---|---|---|---|
| @Pauly0x | 7/21/22 | https://twitter.com/pauly0x/status/1550344058123366400?s=46&t=3BRJ5JENswtudDzyhiY85A | PAULY @Pauly0x<br><br>From here on out Wylie and Greg will plead the 5th and no longer comment on their actions...<br><br>They will no longer defend themselves.<br><br>SOON<br><br>9:56 PM · Jul 21, 2022<br><br>9 Retweets   41 Likes |

4

| Handle | Date | Hyperlink | Image |
|---|---|---|---|
| @Pauly0x | 3/1/23 | https://twitter.com/Pauly0x/status/1631021279082938371 | PAULY @Pauly0x — Yuga is such a pathetic excuse of a company that I literally made their most successful product. 11:59 AM · Mar 1, 2023 · 2,293 Views. 8 Retweets 60 Likes |