# Exhibit 45

**Ball Decl. Exhibit 45: Selection of Defendants' Tweets About Yuga Labs' Counsel**

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @JeremyCahen | 3/7/23 | https://twitter.com/JeremyCahen/status/1633222995547402241?s=20 | If you go around calling black athletes and celebrities "apes", you are going to have a very bad time.<br><br>@yugalabs is trying to normalize this kind of sick behavior, by financially incentivizing it.<br><br>Eric Ball of @FenwickWest is the person who helps them perpetuate racism most. |
| @JeremyCahen | 3/7/23 | https://twitter.com/JeremyCahen/status/1633221679131553792 | FACTS: Eric Ball of @FenwickWest supports racism, antisemitism, beastiality, pedophilia and using cartoons to market drugs to young children.<br><br>He makes millions of dollars working for fraudulent companies such as @FTX_Official & @yugalabs. |

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @Pauly0x[1] | 11/18/22 | https://twitter.com/Pauly0x/status/1593694280723271680 | |
| @ryder_ripps | 3/3/23 | https://twitter.com/ryder_ripps/status/1631884035587977217 | |

---

[1] This is another Twitter handle that Defendant Jeremy Cahen controls.

2

| Handle | Date | Hyperlink | Text / Image |
|---|---|---|---|
| @ryder_ripps | 1/3/23 | https://twitter.com/ryder_ripps/status/1610462392294465537 | RYDER RIPPS @ryder_ripps — dear sleezy fenwick and west (ftx lawfirm) since you love distorting facts and words in bad faith use this tweet : RR/BAYC CAUSED 500 TRILLION DOLLARS OF HARM TO THE US GOVERNMENT — 7:25 PM · Jan 3, 2023 · 2,687 Views — 2 Retweets  29 Likes |

3