# Exhibit 49

Generated on: This page was generated by TSDR on 2023-03-12 21:23:14 EDT

Mark: BA YC



US Serial Number: 90739994

Register: Principal

Mark Type: Trademark, Service Mark

TM5 Common Status Descriptor:

Application Filing Date: May 27, 2021

LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

Status: An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

Status Date: Feb. 09, 2023

Publication Date: Jan. 17, 2023

## Mark Information

Mark Literal Elements: BA YC

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of an ape skull facing left, with the stylized letters "BA" appearing to the left of the skull and the letters "YC" appearing to the right of the skull. The black rectangle represents background only and is not claimed as a feature of the mark.

Design Search Code(s): 03.11.01 - Primates other than humans; Apes; Baboons; Chimpanzees; Gorillas; Lemurs; Monkeys; Orangutans
03.11.16 - Heads of primates
03.13.02 - Dog bones; Bones of mammals other than humans; Skeletons of mammals other than humans; Skulls of mammals other than humans; Fossils of mammals other than humans

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Digital collectibles in the nature of downloadable multimedia file containing digitally-created artwork authenticated by non-fungible tokens (NFTs); Digital collectibles in the nature of downloadable image files containing artwork, memes, pictures, and trading cards authenticated by non-fungible tokens (NFTs)

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: ACTIVE

Basis: 1(b)

For: Maintaining and recording ownership of art prints comprised of digital illustrations originating from photographs; Maintaining and recording ownership of downloadable digital illustrations authenticated by nonfungible tokens; Provision of an online marketplace for buyers and sellers of downloadable digital collectibles in the nature of artwork, memes, trading cards, pictures, movie clips, music videos, interviews, books, newsletters, magazines, music, podcasts, and soundbites authenticated by non-fungible tokens (NFTs)

International Class(es): 035 - Primary Class

U.S Class(es): 100, 101, 102

Yuga's Summary Judgment Exhibit 49
Page 92

YUGALABS_00040495

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Computer services, namely, creating an online community for registered users to access a collaborative graffiti board |
| **International Class(es):** | 042 - Primary Class |
| **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | online social networking services provided through a members-only website |
| **International Class(es):** | 045 - Primary Class |
| **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | MARK A. JANSEN | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | MARK A. JANSEN FENWICK & WEST LLP 801 CALIFORNIA STREET MOUNTAIN VIEW, CALIFORNIA UNITED STATES 94041 | | |
| **Phone:** | 650-988-8500 | **Fax:** | 650-938-5200 |
| **Correspondent e-mail:** | trademarks@fenwick.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 09, 2023 | OPPOSITION INSTITUTED NO. 999999 | 283323 |
| Feb. 09, 2023 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Jan. 17, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2023 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 15, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

YUGALABS_00040496

| Dec. 15, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 15, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Dec. 15, 2022 | EXAMINERS AMENDMENT E-MAILED | |
| Dec. 15, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Dec. 10, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 09, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 09, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 21, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 21, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 21, 2022 | NON-FINAL ACTION WRITTEN | 96118 |
| Nov. 07, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 96463 |
| Nov. 07, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 96463 |
| Nov. 04, 2022 | ASSIGNED TO LIE | 96463 |
| Sep. 21, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 21, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 21, 2022 | NON-FINAL ACTION WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Aug. 25, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 24, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 31, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | | |
| --- | --- | --- |
| TM Attorney: CLIFFORD, MEGAN NICOLE | Law Office Assigned: | LAW OFFICE 111 |

| File Location | |
| --- | --- |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Dec. 15, 2022 |

# Assignment Abstract Of Title Information

| Summary | |
| --- | --- |
| Total Assignments: 1 | Applicant: Yuga Labs LLC |

## Assignment 1 of 1

| Conveyance: | ENTITY CONVERSION | | |
| --- | --- | --- | --- |
| Reel/Frame: | 7687/0819 | Pages: | 7 |
| Date Recorded: | Apr. 11, 2022 | | |
| Supporting Documents: | assignment-tm-7687-0819.pdf | | |

| Assignor | | |
| --- | --- | --- |
| Name: YUGA LABS LLC | Execution Date: | Feb. 22, 2022 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

| Assignee | | |
| --- | --- | --- |
| Name: YUGA LABS, INC. | | |
| Legal Entity Type: CORPORATION | State or Country | DELAWARE |

**Yuga's Summary Judgment Exhibit 49**
**Page 94**

YUGALABS_00040497

**Where Organized:**

| | |
|---|---|
| Address: | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA 33146-3108 |

### Correspondent

| | |
|---|---|
| Correspondent Name: | MARK A. JANSEN |
| Correspondent Address: | 801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CA 94041 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| Number of Proceedings: | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91283323 | Filing Date: | Feb 09, 2023 |
| Status: | Pending | Status Date: | Feb 09, 2023 |
| Interlocutory Attorney: | JILL M MCCORMACK | | |

### Defendant

| | |
|---|---|
| Name: | YUGA LABS, INC. |
| Correspondent Address: | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| Correspondent e-mail: | trademarks@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BAYC | Opposition Pending | 90837138 | |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 | |
| BAYC | Opposition Pending | 97132886 | |
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| | Opposition Pending | 90903954 | |
| | Opposition Pending | 97132880 | |
| BA YC | Opposition Pending | 97132877 | |
| BA YC | Opposition Pending | 90739994 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 | |

### Plaintiff(s)

| | |
|---|---|
| Name: | Jeremy Cahen |
| Correspondent Address: | ALFRED DAVID STEINER<br>MEISTER & STEINER PLLC<br>25 CENTRAL PARK WEST STE 3B<br>NEW YORK NY UNITED STATES , 10023 |
| Correspondent e-mail: | steiner@meistersteiner.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Feb 09, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 09, 2023 | Mar 21, 2023 |
| 1 | FILED AND FEE | Feb 09, 2023 | |



Generated on: This page was generated by TSDR on 2023-03-12 21:23:22 EDT

Mark: BA YC

| | | | |
|---|---|---|---|
| US Serial Number: | 97015921 | Application Filing Date: | Sep. 07, 2021 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |



**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: A first request for extension of time to file a Statement of Use has been granted.

Status Date: Nov. 22, 2022

**Publication Date:** Apr. 12, 2022 **Notice of Allowance Date:** Jun. 07, 2022

# Mark Information

| | |
|---|---|
| Mark Literal Elements: | BA YC |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of an ape skull facing left, with the stylized letters "BA" appearing to the left of the skull and "YC" appearing to the right of the skull. The black rectangle represents background and is not claimed as a feature of the mark. |
| Design Search Code(s): | 03.11.01 - Primates other than humans; Apes; Baboons; Chimpanzees; Gorillas; Lemurs; Monkeys; Orangutans<br>03.11.16 - Heads of primates<br>03.13.02 - Dog bones; Bones of mammals other than humans; Skeletons of mammals other than humans; Skulls of mammals other than humans; Fossils of mammals other than humans |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Downloadable computer game software for use on mobile and cellular phones; Downloadable game software | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

| | | | |
|---|---|---|---|
| For: | Jewelry; Imitation jewellery | | |
| International Class(es): | 014 - Primary Class | U.S Class(es): | 002, 027, 028, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

**Yuga's Summary Judgment Exhibit 49**
**Page 96**

YUGALABS_00040499

| | |
|---|---|
| **For:** | Hats; Shoes; Sneakers; Socks; T-shirts; Athletic shirts; Baseball caps and hats; Boat shoes; Cycling caps; Graphic T-shirts; Hoodies; Knitwear, namely, beanies, cardigans, and sweaters |

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Skateboards; Plush toys; PVC toy figures |

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mark A. Jansen | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Mark A. Jansen<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CALIFORNIA UNITED STATES 94041 | | |
| **Phone:** | 650-988-8500 | **Fax:** | 650-938-5200 |
| **Correspondent e-mail:** | trademarks@fenwick.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 24, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 22, 2022 | SOU EXTENSION 1 GRANTED | 98765 |
| Nov. 22, 2022 | SOU EXTENSION 1 FILED | 98765 |
| Nov. 22, 2022 | TEAS EXTENSION RECEIVED | |
| Jun. 07, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

YUGALABS_00040500

| | | |
|---|---|---|
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 12, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 12, 2022 | PUBLISHED FOR OPPOSITION | |
| Mar. 23, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 07, 2022 | ASSIGNED TO LIE | 68171 |
| Mar. 03, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 03, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 03, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 03, 2022 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 03, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Feb. 22, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 22, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 22, 2022 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 22, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Oct. 19, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Oct. 18, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 10, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | | | |
|---|---|---|---|
| **TM Attorney:** | CLIFFORD, MEGAN NICOLE | **Law Office Assigned:** | LAW OFFICE 111 |

| File Location | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jun. 07, 2022 |

# Assignment Abstract Of Title Information

| Summary | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | Yuga Labs LLC |

| Assignment 1 of 1 | | | |
|---|---|---|---|
| **Conveyance:** | ENTITY CONVERSION | | |
| **Reel/Frame:** | 7687/0819 | **Pages:** | 7 |
| **Date Recorded:** | Apr. 11, 2022 | | |
| **Supporting Documents:** | assignment-tm-7687-0819.pdf | | |

| Assignor | | | |
|---|---|---|---|
| **Name:** | YUGA LABS LLC | **Execution Date:** | Feb. 22, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

| Assignee | | | |
|---|---|---|---|
| **Name:** | YUGA LABS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA 33146-3108 | | |

| Correspondent | | | |
|---|---|---|---|
| **Correspondent Name:** | MARK A. JANSEN | | |
| **Correspondent** | 801 CALIFORNIA STREET | | |

YUGALABS_00040501

**Address:**  MOUNTAIN VIEW, CA 94041

**Domestic Representative - Not Found**

YUGALABS_00040502

Generated on: This page was generated by TSDR on 2023-03-12 21:23:33 EDT

Mark: BA YC



US Serial Number: 97125954

Filed as TEAS Plus: Yes

Register: Principal

Mark Type: Trademark, Service Mark

TM5 Common Status Descriptor:



Application Filing Date: Nov. 15, 2021

Currently TEAS Plus: Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: A first request for extension of time to file a Statement of Use has been granted.

Status Date: Nov. 22, 2022

**Publication Date:** Apr. 05, 2022 **Notice of Allowance Date:** May 31, 2022

# Mark Information

Mark Literal Elements: BA YC

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of an ape skull facing left, with the stylized letters "BA" appearing to the left of the skull and "YC" appearing to the right of the skull. The black rectangle represents background and is not claimed as a feature of the mark.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 03.11.01 - Primates other than humans; Apes; Baboons; Chimpanzees; Gorillas; Lemurs; Monkeys; Orangutans
03.11.16 - Heads of primates
03.13.02 - Dog bones; Bones of mammals other than humans; Skeletons of mammals other than humans; Skulls of mammals other than humans; Fossils of mammals other than humans

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Collectible printed trading cards; Printed trading cards, other than for games

International Class(es): 016 - Primary Class

U.S Class(es): 002, 005, 022, 023, 029, 037, 038, 050

Class Status: ACTIVE

Basis: 1(b)

For: Skateboard decks; Trading card games; Trading cards for games; PVC toy figures

International Class(es): 028 - Primary Class

U.S Class(es): 022, 023, 038, 050

Class Status: ACTIVE

YUGALABS_00040503

| | | | |
|---|---|---|---|
| **Basis:** | 1(b) | | |
| **For:** | Beer | | |
| **International Class(es):** | 032 - Primary Class | **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Wine; Alcoholic beverages, except beer; Liquor | | |
| **International Class(es):** | 033 - Primary Class | **U.S Class(es):** | 047, 049 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | On-line retail store services featuring jewelry, imitation jewelry, hats, shoes, sneakers, socks, t-shirts, athletic shirts, baseball caps and hats, boat shoes, cycling caps, graphic T-shirts, hoodies, beanies, cardigans, sweaters, skateboards, skateboard decks, toys, plush toys and PVC toy figures; Retail store services featuring jewelry, imitation jewelry, hats, shoes, sneakers, socks, t-shirts, athletic shirts, baseball caps and hats, boat shoes, cycling caps, graphic T-shirts, hoodies, beanies, cardigans, sweaters, skateboards, skateboard decks, toys, plush toys and PVC toy figures |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | |
|---|---|
| **For:** | Night club services; Night clubs; Entertainment services in the nature of production of television shows, movies, and web shows; Entertainment, namely, a continuing animated show broadcast over television and the Internet; Entertainment, namely, production of television shows, movies, and web shows |

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Bar and cocktail lounge services; Restaurant and bar services; Restaurant services | | |
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mark A. Jansen | **Docket Number:** | 39048-00070 |
| **Attorney Primary** | trademarks@fenwick.com | **Attorney Email** | Yes |

**Yuga's Summary Judgment Exhibit 49**
**Page 101**

YUGALABS_00040504

| Email Address: | _____ | | Authorized: | |
| --- | --- | --- | --- | --- |

| Correspondent | | | | |
| --- | --- | --- | --- | --- |
| Correspondent Name/Address: | Mark A. Jansen | | | |
| | Fenwick & West LLP | | | |
| | 801 California Street | | | |
| | Mountain View, CALIFORNIA UNITED STATES 94041 | | | |
| Phone: | 650-988-8500 | | Fax: | 650-938-5200 |
| Correspondent e-mail: | trademarks@fenwick.com | | Correspondent e-mail Authorized: | Yes |

| Domestic Representative - Not Found |
| --- |

# Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Nov. 24, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 22, 2022 | SOU EXTENSION 1 GRANTED | 98765 |
| Nov. 22, 2022 | SOU EXTENSION 1 FILED | 98765 |
| Nov. 22, 2022 | TEAS EXTENSION RECEIVED | |
| May 31, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 05, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 05, 2022 | PUBLISHED FOR OPPOSITION | |
| Mar. 16, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 02, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 01, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 01, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 01, 2022 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 01, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Nov. 23, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 22, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 18, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | | |
| --- | --- | --- |
| TM Attorney: | CLIFFORD, MEGAN NICOLE | |
| | Law Office Assigned: | LAW OFFICE 111 |

| File Location | | |
| --- | --- | --- |
| Current Location: | INTENT TO USE SECTION | |
| | Date in Location: | May 31, 2022 |

# Assignment Abstract Of Title Information

| Summary | | |
| --- | --- | --- |
| Total Assignments: | 1 | |
| | Applicant: | Yuga Labs LLC |

| Assignment 1 of 1 | | |
| --- | --- | --- |
| Conveyance: | ENTITY CONVERSION | |
| Reel/Frame: | 7687/0819 | |
| | Pages: | 7 |
| Date Recorded: | Apr. 11, 2022 | |

**Yuga's Summary Judgment Exhibit 49**
**Page 102**

YUGALABS_00040505

| | |
|---|---|
| **Supporting Documents:** | assignment-tm-7687-0819.pdf |

| Assignor | | | |
|---|---|---|---|
| **Name:** | YUGA LABS LLC | **Execution Date:** | Feb. 22, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

| Assignee | | | |
|---|---|---|---|
| **Name:** | YUGA LABS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES, FLORIDA 33146-3108 | | |

| Correspondent | | | |
|---|---|---|---|
| **Correspondent Name:** | MARK A. JANSEN | | |
| **Correspondent Address:** | 801 CALIFORNIA STREET MOUNTAIN VIEW, CA 94041 | | |

**Domestic Representative - Not Found**

**Generated on:** This page was generated by TSDR on 2023-03-12 21:23:45 EDT

**Mark:** BA YC



**US Serial Number:** 97132877

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Nov. 18, 2021

LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Feb. 09, 2023

**Publication Date:** Jan. 10, 2023

---

# Mark Information

**Mark Literal Elements:** BA YC

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of an ape skull facing left, with the stylized letters "BA" appearing to the left of the skull and the letters "YC" appearing to the right of the skull. The black rectangle represents background only and is not claimed as a feature of the mark.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.11.01 - Primates other than humans; Apes; Baboons; Chimpanzees; Gorillas; Lemurs; Monkeys; Orangutans
03.11.16 - Heads of primates
03.13.02 - Dog bones; Bones of mammals other than humans; Skeletons of mammals other than humans; Skulls of mammals other than humans; Fossils of mammals other than humans

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable image files containing artwork, memes, pictures, and trading cards authenticated by non-fungible tokens (NFTs); downloadable image files containing artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for managing and conducting electronic transactions in the field of non-fungible tokens (NFTs); downloadable image and multimedia files containing digitally-generated artwork authenticated by non-fungible tokens (NFTs) utilizing blockchain technology; downloadable digital art images authenticated by non-fungible tokens (NFTs)

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Retail store services featuring virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, non-downloadable electronic versions of printed publications, books, game cards, magazines, pictures, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures,

**Yuga's Summary Judgment Exhibit 49**
**Page 104**

YUGALABS_00040507

balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens (NFTs) for use in online virtual worlds; Provision of an online marketplace for buyers and sellers of downloadable digital art images authenticated by non-fungible tokens (NFTs)

| | |
|---|---|
| **International Class(es):** | 035 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 100, 101, 102

**For:** Entertainment services, namely, providing online non-downloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, tshirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails in the nature of a collectible series authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails in the nature of a collectible series of images authenticated by non-fungible tokens for use in virtual environments created for entertainment purposes; Entertainment services, namely providing online nondownloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the field of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens utilizing blockchain technology for use in virtual environments created for entertainment purposes; Entertainment services, namely providing online non-downloadable virtual goods, namely, jewelry, imitation jewelry, watches, keychains, key rings, electronic versions of printed publications in the nature of books, magazines, brochures, and newsletters in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, books in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, game cards, magazines in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, pictures in the fields of gaming, entertainment, sports, fashion, fiction, nonfiction, art, photography, music, film, television, and video, posters, stationery, trading cards, bags, backpacks, luggage, wallets, blankets, bedspreads, clothing, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails authenticated by non-fungible tokens utilizing distributed ledger technology (DLT) for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing online nondownloadable virtual goods, namely, digital collectible artwork and digitally-generated image files of clothing, jewelry, bags, backpacks, luggage, wallets, blankets, hats, headwear, jackets, jerseys, pants, shirts, t-shirts, sweaters, sweatshirts, shoes, scarves, sneakers, socks, rugs, carpets, mats, toys, games, playthings, toy figurines, plush toys, action figures, balls, basketballs, playing cards, trading cards, skateboards, skateboard decks, gaming devices, amusement game machines, decorations for christmas trees, body-building apparatus, exercise machines, beer, energy drinks, non-alcoholic beverages, soft drinks, alcoholic beverages, wine, liquor, spirits, liqueurs and cocktails, authenticated by non-fungible tokens utilizing blockchain technology for use in virtual environments created for entertainment purposes

**Yuga's Summary Judgment Exhibit 49**
**Page 105**

YUGALABS_00040508

| | |
|---|---|
| **International Class(es):** | 041 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 100, 101, 107

| | |
|---|---|
| **For:** | Authentication and validation of data in the field of financial and digital transactions authenticated by non-fungible tokens (NFTs) using blockchain technology |
| **International Class(es):** | 042 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 100, 101

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YUGA LABS, INC. |
| **Owner Address:** | 1430 S. DIXIE HWY<br>STE. 105 1075<br>CORAL GABLES, FLORIDA UNITED STATES 331463108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | MARK A. JANSEN | **Docket Number:** | 39048-00070 |
| **Attorney Primary Email Address:** | trademarks@fenwick.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CALIFORNIA UNITED STATES 94041 |
| **Phone:** | 650-988-8500 |
| **Fax:** | 650-938-5200 |
| **Correspondent e-mail:** | trademarks@fenwick.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 09, 2023 | OPPOSITION INSTITUTED NO. 999999 | 283323 |
| Jan. 20, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 10, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 10, 2023 | PUBLISHED FOR OPPOSITION | |
| Dec. 21, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 05, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 30, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Nov. 30, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 30, 2022 | EXAMINERS AMENDMENT E-MAILED | |

**Yuga's Summary Judgment Exhibit 49**
**Page 106**

| Nov. 30, 2022 | EXAMINERS AMENDMENT -WRITTEN | 96118 |
| Nov. 05, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 96338 |
| Nov. 05, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 96338 |
| Nov. 05, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 96338 |
| Nov. 04, 2022 | ASSIGNED TO LIE | 96338 |
| Sep. 22, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 19, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 12, 2022 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 12, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 12, 2022 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 23, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 23, 2022 | NON-FINAL ACTION E-MAILED | |
| Mar. 23, 2022 | NON-FINAL ACTION WRITTEN | 96118 |
| Feb. 17, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 17, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 17, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 09, 2022 | ASSIGNED TO EXAMINER | 96118 |
| Nov. 24, 2021 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 23, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 22, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** CLIFFORD, MEGAN NICOLE

**Law Office Assigned:** LAW OFFICE 111

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Dec. 05, 2022

# Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1

**Applicant:** Yuga Labs LLC

### Assignment 1 of 1

**Conveyance:** ENTITY CONVERSION

**Reel/Frame:** 7687/0819

**Pages:** 7

**Date Recorded:** Apr. 11, 2022

**Supporting Documents:** assignment-tm-7687-0819.pdf

### Assignor

**Name:** YUGA LABS LLC

**Execution Date:** Feb. 22, 2022

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

### Assignee

**Name:** YUGA LABS, INC.

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** 1430 S. DIXIE HWY
STE. 105 1075
CORAL GABLES, FLORIDA 33146-3108

### Correspondent

**Correspondent Name:** MARK A. JANSEN

**Correspondent Address:** 801 CALIFORNIA STREET
MOUNTAIN VIEW, CA 94041

**Yuga's Summary Judgment Exhibit 49**
**Page 107**

YUGALABS_00040510

Domestic Representative - Not Found

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 2 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283323 | **Filing Date:** | Feb 09, 2023 |
| **Status:** | Pending | **Status Date:** | Feb 09, 2023 |
| **Interlocutory Attorney:** | JILL M MCCORMACK | | |

### Defendant

| | |
|---|---|
| **Name:** | YUGA LABS, INC. |
| **Correspondent Address:** | MARK A. JANSEN<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| **Correspondent e-mail:** | trademarks@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BAYC | Opposition Pending | 90837138 | |
| BORED APE YACHT CLUB | Opposition Pending | 97132870 | |
| BAYC | Opposition Pending | 97132886 | |
| BORED APE YACHT CLUB | Opposition Pending | 90739977 | |
| | Opposition Pending | 90903954 | |
| | Opposition Pending | 97132880 | |
| BA YC | Opposition Pending | 97132877 | |
| BA YC | Opposition Pending | 90739994 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 90739987 | |
| BA YC BORED APE YACHT CLUB | Opposition Pending | 97132874 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Jeremy Cahen |
| **Correspondent Address:** | ALFRED DAVID STEINER<br>MEISTER & STEINER PLLC<br>25 CENTRAL PARK WEST STE 3B<br>NEW YORK NY UNITED STATES , 10023 |
| **Correspondent e-mail:** | steiner@meistersteiner.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Feb 09, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 09, 2023 | Mar 21, 2023 |
| 1 | FILED AND FEE | Feb 09, 2023 | |

## Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 97132877 | **Filing Date:** | Jan 20, 2023 |
| **Status:** | Terminated | **Status Date:** | Mar 11, 2023 |
| **Interlocutory Attorney:** | | | |

### Defendant

| | |
|---|---|
| **Name:** | YUGA LABS, INC. |
| **Correspondent** | MARK A. JANSEN |

YUGALABS_0004511

|  |  |
|---|---|
| **Address:** | FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW CA UNITED STATES , 94041 |
| **Correspondent e-mail:** | trademarks@fenwick.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BA YC | Opposition Pending | 97132877 | |

**Potential Opposer(s)**

|  |  |
|---|---|
| **Name:** | Jeremy Cahen |
| **Correspondent Address:** | ALFRED DAVID STEINER<br>MEISTER & STEINER PLLC<br>25 CENTRAL PARK WEST STE 3B<br>NEW YORK NY UNITED STATES , 10023 |
| **Correspondent e-mail:** | steiner@meistersteiner.com |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 2 | EXT GRANTED | Jan 20, 2023 | |
| 1 | FIRST 30-DAY REQUEST TO EXT TIME TO OPPOSE | Jan 20, 2023 | |

YUGALABS_00040512