# Exhibit 53



Yuga's Summary Judgment Exhibit 53
Page 149

YUGALABS_00030121