# Exhibit 54

Captured at: 01/05/2023, 01:47 PM
URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=artworks



BAYC

# Bored Ape Yacht Club

@ryder_ripps



Collection of: 1,063
Owned by: 389
Floor Price: 0.12 ETH
Total Sales: 85.07 ETH

Yuga's Summary Judgment Exhibit 54
Page 151

YUGALABS_00030104