# Exhibit 55

Yuga's Summary Judgment Exhibit 55

Page 152



Yuga's Summary Judgment Exhibit 55
Page 153

YUGALABS_00031325