# Exhibit 56




Yuga's Summary Judgment Exhibit 56
Page 155

YUGALABS_00002602