# Exhibit 57



Yuga's Summary Judgment Exhibit 57

Page 157

YUGALABS_00015424