# Exhibit 58

Yuga's Summary Judgment Exhibit 58

Page 158



Yuga's Summary Judgment Exhibit 58
Page 159

YUGALABS_00030348