# Exhibit 61

Yuga's Summary Judgment Exhibit 61

Page 164



Yuga's Summary Judgment Exhibit 61

Page 165

YUGALABS_00015439