# Exhibit 62





Yuga's Summary Judgment Exhibit 62
Page 168
YUGALABS_00000572



Yuga's Summary Judgment Exhibit 62

Page 169

YUGALABS_00000573