# Exhibit 63

