# Exhibit 64

Captured at: 01/05/2023, 10:43 PM
URL: https://looksrare.org/collections/0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e?queryID=c3663b7ab13281a78c7327d91ce3fe80

LooksRare

Explore  Collections  Rewards  Search

LooksRare's Edition Zero Merch Drop is Live Now!

REDACTED
0x2EE6...691e

9.5K Items   3.2K Owners   670 Total Vol   0.0746 Floor -0.40%

Make a Collection Offer

Items   Activity

Filters   Name, Token ID...

Buy Now
Price Range (ETH)   Min   Max

Price Low to High

#4956  0.075
#3727  0.0749
#5836  0.0746
#8783  0.0746

Share

RRBAYC.com

Yuga's Summary Judgment Exhibit 64
Page 173
YUGALABS_00030112