# Exhibit 65

Only **0.5% trading fee** in June and **sellers share 100%** X2Y2 rebates. Enjoy!    ⊙ More

# RRBAYC.com



## RR/BAYC

 

you can't copy an NFT.
conceptual art by Ryder Ripps ...

**more**

| ITEMS | OWNERS | VOL.(ETH) | FLOOR(ETH) |
|---|---|---|---|
| **8.64K** | **3.03K** | **509.2** | **0.56** |

♡ | **Make Collection Offer** | ?

**Items**    Activities

| Token ID 🔍 | Price: Low to High ⌄ | ⊞ |

⏻ Filters

☐ **Bulk**

YUGALABS_00002279

6/23/22, 12:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 189-75    Filed 04/05/23    Page 3 of 49    Page ID
                                    RR/BAYC items - x2y2.io
                                         #:12759



RR/BAYC
#912          ⚡ 0.55

RR/BAYC
#9274         ⚡ 0.56

RR/BAYC
#8710         ⚡ 0.56

RR/BAYC
#2484         ⚡ 0.58

RR/BAYC
#1634         ⚡ 0.585

RR/BAYC
#1187         ⚡ 0.5888

RR/BAYC
#8043         ⚡ 0.59

RR/BAYC
#269          ⚡ 0.59

RR/BAYC
#8325         ⚡ 0.598

RR/BAYC
#2208         ⚡ 0.598

RR/BAYC
#2364         ⚡ 0.598

RR/BAYC
#7812         ⚡ 0.598

RR/BAYC
#479          ⚡ 0.598

RR/BAYC
#498          ⚡ 0.6

RR/BAYC
#6518         ⚡ 0.6

RR/BAYC
#9488         ⚡ 0.6






▼ Filters                                              ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

https://x2y2.io/collection/rrbayc/items

YUGALABS_00002280

6/23/22, 12:45 PM
RR/BAYC Items - x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 189-75   Filed 04/05/23   Page 4 of 49   Page ID #:12760



RR/BAYC **#7405** ⚡ 0.6  RR/BAYC **#1697** ⚡ 0.6  RR/BAYC **#1042** ⚡ 0.6  RR/BAYC **#4432** ⚡ 0.62

RR/BAYC **#2289** ⚡ 0.588  RR/BAYC **#8057** ⚡ 0.625  RR/BAYC **#8069** ⚡ 0.63  RR/BAYC **#8068** ⚡ 0.64

RR/BAYC **#6579** ⚡ 0.64  RR/BAYC **#4525** ⚡ 0.65  RR/BAYC **#9020** ⚡ 0.65  RR/BAYC **#492** ⚡ 0.6565656

RR/BAYC **#8062** ⚡ 0.66  RR/BAYC **#8064** ⚡ 0.66  RR/BAYC **#1052** ⚡ 0.66  RR/BAYC **#4896** ⚡ 0.666

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 177**

YUGALABS_00002281

6/23/22, 12:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 189-75    Filed 03/08/23    Page 5 of 49    Page ID
RR/BAYC items - x2y2.io
#:32761



Yuga's Summary Judgment Exhibit 65
Page 178
4/48

YUGALABS_00002282



Yuga's Summary Judgment Exhibit 65

YUGALABS_00002283

https://x2y2.io/collection/rrbayc/items

RR/BAYC
**#8112**        ⬨ **0.79**
⚡

RR/BAYC
**#2270**        ⬨ **0.79**
⚡

RR/BAYC
**#1962**        ⬨ **0.79**
⚡

RR/BAYC
**#3270**        ⬨ **0.79**
⚡

RR/BAYC
**#8114**        ⬨ **0.8**
⚡

RR/BAYC
**#4336**        ⬨ **0.8**
⚡  ♡ 1

RR/BAYC
**#2678**        ⬨ **0.8**
⚡

RR/BAYC
**#7040**        ⬨ **0.8**
⚡

RR/BAYC
**#482**        ⬨ **0.8**
⚡

RR/BAYC
**#9851**        ⬨ **0.8**
⚡

RR/BAYC
**#849**        ⬨ **0.849**
⚡

RR/BAYC
**#1332**        ⬨ **0.85**
⚡

RR/BAYC
**#7695**        ⬨ **0.85**
⚡

RR/BAYC
**#2308**        ⬨ **0.88**
⚡

RR/BAYC
**#7168**        ⬨ **0.88**
⚡  ♡ 1

RR/BAYC
**#3201**        ⬨ **0.88**
⚡






Filters                                                          ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 180**
6/48

YUGALABS_00002284



RR/BAYC
**#2310**        0.88

RR/BAYC
**#7853**        0.887        ♡ 1

RR/BAYC
**#3919**        0.89

RR/BAYC
**#5165**        0.89        ♡ 1

RR/BAYC
**#7424**        0.89

RR/BAYC
**#1439**        0.9

RR/BAYC
**#3450**        0.9

RR/BAYC
**#4531**        0.92

RR/BAYC
**#1983**        0.9288888

RR/BAYC
**#8484**        0.929

RR/BAYC
**#8904**        0.94

RR/BAYC
**#391**        0.94

RR/BAYC
**#5653**        0.95

RR/BAYC
**#9116**        0.95

RR/BAYC
**#7730**        0.9555

RR/BAYC
**#2248**        0.96

Filters

Bulk

Yuga's Summary Judgment Exhibit 65

https://x2y2.io/collection/rrbayc/items

YUGALABS_00002285



**Filters**

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002286



Yuga's Summary Judgment Exhibit 65
Page 183

YUGALABS_00002287

6/23/22, 12:49 PM    Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/03/23    Page 11 of 49    Page ID
RR/BAYC items · x2y2.io
#:12767



RR/BAYC
**#3108**      ⬧ 1.13

RR/BAYC
**#8119**      ⬧ 1.13

RR/BAYC
**#2884**      ⬧ 1.15

RR/BAYC
**#343**      ⬧ 1.18







RR/BAYC
**#3977**      ⬧ 1.2

RR/BAYC
**#564**      ⬧ 1.2

RR/BAYC
**#834**      ⬧ 1.2

RR/BAYC
**#9427**      ⬧ 1.2

♡ 1











RR/BAYC
**#1855**      ⬧ 1.2

RR/BAYC
**#5934**      ⬧ 1.2345

RR/BAYC
**#9464**      ⬧ 1.2345

RR/BAYC
**#4752**      ⬧ 1.2454







RR/BAYC
**#1723**      ⬧ 1.25

RR/BAYC
**#7741**      ⬧ 1.25

RR/BAYC
**#260**      ⬧ 1.25

RR/BAYC
**#1941**      ⬧ 1.25

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 184**
10/48

YUGALABS_00002288

   

RR/BAYC              RR/BAYC              RR/BAYC              RR/BAYC
**#3104**      1.25  **#9304**      1.27  **#6992**      1.29  **#292**       1.29

   

RR/BAYC              RR/BAYC              RR/BAYC              RR/BAYC
**#1526**       1.3  **#2509**     1.333  **#4833**      1.35  **#9949**       1.4

   

RR/BAYC              RR/BAYC              RR/BAYC              RR/BAYC
**#434**        1.4  **#1841**      1.42  **#689**       1.42  **#263**     1.4204
                                              ♡ 1

   

RR/BAYC              RR/BAYC              RR/BAYC              RR/BAYC
**#506**       1.43  **#2250**     1.444  **#4567**      1.45  **#7786**      1.48

Filters                                                          ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 185**

YUGALABS_00002289



Yuga's Summary Judgment Exhibit 65

Page 186

YUGALABS_00002290

RR/BAYC
**#7254**        ⚡ 1.5

RR/BAYC
**#7255**        ⚡ 1.5

RR/BAYC
**#7247**        ⚡ 1.5

RR/BAYC
**#7285**        ⚡ 1.5

RR/BAYC
**#7266**        ⚡ 1.5

RR/BAYC
**#7261**        ⚡ 1.5

RR/BAYC
**#7259**        ⚡ 1.5

RR/BAYC
**#7277**        ⚡ 1.5

RR/BAYC
**#7276**        ⚡ 1.5

RR/BAYC
**#7269**        ⚡ 1.5

RR/BAYC
**#7251**        ⚡ 1.5

RR/BAYC
**#7283**        ⚡ 1.5

RR/BAYC
**#7264**        ⚡ 1.5

RR/BAYC
**#7278**        ⚡ 1.5

RR/BAYC
**#7268**        ⚡ 1.5

RR/BAYC
**#7263**        ⚡ 1.5

Filters                    ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 187**

YUGALABS_00002291



RR/BAYC

**#7279**    ⚡ 1.5



RR/BAYC

**#9495**    ⚡ 1.5



RR/BAYC

**#2520**    ⚡ 1.5



RR/BAYC

**#3884**    ⚡ 1.5



RR/BAYC

**#1746**    ⚡ 1.5



RR/BAYC

**#2778**    ⚡ 1.5



RR/BAYC

**#7397**    ⚡ 1.5



RR/BAYC

**#4643**    ⚡ 1.5



RR/BAYC

**#2640**    ⚡ 1.5



RR/BAYC

**#2071**    ⚡ 1.5



RR/BAYC

**#3592**    ⚡ 1.55



RR/BAYC

**#3650**    ⚡ 1.59



RR/BAYC

**#9011**    ⚡ 1.6



RR/BAYC

**#7856**    ⚡ 1.6



RR/BAYC

**#9866**    ⚡ 1.6



RR/BAYC

**#526**    ⚡ 1.6

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 188**

YUGALABS_00002292

6/23/22, 12:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/05/23    Page 16 of 49    Page ID
RR/BAYC Items · x2y2.io
#:12732



RR/BAYC

**#1756**    ⬦ 1.6



RR/BAYC

**#5168**    ⬦ 1.6



RR/BAYC

**#4278**    ⬦ 1.65



RR/BAYC

**#4711**    ⬦ 1.67



RR/BAYC

**#1271**    ⬦ 1.69



RR/BAYC

**#4262**    ⬦ 1.69



RR/BAYC

**#4624**    ⬦ 1.69



RR/BAYC

**#5745**    ⬦ 1.6942



RR/BAYC

**#1019**    ⬦ 1.7



RR/BAYC

**#43**    ⬦ 1.7



RR/BAYC

**#336**    ⬦ 1.73



RR/BAYC

**#7711**    ⬦ 1.77



RR/BAYC

**#5409**    ⬦ 1.8



RR/BAYC

**#1938**    ⬦ 1.8



RR/BAYC

**#1762**    ⬦ 1.88



RR/BAYC

**#1066**    ⬦ 1.888

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 189
15/48

YUGALABS_00002293



RR/BAYC
**#511**          ⬥ 1.9

RR/BAYC
**#3467**         ⬥ 1.969

RR/BAYC
**#8636**         ⬥ 1.98

RR/BAYC
**#8747**         ⬥ 1.99

⚡ ♡ 1          ⚡          ⚡          ⚡

RR/BAYC
**#8873**         ⬥ 1.99

RR/BAYC
**#8814**         ⬥ 1.99

RR/BAYC
**#4356**         ⬥ 1.99

RR/BAYC
**#160**          ⬥ 1.99

⚡ ♡ 1          ⚡          ⚡ ♡ 1          ⚡

RR/BAYC
**#3978**         ⬥ 1.99

RR/BAYC
**#8910**         ⬥ 2

RR/BAYC
**#331**          ⬥ 2

RR/BAYC
**#2644**         ⬥ 2

⚡          ⚡          ⚡          ⚡






RR/BAYC
**#7745**         ⬥ 2

RR/BAYC
**#7236**         ⬥ 2

RR/BAYC
**#7244**         ⬥ 2

RR/BAYC
**#6555**         ⬥ 2

Filters          ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 190**
16/48

YUGALABS_00002294






RR/BAYC

**#1027**    2      RR/BAYC   **#545**    2      RR/BAYC   **#3484**    2      RR/BAYC   **#4351**    2






RR/BAYC

**#6708**    2      RR/BAYC   **#76**    2      RR/BAYC   **#586**    2      RR/BAYC   **#5045**    2






RR/BAYC

**#2092**    2      RR/BAYC   **#6524**    2      RR/BAYC   **#7092**    2      RR/BAYC   **#2339**    2






RR/BAYC

**#1955**    2      RR/BAYC   **#4330**    2      RR/BAYC   **#2168**    2      RR/BAYC   **#6463**    2

Filters            **Bulk**

**Yuga's Summary Judgment Exhibit 65**

6/23/22, 12:48 PM    Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/03/23    Page 19 of 49    Page ID
RR/BAYC items - x2y2.io
#:32755    #:32775



RR/BAYC

**#389**    ⚡ 2

⚡



RR/BAYC

**#551**    ⚡ 2.1

⚡ ♡ 1



RR/BAYC

**#5337**    ⚡ 2.2

⚡



RR/BAYC

**#6003**    ⚡ 2.22

⚡



RR/BAYC

**#9409**    ⚡ 2.39

⚡



RR/BAYC

**#5173**    ⚡ 2.39

⚡



RR/BAYC

**#2299**    ⚡ 2.4

⚡



RR/BAYC

**#9600**    ⚡ 2.4

⚡



RR/BAYC

**#1377**    ⚡ 2.4

⚡



RR/BAYC

**#534**    ⚡ 2.45

⚡



RR/BAYC

**#1693**    ⚡ 2.5

⚡



RR/BAYC

**#6349**    ⚡ 2.5

⚡



RR/BAYC

**#3697**    ⚡ 2.5



RR/BAYC

**#1521**    ⚡ 2.5



RR/BAYC

**#58**    ⚡ 2.5



RR/BAYC

**#7599**    ⚡ 2.5

Filters    ☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 192**

YUGALABS_00002296

6/23/22, 12:46 PM
RR/BAYC items · x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 180-73   Filed 04/05/23   Page 20 of 49   Page ID #:12736



RR/BAYC
**#9817**          2.5

RR/BAYC
**#419**          2.55

RR/BAYC
**#5491**          2.69    ♡ 2

RR/BAYC
**#2008**          2.69

RR/BAYC
**#7689**          2.8

RR/BAYC
**#3421**          2.9

RR/BAYC
**#8640**          3

RR/BAYC
**#6860**          3

RR/BAYC
**#808**          3

RR/BAYC
**#4123**          3

RR/BAYC
**#7657**          3

RR/BAYC
**#1907**          3

RR/BAYC




RR/BAYC



RR/BAYC



RR/BAYC



**Filters**

**Bulk**

https://x2y2.io/collection/rrbayc/items

YUGALABS_00002297



RR/BAYC

**#4382**    ⬧ 3.49



RR/BAYC

**#3045**    ⬧ 3.5



RR/BAYC

**#6823**    ⬧ 3.5



RR/BAYC

**#8662**    ⬧ 3.5



RR/BAYC

**#3175**    ⬧ 3.69



RR/BAYC

**#6038**    ⬧ 3.69



RR/BAYC

**#2437**    ⬧ 3.69



RR/BAYC

**#6843**    ⬧ 3.69



RR/BAYC

**#3897**    ⬧ 3.69



RR/BAYC

**#4461**    ⬧ 3.9



RR/BAYC

**#5193**    ⬧ 4



RR/BAYC

**#8383**    ⬧ 4



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

**Page 194**

YUGALABS_00002298



RR/BAYC

**#9904**    5

RR/BAYC

**#2651**    5

RR/BAYC

**#9869**    5

RR/BAYC

**#2442**    5

RR/BAYC

**#1588**    5.5

RR/BAYC

**#4181**    5.5

RR/BAYC

**#2535**    5.5

RR/BAYC

**#518**    5.5555

RR/BAYC

**8870**    5.845

RR/BAYC

**#3594**    5.85

RR/BAYC

**#9144**    5.9

RR/BAYC

**#171**    6






Filters

☐ **Bulk**

YUGALABS_00002299






RR/BAYC

**#6670**          ⚡ 6.66

RR/BAYC

**#6512**          ⚡ 6.66

RR/BAYC

**#1656**          ⚡ 6.66

RR/BAYC

**#6949**          ⚡ 6.9






RR/BAYC

**#2271**          ⚡ 6.9

RR/BAYC

**#2607**          ⚡ 6.942

RR/BAYC

**#8386**          ⚡ 7

RR/BAYC

**#8135**          ⚡ 7

♡ 1






RR/BAYC

**#9291**          ⚡ 7

RR/BAYC

**#7621**          ⚡ 7.7777

RR/BAYC

**#3097**          ⚡ 7.7777

RR/BAYC

**#6612**          ⚡ 8






⊤ Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 196**

YUGALABS_00002300



RR/BAYC
**#1803**          ⬩ 10



RR/BAYC
**#7253**          ⬩ 10



RR/BAYC
**#27**          ⬩ 10



RR/BAYC
**#2130**          ⬩ 10



RR/BAYC
**#5968**          ⬩ 10



RR/BAYC
**#5235**          ⬩ 10



RR/BAYC
**#5247**          ⬩ 11.11




RR/BAYC
**#24**          ⬩ 14




RR/BAYC
**#4980**          ⬩ 15



RR/BAYC
**#5626**          ⬩ 15



RR/BAYC
**#1225**          ⬩ 15



RR/BAYC
**#4088**          ⬩ 15.51






Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 197**
23/48

YUGALABS_00002301



RR/BAYC
**#5279**        ⚡ 30

RR/BAYC
**#2372**        ⚡ 34

RR/BAYC
**#7495**        ⚡ 42.69

RR/BAYC
**#6466**        ⚡ 50

RR/BAYC
**#7257**        ⚡ 50

RR/BAYC
**#6123**        ⚡ 66.642

RR/BAYC
**#2736**        ⚡ 69

RR/BAYC
**#3782**        ⚡ 69

RR/BAYC
**#5114**        ⚡ 69

RR/BAYC
**#6614**        ⚡ 69.69

RR/BAYC
**#3119**        ⚡ 75

RR/BAYC
**#1243**        ⚡ 77.7  ♡ 1






Filters

☐ **Bulk**

https://x2y2.io/collection/rrbayc/items

YUGALABS_00002302



RR/BAYC #724 ⚡ 100

RR/BAYC #8642 ⚡ 100

RR/BAYC #8389 ⚡ 100

RR/BAYC #6350 ⚡ 100

RR/BAYC #7769 ⚡ 111.1 ♡ 1

RR/BAYC #2526 ⚡ 125

RR/BAYC #4255 ⚡ 150

RR/BAYC #7848 ⚡ 250

RR/BAYC #4528 ⚡ 500 ♡ 2

RR/BAYC #9704 ⚡ 1,000

RR/BAYC #8398 ⚡ 1,155 ♡ 2

RR/BAYC #775 ⚡ 1,250

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 199
25/48
YUGALABS_00002303



RR/BAYC
**#1488**



RR/BAYC
**#5081**



RR/BAYC
**#789**



RR/BAYC
**#777**



RR/BAYC
**#856**



RR/BAYC
**#1597**



RR/BAYC
**#9449**



RR/BAYC
**#4761**



RR/BAYC
**#4482**



RR/BAYC
**#2979**



RR/BAYC
**#2997**



RR/BAYC
**#2911**



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

**Page 200**

YUGALABS_00002304

6/23/22, 12:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/05/23    Page 28 of 49    Page ID
                                                    RR/BAYC items - x2y2.io
                                                    #:12784



RR/BAYC

**#2998**



RR/BAYC

**#2999**



RR/BAYC

**#2917**



RR/BAYC

**#2927**



RR/BAYC

**#2929**



RR/BAYC

**#2942**



RR/BAYC

**#2948**



RR/BAYC

**#2952**















**X2Y2**

RR/BAYC

**#2967**

RR/BAYC

**#88**

RR/BAYC

**#2996**

RR/BAYC

**#3002**



RR/BAYC

**#2918**



RR/BAYC

**#2923**



RR/BAYC

**#2944**



RR/BAYC

**#2957**

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 201**

YUGALABS_00002305



RR/BAYC
**#2969**



RR/BAYC
**#2971**



RR/BAYC
**#2983**



RR/BAYC
**#2982**



RR/BAYC
**#2995**



RR/BAYC
**#2919**



RR/BAYC
**#2920**



RR/BAYC
**#2947**



RR/BAYC
**#2956**



RR/BAYC
**#2984**



RR/BAYC
**#2989**



RR/BAYC
**#2991**



RR/BAYC
**#8420**





RR/BAYC
**#2925**




RR/BAYC
**#2926**



RR/BAYC
**#2928**

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 202
28/48

YUGALABS_00002306

   

RR/BAYC
**#2933**

RR/BAYC
**#2932**

RR/BAYC
**#2934**

RR/BAYC
**#2935**

   

RR/BAYC
**#2936**

RR/BAYC
**#2938**

RR/BAYC
**#2940**

RR/BAYC
**#2937**

   

RR/BAYC
**#2945**

RR/BAYC
**#2946**

RR/BAYC
**#2965**

RR/BAYC
**#2972**

   

RR/BAYC
**#2973**

RR/BAYC
**#2974**

RR/BAYC
**#2977**

RR/BAYC
**#2981**

  

⊤ Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002307

#2914 · #2931 · #2949 · #2950

   

RR/BAYC · RR/BAYC · RR/BAYC · RR/BAYC

#2955 · #7863 · #9449 · #830

   

RR/BAYC · RR/BAYC · RR/BAYC · RR/BAYC

#137 · #6388 · #888 · #7017

   

RR/BAYC · RR/BAYC · RR/BAYC · RR/BAYC

#546 · #9984 · #3674 · #9042

   

Filters

Bulk

Yuga's Summary Judgment Exhibit 65

Page 204

30/48

YUGALABS_00002308



RR/BAYC
**#9452**



RR/BAYC
**#5343**



RR/BAYC
**#2298**



RR/BAYC
**#456**



RR/BAYC
**#9728**



RR/BAYC
**#6711**



RR/BAYC
**#6724**



RR/BAYC
**#6729**



RR/BAYC
**#6728**



RR/BAYC
**#6743**



RR/BAYC
**#6742**



RR/BAYC
**#6749**



RR/BAYC
**#6759**



RR/BAYC
**#6760**



RR/BAYC
**#1147**



RR/BAYC
**#3255**

Filters

**Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002309



RR/BAYC
**#1507**



RR/BAYC
**#1506**



RR/BAYC
**#1508**



RR/BAYC
**#1518**



RR/BAYC
**#1517**



RR/BAYC
**#1528**



RR/BAYC
**#1533**



RR/BAYC
**#6269**



RR/BAYC
**#1337**



RR/BAYC
**#8360**



RR/BAYC
**#8361**



RR/BAYC
**#8362**



RR/BAYC
**#8411**



RR/BAYC
**#8417**



RR/BAYC
**#8418**



RR/BAYC
**#8414**






Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 206**

YUGALABS_00002310


RR/BAYC
#8412


RR/BAYC
#8413


RR/BAYC
#8453


RR/BAYC
#8454


RR/BAYC
#8455


RR/BAYC
#5399


RR/BAYC
#8216


RR/BAYC
#8212


RR/BAYC
#8213


RR/BAYC
#8210


RR/BAYC
#8211


RR/BAYC
#8218


RR/BAYC
#8219


RR/BAYC
#8220


RR/BAYC
#8217


RR/BAYC
#8214







Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 207
33/48
YUGALABS_00002311

RR/BAYC
**#8215**

RR/BAYC
**#8347**

RR/BAYC
**#8348**

RR/BAYC
**#8350**









RR/BAYC
**#8345**

RR/BAYC
**#8346**

RR/BAYC
**#8352**

RR/BAYC
**#8354**









RR/BAYC
**#8356**

RR/BAYC
**#8357**

RR/BAYC
**#8351**

RR/BAYC
**#8355**









RR/BAYC
**#8452**

RR/BAYC
**#8469**

RR/BAYC
**#8470**

RR/BAYC
**#8259**

 1







Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 208
34/48

YUGALABS_00002312



RR/BAYC
**#1550**



RR/BAYC
**#6706**



RR/BAYC
**#6705**



RR/BAYC
**#6707**



RR/BAYC
**#6718**



RR/BAYC
**#6733**



RR/BAYC
**#6734**



RR/BAYC
**#6756**



RR/BAYC
**#6763**



RR/BAYC
**#6761**



RR/BAYC
**#1523**



RR/BAYC
**#1531**



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**
**Page 209**
35/48

YUGALABS_00002313

6/23/22, 12:45 PM
Case 2:22-cv-04355-JFW-JEM   Document 180-73   Filed 04/05/23   Page 37 of 49   Page ID
RR/BAYC | Items · x2y2.io
#:12753



RR/BAYC
**#6719**



RR/BAYC
**#6720**



RR/BAYC
**#8573**



RR/BAYC
**#1504**



RR/BAYC
**#1527**



RR/BAYC
**#1529**



RR/BAYC
**#1542**



RR/BAYC
**#1554**



RR/BAYC
**#1553**



RR/BAYC
**#6709**



RR/BAYC
**#6710**



RR/BAYC
**#6727**



RR/BAYC
**#6744**



RR/BAYC
**#6745**



RR/BAYC
**#6755**



RR/BAYC
**#6754**

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002314









RR/BAYC
#6765

RR/BAYC
#6766

RR/BAYC
#6773

RR/BAYC
#6774









RR/BAYC
#6778

RR/BAYC
#8372

RR/BAYC
#8377

RR/BAYC
#8378









RR/BAYC
#8379

RR/BAYC
#8380

RR/BAYC
#8437

RR/BAYC
#8463









RR/BAYC
#8464

RR/BAYC
#1281

RR/BAYC
#8243

RR/BAYC
#8238





Filters

Bulk

Yuga's Summary Judgment Exhibit 65

YUGALABS_00002315



RR/BAYC
**#8236**

RR/BAYC
**#8237**

RR/BAYC
**#8241**

RR/BAYC
**#8242**






RR/BAYC
**#8240**

RR/BAYC
**#8239**

RR/BAYC
**#8263**

RR/BAYC
**#8264**






RR/BAYC
**#8271**

RR/BAYC
**#6794**

RR/BAYC
**#6809**

RR/BAYC
**#6818**






RR/BAYC
**#8820**

RR/BAYC
**#6830**

RR/BAYC
**#6827**

RR/BAYC
**#6829**





⇅ Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 212**
38/48

YUGALABS_00002316



RR/BAYC
#6788



RR/BAYC
#6789



RR/BAYC
#6806



RR/BAYC
#6805



RR/BAYC
#6807



RR/BAYC
#6808



RR/BAYC
#6817



RR/BAYC
#6815



RR/BAYC
#6814



RR/BAYC
#8207



RR/BAYC
#8208



RR/BAYC
#8206



RR/BAYC



RR/BAYC



RR/BAYC



RR/BAYC

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 213
39/48

YUGALABS_00002317



RR/BAYC
**#8247**



RR/BAYC
**#8252**



RR/BAYC
**#8253**



RR/BAYC
**#8251**



RR/BAYC
**#8254**



RR/BAYC
**#8278**



RR/BAYC
**#8279**



RR/BAYC
**#8280**



RR/BAYC
**#8281**



RR/BAYC
**#8283**



RR/BAYC
**#8284**



RR/BAYC
**#8286**



RR/BAYC
**#8285**



RR/BAYC
**#6832**



RR/BAYC
**#6836**



RR/BAYC
**#6848**

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 214
40/48

YUGALABS_00002318


RR/BAYC
**#6847**


RR/BAYC
**#6781**


RR/BAYC
**#6795**


RR/BAYC
**#6822**


RR/BAYC
**#6835**


RR/BAYC
**#6833**


RR/BAYC
**#6834**


RR/BAYC
**#6842**


RR/BAYC
**#6841**


RR/BAYC
**#6854**


RR/BAYC
**#6864**


RR/BAYC
**#6873**


RR/BAYC
**#6874**


RR/BAYC
**#6875**


RR/BAYC
**#6877**


RR/BAYC
**#6878**






Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**
**Page 215**
41/48

YUGALABS_00002319

6/23/22, 1:2__ PM
Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/05/23    Page 43 of 49    Page ID
RR/BAYC Items - x2y2.io
#:12759

 

RR/BAYC
**#6894**

RR/BAYC
**#6892**

RR/BAYC
**#6897**

RR/BAYC
**#6899**



RR/BAYC
**#6900**



RR/BAYC
**#6913**



RR/BAYC
**#6922**



RR/BAYC
**#6923**



RR/BAYC
**#6927**



RR/BAYC
**#6925**



RR/BAYC
**#6926**



RR/BAYC
**#6943**



RR/BAYC
**#6863**



RR/BAYC
**#6861**



RR/BAYC
**#6862**



RR/BAYC
**#6886**

  

**Filters**

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002320



RR/BAYC
**#6908**



RR/BAYC
**#6911**



RR/BAYC
**#6910**



RR/BAYC
**#6912**



RR/BAYC
**#6915**



RR/BAYC
**#6928**



RR/BAYC
**#6929**



RR/BAYC
**#6935**



RR/BAYC
**#6937**



RR/BAYC
**#6865**



RR/BAYC
**#6887**



RR/BAYC
**#6893**







Filters

Bulk



RR/BAYC

**#6933**



RR/BAYC

**#6931**



RR/BAYC

**#6932**



RR/BAYC

**#6939**



RR/BAYC

**#6855**



RR/BAYC

**#6857**



RR/BAYC

**#6859**



RR/BAYC

**#6867**



RR/BAYC

**#6872**



RR/BAYC

**#6869**



RR/BAYC

**#6870**



RR/BAYC

**#6871**



RR/BAYC

**#6876**



RR/BAYC

**#6979**



RR/BAYC

**#6880**



RR/BAYC

**#6881**

Filters

Bulk

**Yuga's Summary Judgment Exhibit 65**

**Page 218**

YUGALABS_00002322

6/23/22, 12:46 PM                          RR/BAYC Items - x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 180-73   Filed 04/03/23   Page 46 of 49   Page ID
#:12602



RR/BAYC
**#6882**



RR/BAYC
**#6883**



RR/BAYC
**#6889**



RR/BAYC
**#6890**



RR/BAYC
**#6888**



RR/BAYC
**#6895**



RR/BAYC
**#6896**



RR/BAYC
**#6904**



RR/BAYC
**#6903**



RR/BAYC
**#6918**



RR/BAYC
**#6924**



RR/BAYC
**#6938**



RR/BAYC
**#6957**



RR/BAYC
**#6961**



RR/BAYC
**#6973**



RR/BAYC
**#6974**







Filters

☐ **Bulk**

**Yuga's Summary Judgment Exhibit 65**

YUGALABS_00002323

6/23/22, 12:49 PM
RR/BAYC items - x2y2.io
Case 2:22-cv-04355-JFW-JEM   Document 180-73   Filed 04/05/23   Page 47 of 49   Page ID
#:12603


RR/BAYC
**#6975**


RR/BAYC
**#6972**


RR/BAYC
**#7821**


RR/BAYC
**#6956**


RR/BAYC
**#6955**


RR/BAYC
**#6958**


RR/BAYC
**#4589**


RR/BAYC
**#6964**


RR/BAYC
**#6965**


RR/BAYC
**#6968**


RR/BAYC
**#646**


RR/BAYC
**#6978**


RR/BAYC
**#6976**

Load more

Filters

Bulk

Yuga's Summary Judgment Exhibit 65
Page 220

YUGALABS_00002324

6/23/22, 2:45 PM    Case 2:22-cv-04355-JFW-JEM    Document 180-73    Filed 04/03/23    Page 48 of 49    Page ID
RRBAYC Items - x2y2.io
#:12604

Yuga's Summary Judgment Exhibit 65
Page 221

YUGALABS_00002325

Yuga's Summary Judgment Exhibit 65
Page 222
YUGALABS_00002326