# Exhibit 67

2/4/23, 3:20 PM  PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🚀 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM Document 180-77 Filed 03/05/23 Page 2 of 4 Page ID #:18469





2/4/23, 3:20 PM
PAULY on Twitter: "RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD 🌍 We passed BAYC in the mi…
Case 2:22-cv-04355-JFW-JEM Document 180-27 Filed 03/05/23 Page 3 of 4 Page ID #:13470



Twitter

# Explore

⚙ Settings

💬 50  ↻ 30  ♡ 388  📊 1.3M  ↥

↗ Promoted

**Juice** 🕯 ✓ @Juicetin_420 · Jun 20, 2022
Replying to @Pauly0x and @opensea
Zoos and BAYC both don't own their apes 👀

💬  ↻  ♡ 1  📊  ↥

**MM** ✓ @morellifit · Jun 21, 2022
Replying to @Pauly0x and @opensea
I am confused. You passed them with the same exact art for 1/90th of the price?

I am always happy to see people win, I am just not sure this is brag worthy?

Perhaps I am missing some important details?

💬 1  ↻ 1  ♡ 2  📊  ↥

**Collin collinnft.eth metameta.eth** @CollinsCustomIP · Jun 20, 2022
Replying to @Pauly0x and @opensea
congrats dood, see u husslin!

💬  ↻ 1  ♡  📊  ↥

**Tom** 🛠 @thomasjeans · Jun 20, 2022
Replying to @Pauly0x and @opensea
it's stolen art and a lot of people will get wrecked when the price tanks, congrats!

💬 1  ↻ 1  ♡ 1  📊  ↥

**Don't miss what's happening**
People on Twitter are the first to know.

Yuga's Summary Judgment Exhibit 67
Page 227

2/4/23, 3:20 PM
Case 2:22-cv-04355-JFW-JEM Document 180-27 Filed 03/05/23 Page 4 of 4 Page ID
#:18243711
PAULY on Twitter: 'RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🤯 We passed BAYC in the mi…

Twitter

# Explore

⚙ Settings

🔍

**Don't miss what's happening**
People on Twitter are the first to know.

Yuga's Summary Judgment Exhibit 67
Page 228
YUGALABS_00036244