# Exhibit 69



Yuga's Summary Judgment Exhibit 69

Page 232

YUGALABS_00040429