# Exhibit 73



Yuga's Summary Judgment Exhibit 73
Page 240

YUGALABS_00000541