# Exhibit 74



Yuga's Summary Judgment Exhibit 74

Page 242

YUGALABS_00000565