# Exhibit 75

Yuga's Summary Judgment Exhibit 75
Page 243



Yuga's Summary Judgment Exhibit 75

Page 244

YUGALABS_00002417