# Exhibit 76



Yuga's Summary Judgment Exhibit 76

Page 246

YUGALABS_00031173