# Exhibit 78



Yuga's Summary Judgment Exhibit 78
Page 252

YUGALABS_00000594