# Exhibit 82



Yuga's Summary Judgment Exhibit 82
Page 263

YUGALABS_00000542