# Exhibit 83



Yuga's Summary Judgment Exhibit 83
Page 265

YUGALABS_00015399