# Exhibit 84

Yuga's Summary Judgment Exhibit 84
Page 266



Yuga's Summary Judgment Exhibit 84

Page 267

YUGALABS_00040373