# Exhibit 85

Yuga's Summary Judgment Exhibit 85
Page 268



Yuga's Summary Judgment Exhibit 85
Page 269

YUGALABS_00040375