# Exhibit 86



Yuga's Summary Judgment Exhibit 86

Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00031203