# Exhibit 88

Yuga's Summary Judgment Exhibit 88
Page 274



Yuga's Summary Judgment Exhibit 88

Page 275

YUGALABS_00031334