# Exhibit 89



Yuga's Summary Judgment Exhibit 89

Page 277

YUGALABS_00002625



Yuga's Summary Judgment Exhibit 89
Page 278

YUGALABS_00002626



Yuga's Summary Judgment Exhibit 89
Page 279

YUGALABS_00002627





Yuga's Summary Judgment Exhibit 89
Page 281

YUGALABS_00002629



Yuga's Summary Judgment Exhibit 89
Page 282

YUGALABS_00002630



Yuga's Summary Judgment Exhibit 89
Page 283

YUGALABS_00002631





**@Everything_SOL** dis yours?

💬 1   🔁   ♡ 1   ⬆️

**DUP** ☕ @Everything_SOL · Jul 8
Replying to @velde101 and @0xGem
Wrong one bro

💬 1   🔁   ♡ 1   ⬆️

Show replies

**ladeji_solamidee,doodle collection LIVE🔥 ...** @OladejiSola... · Jul 8
Replying to @0xGem
👀👀

💬   🔁   ♡   ⬆️

Yuga's Summary Judgment Exhibit 89
Page 286

YUGALABS_00002634