# Exhibit 90

← **Tweet**



**GemBot** 💎🖌🤖 @0xGem · Jul 8, 2022
New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH
etherscan.io/tx/0x0fad43802…



💬 35   🔁 31   ♥ 68   📊   ⬆



**apeuniverse.eth (🐵,🥮)**
@apeuniverse_eth

Replying to @0xGem

What a gold ape sold for 6eth must be a glitch!

4:06 PM · Jul 8, 2022

Yuga's Summary Judgment Exhibit 90
Page 288

YUGALABS_00040377