# Exhibit 91

← Tweet

**GemBot** 💎🧹🤖 @0xGem · Jul 8, 2022
New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH
etherscan.io/tx/0x0fad43802...



💬 35    🔁 31    ♡ 68    📊    ↑

**Buffet | NFTBuffet.eth**
@NFTBuffet

Replying to @0xGem

damn i could have afforded this

3:40 PM · Jul 8, 2022

Yuga's Summary Judgment Exhibit 91
Page 290

YUGALABS_00040376