# Exhibit 92



Yuga's Summary Judgment Exhibit 92
Page 292

YUGALABS_00031332