# Exhibit 93



Yuga's Summary Judgment Exhibit 93

Page 294

YUGALABS_00002033