# Exhibit 94

**RYDER-RIPPS.ETH** 🔜 ✓ @ryder_ripps · Feb 8
1/ Greg Solano (Gargamel) Thread 🧵

for a complete picture relating to Yuga/BAYC and other founders visit
gordongoner.com

💬 321　　🔁 765　　♡ 2,028　　⬆️

Edo @Cryptoverse520 · May 19
You have a bayc pfp though haha?

💬 2　　🔁　　♡ 10　　⬆️

Yuga's Summary Judgment Exhibit 94
Page 296

YUGALABS_00027520