# Exhibit 95



Yuga's Summary Judgment Exhibit 95
Page 298

YUGALABS_00027516