# Exhibit 97



Yuga's Summary Judgment Exhibit 97
Page 302

YUGALABS_00027491