# Exhibit 98

PAULY → @Pauly0x · Sep 11
The Queen



💬 34   🔁 9   ♡ 108   ⤴

sachdana.eth @SachDana · Sep 11
Replying to @Pauly0x
Tweets like this make it hard to be team RR and Ryder.

💬 7   🔁 1   ♡ 21   ⤴

PAULY → @Pauly0x · Sep 11
Replying to @SachDana
Explain

💬 2   🔁   ♡ 1   ⤴

Yuga's Summary Judgment Exhibit 98
Page 304

YUGALABS_00002708



**Replying to @Pauly0x and @m_downey**

No. Dude with RRBAYC who is a staunch defender of what you and Ryder are doing with regards to Yuga. Who contacted Ryder before it blew up offering advice and support.

1 — 2

**PAULY** @Pauly0x · Sep 11
Replying to @SachDana and @m_downey
Lol

1

**sachdana.eth** @SachDana · Sep 11
Replying to @Pauly0x and @m_downey
Err ok. You know saying my pfp is racist is exactly the rhetoric/defence that BAYC copium crew throw at RR constantly about his collection.

Is my pfp racist?

1 — 1

**PAULY** @Pauly0x · Sep 11
Replying to @SachDana and @m_downey
Yes. The iconography of BAYC is racist and Nazi. Full stop.

We use NFTs as a means to draw attention to that.

1

**sachdana.eth**
@SachDana

Replying to @Pauly0x and @m_downey

Just so I'm clear here, so your Prussian helmet right now and Ryder's pfp are also racist?

12:00 PM · Sep 11, 2022 · Twitter for Android

2 Likes

Yuga's Summary Judgment Exhibit 98
Page 306

YUGALABS_00002710

Yuga's Summary Judgment Exhibit 98

Page 307

YUGALABS_00002711