# Exhibit 99



**RYDER-RIPPS.ETH** ➡️SOON ✓ ···
@ryder_ripps

Hi all, we're seeing more "RR/BAYC" titled collections on OpenSea, we're working on having these removed to avoid confusion. Note: We love RR/BAYC inspired projects/fan art, the only thing we ask is to avoid using the RR/BAYC name 🙏

3:16 AM · May 27, 2022 · Twitter for iPhone

**15** Retweets   **4** Quote Tweets   **118** Likes



**RYDER-RIPPS.ETH** ➡️SOON ✓ @ryder_rip... · May 27   ···
Replying to @ryder_ripps
This one is the main problem..



← → ➕ 1 ···

**Yuga's Summary Judgment Exhibit 99**
**Page 309**

YUGALABS_00027523