# Exhibit 100



**RR/BAYC**

RR/BAYC I want to reserve:



By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance: Etherscan. By reserving your RR/BAYC, you are purchasing a hold for an order that will be fulfilled or rejected/refunded by Ryder within 24h (Depending on the vibe of your wallet and the mood of Ryder at the time).

**Connect wallet to reserve**

Yuga's Summary Judgment Exhibit 100
Page 311

YUGALABS_00000600