# Exhibit 101



Yuga's Summary Judgment Exhibit 101
Page 313

YUGALABS_00001978