# Exhibit 102



Yuga's Summary Judgment Exhibit 102

Page 315

YUGALABS_00015992