# Exhibit 103



Yuga's Summary Judgment Exhibit 103
Page 317

YUGALABS_00040410