# Exhibit 104



this is getting boring



10:51 AM · May 23, 2022

4 Retweets   1 Quote Tweet   62 Likes

Yuga's Summary Judgment Exhibit 104

Page 319

YUGALABS_00040417