# EXHIBIT 110



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jan 20 03:32:22 EST 2023

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____ OR Jump to record: ____   **Record 22 out of 32**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# APE

| | |
|---|---|
| **Word Mark** | APE |
| **Goods and Services** | (ABANDONED) IC 009. US 021 023 026 036 038. G & S: Computer software platforms for developing, building, and operating distributed applications |
| | (ABANDONED) IC 036. US 100 101 102. G & S: Cryptocurrency, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency services in the nature of providing a digital currency or digital token incorporating cryptographic protocols used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services |
| | (ABANDONED) IC 041. US 100 101 107. G & S: Providing online game services |
| | (ABANDONED) IC 042. US 100 101. G & S: Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain software; Developing customized software in the field of distributed computing platforms for others; Developing customized software in the field of blockchain software for others; Software development and product development consulting in the field of distributed computing platforms; Software development and product development consulting in the field of blockchain software.; Providing on-line non-downloadable virtual goods, namely, digital art; providing online digital artwork and images; non-fungible tokens (nfts) or other digital tokens based on blockchain technology. FIRST USE: 20210400. FIRST USE IN COMMERCE: 20210400 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97106855 |
| **Filing Date** | November 3, 2021 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |

| | |
|---|---|
| International Registration Number | 1681477 |
| Owner | (APPLICANT) YUGA LABS, INC. CORPORATION DELAWARE 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES FLORIDA 331463108 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Mark A. Jansen |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Abandonment Date | October 3, 2022 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

RIPPSCAHEN00020733