# EXHIBIT 121

Case 2:22-cv-04355-JFW-JEM Document 168-17 Filed 03/07/23 Page 1 of 2 Page ID #:10040



Hello,

I saw your project, your intentions today on twitter and I liked the kick in the anthill. The questioning of some parameters of the NFT ecosystem, the rights related.
And I like this artistic parallel movement.
Would it be possible to have a drop?

lallement.eth / graficspot.eth

https://foundation.app/@lallement.eth



lallement.eth (@lallement.eth) | Foundation

Photograph3r // Rolleiflex Smart Chain // Film NFTer. Graficspot. lallement.eth

foundation.app

Thanks in advance.
Edouard.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                               RIPPSCAHEN00001370