# EXHIBIT 122



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00001410