# EXHIBIT 123



**Thank you**

From: ape l9 <petter1v9@gmail.com>   Jun 20, 2022
To: rrbayc@protonmail.com

Thank you for your work looking into the reality of BAYC, followed on twitter for a while and just watched Philions video. Wanted to be a part of this so I just reserved RR/bayc #9508 and #5940. Looking forward to having them! Thanks again for your tireless work and have a great week!

/random fan

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          RIPPSCAHEN00001485