# EXHIBIT 124



I love what you've done and are doing with this! People need to be educated! Thank you

Sent from my iPhone

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**RIPPSCAHEN00001496**