# EXHIBIT 125


**I love the provocation. You're the Catellan of the Internet.**

From: Akshat Tenneti <akkitenn@gmail.com>
To: rrbayc@protonmail.com
Jun 20, 2022

Ryder,

I'm

thatkeensaint.eth

I love protest art and I love everything that you've done. I love NFTs and I hate that BAYC probably caused a major hindrance to global adoption of NFTs.

I am actually broke but I study Internet culture and trends fairly closely and I love the exposé and the video.

I also am an IP Law 4th year student and I would love to get a couple of your RR BAYC pieces. I want to write a paper on it for a class I have this semester and honestly, I love your art.

You're the Internet's Catellan.

Could I please have the following RR BAYC apes? Or atleast one? Please?

469.98 KB  1 file attached

Screenshot_2022-06-21-01-08-13-67_...12.jpg  469.98 KB

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIPPSCAHEN00001500