# EXHIBIT 126



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIPPSCAHEN00001509