# EXHIBIT 127



From: Marcel Biermann <Enhanc3r@enhanc3r.com>
To: rrbayc@protonmail.com
Jun 20, 2022

GM / GN Ryder Ripps,

just a quick question:

i did reserve two of your educational art, is there any utility further on the way since the project is taken the "right" way.
Hint to your investigation,

German fellow, living aboard.

PS. Maybe you are in a good mode to release the Reservations earlier for:
0xdc07f9D68B5B60e70956150381F72E0eF8D7F19e
Thanks

BR
Marcel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      RIPPSCAHEN00001517