# EXHIBIT 128



**More mints?**

From: Scott Hefte <scotthefte@gmail.com>  
To: rrbayc@protonmail.com  
Jun 20, 2022

Hi Ryder,

I think the rrbayc collection is great and the message is fantastic. Saw more pieces were being minted and was just curious if those were going to made available to the public or if you might share what your plans were with them, if I may ask?

A fan,

Scott

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00001558