# EXHIBIT 130



Good morning
I know there is probably no way to help me but I am trying anyway. Yesterday I tried to mint a RR/BAYC several times but to no succes. At the time I started to mint there were more than 2000 available but every time I went to make the transaction I would click on confirm but it would not go forward, it would close the metamask window and that was it. Right away I tried to buy on the secondary market but the prices were already out of my reach. You cannot understand the disappointment and bitterness on me not being able to be part of a project with a real soul aimed at exposing one of the greatest slander systems that ever existed. To me, this nft represents a symbolic meaning of immense value and a light of hope for all of us ordinary people who want to stand up against the great conspiracies that run the show. My question is. This isn't there some way that I can have a blocked nft that I can't sell? I say this to show my honesty, I would like a RR/BAYC just to be part of this movement that finally represents me, I have no interest in reselling it. I hope this message does not come across as a request from just anyone who is eating his hands for not taking the project right away to make his profit and now trying hard to make up for it. Thank you for your attention.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00001622