# EXHIBIT 131



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            RIPPSCAHEN00001655