# EXHIBIT 132



| From | 🔒 Darby Bailey <happydarby@gmail.com> | ☆ ✉ Jun 21, 2022 |
| --- | --- | --- |
| To | rrbayc@protonmail.com | |

Hi Ryder!

I am just checking in about my reservation. I'm not sure if you're still minting out the RRBAYC, but I think the one I reserved has already been minted. Are you giving refunds out for transactions that didn't make it? Here's my deets. You've got a fascinating approach to appropriation art. Well done!

https://etherscan.io/tx/0xfa42a6ac005d18884a69577356c0db8437e5f6ef7f59c901d2372b54d146e453

d

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY