# EXHIBIT 133



**From**  Michael W <mike_520@hotmail.com>    Jun 22, 2022
**To**  rrbayc@protonmail.com

Hey Ryder,

This thing you're doing with RR/BAYC is truly amazing. I'm Jewish myself and my family is holocaust survivors and some of my family died during the holocaust. I need to get a RR/BAYC to support the cause and BURNBAYC. I don't know how to reserve one. I would love to buy one but money is really tight for me. Looking forward to hearing back from you.

**From**  rrbayc <rrbayc@protonmail.com>    Jun 24, 2022
**To**  Michael W

thank u for the message

Sent with Proton Mail secure email.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    RIPPSCAHEN00001737