# EXHIBIT 134

Case 2:22-cv-04355-JFW-JEM Document 168-34 Filed 03/03/23 Page 1 of 2 Page ID #:10046

# How can I get a rrbayc?



I saw what you are doing and I wish I can help. Congrats for minting all your collection. Therefore I looked for the collection in opensea but I believe it was banned, or maybe I'm just stupid and I can't find it.

Let me know if there is any place I can get one. I will love to be in the right side of history.

Wish you success in the quest you started!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         RIPPSCAHEN00001786