# EXHIBIT 136

# NewsRoom

12/10/22 TodayNFTNews 15:25:35

TodayNFTNews
Copyright (c) 2022 TodayNFTNews

December 10, 2022

SEC investigates Yuga Lab's offering of unregistered securities

Jerry Christopher

Dec 10, 2022

SNEAK PEEK

SEC has opened an investigation into 2022 Yuga Labs, for offering unregistered securities to investorsBinance announced an Update on the Security Notice with a focus on security and has completed its global listing process for the BNB token.Binance will use a strict listing process to ensure the best exchange experience for both users and traders.

The Securities and Exchange Commission (SEC) has opened an investigation into 2022 Yuga Labs , a company that claims to have developed a way to "improve body function and rejuvenate the human body." The SEC is investigating the company for possible unregistered securities.

The company is accused of making unregistered securities and the SEC is investigating claims of unregistered securities. The firm allegedly raised more than $30 million from investors through a pre-sales period before the company had filed its registration application with the SEC.

The international securities and consumer rights litigation firm, Scott+Scott Attorneys at Law LLP, announced that it filed a class action lawsuit against Defendants Yuga Labs, Inc. naming Wylie Aronow, Greg Solano, Kerem Atalay, Zeshan Ali, Nicole Muniz, Jasmin Shoemaker, Patrick Ehrlund, Christopher Lyons – the Executive Defendants.

Binance, the world's fastest-growing cryptocurrency exchange, today announced that it has completed its global listing process for the BNB token, an ERC20 utility token used to pay for trading fees on the Binance platform. Once the token is listed, you can trade the token on the Binance exchange.

All trading pairs will be announced on the website before the token is listed. You can also trade the token on other exchanges after the token is listed. Binance will not list any tokens that are scams, plagiarised, or in violation of any applicable laws or regulations.

The exchange is known for its security practices, which include a cold wallet, multi-signature and multi-factor authentication, and a decentralized exchange. Binance also has a bounty program that pays users who find security vulnerabilities in its systems.

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.   1

Moreover, Binance has stated that it is a cryptocurrency exchange with a strong focus on security and high-quality service and they are constantly improving our security practices and systems. Binance uses a strict listing process to ensure the best exchange experience for both users and traders. Binance's listing process is designed to protect both users and traders from scams.

The post SEC investigates Yuga Lab's offering of unregistered securities appeared first on Today NFT News .

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors. Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

---- Index References ----

Company: NEWSTEX, LLC; YUGA LABS, INC.; Securities and Exchange Commission

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Corporate Events (1CR05); Cryptocurrencies (1CC20); Economics & Trade (1EC26); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Blockchain (1BC01); Financial Services (1FI37); I.T. (1IT96); Investment Management (1IN34); Securities Investment (1SE57))

Language: EN

Other Indexing: (Law LLP; Executive Defendants; Newstex; Yuga Labs, Inc.; Securities and Exchange Commission)

Keywords: (Cryptocurrency News); (News); (Crypto Payments); (Yuga Labs)

Word Count: 535