# EXHIBIT 137



 FELIX NG                                          OCT 12, 2022

# Bored Ape creators and other NFT projects investigated by SEC probe

A source familiar with the matter said the SEC is looking into whether certain NFTs from Yuga Labs could be "more akin to stocks."



Sources say that the United States Securities and Exchange Commission (SEC) probe into Yuga Labs is actually part of a wider investigation into the nonfungible token (NFT) market, which already came to light in March.

On Oct. 11, a report from Bloomberg, citing a source "familiar with the matter," said the SEC is investigating Yuga Labs over whether certain NFTs are "more akin to stocks" and whether the sales of certain digital assets violate federal laws.

However, Cointelegraph understands that the investigation is part of the ongoing SEC probe into the wider NFT market, which is looking at whether certain NFTs and fractional NFTs could fall under federal securities laws.

In March, anonymous sources told Bloomberg that the SEC was investigating NFT creators and marketplaces regarding whether "certain nonfungible tokens [...] are being utilized to raise money like traditional securities."

A spokesperson for the SEC told Cointelegraph that it "does not comment on the existence or nonexistence of a possible investigation."

Meanwhile, Yuga Labs appears to be looking at the bright side of things. In a statement to Cointelegraph, a spokesperson said, "It's well-known that policymakers and regulators have sought to learn more about the novel world of Web3," adding:

>  "We hope to partner with the rest of the industry and regulators to define and shape the burgeoning ecosystem. As a

RIPPSCAHEN00016204

leader in the space, Yuga is committed to fully cooperating with any inquiries along the way."

Bloomberg also reported the regulator is examining the distribution of ApeCoin (APE ▲ $5.14), which was given to the holders of Bored Ape Yacht Club (BAYC) and other NFTs.

*Related: Anon news group makes numerous allegations against Yuga Labs and Bored Ape Yacht Club*

According to the ApeCoin website, Yuga Labs is a community member in the ApeCoin DAO and will adopt APE as the primary token across its new projects.

*Update (2:45 am UTC): Comments from the U.S. Securities and Exchange Commission were added to this article.*



\#Law    \#SEC    \#Bitcoin Regulation    \#Investigation    \#NFT

## RELATED NEWS



How to convert your digital art into NFTs and sell it





CFTC action shows why crypto developers should get ready to leave the US



Thai SEC bans exchanges from handling certain token types including NFTs



SEC investigating NFT market over potential securities violations: Reports



Saying 'not financial advice' won't keep you out of jail — Crypto lawyers



RIPPSCAHEN00016205

![ZHIYUAN SUN] OCT 11, 2022

## CNN to shut down its NFT marketplace and issue 20% refund

The nonfungible token venture, originally scheduled with a half-year road map, lasted a little under four months.



United States-based multimedia outlet CNN announced in a tweet on Oct. 10 that it would shut down its nonfungible token (NFT) project less than four months after its launch. Dubbed "Vault by CNN: Moments That Changed Us," the collection included a series of tokenized iconic news moments from CNN's 41-year history, along with a vault to purchase, store and display the NFTs.

In explaining the decision, CNN said Vault was a "6-week experiment" and a "first foray into Web3." However, the firm will "no longer be developing or maintaining this community." The collection was originally minted on the Flow blockchain, with CNN "retain[ing] copyright and ownership over the content."

According to its official roadmap, developers were supposed to implement new features such as "exclusive CNN perks for Vault collectors" and "mint your own CNN article NFT." In the project's Discord server, CNN staff member Jason said that users would receive 20% of the original mint price of the NFT tokens in the form of stablecoins or FLOW tokens deposited to collectors' wallets.



*Vault by CNN's proposed compensation plan for NFT holders | Source: Discord*

While there is a significant discrepancy between the asking prices of Vault by CNN NFTs on its marketplace, many of them were minted for as little as $10 at inception, indicating very little respite for NFT holders under the proposed reimbursement plan. Meanwhile, many users in the project's 1,400-plus Discord community have voiced their displeasure at the decision. One individual, RichardRazo, wrote:

RIPPSCAHEN00016206

1/15/23, 1:25 AM
Case 2:22-cv-04355-JFW-JEM  Document 188-27  Filed 04/03/23  Page 5 of 6   Page ID
Bored Ape creators and other NFT projects investigated by SEC probe
#:10057



> "As an investor, I don't know if I can expect to break even in a few years. Is CNN able to share why they think 20% is fair because, to me, that implies they hopefully think we can break even or make profits within a few years, right? If not, then this seems like a rug pull."



\#Cryptocurrencies   \#Business   \#Media   \#NFT

## RELATED NEWS



What is total value locked (TVL) in crypto and why does it matter?



CFTC action shows why crypto developers should get ready to leave the US



Video-on-demand platform marries love of film with crypto rewards



Reddit NFT trading volume hits all-time high as wallet holders near 3 million



Swiss Seba Bank launches NFT custody despite market decline



Are you a journalist or an editor?   Join us

COINTELEGRAPH NEWSLETTER

RIPPSCAHEN00016207

Email

Subscribe

Cointelegraph covers fintech, blockchain and Bitcoin bringing you the latest news and analyses on the future of money.

Terms of services and Privacy policy

© Cointelegraph 2013 - 2023

RIPPSCAHEN00016208