# EXHIBIT 138

1/15/23, 1:13 AM
SEC to Probe Yuga Labs Over Unregistered Offerings - ARTnews.com
Case 2:22-cv-04355-JFW-JEM Document 183-29 Filed 04/07/23 Page 2 of 3 Page ID #:14080

# ARTnews Est. 1902

home • artnews • news

# SEC to Probe Bored Ape Yacht Club's Parent Company, Yuga Labs, Over Web3 Offerings

BY **ANGELICA VILLA**  October 13, 2022 12:21pm



Bored Ape #8398
OPENSEA

The US Securities and Exchange Commission (SEC) is launching a probe into **Yuga Labs (https://www.artnews.com/t/yuga-labs/)**, the parent company of the viral Bored Ape Yacht Club NFT collection, over a potential securities violation related to its offerings of digital assets, *Bloomberg* **reported Tuesday (https://www.bloomberg.com/news/articles/2022-10-11/bored-ape-creator-yuga-labs-faces-sec-probe-over-unregistered-offerings)**.

The SEC is investigating whether or not non-fungible tokens offered via sales by the Florida-based company are comparable to traditional stocks, sources told *Bloomberg*. As part of its probe into Yuga, the agency is also investigating whether or not sales of digital assets should be subject to the same disclosures required by law for securities offerings.

Case 2:22-cv-04355-JFW-JEM Document 183-28 Filed 03/07/23 Page 3 of 3   Page ID #:10060
SEC to Probe Yuga Labs Over Unregistered Offerings - ARTnews.com

According to *Bloomberg, (https://www.bloomberg.com/news/articles/2022-10-11/bored-ape-creator-yuga-labs-faces-sec-probe-over-unregistered-offerings)* the financial regulator is looking into the Yuga Lab's distribution of ApeCoin, a cryptocurrency designed for web3, a series of decentralized web platforms based on blockchain technology.

Yuga Labs has not, as of now, been accused of violating the law or misconduct.

In a statement to *ARTnews*, Yuga Labs said, "It's well-known that policymakers and regulators have sought to learn more about the novel world of web3. We hope to partner with the rest of the industry and regulators to define and shape the burgeoning ecosystem. As a leader in the space, Yuga is committed to fully cooperating with any inquiries along the way."



ARTnews is a part of Penske Media Corporation. © 2023 Art Media, LLC. All Rights Reserved.

Powered by WordPress.com VIP

RIPPSCAHEN00016956