# EXHIBIT 139

Crypto
NFTs

# Bored-Ape Creator Yuga Labs Faces SEC Probe Over Unregistered Offerings

- Wall Street regulator is examining whether NFTs are securities
- Regulator's inquiry may not lead to allegations of misconduct



Bored Ape Yacht Club digital artwork from the collection of Ovie Faruq and Mike Anderson *Ovie Faruq*

By Matt Robinson
October 11, 2022 at 9:25 AM PDT *Updated on October 11, 2022 at 10:47 AM PDT*

The US Securities and Exchange Commission is investigating Yuga Labs Inc., the creator of the popular Bored Ape Yacht Club collection of NFTs, over whether sales of its digital assets violate federal law.

The SEC is examining whether certain nonfungible tokens from the Miami-based company are more akin to stocks and should follow the same disclosure rules, according to a person familiar with the matter, who asked not to be named because the probe is private. Wall Street's main regulator is also examining the distribution of ApeCoin, which was given to holders of Bored Ape Yacht Club and related NFTs. The cryptocurrency was created in part for web3, a vision of a decentralized internet built around blockchains.

RIPPSCAHEN00017064



RIPPSCAHEN00017065