# EXHIBIT 140

3/17/23, 12:50 PM  ApeCoin Launches for Bored Ape Ethereum NFT Holders With Reddit, FTX, Animoca Execs on Board - Decrypt

Case 2:22-cv-04355-JFW-JEM Document 168-30 Filed 03/07/23 Page 2 of 10 Page ID #:10086



.30%  Polkadot  $6.47 5.36%  Shiba Inu  $0.00001086 2.44%  TRON  $0.067825 1.99%  Litecoin  $83.23 4.56%  Avalanche  $16.80 4.69%  Uniswap  $6.26 4.49%  Wrapped Bitcoin  $26,947.00 7.16%  Cosmos Hub  $12.88 0.90%

Price data by CoinGecko

AD

News ▸ NFTs

# ApeCoin Launches for Bored Ape Ethereum NFT Holders With Reddit, FTX, Animoca Execs on Board

Reddit co-founder Alexis Ohanian and FTX's Amy Wu are on the board of the new BAYC-inspired ApeCoin DAO.

By Kate Irwin

Mar 16, 2022
2 min read



ApeCoin, from the project's Twitter header image.



Bored Ape Yacht Club NFT holders are about to get yet another reward for being in the club: ApeCoin (APE), which launched on Wednesday.

Notably, the token was not created by Yuga Labs, the developer behind BAYC. It was created by ApeCoin DAO in an effort to show decentralization.



News  Courses  Deep Dives  Coins  Videos

RIPPSCAHEN00025221

3/17/23, 12:58 PM                    ApeCoin Launches for Bored Apes' NFT Holders with Reddit, FTX, Animoca Execs on Board - Decrypt
Case 2:22-cv-04355-JFW-JEM Document 168-30 Filed 02/07/23 Page 3 of 10 Page ID
                                            #:10087

That being said, ApeCoin sports the BAYC skull logo, and Yuga Labs is adopting ApeCoin "as the primary token for all new products and services" including its blockchain game coming later this year, according to a press release. And on March 17, the Animoca Brands blockchain game Benji Bananas will also implement ApeCoin.

As a refresher: NFTs such as Bored Apes are unique blockchain-based tokens that indicate ownership over a physical or digital asset, like an image of a cartoon ape. DAOs are decentralized autonomous organizations, communities which use blockchain tokens as votes to allow for decisions to be made collectively.



Unlike some DAOs—where NFTs can be used as votes—the ApeCoin DAO only requires a member to hold an ApeCoin token in order to participate in voting and community-based governance.

While there are a total of 1 billion ApeCoins in existence, many have already been distributed to interested parties. According to ApeCoin's website, 9.75% of tokens will be held by Yuga Labs, 14% are being given to "launch contributors," 8% are being given to the four founders of Yuga Labs specifically, and another 6.25% is being donated to the Jane Goodall Legacy Foundation.

Bored Ape and Mutant Ape NFT holders will also be able to claim a share of the ApeCoin supply. BAYC holders can claim about 10,000 APE per BAYC NFT, while MAYC holders will only be able to claim about 2,000 APE per NFT.



Reddit co-founder Alexis Ohanian is on ApeCoin DAO's board, along with FTX's Amy Wu, Yat Siu of Animoca Brands, Maaria Bajwa of Sound Ventures, and Dean Steinbeck at Horizen Labs.

| News | Courses | Deep Dives | Coins | Videos |

RIPPSCAHEN00025222

AD

Ohanian sees the DAO as a way to expand the reach and fanbase of the BAYC.

"Today we're making the 'Club' bigger with ApeCoin," he said in a statement to press. "Web3 is being integrated into our art, music, and culture more and more everyday and it all starts with community. I believe this community will build, expand, partner, and disrupt in a massive way."

Stay on top of crypto news, get daily updates in your inbox.

Your Email

you@emailaddress.com

Get it!

Copy link    IPFS



### Recommended News

**DAO Organizes Holy Pilgrimage to Meet the Dogecoin Dog in Japan**

Mecca. Bethlehem. The Wailing Wall. And now: Doge. Zealous followers of Kabosu—the wide-eyed Shiba Inu featured in the original Doge meme, whose fluffy visage adorns the popular Dogecoin cryptocurrency birthed in that internet phenomenon's wake—now have the opportunity to make the pilgrimage to the dog's earthly residence in...

News › NFTs
Sander Lutz • Mar 16, 2023
4 min read

**Doodles 'No Longer an NFT Project' and Won't Cater to Speculators, Co-Founder Says**

There's growing tension between the holders of prominent NFT project Doodles and the collection's founders, as the project attempts to build out a brand in the increasingly competitive Web3 space. Now that tension is boiling over thanks to comments from a Doodles co-founder pushing back against critics, and it may not be landing well with...

News    Courses    Deep Dives    Coins    Videos

RIPPSCAHEN00025223

3/17/23, 12:58 PM                                 ApeCoin Launches for Bored Apes NFT Holders with Reddit, FTX, Animoca Execs on Board - Decrypt
Case 2:22-cv-04355-JFW-JEM   Document 168-30   Filed 03/07/23   Page 5 of 10   Page ID
                                       #:10089

Andrew Hayward • Mar 16, 2023

**Gwyneth Paltrow-Backed NFT Art Platform Wild Reveals Latest Artists in Residence**

The Web3 world has no shortage of NFT platforms, but Wildxyz (or Wild) is trying what it believes to be a unique approach: one focused on "experiential" artwork, founder and CEO J. Douglass Kobs told Decrypt, as well as one built around a residency program that helps artists immerse themselves in Web3 as well as a community of fellow...

News › NFTs                                                                                         4 min read
Andrew Hayward • Mar 16, 2023

All News →

AD

News › NFTs

# The Sandbox Metaverse Token Jumps 8% Amid HSBC, Paris Hilton Tie Up

Following news that HSBC bought a plot of virtual land and Paris Hilton's arrival in The Sandbox, the metaverse token SAND has jumped.

By Liam J. Kelly

Mar 16, 2022
3 min read



The Sandbox is an Ethereum-based metaverse game. Image: The Sandbox

RIPPSCAHEN00025224

The Sandbox is becoming a playground for big brands to begin exploring the hype-driven metaverse. Now, Europe's second-largest bank, HSBC, and American noughties celeb turned crypto enthusiast, Paris Hilton, are joining the fun.

HSBC announced this morning a new partnership with the metaverse platform, which included the purchase of a virtual plot of LAND, The Sandbox's tokenized equivalent of digital real estate.

AD

The bank will reportedly put this plot to work, building various esports and gaming activities for enthusiasts.

"Through our partnership with The Sandbox we are making our foray into the metaverse, allowing us to create innovative brand experiences for new and existing customers," the chief marketing officer of HSBC's Asia-Pacific branch, Suresh Balaji, said in a prepared statement. "We're excited to be working with our sports partners, brand ambassadors, and Animoca Brands to co-create experiences that are educational, inclusive, and accessible."

Animoca Brands is the parent company of The Sandbox and is heavily involved in all things crypto and gaming. The Sandbox is a gaming platform built on the Ethereum blockchain that leverages cryptocurrencies and non-fungible tokens (NFTs).

It's not dissimilar from popular titles like Roblox or Minecraft, except essentially every object, avatar, and plot of virtual land can be bought, sold, and custom-designed by any player.

As for Paris Hilton, the celebrity inaugurated her partnership with The Sandbox with a special DJ set at this year's SXSW festival. The concert took place on Tuesday night in a virtual world prepared by The Sandbox.

RIPPSCAHEN00025225

3/17/23, 12:58 PM                    ApeCoin Launches for Bored Apes NFT Holders with Reddit, FTX, Animoca Execs on Board - Decrypt
Case 2:22-cv-04355-JFW-JEM Document 168-30 Filed 03/07/23 Page 7 of 10 Page ID
                                      #:10090



"I am a huge believer in the metaverse and the way web3 technologies are empowering creators, gamers, and artists," said Hilton in a press release. "It's such an important movement and community that I'm proud to be a part of. I can't wait for people to see what amazing experiences The Sandbox and I bring together to the metaverse."

The two partnerships haven't been lost by speculators either.



Following the pair of announcements, The Sandbox's native SAND token spiked by roughly 8%, according to data pulled from CoinMarketCap. The token is currently trading at $2.92, still down more than 65% from its all-time high set back in November.



3/17/23, 12:58 PM
ApeCoin Launches for Bored Apes NFT Holders, With Reddit, FTX, Animoca Execs on Board - Decrypt
Case 2:22-cv-04355-JFW-JEM Document 168-30 Filed 03/07/23 Page 8 of 10 Page ID
#:10092



SAND price →

### Brands and the rise of the metaverse

The promise of an open, virtual world owned by its creators and populated by anyone with an internet connection has not gone unnoticed by major corporations.

Facebook is perhaps the prime example. The Zuckerberg-led social media empire rebranded their entire operation to Meta (a nod and wink to their imperial ambitions of owning the metaverse).

**Will Brands Ruin the Metaverse?**

Last week, Pepsi launched its first NFT collection, a series of cartoon microphones with Pepsi logo noses. Budweiser, which bought an NFT and Ethereum domain name in August and changed its Twitter handle to beer.eth, responded, "Welcome brand friend. WAGMI." Pepsi replied, "Thanks, fren! WAGMI." Facebook, which renamed itself...

News ▸ Opinion

Daniel Roberts • Dec 18, 2021

4 min read

Elsewhere, brands ranging from Nike, Red Bull, McDonald's, Walmart, and more are rapidly filing trademarks for use in similar virtual worlds.

And with many of these trademarks, including terms like "cryptocurrencies" and "NFTs," one can be sure that no matter who owns the emergent metaverse, it will most likely be tokenized.

**DISCLAIMER**

THE VIEWS AND OPINIONS EXPRESSED BY THE AUTHOR ARE FOR INFORMATIONAL PURPOSES ONLY AND DO NOT CONSTITUTE FINANCIAL, INVESTMENT, OR OTHER ADVICE.

**Stay on top of crypto news, get daily updates in your inbox.**

Your Email

you@emailaddress.com

Get it!



Copy link    IPFS

News | Courses | Deep Dives | Coins | Videos

RIPPSCAHEN00025227

3/17/23, 12:58 PM
ApeCoin Launches for Bored Apes NFT Holders with Reddit, FTX, Animoca on Board - Decrypt
Case 2:22-cv-04355-JFW-JEM Document 168-30 Filed 03/07/23 Page 9 of 10 Page ID #:10093



RIPPSCAHEN00025228

**SUBSCRIBE TO OUR NEWSLETTER**

The latest news, articles, and resources, sent to your inbox weekly.

Enter your email

Subscribe

© A media company for the web 3.0 age. 2023 Decrypt Media, Inc.

News | Courses | Deep Dives | Coins | Videos

RIPPSCAHEN00025229