# EXHIBIT 142

  

# APEcoin

MEME FARM    MUH TOKEN    APENOMICS    APE TEAM    TRADE



## GO APE.

**INTRODUCING**



**&**

### ~What are Crypto Girlfriends, you ask?!?~

They are NFTs: Non-Fungible Tokens. These digital collectibles are available to the top holders of Meme Farm Token. There are 21 in total, and each one is unique. Only one copy of each will ever exist!

Since they are ERC-721 tokens, they are transferable. you can choose to hold her close through the bullrun, gift her to a friend, or trade for someone else's Crypto Girlfriend.

RIPPSCAHEN00025244