# EXHIBIT 143

Case 2:22-cv-04355-JFW-JEM    Document 169-39    Filed 04/07/23    Page 2 of 2    Page ID #:10080



RIPPSCAHEN00025245