# EXHIBIT 144

3/20/23, 10:38 AM                    Pixel of the Apes - Collection | OpenSea
Case 2:22-cv-04355-JFW-JEM   Document 189-40 Filed 03/27/23   Page 2 of 6   Page ID
                                    #:10088





# Pixel of the Apes [LEGACY]

By **Monkey_Business**

Items **93** · Created **Mar 2021** · Creator earnings **10%** · Chain **Ethereum** · Category **PFPs**

This is the legacy Pixel of the Apes collection. The new collection can be found here. …

See more

| 209 ETH | 5 ETH | 1,000.1 USDC | 8% | 86 | 92% |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items**   Analytics   Activity



🔍 Search by name or attribute

● Live  BETA    135 results

| Pixel Ape #135 - Pumpkin Art… | Pixel Ape #105 - Arthur Raid… | Pixel Ape #111 - Pirate Arthur | Pixel Ape #43 - Baby Caesar… | Pixel Ape #39 - Baby Caesar… |
|---|---|---|---|---|
| 5 ETH | 5.500 ETH | 5.690 ETH | 5.800 ETH | 7 ETH |
|  | Last sale: 0.550 ETH | Last sale: 0.050 ETH | Last sale: 0.800 ETH | Last sale: 0.345 ETH |



| Pixel Ape #109 - Arthur Wario | Pixel Ape #1 - Excited Baby C… | Pixel Ape #10 - Evil Baby Cae… | Pixel Ape #100 - Baby Caesa… | Pixel Ape #101 - Arthur |
|---|---|---|---|---|
| 10.900 ETH | 1,000 ETH |  |  |  |





☐   **Make collection offer**

Sort by

- ◉ Price low to high
- ○ Price high to low
- ○ Recently listed
- ○ Best offer
- ○ Highest last sale
- ○ Recently sold
- ○ Recently created
- ○ Most viewed
- ○ Oldest
- ○ Most favorited
- ○ Ending soon
- ○ Recently received

Done

RIPPSCAHEN00025326

## Sort by

- ● Price low to high
- Price high to low
- Recently listed
- Best offer
- Highest last sale
- Recently sold
- Recently created
- Most viewed
- Oldest
- Most favorited
- Ending soon
- Recently received

RIPPSCAHEN00025327

## Sort by

- ● Price low to high
- Price high to low
- Recently listed
- Best offer
- Highest last sale
- Recently sold
- Recently created
- Most viewed
- Oldest
- Most favorited
- Ending soon
- Recently received

RIPPSCAHEN00025328

3/20/23, 10:37 AM
Case 2:22-cv-04355-JFW-JEM   Document 189-49   Filed 04/03/23   Page 6 of 6   Page ID #:10088
Humans of the Apes - PixelApes | Collection | OpenSea

Sort by

- ● Price low to high
- Price high to low
- Recently listed
- Best offer
- Highest last sale
- Recently sold
- Recently created
- Most viewed
- Oldest
- Most favorited
- Ending soon
- Recently received

RIPPSCAHEN00025329