# EXHIBIT 145



RIPPSCAHEN00020734