# EXHIBIT 147



RIPPSCAHEN00025312