# EXHIBIT 149

Case 2:22-cv-04355-JFW-JEM Document 169-45 Filed 03/27/23 Page 1 of 5 Page ID #:10270

**PitchBook** — Generated by PitchBook for Karen Rutherford, WilmerHale — Last Updated: 28-Feb-2023 | pbId: 482277-07

# Bored Ape Yacht Club | Private Company Profile

## General Information

**Description**

Developer of a series of NFTs designed to auction them in exchange for cryptocurrency. The company's animated characters comprise 10,000 digital collectibles which are programmatically generated from over 170 possible traits including expression, headwear, and clothing, which are auctioned in various auction houses, enabling collectors to gain access to a club of digital art with benefits.

**Most Recent Financing Status** (as of 28-Feb-2023)

The company raised $449.99 million of Series 1 seed funding in a deal led by Animoca Brands and Andreessen Horowitz on March 23, 2022, putting the company's pre-money valuation at $3.55 billion. The Sandbox Group, FTX, MoonPay, Adidas, Bond, Schoeneck & King, Coinbase, Genies, GV, Hashed (Application Software), Coinbase Ventures, Forest Road Company, Cobalt Capital (Santa Monica), 10T Holdings, Alpha Wave Global, Cobalt Capital, Sound Ventures, Thrive Capital, Samsung NEXT Ventures, Kenetic Capital, Hashed (Accelerator), BOND Capital (San Francisco), LeadBlock Partners, Eden Block, New Enterprise Associates, Lightspeed Venture Partners, Tiger Global Management, Standard Crypto, Tekkorp Capital, Seven Seven Six, Time Ventures, Patron, Metavest Capital, Nural Capital, Digital (US), Friendly Trading Group 2, Google for Startups, SV Angel, Mark Cuban, Gary Vaynerchuk, Calvin Broadus, Timothy Zachery Mosley, Sergio Giovanni Kitchens, Dez Bryant, Shaquille O'Neal, Steve Aoki, Colin Kaepernick, Justin David Blau, Artist Capital Management, DIGITAL (other) and LionTree also participated in the round. The funds will be used to scale the company's rapidly growing team, attract the best talent across creative, engineering, Coinbase Ventures, and operations functions, and for joint ventures and partnerships, it has planned.

| | | | |
|---|---|---|---|
| **Website** | www.boredapeyachtclub.com | **Year Founded** | 2021 |
| **Entity Types** | Private Company / Acquirer | **Universe** | Venture Capital |
| **Also Known As** | Yuga Labs, BAYC | **Employees** | 70 |
| **Legal Name** | Yuga Labs LLC | | |
| **Business Status** | Generating Revenue | | |
| **Ownership Status** | Privately Held (backing) | | |
| **Financing Status** | Venture Capital-Backed | | |

## Investors (52)

### Active Investors (52)

| Name | Investor Type | Holding | Investor Since | Board | Related Deals |
|---|---|---|---|---|---|
| 10T Holdings | Growth/Expansion | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Adidas | Corporation | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Alpha Wave Global | Growth/Expansion | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |

1

RIPPSCAHEN00020222

| Andreessen Horowitz | Venture Capital | Minority | Mar 2022 | ✓ | #1. Seed Round: New Investor, Mar 2022, Christopher Lyons, $449.99M |
|---|---|---|---|---|---|
| Animoca Brands | PE-Backed Company | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Artist Capital Management | Merchant Banking Firm | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| BOND Capital (San Francisco) | Venture Capital | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Bond, Schoeneck & King | Corporation | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Calvin Broadus | Angel (individual) | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, Calvin Broadus, $449.99M |
| Cobalt Capital | PE/Buyout | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Cobalt Capital (Santa Monica) | Growth/Expansion | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Coinbase | Corporation | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Coinbase Ventures | Corporate Venture Capital | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Colin Kaepernick | Angel (individual) | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, Colin Kaepernick, $449.99M |
| Dez Bryant | Angel (individual) | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, Dez Bryant, $449.99M |
| DIGITAL (other) | Other | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Digital (US) | Venture Capital | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Eden Block | Venture Capital | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Forest Road Company | VC-Backed Company | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Friendly Trading Group 2 | Venture Capital | Minority | Mar 2022 | | #1. Seed Round: New Investor, Mar 2022, $449.99M |

2

RIPPSCAHEN00020223

| | | | | |
|---|---|---|---|---|
| FTX | Corporation | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Gary Vaynerchuk | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Gary Vaynerchuk, $449.99M |
| Genies | VC-Backed Company | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Google for Startups | Accelerator/Incubator | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| GV | Corporate Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Hashed | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Hashed (Application Software) | VC-Backed Company | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Justin Blau | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Justin Blau, $449.99M |
| Kenetic Capital | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| LeadBlock Partners | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Lightspeed Venture Partners | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| LionTree | Investment Bank | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Mark Cuban | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Mark Cuban, $449.99M |
| Metavest Capital | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| MoonPay | Corporation | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| New Enterprise Associates | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Nural Capital | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |

3

RIPPSCAHEN00020224

| | | | | |
|---|---|---|---|---|
| Patron | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Samsung NEXT Ventures | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Sergio Kitchens | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Sergio Kitchens, $449.99M |
| Seven Seven Six | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Shaquille O'Neal | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Shaquille O'Neal, $449.99M |
| Sound Ventures | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Guy Oseary, $449.99M |
| Standard Crypto | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Steve Aoki | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Steve Aoki, $449.99M |
| SV Angel | Angel Group | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Tekkorp Capital | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| The Sandbox Group | PE-Backed Company | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Thrive Capital | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Tiger Global Management | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Time Ventures | Venture Capital | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, $449.99M |
| Timothy Mosley | Angel (individual) | Minority | Mar 2022 | #1. Seed Round: New Investor, Mar 2022, Timothy Mosley, $449.99M |

Copyright © 2023 PitchBook Data, Inc. All rights reserved.
Provided under contract for the exclusive use of subscriber Karen Rutherford, WilmerHale.

RIPPSCAHEN00020225