# EXHIBIT 151



Mint
Standard Collection
Marketplace
My Apes



# Welcome Primates!

View Mutant Ape Collection

You are 1 of 10,000 Bored Ape NFTs that found a home on the Tron blockchain. You are definitely smarter than a monkey. A Tron Ape knows a better blockchain when they see it. As a member of the Bored Ape Tron Club, you'll get special member privileges. We have some exciting things that include perks to other platforms, airdrops, and staking features to be disclosed soon.

Everyone can get an Ape. Well, as long as you are within the first 10,000. All Apes will cost the same amount. Buying a Bored Ape costs 1,500 TRX. Proceeds from this sale will go to establishing benefits for each Ape. This can take the form of partnership deals, airdrops on sister projects, and much more. A little secret: We are already working on a partnership with an up-and-coming platform.

The Bored Ape Tron Club is an homage to Bored Ape Yacht Club and not affiliated with Yuga Labs LLC.

Note: 30 random Apes will be withheld from the sale. These will be used for giveaways, promos, and partnerships.

VERIFIED SMART CONTRACT ADDRESS: TKzZo7c3I8AE2FE9NJcPhHVFb5Jy6eGzkR

## Bored Ape Tron Club Minting Event

The Apes have come to Tron. Here is your chance to get the funky primates before they start pounding their chests. This is a limited NFT collection whose rarity can be verified on the blockchain. As an Ape NFT holder, you'll have special access to future features, airdrops, and more as we set up partnerships with other applications.



### The Numbers

Each Bored Ape is inspired by its Ethereum counterpart. They all have unique traits that are made up of different characteristics such as clothing, ear size, and expressions. Keep an eye out for Tron exclusives.





RIPPSCAHEN00020822





RIPPSCAHEN00020823



RIPPSCAHEN00020824