# EXHIBIT 153

 **OpenSea**

RELISTED: Boredapesyachtclubs

# #5 of 5 Boredapeyachtclubs

Owned by Bluenosebully73



RIPPSCAHEN00025210

👁 15 views



🏷 **Make offer**

📈 **Price History** ⌄

🏷 **Listings** ⌄

☰ **Offers** ⌃

No offers yet

☰ **Description**

By **Bluenosebully73**

▤ **About RELISTED: Boredapesyachtclubs** ⌄

▦ **Details** ⌄

RIPPSCAHEN00025211