# EXHIBIT 154

 **OpenSea**

Untitled Collection #175806998

# Bored Ape slave

Owned by StanleyPanjaitan01




RIPPSCAHEN00025252



RIPPSCAHEN00025253