# EXHIBIT 155






RIPPSCAHEN00025255










RIPPSCAHEN00025257






RIPPSCAHEN00025258

RIPPSCAHEN00025259