# EXHIBIT 156



RIPPSCAHEN00025260

View collection

## Stay in the loop

Join our mailing list to stay in the loop with our newest feature releases, NFT drops, and tips and tricks for navigating OpenSea.

| Your email address | Sign up |

## Join the community

### OpenSea

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

| Marketplace | My Account | Resources | Company |
|---|---|---|---|
| All NFTs | Profile | Learn | About |
| Art | Favorites | Help Center | Careers |
| Gaming | Watchlist | Platform Status | Ventures |
| Memberships | My Collections | Partners | Grants |
| PFPs | Create | Taxes | |
| Photography | Settings | Blog | Learn |
| | | Docs | What is an NFT? |
| | Stats | Newsletter | How to buy an NFT |
| | Rankings | | What are NFT drops? |
| | Activity | | How to sell an NFT using OpenSea |
| | | | How to create an NFT on OpenSea |
| | | | What is a crypto wallet? |
| | | | What is cryptocurrency? |
| | | | What are blockchain gas fees? |
| | | | What is a blockchain? |
| | | | What is web3? |
| | | | How to stay protected in web3 |

© 2018 - 2023 Ozone Networks, Inc                                                              Privacy Policy   Terms of Service

RIPPSCAHEN00025261