# EXHIBIT 157



RIPPSCAHEN00025262



