# EXHIBIT 158



  


Bored Ape Yacht Club – I6O0QyVjmt

# BoredApeYachtClub #2170

Owned by **BC4CA0**



RIPPSCAHEN00025299



RIPPSCAHEN00025300



RIPPSCAHEN00025301

Memberships

My Collections

PFPs

Create

Photography

Settings

### Stats

Rankings

Activity

### Resources

### Company

Learn

About

Help Center

Careers

Platform Status

Ventures

Partners

Grants

Taxes

Blog

Docs

### Learn

Newsletter

What is an NFT?

How to buy an NFT

What are NFT drops?

How to sell an NFT using OpenSea

How to create an NFT on OpenSea

What is a crypto wallet?

What is cryptocurrency?

What are blockchain gas fees?

What is a blockchain?

What is web3?

How to stay protected in web3

RIPPSCAHEN00025302

© 2018 – 2023 Ozone Networks, Inc

Privacy Policy Terms of Service

RIPPSCAHEN00025303