# EXHIBIT 159





# Bored Yacht Ape Club

Unique items 7 · Total items 0 · Created Jul 2021 · Creator earnings 5% · Chain Ethereum

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club...

See more

| 0 ETH | -- | -- | 0% | 3 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items**  Analytics  Activity





RIPPSCAHEN00025282



Sweep

RIPPSCAHEN00025283