# EXHIBIT 160



RIPPSCAHEN00025284



RIPPSCAHEN00025285







Sweep

RIPPSCAHEN00025286