# EXHIBIT 161

 OpenSea

Untitled Collection #124763295

# BoredApeYachtClub

Owned by 544A72



RIPPSCAHEN00025289



RIPPSCAHEN00025290