# EXHIBIT 162



3/20/23, 8:15 AM
boredapes_yacht-club NFTs Collection | OpenSea
Case 2:22-cv-04355-JFW-JEM Document 189-58 Filed 04/03/23 Page 3 of 3 Page ID
#:10368








Sweep

RIPPSCAHEN00025288