# EXHIBIT 163



# OpenSea

Untitled Collection #194427640

# BoredApeYachtClub

Owned by **HERO7PALYER**



2

https://opensea.io/assets/matic/0x2953399124f0cbb46d2cbacd8a89cf0599974963/31654336176223360581727597880498967866787699136690599…  1/2

RIPPSCAHEN00025291



RIPPSCAHEN00025292