# EXHIBIT 164

Case 2:22-cv-04355-JFW-JEM Document 169-04 Filed 03/07/23 Page 1 of 3 Page ID #:10300

 OpenSea

Untitled Collection #204722463

# BoredApeYachtClub

Owned by manufacturer-of-nft



RIPPSCAHEN00025293



https://opensea.io/assets/matic/0x2953399124f0cbb46d2cbacd8a89cf0599974963/85023197241534493013893751883886655886281331683935808... 2/2

RIPPSCAHEN00025294