# EXHIBIT 165





Untitled Collection #246284442



# BoredApeYachtClub

Owned by **BoredKingApe**



0

RIPPSCAHEN00025295

