# EXHIBIT 166

# TradeCenter

Unique items 20 · Total items 0 · Created Jan 2022 · Creator earnings 10% · Chain Polygon

Trade Collection. BoredApeYachtClub, CryptoPunk, etc ...

| 0 ETH | -- | -- | 0% | 2 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

Items    Analytics    Activity

Status
Price
Quantity
Currency

20 Items

BoredApeYachtClub #10
BoredApeYachtClub #11
BoredApeYachtClub #12

BoredApeYachtClub #13
BoredApeYachtClub #14
BoredApeYachtClub #15

Sweep     Make collection offer









BoredApeYachtClub #19        BoredApeYachtClub #2        BoredApeYachtClub #20





BoredApeYachtClub #21        BoredApeYachtClub #3        BoredApeYachtClub #4





BoredApeYachtClub #5        BoredApeYachtClub #6        BoredApeYachtClub #7



Sweep

RIPPSCAHEN00025347

BoredApeYachtClub #9        BoredApeYachtClub #1

Sweep

RIPPSCAHEN00025348