# EXHIBIT 167

Case 2:22-cv-04355-JFW-JEM Document 169-03 Filed 03/03/23 Page 1 of 3 Page ID #:10370





# BoredApeYachtClub #12

Owned by CryptoBusinessClub



RIPPSCAHEN00025297

👁 1 view        ♡ 1 favorite

🏷 **Make offer**

📈 Price History ⌄

🏷 Listings ⌄

☰ Offers ⌃



No offers yet

☰ Description

By **CryptoBusinessClub**
BoredApeYachtClub

☰ About TradeCenter ⌄

RIPPSCAHEN00025298