# EXHIBIT 168



RIPPSCAHEN00025289



RIPPSCAHEN00025290