# EXHIBIT 169

RIPPSCAHEN00025319


Last sale: 0.150 WETH


Last sale: 0.005 WETH


Bor


BoredApeYachtClub #1783


BoredApeYachtClub #1992

Last sale: < 0.0001 ETH


BoredApeYachtClub #2344

Last sale: < 0.0001 ETH


BoredApeYachtClub #3544


BoredApeYachtClub #7071

Last sale: 0.055 WETH


BoredApeYachtClub #7591

Last sale: 0.055 WETH


BoredApeYachtClub #7599

Last sale: 0.050 ETH


BoredApeYachtClub #8189

Last sale: 0.005 ETH


BoredApeYachtClub #82 ✅







Sweep

RIPPSCAHEN00025320

BoredApeYachtClub #8282 ✅   BoredApeYachtClub #8282 🟢   BoredApeYachtClub #8282I



BoredApeYachtClub #8227



BoredApeYachtClub #8291

Last sale: 0.005 WETH



BoredApeYachtClub #8293

Last sale: 0.0001 WETH



BoredApeYachtClub #882 ✅



BoredApeYachtClub #8229

Last sale: 0.048 ETH



CryptoPunk #2769

Last sale: 0.080 ETH



CryptoPunk #292

Last sale: 0.005 WETH



CryptoPunk #700

Last sale: 0.024 ETH



CryptoPunk #7048





Sweep

RIPPSCAHEN00025321

Last sale: 0.0001 WETH



Sweep

RIPPSCAHEN00025322



Sweep

RIPPSCAHEN00025323



Sweep

RIPPSCAHEN00025324