# EXHIBIT 170



RIPPSCAHEN00025306


👁 20 views    ♡ 3 favorites

🏷 **Make offer**

📈 Price History ⌄

🏷 Listings ⌄

☰ Offers ⌃

No offers yet

☰ Description

By **459C52**
The BoredApeYachtClub is a collection of up to 20,000 Mutant Apes that can only be created by exposing an existing Bored Ape to a vial of MUTANT SERUM or by minting a Mutant Ape in the public sale

☰ About MineablePunk ⌄

RIPPSCAHEN00025307