# EXHIBIT 171




MineablePunk



# BoredApeYachtClub #12571

Owned by lnwtrue.eth



https://opensea.io/assets/ethereum/0xfe93dfe14e493af8c36315dbc45d384224080c3d/939700000036          1/2

RIPPSCAHEN00025308



RIPPSCAHEN00025309