# EXHIBIT 172

 OpenSea

Bored Ape Violet

# BoredApeYachtClub Violet

Owned by 8728FC



RIPPSCAHEN00025310



RIPPSCAHEN00025311