# EXHIBIT 173



RIPPSCAHEN00025351



RIPPSCAHEN00025352



RIPPSCAHEN00025353







Sweep

RIPPSCAHEN00025354



RIPPSCAHEN00025355





Sweep

RIPPSCAHEN00025356



RIPPSCAHEN00025357



Sweep

RIPPSCAHEN00025358



Sweep

RIPPSCAHEN00025359



Sweep

RIPPSCAHEN00025360





Sweep

RIPPSCAHEN00025361









World Cup Bored Ape Yacht Club ...    # 4,429
World Cup Bored Ape Yacht Club ...    # 2,904
World Cup Bored Ape Yacht Club ...    # 4,251

World Cup Bored Ape Yacht Club #...    # 953
Last sale: 0.001 ETH
World Cup Bored Ape Yacht Club ...    # 1,288
World Cup Bored Ape Yacht Club ...    # 2,952

World Cup Bored Ape Yacht Club ...    # 3,980
World Cup Bored Ape Yacht Club ...    # 1,782
World Cup Bored Ape Yacht Club ...    # 2,230

Sweep

RIPPSCAHEN00025362







Sweep

RIPPSCAHEN00025363





Sweep

RIPPSCAHEN00025364









World Cup Bored Ape Yacht Club #...    # 1,156
World Cup Bored Ape Yacht Club ...    # 3,257
World Cup Bored Ape Yacht Club ...    # 2,509





World Cup Bored Ape Yacht Club ...    # 3,853
World Cup Bored Ape Yacht Club #4...    # 814
World Cup Bored Ape Yacht Club #...    # 988





World Cup Bored Ape Yacht Club ...    # 3,017
World Cup Bored Ape Yacht Club ...    # 1,449
World Cup Bored Ape Yacht Club ...    # 2,499





Sweep

RIPPSCAHEN00025365





RIPPSCAHEN00025366



World Cup Bored Ape Yacht Club ...    # 2,295

World Cup Bored Ape Yacht Club #...    # 246

World Cup Bored Ape Yacht Club #4...    # 50

World Cup Bored Ape Yacht Club #...    # 293

World Cup Bored Ape Yacht Club #4...    # 88

World Cup Bored Ape Yacht Club #...    # 975

World Cup Bored Ape Yacht Club ...    # 2,547

World Cup Bored Ape Yacht Club #...    # 283

World Cup Bored Ape Yacht Club ...    # 2,835

Sweep

RIPPSCAHEN00025367



Sweep

RIPPSCAHEN00025368



Sweep

RIPPSCAHEN00025369

Last sale: 0.001 ETH

Sweep

RIPPSCAHEN00025370