# EXHIBIT 174



RIPPSCAHEN00018890