# EXHIBIT 175

WAKE & BAYC

Home Catalog

WAKE & BAYC
APE 7436
BA YC
...a community of like-minded individuals who are bullish on WEB3, love trading NFTs
and smoking weed. Bridging WEB3, Cannabis, Crypto & Culture one toke at a time!!

RIPPSCAHEN00017081