# EXHIBIT 177



RIPPSCAHEN00017246