# EXHIBIT 178



☰ Menu                                                    (/)                                                       🛒 Cart

Search the depths of pop culture here

**Hey! You might also be into...**

🔍 nft (/t-shirts/nft)



  

### Bored Ape T-Shirt

Bored Ape T-Shirt  Designed and Sold by DanielVind (/user/danielvind)
Bored apes are bored.

**Color:** Black

⊘

| Fit: | Male Fit | Female Fit |

**Style:** Classic T-Shirt ▼

**Size:**  S   M   L   XL
          2XL  3XL  4XL  5XL

📏 View Size Chart

**LOOK WHAT'S NEW!**
This **Double Sided Print** is only available on our **Classic T-Shirt**.

### $22  $26

### ADD TO CART

SAVE 15%        0       12       35      39
for the next:   Days    Hours    Mins    Secs

Don't love it?
We'll fix it. For free.
TeePublic GuaranTee »
(https://teepublic.zendesk.com/hc/en-
us/articles/4402813544215)

---

## More Bored Ape Products

**Hoodie**                           **Sticker**                          **Kids T-Shirt**
(/hoodie/30016461-bored-ape)         (/sticker/30016461-bored-ape)        (/kids-t-shirt/30016461-bored-ape)

**Mug**                              **Mask**
(/mug/30016461-bored-ape)            (/mask/30016461-bored-ape)



**Adult Apparel**                                **Cases & Stickers**                              **Kids Apparel**
Tank Top (/tank-top/30016461-bored-ape)          Phone Case (/phone-case/30016461-bored-ape)       Kids Hoodie (/kids-hoodie/30016461-bored-ape)
Crewneck Sweatshirt (/crewneck-sweatshirt/30016461-  Laptop Case (/laptop-case/30016461-bored-ape)  Kids Long Sleeve T-Shirt (/kids-long-sleeve-t-
bored-ape)                                       Magnet (/magnet/30016461-bored-ape)               shirt/30016461-bored-ape)
Long Sleeve T-Shirt (/long-sleeve-t-shirt/30016461-bored-                                          Onesie (/onesie/30016461-bored-ape)
ape)
Baseball T-Shirt (/baseball-tee/30016461-bored-ape)

**Home Goods**
Wall Art (/poster-and-art/30016461-bored-ape)
Notebook (/notebook/30016461-bored-ape)
Pillow (/throw-pillow/30016461-bored-ape)
Tote (/tote/30016461-bored-ape)
Tapestry (/tapestry/30016461-bored-ape)
Pin (/pin/30016461-bored-ape)

RIPPSCAHEN00017224

Wanna see even more designs?    SEARCH BORED APE(/T-SHIRTS/BORED-APE)

## Bored-ape Stickers Just for You

**NFT KING sticker** (/sticker/27691080-nft-king)

**Bored Chimp King, Ape Design, Monkey ...** (/sticker/29027086-bored-chimp-king-ape-design-monkey-design-funny-ch)

**Sorry About Your Ape d sticker** (/sticker/30950754-sorry-about-your-ape-d)

**This Just Got Real Ape sticker** (/sticker/35334798-this-just-got-real-ape)

**Faceoff sticker** (/sticker/36193080-faceoff)

## Bored Ape T-Shirt

**Where can I find other bored ape designs?**
In addition to bored ape designs, you can explore the marketplace for cryptocurrency, bitcoin, and gorilla designs sold by independent artists.

**What material is this item made of?**
100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) **Learn More »**

**What USA ship methods are available?**
UPS MI Domestic (6-8 Business Days)
FedEx 2-Day (4-6 Business Days)
*Estimates include printing and processing time.* **More Shipping Info »** (https://www.teepublic.com/shipping)

**What is the Return/Exchange policy?**
We want you to love your order! If for any reason you don't, let us know and we'll make things right. **Learn More »** (https://www.teepublic.com/refunds-and-returns)

## Similar to Bored Ape

**Designer's Applied Tags**

bored ape(/t-shirts/bored-ape)   nft(/t-shirts/nft)   ape(/t-shirts/ape)   blockchain(/t-shirts/blockchain)   bored(/t-shirts/bored)   club(/t-shirts/club)

crypto(/t-shirts/crypto)   ethereum(/t-shirts/ethereum)   monkey(/t-shirts/monkey)   skull(/t-shirts/skull)   twitter(/t-shirts/twitter)   yacht(/t-shirts/yacht)

bayc(/t-shirts/bayc)

**Customers Also Search**

bored ape hoodies(/hoodie/bored-ape?prodpage=true)   bored ape long sleeve t-shirts(/long-sleeve-t-shirt/bored-ape?prodpage=true)   cryptocurrency(/t-shirts/cryptocurrency)

bitcoin(/t-shirts/bitcoin)   gorilla(/t-shirts/gorilla)   btc(/t-shirts/btc)   newest t-shirts(/newest-t-shirts)

**Share this design**

(https://twitter.com/share?url=https%3A%2F%2Fwww.teepublic.com%2Ft-shirt%2F30016461-bored-ape&text=Check+out+this+awesome+'Bored+Ape'+design+on+@TeePublic!) (https://pinterest.com/pin/create/button/?url=https%3A%2F%2Fwww.teepublic.com%2Ft-shirt%2F30016461-bored-ape&media=https%3A%2F%2Fcontent.production.cdn.art.teepublic.com%2Fuploads%2Fdesigns%2F1462829015%2Fposter%2Fartwork%2Fcrop%2Cx_10%2Cy_10%2Cfit%2Cw_470%2Ccrop%2Cg_north_west%2Ch_626%2Cw_470%2Cx_0%2Cy_0%2Fg_north_west%2Cu_upload%3Av1462829015%3Aproduction%3A&description=Check+out+this+awesome+'Bored+Ape'+design+on+@TeePublic!)

## More content to explore

crash landing on you t shirts(/buy/crash-landing-on-you-t-shirts)   forklift driver shirt(/buy/forklift-driver-shirt)   birthday squad shirts(/buy/birthday-squad-shirts)

born in 1962 t shirt(/buy/born-in-1962-t-shirt)   im just here so i dont get fined shirt(/buy/im-just-here-so-i-dont-get-fined-shirt)   america flags(/buy/america-flags)

ladies st patricks day t shirts(/buy/ladies-st-patricks-day-t-shirts)   one track mind t shirt(/buy/one-track-mind-t-shirt)   staten island flag(/buy/staten-island-flag)

courage the cowardly dog shirt(/buy/courage-the-cowardly-dog-shirt)   only gains tank top(/buy/only-gains-tank-top)

mexican and puerto rican flag(/buy/mexican-and-puerto-rican-flag)   happy birthday card stickers(/buy/happy-birthday-card-stickers)

womens long sleeve st patricks day shirts(/buy/womens-long-sleeve-st-patricks-day-shirts)   pinch me and i ll punch you shirt(/buy/pinch-me-and-i-ll-punch-you-shirt)

The links above have been automatically generated based on tag usage by third-party designers on the TeePublic platform.



**Don't love it? We'll fix it. For free.**
100% Free Exchanges.
**TeePublic GuaranTee »** (https://teepublic.zendesk.com/hc/en-us/articles/4402813544215)

(https://www.trustpilot.com/review/www.teepublic.com)

### Subscribe to our Newsletter
For sales, exclusive content, and more!

Email address

| Explore | Support |
|---|---|
| All Designs (/t-shirts) | Contact Us (/contact) |
| New Tees on Sale (/t-shirts?sort=newest) | Change My Order (/orders/lookup_and_edit) |
| Featured Designers (/featured-designers) | Find My Order (/orders/lookup) |
| Newest Designers (/newest-designers) | FAQ (https://teepublic.zendesk.com/hc/) |

RIPPSCAHEN00017225

Tag Directory (/tag-directory)

Newest T-Shirts (/newest-t-shirts)

Content Directory (/find)

### About Us

We're hiring!

About Us (/about)

Affiliate Sign Up (/signup/curator)

Careers (/careers)

Hire an Artist (/commission-a-designer)

Social Responsibility (/social-responsibility)

Refunds & Returns (/refunds-and-returns)

Size Chart (/sizechart)

Shipping Info (/shipping)

### Designers

Designer Sign Up (/signup/designer/sell-art-online)

Design Guide (https://cdn.teepublic.com/assets/pdfs/designing-for-dtg-949537806cf44af4ca8d80c36da5aa84c7986642909f4eb1d93addc043f21b29.pdf)

TeePublic Blog (/blog)

### Let's be friends!

(https://www.facebook.com/TeePubliccom- (https://twitter.com/TeePublic) (https://www.instagram.com/teepublic/) (http://www.pinterest.com/teepub/) (http://teepublic.tumblr.com/) (https://www.reddit.com/don865099700332025)

### We accept:

(https://www.bbb.org/us/ny/new-york/profile/online-retailer/teepublic-0121-168669)

© TP Apparel LLC 2012 - 2023

Intellectual Property Policy (/intellectual-property-policy)

CA: Do not sell my Personal Information (/ccpa)

Privacy Policy (/privacy_policy)

Terms (/terms)

RIPPSCAHEN00017226