# EXHIBIT 179

# Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened

The first restaurant to accept $APE (ApeCoin).



1 of 4

Bored & Hungry

**Food & Beverage**

Apr 11, 2022

🔥 184,509 Hypes

💬 12 Comments

**TEXT BY**
Nicolaus Li

This past weekend Bored & Hungry, the world's Bored Ape Yacht Club restaurant opened in Long Beach, California. Ahead of its opening, the unique concept announced via Twitter that it would not only accept ETH (Ethereum) but also $APE (ApeCoin). Also making it the first restaurant to accept the $APE cryptocurrency as a form of payment.

RIPPSCAHEN00017210