# EXHIBIT 180



RIPPSCAHEN00018547