# EXHIBIT 181



# BORED APE YACHT CLUB CBD LEMONADE

Posted On November 11, 2022

Beverages, CBD

👁 765    👍 41    👎 0

Submitted By:

**MADMINDSTUDIOS**





FOLLOW    MESSAGE

Mad Mind Studios, a full-service branding, and website design agency in Los Angeles, is the powerful creative marketing force behind the recent branding and launching of the newest addition to one of the most innovative (and tasty) CBD-infused products on the market – Kickback. Bored Ape Blueberry is the latest flavor in the lineup. As the name implies, it bears the iconic and highly sought-after NFT Bored Ape Yacht Club logo.

"We are beyond thrilled with the outstanding work of the talented team at Mad Mind Studios has put together our new Kickback flavor," stated Pierre Real, co-founder of Kickback. "We have trusted Mad Mind Studios with our branding and design with our Kickback products from the ground up. We have always been very pleased with their creative work. They have taken it to the next level this time though – arranging for the NFT Bored Ape logo to be on the label of our blueberry flavor addition. We couldn't be more excited and can't wait to introduce Kickback CBD-infused Bored Ape Blueberry to the public."

Founder Omid Mousaei and his team at Made Mind Studios is appreciated for forward-thinking, out-of-the-box collective efforts from highly skilled team members. The agency began working with Kickback when the CBD-related company first launched in 2017– creating their brand identity, designing the logo, product packaging, and website, and masterminding inventive ways to proactively scale the new company.

With the latest project, the branding and debut of Kickback's new blueberry lemonade flavor, Mad Mind Studios took an unprecedented approach by incorporating the impressive Bored Ape Yacht Club into the dynamic design and in the product name. They also tended to the negotiations involved with using the NFT-based ape.

RIPPSCAHEN00017258



RIPPSCAHEN00017259



RIPPSCAHEN00017260



RIPPSCAHEN00017261



RIPPSCAHEN00017262



## Sign up to Comment

LOGIN          SIGN UP

Submitted By:

### MADMINDSTUDIOS

FOLLOW          MESSAGE

Credits
CREATIVE DIRECTOR: **Omid Mousaei**
Senior Designer: **Samuel Zhao**

Client:
Kickback

RIPPSCAHEN00017263

Case 2:22-cv-04355-JFW-JEM   Document 120-6   Filed 04/03/23   Page 8 of 11   Page ID #:10308

More awesome projects from **madmindstudios**



### ZUMA NUTRITION
Health Care, Supplements

👁 797   👍 43   👎 0   💬 0

madmindstudios  months ago



### NEVERA JUICE BAR
Beverages, Juice

👁 585   👍 38   👎 0   💬 0

madmindstudios  months ago



### KICKBACK CBD LEMONADE
Beverages, Juice

👁 2630   👍 16   👎 0   💬 0

madmindstudios  years ago



### KICKBACK COLD BREW
Beverages, Cannabis, Coffee, Energy Drink

👁 495   👍 15   👎 0   💬 0

madmindstudios  years ago

More awesome projects you should not miss.



### CAVRO SPECIALTY COFFEE
Beverages, Coffee

👁 566   👍 20   👎 0   💬 0





### WHY NOT PANCAKES & WAFFLES
Food

👁 619   👍 23   👎 0   💬 0



### JONI
Beverages, Juice

👁 407   👍 17   👎 0   💬 0

RIPPSCAHEN00017264

Case 2:22-cv-04355-JFW-JEM Document 163-7 Filed 04/03/23 Page 9 of 11 Page ID #:10400



MICHIRU
Bath And Beauty, Personal Care
369   9   0   0
JDO   2 days ago

ODEMEL
Alcohol, Mead
384   16   0   0
ThinkBoldStudio   2 days ago

ERGON BOTTLED WATER
Beverages, Drinking Water
424   18   0   0
Boo Republic   2 days ago

REBRANDING CHEMICAL
BRAND FOSKAR
Home Living, Others, Redesigned
418   15   0   0
Sparrow Design   2 days ago

KALIT
Bath And Beauty, Perfume
397   16   0   0
BielkeYang   2 days ago

ZERO BULLSHIT
Alcohol, Wine
381   17   0   0
Stefbras   2 days ago

FRESH
Beverages
431   17   0   0
Freshfungi   2 days ago

KICK X BAUHAUS BREEZEBOX
2022
Alcohol, Beer
357   9   0   0
Kick Branding & Design   2 days ago

TITANA WINE
Alcohol, Wine
345   16   0   0
Reboot   2 days ago

MENGXIAONIAN
Baby Food, Food, Snacks
351   15   0   0

MYKONOS HEAT
Bath And Beauty, Cosmetics
450   15   0   0

COLLA GEN COSMETIC BRAND
Bath And Beauty, Cosmetics
426   21   0   0

RIPPSCAHEN00017265



RIPPSCAHEN00017266

All images and artworks are copyrighted by their respective authors. Copyright © Packaging Of The World: Creative Package Design Archive and Gallery. Hand-picking packaging projects since 2008.

RIPPSCAHEN00017267