# EXHIBIT 182



RIPPSCAHEN00018558