# EXHIBIT 183



Thread
Bored Ape Cranky Ranky ...
@cranky_ranky
Just in time for summer!!
Bored Ape #9899 Beer
Cranky Ranky IPA
With the amazing help from our friends @Bergamis & @MPizziferro who did an epic job in creating this beer with us!
#BoredApe9899 #CrankyRankyIPA @shopEliqs @BoredApeYC #BAYC
7:07 PM · Jul 2, 2021
38 Retweets 11 Quote Tweets 215 Likes
Bored Ape ... · Jul 2, 2021
Replying to @cranky_ranky
DM me if you want your own Beer, wine or Sparkling water!!
7 2 22
P... @pa... · Jul 2, 2021
Replying to @cranky_ranky @Bergamis and 3 others
yooooo these are dope
1 3
Bored Ape ... · Jul 2, 2021
Replying to @paper_ape @Bergamis and 3 others
I can see a Pape Ape Lager
1 1 2
Show replies
Astrolog... @YourAstro...
Your Daily Horoscope is Not Like Anything You've Seen Before!
TODAY'S HOROSCOPE
PRESS YOUR ZODIAC SIGN BUTTON BELOW
7.1% ABV.
CRANKY RANKY IPA
BEER IN TOWN! ASK ANY
BORED APE
BEER
SMALL BATCH
APE INTO THIS!
CRAFT BEER
32 49 215