# EXHIBIT 184

Connect



# RR/BAYC

On June 14th, 2021 I re-minted **CryptoPunk #3100** on the Ethereum Blockchain, an image whose original token sold for a record $7.58M USD on March 11th, 2021.

The #3100 mint tested the boundaries and meaning of digital images within a new paradigm of IP law, copyright, computer generated images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received **a Digital Millennium Copyright Act (DMCA) notice** from Larva Labs. I successfully countered the DMCA and #3100 was subsequently re-listed, sending a strong message that **you can't copy an NFT**.

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and digital ownership. Provenance has always been the definitive aspect in establishing an artwork's meaning and value. The technology of NFTs is widely misunderstood, but in its greatest form, it enables an immutable trace of origin in time to the publisher/creator of a digital work.

Since December of 2021, I have been investigating the most prominent NFT project, Bored Ape Yacht Club and its creators, Yuga Labs. Through months of intensive research, myself and other community members have discovered extensive connections between BAYC and subversive internet nazi troll culture. You can read the findings at **http://GordonGoner.com**, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of "re-minting", the original BAYC images are

RIPPSCAHEN00021149

recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFTs to change meaning, establish provenance and evade censorship.

RR/BAYC uses satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the framework of NFTs. The work is an extension of and in the spirit of other artists who have worked within the field of **appropriation art**.

This collection was delisted from the Foundation marketplace on May 17th, 2022 when Yuga Labs sent a DMCA takedown request. Two hours later Yuga Labs **formally capitulated, withdrawing their DMCA request**. The current terms of ownership set forth by Yuga Labs to BAYC token holders are unclear and do not meet current copyright standards. Clearly defining what we are buying when we purchase an NFT is one of the primary goals of this work.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at **rrbayc@protonmail.com**.

- Ryder Ripps

## Reserve Apes (0 AVAILABLE)

Sold Out

| Enter Ape Id |
| --- |

| Select Random | Shuffle Apes |
| --- | --- |

RIPPSCAHEN00021150



RIPPSCAHEN00021151



RIPPSCAHEN00021152



RIPPSCAHEN00021153



RIPPSCAHEN00021154



RIPPSCAHEN00021155



RIPPSCAHEN00021156



RIPPSCAHEN00021157



RIPPSCAHEN00021158



RIPPSCAHEN00021159



RIPPSCAHEN00021160



RIPPSCAHEN00021161



#132 #133 #134
#135 #136 #137
#138 #139 #140
#141 #142 #143

RIPPSCAHEN00021162



RIPPSCAHEN00021163



RIPPSCAHEN00021164



RIPPSCAHEN00021165



RIPPSCAHEN00021166



RIPPSCAHEN00021167



RIPPSCAHEN00021168



RIPPSCAHEN00021169



RIPPSCAHEN00021170



RIPPSCAHEN00021171



RIPPSCAHEN00021172



RIPPSCAHEN00021173



RIPPSCAHEN00021174

ARTWORK BY RYDER RIPPS FOR LIVE9000 LLC

RIPPSCAHEN00021175