# EXHIBIT 186



RIPPSCAHEN00019988