# EXHIBIT 188







RIPPSCAHEN00020399