# EXHIBIT 189



 



# This collection has received a DMCA takedown notice.

Complaint submitted by

**Trademark Infringement filed by Yuga Labs, Inc.**

**Learn about the DMCA process**

RIPPSCAHEN00019959