# EXHIBIT 190

**Yuga Labs, Inc. Notice Under DMCA / rrbayc.com**  External  Inbox

enf.yugalabs.1855294@enfappdetex.com  Tue, Jun 28, 2022, 3:18 PM
to 934dc7d80cf74a75bcf2f6e1a6e5ba24.protect

June 28, 2022

We are contacting you as the registrant of the content (the "Infringing Content") offered on your platform which infringes on Trademark's owned by Yuga Labs, Inc. ("Yuga Labs"). We request that you remove the Infringing Content as soon as possible. The necessary information for this takedown request is as follows:

Intellectual Property : Registration #
Ape Skull Logo : UK00003718328
BAYC : UK00003718333

Infringing Content/URLs:
https://rrbayc.com/

Additional Information:
Unauthorized use of Yuga Labs trademarks in page name, Icon & header images; passing off as official Yuga Labs account and potential consumer confusion and/or harm.
Please see attached Letter of Authorization.

Owner Name and Address:
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

Authority to Act: We, Appdetex, represent that the information in this Notice is accurate, and, under penalty of perjury, further represent that we are authorized to act on behalf of Yuga Labs, as owner of an exclusive right in the Protected Work, which is the subject of infringement by the Infringing Content. Appdetex is authorized by Yuga Labs to facilitate the submission of and correspondence regarding complaints relating to the Protected Works.

Good Faith Belief: We, Appdetex, have a good faith belief that the use of the Infringing Content in the manner described above is not authorized by the Trademark owner, Yuga Labs, or its agents, nor is such use permitted by law.

512(f) Acknowledgement: As applicable under 17 U.S.C. 512(f), we acknowledge that we may be subject to liability for damages if we knowingly materially misrepresent that material or activity is infringing.

Please let us know if you need any additional information. Thank you.

Sincerely,
Yuga labs, Inc.
(Transmitted by Appdetex Customer Success Team)

_Any personal data collected by Appdetex and used to identify individuals for the purpose of this communication have been done in accordance with applicable privacy laws and the Appdetex Privacy Policy available at: https://www.appdetex.com/legal/privacy-policy.

Certain information provided herein may be confidential and/or protected from disclosure under applicable law. If you are not the intended recipient of this transmission, please notify the sender immediately and do not deliver, distribute or copy this transmission, disclose its contents, or take any other action in reliance upon or as a result of the information it contains._

One attachment • Scanned by Gmail


Yuga_Labs_LOA.pdf

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          RIPPSCAHEN00015319