# EXHIBIT 193

BAYC 

# BoredApeYachtClub

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 9,998 | 6,061 | — | — |



Share
Earn 1%

## NFTs   Activity

Live Auction 0   Buy Now 0   Reserve Price 0   Active Offers 0

RIPPSCAHEN00019869