# EXHIBIT 194

 



DONATE

Explore more than 800 billion web pages saved over time

https:/foundation.app/collection/bayc-574a

**Calendar · Collections · Changes · Summary · Site Map · URLs**

6 URLs have been captured for this URL prefix.

Filter results by URL or MIME Type (i.e. '.txt')

| URL ↑ | MIME Type | From | To | Captures | Duplicates | Uniques |
|---|---|---|---|---|---|---|
| https://foundation.app/collection/bayc-574a?attr=attributes.Background%3AGray | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |
| https://foundation.app/collection/bayc-574a?attr=attributes.Clothes%3AHip+Hop | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |
| https://foundation.app/collection/bayc-574a?attr=attributes.Eyes%3ASad | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |
| https://foundation.app/collection/bayc-574a?attr=attributes.Fur%3ADark+Brown | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |
| https://foundation.app/collection/bayc-574a?attr=attributes.Hat%3APrussian+Helmet | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |
| https://foundation.app/collection/bayc-574a?attr=attributes.Mouth%3ADiscomfort | text/html | Jan 26, 2023 | Jan 26, 2023 | 1 | 0 | 1 |

Showing 1 to 6 of 6 entries

First   Previous   1   Next   Last

RIPPSCAHEN00020596

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

RIPPSCAHEN00020597