# EXHIBIT 195

# BoredApeYachtClub #3721
**Bored Ape Yacht Club**





Min. Price
**0.0000 ETH** ($0.00)
Last Sale (Item)
**30 ETH** ($50,157.30)

Last Sale (Contract)
**99.99 ETH** ($167,174.28)

## Details

| | |
|---|---|
| Owner: | rh0729.eth |
| Contract Address: | 0xbc4ca0eda7647a8ab7c2061c2e118... |
| Creator: | Bored Ape Yacht Club: Deployer |
| Classification: | Off-Chain (IPFS) |
| Token ID: | 3721 |
| Token Standard: | ERC-721 |
| Marketplaces: | |

### Properties (6)

## Item Activity



A total of 17 records found — First  <  Page 1 of 1  >  Last

| Txn Hash | Age | Action | Price | From |
|---|---|---|---|---|
| 0x29d427bee7d5da459e... | 15 days 23 hrs ago | Transfer | j17 | r |
| 0x455a8bf9e670ff6aefe2... | 164 days 13 mins ago | Transfer | 0x6b83b6084fa4c4e36d... | j |
| 0xc3a4ff069f07a53e0a4... | 208 days 2 hrs ago | Transfer | rh0729 | 0x6 |
| 0x37a845b29e85dd454c... | 250 days 22 hrs ago | Transfer | 0x13d8faf4a690f5ae52e... | r |
| 0x983e8efabad861c5eb... | 250 days 22 hrs ago | Transfer | 0xabdc994eb76a3561a3... | 0 |
| 0xfac0b40811500afaa71... | 259 days 13 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xa |
| 0xb64158f8c70b887b47... | 318 days 9 hrs ago | Transfer | 0xb17cf8ef22a650b6de3... | 0x1 |
| 0x091f6174692adf3bfc4... | 318 days 9 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xb |
| 0xab2054e7f71a1edb04... | 321 days 12 hrs ago | Transfer | 0xb17cf8ef22a650b6de3... | 0x1 |
| 0x4738d5b0247519e5f7... | 321 days 13 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xb |
| 0x7281e2a55127bbb452... | 470 days 12 hrs ago | Transfer | 0x766e1374a0931648c2... | 0x1 |
| 0xa10a697737d866c4b3... | 470 days 12 hrs ago | Transfer | 0x1844cc9d499d934271... | 0x7 |
| 0xf5d4ed3a2b5747c5e4f... | 508 days 12 hrs ago | Transfer | 0x28fe7028375335a627... | 0x1 |

1/2

RIPPSCAHEN00020829

| 0x52880f3a4a39b0486a... | 537 days 22 hrs ago | Sale | 30 ETH ($50,157.30) | ◇ biggamejames | 0x2 |
| 0xb7227eba1e72ee8edb... | 542 days 17 hrs ago | Transfer | | 0xc78ebf0eb5b008605e... | ◇ b |
| 0x338f55cebd346d63a5... | 608 days 21 hrs ago | Sale | 4.8888 ETH ($8,173.63) | ◇ cryptobeaker | 0xc |
| 0x4a59b101179a523cf5... | 642 days 12 hrs ago | Mint | | Null Address: 0x000...000 | ◇ c |

Show 25 Records                                              First   <   Page 1 of 1   >   Last

💡 The NFT page displays details such as properties and trading history for a specific token ID in an NFT contract. Learn more about this page in our Knowledge Base.

RIPPSCAHEN00020830