# EXHIBIT 196



RIPPSCAHEN00025264