# EXHIBIT 197

**RYDER RIPPS** ➡️ SOON ✅
@ryder_ripps

...

"one of the most talked about"

just getting started, RR/BAYC will continue to educate the public at large about Nazism, Conceptual Art and NFTs

artplugged.co.uk/nfts-a-recap-o…

## Ryder Ripps vs Bored Ape Yacht Club

As this case is set to be one of the most talked about events in the NFT space, Yuga Labs are suing artist Ryder Ripps for allegedly infringing on their trademark and intellectual property through his work with the Bored Ape Yacht Club (BAYC) NFT series. However, Ripps insists that he is a victim of attempted censorship from the company. This legal battle will no doubt cause ripples across the entire crypto art space as both parties fight for justice.

SAME TEXT PLACEMENT, ANGLE & W/ 18 TEETH                    OVERLAY

  

BAYC logo and the Nazi Totenkopf emblem. Photo: courtesy of Ryder Ripps.

This suit is the result of an imitative collection of NFTs dubbed Ryder Ripps Bored Ape Yacht Club (RR/BAYC) by Yuga Labs, which claims to be a part of Ripp's malicious online campaign that includes accusations claiming Nazi ties with BAYC.

Ripps, the proprietor of gordongoner.com – a website that takes its namesake from one of BAYC's co-founders – has exposed numerous "degrading" traits present in their NFTs which, according to him and several other people, appear to be engineered with the intention of depicting African American and Asian persons as primates. Additionally, Ripps claims that those responsible for establishing BAYC have intentionally introduced Nazi signs into their project.

According to Ripps, the information he collected is primarily composed of symbols and visuals taken from the past of alt-right/4chan crypto groups. He highlighted one such image: BAYC logo, which bears a resemblance to the Nazi Totenkopf emblem.

Yuga Labs proclaimed in a Twitter statement, "We will continue to be transparent with our community

12:57 PM · Dec 31, 2022 · **2,862** Views

**17** Retweets    **41** Likes

                    

---

**Ratman** 🧀 @The1Ratman · Dec 31, 2022                    ...
 Replying to @ryder_ripps
Too many words

RIPPSCAHEN00016832

## More Tweets

---

📊 55        💬        ⟲        ♡        ⬆

**Sai Medi** ✔ @Saikmedi · 4h        •••
They live in an alternate dimension



📊 7,897        💬 16        ⟲ 52        ♡ 299        ⬆

---

**Jason.ip** 🚀 ✔ @Jclineshow · 20h        •••
Are you this old, anon?



📊 3,051        💬 23        ⟲ 10        ♡ 100        ⬆

---

**MEGAN** @metaversemeg · 6h        •••
gm phunk pham 🤜
s/o @d0vetail for the fire merch @CryptoPhunksV2

RIPPSCAHEN00016833



RIPPSCAHEN00016834



**AvolaliM.eth** 📋 💀➡️ SOON | -994.eth @avolalim · 4h

🚨 The TERRIBLE secret behind the @CryptoPhunksV2 !!          You won't
believe this 🔥🚫
Let me explain all I've learnt while being in the community for months! 😲
😲😲
🧵A Thread !!

📊 3,249          💬 4          🔁 22          ♡ 42          ⬆️

Show this thread

**Phunk787** ✓   @Phunk787 · 2h

If you're selling AI art but not buying art from trad artists with a portion of
the proceeds, you don't actually "support the arts."

Remember that without trad artists, AI art couldn't exist.

(Disclaimer: I use AI; and yes, this reads like engagement farming, but I
believe it)

📊 1,067          💬 5          🔁          ♡ 38          ⬆️

**Bunzy** ➡️ SOON 🦉 ✓   @0xBunzy · 8h
Gm fam 🫡

RIPPSCAHEN00016835



RIPPSCAHEN00016836

ili  3,869          💬 5          ⟳ 5          ♡ 34          ⬆

---

🫧teara🌴 @tearaverse · 16h                                    ···
ty i was able to make time to draw & write music today 🪂

ili  1,360          💬 3          ⟳ 2          ♡ 33          ⬆

Show this thread

RIPPSCAHEN00016837



**Wave** 🌊 @waveninja1 · 4h

ngl, some weird stuff has happened to me too. no idea who its coming from. give this thread a read:

> 🎖️ **PAULY** ✓ @Pauly0x · 4h
>
> 🚨
>
> Targeted harassment towards myself, my family and my friends from @yugalabs employees @guyoseary @nonfungiblenoah @illaDaProducer.
>
> Note: A Jamil Davis is involved here, but he has been coerced and manipulated by Guy Oseary. I view him as a fellow victim here.
>
> A thread 🧵 🪡
>
> Show this thread
>
> 
>
> ili 2,487          💬 2          🔁 1          ♡ 32          ⬆️

---


**smolting (wassie, verse)** @inversebrah · 36m                ···

bot dat chatgpts threads over 4 tweets long

ICO dis

RIPPSCAHEN00016838



RIPPSCAHEN00016839

Claire Silver 🌸 and Artie Handz | 🖼️💎🙌

📊 1,075          💬 1          🔁 15          ♡ 22          ⬆️

Show this thread

---

**Ginja (Shut/The/Fuck/Up) PhD** @GinjaReloaded · 1h          ...
I uh don't know who gcr is and idgaf



📊 421          💬 1          🔁          ♡ 21          ⬆️

---

**TennX** ✓ @tennxeth · 3h          ...
We have the power to change the face and the narrative of NFT's

Encourage
Support
Inspire

This is our community and we survived a Bear Market together 💪

📊 457          💬 3          🔁 3          ♡ 18          ⬆️

---

**RR_BOT** 🍌🍌🍌 @rrbayc_bot · 13h          ...
🤖 Automated
RR/BAYC #3477 was bought for Ξ0.199 ($306) by paulmorris.eth

etherscan.io/tx/0x4284e6b6a…
apemarket.com
looksrare.org/collections/0x…
#RRBAYC #NFT

RIPPSCAHEN00016840



**Ø Ivan** ✔ @Ivan87403 · 4h

In case anyone needs to hear this, your coin 1000x-ing won't bring you self-esteem, purpose, interpersonal connection, or any other number of very important things.

Not that money doesn't matter, just something to keep in mind.

📊 644      💬 2      ⟲ 4      ♡ 14      ⬆️

**COFF☰☰** ✔ @_CoffeeSnob_ · 20h
Should influencers continue to be bailed out when they lose their assets?

Yes, it's the web3 way

No, their responsibility

141 votes · 3 hours left

📊 1,693      💬 7      ⟲ 11      ♡ 13      ⬆️

Show this thread

**RR_BOT** 🍌🍌🍌 @rrbayc_bot · 20h
🤖 Automated
RR/BAYC #478 was bought for Ξ0.200 ($309) by 0x1D3…69dA2

etherscan.io/tx/0xc90765c76…
apemarket.com
looksrare.org/collections/0x…
#RRBAYC #NFT

RIPPSCAHEN00016841



ılıl  370          ○          ⟲  2          ♡  13          ⬆



**JackDiddly.ip** 🥓 . -..- - . .-. -- .. -. .- - . @whutupshun · 10h          ···

RIPPSCAHEN00016842

PIXEL project - feet? MetaFlyers does not rely on bit pixel image token
delivered candy apple visuals with every update on @MetaFlyers & $FEWL -
but the game is in the utility. Pixels made you 👀



Z @degenharambe · 3h · · ·

#NewProfilePic oops



📊 626        💬 1        🔁        ♡ 13        ⬆️



wiiides @wiiides · 10h · · ·

Wiiides inspiring more width

But there can only be one widest NFT



**Wiiide Pepe**

| 12 | 6 | 0.00 ETH |
|---|---|---|
| items | owners | total volume |

opensea.io
Wiiide Pepe - Collection
wiiide.

RIPPSCAHEN00016843



**See what's happening**

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

RIPPSCAHEN00016844