# EXHIBIT 198



RIPPSCAHEN00016868

**Obi SONE Kenobi** 🔵 SOON 🐸 @ChristophP_ · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
runs to check mi ethereums!!!😭



1

**Jaymes** ✅ @jaymesrogers · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
@TheNFTJett

1

**highdeff.sol** ✅ @OfficialValak33 · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
113 is deadly 🔥🔥🔥

1

**Punkhunter.eth** ✅ @0xPunkHunter · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
Checking the vibe on everyone's wallet...

1

**yung crypto** @yungcryptomedia · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
what a pleasant web experience this was. fantastic work here.

1   1

**yolk** 🌱 ✅ @yyolk · May 24, 2022
Replying to @yungcryptomedia @ryder_ripps and 3 others
true story

RIPPSCAHEN00016869

**Matty.cc** @MattyFurious · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others



2   3

---

**PAULY** @Pauly0x · May 24, 2022
Replying to @MattyFurious @ryder_ripps and 2 others
Dank

4

---

**jio** @JioEspinacas · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
How much per ape?

1

---

**Myrddin** @myrddin_io · May 24, 2022
Replying to @ryder_ripps @Pauly0x and 2 others
I don't give a crap about a team, the roadmap, the potential value of this token, or your antics in general. But the fact that you minted this on the blockchain, highlighting provenance, and that the NFT is the token -not the picture, is necessary and correct.

1

---

**eyy.eth** @724ETH · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
GAME HAS BEEN CHANGED. GG YUGA. 🥂

1

---

**LaBalaDeOro** 🇬🇷 🟥🟨🟩 @LaBalaDeOro · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
Wicked! I tried to reserve two at the same time and only one is listed as reserved. Is the other one reserved too? I spent ETH and gas for both.

RIPPSCAHEN00016870



RIPPSCAHEN00016871

**Crypto Distrikt** 🔜 @cryptodistrikt · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
Is this normal or do I reload?



3    3

**Crypto Distrikt** 🔜 @cryptodistrikt · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
I selected randomly #9186 still loading though

1

**Greg~** @hodljpegs · May 24, 2022
Replying to @ryder_ripps @hWonderofWorld and 2 others
Price is .15?

2

RIPPSCAHEN00016872