# EXHIBIT 199



RIPPSCAHEN00018818