# EXHIBIT 200



RIPPSCAHEN00019015