# EXHIBIT 201

