# EXHIBIT 202



← **Tweet**

**RYDER RIPPS** SOON
@ryder_ripps

rrbayc isnt "bags" its another thing called art, for you to think about, admire, talk about..

7:16 AM · Jul 12, 2022

**29** Retweets **1** Quote Tweet **213** Likes

---

**Ja-Fee** @Ofical_Ja_Fee Jul 12, 2022
Replying to @ryder_ripps
And have

---

**TheDoctorᴺᶠᵀ** @TheDoctorTez Jul 12, 2022
Replying to @ryder_ripps
A R T

2

---

**CASSIUS** @CassiusLife_
Javion's Twitch stream is a global community where people from all around the world get together to have a good time. Learn more here: bit.ly/3RXGljR. Sponsored by @CocaCola

> cassiuslife.com
> They Got Games: Javion Talks Twitch Stream & Love of Gaming
> They Got Games: Javion Talks Twitch Stream & Love of Gaming

💬   ↻ 2   ♡ 6   📊 143.1K   ↑

**Promoted**

---

**01.eth | kreeznotic ✝ | kreez.og** @kreeznotic · Jul 12, 2022
Replying to @ryder_ripps
Looking forward to the Signed Prints so we can Hang

💬   ↻   ♡ 4   📊   ↑

---

**Boplord.eth** @ogBoplord  Jul 12, 2022
Replying to @ryder_ripps
Anti
Racism
Token

💬 2   ↻   ♡ 8   📊   ↑

---

**N Ef Tea .eth 🤖🦍** @NFTMasterpiece · Jul 12, 2022
Replying to @ryder_ripps
Its a nazi relic. Changing a tooth makes it no better.

💬 1   ↻   ♡ 1   📊   ↑

---

**Doomsdre** @D00MSDRE  Jul 12, 2022
Replying to @ryder_ripps
Bags of art babay!!!!

💬   ↻   ♡ 1   📊   ↑

---

**Antonio G** @Grey_Shadowz  Jul 12, 2022
Replying to @ryder_ripps
It's definitely solidified itself as the turning point in what ownership means in this space. It's history.

💬   ↻   ♡ 4   📊   ↑

---



**Cole gold** @SaveEar57011706  Jul 12, 2022
Replying to @ryder_ripps
We need you to deliver on apeswap

♡ 1

**Ron Heiblum | xNet** @RHeiblum · Jul 12, 2022
Replying to @ryder_ripps
Very little amount of ppl understand art these days...

"You just do it for the money" attitude.

The worst execution of capitalism and globalization just won. Sad times...
#banksy

⟲ 1   ♡ 2

**Morgan Ali** @m0264n · Jul 12, 2022
Replying to @ryder_ripps
it sparked one hell of a discussion that's for sure, this is a good sign, pushing the medium, textbook art, future is bright

♡ 1

**The Big Gooey** 👹 @TheBigGooey · Jul 12, 2022
Replying to @ryder_ripps
Man I'm ready for the self important shit post era of the space to be over

**Astrology Daily** ✓ @YourAstrologyD
Discover the secrets of your future with a FREE daily personalized horoscope! 🌟



**444th.eth** @twcbid · Jul 12, 2022
Replying to @ryder_ripps
More like "history"

**LuisTheCollector** @CollectorLuis · Jul 12, 2022
Replying to @ryder_ripps
No you're right they were for you to make bags till you found someone who Wouldn't just sit and take it

**burnbayc.wallet** 🔥 @burnbayc_wallet · Jul 12, 2022
Replying to @ryder_ripps
Uuuuhhhrrr. So where can we find the RR/BAYC collection?

This Tweet was deleted by the Tweet author. Learn more

**Quanty** 🍄 ✓ @quantwhale · Jul 12, 2022
😂😂😂

RIPPSCAHEN00019524

**jamaal.eth** @jamaalism · Jul 12, 2022
Replying to @ryder_ripps
lmao!!

🌿🌴🟢🌿🌴🪴🌵 **HEROPHANT** @GSystems3 · Jul 12, 2022
Replying to @ryder_ripps
Admire the scam art, maybe

**DΞFi PAP1.swoosh** (🧬,🥃,🌐)(💙,... · @0xDeFi_Pa... · Jul 12, 2022
Replying to @ryder_ripps
Did you illustrate said "art" Ryder? Did you credit the original artists who created such illustrations?

**susegad** @susegad_re · Jul 12, 2022
Replying to @ryder_ripps
Where can I buy one?

**HawkChain.eth** @HawkChainETH · Jul 12, 2022
Replying to @ryder_ripps
Sounds a lot like bags.

**CASSIUS** ✓ @CassiusLife_
Javion's Twitch stream is a global community where people from all around the world get together to have a good time. Learn more here: bit.ly/3RXGljR. Sponsored by @CocaCola



RIPPSCAHEN00019526