# EXHIBIT 203



RIPPSCAHEN00017520