# EXHIBIT 204






RIPPSCAHEN00017521