# EXHIBIT 205






RIPPSCAHEN00017522