# EXHIBIT 206

good one.. racist pith hat, racist smile, boogaloo shirt



8:43 AM · Jun 18, 2022

25 Likes

RIPPSCAHEN00017523