# EXHIBIT 207



RIPPSCAHEN00017526