# EXHIBIT 208



**RR/BAYC I want to reserve:**



#2419

By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance: Etherscan. By reserving your RR/BAYC, you are purchasing a hold for an order that will be fulfilled or rejected/refunded by Ryder within 24h (Depending on the vibe of your wallet and the mood of Ryder at the time).

**Reserve 0.15 Ξ**



💬 3      🔁 2      ♡ 45      ⬆

RYDER RIPPS ✅
@ryder_ripps

good1

1:32 PM · Jun 7, 2022

2 Retweets   45 Likes

💬        🔁        ♡        ⬆

LIQ... @Rob_... · Jun 7, 2022
Replying to @ryder_ripps
Yeah I didn't even try because I know once you see my wallet you'll reject/refund. Or maybe you'll feel sorry for me and accept. 🙂

💬 2      🔁        ♡ 1      ⬆

RYDER ... ✅ @.. · Jun 7, 2022
Replying to @Rob_around_
im sure its fine lol

💬        🔁        ♡ 2      ⬆

Steve ... @st... · Jun 7, 2022
Replying to @ryder_ripps
Wow a dead Japanese monkey, so cool!



💬        🔁        ♡ 1      ⬆

RIPPSCAHEN00017525