# EXHIBIT 209




RIPPSCAHEN00017524