# EXHIBIT 210





RIPPSCAHEN00025209