# EXHIBIT 211



RIPPSCAHEN00022427

Replying to @0xGem

twitter.com/tropoFarmer/st...

this has to come into play

> 🐸 **tropoFarmer** 🍌 ✅  @tropoFarmer · Jul 8, 2022
>
> someone really wants a gold ape. takes balls of solid diamond to refuse a $1 million offer on a nice summer Friday afternoon.
>
> | | | | |
> |---|---|---|---|
> | 🐵 | **Bored Ape Yacht Club** | | ◆ **869.69** |
> | | | | $1,079,554.... |
> | 🐵 | **Bored Ape Yacht Club** | | ◆ **869.69** |
> | | | | $1,079,554.... |
> | 🐵 | **Bored Ape Yacht Club** | | ◆ **869.69** |
> | | | | $1,079,554.... |
> | 🐵 | **Bored Ape Yacht Club** | | ◆ **869.69** |
> | | | | $1,079,554.... |
> | 🐵 | **Bored Ape Yacht Club** | | ◆ **869.69** |
> | | | | $1,079,554.... |

**kp** 🏴 ✅  @KP5ive · Jul 8, 2022

Replying to @KP5ive and @0xGem

false alarm not real.

BAYC Contract: 0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d

💬 2       ↻       ♡ 2       �archart       ↥

Show replies

**monmi.eth** ✅  @ramonchanco · Jul 8, 2022

Replying to @0xGem

🧂

RIPPSCAHEN00022428



RIPPSCAHEN00022429

**W3nzel.eth** ✔ @thisiswenzel · Jul 8, 2022

Replying to @0xGem

It's a RR ape.

**Top Boy** @_HometownGod · Jul 8, 2022

Replying to @0xGem

• • • •

**Machine** @DannyMo333 · Jul 8, 2022

Replying to @0xGem

👀

**Trinidadian Prince** @TrinidadianPri1 · Jul 8, 2022

Replying to @0xGem

What ?

**G** @gd4269 · Jul 8, 2022

Replying to @0xGem

• • • •

**NikeAdeniyi.eth|NFT.NYC 2023** 🙋 @nikeadeniyii · Jul 8, 2022

Replying to @0xGem

Banter or what??

**Cryptonidis** 🐢 @Cryptonidis · Jul 8, 2022

Replying to @0xGem

RIPPSCAHEN00022430

Something fishiy.....wtf 6 eth for this golden #BAYC ?

💬 1  🔁  ♡ 1  📊  ⬆️

**Kawakami** @KawakamiNFT · Jul 8, 2022    •••
Replying to @0xGem
Yeeeet

💬  🔁 1  ♡ 6  📊  ⬆️

**ladeji_solamide** @OladejiSolape · Jul 8, 2022    •••
Replying to @0xGem
• • • •

💬  🔁  ♡  📊  ⬆️

**PNP 🎙️🔊** @xpnp404 · Jul 8, 2022    •••
Replying to @0xGem
Decimal

💬  🔁  ♡  📊  ⬆️

**Buffet | NFTBuffet.eth** @NFTBuffet · Jul 8, 2022    •••
Replying to @0xGem
damn i could have afforded this

💬 2  🔁  ♡ 4  📊  ⬆️

**watdafuck.eth** @from42c · Jul 8, 2022    •••
Replying to @0xGem
hahaha

💬  🔁  ♡  📊  ⬆️

RIPPSCAHEN00022431

**Danny Kass** @dannygkass · Jul 8, 2022
Replying to @0xGem and @steven_schill
Here we go again 👀

**@JERUCC** @FTMROSEONEVET · Jul 8, 2022
Replying to @0xGem
How did we get here?

**weezyapebaby.eth** @twallace1010 · Jul 8, 2022
Replying to @0xGem
🥺

📈 **STYLΞZ**🐻 @ahm_aj · Jul 8, 2022
Replying to @0xGem
Fr

**Zetba** @zetbastore
🚗Having trouble vacuuming those hard-to-reach nooks and crannies in your car? Solve the headache with the Wireless Handheld Car Vacuum Cleaner. 💨Its strong suction power, portable and wireless design makes cleaning your car a breeze.

🛒SHOP NOW👉 zetba.co/car-vacuum

RIPPSCAHEN00022432



trying out this wireless vacuum

💬 59    🔁 123    ♡ 1,257    📊 3.2M    ⬆️

↗ Promoted

---

**Vito** @vitoTK · Jul 8, 2022    ···
Replying to @0xGem
Is this a RR ape ✋

💬    🔁    ♡ 8    📊    ⬆️

---

**ZΞDSDΞAD92** @JohnZaleski92 · Jul 8, 2022    ···
Replying to @0xGem
It's called money laundering

💬    🔁    ♡    📊    ⬆️

---

**01.eth | kreeznotic ⚰️ | kreez.og** @kreeznotic · Jul 8, 2022    ···
Replying to @0xGem
@oksoonbot stamp

💬 1    🔁    ♡    📊    ⬆️

---

**CK.ETH☂️🐱🇬🇧** @inquisitivemove · Jul 8, 2022    ···
Replying to @0xGem
Can't be rite

RIPPSCAHEN00022433



apeuniverse.eth (🦍, 🥖) @apeuniverse_eth · Jul 8, 2022

Replying to @0xGem

What a gold ape sold for 6eth must be a glitch!

💬     ↻     ♡ 1     ılı     ⤒

owsteen.eth @AstroImpulse · Jul 8, 2022

Replying to @0xGem

Even as an RR ape. 6 eth pretty insane

RIPPSCAHEN00022434

**AndyOO** @0xandy00 · Jul 8, 2022

Replying to @0xGem

Something must be terribly wrong with this...

**Simon** @joergloo · Jul 8, 2022

Replying to @0xGem

steel

**Rosario** @bakenfts · Jul 8, 2022

Replying to @0xGem

#RRBAYC

**Lerro** @lerrostore

😍Installation takes only 60s

👨‍👩‍👧‍👦Keep your family safe !

🔥Get it👉 lerro.co/security-camera

RIPPSCAHEN00022435



○ 1,046      ⇄ 3,109      ♡ 25.9K      📊 32.5M      ⬆

↗ Promoted

---

## More Replies

**HAYA META** @HAYA_META · Jul 9, 2022      ···
Replying to @0xGem
RRBAYC > BAYC

○          ⇄          ♡          �III          ⬆

---

**yunggucci.eth (Max)** @0xYungGucci · Jul 8, 2022      ···
Replying to @0xGem

GIF

○          ⇄          ♡          �III          ⬆

---

## More Tweets

RIPPSCAHEN00022436



**Franky's Dinner** ✔ @frankytherog · 17h     •••

Wallet submission has closed for Invited Guests in our Discord server. Thank you to all who worked hard to get their name on the list! 📃 ✅

If you missed out on your chance at a guaranteed spot, now's your chance to enter the Phase 2 FCFS raffle below 👇

Good Luck! 🐸 🍀



💬 105    🔁 6,954    ♡ 7,274    📊 58.2K    ⬆️

Show this thread

---

**Watcher.Guru** ✔ @WatcherGuru · 1h     •••

JUST IN: Silicon Valley Bank $SIVB sued by shareholders for fraud.

💬 204    🔁 910    ♡ 4,586    📊 399.9K    ⬆️

Show this thread

RIPPSCAHEN00022437

**Watcher.Guru** ✔ @WatcherGuru · 4h

JUST IN: Circle $USDC stablecoin repegged and is now trading at $1.

💬 184    🔁 744    ♡ 3,618    📊 298K    ⬆️

Show this thread

---

**beeple** ✔ @beeple · 15h

ANCIENT RITUAL



💬 106    🔁 364    ♡ 2,626    📊 96.9K    ⬆️

---

**Opepen Checks** @OpepenChecks · 15h

RIPPSCAHEN00022438



RIPPSCAHEN00022439

○ 100    ↺ 1,444    ♡ 2,047    �archart 18.1K    ⬆

**Jack Butcher** ✔ @jackbutcher · 16h    •••



RIPPSCAHEN00022440



○ 218      ⇄ 318      ♡ 1,937      ılıl 117K      ⬆

**Bitcoinbirds ( 🦉, ฿)** @bitcoinbirds_ · 3h      · · ·

DeGods III

○ 532      ⇄ 691      ♡ 1,689      ılıl 36.2K      ⬆

**DeGods III** ✅ ❄️ @DeGodsNFT · 14h      · · ·

All roads lead back to Bitcoin.

It's time to go back to where all of this started.

RIPPSCAHEN00022441



Over 1 year ago, 535 DeGods were burned.

💬 161   🔁 390   ♡ 1,526   📊 241.3K   📤

Show this thread

**Blur** ✓ @blur_io · 4h

🎌FEATURE ANNOUNCEMENT🎌

You can now browse and buy NFTs on mobile!

More mobile functionality coming SOON

💬 277   🔁 368   ♡ 1,457   📊 100.4K   📤

RIPPSCAHEN00022442

**The Devs (Free Mint)** @TheDevsNFT · 2h
The Devs 🤝 @metadropmeta

Minting 3.27



💬 179       🔁 1,052       ♡ 1,419       📊 71.9K       ⬆️

**Motion** @DegenMotion · 18h
LOADING..

FREE MINT for the first 999 interactions.
( drop your eth wallet )

RIPPSCAHEN00022443



| 💬 1,023 | 🔁 543 | ♡ 1,296 | 📊 160.9K | ⬆ |

**Degen Zoo** @Degen_Zoo · 6h                    •••

⚠️MEGA  TESTNET with 150k wallets!

- 150,000 wallets airdrop!
- 120,000 Eggs & 100 species
- Built our own #NFT Marketplace!
- Instant Buy $DZOO button
- Solved onchain randomness!

Incentives:
- 2000 Eggs
- 200 WLs

Let's break the ETH Testnet!😁 Click for🔊 #crypto

| 💬 369 | 🔁 498 | ♡ 1,173 | 📊 117.5K | ⬆ |

Show this thread

**Hasbulla** ✓ @Hasbulla_NFT · 5h                    •••

RIPPSCAHEN00022444

Hasbulla NFT 🤝 The Dev

👑👑👑
5 WL spots for
@TheDevsNFT
👑👑👑

▷ Follow
@Hasbulla_NFT

@TheDevsNFT

@rothschildjr_

▷ Like & RT

⏰ 48H



💬 447    🔁 938    ♡ 1,157    📊 74.8K    ⬆️

---

**DeeKay** ✓ @deekaymotion · 8h    •••
Lovers' Quarrel
A piece for Verified owners. 👇

RIPPSCAHEN00022445

🗨 64    🔁 220    ♡ 1,139    📊 41.6K    ⬆

Show this thread

---

**Jack Butcher** ✓ @jackbutcher · 3h    •••

to all twelve one check collectors

check your wallet



RIPPSCAHEN00022446



💬 127     🔁 153     ♡ 1,029     📊 95.4K     ⬆️

**MapleStory Universe** @MaplestoryU · 17h
🛸 Ready to Board Our Spaceship?

💬     🔁 726     ♡ 988     📊 97.7K     ⬆️

**BlueChipClub** ✅ @BlueChipClub_ · 14h
🎉 BCC GIVING AWAY X3 ordinal kubz 🎉

How to enter:
☑️ Follow @BlueChipClub_ + @Yogapetz
☑️ RT + likes + Tag 3 friends
🏆 Winner in 72hours. Good luck!

More winners for keung Genesis, kubz ordinal,Kubz Relic and kubz holders 👉 alphabot.app/blue-chip-club…

RIPPSCAHEN00022447



💬 842      🔁 942      ♥ 977      📊 30.6K      ⬆

**SEIZON** ✔ @SeizonNFT · 16h                    ⋯

POWER



RIPPSCAHEN00022448

💬 109     🔁 324     ❤ 945     📊 46.2K     📤

**RTFKT** ☑ @RTFKT · 10h                                    ⋯
Tweet 1 : gm ☺

💬 495     🔁 95     ❤ 945     📊 62.8K     📤

**Suzy Snacktime** ☑ @SuzySnacktime · 1h                    ⋯
Daily Golden Ticket #2 🍭🍬

Interact & Follow Me... 24 Hours ❤



Suzy Snacktime

💬 615     🔁 592     ❤ 942     📊 18K     📤

**Suzy Snacktime** ☑ @SuzySnacktime · 4h                    ⋯
GM ❤

RIPPSCAHEN00022449

A few who follow me and reply might get a FREE 🍭

💬 848        🔁 367        ♡ 886        📊 31.7K        ⬆️

---

**MinisterOfNFTs** 🟣 ✓  @MinisterOfNFTs · 3h                    ⋯



*crypto is pumping again*

My boss: why were you late?

Me: Watch your mouth.

💬 107        🔁 142        ♡ 859        📊 23.3K        ⬆️

---

**Bagman** @0xBagman · 7h                    ⋯

Web3 gaming: Just a hype or generational wealth?

I am pretty sure the next 100x opportunities are around the corner and I will explain you why I am so sure about it 📜👇

(1/19)

RIPPSCAHEN00022450



💬 121       🔁 191       🤍 824       📊 138.9K       ⬆️

Show this thread



# See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

RIPPSCAHEN00022451