# EXHIBIT 212

Case 2:22-cv-04355-JFW-JEM Document 130-18 Filed 03/27/23 Page 1 of 2 Page ID #:10588



RIPPSCAHEN00022452