# EXHIBIT 213



RIPPSCAHEN00022513