# EXHIBIT 214



RIPPSCAHEN00022684