# EXHIBIT 215



RIPPSCAHEN00022685