# EXHIBIT 216


RIPPSCAHEN00022453

@ryder_ripps is my ape fake?

12:29 PM · May 16, 2022

2 Likes

**RYDER RIPPS** 🚀 ✓ @ryder_ripps · May 16, 2022
Replying to @Jclineshow
no its a real ryder ripps ape

💬 2    🔁 1    ♡ 13

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022
Replying to @ryder_ripps
Ok phew. Thought I had a fake ape.

♡ 5

RIPPSCAHEN00022454