# EXHIBIT 217



RIPPSCAHEN00022455

Replying to @Jclineshow
? I'm so confused ... this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says "bored ape" it's not real dude

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022
Replying to @Joey_tartz and @Jclineshow
got me, im not real, im a spirit.

Show replies

**Poyo** ✓ @poyo_eth · May 16, 2022
Replying to @Jclineshow
😜

**TT314.eth** ✓ @TT3I4 · May 16, 2022
Replying to @Jclineshow
Whoa! Nice! 🙌🏽

**MIKΞG✊.eth | ClownPhunk** @MetaMikeG · May 16, 2022
Replying to @Jclineshow
Nice but I only care what people with 7 Super Bowl Championships think

**wenrat.eth** @stonkin2021 · May 16, 2022
Replying to @Jclineshow
Holy sht Jason!!! Congrats brother, you deserve it:)

**Steve** 🧟‍♂️🏴‍☠️🐰 @steve_abootman · May 16, 2022
Replying to @Jclineshow

RIPPSCAHEN00022456

👏👏👏👏

💬   ↻   ♡ 1   📊   ↑

**Lerro** @lerrostore
😍Installation takes only 60s
🏠Keep your family safe !

🔥Get it 👉 lerro.co/security-camera

0:16   16.6M views

💬 1,046   ↻ 3,108   ♡ 25.9K   📊 32.5M   ↑

↗ Promoted

## More Replies



**Not Bored Apes** @NotBoredApes · May 17, 2022
Replying to @Jclineshow
SHEESH

RIPPSCAHEN00022457

**CompoundInteresting.eth** 🦇🔊 @degenvestor69 · May 16, 2022
Replying to @Jclineshow
Fake ape

1

---

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022
Replying to @degenvestor69
@ryder_ripps is my ape fake?

1  2

---

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022
Replying to @Jclineshow
no its a real ryder ripps ape

2  1  13

---

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022
Replying to @ryder_ripps
Ok phew. Thought I had a fake ape.

5

---

## More Tweets

**Edward Ongweso Jr** ✓ @bigblackjacobin · 4h
repeat after me: venture capitalists are parasites that cannot be trusted to manage the financial institution that held up their entire ecosystem, let alone the direction of technological development

10  317  1,791  62.1K

Show this thread

---

**Cory Swan.com LET'S RUN #Bitcoin** ✓ @coryklippsten · 4h
#Bitcoin ₿ is middle class money (h/t @Blue_CollarBTC)

RIPPSCAHEN00022458



0:51  7,953 views

💬 31      🔁 70      ♡ 358      📊 19.8K      ⬆

---

Mike Three ✓ @enjoyoor · 7h



RIPPSCAHEN00022459



💬 21   🔁 27   ♡ 209   📊 6,202   ⬆

**PAULY** ✓ @Pauly0x · 17h

If you haven't figured out that the entire NFT market is run by a small cartel, I encourage you to learn more.

It's a completely centralized VC scam. Full stop. All the top projects are owned by 1 company.

It's laughable and not even remotely subtle.

RIPPSCAHEN00022460



RIPPSCAHEN00022461

💬 13   🔁 14   ♡ 103   📊 4,480   ⬆️

Show this thread

**Mike Three** ✓ @enjoyoor · 11h

RIPPSCAHEN00022462



5  10  78  3,114

**PAULY** @Pauly0x · 4h
Mt. Fuji



RIPPSCAHEN00022463

    14      ⇄ 3      ♡ 72      2,401

**Mike Three** ✓ @enjoyoor · 19h
by printing more money we simply divide the losses of the wealthiest people equally among the rest of the people so nobody is impacted by it directly, brilliant

    12      ⇄ 15      ♡ 69      4,760

**Jason Cline** 🚀 ✓ @Jclineshow · 16h
Always looking to buy phunks

RIPPSCAHEN00022464

💬 6   🔁 8   ♥ 67   📊 3,839   📤

**PIV** @piv_piv · 23h
Emoji Punk



💬 6   🔁 18   ♥ 67   📊 4,246   📤

**JEFF.XYZ | JEFE.BTC** ✓ @sherwoodmg · 17h
yall bought these for $50k????

ooof.

RIPPSCAHEN00022465



15  14  65  14.4K

**PIV** @piv_piv · 23h
Frozen Punk



RIPPSCAHEN00022466

Case 2:22-cv-04355-JFW-JEM Document 168-14 Filed 04/03/23 Page 14 of 20 Page ID #:10503



RIPPSCAHEN00022467



⏵ 2      ⇄ 5      ♡ 53      ili 3,775      ⬆

---

 **PAULY** ✓ @Pauly0x · 18h · ✏️
💥 @ryder_ripps and I connected in 21' after I discovered his work. It was thought provoking & immediately shifted my perspective. I got some.

We started chatting on Twitter, and the rest is history.

My first RR piece is aptly named:

"The Treachery of NFTs (CryptoPunk #7804)"

RIPPSCAHEN00022468



💬 7   🔁 11   ♡ 61   📊 3,449   ⤴

 **PAULY** ✅ @Pauly0x · 8h

YugaLabs is technically incompetent.

This is not my personal opinion, it's fact.

Their original NFT collection contains 31 identical image hashes and 112 duplicate apes. 6 of the 112 are triples.

A 4 billion dollar corp that can't even launch an NFT collection properly? 🤡



RIPPSCAHEN00022469



RIPPSCAHEN00022470

| | 9 | | 2 | | 47 | | 5,863 | |

**PAULY** ✓ @Pauly0x · 22h

2:10  1,385 views

| | 17 | | 9 | | 46 | | 3,604 | |

**PAULY** ✓ @Pauly0x · 22h
When people ask me what I do for a living what am I supposed to even say?

| | 44 | | 3 | | 46 | | 6,760 | |

**PAULY** ✓ @Pauly0x · 3h
Do it regardless of if you are up big.

> 🐧 **Pentoshi** 🐧 ✓ @Pentosh1 · 3h
> If you're up big. Do something nice for someone, a random act of kindness. can be family or a stranger.
>
> Buy someone a coffee, pay for someone's groceries. What might be small to you might be big to them. We have it pretty good here but most people don't.

| | 13 | | 2 | | 44 | | 1,894 | |

RIPPSCAHEN00022471

**Chopper** @chopper_dad · 11h
I'm throwing my computer in the garbage.

💬 12   🔁 2   ♡ 42   📊 1,637   ⬆

**PAULY** ✓ @Pauly0x · 4h

> "Borders are just imaginary lines that don't exist in nature."
>
> Nature:
>
> > **Darlene Whitehead** @Darlene66555533 · 3d
> > "GPS tracking on six wolf packs shows how much they avoid and respect each other's territory."

💬 4   🔁 4   ♡ 38   📊 1,860   ⬆

# See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

RIPPSCAHEN00022472

Sign up

Case 2:22-cv-04355-JFW-JEM Document 130-123 Filed 04/03/23 Page 20 of 20 Page ID #:10578

Sign up

RIPPSCAHEN00022473