# EXHIBIT 218



**streeto**
@streetoshi

i like art, memes & money. super follow for alpha 

Joined December 2011 · 602.2K Followers

Followed by Monolith Yacht Club, Turtle Joe, and 19 others you follow

> is there a reason ur picking a fight with me? tbh i dont really need a new hoard of rabbit nft bag protectors attacking me, i have legit no problems with the goblin nft.
>
> May 30, 2022, 3:28 PM

tbh i thought you were enjoying it as much as i was

 1
May 30, 2022, 3:29 PM

> *rabid
>
>  1
>
> lol
>
> May 30, 2022, 3:29 PM

that pic is me af its my ethos



