# EXHIBIT 219

Case 2:22-cv-04355-JFW-JEM Document 160-145 Filed 03/23/23 Page 1 of 2 Page ID #:10584



RIPPSCAHEN00015351