# EXHIBIT 220



**RYDER RIPPS** @ryder_ripps · Jun 21

they are circumventing the DMCA process now claiming violation of trademark, I think its pretty clear that the RR/BAYC logo is parody and commentary and protected under the 1st amendment. Moreover, their logo application is still pending, uspto.report/TM/90739987



123    180    545



**streeto**
@streetoshi

Replying to @ryder_ripps

now this i do agree with even tho ur project is ass air

3:23 PM · Jun 21, 2022




RIPPSCAHEN00015353