# EXHIBIT 221



**Tweet**

**Farokh** ✓ @farokh · Jun 9

It was brought to my attention that some company is using my image to run IG story ads and sell a product. This is 100% fake and so are the IG/Twitter accounts DM'ing you to sell you anything or ask you for your personal information, please beware and report them when you see it!



57    ↻ 16    ♡ 193



**streeto**
@streetoshi

Replying to @farokh

@ryder_ripps made rr farokh 

12:52 PM · Jun 9, 2022

 



Tweet your reply                                    Reply