# EXHIBIT 222

Tweet
RYDER RIPPS SOON @ryder_ripps · Aug 17
would you buy a car with an nft transaction? probably not. why? because there's no title and no official transfer of ownership.. so why would u buy the "copyrights" to monkey clipart for $150k?
22
13
81
johnny0x
@johnny0x_
Replying to @ryder_ripps
that being said, I can see a future where ownership of things such as titles could be implemented into the blockchain, providing immutable verifiable ownership over something like a car. you got me thinking
6:46 PM · Aug 17, 2022
2 Likes
Tweet your reply
Reply

RIPPSCAHEN00015335