# EXHIBIT 223



RIPPSCAHEN00022479