# EXHIBIT 224



RIPPSCAHEN00022493