# EXHIBIT 225

**Jason Cline** @Jclineshow · May 16, 2022

Replying to @Joey_tartz and @ryder_ripps

If a new person to nft has 80 eth to spend on an OG BAYC I think it would be silly for them to not make sure it's part of the BAYC collection that they want / created by the creator they want to support. I get your argument if I used a diff project with cheap floor but

💬 1          🔁          ♡ 4          �ᴨ          ᯊ

**XRPwh4le.eth**
@Joey_tartz

Replying to @Jclineshow and @ryder_ripps

Absolutely, but for 1 /1000th of a second I myself thought this was a real bayc listed cheap as a gift by Ryder. If I had .5 eth in my wallet on foundation I would've bought that shit so fast I would've got finger burn from touching my screen so fast 😂😂😂😂😂😂😂

1:39 PM · May 16, 2022

1 Like

💬          🔁          ♡          ᯊ

**acidman.eth** @acidman_eth_ · May 16, 2022

Replying to @Joey_tartz @Jclineshow and @ryder_ripps

that 1/1000th second you experienced is what proves the idea behind the project works...

💬 1          🔁          ♡ 4          ⒤          ᯊ

**XRPwh4le.eth** @Joey_tartz · May 16, 2022

Replying to @acidman_eth_ @Jclineshow and @ryder_ripps

OOOOOFF ... in a sense this is fax

💬          🔁          ♡ 2          ⒤          ᯊ

RIPPSCAHEN00022686