# EXHIBIT 226



YUGALABS_00040400