# EXHIBIT 227



**Garga.eth (Greg Solano)** ✓
@CryptoGarga

Saw the claims today about the BAKC logo. This was news to us and we're still investigating the situation. Have reached out to the freelancer we hired for that design and Easy Drawing Guides. We'll be changing the logo and updating it on our site / ask marketplaces to change as well. This collection was meant from the start to be about raising money for charity and I'm proud of the fact that BAKC raised over $1m for animal charities. Will debut the new logo soon so we can continue to do some good work for causes we care about.

7:17 PM · Feb 17, 2023 · **2,584** Views

**17** Retweets   **4** Quote Tweets   **116** Likes

Tweet your reply    Reply

RIPPSCAHEN00017539