# EXHIBIT 228

**Yuga Labs** @yugalabs

(1/2) The outpouring of support from our community today has been overwhelming. We will continue to be transparent with our community as we fight these slanderous claims. In order to put a stop to the continuous infringement, and other illegal attempts to bring harm to...

6:39 PM · Jun 24, 2022

687 Retweets   258 Quotes   4,504 Likes

**Yuga Labs** @yugalabs · Jun 24, 2022
Replying to @yugalabs
(2/2) ... us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.

367   430   2,765

**0xStarmowa** @0xStarmowa · Jun 24, 2022
Replying to @yugalabs
🔥🔥🔥

5

**Head Hippie.eth** @VistoHLK · Jun 24, 2022
Replying to @yugalabs
you can't really fight claims of racism with lawsuits.

1   1   47

RIPPSCAHEN00025330