# EXHIBIT 229



RIPPSCAHEN00017268

grats!

1     5

**shamdoo.eth** @TheShamdoo · May 1, 2021
Replying to @BoredApeYC
WOOOO CONGRATS

15

**veg.eth** @vegsurfer · May 1, 2021
Replying to @BoredApeYC
at the buzzer. for kobe.

8

RIPPSCAHEN00017269