# EXHIBIT 230

Case 2:22-cv-04355-JFW-JEM Document 160-15 Filed 03/27/23 Page 1 of 2 Page ID #:10604



RIPPSCAHEN00020426