# EXHIBIT 231

Case 2:22-cv-04355-JFW-JEM Document 130-57 Filed 03/27/23 Page 1 of 2 Page ID #:10600



**Bored Ape Yacht Club**  @BoredApeYC · Jun 21, 2021

Almost 8.8k Bored Ape Kennel Club dogs have been claimed! Just a reminder to all BAYC members to **claim** your doggo before the adoption drive ends on Friday.

More info at:

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself doubles as your membership to a swamp club for...

💬 17    🔁 73    ♡ 283    📊    ⬆

RIPPSCAHEN00020425