# EXHIBIT 232

**Bored Ape Yacht Club** ☑ @BoredApeYC · Aug 27, 2021

**MAYC** TOMORROW 8/28/21

🎡 Snapshot at 4pm ET of all Bored Apes (NOTE: No benefit to dispersing apes around to multiple wallets!)

🪂 5pm ET – Airdrop of Mutant Serums (random distribution generated via Chainlink VRF)

🚀 Launch at 6pm ET

💬 316          ⇄ 946          ♡ 2,287          ᵢₗᵢ          ⬆

RIPPSCAHEN00020427