# EXHIBIT 233

**Bored Ape Yacht Club** ✦ @BoredApeYC · Aug 28, 2021
📸 Snapshot of all Bored Apes complete. **Airdrop** of Mutant Serums will commence between 4:30 and 5pm ET.

💬 226   🔁 390   ♡ 1,736

RIPPSCAHEN00020428