# EXHIBIT 234

Case 2:22-cv-04355-JFW-JEM   Document 163-1   Filed 03/27/23   Page 1 of 2   Page ID
#:10643



**Bored Ape Yacht Club** 🕛 @BoredApeYC · Mar 16, 2022

Replying to @BoredApeYC

The airdrop claim consisting of 15% of the total supply of ApeCoin will be made available to @BoredApeYC NFT holders (Bored Apes and Mutant Apes, as well as #BAKC dogs paired with either #BAYC or #MAYC).

💬 35          🔁 59          ♥ 494          📊          ⬆️

RIPPSCAHEN00020414