# EXHIBIT 235

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 30, 2022

Apes, wallet pre-approval is open now. 👇 Remember, you don't need to pre-approve (or KYC) to **claim** with your BAYC or MAYC NFT — only if you're KYC'd and planning to mint additional Otherdeeds.

> **Othersidemeta** ✓ @OthersideMeta · Apr 30, 2022
>
> You can now pre-approve your KYC'd wallet to spend ApeCoin at otherside.xyz. Pre-approval will be open until 9pm ET tonight, at which point minting opens. 🧵
>
> Show this thread

💬 365       🔁 450       ♥ 1,552

RIPPSCAHEN00020423