# EXHIBIT 236



RIPPSCAHEN00020422