# EXHIBIT 237



← **Thread**

**Foundation** ✓
@foundation

ANNOUNCEMENT
We are closing minting access to the Foundation Collection on Friday, January 28.

Let's all take a moment to ground ourselves in why this matters, and how this decision empowers creators even more in web3.

↓

9:03 AM · Jan 26, 2022

**286** Retweets    **267** Quote Tweets    **1,027** Likes

**Foundation** ✓ @foundation · Jan 26, 2022
Replying to @foundation
When we launched in 2021, creators began by minting their first NFTs to a shared smart contract—the Foundation Collection.

The collection marks a historic moment in time, and houses NFTs made by artists from all over the world.

We all had to get our start somewhere.

8          6          163

**Foundation** ✓ @foundation · Jan 26, 2022
Now, artists can deploy their own smart contracts with Collections on Foundation.

We believe that your history should be preserved on your contract—not ours.

In web3, having clear provenance of your work and owning your smart contract is key. 🗝

RIPPSCAHEN00019960

19      32      309

**Foundation** ✔ @foundation · Jan 26, 2022

Wise words from @pixelpete:

> 🖼 **pixelpete** ✔ @pixelpete · Jan 19, 2022
> This ability to own our own smart contracts is something that should not be overlooked when putting work out into the metaverse. And sometimes we have to make the difficult decision to go through processes such as this to enable the best position for our work.
>
> Show this thread

💬 6          ⟲ 3          ♡ 169

---

**Foundation** ✔ @foundation · Jan 26, 2022

With Collections, creators are in control of their own smart contracts.

Works created together, stay together—you can take your contracts wherever you want to.

By closing our shared contract, we're making way for this future.

Read our FAQ → help.foundation.app/en/articles/59...

💬 27          ⟲ 13          ♡ 250

---

**Brittany Pierre | NOF | EDV** @redactedpride · Jan 26, 2022

Replying to @foundation

Do we need to remove our pieces that aren't on a collection?!

💬 4          ⟲          ♡ 8

---

**Toni Payne | Orisha | Champanyer** ✔ @tonipayne · Jan 26, 2022

Replying to @redactedpride

THIS QUESTIONS... also, wen artist support. Feels like when you mint on Foundation, you are on your own.

💬 1          ⟲          ♡ 1

Show replies

RIPPSCAHEN00019961

**Suren.flac** ✔ @mypandashatfhfy · Jan 26, 2022
Replying to @foundation
😳

💬          ⟲          ♡ 2          ᠁          ⬆

**Lucra** ✔ @lucrafund · Jan 26, 2022
Replying to @foundation
This is tragic for secondary market NFTs since each artist custom collection needs gas approval to list and trade, unlike the shared Foundation contract.

💬 5          ⟲ 9          ♡ 110          ᠁          ⬆

**teexels.eth** ✔ @teexels · Jan 27, 2022
Replying to @lucrafund
This is tragic in general. I've burnt my whole collection and moved to OS. And I don't think I'm going back on Foundation... I've spent enough in gas fees! More than what I've earned...

💬 4          ⟲ 1          ♡ 29          ᠁          ⬆

Show replies

**Stefan Große Halbuer** ✔ @grossehalbuer · Jan 26, 2022
Replying to @foundation
Great decision!

💬          ⟲          ♡ 2          ᠁          ⬆

**Gydravlik.eth/CryptoGeometry.nft** ✔ @GydravlikS · Jan 26, 2022
Replying to @foundation
Ok @withFND maybe you will unlist arts for we can burn and will mint again?

💬          ⟲          ♡ 6          ᠁          ⬆

**Licci.eth** @liccibeam · Jan 26, 2022
Replying to @foundation
I'll have to pay for deployment, for mint, for list, and 15% sale fees. srsly?

RIPPSCAHEN00019962

💬 6          ⟲ 6          ♡ 86          📊          ⬆️

**Philippe Sheraf** 👑 ✓ @PhilippeSheraf · Jan 26, 2022                    •••
Replying to @liccibeam
Actually for people that already live from their physical art 15% is nothing because irl you give 50% to a gallery, so even if you add to that all the gas fees you are still under

💬 1          ⟲          ♡ 4          📊          ⬆️

**Anakims Varghese** @anakims_art · Jan 26, 2022                    •••
Replying to @foundation
So I still pay for deployment, mint, list AND 15% commission right? No change for that is it?

💬 5          ⟲ 2          ♡ 31          📊          ⬆️

**MaryanneChisholm.eth ᴺᶠᵀ Known O...** ✓ @Marya... · Jan 26, 2022    •••
Replying to @anakims_art
This sucks. It should be gratis. Now we pay to create a contract, list, mint, and 15% commission, and if the collector requires it, settling. I find myself resenting this, it makes me feel like we are being exploited.

💬 3          ⟲ 2          ♡ 22          📊          ⬆️

Show replies

**coinbilly** ✓ @coinbilly_ · Jan 26, 2022                    •••
Replying to @foundation
What happens to collections like @nguyenhut_art clay boys that are in the middle of the minting process?
Released 33/100 so far under opensea.io/collection/cla...
Will the contract get transferred so he can continue the minting process?

RIPPSCAHEN00019963

**Clay Boys**

| 50 | 29 | 25.6 ETH |
|---|---|---|
| items | owners | total volume |

Show replies

**hawkward** ✔ @hawkwardart · Jan 26, 2022                    ⋯
Replying to @foundation
are y'all enabling existing smart contracts like manifold?

💬 1          🔁          ♡ 1          📊          ⬆️

**Louis Iruela** ✔ @louisiruela · Jan 26, 2022                ⋯
Replying to @foundation
Does this mean I will not be able to keep minting on this contract?
I have an ongoing collection not fully minted, as the plan is to represent different seasons of the year.

💬 4          🔁          ♡ 22          📊          ⬆️

**Asteryx.Eth | Terry in Los Angeles** ✔ @Asteryxtm · Jan 26, 2022    ⋯
Replying to @louisiruela
Oh shit your right

💬          🔁          ♡          📊          ⬆️

**Stabz.eth** 🌴 @Stabz · Jan 26, 2022                        ⋯
Replying to @foundation
all these fees and I still owe yall 15%?! come on man

💬 2          🔁          ♡ 9          📊          ⬆️

RIPPSCAHEN00019964

**Pupz** ✓ @PupzDZN · Jan 26, 2022

Replying to @Stabz

Shit is so cringe

**Paul Campbell /NFT/ Perfect Stranger 1...** @alljus... · Jan 26, 2022

Replying to @foundation

What's happens to already deployed collections that hasn't had anything minted to it yet?

💬 4   🔁   ♥ 2

**Philippe Sheraf** 👣 ✓ @PhilippeSheraf · Jan 26, 2022

Replying to @alljustpaul

Good point! I am curious about that too.

**Ghost Train** ✓ @GhostTrainNFTs · Jan 26, 2022

Replying to @foundation

Just a pr suggestion here, it might be good idea to pay for for one of the fees for every's first collection. Personally im in the middle of a 3 parter and this could cost 100s in gas at the end of a tough month (Jan) which is rough for a lot of other people as well

💬   🔁   ♥ 13

**Igor Scek** ✓ @virus69 · Jan 27, 2022

Replying to @foundation

but you will continue to take 15% of the sales? and what for since there won't be minting on your contract anymore?

💬 1   🔁   ♥ 3

Show replies

**Raphaël Erba** ✓ @pipouz01 · Jan 27, 2022

Replying to @foundation

Well… thanks for the help.

RIPPSCAHEN00019965



**Foundation** ✓ @foundation · Jan 13, 2022
Your collection deserves better. We can help with that.

💬 1                    ♡ 3        ↑

Show replies

**Collin collinnft.eth** ✓ @CollinsCustomIP · Jan 30, 2022    ⋯
Replying to @foundation
swap fnd's on @NFTX_ :
nftx.io/sell/

> **Collin collinnft.eth** ✓ @CollinsCustomIP · Jan 30, 2022
> u can now buy, sell, or swap OG @withFND's w @NFTX_
>
> just go to nftx.io/sell/ & pick the NFTs u wanna swap (sell 0.034, buy 0.05, swap 0.01)
>
> GIF

💬                    ♡ 2        ↑

**Pawel Wilkos** 🇺🇦 @paeueu · Jan 26, 2022    ⋯
Replying to @foundation
Will be there any way to move or connect already created artworks to the new collection?

💬 6                    ♡ 25        ↑

RIPPSCAHEN00019966

**HUNNIT D** ⚔️ @HUNNIT_D · Jan 26, 2022 · · ·
Replying to @foundation
BIG

💬          ↻          ♡  1          ᶫᶦᶫ          ⬆️

**Tim** @Tim04618625 · Jan 26, 2022 · · ·
Replying to @foundation
Hoping for an invite before this happens!
Not willing to buy the ones that have been offered as I do not believe that is in the spirit of the invitation.

💬          ↻          ♡  4          ᶫᶦᶫ          ⬆️

**Anvar Taishev** @TaishevAnvar · Jan 26, 2022 · · ·
Replying to @foundation
If I create a collection, is there any way I can transfer the art I've already created?

💬          ↻          ♡  12          ᶫᶦᶫ          ⬆️

**Valéry Grancher** @ValeryGrancher · Jan 26, 2022 · · ·
Replying to @foundation
Kill the crazy fee gaz !

💬          ↻          ♡  3          ᶫᶦᶫ          ⬆️

**Phil Garcia | Iceland** @explographe · Jan 26, 2022 · · ·
Replying to @foundation
Can we move our works into a new collection with its own smart contract?  Will it involve costs?

💬  2          ↻          ♡  6          ᶫᶦᶫ          ⬆️

**1qb1LL1on** @1qb1LL1on · Jan 26, 2022 · · ·
Replying to @foundation
what about splits then?

💬          ↻          ♡  4          ᶫᶦᶫ          ⬆️

RIPPSCAHEN00019967

**pugson** @pugson · Jan 26, 2022
Replying to @foundation
that's only in 2 days... come on

💬    🔁    ♡ 5    ı̣lı    ⬆

**katiana.maruve** @KMaruve · Jan 26, 2022
Replying to @foundation
What's happening with the works already there? And the secundary market? I like the idea but we have to keep the old jobs safe

💬 2    🔁    ♡ 18    ı̣lı    ⬆

**Marco Zagara** @marcozagara · Jan 26, 2022
Replying to @foundation
Good idea, let's pretend there aren't priorities, but good idea. It needs many more explanation regarding secondary market and what actually happen to the existing artwork, but I guess this thread will be followed by another one soon.

💬 1    🔁    ♡ 24    ı̣lı    ⬆

**The real CarlosV** @cavam_art · Jan 26, 2022
Replying to @foundation
Just as I'm about to release my art here, this happens... Damn

💬    🔁    ♡ 15    ı̣lı    ⬆

**Nima / نیما** @thinknima · Jan 26, 2022
Replying to @foundation
I get the reasoning behind this move, but I wish there'd been a discussion about it with the Foundation users and community beforehand.

💬 1    🔁 2    ♡ 29    ı̣lı    ⬆

**ronanhunt.eth** @RonanHunt88 · Jan 26, 2022
Replying to @foundation
🤷‍♂️

RIPPSCAHEN00019968

**cottons.eth** 🛰️🔊 @claracottontail · Jan 26, 2022

Replying to @foundation

great step!! I hope is ez transition for the artists.

---

**Valentino Bellini** @ducciok · Jan 26, 2022

Replying to @foundation

any updates on when will be possible to upload our own smart contracts to our @withFND collections?

---

**21streetz** @21streetz · Jan 26, 2022

Replying to @foundation

But can you delete a collection?

💬 2    ↻    ♡ 3    𝔦𝔩𝔦    ⬆

---

**21streetz** @21streetz · Jan 26, 2022

Replying to @foundation

I mean can you burn a collection? I got a bug and somehow duplicate an existing collection but it's empty and can't get rid of it

---

⚕️𝗓𝗎𝖼𝗐𝗂𝗇𝗄ᴱᵀᴴ/NFT_NYC/PꙄYFᴧM❄️/PA... @Z_u_... · Jan 26, 2022

Replying to @foundation

Here's my custom collection – no one buys it anyway
have a good look ))

> foundation.app
> zōdiacus | Foundation
> ...we want to hear a little hint from the stars. From ancient times, astrologers helped kings and ...

RIPPSCAHEN00019969

♡ 4

**Jay Stansfield** 🌈💛 **NFT NYC 2023 …** @jaystansf… · Jan 26, 2022   ···
Replying to @foundation and @line_art_nfts
Will there be access to Polygon, to reduce those gas fees?

💬 1          ⟲          ♡ 2          ᐧ�I∎ᶦ          ⬆

**Compte A DN** @CompteDn · Jan 26, 2022   ···
Replying to @foundation
Je trust la meilleure plateforme pour le moment 🕊

💬          ⟲          ♡ 2          ᐧI∎ᶦ          ⬆

**Peter Wocken #BlackLivesMatter** @PeterWocken · Jan 26, 2022   ···
Replying to @foundation
Are you going to create a WYSIWYG smart contract for artists, so they can
add the elements in that they want in the contract?

💬          ⟲          ♡          ᐧI∎ᶦ          ⬆

**Elektra Knight** @elektra_knight · Jan 26, 2022   ···
Replying to @foundation
@OkBlame this is a good discussion take a few to explore

💬          ⟲          ♡          ᐧI∎ᶦ          ⬆

**Ayato.eth 綾人** @0xAyato · Jan 26, 2022   ···
Replying to @foundation
Can you just keep the Foundation Collection but also let people use their
own smart contracts?

💬          ⟲          ♡ 5          ᐧI∎ᶦ          ⬆

**Astrology Daily** ✅ @YourAstrologyD   ···
Always Be Ready!

RIPPSCAHEN00019970



soulduo.com
Read here (FREE) >>

---



**Veli Bicakci** @VeliBicakci · Jan 26, 2022  ···
Replying to @foundation
twitter.com/velikbicakci/s...

> This Tweet is unavailable.

---



**also Pixel Girl ™ but WTF?** @pixelgirlshop · Jan 26, 2022  ···
Replying to @foundation
This is what your artists do when asked by the owner to just change the
profile name on Twitter & can't get on foundation because this fraud
wants to be me 😂

RIPPSCAHEN00019971

The following media includes potentially sensitive content. Change settings    View

💬 1    🔁    ♡    📊    📤

Ἑκάτη | CrΞative Ξggz @LiebenKate · Jan 26, 2022    ···
Replying to @foundation
Guys, what am I supposed to do with the old NFT that should be thematically in the new collection that will have to be created after the 28th?

💬 1    🔁 1    ♡ 5    📊    📤

also Pixel Girl ™ but WTF? @pixelgirlshop · Jan 26, 2022    ···
Replying to @foundation
Here give your artist some more ideas to snake and fraud out on your portal  Pinterest...

The following media includes potentially sensitive content. Change settings    View

💬    🔁    ♡    📊    📤

BekaRios.eth @BekaRiosART · Jan 26, 2022    ···
Replying to @foundation and @Bittm_
👀

💬    🔁    ♡    📊    📤

Dave Ocampo | docampo.eth | (he...  @DaveOcam...  · Jan 26, 2022    ···
Replying to @foundation
And what are u doing to support those artists u mention a lot? U just keep fucking us over and over and claiming that u are doing great just for a small bunch of artists getting sales, are u gonna support those who have unfinished series? Subsidiate gas? Something?

💬 1    🔁 2    ♡ 37    📊    📤

RIPPSCAHEN00019972

**ChocoRhadz** @Rhaditsu · Jan 26, 2022

Replying to @foundation

then if i dont have smart contract. then i cant do minted unless i have one?

**shitbrains** @shtbrns · Jan 26, 2022

Replying to @foundation

Wait so does this mean you do literally nothing while taking 15%?

**Imran** @DelayDZN · Jan 26, 2022

Replying to @foundation

this is just too much. Not all artists have the pleasure to be paying all these fees. Your gonna loose so many people from your platform

4

**Chroma Code** 🔴 NEW COLLECTIO... @Chroma_C... · Jan 26, 2022

Replying to @foundation

As much as people argue this being potentially a good thing, ETH is not really sustainable as it stands — all the fee's that people have to go through make it feel like a rich-man's game at this point.

1          3

**Nikola Angelkoski** @nikolaan_art · Jan 26, 2022

Replying to @foundation

Ok then lower your 15% sale fee. That would be fair since you push us to pay for an additional fee for the smart contract.

2



**vermeer gun discoverer/BACC#001/bur...** @Boo... · Jan 26, 2022

Replying to @foundation

web3 means take out the middlemen and gatekeepers so dont get too excited.

RIPPSCAHEN00019973

**Dave Ocampo | docampo.eth | (he...** @DaveOcam... · Jan 26, 2022 ···

Replying to @foundation

Why u don't share answers questioning ur decisions and just share the ones saying that yall did good? Where's the community participation?

♡ 5

**Ash White** 💎 @kidcrayon · Jan 26, 2022 ···

Replying to @foundation

2 days notice? Hmmm.

♡ 1

**MARTGRAPHIC_Nft** @MARTGRAPHIC · Jan 26, 2022 ···

Replying to @foundation

Hmm 😅

♡

**0xmoses** @moses_08 · Jan 26, 2022 ···

Replying to @foundation

@sadatmirxa

♡ 1

**✦ Sergy XYZ ✦** @SergyXYZ · Jan 26, 2022 ···

Replying to @foundation

Does it mean that we will be able to mint only collections rather than single NFTs?

💬 1          ♡ 1

**Dee Marley** @dee_wrarts · Jan 26, 2022 ···

Replying to @foundation

I think this is great! Good thing I started off with my own collection from the get-go!!

RIPPSCAHEN00019974

💬 1          🔁          👁          📊          📤

**Bando Baby** ⚡ @rtbanonymous · Jan 26, 2022
Replying to @foundation
@bury_jackson

💬          🔁          ♡          📊          📤

**TheDustyFish** @thedustyfish · Jan 26, 2022
Replying to @foundation
Wait, what?!

💬          🔁          ♡          📊          📤

**METACEMO** @metacemo · Jan 26, 2022
Replying to @foundation
As soon as I have an invitation we start 😈

💬          🔁          ♡          📊          📤

**Diyana EmiLova Alcheva** 🐆🌈🦋... @DiyanaAlch... · Jan 26, 2022
Replying to @foundation
Would love to mint my first nft on Foundation.

💬          🔁          ♡          📊          📤

**Lvond** @lvond7 · Jan 26, 2022
Replying to @foundation
Hm.

💬          🔁          ♡          📊          📤

**Mosio** @Sr_mosio · Jan 26, 2022
Replying to @foundation
Does it have a discord foundation?

💬          🔁          ♡          📊          📤

RIPPSCAHEN00019975

**OttoGarza** @Otto_garza7 · Jan 26, 2022    · · ·

Replying to @foundation

@withFND thats great but, you will screw ongoing collections ( and the collectors of that collections), you should give more time to ppl complete their collections and make a safer transition.

💬 1          ⟲          ♡ 2          ‖l          ⬆

---

**Koekkoek** @doublekoek · Jan 27, 2022    · · ·

Replying to @foundation

will it be possible to "clean up" the images from "foundation collection" and to move them into a private collection? I would love to have everything clean on my foundation portfolio.

> foundation.app
> Koekkoek (@doublekoek) | Foundation
> Photography based artist best known for viral art series "Doggystyle", "Jumping Cats" and "Better …

💬 1          ⟲          ♡ 11          ‖l          ⬆

---

**Chris Saros** @C_Saros · Jan 27, 2022    · · ·

Replying to @foundation

Strongly considering burning my remaining pieces and relisting on Tezos. I've had about enough of minting fees, listing fees, changing price fees, burning fees, closing auction fees, blinking fees and mouse clicking fees. Not gonna spend another 500$ on smart contract fees.

💬          ⟲ 1          ♡ 32          ‖l          ⬆

---

**Pratik Jagdale** 🌱 @pratiikjagdale · Jan 27, 2022    · · ·

Replying to @foundation

Sorry but this is not done. All that has happened over the last few months with where this organisation stands… it's not fair for the community that has built around 💀

💬          ⟲          ♡ 4          ‖l          ⬆

---

**Chanse.eth** @artofchanse · Jan 27, 2022    · · ·

Replying to @foundation

RIPPSCAHEN00019976


Any update on why @withFND is taking away an additional 30% of the sale amount on top of the 15% standard service fee since today? I'm sure many have already raised complaints on this as well! #fndtakestoomuch

💬 1          ↻          ♡ 5          ▥          ⬆


**olento.eth** 💎 **SR - Abstract Entities** @olentoart · Jan 27, 2022          ···
Replying to @foundation
So posting pieces on your platform got even more expensive. How great...

💬          ↻          ♡ 7          ▥          ⬆

**Dolce Paganne** 🍎 **NFT NYC** @DolcePaganne · Jan 27, 2022          ···
Replying to @foundation
One new big mistake you are doing. Instead of try to continue minting on Foundation and ruin all the entity of my portfolio better is to continue on different platforms for me and I am sure for many others honestly. Did you just realized you make better profit from collections?

💬 1          ↻          ♡ 16          ▥          ⬆


**Yigit Yerlikaya** • @YigitYerka · Jan 27, 2022          ···
Replying to @foundation
And here, artists' share. Bon appetit!



RIPPSCAHEN00019977



**JELWEBTV** 🧚 @jelwebtv · Jan 27, 2022

Replying to @foundation

hey @withFND @saturnial answer me! 🍏 😡😡😡😡😁🤮😡😡😡😡😡 😡😡😡😡😡😡

> **JELWEBTV** 🧚 @jelwebtv · Jan 27, 2022
>
> If you have sold #nft recently probably @withFND has stolen 45% of your money! 🤮🤮🤮🤮🤮
>
> comment below if you lost your money!
>
> #NFTCommunity #NFTs #NFTartists #NFTCollection #withfoundation
>
> @saturnial 😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡 😡😡😡😡😡😡
>
> Show this thread

💬 1          ⟲          ♡ 3          ᶥᶥᶥ          ⬆

**The sid. ( 🐰 )** @mysteriovision · Jan 27, 2022

Replying to @foundation

ok but explain this to me!!

> **The sid. ( 🐰 )** @mysteriovision · Jan 27, 2022
>
> WTF ?! @withFND my nts sold for 0.16 $ETH !! - 15% it should be 0.136!!! but i recived 0.09 why?!
>
> please if u sold nft in lastdays check ur wallet! it seems FND is stealing our $ETH!!!
>
> this is the piece i sold !

RIPPSCAHEN00019978



RIPPSCAHEN00019979

Replying to @foundation
@flafoto

---

**Unicorn** 🇺🇦 @NFT_Unicorns · Jan 27, 2022
Replying to @foundation
great move, @opensea

---

**CryptoArmory.eth/.tez** @crypto_armory · Jan 27, 2022
Replying to @foundation
So what about my 1/1 artworks? I was going to mint my new 1/1 art
Anyone can explain?

1

1

---

**AmazingDevya Mommy #KAC @Super...** @Amazi... · Jan 27, 2022
Replying to @foundation
10 y/o DEVYA #AutismArtist has her own #SmartContract thanks to
@withFND!

ALIEN GOSSIP is the first #NFTartwork from "CROSSING LINES"
collection

What happens when two Alien friends meet on Earth day? They gossip
about the state of stars & moon

foundation.app/@amazingdevya/...

RIPPSCAHEN00019980

**JELWEBTV** 🕷️ @jelwebtv · Jan 27, 2022          ···
Replying to @foundation

> 🕷️ **JELWEBTV** 🕷️ @jelwebtv · Jan 27, 2022
> hey hey hey @withFND @saturnial
>   The problem number 2 is fixed after lots of reminders(49 F emails)
> and Tweets. But there is still the problem number 1: immigrating my
> old account that you must do that, cuz my market is stopped, and
> there are lots of bugs on your F platform, 🧵
> Show this thread

💬          🔁 1          ♡ 1          ılı          ⬆️

**Dave Ocampo | docampo.eth | (he...** @DaveOcamp... · Jan 27, 2022      ···
Replying to @foundation
Look at all the comments  questioning ur decisions and not a single word
about u guys, not one

💬          🔁          ♡ 1          ılı          ⬆️

**Christidis Andreas** @christix_eth · Jan 27, 2022          ···
Replying to @foundation
Lol with this u loosing a lot of artists... smh cmn fnd don't do us like that

💬          🔁          ♡ 1          ılı          ⬆️

**Torper** @torper · Jan 27, 2022          ···
Replying to @foundation
Will we be able to move our NFTs in the Foundation Collection to one of
our own collections?
@withFND

RIPPSCAHEN00019981

💬 1          ↻                    ılı          ⬆

**bnardus.eth** @bnardus · Jan 27, 2022          •••
Replying to @foundation
Another one bites the dust. How do you guys not understand that artists aren't developers?

💬          ↻          ♡ 3          ılı          ⬆

**Shahzad Khan** @Shahzad25183505 · Jan 28, 2022          •••
Replying to @foundation

opensea.io
Mirror Selfie - Selfies with friends.
Is i am lookalike your friend?

💬          ↻ 1          ♡ 1          ılı          ⬆

**ΛSιιιSΛ** @ASiiiSA_Art · Jan 28, 2022          •••
Replying to @foundation
I believe it will only add a "vintage" value to all unsold  pieces on "old" Foundation collection.

💬          ↻          ♡ 1          ılı          ⬆

**S H E D E V E R . S T U D I O** @SHEDEVERstudio · Jan 27, 2022          •••
Replying to @foundation
twitter.com/ShedEVERstudio…

This Tweet is unavailable.

💬          ↻          ♡          ılı          ⬆

**PrafulMobigrapher** @PkMobigrapher · Jan 27, 2022          •••
Replying to @foundation

RIPPSCAHEN00019982

So I was creating a listing today on foundation so should I wait till change take place or how it is. Kindly guide thanks.

**Cooltrede** @cooltrede · Jan 27, 2022
Replying to @foundation
If I already mint one art work ,so will I able to list it or no  ?I am lost a bit

**JELWEBTV** 🕊️ @jelwebtv · Jan 27, 2022
Replying to @foundation
hey
can you see my message?
I told you get 30% of my money!
why?
😡😡😡😡😡😡😡

**JELWEBTV** 🕊️ @jelwebtv · Jan 27, 2022
Replying to @foundation
😡😡😡😡😡😡😡

**lrdmnd.eth** @VeldNdops · Jan 27, 2022
Replying to @foundation
Damn this is crazy what happened to decentralisation

**Jack Julian** @_JackJulian · Jan 27, 2022
Replying to @foundation
"NFTs are there to sell crypto, buying crypto benefits the biggest holders."

youtube.com/watch?v=YQ_xWv…

RIPPSCAHEN00019983

**JELWEBTV** 🕊️ @jelwebtv · Jan 27, 2022
Replying to @foundation

> **JELWEBTV** 🕊️ @jelwebtv · Jan 27, 2022
> and there is still no F...g response from @withFND @saturnial 😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡
> Show this thread

---

**Kai** @s0urbot · Jan 27, 2022
Replying to @foundation
FND creating the best avenue for independent artists in the nft world rn

- Having our own smart contracts is blessed
- any other artists out there? Lets connect

---

**ritamon** @ritamon812 · Jan 27, 2022
Replying to @foundation
foundation.app/@0xrch/foundat… 👾👾🤓

| | |
|---|---|
| 🖼️ | foundation.app<br>CPU \| Foundation<br>Foundation is a web3 destination. |

---

💥**RACHWISE** @RACHWISEnft · Jan 27, 2022
Replying to @foundation
This is so unfortunate- Today you could have opened things up to the masses and gained an insane, loyal following by helping those leaving @opensea … instead this. This was your moment.

RIPPSCAHEN00019984

**Annaling_** @annaling_ · Jan 28, 2022

Replying to @foundation

🥰😍

foundation.app
CAT TOWN | Foundation
My friend and I, come here to smoke often. and
likes to play with cats in this alley and meet cats ...

---

**Lerro** @lerrostore

😍Installation takes only 60s
🏡Keep your family safe !

🔥Get it 👉 lerro.co/security-camera



0:22  16.3M views

💬 1,034        ↻ 3,080        ♡ 25.7K        ιll 32.1M        ⬆

RIPPSCAHEN00019985



RIPPSCAHEN00019986

There was an error while verifying your Instagram profile.

Please try again

**Alli Akinwande** @lanreall22 · Jan 29, 2022

Replying to @foundation

@bellograph see replies

**JeisonBarba.eth** @JeisonBarba · Jan 29, 2022

Replying to @foundation

All this strategy of blah blah blah to want a higher gas rate? the message is clear

1

**krose** @Krose3D · Jan 31, 2022

Replying to @foundation

Can I move my old arts to my new contract?

RIPPSCAHEN00019987