# EXHIBIT 238

Video Exhibit Lodged With The Court