# EXHIBIT 239



RIPPSCAHEN00025331



RIPPSCAHEN00025332

3/20/23, 8:10 AM                    Snoop Dogg on Twitter: "When I APE in I APE all the way in!! https://t.co/3XB3Jo5Fb6" / Twitter



Show replies

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

RIPPSCAHEN00025333



RIPPSCAHEN00025334



RIPPSCAHEN00025335

3/20/23, 8:10 AM                     Snoop Dogg on Twitter: "When I APE in I APE all the way in!! https://t.co/3XB3Jo5Fb6" / Twitter





https://twitter.com/SnoopDogg/status/1473367017172393987																																		6/6

RIPPSCAHEN00025336