# EXHIBIT 240

 **ryder** 🏦 24-Jun-22 04:01 PM
what should i do about this letter

16:01


📄 Yuga_Labs_LOA.pdf
526.72 KB

**middlemarch.eth** 24-Jun-22 04:07 PM
I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?

Basically just saying "we hired these guys to harass you"

I dont' think it asks us to do anything?

With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably

Not worth it, especially since we're migrating off anyway

For the new site we change the logo, and maybe even the display name in the market, IDK

Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)

By "our use" I mean the presence of those things on a website we control

⮡ **ryder** 🏦 what should i do about this letter
**hwonder** 24-Jun-22 04:40 PM
this is madness …
@Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks

I like to confirm because he's in town and may be able to expedite a few calls … but I want to make sure it's all clear

⮡ **hwonder** this is madness … @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
**Pauly Shore** 24-Jun-22 04:53 PM
No he helped with something else but I do not recall it being a lawyer

Krystal is kenobi's friend

She was the attorney for phunks Letters As sell

Well

⮡ **ryder** 🏦 what should i do about this letter
**Pauly Shore** 24-Jun-22 04:54 PM
I think we have some time to think on this sort of stuff

And consider all aspects

No need to make a decision on the spot imo we should have ourselves some time to decide

**hwonder**  24-Jun-22 05:01 PM
Clearly this is bias

17:02   6900 volume plus  $2 million in mint… It's pretty clear they dislike that

We're closing in on *$10 million impact to yuga

↳ 🔁 hwonder Clearly this is bias
**Pauly Shore**  24-Jun-22 05:26 PM
Can you explain which part? Seems like a lot of different bias for sure haha

↳ 🔁 Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha
**hwonder**  24-Jun-22 08:29 PM
i'll loop around this in moment. styling v3 rn

**Pauly Shore**  24-Jun-22 08:30 PM
No worries!

**ryder** 🔷  24-Jun-22 08:50 PM
should mint rthe other 400

it doesnt impact yuga

the clients buying rrbayc are legit the opposite

**Pauly Shore**  24-Jun-22 08:51 PM
Right I'm think maybe he just meant 10 million volume total

**ryder** 🔷  24-Jun-22 09:54 PM
https://twitter.com/yugalabs/status/1540509852702851072

> **Yuga Labs (@yugalabs)**
>
> (2/2) ... us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.
>
> 🐦Footer icon  Twitter • 24-Jun-22 09:39 PM

**ryder** 🔷  24-Jun-22 10:19 PM
hello??