# EXHIBIT 241



RIPPSCAHEN00021022