# EXHIBIT 243


**MANIC/p.d.a.//** @Manic_PDA · 3/6/23
instead of twelvefold, yuga should have held an auction for a new set of bespoke honorary apes inscribed on sats, aimed at btc maxis. each winner gets a custom honorary ape ordinal

more on brand, less shade from art side of the space, and it would've turned some big btc maxis

💬 5   🔁 1   ♥ 23   📊 3,278   ⬆️


**Garga.eth (Greg Solano)** ✓
@CryptoGarga

not making any more apes, honorary or not

1:15 PM · 3/6/23 · **2,313** Views

**5** Retweets   **83** Likes

   


**MANIC/p.d.a.//** @Manic_PDA · 3/6/23
the ratio, it burns

💬   🔁   ♥ 11   📊 354   ⬆️


**Cameron Moulène** 🎄 ✓ @cam... · 3/6/23
damn. Reconsider the honoraries...

 Tweet your reply