# EXHIBIT 245

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1   UNITED STATES DISTRICT COURT

2   CENTRAL DISTRICT OF CALIFORNIA

3   WESTERN DIVISION

4   _____ )

5   YUGA LABS, INC.,                     ) CASE NO.:
                                         )
6                     Plaintiff,         ) 2:22-cv-04355-
                                         ) JFW-JEM
7            v.                          )
                                         ) (FULL TRANSCRIPT)
8   RYDER RIPPS, JEREMY CAHEN, DOES      )
    1-10,                                )
9                                        )
                      Defendants.        )
10                                       )
    _____ )
11

12

13   ** THIS TRANSCRIPT CONTAINS HIGHLY CONFIDENTIAL –

14         ATTORNEYS' EYES ONLY INFORMATION **

15

16         DEPOSITION OF YUGA LABS, INC.,

17   BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

18                 NICOLE MUNIZ,

19         AND IN HER INDIVIDUAL CAPACITY

20                  VOLUME I

21            LOS ANGELES, CALIFORNIA

22          TUESDAY, JANUARY 24, 2023

23

24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       478535

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                                    58

| | | |
|---|---|---|
| 1 | BY MR. TOMPROS: | 10:30:30 |
| 2 | Q.   I want to now focus just briefly on the | 10:30:30 |
| 3 | phrase "Bored Ape."  Do you have that in mind? | 10:30:33 |
| 4 | That was part of the discussion of the | 10:30:37 |
| 5 | phrase "Bored Ape Yacht Club"; right? | 10:30:39 |
| 6 | A.   Uh-huh. | 10:30:40 |
| 7 | Q.   You have to say yes or no. | 10:30:41 |
| 8 | A.   Yes. | 10:30:42 |
| 9 | Q.   And it's not Bored Ape -- strike that. | 10:30:43 |
| 10 | In that discussion, was Bored Ape intended | 10:30:46 |
| 11 | as an anagram for anything? | 10:30:51 |
| 12 | A.   No. | 10:30:53 |
| 13 | ██ ████████████████ | 10:30:53 |
| 14 | ████████████████████ | 10:30:58 |
| 15 | ██ ███ | 10:31:05 |
| 16 | ██ ███████████████ | 10:31:06 |
| 17 | ████████████████████ | 10:31:12 |
| 18 | ███████████████████ | 10:31:16 |
| 19 | ███████████████████ | 10:31:20 |
| 20 | ██ ███ | 10:31:24 |
| 21 | ██ ███████████ | 10:31:24 |
| 22 | ██ █████████████ | 10:31:26 |
| 23 | ██ ██████████████ | 10:31:28 |
| 24 | █████████████████████ | 10:31:33 |
| 25 | █████████ | 10:31:41 |

| | | |
|---|---|---|
| 1 | Q.   Each Bored Ape Yacht Club NFT includes a | 10:41:25 |
| 2 | pointer to 1 of 10,000 ape images; correct? | 10:41:28 |
| 3 | MR. BALL:  Objection.  Vague. | 10:41:32 |
| 4 | A.   Are you asking me if the token points to | 10:41:33 |
| 5 | an IPFS file? | 10:41:38 |
| 6 | Q.   Sure. | 10:41:39 |
| 7 | A.   Yes. | 10:41:41 |
| 8 | Q.   So each Bored Ape Yacht Club NFT points to | 10:41:41 |
| 9 | an IPFS image file; correct? | 10:41:46 |
| 10 | A.   Yes. | 10:41:49 |
| 11 | Q.   Each of those image files features an ape; | 10:41:50 |
| 12 | correct? | 10:41:55 |
| 13 | A.   Yes. | 10:41:55 |
| 14 | Q.   And there are 10,000 of those image files; | 10:41:55 |
| 15 | correct? | 10:42:00 |
| 16 | A.   Yes. | 10:42:00 |
| 17 | Q.   Each token corresponds to a unique 1 of | 10:42:00 |
| 18 | those 10,000 image files; right? | 10:42:03 |
| 19 | A.   Yes.  I mean, I believe so. | 10:42:05 |
| 20 | Q.   Why do the image files depict apes? | 10:42:08 |
| 21 | A.   Because it's the Bored Ape Yacht Club. | 10:42:11 |
| 22 | Q.   Who created the images? | 10:42:13 |
| 23 | A.   Well, do you mean, like, who specifically | 10:42:15 |
| 24 | created them? | 10:42:22 |
| 25 | Q.   Yes. | 10:42:23 |

| | | |
|---|---|---|
| 1 | A.    Because we're a company.  It's not in the | 10:42:24 |
| 2 | same way where it's like this one person made it. | 10:42:26 |
| 3 | It was a group effort.  So we have Greg Solano and | 10:42:29 |
| 4 | Wylie Aronow, creative directors, as I have | 10:42:29 |
| 5 | mentioned before. | 10:42:29 |
| 6 | (Reporter clarification.) | 10:42:29 |
| 7 | THE WITNESS:  I'm so sorry, yes. | 10:42:33 |
| 8 | A.    Greg Solano and Wylie Aronow, creative | 10:42:33 |
| 9 | directors.  Then, we had a group of designers who | 10:42:40 |
| 10 | worked -- so each of them worked on different | 10:42:44 |
| 11 | pieces.  They were all creative directed.  Then, we | 10:42:48 |
| 12 | had -- I would say that's how -- pretty much how | 10:42:53 |
| 13 | they were created. | 10:42:57 |
| 14 | Q.    Were the group of designers Yuga Labs | 10:42:59 |
| 15 | employees? | 10:43:03 |
| 16 | MR. BALL:  Objection.  Calls for a legal | 10:43:04 |
| 17 | conclusion.  Vague. | 10:43:06 |
| 18 | A.    What do you mean by "employees"?  They | 10:43:07 |
| 19 | were employed by Yuga Labs. | 10:43:09 |
| 20 | Q.    Okay.  And are -- | 10:43:10 |
| 21 | A.    I don't -- I'm not -- like, are you | 10:43:14 |
| 22 | talking about are they W2 employees?  Are they 1099? | 10:43:16 |
| 23 | Like, they were employed by Yuga Labs. | 10:43:20 |
| 24 | Q.    And who did the earliest sketches of the | 10:43:21 |
| 25 | apes? | 10:43:39 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    70

| | | |
|---|---|---|
| 1 | ███████████████ | 10:43:39 |
| 2 | █ █████████████████ | 10:43:40 |
| 3 | ███████████████████ | 10:43:46 |
| 4 | ██████████████ | 10:43:51 |
| 5 | Q.   The Bored Ape Yacht Club collection has | 10:43:54 |
| 6 | mixing and matching traits; correct? | 10:44:11 |
| 7 | A.   Yes. | 10:44:14 |
| 8 | Q.   And what are traits in the context of the | 10:44:14 |
| 9 | Bored Ape Yacht Club collection? | 10:44:18 |
| 10 | A.   Hats, clothing, mouths, eyes, you know, | 10:44:19 |
| 11 | that type of stuff. | 10:44:28 |
| 12 | Q.   Who came up with the traits? | 10:44:29 |
| 13 | MR. BALL:  Objection.  Vague. | 10:44:33 |
| 14 | A.   I would say Greg and Wylie. | 10:44:34 |
| 15 | Q.   And -- | 10:44:39 |
| 16 | A.   Okay.  And there are over 100; so it's | 10:44:47 |
| 17 | like -- you know you need hats, you need this many | 10:44:47 |
| 18 | hats.  You know you need mouths, you need this many | 10:44:52 |
| 19 | mouths.  It's, like, enough to get something | 10:44:52 |
| 20 | exciting visually. | 10:44:56 |
| 21 | Q.   One of the BAYC traits is a hat that says | 10:44:57 |
| 22 | "BAYC"; correct? | 10:45:06 |
| 23 | A.   I believe so. | 10:45:08 |
| 24 | Q.   And one of the BAYC traits is a shirt with | 10:45:08 |
| 25 | the ape skull logo; correct? | 10:45:13 |

| | | |
|---|---|---|
| 1 | A.   Yes, I believe so. | 10:45:16 |
| 2 | (Exhibit 223 marked.) | 10:45:45 |
| 3 | BY MR. TOMPROS: | 10:46:00 |
| 4 | Q.   You have been handed what has been marked | 10:46:00 |
| 5 | as Exhibit 223, a six-page -- I believe six-page -- | 10:46:02 |
| 6 | six-page document that at the front says, "Welcome | 10:46:13 |
| 7 | to the Bored Ape Yacht Club." | 10:46:16 |
| 8 | Do you see that? | 10:46:16 |
| 9 | A.   Yes. | 10:46:17 |
| 10 | Q.   And do you recognize the content of this | 10:46:17 |
| 11 | Exhibit 223? | 10:46:23 |
| 12 | MR. BALL:  I'll just object that we had an | 10:46:24 |
| 13 | earlier version of this that was differently | 10:46:25 |
| 14 | formatted and had a domain on it and as well as | 10:46:28 |
| 15 | "BAYC" at the top.  And the logo on the bottom is | 10:46:33 |
| 16 | covering some material. | 10:46:37 |
| 17 | MR. TOMPROS:  Fair enough.  Your objection | 10:46:38 |
| 18 | is noted. | 10:46:39 |
| 19 | A.   I think this is a printout of the website. | 10:46:40 |
| 20 | Q.   Thank you.  Does Yuga Labs control the | 10:46:42 |
| 21 | Bored Ape Yacht Club website? | 10:46:49 |
| 22 | A.   Uh-huh.  Yes. | 10:46:51 |
| 23 | MR. BALL:  Objection. | 10:46:52 |
| 24 | THE WITNESS:  Sorry. | 10:46:53 |
| 25 | Q.   Are the statements that Yuga Labs makes on | 10:46:53 |

| | | |
|---|---|---|
| 1 | the Bored Ape Yacht Club website true? | 10:46:56 |
| 2 | MR. BALL:  Objection.  Vague. | 10:46:59 |
| 3 | A.   I have no reason to think that they're not | 10:47:01 |
| 4 | true. | 10:47:04 |
| 5 | Q.   If you look at the first page of | 10:47:04 |
| 6 | Exhibit 223, the first sentence of the paragraph | 10:47:10 |
| 7 | there says, "BAYC is a collection of 10,000 Bored | 10:47:15 |
| 8 | Ape NFTs." | 10:47:19 |
| 9 | Do you see that? | 10:47:20 |
| 10 | A.   Yes. | 10:47:20 |
| 11 | Q.   Is that statement accurate? | 10:47:21 |
| 12 | A.   I believe so. | 10:47:22 |
| 13 | Q.   It goes on to state that "Your Bored Ape | 10:47:25 |
| 14 | doubles as your Yacht Club membership card and | 10:47:33 |
| 15 | grants access to members-only benefits." | 10:47:38 |
| 16 | Do you see that? | 10:47:40 |
| 17 | A.   Yes. | 10:47:40 |
| 18 | Q.   That is also correct; right? | 10:47:44 |
| 19 | A.   I would say so. | 10:47:44 |
| 20 | Q.   All right.  If we could go to the second | 10:47:44 |
| 21 | page, there is a section headed "The Specs." | 10:47:44 |
| 22 | Do you see that? | 10:47:46 |
| 23 | A.   Yes. | 10:47:46 |
| 24 | Q.   It states, "Each Bored Ape is unique and | 10:47:46 |
| 25 | programmatically generated from over 170 possible | 10:47:50 |

| 1 | traits." | 10:47:53 |
| 2 | Do you see that? | 10:47:54 |
| 3 | A.   Yes. | 10:47:54 |
| 4 | Q.   And the traits referred to are the traits | 10:47:54 |
| 5 | that we were talking about just a few minutes ago; | 10:47:57 |
| 6 | correct? | 10:48:01 |
| 7 | A.   Yes.  Expression, headwear, clothing, | 10:48:01 |
| 8 | more. | 10:48:03 |
| 9 | Q.   Is the statement "each Bored Ape is | 10:48:03 |
| 10 | unique" correct? | 10:48:06 |
| 11 | A.   Yes. | 10:48:08 |
| 12 | Q.   And what does it mean when it says "each | 10:48:09 |
| 13 | Bored Ape is unique"? | 10:48:11 |
| 14 | A.   That's what I was saying before about the | 10:48:13 |
| 15 | mixing and matching.  So because the traits are | 10:48:14 |
| 16 | mixed and matched, there's each -- like each ape -- | 10:48:18 |
| 17 | so like this ape, like, this thing that we're | 10:48:21 |
| 18 | looking at right here, this -- there is only one of | 10:48:24 |
| 19 | these. | 10:48:28 |
| 20 | Q.   What does it mean -- strike that. | 10:48:28 |
| 21 | What does "programmatically generated" | 10:48:31 |
| 22 | mean? | 10:48:34 |
| 23 | MR. BALL:  Objection.  Vague. | 10:48:35 |
| 24 | A.   It's actually pretty cool.  So if we take | 10:48:36 |
| 25 | a step back, the way that we do our collections -- | 10:48:42 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    87

1   ████  ████████                              11:06:06
2        ███████████████████                   11:06:06
3   ██   ████████████████████                  11:06:07
4   ███████████████████████████████            11:06:08
5   ███████████████████████████████            11:06:12
6   ███████████████████████████████            11:06:16
7   ████████████████████████████               11:06:21
8   ██████████████████████████████             11:06:24
9   █████████████████████████████              11:06:27
10  ███████████████████████████                11:06:32
11  █████████████████████████████████          11:06:35
12  ████████████████                           11:06:39
13     █████████████████████                   11:06:42
14  ██████████████████████████████             11:06:45
15  ██████████████████████████████             11:06:48
16  █████████████████████████████              11:06:50
17  ███████████████████████████████            11:06:57
18  ██████████████████████████████             11:07:01
19  █████████████████████████████              11:07:06
20  █████████████                              11:07:10
21    ██████████████████████████               11:07:12
22  ████████████████████████                   11:07:15
23  █████████████████████████████████          11:07:19
24  █████████████████████████                  11:07:22
25  ███████████████████                        11:07:24

|   |   |   |
|---|---|---|
| 1 | Q.   Okay.  Is this lawsuit a joke to Yuga | 11:25:55 |
| 2 | Labs? | 11:25:58 |
| 3 | A.   No. | 11:25:58 |
| 4 | Q.   Was the purpose of this lawsuit to stop | 11:25:58 |
| 5 | the criticism that Mr. Ripps and Mr. Cahen were | 11:26:06 |
| 6 | making against Yuga Labs? | 11:26:08 |
| 7 | A.   No.  Look at the timeline.  Really, no. | 11:26:10 |
| 8 | It didn't matter until they committed theft of our | 11:26:14 |
| 9 | intellectual property.  It didn't matter until they | 11:26:18 |
| 10 | started confusing people. | 11:26:20 |
| 11 | Q.   Are Mr. Ripps and Mr. Cahen presently | 11:26:21 |
| 12 | selling any RR/BAYC NFTs? | 11:26:26 |
| 13 | MR. BALL:  Objection.  Vague.  Calls for a | 11:26:30 |
| 14 | legal conclusion. | 11:26:33 |
| 15 | A.   I don't know what they're doing. | 11:26:35 |
| 16 | Q.   Is Yuga Labs presently selling any BAYC | 11:26:36 |
| 17 | NFTs? | 11:26:39 |
| 18 | MR. BALL:  Objection.  Vague. | 11:26:40 |
| 19 | A.   What do you mean if we're "presently | 11:26:42 |
| 20 | selling"? | 11:26:46 |
| 21 | Q.   Sure.  Is Yuga Labs currently offering any | 11:26:46 |
| 22 | BAYC NFTs for sale? | 11:26:50 |
| 23 | A.   No.  But we're doing things with the BAYC | 11:26:52 |
| 24 | brand. | 11:26:56 |
| 25 | Have you played Dookey Dash?  I get the | 11:26:57 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

131

| | | |
|---|---|---|
| 1 | | 12:19:28 |
| 2 | | 12:19:29 |
| 3 | | 12:19:29 |
| 4 | | 12:19:35 |
| 5 | | 12:19:35 |
| 6 | | 12:19:45 |
| 7 | | 12:19:46 |
| 8 | | 12:19:47 |
| 9 | | 12:19:48 |
| 10 | | 12:19:55 |
| 11 | | 12:19:57 |
| 12 | | 12:19:57 |
| 13 | | 12:20:01 |
| 14 | | 12:20:04 |
| 15 | | 12:20:07 |
| 16 | | 12:20:08 |
| 17 | | 12:20:15 |
| 18 | | 12:20:15 |
| 19 | | 12:20:21 |
| 20 | | 12:20:23 |
| 21 | | 12:20:24 |
| 22 | | 12:20:32 |
| 23 | | 12:20:39 |
| 24 | | 12:20:42 |
| 25 | | 12:20:45 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

138

| | | |
|---|---|---|
| 1 | ███████████████████ | 12:28:04 |
| 2 | ████████████████████████ | 12:28:06 |
| 3 | ████████████████████ | 12:28:09 |
| 4 | ████ | 12:28:13 |
| 5 | ██████████████████ | 12:28:13 |
| 6 | ██████████████ | 12:28:16 |
| 7 | ████████████████ | 12:28:19 |
| 8 | ██████████████████ | 12:28:22 |
| 9 | █████████████████ | 12:28:26 |
| 10 | █ ████████████████ | 12:28:29 |
| 11 | ████████████████ | 12:28:39 |
| 12 | ██████████████████ | 12:28:44 |
| 13 | ████████████ | 12:28:46 |
| 14 | ██████████████████ | 12:28:48 |
| 15 | ████████████████ | 12:28:51 |
| 16 | ██████ | 12:28:54 |
| 17 | █ ██████████████ | 12:28:55 |
| 18 | ██████████████████ | 12:28:59 |
| 19 | ████████████████ | 12:29:01 |
| 20 | ███████████████ | 12:29:03 |
| 21 | ██████ | 12:29:06 |
| 22 | █ █████████████ | 12:29:07 |
| 23 | ████████████████████ | 12:29:11 |
| 24 | ███ | 12:29:19 |
| 25 | █ ██ | 12:29:19 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    144

| | | |
|---|---|---|
| 1 | works based upon the NFT." | 12:35:35 |
| 2 | Do you see that? | 12:35:36 |
| 3 | A. Yeah. I mean, it's basically a repeat of | 12:35:38 |
| 4 | the first sentence. | 12:35:40 |
| 5 | Q. And is -- that second sentence, is that | 12:35:41 |
| 6 | accurate? | 12:35:44 |
| 7 | MR. BALL: Objection. Calls for a legal | 12:35:44 |
| 8 | conclusion. Lacks foundation. Calls for | 12:35:46 |
| 9 | speculation. | 12:35:47 |
| 10 | A. I believe so. | 12:35:48 |
| 11 | | 12:35:49 |
| 12 | | 12:35:56 |
| 13 | | 12:35:57 |
| 14 | | 12:35:58 |
| 15 | | 12:35:58 |
| 16 | | 12:36:01 |
| 17 | (Exhibit 232 marked.) | 12:36:36 |
| 18 | BY MR. TOMPROS: | 12:36:37 |
| 19 | Q. You have been handed what has been marked | 12:36:37 |
| 20 | as Exhibit 232, one-page document with the Bates | 12:36:38 |
| 21 | number YUGALABS_00026336. | 12:36:42 |
| 22 | Do you have that in front of you? | 12:36:46 |
| 23 | A. Yes. | 12:36:48 |
| 24 | Q. This is an image associated with a BAYC | 12:36:48 |
| 25 | NFT; correct? | 12:36:53 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION

Transcript of Nicole Muniz, Corporate Designee & Individually

Conducted on January 24, 2023                    145

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:36:54 |
| 2 | Q.    And it has an ape with a hat that says | 12:36:55 |
| 3 | "BAYC" on it; right? | 12:36:58 |
| 4 | A.    Yes. | 12:36:59 |
| 5 | ██ ████████████████████████████████ | 12:36:59 |
| 6 | █████████████████ | 12:37:02 |
| 7 | ██ ████████████████████████████████ | 12:37:04 |
| 8 | ███████████████████████████████████ | 12:37:07 |
| 9 | ███████████████████████████████████ | 12:37:15 |
| 10 | ████ | 12:37:17 |
| 11 | (Exhibit 233 marked.) | 12:37:19 |
| 12 | BY MR. TOMPROS: | 12:37:40 |
| 13 | Q.    You have been handed a one-page document | 12:37:40 |
| 14 | labeled "Exhibit 233" with the control number | 12:37:42 |
| 15 | YUGALABS_00026375. | 12:37:45 |
| 16 | Do you have that in front of you? | 12:37:51 |
| 17 | A.    Yes. | 12:37:52 |
| 18 | Q.    This is a BAY -- this is an image | 12:37:52 |
| 19 | associated with a BAYC? | 12:37:53 |
| 20 | A.    Yes. | 12:37:54 |
| 21 | Q.    And it has on the ape in this image, there | 12:37:54 |
| 22 | is a T-shirt with the ape skull logo; correct? | 12:37:58 |
| 23 | A.    Yes. | 12:38:00 |
| 24 | Q.    Can the owner of this image make a T-shirt | 12:38:01 |
| 25 | with ape skull logo on it? | 12:38:04 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    156

| 1 | | 13:49:27 |
| 2 | | 13:49:27 |
| 3 | | 13:49:30 |
| 4 | | 13:49:31 |
| 5 | | 13:49:33 |
| 6 | | 13:49:36 |
| 7 | | 13:49:38 |
| 8 | | 13:49:44 |
| 9 | | 13:49:47 |
| 10 | | 13:49:48 |
| 11 | | 13:49:49 |

| 12 | (Exhibit 234 marked.) | 13:49:49 |

13   BY MR. TOMPROS:                                13:50:16

14        Q.   You have been handed what has been marked     13:50:16

15   as Exhibit 234, a one-page document that at the top     13:50:18

16   says "OpenSea," and below that, says "Grandpa Ape     13:50:22

17   Country Club."                                13:50:28

18             Do you see that?                   13:50:28

19        A.   Yes.                              13:50:29

20             MR. BALL:  And I'll just object for the     13:50:29

21   record that it seems like an incomplete document.     13:50:31

22        Q.   The -- OpenSea is a website that sells --     13:50:35

23   excuse me.  Strike that.                       13:50:40

24             OpenSea is an NFT marketplace; correct?     13:50:42

25        A.   Yes.                              13:50:46

| | | |
|---|---|---|
| 1 | Q.   Are you familiar with the -- sorry. | 13:50:47 |
| 2 | Strike that. | 13:50:50 |
| 3 |      Have you heard the term "Grandpa Ape | 13:50:50 |
| 4 | Country Club" before? | 13:50:55 |
| 5 | A.   No. | 13:50:55 |
| 6 | Q.   Has Yuga Labs taken any steps to request | 13:50:55 |
| 7 | that the Grandpa Ape Country Club take any action | 13:51:02 |
| 8 | with regard to Yuga Labs trademarks? | 13:51:07 |
| 9 |      MR. BALL:  Objection.  Vague.  Calls for a | 13:51:09 |
| 10 | legal conclusion.  Calls for privileged information | 13:51:14 |
| 11 | to the extent you know is -- what you know is coming | 13:51:16 |
| 12 | from counsel. | 13:51:20 |
| 13 | A.   I don't know how to answer this question | 13:51:24 |
| 14 | now.  What I can say is I'm not a lawyer.  I don't | 13:51:26 |
| 15 | know the details.  This is my first time seeing | 13:51:31 |
| 16 | Grandpa Ape Country Club.  That doesn't mean we | 13:51:34 |
| 17 | haven't taken steps as I think I mentioned earlier. | 13:51:38 |
| 18 | We spend over a million dollars a year on | 13:51:42 |
| 19 | enforcement.  It is possible that we have taken | 13:51:44 |
| 20 | steps and that I'm just not -- I can't possibly know | 13:51:47 |
| 21 | every single one. | 13:51:53 |
| 22 | Q.   Fair enough.  But you can't verify any | 13:51:54 |
| 23 | steps today that Yuga has taken, for example, to | 13:51:57 |
| 24 | takedown Grandpa Ape Country Club? | 13:52:02 |
| 25 |      MR. BALL:  Objection.  Vague.  Calls for a | 13:52:04 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                                    158

| | | |
|---|---|---|
| 1 | legal conclusion. | 13:52:05 |
| 2 | ▉     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 13:52:05 |
| 3 | Q.   You know that Yuga has not sued Grandpa | 13:52:07 |
| 4 | Ape Country Club; right? | 13:52:11 |
| 5 | A.   Yes. | 13:52:11 |
| 6 | Q.   Before you get there, just returning to | 13:52:11 |
| 7 | Exhibit 234, do you see in the banner at the top | 13:52:23 |
| 8 | there's a skull with hair? | 13:52:28 |
| 9 | A.   Yes. | 13:52:32 |
| 10 | Q.   How, if at all, does that skull relate to | 13:52:33 |
| 11 | the Bored Ape Yacht Club ape skull? | 13:52:35 |
| 12 | MR. BALL:  Objection.  Vague.  Calls for a | 13:52:41 |
| 13 | legal conclusion. | 13:52:41 |
| 14 | MR. TOMPROS:  You're right.  It is vague. | 13:52:44 |
| 15 | Let me try it again. | 13:52:45 |
| 16 | Q.   Does that skull in Exhibit 234 look like | 13:52:44 |
| 17 | the ape skull that Yuga Labs claims is a trademark? | 13:52:55 |
| 18 | MR. BALL:  Vague.  Objection.  Vague. | 13:53:01 |
| 19 | Calls for a legal conclusion. | 13:53:02 |
| 20 | A.   So I'm not a lawyer.  So I can't say -- I | 13:53:02 |
| 21 | know there's technical details when it comes to | 13:53:04 |
| 22 | marks; so I can't speak to it in that exact detail. | 13:53:08 |
| 23 | What I can say is that it looks like it's inspired | 13:53:12 |
| 24 | by but it's been changed. | 13:53:15 |
| 25 | So as you mentioned, it has hair.  It also | 13:53:17 |

| | | |
|---|---|---|
| 1 | has, like, a mustache.  So it looks like it has hair | 13:53:20 |
| 2 | on its head and also a mustache. | 13:53:24 |
| 3 | Q.   And it also says here on 234 -- | 13:53:26 |
| 4 | Exhibit 234, it says, "Inspired by Bored Ape Yacht | 13:53:34 |
| 5 | Club.  We are not affiliated with Bored Ape Yacht | 13:53:37 |
| 6 | Club." | 13:53:40 |
| 7 | Do you see that? | 13:53:40 |
| 8 | A.   Yes. | 13:53:40 |
| 9 | Q.   Does the statement "We are not affiliated | 13:53:41 |
| 10 | with Bored Ape Yacht Club" indicate that this | 13:53:44 |
| 11 | listing is okay with Yuga Labs? | 13:53:47 |
| 12 | MR. BALL:  Objection.  Calls for a legal | 13:53:50 |
| 13 | conclusion.  Vague. | 13:53:53 |
| 14 | A.   Just because somebody says, "We are not | 13:53:55 |
| 15 | affiliated with Bored Ape Yacht Club," doesn't mean | 13:53:57 |
| 16 | that we're giving them the okay. | 13:54:00 |
| 17 | (Exhibit 235 marked.) | 13:54:00 |
| 18 | BY MR. TOMPROS: | 13:54:21 |
| 19 | Q.   You've been handed what has been marked as | 13:54:21 |
| 20 | Exhibit 235, a multipage document that also says | 13:54:23 |
| 21 | "OpenSea" and says "Bored Ape Solana Club" in the | 13:54:28 |
| 22 | graphic at the top.  S-O-L-A-N-A. | 13:54:33 |
| 23 | Do you see that? | 13:54:36 |
| 24 | A.   Yes. | 13:54:36 |
| 25 | MR. BALL:  Okay.  Just for the record, | 13:54:36 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    160

```
 1   again, this looks like an incomplete printout on the       13:54:38
 2   top as well as missing images as we go through it.         13:54:42
 3          MR. TOMPROS:  Yeah, you're free to look it          13:54:46
 4   up yourself.  The -- if it's easier for you to use a       13:54:47
 5   computer to look this up on OpenSea, you're welcome        13:54:54
 6   to.                                                        13:54:58
 7      Q.   Is the Bored Ape Solana Club affiliated            13:54:58
 8   with Yuga Labs?                                            13:55:01
 9      A.   I don't believe so.  It does -- I can't --         13:55:02
10   I think they have more of a description by the way.        13:55:09
11   I don't -- it is cut off actually.                         13:55:11
12                                                              13:55:13
13                                                              13:55:16
14                                                              13:55:19
15                                                              13:55:21
16                                                              13:55:22
17                                                              13:55:25
18                                                              13:55:26
19                                                              13:55:29
20                                                              13:55:37
21                                                              13:55:39
22                                                              13:55:41
23                                                              13:55:47
24                                                              13:55:52
25                                                              13:55:56
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

161

| | | |
|---|---|---|
| 1 | ███████████████████████ | 13:55:59 |
| 2 | ████ | 13:56:02 |
| 3 | █ ███████████████████ | 13:56:03 |
| 4 | ████████████████ | 13:56:11 |
| 5 | ████████████████ | 13:56:13 |
| 6 | ███████████ | 13:56:14 |
| 7 | █ ██████████████████ | 13:56:17 |
| 8 | █ | 13:56:18 |
| 9 | █ ████████████████ | 13:56:19 |
| 10 | ████████████████████ | 13:56:20 |
| 11 | █████████████████████ | 13:56:24 |
| 12 | ██████████████████ | 13:56:26 |
| 13 | ██████████████████████ | 13:56:29 |
| 14 | ████ | 13:56:30 |
| 15 | █ █████████████ | 13:56:36 |
| 16 | ████████████████████ | 13:56:38 |
| 17 | █████████████████████████ | 13:56:41 |
| 18 | █ | 13:56:45 |
| 19 | █ ██████████ | 13:56:45 |
| 20 | █ █████████████ | 13:56:47 |
| 21 | █ █████ | 13:56:48 |
| 22 | █ ███████████████ | 13:56:48 |
| 23 | ███████████████████████ | 13:56:53 |
| 24 | ████████████████████████ | 13:56:57 |
| 25 | █ ██████████████ | 13:56:57 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                          162

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 13:57:02 |
| 2 | ████████████████ | 13:57:05 |
| 3 | Q.    On the left side of the first page of | 13:57:06 |
| 4 | Exhibit 235, there is a trait listed as "hip-hop." | 13:57:09 |
| 5 | Do you see that? | 13:57:14 |
| 6 | A.    Yes. | 13:57:14 |
| 7 | Q.    And that's also a trait in the Bored Ape | 13:57:14 |
| 8 | Yacht Club collection; right? | 13:57:18 |
| 9 | MR. BALL:  Objection. | 13:57:18 |
| 10 | A.    It is -- we have a trait called "hip-hop." | 13:57:21 |
| 11 | Q.    And the apes with the hip-hop trait shown | 13:57:25 |
| 12 | here on the first two pages of Exhibit 235 all have | 13:57:29 |
| 13 | a gold jacket; right? | 13:57:34 |
| 14 | A.    I believe so. | 13:57:36 |
| 15 | Q.    And the apes in the Bored Ape Yacht Club | 13:57:36 |
| 16 | in the hip-hop trait all have a gold jacket; right? | 13:57:41 |
| 17 | A.    I believe so. | 13:57:45 |
| 18 | Q.    And under "Hats" in the Bored Ape Solana | 13:57:46 |
| 19 | Club page under -- on page 2, one of the options is | 13:57:50 |
| 20 | Prussian helmet. | 13:57:55 |
| 21 | Do you see that? | 13:57:56 |
| 22 | A.    Yes. | 13:57:57 |
| 23 | Q.    Yuga Labs also has apes with a Prussian | 13:58:00 |
| 24 | helmet trait; right? | 13:58:04 |
| 25 | A.    Yes. | 13:58:06 |

| | | |
|---|---|---|
| 1 | Q.   Would it surprise you if the Bored Apes | 13:58:06 |
| 2 | Solana Club were still available today on OpenSea? | 13:58:09 |
| 3 | MR. BALL:  Objection.  Lacks foundation. | 13:58:12 |
| 4 | Vague.  Argumentative. | 13:58:14 |
| 5 | A.   It wouldn't surprise me.  I mean, I | 13:58:19 |
| 6 | think -- I don't know what the status of this is. | 13:58:22 |
| 7 | So I don't know if we've already issued a takedown. | 13:58:25 |
| 8 | I don't know if it's in the process of a takedown. | 13:58:29 |
| 9 | I don't know what the status of this one is. | 13:58:32 |
| 10 | Q.   Why would it not surprise you?  Simply | 13:58:34 |
| 11 | because you don't know what the status is -- | 13:58:37 |
| 12 | A.   Right. | 13:58:37 |
| 13 | Q.   -- or for some other reason? | 13:58:39 |
| 14 | A.   I don't know the status.  So I can't -- I | 13:58:40 |
| 15 | can't speculate as to whether it's there or not. | 13:58:43 |
| 16 | (Exhibit 236 marked.) | 13:58:43 |
| 17 | BY MR. TOMPROS: | 13:59:08 |
| 18 | Q.   You have been handed what has been marked | 13:59:08 |
| 19 | as Exhibit 236, a two-page document.  The top left, | 13:59:10 |
| 20 | it says "1/22/23, 2:16 p.m."  In the middle, it says | 13:59:13 |
| 21 | "Bored Ape Yacht Club Collection OpenSea."  At the | 13:59:19 |
| 22 | bottom left is a URL. | 13:59:23 |
| 23 | Do you have that document in front of you? | 13:59:25 |
| 24 | A.   Yes. | 13:59:27 |
| 25 | Q.   Is this an OpenSea page for the Bored Ape | 13:59:27 |

| | | |
|---|---|---|
| 1 | Yacht Club? | 13:59:35 |
| 2 | MR. BALL: Objection. Vague. | 13:59:35 |
| 3 | A. I don't believe that this is our page. | 13:59:39 |
| 4 | I -- I don't really know what this -- I mean, I -- I | 13:59:41 |
| 5 | believe that it's an OpenSea page, but I don't know | 13:59:45 |
| 6 | what this is. | 13:59:48 |
| 7 | Q. If you look at the bottom, the -- left, | 13:59:49 |
| 8 | the URL includes each -- the URL at the bottom left | 13:59:51 |
| 9 | is | 13:59:58 |
| 10 | "https://OpenSea.IO/collection/BOREDAQEYACHTCLUBCOLL | 14:00:00 |
| 11 | ECTION." | 14:00:18 |
| 12 | Do you see that? | 14:00:21 |
| 13 | A. Yes. | 14:00:21 |
| 14 | Q. Having reviewed that, is this a Yuga Labs | 14:00:21 |
| 15 | collection? | 14:00:24 |
| 16 | A. No. | 14:00:24 |
| 17 | Q. And looking at the date in the middle, it | 14:00:24 |
| 18 | says "Created July 2021." | 14:00:33 |
| 19 | Do you see that? | 14:00:41 |
| 20 | A. Yes. | 14:00:41 |
| 21 | Q. And the date at the left top says | 14:00:41 |
| 22 | "1/22/23"; right? | 14:00:43 |
| 23 | A. Yes. | 14:00:45 |
| 24 | Q. That's yesterday; right? | 14:00:45 |
| 25 | A. Yes. | 14:00:46 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                              165

```
1        Q.   So this collection was available on          14:00:46
2   OpenSea as of yesterday; correct?                      14:00:48
3            MR. BALL:  Objection.  Calls for              14:00:51
4   speculation.  Lacks foundation.                        14:00:52
5        A.   I believe so.  I mean, this is -- this is    14:00:55
6   a scam collection.  I -- this is probably like --      14:00:58
7   yeah, I don't know.                                    14:01:04
8   ████ ████████████████████████████████                 14:01:06
9   ████████████████████████████████████                  14:01:17
10     █████████████████████████████                      14:01:20
11  ████████████████████████████████████████              14:01:20
12  █████████████████████████                             14:01:23
13  ███ ███████████████████████████                       14:01:23
14  █████████████████████████████████████                 14:01:25
15  ████████████████████████████████████                  14:01:32
16  ███████████████████████████████████████               14:01:37
17  ██████████████████████████████████████                14:01:40
18  ████████████████████████████████████████              14:01:43
19  █████████████████████████████████████████             14:01:46
20  █████████████████████████████████████████             14:01:49
21  ████████████                                           14:01:52
22       Q.   You have not sued the creators of the        14:01:52
23  collection on Exhibit 236; right?                      14:01:57
24            MR. BALL:  Objection.  Asked and answered.   14:02:00
25       A.   Not to my knowledge.                         14:02:01
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

188

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 14:41:49 |
| 2 | ██████████████████████████ | 14:41:51 |
| 3 | ███████████████████████████ | 14:41:54 |
| 4 | ███████████████████████ | 14:42:02 |
| 5 | █████████████████████████ | 14:42:10 |
| 6 | ██ | 14:42:14 |
| 7 | ██████████████████ | 14:42:16 |
| 8 | ██████████████████████████ | 14:42:21 |
| 9 | ██ | 14:42:27 |
| 10 | ████████████████ | 14:42:27 |
| 11 | ████████████████████████ | 14:42:28 |
| 12 | ████████████████ | 14:42:31 |
| 13 | ███████████████████ | 14:42:34 |
| 14 | ██████ | 14:42:35 |
| 15 | ████████████████████ | 14:42:35 |
| 16 | ████████████████████████ | 14:42:42 |
| 17 | █████████████ | 14:42:48 |
| 18 | ██████████████████ | 14:42:52 |
| 19 | ████████████ | 14:43:12 |
| 20 | ███ | 14:43:18 |
| 21 | ███████████████████ | 14:43:18 |
| 22 | ██████████████████████████ | 14:43:21 |
| 23 | ██ | 14:43:24 |
| 24 | ██████████ | 14:43:24 |
| 25 | ████████████████ | 14:43:26 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

207

| | | |
|---|---|---|
| 1 | ██████████████ | 15:09:16 |
| 2 | █ ███████████████████ | 15:09:17 |
| 3 | ████████████████████ | 15:09:20 |
| 4 | ███████████████████████ | 15:09:23 |
| 5 | ██████████████████████ | 15:09:26 |
| 6 | ████████████ | 15:09:29 |
| 7 | █ ██████████████ | 15:09:31 |
| 8 | █████████████████ | 15:09:34 |
| 9 | █ ████████ | 15:09:36 |
| 10 | █ █████████████████ | 15:09:37 |
| 11 | ████████████████ | 15:09:49 |
| 12 | ████████████████████ | 15:09:52 |
| 13 | █████████████ | 15:09:54 |
| 14 | ████████████████ | 15:09:56 |
| 15 | ████████████████ | 15:09:57 |
| 16 | ███████████ | 15:10:00 |
| 17 | █ █████████████████████ | 15:10:00 |
| 18 | ██████████████████ | 15:10:02 |
| 19 | █ ███████████████ | 15:10:05 |
| 20 | ████ | 15:10:09 |
| 21 | █████████████████████ | 15:10:09 |
| 22 | █████████ | 15:10:10 |
| 23 | █ █████████████████████ | 15:10:11 |
| 24 | ████████████████ | 15:10:14 |
| 25 | █ ████████████████ | 15:10:19 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

208

| | | |
|---|---|---|
| 1 | | 15:10:21 |
| 2 | | 15:10:23 |
| 3 | | 15:10:26 |
| 4 | | 15:10:28 |
| 5 | | 15:10:31 |
| 6 | | 15:10:34 |
| 7 | | 15:10:36 |
| 8 | | 15:10:37 |
| 9 | | 15:10:42 |
| 10 | | 15:10:43 |
| 11 | | 15:10:47 |
| 12 | | 15:10:47 |
| 13 | | 15:10:49 |
| 14 | | 15:10:50 |
| 15 | | 15:10:51 |
| 16 | | 15:10:53 |
| 17 | | 15:10:53 |
| 18 | | 15:10:54 |
| 19 | | 15:11:01 |
| 20 | | 15:11:05 |
| 21 | | 15:11:05 |
| 22 | | 15:11:07 |
| 23 | | 15:11:15 |
| 24 | | 15:11:17 |
| 25 | | 15:11:19 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    209

| | | |
|---|---|---|
| 1 | ███ ████████████████████ | 15:11:23 |
| 2 | ██████████████████████████ | 15:11:27 |
| 3 | ████████████████████████ | 15:11:30 |
| 4 | ████████████████████████ | 15:11:34 |
| 5 | ██████████████████████████ | 15:11:40 |
| 6 | ██████ | 15:11:43 |
| 7 | (Exhibit 240 marked.) | 15:11:43 |
| 8 | BY MR. TOMPROS: | 15:12:13 |
| 9 | Q.   You have been handed what has been marked | 15:12:13 |
| 10 | as Exhibit 240, a two-page document with the heading | 15:12:16 |
| 11 | "OpenSea" at the top and "ApeCoin NFT." | 15:12:22 |
| 12 | Do you see that? | 15:12:26 |
| 13 | A.   Yes. | 15:12:26 |
| 14 | MR. BALL:  You said 240?  Is that where | 15:12:26 |
| 15 | we're at? | 15:12:29 |
| 16 | MR. TOMPROS:  I believe so. | 15:12:29 |
| 17 | Q.   Did Yuga Labs gift an NFT to the ApeCoin | 15:12:34 |
| 18 | DAO? | 15:12:40 |
| 19 | A.   Yes.  We gifted a one-of-one NFT. | 15:12:40 |
| 20 | Q.   So if we look at Exhibit 240, on the left | 15:12:45 |
| 21 | hand, right under "Buy 3C2B43," it states, "A | 15:12:51 |
| 22 | one-of-one NFT gifted from Yuga Labs to ApeCoin | 15:13:02 |
| 23 | DAO." | 15:13:05 |
| 24 | Do you see that? | 15:13:05 |
| 25 | A.   Yes. | 15:13:05 |

| 1 | it says "Floor price 75.49 ETH." | 15:46:48 |
| 2 | Do you see that? | 15:46:54 |
| 3 | A.   Yes. | 15:46:54 |
| 4 | Q.   Do you have any reason to disagree that | 15:46:54 |
| 5 | that is approximately the floor price for Bored Ape | 15:46:58 |
| 6 | Yacht Club NFTs? | 15:46:58 |
| 7 | MR. BALL:  Objection.  Vague.  And asked | 15:47:02 |
| 8 | and answered.  Calls for speculation.  I'll just | 15:47:06 |
| 9 | note that the exhibit is undated and incomplete as | 15:47:06 |
| 10 | Mr. Tompros said. | 15:47:08 |
| 11 | A.   Yeah, I was going to say I don't know when | 15:47:11 |
| 12 | this -- I don't know if you pulled this today, but | 15:47:15 |
| 13 | sure. | 15:47:15 |
| 14 | Q.   Is approximately 75 ETH in the right | 15:47:15 |
| 15 | ballpark for a BAYC NFT? | 15:47:28 |
| 16 | MR. BALL:  Objection.  Asked and answered. | 15:47:28 |
| 17 | Calls for speculation. | 15:47:28 |
| 18 | A.   If you're telling me that you took this | 15:47:28 |
| 19 | recently, then I have to believe you, and then, I | 15:47:31 |
| 20 | would say yes, but I don't know when this was taken. | 15:47:35 |
| 21 | Like, this could be a month ago and it's changed.  I | 15:47:41 |
| 22 | don't know. | 15:47:44 |
| 23 | Q.   What affects the value -- strike that. | 15:47:44 |
| 24 | What affects the price of a BAYC NFT in | 15:47:47 |
| 25 | the market? | 15:47:50 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    227

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Calls for | 15:47:50 |
| 2 | speculation.  Lacks foundation.  Calls for a legal | 15:47:52 |
| 3 | conclusion. | 15:47:55 |
| 4 | A.   As an example, what has the person done | 15:47:55 |
| 5 | with it?  Look at Jenkins, right?  The Jenkins BAYC | 15:48:00 |
| 6 | is worth -- I mean, I think they estimated last year | 15:48:06 |
| 7 | it was worth $150 million.  That's incredible.  It's | 15:48:10 |
| 8 | the reason why the Jenkins BAYC is worth | 15:48:17 |
| 9 | $150 million is because of what they've done with | 15:48:20 |
| 10 | it.  They've created an entire brand out of it. | 15:48:23 |
| 11 | They have -- it's a huge entertainment vehicle. | 15:48:23 |
| 12 | I would imagine -- for instance, we've | 15:48:28 |
| 13 | been talking about Bored & Hungry while we've been | 15:48:28 |
| 14 | here.  I would imagine that the Bored & Hungry BAYCs | 15:48:33 |
| 15 | would have a higher value because they're attributed | 15:48:36 |
| 16 | to what is now becoming a successful fast-food | 15:48:38 |
| 17 | chain.  So a lot of it has to do with what the | 15:48:44 |
| 18 | holders themselves -- what the owners do. | 15:48:50 |
| 19 | ███ ████████████████ | 15:48:53 |
| 20 | ████████████████ | 15:48:58 |
| 21 | ███████████████████████████ | 15:49:02 |
| 22 | ███████████ | 15:49:04 |
| 23 | ██ ███████████████████ | 15:49:07 |
| 24 | ████████████████████████████ | 15:49:10 |
| 25 | ██████████████████ | 15:49:13 |

| | | |
|---|---|---|
| 1 | opportunity because the -- the Judge and the jury | 16:49:43 |
| 2 | may hear it.  If you can do it, I want Yuga to | 16:49:45 |
| 3 | identify anyone, just one person, who was ever | 16:49:49 |
| 4 | confused and purchased an RR/BAYC believing it to be | 16:49:51 |
| 5 | sponsored by Yuga Labs.  And if the answer is there | 16:49:57 |
| 6 | is not one, that's fine, but I want to make sure I | 16:50:00 |
| 7 | give you a full opportunity.  So let me ask the | 16:50:02 |
| 8 | question one more time. | 16:50:06 |
| 9 | Can Yuga Labs identify anyone who ever | 16:50:07 |
| 10 | purchased an RR/BAYC NFT believing it to be | 16:50:11 |
| 11 | sponsored by Yuga Labs. | 16:50:15 |
| 12 | MR. BALL:  Same objections:  Asked and | 16:50:18 |
| 13 | answered.  Calls for speculation.  Vague.  Calls for | 16:50:24 |
| 14 | legal conclusion. | 16:50:27 |
| 15 | A.   I am not a lawyer.  I believe and know | 16:50:27 |
| 16 | directly of confusion.  Whether there is a specific | 16:50:36 |
| 17 | person that was confused and purchased, I don't know | 16:50:44 |
| 18 | of any at this exact time.  That is not to say that | 16:50:47 |
| 19 | they do not exist. | 16:50:51 |
| 20 | ███  ██████████████████████████ | 16:50:52 |
| 21 | ███████████████████████████████ | 16:51:03 |
| 22 | ███████████████████████████████ | 16:51:07 |
| 23 | ██████████ | 16:51:10 |
| 24 | ███  ███████████████ | 16:51:16 |
| 25 | ███  ██████████████████████████ | 16:51:16 |



## WELCOME TO THE
## BORED APE YACHT CLUB

BAYC is a collection of 10,000 Bored Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation.

 

**Exhibit 223**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125



## FAIR DISTRIBUTION
### (BONDING CURVES ARE A PONZI)

There are no bonding curves here. Buying a Bored Ape costs 0.08 ETH. There are no price tiers; BAYC membership costs the same for everyone.

*Note: Thirty apes are being withheld from the sale. These will be used for giveaways, puzzle rewards—and for the creators' BAYC memberships.*

### BUY AN APE

The initial sale has sold out. To get your Bored Ape, check out the collection on OpenSea.

**BUY AN APE ON OPENSEA**

## THE SPECS

Each Bored Ape is unique and programmatically generated from over 170 possible traits, including expression, headwear, clothing, and more. All apes are dope, but some are rarer than others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

To access members-only areas such as THE BATHROOM, Apeholders will need to be signed into their Metamask Wallet.



## *WELCOME TO THE CLUB*

When you buy a Bored Ape, you're not simply buying an avatar or a provably-rare piece of art. You are gaining membership access to a club whose benefits and offerings will increase over time. Your Bored Ape can serve as your digital identity, and open digital doors for you.



10,000 Provably-rare Bored Ape tokens



Fair Launch, fair distribution: All apes cost 0.08 ETH



Ownership and commercial usage rights given to the consumer over their NFT



The Bathroom: A member's-only graffiti board



Gain additional benefits through roadmap activations

## THE BATHROOM

The BAYC Bathroom will become operational once the presale period is over. It contains a canvas accessible only to wallets containing at least one ape. Like any good dive bar bathroom, this is the place to draw, scrawl, or write expletives.

Each ape-holder will be able to paint a pixel on the bathroom wall every fifteen minutes. Think of it as a collaborative art experiment for the cryptosphere. A members-only canvas for the discerning minds of crypto twitter.

We're pretty sure it's going to be full of dicks.



---

## ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

| | |
|---|---|
| 10% | We pay back our moms. |
| 20% | We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders. |
| 40% | BAYC gets its own YouTube channel. BAYC LoFi Radio - Beats to Ape into Shitcoins To. |
| 60% | Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited-Edition tees, hoodies, and other goodies. |
| 80% | The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape. |
| 90% | The Bored Ape liquidity pool is initiated. |
| 100% | The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends. |

## COMMUNITY TOOLS

Here are some helpful tools created by the Bored Ape Yacht Club community. Please note that these are unofficial in nature. Every assignment of an ape's overall value or rarity is inherently subjective.

| NFTEXP.IO | RARITY.TOOLS |
|---|---|

## THE TEAM

BAYC was created by four friends who set out to make some dope apes, test our skills, and try to build something (ridiculous).

**GARGAMEL.** *STARCRAFT OBSESSED. EATS SMURFS.*

**GORDON GONER.** *REFORMED LEVERAGE ADDICT.*

**EMPEROR TOMATO KETCHUP.** *SPENT ALL THEIR MONEY ON FIRST PRESSES AND PET-NAT.*

**NO SASS.** *HERE FOR THE APES. NOT FOR THE SASS.*






VERIFIED SMART CONTRACT ADDRE          A7647A8aB7C2061c2E118A18a936f13D



## GET ON THE LIST

Email Address                                                    →




© 2021 Yuga Labs LLC

BAYC Terms & Conditions
MAYC Terms & Conditions

1/20/23, 3:07 PM                                         Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

Exhibit 227
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

*TESS was last updated on Fri Jan 20 03:32:22 EST 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:            OR   Jump   to record:            **Record 22 out of 32**

TSDR     ASSIGN Status     TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APE |
| **Goods and Services** | (ABANDONED) IC 009. US 021 023 026 036 038. G & S: Computer software platforms for developing, building, and operating distributed applications |
| | (ABANDONED) IC 036. US 100 101 102. G & S: Cryptocurrency, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency services in the nature of providing a digital currency or digital token incorporating cryptographic protocols used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services |
| | (ABANDONED) IC 041. US 100 101 107. G & S: Providing online game services |
| | (ABANDONED) IC 042. US 100 101. G & S: Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain software; Developing customized software in the field of distributed computing platforms for others; Developing customized software in the field of blockchain software for others; Software development and product development consulting in the field of distributed computing platforms; Software development and product development consulting in the field of blockchain software.; Providing on-line non-downloadable virtual goods, namely, digital art; providing online digital artwork and images; non-fungible tokens (nfts) or other digital tokens based on blockchain technology. FIRST USE: 20210400. FIRST USE IN COMMERCE: 20210400 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97106855 |
| **Filing Date** | November 3, 2021 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **International Registration Number** | 1681477 |
| **Owner** | (APPLICANT) YUGA LABS, INC. CORPORATION DELAWARE 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES FLORIDA 331463108 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mark A. Jansen |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | October 3, 2022 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| **HOME** | **SITE INDEX**| SEARCH | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

Exhibit 230
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

# TERMS & CONDITIONS

Bored Ape Yacht Club is a collection of digital artworks (NFTs) running on the Ethereum network. This website is only an interface allowing participants to exchange digital collectibles. Users are entirely responsible for the safety and management of their own private Ethereum wallets and validating all transactions and contracts generated by this website before approval. Furthermore, as the Bored Ape Yacht Club smart contract runs on the Ethereum network, there is no ability to undo, reverse, or restore any transactions.

This website and its connected services are provided "as is" and "as available" without warranty of any kind. By using this website you are accepting sole responsibility for any and all transactions involving Bored Ape Yacht Club digital collectibles.

# OWNERSHIP

i. You Own the NFT. Each Bored Ape is an NFT on the Ethereum blockchain. When you purchase an NFT, you own the underlying Bored Ape, the Art, completely. Ownership of the NFT is mediated entirely by the Smart Contract and the Ethereum Network: at no point may we seize, freeze, or otherwise modify the ownership of any Bored Ape.

ii. Personal Use. Subject to your continued compliance with these Terms, Yuga Labs LLC grants you a worldwide, royalty-free license to use, copy, and display the purchased Art, along with any extensions that you choose to create or use, solely forthe following purposes: (i) for your own personal, non-commercial use; (ii) as part of a marketplace that permits the purchase and sale of your Bored Ape / NFT, provided that the marketplace cryptographically verifies each Bored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art; or (iii) as part of a third party website or application that permits the inclusion, involvement, or participation of your Bored Ape, provided that the website/application cryptographically verifies each Bored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art, and provided that the Art is no longer visible once the owner ofthe Bored Ape leaves the website/application.

iii. Commercial Use. Subject to your continued compliance with these Terms, Yuga Labs LLC grants you an unlimited, worldwide license to use, copy, and display the purchased Art for the purpose of creating derivative works based upon the Art ("Commercial Use"). Examples of such Commercial Use would e.g. be the use of the Art to produce and sell merchandise products (T-Shirts etc.) displaying copies of the Art. For the sake of clarity, nothing in this Section will be deemed to restrict you from (i) owning or operating a marketplace that permits the use and sale of Bored Apes generally, provided that the marketplace cryptographically verifies eachBored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art; (ii) owning or operating a third party website or application that permits the inclusion, involvement, or participation of Bored Apes generally, provided that the third party website or application cryptographically verifies each Bored Ape owner's rights to display the Art for theirBored Ape to ensure that only the actual owner can display the Art, and provided that the Art is no longer visible once the owner of the Purchased Bored Ape leaves the website/application; or (iii) earning revenue from any of the foregoing.



*GET ON THE LIST*

© 2021 Yuga Labs LLC

BAYC Terms & Conditions
MAYC Terms & Conditions

Exhibit 232
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00026336

**Exhibit 233**

Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00026375



# Grandpa Ape Country Club ✓

By **GrandpaApeCountryClub** ✓

Items **5,000**  ·  Created **Apr 2022**  ·  Creator earnings **5%**  ·  Chain **Ethereum**  ·  Category **PFPs**

GACC is a collection of 5,000 Grandpa Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Grandpa Ape doubles as your Country Club membership card, and grants access to members-only benefits, the first of which is access to THE GREENS, a place where you can just hang with the boys. Future areas and perks can be unlocked by the community through roadmap activation.

Inspired by Bored Ape Yacht Club. We are not affiliated with Bored Ape Yacht Club.

See less ︿

| **4,617 ETH** | **0.145 ETH** | **0.12 WETH** |
|---|---|---|
| total volume | floor price | best offer |
| **6%** | **1,636** | **33%** |
| listed | owners | unique owners |

**Exhibit 234**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

**Items**   **Analytics**   **Activity**

🔍 Search by name or attribute

�combined Filters          ↑↓ Sort

↻ Updated 4m ago                                         **5,000 items**

**Make collection offer**

Exhibit 235
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

# Bored Ape Solana Club ✓

By Bored-Ape-Solana-Club ✓

Items **5,998** · Created **Apr 2022** · Chain **Solana** · Category **PFPs**

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFT's. BASC is not...

---

**OpenSea**     Explore    Drops    Stats    Resources

| 106,558 SOL | 9 SOL | 1% | 2,110 | 35% |
|---|---|---|---|---|
| total volume | floor price | listed | owners | unique owners |

**Items**    Activity

🔍 Search by name or attribute          Price low to high ▾

| Status | ∧ |
|---|---|
| Buy Now | |
| On Auction | |

Updated 44s ago                                    55 items

Clothes: Hip hop ✕    Clear all

| Price | ∨ |
| Rarity rank | ∨ |
| Quantity | ∨ |
| Currency | ∨ |
| BACKGROUND | 1 ∨ |
| CLOTHES | 44 ∧ |

🔍 Search

| Prom Dress | 62 |
| Spacesuit | 60 |
| Caveman Pelt | 58 |
| Hip Hop | 55 ☑ |
| Lab Coat | 55 |
| Tweed Suit | 49 |
| Blue Dress | 48 |
| Cowboy Shirt | 46 |
| EARRING | 7 ∨ |
| EYES | 23 ∨ |



Bored Ape Solana Club #2975          # 2,583
99.950 SOL
Last sale: 16.900 SOL



Bored Ape Solana Club #1076          # 664



Bored Ape Solana Club #1126          # 3,194



Bored Ape Solana Club #1300          # 1,067



Bored Ape Solana Club #1721          # 3,107



Bored Ape Solana Club #1832          # 572

FUR 19 ⌄

HATS 37 ⌃

Search

Laurel Wreath 60
Faux Hawk 59
Prussian Helmet 59
Kings Crown 54
Party Hat 2 54
Police Motorcycle Helmet 53
Basc Hat Red 50
WW2 Pilot Helm 46

MOUTH 35 ⌄

RARITY RANK 7 ⌄

Last sale: 25 SOL



Bored Ape Solana Club #1841    # 1,085



Bored Ape Solana Club #1880    # 52



Bored Ape Solana Club #1885    # 214

Last sale: 20 SOL



Bored Ape Solana Club #1900    # 2,695



Bored Ape Solana Club #1915    # 4,702

Last sale: 2,500 SOL



Bored Ape Solana Club #1984    # 631

Last sale: 20 SOL



Bored Ape Solana Club #2012    # 693



Bored Ape Solana Club #2122    # 301

Last sale: 37 SOL

Bored Ape Solana Club #2132    # 2,941

Last sale: 5 SOL



Bored Ape Solana Club #2208    # 2,184



Bored Ape Solana Club #2210    # 4,971



Bored Ape Solana Club #2237    # 1,794



1/22/23, 2:16 PM

Bored Yacht Ape Club - Collection | OpenSea



# Bored Yacht Ape Club

☆  <  ⋯

Items 7 · Created **Jul 2021** · Creator earnings **5%** · Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation. Visit www.BoredApeYachtClub.com for more details.

See less ⌃

**Exhibit 236**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

| **0 ETH**<br>total volume | **--**<br>floor price | **--**<br>best offer | **0%**<br>listed | **3**<br>owners | **--**<br>unique owners |

Items   Analytics   Activity





**Exhibit 238**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00029725



**Exhibit 239**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY