# EXHIBIT 246

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
2

3    YUGA LABS, INC.,

4              Plaintiff,

5         vs.       CASE NO.
                   2:22-cv-043550-JFW-JEM
6

7    RYDER RIPPS, ET AL.,

8              Defendants.

9

10

11              -- ATTORNEYS' EYES ONLY --

12

13

14

15

16   DEPOSITION OF:  Wylie Aronow

17   DATE:           March 6, 2023

18   TIME:           9:04 a.m.

19   LOCATION:       125 Calhoun Street
                    Charleston, SC
20

21   TAKEN BY:       Counsel for the Defendants

22   REPORTED BY:    Roxanne Easterwood, RPR

23

24

25

| | | |
|---|---|---|
| 1 | ██████████████████████████ | 09:25:50 |
| 2 | ████████████ | 09:25:53 |
| 3 | █ ████████████████████ | 09:25:53 |
| 4 | ██████████████████████████ | 09:25:55 |
| 5 | ██████████████████████████ | 09:25:56 |
| 6 | ████████████████████ | 09:25:59 |
| 7 | ████████████████████ | 09:26:02 |
| 8 | ████████████████████ | 09:26:04 |
| 9 | ██ | 09:26:06 |
| 10 | █ ██████████████████ | 09:26:11 |
| 11 | ██████████████ | 09:26:12 |
| 12 | █ ████████████████████ | 09:26:13 |
| 13 | ██████████ | 09:26:14 |

14          Q.   Okay.  Let's return to your article,          09:26:20

15     Exhibit 266.  You stated in the article at various      09:26:22

16     points that you would say various things under          09:26:28

17     oath, right?                                            09:26:31

18          A.   I would.                                      09:26:32

19          Q.   Is everything you said in your article        09:26:32

20     true?                                                   09:26:35

21          A.   To the best of my knowledge, yes.             09:26:36

22          Q.   Did you write your article yourself?          09:26:41

23          A.   I wrote it mostly myself.  I                  09:26:43

24     definitely had people look at -- you know, look at      09:26:45

25     it.                                                     09:26:48

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    39

| | |
|---|---|
| 1 | 09:39:10 |
| 2 | 09:39:13 |
| 3 | 09:39:15 |
| 4 | 09:39:15 |
| 5 | 09:39:16 |
| 6 | 09:39:17 |
| 7 | 09:39:19 |
| 8 | |
| 9 | 09:39:20 |
| 10 | 09:39:21 |
| 11 | 09:39:21 |
| 12 | 09:39:24 |
| 13 | 09:39:28 |
| 14 | 09:39:29 |
| 15 | 09:39:30 |
| 16 | 09:39:31 |
| 17 | |
| 18 | 09:39:31 |
| 19 | 09:39:33 |
| 20 | 09:39:34 |
| 21 | 09:39:35 |
| 22 | 09:39:37 |
| 23 | 09:39:40 |
| 24 | 09:39:40 |
| 25 | 09:39:42 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                    40

| # | | Time |
|---|---|---|
| 1 | ████████████ | 09:39:44 |
| 2 | ██ | 09:39:47 |
| 3 | ████████████ | 09:39:47 |
| 4 | ███████████████ | 09:39:49 |
| 5 | █████ | 09:39:52 |
| 6 | ███████████ | 09:39:53 |
| 7 | ██ | 09:39:57 |
| 8 | ███████████ | 09:39:58 |
| 9 | ███ | |
| 10 | █ ████████████ | 09:40:00 |
| 11 | ████ | 09:40:02 |
| 12 | ███████████ | 09:40:03 |
| 13 | ██ | 09:40:05 |
| 14 | ███████████ | 09:40:06 |
| 15 | ██████████████ | 09:40:07 |
| 16 | ██████████████ | 09:40:09 |
| 17 | █████████████ | 09:40:11 |
| 18 | █████████████ | 09:40:13 |
| 19 | ███████████████ | 09:40:18 |
| 20 | ██████████ | 09:40:19 |
| 21 | █ | 09:40:21 |
| 22 | ███ | |
| 23 | █ ████████████ | 09:40:22 |
| 24 | ███████ | 09:40:24 |
| 25 | █ ████████████ | 09:40:25 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    69

| | | |
|---|---|---|
| 1 | -- chief creative officer; and then, actually, | 10:20:24 |
| 2 | maybe some other designers.  I'm not sure. | 10:20:27 |
| 3 | BY MR. TOMPROS: | |
| 4 | Q.   Who is Patrick? | 10:20:30 |
| 5 | A.   He was our former chief creative | 10:20:32 |
| 6 | officer. | 10:20:33 |
| 7 | Q.   What's his last name? | 10:20:33 |
| 8 | A.   Ehrland. | 10:20:34 |
| 9 | Q.   What is Mr. Ehrland's role at Yuga | 10:20:38 |
| 10 | Labs now? | 10:20:41 |
| 11 | A.   He's currently, I think, just an | 10:20:42 |
| 12 | advisor.  He's not part of the company anymore. | 10:20:46 |
| 13 | Oh, I actually don't know if he was involved in | 10:20:50 |
| 14 | the creation of any of these.  My -- I'm just | 10:20:51 |
| 15 | trying to be clear here.  I don't know. | 10:20:53 |
| 16 | Q.   Now, you mentioned a freelance | 10:21:12 |
| 17 | designer, correct? | 10:21:13 |
| 18 | | 10:21:14 |
| 19 | | 10:21:15 |
| 20 | | 10:21:18 |
| 21 | | 10:21:22 |
| 22 | | 10:21:22 |
| 23 | | 10:21:23 |
| 24 | | 10:21:25 |
| 25 | | 10:21:26 |

| | | |
|---|---|---|
| 1 | Instruct you not to answer to the extent regarding | 10:21:28 |
| 2 | the name. | 10:21:29 |
| 3 | THE WITNESS:  What he said. | 10:21:31 |
| 4 | (Exhibit 271, Document with Ape Skull | |
| 5 | Image, marked for identification.) | |
| 6 | BY MR. TOMPROS: | |
| 7 | Q.  Got it.  All right.  Mr. Aronow, you | 10:21:32 |
| 8 | have been handed what has been marked as | 10:21:56 |
| 9 | Exhibit 271, a one-page document with an image on | 10:21:58 |
| 10 | the front.  Do you have that in front of you? | 10:22:02 |
| 11 | A.  I do. | 10:22:05 |
| 12 | Q.  Do you recognize that image? | 10:22:06 |
| 13 | A.  It looks like our patch logo. | 10:22:08 |
| 14 | Q.  And does the patch logo correspond to | 10:22:11 |
| 15 | one of the names identified in the complaint? | 10:22:14 |
| 16 | MR. BALL:  Objection.  Vague. | 10:22:17 |
| 17 | THE WITNESS:  To the best of my | 10:22:18 |
| 18 | knowledge. | 10:22:18 |
| 19 | BY MR. TOMPROS: | |
| 20 | Q.  Which one? | 10:22:19 |
| 21 | A.  I think it would be either -- I think | 10:22:34 |
| 22 | it's the last one, the ape skull logo trademark, | 10:22:37 |
| 23 | to the best of my knowledge. | 10:22:41 |
| 24 | Q.  And I don't want to cause confusion | 10:22:48 |
| 25 | here.  But is it possible this could actually also | 10:22:49 |

| | | |
|---|---|---|
| 1 | the question? | 12:28:40 |
| 2 | BY MR. TOMPROS: | |
| 3 |     Q.  Sure.  Are there NFT collections, | 12:28:40 |
| 4 | other than those controlled by Yuga, Labs that | 12:28:43 |
| 5 | include images of bored apes? | 12:28:45 |
| 6 |         MR. BALL:  Same objections.  Vague. | 12:28:49 |
| 7 |         THE WITNESS:  I don't know. | 12:28:49 |
| 8 |         MR. BALL:  Calls for speculation. | 12:28:50 |
| 9 | BY MR. TOMPROS: | |
| 10 |     Q.  Are there NFT collections, other than | 12:28:51 |
| 11 | those controlled by Yuga Labs and -- strike that. | 12:28:56 |
| 12 |         Are there NFT collections, other than | 12:29:00 |
| 13 | those controlled by Yuga Labs, that use Yuga | 12:29:01 |
| 14 | Labs's trademarks? | 12:29:03 |
| 15 |         MR. BALL:  Objection.  Vague.  Calls | 12:29:05 |
| 16 | for speculation. | 12:29:26 |
| 17 |         THE WITNESS:  I have no idea. | 12:29:37 |
| 18 |         (Exhibit 281, OpenSea.io, re:  Grandpa | |
| 19 | Ape Country Club, marked for identification.) | |
| 20 | BY MR. TOMPROS: | |
| 21 |     Q.  You have been handed what has been | 12:29:37 |
| 22 | marked as Exhibit 281, a one-page document.  The | 12:29:38 |
| 23 | heading, OpenSea at the top, and the title | 12:29:44 |
| 24 | "Grandpa Ape Country Club" in the middle.  Do you | 12:29:46 |
| 25 | see that? | 12:29:48 |

| | | |
|---|---|---|
| 1 | A.   I see it, yes. | 12:29:49 |
| 2 | Q.   Is the Grandpa Ape Country Club | 12:29:50 |
| 3 | affiliated with Yuga Labs? | 12:29:52 |
| 4 | MR. BALL:  Objection.  Vague.  Calls | 12:29:53 |
| 5 | for speculation. | 12:29:53 |
| 6 | THE WITNESS:  It's not, to my | 12:29:56 |
| 7 | knowledge. | 12:29:57 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   Did Yuga Labs authorize the Grandpa | 12:29:59 |
| 10 | Ape Country Club to sell an NFT collection? | 12:30:01 |
| 11 | MR. BALL:  Objection.  Vague.  Calls | 12:30:04 |
| 12 | for a legal conclusion.  Calls for speculation. | 12:30:04 |
| 13 | THE WITNESS:  To my knowledge, no. | 12:30:08 |
| 14 | BY MR. TOMPROS: | |
| 15 | Q.   Has the Grandpa Ape Country Club NFT | 12:30:09 |
| 16 | collection caused more or less confusion than the | 12:30:12 |
| 17 | RR/BAYC collection? | 12:30:16 |
| 18 | MR. BALL:  Objection.  Calls for | 12:30:17 |
| 19 | speculation. | 12:30:19 |
| 20 | THE WITNESS:  I'm not an expert.  But I | 12:30:20 |
| 21 | would say much less confusion. | 12:30:21 |
| 22 | BY MR. TOMPROS: | |
| 23 | Q.   Why is that? | 12:30:23 |
| 24 | A.   Well, once again, your clients' | 12:30:24 |
| 25 | collection was so confusing that even Bloomberg | 12:30:28 |

| | | |
|---|---|---|
| 1 | reported on it being a V3 version of our | 12:30:31 |
| 2 | collection from Yuga Labs. Again, reputable | 12:30:33 |
| 3 | journalists from Bloomberg were confused as to the | 12:30:36 |
| 4 | authenticity of your clients' NFTs. | 12:30:39 |
| 5 | I have never seen anyone talk about | 12:30:41 |
| 6 | Grandpa Ape, yeah, Country Club, or whatever the | 12:30:41 |
| 7 | fuck this is. | 12:30:44 |
| 8 | I'm sorry for swearing. | 12:30:45 |
| 9 | (Exhibit 282, OpenSea.io, re: Bored | |
| 10 | Ape Solana Club, marked for identification.) | |
| 11 | BY MR. TOMPROS: | |
| 12 | Q. You've been handed what has been | 12:31:24 |
| 13 | marked as Exhibit 282, a multiple-page document | 12:31:25 |
| 14 | with the title at the top "Bored Ape Solana Club." | 12:31:31 |
| 15 | Do you have that in front of you? | 12:31:35 |
| 16 | A. I do. | 12:31:36 |
| 17 | Q. And this is also shown as an OpenSea | 12:31:37 |
| 18 | listing, right? | 12:31:39 |
| 19 | A. That's what it appears to be. | 12:31:40 |
| 20 | Q. Is the Bored Ape Solana Club | 12:31:42 |
| 21 | affiliated with Yuga Labs? | 12:31:43 |
| 22 | MR. BALL: Objection. Calls for a | 12:31:45 |
| 23 | legal conclusion. Vague. | 12:31:45 |
| 24 | THE WITNESS: To my knowledge, no. | 12:31:48 |
| 25 | BY MR. TOMPROS: | |

| | | |
|---|---|---|
| 1 | Q.   And on the -- if you go to the -- if | 12:31:52 |
| 2 | you look at the front page of Exhibit 282, you can | 12:32:02 |
| 3 | see on the left side that there is the -- next to | 12:32:05 |
| 4 | the blue checkmark to the left of the 55 is the | 12:32:07 |
| 5 | legend "Hip Hop"? | 12:32:10 |
| 6 | A.   I'm sorry, what are you referring to? | 12:32:12 |
| 7 | Q.   On page -- Exhibit 282, on the left | 12:32:14 |
| 8 | side, toward the bottom there is the language "Hip | 12:32:17 |
| 9 | Hop."  Do you see that? | 12:32:20 |
| 10 | A.   I do. | 12:32:21 |
| 11 | Q.   And the checkmark is checked there, | 12:32:22 |
| 12 | right? | 12:32:24 |
| 13 | A.   It is, yes. | 12:32:24 |
| 14 | Q.   Meaning this is filtered for clothes, | 12:32:25 |
| 15 | hip hop, correct? | 12:32:27 |
| 16 | MR. BALL:  And just as we've talked | 12:32:29 |
| 17 | about before, Counsel, this is -- if you look | 12:32:32 |
| 18 | through it, it has a lot of missing images.  So I | 12:32:33 |
| 19 | think it's an incomplete document, just to be | 12:32:36 |
| 20 | clear.  So object to the exhibit. | 12:32:44 |
| 21 | THE WITNESS:  What was the question | 12:32:44 |
| 22 | again, sorry? | 12:32:46 |
| 23 | BY MR. TOMPROS: | |
| 24 | Q.   Sure.  This is filtered for hip hop | 12:32:46 |
| 25 | clothes, right? | 12:32:49 |

| | | |
|---|---|---|
| 1 | A.   Yeah, that's what it appears to be, | 12:32:50 |
| 2 | yes. | 12:32:51 |
| 3 | Q.   There is -- if you look at the second | 12:32:52 |
| 4 | page, there is another trait, "Bored Ape Solana | 12:32:53 |
| 5 | Club, Prussian helmet."  Do you see that? | 12:32:56 |
| 6 | A.   Sorry.  You mean in the list of | 12:33:03 |
| 7 | variables under "Hat"? | 12:33:04 |
| 8 | Q.   Correct. | 12:33:05 |
| 9 | A.   Yes, I see that. | 12:33:06 |
| 10 | Q.   Has Yuga Labs taken any steps to -- | 12:33:07 |
| 11 | well, let me ask this:  Bored Ape is a Yuga Labs | 12:33:13 |
| 12 | trademark, right? | 12:33:16 |
| 13 | A.   I believe it is, yes. | 12:33:18 |
| 14 | Q.   And the Bored Ape Solana Club is using | 12:33:19 |
| 15 | the name Bored Ape, right? | 12:33:21 |
| 16 | MR. BALL:  Objection.  Vague.  Calls | 12:33:23 |
| 17 | for a legal conclusion.  Calls for speculation. | 12:33:27 |
| 18 | THE WITNESS:  Are you asking me if the | 12:33:28 |
| 19 | words "Bored Ape" are the word -- are the words | 12:33:28 |
| 20 | "Bored Ape"? | 12:33:30 |
| 21 | BY MR. TOMPROS: | |
| 22 | Q.   I'm asking you if the Bored Ape Solana | 12:33:31 |
| 23 | Club is using the words "Bored Ape"? | 12:33:33 |
| 24 | MR. BALL:  Objection.  Vague.  Calls | 12:33:35 |
| 25 | for a legal conclusion.  Calls for speculation. | 12:33:37 |

```
1              THE WITNESS:  You're asking me if the        12:33:40

2     words "Bored Ape" are the words "Bored Ape"?          12:33:40

3     BY MR. TOMPROS:

4         Q.   Well, in the phrase, I mean -- I'll          12:33:44

5     make it simpler.  In the phrase "Bored Ape Solana     12:33:46

6     Club," the words "Bored Ape" appear, correct?         12:33:50

7         A.   Yes.                                         12:33:53

8         Q.   In the phrase "Bored Ape Solana Club,"       12:33:54

9     Yuga's trademark appears, correct?                    12:33:56

10             MR. BALL:  Objection.  Calls for a           12:33:58

11    legal conclusion.  Vague.  Asked and answered.        12:33:59

12             THE WITNESS:  I'm not an expert on           12:34:01

13    trademarks.                                           12:34:02

14    BY MR. TOMPROS:

15        Q.   Bored Ape is a Yuga trademark, right?        12:34:04

16        A.   I believe it is.                             12:34:05

17        Q.   This is an NFT collection, right?            12:34:06

18             MR. BALL:  Objection.  Vague.  Calls         12:34:09

19    for speculation.                                      12:34:10

20             THE WITNESS:  It certainly looks like        12:34:11

21    it is.  I've never seen it before.                    12:34:12

22    BY MR. TOMPROS:

23        Q.   In the Bored Ape Solana Club NFT             12:34:13

24    collection, Yuga's trademark is being used,           12:34:15

25    correct?                                              12:34:18
```

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                175

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Vague.  Calls | 12:34:19 |
| 2 | for speculation.  Calls for a legal conclusion. | 12:34:21 |
| 3 | THE WITNESS:  I'm not an expert on | 12:34:24 |
| 4 | trademark, man, sorry. | 12:34:24 |
| 5 | BY MR. TOMPROS: | |
| 6 | Q.   The created date for this collection | 12:34:31 |
| 7 | is April 2022, correct? | 12:34:32 |
| 8 | A.   That's what it says here. | 12:34:35 |
| 9 | Q.   So do you have any reason to doubt | 12:34:37 |
| 10 | that? | 12:34:39 |
| 11 | MR. BALL:  Objection.  Vague.  Calls | 12:34:40 |
| 12 | for speculation. | 12:34:41 |
| 13 | THE WITNESS:  I have no idea if this is | 12:34:42 |
| 14 | even real. | 12:34:43 |
| 15 | BY MR. TOMPROS: | |
| 16 | Q.   Have you gone on OpenSea to search for | 12:34:49 |
| 17 | Bored Ape collections? | 12:34:50 |
| 18 | A.   I have not. | 12:34:52 |
| 19 | Q.   So you couldn't say whether there are | 12:34:54 |
| 20 | 10?  100?  1000, right? | 12:34:56 |
| 21 | MR. BALL:  Objection.  Vague. | 12:34:58 |
| 22 | THE WITNESS:  I could not. | 12:34:59 |
| 23 | BY MR. TOMPROS: | |
| 24 | ██   ████████████████████████████ | 12:35:01 |
| 25 | ████████████████████████████████ | 12:35:03 |

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                    176

| | | |
|---|---|---|
| 1 | ████████████ | 12:35:08 |
| 2 | ██ ████████████████ | 12:35:09 |
| 3 | ████████████████████████ | 12:35:10 |
| 4 | ██████████████████ | 12:35:13 |
| 5 | (Exhibit 283, SpreadT-Shirt Printouts, | |
| 6 | re:  Bored Ape Yacht Club T-Shirt, marked for | |
| 7 | identification.) | |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   You have been handed what has been | 12:35:54 |
| 10 | marked as Exhibit 283, a six-page document that I | 12:35:56 |
| 11 | will represent to you is a series of printouts | 12:36:01 |
| 12 | from Spread-Shirt.com.  Do you see that? | 12:36:04 |
| 13 | A.   I do. | 12:36:11 |
| 14 | Q.   And in the image on the first page | 12:36:11 |
| 15 | there is a T-shirt with the Bored Ape Yacht Club | 12:36:12 |
| 16 | patch logo, right? | 12:36:17 |
| 17 | A.   That's what it looks like. | 12:36:20 |
| 18 | ██ ████████████████ | 12:36:21 |
| 19 | ████████████████ | 12:36:21 |
| 20 | ████████████████ | 12:36:23 |
| 21 | ██████████████████ | 12:36:23 |
| 22 | ████████████████ | 12:36:27 |
| 23 | ████ | 12:36:27 |
| 24 | ██████████ | 12:36:28 |
| 25 | ██ ████████████████ | 12:36:28 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                     189

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Calls for a | 13:35:14 |
| 2 | legal conclusion.  Vague. | 13:35:14 |
| 3 | THE WITNESS:  I don't.  I have no idea | 13:35:17 |
| 4 | what that means. | 13:35:17 |
| 5 | BY MR. TOMPROS: | |
| 6 | Q.   Have you heard of Ape Water? | 13:35:28 |
| 7 | A.   Yes, I've heard of Ape Water. | 13:35:28 |
| 8 | █ ████████████████████ | 13:35:29 |
| 9 | █████████ | 13:35:30 |
| 10 | ██████████████ | 13:35:31 |
| 11 | ████████████████ | 13:35:32 |
| 12 | BY MR. TOMPROS: | |
| 13 | Q.   In what context have you heard of Ape | 13:35:34 |
| 14 | Water? | 13:35:36 |
| 15 | A.   I've seen it -- seen people drink the | 13:35:37 |
| 16 | water at events. | 13:35:40 |
| 17 | Q.   Have you heard of the website ApeSwap, | 13:35:53 |
| 18 | A-P-E-S-W-A-P? | 13:35:55 |
| 19 | A.   I don't think so. | 13:35:57 |
| 20 | (Exhibit 287, Screen Shot, re: | |
| 21 | ApeSwap.Finance, marked for identification.) | |
| 22 | BY MR. TOMPROS: | |
| 23 | Q.   You've been handed a one-page | 13:36:15 |
| 24 | document, which is a screen shot of the website | 13:36:18 |
| 25 | ApeSwap.Finance.  Do you have that in front of | 13:36:21 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    190

```
1    you?                                                13:36:23
2         A.   I do.                                     13:36:24
3         Q.   You've never seen this before, I take     13:36:26
4    it?                                                 13:36:27
5         A.   I don't think so, no.                     13:36:28
6                                                        13:36:29
7                                                        13:36:31
8                                                        13:36:32
9                                                        13:36:33
10                                                       13:36:35
11                                                       13:36:35
12
13                                                       13:36:36
14                                                       13:36:39
15                                                       13:36:41
16                                                       13:36:42
17                                                       13:36:43
18
19                                                       13:36:46
20                                                       13:36:49
21                                                       13:36:52
22                                                       13:36:53
23                                                       13:36:57
24                                                       13:36:59
25                                                       13:37:01
```

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023

191

| 1 | ████████████████████████████ | 13:37:05 |
| 2 | ████████████████████████████████ | 13:37:09 |
| 3 | ███████████████ | 13:37:11 |

4    BY MR. TOMPROS:

5         Q.   Have you visited ApeSwap.com?          13:37:16

6              MR. BALL:  Objection.  Asked and        13:37:19

7    answered.                                         13:37:20

8              THE WITNESS:  Yes, you already asked me  13:37:21

9    that.  I said no.                                 13:37:21

10             (Exhibit 288, OpenSea.io, re:  Official

11   Shouting Bored Ape Yacht Club #2344, marked for

12   identification.)

13   BY MR. TOMPROS:

14        Q.   You have been handed what has been      13:37:46

15   marked as a -- as Exhibit 288, a two-page document 13:37:47

16   that has at the bottom a website address beginning 13:37:53

17   "OpenSea.io."  Do you have that in front of you?   13:37:58

18        A.   Yeah, there is an OpenSea.io page in     13:38:02

19   front of me, yes.                                  13:38:04

20        Q.   And there's an image of an ape toward    13:38:05

21   the top left, right?                               13:38:06

22        A.   There is.                                13:38:08

23        Q.   Is this an OpenSea listing for Bored     13:38:09

24   Ape Yacht Club?                                    13:38:11

25        A.   It says it's "Bored Ape Yacht Club       13:38:13

| | | |
|---|---|---|
| 1 | Shouting Apes." | 13:38:15 |
| 2 | Q.   Is that a Yuga Labs product? | 13:38:16 |
| 3 | MR. BALL:  Objection.  Vague. | 13:38:18 |
| 4 | THE WITNESS:  I don't believe so. | 13:38:19 |
| 5 | MR. BALL:  Calls for a legal | 13:38:20 |
| 6 | conclusion. | 13:38:20 |
| 7 | THE WITNESS:  I don't believe so. | 13:38:21 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   And it has at the -- in the -- in the | 13:38:23 |
| 10 | blue section, it says:  "Bored Ape Yacht Club | 13:38:28 |
| 11 | Shouting Apes," right? | 13:38:31 |
| 12 | A.   It says that in blue, yes. | 13:38:33 |
| 13 | Q.   And then underneath that it says, in | 13:38:34 |
| 14 | all caps:  "OFFICIAL SHOUTING BORED APE YACHT | 13:38:35 |
| 15 | CLUB, Number 2344," right? | 13:38:38 |
| 16 | A.   That's what it says. | 13:38:42 |
| 17 | ████ ███████████████████████████ | 13:38:43 |
| 18 | ██████████████████████████ | 13:38:45 |
| 19 | ████████████████████ | 13:38:46 |
| 20 | ██████████████████████████ | 13:38:48 |
| 21 | ████████████████████████████████ | 13:38:49 |
| 22 | ██████████████████████ | 13:38:54 |
| 23 | BY MR. TOMPROS: | |
| 24 | Q.   And how would someone know whether | 13:38:54 |
| 25 | this was an official BAYC NFT or not? | 13:38:56 |

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023

193

| | | |
|---|---|---|
| 1 | A.   I don't know. | 13:39:01 |
| 2 | ██ ██████████████████ | 13:39:05 |
| 3 | ████████████████████ | 13:39:07 |
| 4 | ██████████████████████ | 13:39:11 |
| 5 | ████████████████████████ | 13:39:12 |
| 6 | ██████████████ | 13:39:14 |
| 7 | ████████████████ | 13:39:16 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   If you look at the bottom, there's an | 13:39:18 |
| 10 | item activity list.  Do you see that? | 13:39:20 |
| 11 | A.   Yes. | 13:39:23 |
| 12 | Q.   Are you familiar with the item | 13:39:24 |
| 13 | activity list on OpenSea? | 13:39:25 |
| 14 | A.   I believe it shows prior sales and | 13:39:28 |
| 15 | transfers. | 13:39:31 |
| 16 | Q.   And under this list for the Official | 13:39:32 |
| 17 | Shouting Bored Ape Yacht Club Number 2344, it | 13:39:35 |
| 18 | shows that it was sold, the bottom, two years ago, | 13:39:40 |
| 19 | right? | 13:39:46 |
| 20 | A.   It was listed two years ago.  It | 13:39:46 |
| 21 | didn't say it was sold two years ago. | 13:39:49 |
| 22 | Q.   Fair enough.  It says it was listed | 13:39:49 |
| 23 | two years ago.  Then it says:  "Sale one year | 13:39:50 |
| 24 | ago," right? | 13:39:52 |
| 25 | A.   That's what it says. | 13:39:54 |

| | | |
|---|---|---|
| 1 | Q.   From someone named ElSenorAxie to | 13:39:55 |
| 2 | someone named CremeDeLeCreme, right? | 13:40:00 |
| 3 | A.   That's what it says. | 13:40:03 |
| 4 | MR. BALL:  Objection.  Vague. | 13:40:08 |
| 5 | BY MR. TOMPROS: | |
| 6 | ███ ████████████████████ | 13:40:14 |
| 7 | ██████████████████████████ | 13:40:17 |
| 8 | ██████████████ | 13:40:21 |
| 9 | ████████████████████ | 13:40:23 |
| 10 | █████████████████████████ | 13:40:25 |
| 11 | ████████████ | 13:40:27 |
| 12 | ███████████████████████ | 13:40:29 |
| 13 | ████████████████ | 13:40:30 |
| 14 | BY MR. TOMPROS: | |
| 15 | Q.   Why? | 13:40:33 |
| 16 | A.   I've never even heard of this.  And I | 13:40:33 |
| 17 | don't recall any main stream media outlets | 13:40:34 |
| 18 | confusing Official Shouting Bored Ape Yacht Club | 13:40:37 |
| 19 | with a real Bored Ape Yacht Club, unlike your | 13:40:43 |
| 20 | clients who have caused mass confusion. | 13:40:45 |
| 21 | Q.   Have you -- do you know of any | 13:40:50 |
| 22 | consumers who were confused for the Official | 13:40:51 |
| 23 | Shouting Bored Ape Yacht Club? | 13:40:54 |
| 24 | MR. BALL:  Objection.  Asked and | 13:40:56 |
| 25 | answered. | 13:40:57 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    195

```
1              THE WITNESS:  No, I'm not aware of it.        13:40:57
2    This is the first I've ever heard of it.  That's        13:40:58
3    how under the radar it must be.                         13:41:01
4              (Exhibit 289, OpenSea.io, re:  #The
5    Bestt Boredd Apee Yacht Clubb, marked for
6    identification.)
7    BY MR. TOMPROS:
8         Q.  You have now been handed what has been         13:41:08
9    marked as Exhibit 289, a one-page document that         13:41:24
10   also has an OpenSea.io email -- excuse me, URL at       13:41:28
11   the bottom left.  Do you have that in front of          13:41:32
12   you?                                                    13:41:32
13        A.  Yes.                                           13:41:34
14        Q.  This is an OpenSea listing for #The            13:41:35
15   best, B-E-S-T-T, Boredd, B-O-R-E-D-D, Ape,              13:41:40
16   A-P-E-E, Yacht Club, C-L-U-B-B, right?                  13:41:47
17        A.  Correct.                                       13:41:53
18   ████  ███████████████████████████████                  13:41:55
19         ███████████████████████████████                  13:42:00
20   ████████████████████████████                           13:42:01
21         ███████████████████████████████                  13:42:03
22   BY MR. TOMPROS:
23        Q.  It is an image of an ape, right?               13:42:08
24        A.  I see images of apes.                          13:42:11
25        Q.  And if you look at the thumbnail on            13:42:13
```

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

196

| | | |
|---|---|---|
| 1 | the left side, there on the red shirt is the Yuga | 13:42:15 |
| 2 | Labs's skull mark, right? | 13:42:18 |
| 3 | A.   It's hard to make out, but maybe. | 13:42:22 |
| 4 | ███ ██████████████████████████ | 13:42:26 |
| 5 | ████████████████████████████████████ | 13:42:27 |
| 6 | ██████████ | 13:42:29 |
| 7 | ███ █████████████ | 13:42:30 |
| 8 | ███ ████ | 13:42:32 |
| 9 | ███ ████████████████████ | 13:42:33 |
| 10 | ███ ███████████████████████ | 13:42:34 |
| 11 | ████████████████████ | 13:42:36 |
| 12 | ███ ███████████████████████ | 13:42:37 |
| 13 | ████████████████████████████████████ | 13:42:39 |
| 14 | ███████████████████████████ | 13:42:42 |
| 15 | ██████████████████████████ | 13:42:44 |
| 16 | ██████████████████████ | 13:42:49 |
| 17 | █████████████████████████████ | 13:42:51 |
| 18 | ████████████████████████ | 13:42:54 |
| 19 | ████████████████████████████████████ | 13:42:57 |
| 20 | ████████████████ | 13:43:00 |
| 21 | Q.   It has the Yuga Labs logo being used, | 13:43:03 |
| 22 | right? | 13:43:06 |
| 23 | MR. BALL:  Objection.  Asked and | 13:43:07 |
| 24 | answered.  Vague.  Calls for a legal conclusion. | 13:43:08 |
| 25 | THE WITNESS:  Where?  I don't see the | 13:43:09 |

| | | |
|---|---|---|
| 1 | Yuga Labs logo anywhere. | 13:43:10 |
| 2 | ███████ | |
| 3 | █ ███████████ | 13:43:11 |
| 4 | ████████ | 13:43:15 |
| 5 | █ █████████ | 13:43:16 |
| 6 | █ ███████████ | 13:43:18 |
| 7 | █████████ | 13:43:21 |
| 8 | ██████████ | 13:43:22 |
| 9 | ███████ | 13:43:23 |
| 10 | ██████████ | 13:43:24 |
| 11 | ██████ | |
| 12 | █ █████████ | 13:43:25 |
| 13 | ████████ | 13:43:27 |
| 14 | ██████████ | 13:43:29 |
| 15 | ███████████ | 13:43:30 |
| 16 | ████████████ | 13:43:33 |
| 17 | ██████ | |
| 18 | █ ██████████ | 13:43:35 |
| 19 | █████ | 13:43:36 |
| 20 | █████████████ | 13:43:36 |
| 21 | ██████ | 13:43:39 |
| 22 | █████████ | 13:43:41 |
| 23 | ██████████ | 13:43:42 |
| 24 | █████████ | 13:43:44 |
| 25 | █████████ | 13:43:47 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                          198

| | | |
|---|---|---|
| 1 | ████████████████████████████████ | 13:43:50 |
| 2 | BY MR. TOMPROS: | |
| 3 |     Q.  It does say "Boredd Apee Yacht Clubb," | 13:43:53 |
| 4 | though misspelled, in the title, right? | 13:43:56 |
| 5 |     A.  It does. | 13:43:59 |
| 6 |        (Exhibit 290, OpenSea.io, re:  Bored | |
| 7 | Ape Yacht Club, Bored Ape Yacht Precious, marked | |
| 8 | for identification.) | |
| 9 | BY MR. TOMPROS: | |
| 10 |     Q.  You have now been handed what has been | 13:44:15 |
| 11 | marked as Exhibit 290, a two-page document with an | 13:44:17 |
| 12 | OpenSea URL at the bottom left.  Do you have that | 13:44:21 |
| 13 | in front of you? | 13:44:24 |
| 14 |     A.  Yet another one, yes. | 13:44:25 |
| 15 |     Q.  And the title of this listing is | 13:44:26 |
| 16 | "Bored Ape Yacht Club," right? | 13:44:28 |
| 17 |     A.  That's what it says.  It's also "Bored | 13:44:31 |
| 18 | Ape Yacht Precious." | 13:44:33 |
| 19 |     Q.  And that the -- right.  The blue | 13:44:34 |
| 20 | heading is Board Ape Yacht Precious, right? | 13:44:36 |
| 21 |     A.  That is the collection name, yes. | 13:44:39 |
| 22 |     Q.  The collection name is Bored Ape Yacht | 13:44:40 |
| 23 | Precious, and the ID for this particular ape is | 13:44:42 |
| 24 | Bored Ape Yacht Club, right? | 13:44:46 |
| 25 |     A.  That's my understanding, yes. | 13:44:49 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    199

| | | |
|---|---|---|
| 1 | Q.   Bored Ape Yacht Club is a trademark | 13:44:50 |
| 2 | that Yuga claims to own, right? | 13:44:52 |
| 3 | A.   Correct. | 13:44:54 |
| 4 | Q.   It's being here used in connection | 13:44:54 |
| 5 | with this ape being sold in the Bored Ape Yacht | 13:44:56 |
| 6 | Precious collection, right? | 13:45:01 |
| 7 | MR. BALL:  Objection.  Calls for a | 13:45:02 |
| 8 | legal conclusion.  Vague. | 13:45:03 |
| 9 | THE WITNESS:  That's what it would | 13:45:06 |
| 10 | appear like. | 13:45:07 |
| 11 | BY MR. TOMPROS: | |
| 12 | ████  ██████████████████████ | 13:45:08 |
| 13 | ████████████████████████████████ | 13:45:12 |
| 14 | ████████████████████████████████████████ | 13:45:13 |
| 15 | ████████████████████████████████ | 13:45:16 |
| 16 | ███████████████████████████████ | 13:45:26 |
| 17 | ████████████████████████████████ | 13:45:28 |
| 18 | ██████████████████████████████████████ | 13:45:40 |
| 19 | ██████████████████████ | 13:45:43 |
| 20 | BY MR. TOMPROS: | |
| 21 | Q.   Taking a look then at Exhibit 290.  It | 13:45:46 |
| 22 | was listed six months ago, right? | 13:45:49 |
| 23 | A.   That's what it says. | 13:45:54 |
| 24 | Q.   And it -- if you look at the top left, | 13:45:56 |
| 25 | this particular website was printed out on | 13:45:58 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    200

| | | |
|---|---|---|
| 1 | 1/22/23, correct? | 13:46:00 |
| 2 | A.   That's what it says. | 13:46:02 |
| 3 | ████  ███████████████████████ | 13:46:03 |
| 4 | ███████████████████████ | 13:46:06 |
| 5 | ████  █████████████████ | 13:46:07 |
| 6 | Q.   Is the -- are there any RR/BAYCs list | 13:46:09 |
| 7 | -- available on OpenSea? | 13:46:13 |
| 8 | A.   I have no idea. | 13:46:15 |
| 9 | Q.   Has your counsel taken them down? | 13:46:15 |
| 10 | MR. BALL:  Objection.  Asked and | 13:46:18 |
| 11 | answered.  Vague.  Calls for a legal conclusion. | 13:46:19 |
| 12 | THE WITNESS:  I don't know. | 13:46:21 |
| 13 | BY MR. TOMPROS: | |
| 14 | Q.   Would it surprise you to learn that | 13:46:23 |
| 15 | they're not there today? | 13:46:24 |
| 16 | A.   No, it wouldn't surprise me. | 13:46:26 |
| 17 | Q.   In looking back at Exhibit 288, the | 13:46:29 |
| 18 | Official Shouting Bored Ape Yacht Club, that one | 13:46:34 |
| 19 | has been on OpenSea for two years as of | 13:46:39 |
| 20 | January 22nd, 2023, right? | 13:46:41 |
| 21 | A.   Uh-huh. | 13:46:44 |
| 22 | ████  █████████████████████████ | 13:46:45 |
| 23 | ███████████████████ | 13:46:47 |
| 24 | ████  ████████████████████████ | 13:46:49 |
| 25 | ██████████████████████████ | 13:46:51 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    201

```
1                  (Exhibit 291, OpenSea.io, re:  Bored

2    Ape Yacht Club, JRs Bored Ape Yacht Club Crew,

3    marked for identification.)

4    BY MR. TOMPROS:

5         Q.   You have been handed what has been        13:47:06

6    marked as Exhibit 291, another two-page document    13:47:18

7    with an OpenSea URL at the bottom left.  Do you      13:47:23

8    have that in front of you?                           13:47:25

9         A.   I do.                                      13:47:26

10        Q.   This is a listing for -- by "JRs Bored     13:47:28

11   Ape Yacht Club Crew" in that collection, right?      13:47:33

12   Let me ask the question again.                       13:47:39

13             This is a listing in the collection        13:47:40

14   "JRs Bored Ape Yacht Club Crew," right?              13:47:42

15        A.   Correct.                                   13:47:44

16        Q.   And it's entitled "Bored Ape Yacht         13:47:45

17   Club," right?                                        13:47:47

18             MR. BALL:  Objection.  Vague.              13:47:48

19             THE WITNESS:  That's what it would         13:47:49

20   appear like.                                         13:47:50

21   BY MR. TOMPROS:                                      

22        Q.   And it's been listed on OpenSea for        13:47:52

23   two years, correct?                                  13:47:55

24        A.   That's what it would appear.               13:47:56

25   ██     ████████████████████████████                 13:47:58
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                202

| | | |
|---|---|---|
| 1 | ███████████████████ | 13:48:00 |
| 2 | ███████████████ | 13:48:01 |
| 3 | ██████████████ | 13:48:03 |
| 4 | ████████ | |
| 5 | █  ████████████████ | 13:48:04 |
| 6 | █  ████████ | 13:48:05 |

```
7              (Exhibit 292, BASCDAO.net screenshot,

8    re:  Bored Ape Solana Club, Apes Together Strong,

9    marked for identification.)

10   BY MR. TOMPROS:

11        Q.   You've been handed a one-page document      13:48:41

12   marked Exhibit 292, which is a screen shot of         13:48:47

13   BASCDAO.net.  Do you see that?                        13:48:52

14        A.   I do.                                       13:48:57

15        Q.   Are you familiar with the BASC DAO?         13:48:59

16        A.   First time I've ever seen it.               13:49:03

17        Q.   Do you know what a DAO is?                   13:49:04

18        A.   I do.                                        13:49:05

19        Q.   What is it?                                  13:49:05

20        A.   It's Decentralized Autonomous               13:49:06

21   Organization.                                         13:49:08

22        Q.   And DAOs are often used -- strike           13:49:10

23   that.                                                 13:49:13

24             What is -- in what contexts have you        13:49:13

25   heard the term "DAO" before?                          13:49:16
```

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    203

| | | |
|---|---|---|
| 1 | A.    It's very popular in crypto.  There | 13:49:18 |
| 2 | are probably tens of thousands of DAOs, if not | 13:49:25 |
| 3 | more. | 13:49:28 |
| 4 | Q.    And this is -- this screen shot shows | 13:49:33 |
| 5 | an ape at the bottom left? | 13:49:35 |
| 6 | A.    It would appear to. | 13:49:38 |
| 7 | Q.    And it's wearing the sushi chef | 13:49:39 |
| 8 | headband, correct? | 13:49:41 |
| 9 | A.    It would appear to be. | 13:49:43 |
| 10 | █ ███████████████████ | 13:49:44 |
| 11 | ████████ | 13:49:49 |
| 12 | ███████████████ | 13:49:50 |
| 13 | ██████████ | 13:49:51 |
| 14 | ██████ | 13:49:54 |
| 15 | BY MR. TOMPROS: | |
| 16 | Q.    It's -- and in the background -- it's | 13:49:56 |
| 17 | a little hard to see, but you can see that there | 13:50:08 |
| 18 | are other images shown there of apes, right? | 13:50:09 |
| 19 | A.    It's a little hard to see, but | 13:50:13 |
| 20 | roughly. | 13:50:17 |
| 21 | █ ████████████ | 13:50:17 |
| 22 | ███████████████ | 13:50:19 |
| 23 | ████████████ | 13:50:22 |
| 24 | ████████████████ | 13:50:23 |
| 25 | ███████ | 13:50:25 |

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                    204

| | | |
|---|---|---|
| 1 | ████████████████████████ | 13:50:26 |
| 2 | ████████ | |
| 3 | █ ███████████████████████ | 13:50:30 |
| 4 | ████████████████████████ | 13:50:31 |
| 5 | █████████████████████ | 13:50:34 |
| 6 | ██████████████████████████ | 13:50:36 |
| 7 | ███████████████████ | 13:50:38 |
| 8 | ██████████████████████████ | 13:50:40 |
| 9 | █████████████████████████ | 13:50:45 |
| 10 | █████████████████ | 13:50:52 |

11              (Exhibit 293, BoredApeTronClub.com Web

12       Page, marked for identification.)

13       BY MR. TOMPROS:

14              Q.   You have now been handed what's been          13:50:55

15       marked as Exhibit 293, a four-page document with        13:51:12

16       the URL https://BoredApeTronclub.com.  Do you see       13:51:17

17       that?                                                   13:51:24

18              A.   I do.                                        13:51:25

19              MR. BALL:  And, Counsel, for the                  13:51:25

20       record, it looks like some of this has been cut         13:51:27

21       off at the top and on other pages, as well.             13:51:29

22       BY MR. TOMPROS:

23              Q.   And the date of this printout is             13:51:37

24       3/1/23.  Do you see that at the top left?               13:51:39

25              A.   I do.                                        13:51:42

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    205

```
1          Q.    Is the Bored Ape Tron Club a Yuga Labs          13:51:42
2     product?                                                   13:51:47
3               MR. BALL:  Objection.  Vague.                    13:51:47
4               THE WITNESS:  I do not believe so.               13:51:50
5     BY MR. TOMPROS:
6     ██    ████████████████████                                 13:51:52
7     ████████████                                               13:51:54
8        █████████████████████                                   13:51:56
9     █████████████                                              13:51:57
10       █████████████████████                                   13:51:58
11    BY MR. TOMPROS:
12         Q.    In the middle there, it says:  "Mutant          13:52:00
13    Ape Tron Club collection."  Do you see that?               13:52:02
14         A.    I do.                                           13:52:04
15         Q.    Mutant Apes, the Mutant Ape Yacht Club          13:52:06
16    is a Yuga Labs's collection, right?                        13:52:10
17         A.    Yes, it is.                                     13:52:12
18    ██    ███████████████████████                              13:52:16
19    ████████████████████                                       13:52:19
20    ██                                                         13:52:22
21       ████████████████                                        13:52:22
22    ██████████████████████                                     13:52:23
23       ███████████                                             13:52:26
24    BY MR. TOMPROS:
25         Q.    There's reference there under the               13:52:28
```

| | | |
|---|---|---|
| 1 | heading "Welcome Primates."  It says:  "You are | 13:52:30 |
| 2 | one of 10,000 Bored Ape NFTs." | 13:52:32 |
| 3 | Do you see that? | 13:52:35 |
| 4 | A.   I do. | 13:52:37 |
| 5 | Q.   And it -- Bored Ape NFTs is a Yuga | 13:52:39 |
| 6 | product, right? | 13:52:43 |
| 7 | MR. BALL:  Objection.  Vague.  Calls | 13:52:45 |
| 8 | for a legal conclusion. | 13:52:46 |
| 9 | THE WITNESS:  Yes. | 13:52:49 |
| 10 | BY MR. TOMPROS: | |
| 11 | ████  ███████████████ | 13:52:51 |
| 12 | ███████████████████ | 13:52:54 |
| 13 | ███ | 13:52:56 |
| 14 | ████████████████ | 13:52:57 |
| 15 | ██████████████████ | 13:52:59 |
| 16 | ███████████ | 13:53:00 |
| 17 | BY MR. TOMPROS: | |
| 18 | Q.   A couple of minutes ago, I think you | 13:53:28 |
| 19 | were referring to the RR/BAYC NFT token IDs.  Do | 13:53:30 |
| 20 | you recall that? | 13:53:34 |
| 21 | A.   I do. | 13:53:37 |
| 22 | Q.   And is it your understanding that in | 13:53:38 |
| 23 | the RR/BAYC collection, the token ID number is the | 13:53:40 |
| 24 | same as the corresponding image in the BAYC | 13:53:47 |
| 25 | collection? | 13:53:49 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

212

| | | |
|---|---|---|
| 1 | ████████ | 13:58:46 |
| 2 | ████████████ | 13:58:49 |
| 3 | █████ | 13:58:49 |
| 4 | ██████ | |
| 5 | █ ███████████ | 13:58:54 |
| 6 | █ | 13:58:56 |
| 7 | █ ███████████ | 13:58:58 |
| 8 | ██████ | 13:59:00 |
| 9 | █ ████████████ | 13:59:04 |
| 10 | ████████ | 13:59:06 |
| 11 | ███████████ | 13:59:08 |
| 12 | ██████ | 13:59:09 |
| 13 | ████████ | 13:59:10 |
| 14 | █████ | 13:59:11 |
| 15 | █████ | |
| 16 | █ ███████████ | 13:59:12 |
| 17 | ████████ | 13:59:13 |
| 18 | █ ████████ | 13:59:15 |
| 19 | █ ███████████ | 13:59:16 |
| 20 | ████████████ | 13:59:17 |
| 21 | ███████████ | 13:59:20 |
| 22 | ███████ | 13:59:21 |
| 23 | ████████████ | 13:59:22 |
| 24 | ███████ | 13:59:25 |
| 25 | █████ | |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

232

| | | |
|---|---|---|
| 1 | ███████████ | 14:33:42 |
| 2 | ██████████████ | 14:33:43 |
| 3 | ███ | 14:33:44 |
| 4 | ██████ | |
| 5 | █ ████████████ | 14:33:44 |
| 6 | ████████████████ | 14:33:47 |
| 7 | ████████████████ | 14:33:52 |
| 8 | ██████████████ | 14:33:56 |
| 9 | ███████████████ | 14:34:01 |
| 10 | ████████ | 14:34:04 |
| 11 | ██████████ | 14:34:05 |
| 12 | █████████ | 14:34:06 |
| 13 | ███ | 14:34:09 |
| 14 | ██████████ | 14:34:10 |
| 15 | ████ | |
| 16 | █ ████████ | 14:34:16 |
| 17 | ███████ | 14:34:18 |
| 18 | ██████████ | 14:34:21 |
| 19 | █████ | 14:34:22 |
| 20 | ███████████ | 14:34:24 |
| 21 | ████ | 14:34:25 |
| 22 | █████ | |
| 23 | █ ███████████ | 14:34:25 |
| 24 | █████ | 14:34:27 |
| 25 | █ █████ | 14:34:28 |



# Grandpa Ape Country Club ✔

By **GrandpaApeCountryClub** ✔

Items **5,000** · Created **Apr 2022** · Creator earnings **5%** · Chain **Ethereum** · Category **PFPs**

GACC is a collection of 5,000 Grandpa Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Grandpa Ape doubles as your Country Club membership card, and grants access to members-only benefits, the first of which is access to THE GREENS, a place where you can just hang with the boys. Future areas and perks can be unlocked by the community through roadmap activation.

Inspired by Bored Ape Yacht Club. We are not affiliated with Bored Ape Yacht Club.

See less ⌃

**EXHIBIT**
281
PENGAD 800-631-6989

| | | |
|---|---|---|
| **4,617 ETH** total volume | **0.145 ETH** floor price | **0.12 WETH** best offer |
| **6%** listed | **1,636** owners | **33%** unique owners |

Items     Analytics     Activity

🔍 Search by name or attribute

⚟ Filters                          ↑↓ Sort

↻ Updated 4m ago                    **5,000 items**

**Make collection offer**



## Bored Ape Solana Club ✓

By Bored-Ape-Solana-Club ✓

Items 5,998 · Created Apr 2022 · Chain Solana · Category PFPs

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFTs. BASC is not...



| 106,558 SOL | 9 SOL | 1% | 2,110 | 35% |
|---|---|---|---|---|
| total volume | floor price | listed | owners | unique owners |

**Items**    Activity

Clothes: Hip hop ✕    Clear all

Status
- Buy Now
- On Auction

Price
Rarity rank
Quantity
Currency
BACKGROUND — 1
CLOTHES — 44
- Prom Dress — 62
- Spacesuit — 60
- Caveman Pelt — 58
- Hip Hop — 55 ✓
- Lab Coat — 55
- Tweed Suit — 49
- Blue Dress — 48
- Cowboy Shirt — 46
EARRING — 7
EYES — 23

Updated 44s ago

55 items

Price low to high



Bored Ape Solana Club #2975    # 2,583
99.950 SOL
Last sale: 15.900 SOL



Bored Ape Solana Club #1076    # 664

Bored Ape Solana Club #1126    # 3,194



Bored Ape Solana Club #1300    # 1,067



Bored Ape Solana Club #1721    # 3,107



Bored Ape Solana Club #1832    # 572

EXHIBIT

FUR                                    19   ∨

HATS                                   37   ∧

🔍 Search

Laurel Wreath                          60
Faux Hawk                              59
Prussian Helmet                        59
Kings Crown                            54
Party Hat 2                            54
Police Motorcycle Helmet               53
Basic Hat Red                          50
WW2 Pilot Helm                         46

MOUTH                                  35   ∨

RARITY RANK                             7   ∨

Last sale: 25 SOL



Bored Ape Solana Club #1841        # 1,085

Bored Ape Solana Club #1880        # 52



Bored Ape Solana Club #1885        # 214

Last sale: 20 SOL



Bored Ape Solana Club #1900        # 2,695



Bored Ape Solana Club #1915        # 4,702

Last sale: 2,500 SOL



Bored Ape Solana Club #1984        # 631

Last sale: 20 SOL

Bored Ape Solana Club #2012        # 693



Bored Ape Solana Club #2122        # 301



Bored Ape Solana Club #2132        # 2,941

Last sale: 5 SOL



Bored Ape Solana Club #2208        # 2,184



Bored Ape Solana Club #2210        # 4,971



Bored Ape Solana Club #2237        # 1,794



OpenSea Search items, collections, and accounts

1

Bored Ape Yacht Club Shouting Apes

# OFFICIAL Shouting Bored Ape Yacht Club #2344

Owned by Speed12332

166 views 1 favorite

Make offer

**Price History**

**Listings**

**Offers**

No offers yet

**Description**

By **ElSenorAxie**
OFFICIAL SHOUTING APE OPEN SEA FOR YOUR OFFICIAL BAYC. ONLY 1/1 MINTED FOR EACH OFFICIAL APE

**About Bored Ape Yacht Club Shouting Apes**

**Details**

**Item Activity**

Filter

| Event | Price | From | To | Date |
|---|---|---|---|---|
| Transfer | | CremeDeLeCreme | Speed12332 | 10 months ago |
| List | 30 ETH | CremeDeLeCreme | | 1 year ago |
| Transfer | | ElSenorAxie | CremeDeLeCreme | 1 year ago |
| Sale | 0.080 ETH | ElSenorAxie | CremeDeLeCreme | 1 year ago |
| List Sold | 0.080 ETH | ElSenorAxie | | 2 years ago |

**More From This Collection**

EXHIBIT 288
PENGAD 800-631-6989

OpenSea Search items, collections, and accounts

# #The Bestt Boredd Apee Yacht Clubb

Items **8** · Created **Feb 2022** · Creator earnings **10%** · Chain **Polygon**

Welcome to the home of #The Bestt Boredd Apee Yacht Clubb on OpenSea. Discover the best items in this collection.

See more

| 0 ETH | -- | -- | 0% | 1 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owner | unique owners |

Items Analytics Activity

Search by name or attribute

Price low to high

**Status**

Buy Now

On Auction

**Price**

**Quantity**

**Currency**

Live data BETA

3 items

Bored Ape Yacht Club Playful

Bored Ape Yacht Club The Cool

Bored Ape Yacht Club

EXHIBIT 289
PENGAD 800-631-6989

Sweep Make collection offer

1/22/23, 2:25 PM                                   Bored Ape Yacht Club - Bored Ape Yacht Precious | OpenSea

OpenSea     Search items, collections, and accounts

Bored Ape Yacht Precious

# Bored Ape Yacht Club

Owned by RoNick01

👁 37 views

🕐 Sale ends February 23, 2023 at 2:37 PM GMT-8

Current price
## 0.05 ETH  $81.12

[ Add to cart ]  ⚡

[ 🏷 Make offer ]

📈 Price History

🕐
No events have occurred yet
Check back later.

📝 Description

By RoNick01
Bored Ape Yacht Club Gold

⊟ About Bored Ape Yacht Precious                    ∨

🏷 Listings                                          ∨

📄 Details                                          ∨

☰ Offers                                           ∧

No offers yet

↑↓ Item Activity                                    ∧

Filter                                              ∨

| Event | Price | From | To | Date |
|-------|-------|------|----|------|
| 🏷 List | 0.050 ETH | RoNick01 | | 5 months ago |
| 🏷 List | 0.080 ETH | RoNick01 | | 6 months ago |
| 🏷 List | 10 ETH | RoNick01 | | 6 months ago |
| 🏷 List Expired | 20 ETH | RoNick01 | | 6 months ago |
| 🏷 List Expired | 30 ETH | RoNick01 | | 6 months ago |

⊞ More From This Collection                          ∧

View collection

Stay in the loop

PENGAD 800-631-6989
EXHIBIT 260

Join our mailing list to stay in the loop with our newest feature releases, NFT drops, and tips and tricks for navigating OpenSea.

Your email address

Sign up

Join the community

**OpenSea**

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

**Marketplace**

All NFTs
Art
Collectibles
Domain Names
Music
Photography
Sports
Trading Cards
Utility
Virtual Worlds

**My Account**

Profile
Favorites
Watchlist
My Collections
Create
Settings

**Stats**

Rankings
Activity

**Resources**

Learn
Help Center
Platform Status
Partners
Taxes
Blog
Docs
Newsletter

**Company**

About
Careers
Ventures
Grants

© 2018 - 2023 Ozone Networks, Inc

Privacy Policy Terms of Service





OpenSea Search items, collections, and accounts

11

JRs Bored Ape Yacht Club Crew

# Bored Ape Yacht Club

Owned by HughMo

508 views 11 favorites Art

Make offer

PENGAD 800-631-6989 EXHIBIT 291

Price History

Listings

Offers

No offers yet

Description

By **0908**

Properties

| | | |
|---|---|---|
| BACKGROUND<br>Trippy<br>9% have this trait | CLOTHES<br>Guayabera<br>5% have this trait | EYES<br>Robot<br>5% have this trait |
| FUR<br>DMT<br>5% have this trait | HAT<br>Cowboy Hat<br>5% have this trait | MOUTH<br>Bored Unshaved<br>5% have this trait |

About JRs Bored Ape Yacht Club Crew

Details

Item Activity

Filter

| Event | Price | From | To | Date |
|---|---|---|---|---|
| List | 3.700 ETH | HughMo | | 1 year ago |
| Transfer | | iAmONHEL | HughMo | 1 year ago |
| Sale | 0.100 ETH | iAmONHEL | HughMo | 1 year ago |
| List Sold | 0.100 ETH | iAmONHEL | | 2 years ago |
| Transfer | | ONHEL | iAmONHEL | 2 years ago |

More From This Collection

Ape Moss

420.690 ETH

Last sale: 0.080 ETH

Bored Ape Yacht Club

Last sale: 0.040 ETH

Bored Ape Yacht Club

Last sale: 0.080 ETH

BORED APE YACHT CLUB

Last sale: 0.1699 ETH

Bored Ape Yacht Club

Last sale: 0.080 ETH

**Stay in the loop**

Join our mailing list to stay in the loop with our newest feature releases, NFT drops, and tips and tricks for navigating OpenSea.

Your email address

Sign up

**Join the community**

**OpenSea**

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

**Marketplace**

- All NFTs
- Art
- Collectibles
- Domain Names
- Music
- Photography
- Sports
- Trading Cards
- Utility
- Virtual Worlds

**My Account**

- Profile
- Favorites
- Watchlist
- My Collections
- Create
- Settings

**Stats**

- Rankings
- Activity

**Resources**

- Learn
- Help Center
- Platform Status
- Partners
- Taxes
- Blog
- Docs
- Newsletter

**Company**

- About
- Careers
- Ventures
- Grants

© 2018 - 2023 Ozone Networks, Inc

Privacy Policy Terms of Service







Mint
Standard Collection
Marketplace
My Apes

View Mutant Ape Collection

## Welcome Primates!

You are 1 of 10,000 Bored Ape NFTs that found a home on the Tron blockchain. You are definitely smarter than a monkey. A Tron Ape knows a better blockchain when they see it. As a member of the Bored Ape Tron Club, you'll get special member privileges. We have some exciting things that include perks to other platforms, airdrops, and staking features to be disclosed soon.

Everyone can get an Ape. Well, as long as you are within the first 10,000. All Apes will cost the same amount. Buying a Bored Ape costs 1,500 TRX. Proceeds from this sale will go to establishing benefits for each Ape. This can take the form of partnership deals, airdrops on sister projects, and much more. A little secret: We are already working on a partnership with an up-and-coming platform.

The Bored Ape Tron Club is an homage to Bored Ape Yacht Club and not affiliated with Yuga Labs LLC.

Note: 30 random Apes will be withheld from the sale. These will be used for giveaways, promos, and partnerships.

## Bored Ape Tron Club Minting Event

The Apes have come to Tron. Here is your chance to get the funky primates before they start pounding their chests. This is a limited NFT collection whose rarity can be verified on the blockchain. As an Ape NFT holder, you'll have special access to future features, airdrops, and more as we set up partnerships with other applications.

ROADMAP

### The Numbers

Each Bored Ape is inspired by its Ethereum counterpart. They all have unique traits that are made up of different characteristics such as clothing, ear size, and expressions. Keep an eye out for Tron exclusives.

VERIFIED SMART CONTRACT ADDRESS: TKzZo7c3i8AE2FE9NJcPhHVFb5Jy6e6zkR

PENGAD 800-631-6989 EXHIBIT 293

Bored Ape Tron Club - Mint 1 of 10,000 Apes on Tron



2/4



OFFICIAL Shouting Bored Ape Ya...

OFFICIAL Shouting Bored Ape Ya...

Last sale: 0.080 ETH

OFFICIAL Shouting Bored Ape Ya...

OFFICIAL Shouting Bored Ape Ya...

OFFICIAL Shouting Bored Ape Ya...

Last sale: 0.080 ETH

Join the community

**OpenSea**

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

**Marketplace**

- All NFTs
- Art
- Collectibles
- Domain Names
- Music
- Photography
- Sports
- Trading Cards
- Utility
- Virtual Worlds

**My Account**

- Profile
- Favorites
- Watchlist
- My Collections
- Create
- Settings

**Stats**

- Rankings
- Activity

**Resources**

- Learn
- Help Center
- Platform Status
- Partners
- Taxes
- Blog
- Docs
- Newsletter

**Company**

- About
- Careers
- Ventures
- Grants

© 2018 – 2023 Ozone Networks, Inc

Privacy Policy Terms of Service

