# EXHIBIT 247

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4     _____
                                       )
 5     YUGA LABS, INC.,                )CASE NO.:
                                       )
 6                    Plaintiff,       )2:18-cv-00514-
                                       )ACA'22-cv-04355-
 7              v.                     )JFW-JEM
                                       )
 8     RYDER RIPPS, JEREMY CAHEN, DOES )
       1-10,                           )
 9                                     )
                      Defendants.      )
10                                     )
       _____)
11
12
13       ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14              ATTORNEYS' EYES ONLY **
15
16
17            DEPOSITION OF RYDER RIPPS
18                    VOLUME I
19            LOS ANGELES, CALIFORNIA
20         THURSDAY, JANUARY 12, 2023
21
22
23
24     REPORTED BY:  NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25     JOB NO.:       5613911
```

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1          Q.   Did any -- were there any corporate          09:12:27

 2     entities that supported the project?                   09:12:31

 3          A.   No.                                           09:12:36

 4          Q.   Were there any corporate entities that        09:12:36

 5     received any revenue from the RR/BAYC project?          09:12:40

 6          A.   Well, OpenSea is a corporation that has       09:12:45

 7     received revenue from RR/BAYC.  I believe from          09:12:50

 8     secondary sales that I had nothing to do with but...    09:12:53

 9          Q.   Any others?                                   09:12:56

10          A.   I'm sure there are plenty, but I can't        09:12:58

11     think of them all.                                      09:13:01

12          Q.   So the RR/BAYC NFTs were sold on OpenSea?     09:13:02

13          A.   Not by me.                                    09:13:10

14          Q.   But through secondary sales?                  09:13:11

15          A.   I -- I've heard that, yes.                    09:13:13

16          Q.   Are you aware of secondary sales on           09:13:19

17     OpenSea of RR/BAYC NFTs?                                09:13:27

18          A.   I have not partaken in any; so I cannot       09:13:29

19     tell you the extent of those sales or anything about    09:13:32

20     that, but I have -- excuse me.                          09:13:35

21               By the way, I'm getting over bronchitis;      09:13:36

22     so if I cough, it's -- I had bronchitis a couple        09:13:41

23     weeks ago.  So that's what's going on.                  09:13:45

24               But the -- the OpenSea sales -- I've heard    09:13:48

25     that there have been sales on OpenSea.                  09:13:51
```

Page 13

| | | |
|---|---|---|
| 1 | term on any marketplace pages for the RR/BAYC NFTs? | 10:35:08 |
| 2 | A.   I don't know what you -- I don't -- a | 10:35:16 |
| 3 | marketplace page, no.  I mean, I don't think that | 10:35:19 |
| 4 | that's what -- I don't know.  I've discussed the | 10:35:23 |
| 5 | Bored Ape Yacht Club.  Is Twitter a marketplace? | 10:35:28 |
| 6 | Twitter sells stuff.  I mean, you can definitely buy | 10:35:32 |
| 7 | things on Twitter; so I've definitely discussed | 10:35:35 |
| 8 | Bored Ape Yacht Club on Twitter before, yes. | 10:35:39 |
| 9 | Q.   Not only the discussions.  So how about on | 10:35:41 |
| 10 | the Foundation marketplace?  Are you familiar with | 10:35:43 |
| 11 | the Foundation marketplace? | 10:35:46 |
| 12 | A.   I am familiar with it.  I have a -- I've | 10:35:47 |
| 13 | been a long-standing user of Foundation.  One of | 10:35:50 |
| 14 | my -- one of my good friends who curated her first | 10:35:52 |
| 15 | art show in 2010 is a curator of Foundation.  Her | 10:35:55 |
| 16 | name is Lindsay Howard.  So I'm familiar with | 10:36:00 |
| 17 | Foundation, yeah. | 10:36:03 |
| 18 | Q.   And did you use the term "Bored Ape Yacht | 10:36:04 |
| 19 | Club" on Foundation in connection with RR/BAYC NFTs? | 10:36:12 |
| 20 | A.   Well, RR/BAYC NFTs says -- it stands for | 10:36:23 |
| 21 | "RR/BAYC Bored Ape Yacht Club," and they were first | 10:36:25 |
| 22 | minted on Foundation.  So on my Foundation page, | 10:36:29 |
| 23 | which is Ryder Ripps Foundation page, their part of | 10:36:32 |
| 24 | the work which was created there is -- is Bored Ape | 10:36:39 |
| 25 | Yacht Club, RR/BAYC is the artwork. | 10:36:44 |

Page 60

| | | |
|---|---|---|
| 1 | Q. So you use BAYC on the Foundation page? | 10:36:48 |
| 2 | A. In addition to Ryder Ripps. Ryder | 10:36:56 |
| 3 | Ripps/Bored Ape Yacht Club is the name of the art | 10:36:56 |
| 4 | piece that is subject of this litigation, I believe. | 10:37:08 |
| 5 | Q. And you use the phrase "Bored Ape Yacht | 10:37:10 |
| 6 | Club"? | 10:37:12 |
| 7 | A. Not by itself ever. It's always been in | 10:37:12 |
| 8 | the context of Ryder Ripps. Just like the name of | 10:37:15 |
| 9 | the project is Ryder Ripps/Bored Ape Yacht Club. | 10:37:19 |
| 10 | Q. You've never used the phrase "Bored Ape | 10:37:29 |
| 11 | Yacht Club" without Ryder Ripps right next to it? | 10:37:34 |
| 12 | A. No. | 10:37:37 |
| 13 | Q. Have you ever used the letters BAYC | 10:37:37 |
| 14 | without the RR next to it? | 10:37:40 |
| 15 | A. To discuss BAYC perhaps. | 10:37:41 |
| 16 | Q. Have you used the phrase "Bored Ape" -- | 10:37:44 |
| 17 | A. Bored Ape? | 10:38:05 |
| 18 | Q. -- to -- in connection with the transfer | 10:38:06 |
| 19 | of RR/BAYC NFTs? | 10:38:12 |
| 20 | A. I can't remember if I have. | 10:38:16 |
| 21 | Q. How about we go to -- | 10:38:17 |
| 22 | A. Do you want to let me know what this | 10:38:25 |
| 23 | document is. | 10:38:27 |
| 24 | Q. -- to page 3. | 10:38:28 |
| 25 | Which document? | 10:38:30 |

Page 61

| | | |
|---|---|---|
| 1 | was definitely aware of the Bored Ape Yacht Club, | 10:49:03 |
| 2 | and the project itself is -- is very much about the | 10:49:06 |
| 3 | Bored Ape Yacht Club as a critique of it. | 10:49:11 |
| 4 | Q. Go to the last page of Exhibit 115. | 10:49:14 |
| 5 | A. This? Okay. | 10:49:21 |
| 6 | Q. You're familiar with Yuga Labs's ApeFest? | 10:49:25 |
| 7 | A. I am familiar with it. I don't know how | 10:49:31 |
| 8 | it -- I don't know much -- you know, I don't know | 10:49:35 |
| 9 | the nature of their event. I haven't attended it | 10:49:38 |
| 10 | but I'm familiar that Yuga Labs has an event called | 10:49:43 |
| 11 | ApeFest. | 10:49:48 |
| 12 | Q. When did you first become aware of | 10:49:49 |
| 13 | ApeFest? | 10:49:52 |
| 14 | A. Probably heard of it the first ApeFest, | 10:49:52 |
| 15 | maybe. I don't know. When was that? Like -- I | 10:49:55 |
| 16 | actually don't even remember when the first one was, | 10:50:02 |
| 17 | but I've -- I know that there are two Ape Fests -- | 10:50:05 |
| 18 | or there have been two Ape Fests, and, you know, | 10:50:08 |
| 19 | like I said, I'm engaged heavily in the critique of | 10:50:11 |
| 20 | Yuga Labs; so I've definitely heard of ApeFest. | 10:50:18 |
| 21 | Q. Handing you what's been previously marked | 10:50:41 |
| 22 | as Exhibit 28. | 10:50:43 |
| 23 | (Exhibit 28 previously marked.) | 10:50:47 |
| 24 | BY MR. BALL: | 10:50:56 |
| 25 | Q. Can you please identify Exhibit 28 for me, | 10:50:56 |

Page 69

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | sir. | 10:50:59 |
| 2 | MR. TOMPROS:  I object.  Lacks foundation. | 10:50:59 |
| 3 | A.   It looks like an exhibit produced by | 10:51:09 |
| 4 | someone named -- my friend named Ryan Hickman.  28 | 10:51:14 |
| 5 | is actually my lucky number, so -- but it looks like | 10:51:18 |
| 6 | -- if I was to describe what I think this is, this | 10:51:23 |
| 7 | looks like a screenshot of my Foundation -- of my | 10:51:31 |
| 8 | Foundation -- my project on Foundation, Ryder | 10:51:31 |
| 9 | Ripps/Bored Ape Yacht Club.  I know that because it | 10:51:50 |
| 10 | says "Ryder Ripps" right there. | 10:51:51 |
| 11 | It looks like an early screenshot because | 10:51:52 |
| 12 | I'm looking at the bottom there where it says | 10:51:55 |
| 13 | "collection of 80."  That means that there's 80 of | 10:51:58 |
| 14 | them that have been made, 80 of my artworks, and | 10:52:01 |
| 15 | that their owned by 60 people.  So that's very | 10:52:05 |
| 16 | small.  That's basically just my Twitter community, | 10:52:09 |
| 17 | very small subset, and the total sales are 7.7 ETH. | 10:52:14 |
| 18 | So it's an 80 collection -- yeah. | 10:52:23 |
| 19 | Q.   And who created this page for you? | 10:52:30 |
| 20 | A.   Who created this page for me? | 10:52:34 |
| 21 | Q.   Uh-huh. | 10:52:37 |
| 22 | A.   I guess Foundation helped make it because | 10:52:38 |
| 23 | I didn't design.  Like, that's not my logo in the | 10:52:49 |
| 24 | corner, and I, you know, probably would have | 10:52:50 |
| 25 | designed it bit different.  So Foundation. | 10:52:51 |

Page 70

CONFIDENTIAL—ATTORNEYS' EYES ONLY

```
 1           Q.   And did you work with Foundation to create      10:52:53
 2      this page?                                               10:53:00
 3           A.   I mean, they provide a service.  So I          10:53:00
 4      don't know.                                              10:53:05
 5           Q.   Did you approve of the page?  Did you use      10:53:05
 6      it after they created it?                                10:53:08
 7           A.   Did I use it after they created it?  No.       10:53:11
 8      I mean, I don't know what that means.  That's vague.     10:53:14
 9           Q.   Did you promote it?                            10:53:19
10           A.   Promote my own profile on Foundation?  I       10:53:21
11      mean, sure.  I don't know promote -- I probably sent     10:53:26
12      a link.  I don't know.                                   10:53:29
13           Q.   Sent -- you sent a link to your Twitter        10:53:31
14      community for this page?                                 10:53:34
15           A.   This page -- so what you're trying to tell     10:53:37
16      me, I think, has something to do with that it says       10:53:40
17      "Bored Ape Yacht Club" and it has this logo on it.       10:53:43
18      This was a very early example of -- of the project,      10:53:49
19      and the earliest example of the project really was       10:53:56
20      speaking to, at this point, 60 people.  And so, at       10:53:59
21      this point, every single person knew Ryder Ripps is      10:54:04
22      synonymous with being the antithesis of the Bored        10:54:10
23      Ape Yacht Club.                                          10:54:17
24           So the 60 people who are looking at this            10:54:17
25      thing at this point would see this Ryder Ripps/Bored     10:54:19
```

Page 71

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Ape Yacht Club, it would be, like, obvious that, | 10:54:26 |
| 2 | like, this is a critique.  This is my critique. | 10:54:28 |
| 3 | It's within the broad spectrum of critique that I've | 10:54:35 |
| 4 | been having for almost a year at this point. | 10:54:40 |
| 5 | So that's the framing of this.  I believe | 10:54:42 |
| 6 | this had changed probably shortly after.  And the | 10:54:44 |
| 7 | logo I decided to change to make it more obvious to | 10:54:50 |
| 8 | people who did not understand my critique at that | 10:54:54 |
| 9 | time, if they hadn't understood my critique, because | 10:54:58 |
| 10 | it was starting to expand beyond 60 people.  So I | 10:55:02 |
| 11 | changed the logo to be better art -- to be better | 10:55:05 |
| 12 | expression to be -- to say, "This logo is based on | 10:55:08 |
| 13 | the SS Totenkopf," which it is. | 10:55:14 |
| 14 | Q.  You see there under the logo of Yuga Labs | 10:55:30 |
| 15 | it says "BAYC"? | 10:55:33 |
| 16 | A.  I wouldn't say that that was a logo of | 10:55:34 |
| 17 | Yuga Labs.  That is the Bored Ape Yacht Club emblem | 10:55:36 |
| 18 | that looks a lot like the SS Totenkopf.  Yes, and it | 10:55:41 |
| 19 | says "BAYC," yes.  And I see under that it says | 10:55:44 |
| 20 | "Ryder Ripps," yeah, uh-huh. | 10:55:49 |
| 21 | Q.  And where it says "BAYC," do you have an | 10:55:50 |
| 22 | understanding of what links out to? | 10:55:53 |
| 23 | A.  No. | 10:55:55 |
| 24 | Q.  Have you ever clicked that link? | 10:55:56 |
| 25 | A.  I can't tell you.  I mean, this is a | 10:56:01 |

Page 72

CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
 1     photograph of a website.  So I can't -- I've never    10:56:04

 2     clicked this link because it literally is impossible   10:56:08

 3     to click it.                                           10:56:11

 4          Q.   On the Foundation page, you're familiar      10:56:12

 5     with the Foundation page for your sales of the         10:56:14

 6     RR/BAYC tokens; correct?                               10:56:17

 7          A.   Yeah.                                         10:56:20

 8          Q.   And where it says "BAYC," are you familiar    10:56:20

 9     with that -- what that links to?                       10:56:22

10          MR. TOMPROS:  I object.  Lacks foundation.        10:56:25

11          A.   I would think that it would link to maybe    10:56:31

12     the main collection page or perhaps it links to --     10:56:38

13     I'm not sure.  What does it...                         10:56:47

14          Q.   Would it link to the Etherscan page?         10:56:49

15          A.   I don't know.  I didn't design this          10:56:53

16     website.                                               10:56:59

17          Q.   But you use this website?                    10:56:59

18          A.   Not in this form, but I -- I've used         10:57:03

19     Foundation before, yes, for sure.                      10:57:09

20          Q.   And this is an image of your Foundation      10:57:10

21     page for the RR/BAYC NFTs?                             10:57:16

22          MR. TOMPROS:  I object.  Mischaracterizes         10:57:19

23     prior testimony.  Lacks foundation.                    10:57:23

24          A.   Websites are in flux a lot, and they         10:57:25

25     change a lot, and Foundation is not a platform I       10:57:28
```

Page 73

| | | |
|---|---|---|
| 1 | built.  It's not a platform I have any say in.  It's | 10:57:32 |
| 2 | not something that can I control.  So if you're | 10:57:36 |
| 3 | asking me what Foundation does or doesn't do, you're | 10:57:42 |
| 4 | asking me something that is outside of my control. | 10:57:46 |
| 5 | And also my understanding is that things | 10:57:49 |
| 6 | are always changing, and this screenshot is of a | 10:57:51 |
| 7 | certain instance in a certain context.  And so, in | 10:57:56 |
| 8 | order to understand it, we would have to roll back | 10:57:58 |
| 9 | to that instance and context and understand the | 10:58:02 |
| 10 | function of this site.  I mean, there are sites | 10:58:06 |
| 11 | that, you know, I made in -- ten years ago that | 10:58:08 |
| 12 | don't work anymore, you know, that the functions are | 10:58:12 |
| 13 | completely different.  So like I said... | 10:58:15 |
| 14 | Q.  And you said you changed the image up at | 10:58:18 |
| 15 | the top of the Bored Ape Yacht Club logo at some | 10:58:22 |
| 16 | point; correct? | 10:58:25 |
| 17 | MR. TOMPROS:  I object.  Mischaracterizes | 10:58:25 |
| 18 | testimony. | 10:58:27 |
| 19 | You can answer. | 10:58:27 |
| 20 | A.  Did I change the -- at some point, I | 10:58:28 |
| 21 | decided that it was better expression to -- which at | 10:58:42 |
| 22 | that point, was a critique largely on Twitter about | 10:58:50 |
| 23 | the logo being based on the Nazi Totenkopf, which as | 10:58:53 |
| 24 | a Jewish person, I'm very disgusted by.  That point | 10:59:00 |
| 25 | was Ryder Ripps talking about the logo a lot. | 10:59:06 |

Page 74

```
 1              And so, I see the logo here, and I see      10:59:09
 2    Ryder Ripps.  Everyone in that -- in the NFT space,   10:59:12
 3    which is a really small space, and then, you make it  10:59:17
 4    even smaller by the people who are engaging in        10:59:20
 5    this -- in this -- in this pointed criticism of Yuga  10:59:23
 6    Labs, we're talking a very small pool of people.      10:59:29
 7              Everyone knew about Ryder Ripps hating the  10:59:32
 8    Bored Ape Yacht Club imagery, and I wanted to make    10:59:37
 9    the logo very evident for what it was about.  So      10:59:44
10    I -- I changed what was a logo, and I made it into a  10:59:49
11    statement, yeah, at very, very, very early on.        10:59:57
12    Probably within the first day or something.  But so,  11:00:04
13    this is -- for you to show me this screenshot is --   11:00:07
14    it's not a -- this is not a reputation at all of --   11:00:11
15    of the project.  And I think you know that because    11:00:15
16    you can see at the bottom it says "collection of      11:00:23
17    80," and it says "Ryder Ripps."                       11:00:25
18         Q.   So you're saying you changed the logo but   11:00:28
19    you didn't --                                         11:00:30
20         A.   Excuse me.                                  11:00:31
21         Q.   You say you changed the logo but you        11:00:32
22    didn't change the BAYC underneath the logo to refer   11:00:34
23    to RR/BAYC?                                           11:00:37
24              MR. TOMPROS:  I object.  Argumentative and  11:00:40
25    lacks foundation.                                     11:00:44
```

Page 75

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | You can answer. | 11:00:44 |
| 2 | A.   I'm not sure -- I'm not sure.  I don't | 11:00:45 |
| 3 | know -- it says "Ryder Ripps." So, you know, | 11:00:52 |
| 4 | Ryder -- the project is called "Ryder Ripps/Bored | 11:00:56 |
| 5 | Ape Yacht Club," and all of those words are clearly | 11:01:00 |
| 6 | compounded together on this page. | 11:01:03 |
| 7 | Q.   Do you recall ever changing the BAYC | 11:01:25 |
| 8 | underneath the logo to RR/BAYC or anything else? | 11:01:29 |
| 9 | A.   No, I don't recall that. | 11:01:31 |
| 10 | Q.   Do you recall changing the Bored Ape Yacht | 11:01:32 |
| 11 | Club to "Ryder Ripps" or "RR" Bored Ape Yacht Club? | 11:01:33 |
| 12 | A.   In what? | 11:01:38 |
| 13 | Q.   On this Foundation page. | 11:01:41 |
| 14 | A.   Well, this is my Foundation page.  So it | 11:01:43 |
| 15 | already says "Ryder Ripps/Bored Ape Yacht Club." | 11:01:47 |
| 16 | You can see it right there, Ryder Ripps/Bored Ape | 11:01:50 |
| 17 | Yacht Club.  So I wouldn't write "Ryder Ripps, Ryder | 11:01:55 |
| 18 | Ripps, Ryder Ripps/Bored Ape Yacht Club."  It | 11:01:59 |
| 19 | already says "Ryder Ripps/Bored Ape Yacht Club." | 11:02:01 |
| 20 | Q.   Can you show me where it says "Ryder | 11:02:03 |
| 21 | Ripps/Bored Ape Yacht Club." | 11:02:07 |
| 22 | A.   Ryder Ripps/Bored Ape Yacht Club. | 11:02:07 |
| 23 | Q.   So you're reading the Ryder Ripps at the | 11:02:11 |
| 24 | bottom, not starting with the Yuga Labs logo, the | 11:02:13 |
| 25 | Yuga Labs BAYC, the Yuga Labs Bored Ape Yacht Club? | 11:02:17 |

Page 76

CONFIDENTIAL—ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. TOMPROS: I object. Lacks foundation. | 11:02:20 |
| 2 | Argumentative. Mischaracterizes the document. | 11:02:22 |
| 3 | A. I mean, I'm a designer, and I can tell you | 11:02:24 |
| 4 | that the way Foundation works is based on artists. | 11:02:31 |
| 5 | And the artist and the taxonomy of this thing is the | 11:02:40 |
| 6 | most important thing; so, yeah, Ryder Ripps/Bored | 11:02:44 |
| 7 | Ape Yacht Club on Ryder Ripps' Foundation page is | 11:02:47 |
| 8 | clearly Ryder Ripps/Bored Ape Yacht Club. | 11:02:50 |
| 9 | Q. You see in the URL there, after | 11:02:54 |
| 10 | "collection," the collection name is BAYC? | 11:03:03 |
| 11 | A. Uh-huh. | 11:03:06 |
| 12 | Q. And at the top for the browser tab, it | 11:03:07 |
| 13 | says "Bored Ape Yacht Club" there? | 11:03:11 |
| 14 | A. That's the way Foundation designed it, I | 11:03:13 |
| 15 | guess. | 11:03:17 |
| 16 | Q. Are you aware that in Google searches for | 11:03:17 |
| 17 | Bored Ape Yacht Club on Foundation this is the page | 11:03:20 |
| 18 | that appears? | 11:03:23 |
| 19 | MR. TOMPROS: I object. Lacks foundation. | 11:03:25 |
| 20 | MR. BALL: I'm asking him if he's aware. | 11:03:27 |
| 21 | A. I'm aware that there's Google searches in | 11:03:30 |
| 22 | Foundation -- | 11:03:33 |
| 23 | MR. TOMPROS: Then, I further object. | 11:03:33 |
| 24 | Misleading. Assumes facts not in evidence. And it | 11:03:35 |
| 25 | is a question asked and answered improperly in a | 11:03:39 |

Page 77

| | | |
|---|---|---|
| 1 | Q. No. If you run a Google search. You | 11:04:40 |
| 2 | don't understand what the phrase "running a Google | 11:04:42 |
| 3 | search" means? | 11:04:44 |
| 4 | A. Yes. | 11:04:45 |
| 5 | Q. Okay. What does that mean? | 11:04:45 |
| 6 | A. It means going to Google.com, there's a | 11:04:47 |
| 7 | bar, you can type something in the bar. | 11:04:50 |
| 8 | Q. Okay. And if you type "Bored Ape Yacht | 11:04:52 |
| 9 | Club" -- | 11:04:52 |
| 10 | A. Yeah. | 11:04:52 |
| 11 | Q. -- "Foundation" -- | 11:04:54 |
| 12 | A. Yeah. | 11:04:54 |
| 13 | Q. -- are you aware that it brings up the | 11:04:54 |
| 14 | Bored Ape Yacht Club collection from yourself? | 11:04:59 |
| 15 | A. I am not aware of that, but the -- I | 11:05:02 |
| 16 | almost am keeping, like, stopping from laughing | 11:05:06 |
| 17 | because the notion of Bored Ape Yacht Club being on | 11:05:09 |
| 18 | Foundation is the most absurd thing in the world. | 11:05:12 |
| 19 | That would be like saying, you know, if I -- if I | 11:05:17 |
| 20 | Google search "Andy Warhol Vons," I'm going to buy a | 11:05:20 |
| 21 | painting from Andy Warhol at Vons. | 11:05:25 |
| 22 | The marketplace Foundation never sold | 11:05:29 |
| 23 | Bored Ape Yacht Club. No one is going to Foundation | 11:05:31 |
| 24 | to buy Bored Ape Yacht Club. It's really -- the | 11:05:36 |
| 25 | function of Foundation is so entirely different than | 11:05:38 |

Page 79

| | | |
|---|---|---|
| 1 | the function of anything Yuga Labs has ever done. | 11:05:41 |
| 2 | So, you know, it's -- it's a pretty absurd | 11:05:45 |
| 3 | idea that anyone would ever search "Bored Ape Yacht | 11:05:50 |
| 4 | Club Foundation."  I don't know why you would ever | 11:05:53 |
| 5 | do that if you're looking for Bored Ape Yacht Club | 11:05:57 |
| 6 | NFTs.  I don't believe Yuga Labs has ever promoted | 11:05:59 |
| 7 | selling Bored Ape Yacht Club NFTs on Foundation | 11:06:03 |
| 8 | because the very nature of the platform Foundation | 11:06:06 |
| 9 | is based on one of one artist creations. | 11:06:10 |
| 10 | MR. TOMPROS:  I renew my prior objection | 11:06:16 |
| 11 | that there must be a good faith basis to ask a | 11:06:18 |
| 12 | leading question. | 11:06:22 |
| 13 | Q.   What other marketplaces did you -- what | 11:06:23 |
| 14 | other marketplaces were RR/BAYC NFTs available? | 11:06:32 |
| 15 | A.   I can't tell you.  The blockchain is a | 11:06:37 |
| 16 | public ledger, and the concept of a marketplace is | 11:06:40 |
| 17 | vague to me.  And it would be like saying, "Where | 11:06:45 |
| 18 | else have cars been sold," or something.  It's | 11:06:52 |
| 19 | just -- it's everywhere.  People's lawns, people's | 11:06:57 |
| 20 | garages, perhaps Craigslist.  I don't know.  I mean, | 11:07:01 |
| 21 | the -- there's been -- | 11:07:06 |
| 22 | Q.   We're not talking about cars. | 11:07:07 |
| 23 | A.   So but NFTs are even more decentralized | 11:07:09 |
| 24 | than cars because cars do have specific places that | 11:07:13 |
| 25 | they're usually sold, and NFT really can be | 11:07:17 |

Page 80

CONFIDENTIAL — ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | "Long Live Conceptual Art," or something like that, | 11:08:50 |
| 2 | or "You can't copy an NFT," or something along those | 11:08:53 |
| 3 | lines, or -- and I do remember making sure that | 11:08:56 |
| 4 | people had a link to RRBAYC.com, which is the artist | 11:09:02 |
| 5 | statement at which all the RR/BAYCs -- or, I would | 11:09:08 |
| 6 | say, the vast majority of them were sold through | 11:09:13 |
| 7 | RRBAYC.com. | 11:09:18 |
| 8 | Q.   How many of the RR/BAYC NFTs were sold | 11:09:19 |
| 9 | through RRBAYC.com? | 11:09:32 |
| 10 | A.   I can't give you an exact figure. | 11:09:34 |
| 11 | Q.   How many were sold through Foundation? | 11:09:36 |
| 12 | A.   Well, technically, all of them were | 11:09:38 |
| 13 | because it was a Foundation contract, so... | 11:09:41 |
| 14 | But I don't know, like I said, this word | 11:09:51 |
| 15 | "sold" is -- is something that I think needs a lot | 11:09:53 |
| 16 | of clarity because the way NFT works is much more | 11:09:58 |
| 17 | like a transfer than like buying, you know, a candy | 11:10:04 |
| 18 | bar at 7-Eleven or something.  It doesn't have that | 11:10:06 |
| 19 | same type of qualities to the transaction. | 11:10:09 |
| 20 | Q.   You mentioned before that in response to a | 11:10:17 |
| 21 | takedown on OpenSea for trademark infringement, you | 11:10:20 |
| 22 | tried to get your project back up on OpenSea; is | 11:10:26 |
| 23 | that correct? | 11:10:33 |
| 24 | A.   Yeah, I did. | 11:10:33 |
| 25 | Q.   And what was your strategy for trying to | 11:10:34 |

Page 82

| | | |
|---|---|---|
| 1 | fraudulent company.  To someone else, it might mean | 11:28:54 |
| 2 | nothing. | 11:29:01 |
| 3 | So but, you know, I would like to note for | 11:29:02 |
| 4 | the record that you are intentionally obfuscating | 11:29:07 |
| 5 | the contract creator, being, what I believe -- I'm | 11:29:14 |
| 6 | not sure if this is -- actually I'm not even sure, | 11:29:17 |
| 7 | but I -- the way this page looks from when I use | 11:29:21 |
| 8 | Etherscan, is not this page.  It doesn't look like | 11:29:25 |
| 9 | this at all. | 11:29:30 |
| 10 | And whatever page you're showing me for | 11:29:33 |
| 11 | whatever reason -- because I don't know why you're | 11:29:38 |
| 12 | taking this from archive.org, but there must be a | 11:29:40 |
| 13 | reason because it doesn't look like this, so... | 11:29:44 |
| 14 | Q.   What does Etherscan look like to you for | 11:29:47 |
| 15 | the RR/BAYC NFT contract? | 11:29:50 |
| 16 | A.   Last time I looked at Etherscan, it didn't | 11:29:51 |
| 17 | look like this. | 11:29:56 |
| 18 | Q.   What did it look like to you? | 11:29:57 |
| 19 | A.    It's just a very open-ended question.  Not | 11:29:59 |
| 20 | like this. | 11:30:01 |
| 21 | Q.   You're saying, "It doesn't look like | 11:30:02 |
| 22 | this." | 11:30:04 |
| 23 | So what has -- what is changed or | 11:30:05 |
| 24 | different? | 11:30:07 |
| 25 | A.   So many things.  For instance, all | 11:30:07 |

Page 95

| | | |
|---|---|---|
| 1 | these -- every single one of these picture frames | 11:30:10 |
| 2 | with the broken thing is not a picture frame with a | 11:30:15 |
| 3 | broken thing. There's, like, a bunch of cutoff text | 11:30:19 |
| 4 | here. There's, like -- it doesn't look like this; | 11:30:23 |
| 5 | so I don't know. It's a website. So it's a living, | 11:30:32 |
| 6 | breathing thing, and I don't know how to describe -- | 11:30:36 |
| 7 | if you I want, I could exhaust different things, but | 11:30:39 |
| 8 | doesn't look like this. | 11:30:43 |
| 9 | Q. Anything else? | 11:30:45 |
| 10 | A. Like I said, a litany of things are wrong | 11:30:49 |
| 11 | with this image. | 11:30:59 |
| 12 | Q. I'm trying to understand what you see is | 11:31:00 |
| 13 | wrong with it. | 11:31:02 |
| 14 | A. I just explained. | 11:31:03 |
| 15 | Q. Okay. Anything else comes to mind in your | 11:31:04 |
| 16 | litany? | 11:31:10 |
| 17 | A. Well, yeah. Like, for instance, where it | 11:31:16 |
| 18 | says, like, "one hour ago" or something like that, | 11:31:18 |
| 19 | right, a token tracker is used to verify things and | 11:31:21 |
| 20 | like, when things were made, who made them, when did | 11:31:27 |
| 21 | they make them. That's the point of NFT. NFT is a | 11:31:32 |
| 22 | non-fungible token. | 11:31:35 |
| 23 | It's -- it's -- it's really -- you could | 11:31:36 |
| 24 | think about, like, a bookmark on the blockchain. So | 11:31:38 |
| 25 | where those bookmarks are is relative to the book, | 11:31:42 |

Page 96

| | | |
|---|---|---|
| 1 | and you're looking at this in a very specific point. | 11:31:50 |
| 2 | I don't know why you're doing that, but that's | 11:31:54 |
| 3 | what's going on here. | 11:31:56 |
| 4 | And, you know, I don't think that this is | 11:31:57 |
| 5 | an accurate depiction of Etherscan nor shows | 11:32:00 |
| 6 | anything -- anything that's relevant to how this | 11:32:04 |
| 7 | tool would be used.  And you cannot glean anything | 11:32:09 |
| 8 | from this screenshot, quite frankly, as it is | 11:32:13 |
| 9 | because just like my analogy with the guitar, it's | 11:32:18 |
| 10 | not an image. | 11:32:22 |
| 11 | You can look at a picture of a guitar, but | 11:32:23 |
| 12 | you have no idea what the song is.  It's something | 11:32:25 |
| 13 | that is a living, breathing machine, and you can't | 11:32:28 |
| 14 | show me a picture of a guitar and say, "What song is | 11:32:31 |
| 15 | playing on this guitar?"  I can't tell you. | 11:32:34 |
| 16 | Q.   Are you familiar with a web archive? | 11:32:39 |
| 17 | A.   I am familiar with it.  I'm familiar that | 11:32:41 |
| 18 | Wylie Aronow has scrubbed it. | 11:32:44 |
| 19 | Q.   Are you familiar with archive.org? | 11:32:46 |
| 20 | A.   That's the same -- I think that's the same | 11:32:49 |
| 21 | website. | 11:32:52 |
| 22 | Q.   Anything else about Exhibit 117 that you | 11:32:54 |
| 23 | find inaccurate? | 11:32:59 |
| 24 | A.   Like I said, the depiction of an Etherscan | 11:33:05 |
| 25 | frame.  I don't know what you're trying to use this | 11:33:12 |

Page 97

| 1 | for or what you're trying to insinuate or say, but | 11:33:14 |
| 2 | Etherscan is a tool, and it's a tool that helps | 11:33:17 |
| 3 | people understand the blockchain, and there's a lot | 11:33:23 |
| 4 | of ways you can use a tool.  Just like there's a lot | 11:33:27 |
| 5 | of songs you can play on the guitar but showing me a | 11:33:29 |
| 6 | picture of a guitar and asking me, "What song is | 11:33:31 |
| 7 | being played?" I have no idea. | 11:33:41 |
| 8 |     Q.   Are you the contract creator for the Bored | 11:33:42 |
| 9 | Ape Yacht Club (BAYC) token? | 11:33:45 |
| 10 |     MR. TOMPROS:  I object to the form. | 11:33:49 |
| 11 |     A.   No.  I mean, I am not the contract | 11:33:51 |
| 12 | creator.  I could be a contract creator of a | 11:33:54 |
| 13 | specific contract.  So if you want to ask me if I'm | 11:34:02 |
| 14 | the contract creator of this long string of numbers | 11:34:06 |
| 15 | up here, which is 0X22 -- or 2EE6A -- you know, | 11:34:08 |
| 16 | like, we can go through that.  And I can let you | 11:34:13 |
| 17 | know if I am the contract creator of that by | 11:34:17 |
| 18 | verifying my own wallet address, which I don't have | 11:34:20 |
| 19 | memorized either.  And I would verify that by | 11:34:24 |
| 20 | looking at my computer, and I have a log of my | 11:34:27 |
| 21 | wallet address, and also my name Ryder-Ripps.ETH | 11:34:30 |
| 22 | which is -- someone created a -- you can think | 11:34:35 |
| 23 | about, like, domain names. | 11:34:39 |
| 24 |     So, for instance, a domain name is -- you | 11:34:40 |
| 25 | might go to Facebook.com but, you're actually going | 11:34:44 |

Page 98

| | | |
|---|---|---|
| 1 | amongst many computers, all of whom don't even | 11:58:31 |
| 2 | really know each other, unlike a centralized website | 11:58:35 |
| 3 | where someone has access and ownership of a server | 11:58:38 |
| 4 | and stuff like that. | 11:58:41 |
| 5 | So to understand any single thing on the | 11:58:42 |
| 6 | blockchain, you have to understand -- it's like -- | 11:58:47 |
| 7 | it would be like reading a book and then taking out | 11:58:52 |
| 8 | a sentence.  Like, that's not the book.  So, like, | 11:58:57 |
| 9 | the NFT is not any one of these things.  The NFT is | 11:59:00 |
| 10 | the entirety of the things.  The creator, the date | 11:59:05 |
| 11 | it was created, the owner of the token, the current | 11:59:10 |
| 12 | token, the block at which it existed on, all of | 11:59:16 |
| 13 | these very contextual elements make up what an NFT | 11:59:25 |
| 14 | is. | 11:59:29 |
| 15 | And the RR/BAYC NFT art piece, the Ryder | 11:59:30 |
| 16 | Ripps/Bored Ape Yacht Club art piece is -- cannot be | 11:59:38 |
| 17 | understood.  And the art is not anything besides the | 11:59:41 |
| 18 | sum of what an NFT is because the artwork is an NFT. | 11:59:47 |
| 19 | So in order to understand one of the | 11:59:52 |
| 20 | artworks, you have to -- you have to see the NFT. | 11:59:55 |
| 21 | And to my understanding, there was around | 12:00:00 |
| 22 | 9,000-something artworks that I created under | 12:00:04 |
| 23 | RR/BAYC, and each one you would have to understand | 12:00:08 |
| 24 | the context and the -- the specific -- the specifics | 12:00:13 |
| 25 | of that token because what we're talking about here | 12:00:18 |

Page 105

| | | |
|---|---|---|
| 1 | are tokens. | 12:00:22 |
| 2 | Q. And -- question was: What is the name of | 12:00:24 |
| 3 | that token? | 12:00:28 |
| 4 | A. Ryder Ripps/Bored Ape Yacht Club. | 12:00:30 |
| 5 | Q. Where does it say that on the Ethereum | 12:00:32 |
| 6 | blockchain? | 12:00:34 |
| 7 | A. It says "contract creator" -- on this | 12:00:35 |
| 8 | thing, I'm looking at "Contract Creator: Ryder | 12:00:40 |
| 9 | Ripps," and then, it says "Bored Ape Yacht Club." | 12:00:42 |
| 10 | But it doesn't -- that Etherscan version of this | 12:00:46 |
| 11 | doesn't have to say that. That's not what -- that's | 12:00:52 |
| 12 | not what the NFT is. The NFT is a verifiable set of | 12:00:56 |
| 13 | data, a large set of data, and that is what the NFT | 12:01:06 |
| 14 | is. | 12:01:11 |
| 15 | So Etherscan is not a website I designed. | 12:01:13 |
| 16 | It's a tool that is -- that is used to verify | 12:01:16 |
| 17 | things. And as I said earlier, this tool is not | 12:01:21 |
| 18 | used as a piece of paper printout. It's used as a | 12:01:26 |
| 19 | website, which has links, and you can copy and paste | 12:01:29 |
| 20 | things, and you can do -- do things with it. You | 12:01:32 |
| 21 | can interact with it. | 12:01:34 |
| 22 | And so, you know, I don't know -- like, I | 12:01:36 |
| 23 | don't know why Etherscan does what it does. It's | 12:01:41 |
| 24 | not my website, but if you were to look at the raw | 12:01:45 |
| 25 | data on the blockchain, it would display completely | 12:01:47 |

Page 106

| | | |
|---|---|---|
| 1 | in -- first minted in, I think, mid-May, but | 12:24:35 |
| 2 | expressions against the Bored Ape Yacht Club and | 12:24:42 |
| 3 | protesting and seeking the truth about the Bored Ape | 12:24:48 |
| 4 | Yacht Club, I believe I started critiquing the Bored | 12:25:03 |
| 5 | Ape Yacht Club in November of '21, but at that | 12:25:07 |
| 6 | point, I had no -- I was not creating any art or | 12:25:12 |
| 7 | anything that was like RR/BAYC. And at that point, | 12:25:17 |
| 8 | my expressions were mostly tweets, I would say, and | 12:25:28 |
| 9 | conversations and -- conversations. | 12:25:38 |
| 10 | Q. Why did you change the price of the | 12:25:40 |
| 11 | RR/BAYCs from .1 ETH to .15 ETH? | 12:25:42 |
| 12 | A. Well, when the project -- started by | 12:25:46 |
| 13 | myself; it was just me, and more people got | 12:25:49 |
| 14 | involved. I was feeling a lot of -- the project was | 12:25:57 |
| 15 | provoking members of the Bored Ape Yacht Club to | 12:26:06 |
| 16 | attack me. So I wanted to make sure that I had a | 12:26:09 |
| 17 | good team of people to support the project. | 12:26:14 |
| 18 | And part of that team was putting | 12:26:21 |
| 19 | together, you know, myself -- putting together | 12:26:24 |
| 20 | the -- my friend Jeremy, and he helped bring Ryan | 12:26:30 |
| 21 | and Tom into -- into the project, who I think -- | 12:26:37 |
| 22 | different aspects of my art resonated with them | 12:26:43 |
| 23 | probably in different ways, but, you know, these | 12:26:47 |
| 24 | people all came together, really, which was what I | 12:26:52 |
| 25 | was happy about was that it was within the | 12:26:55 |

Page 123

| | | |
|---|---|---|
| 1 | project. And they say, "Appreciate you educating | 12:46:14 |
| 2 | people with your platform," which is actually a | 12:46:16 |
| 3 | really nice thing. And that's what the purpose of | 12:46:22 |
| 4 | the project was is to -- is to facilitate education | 12:46:25 |
| 5 | and to facilitate education about a myriad of | 12:46:28 |
| 6 | different things. | 12:46:32 |
| 7 | So I don't know specifically what their -- | 12:46:32 |
| 8 | what they're talking about when they say | 12:46:37 |
| 9 | "education," but, you know, just the sentiment of | 12:46:39 |
| 10 | appreciating me is something that I appreciate. | 12:46:43 |
| 11 | Then, I go -- I have, "I didn't set out to | 12:46:46 |
| 12 | remint but it's sort of working out." So it's true. | 12:46:50 |
| 13 | It's not -- the RR/BAYC project happened very | 12:46:53 |
| 14 | organically, and I never set out to -- because I | 12:46:55 |
| 15 | have re- -- I'm using this word -- I don't even | 12:47:00 |
| 16 | know. I think I might have coined this term | 12:47:04 |
| 17 | "remint." Like, "I reminted CryptoPunk 3100," for | 12:47:06 |
| 18 | instance. I didn't -- no one on earth thinks that I | 12:47:11 |
| 19 | made the NFT CryptoPunk 3100. They know what the | 12:47:17 |
| 20 | statement is about, but what I'm saying here is I | 12:47:21 |
| 21 | didn't set out -- I never -- I never expected to -- | 12:47:25 |
| 22 | to, like, mint -- to remint, you know, Bored Ape | 12:47:30 |
| 23 | Yacht Club NFT images or whatever, those disgusting | 12:47:39 |
| 24 | images. | 12:47:43 |
| 25 | And I never -- I never intended to do | 12:47:44 |

Page 136

| | | |
|---|---|---|
| 1 | Q. "He" being Mr. Garner? | 14:39:01 |
| 2 | A. Yeah. | 14:39:03 |
| 3 | Q. And other than putting them in the queue, | 14:39:03 |
| 4 | did Mr. Garner do anything else to assist in the | 14:39:19 |
| 5 | minting of the RR/BAYCs? | 14:39:23 |
| 6 | A. He might have approved some transactions | 14:39:24 |
| 7 | under my -- under my watch. | 14:39:29 |
| 8 | Q. We go on in this exchange, and you say, | 14:39:31 |
| 9 | "Get him like one good one." | 14:39:36 |
| 10 | A. Yeah. | 14:39:38 |
| 11 | Q. "Just start at a good one and go up | 14:39:38 |
| 12 | maybe." | 14:39:41 |
| 13 | And Mr. Garner responds, "Gold," question | 14:39:41 |
| 14 | mark? | 14:39:45 |
| 15 | A. Uh-huh. | 14:39:45 |
| 16 | Q. So what's a good ape? | 14:39:45 |
| 17 | A. Well, I don't know what Yuga Labs refers | 14:39:47 |
| 18 | to as good apes. I mean, I do know what they think | 14:39:50 |
| 19 | is, but what I -- what -- and under -- the RR/BAYC | 14:39:55 |
| 20 | good apes are not the same as the Yuga Labs good | 14:39:59 |
| 21 | apes. | 14:40:01 |
| 22 | Q. So there are good RR/BAYC apes? | 14:40:05 |
| 23 | A. I mean, it's -- that's for someone who is | 14:40:09 |
| 24 | a collector to discern if they think it's good, but | 14:40:12 |
| 25 | I will tell you that the community of RR/BAYC | 14:40:15 |

Page 174

| | | |
|---|---|---|
| 1 | buyers, collectors, like the apes that hold Yuga | 14:40:20 |
| 2 | Labs most accountable.  Like the ones that -- that | 14:40:27 |
| 3 | display and show the most disgusting aspects of the | 14:40:33 |
| 4 | Bored Ape Yacht Club.  I think those are the ones | 14:40:39 |
| 5 | that people covet in terms of the work because a lot | 14:40:41 |
| 6 | of the work is doing that. | 14:40:45 |
| 7 | So it's appropriation art like -- much | 14:40:46 |
| 8 | like how Warhol, you know, made a painting of a | 14:40:49 |
| 9 | Campbell's soup can or a painting of Marilyn Monroe. | 14:40:52 |
| 10 | He didn't take that picture of Marilyn Monroe, but | 14:40:57 |
| 11 | by reflecting it, you're showing it for what it | 14:41:01 |
| 12 | really is. | 14:41:04 |
| 13 | And so, the people, the collectors who are | 14:41:05 |
| 14 | interested in RR/BAYC are interested in showing Yuga | 14:41:07 |
| 15 | Labs Bored Ape Yacht Club for what it really is. | 14:41:13 |
| 16 | And a really powerful tool to show something, | 14:41:15 |
| 17 | whether you're doing it in art or in real life, is a | 14:41:18 |
| 18 | mirror. | 14:41:21 |
| 19 | A mirror is the most amazing way to see | 14:41:23 |
| 20 | reality.  You just look at it and it changes your | 14:41:27 |
| 21 | frame, but you can see it.  And depending on where | 14:41:31 |
| 22 | that mirror is pointed, depending on that context of | 14:41:34 |
| 23 | that mirror, it frames it differently.  So when | 14:41:37 |
| 24 | Warhol made a Campell's soup can, it wasn't an | 14:41:41 |
| 25 | advertisement for Campbell's; it was a critique of | 14:41:47 |

Page 175

| 1 | consumerism. | 14:41:49 |
| 2 | So a lot of the RR/BAYCs that are coveted | 14:41:50 |
| 3 | are ones that are the most critical and the ones | 14:41:55 |
| 4 | that reflect the truth of Yuga Labs the most.  So if | 14:42:01 |
| 5 | the gold ones are coveted -- we have no metadata. | 14:42:05 |
| 6 | So the -- when you asked me "What is RR/BAYC?" it's | 14:42:10 |
| 7 | an NFT and it's an NFT that looks nothing like the | 14:42:13 |
| 8 | Yuga Labs NFTs.  It doesn't even have metadata. | 14:42:16 |
| 9 | Metadata is what people in NFT, buyers | 14:42:20 |
| 10 | like -- you know, who -- who buy these 10K projects, | 14:42:24 |
| 11 | not 1 of 1 projects like what I make, but 10K | 14:42:28 |
| 12 | projects, they'll sort things based on how rare | 14:42:31 |
| 13 | something is and these, like, ideas of rarity.  And | 14:42:37 |
| 14 | so, what they'll -- what they'll want is more rare | 14:42:39 |
| 15 | things. | 14:42:41 |
| 16 | There is no metadata attached to the | 14:42:42 |
| 17 | RR/BAYC NFT; so people have to individually look at | 14:42:44 |
| 18 | each single image, and there's no real way to sort | 14:42:49 |
| 19 | them.  You have to -- it forces you to really look | 14:42:53 |
| 20 | and consider, "What does this stuff mean?  What is | 14:42:56 |
| 21 | the idea of gold?  Why does Paris Hilton want this?" | 14:43:01 |
| 22 | All of these things are so extremely critical in | 14:43:06 |
| 23 | defining what a "good" one in terms of my artwork is | 14:43:08 |
| 24 | because my artwork very much is a critique of the | 14:43:12 |
| 25 | Bored Ape Yacht Club.  So the "good" ones are | 14:43:15 |

Page 176

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | probably the ones that do that critique best.  And | 14:43:17 |
| 2 | by doing that critique best, it's a reflection, and | 14:43:20 |
| 3 | it's a reflection of a capture. | 14:43:24 |
| 4 | Why was it the Campbell's soup can and not | 14:43:26 |
| 5 | the Heinz beans?  You'd have to ask Warhol, but | 14:43:30 |
| 6 | maybe he thought that that soup can was a great | 14:43:34 |
| 7 | reflection of consumerism for whatever reason.  He | 14:43:37 |
| 8 | might have his reasons, but I'm saying appropriation | 14:43:40 |
| 9 | art is such a powerful mechanism to reflect a truth | 14:43:43 |
| 10 | about society. | 14:43:48 |
| 11 | Q.   I'm handing you what's been previously | 14:44:11 |
| 12 | marked as Exhibit 40. | 14:44:12 |
| 13 | (Exhibit 40 previously marked.) | 14:44:10 |
| 14 | BY MR. BALL: | 14:44:10 |
| 15 | Q.   And before we go there, when did you | 14:44:22 |
| 16 | transfer ETH relating to -- try that again. | 14:44:23 |
| 17 | When did you transfer ETH relating to the | 14:44:37 |
| 18 | RR/BAYC NFT to LIVE9000, LLC? | 14:44:38 |
| 19 | A.   I'm not sure. | 14:44:42 |
| 20 | Q.   You're not sure when you transferred, and | 14:44:43 |
| 21 | you're not sure how much you transferred? | 14:44:45 |
| 22 | A.   That's correct.  I mean, I definitely made | 14:44:47 |
| 23 | transfers.  I don't -- I can't tell you the amounts | 14:44:49 |
| 24 | or the dates right now. | 14:44:52 |
| 25 | Q.   And what bank does the LLC -- LIVE9000, | 14:44:54 |

Page 177

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. TOMPROS:  I object.  Vague.          15:18:59

 2        A.   "Later marketplace sales"...             15:19:01

 3        Q.   Yeah, resales of the RR/BAYC NFTs.  Your 15:19:05

 4   name wouldn't be associated with it?               15:19:10

 5        A.   No, it would because my -- my wallet is  15:19:13

 6   associated with the NFTs and things like that.  And 15:19:15

 7   it's my art so it would be as associated with it as 15:19:20

 8   if someone was to make a painting and sell the      15:19:25

 9   painting and someone else was to sell -- to buy the 15:19:31

10   painting and resell it.                             15:19:32

11              You know, perhaps where the -- where the 15:19:33

12   painting came from is a little bit -- is a little   15:19:35

13   bit -- you know, it's not from the same source, but 15:19:41

14   I think -- I think people who are sophisticated     15:19:45

15   purchasers of art understand what they're buying,   15:19:48

16   so... But I never sold RR/BAYC on anything besides  15:19:52

17   direct sort of way and through this website,        15:19:58

18   RRBAYC.com.                                         15:20:01

19        Q.   Did you ever resell any RR/BAYCs?         15:20:01

20        A.   I don't think so.                         15:20:04

21        Q.   Have you sold -- after -- through the     15:20:05

22   RR/BAYC website or through Foundation, you haven't  15:20:10

23   sold any other web -- any other RR/BAYCs to anybody? 15:20:14

24        A.   I don't remember --                       15:20:19

25              MR. TOMPROS:  Hold on.                   15:20:20
```

Page 191

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | for?                                                         | 15:23:13 |
| 2  | A.  Well, originally, I think the first -- the               | 15:23:14 |
| 3  | very first one besides the one that I minted, which          | 15:23:15 |
| 4  | would -- I -- you could call an artist proof or              | 15:23:20 |
| 5  | something like that - which is, like, the very first         | 15:23:22 |
| 6  | version - was transferred to my friend for -- for            | 15:23:25 |
| 7  | free, my friend Leander, who loved the idea and the          | 15:23:30 |
| 8  | statement.  And -- and so, you know, if you --               | 15:23:34 |
| 9  | technically, free.                                           | 15:23:39 |
| 10 | Q.  After that?                                              | 15:23:41 |
| 11 | A.  I think the first few were free.  And                    | 15:23:42 |
| 12 | then, maybe 0.1 ETH.                                         | 15:23:48 |
| 13 | Q.  How many did you give away for free?                     | 15:23:50 |
| 14 | A.  I can't tell you.  I mean, I don't have                  | 15:23:52 |
| 15 | the exact number, but quite a few I gave away for            | 15:23:55 |
| 16 | free.                                                        | 15:24:00 |
| 17 | And with that, when I - when you give --                     | 15:24:01 |
| 18 | actually, it's interesting.  When you give an NFT            | 15:24:03 |
| 19 | away for free, it actually costs money -- or costs          | 15:24:05 |
| 20 | ETH, technically.  So it's actually not even free.          | 15:24:10 |
| 21 | Giving -- giving -- or transferring an NFT to               | 15:24:15 |
| 22 | somebody -- or minting and transferring, which are          | 15:24:17 |
| 23 | two different interactions with the blockchain, both        | 15:24:19 |
| 24 | cost gas in the form of ethereum.  So, in fact, you          | 15:24:24 |
| 25 | could give away your artwork in cryptocurrency and          | 15:24:35 |

Page 194

| | | |
|---|---|---|
| 1 | down the page it says -- from Mr. Cahen, it says, "I | 16:07:42 |
| 2 | think ryder needs to@decide on that stuff a bit." | 16:07:45 |
| 3 | "But he wants to@keep@it minimal." | 16:07:49 |
| 4 | "He digs the NLL layout." | 16:07:51 |
| 5 | A.   Uh-huh. | 16:07:55 |
| 6 | Q.   Did you want to keep the Ape Marketplace | 16:07:55 |
| 7 | design minimal? | 16:07:59 |
| 8 | A.   I don't know.  I mean, I like -- I like | 16:08:00 |
| 9 | minimal design in general.  So I would -- it doesn't | 16:08:08 |
| 10 | seem like something that -- I don't remember having | 16:08:11 |
| 11 | this specific conversation but -- nor do I | 16:08:13 |
| 12 | remember -- I would remember, actually, having this | 16:08:17 |
| 13 | chat because the way he puts these @ symbols in | 16:08:19 |
| 14 | there is bizarre but -- so it -- I would state that | 16:08:25 |
| 15 | I don't remember even having this chat. | 16:08:25 |
| 16 | But I like minimal design.  I designed a | 16:08:31 |
| 17 | food product called soylent, for instance, that is | 16:08:38 |
| 18 | very minimal in its -- in its packaging, that has | 16:08:39 |
| 19 | just black-and-white design, and -- I like minimal | 16:08:42 |
| 20 | design.  As a designer, I've always enjoyed kind of | 16:08:44 |
| 21 | black and white, you know, sort of minimal, | 16:08:49 |
| 22 | to-the-point design, so... | 16:08:52 |
| 23 | Q.   And Mr. Hickman responds, "ultra min." | 16:08:56 |
| 24 | "real bayc is ultra min." | 16:09:05 |
| 25 | What does "real bayc" refer to there? | 16:09:06 |

Page 213

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    I don't know. | 16:09:11 |
| 2 | Q.    Is it real BAYC Yuga Labs? | 16:09:12 |
| 3 | A.    Honestly, I have no idea what he's | 16:09:15 |
| 4 | referring to because I don't even understand the | 16:09:16 |
| 5 | context of this conversation. | 16:09:20 |
| 6 | Also, BAYC doesn't have any market, I | 16:09:20 |
| 7 | don't think.  And I don't even regard BAYC as ultra | 16:09:25 |
| 8 | min.  So I have no idea what he's talking about.  If | 16:09:28 |
| 9 | that means "ultra minimal," I would say BAYC is the | 16:09:30 |
| 10 | opposite of ultra min, personally, and I'm a | 16:09:33 |
| 11 | professional designer, so... | 16:09:37 |
| 12 | Q.    So you disagree with Mr. Hickman that BAYC | 16:09:39 |
| 13 | is ultra min? | 16:09:42 |
| 14 | A.    Are -- if we're talking about the Bored | 16:09:44 |
| 15 | Ape Yacht Club website, boredapeyachtclub.com, | 16:09:48 |
| 16 | definitely not ultra minimal. | 16:09:50 |
| 17 | Q.    How about the logo Bored Ape Yacht -- or | 16:09:54 |
| 18 | Bored Ape Yacht -- | 16:09:59 |
| 19 | A.    Not -- | 16:09:59 |
| 20 | Q.    -- Yacht Club? | 16:09:59 |
| 21 | A.    -- ultra minimum.  Not.  Not. | 16:10:00 |
| 22 | Q.    So you disagree with Mr. Hickman? | 16:10:03 |
| 23 | A.    If that's what -- if that's what he is | 16:10:05 |
| 24 | saying, which I have no idea what he's saying | 16:10:06 |
| 25 | because I am not Mr. Hickman, nor was I -- do I | 16:10:09 |

Page 214

| | | |
|---|---|---|
| 1 | remember this conversation, nor do I see my | 16:10:13 |
| 2 | correspondence here. | 16:10:17 |
| 3 | But if -- if what he's talking about is | 16:10:18 |
| 4 | Bored Ape Yacht Club being ultra minimum -- minimal, | 16:10:19 |
| 5 | rather, not minimum, I categorically disagree with | 16:10:23 |
| 6 | him.  And I -- I'm -- I would be surprised if he | 16:10:26 |
| 7 | would stand by that if that's what he's insinuating. | 16:10:31 |
| 8 | Q.   Going to hand you what's been marked by | 16:10:34 |
| 9 | the court reporter as Exhibit 129. | 16:10:35 |
| 10 | (Exhibit 129 marked.) | 16:10:36 |
| 11 | BY MR. BALL: | 16:11:13 |
| 12 | Q.   You have Exhibit 129? | 16:11:15 |
| 13 | A.   Uh-huh. | 16:11:15 |
| 14 | Q.   Under the image about the royalties that | 16:11:16 |
| 15 | you're considering making in the sales of RR/BAYC, | 16:11:19 |
| 16 | it says -- you've got two lines down there from you, | 16:11:23 |
| 17 | Ryder Ripps, at 17:23, "its gotta look like | 16:11:29 |
| 18 | something out of yugalabs deck." | 16:11:32 |
| 19 | MR. TOMPROS:  Hold on.  I object.  It | 16:11:35 |
| 20 | lacks foundation.  Mischaracterizes the document. | 16:11:37 |
| 21 | Q.   You say again at 17:23, about | 16:11:40 |
| 22 | three-quarters down the way -- down the page, it | 16:11:43 |
| 23 | says, "its gotta look like something out of yugalabs | 16:11:44 |
| 24 | deck." | 16:11:49 |
| 25 | MR. TOMPROS:  That's okay. | 16:11:49 |

Page 215

| | | |
|---|---|---|
| 1 | age. | 16:45:41 |
| 2 | So -- so if I say -- it's like -- you | 16:45:41 |
| 3 | know, when you look at a music video, and you see | 16:45:44 |
| 4 | money in the air, that money might be fake. | 16:45:48 |
| 5 | Q.   In Exhibit 103, the pre-RSVP, is that | 16:45:53 |
| 6 | relating to the sales through Foundation? | 16:45:57 |
| 7 | A.   All the sales went through Foundation, | 16:46:00 |
| 8 | technically, because of the contract.  It's a | 16:46:04 |
| 9 | Foundation contract is my understanding. | 16:46:05 |
| 10 | Q.   And so, what does the pre-RSVP refer to? | 16:46:07 |
| 11 | A.   It refers to -- there's a separate -- | 16:46:10 |
| 12 | what's called a -- I think a helper contract that | 16:46:12 |
| 13 | was designed by Ryan and Tom to help facilitate the | 16:46:15 |
| 14 | minting and creation of my artwork.  And so, this -- | 16:46:28 |
| 15 | and that RSVP contract was directly tied to the | 16:46:32 |
| 16 | website, RRBAYC.com, and meaning that that was more | 16:46:40 |
| 17 | or less a front end, as it's called, for -- for that | 16:46:45 |
| 18 | contract.  And so, insofar that -- that those are | 16:46:52 |
| 19 | tied.  So -- | 16:46:59 |
| 20 | Q.   Why did you need a helper contract? | 16:47:00 |
| 21 | A.   Why did I need a helper contract?  Well, | 16:47:03 |
| 22 | there's a lot of issues in terms of making this much | 16:47:08 |
| 23 | more efficient, making the artwork much more | 16:47:13 |
| 24 | efficient to create and -- and that's why. | 16:47:17 |
| 25 | Q.   So this helper contract that Mr. Lehman | 16:47:24 |

Page 240

| | | |
|---|---|---|
| 1 | Q.  Did you create the Bored Ape Yacht Club | 17:24:40 |
| 2 | collection? | 17:24:41 |
| 3 | MR. TOMPROS:  I object to the form and | 17:24:41 |
| 4 | asked and answered. | 17:24:45 |
| 5 | A.  Yeah, I created Ryder Ripps/Bored Ape | 17:24:45 |
| 6 | Yacht Club, which is an art piece that I created, an | 17:24:49 |
| 7 | NFT art piece called "Ryder Ripps/Bored Ape Yacht | 17:24:52 |
| 8 | Club." | 17:24:56 |
| 9 | Q.  It says the collection there is "Bored Ape | 17:24:56 |
| 10 | Yacht Club." | 17:24:56 |
| 11 | Did you create the Bored Ape Yacht Club | 17:24:58 |
| 12 | collection? | 17:25:00 |
| 13 | MR. TOMPROS:  Same objection.  Asked and | 17:25:00 |
| 14 | answered. | 17:25:02 |
| 15 | A.  No.  I created Ryder Ripps/Bored Ape Yacht | 17:25:02 |
| 16 | Club.  As it says, Ryder Ripps/Bored Ape Yacht Club, | 17:25:02 |
| 17 | which is the name of an artwork that I created. | 17:25:16 |
| 18 | Q.  Well, there's a difference here.  It says | 17:25:16 |
| 19 | "Created by," and then, it says the collection. | 17:25:17 |
| 20 | There's a separation there. | 17:25:19 |
| 21 | A.  Okay. | 17:25:20 |
| 22 | MR. TOMPROS:  Hold on.  Wait for a | 17:25:21 |
| 23 | question. | 17:25:22 |
| 24 | Q.  It doesn't -- the collection is not named | 17:25:22 |
| 25 | Bored Ape -- "Ryder Ripps/Bored Ape Yacht Club," is | 17:25:25 |

Page 267