# EXHIBIT 248

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3

4

5    YUGA LABS, INC.,                )

6                    Plaintiff,      )

7          VS.                       )   NO. 2:22-CV-04355

8    RYDER RIPPS, JEREMY CAHEN,      )       JFW-JEM

9                    Defendants.     )

10   _____)

11

12

13   DEPOSITION OF:

14                    JEREMY CAHEN

15                    WEDNESDAY, JANUARY 11, 2023

16                    9:18 A.M.

17

18

19

20   REPORTED BY:

21                    Sari M. Knudsen

22                    CSR No. 13109

23

24

25

                                              Page 1

```
 1        A    Oh, I see.  That's helpful.  I appreciate    11:33:11

 2   that.                                                  11:33:11

 3             It's referring to nonfungible tokens.        11:33:14

 4   Nonfungible tokens are a type of ERC -- they are       11:33:19

 5   ERC -- there's two different protocol standards that   11:33:22

 6   are common.  One of them is ERC-1155, which is the     11:33:28

 7   earlier token protocol, if I'm not mistaken.  Like I   11:33:32

 8   said, normally I would have my machine in front of     11:33:35

 9   me to verify certain things.                           11:33:37

10             But there's two different token protocols.   11:33:39

11   One is ERC, all capitals.  ERC-1155.  The other is     11:33:46

12   ERC-721.  And that ERC is also in all capitals.        11:33:52

13             So in this context, RR BAYC is an art        11:34:00

14   project that involves nonfungible tokens under the     11:34:02

15   ERC-721 token protocol standard.                       11:34:08

16             Does that answer your question?              11:34:11

17        Q    And what are the 721 token protocol          11:34:14

18   standard nonfungible tokens that the RR BAYC project   11:34:20

19   involves?                                              11:34:20

20        MR. TOMPROS:  I object to the form.  Vague.       11:34:22

21        THE WITNESS:  Yeah.  I think you may have         11:34:23

22   misunderstood my response.                             11:34:28

23   BY MR. BALL:                                           11:34:28

24        Q    There are tokens that are involved in the    11:34:32

25   RR BAYC project.  Correct?                             11:34:36
```

Page 93

| | | |
|---|---|---|
| 1 | A    Yes.  Tokens are part of the art project. | 11:34:38 |
| 2 | Yes.  That's correct. | 11:34:40 |
| 3 | Q    Okay. | 11:34:40 |
| 4 | A    And they are a very important part of the | 11:34:42 |
| 5 | art project. | 11:34:43 |
| 6 | Q    Do you have a name for those tokens? | 11:34:45 |
| 7 | A    Well, they would each have a different | 11:34:47 |
| 8 | specific address.  Each one is unique and cannot be | 11:34:50 |
| 9 | copied or replaced. | 11:34:52 |
| 10 | Q    Is there a token tracker associated with | 11:34:56 |
| 11 | those tokens? | 11:34:57 |
| 12 | A    There's a -- there's a smart contract | 11:35:00 |
| 13 | address.  And then if you go to something like | 11:35:02 |
| 14 | Etherscan.IO for the Ethereum blockchain explorer, | 11:35:06 |
| 15 | there would be a token tracker as well. | 11:35:09 |
| 16 | Q    And what is a token tracker associated with | 11:35:11 |
| 17 | those tokens that are part of the RR BAYC project? | 11:35:15 |
| 18 | A    My understanding is that the token tracker | 11:35:16 |
| 19 | which displays on Etherscan.IO for the RR BAYC | 11:35:21 |
| 20 | nonfungible tokens -- the token tracker I believe is | 11:35:26 |
| 21 | Bored Ape Yacht Club and then parentheses BAYC. | 11:35:32 |
| 22 | It -- it is what is on this document.  However, this | 11:35:37 |
| 23 | is just an image.  So -- like this lettering here. | 11:35:41 |
| 24 | Q    Okay.  And by "this document," you are | 11:35:43 |
| 25 | referring to Exhibit 80? | 11:35:50 |

Page 94

```
 1       A    No.  I've never done that myself.  I've      12:15:00
 2   never promoted that.                                  12:15:02
 3       Q    It's got a tweet here from Ape Marketplace.  12:15:05
 4       A    Yeah, I see that on this page.              12:15:07
 5       Q    And you are the sole operator of the Ape    12:15:09
 6   Marketplace account?                                  12:15:10
 7       A    That is correct, yes.                        12:15:12
 8       Q    And so that's not a promotion to the        12:15:15
 9   public, this tweet?                                   12:15:17
10       A    Image with words on it is not necessarily a 12:15:18
11   promotion of anything.                                12:15:21
12       Q    Statement?                                   12:15:22
13       A    This is not a statement.                     12:15:27
14       Q    Publishing an image of -- that says Ape      12:15:33
15   Market and RR BAYC are registered trademarks?         12:15:36
16       A    The reason that I remember this is because   12:15:39
17   this to me is a piece of art.  It also has some       12:15:42
18   information on it.  But to me, that's what is          12:15:44
19   memorable is that it's a very interesting piece of    12:15:47
20   art that is full of information.  But I would never   12:15:50
21   characterize this as me promoting some sort of        12:15:53
22   factual anything.                                     12:15:54
23            That's not a characterization I agree with.  12:15:58
24       Q    So the statements coming from the Ape        12:16:00
25   Marketplace Twitter account aren't necessarily        12:16:03
```

Page 126

| | | |
|---|---|---|
| 1 | factual? | 12:16:04 |
| 2 | A    This is not a statement as I said before. | 12:16:07 |
| 3 | Q    The things that are posted on the Ape | 12:16:08 |
| 4 | Market Twitter account are not necessarily factual? | 12:16:12 |
| 5 | A    The Ape Marketplace Twitter could post all | 12:16:14 |
| 6 | kinds of things.  It could be post images.  It could | 12:16:17 |
| 7 | post memes.  It could post art. | 12:16:19 |
| 8 | Twitter is not necessarily a website which | 12:16:21 |
| 9 | is explicitly for the purposes of the exchange of | 12:16:25 |
| 10 | factual information or legal information.  In fact, | 12:16:28 |
| 11 | it's quite the opposite. | 12:16:30 |
| 12 | Q    So it's -- it's not true that Ape Market is | 12:16:32 |
| 13 | a registered trademark? | 12:16:33 |
| 14 | A    I don't know. | 12:16:34 |
| 15 | Q    Is it true that RR BAYC is a registered | 12:16:40 |
| 16 | trademark? | 12:16:42 |
| 17 | A    I don't know.  I don't -- I don't know | 12:16:43 |
| 18 | anything about trademarks myself.  We could look it | 12:16:46 |
| 19 | up on the trademark website.  Someone may have | 12:16:48 |
| 20 | registered it for God knows what.  I can't tell you. | 12:16:51 |
| 21 | Q    But you do not own a trademark registration | 12:16:54 |
| 22 | for RR BAYC? | 12:16:56 |
| 23 | A    I do not own a trademark registration for | 12:16:58 |
| 24 | anything. | 12:16:59 |
| 25 | Q    You are not aware of Mr. Ripps owning a | 12:17:00 |

Page 127

| | | |
|---|---|---|
| 1 | trademark for RR BAYC? | 12:17:03 |
| 2 | A    If he owns trademarks, I don't know | 12:17:05 |
| 3 | anything about them.  I am not aware of anyone | 12:17:10 |
| 4 | else's trademarks. | 12:17:11 |
| 5 | Actually I've learned that Yuga Labs has | 12:17:15 |
| 6 | some pending trademark registrations.  And it's | 12:17:18 |
| 7 | complicated.  Yeah.  This is not my expertise. | 12:17:20 |
| 8 | Q    Are you aware of Mr. -- or you said you are | 12:17:27 |
| 9 | aware of Yuga Labs having pending trademarks? | 12:17:30 |
| 10 | A    Yeah.  I believe they have some pending | 12:17:33 |
| 11 | trademark registrations. | 12:17:35 |
| 12 | Q    And what are those? | 12:17:36 |
| 13 | A    Well, I know that they had a pending | 12:17:38 |
| 14 | trademark registration for the word "Ape," and I | 12:17:43 |
| 15 | believe that's part of our lawsuit.  Because for | 12:17:46 |
| 16 | some reason, Ape Marketplace is included ostensibly | 12:17:49 |
| 17 | because it involves a trademark for the word "Ape." | 12:17:54 |
| 18 | But my most recent understanding is that Yuga Labs | 12:17:57 |
| 19 | has abandoned the registration of the word "Ape" in | 12:18:00 |
| 20 | the middle of suing me and my friend Ryder over it. | 12:18:04 |
| 21 | Which I find totally baffling. | 12:18:06 |
| 22 | Q    Other than the Ape trademark application, | 12:18:11 |
| 23 | what other trademarks are you aware of that Yuga has | 12:18:14 |
| 24 | pending -- Yuga Labs? | 12:18:17 |
| 25 | MR. TOMPROS:  I object to the form of the | 12:18:19 |

Page 128

```
 1              In my opinion, if it's referring to        2:41:03

 2   Neo-Nazi or racist iconography, the word "dank"       2:41:07

 3   would certainly not be used in a way that is saying   2:41:09

 4   I like this Neo-Nazi and racist iconography.  It's    2:41:14

 5   dank as in it is heavy or embedded with a lot.  It    2:41:20

 6   is rich with anti-Semitism.  It's rich with           2:41:25

 7   Neo-Nazism.  It's rich with simianization.            2:41:29

 8              That's -- that's the contextualization of  2:41:31

 9   the usage of the word "dank."                         2:41:44

10      Q    So your use of the word "dank" wasn't in a    2:41:53

11   positive sense?                                       2:41:55

12      A    As I stated earlier, my father was born       2:41:58

13   fleeing Nazis during the Holocaust in Europe.  So I   2:42:02

14   do not speak positively about anything to do with     2:42:05

15   Nazis, ever.                                          2:42:06

16      Q    Have you ever said anything positive about    2:42:08

17   the Bored Ape Yacht Club?                             2:42:10

18      A    I'm sure I've said positive things about      2:42:13

19   the Bored Ape Yacht Club.  And when I have said       2:42:15

20   positive things, it was probably before I had a deep  2:42:18

21   understanding of the reality of what has been         2:42:21

22   perpetuated by them.                                  2:42:28

23              Because the thing is is that our issues is 2:42:30

24   truly with Yuga Labs.  There's many people that have  2:42:34

25   been conned into buying these assets and been taken   2:42:38
```

Page 194

| | | |
|---|---|---|
| 1 | advantage of.  And we view those individuals as | 2:42:41 |
| 2 | people that we have empathy for and want to help | 2:42:43 |
| 3 | educate.  We don't view these people as enemies or | 2:42:46 |
| 4 | adversaries or anything like that. | 2:42:49 |
| 5 | But it's -- it's tragic to see racist and | 2:42:53 |
| 6 | Nazi iconography being sold fraudulently to people | 2:42:56 |
| 7 | for hundreds, if not millions, of dollars.  That's | 2:43:00 |
| 8 | I -- I think that's very disturbing. | 2:43:02 |
| 9 | Q    Are you familiar with the browser tabs that | 2:43:05 |
| 10 | you used for the RRBAYC.com website? | 2:43:10 |
| 11 | A    I'm not sure what you mean when you say | 2:43:13 |
| 12 | "browser tabs." | 2:43:13 |
| 13 | Q    Have you ever seen a browser, and it's got | 2:43:16 |
| 14 | a little tab at the top of -- | 2:43:19 |
| 15 | A    Yes, that I'm familiar with. | 2:43:21 |
| 16 | Q    Are you familiar with there being a skull | 2:43:22 |
| 17 | logo next to the RR BAYC in the browser tab for the | 2:43:26 |
| 18 | RR BAYC website? | 2:43:27 |
| 19 | A    No.  It's something that I think has been | 2:43:29 |
| 20 | discussed, but I don't recall how that works.  If | 2:43:31 |
| 21 | I'm not mistaken, I think that's called a favicon, | 2:43:37 |
| 22 | F-A-V-I-C-O-N.  If I'm not mistaken, that what you | 2:43:43 |
| 23 | are referring to is known as a favicon. | 2:43:46 |
| 24 | Q    And who might have been involved in | 2:43:48 |
| 25 | creating that favicon for the RRBAYC.com website? | 2:43:52 |

Page 195

```
 1              Does that refresh your recollection on the    2:45:26
 2    skull logo that has been used on the apemarket.com      2:45:29
 3    and the RRBAYC.com websites?                            2:45:33
 4         MR. TOMPROS:  Object to the form.                  2:45:35
 5         THE WITNESS:  It does not, no.                     2:45:37
 6    BY MR. BALL:                                            2:45:37
 7         Q    Do you have any idea why there would be a     2:45:39
 8    skull logo being used on apemarket.com?                 2:45:43
 9         A    Apemarket.com was never launched.  There's   2:45:46
10    nothing on that website.                                2:45:47
11         Q    On the browser tab for apemarket.com, any     2:45:51
12    idea why there would be a skull logo?                   2:45:53
13         A    I have no idea why.  But it could be          2:45:55
14    anything.  It doesn't matter what is on the tab.        2:45:57
15    The website was never launched.                         2:45:59
16         Q    Did you ever promote the website?            2:46:04
17         A    I had conversations about it.                2:46:06
18         Q    With who?                                     2:46:08
19         A    My friends and people -- part of the crypto  2:46:12
20    community, exchanging ideas and things such as that.   2:46:16
21         Q    How about the RRBAYC.com website?  Why was   2:46:19
22    there a skull logo used on the RRBAYC.com website?     2:46:23
23         MR. TOMPROS:  I object to the form.                2:46:26
24              You can answer.                               2:46:26
25         THE WITNESS:  I don't -- I don't recall if there  2:46:28
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | terms of competitors, I suppose.  In the traditional | 3:02:23 |
| 2 | sense, like I -- maybe artists themselves think of | 3:02:28 |
| 3 | it like that, but I don't know.  It's an art | 3:02:30 |
| 4 | project. | 3:02:31 |
| 5 | Q    Did you ever talk about, hey, we are, you | 3:02:35 |
| 6 | know, doing great on OpenSea.  We are the | 3:02:38 |
| 7 | top-selling project? | 3:02:40 |
| 8 | A    I was very proud of the fact that we were | 3:02:43 |
| 9 | the No. 1 volume NFT collection in the world because | 3:02:47 |
| 10 | for an artist to create something that was able to | 3:02:50 |
| 11 | reach that scale was a very cool achievement and a | 3:02:55 |
| 12 | great testament to the power of the artwork and to | 3:02:58 |
| 13 | the -- to the relevance and immediacy and need for | 3:03:03 |
| 14 | that criticism. | 3:03:03 |
| 15 | It was -- it was sort of affirmation that | 3:03:07 |
| 16 | people care about defending against Neo-Nazi, | 3:03:10 |
| 17 | racist, pedophile subversion and as well as | 3:03:16 |
| 18 | predatory, fraudulent practices that can become out | 3:03:19 |
| 19 | of control in certain financial markets. | 3:03:21 |
| 20 | Q    Did you benefit from that volume in sales? | 3:03:23 |
| 21 | A    Did I benefit from the volume?  It made me | 3:03:27 |
| 22 | feel satisfied.  I don't know if you would say that | 3:03:30 |
| 23 | that -- | 3:03:31 |
| 24 | Q    Would you have financially benefited from | 3:03:33 |
| 25 | the secondary sales on OpenSea? | 3:03:36 |

Page 202

|     |                                                              |          |
|-----|--------------------------------------------------------------|----------|
| 1   | A    No.  We removed the royalties so that there             | 3:03:38  |
| 2   | was -- we are believers in certainly -- what we've           | 3:03:44  |
| 3   | done together, Ryder and I, has been about zero              | 3:03:47  |
| 4   | royalties.  So I think that it was consistent with           | 3:03:50  |
| 5   | that.                                                         | 3:03:50  |
| 6   | There was one marketplace we were not able                   | 3:03:54  |
| 7   | to remove the royalties.                                     | 3:03:55  |
| 8   | Q    And what marketplace was that?                          | 3:03:57  |
| 9   | A    If I recall correctly, it was LooksRare.                | 3:04:00  |
| 10  | We even went so far as reaching out to their team to         | 3:04:03  |
| 11  | see if they would be able to remove it from their           | 3:04:05  |
| 12  | smart contract, and we were not able to have success         | 3:04:07  |
| 13  | which was frustrating because it was never our               | 3:04:10  |
| 14  | intention as far as I recall.                                | 3:04:11  |
| 15  | Q    And before you removed the royalties on                | 3:04:12  |
| 16  | OpenSea, did you financially benefit from the                | 3:04:16  |
| 17  | secondary sales on OpenSea?                                   | 3:04:18  |
| 18  | A    It's possible.  But I don't recall.  My                | 3:04:22  |
| 19  | recollection is that as soon as we were able to set          | 3:04:25  |
| 20  | all of those to zero, it was executed.  Sometimes            | 3:04:29  |
| 21  | there would be certain technical things that would          | 3:04:32  |
| 22  | make a hang-up or something.                                 | 3:04:35  |
| 23  | What is interesting though is I know                         | 3:04:37  |
| 24  | OpenSea themselves made hundreds of thousands of             | 3:04:40  |
| 25  | dollars off of royalties of the project and                  | 3:04:42  |

Veritext Legal Solutions
866 299-5127

```
 1    OpenSea's business partners with Yuga Labs.          3:04:45

 2        Q    Were there discussions amongst yourself,    3:04:51

 3    Mr. Ripps, Mr. Cahen -- sorry.                        3:04:52

 4             Were there discussions among yourselves,    3:04:54

 5    Mr. Ripps, Mr. Lehman and Mr. Hickman about          3:04:59

 6    splitting the royalties from the sales of RR BAYC    3:05:03

 7    NFT's?                                                3:05:05

 8        A    If I recall correctly, discussions that we   3:05:08

 9    would have had about royalties would be about        3:05:10

10    splitting royalties from further developments or     3:05:13

11    things like that.                                     3:05:14

12             But the intention of the Ryder Ripps Bored  3:05:15

13    Ape Yacht Club art project was always to be zero     3:05:20

14    royalties.  And there was just some technical things 3:05:22

15    that made that more difficult or harder to achieve   3:05:25

16    than we wanted to.  For example, LooksRare.          3:05:28

17        Q    What do you mean by "further developments"?  3:05:31

18        A    Like if we worked on a project that         3:05:33

19    generated royalties, if we worked on a project that  3:05:35

20    generated income, we would have to come to an        3:05:37

21    agreement about how those would be distributed.      3:05:39

22        Q    It wasn't a discussion about splitting the  3:05:43

23    royalties from the RR BAYC NFT sales?                3:05:46

24        A    I'm not sure what you are referring to when 3:05:48

25    you say "it."  It would require a little bit more    3:05:50
```

Page 204

```
 1    itself on the block explorer, there would probably      3:54:46
 2    be a way to see both.  And different -- different       3:54:50
 3    marketplaces will have different user interfaces        3:54:54
 4    that will display metadata in whatever they design.     3:54:58
 5          So there's many marketplaces that I don't         3:55:01
 6    even know of, and they are all designed uniquely.       3:55:03
 7      Q    Were you aware of marketplaces showing the       3:55:08
 8    BAYC ID in connection with the RR BAYC NFT's?           3:55:11
 9      A    I -- I didn't mean to talk over you.             3:55:14
10          I don't recall.                                   3:55:18
11      Q    Are you aware of the BAYC NFT -- sorry.          3:55:22
12          Are you aware of the BAYC ID being shown on       3:55:26
13    RRBAYC.com in connection with the RR BAYC NFT's?        3:55:33
14      A    On -- if I recall correctly, the RRBAYC.com      3:55:38
15    site, which was the reservation site created by         3:55:41
16    Hickman and Lehman -- if I recall correctly, there      3:55:45
17    was an ID number that was displayed in small text       3:55:50
18    over the images, but I don't recall what that number    3:55:52
19    was.                                                    3:55:53
20      Q    You don't recall if it was the BAYC ID           3:55:55
21    number?                                                 3:55:57
22      A    No.  I don't recall.  I -- I believe that        3:55:59
23    there was a number.  I'm not positive about that.       3:56:02
24    But which one it was, I'm not certain.                  3:56:04
25      Q    Why would the BAYC ID number be used in          3:56:07
```

Page 241

```
 1      Q     You never gave away a single RR BAYC NFT?      4:31:51

 2      A     Me individually?                               4:31:52

 3      Q     Anybody on the RR BAYC project.                4:31:56

 4      A     I think that there may have been a handful     4:31:58

 5   given away to friends or things like that -- but        4:32:03

 6   pardon me.                                              4:32:03

 7         I don't believe that there was any like          4:32:06

 8   formal agreements with anybody.  But it's               4:32:10

 9   possible -- out of 10,000, it's possible that, you      4:32:13

10   know, two or three pieces were given away.              4:32:15

11         Actually I -- in fact, I think I may have         4:32:17

12   been given one as a gift at some point.  But I don't    4:32:20

13   recall correctly.  Or I should say I don't recall       4:32:24

14   accurately.                                             4:32:24

15      Q     And how many RR BAYC NFT's do you currently    4:32:29

16   possess?                                                4:32:31

17      A     I'm not sure of the number.                    4:32:32

18      Q     Approximately?                                 4:32:33

19      A     I could guess, but I don't think it would      4:32:37

20   be accurate.                                            4:32:38

21      Q     More or less than ten?                         4:32:40

22      A     I think more than ten.  I would think          4:32:42

23   somewhere between ten and 100 would be my guess.        4:32:45

24   But that's -- it's a very broad guess.                  4:32:50

25      Q     What is the value of those RR BAYC's NFT's     4:32:53
```

Page 255

```
 1    approximately right now?                          4:32:55

 2        A    I think that the value of them is pretty  4:32:57

 3    much the same as when they were originally being   4:33:00

 4    produced by the artist Ryder Ripps.                4:33:02

 5        Q    And what is that?                          4:33:04

 6        A    Anywhere between .1 Ethereum and .15       4:33:08

 7    Ethereum is my recollection.  And it's volatile like 4:33:13

 8    other crypto assets.                                4:33:15

 9        Q    Do you recall a time when there was a      4:33:17

10    change in the initial price of the RR BAYC NFT's?  4:33:20

11        A    The price changes every day I think.       4:33:23

12    Probably every hour.                                4:33:25

13        Q    The initial mint price.  The price to      4:33:27

14    reserve or mint the NFT.                            4:33:30

15        A    There was two different pricings.  Original 4:33:33

16    pricing was .1 ETH, and then the price changed to  4:33:38

17    .15 ETH.                                            4:33:39

18        Q    Why?                                       4:33:41

19        A    I don't recall.                            4:33:41

20        Q    Was it to make more money?                 4:33:43

21        A    Well, we don't make money.  We make        4:33:47

22    Ethereum.                                           4:33:47

23        Q    But you think in money.                    4:33:48

24        A    I think in money if I'm calculating money. 4:33:51

25        Q    That's why I asked about money.            4:33:53
```

Page 256

```
 1      A    I'm not sure what that means.  No.  That's    5:46:31
 2   for Ryder's line.                                      5:46:42
 3      Q    Were there any royalties paid before          5:46:49
 4   Mr. Ripps or yourself set the royalties to zero on    5:46:53
 5   certain marketplaces?                                 5:46:54
 6      A    It's possible, but I'm not sure.  I mean, I    5:46:58
 7   know that OpenSea has made hundreds of thousands of   5:47:00
 8   dollars in royalties.  But when you say "paid," I     5:47:06
 9   assume you are not referring to OpenSea.              5:47:07
10      Q    Paid to Mr. Ripps.                            5:47:09
11      A    I -- there could be a insignificant amount.   5:47:14
12   But as far as I understand, as mentioned before, the  5:47:17
13   only royalties were from LooksRare who wouldn't       5:47:20
14   remove them for some reason.                          5:47:23
15      Q    And what does OTC refer to on Exhibit 103?    5:47:26
16      A    OTC -- what it's referring to is the sales    5:47:33
17   of artwork directly to people who commission them as  5:47:36
18   opposed to sales of artwork via a reservation site.   5:47:47
19   RRBAYC.com.                                           5:47:51
20      Q    And you said, you know, the reservation       5:47:59
21   site.  Is that what is referred to here with pre and  5:48:04
22   post RSVP?                                            5:48:05
23      A    Yes.  That's -- that's my understanding.      5:48:11
24   So there's pre-reservation system, post-reservation   5:48:14
25   system, direct orders from supporters and fans of     5:48:20
```

Page 297

```
 1    Ryder's artwork.  And then -- yeah.  That's my          5:48:24
 2    understanding.                                          5:48:34
 3         Q    You can put that one aside.                   5:48:50
 4              And other than the -- actually, other than    5:48:59
 5    the 139,306.20 that you received here, based on the     5:49:12
 6    average of June 20, 2022 in Exhibit 103, did you        5:49:17
 7    receive any other ETH or fiat currency in connection    5:49:22
 8    with the RR BAYC project?                               5:49:30
 9         A    I believe that I -- I invested in some of     5:49:34
10    his artwork.                                            5:49:35
11              But from the project itself, no, I think      5:49:37
12    that's everything.                                      5:49:38
13         Q    And how much money did you make off the       5:49:40
14    investments in his artwork?                             5:49:41
15         A    I have no idea.                               5:49:41
16         Q    So you made some money from the sales of      5:49:48
17    RR BAYC NFT's?                                          5:49:49
18         A    Yeah.  As I mentioned before, some of         5:49:52
19    the -- I was able to make some profit on some, and      5:49:55
20    there was others that I was taking a loss on as         5:49:58
21    well.  That's my recollection.                          5:50:02
22         Q    And where would you go to understand how      5:50:04
23    much you made off of the sales of the RR BAYC NFT's?    5:50:08
24         A    Where would I go?  I would not go anywhere.   5:50:15
25         Q    Where would you look to understand how much   5:50:18
```

Page 298

```
  1        A    No, I'm not.                             6:31:26

  2        Q    Is this a text exchange between you and  6:31:29

  3   Mr. Lehman?                                         6:31:29

  4        A    That's what it looks like.               6:31:34

  5        Q    And Mr. Lehman is the blue bubbles, and you  6:31:37

  6   are the gray or white bubbles?                     6:31:38

  7        A    That's my phone number, and it says Pauly  6:31:42

  8   Shore.  So it's my phone number.  Maybe he has me in  6:31:48

  9   his phone as Pauly Shore.                           6:31:52

 10        Q    You see in the bottom at 7:21 on 6-24,   6:31:58

 11   2022, from Mr. Lehman --                            6:31:59

 12        A    Yeah.                                     6:32:01

 13        Q    -- he says,                              6:32:01

 14             "Like a normal person could be like      6:32:04

 15             'I see where Yuga is coming from.  It's   6:32:07

 16             confusing how close your logo is to       6:32:09

 17             theirs.'"                                 6:32:09

 18        A    Yeah, I see that.                         6:32:11

 19        Q    Did you do anything to address his concern?  6:32:14

 20        A    What concern?                             6:32:17

 21        Q    That a normal person could be like "I see  6:32:21

 22   where Yuga coming from.  It's confusing how close   6:32:24

 23   your logo is to theirs."                            6:32:26

 24        A    I don't -- I don't understand how there is  6:32:28

 25   concern here.  He's saying a sentence.  I don't see  6:32:31
```

Page 324

| | | |
|---|---|---|
| 1 | where concern is coming from.  I think he's just | 6:32:34 |
| 2 | discussing a possible scenario which is always | 6:32:36 |
| 3 | prudent. | 6:32:38 |
| 4 | Q    You see above that, he says, | 6:32:40 |
| 5 | "I don't want to get sued.  Or if we | 6:32:43 |
| 6 | do get sued, for us to look sympathetic to | 6:32:47 |
| 7 | everyone." | 6:32:50 |
| 8 | A    Yeah, I see that. | 6:32:51 |
| 9 | Q    And then it says, | 6:32:53 |
| 10 | "Whereas now, with the logo thing, we | 6:32:55 |
| 11 | don't look sympathetic to everyone." | 6:33:00 |
| 12 | A    Yeah, I see that. | 6:33:01 |
| 13 | Q    Did you ever address his concerns about | 6:33:04 |
| 14 | looking more sympathetic to anyone in the case that | 6:33:08 |
| 15 | you are sued for trademark infringement? | 6:33:10 |
| 16 | A    Can you please rephrase the question or | 6:33:13 |
| 17 | restate the question?  Either one is fine. | 6:33:18 |
| 18 | Q    Did you have to do anything to address his | 6:33:19 |
| 19 | concerns about not being sued? | 6:33:23 |
| 20 | A    I think what you are doing is taking a | 6:33:25 |
| 21 | statement out of context.  There's been no ongoing | 6:33:28 |
| 22 | concern with this from Tom Lehman's, you know, point | 6:33:32 |
| 23 | of view as far as I understand and recollect. | 6:33:34 |
| 24 | So yeah, I don't agree with that | 6:33:37 |
| 25 | characterization. | 6:33:39 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | I don't see that. | 6:36:53 |
| 2 | Q    Mark as Exhibit 108 -- | 6:37:13 |
| 3 | A    109. | 6:37:17 |
| 4 | Q    109.  Thank you, Mr. Cahen. | 6:37:18 |
| 5 | A    No problem.  My pleasure. | 6:37:30 |
| 6 | (Whereupon Plaintiff's Exhibit 109 | 6:37:30 |
| 7 | was marked for identification) | 6:37:34 |
| 8 | BY MR. BALL: | 6:37:34 |
| 9 | Q    You see under the picture there in | 6:37:43 |
| 10 | Exhibit 109, Mr. Lehman says to you, | 6:37:46 |
| 11 | "But I would not in the marketing show | 6:37:49 |
| 12 | screenshots like the one H showed because | 6:37:53 |
| 13 | it's too confusing to the average Joe." | 6:37:58 |
| 14 | Who is the average Joe? | 6:38:02 |
| 15 | A    I think that the average Joe is just a | 6:38:06 |
| 16 | colloquialism.  I'm not sure what Tom meant in this | 6:38:09 |
| 17 | specific context. | 6:38:13 |
| 18 | Q    You don't understand what he meant? | 6:38:17 |
| 19 | A    Not specifically, no. | 6:38:20 |
| 20 | Q    And then says -- you say, "LMAO." | 6:38:24 |
| 21 | And then you say, | 6:38:25 |
| 22 | "I think we could also have a label | 6:38:27 |
| 23 | under the logo that denotes which | 6:38:30 |
| 24 | collection you are viewing or something." | 6:38:32 |
| 25 | A    I see that, yeah. | 6:38:35 |

Page 328

| | | |
|---|---|---|
| 1 | Q   And so you wanted to have some kind of | 6:38:38 |
| 2 | label that differentiates RR BAYC NFT's from BAYC | 6:38:43 |
| 3 | NFT's? | 6:38:43 |
| 4 | A   My understanding is that in the context of | 6:38:47 |
| 5 | this, we've -- one of the most important aspects of | 6:38:50 |
| 6 | the project was to make it abundantly clear that | 6:38:54 |
| 7 | this was an artwork created by Ryder Ripps who is an | 6:38:58 |
| 8 | exceptional artist and, you know, has done things | 6:39:01 |
| 9 | like give presentations at the White House and | 6:39:02 |
| 10 | worked for many talented artists.  His father also | 6:39:06 |
| 11 | has his own artistry as a career.  His mother also | 6:39:11 |
| 12 | is a designer as well. | 6:39:16 |
| 13 | So what I was saying is that the project | 6:39:21 |
| 14 | from its inception did an incredibly good job of | 6:39:24 |
| 15 | making sure that it was absolutely clear to everyone | 6:39:27 |
| 16 | involved that there was no association or | 6:39:28 |
| 17 | affiliation with Yuga Labs whatsoever.  And that was | 6:39:32 |
| 18 | explicitly laid out in the artist statement and | 6:39:34 |
| 19 | disclaimer. | 6:39:35 |
| 20 | And one thing that we wanted to make sure | 6:39:38 |
| 21 | that we discussed and planned for in our design of | 6:39:43 |
| 22 | Ape Market was to continue that clear delineation | 6:39:46 |
| 23 | between the Nazi project and the project that was | 6:39:50 |
| 24 | a -- a conceptual art criticism and demonstration | 6:39:55 |
| 25 | about the true nature of NFT's as well as the | 6:39:59 |

Page 329

```
 1    subversive racist, Nazi and pedophile-themed hatred    6:40:02

 2    that's imbued in the work of Yuga Labs.                6:40:08

 3        Q    And it says here that you should --           6:40:10

 4    Mr. Lehman said,                                       6:40:11

 5             "My only vibe from last night is that         6:40:15

 6         we should not underestimate how confusion."       6:40:22

 7        A    Which line is that?                           6:40:24

 8         Oh, I see here.                                   6:40:26

 9         Yeah.  I see what that says.  It's unclear        6:40:30

10    what that means.                                       6:40:31

11        Q    And you say "Yeah."                           6:40:32

12        A    Yeah, I said "Yeah."                          6:40:34

13        Q    Did you do anything there to address          6:40:36

14    Mr. Lehman's concern about underestimating             6:40:38

15    confusion?                                             6:40:40

16        A    Where do you see him saying I am concerned?   6:40:42

17        Q    His statement that he's -- "we should not     6:40:47

18    underestimate how confusion."                          6:40:49

19        A    But he -- I see that he says that.  But       6:40:51

20    what I don't see is where he expresses concern.  You   6:40:54

21    are saying that, but these are not Tom Lehman's        6:40:56

22    words.                                                 6:40:57

23        Q    He said -- his words are "should not          6:41:00

24    underestimate how confusion."                          6:41:03

25        A    Yeah.  That's not concern in my opinion.  I   6:41:05
```

Page 330