# EXHIBIT 249

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3    _____x
 4    YUGA LABS, INC.,            :
 5              Plaintiff,        :
 6    vs.                         :  Civil Action No.
 7    RYDER RIPPS, JEREMY CAHEN,  :  2:22-cv-4355-JFW-JEM
 8    and DOES 1-10,              :
 9              Defendants.       :
10    _____ x
11
12
13
14                  * CONFIDENTIAL *
15              DEPOSITION OF GUY OSEARY
16               Los Angeles, California
17              Wednesday, March 1, 2023
18                      9:33 A.M.
19
20
21
22
23    Job No.:  483503
24    Pages:  1-230
25    Reported by:  Crystal Hereford, RPR
```

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023                                83

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 11:31:32 |
| 2 | █ ███████████████████████ | 11:31:45 |
| 3 | ██████████████████████████████ | 11:31:54 |
| 4 | ████████████████████████ | 11:31:59 |
| 5 | ██████████████████ | 11:32:01 |
| 6 | █ ██████████████████████ | 11:32:03 |
| 7 | ███████████████████████████████ | 11:32:08 |
| 8 | ██████████████████████████ | 11:32:13 |
| 9 | ████████████████████████ | 11:32:15 |
| 10 | ████████████████████████ | 11:32:18 |
| 11 | █████ | 11:32:22 |
| 12 | █ ████ | 11:32:22 |
| 13 | █ ██████████████████ | 11:32:23 |
| 14 | █ ██████ | 11:32:24 |
| 15 | █ ████████████████████ | 11:32:26 |
| 16 | ██████ | 11:32:30 |
| 17 | █ ████████████████ | 11:32:31 |
| 18 | █ ██████████████████████ | 11:32:33 |
| 19 | ██████████████████████████ | 11:32:36 |
| 20 | ██████████████████████████ | 11:32:39 |
| 21 | ███████████████████████ | 11:32:44 |
| 22 | ██████████████████████████ | 11:32:51 |
| 23 | ██████████████████████████ | 11:32:55 |
| 24 | ███████████████████████ | 11:32:59 |
| 25 | ████████████████████████ | 11:33:02 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

84

| # | Text | Time |
|---|------|------|
| 1 | [REDACTED] | 11:33:05 |
| 2 | [REDACTED] | 11:33:09 |
| 3 | [REDACTED] | 11:33:11 |
| 4 | [REDACTED] | 11:33:11 |
| 5 | [REDACTED] | 11:33:13 |
| 6 | [REDACTED] | 11:33:13 |
| 7 | [REDACTED] | 11:33:14 |
| 8 | [REDACTED] | 11:33:18 |
| 9 | [REDACTED] | 11:33:21 |
| 10 | [REDACTED] | 11:33:22 |
| 11 | [REDACTED] | 11:33:24 |
| 12 | [REDACTED] | 11:33:24 |
| 13 | [REDACTED] | 11:33:27 |
| 14 | [REDACTED] | 11:33:31 |
| 15 | [REDACTED] | 11:33:33 |
| 16 | [REDACTED] | 11:33:34 |
| 17 | [REDACTED] | 11:33:35 |
| 18 | [REDACTED] | 11:33:37 |
| 19 | [REDACTED] | 11:33:39 |
| 20 | [REDACTED] | 11:33:41 |
| 21 | [REDACTED] | 11:33:44 |
| 22 | [REDACTED] | 11:33:45 |
| 23 | [REDACTED] | 11:33:45 |
| 24 | [REDACTED] | 11:33:47 |
| 25 | [REDACTED] | 11:33:49 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023                85

|  |  |  |
|---|---|---|
| 1 | ███████████████████████████████ | 11:33:51 |
| 2 | ███████████████████████████ | 11:33:54 |
| 3 | ████████████████████████████████ | 11:33:57 |
| 4 | ██████████████████████████████ | 11:34:00 |
| 5 | ██ | 11:34:05 |

6         MR. BALL:  How are we doing break-wise?   11:34:13
7         MR. TOMPROS:  I'm happy to keep on going   11:34:17
8 or take a break, whatever you want.   11:34:19
9         MR. BALL:  Yeah, can we take a quick   11:34:21
10 break?   11:34:22
11         MR. TOMPROS:  Sure.   11:34:22
12         MR. BALL:  I need one myself.   11:34:22
13         THE VIDEOGRAPHER:  Stand by.   11:34:25
14         We're going off the record.  The time on   11:34:26
15 the video monitor is 11:34 a.m.   11:34:28
16         (Off the record.)   11:49:14
17         THE VIDEOGRAPHER:  We are back on the   11:49:28
18 record.  The time on the video monitor is 11:49 a.m.   11:49:41
19   Q.  Mr. Oseary, what business relationship   11:49:47
20 have you had, if any, with Eminem?   11:49:49
21   A.  I don't have a business relationship with   11:49:52
22 Eminem.   11:49:54
23   Q.  And what business relationship have you   11:49:55
24 had, if any, with Stephen Curry?   11:49:57
25   A.  I have never met him.   11:50:00

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023       102

| | | |
|---|---|---|
| 1 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:18 |
| 2 | ▮ ▮▮▮▮▮▮▮▮▮▮ | 12:13:19 |
| 3 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:21 |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:24 |
| 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:28 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:32 |
| 7 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:37 |
| 8 | ▮▮▮ | 12:13:41 |
| 9 | ▮ ▮▮▮▮▮▮ | 12:13:41 |
| 10 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:13:48 |
| 11 | ▮ | 12:14:06 |
| 12 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:14:06 |
| 13 | ▮▮▮ | 12:14:09 |
| 14 | ▮ ▮▮▮▮▮▮ | 12:14:10 |
| 15 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:14:11 |
| 16 | ▮▮▮▮▮▮ | 12:14:12 |
| 17 | ▮ ▮▮▮▮▮▮ | 12:14:12 |
| 18 | ▮ ▮▮▮▮▮▮▮▮▮ | 12:14:13 |
| 19 | ▮▮▮▮▮ | 12:14:15 |
| 20 | ▮ ▮▮ | 12:14:15 |
| 21 | ▮ ▮▮▮▮▮▮▮▮▮▮ | 12:14:15 |
| 22 | ▮▮ | 12:14:18 |
| 23 | ▮▮▮▮▮▮ | 12:14:19 |
| 24 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:14:19 |
| 25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12:14:21 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

103

| # | | Time |
|---|---|---|
| 1 | ████████████████████████████████ | 12:14:28 |
| 2 | ████████████████████ | 12:14:37 |
| 3 | ██ ██ | 12:14:38 |
| 4 | ██ ██████████████████████ | 12:14:38 |
| 5 | ████████████████████████████████ | 12:14:43 |
| 6 | ████████████████████████████████ | 12:14:48 |
| 7 | ██████████████████████████████████ | 12:14:51 |
| 8 | ██████████████████████████████ | 12:14:55 |
| 9 | ██ ██ | 12:15:00 |
| 10 | ██████████████████████████ | 12:15:00 |
| 11 | ██████ | 12:15:03 |
| 12 | ██ ██ | 12:15:04 |
| 13 | ████████████████ | 12:15:04 |
| 14 | ████████████ | 12:15:05 |
| 15 | ██ ████████████████████████ | 12:15:06 |
| 16 | ████████████ | 12:15:09 |
| 17 | ██ ██ | 12:15:10 |
| 18 | ██ ██████████████████████ | 12:15:10 |
| 19 | ██████ | 12:15:13 |
| 20 | ██ ██ | 12:15:15 |
| 21 | ██ ██████████████████████ | 12:15:15 |
| 22 | ████████████████ | 12:15:19 |
| 23 | ████████████████████ | 12:15:20 |
| 24 | ██████ | 12:15:20 |
| 25 | ██████████████ | 12:15:22 |