# EXHIBIT 250

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4   _____
                                        )
 5   YUGA LABS, INC.,                   )CASE NO.:
                                        )
 6                    Plaintiff,        )22-cv-04355-
                                        )JFW-JEM
 7            v.                        )
                                        )
 8   RYDER RIPPS, JEREMY CAHEN, DOES    )
     1-10,                              )
 9                                      )
                      Defendants.       )
10                                      )
     _____)
11
12
13       ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14              ATTORNEYS' EYES ONLY **
15
16
17              DEPOSITION OF GREG SOLANO
18                       VOLUME I
19               LOS ANGELES, CALIFORNIA
20              TUESDAY, JANUARY 17, 2023
21
22
23
24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       477897
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                    62

| | | |
|---|---|---|
| 1 | A. Bored Ape Yacht Club, BAYC, Bored Ape, | 10:48:03 |
| 2 | BAYC logo, BAYC Bored Ape Yacht Club logo, and ape | 10:48:15 |
| 3 | skull logo trademarks. I am not sure on -- I may | 10:48:20 |
| 4 | have on ape. | 10:48:30 |
| 5 | Q. Mr. Aronow also participated in the design | 10:48:31 |
| 6 | of at least some of the BAYC marks; correct? | 10:48:36 |
| 7 | MR. BALL: Objection. Lacks foundation. | 10:48:40 |
| 8 | Calls for speculation. | 10:48:42 |
| 9 | A. Yes. He was involved. | 10:48:47 |
| 10 | Q. Which of the marks in paragraph 11 did | 10:48:48 |
| 11 | Mr. Aronow participate in the design of? | 10:48:52 |
| 12 | MR. BALL: Objection. Calls for | 10:48:55 |
| 13 | speculation. | 10:48:59 |
| 14 | A. You'll have to -- | 10:48:59 |
| 15 | MR. BALL: Vague. | 10:49:00 |
| 16 | A. You'll have to speak with Wylie on which | 10:49:02 |
| 17 | ones exactly. I don't recall everything. | 10:49:05 |
| 18 | Q. A third-party designer was engaged by you | 10:49:09 |
| 19 | and Mr. Aronow to participate in the design of the | 10:49:13 |
| 20 | BAYC marks; correct? | 10:49:17 |
| 21 | MR. BALL: Objection. Lacks foundation. | 10:49:18 |
| 22 | Vague. | 10:49:20 |
| 23 | A. We hired a freelance designer to help | 10:49:29 |
| 24 | create these logos. | 10:49:32 |
| 25 | ■  ■ | 10:49:37 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

63

| | | |
|---|---|---|
| 1 | ███████████████ | 10:49:43 |
| 2 | ████████ | 10:49:46 |
| 3 | ██████████████ | 10:49:54 |
| 4 | ████████████████ | 10:49:57 |
| 5 | ████████████████ | 10:49:59 |
| 6 | ██ | 10:50:03 |
| 7 | ████████████ | 10:50:04 |
| 8 | ████████████ | 10:50:06 |
| 9 | ████████████████ | 10:50:10 |
| 10 | ██████████████ | 10:50:15 |
| 11 | ██ | 10:50:18 |
| 12 | ████████████ | 10:50:19 |
| 13 | ████████████████ | 10:50:21 |
| 14 | █ | 10:50:24 |
| 15 | ██████████ | 10:50:24 |
| 16 | ██████████████ | 10:50:25 |
| 17 | ██████████████ | 10:50:27 |
| 18 | ██████████████ | 10:50:29 |
| 19 | ████████████████ | 10:50:31 |
| 20 | ████████████████ | 10:50:34 |
| 21 | ████████████ | 10:50:36 |
| 22 | ████████████ | 10:50:39 |
| 23 | ████████████████ | 10:50:41 |
| 24 | ████████████ | 10:50:43 |
| 25 | ██████████████ | 10:50:46 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                               64

| | | |
|---|---|---|
| 1 | design, ███████ | 10:50:49 |
| 2 | ███████████████████ | 10:50:51 |
| 3 | ███████████████ | 10:50:54 |
| 4 | ███████████████ | 10:50:56 |
| 5 | █████████████████ | 10:50:57 |
| 6 | ████████████████ | 10:51:00 |
| 7 | ███████████████ | 10:51:03 |
| 8 | █████████████████ | 10:51:04 |
| 9 | ████████████████ | 10:51:10 |
| 10 | ████████████████ | 10:51:11 |
| 11 | ██████ | 10:51:11 |
| 12 | ████████████ | 10:51:14 |
| 13 | ████████████████ | 10:51:16 |
| 14 | █████████████████ | 10:51:19 |
| 15 | ████████████████ | 10:51:23 |
| 16 | ██████████ | 10:51:24 |
| 17 | ███████ | 10:51:28 |
| 18 | █████████████ | 10:51:29 |
| 19 | █████████████████ | 10:51:29 |
| 20 | █████████████ | 10:51:30 |
| 21 | █████████████████ | 10:51:30 |
| 22 | █████ | 10:51:34 |
| 23 | ███████████ | 10:51:34 |
| 24 | ███████████████ | 10:51:37 |
| 25 | ███████████████ | 10:51:39 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023												65

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 10:51:42 |
| 2 | ███████████████████████████████ | 10:51:43 |
| 3 | ███████████████████████████████ | 10:51:47 |
| 4 | ███████████████████████████████ | 10:51:50 |
| 5 | ███████████████████████████████ | 10:51:51 |
| 6 | ███████████████████████████████ | 10:51:53 |
| 7 | ███████████████████████████████ | 10:51:55 |
| 8 | ███████████████████████████████ | 10:51:58 |
| 9 | ███████████████████████████████ | 10:52:00 |
| 10 | ███████████████████████████████ | 10:52:02 |
| 11 | ███████████████████████████████ | 10:52:06 |
| 12 | ███ | 10:52:09 |
| 13 | ███████████████████████████████ | 10:52:10 |
| 14 | ███████████████████████████████ | 10:52:12 |
| 15 | ███████████████████████████████ | 10:52:16 |
| 16 | ███████████████████████████████ | 10:52:18 |
| 17 | ███████████████████████████████ | 10:52:21 |
| 18 | ███████████████████████████████ | 10:52:23 |
| 19 | ███████████████████████████████ | 10:52:27 |
| 20 | ███████████████████████████████ | 10:52:28 |
| 21 | ███████████████████████████████ | 10:52:31 |
| 22 | ███████████████████████████████ | 10:52:32 |
| 23 | ███████████████████████████████ | 10:52:32 |
| 24 | ███████████████████████████████ | 10:52:32 |
| 25 | ███████████████████████████████ | 10:52:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023    66

| | | |
|---|---|---|
| 1 | ██████████████████ | 10:52:35 |
| 2 | █ ██████████████████████ | 10:52:36 |
| 3 | ████████████████████ | 10:52:38 |
| 4 | █ ███████████████ | 10:52:39 |
| 5 | ██████████████████████████ | 10:52:41 |
| 6 | ███████████████████████████ | 10:52:46 |
| 7 | █████████████████████ | 10:52:49 |
| 8 | ██████ | 10:52:52 |
| 9 | █ ██████████████████ | 10:52:52 |
| 10 | █████████████████████ | 10:52:54 |
| 11 | ████████████████████████ | 10:52:57 |
| 12 | ████████████████████████ | 10:53:00 |
| 13 | ██████████████████████ | 10:53:03 |
| 14 | ██████████████████████ | 10:53:05 |
| 15 | █ | 10:53:07 |
| 16 | █ ██████████████████████ | 10:53:11 |

17        When did you engage this third-party    10:53:14
18   designer?    10:53:20
19        A.   In early 2021.    10:53:20
20        Q.   Can you be more specific than that, maybe    10:53:26
21   the month.    10:53:31
22        A.   February, I believe.  February or March.    10:53:31
23        Q.   What did you instruct the third-party    10:53:34
24   designer to do?    10:53:36
25        A.   We asked the designer to create a logo    10:53:37

| | | |
|---|---|---|
| 1 | A. The letters "BAYC" were provided to the | 11:01:41 |
| 2 | designer. | 11:01:46 |
| 3 | Q. And did the third-party designer choose | 11:01:46 |
| 4 | the use of a skull? | 11:01:49 |
| 5 | A. I don't recall. | 11:01:53 |
| 6 | MR. BALL: Objection. | 11:01:56 |
| 7 | Q. Why was a skull chosen for the Bored Ape | 11:01:57 |
| 8 | Yacht Club logo? | 11:02:12 |
| 9 | MR. BALL: Objection. Vague. Calls for | 11:02:12 |
| 10 | speculation. | 11:02:18 |
| 11 | A. I don't recall who was the first person to | 11:02:18 |
| 12 | think of a skull. But this is called "Bored Ape | 11:02:25 |
| 13 | Yacht Club," and I remember early on we liked the | 11:02:32 |
| 14 | idea that these apes are bored to death. | 11:02:35 |
| 15 | Q. At some point during the design of this | 11:02:49 |
| 16 | logo in Exhibit 202, someone conducted a Google | 11:02:54 |
| 17 | image search for the phrase "ape skull"; correct? | 11:02:57 |
| 18 | A. I don't recall. | 11:03:00 |
| 19 | Q. Did you conduct a Google image search for | 11:03:00 |
| 20 | the phrase "ape skull" during the course of the | 11:03:10 |
| 21 | creation of this logo? | 11:03:11 |
| 22 | A. I don't recall. | 11:03:13 |
| 23 | Q. Did you know how to use Google image | 11:03:13 |
| 24 | search in early 2021? | 11:03:16 |
| 25 | A. Yes, I know how to Google a word. | 11:03:18 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023

113

| | | |
|---|---|---|
| 1 | [REDACTED] | 12:25:19 |
| 2 | [REDACTED] | 12:25:22 |
| 3 | [REDACTED] | 12:25:24 |
| 4 | [REDACTED] | 12:25:27 |
| 5 | [REDACTED] | 12:25:44 |
| 6 | [REDACTED] | 12:25:46 |
| 7 | [REDACTED] | 12:25:48 |
| 8 | [REDACTED] | 12:25:49 |
| 9 | [REDACTED] | 12:25:52 |
| 10 | [REDACTED] | 12:25:52 |
| 11 | [REDACTED] | 12:25:55 |
| 12 | [REDACTED] | 12:25:59 |
| 13 | [REDACTED] | 12:26:08 |
| 14 | [REDACTED] | 12:26:11 |
| 15 | [REDACTED] | 12:26:18 |
| 16 | [REDACTED] | 12:26:21 |
| 17 | [REDACTED] | 12:26:24 |
| 18 | [REDACTED] | 12:26:27 |
| 19 | [REDACTED] | 12:26:30 |
| 20 | [REDACTED] | 12:26:38 |
| 21 | Q.  Now, focused specifically just on the BAYC | 12:26:46 |
| 22 | collection consisting of 10,000 unique Bored Ape | 12:26:49 |
| 23 | NFTs, does Yuga Labs sell those NFTs today? | 12:26:54 |
| 24 |     MR. BALL:  Objection.  Vague.  Calls for a | 12:26:59 |
| 25 | legal conclusion. | 12:27:02 |

| | | |
|---|---|---|
| 1 | A. We have not sold -- we are not selling any | 12:27:11 |
| 2 | of the 10,000 Bored Ape NFTs currently. | 12:27:13 |
| 3 | Q. You mentioned earlier in your testimony a | 12:27:16 |
| 4 | website called Foundation. | 12:27:19 |
| 5 | Do you remember that? | 12:27:21 |
| 6 | A. Yes. | 12:27:22 |
| 7 | Q. What is Foundation? | 12:27:22 |
| 8 | A. Foundation is a NFT marketplace. | 12:27:24 |
| 9 | Previously, I believe it was invite-only or you had | 12:27:30 |
| 10 | to apply or otherwise gain entrance into it. Last | 12:27:33 |
| 11 | year, they opened it up so that other people, I | 12:27:40 |
| 12 | believe, could mint collections on that marketplace. | 12:27:46 |
| 13 | Q. When did it change from becoming | 12:27:49 |
| 14 | invite-only to not? | 12:27:51 |
| 15 | A. I don't know the exact date. | 12:27:56 |
| 16 | Q. Does Yuga Labs have a page on Foundation | 12:28:01 |
| 17 | for the Bored Ape Yacht Club NFT collection? | 12:28:03 |
| 18 | MR. BALL: Objection. Vague. Calls for | 12:28:06 |
| 19 | speculation. | 12:28:10 |
| 20 | A. I have not checked Foundation myself | 12:28:10 |
| 21 | recently. We -- Yuga Labs is on many marketplaces | 12:28:16 |
| 22 | that we never -- Yuga Labs's NFTs are on many | 12:28:19 |
| 23 | marketplaces that we have never interacted with. | 12:28:26 |
| 24 | It's the Ethereum blockchain. They can get picked | 12:28:30 |
| 25 | up there. | 12:28:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023
138

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 13:53:47 |
| 2 | ████████████████████████████ | 13:53:50 |
| 3 | ████████████████████████████ | 13:53:53 |
| 4 | █ ██████████████████████ | 13:53:55 |
| 5 | █ | 13:54:00 |
| 6 | █████████████████ | 13:54:00 |
| 7 | ████████████████████████████ | 13:54:05 |
| 8 | █ ██████████████████ | 13:54:09 |
| 9 | ████████████████████████████ | 13:54:18 |
| 10 | ███████████████████████ | 13:54:23 |
| 11 | █ ██████████████████████ | 13:54:27 |
| 12 | ████████████████████████████ | 13:54:36 |
| 13 | ████████████████████████████ | 13:54:38 |
| 14 | ███████████████████████ | 13:54:41 |
| 15 | ██████ | 13:54:42 |
| 16 | █ ██████ | 13:54:44 |
| 17 | █ ██████████████████ | 13:54:45 |
| 18 | █ | 13:54:48 |
| 19 | █ ████████████████████ | 13:54:49 |
| 20 | ██████████████████ | 13:55:06 |
| 21 | ███████████ | 13:55:08 |
| 22 | ██████████████████████████ | 13:55:09 |
| 23 | ████████ | 13:55:12 |
| 24 | █ ██████████████████████ | 13:55:20 |
| 25 | ██████████ | 13:55:23 |

1    Q.   Do you know whether anyone else has ever                14:22:12
2  called him an artist?                                          14:22:17
3         MR. BALL:  Objection.  Calls for                        14:22:18
4  speculation.                                                   14:22:19
5    A.   I think almost everybody on the planet has              14:22:19
6  been called an artist.                                         14:22:22
7         (Exhibit 209 marked.)                                   14:23:07
8  BY MR. TOMPROS:                                                14:23:07
9    Q.   Mr. Solano, you have been handed what has               14:23:09
10 been marked as Exhibit 209, a two-page document that           14:23:11
11 at the top says "1/6/23, 9:58 p.m. BAYC," and at the           14:23:16
12 bottom says "HTTPS://BoardApeYachtClub.com/#/terms             14:23:24
13 1/2."                                                          14:23:37
14        Do you have that document in front of you?              14:23:40
15   A.   Yes.                                                    14:23:42
16   Q.   What is it?                                             14:23:43
17   A.   This looks like a screenshot of the Bored               14:23:43
18 Ape Yacht Club website.  I do not know if any of the           14:23:52
19 text is changed or if it's a copycat or it's the               14:23:56
20 real site.                                                     14:24:03
21        MR. BALL:  And I'll just -- for the                     14:24:03
22 record, it looks like some of the text is cut off or           14:24:05
23 blurred on some aspects of it.                                 14:24:09
24        MR. KATES:  The last word on line 5 from                14:24:13
25 the top and the last word from the first sentence              14:24:17

| | | |
|---|---|---|
| 1 | under "commercial use," it's unclear whether the | 14:24:20 |
| 2 | second letter reference is cut off. | 14:24:23 |
| 3 | MR. TOMPROS:  Okay.  We will do our best. | 14:24:24 |
| 4 | If we need to go to the website, I'm sure we can. | 14:24:28 |
| 5 | BY MR. TOMPROS: | 14:24:32 |
| 6 | Q.  Yuga Labs has terms and conditions for | 14:24:34 |
| 7 | ownership of Bored Ape Yacht Club NFTs; correct? | 14:24:38 |
| 8 | MR. BALL:  Objection.  Calls for a legal | 14:24:41 |
| 9 | conclusion. | 14:24:42 |
| 10 | A.  There is a terms and conditions page on | 14:24:43 |
| 11 | the Bored Ape Yacht Club website if that's what you | 14:24:47 |
| 12 | mean. | 14:24:50 |
| 13 | ■ ■■■■■■■■■■■■■■■■■■■■■■■ | 14:24:50 |
| 14 | ■■■■■■■■■■■■■■■■■■■ | 14:24:53 |
| 15 | ■ ■■■■■■ | 14:24:53 |
| 16 | ■ ■■■■■■■■■■■■■■■■■■■■■■■■■■ | 14:24:56 |
| 17 | ■■■■■■■■■■■■■ | 14:25:07 |
| 18 | ■■■■■■■■■■■■■■■■■■ | 14:25:08 |
| 19 | ■ ■■■■■■■■■■■■■■■■■■■■ | 14:25:09 |
| 20 | ■ ■■■■■■■■■■■■■■■■■■■■■■■ | 14:25:14 |
| 21 | ■■■■■■■■■■■■■■■■■■■■■■■■■■ | 14:25:16 |
| 22 | ■■■ | 14:25:19 |
| 23 | ■■■■■■■■■■■■■■■■■■ | 14:25:21 |
| 24 | ■ ■■ | 14:25:22 |
| 25 | ■ ■■■■■■■■■■■■■■■■■■■■■ | 14:25:25 |

| # | | Time |
|---|---|---|
| 1 | ███████████ | 14:27:15 |
| 2 | █ ████████████████████████ | 14:27:16 |
| 3 | ████████████ | 14:27:23 |
| 4 | █████████████████████████ | 14:27:24 |
| 5 | ██████████████ | 14:27:26 |
| 6 | ██████████ | 14:27:26 |
| 7 | █ █████ | 14:27:27 |
| 8 | █ ████████████████████████ | 14:27:27 |
| 9 | ████████████████ | 14:27:35 |
| 10 | █ █████████████ | 14:27:36 |
| 11 | █ ██████████████████████ | 14:27:38 |
| 12 | █████████████████████████ | 14:27:40 |
| 13 | █████████████████████████ | 14:27:44 |
| 14 | █ █████████████████ | 14:27:49 |
| 15 | █ ██████████ | 14:27:51 |
| 16 | █ ██████████████████████ | 14:27:52 |
| 17 | █ ███████████████████ | 14:27:56 |
| 18 | ████████████████████ | 14:27:59 |
| 19 | █ ████████████████████ | 14:28:01 |
| 20 | █████████████████████████ | 14:28:06 |
| 21 | ████████████████████████ | 14:28:10 |
| 22 | █████████████████████████ | 14:28:14 |
| 23 | █████████████████████████ | 14:28:18 |
| 24 | ███████████████████████ | 14:28:22 |
| 25 | ████████████████████ | 14:28:26 |

| | | |
|---|---|---|
| 1 | ██████████████████████████ | 14:28:28 |
| 2 | █ █████████████████████████████ | 14:28:29 |
| 3 | ████████████████████████████████ | 14:28:34 |
| 4 | ████ | 14:28:39 |
| 5 | █████████████████████████████ | 14:28:41 |
| 6 | ████████████████ | 14:28:45 |
| 7 | ███████████████████████████████ | 14:28:46 |
| 8 | ███████████ | 14:28:50 |
| 9 | █ ███████████████████████████ | 14:28:50 |
| 10 | ████████████████ | 14:28:58 |
| 11 | █ █████████████████ | 14:29:01 |
| 12 | █ ██████████████████████████ | 14:29:04 |
| 13 | ███████████████████████████████ | 14:29:10 |
| 14 | ████████████████████████████████ | 14:29:13 |
| 15 | ████████████████████████████████ | 14:29:18 |
| 16 | ████████████████████████████████ | 14:29:21 |
| 17 | ████ | 14:29:26 |
| 18 | ████████████████████████ | 14:29:26 |
| 19 | ███████████████████████████████ | 14:29:29 |
| 20 | ████████████████████████████████ | 14:29:33 |
| 21 | ██████████████████████████████ | 14:29:36 |
| 22 | ████████████████████████████████ | 14:29:41 |
| 23 | █████████████████████████████ | 14:29:45 |
| 24 | ████████████████████████████████ | 14:29:48 |
| 25 | ████████████████████████████ | 14:29:50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

162

| # | | Time |
|---|---|---|
| 1 | ██████████████████████ | 14:29:53 |
| 2 | █ ██████████████████████████ | 14:29:56 |
| 3 | ██████████████ | 14:30:01 |
| 4 | ████████████████████ | 14:30:02 |
| 5 | ████████████████████ | 14:30:04 |
| 6 | ████ | 14:30:07 |
| 7 | █ ██████████████████████ | 14:30:07 |
| 8 | ████████████████████████ | 14:30:16 |
| 9 | █████ | 14:30:21 |
| 10 | █ ███████████████████ | 14:30:21 |
| 11 | ██████ | 14:30:27 |
| 12 | ██████████████ | 14:30:30 |
| 13 | █ █████████████████████ | 14:30:33 |
| 14 | ███████████████████████████ | 14:30:36 |
| 15 | ████████████████ | 14:30:43 |
| 16 | █ ████████████████ | 14:30:46 |
| 17 | ██████████████████████████ | 14:30:52 |
| 18 | ██████ | 14:30:55 |
| 19 | █ █████████████████ | 14:30:56 |
| 20 | ██████ | 14:31:01 |
| 21 | █ █████████████████ | 14:31:01 |
| 22 | ████████████████████████ | 14:31:07 |
| 23 | ██████████████████████ | 14:31:12 |
| 24 | ██████ | 14:31:13 |
| 25 | █ █████████████████ | 14:31:15 |

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████████ | 16:48:33 |
| 2 | ████████████ | 16:48:35 |
| 3 | █ ██████████████████████ | 16:48:36 |
| 4 | ██████████████ | 16:48:49 |
| 5 | █ ██████████████████████ | 16:48:50 |
| 6 | ████████████ | 16:48:54 |
| 7 | ██████████████████ | 16:48:55 |
| 8 | ██████████████████████████████ | 16:48:58 |
| 9 | ████████ | 16:48:59 |
| 10 | ████████████████████ | 16:49:01 |
| 11 | ██████████████████ | 16:49:03 |
| 12 | █ ████████████████████████ | 16:49:05 |
| 13 | ██████████████████████████ | 16:49:12 |
| 14 | ████████████ | 16:49:19 |
| 15 | █ ██████████████████████ | 16:49:22 |
| 16 | ██████████████ | 16:49:28 |
| 17 | █ ██████████████ | 16:49:29 |
| 18 | ████████████████ | 16:49:29 |
| 19 | █ ██████████████████████ | 16:49:30 |
| 20 | █ ██████████████████████ | 16:49:34 |
| 21 | ████████████████████ | 16:49:39 |
| 22 | ██████████ | 16:49:41 |
| 23 | █ ██ | 16:49:42 |
| 24 | █ ██████████████████ | 16:49:42 |
| 25 | ██████████████████████████ | 16:50:03 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

230

| # | | Time |
|---|---|---|
| 1 | █████████████████████████ | 16:50:37 |
| 2 | ████████████████████████ | 16:50:41 |
| 3 | ██ | 16:50:43 |
| 4 | ███████████████████ | 16:50:44 |
| 5 | █████████████████████████ | 16:50:47 |
| 6 | ██████████████████████ | 16:50:51 |
| 7 | ████████████ | 16:50:55 |
| 8 | █ █ | 16:50:56 |
| 9 | █ ██████████████ | 16:50:58 |
| 10 | ████████████████ | 16:51:00 |
| 11 | █ █████████████████ | 16:51:04 |
| 12 | ██████████████████████ | 16:51:06 |
| 13 | █████████████ | 16:51:08 |
| 14 | █ █████████████████████ | 16:51:10 |
| 15 | █████████████████████████ | 16:51:15 |
| 16 | ███████████████ | 16:51:20 |
| 17 | ████████████████████ | 16:51:22 |
| 18 | ██████████████████ | 16:51:25 |
| 19 | ████████████████ | 16:51:32 |
| 20 | ██████████████████████ | 16:51:33 |
| 21 | ███ | 16:51:38 |
| 22 | █ ████████████████████ | 16:51:39 |
| 23 | ████████████████████████ | 16:51:45 |
| 24 | █ ███████████████████ | 16:51:51 |
| 25 | ███ | 16:51:57 |