# EXHIBIT 251

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
 2                   WESTERN DIVISION
      --------------------------------X
 3    YUGA LABS, INC.,                :
              Plaintiff and           :
 4            Counterclaim Defendant  :
              v.                      :Civil Action No:
 5                                    :2:22-cv-04355-
      RYDER RIPPS, JEREMY CAHEN,      :JFW-JEM
 6            Defendants and          :
              Counterclaim Plaintiffs.: (FULL TRANSCRIPT)
 7    --------------------------------X

 8

 9    ** THIS TRANSCRIPT CONTAINS HIGHLY CONFIDENTIAL –

10         ATTORNEYS' EYES ONLY INFORMATION **

11

12              DEPOSITION OF KEREM ATALAY

13             MONDAY, JANUARY 30, 2023

14                   9:00 A.M.

15

16

17

18

19

20

21

22

23    Job No.: 478965

24    Pages 1 - 192

25    Reported by: Adrienne Mignano, RPR
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                                     38

| | | |
|---|---|---|
| 1 | ████████████████████ | 10:11:21 |
| 2 | ██ ████████████ | 10:11:26 |
| 3 | ████████████████████ | 10:11:28 |
| 4 | ██████████ | 10:11:35 |
| 5 | █ ██████████ | 10:11:36 |
| 6 | █ █████████ | 10:11:41 |
| 7 | ███████████ | 10:11:45 |
| 8 | ██████ | 10:11:47 |
| 9 | █ ████████████ | 10:11:51 |
| 10 | ███ | 10:11:53 |
| 11 | █ ███████ | 10:11:54 |
| 12 | █ ██████ | 10:11:56 |
| 13 | █ ████████████ | 10:12:02 |
| 14 | █████████████ | 10:12:07 |
| 15 | ██████████████ | 10:12:13 |
| 16 | █ | 10:12:15 |
| 17 | █ | 10:12:18 |
| 18 | █ ████████ | 10:12:20 |
| 19 | █ ███████ | 10:12:23 |
| 20 | █ █████████████ | 10:12:25 |
| 21 | ██████████ | 10:12:27 |
| 22 | █ ████████ | 10:12:32 |
| 23 | ████ | 10:12:34 |
| 24 | █ █████████ | 10:12:38 |
| 25 | ███████████ | 10:12:42 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                      39

| # | | Time |
|---|---|---|
| 1 | | 10:12:46 |
| 2 | | 10:12:48 |
| 3 | | 10:12:54 |
| 4 | | 10:13:05 |
| 5 | | 10:13:07 |
| 6 | | 10:13:10 |
| 7 | | 10:13:18 |
| 8 | | 10:13:21 |
| 9 | | 10:13:26 |
| 10 | | 10:13:28 |
| 11 | | 10:13:32 |
| 12 | | 10:13:35 |
| 13 | | 10:13:40 |
| 14 | | 10:13:43 |
| 15 | | 10:13:47 |
| 16 | | 10:13:54 |
| 17 | | 10:13:57 |
| 18 | | 10:13:59 |
| 19 | | 10:14:00 |
| 20 | | 10:14:04 |
| 21 | | 10:14:08 |
| 22 | | 10:14:12 |
| 23 | | 10:14:16 |
| 24 | | 10:14:18 |
| 25 | | 10:14:18 |

1      Q    What are the reasons?                          11:06:13

2      A    Again, I mean, there are so many               11:06:25

3  different contexts here, but let's see, I guess         11:06:28

4  to check the balance of, you know, ERC-20 tokens        11:06:36

5  in a particular wallet, for example.                    11:06:41

6      Q    What else?                                     11:06:44

7      A    To check, you know, what the token             11:06:48

8  name for a particular token might be -- an               11:06:54

9  ERC-20 token.                                           11:06:57

10     Q    Why would you check the token name?            11:07:00

11     A    People can do that for any number of           11:07:02

12  reasons.  I don't know.                                11:07:04

13     Q    Well, I'm just asking why you used             11:07:09

14  Etherscan to check a token name.                       11:07:13

15     A    As a distinguishing characteristic,            11:07:24

16  maybe, or to see -- just to, sort of, identify         11:07:27

17  something.                                             11:07:29

18     Q    Why were you looking for a                     11:07:32

19  distinguishing characteristic?                         11:07:34

20          MR. BALL:  Objection.  Vague.                  11:07:36

21  Mischaracterizes testimony.                            11:07:37

22     A    I mean, I can't recall a specific              11:07:41

23  instance.  This was kind of a hypothetical,            11:07:43

24  but ...                                                11:07:46

25     Q    Generally, why would you use the               11:07:48

| | | |
|---|---|---|
| 1 | token name as a distinguishing characteristic? | 11:07:51 |
| 2 | MR. BALL: Objection. | 11:07:55 |
| 3 | Mischaracterizes his testimony. Vague. Asked | 11:07:55 |
| 4 | and answered. | 11:07:59 |
| 5 | A    It is -- I mean, can you provide | 11:08:06 |
| 6 | more, maybe, context or more -- could you | 11:08:11 |
| 7 | restate the question, like what -- what exactly | 11:08:14 |
| 8 | do you mean there? | 11:08:18 |
| 9 | Q    So do you remember earlier, when you | 11:08:19 |
| 10 | testified that you were looking at a token name | 11:08:21 |
| 11 | for a distinguishing characteristic?  I'm | 11:08:25 |
| 12 | probably paraphrasing your answer, but do you | 11:08:28 |
| 13 | remember giving that answer earlier? | 11:08:31 |
| 14 | MR. BALL: Objection. | 11:08:35 |
| 15 | Mischaracterizes his testimony. | 11:08:35 |
| 16 | A    I said that that's something somebody | 11:08:37 |
| 17 | could do through Etherscan. | 11:08:39 |
| 18 | Q    What's the benefits of identifying a | 11:08:41 |
| 19 | distinguishing characteristic -- | 11:08:45 |
| 20 | MR. BALL: Objection. | 11:08:45 |
| 21 | Q    -- by looking at a token name? | 11:08:45 |
| 22 | MR. BALL: Objection. Vague. And | 11:08:51 |
| 23 | this calls for speculation. | 11:08:52 |
| 24 | A    Yeah, I don't know what the benefit | 11:08:54 |
| 25 | necessarily would be.  It depends on the | 11:08:56 |

```
1        Q    What other ways could you distinguish          11:10:36

2   two NFTs from each other using Etherscan?               11:10:39

3        A    If they have different token IDs, for          11:10:43

4   example, you could probably infer that they are         11:10:46

5   different.                                               11:10:49

6        Q    What other ways?                               11:10:50

7        A    If they are associated with different          11:10:52

8   smart contracts.                                         11:10:55

9        Q    How would you use Etherscan to tell            11:10:59

10  that two NFTs have different token IDs?                  11:11:01

11            MR. BALL:  Objection.  Vague.                  11:11:07

12       A    Could you maybe supply a little bit            11:11:17

13  more context here?  So if I've -- how have I             11:11:19

14  arrived at Etherscan, I guess?  I mean, it's             11:11:23

15  just -- the situation that you're describing is          11:11:23

16  one that it doesn't -- it feels extremely kind           11:11:26

17  of contrived, like, I can't imagine the scenario         11:11:30

18  where I would be kind of doing this.  So I can't         11:11:34

19  really see -- I can't really walk through how I          11:11:36

20  would do this, necessarily.                              11:11:37

21       Q    How would you normally do it?                  11:11:39

22            MR. BALL:  Objection.  Vague.                  11:11:42

23       A    Could you restate what I would be              11:11:43

24  doing here.                                              11:11:45

25       Q    Trying to distinguish two NFTs from            11:11:45
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                              127

| | | |
|---|---|---|
| 1 | partial capture at best. | 01:45:26 |
| 2 |     A   This could be a part of the site on | 01:45:31 |
| 3 | that date. | 01:45:34 |
| 4 | | 01:45:36 |
| 5 | | 01:45:39 |
| 6 | | 01:45:40 |
| 7 | | 01:45:41 |
| 8 | | 01:45:43 |
| 9 | | 01:45:45 |
| 10 | | 01:45:48 |
| 11 | | 01:45:50 |
| 12 | | 01:45:52 |
| 13 | | 01:45:58 |
| 14 | | 01:46:00 |
| 15 | | 01:46:34 |
| 16 | | 01:46:39 |
| 17 | | 01:46:41 |
| 18 | | 01:46:45 |
| 19 | | 01:46:48 |
| 20 | | 01:46:51 |
| 21 | | 01:46:52 |
| 22 | | 01:46:55 |
| 23 | | 01:46:58 |
| 24 | | 01:46:59 |
| 25 | | 01:47:03 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

128

| | |
|---|---|
| 1 | 01:47:05 |
| 2 | 01:47:07 |
| 3 | 01:47:10 |
| 4 | 01:47:14 |
| 5 | 01:47:15 |
| 6 | 01:47:19 |
| 7 | 01:47:21 |
| 8 | 01:47:24 |
| 9 | 01:47:27 |
| 10 | 01:47:29 |
| 11 | 01:47:32 |
| 12 | 01:47:34 |
| 13 | 01:47:35 |
| 14 | 01:47:37 |
| 15 | 01:47:40 |
| 16 | 01:47:47 |
| 17 | 01:47:51 |
| 18 | 01:47:54 |
| 19 | 01:48:04 |
| 20 | 01:48:07 |
| 21 | 01:48:11 |
| 22 | 01:48:12 |
| 23 | 01:48:15 |
| 24 | 01:48:18 |
| 25 | 01:48:20 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

129

| | |
|---|---|
| 1 | 01:48:22 |
| 2 | 01:48:34 |
| 3 | 01:48:38 |
| 4 | 01:48:40 |
| 5 | 01:48:42 |
| 6 | 01:48:44 |
| 7 | 01:48:46 |
| 8 | 01:48:50 |
| 9 | 01:48:56 |
| 10 | 01:48:57 |
| 11 | 01:49:01 |
| 12 | 01:49:04 |
| 13 | 01:49:06 |
| 14 | 01:49:08 |
| 15 | 01:49:12 |
| 16 | 01:49:14 |
| 17 | 01:49:18 |
| 18 | 01:49:20 |
| 19 | 01:49:22 |
| 20 | 01:49:47 |
| 21 | 01:49:49 |
| 22 | 01:49:53 |
| 23 | 01:49:55 |
| 24 | 01:49:58 |
| 25 | 01:50:00 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                                    130

| | | |
|---|---|---|
| 1 | ███ ████████████████ | 01:50:11 |
| 2 | ████████████████████ | 01:50:13 |
| 3 | ████████ | 01:50:15 |
| 4 | ██ ████████████████ | 01:50:17 |
| 5 | █████████████████████ | 01:50:18 |
| 6 | ██████████████████ | 01:50:25 |
| 7 | █████████████████ | 01:50:28 |
| 8 | ███████████████████ | 01:50:33 |
| 9 | █████████████ | 01:50:36 |
| 10 | ███████████████ | 01:50:41 |
| 11 | ████████████ | 01:50:42 |
| 12 | ██ ███████████████ | 01:51:08 |
| 13 | ████████████ | 01:51:20 |
| 14 | ███████████████████ | 01:51:28 |
| 15 | ████████ | 01:51:33 |
| 16 | ██ █████████████████ | 01:51:45 |
| 17 | █████████████████████ | 01:51:47 |
| 18 | ██████████████ | 01:51:50 |
| 19 | ██████████████████ | 01:51:53 |
| 20 | █████████████████ | 01:51:55 |
| 21 | █████████████████ | 01:51:58 |
| 22 | ███████████████████ | 01:52:00 |
| 23 | █████████████████ | 01:52:03 |
| 24 | █████████████████ | 01:52:05 |
| 25 | ██████████████████ | 01:52:08 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                                    131

1    ████████████████████████                          01:52:11

2            ████████████████████████                  01:52:35

3    ██████████████████████████████████               01:52:36

4    ████████████████████████                          01:52:39

5        █  ███████████████████████                    01:53:09

6    ████████████                                      01:53:11

7        █     ████                                     01:53:16

8        █     ███████████████████                     01:53:17

9    ██████████████████████████████████               01:53:18

10   ████████████████████████████████                 01:53:23

11   ████                                              01:53:26

12       █     ████                                     01:53:27

13       █     ████████████████                        01:53:27

14   ████████████████████                             01:53:28

15           ██████████████████                        01:53:33

16   ██████████████████████████                        01:53:34

17           ██████████████████████████               01:54:01

18   ██████████████████████████████████████           01:54:04

19   ████                                              01:54:16

20       █     ██████████████████████████             01:54:26

21   ██████████████████████████████                    01:54:29

22   ██████████████████████████████                    01:54:31

23   ██████████████████                                01:54:35

24       █     ████                                     01:54:36

25       █     ██████████████████████                  01:54:37

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                                    132

| | | |
|---|---|---|
| 1 | ████████████████████ | 01:54:39 |
| 2 | ██████████████████████ | 01:54:44 |
| 3 | █████████████████ | 01:54:45 |
| 4 | █  ███ | 01:54:52 |
| 5 | █  █████████████ | 01:55:01 |
| 6 | ████████████████████ | 01:55:04 |
| 7 | ██████████████████ | 01:55:08 |
| 8 | ████████████████████ | 01:55:11 |
| 9 | ██ | 01:55:14 |
| 10 | █  ███ | 01:55:15 |
| 11 | █  █████████████ | 01:55:17 |
| 12 | █  ████████ | 01:55:22 |
| 13 | █  ██████████████ | 01:55:23 |
| 14 | █  █████████████ | 01:55:28 |
| 15 | █  ███████████ | 01:55:31 |
| 16 | ████████████████████ | 01:55:33 |
| 17 | █  ██████████████████ | 01:55:50 |
| 18 | █████████████████ | 01:55:53 |
| 19 | ████████████████████ | 01:55:54 |
| 20 | ██████████████████████ | 01:55:55 |
| 21 | ███████████████████ | 01:56:00 |
| 22 | ██████████████████████ | 01:56:03 |
| 23 | █  ███ | 01:56:06 |
| 24 | █  ██████████ | 01:56:08 |
| 25 | ███████████████ | 01:56:08 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                    133

| | | | |
|---|---|---|---|
| 1 | ▮ ▬▬▬ | | 01:56:10 |
| 2 | Q | What's a treasure hunt? | 01:56:19 |
| 3 | | MR. BALL:  Objection.  Vague. | 01:56:22 |
| 4 | A | Just generally speaking? | 01:56:23 |
| 5 | Q | Yeah. | 01:56:24 |
| 6 | A | A search for some treasure, I guess. | 01:56:24 |
| 7 | Q | Did Yuga Labs release a treasure | 01:56:36 |
| 8 | | hunt? | 01:56:42 |
| 9 | | MR. BALL:  Objection.  Vague.  Calls | 01:56:43 |
| 10 | | for speculation.  Lacks foundation. | 01:56:44 |
| 11 | A | We released an interactive puzzle. | 01:56:48 |
| 12 | Q | What was the name of that puzzle? | 01:56:54 |
| 13 | A | I can't recall. | 01:56:59 |
| 14 | Q | Was it referred to as Jimmy the | 01:57:04 |
| 15 | | Monkey puzzle? | 01:57:06 |
| 16 | A | I honestly cannot recall the specific | 01:57:12 |
| 17 | | name of that, yeah. | 01:57:15 |
| 18 | Q | Do you know who created the treasure | 01:57:22 |
| 19 | | hunt? | 01:57:24 |
| 20 | A | In what sense? | 01:57:26 |
| 21 | Q | Did Yuga Labs create the treasure | 01:57:27 |
| 22 | | hunt? | 01:57:31 |
| 23 | A | What aspect of the treasure hunt? | 01:57:31 |
| 24 | Q | The puzzle itself.  Did Yuga Labs | 01:57:35 |
| 25 | | create the puzzle that you referenced earlier? | 01:57:39 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                              134

| | | |
|---|---|---|
| 1 | A    There were several pieces to this. | 01:57:43 |
| 2 | We did not write the puzzles that were included | 01:57:56 |
| 3 | in this treasure hunt. | 01:57:58 |
| 4 | | 01:58:04 |
| 5 | | 01:58:05 |
| 6 | | 01:58:05 |
| 7 | | 01:58:06 |
| 8 | | 01:58:08 |
| 9 | | 01:58:11 |
| 10 | | 01:58:16 |
| 11 | | 01:58:17 |
| 12 | | 01:58:19 |
| 13 | | 01:58:28 |
| 14 | | 01:58:31 |
| 15 | | 01:58:34 |
| 16 | | 01:58:38 |
| 17 | | 01:58:41 |
| 18 | | 01:58:51 |
| 19 | | 01:58:54 |
| 20 | | 01:58:59 |
| 21 | | 01:59:00 |
| 22 | | 01:59:02 |
| 23 | | 01:59:05 |
| 24 | | 01:59:13 |
| 25 | | 01:59:14 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

135

| | | |
|---|---|---|
| 1 | ██████████████████████ | 01:59:17 |
| 2 | ████████████████████ | 01:59:19 |
| 3 | ████████████████ | 01:59:24 |
| 4 | ██████████████████████ | 01:59:25 |
| 5 | ██████████████████████ | 01:59:31 |
| 6 | ████████████████████ | 01:59:33 |
| 7 | ████████████████████ | 01:59:37 |
| 8 | ███ | 01:59:39 |
| 9 | █████████████████ | 01:59:39 |
| 10 | █████████████████████ | 01:59:40 |
| 11 | ██████████████████████ | 01:59:45 |
| 12 | █████████████████████ | 01:59:47 |
| 13 | ██ | 01:59:50 |
| 14 | ████████████████ | 01:59:51 |
| 15 | ██████████████████████ | 01:59:52 |
| 16 | ██████████████████████ | 01:59:55 |
| 17 | █████████ | 01:59:59 |
| 18 | █████████████████ | 01:59:59 |
| 19 | ████████████ | 02:00:00 |
| 20 | █ ██████████████ | 02:00:03 |
| 21 | █ ████████████████ | 02:00:11 |
| 22 | █████████████ | 02:00:16 |
| 23 | █████████████████████ | 02:00:19 |
| 24 | ██████████████████ | 02:00:20 |
| 25 | █ ███████████████ | 02:00:22 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

136

| | | |
|---|---|---|
| 1 | ███████████████ | 02:00:25 |
| 2 | █████████████████ | 02:00:30 |
| 3 | ████████ | 02:00:32 |
| 4 | ▌ █████████████ | 02:00:36 |
| 5 | █████████ | 02:00:40 |
| 6 | ████████████ | 02:00:43 |
| 7 | █████████████ | 02:00:44 |
| 8 | ▌ ██████ | 02:00:46 |
| 9 | ▌ █████████████ | 02:00:47 |
| 10 | ██████████████ | 02:00:50 |
| 11 | ████ | 02:00:52 |
| 12 | ██████████ | 02:00:55 |
| 13 | ▌ ██████████████ | 02:00:56 |
| 14 | ███████████████ | 02:00:58 |
| 15 | █████ | 02:01:00 |
| 16 | ▌ █████ | 02:01:03 |
| 17 | ▌ █████████ | 02:01:03 |
| 18 | ████ | 02:01:06 |
| 19 | ▌ █████████████ | 02:01:08 |
| 20 | ████████ | 02:01:13 |
| 21 | ▌ ███████████████ | 02:01:16 |
| 22 | ▌ █████████████ | 02:01:22 |
| 23 | ████ | 02:01:25 |
| 24 | ▌ █████████████ | 02:01:38 |
| 25 | ██████████████ | 02:01:40 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

137

| | | |
|---|---|---|
| 1 | ███████████████████████ | 02:01:43 |
| 2 | █████████ | 02:01:48 |
| 3 | █ ████ | 02:01:49 |
| 4 | █ █████████ | 02:01:49 |
| 5 | ████████████ | 02:01:52 |
| 6 | ████████████████ | 02:01:55 |
| 7 | █████████████████ | 02:01:59 |
| 8 | ███████████████ | 02:02:00 |
| 9 | █████████████ | 02:02:04 |
| 10 | ████████████ | 02:02:06 |
| 11 | █ ██████████████ | 02:02:15 |
| 12 | █ █ | 02:02:17 |
| 13 | █ ███████████████ | 02:02:32 |
| 14 | ██████████████████ | 02:02:34 |
| 15 | ██████████████████ | 02:02:37 |
| 16 | ██████████████████ | 02:02:46 |
| 17 | ██████ | 02:02:49 |
| 18 | █ ██████████████ | 02:03:04 |
| 19 | ███████████████████ | 02:03:06 |
| 20 | ████████████ | 02:03:10 |
| 21 | ████████████ | 02:03:12 |
| 22 | █████████████ | 02:03:13 |
| 23 | ███████████ | 02:03:16 |
| 24 | █ ████████████████ | 02:03:18 |
| 25 | ███████ | 02:03:22 |

| | | |
|---|---|---|
| 1 | Q    Have you ever, you know, had -- you | 02:03:26 |
| 2 | know, crossed things off on a piece of paper | 02:03:29 |
| 3 | before? | 02:03:33 |
| 4 | A    Yes. | 02:03:34 |
| 5 | MR. BALL:  Objection.  Vague. | 02:03:35 |
| 6 | Q    What does that mean when somebody | 02:03:38 |
| 7 | crosses something off on a piece of paper? | 02:03:40 |
| 8 | A    It could mean any number of things. | 02:03:43 |
| 9 | Q    Such as? | 02:03:47 |
| 10 | A    That it's irrelevant. | 02:03:50 |
| 11 | Q    What else? | 02:03:53 |
| 12 | A    I don't know.  I mean, any number of | 02:04:06 |
| 13 | things.  Could you provide more context. | 02:04:08 |
| 14 | Q    Well, if you're -- have you ever | 02:04:11 |
| 15 | crossed off, like, a task list -- items on a | 02:04:13 |
| 16 | task list? | 02:04:17 |
| 17 | A    Yes. | 02:04:19 |
| 18 | Q    And what does that mean when you | 02:04:20 |
| 19 | cross off an item on a task list? | 02:04:22 |
| 20 | A    You no longer need to complete that | 02:04:24 |
| 21 | item. | 02:04:27 |
| 22 | MR. NIKOGOSYAN:  Does anybody want to | 02:04:45 |
| 23 | take a bio break? | 02:04:46 |
| 24 | MR. BALL:  Sure. | 02:04:47 |
| 25 | THE VIDEOGRAPHER:  Stand by.  We are | 02:04:50 |

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

147

| | | |
|---|---|---|
| 1 | ██████████████████ | 02:29:36 |
| 2 | ████████████████████████ | 02:29:37 |
| 3 | ███████████████████ | 02:29:39 |
| 4 | ██████████████████████ | 02:29:48 |
| 5 | █████████████████ | 02:29:50 |
| 6 | ██████████████████ | 02:29:54 |
| 7 | ████████ | 02:29:56 |
| 8 | ████████████████ | 02:29:58 |
| 9 | ████████████████████████ | 02:29:59 |
| 10 | ████████████████████████ | 02:30:02 |
| 11 | ███████████████████████ | 02:30:04 |
| 12 | ███████ | 02:30:07 |
| 13 | █ ██████████████ | 02:30:24 |
| 14 | █ ████████████████ | 02:30:32 |
| 15 | █████████ | 02:30:37 |
| 16 | █ ██████████████████ | 02:30:44 |
| 17 | █ ████████ | 02:30:49 |
| 18 | █ ████████████████████ | 02:31:02 |
| 19 | ████████████████████████ | 02:31:05 |
| 20 | █████ | 02:31:13 |
| 21 | ███████ | 02:31:15 |
| 22 | ████████████████████████ | 02:31:16 |
| 23 | ██████████ | 02:31:19 |
| 24 | █ █████████████████ | 02:31:22 |
| 25 | █████████████ | 02:31:24 |

https://boredapeyachtclub.com/    Go

887 captures
17 Apr 2021 - 13 Jan 2023

MAR **APR** MAY
◀ **17** ▶
2020 **2021** 2022 ▼ About this capture

## ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

*10% SOLD* — We pay back our moms.

*20% SOLD* — We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders.

*40% SOLD* — BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To.

*60% SOLD* — Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies.

*80% SOLD* — The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape.

*90% SOLD* — The Bored Ape liquidity pool is initiated.

*100% SOLD* — The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends.

 shirt

