# EXHIBIT 252

1     A    That's where I was getting confused.  I'm
2  sorry.  It's like a cooler, I think, that you carry
3  around with more than just drinks, also food maybe,
4  too.
5     Q    Fair enough.  Okay.  Do you have to be an
6  expert in the industry about which you're conducting
7  a survey to conduct a survey?
8     A    The expert -- the expertise that the
9  survey expert brings to bear is typically a
10 methodological expertise.  And you need to consider
11 the market, consider identifying the right
12 consumers, think about the right questions, and
13 think about the right way to ask the questions.  But
14 it would depend on -- and how a survey is
15 implemented, of course, would depend on the
16 individual case and facts of the case.
17    Q    Let's take a look at your report, if you
18 don't mind, at that "Assignment" paragraph on pages
19 2 and 3, paragraph 5.
20         Are you with me?
21    A    Page 2?
22    Q    Page 2 going on to page 3 is paragraph 5;
23 right?
24    A    Yes.
25    Q    And if you look at the top of page 3, it

```
 1       Q    And does Yuga Labs sell any BAYCs through
 2  rrbayc.com?
 3       A    Not to my knowledge.
 4       Q    Now, can you identify any web page where
 5  both Yuga Labs and Mr. Ripps or Mr. Cahen were
 6  selling NFTs?
 7       A    So both collections appeared side by side
 8  on the OpenSea marketplace.
 9       Q    Okay.  Let's focus on just my question.
10  Can you identify any web page where both Yuga Labs
11  and Mr. Ripps or Mr. Cahen were selling NFTs?
12       A    Sorry.  So are you -- can you -- can
13  you -- are you asking me whether or not the -- like,
14  whether the initially minted NFTs appeared in the
15  same place?  Is that the question?
16       Q    No.  I'm asking about people selling
17  stuff.  Can you identify any web page where both
18  Yuga Labs and Mr. Ripps or Mr. Cahen were selling
19  NFTs?
20       A    So the NFT collections that are associated
21  with Yuga Labs and associated with Mr. Ripps are
22  side by side in -- in the OpenSea marketplace --
23  have appeared side by side in the --
24       Q    And, again, let's focus on just my
25  question.  I'm asking about, as I said, people and
```

1  companies selling things.  Can you identify any web
2  page where both Yuga Labs and Mr. Ripps or Mr. Cahen
3  were selling NFTs?
4       A    So when you say "people" or "companies,"
5  that's the part where I -- there are people who are
6  posting these that offer these NFTs for sale that
7  are associated with the names of Yuga Labs and
8  Mr. Ripps on the OpenSea marketplace, but I know
9  that Yuga Labs could not sell its NFTs in the
10 Foundation marketplace and I know that Yuga Labs did
11 not sell anything on the RR/BAYC website either.
12      Q    All right.  So then I'll take that part
13 out of my question to see if I can -- I can get you
14 to answer it.
15           Can you identify any web page where both
16 Yuga Labs and Mr. Ripps or Mr. Cahen were selling
17 NFTs?
18      A    My understanding is that the market works
19 largely as a resale function.  So to the extent that
20 those names appear, they would appear side by side
21 in sort of a resale market in OpenSea as opposed
22 to -- as opposed to their own websites.
23      Q    Did Mr. Ripps or Mr. Cahen ever sell
24 RR/BAYCs in the same market where Yuga Labs was
25 selling RR/BAYC -- selling BAYC NFTs?