# EXHIBIT 253

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4    _____
 5                                     )
 6    YUGA LABS, INC.,                 )
 7                    Plaintiff,       )
 8      and Counterclaim Defendant     )
 9             v.                      ) Case No.:
10    RYDER RIPPS and JEREMY CAHEN,    ) 2:22-cv-04355-JFW-JEM
11                    Defendants,      )
12      and Counterclaim Plaintiffs    )
13    _____)
14
15
16    ** THIS TRANSCRIPT IS MARKED HIGHLY CONFIDENTIAL -
17                ATTORNEYS' EYES ONLY **
18
19             DEPOSITION OF LAUREN KINDLER
20                      VOLUME I
21                  CONDUCTED VIRTUALLY
22                FRIDAY, MARCH 17, 2023
23
24    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25    JOB NO.:       483508
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Lauren Kindler
Conducted on March 17, 2023                47

| | | |
|---|---|---|
| 1 | Q.   And you haven't offered any affirmative | 10:18:19 |
| 2 | opinions that there's been false advertising in this | 10:18:22 |
| 3 | case; correct? | 10:18:25 |
| 4 | A.   That's correct. | 10:18:26 |
| 5 | Q.   And you're not an expert on consumer | 10:18:26 |
| 6 | confusion; correct? | 10:18:33 |
| 7 | A.   That's correct. | 10:18:34 |
| 8 | Q.   You're not an expert on trademark | 10:18:34 |
| 9 | infringement; correct? | 10:18:36 |
| 10 | A.   That's correct. | 10:18:37 |
| 11 | Q.   And you're not an expert on branding; | 10:18:41 |
| 12 | correct? | 10:18:46 |
| 13 | A.   Correct. | 10:18:46 |
| 14 | Q.   You're not an expert on advertising; | 10:18:46 |
| 15 | correct? | 10:18:48 |
| 16 | A.   Correct. | 10:18:48 |
| 17 | Q.   And although you have experience with | 10:18:50 |
| 18 | cryptocurrency and NFTs, you're not an expert in | 10:18:57 |
| 19 | those areas; correct? | 10:18:59 |
| 20 | A.   Correct. | 10:19:01 |
| 21 | Q.   You're not offering any opinion in this | 10:19:02 |
| 22 | case about who the typical NFT consumer is; correct? | 10:19:10 |
| 23 | A.   That's correct. | 10:19:13 |
| 24 | Q.   And you're not offering any opinions about | 10:19:13 |
| 25 | the level of sophistication that a typical NFT | 10:19:20 |

Highly Confidential - Attorneys' Eyes Only
Transcript of Lauren Kindler
Conducted on March 17, 2023

48

| | | |
|---|---|---|
| 1 | consumer has; correct? | 10:19:24 |
| 2 | A. I think that's correct. I mean, to the | 10:19:25 |
| 3 | extent the academic research that I cited to in my | 10:19:27 |
| 4 | report touches on that, you know, that might be | 10:19:31 |
| 5 | something that I would be discussing, but I'm not | 10:19:33 |
| 6 | opining on that as part of my expert opinion. | 10:19:36 |
| 7 | Q. You're not an expert in consumer | 10:19:42 |
| 8 | sophistication; correct? | 10:19:48 |
| 9 | A. Yes, correct. | 10:19:49 |
| 10 | Q. Okay. Now, let's turn to paragraph 33 of | 10:19:50 |
| 11 | your report. | 10:19:57 |
| 12 | A. Okay. | 10:20:11 |
| 13 | Q. I don't know how you keep beating me to | 10:20:11 |
| 14 | the -- | 10:20:14 |
| 15 | A. Sorry, I have my hard copy. | 10:20:14 |
| 16 | Q. Oh, yeah, you're not spinning the little | 10:20:16 |
| 17 | clicky wheel like I am. | 10:20:18 |
| 18 | A. Yeah. | 10:20:21 |
| 19 | Q. All right. So, in this paragraph, you | 10:20:22 |
| 20 | list seven Yuga Labs trademarks; correct? | 10:20:23 |
| 21 | A. Yes. And just to be clear, that's just my | 10:20:31 |
| 22 | understanding from various legal findings. I | 10:20:33 |
| 23 | haven't independently determined what their | 10:20:38 |
| 24 | trademarks are. | 10:20:40 |
| 25 | Q. What does Yuga Labs sell? | 10:20:48 |

Highly Confidential - Attorneys' Eyes Only
Transcript of Lauren Kindler
Conducted on March 17, 2023                72

| | | |
|---|---|---|
| 1 | of the report. | 10:59:11 |
| 2 | A.   Yes, my understanding is that it does. | 10:59:11 |
| 3 | Q.   And does it include commentary -- strike | 10:59:14 |
| 4 | that. | 10:59:14 |
| 5 | Does the negative commentary include | 10:59:20 |
| 6 | allegations that certain of Yuga Labs' logos are | 10:59:22 |
| 7 | associated with Naziism? | 10:59:28 |
| 8 | MR. THOMAS:  Objection.  Outside the scope | 10:59:30 |
| 9 | of the report and lacks foundation. | 10:59:31 |
| 10 | A.   Yes, I've seen those allegations. | 10:59:34 |
| 11 | Q.   And so, your statement in your report that | 10:59:50 |
| 12 | "Defendants built their promotion of RR/BAYC NFT and | 10:59:54 |
| 13 | Ape Market around their negative commentary about | 10:59:58 |
| 14 | Yuga Labs."  And that includes those racist and | 11:00:00 |
| 15 | Naziism allegations; correct? | 11:00:02 |
| 16 | A.   Yeah, I mean, I think it would. | 11:00:06 |
| 17 | Q.   Were defendants' promotional efforts | 11:00:17 |
| 18 | effective in creating a negative narrative around | 11:00:19 |
| 19 | Yuga Labs? | 11:00:24 |
| 20 | MR. THOMAS:  Objection.  Outside the scope | 11:00:24 |
| 21 | of the report.  Lacks foundation. | 11:00:25 |
| 22 | A.   I haven't evaluated that.  I think | 11:00:29 |
| 23 | Dr. Berger evaluated that and found that they have | 11:00:31 |
| 24 | been, but I -- I have not.  That's outside of my | 11:00:34 |
| 25 | assignment. | 11:00:36 |

Highly Confidential - Attorneys' Eyes Only
Transcript of Lauren Kindler
Conducted on March 17, 2023

89

| | | |
|---|---|---|
| 1 | in the course of the litigation. | 11:49:25 |
| 2 | Q. Okay. And so, in looking at those wallet | 11:49:30 |
| 3 | addresses, you were able to identify the accused | 11:49:33 |
| 4 | RR/BAYC NFTs in those wallets; correct? | 11:49:37 |
| 5 | A. Among other things, but yes. | 11:49:43 |
| 6 | Q. How were you able to determine which NFTs | 11:49:45 |
| 7 | were the accused RR/BAYC NFTs? | 11:49:49 |
| 8 | A. So, I think it would be based on one of | 11:49:54 |
| 9 | the fields that you pull the data from. I mean, you | 11:50:02 |
| 10 | can search, I think, anything that has RR/BAYC in | 11:50:04 |
| 11 | it. But we also -- when I said among other things, | 11:50:08 |
| 12 | we also looked at transactions that involved | 11:50:12 |
| 13 | purchasers of the accused NFTs as well to look for | 11:50:17 |
| 14 | compensation that would be going into the wallets. | 11:50:24 |
| 15 | Q. So in performing your analysis, you were | 11:50:30 |
| 16 | able to identify with a high degree of certainty | 11:50:32 |
| 17 | which NFTs were RR/BAYC NFTs; correct? | 11:50:36 |
| 18 | A. Yes. And the numbers that we pulled are | 11:50:40 |
| 19 | very consistent with the defendants' own testimony | 11:50:42 |
| 20 | and evidence in the record from chats and what have | 11:50:47 |
| 21 | you. | 11:50:50 |
| 22 | Q. And you were able to make that | 11:50:52 |
| 23 | determination based on publicly available blockchain | 11:50:56 |
| 24 | information; correct? | 11:50:59 |
| 25 | A. I mean, as we've discussed, this | 11:51:00 |