```
1                  UNITED STATES DISTRICT COURT
2                  CENTRAL DISTRICT OF CALIFORNIA
3                         WESTERN DIVISION
4     ----------------------------- )
5                                   )
6     YUGA LABS, INC.,              )   CASE NO.:
7                    Plaintiff      )   22-cv-04355-JFW-JEM
8         v.                        )
9                                   )
10    RYDER RIPPS, JEREMY CAHEN,    )
11    DOES  1-10,                   )
12                   Defendants.    )
13                                  )
14    ----------------------------- )
15
16    ** THIS TRANSCRIPT IS MARKED HIGHLY CONFIDENTIAL -
17                ATTORNEYS' EYES ONLY **
18
19      REMOTE VIDEO DEPOSITION OF JONAH BERGER, Ph.D.
20                  LOS ANGELES, CALIFORNIA
21                  THURSDAY, MARCH 9, 2023
22
23    REPORTED BY:   LISA BARRETT, RPR, CRR, CRC, CSR
24    JOB NO.:       483919
25
```

Transcript of Jonah Berger, Ph.D.
Conducted on March 9, 2023

28

| | | |
|---|---|---|
| 1 | space about their companies. | 09:04:09 |
| 2 | That's not the only thing I do, by any | 09:04:10 |
| 3 | means, but I have certainly given some advice to | 09:04:13 |
| 4 | folks working in this space. | 09:04:16 |
| 5 | Q   What are some examples of companies | 09:04:18 |
| 6 | that you've worked with in this space, other than | 09:04:19 |
| 7 | Yuga Labs? | 09:04:27 |
| 8 | A   I'd have to -- I'd have to go and look | 09:04:28 |
| 9 | to be sure.  It's not something I'm working on | 09:04:29 |
| 10 | currently. | 09:04:31 |
| 11 | Q   What was the approximate timing of that | 09:04:32 |
| 12 | work? | 09:04:34 |
| 13 | A   You now, I -- at any one in time -- one | 09:04:37 |
| 14 | point in time, I'm working on a number of expert | 09:04:39 |
| 15 | legal consulting projects as well as traditional | 09:04:41 |
| 16 | consulting projects. | 09:04:44 |
| 17 | Every year I work with dozens of | 09:04:45 |
| 18 | clients.  I'm not sure off-hand.  I'd have to go | 09:04:47 |
| 19 | back and look. | 09:04:50 |
| 20 | Q   Okay.  Has any of your consulting work | 09:04:51 |
| 21 | in the cryptocurrency space focused on NFTs, | 09:04:54 |
| 22 | specifically? | 09:04:59 |
| 23 | A   I'd have to go back and look.  I've | 09:05:07 |
| 24 | certainly had conversations with individuals | 09:05:09 |
| 25 | working in this space about marketing and | 09:05:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jonah Berger, Ph.D.
Conducted on March 9, 2023                     29

| | | |
|---|---|---|
| 1 | marketing strategy, but I'm not sure off-hand. | 09:05:12 |
| 2 | BY MR. GOSMA: | 09:05:16 |
| 3 |     Q   Do you personally own any | 09:05:16 |
| 4 | cryptocurrency? | 09:05:17 |
| 5 |     A   I do not, no. | 09:05:18 |
| 6 |     Q   Have you at any time? | 09:05:20 |
| 7 |     A   I have not, no. | 09:05:22 |
| 8 |     Q   Do you own any NFTs? | 09:05:25 |
| 9 |     A   I do not, unfortunately, no. | 09:05:27 |
| 10 |     Q   Do you own any Bored Ape Yacht Club | 09:05:34 |
| 11 | products, whether -- obviously not NFTs, but | 09:05:37 |
| 12 | anything else? | 09:05:40 |
| 13 |     A   No, I -- no I don't. | 09:05:41 |
| 14 |     Q   Have you ever considered purchasing a | 09:05:43 |
| 15 | Yuga Labs product? | 09:05:47 |
| 16 |     MS. MELCHER:  Objection, vague. | 09:05:50 |
| 17 |     THE WITNESS:  I'm not sure off-hand. | 09:05:51 |
| 18 | BY MR. GOSMA: | 09:05:54 |
| 19 |     Q   Okay.  All right. | 09:05:54 |
| 20 |     Have you done any research on the | 09:06:21 |
| 21 | cryptocurrency space as part of your work on this | 09:06:25 |
| 22 | case? | 09:06:28 |
| 23 |     MS. MELCHER:  Objection, vague. | 09:06:29 |
| 24 |     THE WITNESS:  I'm not sure exactly what | 09:06:33 |
| 25 | you mean by "research" but in an effort to move | 09:06:34 |

| | | |
|---|---|---|
| 1 | sir? | 10:20:26 |
| 2 | A    I believe so, yes. | 10:20:28 |
| 3 | Q    And Yuga is relying on your opinions in | 10:20:29 |
| 4 | this case as part of its trademark claims against | 10:20:31 |
| 5 | my clients, correct? | 10:20:36 |
| 6 | MS. MELCHER:  Objection, vague. | 10:20:40 |
| 7 | THE WITNESS:  I want to be careful | 10:20:41 |
| 8 | here.  I am not putting myself forward as a | 10:20:42 |
| 9 | lawyer.  I have an expertise in marketing, | 10:20:45 |
| 10 | branding and those types of things.  I don't know | 10:20:47 |
| 11 | exactly what -- how exactly my report is being | 10:20:51 |
| 12 | used.  I can't answer -- I don't know how to | 10:20:56 |
| 13 | answer that question that you asked. | 10:20:59 |
| 14 | BY MR. GOSMA: | 10:21:01 |
| 15 | Q    Okay, understood. | 10:21:01 |
| 16 | So your testimony is that you do not | 10:21:02 |
| 17 | know how your report is being used in this case, | 10:21:04 |
| 18 | correct? | 10:21:06 |
| 19 | MS. MELCHER:  Objection, | 10:21:09 |
| 20 | mischaracterizes testimony. | 10:21:10 |
| 21 | THE WITNESS:  I am no more or less | 10:21:12 |
| 22 | aware of how my report is being used in this case | 10:21:14 |
| 23 | than in any other cases I'm involved in. | 10:21:16 |
| 24 | In cases I'm involved in I'm asked to | 10:21:22 |
| 25 | speak about matters that I have expertise for, as | 10:21:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Jonah Berger, Ph.D.
Conducted on March 9, 2023

128

| | | |
|---|---|---|
| 1 | the Yuga brand. | 11:28:43 |
| 2 | MR. GOSMA: I was having a connection | 11:29:14 |
| 3 | issue there. Give me just a second. | 11:29:15 |
| 4 | THE WITNESS: No problem. | 11:29:20 |
| 5 | MR. GOSMA: Let me see if it will | 11:29:52 |
| 6 | stabilize here. | 11:29:52 |
| 7 | Can everybody hear me okay? | 11:29:52 |
| 8 | THE WITNESS: I can, at least. I don't | 11:30:02 |
| 9 | know about others but... | 11:30:03 |
| 10 | BY MR. GOSMA: | 11:30:03 |
| 11 | Q  Okay, good. | 11:30:04 |
| 12 | Now I want to talk about some other | 11:30:18 |
| 13 | things that were going on during the timeframe for | 11:30:19 |
| 14 | your analysis, the May 6th to the end of June. | 11:30:22 |
| 15 | Do you follow the cryptocurrency market | 11:30:26 |
| 16 | at all? | 11:30:28 |
| 17 | A  I can't say that I follow it with a | 11:30:33 |
| 18 | great deal of detail all the time. | 11:30:34 |
| 19 | Q  Okay. But you're aware that it's | 11:30:38 |
| 20 | considered to be a relatively volatile financial | 11:30:41 |
| 21 | market, correct? | 11:30:44 |
| 22 | MS. MELCHER: Objection, lacks | 11:30:48 |
| 23 | foundation. | 11:30:49 |
| 24 | THE WITNESS: I don't know what that's | 11:30:49 |
| 25 | based on. | 11:30:51 |