| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA  94041 |
| | Telephone:   650.988.8500 |
| 5 | Facsimile:    650.938.5200 |
| 6 | |
| | ANTHONY M. FARES (CSB No. 318065) |
| 7 | afares@fenwick.com |
| | ETHAN M. THOMAS (CSB No. 338062) |
| 8 | ethomas@fenwick.com |
| | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
| | San Francisco, CA  94104 |
| 10 | Telephone:  415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 | |
| | Attorneys for Plaintiff and |
| 13 | Counterclaim Defendant |
| | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **YUGA LABS, INC.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Date:             April 17, 2023 |
| Defendants and Counterclaim Plaintiffs. | Time:            1:30 p.m. |
| | Courtroom:  7A |
| | Judge:           Honorable John F. Walter |
| | Trial Date:  June 27, 2023 |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
| | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
| | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
| | Telephone:   310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
| | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
| | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
| | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
| | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and |
| | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Pursuant to Local Rule 79-5.2.2(a) and the Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits this application for leave to file under seal certain information and documents designated by Yuga Labs as "Highly Confidential — Attorneys' Eyes Only" or "Confidential" under the Protective Order (ECF 51). Defendants do not oppose sealing the documents that are the subject of this Application.

The documents Yuga Labs seeks to file under seal are:

| Document | Portions to be Sealed |
|---|---|
| Exhibit 245 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 58:13-25<br>70:1-4<br>87:1-25<br>131:1-25<br>138:1-25<br>144:11-16<br>145:5-10<br>156:1-11<br>158:1-2<br>160:12-162:2<br>165:8-21<br>188:1-25<br>207:10-209:6<br>227:19-25<br>260:20-25<br>Deposition Exhibit 238<br>Deposition Exhibit 239 |
| Exhibit 246 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 26:1-13<br>39:1-40:25<br>69:18-25<br>175:24-176:4<br>176:18-25<br>189:8-11<br>190:6-191:3<br>192:17-22<br>193:2-7<br>194:6-13<br>195:18-21 |

| Document | Portions to be Sealed |
|---|---|
|  | 196:4-20<br>197:2-198:1<br>199:12-19<br>200:3-5<br>200:22-25<br>201:25-202:6<br>203:10-14<br>203:21-204:10<br>205:6-10<br>205:18-23<br>206:11-16<br>212:1-25<br>232:1-25 |
| Exhibit 249 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 83:1-85:5<br>102:1-103:25 |
| Exhibit 250 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 62:25-66:16<br>113:1-20<br>138:1-25<br>158:13-25<br>160:1-162:25<br>229:1-230:25 |
| Exhibit 251 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 38:1-39:25<br>127:4-133:1<br>134:4-137:25<br>147:1-25 |
| Consolidated Statement of Facts in Opposition to Yuga Labs' Motion for Summary Judgment | Paragraph 11, "disputed" heading, subparagraph (a)<br>Paragraph 11, "controverting evidence" heading, subparagraph (a)<br>Paragraph 11, "controverting evidence" heading, subparagraph (b)<br>Paragraph 89, "disputed" heading, |

| Document | Portions to be Sealed |
|---|---|
| | subparagraph (a) <br> Paragraph 89, "disputed" heading, subparagraph (b) <br> Paragraph 89, "controverting evidence" heading, subparagraph (a) <br> Paragraph 253, "additional material facts" column |

Compelling reasons exist to seal these materials as set forth in the accompanying Declaration of Eric Ball and as stipulated by the parties. *See* Dkt. 183. Yuga Labs therefore respectfully requests entry of the attached proposed order.

Dated: April 3, 2023                    FENWICK & WEST LLP


By: _/s/ Eric Ball_
        Eric Ball
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.