# EXHIBIT 246

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
1              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
2

3    YUGA LABS, INC.,

4              Plaintiff,

5         vs.      CASE NO.
                   2:22-cv-043550-JFW-JEM
6

7    RYDER RIPPS, ET AL.,

8              Defendants.

9

10

11              -- ATTORNEYS' EYES ONLY --

12

13

14

15

16   DEPOSITION OF:  Wylie Aronow

17   DATE:           March 6, 2023

18   TIME:           9:04 a.m.

19   LOCATION:       125 Calhoun Street
                     Charleston, SC
20

21   TAKEN BY:       Counsel for the Defendants

22   REPORTED BY:    Roxanne Easterwood, RPR

23

24

25
```

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    26

| | | |
|---|---|---|
| 1 | ████████████████████ | 09:25:50 |
| 2 | ██████████ | 09:25:53 |
| 3 | █ ████████████ | 09:25:53 |
| 4 | ██████████████████████ | 09:25:55 |
| 5 | ██████████████████████ | 09:25:56 |
| 6 | ███████████████████ | 09:25:59 |
| 7 | ███████████████████ | 09:26:02 |
| 8 | ███████████████████ | 09:26:04 |
| 9 | ██ | 09:26:06 |
| 10 | █ ████████████████ | 09:26:11 |
| 11 | ████████ | 09:26:12 |
| 12 | █ ████████████ | 09:26:13 |
| 13 | ██████ | 09:26:14 |

14          Q.   Okay.  Let's return to your article,      09:26:20

15    Exhibit 266.  You stated in the article at various    09:26:22

16    points that you would say various things under         09:26:28

17    oath, right?                                           09:26:31

18          A.   I would.                                    09:26:32

19          Q.   Is everything you said in your article      09:26:32

20    true?                                                  09:26:35

21          A.   To the best of my knowledge, yes.           09:26:36

22          Q.   Did you write your article yourself?        09:26:41

23          A.   I wrote it mostly myself.  I                09:26:43

24    definitely had people look at   you know, look at      09:26:45

25    it.                                                    09:26:48

ATTORNEYS EYES ONLY

Transcript of Wylie Aronow

Conducted on March 6, 2023                    39

| # | | Time |
|---|---|---|
| 1 | | 09:39:10 |
| 2 | | 09:39:13 |
| 3 | | 09:39:15 |
| 4 | | 09:39:15 |
| 5 | | 09:39:16 |
| 6 | | 09:39:17 |
| 7 | | 09:39:19 |
| 8 | | |
| 9 | | 09:39:20 |
| 10 | | 09:39:21 |
| 11 | | 09:39:21 |
| 12 | | 09:39:24 |
| 13 | | 09:39:28 |
| 14 | | 09:39:29 |
| 15 | | 09:39:30 |
| 16 | | 09:39:31 |
| 17 | | |
| 18 | | 09:39:31 |
| 19 | | 09:39:33 |
| 20 | | 09:39:34 |
| 21 | | 09:39:35 |
| 22 | | 09:39:37 |
| 23 | | 09:39:40 |
| 24 | | 09:39:40 |
| 25 | | 09:39:42 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                    40

| | | |
|---|---|---|
| 1 | ████████████████ | 09:39:44 |
| 2 | ██ | 09:39:47 |
| 3 | ██████████████ | 09:39:47 |
| 4 | ████████████████████ | 09:39:49 |
| 5 | ██████████ | 09:39:52 |
| 6 | ██████████████ | 09:39:53 |
| 7 | ███ | 09:39:57 |
| 8 | ██████████████ | 09:39:58 |
| 9 | ████████ | |
| 10 | █ ████████████████ | 09:40:00 |
| 11 | ████████ | 09:40:02 |
| 12 | ██████████████ | 09:40:03 |
| 13 | ███ | 09:40:05 |
| 14 | █████████████ | 09:40:06 |
| 15 | ████████████████████ | 09:40:07 |
| 16 | ████████████████████ | 09:40:09 |
| 17 | ██████████████████ | 09:40:11 |
| 18 | ████████████████ | 09:40:13 |
| 19 | ████████████████████ | 09:40:18 |
| 20 | ██████████████ | 09:40:19 |
| 21 | █ | 09:40:21 |
| 22 | ████ | |
| 23 | █ ██████████████ | 09:40:22 |
| 24 | ████████████ | 09:40:24 |
| 25 | █ ██████████████ | 09:40:25 |

| | | |
|---|---|---|
| 1 | chief creative officer; and then, actually, | 10:20:24 |
| 2 | maybe some other designers.  I'm not sure. | 10:20:27 |
| 3 | BY MR. TOMPROS: | |
| 4 | Q.   Who is Patrick? | 10:20:30 |
| 5 | A.   He was our former chief creative | 10:20:32 |
| 6 | officer. | 10:20:33 |
| 7 | Q.   What's his last name? | 10:20:33 |
| 8 | A.   Ehrland. | 10:20:34 |
| 9 | Q.   What is Mr. Ehrland's role at Yuga | 10:20:38 |
| 10 | Labs now? | 10:20:41 |
| 11 | A.   He's currently, I think, just an | 10:20:42 |
| 12 | advisor.  He's not part of the company anymore. | 10:20:46 |
| 13 | Oh, I actually don't know if he was involved in | 10:20:50 |
| 14 | the creation of any of these.  My   I'm just | 10:20:51 |
| 15 | trying to be clear here.  I don't know. | 10:20:53 |
| 16 | Q.   Now, you mentioned a freelance | 10:21:12 |
| 17 | designer, correct? | 10:21:13 |
| 18 | ██  ████████ | 10:21:14 |
| 19 | ██  ████████████████████ | 10:21:15 |
| 20 | ██████████████████████████ | 10:21:18 |
| 21 | ████████ | 10:21:22 |
| 22 | ██  █████████████ | 10:21:22 |
| 23 | ██  ██████████████████████ | 10:21:23 |
| 24 | ██████████████ | 10:21:25 |
| 25 | ███████████████████ | 10:21:26 |

| | | |
|---|---|---|
| 1 | Instruct you not to answer to the extent regarding | 10:21:28 |
| 2 | the name. | 10:21:29 |
| 3 | THE WITNESS:  What he said. | 10:21:31 |
| 4 | (Exhibit 271, Document with Ape Skull | |
| 5 | Image, marked for identification.) | |
| 6 | BY MR. TOMPROS: | |
| 7 | Q.   Got it.  All right.  Mr. Aronow, you | 10:21:32 |
| 8 | have been handed what has been marked as | 10:21:56 |
| 9 | Exhibit 271, a one-page document with an image on | 10:21:58 |
| 10 | the front.  Do you have that in front of you? | 10:22:02 |
| 11 | A.   I do. | 10:22:05 |
| 12 | Q.   Do you recognize that image? | 10:22:06 |
| 13 | A.   It looks like our patch logo. | 10:22:08 |
| 14 | Q.   And does the patch logo correspond to | 10:22:11 |
| 15 | one of the names identified in the complaint? | 10:22:14 |
| 16 | MR. BALL:  Objection.  Vague. | 10:22:17 |
| 17 | THE WITNESS:  To the best of my | 10:22:18 |
| 18 | knowledge. | 10:22:18 |
| 19 | BY MR. TOMPROS: | |
| 20 | Q.   Which one? | 10:22:19 |
| 21 | A.   I think it would be either -- I think | 10:22:34 |
| 22 | it's the last one, the ape skull logo trademark, | 10:22:37 |
| 3 | to the best of my knowledge. | 10:  :41 |
| 24 | Q.   And I don't want to cause confusion | 10:22:48 |
| 25 | here.  But is it possible this could actually also | 10:22:49 |

ATTORNEYS EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                        169

| | | |
|---|---|---|
| 1 | the question? | 12:28:40 |
| 2 | BY MR. TOMPROS: | |
| 3 | Q.   Sure.  Are there NFT collections, | 12:28:40 |
| 4 | other than those controlled by Yuga, Labs that | 1 : 8:43 |
| 5 | include images of bored apes? | 12:28:45 |
| 6 | MR. BALL:  Same objections.  Vague. | 12:28:49 |
| 7 | THE WITNESS:  I don't know. | 12:28:49 |
| 8 | MR. BALL:  Calls for speculation. | 12:28:50 |
| 9 | BY MR. TOMPROS: | |
| 10 | Q.   Are there NFT collections, other than | 12:28:51 |
| 11 | those controlled by Yuga Labs and -- strike that. | 12:28:56 |
| 12 | Are there NFT collections, other than | 12:29:00 |
| 13 | those controlled by Yuga Labs, that use Yuga | 12:29:01 |
| 14 | Labs's trademarks? | 12:29:03 |
| 15 | MR. BALL:  Objection.  Vague.  Calls | 12:29:05 |
| 16 | for speculation. | 12:29:26 |
| 17 | THE WITNESS:  I have no idea. | 12:29:37 |
| 18 | (Exhibit 281, OpenSea.io, re:  Grandpa | |
| 19 | Ape Country Club, marked for identification.) | |
| 20 | BY MR. TOMPROS: | |
| 21 | Q.   You have been handed what has been | 12:29:37 |
| 22 | marked as Exhibit 281, a one-page document.  The | 12:29:38 |
| 3 | heading, OpenSea at the top, and the title | 1 : 9:44 |
| 24 | "Grandpa Ape Country Club" in the middle.  Do you | 12:29:46 |
| 25 | see that? | 12:29:48 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    170

| | | |
|---|---|---|
| 1 | A.   I see it, yes. | 12:29:49 |
| 2 | Q.   Is the Grandpa Ape Country Club | 12:29:50 |
| 3 | affiliated with Yuga Labs? | 12:29:52 |
| 4 | MR. BALL:  Objection.  Vague.  Calls | 12:29:53 |
| 5 | for speculation. | 12:29:53 |
| 6 | THE WITNESS:  It's not, to my | 12:29:56 |
| 7 | knowledge. | 12:29:57 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   Did Yuga Labs authorize the Grandpa | 12:29:59 |
| 10 | Ape Country Club to sell an NFT collection? | 12:30:01 |
| 11 | MR. BALL:  Objection.  Vague.  Calls | 12:30:04 |
| 12 | for a legal conclusion.  Calls for speculation. | 12:30:04 |
| 13 | THE WITNESS:  To my knowledge, no. | 12:30:08 |
| 14 | BY MR. TOMPROS: | |
| 15 | Q.   Has the Grandpa Ape Country Club NFT | 12:30:09 |
| 16 | collection caused more or less confusion than the | 12:30:12 |
| 17 | RR/BAYC collection? | 12:30:16 |
| 18 | MR. BALL:  Objection.  Calls for | 12:30:17 |
| 19 | speculation. | 12:30:19 |
| 20 | THE WITNESS:  I'm not an expert.  But I | 12:30:20 |
| 21 | would say much less confusion. | 12:30:21 |
| 22 | BY MR. TOMPROS: | |
| 3 | Q.   Why is that? | 1 :30: 3 |
| 24 | A.   Well, once again, your clients' | 12:30:24 |
| 25 | collection was so confusing that even Bloomberg | 12:30:28 |

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                    171

| | | |
|---|---|---|
| 1 | reported on it being a V3 version of our | 12:30:31 |
| 2 | collection from Yuga Labs.  Again, reputable | 12:30:33 |
| 3 | journalists from Bloomberg were confused as to the | 12:30:36 |
| 4 | authenticity of your clients' NFTs. | 12:30:39 |
| 5 | I have never seen anyone talk about | 12:30:41 |
| 6 | Grandpa Ape, yeah, Country Club, or whatever the | 12:30:41 |
| 7 | fuck this is. | 12:30:44 |
| 8 | I'm sorry for swearing. | 12:30:45 |
| 9 | (Exhibit 282, OpenSea.io, re:  Bored | |
| 10 | Ape Solana Club, marked for identification.) | |
| 11 | BY MR. TOMPROS: | |
| 12 | Q.   You've been handed what has been | 12:31:24 |
| 13 | marked as Exhibit 282, a multiple-page document | 12:31:25 |
| 14 | with the title at the top "Bored Ape Solana Club." | 12:31:31 |
| 15 | Do you have that in front of you? | 12:31:35 |
| 16 | A.   I do. | 12:31:36 |
| 17 | Q.   And this is also shown as an OpenSea | 12:31:37 |
| 18 | listing, right? | 12:31:39 |
| 19 | A.   That's what it appears to be. | 12:31:40 |
| 20 | Q.   Is the Bored Ape Solana Club | 12:31:42 |
| 21 | affiliated with Yuga Labs? | 12:31:43 |
| 22 | MR. BALL:  Objection.  Calls for a | 12:31:45 |
| 3 | legal conclusion.  Vague. | 1 :31:45 |
| 24 | THE WITNESS:  To my knowledge, no. | 12:31:48 |
| 25 | BY MR. TOMPROS: | |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                    172

| | | |
|---|---|---|
| 1 | Q.   And on the -- if you go to the -- if | 12:31:52 |
| 2 | you look at the front page of Exhibit 282, you can | 12:32:02 |
| 3 | see on the left side that there is the -- next to | 12:32:05 |
| 4 | the blue checkmark to the left of the 55 is the | 12:32:07 |
| 5 | legend "Hip Hop"? | 12:32:10 |
| 6 | A.   I'm sorry, what are you referring to? | 12:32:12 |
| 7 | Q.   On page -- Exhibit 282, on the left | 12:32:14 |
| 8 | side, toward the bottom there is the language "Hip | 12:32:17 |
| 9 | Hop."  Do you see that? | 12:32:20 |
| 10 | A.   I do. | 12:32:21 |
| 11 | Q.   And the checkmark is checked there, | 12:32:22 |
| 12 | right? | 12:32:24 |
| 13 | A.   It is, yes. | 12:32:24 |
| 14 | Q.   Meaning this is filtered for clothes, | 12:32:25 |
| 15 | hip hop, correct? | 12:32:27 |
| 16 | MR. BALL:  And just as we've talked | 12:32:29 |
| 17 | about before, Counsel, this is -- if you look | 12:32:32 |
| 18 | through it, it has a lot of missing images.  So I | 12:32:33 |
| 19 | think it's an incomplete document, just to be | 12:32:36 |
| 20 | clear.  So object to the exhibit. | 12:32:44 |
| 21 | THE WITNESS:  What was the question | 12:32:44 |
| 22 | again, sorry? | 12:32:46 |
| 3 | BY MR. TOMPROS: | |
| 24 | Q.   Sure.  This is filtered for hip hop | 12:32:46 |
| 25 | clothes, right? | 12:32:49 |

| # | | Time |
|---|---|---|
| 1 | A.   Yeah, that's what it appears to be, | 12:32:50 |
| 2 | yes. | 12:32:51 |
| 3 | Q.   There is -- if you look at the second | 12:32:52 |
| 4 | page, there is another trait, "Bored Ape Solana | 1 :3 :53 |
| 5 | Club, Prussian helmet."  Do you see that? | 12:32:56 |
| 6 | A.   Sorry.  You mean in the list of | 12:33:03 |
| 7 | variables under "Hat"? | 12:33:04 |
| 8 | Q.   Correct. | 12:33:05 |
| 9 | A.   Yes, I see that. | 12:33:06 |
| 10 | Q.   Has Yuga Labs taken any steps to -- | 12:33:07 |
| 11 | well, let me ask this:  Bored Ape is a Yuga Labs | 12:33:13 |
| 12 | trademark, right? | 12:33:16 |
| 13 | A.   I believe it is, yes. | 12:33:18 |
| 14 | Q.   And the Bored Ape Solana Club is using | 12:33:19 |
| 15 | the name Bored Ape, right? | 12:33:21 |
| 16 | MR. BALL:  Objection.  Vague.  Calls | 12:33:23 |
| 17 | for a legal conclusion.  Calls for speculation. | 12:33:27 |
| 18 | THE WITNESS:  Are you asking me if the | 12:33:28 |
| 19 | words "Bored Ape" are the word -- are the words | 12:33:28 |
| 20 | "Bored Ape"? | 12:33:30 |
| 21 | BY MR. TOMPROS: | |
| 22 | Q.   I'm asking you if the Bored Ape Solana | 12:33:31 |
| 3 | Club is using the words "Bored Ape"? | 1 :33:33 |
| 24 | MR. BALL:  Objection.  Vague.  Calls | 12:33:35 |
| 25 | for a legal conclusion.  Calls for speculation. | 12:33:37 |

ATTORNEYS EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                    174

| | | |
|---|---|---|
| 1 | THE WITNESS:  You're asking me if the | 12:33:40 |
| 2 | words "Bored Ape" are the words "Bored Ape"? | 12:33:40 |
| 3 | BY MR. TOMPROS: | |
| 4 | Q.  Well, in the phrase, I mean -- I'll | 12:33:44 |
| 5 | make it simpler.  In the phrase "Bored Ape Solana | 12:33:46 |
| 6 | Club," the words "Bored Ape" appear, correct? | 12:33:50 |
| 7 | A.  Yes. | 12:33:53 |
| 8 | Q.  In the phrase "Bored Ape Solana Club," | 12:33:54 |
| 9 | Yuga's trademark appears, correct? | 12:33:56 |
| 10 | MR. BALL:  Objection.  Calls for a | 12:33:58 |
| 11 | legal conclusion.  Vague.  Asked and answered. | 12:33:59 |
| 12 | THE WITNESS:  I'm not an expert on | 12:34:01 |
| 13 | trademarks. | 12:34:02 |
| 14 | BY MR. TOMPROS: | |
| 15 | Q.  Bored Ape is a Yuga trademark, right? | 12:34:04 |
| 16 | A.  I believe it is. | 12:34:05 |
| 17 | Q.  This is an NFT collection, right? | 12:34:06 |
| 18 | MR. BALL:  Objection.  Vague.  Calls | 12:34:09 |
| 19 | for speculation. | 12:34:10 |
| 20 | THE WITNESS:  It certainly looks like | 12:34:11 |
| 21 | it is.  I've never seen it before. | 12:34:12 |
| 22 | BY MR. TOMPROS: | |
| 3 | Q.  In the Bored Ape Solana Club NFT | 1 :34:13 |
| 24 | collection, Yuga's trademark is being used, | 12:34:15 |
| 25 | correct? | 12:34:18 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    175

```
1              MR. BALL:  Objection.  Vague.  Calls        12:34:19

2    for speculation.  Calls for a legal conclusion.       12:34:21

3              THE WITNESS:  I'm not an expert on          12:34:24

4    trademark, man, sorry.                                12:34:24

5    BY MR. TOMPROS:

6         Q.   The created date for this collection        12:34:31

7    is April 2022, correct?                               12:34:32

8         A.   That's what it says here.                   12:34:35

9         Q.   So do you have any reason to doubt          12:34:37

10   that?                                                 12:34:39

11             MR. BALL:  Objection.  Vague.  Calls        12:34:40

12   for speculation.                                      12:34:41

13             THE WITNESS:  I have no idea if this is     12:34:42

14   even real.                                            12:34:43

15   BY MR. TOMPROS:

16        Q.   Have you gone on OpenSea to search for      12:34:49

17   Bored Ape collections?                                12:34:50

18        A.   I have not.                                 12:34:52

19        Q.   So you couldn't say whether there are       12:34:54

20   10?  100?  1000, right?                               12:34:56

21             MR. BALL:  Objection.  Vague.               12:34:58

22             THE WITNESS:  I could not.                  12:34:59

23   BY MR. TOMPROS:

24   ██  ████████████████████████████                      12:35:01

25   ████████████████████████████████████                  12:35:03
```

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    176

| | | |
|---|---|---|
| 1 | ████████ | 12:35:08 |
| 2 | █ ████████████ | 12:35:09 |
| 3 | ████████████████████ | 12:35:10 |
| 4 | █████████████ | 12:35:13 |
| 5 | (Exhibit 283, SpreadT Shirt Printouts, | |
| 6 | re: Bored Ape Yacht Club T Shirt, marked for | |
| 7 | identification.) | |
| 8 | BY MR. TOMPROS: | |
| 9 | Q. You have been handed what has been | 12:35:54 |
| 10 | marked as Exhibit 283, a six page document that I | 12:35:56 |
| 11 | will represent to you is a series of printouts | 12:36:01 |
| 12 | from Spread Shirt.com. Do you see that? | 12:36:04 |
| 13 | A. I do. | 12:36:11 |
| 14 | Q. And in the image on the first page | 12:36:11 |
| 15 | there is a T shirt with the Bored Ape Yacht Club | 12:36:12 |
| 16 | patch logo, right? | 12:36:17 |
| 17 | A. That's what it looks like. | 12:36:20 |
| 18 | █ ████████████ | 12:36:21 |
| 19 | ████████████ | 12:36:21 |
| 20 | ████████████ | 12:36:23 |
| 21 | ████████████████ | 12:36:23 |
| 22 | ████████████ | 12:36:27 |
| 23 | ██ | 12:36:27 |
| 24 | ████████ | 12:36:28 |
| 25 | █ ████████████ | 12:36:28 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    189

| | | |
|---|---|---|
| 1 | MR. BALL:  Objection.  Calls for a | 13:35:14 |
| 2 | legal conclusion.  Vague. | 13:35:14 |
| 3 | THE WITNESS:  I don't.  I have no idea | 13:35:17 |
| 4 | what that means. | 13:35:17 |
| 5 | BY MR. TOMPROS: | |
| 6 | Q.   Have you heard of Ape Water? | 13:35:28 |
| 7 | A.   Yes, I've heard of Ape Water. | 13:35:28 |
| 8 | ██  ████████████████████ | 13:35:29 |
| 9 | ████████████ | 13:35:30 |
| 10 | ███████████████ | 13:35:31 |
| 11 | █████████████████ | 13:35:32 |
| 12 | BY MR. TOMPROS: | |
| 13 | Q.   In what context have you heard of Ape | 13:35:34 |
| 14 | Water? | 13:35:36 |
| 15 | A.   I've seen it   seen people drink the | 13:35:37 |
| 16 | water at events. | 13:35:40 |
| 17 | Q.   Have you heard of the website ApeSwap, | 13:35:53 |
| 18 | A P E S W A P? | 13:35:55 |
| 19 | A.   I don't think so. | 13:35:57 |
| 20 | (Exhibit 287, Screen Shot, re: | |
| 21 | ApeSwap.Finance, marked for identification.) | |
| 22 | BY MR. TOMPROS: | |
| 23 | Q.   You've been handed a one page | 13:36:15 |
| 24 | document, which is a screen shot of the website | 13:36:18 |
| 25 | ApeSwap.Finance.  Do you have that in front of | 13:36:21 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

190

| | | |
|---|---|---|
| 1 | you? | 13:36:23 |
| 2 | A.   I do. | 13:36:24 |
| 3 | Q.   You've never seen this before, I take | 13:36:26 |
| 4 | it? | 13:36:27 |
| 5 | A.   I don't think so, no. | 13:36:28 |
| 6 | ■ ████████████████ | 13:36:29 |
| 7 | ██████████ | 13:36:31 |
| 8 | ███████████████ | 13:36:32 |
| 9 | ██████████████ | 13:36:33 |
| 10 | ███████████████ | 13:36:35 |
| 11 | ████████ | 13:36:35 |
| 12 | █████████ | |
| 13 | ■ ███████████████ | 13:36:36 |
| 14 | ████████████████████ | 13:36:39 |
| 15 | ███████████████ | 13:36:41 |
| 16 | █████████████ | 13:36:42 |
| 17 | ██████████████ | 13:36:43 |
| 18 | █████████ | |
| 19 | ■ ██████████████ | 13:36:46 |
| 20 | ████████████████ | 13:36:49 |
| 21 | ██████████████ | 13:36:52 |
| 22 | ██████████████████ | 13:36:53 |
| 23 | ██████████████ | 13:36:57 |
| 24 | ████████████████ | 13:36:59 |
| 25 | ████████████████ | 13:37:01 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                    191

| | | |
|---|---|---|
| 1 | ███████████████████████ | 13:37:05 |
| 2 | ████████████████████████ | 13:37:09 |
| 3 | ████████████████ | 13:37:11 |
| 4 | BY MR. TOMPROS: | |
| 5 | Q.   Have you visited ApeSwap.com? | 13:37:16 |
| 6 | MR. BALL:  Objection.  Asked and | 13:37:19 |
| 7 | answered. | 13:37:20 |
| 8 | THE WITNESS:  Yes, you already asked me | 13:37:21 |
| 9 | that.  I said no. | 13:37:21 |
| 10 | (Exhibit 288, OpenSea.io, re:  Official | |
| 11 | Shouting Bored Ape Yacht Club #2344, marked for | |
| 12 | identification.) | |
| 13 | BY MR. TOMPROS: | |
| 14 | Q.   You have been handed what has been | 13:37:46 |
| 15 | marked as a   as Exhibit 288, a two page document | 13:37:47 |
| 16 | that has at the bottom a website address beginning | 13:37:53 |
| 17 | "OpenSea.io."  Do you have that in front of you? | 13:37:58 |
| 18 | A.   Yeah, there is an OpenSea.io page in | 13:38:02 |
| 19 | front of me, yes. | 13:38:04 |
| 20 | Q.   And there's an image of an ape toward | 13:38:05 |
| 21 | the top left, right? | 13:38:06 |
| 22 | A.   There is. | 13:38:08 |
| 23 | Q.   Is this an OpenSea listing for Bored | 13:38:09 |
| 24 | Ape Yacht Club? | 13:38:11 |
| 25 | A.   It says it's "Bored Ape Yacht Club | 13:38:13 |

| | | |
|---|---|---|
| 1 | Shouting Apes." | 13:38:15 |
| 2 | Q.   Is that a Yuga Labs product? | 13:38:16 |
| 3 | MR. BALL:  Objection.  Vague. | 13:38:18 |
| 4 | THE WITNESS:  I don't believe so. | 13:38:19 |
| 5 | MR. BALL:  Calls for a legal | 13:38:20 |
| 6 | conclusion. | 13:38:20 |
| 7 | THE WITNESS:  I don't believe so. | 13:38:21 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   And it has at the   in the   in the | 13:38:23 |
| 10 | blue section, it says:  "Bored Ape Yacht Club | 13:38:28 |
| 11 | Shouting Apes," right? | 13:38:31 |
| 12 | A.   It says that in blue, yes. | 13:38:33 |
| 13 | Q.   And then underneath that it says, in | 13:38:34 |
| 14 | all caps:  "OFFICIAL SHOUTING BORED APE YACHT | 13:38:35 |
| 15 | CLUB, Number 2344," right? | 13:38:38 |
| 16 | A.   That's what it says. | 13:38:42 |
| 17 | ██ ████████████████████████ | 13:38:43 |
| 18 | ████████████████████████████ | 13:38:45 |
| 19 | ████████████████████ | 13:38:46 |
| 20 | ██████████████████████ | 13:38:48 |
| 21 | ████████████████████████████ | 13:38:49 |
| 22 | ██████████████████ | 13:38:54 |
| 23 | BY MR. TOMPROS: | |
| 24 | Q.   And how would someone know whether | 13:38:54 |
| 25 | this was an official BAYC NFT or not? | 13:38:56 |

ATTORNEYS EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023

193

| | | |
|---|---|---|
| 1 | A.   I don't know. | 13:39:01 |
| 2 | ████ ████████████████ | 13:39:05 |
| 3 | ████████████████████ | 13:39:07 |
| 4 | ████████████████████ | 13:39:11 |
| 5 | ████████████████████ | 13:39:12 |
| 6 | ███████████ | 13:39:14 |
| 7 | ████████████████ | 13:39:16 |
| 8 | BY MR. TOMPROS: | |
| 9 | Q.   If you look at the bottom, there's an | 13:39:18 |
| 10 | item activity list.  Do you see that? | 13:39:20 |
| 11 | A.   Yes. | 13:39:23 |
| 12 | Q.   Are you familiar with the item | 13:39:24 |
| 13 | activity list on OpenSea? | 13:39:25 |
| 14 | A.   I believe it shows prior sales and | 13:39:28 |
| 15 | transfers. | 13:39:31 |
| 16 | Q.   And under this list for the Official | 13:39:32 |
| 17 | Shouting Bored Ape Yacht Club Number 2344, it | 13:39:35 |
| 18 | shows that it was sold, the bottom, two years ago, | 13:39:40 |
| 19 | right? | 13:39:46 |
| 20 | A.   It was listed two years ago.  It | 13:39:46 |
| 21 | didn't say it was sold two years ago. | 13:39:49 |
| 22 | Q.   Fair enough.  It says it was listed | 13:39:49 |
| 23 | two years ago.  Then it says:  "Sale one year | 13:39:50 |
| 24 | ago," right? | 13:39:52 |
| 25 | A.   That's what it says. | 13:39:54 |

ATTORNEYS EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                      194

| | | |
|---|---|---|
| 1 | Q.   From someone named ElSenorAxie to | 13:39:55 |
| 2 | someone named CremeDeLeCreme, right? | 13:40:00 |
| 3 | A.   That's what it says. | 13:40:03 |
| 4 | MR. BALL:  Objection.  Vague. | 13:40:08 |
| 5 | BY MR. TOMPROS: | |
| 6 | ██ ████████████████ | 13:40:14 |
| 7 | ████████████████████ | 13:40:17 |
| 8 | █████████████ | 13:40:21 |
| 9 | ███████████████ | 13:40:23 |
| 10 | ████████████████ | 13:40:25 |
| 11 | ██████████ | 13:40:27 |
| 12 | █████████████████ | 13:40:29 |
| 13 | ████████████ | 13:40:30 |
| 14 | BY MR. TOMPROS: | |
| 15 | Q.   Why? | 13:40:33 |
| 16 | A.   I've never even heard of this.  And I | 13:40:33 |
| 17 | don't recall any main stream media outlets | 13:40:34 |
| 18 | confusing Official Shouting Bored Ape Yacht Club | 13:40:37 |
| 19 | with a real Bored Ape Yacht Club, unlike your | 13:40:43 |
| 20 | clients who have caused mass confusion. | 13:40:45 |
| 21 | Q.   Have you   do you know of any | 13:40:50 |
| 22 | consumers who were confused for the Official | 13:40:51 |
| 23 | Shouting Bored Ape Yacht Club? | 13:40:54 |
| 24 | MR. BALL:  Objection.  Asked and | 13:40:56 |
| 25 | answered. | 13:40:57 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                          195

```
 1              THE WITNESS:  No, I'm not aware of it.      13:40:57
 2   This is the first I've ever heard of it.  That's      13:40:58
 3   how under the radar it must be.                       13:41:01
 4              (Exhibit 289, OpenSea.io, re:  #The
 5   Bestt Boredd Apee Yacht Clubb, marked for
 6   identification.)
 7   BY MR. TOMPROS:
 8         Q.   You have now been handed what has been      13:41:08
 9   marked as Exhibit 289, a one page document that       13:41:24
10   also has an OpenSea.io email   excuse me, URL at       13:41:28
11   the bottom left.  Do you have that in front of        13:41:32
12   you?                                                  13:41:32
13         A.   Yes.                                       13:41:34
14         Q.   This is an OpenSea listing for #The        13:41:35
15   best, B E S T T, Boredd, B O R E D D, Ape,            13:41:40
16   A P E E, Yacht Club, C L U B B, right?                13:41:47
17         A.   Correct.                                   13:41:53
18   ████ ███████████████████████████████                 13:41:55
19        ███████████████████████████████                 13:42:00
20   ██████████████████████████                           13:42:01
21        ███████████████████████████████                 13:42:03
22   BY MR. TOMPROS:
23         Q.   It is an image of an ape, right?           13:42:08
24         A.   I see images of apes.                      13:42:11
25         Q.   And if you look at the thumbnail on        13:42:13
```

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    196

1   the left side, there on the red shirt is the Yuga     13:42:15

2   Labs's skull mark, right?                             13:42:18

3         A.   It's hard to make out, but maybe.          13:42:22

4   █    █████████████████████                            13:42:26

5   ████████████████████████████████████                 13:42:27

6   ██████████                                            13:42:29

7   █    ████████████                                     13:42:30

8   █    ███                                              13:42:32

9   █    ████████████████████                             13:42:33

10  █    █████████████████████                            13:42:34

11  ███████████████████                                   13:42:36

12  █    █████████████████████                            13:42:37

13  ██████████████████████████████████████               13:42:39

14  ████████████████████████████                          13:42:42

15  █████████████████████████████                         13:42:44

16  ██████████████████████                                13:42:49

17  ███████████████████████████████                       13:42:51

18  ██████████████████████████████                        13:42:54

19  ██████████████████████████████████████               13:42:57

20  █████████████                                         13:43:00

21        Q.   It has the Yuga Labs logo being used,      13:43:03

22  right?                                                13:43:06

23        MR. BALL:  Objection.  Asked and                13:43:07

24  answered.  Vague.  Calls for a legal conclusion.      13:43:08

25        THE WITNESS:  Where?  I don't see the           13:43:09

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

197

| | | |
|---|---|---|
| 1 | Yuga Labs logo anywhere. | 13:43:10 |
| 2 | | |
| 3 | | 13:43:11 |
| 4 | | 13:43:15 |
| 5 | | 13:43:16 |
| 6 | | 13:43:18 |
| 7 | | 13:43:21 |
| 8 | | 13:43:22 |
| 9 | | 13:43:23 |
| 10 | | 13:43:24 |
| 11 | | |
| 12 | | 13:43:25 |
| 13 | | 13:43:27 |
| 14 | | 13:43:29 |
| 15 | | 13:43:30 |
| 16 | | 13:43:33 |
| 17 | | |
| 18 | | 13:43:35 |
| 19 | | 13:43:36 |
| 20 | | 13:43:36 |
| 21 | | 13:43:39 |
| 22 | | 13:43:41 |
| 23 | | 13:43:42 |
| 24 | | 13:43:44 |
| 25 | | 13:43:47 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    198

```
1     ███████████████████████████████████          13:43:50

2     BY MR. TOMPROS:

3          Q.   It does say "Boredd Apee Yacht Clubb,"    13:43:53

4     though misspelled, in the title, right?          13:43:56

5          A.   It does.                               13:43:59

6               (Exhibit 290, OpenSea.io, re:  Bored

7     Ape Yacht Club, Bored Ape Yacht Precious, marked

8     for identification.)

9     BY MR. TOMPROS:

10         Q.   You have now been handed what has been  13:44:15

11    marked as Exhibit 290, a two page document with an  13:44:17

12    OpenSea URL at the bottom left.  Do you have that  13:44:21

13    in  ron  o  you                                  13:44:24

14         A.   Yet another one, yes.                   13:44:25

15         Q.   And the title of this listing is        13:44:26

16    "Bored Ape Yacht Club," right?                    13:44:28

17         A.   That's what it says.  It's also "Bored  13:44:31

18    Ape Yacht Precious."                              13:44:33

19         Q.   And that the   right.  The blue         13:44:34

20    heading is Board Ape Yacht Precious, right?       13:44:36

21         A.   That is the collection name, yes.       13:44:39

22         Q.   The collection name is Bored Ape Yacht  13:44:40

23    Precious, and the ID for this particular ape is   13:44:42

24    Bored Ape Yacht Club, right?                      13:44:46

25         A.   That's my understanding, yes.           13:44:49
```

| | | |
|---|---|---|
| 1 |     Q.  Bored Ape Yacht Club is a trademark | 13:44:50 |
| 2 | that Yuga claims to own, right? | 13:44:52 |
| 3 |     A.  Correct. | 13:44:54 |
| 4 |     Q.  It's being here used in connection | 13:44:54 |
| 5 | with this ape being sold in the Bored Ape Yacht | 13:44:56 |
| 6 | Precious collection, right? | 13:45:01 |
| 7 |      MR. BALL:  Objection.  Calls for a | 13:45:02 |
| 8 | legal conclusion.  Vague. | 13:45:03 |
| 9 |      THE WITNESS:  That's what it would | 13:45:06 |
| 10 | appear like. | 13:45:07 |
| 11 | BY MR. TOMPROS: | |
| 12 | ██   ████████████ | 13:45:08 |
| 13 | ████████████████ | 13:45:12 |
| 14 | ███████████████████ | 13:45:13 |
| 15 | ████████████████ | 13:45:16 |
| 16 | █████████████ | 13:45:26 |
| 17 | ██████████████ | 13:45:28 |
| 18 | ███████████████████ | 13:45:40 |
| 19 | ███████████ | 13:45:43 |
| 20 | BY MR. TOMPROS: | |
| 21 |     Q.  Taking a look then at Exhibit 290.  It | 13:45:46 |
| 22 | was listed six months ago, right? | 13:45:49 |
| 23 |     A.  That's what it says. | 13:45:54 |
| 24 |     Q.  And it  if you look at the top left, | 13:45:56 |
| 25 | this particular website was printed out on | 13:45:58 |

| | | |
|---|---|---|
| 1 | 1/22/23, correct? | 13:46:00 |
| 2 | A.   That's what it says. | 13:46:02 |
| 3 | █  ████████████████ | 13:46:03 |
| 4 | ██████████████ | 13:46:06 |
| 5 | █  ███████████ | 13:46:07 |
| 6 | Q.   Is the   are there any RR/BAYCs list | 13:46:09 |
| 7 | available on OpenSea? | 13:46:13 |
| 8 | A.   I have no idea. | 13:46:15 |
| 9 | Q.   Has your counsel taken them down? | 13:46:15 |
| 10 | MR. BALL:  Objection.  Asked and | 13:46:18 |
| 11 | answered.  Vague.  Calls for a legal conclusion. | 13:46:19 |
| 12 | THE WITNESS:  I don't know. | 13:46:21 |
| 13 | BY MR  T M R S: | |
| 14 | Q.   Would it surprise you to learn that | 13:46:23 |
| 15 | they're not there today? | 13:46:24 |
| 16 | A.   No, it wouldn't surprise me. | 13:46:26 |
| 17 | Q.   In looking back at Exhibit 288, the | 13:46:29 |
| 18 | Official Shouting Bored Ape Yacht Club, that one | 13:46:34 |
| 19 | has been on OpenSea for two years as of | 13:46:39 |
| 20 | January 22nd, 2023, right? | 13:46:41 |
| 21 | A.   Uh huh. | 13:46:44 |
| 22 | █  █████████████████ | 13:46:45 |
| 23 | ██████████ | 13:46:47 |
| 24 | █  ████████████████ | 13:46:49 |
| 25 | ██████████████ | 13:46:51 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    201

```
 1                  (Exhibit 291, OpenSea.io, re:  Bored

 2     Ape Yacht Club, JRs Bored Ape Yacht Club Crew,

 3     marked for identification.)

 4     BY MR. TOMPROS:

 5          Q.   You have been handed what has been          13:47:06

 6     marked as Exhibit 291, another two page document      13:47:18

 7     with an OpenSea URL at the bottom left.  Do you       13:47:23

 8     have that in front of you?                            13:47:25

 9          A.   I do.                                       13:47:26

10          Q.   This is a listing for    by "JRs Bored      13:47:28

11     Ape Yacht Club Crew" in that collection, right?       13:47:33

12     Let me ask the question again.                        13:47:39

13               This is a listing in the collection         13:47:40

14     "JRs Bored Ape Yacht Club Crew," right?               13:47:42

15          A.   Correct.                                    13:47:44

16          Q.   And it's entitled "Bored Ape Yacht          13:47:45

17     Club," right?                                         13:47:47

18               MR. BALL:  Objection.  Vague.               13:47:48

19               THE WITNESS:  That's what it would          13:47:49

20     appear like.                                          13:47:50

21     BY MR. TOMPROS:

22          Q.   And it's been listed on OpenSea for         13:47:52

23     two years, correct?                                   13:47:55

24          A.   That's what it would appear.                13:47:56

25          ▮     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                          13:47:58
```

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    202

| | | |
|---|---|---|
| 1 | ████████████████ | 13:48:00 |
| 2 | ████████████ | 13:48:01 |
| 3 | ██████████ | 13:48:03 |
| 4 | ████████ | 13:48:04 |
| 5 | █ ██████████ | 13:48:04 |
| 6 | █ ██████ | 13:48:05 |

7              (Exhibit 292, BASCDAO.net screenshot,

8   re:  Bored Ape Solana Club, Apes Together Strong,

9   marked for identification.)

10  BY MR. TOMPROS:

11       Q.   You've been handed a one page document        13:48:41

12  marked Exhibit 292, which is a screen shot of         13:48:47

13  BAS  A  n    o you    h                               13:48:52

14       A.   I do.                                        13:48:57

15       Q.   Are you familiar with the BASC DAO?          13:48:59

16       A.   First time I've ever seen it.                13:49:03

17       Q.   Do you know what a DAO is?                    13:49:04

18       A.   I do.                                        13:49:05

19       Q.   What is it?                                   13:49:05

20       A.   It's Decentralized Autonomous                13:49:06

21  Organization.                                         13:49:08

22       Q.   And DAOs are often used     strike          13:49:10

23  that.                                                 13:49:13

24            What is    in what contexts have you        13:49:13

25  heard the term "DAO" before?                          13:49:16

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                   203

```
1        A.   It's very popular in crypto.  There          13:49:18

2   are probably tens of thousands of DAOs, if not         13:49:25

3   more.                                                  13:49:28

4        Q.   And this is   this screen shot shows         13:49:33

5   an ape at the bottom left?                             13:49:35

6        A.   It would appear to.                          13:49:38

7        Q.   And it's wearing the sushi chef              13:49:39

8   headband, correct?                                     13:49:41

9        A.   It would appear to be.                       13:49:43

10   ████ ███████████████████████████                       13:49:44

11   ███████████████                                        13:49:49

12       ████████████████████                               13:49:50

13   █████████████████                                      13:49:51

14       ████████████                                       13:49:54

15   BY MR. TOMPROS:

16       Q.   It's   and in the background   it's          13:49:56

17   a little hard to see, but you can see that there      13:50:08

18   are other images shown there of apes, right?          13:50:09

19       A.   It's a little hard to see, but               13:50:13

20   roughly.                                              13:50:17

21   ████ ██████████████████                                13:50:17

22   ██████████████████████                                 13:50:19

23   █████████████████                                      13:50:22

24       ████████████████████████                           13:50:23

25   ██████████████                                         13:50:25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                204

| | | |
|---|---|---|
| 1 | ████████████████████ | 13:50:26 |
| 2 | ████████ | |
| 3 | █ ████████████████ | 13:50:30 |
| 4 | ██████████████████ | 13:50:31 |
| 5 | ████████████████ | 13:50:34 |
| 6 | ██████████████████ | 13:50:36 |
| 7 | ███████████████ | 13:50:38 |
| 8 | ██████████████████ | 13:50:40 |
| 9 | ██████████████████ | 13:50:45 |
| 10 | ████████████ | 13:50:52 |

11            (Exhibit 293, BoredApeTronClub.com Web

12       Page, marked for identification.)

13       BY MR. TOMPROS:

14            Q.   You have now been handed what's been          13:50:55

15       marked as Exhibit 293, a four page document with        13:51:12

16       the URL https://BoredApeTronclub.com.  Do you see        13:51:17

17       that?                                                   13:51:24

18            A.   I do.                                         13:51:25

19            MR. BALL:  And, Counsel, for the                   13:51:25

20       record, it looks like some of this has been cut        13:51:27

21       off at the top and on other pages, as well.            13:51:29

22       BY MR. TOMPROS:

23            Q.   And the date of this printout is              13:51:37

24       3/1/23.  Do you see that at the top left?               13:51:39

25            A.   I do.                                         13:51:42

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    205

| | | |
|---|---|---|
| 1 | Q.   Is the Bored Ape Tron Club a Yuga Labs | 13:51:42 |
| 2 | product? | 13:51:47 |
| 3 | MR. BALL:  Objection.  Vague. | 13:51:47 |
| 4 | THE WITNESS:  I do not believe so. | 13:51:50 |
| 5 | BY MR. TOMPROS: | |
| 6 | ██ ███████████████████ | 13:51:52 |
| 7 | ██████████████ | 13:51:54 |
| 8 | ██████████████████████ | 13:51:56 |
| 9 | █████████████ | 13:51:57 |
| 10 | ████████████████████ | 13:51:58 |
| 11 | BY MR. TOMPROS: | |
| 12 | Q.   In the middle there, it says:  "Mutant | 13:52:00 |
| 13 | Ape Tron Club collection."  Do you see that? | 13:52:02 |
| 14 | A.   I do. | 13:52:04 |
| 15 | Q.   Mutant Apes, the Mutant Ape Yacht Club | 13:52:06 |
| 16 | is a Yuga Labs's collection, right? | 13:52:10 |
| 17 | A.   Yes, it is. | 13:52:12 |
| 18 | ██ ████████████████████ | 13:52:16 |
| 19 | █████████████████████ | 13:52:19 |
| 20 | ████ | 13:52:22 |
| 21 | ██████████████ | 13:52:22 |
| 22 | ██████████████████████ | 13:52:23 |
| 23 | ████████████ | 13:52:26 |
| 24 | BY MR. TOMPROS: | |
| 25 | Q.   There's reference there under the | 13:52:28 |

ATTORNEYS' EYES ONLY

Transcript of Wylie Aronow
Conducted on March 6, 2023                                206

| | | |
|---|---|---|
| 1 | heading "Welcome Primates."  It says:  "You are | 13:52:30 |
| 2 | one of 10,000 Bored Ape NFTs." | 13:52:32 |
| 3 | Do you see that? | 13:52:35 |
| 4 | A.   I do. | 13:52:37 |
| 5 | Q.   And it   Bored Ape NFTs is a Yuga | 13:52:39 |
| 6 | product, right? | 13:52:43 |
| 7 | MR. BALL:  Objection.  Vague.  Calls | 13:52:45 |
| 8 | for a legal conclusion. | 13:52:46 |
| 9 | THE WITNESS:  Yes. | 13:52:49 |
| 10 | BY MR. TOMPROS: | |
| 11 | █████  ████████████████████ | 13:52:51 |
| 12 | ███████████████████████ | 13:52:54 |
| 13 | ███ | 13:52:56 |
| 14 | ██████████████████ | 13:52:57 |
| 15 | ████████████████████████ | 13:52:59 |
| 16 | ████████████ | 13:53:00 |
| 17 | BY MR. TOMPROS: | |
| 18 | Q.   A couple of minutes ago, I think you | 13:53:28 |
| 19 | were referring to the RR/BAYC NFT token IDs.  Do | 13:53:30 |
| 20 | you recall that? | 13:53:34 |
| 21 | A.   I do. | 13:53:37 |
| 22 | Q.   And is it your understanding that in | 13:53:38 |
| 23 | the RR/BAYC collection, the token ID number is the | 13:53:40 |
| 24 | same as the corresponding image in the BAYC | 13:53:47 |
| 25 | collection? | 13:53:49 |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                    212

| | | |
|---|---|---|
| 1 | ██████████████ | 13:58:46 |
| 2 | █████████████████████████ | 13:58:49 |
| 3 | ██████████ | 13:58:49 |
| 4 | ████████████ | |
| 5 | █ █████████████████████████ | 13:58:54 |
| 6 | ███ | 13:58:56 |
| 7 | █ ████████████████████████ | 13:58:58 |
| 8 | ███████████ | 13:59:00 |
| 9 | █ ██████████████████████████ | 13:59:04 |
| 10 | █████████████████ | 13:59:06 |
| 11 | ███████████████████████ | 13:59:08 |
| 12 | ████████████ | 13:59:09 |
| 13 | ██████████████████ | 13:59:10 |
| 14 | ██████████ | 13:59:11 |
| 15 | ███████████ | |
| 16 | █ ███████████████████ | 13:59:12 |
| 17 | ████████████ | 13:59:13 |
| 18 | █ ███████████ | 13:59:15 |
| 19 | █ ██████████████████████ | 13:59:16 |
| 20 | ████████████████████████ | 13:59:17 |
| 21 | ███████████████████████ | 13:59:20 |
| 22 | █████████████ | 13:59:21 |
| 23 | ██████████████████████████████ | 13:59:22 |
| 24 | ████████████ | 13:59:25 |
| 25 | █████████ | |

ATTORNEYS EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023

232

| | | |
|---|---|---|
| 1 | ███████████ | 14:33:42 |
| 2 | ███████████████ | 14:33:43 |
| 3 | ██ | 14:33:44 |
| 4 | ████████ | |
| 5 | █ █████████████ | 14:33:44 |
| 6 | ████████████████ | 14:33:47 |
| 7 | █████████████████ | 14:33:52 |
| 8 | ██████████████ | 14:33:56 |
| 9 | ███████████████ | 14:34:01 |
| 10 | █████████ | 14:34:04 |
| 11 | █████████████ | 14:34:05 |
| 12 | ███████████ | 14:34:06 |
| 13 | ███ | 14:34:09 |
| 14 | █████████████ | 14:34:10 |
| 15 | █████ | |
| 16 | █ ████████████ | 14:34:16 |
| 17 | ████████ | 14:34:18 |
| 18 | █████████████ | 14:34:21 |
| 19 | ██████ | 14:34:22 |
| 20 | █████████████ | 14:34:24 |
| 21 | █████ | 14:34:25 |
| 22 | █████ | |
| 23 | █ █████████████ | 14:34:25 |
| 24 | ██████ | 14:34:27 |
| 25 | █ ██████ | 14:34:28 |



# Grandpa Ape Country Club ✓

By **GrandpaApeCountryClub** ✓

Items **5,000**  ·  Created **Apr 2022**  ·  Creator earnings **5%**  ·  Chain **Ethereum**  ·  Category **PFPs**

GACC is a collection of 5,000 Grandpa Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Grandpa Ape doubles as your Country Club membership card, and grants access to members-only benefits, the first of which is access to THE GREENS, a place where you can just hang with the boys. Future areas and perks can be unlocked by the community through roadmap activation.

Inspired by Bored Ape Yacht Club. We are not affiliated with Bored Ape Yacht Club.

See less ⌃

**EXHIBIT**
281
PENGAD 800-631-6989

| 4,617 ETH | 0.145 ETH | 0.12 WETH |
|---|---|---|
| total volume | floor price | best offer |
| **6%** | **1,636** | **33%** |
| listed | owners | unique owners |

**Items**   **Analytics**   **Activity**

🔍 Search by name or attribute

≡ Filters                    ↑↓ Sort

↻ Updated 4m ago                                **5,000 items**

**Make collection offer**

PENGAD 800-631-6989

EXHIBIT

282



## Bored Ape Solana Club ✔

By Bored-Ape-Solana-Club ✔

Items 5,998 · Created Apr 2022 · Chain Solana · Category PFPs

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFTs. BASC is not...



| 106,558 SOL | 9 SOL | 1% | 2,110 | 35% |
|---|---|---|---|---|
| total volume | floor price | listed | owners | unique owners |

### Items    Activity

Clothes: Hip hop ✕    Clear all

Price low to high

Updated 44s ago                                                                        55 items

**Status**
- Buy Now
- On Auction

**Price**

**Rarity rank**

**Quantity**

**Currency**

**BACKGROUND** 1

**CLOTHES** 44
- Prom Dress 62
- Spacesuit 60
- Caveman Pelt 58
- Hip Hop 55 ☑
- Lab Coat 55
- Tweed Suit 49
- Blue Dress 48
- Cowboy Shirt 46

**EARRING** 7

**EYES** 23



Bored Ape Solana Club #2975    # 2,583
99.950 SOL
Last sale: 15.900 SOL



Bored Ape Solana Club #1076    # 664

Bored Ape Solana Club #1126    # 3,194



Bored Ape Solana Club #1300    # 1,067



Bored Ape Solana Club #1721    # 3,107



Bored Ape Solana Club #1832    # 572

FUR                                          19    ⌄

HATS                                         37    ⌃

🔍  Search

Laurel Wreath                                60
Faux Hawk                                    59
Prussian Helmet                              59
Kings Crown                                  54
Party Hat 2                                  54
Police Motorcycle Helmet                     53
Basc Hat Red                                 50
WW2 Pilot Helm                               46

MOUTH                                        35    ⌄

RARITY RANK                                   7    ⌄



Bored Ape Solana Club #1841        # 1,085



Bored Ape Solana Club #1880        # 52



Bored Ape Solana Club #1885        # 214

Last sale: 20 SOL



Bored Ape Solana Club #1900        # 2,695



Bored Ape Solana Club #1915        # 4,702

Last sale: 2.500 SOL



Bored Ape Solana Club #1984        # 631

Last sale: 20 SOL



Bored Ape Solana Club #2012        # 693



Bored Ape Solana Club #2122        # 301

Last sale: 37 SOL



Bored Ape Solana Club #2132        # 2,941

Last sale: 5 SOL



Bored Ape Solana Club #2208        # 2,184



Bored Ape Solana Club #2210        # 4,971



Bored Ape Solana Club #2237        # 1,794



1/22/23, 2:21 PM                    #The Bestt Boredd Apee Yacht Clubb - Collection | OpenSea





1/22/23, 2:25 PM                                    Bored Ape Yacht Club - Bored Ape Yacht Precious | OpenSea

OpenSea    Search items, collections, and accounts



Bored Ape Yacht Precious

# Bored Ape Yacht Club

Owned by RoNick01

👁 37 views

🕐 Sale ends February 23, 2023 at 2:37 PM GMT-8

Current price
**0.05 ETH** $81.12

**Add to cart**                                    ⚡

🏷 Make offer

📈 Price History

🕐

No events have occurred yet
Check back later.

📋 Description

By **RoNick01**
Bored Ape Yacht Club Gold

📑 About Bored Ape Yacht Precious

🏷 Listings

📇 Details

≡ Offers

No offers yet

**EXHIBIT**
PENGAD 800-631-6989

↑↓ Item Activity

Filter

| Event | | Price | From | To | Date |
|---|---|---|---|---|---|
| 🏷 | List | 0.050 ETH | RoNick01 | | 5 months ago |
| 🏷 | List | 0.080 ETH | RoNick01 | | 6 months ago |
| 🏷 | List | 10 ETH | RoNick01 | | 6 months ago |
| 🏷 | List Expired | 20 ETH | RoNick01 | | 6 months ago |
| 🏷 | List Expired | 30 ETH | RoNick01 | | 6 months ago |

▦ More From This Collection

View collection

**Stay in the loop**

https://opensea.io/assets/ethereum/0x495f947276749ce646f68ac8c248420045cb7b5e/87714338797693205848947170101041601415263614669622...    1/2





1/22/23, 2:14 PM                              Bored Ape Yacht Club - JRs Bored Ape Yacht Club Crew | OpenSea



Ape Moss
420.690 ETH
Last sale: 0.080 ETH

Bored Ape Yacht Club
Last sale: 0.040 ETH

Bored Ape Yacht Club
Last sale: 0.080 ETH

BORED APE YACHT CLUB
Last sale: 0.1699 ETH

Bored Ape Yacht Club
Last sale: 0.080 ETH



3/1/23, 2:49 PM                    Bored Ape Tron Club - Mint 1 of 10,000 Apes on Tron



3/1/23, 2:49 PM

Bored Ape Tron Club - Mint 1 of 10,000 Apes on Tron





