# EXHIBIT 249

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
 1              UNITED STATES DISTRICT COURT
 2        FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                                 x
 4   YUGA LABS, INC.,              :
 5          Plaintiff,             :
 6   vs.                           :  Civil Action No.
 7   RYDER RIPPS, JEREMY CAHEN,    :  2:22-cv-4355-JFW-JEM
 8   and DOES 1-10,                :
 9          Defendants.            :
10                                 x
11
12
13
14                * CONFIDENTIAL *
15            DEPOSITION OF GUY OSEARY
16             Los Angeles, California
17           Wednesday, March 1, 2023
18                   9:33 A.M.
19
20
21
22
23   Job No.: 483503
24   Pages: 1-230
25   Reported by: Crystal Hereford, RPR
```

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023                83

| | | |
|---|---|---|
| 1 | █████████████████████ | 11:31:32 |
| 2 | █ █████████████████ | 11:31:45 |
| 3 | ████████████████████████ | 11:31:54 |
| 4 | ██████████████████████ | 11:31:59 |
| 5 | ███████████████ | 11:32:01 |
| 6 | █ ██████████████████ | 11:32:03 |
| 7 | ██████████████████████████ | 11:32:08 |
| 8 | ████████████████████████ | 11:32:13 |
| 9 | ███████████████████████ | 11:32:15 |
| 10 | ██████████████████████ | 11:32:18 |
| 11 | ██████ | 11:32:22 |
| 12 | █ ████ | 11:32:22 |
| 13 | █ ████████████████ | 11:32:23 |
| 14 | █ ███████ | 11:32:24 |
| 15 | █ ██████████████████ | 11:32:26 |
| 16 | █████ | 11:32:30 |
| 17 | █ ██████████████ | 11:32:31 |
| 18 | █ ████████████████████ | 11:32:33 |
| 19 | ████████████████████████ | 11:32:36 |
| 20 | ████████████████████████ | 11:32:39 |
| 21 | █████████████████████ | 11:32:44 |
| 22 | ████████████████████████ | 11:32:51 |
| 23 | ████████████████████████ | 11:32:55 |
| 24 | ██████████████████ | 11:32:59 |
| 25 | ██████████████████████ | 11:33:02 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023
84

| # | | Time |
|---|---|---|
| 1 | ▮▮▮▮ | 11:33:05 |
| 2 | ▮ ▮▮▮▮▮▮▮▮▮ | 11:33:09 |
| 3 | ▮▮ | 11:33:11 |
| 4 | ▮▮▮▮▮▮▮ | 11:33:11 |
| 5 | ▮▮▮ | 11:33:13 |
| 6 | ▮ ▮▮ | 11:33:13 |
| 7 | ▮ ▮▮▮▮▮▮▮ | 11:33:14 |
| 8 | ▮▮▮▮▮ | 11:33:18 |
| 9 | ▮▮▮▮ | 11:33:21 |
| 10 | ▮▮▮▮▮▮ | 11:33:22 |
| 11 | ▮▮ | 11:33:24 |
| 12 | ▮ ▮▮▮▮▮▮▮▮ | 11:33:24 |
| 13 | ▮▮▮▮▮▮▮▮ | 11:33:27 |
| 14 | ▮ ▮▮▮▮▮▮▮▮ | 11:33:31 |
| 15 | ▮▮▮ | 11:33:33 |
| 16 | ▮ ▮▮ | 11:33:34 |
| 17 | ▮▮▮▮▮ | 11:33:35 |
| 18 | ▮▮▮▮▮▮ | 11:33:37 |
| 19 | ▮ ▮▮ | 11:33:39 |
| 20 | ▮ ▮▮▮▮▮▮ | 11:33:41 |
| 21 | ▮▮▮▮ | 11:33:44 |
| 22 | ▮▮▮▮▮ | 11:33:45 |
| 23 | ▮▮▮▮▮▮▮ | 11:33:45 |
| 24 | ▮▮▮ | 11:33:47 |
| 25 | ▮ ▮▮▮▮▮▮▮ | 11:33:49 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023                                              85

| | | |
|---|---|---|
| 1 | ████████████████████████████████████ | 11:33:51 |
| 2 | ████████████████████████████████ | 11:33:54 |
| 3 | ██████████████████████████████████████ | 11:33:57 |
| 4 | ████████████████████████████████████ | 11:34:00 |
| 5 | ███ | 11:34:05 |
| 6 |     MR. BALL: How are we doing break wise? | 11:34:13 |
| 7 |     MR. TOMPROS: I'm happy to keep on going | 11:34:17 |
| 8 | or take a break, whatever you want. | 11:34:19 |
| 9 |     MR. BALL: Yeah, can we take a quick | 11:34:21 |
| 10 | break? | 11:34:22 |
| 11 |     MR. TOMPROS: Sure. | 11:34:22 |
| 12 |     MR. BALL: I need one myself. | 11:34:22 |
| 13 |     THE VIDEOGRAPHER: Stand by. | 11:34:25 |
| 14 |     We're going off the record. The time on | 11:34:26 |
| 15 | the video monitor is 11:34 a.m. | 11:34:28 |
| 16 |     (Off the record.) | 11:49:14 |
| 17 |     THE VIDEOGRAPHER: We are back on the | 11:49:28 |
| 18 | record. The time on the video monitor is 11:49 a.m. | 11:49:41 |
| 19 |   Q.  Mr. Oseary, what business relationship | 11:49:47 |
| 20 | have you had, if any, with Eminem? | 11:49:49 |
| 21 |   A.  I don't have a business relationship with | 11:49:52 |
| 22 | Eminem. | 11:49:54 |
| 23 |   Q.  And what business relationship have you | 11:49:55 |
| 24 | had, if any, with Stephen Curry? | 11:49:57 |
| 25 |   A.  I have never met him. | 11:50:00 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

102

| | | |
|---|---|---|
| 1 | ████ ███████████████ | 12:13:18 |
| 2 | ████ ████████████ | 12:13:19 |
| 3 | ████ ██████████████████ | 12:13:21 |
| 4 | ███████████████████████████ | 12:13:24 |
| 5 | ██████████████████████ | 12:13:28 |
| 6 | ██████████████████████████ | 12:13:32 |
| 7 | ████ ██████████████████████████ | 12:13:37 |
| 8 | ██████ | 12:13:41 |
| 9 | ████ ███████████ | 12:13:41 |
| 10 | ████ █████████████████████████ | 12:13:48 |
| 11 | █ | 12:14:06 |
| 12 | ████████████████████████ | 12:14:06 |
| 13 | ███████ | 12:14:09 |
| 14 | ████ ███████████ | 12:14:10 |
| 15 | ████ █████████████████████ | 12:14:11 |
| 16 | █████████████ | 12:14:12 |
| 17 | ████ ███████████ | 12:14:12 |
| 18 | ████ ████████████████████ | 12:14:13 |
| 19 | ██████████ | 12:14:15 |
| 20 | ████ ███████ | 12:14:15 |
| 21 | ████ ████████████████████ | 12:14:15 |
| 22 | ██████ | 12:14:18 |
| 23 | ████████████████ | 12:14:19 |
| 24 | ████ ██████████████████████ | 12:14:19 |
| 25 | █████████████████████████ | 12:14:21 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

103

| # | | Time |
|---|---|---|
| 1 | ███████████████████████████ | 12:14:28 |
| 2 | ████████████████ | 12:14:37 |
| 3 | ██ ██ | 12:14:38 |
| 4 | ██ ████████████████████ | 12:14:38 |
| 5 | ███████████████████████████ | 12:14:43 |
| 6 | ███████████████████████████ | 12:14:48 |
| 7 | ████████████████████████████ | 12:14:51 |
| 8 | ██████████████████████ | 12:14:55 |
| 9 | ██ ████ | 12:15:00 |
| 10 | █████████████████████ | 12:15:00 |
| 11 | ██████ | 12:15:03 |
| 12 | ██ ██ | 12:15:04 |
| 13 | ███████████████ | 12:15:04 |
| 14 | ███████████ | 12:15:05 |
| 15 | ██ ████████████████████ | 12:15:06 |
| 16 | ████████ | 12:15:09 |
| 17 | ██ ██ | 12:15:10 |
| 18 | ██ ████████████████████ | 12:15:10 |
| 19 | ██████ | 12:15:13 |
| 20 | ██ ██ | 12:15:15 |
| 21 | ██ ████████████████████ | 12:15:15 |
| 22 | ██████████ | 12:15:19 |
| 23 | █████████████████ | 12:15:20 |
| 24 | █████ | 12:15:20 |
| 25 | ██████████ | 12:15:22 |