# EXHIBIT 250

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

```
1              UNITED STATES DISTRICT COURT
2             CENTRAL DISTRICT OF CALIFORNIA
3                    WESTERN DIVISION
4
                                        )
5    YUGA LABS, INC.,                   )CASE NO.:
                                        )
6                    Plaintiff,         )22-cv-04355-
                                        )JFW-JEM
7         v.                            )
                                        )
8    RYDER RIPPS, JEREMY CAHEN, DOES    )
     1-10,                              )
9                                       )
                     Defendants.        )
10                                      )
                                        )
11
12
13     ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14             ATTORNEYS' EYES ONLY **
15
16
17            DEPOSITION OF GREG SOLANO
18                     VOLUME I
19             LOS ANGELES, CALIFORNIA
20            TUESDAY, JANUARY 17, 2023
21
22
23
24   REPORTED BY:  NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                   CSR NO. 14125
25   JOB NO.:      477897
```

| | | |
|---|---|---|
| 1 | A. Bored Ape Yacht Club, BAYC, Bored Ape, | 10:48:03 |
| 2 | BAYC logo, BAYC Bored Ape Yacht Club logo, and ape | 10:48:15 |
| 3 | skull logo trademarks. I am not sure on     I may | 10:48:20 |
| 4 | have on ape. | 10:48:30 |
| 5 | Q. Mr. Aronow also participated in the design | 10:48:31 |
| 6 | of at least some of the BAYC marks; correct? | 10:48:36 |
| 7 | MR. BALL: Objection. Lacks foundation. | 10:48:40 |
| 8 | Calls for speculation. | 10:48:42 |
| 9 | A. Yes. He was involved. | 10:48:47 |
| 10 | Q. Which of the marks in paragraph 11 did | 10:48:48 |
| 11 | Mr. Aronow participate in the design of? | 10:48:52 |
| 12 | MR. BALL: Objection. Calls for | 10:48:55 |
| 13 | speculation. | 10:48:59 |
| 14 | A. You'll have to | 10:48:59 |
| 15 | MR. BALL: Vague. | 10:49:00 |
| 16 | A. You'll have to speak with Wylie on which | 10:49:02 |
| 17 | ones exactly. I don't recall everything. | 10:49:05 |
| 18 | Q. A third party designer was engaged by you | 10:49:09 |
| 19 | and Mr. Aronow to participate in the design of the | 10:49:13 |
| 20 | BAYC marks; correct? | 10:49:17 |
| 21 | MR. BALL: Objection. Lacks foundation. | 10:49:18 |
| 22 | Vague. | 10:49:20 |
| 23 | A. We hired a freelance designer to help | 10:49:29 |
| 24 | create these logos. | 10:49:32 |
| 25 | ■   ■ | 10:49:37 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023 63

| | | |
|---|---|---|
| 1 | ███████████████████████ | 10:49:43 |
| 2 | ██████████ | 10:49:46 |
| 3 | ████████████████ | 10:49:54 |
| 4 | ██████████████████████ | 10:49:57 |
| 5 | ██████████████████████ | 10:49:59 |
| 6 | ███ | 10:50:03 |
| 7 | █████████████████ | 10:50:04 |
| 8 | █████████████████ | 10:50:06 |
| 9 | ██████████████████████ | 10:50:10 |
| 10 | ████████████████████ | 10:50:15 |
| 11 | ██ | 10:50:18 |
| 12 | █████████████████ | 10:50:19 |
| 13 | ██████████████████████ | 10:50:21 |
| 14 | █ | 10:50:24 |
| 15 | ██████████████ | 10:50:24 |
| 16 | ████████████████████ | 10:50:25 |
| 17 | ████████████████████ | 10:50:27 |
| 18 | ████████████████████ | 10:50:29 |
| 19 | ██████████████████████ | 10:50:31 |
| 20 | ██████████████████████ | 10:50:34 |
| 21 | ██████████████████ | 10:50:36 |
| 22 | ████████████████ | 10:50:39 |
| 23 | ██████████████████████ | 10:50:41 |
| 24 | ███████████████████ | 10:50:43 |
| 25 | ████████████████████ | 10:50:46 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                           64

```
1    design, ███████████                              10:50:49
2            ████████████████████████████            10:50:51
3    ████████████████████████                         10:50:54
4            ██████████████████████████              10:50:56
5    ████████████████████████████████████            10:50:57
6    ████████████████████████████                    10:51:00
7            ████████████████████████████            10:51:03
8    ████████████████████████████████████            10:51:04
9    ██████████████████████████████████              10:51:10
10   ████████████████████████████████                10:51:11
11   ██████████                                      10:51:11
12           ████████████████████████                10:51:14
13   ██████████████████████████████████              10:51:16
14   ████████████████████████████████████            10:51:19
15   ██████████████████████████████████              10:51:23
16   ████████████████████████                         10:51:24
17   ████████████                                     10:51:28
18           ██████████████████████████              10:51:29
19   ██████████████████████████████████              10:51:29
20   ████████████████████████████                    10:51:30
21   ██████████████████████████████████              10:51:30
22   ████████████                                     10:51:34
23           ██████████████████████                  10:51:34
24   ██████████████████████████████████              10:51:37
25   ██████████████████████████████████              10:51:39
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023 65

| | | |
|---|---|---|
| 1 | ████████████████████████ | 10:51:42 |
| 2 | ████████████████████████████ | 10:51:43 |
| 3 | ████████████████████████ | 10:51:47 |
| 4 | ████████████████████████████ | 10:51:50 |
| 5 | ████████████████████████ | 10:51:51 |
| 6 | ████████████████████████ | 10:51:53 |
| 7 | ██████████████████████████████ | 10:51:55 |
| 8 | ██████████████████████████████ | 10:51:58 |
| 9 | ██████████████████████████████ | 10:52:00 |
| 10 | ██████████████████████████████ | 10:52:02 |
| 11 | ████████████████████████████████ | 10:52:06 |
| 12 | ██ | 10:52:09 |
| 13 | ████████████████████ | 10:52:10 |
| 14 | ██████████████████████████ | 10:52:12 |
| 15 | ██████████████████████████████ | 10:52:16 |
| 16 | ████████████████████████████████ | 10:52:18 |
| 17 | ██████████████████████████████ | 10:52:21 |
| 18 | ██████████████████████████████ | 10:52:23 |
| 19 | ██████████████████████████ | 10:52:27 |
| 20 | ████████████████████████████████ | 10:52:28 |
| 21 | ████████████████ | 10:52:31 |
| 22 | ██████████████████ | 10:52:32 |
| 23 | ████████████████ | 10:52:32 |
| 24 | ████████████ | 10:52:32 |
| 25 | ██████████████████████ | 10:52:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                          66

| | | |
|---|---|---|
| 1 | ███████████████████████ | 10:52:35 |
| 2 | █ ████████████████████████████ | 10:52:36 |
| 3 | ████████████████████████████████ | 10:52:38 |
| 4 | █ ██████████████████████████ | 10:52:39 |
| 5 | ███████████████████████████████████ | 10:52:41 |
| 6 | ████████████████████████████████████ | 10:52:46 |
| 7 | ██████████████████████████ | 10:52:49 |
| 8 | ██████ | 10:52:52 |
| 9 | █ ██████████████████████████████ | 10:52:52 |
| 10 | ██████████████████████████ | 10:52:54 |
| 11 | ██████████████████████████████████ | 10:52:57 |
| 12 | ██████████████████████████████████ | 10:53:00 |
| 13 | ██████████████████████████████████ | 10:53:03 |
| 14 | ██████████████████████████████ | 10:53:05 |
| 15 | █ | 10:53:07 |
| 16 | █ ██████████████████████████████ | 10:53:11 |
| 17 |         When did you engage this third party | 10:53:14 |
| 18 | designer? | 10:53:20 |
| 19 |     A.    In early 2021. | 10:53:20 |
| 20 |     Q.    Can you be more specific than that, maybe | 10:53:26 |
| 21 | the month. | 10:53:31 |
| 22 |     A.    February, I believe.  February or March. | 10:53:31 |
| 23 |     Q.    What did you instruct the third party | 10:53:34 |
| 24 | designer to do? | 10:53:36 |
| 25 |     A.    We asked the designer to create a logo | 10:53:37 |

| | | |
|---|---|---|
| 1 | A. The letters "BAYC" were provided to the | 11:01:41 |
| 2 | designer. | 11:01:46 |
| 3 | Q. And did the third-party designer choose | 11:01:46 |
| 4 | the use of a skull? | 11:01:49 |
| 5 | A. I don't recall. | 11:01:53 |
| 6 | MR. BALL: Objection. | 11:01:56 |
| 7 | Q. Why was a skull chosen for the Bored Ape | 11:01:57 |
| 8 | Yacht Club logo? | 11:02:12 |
| 9 | MR. BALL: Objection. Vague. Calls for | 11:02:12 |
| 10 | speculation. | 11:02:18 |
| 11 | A. I don't recall who was the first person to | 11:02:18 |
| 12 | think of a skull. But this is called "Bored Ape | 11:02:25 |
| 13 | Yacht Club," and I remember early on we liked the | 11:02:32 |
| 14 | idea that these apes are bored to death. | 11:02:35 |
| 15 | Q. At some point during the design of this | 11:02:49 |
| 16 | logo in Exhibit 202, someone conducted a Google | 11:02:54 |
| 17 | image search for the phrase "ape skull"; correct? | 11:02:57 |
| 18 | A. I don't recall. | 11:03:00 |
| 19 | Q. Did you conduct a Google image search for | 11:03:00 |
| 20 | the phrase "ape skull" during the course of the | 11:03:10 |
| 21 | creation of this logo? | 11:03:11 |
| 22 | A. I don't recall. | 11:03:13 |
| 23 | Q. Did you know how to use Google image | 11:03:13 |
| 24 | search in early 2021? | 11:03:16 |
| 25 | A. Yes, I know how to Google a word. | 11:03:18 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                          113

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 12:25:19 |
| 2 | ███████████████████████████████████████ | 12:25:22 |
| 3 | ████████████████████████ | 12:25:24 |
| 4 | █ █████████████████████████████ | 12:25:27 |
| 5 | ██████████████████ | 12:25:44 |
| 6 | ████████████████████ | 12:25:46 |
| 7 | █ ██████████████████████ | 12:25:48 |
| 8 | ████████████████████████████ | 12:25:49 |
| 9 | ██████████ | 12:25:52 |
| 10 | █ ██████████████████████████████ | 12:25:52 |
| 11 | ██████████████████████████████ | 12:25:55 |
| 12 | ████████████████████ | 12:25:59 |
| 13 | █ ████████████████████ | 12:26:08 |
| 14 | ███████████████████████████████████████ | 12:26:11 |
| 15 | ████████████████████████████████████ | 12:26:18 |
| 16 | ██████████████████████████████████ | 12:26:21 |
| 17 | ████████████████████████████████████ | 12:26:24 |
| 18 | ████████████████████████████████████ | 12:26:27 |
| 19 | ██████████████████████████████████ | 12:26:30 |
| 20 | ██████████████████████████████ | 12:26:38 |

21      Q.   Now, focused specifically just on the BAYC                    12:26:46

22 collection consisting of 10,000 unique Bored Ape                        12:26:49

23 NFTs, does Yuga Labs sell those NFTs today?                             12:26:54

24           MR. BALL:  Objection.  Vague.  Calls for a                    12:26:59

25 legal conclusion.                                                       12:27:02

| | | |
|---|---|---|
| 1 | A. We have not sold -- we are not selling any | 12:27:11 |
| 2 | of the 10,000 Bored Ape NFTs currently. | 12:27:13 |
| 3 | Q. You mentioned earlier in your testimony a | 12:27:16 |
| 4 | website called Foundation. | 12:27:19 |
| 5 | Do you remember that? | 12:27:21 |
| 6 | A. Yes. | 12:27:22 |
| 7 | Q. What is Foundation? | 12:27:22 |
| 8 | A. Foundation is a NFT marketplace. | 12:27:24 |
| 9 | Previously, I believe it was invite-only or you had | 12:27:30 |
| 10 | to apply or otherwise gain entrance into it. Last | 12:27:33 |
| 11 | year, they opened it up so that other people, I | 12:27:40 |
| 12 | believe, could mint collections on that marketplace. | 12:27:46 |
| 13 | Q. When did it change from becoming | 12:27:49 |
| 14 | invite-only to not? | 12:27:51 |
| 15 | A. I don't know the exact date. | 12:27:56 |
| 16 | Q. Does Yuga Labs have a page on Foundation | 12:28:01 |
| 17 | for the Bored Ape Yacht Club NFT collection? | 12:28:03 |
| 18 | MR. BALL: Objection. Vague. Calls for | 12:28:06 |
| 19 | speculation. | 12:28:10 |
| 20 | A. I have not checked Foundation myself | 12:28:10 |
| 21 | recently. We -- Yuga Labs is on many marketplaces | 12:28:16 |
| 22 | that we never -- Yuga Labs's NFTs are on many | 12:28:19 |
| 3 | marketplaces that we have never interacted with. | 1 : 8: 6 |
| 24 | It's the Ethereum blockchain. They can get picked | 12:28:30 |
| 25 | up there. | 12:28:33 |

| # | Text | Time |
|---|------|------|
| 1 | [REDACTED] | 13:53:47 |
| 2 | [REDACTED] | 13:53:50 |
| 3 | [REDACTED] | 13:53:53 |
| 4 | [REDACTED] | 13:53:55 |
| 5 | [REDACTED] | 13:54:00 |
| 6 | [REDACTED] | 13:54:00 |
| 7 | [REDACTED] | 13:54:05 |
| 8 | [REDACTED] | 13:54:09 |
| 9 | [REDACTED] | 13:54:18 |
| 10 | [REDACTED] | 13:54:23 |
| 11 | [REDACTED] | 13:54:27 |
| 12 | [REDACTED] | 13:54:36 |
| 13 | [REDACTED] | 13:54:38 |
| 14 | [REDACTED] | 13:54:41 |
| 15 | [REDACTED] | 13:54:42 |
| 16 | [REDACTED] | 13:54:44 |
| 17 | [REDACTED] | 13:54:45 |
| 18 | [REDACTED] | 13:54:48 |
| 19 | [REDACTED] | 13:54:49 |
| 20 | [REDACTED] | 13:55:06 |
| 21 | [REDACTED] | 13:55:08 |
| 22 | [REDACTED] | 13:55:09 |
| 23 | [REDACTED] | 13:55:12 |
| 24 | [REDACTED] | 13:55:20 |
| 25 | [REDACTED] | 13:55:23 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                              157

| | | |
|---|---|---|
| 1 | Q. Do you know whether anyone else has ever | 14:22:12 |
| 2 | called him an artist? | 14:22:17 |
| 3 | MR. BALL: Objection. Calls for | 14:22:18 |
| 4 | speculation. | 14:  :19 |
| 5 | A. I think almost everybody on the planet has | 14:22:19 |
| 6 | been called an artist. | 14:22:22 |
| 7 | (Exhibit 209 marked.) | 14:23:07 |
| 8 | BY MR. TOMPROS: | 14:23:07 |
| 9 | Q. Mr. Solano, you have been handed what has | 14:23:09 |
| 10 | been marked as Exhibit 209, a two-page document that | 14:23:11 |
| 11 | at the top says "1/6/23, 9:58 p.m. BAYC," and at the | 14:23:16 |
| 12 | bottom says "HTTPS://BoardApeYachtClub.com/#/terms | 14:23:24 |
| 13 | 1/2." | 14:23:37 |
| 14 | Do you have that document in front of you? | 14:23:40 |
| 15 | A. Yes. | 14:23:42 |
| 16 | Q. What is it? | 14:23:43 |
| 17 | A. This looks like a screenshot of the Bored | 14:23:43 |
| 18 | Ape Yacht Club website. I do not know if any of the | 14:23:52 |
| 19 | text is changed or if it's a copycat or it's the | 14:23:56 |
| 20 | real site. | 14:24:03 |
| 21 | MR. BALL: And I'll just -- for the | 14:24:03 |
| 22 | record, it looks like some of the text is cut off or | 14:24:05 |
| 3 | blurred on some aspects of it. | 14: 4:09 |
| 24 | MR. KATES: The last word on line 5 from | 14:24:13 |
| 25 | the top and the last word from the first sentence | 14:24:17 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                                            158

| | | |
|---|---|---|
| 1 | under "commercial use," it's unclear whether the | 14:24:20 |
| 2 | second letter reference is cut off. | 14:24:23 |
| 3 |       MR. TOMPROS:  Okay.  We will do our best. | 14:24:24 |
| 4 | If we need to go to the website, I'm sure we can. | 14:24:28 |
| 5 | BY MR. TOMPROS: | 14:24:32 |
| 6 |    Q.   Yuga Labs has terms and conditions for | 14:24:34 |
| 7 | ownership of Bored Ape Yacht Club NFTs; correct? | 14:24:38 |
| 8 |       MR. BALL:  Objection.  Calls for a legal | 14:24:41 |
| 9 | conclusion. | 14:24:42 |
| 10 |    A.   There is a terms and conditions page on | 14:24:43 |
| 11 | the Bored Ape Yacht Club website if that's what you | 14:24:47 |
| 12 | mean. | 14:24:50 |
| 13 | [REDACTED] | 14:24:50 |
| 14 | [REDACTED] | 14:24:53 |
| 15 | [REDACTED] | 14:24:53 |
| 16 | [REDACTED] | 14:24:56 |
| 17 | [REDACTED] | 14:25:07 |
| 18 | [REDACTED] | 14:25:08 |
| 19 | [REDACTED] | 14:25:09 |
| 20 | [REDACTED] | 14:25:14 |
| 21 | [REDACTED] | 14:25:16 |
| 22 | [REDACTED] | 14:25:19 |
| 23 | [REDACTED] | 14:25:21 |
| 24 | [REDACTED] | 14:25:22 |
| 25 | [REDACTED] | 14:25:25 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

160

| | | |
|---|---|---|
| 1 | ███████████ | 14:27:15 |
| 2 | █ ████████████████████ | 14:27:16 |
| 3 | ████████████ | 14:27:23 |
| 4 | █████████████████████ | 14:27:24 |
| 5 | ██████████████ | 14:27:26 |
| 6 | ██████████████ | 14:27:26 |
| 7 | █ ██████ | 14:27:27 |
| 8 | █ █████████████████████ | 14:27:27 |
| 9 | ████████████████ | 14:27:35 |
| 10 | █ ██████████████ | 14:27:36 |
| 11 | █ ██████████████████ | 14:27:38 |
| 12 | ████████████████████████ | 14:27:40 |
| 13 | ██████████████████████████ | 14:27:44 |
| 14 | █ ████████████████ | 14:27:49 |
| 15 | █ ██████████ | 14:27:51 |
| 16 | █ ████████████████████ | 14:27:52 |
| 17 | █ ████████████████ | 14:27:56 |
| 18 | ████████████████ | 14:27:59 |
| 19 | █ ██████████████████ | 14:28:01 |
| 20 | ██████████████████████████ | 14:28:06 |
| 21 | ████████████████████████ | 14:28:10 |
| 22 | ██████████████████████████ | 14:28:14 |
| 23 | ██████████████████████████ | 14:28:18 |
| 24 | ████████████████████████ | 14:28:22 |
| 25 | ████████████████████ | 14:28:26 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    161

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 14:28:28 |
| 2 | █ ██████████████████████████ | 14:28:29 |
| 3 | ████████████████████████████████ | 14:28:34 |
| 4 | ████ | 14:28:39 |
| 5 | █████████████████████████████ | 14:28:41 |
| 6 | ██████████████████ | 14:28:45 |
| 7 | ██████████████████████████ | 14:28:46 |
| 8 | █████████████ | 14:28:50 |
| 9 | █ ██████████████████████████ | 14:28:50 |
| 10 | ████████████████████ | 14:28:58 |
| 11 | █ ████████████████ | 14:29:01 |
| 12 | █ ██████████████████████████ | 14:29:04 |
| 13 | ████████████████████████████ | 14:29:10 |
| 14 | ████████████████████████████████ | 14:29:13 |
| 15 | ████████████████████████████████ | 14:29:18 |
| 16 | ████████████████████████████ | 14:29:21 |
| 17 | ████ | 14:29:26 |
| 18 | ██████████████████████ | 14:29:26 |
| 19 | ██████████████████████████ | 14:29:29 |
| 20 | ████████████████████████████ | 14:29:33 |
| 21 | ██████████████████████████ | 14:29:36 |
| 22 | ████████████████████████████ | 14:29:41 |
| 23 | ██████████████████████████ | 14:29:45 |
| 24 | ████████████████████████████ | 14:29:48 |
| 25 | ██████████████████████████ | 14:29:50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023
162

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 14:29:53 |
| 2 | █ █████████████████████████ | 14:29:56 |
| 3 | ██████████████ | 14:30:01 |
| 4 | ████████████████████ | 14:30:02 |
| 5 | ██████████████████ | 14:30:04 |
| 6 | ████ | 14:30:07 |
| 7 | █ █████████████████████ | 14:30:07 |
| 8 | ████████████████████████ | 14:30:16 |
| 9 | █████ | 14:30:21 |
| 10 | █ ████████████████████ | 14:30:21 |
| 11 | ███████ | 14:30:27 |
| 12 | ████████████ | 14:30:30 |
| 13 | █ ██████████████████ | 14:30:33 |
| 14 | ██████████████████████████ | 14:30:36 |
| 15 | ████████████████ | 14:30:43 |
| 16 | █ ███████████████ | 14:30:46 |
| 17 | ██████████████████████████ | 14:30:52 |
| 18 | ██████ | 14:30:55 |
| 19 | █ ███████████████████████ | 14:30:56 |
| 20 | ██████ | 14:31:01 |
| 21 | █ ███████████████████ | 14:31:01 |
| 22 | ██████████████████████████ | 14:31:07 |
| 23 | ██████████████████████ | 14:31:12 |
| 24 | ██████ | 14:31:13 |
| 25 | █ ████████████████████ | 14:31:15 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                                                 229

| # | Text | Time |
|---|------|------|
| 1 | ████████████████████ | 16:48:33 |
| 2 | ████████ | 16:48:35 |
| 3 | █ ████████████████ | 16:48:36 |
| 4 | ██████████ | 16:48:49 |
| 5 | █ ████████████████ | 16:48:50 |
| 6 | ████████ | 16:48:54 |
| 7 | ████████████ | 16:48:55 |
| 8 | ████████████████████ | 16:48:58 |
| 9 | ██████ | 16:48:59 |
| 10 | ██████████████ | 16:49:01 |
| 11 | ████████████████ | 16:49:03 |
| 12 | █ ████████████████ | 16:49:05 |
| 13 | ████████████████████ | 16:49:12 |
| 14 | ████████ | 16:49:19 |
| 15 | █ ████████████████ | 16:49:22 |
| 16 | ██████████ | 16:49:28 |
| 17 | █ ██████████ | 16:49:29 |
| 18 | ██████████ | 16:49:29 |
| 19 | █ ████████████████ | 16:49:30 |
| 20 | █ ████████████████ | 16:49:34 |
| 21 | ████████████████ | 16:49:39 |
| 22 | ██████ | 16:49:41 |
| 23 | █ █ | 16:49:42 |
| 24 | █ ██████████ | 16:49:42 |
| 25 | ████████████████ | 16:50:03 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

230

| # | | Time |
|---|---|---|
| 1 | ████████████████████████████████ | 16:50:37 |
| 2 | ██████████████████████████████ | 16:50:41 |
| 3 | ███ | 16:50:43 |
| 4 | ████████████████████ | 16:50:44 |
| 5 | ████████████████████████████████ | 16:50:47 |
| 6 | █████████████████████████ | 16:50:51 |
| 7 | ████████████ | 16:50:55 |
| 8 | █ █ | 16:50:56 |
| 9 | █ ████████████████ | 16:50:58 |
| 10 | ██████████████████ | 16:51:00 |
| 11 | █ ██████████████████████ | 16:51:04 |
| 12 | ████████████████████████ | 16:51:06 |
| 13 | ██████████████ | 16:51:08 |
| 14 | █ █████████████████████████ | 16:51:10 |
| 15 | ████████████████████████████████ | 16:51:15 |
| 16 | ██████████████████ | 16:51:20 |
| 17 | ████████████████████████ | 16:51:22 |
| 18 | ██████████████████████ | 16:51:25 |
| 19 | ████████████████████ | 16:51:32 |
| 20 | ██████████████████████████ | 16:51:33 |
| 21 | ████ | 16:51:38 |
| 22 | █ ██████████████████████████ | 16:51:39 |
| 23 | ████████████████████████████████ | 16:51:45 |
| 24 | █ ████████████████████████ | 16:51:51 |
| 25 | ████ | 16:51:57 |