ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>   v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         April 17, 2023<br>Time:         1:30 p.m.<br>Courtroom:  7A<br>Judge:        Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following documents:

- **Declaration of Eric Ball in support of Yuga Labs, Inc.'s Unopposed Application for Leave to file under seal Pursuant to Local Rule 79-5.2.2(a)**
- **Ex 1 - Table of Documents to be Sealed**
- **Combined Statement of Facts**
- **Exhibit 245 - Muniz Deposition Excerpts**
- **Exhibit 246 - Aronow Deposition Excerpts**
- **Exhibit 249 - Oseary Deposition Excerpts**
- **Exhibit 250 - Solano Deposition Excerpts**
- **Exhibit 251 - Atalay Deposition Excerpts**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071

☒   **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated: April 3, 2023

*Betti J. Walrod*
Betti J. Walrod