# EXHIBIT 245

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., | ) CASE NO.: |
| Plaintiff, | ) 2:22 cv 04355 JFW JEM |
| v. | ) (FULL TRANSCRIPT) |
| RYDER RIPPS, JEREMY CAHEN, DOES 1 10, | ) |
| Defendants. | ) |

** THIS TRANSCRIPT CONTAINS HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY INFORMATION **

DEPOSITION OF YUGA LABS, INC.,

BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

NICOLE MUNIZ,

AND IN HER INDIVIDUAL CAPACITY

VOLUME I

LOS ANGELES, CALIFORNIA

TUESDAY, JANUARY 24, 2023

REPORTED BY: NATALIE PARVIZI AZAD, CSR, RPR, RSR
CSR NO. 14125

JOB NO.: 478535

BY MR. TOMPROS: 10:30:30

Q. I want to now focus just briefly on the phrase "Bored Ape." Do you have that in mind? 10:30:30 10:30:33

That was part of the discussion of the phrase "Bored Ape Yacht Club"; right? 10:30:37 10:30:39

A. Uh huh. 10:30:40

Q. You have to say yes or no. 10:30:41

A. Yes. 10:30:42

Q. And it's not Bored Ape strike that. 10:30:43

In that discussion, was Bored Ape intended as an anagram for anything? 10:30:46 10:30:51

A. No. 10:30:53

10:30:53

10:30:58

10:31:05

10:31:06

10:31:12

10:31:16

10:31:20

10:31:24

10:31:24

10:31:26

10:31:28

10:31:33

10:31:41

Q. Each Bored Ape Yacht Club NFT includes a pointer to 1 of 10,000 ape images; correct? 10:41:25 10:41:28
MR. BALL: Objection. Vague. 10:41:32
A. Are you asking me if the token points to an IPFS file? 10:41:33 10:41:38
Q. Sure. 10:41:39
A. Yes. 10:41:41
Q. So each Bored Ape Yacht Club NFT points to an IPFS image file; correct? 10:41:41 10:41:46
A. Yes. 10:41:49
Q. Each of those image files features an ape; correct? 10:41:50 10:41:55
A. Yes. 10:41:55
Q. And there are 10,000 of those image files; correct? 10:41:55 10:42:00
A. Yes. 10:42:00
Q. Each token corresponds to a unique 1 of those 10,000 image files; right? 10:42:00 10:42:03
A. Yes. I mean, I believe so. 10:42:05
Q. Why do the image files depict apes? 10:42:08
A. Because it's the Bored Ape Yacht Club. 10:42:11
Q. Who created the images? 10:42:13
A. Well, do you mean, like, who specifically created them? 10:42:15 10:42:22
Q. Yes. 10:42:23

A. Because we're a company. It's not in the same way where it's like this one person made it. It was a group effort. So we have Greg Solano and Wylie Aronow, creative directors, as I have mentioned before. 10:42:24 10:42:26 10:42:29 10:42:29 10:42:29

(Reporter clarification.) 10:42:29

THE WITNESS: I'm so sorry, yes. 10:42:33

A. Greg Solano and Wylie Aronow, creative directors. Then, we had a group of designers who worked so each of them worked on different pieces. They were all creative directed. Then, we had I would say that's how pretty much how they were created. 10:42:33 10:42:40 10:42:44 10:42:48 10:42:53 10:42:57

Q. Were the group of designers Yuga Labs employees? 10:42:59 10:43:03

MR. BALL: Objection. Calls for a legal conclusion. Vague. 10:43:04 10:43:06

A. What do you mean by "employees"? They were employed by Yuga Labs. 10:43:07 10:43:09

Q. Okay. And are 10:43:10

A. I don't I'm not like, are you talking about are they W2 employees? Are they 1099? Like, they were employed by Yuga Labs. 10:43:14 10:43:16 10:43:20

Q. And who did the earliest sketches of the apes? 10:43:21 10:43:39

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                                    70

| | | |
|---|---|---|
| 1 | ███████████████████████ | 10:43:39 |
| 2 | ██ ████████████████████████████ | 10:43:40 |
| 3 | ████████████████████████████████ | 10:43:46 |
| 4 | ███████████████████████████ | 10:43:51 |
| 5 | Q.   The Bored Ape Yacht Club collection has | 10:43:54 |
| 6 | mixing and matching traits; correct? | 10:44:11 |
| 7 | A.   Yes. | 10:44:14 |
| 8 | Q.   And what are traits in the context of the | 10:44:14 |
| 9 | Bored Ape Yacht Club collection? | 10:44:18 |
| 10 | A.   Hats, clothing, mouths, eyes, you know, | 10:44:19 |
| 11 | that type of stuff. | 10:44:28 |
| 12 | Q.   Who came up with the traits? | 10:44:29 |
| 13 | MR. BALL:  Objection.  Vague. | 10:44:33 |
| 14 | A.   I would say Greg and Wylie. | 10:44:34 |
| 15 | Q.   And | 10:44:39 |
| 16 | A.   Okay.  And there are over 100; so it's | 10:44:47 |
| 17 | like   you know you need hats, you need this many | 10:44:47 |
| 18 | hats.  You know you need mouths, you need this many | 10:44:52 |
| 19 | mouths.  It's, like, enough to get something | 10:44:52 |
| 20 | exciting visually. | 10:44:56 |
| 21 | Q.   One of the BAYC traits is a hat that says | 10:44:57 |
| 22 | "BAYC"; correct? | 10:45:06 |
| 23 | A.   I believe so. | 10:45:08 |
| 24 | Q.   And one of the BAYC traits is a shirt with | 10:45:08 |
| 25 | the ape skull logo; correct? | 10:45:13 |

A. Yes, I believe so. 10:45:16
(Exhibit 223 marked.) 10:45:45
BY MR. TOMPROS: 10:46:00
Q. You have been handed what has been marked as Exhibit 223, a six page I believe six page six page document that at the front says, "Welcome to the Bored Ape Yacht Club." 10:46:00 10:46:02 10:46:13 10:46:16
Do you see that? 10:46:16
A. Yes. 10:46:17
Q. And do you recognize the content of this Exhibit 223? 10:46:17 10:46:23
MR. BALL: I'll just object that we had an earlier version of this that was differently formatted and had a domain on it and as well as "BAYC" at the top. And the logo on the bottom is covering some material. 10:46:24 10:46:25 10:46:28 10:46:33 10:46:37
MR. TOMPROS: Fair enough. Your objection is noted. 10:46:38 10:46:39
A. I think this is a printout of the website. 10:46:40
Q. Thank you. Does Yuga Labs control the Bored Ape Yacht Club website? 10:46:42 10:46:49
A. Uh huh. Yes. 10:46:51
MR. BALL: Objection. 10:46:5
THE WITNESS: Sorry. 10:46:53
Q. Are the statements that Yuga Labs makes on 10:46:53

the Bored Ape Yacht Club website true? 10:46:56

MR. BALL: Objection. Vague. 10:46:59

A. I have no reason to think that they're not true. 10:47:01 10:47:04

Q. If you look at the first page of Exhibit 223, the first sentence of the paragraph there says, "BAYC is a collection of 10,000 Bored Ape NFTs." 10:47:04 10:47:10 10:47:15 10:47:19

Do you see that? 10:47:20

A. Yes. 10:47:20

Q. Is that statement accurate? 10:47:21

A. I believe so. 10:47:22

Q. It goes on to state that "Your Bored Ape doubles as your Yacht Club membership card and grants access to members only benefits." 10:47:25 10:47:33 10:47:38

Do you see that? 10:47:40

A. Yes. 10:47:40

Q. That is also correct; right? 10:47:44

A. I would say so. 10:47:44

Q. All right. If we could go to the second page, there is a section headed "The Specs." 10:47:44 10:47:44

Do you see that? 10:47:46

A. Yes. 10:47:46

Q. It states, "Each Bored Ape is unique and programmatically generated from over 170 possible 10:47:46 10:47:50

traits."

Do you see that?

A. Yes.

Q. And the traits referred to are the traits that we were talking about just a few minutes ago; correct?

A. Yes. Expression, headwear, clothing, more.

Q. Is the statement "each Bored Ape is unique" correct?

A. Yes.

Q. And what does it mean when it says "each Bored Ape is unique"?

A. That's what I was saying before about the mixing and matching. So because the traits are mixed and matched, there's each  like each ape so like this ape, like, this thing that we're looking at right here, this  there is only one of these.

Q. What does it mean  strike that.

What does "programmatically generated" mean?

MR. BALL: Objection. Vague.

A. It's actually pretty cool. So if we take a step back, the way that we do our collections

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

87

| # | | Time |
|---|---|---|
| 1 | ███ █████ | 11:06:06 |
| 2 | █████████ | 11:06:06 |
| 3 | ██ ████████ | 11:06:07 |
| 4 | ██████████████ | 11:06:08 |
| 5 | ██████████████ | 11:06:12 |
| 6 | ██████████████ | 11:06:16 |
| 7 | ████████████ | 11:06:21 |
| 8 | █████████████ | 11:06:24 |
| 9 | ████████████ | 11:06:27 |
| 10 | ██████████ | 11:06:32 |
| 11 | ███████████████ | 11:06:35 |
| 12 | ███████ | 11:06:39 |
| 13 | █████████ | 11:06:42 |
| 14 | ██████████████ | 11:06:45 |
| 15 | █████████████ | 11:06:48 |
| 16 | ████████████ | 11:06:50 |
| 17 | ██████████████ | 11:06:57 |
| 18 | █████████████ | 11:07:01 |
| 19 | ████████████ | 11:07:06 |
| 20 | ████████ | 11:07:10 |
| 21 | ██████████ | 11:07:12 |
| 22 | ████████████ | 11:07:15 |
| 23 | ███████████████ | 11:07:19 |
| 24 | ███████████ | 11:07:22 |
| 25 | ██████████ | 11:07:24 |

Q. Okay. Is this lawsuit a joke to Yuga Labs?

A. No.

Q. Was the purpose of this lawsuit to stop the criticism that Mr. Ripps and Mr. Cahen were making against Yuga Labs?

A. No. Look at the timeline. Really, no. I didn' m r un il h y commi d h o our intellectual property. It didn't matter until they started confusing people.

Q. Are Mr. Ripps and Mr. Cahen presently selling any RR/BAYC NFTs?

MR. BALL: Objection. Vague. Calls for a legal conclusion.

A. I don't know what they're doing.

Q. Is Yuga Labs presently selling any BAYC NFTs?

MR. BALL: Objection. Vague.

A. What do you mean if we're "presently selling"?

Q. Sure. Is Yuga Labs currently offering any BAYC NFTs for sale?

A. No. But we're doing things with the BAYC brand.

Have you played Dookey Dash? I get the

CONTAINS HIGHLY CONFIDENTIAL AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023 131

12:19:28
12:19:29
12:19:29
12:19:35
12:19:35
12:19:45
12:19:46
12:19:47
12:19:48
12:19:55
12:19:57
12:19:57
12:20:01
12:20:04
12:20:07
12:20:08
12:20:15
12:20:15
12:20:21
12:20:23
12:20:24
12:20:32
12:20:39
12:20:42
12:20:45

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS HIGHLY CONFIDENTIAL    AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

138

| | | |
|---|---|---|
| 1 | ████████████████ | 12:28:04 |
| 2 | ███████████████████████ | 12:28:06 |
| 3 | █████████████████████ | 12:28:09 |
| 4 | ████ | 12:28:13 |
| 5 | ██████████████████ | 12:28:13 |
| 6 | ███████████████ | 12:28:16 |
| 7 | ████████████████ | 12:28:19 |
| 8 | ██████████████████ | 12:28:22 |
| 9 | ████████████████ | 12:28:26 |
| 10 | █ ████████████████ | 12:28:29 |
| 11 | ████████████████ | 12:28:39 |
| 12 | ██████████████████ | 12:28:44 |
| 13 | ████████████ | 12:28:46 |
| 14 | ██████████████████ | 12:28:48 |
| 15 | ███████████████ | 12:28:51 |
| 16 | ██████ | 12:28:54 |
| 17 | █ █████████████████ | 12:28:55 |
| 18 | ██████████████████ | 12:28:59 |
| 19 | ████████████████ | 12:29:01 |
| 20 | ███████████████ | 12:29:03 |
| 21 | ██████ | 12:29:06 |
| 22 | █ ███████████████ | 12:29:07 |
| 23 | ████████████████████ | 12:29:11 |
| 24 | ███ | 12:29:19 |
| 25 | █ ██ | 12:29:19 |

| | | |
|---|---|---|
| 1 | works based upon the NFT." | 12:35:35 |
| 2 | Do you see that? | 12:35:36 |
| 3 | A.   Yeah.   I mean, it's basically a repeat of | 12:35:38 |
| 4 | the first sentence. | 12:35:40 |
| 5 | Q.   And is   that second sentence, is that | 12:35:41 |
| 6 | accurate? | 12:35:44 |
| 7 | MR. BALL:   Objection.   Calls for a legal | 12:35:44 |
| 8 | conclusion.   Lacks foundation.   Calls for | 12:35:46 |
| 9 | speculation. | 12:35:47 |
| 10 | A.   I believe so. | 12:35:48 |
| 11 | ████ ██████████████████████████████ | 12:35:49 |
| 12 | █████████████ | 12:35:56 |
| 13 | █████████████████████████████ | 12:35:57 |
| 14 | █████████████ | 12:35:58 |
| 15 | ████ ███████████████████████████ | 12:35:58 |
| 16 | ███████████████ | 12:36:01 |
| 17 | (Exhibit 232 marked.) | 12:36:36 |
| 18 | BY MR. TOMPROS: | 12:36:37 |
| 19 | Q.   You have been handed what has been marked | 12:36:37 |
| 20 | as Exhibit 232, one page document with the Bates | 12:36:38 |
| 21 | number YUGALABS 00026336. | 12:36:42 |
| 22 | Do you have that in front of you? | 12:36:46 |
| 23 | A.   Yes. | 12:36:48 |
| 24 | Q.   This is an image associated with a BAYC | 12:36:48 |
| 25 | NFT; correct? | 12:36:53 |

| | | |
|---|---|---|
| 1 | A.   Yes. | 12:36:54 |
| 2 | Q.   And it has an ape with a hat that says | 12:36:55 |
| 3 | "BAYC" on it; right? | 12:36:58 |
| 4 | A.   Yes. | 12:36:59 |
| 5 | ██  ████████████████████████ | 12:36:59 |
| 6 | █████████████ | 12:37:02 |
| 7 | ██  ████████████████████████ | 12:37:04 |
| 8 | ███████████████████████████ | 12:37:07 |
| 9 | ███████████████████████████ | 12:37:15 |
| 10 | ███ | 12:37:17 |
| 11 | (Exhibit 233 marked.) | 12:37:19 |
| 12 | BY MR. TOMPROS: | 12:37:40 |
| 13 | Q.   You have been handed a one page document | 12:37:40 |
| 14 | labeled "Exhibit 233" with the control number | 12:37:42 |
| 15 | YUGALABS 00026375. | 12:37:45 |
| 16 | Do you have that in front of you? | 12:37:51 |
| 17 | A.   Yes. | 12:37:52 |
| 18 | Q.   This is a BAY   this is an image | 12:37:52 |
| 19 | associated with a BAYC? | 12:37:53 |
| 20 | A.   Yes. | 12:37:54 |
| 21 | Q.   And it has on the ape in this image, there | 12:37:54 |
| 22 | is a T shirt with the ape skull logo; correct? | 12:37:58 |
| 23 | A.   Yes. | 12:38:00 |
| 24 | Q.   Can the owner of this image make a T shirt | 12:38:01 |
| 25 | with ape skull logo on it? | 12:38:04 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                          156

| | |
|---|---|
| 1 | ████  ████ | 13:49:27 |
| 2 | ████  ████████████████████ | 13:49:27 |
| 3 | ████████████████ | 13:49:30 |
| 4 | ██████████████ | 13:49:31 |
| 5 | ███  ██████████████████ | 13:49:33 |
| 6 | ███  ████████████████ | 13:49:36 |
| 7 | ████████████████████████ | 13:49:38 |
| 8 | ███████████████████ | 13:49:44 |
| 9 | ██████████████████ | 13:49:47 |
| 10 | █████████ | 13:49:48 |
| 11 | ███  █████████████████ | 13:49:49 |

```
 1                                                      13:49:27
 2                                                      13:49:27
 3                                                      13:49:30
 4                                                      13:49:31
 5                                                      13:49:33
 6                                                      13:49:36
 7                                                      13:49:38
 8                                                      13:49:44
 9                                                      13:49:47
10                                                      13:49:48
11                                                      13:49:49
12              (Exhibit 234 marked.)                   13:49:49
13   BY MR. TOMPROS:                                    13:50:16
14        Q.   You have been handed what has been marked 13:50:16
15   as Exhibit 234, a one page document that at the top 13:50:18
16   says "OpenSea," and below that, says "Grandpa Ape  13:50:22
17   Country Club."                                     13:50:28
18             Do you see that?                         13:50:28
19        A.   Yes.                                     13:50:29
20             MR. BALL:  And I'll just object for the  13:50:29
21   record that it seems like an incomplete document.  13:50:31
22        Q.   The    OpenSea is a website that sells   13:50:35
23   excuse me.  Strike that.                           13:50:40
24             OpenSea is an NFT marketplace; correct?  13:50:42
25        A.   Yes.                                     13:50:46
```

Q. Are you familiar with the sorry. Strike that. 13:50:47 13:50:50

Have you heard the term "Grandpa Ape Country Club" before? 13:50:50 13:50:55

A. No. 13:50:55

Q. Has Yuga Labs taken any steps to request that the Grandpa Ape Country Club take any action with regard to Yuga Labs trademarks? 13:50:55 13:51:02 13:51:07

MR. BALL: Objection. Vague. Calls for a legal conclusion. Calls for privileged information to the extent you know is what you know is coming from counsel. 13:51:09 13:51:14 13:51:16 13:51:20

A. I don't know how to answer this question now. What I can say is I'm not a lawyer. I don't know the details. This is my first time seeing Grandpa Ape Country Club. That doesn't mean we haven't taken steps as I think I mentioned earlier. We spend over a million dollars a year on enforcement. It is possible that we have taken steps and that I'm just not I can't possibly know every single one. 13:51:24 13:51:26 13:51:31 13:51:34 13:51:38 13:51:42 13:51:44 13:51:47 13:51:53

Q. Fair enough. But you can't verify any steps today that Yuga has taken, for example, to takedown Grandpa Ape Country Club? 13:51:54 13:51:57 13:52:02

MR. BALL: Objection. Vague. Calls for a 13:52:04

Q. You know that Yuga has not sued Grandpa Ape Country Club; right?

A. Yes.

Q. Before you get there, just returning to Exhibit 234, do you see in the banner at the top there's a skull with hair?

A. Yes.

Q. How, if at all, does that skull relate to the Bored Ape Yacht Club ape skull?

MR. BALL: Objection. Vague. Calls for a legal conclusion.

MR. TOMPROS: You're right. It is vague. Let me try it again.

Q. Does that skull in Exhibit 234 look like the ape skull that Yuga Labs claims is a trademark?

MR. BALL: Vague. Objection. Vague. Calls for a legal conclusion.

A. So I'm not a lawyer. So I can't say I know there's technical details when it comes to marks; so I can't speak to it in that exact detail. What I can say is that it looks like it's inspired by but it's been changed.

So as you mentioned, it has hair. It also

has, like, a mustache. So it looks like it has hair on its head and also a mustache. 13:53:20 13:53:24

Q. And it also says here on 234 Exhibit 234, it says, "Inspired by Bored Ape Yacht Club. We are not affiliated with Bored Ape Yacht Club." 13:53:26 13:53:34 13:53:37 13:53:40

Do you see that? 13:53:40

A. Yes. 13:53:40

Q. Does the statement "We are not affiliated with Bored Ape Yacht Club" indicate that this listing is okay with Yuga Labs? 13:53:41 13:53:44 13:53:47

MR. BALL: Objection. Calls for a legal conclusion. Vague. 13:53:50 13:53:53

A. Just because somebody says, "We are not affiliated with Bored Ape Yacht Club," doesn't mean that we're giving them the okay. 13:53:55 13:53:57 13:54:00

(Exhibit 235 marked.) 13:54:00

BY MR. TOMPROS: 13:54:21

Q. You've been handed what has been marked as Exhibit 235, a multipage document that also says "OpenSea" and says "Bored Ape Solana Club" in the graphic at the top. S O L A N A. 13:54:21 13:54:23 13:54:28 13:54:33

Do you see that? 13:54:36

A. Yes. 13:54:36

MR. BALL: Okay. Just for the record, 13:54:36

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                                    160

| | | |
|---|---|---|
| 1 | again, this looks like an incomplete printout on the | 13:54:38 |
| 2 | top as well as missing images as we go through it. | 13:54:42 |
| 3 | MR. TOMPROS:  Yeah, you're free to look it | 13:54:46 |
| 4 | up yourself.  The   if it's easier for you to use a | 13:54:47 |
| 5 | computer to look this up on OpenSea, you're welcome | 13:54:54 |
| 6 | to. | 13:54:58 |
| 7 | Q.   Is the Bored Ape Solana Club affiliated | 13:54:58 |
| 8 | with Yuga Labs? | 13:55:01 |
| 9 | A.   I don't believe so.  It does   I can't | 13:55:02 |
| 10 | I think they have more of a description by the way. | 13:55:09 |
| 11 | I don't   it is cut off actually. | 13:55:11 |
| 12 | ███ ███████████████████████████████████ | 13:55:13 |
| 13 | ████████████████████████████████████ | 13:55:16 |
| 14 | ████████████████████████████████████ | 13:55:19 |
| 15 | ███████████████████ | 13:55:21 |
| 16 | ███ ████████████████████████████████████ | 13:55:22 |
| 17 | ██████████████ | 13:55:25 |
| 18 | ███ ███████████████████████████████████ | 13:55:26 |
| 19 | ██████████████████████████████████████ | 13:55:29 |
| 20 | ██████████████████████ | 13:55:37 |
| 21 | █████████████████████████████ | 13:55:39 |
| 22 | ███ ███████████████████████████████████ | 13:55:41 |
| 23 | ████████████████████████████████████ | 13:55:47 |
| 24 | ███████████████████████████████ | 13:55:52 |
| 25 | ███████████████████████████████████ | 13:55:56 |

CONTAINS HIGHLY CONFIDENTIAL AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023
161

[redacted] 13:55:59
[redacted] 13:56:02
[redacted] [redacted] 13:56:03
[redacted] 13:56:11
[redacted] 13:56:13
[redacted] 13:56:14
[redacted] [redacted] 13:56:17
[redacted] 13:56:18
[redacted] [redacted] 13:56:19
[redacted] 13:56:20
[redacted] 13:56:24
[redacted] 13:56:26
[redacted] 13:56:29
[redacted] 13:56:30
[redacted] [redacted] 13:56:36
[redacted] 13:56:38
[redacted] 13:56:41
[redacted] 13:56:45
[redacted] [redacted] 13:56:45
[redacted] 13:56:47
[redacted] [redacted] 13:56:48
[redacted] [redacted] 13:56:48
[redacted] 13:56:53
[redacted] 13:56:57
[redacted] [redacted] 13:56:57

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

[redacted] 13:57:02
13:57:05
Q. On the left side of the first page of Exhibit 235, there is a trait listed as "hip hop." 13:57:06 13:57:09
Do you see that? 13:57:14
A. Yes. 13:57:14
Q. And that's also a trait in the Bored Ape Yacht Club collection; right? 13:57:14 13:57:18
MR. BALL: Objection. 13:57:18
A. It is we have a trait called "hip hop." 13:57:21
Q. And the apes with the hip hop trait shown here on the first two pages of Exhibit 235 all have a gold jacket; right? 13:57:25 13:57:29 13:57:34
A. I believe so. 13:57:36
Q. And the apes in the Bored Ape Yacht Club in the hip hop trait all have a gold jacket; right? 13:57:36 13:57:41
A. I believe so. 13:57:45
Q. And under "Hats" in the Bored Ape Solana Club page under on page 2, one of the options is Prussian helmet. 13:57:46 13:57:50 13:57:55
Do you see that? 13:57:56
A. Yes. 13:57:57
Q. Yuga Labs also has apes with a Prussian helmet trait; right? 13:58:00 13:58:04
A. Yes. 13:58:06

Q. Would it surprise you if the Bored Apes Solana Club were still available today on OpenSea? 13:58:06 13:58:09

MR. BALL: Objection. Lacks foundation. Vague. Argumentative. 13:58:12 13:58:14

A. It wouldn't surprise me. I mean, I think I don't know what the status of this is. So I don't know if we've already issued a takedown. I don't know if it's in the process of a takedown. I don't know what the status of this one is. 13:58:19 13:58:22 13:58:25 13:58:29 13:58:32

Q. Why would it not surprise you? Simply because you don't know what the status is 13:58:34 13:58:37

A. Right. 13:58:37

Q. or for some other reason? 13:58:39

A. I don't know the status. So I can't I can't speculate as to whether it's there or not. 13:58:40 13:58:43

(Exhibit 236 marked.) 13:58:43

BY MR. TOMPROS: 13:59:08

Q. You have been handed what has been marked as Exhibit 236, a two page document. The top left, it says "1/22/23, 2:16 p.m." In the middle, it says "Bored Ape Yacht Club Collection OpenSea." At the bottom left is a URL. 13:59:08 13:59:10 13:59:13 13:59:19 13:59:23

Do you have that document in front of you? 13:59:25

A. Yes. 13:59:27

Q. Is this an OpenSea page for the Bored Ape 13:59:27

Yacht Club? 13:59:35

MR. BALL: Objection. Vague. 13:59:35

A. I don't believe that this is our page. I I don't really know what this I mean, I I believe that it's an OpenSea page, but I don't know what this is. 13:59:39 13:59:41 13:59:45 13:59:48

Q. If you look at the bottom, the left, the URL includes each the URL at the bottom left is "https://OpenSea.IO/collection/BOREDAQEYACHTCLUBCOLLECTION." 13:59:49 13:59:51 13:59:58 14:00:00 14:00:18

Do you see that? 14:00:21

A. Yes. 14:00:21

Q. Having reviewed that, is this a Yuga Labs collection? 14:00:21 14:00:24

A. No. 14:00:24

Q. And looking at the date in the middle, it says "Created July 2021." 14:00:24 14:00:33

Do you see that? 14:00:41

A. Yes. 14:00:41

Q. And the date at the left top says "1/22/23"; right? 14:00:41 14:00:43

A. Yes. 14:00:45

Q. That's yesterday; right? 14:00:45

A. Yes. 14:00:46

| | | |
|---|---|---|
| 1 | Q.   So this collection was available on | 14:00:46 |
| 2 | OpenSea as of yesterday; correct? | 14:00:48 |
| 3 | MR. BALL:  Objection.  Calls for | 14:00:51 |
| 4 | speculation.  Lacks foundation. | 14:00:52 |
| 5 | A.   I believe so.  I mean, this is   this is | 14:00:55 |
| 6 | a scam collection.  I   this is probably like | 14:00:58 |
| 7 | yeah, I don't know. | 14:01:04 |
| 8 | ███ ████████████████████ | 14:01:06 |
| 9 | ██████████████████████ | 14:01:17 |
| 10 | █████████████ | 14:01:20 |
| 11 | ████████████████████ | 14:01:20 |
| 12 | ███████████ | 14:01:23 |
| 13 | ██ ███████████████ | 14:01:23 |
| 14 | ██████████████████ | 14:01:25 |
| 15 | ████████████████ | 14:01:32 |
| 16 | ██████████████████ | 14:01:37 |
| 17 | █████████████████ | 14:01:40 |
| 18 | ██████████████████ | 14:01:43 |
| 19 | ███████████████████ | 14:01:46 |
| 20 | ███████████████████ | 14:01:49 |
| 21 | ████ | 14:01:52 |
| 22 | Q.   You have not sued the creators of the | 14:01:52 |
| 23 | collection on Exhibit 236; right? | 14:01:57 |
| 24 | MR. BALL:  Objection.  Asked and answered. | 14:02:00 |
| 25 | A.   Not to my knowledge. | 14:02:01 |

CONTAINS HIGHLY CONFIDENTIAL    AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                    188

| # | | Time |
|---|---|---|
| 1 | ██████████████████████ | 14:41:49 |
| 2 | ███████████████████████████ | 14:41:51 |
| 3 | ████████████████████████████ | 14:41:54 |
| 4 | ████████████████████████ | 14:42:02 |
| 5 | ██████████████████████████ | 14:42:10 |
| 6 | ███ | 14:42:14 |
| 7 | █ ███████████████████ | 14:42:16 |
| 8 | ███████████████████████████ | 14:42:21 |
| 9 | ██ | 14:42:27 |
| 10 | ██████████████████ | 14:42:27 |
| 11 | ███████████████████████ | 14:42:28 |
| 12 | █████████████████ | 14:42:31 |
| 13 | ████████████████████████ | 14:42:34 |
| 14 | ███████ | 14:42:35 |
| 15 | █ ██████████████████████████ | 14:42:35 |
| 16 | ███████████████████████████ | 14:42:42 |
| 17 | ████████████ | 14:42:48 |
| 18 | █ █████████████████ | 14:42:52 |
| 19 | █████████████ | 14:43:12 |
| 20 | █ ██ | 14:43:18 |
| 21 | █ ██████████████████████ | 14:43:18 |
| 22 | ███████████████████████████ | 14:43:21 |
| 23 | █ | 14:43:24 |
| 24 | █ █████████ | 14:43:24 |
| 25 | █ ███████████████ | 14:43:26 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

207

| | | |
|---|---|---|
| 1 | ██████████████ | 15:09:16 |
| 2 | █  ██████████████████ | 15:09:17 |
| 3 | ███████████████████████ | 15:09:20 |
| 4 | ██████████████████████████ | 15:09:23 |
| 5 | █████████████████████████ | 15:09:26 |
| 6 | ███████████ | 15:09:29 |
| 7 | █  █████████████ | 15:09:31 |
| 8 | ████████████████ | 15:09:34 |
| 9 | █  ████████ | 15:09:36 |
| 10 | █  ████████████████ | 15:09:37 |
| 11 | ████████████████████ | 15:09:49 |
| 12 | ██████████████████████ | 15:09:52 |
| 13 | ███████████ | 15:09:54 |
| 14 | ████████████████ | 15:09:56 |
| 15 | ██████████████████ | 15:09:57 |
| 16 | ████████████ | 15:10:00 |
| 17 | █  ██████████████████████ | 15:10:00 |
| 18 | ████████████████████ | 15:10:02 |
| 19 | █  ████████████████ | 15:10:05 |
| 20 | █████ | 15:10:09 |
| 21 | ██████████████████████ | 15:10:09 |
| 22 | ███████ | 15:10:10 |
| 23 | █  ███████████████████ | 15:10:11 |
| 24 | ██████████████████ | 15:10:14 |
| 25 | █  ██████████████████ | 15:10:19 |

CONTAINS HIGHLY CONFIDENTIAL AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023
208

[redacted] 15:10:21
[redacted] 15:10:23
[redacted] 15:10:26
[redacted] 15:10:28
[redacted] 15:10:31
[redacted] [redacted] 15:10:34
[redacted] 15:10:36
[redacted] [redacted] 15:10:37
[redacted] 15:10:42
[redacted] [redacted] 15:10:43
[redacted] 15:10:47
[redacted] [redacted] 15:10:47
[redacted] 15:10:49
[redacted] [redacted] 15:10:50
[redacted] [redacted] 15:10:51
[redacted] 15:10:53
[redacted] [redacted] 15:10:53
[redacted] [redacted] 15:10:54
[redacted] 15:11:01
[redacted] 15:11:05
[redacted] [redacted] 15:11:05
[redacted] 15:11:07
[redacted] [redacted] 15:11:15
[redacted] 15:11:17
[redacted] 15:11:19

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023                                    209

| | | |
|---|---|---|
| 1 | ████ ███████████████████████ | 15:11:23 |
| 2 | ████████████████████████████████ | 15:11:27 |
| 3 | ██████████████████████████████ | 15:11:30 |
| 4 | ██████████████████████████████ | 15:11:34 |
| 5 | ██████████████████████████████ | 15:11:40 |
| 6 | ████████ | 15:11:43 |
| 7 | (Exhibit 240 marked.) | 15:11:43 |
| 8 | BY MR. TOMPROS: | 15:12:13 |
| 9 | Q.   You have been handed what has been marked | 15:12:13 |
| 10 | as Exhibit 240, a two page document with the heading | 15:12:16 |
| 11 | "OpenSea" at the top and "ApeCoin NFT." | 15:12:22 |
| 12 | Do you see that? | 15:12:26 |
| 13 | A.   Yes. | 15:12:26 |
| 14 | MR. BALL:  You said 240?  Is that where | 15:12:26 |
| 15 | we're at? | 15:12:29 |
| 16 | MR. TOMPROS:  I believe so. | 15:12:29 |
| 17 | Q.   Did Yuga Labs gift an NFT to the ApeCoin | 15:12:34 |
| 18 | DAO? | 15:12:40 |
| 19 | A.   Yes.  We gifted a one of one NFT. | 15:12:40 |
| 20 | Q.   So if we look at Exhibit 240, on the left | 15:12:45 |
| 21 | hand, right under "Buy 3C2B43," it states, "A | 15:12:51 |
| 22 | one of one NFT gifted from Yuga Labs to ApeCoin | 15:13:02 |
| 23 | DAO." | 15:13:05 |
| 24 | Do you see that? | 15:13:05 |
| 25 | A.   Yes. | 15:13:05 |

it says "Floor price 75.49 ETH." 15:46:48
Do you see that? 15:46:54
A. Yes. 15:46:54
Q. Do you have any reason to disagree that that is approximately the floor price for Bored Ape Yacht Club NFTs? 15:46:54 15:46:58 15:46:58
MR. BALL: Objection. Vague. And asked and answered. Calls for speculation. I'll just note that the exhibit is undated and incomplete as Mr. Tompros said. 15:47:02 15:47:06 15:47:06 15:47:08
A. Yeah, I was going to say I don't know when this I don't know if you pulled this today, but sure. 15:47:11 15:47:15 15:47:15
Q. Is approximately 75 ETH in the right ballpark for a BAYC NFT? 15:47:15 15:47:28
MR. BALL: Objection. Asked and answered. Calls for speculation. 15:47:28 15:47:28
A. If you're telling me that you took this recently, then I have to believe you, and then, I would say yes, but I don't know when this was taken. Like, this could be a month ago and it's changed. I don't know. 15:47:28 15:47:31 15:47:35 15:47:41 15:47:44
Q. What affects the value strike that. 15:47:44
What affects the price of a BAYC NFT in the market? 15:47:47 15:47:50

MR. BALL: Objection. Calls for speculation. Lacks foundation. Calls for a legal conclusion. 15:47:50 15:47:52 15:47:55

A. As an example, what has the person done with it? Look at Jenkins, right? The Jenkins BAYC is worth I mean, I think they estimated last year it was worth $150 million. That's incredible. It's the reason why the Jenkins BAYC is worth $150 million is because of what they've done with it. They've created an entire brand out of it. They have it's a huge entertainment vehicle. 15:47:55 15:48:00 15:48:06 15:48:10 15:48:17 15:48:20 15:48:23 15:48:23

I would imagine for instance, we've been talking about Bored & Hungry while we've been here. I would imagine that the Bored & Hungry BAYCs would have a higher value because they're attributed to what is now becoming a successful fast food chain. So a lot of it has to do with what the holders themselves what the owners do. 15:48:28 15:48:28 15:48:33 15:48:36 15:48:38 15:48:44 15:48:50

15:48:53 15:48:58 15:49:02 15:49:04 15:49:07 15:49:10 15:49:13

opportunity because the the Judge and the jury may hear it. If you can do it, I want Yuga to identify anyone, just one person, who was ever confused and purchased an RR/BAYC believing it to be sponsored by Yuga Labs. And if the answer is there is not one, that's fine, but I want to make sure I give you a full opportunity. So let me ask the question one more time. 16:49:43 16:49:45 16:49:49 16:49:51 16:49:57 16:50:00 16:50:02 16:50:06

Can Yuga Labs identify anyone who ever purchased an RR/BAYC NFT believing it to be sponsored by Yuga Labs. 16:50:07 16:50:11 16:50:15

MR. BALL: Same objections: Asked and n w r d ll or p cul ion V u ll or legal conclusion. 16:50:18 16:50:24 16:50:27

A. I am not a lawyer. I believe and know directly of confusion. Whether there is a specific person that was confused and purchased, I don't know of any at this exact time. That is not to say that they do not exist. 16:50:27 16:50:36 16:50:44 16:50:47 16:50:51

[redacted] [redacted] 16:50:52 16:51:03 16:51:07 16:51:10

[redacted] [redacted] 16:51:16

[redacted] [redacted] 16:51:16



## WELCOME TO THE BORED APE YACHT CLUB

BAYC is a collection of 10,000 Bored Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation.

Exhibit 223
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125



## FAIR DISTRIBUTION

*(BONDING CURVES ARE A PONZI)*

There are no bonding curves here. Buying a Bored Ape costs 0.08 ETH. There are no price tiers; BAYC membership costs the same for everyone.

*Note: Thirty apes are being withheld from the sale. These will be used for giveaways, puzzle rewards—and for the creators' BAYC memberships.*

### BUY AN APE

The initial sale has sold out. To get your Bored Ape, check out the collection on OpenSea.

BUY AN APE ON OPENSEA

## THE SPECS

Each Bored Ape is unique and programmatically generated from over 170 possible traits, including expression, headwear, clothing, and more. All apes are dope, but some are rarer than others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

To access members-only areas such as THE BATHROOM, Apeholders will need to be signed into their Metamask Wallet.



## WELCOME TO THE CLUB

When you buy a Bored Ape, you're not simply buying an avatar or a provably-rare piece of art. You are gaining membership access to a club whose benefits and offerings will increase over time. Your Bored Ape can serve as your digital identity, and open digital doors for you.

10,000 Provably-rare Bored Ape tokens

Fair Launch, fair distribution: All apes cost 0.08 ETH

Ownership and commercial usage rights given to the consumer over their NFT

The Bathroom: A member's-only graffiti board

Gain additional benefits through roadmap activations

## THE BATHROOM

The BAYC Bathroom will become operational once the presale period is over. It contains a canvas accessible only to wallets containing at least one ape. Like any good dive bar bathroom, this is the place to draw, scrawl, or write expletives.

Each ape-holder will be able to paint a pixel on the bathroom wall every fifteen minutes. Think of it as a collaborative art experiment for the cryptosphere. A members-only canvas for the discerning minds of crypto twitter.

We're pretty sure it's going to be full of dicks.

---

## ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

| | |
|---|---|
| 10% | ~~We pay back our moms.~~ |
| 20% | ~~We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders.~~ |
| 40% | ~~BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To.~~ |
| 60% | ~~Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies.~~ |
| 80% | ~~The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape.~~ |
| 90% | ~~The Bored Ape liquidity pool is initiated.~~ |
| 100% | ~~The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends.~~ |



## COMMUNITY TOOLS

Here are some helpful tools created by the Bored Ape Yacht Club community. Please note that these are unofficial in nature. Every assignment of an ape's overall value or rarity is inherently subjective.

NFTEXP.IO

RARITY.TOOLS

## THE TEAM

BAYC was created by four friends who set out to make some dope apes, test our skills, and try to build something (ridiculous).

**GARGAMEL.** *STARCRAFT OBSESSED. EATS SMURFS.*

**GORDON GONER.** *REFORMED LEVERAGE ADDICT.*

**EMPEROR TOMATO KETCHUP.** *SPENT ALL THEIR MONEY ON FIRST PRESSES AND PET-NAT.*

**NO SASS.** *HERE FOR THE APES. NOT FOR THE SASS.*






VERIFIED SMART CONTRACT ADDRE A7647A8aB7C2061c2E118A18a936f13D

*GET ON THE LIST*

*Email Address* →

© 2021 Yuga Labs LLC

BAYC Terms & Conditions

MAYC Terms & Conditions

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Exhibit 227
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 20 03:32:22 EST 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 22 out of 32**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# APE

**Word Mark** APE

**Goods and Services** (ABANDONED) IC 009. US 021 023 026 036 038. G & S: Computer software platforms for developing, building, and operating distributed applications

(ABANDONED) IC 036. US 100 101 102. G & S: Cryptocurrency, namely, providing a digital currency or digital token for use by members of an on-line community via a global computer network; Cryptocurrency services in the nature of providing a digital currency or digital token incorporating cryptographic protocols used to operate and build applications and blockchains on a decentralized computer platform and as a method of payment for goods and services

(ABANDONED) IC 041. US 100 101 107. G & S: Providing online game services

(ABANDONED) IC 042. US 100 101. G & S: Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain software; Developing customized software in the field of distributed computing platforms for others; Developing customized software in the field of blockchain software for others; Software development and product development consulting in the field of distributed computing platforms; Software development and product development consulting in the field of blockchain software.; Providing on-line non-downloadable virtual goods, namely, digital art; providing online digital artwork and images; non-fungible tokens (nfts) or other digital tokens based on blockchain technology. FIRST USE: 20210400. FIRST USE IN COMMERCE: 20210400

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 97106855

**Filing Date** November 3, 2021

**Current Basis** 1A;1B

**Original Filing Basis** 1A;1B

| | |
|---|---|
| **International Registration Number** | 1681477 |
| **Owner** | (APPLICANT) YUGA LABS, INC. CORPORATION DELAWARE 1430 S. DIXIE HWY STE. 105 1075 CORAL GABLES FLORIDA 331463108 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Mark A. Jansen |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | October 3, 2022 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 230
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

# TERMS & CONDITIONS

Bored Ape Yacht Club is a collection of digital artworks (NFTs) running on the Ethereum network. This website is only an interface allowing participants to exchange digital collectibles. Users are entirely responsible for the safety and management of their own private Ethereum wallets and validating all transactions and contracts generated by this website before approval. Furthermore, as the Bored Ape Yacht Club smart contract runs on the Ethereum network, there is no ability to undo, reverse, or restore any transactions.

This website and its connected services are provided "as is" and "as available" without warranty of any kind. By using this website you are accepting sole responsibility for any and all transactions involving Bored Ape Yacht Club digital collectibles.

## OWNERSHIP

i. You Own the NFT. Each Bored Ape is an NFT on the Ethereum blockchain. When you purchase an NFT, you own the underlying Bored Ape, the Art, completely. Ownership of the NFT is mediated entirely by the Smart Contract and the Ethereum Network: at no point may we seize, freeze, or otherwise modify the ownership of any Bored Ape.

ii. Personal Use. Subject to your continued compliance with these Terms, Yuga Labs LLC grants you a worldwide, royalty-free license to use, copy, and display the purchased Art, along with any extensions that you choose to create or use, solely forthe following purposes: (i) for your own personal, non-commercial use; (ii) as part of a marketplace that permits the purchase and sale of your Bored Ape / NFT, provided that the marketplace cryptographically verifies each Bored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art; or (iii) as part of a third party website or application that permits the inclusion, involvement, or participation of your Bored Ape, provided that the website/application cryptographically verifies each Bored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art, and provided that the Art is no longer visible once the owner ofthe Bored Ape leaves the website/application.

iii. Commercial Use. Subject to your continued compliance with these Terms, Yuga Labs LLC grants you an unlimited, worldwide license to use, copy, and display the purchased Art for the purpose of creating derivative works based upon the Art ("Commercial Use"). Examples of such Commercial Use would e.g. be the use of the Art to produce and sell merchandise products (T-Shirts etc.) displaying copies of the Art. For the sake of clarity, nothing in this Section will be deemed to restrict you from (i) owning or operating a marketplace that permits the use and sale of Bored Apes generally, provided that the marketplace cryptographically verifies eachBored Ape owner's rights to display the Art for their Bored Ape to ensure that only the actual owner can display the Art; (ii) owning or operating a third party website or application that permits the inclusion, involvement, or participation of Bored Apes generally, provided that the third party website or application cryptographically verifies each Bored Ape owner's rights to display the Art for theirBored Ape to ensure that only the actual owner can display the Art, and provided that the Art is no longer visible once the owner of the Purchased Bored Ape leaves the website/application; or (iii) earning revenue from any of the foregoing.

GET ON THE LIST

© 2021 Yuga Labs LLC

BAYC Terms & Conditions

MAYC Terms & Conditions

Exhibit 232
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

BAYC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY YUGALABS_00026336

Exhibit 233
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00026375



OpenSea
Search items, collections, and accounts
/

# Grandpa Ape Country Club

By **GrandpaApeCountryClub**

Items **5,000** · Created **Apr 2022** · Creator earnings **5%** · Chain **Ethereum** · Category **PFPs**

GACC is a collection of 5,000 Grandpa Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Grandpa Ape doubles as your Country Club membership card, and grants access to members-only benefits, the first of which is access to THE GREENS, a place where you can just hang with the boys. Future areas and perks can be unlocked by the community through roadmap activation.

Inspired by Bored Ape Yacht Club. We are not affiliated with Bored Ape Yacht Club.

See less

**4,617 ETH** total volume

**0.145 ETH** floor price

**0.12 WETH** best offer

**6%** listed

**1,636** owners

**33%** unique owners

**Exhibit 234**
Deponent: Nicole Muniz
Date: January 24. 2023
CSR No: 14125

Items Analytics Activity

Search by name or attribute

Filters

Sort

Updated 4m ago

**5,000 items**

Make collection offer

Exhibit 235
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

## Bored Ape Solana Club

By **Bored-Ape-Solana-Club**

Items **5,998** · Created **Apr 2022** · Chain **Solana** · Category **PFPs**

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFT's. BASC is not...

**OpenSea** Search items, collections, and accounts / Explore Drops Stats Resources

**106,558 SOL** total volume · **9 SOL** floor price · **1%** listed · **2,110** owners · **35%** unique owners

Items Activity

Search by name or attribute | Price low to high

**Status**
Buy Now
On Auction

**Price**
**Rarity rank**
**Quantity**
**Currency**

**BACKGROUND** 1
**CLOTHES** 44

Search
Prom Dress 62
Spacesuit 60
Caveman Pelt 58
Hip Hop 55
Lab Coat 55
Tweed Suit 49
Blue Dress 48
Cowboy Shirt 46

**EARRING** 7
**EYES** 23

Updated 44s ago — 55 items

Clothes: Hip hop ✕ Clear all

Bored Ape Solana Club #2975 # 2,583
99.950 SOL
Last sale: 15.900 SOL

Bored Ape Solana Club #1076 # 664

Bored Ape Solana Club #1126 # 3,194

Bored Ape Solana Club #1300 # 1,067

Bored Ape Solana Club #1721 # 3,107

Bored Ape Solana Club #1832 # 572

FUR 19

HATS 37

Search

Laurel Wreath 60

Faux Hawk 59

Prussian Helmet 59

Kings Crown 54

Party Hat 2 54

Police Motorcycle Helmet 53

Basc Hat Red 50

WW2 Pilot Helm 46

MOUTH 35

RARITY RANK 7

Last sale: 25 SOL

Bored Ape Solana Club #1841 # 1,085

Bored Ape Solana Club #1880 # 52

Bored Ape Solana Club #1885 # 214

Last sale: 20 SOL

Bored Ape Solana Club #1900 # 2,695

Bored Ape Solana Club #1915 # 4,702

Last sale: 2.500 SOL

Bored Ape Solana Club #1984 # 631

Last sale: 20 SOL

Bored Ape Solana Club #2012 # 693

Bored Ape Solana Club #2122 # 301

Last sale: 37 SOL

Bored Ape Solana Club #2132 # 2,941

Last sale: 5 SOL

Bored Ape Solana Club #2208 # 2,184

Bored Ape Solana Club #2210 # 4,971

Bored Ape Solana Club #2237 # 1,794

Last sale: 3.890 SOL

Bored Ape Solana Club #2303 # 5,083

Bored Ape Solana Club #2310 # 2,624

OpenSea Search items, collections, and accounts

## Bored Yacht Ape Club

Items 7 · Created **Jul 2021** · Creator earnings **5%** · Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation. Visit www.BoredApeYachtClub.com for more details.

See less

| 0 ETH | -- | -- | 0% | 3 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Exhibit 236**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

Items Analytics Activity

Search by name or attribute

Price low to high

Status
Buy Now
On Auction
Price
Quantity
Currency
Background 1
Clothes 1
Eyes 1
Fur 1
Hat 1
Mouth 1

Live data BETA 6 items

Sweep Make collection offer





Exhibit 238
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY YUGALABS_00029725



**Exhibit 239**
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

YUGALABS_00029724