# EXHIBIT 249

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

```
 1                UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                                  x
 4   YUGA LABS, INC.,               :
 5            Plaintiff,            :
 6   vs.                            :  Civil Action No.
 7   RYDER RIPPS, JEREMY CAHEN,     :  2:22-cv-4355-JFW-JEM
 8   and DOES 1-10,                 :
 9            Defendants.           :
10                                  x
11
12
13
14                     * CONFIDENTIAL *
15                 DEPOSITION OF GUY OSEARY
16                  Los Angeles, California
17                 Wednesday, March 1, 2023
18                         9:33 A.M.
19
20
21
22
23   Job No.:  483503
24   Pages:  1-230
25   Reported by:  Crystal Hereford, RPR
```

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023                           83

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 11:31:32 |
| 2 | ██ ████████████████████████ | 11:31:45 |
| 3 | █████████████████████████████████ | 11:31:54 |
| 4 | ████████████████████████████ | 11:31:59 |
| 5 | ████████████████████ | 11:32:01 |
| 6 | ██ ███████████████████████ | 11:32:03 |
| 7 | ██████████████████████████████████ | 11:32:08 |
| 8 | ████████████████████████████████ | 11:32:13 |
| 9 | ██████████████████████████████ | 11:32:15 |
| 10 | ████████████████████████████ | 11:32:18 |
| 11 | ███████ | 11:32:22 |
| 12 | ██ ████ | 11:32:22 |
| 13 | ██ ██████████████████ | 11:32:23 |
| 14 | ██ ████████ | 11:32:24 |
| 15 | ██ ████████████████████████ | 11:32:26 |
| 16 | ██████ | 11:32:30 |
| 17 | ██ ███████████████████ | 11:32:31 |
| 18 | ██ █████████████████████████ | 11:32:33 |
| 19 | ██████████████████████████████████ | 11:32:36 |
| 20 | ██████████████████████████████████ | 11:32:39 |
| 21 | ████████████████████████████ | 11:32:44 |
| 22 | ██████████████████████████████████ | 11:32:51 |
| 23 | ██████████████████████████████████ | 11:32:55 |
| 24 | ████████████████████████████ | 11:32:59 |
| 25 | ██████████████████████████ | 11:33:02 |

| # | Text | Time |
|---|------|------|
| 1 | ████████ | 11:33:05 |
| 2 | █ ██████████████████ | 11:33:09 |
| 3 | █████ | 11:33:11 |
| 4 | ██████████████ | 11:33:11 |
| 5 | ████████ | 11:33:13 |
| 6 | █ ██████ | 11:33:13 |
| 7 | █ ████████████████ | 11:33:14 |
| 8 | ████████████ | 11:33:18 |
| 9 | ██████████ | 11:33:21 |
| 10 | ████████████████ | 11:33:22 |
| 11 | ██████ | 11:33:24 |
| 12 | █ ████████████████████ | 11:33:24 |
| 13 | ██████████████████████ | 11:33:27 |
| 14 | █ ████████████████████ | 11:33:31 |
| 15 | ███████ | 11:33:33 |
| 16 | █ █████ | 11:33:34 |
| 17 | ██████████████ | 11:33:35 |
| 18 | ████████████████ | 11:33:37 |
| 19 | █ █████ | 11:33:39 |
| 20 | █ ██████████████ | 11:33:41 |
| 21 | ████████████ | 11:33:44 |
| 22 | ██████████████ | 11:33:45 |
| 23 | ██████████████████ | 11:33:45 |
| 24 | ███████ | 11:33:47 |
| 25 | █ ████████████████ | 11:33:49 |

CONFIDENTIAL

Transcript of Guy Oseary
Conducted on March 1, 2023                                          85

| | | |
|---|---|---|
| 1  | ██████████████████████████████████████ | 11:33:51 |
| 2  | █████████████████████████████ | 11:33:54 |
| 3  | ████████████████████████████████████████ | 11:33:57 |
| 4  | ██████████████████████████████████ | 11:34:00 |
| 5  | ████ | 11:34:05 |
| 6  | MR. BALL:  How are we doing break wise? | 11:34:13 |
| 7  | MR. TOMPROS:  I'm happy to keep on going | 11:34:17 |
| 8  | or take a break, whatever you want. | 11:34:19 |
| 9  | MR. BALL:  Yeah, can we take a quick | 11:34:21 |
| 10 | break? | 11:34:22 |
| 11 | MR. TOMPROS:  Sure. | 11:34:22 |
| 12 | MR. BALL:  I need one myself. | 11:34:22 |
| 13 | THE VIDEOGRAPHER:  Stand by. | 11:34:25 |
| 14 | We're going off the record.  The time on | 11:34:26 |
| 15 | the video monitor is 11:34 a.m. | 11:34:28 |
| 16 | (Off the record.) | 11:49:14 |
| 17 | THE VIDEOGRAPHER:  We are back on the | 11:49:28 |
| 18 | record.  The time on the video monitor is 11:49 a.m. | 11:49:41 |
| 19 |    Q.   Mr. Oseary, what business relationship | 11:49:47 |
| 20 | have you had, if any, with Eminem? | 11:49:49 |
| 21 |    A.   I don't have a business relationship with | 11:49:52 |
| 22 | Eminem. | 11:49:54 |
| 23 |    Q.   And what business relationship have you | 11:49:55 |
| 24 | had, if any, with Stephen Curry? | 11:49:57 |
| 25 |    A.   I have never met him. | 11:50:00 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

102

| | | |
|---|---|---|
| 1 | ███ ████████████████ | 12:13:18 |
| 2 | ███ █████████████ | 12:13:19 |
| 3 | ███ ██████████████████ | 12:13:21 |
| 4 | ████████████████████████████ | 12:13:24 |
| 5 | ██████████████████████████ | 12:13:28 |
| 6 | ████████████████████████████ | 12:13:32 |
| 7 | ███ ████████████████████████ | 12:13:37 |
| 8 | ██████ | 12:13:41 |
| 9 | ███ ███████████ | 12:13:41 |
| 10 | ███ ████████████████████████ | 12:13:48 |
| 11 | █ | 12:14:06 |
| 12 | ████████████████████ | 12:14:06 |
| 13 | ███████ | 12:14:09 |
| 14 | ███ ██████████ | 12:14:10 |
| 15 | ███ ████████████████████ | 12:14:11 |
| 16 | █████████████ | 12:14:12 |
| 17 | ███ ██████████ | 12:14:12 |
| 18 | ███ ████████████████ | 12:14:13 |
| 19 | ██████████ | 12:14:15 |
| 20 | ███ ████ | 12:14:15 |
| 21 | ███ ███████████████████ | 12:14:15 |
| 22 | ██████ | 12:14:18 |
| 23 | ████████████ | 12:14:19 |
| 24 | ███ ██████████████████████ | 12:14:19 |
| 25 | ██████████████████████████ | 12:14:21 |

CONFIDENTIAL
Transcript of Guy Oseary
Conducted on March 1, 2023

103

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 12:14:28 |
| 2 | ██████████████ | 12:14:37 |
| 3 | ██ ██ | 12:14:38 |
| 4 | ██ ████████████████████ | 12:14:38 |
| 5 | ███████████████████████ | 12:14:43 |
| 6 | ███████████████████████ | 12:14:48 |
| 7 | ████████████████████████ | 12:14:51 |
| 8 | ███████████████████ | 12:14:55 |
| 9 | ██ ██ | 12:15:00 |
| 10 | ████████████████████ | 12:15:00 |
| 11 | ██████ | 12:15:03 |
| 12 | ██ ██ | 12:15:04 |
| 13 | ██████████████ | 12:15:04 |
| 14 | ██████████ | 12:15:05 |
| 15 | ██ █████████████████ | 12:15:06 |
| 16 | ████████ | 12:15:09 |
| 17 | ██ ██ | 12:15:10 |
| 18 | ██ ███████████████████ | 12:15:10 |
| 19 | ██████ | 12:15:13 |
| 20 | ██ ██ | 12:15:15 |
| 21 | ██ ███████████████████ | 12:15:15 |
| 22 | ██████████ | 12:15:19 |
| 23 | ████████████████ | 12:15:20 |
| 24 | ██████ | 12:15:20 |
| 25 | ████████████ | 12:15:22 |