# EXHIBIT 251

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

```
1                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
2                        WESTERN DIVISION
     --------------------------------X
3    YUGA LABS, INC.,                 :
              Plaintiff and           :
4             Counterclaim Defendant  :
              v.                      :Civil Action No:
5                                     :2:22-cv-04355-
     RYDER RIPPS, JEREMY CAHEN,       :JFW-JEM
6             Defendants and          :
              Counterclaim Plaintiffs.: (FULL TRANSCRIPT)
7    --------------------------------X

8

9    ** THIS TRANSCRIPT CONTAINS HIGHLY CONFIDENTIAL

10       ATTORNEYS' EYES ONLY INFORMATION **

11

12                DEPOSITION OF KEREM ATALAY

13                MONDAY, JANUARY 30, 2023

14                     9:00 A.M.

15

16

17

18

19

20

21

22

23   Job No.: 478965

24   Pages 1 - 192

25   Reported by: Adrienne Mignano, RPR
```

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                          38

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 10:11:21 |
| 2 | █ ██████████████ | 10:11:26 |
| 3 | ███████████████████████████ | 10:11:28 |
| 4 | ██████████████ | 10:11:35 |
| 5 | ███████████████ | 10:11:36 |
| 6 | ██████████████ | 10:11:41 |
| 7 | ██████████████████ | 10:11:45 |
| 8 | ████████ | 10:11:47 |
| 9 | █ ████████████████ | 10:11:51 |
| 10 | █████ | 10:11:53 |
| 11 | █ █████████ | 10:11:54 |
| 12 | █ █████████ | 10:11:56 |
| 13 | █ █████████████████ | 10:12:02 |
| 14 | ████████████████████ | 10:12:07 |
| 15 | █████████████████████ | 10:12:13 |
| 16 | █ | 10:12:15 |
| 17 | █ █ | 10:12:18 |
| 18 | █ ██████████ | 10:12:20 |
| 19 | █ █████████ | 10:12:23 |
| 20 | █ ████████████████ | 10:12:25 |
| 21 | █████████████ | 10:12:27 |
| 22 | █ ████████████ | 10:12:32 |
| 23 | █████ | 10:12:34 |
| 24 | █ █████████ | 10:12:38 |
| 25 | ███████████████ | 10:12:42 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                         39

| 1  | ████████ | 10:12:46 |
| 2  | █ ██████████████ | 10:12:48 |
| 3  | ████████ | 10:12:54 |
| 4  | █ █████████████████ | 10:13:05 |
| 5  | █████████████ | 10:13:07 |
| 6  | █ ██████ | 10:13:10 |
| 7  | █ ██████████████████ | 10:13:18 |
| 8  | █████████████ | 10:13:21 |
| 9  | █ █████ | 10:13:26 |
| 10 | █ ████████████████ | 10:13:28 |
| 11 | █████ | 10:13:32 |
| 12 | █ █████████ | 10:13:35 |
| 13 | █ ███████████████ | 10:13:40 |
| 14 | ████████████████████ | 10:13:43 |
| 15 | █████████████████ | 10:13:47 |
| 16 | █ ████████████ | 10:13:54 |
| 17 | █ ██████████ | 10:13:57 |
| 18 | █████ | 10:13:59 |
| 19 | █ ██████████ | 10:14:00 |
| 20 | █████████████████ | 10:14:04 |
| 21 | ████████ | 10:14:08 |
| 22 | █ ████████████ | 10:14:12 |
| 23 | █████████ | 10:14:16 |
| 24 | █ ██ | 10:14:18 |
| 25 | █ █████████████ | 10:14:18 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                              68

| | | |
|---|---|---|
| 1 | Q    What are the reasons? | 11:06:13 |
| 2 | A    Again, I mean, there are so many | 11:06:25 |
| 3 | different contexts here, but let's see, I guess | 11:06:28 |
| 4 | to check the balance of, you know, ERC-20 tokens | 11:06:36 |
| 5 | in a particular wallet, for example. | 11:06:41 |
| 6 | Q    What else? | 11:06:44 |
| 7 | A    To check, you know, what the token | 11:06:48 |
| 8 | name for a particular token might be -- an | 11:06:54 |
| 9 | ERC-20 token. | 11:06:57 |
| 10 | Q    Why would you check the token name? | 11:07:00 |
| 11 | A    People can do that for any number of | 11:07:02 |
| 12 | reasons.  I don't know. | 11:07:04 |
| 13 | Q    Well, I'm just asking why you used | 11:07:09 |
| 14 | Etherscan to check a token name. | 11:07:13 |
| 15 | A    As a distinguishing characteristic, | 11:07:24 |
| 16 | maybe, or to see -- just to, sort of, identify | 11:07:27 |
| 17 | something. | 11:07:29 |
| 18 | Q    Why were you looking for a | 11:07:32 |
| 19 | distinguishing characteristic? | 11:07:34 |
| 20 | MR. BALL:  Objection.  Vague. | 11:07:36 |
| 21 | Mischaracterizes testimony. | 11:07:37 |
| 22 | A    I mean, I can't recall a specific | 11:07:41 |
| 23 | instance.  This was kind of a hypothetical, | 11:07:43 |
| 24 | but ... | 11:07:46 |
| 25 | Q    Generally, why would you use the | 11:07:48 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                                  69

| | | |
|---|---|---|
| 1 | token name as a distinguishing characteristic? | 11:07:51 |
| 2 | MR. BALL:  Objection. | 11:07:55 |
| 3 | Mischaracterizes his testimony.  Vague.  Asked | 11:07:55 |
| 4 | and answered. | 11:07:59 |
| 5 | A    It is -- I mean, can you provide | 11:08:06 |
| 6 | more, maybe, context or more -- could you | 11:08:11 |
| 7 | restate the question, like what -- what exactly | 11:08:14 |
| 8 | do you mean there? | 11:08:18 |
| 9 | Q    So do you remember earlier, when you | 11:08:19 |
| 10 | testified that you were looking at a token name | 11:08:21 |
| 11 | for a distinguishing characteristic?  I'm | 11:08:25 |
| 12 | probably paraphrasing your answer, but do you | 11:08:28 |
| 13 | remember giving that answer earlier? | 11:08:31 |
| 14 | MR. BALL:  Objection. | 11:08:35 |
| 15 | Mischaracterizes his testimony. | 11:08:35 |
| 16 | A    I said that that's something somebody | 11:08:37 |
| 17 | could do through Etherscan. | 11:08:39 |
| 18 | Q    What's the benefits of identifying a | 11:08:41 |
| 19 | distinguishing characteristic -- | 11:08:45 |
| 20 | MR. BALL:  Objection. | 11:08:45 |
| 21 | Q    -- by looking at a token name? | 11:08:45 |
| 22 | MR. BALL:  Objection.  Vague.  And | 11:08:51 |
| 23 | this calls for speculation. | 11:08:52 |
| 24 | A    Yeah, I don't know what the benefit | 11:08:54 |
| 25 | necessarily would be.  It depends on the | 11:08:56 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                          71

| | | |
|---|---|---|
| 1 | Q     What other ways could you distinguish | 11:10:36 |
| 2 | two NFTs from each other using Etherscan? | 11:10:39 |
| 3 | A     If they have different token IDs, for | 11:10:43 |
| 4 | example, you could probably infer that they are | 11:10:46 |
| 5 | different. | 11:10:49 |
| 6 | Q     What other ways? | 11:10:50 |
| 7 | A     If they are associated with different | 11:10:52 |
| 8 | smart contracts. | 11:10:55 |
| 9 | Q     How would you use Etherscan to tell | 11:10:59 |
| 10 | that two NFTs have different token IDs? | 11:11:01 |
| 11 | MR. BALL:  Objection.  Vague. | 11:11:07 |
| 12 | A     Could you maybe supply a little bit | 11:11:17 |
| 13 | more context here?  So if I've -- how have I | 11:11:19 |
| 14 | arrived at Etherscan, I guess?  I mean, it's | 11:11:23 |
| 15 | just -- the situation that you're describing is | 11:11:23 |
| 16 | one that it doesn't -- it feels extremely kind | 11:11:26 |
| 17 | of contrived, like, I can't imagine the scenario | 11:11:30 |
| 18 | where I would be kind of doing this.  So I can't | 11:11:34 |
| 19 | really see -- I can't really walk through how I | 11:11:36 |
| 20 | would do this, necessarily. | 11:11:37 |
| 21 | Q     How would you normally do it? | 11:11:39 |
| 22 | MR. BALL:  Objection.  Vague. | 11:11:42 |
| 3 | A     Could you restate what I would be | 11:11:43 |
| 24 | doing here. | 11:11:45 |
| 25 | Q     Trying to distinguish two NFTs from | 11:11:45 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

127

| | | |
|---|---|---|
| 1 | partial capture at best. | 01:45:26 |
| 2 | A    This could be a part of the site on | 01:45:31 |
| 3 | that date. | 01:45:34 |
| 4 | ▌ ████████████ | 01:45:36 |
| 5 | ██████ | 01:45:39 |
| 6 | ▌ ██ | 01:45:40 |
| 7 | ▌ ████████ | 01:45:41 |
| 8 | ████████████ | 01:45:43 |
| 9 | ██████ | 01:45:45 |
| 10 | ▌ ████████████ | 01:45:48 |
| 11 | ████████████████ | 01:45:50 |
| 12 | ███████████████ | 01:45:52 |
| 13 | ▌ ███████████ | 01:45:58 |
| 14 | ████████████████ | 01:46:00 |
| 15 | ▌ ██████████ | 01:46:34 |
| 16 | █████████████ | 01:46:39 |
| 17 | █████ | 01:46:41 |
| 18 | ▌ ████████████ | 01:46:45 |
| 19 | █████████████ | 01:46:48 |
| 20 | ▌ ██ | 01:46:51 |
| 21 | ▌ █████████████ | 01:46:52 |
| 22 | ███ | 01:46:55 |
| 23 | ██████████ | 01:46:58 |
| 24 | ████████ | 01:46:59 |
| 25 | ▌ █████ | 01:47:03 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

128

| # | | Time |
|---|---|---|
| 1 | | 01:47:05 |
| 2 | | 01:47:07 |
| 3 | | 01:47:10 |
| 4 | | 01:47:14 |
| 5 | | 01:47:15 |
| 6 | | 01:47:19 |
| 7 | | 01:47:21 |
| 8 | | 01:47:24 |
| 9 | | 01:47:27 |
| 10 | | 01:47:29 |
| 11 | | 01:47:32 |
| 12 | | 01:47:34 |
| 13 | | 01:47:35 |
| 14 | | 01:47:37 |
| 15 | | 01:47:40 |
| 16 | | 01:47:47 |
| 17 | | 01:47:51 |
| 18 | | 01:47:54 |
| 19 | | 01:48:04 |
| 20 | | 01:48:07 |
| 21 | | 01:48:11 |
| 22 | | 01:48:12 |
| 23 | | 01:48:15 |
| 24 | | 01:48:18 |
| 25 | | 01:48:20 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                      129

| | | |
|---|---|---|
| 1 | | 01:48:22 |
| 2 | | 01:48:34 |
| 3 | | 01:48:38 |
| 4 | | 01:48:40 |
| 5 | | 01:48:42 |
| 6 | | 01:48:44 |
| 7 | | 01:48:46 |
| 8 | | 01:48:50 |
| 9 | | 01:48:56 |
| 10 | | 01:48:57 |
| 11 | | 01:49:01 |
| 12 | | 01:49:04 |
| 13 | | 01:49:06 |
| 14 | | 01:49:08 |
| 15 | | 01:49:12 |
| 16 | | 01:49:14 |
| 17 | | 01:49:18 |
| 18 | | 01:49:20 |
| 19 | | 01:49:22 |
| 20 | | 01:49:47 |
| 21 | | 01:49:49 |
| 22 | | 01:49:53 |
| 23 | | 01:49:55 |
| 24 | | 01:49:58 |
| 25 | | 01:50:00 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                    130

1        ██ ████████████████████                    01:50:11
2     ████████████████████████                       01:50:13
3     █████████████                                   01:50:15
4        ██ ████████████████████                    01:50:17
5     ██████████████████████████                     01:50:18
6     ████████████████████████                       01:50:25
7     ████████████████████                           01:50:28
8     ██████████████████████████                     01:50:33
9     █████████████████                              01:50:36
10       ██████████████████                          01:50:41
11    ████████████████                               01:50:42
12       ██ ████████████████                        01:51:08
13    █████████████████                              01:51:20
14    ██████████████████████████                     01:51:28
15    ██████████████                                 01:51:33
16       ██ ████████████████████                    01:51:45
17    ██████████████████████████                     01:51:47
18    ██████████████████                             01:51:50
19       ██████████████████████                      01:51:53
20    ██████████████████████                         01:51:55
21    ██████████████████████                         01:51:58
22    ██████████████████████████                     01:52:00
23    ████████████████████                           01:52:03
24    ████████████████████                           01:52:05
25    ██████████████████████████                     01:52:08

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                          131

1    ██████████████████████                           01:52:11

2        ██████████████████████████                   01:52:35

3    ████████████████████████████████                01:52:36

4    █████████████████████████                        01:52:39

5      █  ████████████████████████                   01:53:09

6    ██████████████                                   01:53:11

7      █  ████                                         01:53:16

8      █  ██████████████                              01:53:17

9    █████████████████████████████████              01:53:18

10   █████████████████████████████████              01:53:23

11   ██████                                           01:53:26

12     █  ████                                         01:53:27

13     █  ████████████████                            01:53:27

14   ██████████████████████                           01:53:28

15       ███████████████████████                     01:53:33

16   █████████████████████████████                   01:53:34

17       ██████████████████████████████             01:54:01

18   ████████████████████████████████████           01:54:04

19   ██████                                           01:54:16

20     █  █████████████████████████████             01:54:26

21   ██████████████████████████████                 01:54:29

22   ██████████████████████████████                 01:54:31

23   ████████████████████                             01:54:35

24     █  ████                                         01:54:36

25     █  ███████████████████████                     01:54:37

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                          132

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 01:54:39 |
| 2 | ████████████████████████████ | 01:54:44 |
| 3 | ██████████████████████ | 01:54:45 |
| 4 | ▌ ███ | 01:54:52 |
| 5 | ▌ ████████████████ | 01:55:01 |
| 6 | ███████████████████████████ | 01:55:04 |
| 7 | █████████████████████ | 01:55:08 |
| 8 | ████████████████████████████ | 01:55:11 |
| 9 | ██ | 01:55:14 |
| 10 | ▌ ███ | 01:55:15 |
| 11 | ▌ ███████████████ | 01:55:17 |
| 12 | ▌ █████████ | 01:55:22 |
| 13 | ▌ ████████████████ | 01:55:23 |
| 14 | ▌ ████████████████ | 01:55:28 |
| 15 | ▌ █████████████ | 01:55:31 |
| 16 | ██████████████████████████ | 01:55:33 |
| 17 | ▌ ██████████████████ | 01:55:50 |
| 18 | ████████████████████ | 01:55:53 |
| 19 | ████████████████████████ | 01:55:54 |
| 20 | ███████████████████████████ | 01:55:55 |
| 21 | ████████████████████ | 01:56:00 |
| 22 | █████████████████████████ | 01:56:03 |
| 23 | ▌ ███ | 01:56:06 |
| 24 | ████████████ | 01:56:08 |
| 25 | ████████████ | 01:56:08 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                    133

| 1 | | █  ███ | 01:56:10 |
|---|---|---|---|
| 2 | Q | What's a treasure hunt? | 01:56:19 |
| 3 | | MR. BALL:  Objection.  Vague. | 01:56:22 |
| 4 | A | Just generally speaking? | 01:56:23 |
| 5 | Q | Yeah. | 01:56:24 |
| 6 | A | A search for some treasure, I guess. | 01:56:24 |
| 7 | Q | Did Yuga Labs release a treasure | 01:56:36 |
| 8 | | hunt? | 01:56:42 |
| 9 | | MR. BALL:  Objection.  Vague.  Calls | 01:56:43 |
| 10 | | for speculation.  Lacks foundation. | 01:56:44 |
| 11 | A | We released an interactive puzzle. | 01:56:48 |
| 12 | Q | What was the name of that puzzle? | 01:56:54 |
| 13 | A | I can't recall. | 01:56:59 |
| 14 | Q | Was it referred to as Jimmy the | 01:57:04 |
| 15 | | Monkey puzzle? | 01:57:06 |
| 16 | A | I honestly cannot recall the specific | 01:57:12 |
| 17 | | name of that, yeah. | 01:57:15 |
| 18 | Q | Do you know who created the treasure | 01:57:22 |
| 19 | | hunt? | 01:57:24 |
| 20 | A | In what sense? | 01:57:26 |
| 21 | Q | Did Yuga Labs create the treasure | 01:57:27 |
| 22 | | hunt? | 01:57:31 |
| 23 | A | What aspect of the treasure hunt? | 01:57:31 |
| 24 | Q | The puzzle itself.  Did Yuga Labs | 01:57:35 |
| 25 | | create the puzzle that you referenced earlier? | 01:57:39 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023                              134

| 1 |          A     There were several pieces to this. | 01:57:43 |
| 2 | We did not write the puzzles that were included | 01:57:56 |
| 3 | in this treasure hunt. | 01:57:58 |
| 4 | | 01:58:04 |
| 5 | | 01:58:05 |
| 6 | | 01:58:05 |
| 7 | | 01:58:06 |
| 8 | | 01:58:08 |
| 9 | | 01:58:11 |
| 10 | | 01:58:16 |
| 11 | | 01:58:17 |
| 12 | | 01:58:19 |
| 13 | | 01:58:28 |
| 14 | | 01:58:31 |
| 15 | | 01:58:34 |
| 16 | | 01:58:38 |
| 17 | | 01:58:41 |
| 18 | | 01:58:51 |
| 19 | | 01:58:54 |
| 20 | | 01:58:59 |
| 21 | | 01:59:00 |
| 22 | | 01:59:02 |
| 23 | | 01:59:05 |
| 24 | | 01:59:13 |
| 25 | | 01:59:14 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                     135

| # | | Time |
|---|---|------|
| 1 | ████████████████████████████████ | 01:59:17 |
| 2 | ███████████████████████████ | 01:59:19 |
| 3 | ████████████████████ | 01:59:24 |
| 4 | ████████████████████████████████ | 01:59:25 |
| 5 | ███████████████████████████████ | 01:59:31 |
| 6 | █████████████████████████ | 01:59:33 |
| 7 | ██████████████████████████ | 01:59:37 |
| 8 | ███ | 01:59:39 |
| 9 | ██████████████████████████ | 01:59:39 |
| 10 | ███████████████████████████████ | 01:59:40 |
| 11 | █████████████████████████████████ | 01:59:45 |
| 12 | ██████████████████████████████ | 01:59:47 |
| 13 | ██ | 01:59:50 |
| 14 | █████████████████████ | 01:59:51 |
| 15 | ███████████████████████████████ | 01:59:52 |
| 16 | ███████████████████████████████ | 01:59:55 |
| 17 | ████████████ | 01:59:59 |
| 18 | ██████████████████████ | 01:59:59 |
| 19 | █████████████ | 02:00:00 |
| 20 | █ ████████████████████ | 02:00:03 |
| 21 | █ ██████████████████████ | 02:00:11 |
| 22 | ██████████████████ | 02:00:16 |
| 23 | ██████████████████████████████ | 02:00:19 |
| 24 | ████████████████████ | 02:00:20 |
| 25 | █ ███████████████████ | 02:00:22 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023

136

| # | | Time |
|---|---|---|
| 1 | ███████████████████████ | 02:00:25 |
| 2 | ████████████████████████ | 02:00:30 |
| 3 | ██████████████ | 02:00:32 |
| 4 | ▌ ███████████████████ | 02:00:36 |
| 5 | ██████████████ | 02:00:40 |
| 6 | ████████████████ | 02:00:43 |
| 7 | █████████████████████ | 02:00:44 |
| 8 | ▌ ████████ | 02:00:46 |
| 9 | ▌ ████████████████ | 02:00:47 |
| 10 | ████████████████████ | 02:00:50 |
| 11 | █████ | 02:00:52 |
| 12 | ████████████ | 02:00:55 |
| 13 | ▌ ████████████████ | 02:00:56 |
| 14 | ████████████████████ | 02:00:58 |
| 15 | ███████ | 02:01:00 |
| 16 | ▌ ████ | 02:01:03 |
| 17 | ▌ █████████ | 02:01:03 |
| 18 | █████ | 02:01:06 |
| 19 | ▌ ████████████ | 02:01:08 |
| 20 | ▌ ██████████ | 02:01:13 |
| 21 | ▌ █████████████████ | 02:01:16 |
| 22 | ██████████████ | 02:01:22 |
| 23 | ██████ | 02:01:25 |
| 24 | ▌ ██████████████ | 02:01:38 |
| 25 | ████████████████ | 02:01:40 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION
Transcript of Kerem Atalay
Conducted on January 30, 2023

137



| | | |
|---|---|---|
| 1 | | 02:01:43 |
| 2 | | 02:01:48 |
| 3 | | 02:01:49 |
| 4 | | 02:01:49 |
| 5 | | 02:01:52 |
| 6 | | 02:01:55 |
| 7 | | 02:01:59 |
| 8 | | 02:02:00 |
| 9 | | 02:02:04 |
| 10 | | 02:02:06 |
| 11 | | 02:02:15 |
| 12 | | 02:02:17 |
| 13 | | 02:02:32 |
| 14 | | 02:02:34 |
| 15 | | 02:02:37 |
| 16 | | 02:02:46 |
| 17 | | 02:02:49 |
| 18 | | 02:03:04 |
| 19 | | 02:03:06 |
| 20 | | 02:03:10 |
| 21 | | 02:03:12 |
| 22 | | 02:03:13 |
| 23 | | 02:03:16 |
| 24 | | 02:03:18 |
| 25 | | 02:03:22 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023                                    138

| | | |
|---|---|---|
| 1 | Q    Have you ever, you know, had -- you | 02:03:26 |
| 2 | know, crossed things off on a piece of paper | 02:03:29 |
| 3 | before? | 02:03:33 |
| 4 | A    Yes. | 02:03:34 |
| 5 | MR. BALL:  Objection.  Vague. | 02:03:35 |
| 6 | Q    What does that mean when somebody | 02:03:38 |
| 7 | crosses something off on a piece of paper? | 02:03:40 |
| 8 | A    It could mean any number of things. | 02:03:43 |
| 9 | Q    Such as? | 02:03:47 |
| 10 | A    That it's irrelevant. | 02:03:50 |
| 11 | Q    What else? | 02:03:53 |
| 12 | A    I don't know.  I mean, any number of | 02:04:06 |
| 13 | things.  Could you provide more context. | 02:04:08 |
| 14 | Q    Well, if you're -- have you ever | 02:04:11 |
| 15 | crossed off, like, a task list -- items on a | 02:04:13 |
| 16 | task list? | 02:04:17 |
| 17 | A    Yes. | 02:04:19 |
| 18 | Q    And what does that mean when you | 02:04:20 |
| 19 | cross off an item on a task list? | 02:04:22 |
| 20 | A    You no longer need to complete that | 02:04:24 |
| 21 | item. | 02:04:27 |
| 22 | MR. NIKOGOSYAN:  Does anybody want to | 02:04:45 |
| 3 | take a bio break? | 0 :04:46 |
| 24 | MR. BALL:  Sure. | 02:04:47 |
| 25 | THE VIDEOGRAPHER:  Stand by.  We are | 02:04:50 |

CONTAINS HIGHLY CONFIDENTIAL   AEO INFORMATION

Transcript of Kerem Atalay
Conducted on January 30, 2023

147

| # | | Time |
|---|---|------|
| 1 | ████████████████ | 02:29:36 |
| 2 | █████████████████████ | 02:29:37 |
| 3 | ████████████████ | 02:29:39 |
| 4 | ████████████████████ | 02:29:48 |
| 5 | ███████████ | 02:29:50 |
| 6 | █████████████████ | 02:29:54 |
| 7 | ██████ | 02:29:56 |
| 8 | ███████████████ | 02:29:58 |
| 9 | ██████████████████████ | 02:29:59 |
| 10 | ██████████████████████ | 02:30:02 |
| 11 | ████████████████████ | 02:30:04 |
| 12 | ██████ | 02:30:07 |
| 13 | ██ ██████████ | 02:30:24 |
| 14 | ██ ██████████████ | 02:30:32 |
| 15 | ███████ | 02:30:37 |
| 16 | ██ ████████████ | 02:30:44 |
| 17 | ██ ██████ | 02:30:49 |
| 18 | ██ █████████████ | 02:31:02 |
| 19 | ██████████████████████ | 02:31:05 |
| 20 | █████ | 02:31:13 |
| 21 | ██████████ | 02:31:15 |
| 22 | █████████████████████ | 02:31:16 |
| 23 | ███████████ | 02:31:19 |
| 24 | ██ █████████████ | 02:31:22 |
| 25 | ██████████████ | 02:31:24 |

web.archive.org/web/20210417011354/https://boredapeyachtclub.com/#/home

https://boredapeyachtclub.com/   Go

887 captures
17 Apr 2021 - 13 Jan 2023

MAR   APR   MAY
17
2020   2021   2022   About this capture

## ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

**10% SOLD**     We pay back our moms.

**20% SOLD**     We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders.

**40% SOLD**     BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To.

**60% SOLD**     Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies.

**80% SOLD**     The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape.

**90% SOLD**     The Bored Ape liquidity pool is initiated.

**100% SOLD**     The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends.

 shirt



DEPOSITION
EXHIBIT
Ataky 254
1/30/23

PENGAD 800-631-6989