ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants and<br>Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF ETHAN THOMAS IN SUPPORT OF YUGA LABS, INC.'S STATUS REPORT**<br><br>Mag. Judge:   Hon. John E. McDermott<br>Motion Hearing Date:   N/A<br>Motion Hearing Time: N/A<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date:    June 27, 2023 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

I, Ethan Thomas, declare as follows:

1.      I am an attorney admitted to practice in California and an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.      I make this declaration pursuant to Local Rule 7-6.

3.      A March 22, 2023 letter from counsel for Yuga Labs to counsel for Defendants is attached as **Exhibit 1**.

4.      A March 24, 2023 letter from counsel for Defendants to counsel for Yuga Labs is attached as **Exhibit 2**.

5.      A compilation of tweets from @tfine is attached as **Exhibit 3**.

7.      A Twitter thread showing tweets deleted by Defendant Ryder Ripps is attached as **Exhibit 4**.  I reviewed the tweets in this thread prior to the deletions and am aware that the deleted tweets were made by @ryder_ripps.

I declare under penalty of perjury under the laws of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on April 4, 2023.

*/s/ Ethan M. Thomas*
Ethan M. Thomas

FENWICK & WEST LLP
ATTORNEYS AT LAW