# EXHIBIT 1



555 California Street  
12th Floor  
San Francisco, CA 94104  

415.875.2300  
Fenwick.com  

Ethan M. Thomas  
EThomas@fenwick.com  |  415.875.2238

March 22, 2023

VIA EMAIL

Louis Tompros  
Monica Grewal  
Scott Bertulli  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, Massachusetts 02109  
louis.tompros@wilmerhale.com  
monica.grewal@wilmerhale.com  
scott.bertulli@wilmerhale.com  

Derek Gosma  
Henry Nikogosyan  
Wilmer Cutler Pickering Hale and Dorr LLP  
350 South Grand Avenue Suite 2400  
Los Angeles, CA 90071  
derek.gosma@wilmerhale.com  
henry.nikogosyan@wilmerhale.com  

Re:   *Yuga Labs, Inc. v. Ripps et al.*, No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Counsel:

This letter concerns Defendants' violation of the Court's March 14, 2023 Order (Dkt. 145). That order required Defendants each to "produce any remaining relevant, nonprivileged documents responsive to categories 1, 4, 5, 6 and 7 in Yuga's Joint Stipulation" by March 21, 2023. The categories include Twitter and text messages between Defendants. The Court also ordered Ripps on January 10, 2023 to produce "all relevant non-privileged documents." (Dkt. 79).

Public statements made today by Defendants and others describe the existence of a "group chat" among Defendants and Todd Fine concerning Yuga Labs. Defendants have not disclosed or produced these communications.

March 22, 2023
Page 2





Additionally, Ripps made posts on Twitter today regarding these communications, which he has since deleted.

While we continue to assess Defendants' latest document production, we note that text messages were only produced for between May 14, 2022 and June 22, 2022.  If it is Defendants' position that all text messages, correspondence, and actions by Defendants prior to the minting of RR/BAYCs are not relevant and documents are still being withheld on that basis, please let us know; otherwise, please explain why these documents have not been produced.

Defendants have displayed a consistent pattern of withholding relevant, material documents and representing that they do not exist, only to produce them after Yuga Labs independently uncovers their wrongful concealment.  This contempt for the discovery process and the Court's orders is compounded by their false statements made under

March 22, 2023
Page 3

penalty of perjury that they have indeed produced the documents compelled by the Court. Defendants posted about and promoted their presentation about Yuga Labs ***the very same day they submitted their declarations to the Court***, undermining any plausible argument that they simply forgot and failed to locate communications about it.

Please immediately produce the Court-ordered documents, including the group chat with Todd Fine, Ripps' deleted tweets regarding the same, and any related or similar records. We reserve all rights regarding Defendants' continued failure to comply with Court orders and their repeated false declarations.

    Sincerely,

    FENWICK & WEST LLP

    /s/ Ethan M. Thomas

    Ethan M. Thomas