# EXHIBIT 2

# WilmerHale

March 24, 2023

Henry Nikogosyan

+1 213 443 5300 (t)
+1 213 443 5400 (f)
henry.nikogosyan@wilmerhale.com

**_By Electronic Mail_**
Ethan M. Thomas
Fenwick & West LLP
555 California Street 12th Floor
San Francisco, CA 94041
ethomas@fenwick.com

Re:  *Yuga Labs, Inc. v. Ripps*, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Ethan:

I write in response to you March 22, 2023, letter regarding Defendants' document production.

Contrary to your suggestion, Defendants do not have any private chats with Todd Fine relating to the RR/BAYC Project nor have Defendants communicated in a group chat with Mr. Fine.   You are aware that Mr. Fine has been viciously attacking our clients on Twitter.   Mr. Ripps' now-deleted comment that you mention in your letter involves a statement calling out Mr. Fine on making untrue statements.   Your email does not explain how or why these communications are relevant to this case, and in any event they are public communications equally available to Yuga as they are to our clients.

Regarding the text messages that Defendants produced, as you know the RR/BAYC Project began in mid-May and so it should be no surprise that texts relevant to the RR/BAYC Project began at a similar time.  Defendants have searched their records numerous times and have not identified any additional relevant, nonprivileged materials.   And, as you can see from the production, there are not many texts in the first place since, as we have told you repeatedly, nearly all the communications occurred on Discord.  All of those communications were produced several months ago in December 2022.


Kind regards,

*/s/ Henry Nikogosyan*

Henry Nikogosyan