# EXHIBIT 3


**Todd Fine** @tfine · Mar 22

Look, I don't really care about @ryder_ripps+@PaulyOx's little PowerPoint, given they aren't building real world allies.

But I explicitly told them (and the Tiger King folks) that I claim "King Con" and want credit and they do this.

First time I sympathize with @yugalabs!



 17     ⟲ 2     ♡ 17     ᴵᴵᴵ 6,847     ↑


**Alchemist** 🦭 @th_alchemist_ · Mar 22
This isn't the way to command respect tho

Just speak on it… an move on 😤



 **RYDER RIPPS** SOON @ryder_rippo · Mar 22

point is, todd u may have said king con, i have no problem giving you props for saying it, ill even give you a king cone. i dont think u were the first to say it in this context hate to tell ya, but its all good i dont know or care



♡ 2     ⟲ 1     ♥ 11     ılıl 2,500     ↑

 **Todd Fine** @tfine · Mar 22

It is not about "props." You remember the group chat when we brainstormed it together in our organized conspiracy to bring down @yugalabs.

Both Pauly and the film producers affirmed that I would get standard credit and compensated if it was used.



> Don't fuck with me.
>
> 💬 3   🔁   ♡ 5   📊 447   ⬆️

**Empath Acrobat** @EmpathAcrobat · Mar 22
Brainstormed the title or the whole dealie or what?

💬 1   🔁   ♡ 1   📊 214   ⬆️

**Todd Fine**
@tfine

We were brainstorming titles for a movie/series in a private chat with pauly, ryder, myself, and 2 others, and I was throwing out options.

When "King Con" came out, we knew it was special and I called Pauly and the Tiger King people to say I wanted standard credits and comp.

12:56 PM · Mar 22, 2023 · **281** Views



**Ara (Genuine Chiller)** ✓ @AraDG11 · Mar 24
Did you save any screenshots of you coming up with this?

💬 1   🔁   ♡ 1   📊 251   ⬆️

**Todd Fine**
@tfine

They eventually kicked me from the group chat+I couldn't see the message any longer. I believe when I started being more aggressive with @yugalabs with my NFTs. But my understanding is that these are still stored on Twitter servers.

I also have phone records and contextual posts

6:37 AM · Mar 24, 2023 · **206** Views