# EXHIBIT 4



**Todd Fine** @tfine · Mar 22

Look, I don't really care about @ryder_ripps+@Pauly0x's little PowerPoint, given they aren't building real world allies.

But I explicitly told them (and the Tiger King folks) that I claim "King Con" and want credit and they do this.

First time I sympathize with @yugalabs!



 💬 16    🔁 2    ♥ 17    📊 6,906    ⬆️



**Alchemist** 🦭 @th_alchemist_ · Mar 22
Replying to @tfine @ryder_ripps and 2 others
This isn't the way to command respect tho

Just speak on it ... an move on 🫠

Shout out for the name that's dope, but have you read the updated website I think they did a great job outlining all of this to help inform

💬 2        ↻        ♡ 5        ᵢₗᵢ 438        ↑

**Todd Fine** @tfine · Mar 22
Replying to @th_alchemist_ @ryder_ripps and 2 others
this is from a specific conversation about film credits i had with them and the film producers...

it is not a minor thing...

💬 2        ↻        ♡ 1        ᵢₗᵢ 412        ↑

**Todd Fine** @tfine · Mar 22
Replying to @tfine @th_alchemist_ and 3 others
no I have not seen it, but will check.

i am a huge supporter of them and always have been.

i just asked for one thing here from them, and it bothers me that my wishes are not respected.

💬 3        ↻        ♡ 3        ᵢₗᵢ 335        ↑

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · Mar 22
Replying to @tfine @th_alchemist_ and 2 others
amazon.com/King-Novel-Ste... buy my book

[Book cover: Stephen J. Cannell — KING, "The National Bestseller", "Bestselling Author of The Tin Collectors"]





 2      ⟲ 1      ♡ 11      ᴵᴸᴵ 2,537      ⬆



**Todd Fine** @tfine · Mar 22
Replying to @ryder_ripps @th_alchemist_ and 2 others
It is not about "props." You remember the group chat when we brainstormed it together in our organized conspiracy to bring down @yugalabs.

Both Pauly and the film producers affirmed that I would get standard credit and compensated if it was used.

Don't fuck with me.

 3      ⟲      ♡ 5      ᴵᴸᴵ 458      ⬆



**Empath Acrobat** @EmpathAcrobat · Mar 22
Replying to @tfine @ryder_ripps and 3 others
Brainstormed the title or the whole dealie or what?

 1      ⟲      ♡ 1      ᴵᴸᴵ 219      ⬆

