1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING
     HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
11   HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*
15

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                       WESTERN DIVISION
19

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **NOTICE OF LODGING** |
| v. | Judge: Hon. John F. Walter<br>Hearing: April 17, 2023, at 1:30 p.m.<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |
| Ryder Ripps and Jeremy Cahen, | |
| Defendants and Counterclaim Plaintiffs. | |

PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy Cahen hereby lodge the attached proposed statement of decision with the Court denying Yuga Labs, Inc.'s motion for summary judgment (Dkt. 149) and granting summary judgment in favor of Defendants.

Dated: April 5, 2023      By: /s/ *Derek Gosma*

    Louis W. Tompros (*pro hac vice*)
    louis.tompros@wilmerhale.com
    Monica Grewal (*pro hac vice*)
    monica.grewal@wilmerhale.com
    Scott W. Bertulli (*pro hac vice*)
    scott.bertulli@wilmerhale.com
    Tyler Carroll (*pro hac vice*)
    tyler.carroll@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    Derek Gosma (SBN 274515)
    derek.gosma@wilmerhale.com
    Henry Nikogosyan (SBN 326277)
    henry.nikogosyan@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Fax: (213) 443-5400

    Attorneys for Defendants
    *Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on April 5, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400