Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| YUGA LABS, INC.,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DEFENDANTS' RESPONSE TO YUGA LABS' APRIL 4, 2023 STATUS REPORT**<br><br>Judge: John E. McDermott<br>Discovery Cutoff Date: April 3, 2023<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

I. INTRODUCTION

Defendants Ryder Ripps and Jeremy Cahen ("Defendants") respectfully submit this response to Plaintiff Yuga Labs, Inc.'s ("Yuga") April 4, 2023 Status Report (Dkt. 198) ("Yuga Submission"). Defendants submit that Yuga's Submission is incorrect in several material respects, and that Defendants have complied fully with the Court's March 14, 2023 Order (Dkt. 145).

Contrary to Yuga's assertion, Defendants have made no "false representations to date about the existence of relevant discovery" (Yuga Submission at 5). To the contrary, throughout discovery, Defendants searched for and produced all relevant materials that they located after reasonably diligent searches. In full compliance with the Court's March 14, 2023 Order, Defendants conducted additional searches for all required categories of documents and produced additional documents. And contrary to Yuga's assertion, Defendants are not withholding documents on any "bald assertion of privilege" (Yuga Submission at 6). Defendants are not withholding any documents in any of the categories in the Court's order on the basis of privilege, other than post-suit communications with attorneys.

Yuga is searching for a "smoking gun" that simply does not exist. Yuga has concocted a bizarre conspiracy theory in which Mr. Ripps and Mr. Cahen "intended to infringe," they "knew" or intended to "cause confusion among Yuga Labs' consumers," and they "knew" that the artistic RR/BAYC Project "was not expressive or artistic." Yuga Submission at 6. ***Yuga's conspiracy theory is simply not true***. Thus, it is unsurprising that they have not found the "smoking gun" they are looking for in the tens of thousands of pages of communications about the RR/BAYC Project that Defendants produced. There is no set of "critical documents that likely show their intentional infringement" (*id.*) because the RR/BAYC Project was exactly what Mr. Ripps and Mr. Cahen have repeatedly

testified it was: an artistic criticism of Yuga and Yuga's use of hateful imagery, and a project that nobody has ever confused with a Yuga product.

## II. RESPONSE TO YUGA'S SUBMISSION

### A. Defendants Fully Complied With The March 14 Order

In response to the Court's March 14, 2023 Order, Defendants conducted additional searches for each category of documents identified in the Order and produced 549 documents, totaling nearly 1,000 pages of material. This production included the pre-litigation text messages between the Defendants regarding the RR/BAYC Project (RIPPSCAHEN00025972-26182) as well as direct communications with Mr. Lehman (RIPPSCAHEN00025522-66) and Mr. Hickman (RIPPSCAHEN00025497-507). Defendants did not find any other relevant documents in any category (apart from those that had already been produced earlier in discovery). Thus, Defendants complied fully with the Court's March 14, 2023 Order, and certified their compliance in sworn declarations. *See also* Gosma Decl. Exs. 2 and 3 (Ripps Decl. and Cahen Decl.).

Defendants' production reveals what Defendants have been telling Yuga all along. That there were very few even marginally relevant materials in any of the categories addressed in the Court's Order, because nearly all communications regarding the RR/BAYC Project occurred in a Discord group chat that Defendants produced back in ***December 2022*** (RIPPSCAHEN00000301—consisting of nearly 11,000 messages).

In its Submission, Yuga incorrectly states that Defendants are withholding material from before May 2022 while claiming that "'nearly all the communications occurred on Discord,' but [Defendants] have produced no Discord communications whatsoever between the two of them directly." Yuga Submission at 2. But here is what Defendants actually said:

2

Case No. 2:22-cv-04355-JFW-JEM                                             RESPONSE TO STATUS REPORT

> Regarding the text messages that Defendants Produced, *as you know the RR/BAYC Project began in mid-May and so it should be no surprise that texts relevant to the RR/BAYC Project began at a similar time*. Defendants have searched their records numerous times and have not identified any additional relevant, nonprivileged materials. And as you can see from the production, there are not many texts in the first place since, as we have told you repeatedly, *nearly all communications occurred on Discord. All of those communications were produced several months ago in December 2022.*

Dkt. 198-3 (emphasis added). The RR/BAYC Project began in mid-May—and that is likewise when communications about that project began. And the statement that "nearly all communications occurred on Discord" refers to the *group chat* that included the Defendants that Yuga has had since December, not some secret withheld set of direct messages. Yuga is simply wrong to suggest that there are any communications being withheld.

And Yuga knows this. Yuga deposed Mr. Ripps extensively regarding his Discord chats and should not be surprised that no Discord communications exist (beyond the material that Defendants already produced). *See* Gosma Decl. Ex. 1 at 271:8-14 ("Q. Did you have any Discord communications with [Mr. Cahen] after July 27th, 2022? A. I don't remember. And, to be honest, like I said in earlier things, I really don't like Discord. *I don't log in to it a lot, and I don't – it's not something that I regularly use at all for anything*.").

Simply put, Defendants produced all documents required by the Court's March 14, 2023 Order. Those documents do not include a "smoking gun" saying what Yuga wants it to say—because Yuga's theory that the project was a "scam" is simply false, as Defendants have been saying all along.

**B.    There Is No Group Chat with Mr. Fine**

Yuga also complains that Defendants have not produced any documents

3

Case No. 2:22-cv-04355-JFW-JEM                                RESPONSE TO STATUS REPORT

involving a private group chat with Todd Fine (whom Yuga identifies only as a purported "collaborator"). But Defendants searched and confirmed to Yuga that no such group chat exists. *See* Dkt. 198-3 ("Defendants do not have any private chats with Todd Fine relating to the RR/BAYC Project nor have Defendants communicated in a group chat with Mr. Fine."). Mr. Fine was not a "collaborator" in the RR/BAYC project (a claim that Yuga makes without providing any basis). Yuga Submission at 5. Mr. Fine, in fact, has been attacking the Defendants in online posts, as Yuga is aware.

### C. Yuga Incorrectly States that ApeMarket Began in 2021

Yuga incorrectly states that pre-May communications regarding the RR/BAYC Project must exist because "Defendants began work on their infringing "Ape Market" NFT marketplace in December 2021." Yuga Submission at 4 (citing Dkt. 65 ¶ 45). But the paragraph in the Counter-Complaint that Yuga cites says no such thing. To the contrary, the paragraph it cites simply states that Defendant began publicly posting about Yuga's use of offensive imagery in 2021:

> As early as November 2021, Mr. Ripps and Mr. Cahen began exposing Yuga's misconduct through his Twitter and Instagram profiles, podcasts, and cooperation with investigative journalists, and by creating the website https://gordongoner.com.

Dkt. 65 (Counter-Complaint) ¶ 45. This paragraph says nothing about work on ApeMarket, which Yuga knows (from deposition testimony) began after the RR/BAYC Project began in May 2022. The words "Ape Market" do not even appear in the paragraph that Yuga cites. The paragraph notes Defendants' activity on social media and the creation of a different website (gordongoner.com) to document what investigative journalists discovered regarding Yuga's use of hateful imagery. Defendants produced the private communications regarding ApeMarket

4

Case No. 2:22-cv-04355-JFW-JEM                              RESPONSE TO STATUS REPORT

(RIPPSCAHEN00002217-4137) back in December 2022.  Again, Yuga is looking for documents that do not exist.

### D. No Pre-Litigation Documents Have Been Withheld Based on Privilege

Yuga also incorrectly states that Defendants are withholding pre-litigation productions based on privilege.  Defendants are not.  Defendants have conducted numerous searches and have produced all responsive materials that they have been able to find.  No pre-litigation materials are being withheld on the basis of privilege, and the only materials being withheld as privileged are post-litigation communications with attorneys (which Yuga is also withholding without having produced a privilege log).

### E. Yuga Inexplicably Delayed in Filing Its Status Report

Defendant provided their production in response to this Court's March 14 Order within 7 days.  It is unclear why Yuga waited until now (after discovery closed) to file its status report complaining about the sufficiency of Defendants' responses.  But in any event, to the extent that Yuga claims some prejudice because discovery is now closed and summary judgment briefing is complete, that prejudice its own fault for delaying until now to raise its complaints.

*    *    *

In sum, because Defendants fully complied with the Court's March 14, 2023 Order, no further action from the Court is necessary.

Dated:  April 5, 2023                        By: /s/  Derek Gosma

　　　　　　　　　　　　　　　　　　　Louis W. Tompros (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　louis.tompros@wilmerhale.com
　　　　　　　　　　　　　　　　　　　Monica Grewal (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　monica.grewal@wilmerhale.com

Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on April 5, 2023

By: /s/ *Derek Gosma*
Derek Gosma

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document is in compliance with the word limit in Local Rule 11-6.1

By: /s/ *Derek Gosma*
Derek Gosma