# Exhibit 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4     _____
                                           )
 5     YUGA LABS, INC.,                    )CASE NO.:
                                           )
 6                    Plaintiff,           )2:18-cv-00514-
                                           )ACA'22-cv-04355-
 7             v.                          )JFW-JEM
                                           )
 8     RYDER RIPPS, JEREMY CAHEN, DOES     )
       1-10,                               )
 9                                         )
                      Defendants.          )
10                                         )
       _____)
11
12
13         ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14                  ATTORNEYS' EYES ONLY **
15
16
17              DEPOSITION OF RYDER RIPPS
18                      VOLUME I
19              LOS ANGELES, CALIFORNIA
20             THURSDAY, JANUARY 12, 2023
21
22
23
24     REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                      CSR NO. 14125
25     JOB NO.:       5613911
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION


    _____
                                      )
    YUGA LABS, INC.,                  )CASE NO.:
                                      )
                    Plaintiff,        )2:18-cv-00514-
                                      )ACA'22-cv-04355-
              v.                      )JFW-JEM
                                      )
    RYDER RIPPS, JEREMY CAHEN, DOES   )
    1-10,                             )
                                      )
                    Defendants.       )
    _____ )




       DEPOSITION OF RYDER RIPPS, VOLUME I
       TAKEN ON BEHALF OF THE PLAINTIFF
       IN LOS ANGELES, CALIFORNIA, BEGINNING AT
       9:07 A.M. AND ENDING AT 6:19 P.M., ON
       THURSDAY, JANUARY 12, 2023, BEFORE
       NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
       REPORTER NUMBER 14125.
```

Page 2

```
 1                    A P P E A R A N C E S
 2
 3     FOR THE PLAINTIFF, YUGA LABS, INC.:
 4          FENWICK & WEST, LLP
            BY:  ERIC BALL, ESQ.
 5          BY:  ANTHONY FARES, ESQ.
            801 CALIFORNIA STREET
 6          MOUNTAIN VIEW, CALIFORNIA  94041
            (650) 988-8500
 7          EBALL@FENWICK.COM
            AFARES@FENWICK.COM
 8
 9     FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
       DOES 1-10:
10
            WILMER CUTLER PICKERING HALE AND DORR
11          BY:  LOUIS TOMPROS, ESQ.
            60 STATE STREET
12          BOSTON, MASSACHUSETTS  02109
            (617) 526-6886
13          LOUIS.TOMPROS@WILMERHALE.COM
14
15     ALSO PRESENT:
16          RICHARD SMITH, VIDEOGRAPHER;
17          JEREMY CAHEN, DEFENDANT
18
19
20
21
22
23
24
25
```

Page 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

I N D E X

| WITNESS | | PAGE |
|---|---|---|
| RYDER RIPPS | | |
| EXAMINATION BY MR. BALL | | 10 |

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 111 | CHAT EXCHANGE; 4 PAGES | 18 |
| EXHIBIT 112 | CHAT WITH FIT BINEX; BATES RIPPSCAHEN00002273 | 30 |
| EXHIBIT 32 PREVIOUSLY MARKED | CHAT EXCHANGE DATED MAY 23, 2022; ONE PAGE | 32 |
| EXHIBIT 113 | CHAT EXCHANGE DATED MAY 23, 2022; ONE PAGE; BATES R1PP5CAHEN00002548 | 41 |
| EXHIBIT 114 | CHAT EXCHANGE DATED JUNE 9, 2022; ONE PAGE | 42 |
| EXHIBIT 60 PREVIOUSLY MARKED | CHAT EXCHANGE DATED JUNE 1, 2022; ONE PAGE | 44 |
| EXHIBIT 115 | RYDER RIPPS'S SECOND SUPPLEMENTAL RESPONSES TO YUGA LABS, INC.'S FIRST SET OF INTERROGATORIES TO RYDER RIPPS (NOS. 1-17) | 52 |
| EXHIBIT 116 | EXHIBIT A FILED 06/24/22; FIVE PAGES | 58 |
| EXHIBIT 28 PREVIOUSLY MARKED | SCREENSHOT OF FOUNDATION PAGE FOR RYDER RIPPS/BORED APE YACHT CLUB | 69 |

```
                    E X H I B I T S
 EXHIBIT NO.       DESCRIPTION                          PAGE
 EXHIBIT 53        CONVERSATION EXCHANGE                84
 PREVIOUSLY
 MARKED
 EXHIBIT 117       WEB ARCHIVE CAPTURED AT:             92
                   01105/2023;
                   FIVE PAGES
 EXHIBIT 118       CAPTURE OF THE WEBSITE               102
                   ETHERSCAN.IO;
                   TWO PAGES
 EXHIBIT 119       TWEET FROM RYDER RIPPS               126
                   DATED DECEMBER 6, 2021;
                   ONE PAGE
 EXHIBIT 120       APE #8774 MINTED ON                  128
                   DECEMBER 6, 2021;
                   TWO PAGES
 EXHIBIT 121       EXCEL SCREENSHOT;                    134
                   BATES RIPPSCAHEN0000001

 EXHIBIT 122       TWEET EXCHANGE DATED                 142
                   MAY 13, 2022;
                   ONE PAGE

 EXHIBIT 123       TWEET DATED                          143
                   DECEMBER 6, 2021;
                   TWO PAGES

 EXHIBIT 124       CAPTURED AT 2022111106               145
                   03:50 PM URL
                   HTTPS://RRBAYC.COM;
                   FIVE PAGES;
                   BATES YUGALABS_00013749 -
                   1974
 EXHIBIT 37        CHAT EXCHANGE DATED                  151
 PREVIOUSLY        MAY 21, 2022;
 MARKED            ONE PAGE
 EXHIBIT 38        CHAT EXCHANGE BEGINNING              166
 PREVIOUSLY        TIME 9:55;
 MARKED            TWO PAGES
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                    E X H I B I T S
   EXHIBIT NO.      DESCRIPTION                    PAGE
   EXHIBIT 125      @CLAIRE0X MESSAGES WITH         167
                    RYDER RIPPS;
                    ONE PAGE;
                    BATES RIPPSCAHEN00002I58

   EXHIBIT 126      CHAT EXCHANGE DATED             170
                    MAY 20;
                    FOUR PAGES;
                    BATES RIPPSCAHEN00001289
   EXHIBIT 40       CHAT EXCHANGE DATED             177
   PREVIOUSLY       MAY 22, 2022;
   MARKED           THREE PAGES
   EXHIBIT 127      CHAT EXCHANGE BEGINNING         186
                    TIME 20:19;
                    ONE PAGE
   EXHIBIT 128      TWEET DATED MAY 16, 2022;       195
                    ONE PAGE

   EXHIBIT 99       CHAT EXCHANGE BEGINNING         199
   PREVIOUSLY       TIME 19:52;
   MARKED           TWO PAGES

   EXHIBIT 101      CHAT EXCHANGE BEGINNING         206
   PREVIOUSLY       TIME 14:82;
   MARKED           SEVEN PAGES

   EXHIBIT 64       CHAT EXCHANGE DATED             212
   PREVIOUSLY       MAY 19, 2022;
   MARKED           TWO PAGES

   EXHIBIT 129      CHAT EXCHANGE BEGINNING         215
                    TIME 17:21;
                    ONE PAGE

   EXHIBIT 130      CHAT EXCHANGE DATED             226
                    JUNE 8, 2022;
                    TWO PAGES; BATES
                    RIPPSCAHEN000027I2 -
                    RIPPSCAHEN000027I3

   EXHIBIT 131      TWEET DATED MAY 16, 2022;       231
                    ONE PAGE
```

```
                    E X H I B I T S
EXHIBIT NO.      DESCRIPTION                        PAGE
EXHIBIT 103      PROFIT CALCULATIONS OF             234
PREVIOUSLY       MR. RYDER RIPPS FROM
MARKED           NFT SALES
EXHIBIT 7        DOCUMENT WHEREIN                   243
PREVIOUSLY       MR. HICKMAN STATES
MARKED           RECEIVING 158.28 ETH
EXHIBIT 132      RYDER RIPPS TWITTER PAGE;          265
                 FOUR PAGES; BATES
                 YUGALABS_00000547
EXHIBIT 133      MESSAGES WITH "DO THE MATH";       266
                 ONE PAGE;
                 BATES RIPPSCAHEN00002I74
EXHIBIT 134      CHAT EXCHANGE DATED                274
                 MAY 31, 2022;
                 ONE PAGE
EXHIBIT 135      CHAT EXCHANGE WITH X2Y2;           280
                 ONE PAGE;
                 BATES R1PP5CAHEN00002186
EXHIBIT 136      LOOKS RARE PAGE, CAPTURED          286
                 AT: 01/0512023;
                 ONE PAGE
EXHIBIT 137      LOOKS RARE WEB ARCHIVE;            289
                 SIX PAGES

EXHIBIT 138      NFTX WEBSITE FEATURING             294
                 THE RR/BAYC NFTS;
                 ONE PAGE;
                 BATES YUGALABS_00000653
EXHIBIT 139      EXCEL SCREENSHOT;                  296
                 12 PAGES;
                 BATES RIPPSCAHEN00000001
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | LOS ANGELES, CALIFORNIA | |
| 2 | THURSDAY, JANUARY 12, 2023, 9:07 A.M. | |
| 3 | | |
| 4 | THE VIDEOGRAPHER: Good morning. We're | 09:07:02 |
| 5 | going on the record. The time is now 9:07 a.m. | 09:07:01 |
| 6 | Please note that the microphones are sensitive and | 09:07:07 |
| 7 | may pick up whispering and private conversations. | 09:07:09 |
| 8 | The video recording will continue to take place | 09:07:13 |
| 9 | unless all parties agree to go off the record. | 09:07:16 |
| 10 | This is media unit number 1 of the | 09:07:18 |
| 11 | video-recorded deposition of Mr. Ryder Ripps being | 09:07:21 |
| 12 | taken by the counsel for the plaintiff in the matter | 09:07:25 |
| 13 | of "Yuga Labs, Incorporated, versus Ryder Ripps and | 09:07:28 |
| 14 | Jeremy Cahen." The deposition is filed in the U.S. | 09:07:33 |
| 15 | District Court for the Central District of | 09:07:36 |
| 16 | California, docket number 2:22-cv-04355-JFW-JEM. | 09:07:37 |
| 17 | Deposition is taking place at Veritext Century City | 09:07:51 |
| 18 | located at 2490 Century Park East, Suite 2480. | 09:07:56 |
| 19 | My name is Richard Smith. I'm the | 09:07:58 |
| 20 | videographer. I represent Veritext Legal Solutions. | 09:08:01 |
| 21 | Court reporter today, Ms. Natalie Parvizi, also | 09:08:04 |
| 22 | represents Veritext Legal Solutions. | 09:08:08 |
| 23 | I am not related to any party in this | 09:08:11 |
| 24 | action, nor am I financially interested in the | 09:08:13 |
| 25 | outcome. If there are any objections to the | 09:08:16 |

Page 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | proceeding, please state them at the time of your | 09:08:18 |
| 2 | appearance.  And we'll begin with the noticing | 09:08:20 |
| 3 | attorney. | 09:08:23 |
| 4 |       MR. BALL:  Eric Ball from Fenwick & West | 09:08:23 |
| 5 | on behalf of Yuga Labs.  I'm here with my colleague | 09:08:26 |
| 6 | Anthony Fares. | 09:08:29 |
| 7 |       MR. TOMPROS:  Good morning.  Louis Tompros | 09:08:31 |
| 8 | of Wilmer Cutler Pickering Hale & Door, LLP.  Here | 09:08:33 |
| 9 | on behalf of defendants Ryder Ripps and | 09:08:36 |
| 10 | Jeremy Cahen, and Mr. Cahen is also present here for | 09:08:41 |
| 11 | this deposition. | 09:08:43 |
| 12 |       THE VIDEOGRAPHER:  Thank you.  If I could | 09:08:44 |
| 13 | have the court reporter please swear in the witness. | 09:08:45 |
| 14 |       THE CERTIFIED STENOGRAPHER:  Please raise | |
| 15 | your right hand to be sworn. | |
| 16 | | |
| 17 |       RYDER RIPPS, | |
| 18 |  having declared under penalty of perjury to tell | |
| 19 |  the truth, was examined and testified as follows: | |
| 20 | | 09:09:00 |
| 21 |       MR. TOMPROS:  Just before we begin, I'd | 09:09:00 |
| 22 | like to reserve the right to read and sign for | 09:09:02 |
| 23 | Mr. Ripps and confirm that communications during the | 09:09:04 |
| 24 | breaks are protected by the attorney-client | 09:09:07 |
| 25 | privilege pursuant to the agreement of counsel at a | 09:09:09 |

| | | |
|---|---|---|
| 1 | you normally talk with Mr. Cahen via phone these | 17:38:47 |
| 2 | days; is that correct? | 17:38:51 |
| 3 |     A.   Yeah, I would say that's correct. | 17:38:53 |
| 4 |     Q.   Do you have any written communications | 17:38:55 |
| 5 | with Mr. Cahen after July 27th, 2022? | 17:38:58 |
| 6 |     A.   July 27th -- probably a few here and | 17:39:01 |
| 7 | there.  Call me, stuff like that. | 17:39:08 |
| 8 |     Q.   Did you have any Discord communications | 17:39:10 |
| 9 | with him after July 27th, 2022? | 17:39:13 |
| 10 |     A.   ==I don't remember.==  ==And, to be honest, like== | 17:39:16 |
| 11 | ==I said in earlier things, I really don't like== | 17:39:16 |
| 12 | ==Discord.==  ==I don't log in to it a lot, and I don't --== | 17:39:19 |
| 13 | ==it's not something that I regularly use at all for== | 17:39:22 |
| 14 | ==anything.== | 17:39:25 |
| 15 |     Q.   But you've had -- | 17:39:26 |
| 16 |         MR. TOMPROS:  Sorry.  Slow down -- | 17:39:26 |
| 17 |         THE WITNESS:  I'm sorry. | 17:39:26 |
| 18 |         MR. TOMPROS:  -- kill our court reporter | 17:39:28 |
| 19 | at the end of the day. | 17:39:30 |
| 20 |     Q.   You've had some written communications | 17:39:31 |
| 21 | with Mr. Cahen after July 7th [sic], 2022? | 17:39:32 |
| 22 |     A.   Some written communications... | 17:39:34 |
| 23 |         Have I ever written, like, in a text | 17:39:36 |
| 24 | message to Jeremy anything?  It's totally possible | 17:39:37 |
| 25 | that I had a few written communications with him. | 17:39:43 |

```
                CERTIFIED STENOGRAPHER'S CERTIFICATE
     STATE OF CALIFORNIA    )
                            ) SS.
     COUNTY OF LOS ANGELES  )


             I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
             I AM A DULY QUALIFIED CERTIFIED SHORTHAND
     REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
     CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
     REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
     FORCE AND EFFECT.   (BUS. & PROF. § 8016)
             I AM NOT FINANCIALLY INTERESTED IN THIS
     ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
     ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
     (CIV. PROC. § 2025.320(A))
             I AM AUTHORIZED TO ADMINISTER OATHS OR
     AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
     PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
     EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
     AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
     2025.540(A))
             I AM THE CERTIFIED OFFICER THAT
     STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
     FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
     A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
     2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8            I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED:  February 2, 2023
20
21
22
                  NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25
```

Page 304