# Exhibit 2

| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | Tyler Carroll (*pro hac vice*) |
| | tyler.carroll@wilmerhale.com |
| 5 | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| 6 | 60 State Street |
| | Boston, MA 02109 |
| 7 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING**
 **HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **DECLARATION OF RYDER RIPPS** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants and Counterclaim Plaintiffs. | |

1

**DECLARATION OF RYDER RIPPS**

I, Ryder Ripps, declare as follows:

1. On March 21, 2023, I produced direct communications with Mr. Cahen regarding the RR/BAYC Project. Those communications began in mid-May, 2022, which is also the same time period that the RR/BAYC Project began. Based on my investigations, I did not find any direct communications with Mr. Cahen regarding the RR/BAYC Project prior to May 2022.

2. The documents produced on March 21, 2023 (and earlier in this litigation), show that Mr. Cahen did not come up with the RR/BAYC Project. The documents further show a clear timeline from my conception of the project in May 2022 to the time Mr. Cahen became involved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on April 5, 2023.

/s/ Ryder Ripps

Ryder Ripps