# Exhibit 3

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF JEREMY CAHEN** |

**DECLARATION OF JEREMY CAHEN**

I, Jeremy Cahen, declare as follows:

1. On March 21, 2023, I produced direct communications with Mr. Ripps regarding the RR/BAYC Project. Those communications began in mid-May, 2022, which is also the same time period that the RR/BAYC Project began. Based on my investigations, I did not find any direct communications with Mr. Ripps regarding the RR/BAYC Project prior to May 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on April 5, 2023.

/s/ [signature]

Jeremy Cahen