1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                   WESTERN DIVISION – Los Angeles

18

| 19 | YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
|---|---|---|
| 20 | Plaintiff and | **NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| 21 | Counterclaim Defendant, | |
| 22 | v. | |
| 23 | RYDER RIPPS, JEREMY CAHEN, | Date:       April 17, 2023<br>Time:       1:30 p.m.<br>Courtroom: 7A<br>Judge:      Honorable John F. Walter |
| 24 | Defendants and Counterclaim Plaintiffs. | |
| 25 | | |
| 26 | | Trial Date:  June 27, 2023 |

27

28

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

---

NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Case No. 2:22-cv-04355-JFW-JEM

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to this Court's Standing Order, ECF No. 14, Plaintiff Yuga Labs, Inc. hereby lodges the attached [Proposed] Statement of Decision Granting Plaintiff's Motion for Summary Judgment.

Dated: April 5, 2023           FENWICK & WEST LLP

By:  */s/ Eric Ball*
      Eric Ball

Attorneys for Plaintiff and Counterclaim Defendant
YUGA LABS, INC.