UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEMx<br><br>**ORDER GRANTING YUGA LABS, INC.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)**<br><br>Date:   April 17, 2023<br>Time:   1:30 p.m.<br>Courtroom: 7A<br>Judge:   Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal and the accompanying declaration, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Party has established compelling reasons that they should not be filed publicly.

Yuga Labs shall file under seal the following documents in connection with Yuga Labs' Motion for Summary Judgment:

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Exhibit 245 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 58:13-25<br>70:1-4<br>87:1-25<br>131:1-25<br>138:1-25<br>144:11-16<br>145:5-10<br>156:1-11<br>158:1-2<br>160:12-162:2<br>165:8-21<br>188:1-25<br>207:10-209:6<br>227:19-25<br>260:20-25<br>Deposition Exhibit 238<br>Deposition Exhibit 239 | GRANTED |
| Exhibit 246 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 26:1-13<br>39:1-40:25<br>69:18-25<br>175:24-176:4<br>176:18-25<br>189:8-11<br>190:6-191:3<br>192:17-22<br>193:2-7<br>194:6-13 | GRANTED |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| | 195:18-21<br>196:4-20<br>197:2-198:1<br>199:12-19<br>200:3-5<br>200:22-25<br>201:25-202:6<br>203:10-14<br>203:21-204:10<br>205:6-10<br>205:18-23<br>206:11-16<br>212:1-25<br>232:1-25 | |
| Exhibit 249 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 83:1-85:5<br>102:1-103:25 | GRANTED |
| Exhibit 250 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 62:25-66:16<br>113:1-20<br>138:1-25<br>158:13-25<br>160:1-162:25<br>229:1-230:25 | GRANTED |
| Exhibit 251 to Defendants' Opposition to Yuga Labs' Motion for Summary Judgment | 38:1-39:25<br>127:4-133:1<br>134:4-137:25<br>147:1-25 | GRANTED |
| Consolidated Statement of Facts in Opposition to Yuga Labs' Motion for Summary Judgment | Paragraph 11, "disputed" heading, subparagraph (a)<br>Paragraph 11, "controverting evidence" heading, subparagraph (a)<br>Paragraph 11, "controverting evidence" heading, subparagraph (b) | GRANTED |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| | Paragraph 89, "disputed" heading, subparagraph (a) | |
| | Paragraph 89, "disputed" heading, subparagraph (b) | |
| | Paragraph 89, "controverting evidence" heading, subparagraph (a) | |
| | Paragraph 253, "additional material facts" column | |

IT IS SO ORDERED.

Dated: April 5, 2023

Honorable John F. Walter
United States District Judge