| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
|   | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
|   | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 801 California Street |
| 4 | Mountain View, CA  94041 |
|   | Telephone:   650.988.8500 |
| 5 | Facsimile:    650.938.5200 |
| 6 | |
|   | ANTHONY M. FARES (CSB No. 318065) |
| 7 | afares@fenwick.com |
|   | ETHAN M. THOMAS (CSB No. 338062) |
| 8 | ethomas@fenwick.com |
|   | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
|   | San Francisco, CA  94104 |
| 10 | Telephone:   415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 | |
|    | Attorneys for Plaintiff and |
| 13 | Counterclaim Defendant |
|    | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff and Counterclaim Defendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Date:         April 17, 2023 |
|  | Time:         1:30 p.m. |
|  | Courtroom: 7A |
| Defendants and Counterclaim Plaintiffs. | Judge:        Honorable John F. Walter |
|  | Trial Date:  June 27, 2023 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

|   |   |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:   310.434.4300 |
| 4 |   |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:   202.628.7400 |
| 10 |   |
| 11 | Attorneys for Plaintiff and |
|    | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE                              Case No. 2:22-cv-04355-JFW-JEM

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following documents:

- **SEALED Combined Statement of Facts**
- **SEALED Exhibit 245 - Muniz Deposition Excerpts**
- **SEALED Exhibit 246 - Aronow Deposition Excerpts**
- **SEALED Exhibit 249 - Oseary Deposition Excerpts**
- **SEALED Exhibit 250 - Solano Deposition Excerpts**
- **SEALED Exhibit 251 - Atalay Deposition Excerpts**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071

☒  **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  April 6, 2023

*Betti J. Walrod*
Betti J. Walrod