Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (pro hac vice)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**UNOPPOSED APPLICATION TO FILE UNDER SEAL EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY**<br><br>Judge: Hon. John F. Walter<br><br>Hearing: April 17, 2023, at 1:30 p.m.<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

1    Pursuant to Local Rule 79-5.2.2, Defendants Ryder Ripps and Jeremy Cahen request that the Court grant leave to file under seal (1) Defendants' *ex parte* application for leave to file a sur-reply (pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities), (2) a portion of page 7 of correspondence between Defendants' and Yuga Labs, (3) Defendants' sur-reply (pages 1:11-23, 2:7-4:7, 4:12-17, 4:18-5:4, and 5:10-18), and (4) the entirety of excerpts from the deposition testimony of Thomas Lehman.  As detailed in the accompanying declaration from Derek Gosma, these documents discuss deposition testimony that has been designated as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY because it relates to the terms and circumstances of a confidential settlement agreement that Yuga Labs entered into with Thomas Lehman.  Defendants have also submitted with this application redacted versions to Defendants' *ex parte* application, sur-reply, and a slip-sheet for the deposition excerpt (which Defendants request to file under seal in whole).

Defendants' counsel and counsel for Yuga Labs conferred on April 7, 2023, regarding this application.  Defendants' counsel indicated that will request that this Court grant leave to file under seal excerpts of Mr. Lehman's testimony and materials that reference the deposition testimony of Thomas Lehman.  Counsel for Yuga Labs indicated during the conference that it will not oppose Defendants' application to file under seal.

Accordingly, Defendants respectfully request an order granting leave to file under seal (1) Defendants' *ex parte* application for leave to file a sur-reply (pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities), (2) a portion of page 7 of correspondence between Defendants' and Yuga Labs, (3) Defendants' sur-reply (pages 1:11-23, 2:7-4:7, 4:12-17, 4:18-5:4, and 5:10-18), and (4) the entirety of excerpts from the deposition testimony of Thomas Lehman.

| | |
|---|---|
| Dated: April 7, 2023 | By: /s/ *Derek Gosma* |
| | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |
| | Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400 |
| | Attorneys for Defendants<br>*Ryder Ripps and Jeremy Cahen* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on April 7, 2023.

By: /s/ *Derek Gosma*

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400