Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>   Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**PROPOSED ORDER GRANTING APPLICATION TO SEAL**<br><br>Judge: Hon. John F. Walter<br><br>Hearing: April 17, 2023, at 1:30 p.m.<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 17, 2023 |

This matter is before the Court pursuant to Defendants' application for leave to file under seal (1) Defendants' ex parte application for leave to file a sur-reply (pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities), (2) a portion of page 7 of correspondence between Defendants' and Yuga Labs, (3) Defendants' sur-reply (pages 1:11-23, 2:7-4:7, 4:14-17, 4:18-5:4, and 5:10-18), and (4) the entirety of excerpts from the deposition testimony of Thomas Lehman.  Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. (1) Defendants' *ex parte* application for leave to file a sur-reply, (2) Defendants' sur-reply, and (3) excerpts from the deposition testimony of Thomas Lehman shall be filed under sealed.

| Document | Portion Sealed | Disposition |
| --- | --- | --- |
| Defendants' ex parte application for leave to file a sur-reply | Pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities | GRANTED |
| Correspondence between Defendants and Yuga Labs | Page 7 (portion in email drafted by Derek Gosma) | GRANTED |
| Defendants' sur-reply | Pages 1:11-23, 2:7-4:7, 4:12-17, 4:18-5:4, and 5:10-18 | GRANTED |
| Excerpts from the deposition testimony of Thomas Lehman | In full | GRANTED |

IT IS SO ORDERED

Dated: _____        By: _____
                                Honorable John F. Walter
                                United States District Judge