# Exhibit 1

| | |
|---|---|
| **From:** | Eric Ball |
| **To:** | Gosma, Derek; Nikogosyan, Henry; Ethan Thomas; Kimberly Culp; Anthony Fares |
| **Cc:** | WH Ripps-Yuga Labs Team |
| **Subject:** | RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM |
| **Date:** | Friday, April 7, 2023 2:53:46 PM |

**EXTERNAL SENDER**

Thank you Derek.  As I mentioned, since the team has already had to cancel their weekend plans and rearrange schedules, it's not fair to them to have to reschedule again.  We do not object to the Defendants making their filing today.  We do object to the substance and procedure of the Defendants' ex parte.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com


**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Friday, April 7, 2023 2:39 PM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**** EXTERNAL EMAIL ****

Eric,

Per Louis' representation on the call, We are amenable to filing our *ex parte* application on Monday to avoid burdening Yuga's counsel over the holiday weekend.   Please let us know within the next hour whether you would like us to file today or on Monday.  If we don't hear from you, we'll proceed to file today.

Thanks,

Derek

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Friday, April 7, 2023 9:38 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Henry,

Are you saying that contrary to the Defendants' position below, they are no longer seeking a Rule 7-3 conference?

I'm surprised by the unnecessary ex parte application, forcing Fenwick and its staff to again work over a Holiday weekend.  If you intended to file an ex parte application you could have pursued the application last week, or even weeks ago.  On February 27, you confirmed Mr. Lehman's deposition would proceed on March 27.  On March 2, I notified you and your team that Yuga Labs would move for summary judgment on, among other things, its first cause of action.  By that point, you were well aware based upon our filings that we were likely to include Mr. Lehman's declaration in our motion for summary judgment; you knew that with certainty when we filed our motion for summary judgment.  But, at no point between March 2 and March 30 did Defendants *ever* raise the issue of wanting to use any testimony from Mr. Lehman's deposition in Defendants' opposition.  Defendants' delay in raising the issue at all, and then waiting more than a week since first raising the issue, does not justify filing an *ex parte* application.

There is no emergency here except for one caused by the Defendants' actions.  The creation of this purported crisis–and the necessity for bypassing regular motion procedures–requires explanation.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Thursday, April 6, 2023 12:25 PM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Eric Ball <eball@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

 ** EXTERNAL EMAIL **
Eric,

We hope to reach a stipulation tomorrow.  However, absent an agreement, we will file an ex parte application for leave to file a sur-reply and Yuga will have 24 hours to respond.

Kind regards,

Henry

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Thursday, April 6, 2023 8:30 AM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Thanks for sending the invite.  Let's also plan to discuss the still-pending fee payment issue from the January 9, 2023 order.

**From:** Gosma, Derek
**Sent:** Wednesday, April 5, 2023 12:14 PM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Eric,

We can talk on Friday at 2.  Please send a calendar to Louis and I.

Derek

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, April 5, 2023 11:11 AM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Derek,

I don't think we'll be able to stipulate.  And we are still waiting on the transcript, so we don't have our counters yet.  How is Friday at 11 or after 2 for a meet and confer?

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Wednesday, April 5, 2023 10:31 AM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan
Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares
<AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***

Eric,

Let me know your position on this.  It's OK if you need another day to prepare your counters but I
just want to make sure we're moving this forward since the motion will be fully submitted after
today.

Thanks,

Derek

---

**From:** Gosma, Derek
**Sent:** Tuesday, April 4, 2023 9:15 AM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan
Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares
<AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Eric,

Here is the testimony we'd propose putting in.  I think we'd be amenable to submitting this list along
with Yuga's counters.  We could then each take 1 page to explain what the testimony shows and why
it is / is not relevant to the MSJ.  That would be more like a stipulation rather than a Surreply.

Let me know what you think of that idea.

Derek

- Lehman Tr. 14:5-7
- Lehman Tr. 46:12-17

- Lehman Tr. 47:20-48:12
- Lehman Tr. 54:9-17
- Lehman Tr. 57:15-58:7
- Lehman Tr. 58:13-59:24
- Lehman Tr. 60:9-24
- Lehman Tr. 72:4-8
- Lehman Tr. 80:22-81:4
- Lehman Tr. 89:6-12
- Lehman Tr. 92:8-23
- Lehman Tr. 96:21-97:23
- Lehman Tr. 108:10-109:11
- Lehman Tr. 113:10-15
- Lehman Tr. 113:19-114:22
- Lehman Tr. 116:2-6
- Lehman Tr. 116:23-117:9
- Lehman Tr. 118:2-15
- Lehman Tr. 119:13-16
- Lehman Tr. 120:16-18
- Lehman Tr. 123:5-19
- Lehman Tr. 126:11-15
- Lehman Tr. 127:15-17
- Lehman Tr. 132:15-133:2
- Lehman Tr. 140:15-17
- Lehman Tr. 142:14-17
- Lehman Tr. 147:11-148:9
- Lehman Tr. 149:21-150:11
- Lehman Tr. 151:5-152:5
- Lehman Tr. 152:15-153:1
- Lehman Tr. 177:3-5
- Lehman Tr. 177:6-18
- Lehman Tr. 181:8-182:2
- Lehman Tr. 209:4-210:5
- Lehman Tr. 222:12-23
- Lehman Tr. 227:4-13
- Lehman Tr. 229:20-24

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, April 3, 2023 7:29 AM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

EXTERNAL SENDER

Can you provide the testimony?  Any sur-reply would have to include counter-designations.


Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com


---

**From:** Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Sent:** Friday, March 31, 2023 12:00 PM
**To:** Eric Ball <eball@fenwick.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Cc:** WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

 ** EXTERNAL EMAIL **

Eric,

Sure.  As you know Mr. Lehman's deposition was on Monday and was not completed until after our summary judgment opposition was on file.  Yuga has put Mr. Lehman's declaration front and center in this case, including by affirmatively citing it in its moving papers and having its experts rely on it extensively. ██████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████ ██████ In our proposed Surreply, we would simply identify the relevant testimony and the issues to which it relates.  I anticipate the filing would be short, something like 2-3 pages.  We would argue that there is good cause for the Surreply given the timing of Mr. Lehman's deposition.

Best,

Derek


---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Friday, March 31, 2023 6:55 AM
**To:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>

**Cc:** WH Ripps-Yuga Labs Team <[WHRipps-YugaLabsTeam@wilmerhale.com](mailto:WHRipps-YugaLabsTeam@wilmerhale.com)>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**EXTERNAL SENDER**

Derek,

Can you explain more the basis for your motion – both substantively and as a sur-reply?  If you are planning on using any of Mr. Lehman's deposition testimony, can you provide the testimony that you plan to use so that we can assess.  Thank you.

Eric Ball
Fenwick | Partner | 650-335-7635 | [eball@fenwick.com](mailto:eball@fenwick.com)

---

**From:** Gosma, Derek <[Derek.Gosma@wilmerhale.com](mailto:Derek.Gosma@wilmerhale.com)>
**Sent:** Thursday, March 30, 2023 3:16 PM
**To:** Nikogosyan, Henry <[Henry.Nikogosyan@wilmerhale.com](mailto:Henry.Nikogosyan@wilmerhale.com)>; Eric Ball <[eball@fenwick.com](mailto:eball@fenwick.com)>; Ethan Thomas <[EThomas@fenwick.com](mailto:EThomas@fenwick.com)>; Kimberly Culp <[KCulp@fenwick.com](mailto:KCulp@fenwick.com)>; Anthony Fares <[AFares@fenwick.com](mailto:AFares@fenwick.com)>
**Cc:** WH Ripps-Yuga Labs Team <[WHRipps-YugaLabsTeam@wilmerhale.com](mailto:WHRipps-YugaLabsTeam@wilmerhale.com)>
**Subject:** RE: Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

**\*\* EXTERNAL EMAIL \*\***
And to be clear, this is for a surreply to the motion for summary judgment that addresses only the effect of Mr. Lehman's testimony.

---

**From:** Nikogosyan, Henry <[Henry.Nikogosyan@wilmerhale.com](mailto:Henry.Nikogosyan@wilmerhale.com)>
**Sent:** Thursday, March 30, 2023 3:09 PM
**To:** [eball@fenwick.com](mailto:eball@fenwick.com); [ethomas@fenwick.com](mailto:ethomas@fenwick.com); [KCulp@fenwick.com](mailto:KCulp@fenwick.com); [AFares@fenwick.com](mailto:AFares@fenwick.com)
**Cc:** WH Ripps-Yuga Labs Team <[WHRipps-YugaLabsTeam@wilmerhale.com](mailto:WHRipps-YugaLabsTeam@wilmerhale.com)>
**Subject:** Yuga v. Ripps & Cahen, 2:22-cv-04355-JFW-JEM

Eric,

Defendants plan to file a motion for leave to file a sur-reply that addresses Mr. Lehman's deposition testimony.  Please provide your availability for a L.R. 7-3 conference.

Kind regards,

**Henry Nikogosyan | WilmerHale**

2600 El Camino Real, Suite 400

Palo Alto, CA 94306 USA

+1 650 858 6004 (t)

+1 650 858 6100 (f)

henry.nikogosyan@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.