# Exhibit 3

SLIPSHEET FOR EXCERPTS OF THOMAS LEHMAN'S DEPOSITION TESTIMONY, WHICH HAS BEEN FULLY REDACTED PURSUANT TO THE PROTECTIVE ORDER.