Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>Ryder Ripps, Jeremy Cahen;<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING MR. RIPPS AND MR. CAHEN EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY** |

# [PROPOSED] ORDER

The Court has considered Defendants' *ex parte* application for leave to file a sur-reply in opposition to Plaintiff's motion for summary judgment, and, good cause appearing, the Court now rules as follows:

IT IS HEREBY ORDERED THAT Mr. Ripps and Mr. Cahen's *ex parte* application for leave to file a sur-reply is GRANTED. Mr. Ripps and Mr. Cahen shall:

1. file redacted versions of the sur-reply and supporting materials attached as Exhibits 2 and 3 to the Declaration of Derek Gosma, and;

2. file under seal unredacted versions of the sur-reply and supporting materials attached as Exhibits 2 and 3 to the Declaration of Derek Gosma under seal.

Dated: _____                    _____

Hon. John F. Walter
United States District Jude