1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:  650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17              WESTERN DIVISION – Los Angeles

18

| | |
|---|---|
| 19  YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 20  Plaintiff and Counterclaim Defendant, | **PLAINTIFF YUGA LABS, INC.'S APPLICATION TO FILE OPPOSITION AND BALL DECLARATION EXHIBIT 1 UNDER SEAL** |
| 21 | |
| 22  v. | |
| 23  RYDER RIPPS, JEREMY CAHEN, | |
| 24  Defendants and Counterclaim Plaintiffs. | Judge:  Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully requests that the Court grant leave to file under seal, in its entirety, Exhibit 1 of the Declaration of Eric Ball in Support of Yuga Labs' Opposition to Defendants' Ex Parte Application, and references thereto in Yuga Labs Opposition to Defendants' Ex Parte Application.

As detailed in the accompanying Declaration of Eric Ball, the materials requested to be filed under seal contain deposition testimony from non-party Thomas Lehman.  Pursuant to the Protective Order (Dkt. 51), that testimony is presumptively designated "Highly Confidential – Attorneys' Eyes Only" because the time to make specific confidentiality designations has not elapsed.

Mr. Lehman has requested that these documents be filed under seal pending the opportunity to review them further, given the 24-hour time to respond to Defendants' Ex Parte Application.  Defendants do not oppose this application.

Dated:  April 8, 2023                                     FENWICK & WEST LLP

By: /s/ Eric Ball
    Eric Ball
Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.