UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S APPLICATION TO FILE OPPOSITION AND BALL DECLARATION EXHIBIT 1 UNDER SEAL** |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application for Leave to File Under Seal, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Designating Parties have established good cause or compelling reasons that the documents should not be filed publicly:

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Exhibit 1 to Declaration of Eric Ball | Entire Document | GRANTED |
| Yuga Labs' Opposition to Defendants' Ex Parte Application for Leave to File Sur-Reply | Deposition Excerpts on Pages 1, 2, 3, 5, 7, 8, and 9 | GRANTED |

Yuga Labs shall file the above documents under seal.

IT IS SO ORDERED.

Date: _____        _____

Honorable John F. Walter