1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10         WESTERN DIVISION – Los Angeles

11

12  YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM
                                        **[PROPOSED] ORDER DENYING**
13              Plaintiff and           **DEFENDANTS'** *EX PARTE*
                Counterclaim Defendant, **APPLICATION FOR LEAVE TO**
14                                       **FILE SUR-REPLY**
        v.
15                                      Judge:     Honorable John F. Walter
    RYDER RIPPS, JEREMY CAHEN,          Hearing:   April 17, 2023 at 1:30 PM
16                                      Pre-Trial Conference Date: June 9, 2023
                Defendants and          Trial Date: June 27, 2023
17              Counterclaim Plaintiffs.

18

19         Having considered Defendants' Ex Parte Application for Leave to File Sur-

20  Reply in Opposition to Summary Judgment, and the accompanying declaration and

21  exhibits, Plaintiff Yuga Labs' Opposition for Leave to File Sur-Reply and

22  accompanying declaration and exhibits, Yuga Labs' Motion for Summary Judgment

23  and Defendants' Opposition thereto, and all other pleadings and records on file, IT

24  IS HEREBY ORDERED as follows:

25         1.    Defendants' Ex Parte Application for Leave to File Sur-Reply is Denied;

26               and

27         2.    Yuga Labs shall recover its reasonable attorneys' fees and costs in

28               opposing Defendants' Ex Parte Application for Leave to File Sur-Reply

and is permitted to file an application within fourteen (14) days of the date of this Order setting forth those reasonable attorneys' fees and its costs.

IT IS SO ORDERED.

Date: _____          _____

Honorable John F. Walter