ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>   Defendants and<br>   Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY**<br><br>Judge: Hon. John F. Walter<br>Hearing: April 17, 2023 at 1:30 PM<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10

11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

I, Eric Ball, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I make this declaration pursuant to Local Rule 7-6.

3. A transcript of Thomas Lehman's depositions transcript, redacted to show only the portions relevant to Yuga Labs' submission, is attached as **Exhibit 1**.

4. A Consent Judgment entered against Thomas Lehman pursuant to his settlement with Yuga Labs is attached as **Exhibit 2**.

5. I emailed counsel for Defendants at 8:30 P.M. on April 7, 2023 to inquire about whether Yuga Labs will be served with copies of the *Ex Parte* Application. At 4:07 A.M., the next day, Louis Tompros replied and electronically provided, for the first time, sealed copies of the exhibits to the *Ex Parte* Application. Mr. Tompros did not provide the sealed version of the *Ex Parte* Application itself. A member of his team later, at 12:32 P.M., emailed the missing document. Although he proposed a stipulation of time to respond, negotiating that stipulation would require *even more* time from my team over the holiday weekend.

6. On April 7, 2023, I confirmed with Fenwick & West's secretarial staff in Mountain View, California as well as other attorneys on the team that no one had received facsimile or any other form of service of the sealed copies of the *Ex Parte* Application.

I declare under penalty of perjury under the laws of California and the United States that to the best of my knowledge the foregoing is true and correct.

Executed in California on April 8, 2023.

/s/ Eric Ball
Eric Ball