# Exhibit 1

## Entire Document Proposed To Be Filed Under Seal

Exhibit 1
Page 2