ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:   310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and |
|    | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following documents:

- **Declaration of Eric Ball in Support of Plaintiff Yuga Labs, Inc.'s Application to File Under Seal**

- **[Unredacted Version] Yuga Labs' Opposition to Defendants' Ex Parte Application for Leave to File Sur-Reply**

- **Exhibit 1 to the Declaration of Eric Ball in Support of Plaintiff Yuga Labs, Inc.'s Opposition to Defendants' Ex Parte Application for Leave to File a Sur-Reply**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

| | |
|---|---|
| Louis W. Tompros (*pro hac vice*) | Derek Gosma (SBN 274515) |
| louis.tompros@wilmerhale.com | derek.gosma@wilmerhale.com |
| Monica Grewal (*pro hac vice*) | Henry Nikogosyan (SBN 326277) |
| monica.grewal@wilmerhale.com | henry.nikogosyan@wilmerhale.com |
| Scott W. Bertulli (*pro hac vice*) | WILMER CUTLER PICKERING |
| scott.bertulli@wilmerhale.com | HALE AND DORR LLP |
| WILMER CUTLER PICKERING | 350 South Grand Ave., Suite 2400 |
| HALE AND DORR LLP | Los Angeles, CA 90071 |
| 60 State Street | |
| Boston, MA  02109 | |

[x]   **BY E-MAIL:**  by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  April 8, 2023

*Marti Guidoux*
Marti Guidoux