Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF DEREK GOSMA IN SUPPORT OF DEFENDANTS' OPPOSITION TO YUGA'S MOTION FOR ATTORNEYS' FEES**<br><br>Judge: Hon. John F. Walter<br>Hearing: May 1, 2023, at 1:30 p.m.<br>Courtroom: 7A<br>Trial Date: June 27, 2023 |

**DECLARATION OF DEREK GOSMA IN SUPPORT OF MR. RIPPS AND MR. CAHEN'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Derek Gosma, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue Suite 2400, Los Angeles, CA 90071. I serve as counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of excerpts from the Wolters Kluwer 2022 Real Rate Report is attached as Exhibit 1.

3. A true and correct copy of Meier Decl. Ex. 2, Dkt. 182-4, highlighted to show facially vague entries is attached as Exhibit 2.

4. A true and correct copy of Meier Decl. Ex. 2, Dkt. 182-4, highlighted to show duplicated work is attached as Exhibit 3.

5. A true and correct copy of Meier Decl. Ex. 2, Dkt. 182-4, highlighted to show facially irrelevant work is attached as Exhibit 4.

6. A true and correct copy of Meier Decl. Ex. 2, Dkt. 182-4, highlighted to show block billing is attached as Exhibit 5.

7. A true and correct copy of Meier Decl. Ex. 2, Dkt. 182-4, highlighted to show clerical tasks is attached as Exhibit 6.

8. A document outlining calculations for fee reductions is attached as Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on April 10, 2023.

                                        */s/ Derek Gosma*

                                        Derek Gosma

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on April 10, 2023.

By: /s/ *Derek Gosma*
Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400