# Exhibit 3

Highlighted entries reflect duplicative work as indicated in Defendants' reply opposing Yuga's opposition to fees.



**Yuga Labs, Inc. et.al.**

**Invoice 26843**

| Date | Jan 26, 2023 |
|---|---|
| Terms | |

**In Reference To: Anti-SLAPP Briefing (Hours)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 12/08/2022 | Mark Thomson | | 0.75 | $ 925.00/hr | $ 693.75 |
| 12/19/2022 | Kathryn Humphrey | | 0.25 | $ 810.00/hr | $ 202.50 |
| 12/19/2022 | Mark Thomson | | 0.25 | $ 925.00/hr | $ 231.25 |
| 12/28/2022 | David Sillers | Legal research re: dismissal of counterclaims; correspondence with M. Meier re: same | 1.75 | $ 1,000.00/hr | $ 1,750.00 |
| 12/28/2022 | Megan Meier | Review Ryder Ripps's counterclaims; research re same; videoconference re same. | 2.00 | $ 1,250.00/hr | $ 2,500.00 |
| 12/28/2022 | Jennifer Roberts | | 0.25 | $ 425.00/hr | $ 106.25 |
| 12/29/2022 | Megan Meier | Confer with D. Sillers re strategy in responding to Ripps's counterclaims. | 0.75 | $ 1,250.00/hr | $ 937.50 |
| 12/30/2022 | David Sillers | Strategy call with M. Meier, correspondence with K. Humphrey re: next steps and strategy; review factual record and procedural history | 1.50 | $ 1,000.00/hr | $ 1,500.00 |
| 12/30/2022 | Megan Meier | Videoconference re strategy in responding to Ripps's counterclaims; correspond with team re strategy in responding to same. | 2.00 | $ 1,250.00/hr | $ 2,500.00 |
| 12/30/2022 | Kathryn Humphrey | Review draft email from Fenwick, confer with M. Meier re anti-SLAPP motion draft. | 1.25 | $ 810.00/hr | $ 1,012.50 |
| 12/31/2022 | Kathryn Humphrey | Review emails with co-counsel re anti-SLAPP motion. | 0.50 | $ 810.00/hr | $ 405.00 |

| | | | **Total Hours** | | **11.25 hrs** |

|  |  | Total Hours | $ 11,838.75 |
|--|--|--|--|
|  |  | Total Invoice Amount | $ 11,838.75 |
|  |  | Previous Balance | $ 193,510.00 |
|  |  | Balance (Amount Due) | $ 31,122.50 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|--|--|--|--|
| 12/15/2022 | Payment - Wire Transfer | Split Payment | ($10,912.50) |
| 12/15/2022 | Payment - Wire Transfer | Split Payment | ($69,587.50) |
| 12/15/2022 | Payment - Wire Transfer | Split Payment | ($93,726.25) |

Please remit payment via one of the following methods:

By check to:
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314

By wire or ACH transfer to:
Clare Locke LLP
Bank of America
Wire/ABA Routing: 026-00959-3
ACH Routing: 051000017
Account Number: 435029043668
Swift Code (if requested): BOFAUS3N

We appreciate the opportunity to work with you on this matter.

**Exhibit 2**
**Page 15**



Yuga Labs, Inc. et.al.

**Invoice 26997**

| Date | Feb 14, 2023 |
|---|---|
| Terms | |

**In Reference To: Anti-SLAPP Briefing (Hours)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/01/2023 | David Sillers | Research and draft special motion to strike counter-claims; correspondence with M. Meier and K. Humphrey re: same | 4.40 | $ 1,000.00/hr | $ 4,400.00 |
| 01/01/2023 | Kathryn Humphrey | Review M. Meier email re anti-SLAPP motion; review Defendants anti-SLAPP order. | 0.75 | $ 810.00/hr | $ 607.50 |
| 01/02/2023 | Kathryn Humphrey | Research ▮▮▮▮▮ anti-SLAPP motion; prepare for and attend call with Fenwick re anti-SLAPP motion. | 2.25 | $ 810.00/hr | $ 1,822.50 |
| 01/02/2023 | David Sillers | Conference with team re: strategy and next steps on special motion to strike; draft and revise same; correspondence with M. Meier and co-counsel re: same | 1.25 | $ 1,000.00/hr | $ 1,250.00 |
| 01/02/2023 | Megan Meier | Attention to strategy in responding to Ripps's counterclaims; confer with D. Sillers re same. | 1.50 | $ 1,250.00/hr | $ 1,875.00 |
| 01/03/2023 | Kathryn Humphrey | Research for anti-SLAPP motion. | 7.50 | $ 810.00/hr | $ 6,075.00 |
| 01/03/2023 | David Sillers | Draft and revise special motion to strike; legal research re: same; correspondence with co-counsel, K. Humphry, and paralegal team re: next steps in motion | 8.75 | $ 1,000.00/hr | $ 8,750.00 |
| 01/04/2023 | Kathryn Humphrey | Draft anti-SLAPP motion. | 8.50 | $ 810.00/hr | $ 6,885.00 |
| 01/04/2023 | David Sillers | Draft and revise special motion to strike; legal research re: same; correspondence with K. Humphry, and re: revisions to brief. | 9.25 | $ 1,000.00/hr | $ 9,250.00 |
| 01/05/2023 | Kathryn Humphrey | Draft anti-SLAPP motion. | 8.00 | $ 810.00/hr | $ 6,480.00 |
| 01/05/2023 | David Sillers | Strategy call with co-counsel; draft and revise motion to strike; research re: same; correspondence with K. Humphry re: next steps and follow up research. | 8.25 | $ 1,000.00/hr | $ 8,250.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2023 | Kathryn Humphrey | Draft anti-SLAPP motion. | 11.00 | $ 810.00/hr | $ 8,910.00 |
| 01/06/2023 | David Sillers | Review and revise motion to strike; correspondence with K. Humphrey re: same; legal research re: same. | 8.00 | $ 1,000.00/hr | $ 8,000.00 |
| 01/08/2023 | Megan Meier | Revise brief in support of Yuga's special motion to strike. | 9.00 | $ 1,250.00/hr | $ 11,250.00 |
| 01/08/2023 | Kathryn Humphrey | Revise anti-SLAPP motion. | 1.00 | $ 810.00/hr | $ 810.00 |
| 01/09/2023 | Kathryn Humphrey | Confer with M.Meier re anti-SLAPP motion; revise same; draft cover motions. | 4.00 | $ 810.00/hr | $ 3,240.00 |
| 01/09/2023 | David Sillers | Review ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ re: ▇▇▇▇▇▇▇▇▇ special motion to strike; draft and revise same. | 1.80 | $ 1,000.00/hr | $ 1,800.00 |
| 01/09/2023 | Page McKinstry | Manage and organize file; forward all Certificates of Good Standing related to the Pro Hac Vice Motions to attorney for review. | 0.25 | $ 400.00/hr | $ 100.00 |
| 01/09/2023 | Megan Meier | Revise brief in support of Yuga's special motion to strike. | 9.00 | $ 1,250.00/hr | $ 11,250.00 |
| 01/10/2023 | David Sillers | Draft and revise motion to strike and supporting documents; correspondence with Fenwick team re: strategy and next steps; call with Fenwick re: next steps; correspondence with M. Meier re: next steps. | 3.50 | $ 1,000.00/hr | $ 3,500.00 |
| 01/10/2023 | Kathryn Humphrey | Review emails with co-counsel re client-ready anti-SLAPP brief; review latest draft brief. | 1.75 | $ 810.00/hr | $ 1,417.50 |
| 01/11/2023 | David Sillers | Draft and revise motion to strike; provide comments on same to Fenwick team; correspondence with Fenwick and internal team re: strategy and revisions. | 3.75 | $ 1,000.00/hr | $ 3,750.00 |
| 01/11/2023 | Megan Meier | Review and revise Yuga's motion to strike. | 0.75 | $ 1,250.00/hr | $ 937.50 |
| 01/12/2023 | Kathryn Humphrey | Draft anti-SLAPP. | 1.50 | $ 810.00/hr | $ 1,215.00 |
| 01/12/2023 | Megan Meier | Review and comment on Yuga's motion to strike. | 0.75 | $ 1,250.00/hr | $ 937.50 |
| 01/13/2023 | Kathryn Humphrey | Draft and review anti-SLAPP motion. | 7.50 | $ 810.00/hr | $ 6,075.00 |
| 01/13/2023 | David Sillers | Draft and revise special motion to strike based on client comments; conference with Fenwick to discuss client comments and strategy re: same; correspondence with K. Humphrey re: research and revisions to same; conference with M. Meier re: next steps and strategy. | 7.75 | $ 1,000.00/hr | $ 7,750.00 |
| 01/14/2023 | Kathryn Humphrey | Revise anti-SLAPP motion. | 2.50 | $ 810.00/hr | $ 2,025.00 |
| 01/14/2023 | Megan Meier | Videoconference re motion to SLAPP; attention to proposed edits re same. | 1.00 | $ 1,250.00/hr | $ 1,250.00 |
| 01/15/2023 | Megan Meier | Review and comment on proposed edits to motion to strike. | 0.50 | $ 1,250.00/hr | $ 625.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/2023 | David Sillers | Correspondence with co-counsel re: filing and opposing counsel communications | 0.50 | $ 1,000.00/hr | $ 500.00 |
| 01/24/2023 | David Sillers | Correspondence with co-counsel re: ▮ next steps on anti-SLAPP motion. | 0.75 | $ 1,000.00/hr | $ 750.00 |
| 01/25/2023 | Kathryn Humphrey | Review and consider ▮ re Noah Davis allegations. | 0.25 | $ 810.00/hr | $ 202.50 |
| 01/25/2023 | David Sillers | Review law and correspondence from co-counsel re: anti-SLAPP reply. | 1.25 | $ 1,000.00/hr | $ 1,250.00 |

|  |  |
|---|---|
| **Total Hours** | 138.45 hrs |
| **Total Hours** | $ 133,190.00 |
| **Total Invoice Amount** | $ 133,190.00 |
| **Previous Balance** | $ 31,122.50 |
| **Balance (Amount Due)** | $ 164,312.50 |

Please remit payment via one of the following methods:

By check to:
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314

By wire or ACH transfer to:
Clare Locke LLP
Bank of America
Wire/ABA Routing: 026-00959-3
ACH Routing: 051000017
Account Number: 435029043668
Swift Code (if requested): BOFAUS3N

Page 3

We appreciate the opportunity to work with you on this matter.

**Exhibit 2**
**Page 18**



Yuga Labs, Inc. et.al.

**Invoice 27224**

| Date | Mar 31, 2023 |
|---|---|
| Terms | |

**In Reference To: Anti-SLAPP Briefing (Hours)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/06/2023 | David Sillers | Review response to motion to strike; conference with M. Meier re same; conference with co-counsel re strategy and next steps. | 1.75 | $ 1,000.00/hr | $ 1,750.00 |
| 02/06/2023 | Kathryn Humphrey | Review opposition to anti-SLAPP and supporting case law; call with litigation team re opposition and reply. | 2.00 | $ 810.00/hr | $ 1,620.00 |
| 02/06/2023 | Page McKinstry | Manage and organize case file. | 0.25 | $ 400.00/hr | $ 100.00 |
| 02/06/2023 | Megan Meier | Review Defendants' opposition; videoconference re strategy in responding to same. | 1.25 | $ 1,250.00/hr | $ 1,562.50 |
| 02/07/2023 | David Sillers | Draft and revise reply brief to anti-SLAPP; research law re same and correspondence re strategy for same. | 6.75 | $ 1,000.00/hr | $ 6,750.00 |
| 02/07/2023 | Kathryn Humphrey | Draft and revise anti-SLAPP reply brief. | 4.50 | $ 810.00/hr | $ 3,645.00 |
| 02/08/2023 | David Sillers | Draft and revise reply brief for anti-SLAPP motion; correspondence re same. | 3.75 | $ 1,000.00/hr | $ 3,750.00 |
| 02/08/2023 | Kathryn Humphrey | Draft and revise anti-SLAPP reply brief. | 8.50 | $ 810.00/hr | $ 6,885.00 |
| 02/09/2023 | David Sillers | Revise anti-SLAPP motion based on comments ▬▬▬; correspondence with K. Humphrey re same. | 1.75 | $ 1,000.00/hr | $ 1,750.00 |
| 02/09/2023 | Megan Meier | Review and comment on reply in support of Yuga's motion to strike. | 1.50 | $ 1,250.00/hr | $ 1,875.00 |
| 02/09/2023 | Kathryn Humphrey | Review draft anti-SLAPP reply; compare proposed amended counterclaims from anti-SLAPP response; confer with D. Sillers and M. Meier re same. | 1.50 | $ 810.00/hr | $ 1,215.00 |
| 02/09/2023 | Jonathan Tkachuk | Upload and organize correspondence to Box. | 0.25 | $ 375.00/hr | $ 93.75 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/10/2023 | Kathryn Humphrey | Review revised draft of anti-SLAPP. | 1.25 | $ 810.00/hr | $ 1,012.50 |
| 02/11/2023 | Kathryn Humphrey | Review emails re anti-SLAPP motion and draft of the same. | 0.50 | $ 810.00/hr | $ 405.00 |
| 02/11/2023 | David Sillers | Draft and revise reply brief to anti-SLAPP motion based on comments from client and co-counsel. | 1.25 | $ 1,000.00/hr | $ 1,250.00 |
| 02/12/2023 | Kathryn Humphrey | Review updated anti-slapp draft. | 0.50 | $ 810.00/hr | $ 405.00 |
| 02/12/2023 | David Sillers | Revise reply brief for anti-SLAPP motion; circulate comments re same to co-counsel. | 0.50 | $ 1,000.00/hr | $ 500.00 |
| 02/13/2023 | Kathryn Humphrey | Review communication from court re filing and final reply. | 0.25 | $ 810.00/hr | $ 202.50 |
| 02/13/2023 | Jonathan Tkachuk | Upload, save, and organize filings to Box. | 0.25 | $ 375.00/hr | $ 93.75 |
| 02/14/2023 | Kathryn Humphrey | Review draft statement of decision; draft legal standard section; research request for judicial notice. | 3.25 | $ 810.00/hr | $ 2,632.50 |
| 02/14/2023 | Megan Meier | Review and comment on proposed order. | 0.50 | $ 1,250.00/hr | $ 625.00 |
| 02/14/2023 | Page McKinstry | Manage and organize case file. | 0.25 | $ 400.00/hr | $ 100.00 |
| 02/14/2023 | David Sillers | Draft and revise statement of decision; correspondence with team re same. | 3.50 | $ 1,000.00/hr | $ 3,500.00 |
| 02/15/2023 | Kathryn Humphrey | Review revised statement of decision ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, for anti-SLAPP reply. | 1.25 | $ 810.00/hr | $ 1,012.50 |
| 02/17/2023 | Kathryn Humphrey | Review filed copies of Reply and statement of decision. | 0.25 | $ 810.00/hr | $ 202.50 |
| 02/18/2023 | Kathryn Humphrey | Review court filings for update re anti-SLAPP motion. | 0.25 | $ 810.00/hr | $ 202.50 |
| 02/23/2023 | Kathryn Humphrey | Review minute orders re anti-SLAPP. | 0.50 | $ 810.00/hr | $ 405.00 |

|  |  |
|---|---|
| Total Hours | 48.00 hrs |
| Total Hours | $ 43,545.00 |
| Total Invoice Amount | $ 43,545.00 |
| Previous Balance | $ 164,312.50 |
| Balance (Amount Due) | $ 43,545.00 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 03/02/2023 | Payment - Wire Transfer | Split Payment | ($11,838.75) |
| 03/30/2023 | Payment - Wire Transfer | Split Payment | ($19,283.75) |
| 03/30/2023 | Payment - Wire Transfer | Split Payment | ($133,190.00) |

Please remit payment via one of the following methods:

By check to:
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314

By wire or ACH transfer to:
Clare Locke LLP
Bank of America
Wire/ABA Routing: 026-00959-3
ACH Routing: 051000017
Account Number: 435029043668
Swift Code (if requested): BOFAUS3N

Page 3

We appreciate the opportunity to work with you on this matter.

Exhibit 2
Page 21





Yuga Labs, Inc. et.al.

**Invoice 27227**

| Date | Mar 31, 2023 |
|---|---|
| Terms | N/A |

**In Reference To: Anti-SLAPP Briefing (Hours)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/07/2023 | Kathryn Humphrey | Review filings re defendant's request for stay based on anti-SLAPP appeal. | 0.75 | $ 810.00/hr | $ 607.50 |
| 03/09/2023 | Kathryn Humphrey | Review court orders. | 0.25 | $ 810.00/hr | $ 202.50 |
| 03/13/2023 | Kathryn Humphrey | Review Defendant's reply re motion to stay pending appeal on anti-SLAPP. | 0.75 | $ 810.00/hr | $ 607.50 |
| 03/17/2023 | David Sillers | Correspondence re: anti-SLAPP motion; preparation for submission of attorneys' fees | 0.50 | $ 1,000.00/hr | $ 500.00 |
| 03/17/2023 | Megan Meier | Review court's order on our special motion to strike; confer with team re same. | 1.00 | $ 1,250.00/hr | $ 1,250.00 |
| 03/17/2023 | Kathryn Humphrey | Review court's order granting anti-SLAPP. | 0.50 | $ 810.00/hr | $ 405.00 |
| 03/20/2023 | Megan Meier | Review precedent re anti-SLAPP fee briefing. | 0.50 | $ 1,250.00/hr | $ 625.00 |
| 03/20/2023 | Jennifer Roberts | Conduct research re Briefing on Attorneys' Fees, Declarations, and Court decisions re same; compile relevant materials and provide to M. Meier; review and update case files re same; draft email to M. Meier summarizing findings. | 2.25 | $ 425.00/hr | $ 956.25 |
| 03/20/2023 | David Sillers | Draft and revise motion for fees and supporting documents; correspondence with colleagues and co-counsel re: same | 1.75 | $ 1,000.00/hr | $ 1,750.00 |
| 03/21/2023 | David Sillers | Draft/revise motion for fees, correspondence with billing staff; review precedent for use in meet and confer | 0.75 | $ 1,000.00/hr | $ 750.00 |
| 03/22/2023 | Megan Meier | Attention to invoices in support of anti-SLAPP fee petition. | 0.50 | $ 1,250.00/hr | $ 625.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/2023 | David Sillers | Research, draft and revise motion for fees, correspondence re: bills and fees strategy; research fee award cases | 1.75 | $ 1,000.00/hr | $ 1,750.00 |
| 03/23/2023 | Megan Meier | Attention to correspondence and cases re anti-SLAPP fee petition. | 0.75 | $ 1,250.00/hr | $ 937.50 |
| 03/23/2023 | David Sillers | Meet and confer with opposing counsel; draft and revise motion for fees; correspondence with opposing counsel re: same | 1.50 | $ 1,000.00/hr | $ 1,500.00 |
| 03/23/2023 | Page McKinstry | Assist with draft of Motion. | 0.50 | $ 400.00/hr | $ 200.00 |
| 03/27/2023 | David Sillers | Research, draft and revise anti-SLAPP fees application; correspondence with M. Meier, Fenwick co-counsel re: same; correspondence with Fenwick re: strategy | 2.75 | $ 1,000.00/hr | $ 2,750.00 |
| 03/28/2023 | David Sillers | Research anti-SLAPP attorneys' fees cases, draft/revise anti-SLAPP fee motion and supporting affidavit, correspondence with Fenwick re: strategy and next steps; correspondence re: joint statement to court re: meet and confer | 4.25 | $ 1,000.00/hr | $ 4,250.00 |
| 03/29/2023 | Page McKinstry | Assist with drafting Motion for Attorney's Fees. | 0.25 | $ 400.00/hr | $ 100.00 |
| 03/29/2023 | David Sillers | Draft and revise anti-SLAPP brief and supporting materials; correspondence with M. Meier and Fenwick co-counsel re: strategy and next steps; legal research relating to support for motion | 3.25 | $ 1,000.00/hr | $ 3,250.00 |
| 03/30/2023 | Megan Meier | Review and revise brief and declaration in support of motion for attorneys' fees. | 4.00 | $ 1,250.00/hr | $ 5,000.00 |
| 03/30/2023 | David Sillers | Draft and revise anti-SLAPP motion per comments of team; correspondence with M. Meier re: same, research cases re: fee awards; draft and revise supporting materials for motion | 4.75 | $ 1,000.00/hr | $ 4,750.00 |
| 03/31/2023 | Megan Meier | Review and finalize fee petition and declaration; confer with client re settlement offer. | 2.50 | $ 1,250.00/hr | $ 3,125.00 |

| | |
|---|---|
| Total Hours | 35.75 hrs |
| Total Hours | $ 35,891.25 |
| Total Invoice Amount | $ 35,891.25 |
| Previous Balance | $ 164,312.50 |
| Balance (Amount Due) | $ 79,436.25 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 03/02/2023 | Payment - Wire Transfer | Split Payment | ($11,838.75) |
| 03/30/2023 | Payment - Wire Transfer | Split Payment | ($19,283.75) |
| 03/30/2023 | Payment - Wire Transfer | Split Payment | ($133,190.00) |

Please remit payment via one of the following methods:

By check to:
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314

By wire or ACH transfer to:
Clare Locke LLP
Bank of America
Wire/ABA Routing: 026-00959-3
ACH Routing: 051000017
Account Number: 435029043668
Swift Code (if requested): BOFAUS3N

Page 3

We appreciate the opportunity to work with you on this matter.

Exhibit 2
Page 24