# Exhibit 7

# Itemized Deductions and Reductions

| Description | Amount |
| --- | --- |
| **Yuga's Requested Award** | **$232,231.25** |
| *Reductions for Improperly Claimed Work* | |
| Use of Quarter Hour Increments    30% Global Reduction (p.3) | -$69,669.38 |
| Failure to Carry Burden on Whether Hours Were Purely Related to anti-SLAPP Motion    33% Global Reduction-Anti-SLAPP    portions only (197.75 claimed hours)    (p. 4-5) | -$64,133.38 |
| Block Billing    20% Reduction on Block Billed    Entries only (111.4 claimed hours)    (p.3-4) | -$21,890.19 |
| *Deductions For Improperly Claimed Work* | |
| Redacted Entries (p. 2-3) | -$8,571.25 |
| Facially Irrelevant Entries (p.6) | -$1,215.00 |
| Facially Vague Entries (p. 6) | -$1,092.50 |
| Duplicative Work    Same Day, Same task (p.6-9) | -$26,835 |
| Clerical Tasks (p.6) | -$1,315.00 |
| Tasks By Staff Without Evidence of Experience (p.11) | -$1,743.75 |
| *Grand Sum of Fees after Reductions and Deductions* | |
| **Reasonable Fees Defendants Suggest** | **$35,765.80** |

*Note:* This does not reflect any adjustment of Clare Locke's rates to a reasonable amount.  As a result, it is somewhat higher than the amount requested based on performance of 40 hours of lawyering at a reasonable rate for Los Angeles. Accompanying this are highlighted PDFs which demonstrate specific billing entries which are objectionable. The pages numbers correspond to the pages in the opposition brief referencing the reasons for these deductions.