**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>                Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**ORDER GRANTING APPLICATION TO SEAL [205]**<br><br>Judge: Hon. John F. Walter<br><br>Hearing: April 17, 2023, at 1:30 p.m.<br>Pre-Trial Conference Date: June 9, 2023<br>Trial Date: June 17, 2023 |

Case No. 2:22-cv-04355-JFW-JEM                                                                                                       ORDER

This matter is before the Court pursuant to Defendants' application for leave to file under seal (1) Defendants' ex parte application for leave to file a sur-reply (pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities), (2) a portion of page 7 of correspondence between Defendants' and Yuga Labs, (3) Defendants' sur-reply (pages 1:11-23, 2:7-4:7, 4:14-17, 4:18-5:4, and 5:10-18), and (4) the entirety of excerpts from the deposition testimony of Thomas Lehman.  Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. (1) Defendants' *ex parte* application for leave to file a sur-reply, (2) Defendants' sur-reply, and (3) excerpts from the deposition testimony of Thomas Lehman shall be filed under sealed.

| Document | Portion Sealed | Disposition |
| --- | --- | --- |
| Defendants' ex parte application for leave to file a sur-reply | Pages 2:19-4:26 and 6:18-19 of Defendants' memorandum of points and authorities | GRANTED |
| Correspondence between Defendants and Yuga Labs | Page 7 (portion in email drafted by Derek Gosma) | GRANTED |
| Defendants' sur-reply | Pages 1:11-23, 2:7-4:7, 4:12-17, 4:18-5:4, and 5:10-18 | GRANTED |
| Excerpts from the deposition testimony of Thomas Lehman | In full | GRANTED |

IT IS SO ORDERED

Dated:  APRIL 10, 2023,                By: _____
                                                                    Honorable John F. Walter
                                                                    United States District Judge