UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | April 13, 2023 |
|---|---|---|---|
| Title | Yuga Labs, Inc. v. Ripps, et al. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | None |

**Proceedings:** **ORDER RE COURT'S MARCH 14, 2023 ORDER (Dkt. 145)**

On April 4, 2023, Plaintiff Yuga Labs, Inc. ("Yuga") filed a Status Report on Defendants Ryder Ripps and Jeremy Cahen's compliance with this Court's March 14, 2023 Order. (Dkt. 145.) On April 5, 2023, Defendants filed a Response to Yuga's Status Report. (Dkt. 200.)

On March 14, 2023, the Court ordered Defendants to produce any remaining relevant non-privileged documents responsive to categories 1, 4, 5, 6 and 7 in Yuga's Joint Stipulation (Dkt. 109-1 at 2, 7-9) within 7 days. (Dkt. 145.) Defendants also were ordered to file a declaration under oath that they had not destroyed any documents and have produced all relevant non-privileged documents in categories 1, 4, 5, 6 and 7. (Dkt. 145.) On March 21, 2023, both Ryder Ripps and Jeremy Cahen filed the required Declarations. (Dkt. 157, 158.)

Yuga claims that Defendants have not complied with the Court's March 14, 2023 Order. Specifically, Yuga contends that Defendants have withheld: (1) every communication between Ripps and Cahen prior to May 14, 2022, the date of the initial mint of the counterfeit NFTs; (2) communications that occurred on Discord; (3) allegedly privileged documents; (4) Twitter messages about Yuga that were deleted but not produced and (5) a private group chat. (Dkt. 145.)

In their Response, Defendants thoroughly rebut most of Yuga's contentions. (Dkt. 200.) There is no evidence that work on the Ape Market maketplace began in December 2021. (Id.) Defendants demonstrate that work on Ape Market began after the RR/BAYC began in May 2022. (Id.) Defendants produced all private communications regarding

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 22-4355 JFW (JEMx) | Date | April 13, 2023 |
|---|---|---|---|
| Title | Yuga Labs, Inc. v. Ripps, et al. | | |

Ape Market in December 2022.  (Id.)  Discord communications also were produced in December 2022.  (Id.)  There is no private group chat with Mr. Fine.  (Id.)  Defendants state that they are not withholding any documents in any of the categories in the Court's Order on the basis of privilege, other than post-litigation communications with attorneys.  (Id.)

Defendants, however, have not satisfactorily addressed Yuga's contention that there are messages between Defendants on Twitter that have been deleted but not produced.  Defendants must produce any such Twitter messages and submit declarations under oath that there are no such messages or they have been produced.  Defendants must file their declarations **within 7 days of this Order**.

The Court finds that Defendants have substantially complied with the Court's March 14, 2023 Order and that no sanctions are warranted.

|  | : |
|---|---|
| Initials of Preparer | slo |