ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　Defendants and Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**SUPPLEMENTAL DECLARATION OF MEGAN L. MEIER IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: May 1, 2023<br>Time: 1:30 p.m.<br>Courtroom: 7A<br>Judge: Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
6  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
7  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10
11 Attorneys for Plaintiff and
   Counterclaim Defendant
12 YUGA LABS, INC.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fenwick & West LLP
Attorneys at Law

Meier Supplemental Decl. ISO Motion for
an Award of Attorneys' Fees and Costs

Case No. 2:22-cv-04355-JFW-JEM

I, Megan L. Meier, declare as follows:

1. My name is Megan L. Meier, and I am a partner at the law firm Clare Locke LLP. I submit this declaration based on my personal knowledge in support of Yuga Labs Inc. ("Yuga Labs") application for fees under the California anti-SLAPP statute in the above-captioned matter. If called as a witness, I could testify competently to the facts set forth here.

2. To the best of my knowledge, information, and belief, all of the facts stated in this declaration are true and correct. My declaration is based on a review of Clare Locke's time records and the invoices sent to Yuga Labs for this case, my personal knowledge and familiarity with the work performed by Clare Locke professionals at my direction and under my supervision, and my review of the record in this case.

3. I assigned David Sillers to draft Yuga Labs' Reply in support of its Motion for Attorneys' Fees. Mr. Sillers is a skilled and experienced legal researcher and writer with a lower billing rate than I have, and so having him draft the Reply was more efficient than doing so myself, and therefore saved Yuga Labs fees.

4. On April 14, 2023, I caused a report to be run compiling all the time entries that have been incurred in the Yuga Labs / anti-SLAPP billing code. I reviewed the entries that have been recorded since the execution of my first declaration on March 30, 2023 (a period that includes the day of filing of the fee motion itself), and confirmed that each of them relate to the anti-SLAPP litigation, including the filing of the Motion, Reply, supporting documents related to each, and tasks such as negotiating a potential settlement of the issue with opposing counsel. The pre-bill is attached as **Exhibit 1**.

5. In sum, Yuga Labs incurred the following attorneys' fees it has incurred from March 31, 2023 – April 13, 2023, for Clare Locke LLP to litigate the anti-SLAPP issues:

| Attorney | Hours Billed | Rate | Value |
|---|---|---|---|
| Megan Meier | 6.75 | $1,250.00 | $8,437.50 |
| David Sillers | 14 | $1,000.00 | $14,000.00 |
| Total | 20.75 | N/A | $22,437.50 |

6. Yuga Labs has, in the past, paid in full each outstanding invoice related to this matter and I expect them to pay the above amounts in full.

7. I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in Delaware on April 17, 2023.

*/s/ Megan L. Meier*