# Exhibit 1

Exhibit 1
Page 3





**Yuga Labs, Inc. et.al.**
1430 S Dixie HWY, STE 105 175
Coral Gables, FL 33146
Email: tals@yugalabs.io

**Invoice 27253**

| Date | Apr 14, 2023 |
|---|---|
| Terms | N/A |

**In Reference To: Anti-SLAPP Briefing (Hours)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/31/2023 | Megan Meier | Review and finalize fee petition and declaration; confer with client re settlement offer. | 3.75 | $ 1,250.00/hr | $ 4,687.50 |
| 03/31/2023 | David Sillers | Revise and finalize anti-SLAPP brief; correspondence with opposing counsel; call with client re: strategy; call with E. Ball re: strategy | 4.75 | $ 1,000.00/hr | $ 4,750.00 |
| 04/05/2023 | David Sillers | Correspondence with E. Ball re: next steps and strategy | 0.25 | $ 1,000.00/hr | $ 250.00 |
| 04/11/2023 | David Sillers | Review Opposition to Yuga Labs motion for fees, outline and research reply brief, correspondence with M. Meier re: same | 2.75 | $ 1,000.00/hr | $ 2,750.00 |
| 04/12/2023 | David Sillers | Research and draft Yuga reply to fees motion, analyze cases in opposition and correspondence with co-counsel Fenwick re: same | 2.50 | $ 1,000.00/hr | $ 2,500.00 |
| 04/13/2023 | Megan Meier | Revise reply in support of motion for fees. | 3.00 | $ 1,250.00/hr | $ 3,750.00 |
| 04/13/2023 | David Sillers | Revise anti-SLAPP brief, legal research re: same; correspondence with M. Meier re: same; correspondence with Fenwick co-counsel re: same | 3.75 | $ 1,000.00/hr | $ 3,750.00 |

| | |
|---|---|
| **Total Hours** | 20.75 hrs |
| **Total Hours** | $ 22,437.50 |
| **Total Invoice Amount** | $ 22,437.50 |
| **Previous Balance** | $ 43,545.00 |
| **Balance (Amount Due)** | $ 65,982.50 |

Please remit payment via one of the following methods:

By check to:
Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314

By wire or ACH transfer to:
Clare Locke LLP
Bank of America
Wire/ABA Routing: 026-00959-3
ACH Routing: 051000017
Account Number: 435029043668
Swift Code (if requested): BOFAUS3N

Page 2

We appreciate the opportunity to work with you on this matter.

**Exhibit 1**
**Page 5**