ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>     Plaintiff and<br>     Counterclaim Defendant,<br><br>     v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>     Defendants and<br>     Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**SUPPLEMENTAL DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:       May 1, 2023<br>Time:       1:30 p.m.<br>Courtroom: 7A<br>Judge:      Honorable John F. Walter<br><br>Trial Date: June 27, 2023 |

Supp. Ball Decl. ISO Motion for an Award of Attorneys' Fees and Costs

Case No. 2:22-cv-04355-JFW-JEM

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:   310.434.4300 |
| 4 | |
| 5 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 6 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 7 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff and |
|    | Counterclaim Defendant |
| 12 | YUGA LABS, INC. |

Fenwick & West LLP
Attorneys at Law

Supp. Ball Decl. ISO Motion for an Award of Attorneys' Fees and Costs

Case No. 2:22-cv-04355-JFW-JEM

I, Eric Ball, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter and for other matters, including as to trademark and copyright issues. I am Lead Counsel for Yuga Labs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this supplemental declaration in support of Yuga Labs' Motion for an Award of Attorneys' Fees and Costs.

3. Attached hereto as **Exhibit A** is a true and correct copy of an invoice from Wilmer Hale, counsel for Defendants Ripps and Cahen, and issued by it in connection with the above-captioned matter. Page 6 of Exhibit A reflects that the "rate" for Henry Nikogosyan, counsel for Defendants Ripps and Cahen, for work performed in connection with this matter is $1,060 per hour.

4. I reviewed Wilmer Hale's publicly available webpage describing Mr. Nikogosyan, which is available at: https://www.wilmerhale.com/en/people/henry-nikogosyan. Wilmer Hale represents that Mr. Nikogosyan graduated from law school in 2018.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 17, 2023.

_____
Eric Ball