# Exhibit A

# WILMERHALE

60 State Street
Boston, MA 02109
UNITED STATES
wilmerhale.com

FEDERAL TAX ID No. 04-1409810
(800) 526-6682(t)
(937) 395-2200(f)

Yuga Labs, Inc.
1232 Manati Ave.
Miami, FL 33146

| | |
|---|---|
| Invoice Date | 04/10/23 |
| Invoice No. | Draft |
| Matter No. | 2219837-00120 |

FOR LEGAL SERVICES RENDERED through January 31, 2023 in connection with the Yuga Labs Litigation matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 7,950.00 |
| Total Disbursements | | 2,490.50 |
| **Total Amount Due** | **$** | **10,440.50** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: 37400789

Routing Number: 254070116

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHCASSupport@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington
Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership. Our United Kingdom offices are operated under a separate Delaware limited liability partnership.

**Exhibit A**
**Page 3**

Client No. 2219837
Matter No. 2219837-00120

Invoice No. Draft
Legal Services through January 31, 2023

Yuga Labs, Inc.
1232 Manati Ave.
Miami, FL 33146

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/06/23 | Nikogosyan, Henry | 1.00 | Strategize on W. Aronow and G. Solano depositions in case of no show of deponents in violation of subpoena obligations |
| 01/08/23 | Nikogosyan, Henry | 0.90 | Draft script for no-show at deposition |
| 01/09/23 | Nikogosyan, Henry | 2.30 | Attend deposition of W. Aronow (no show) |
| 01/10/23 | Nikogosyan, Henry | 1.30 | Draft no-show script for G. Solano's deposition |
| 01/11/23 | Nikogosyan, Henry | 2.00 | Attend deposition of G. Solano (no show) |
| **Total** | | **7.50** | |

Client No. 2219837
Matter No. 2219837-00120

Invoice No. Draft
Legal Services through January 31, 2023

| Date | Cost | Description |
|---|---|---|
| 01/26/23 | 490.00 | Planet Depos LLC; Invoice# 553238 (Jan-25,2023); 01.09.23 deposition of W. Aronow -- Louis Tompros |
| 01/26/23 | 754.50 | Planet Depos LLC; Invoice# 554540 (Jan-25,2023); Transcripts for 01.09.23 deposition of W. Aronow -- Louis Tompros |
| 02/01/23 | 490.00 | Planet Depos LLC; Invoice# 554748 (Jan-31,2023); Deposition of Witness G. Solano -- Louis Tompros |
| 02/01/23 | 756.00 | Planet Depos LLC; Invoice# 554747 (Jan-31,2023); Transcript of G. Solano Deposition -- Louis Tompros |
| Total | **2,490.50** | |

Client No. 2219837
Matter No. 2219837-00120

Invoice No. Draft
Legal Services through January 31, 2023

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Nikogosyan, Henry | 7.50 | 1,060.00 | 7,950.00 |
| **Total Legal Services** | **7.50** | | **$7,950.00** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| TRANSCRIPT | 1,510.50 |
| PROFESSIONAL FEES | 980.00 |
| **Total Disbursements** | **$2,490.50** |



60 State Street
Boston, MA 02109
UNITED STATES
wilmerhale.com

FEDERAL TAX ID No. 04-1409810
(800) 526-6682(t)
(937) 395-2200(f)

Yuga Labs, Inc.
1232 Manati Ave.
Miami, FL 33146

| | |
|---|---|
| Invoice Date | 04/10/23 |
| Invoice No. | Draft |
| Matter No. | 2219837-00120 |

FOR LEGAL SERVICES RENDERED through January 31, 2023 in connection with the Yuga Labs Litigation matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 7,950.00 |
| Total Disbursements | | 2,490.50 |
| **Total Amount Due** | **$** | **10,440.50** |

REMITTANCE COPY

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number:  37400789

Routing Number:  254070116

Citibank NA 1101 Pennsylvania Avenue NW Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHCASSupport@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington
Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership. Our United Kingdom offices are operated under a separate Delaware limited liability partnership.

Exhibit A
Page 7