Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF LODGING** <br><br> Judge: Honorable John F. Walter <br><br> Hearing Date: May 1, 2023 <br> Time: 1:30 pm <br> Courtroom: 7A <br> Trial Date: June 27, 2023 |

1    PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy

2  Cahen hereby lodge the attached proposed statement of decision granting attorneys'

3  fees for Plaintiff Yuga Labs in the amount of $26,400 (Dkt. 182).

4

5  Dated:  April 19, 2023                    By: /s/  Louis W. Tompros

6                                            Louis W. Tompros (*pro hac vice*)
                                             louis.tompros@wilmerhale.com
7                                            Monica Grewal (*pro hac vice*)
                                             monica.grewal@wilmerhale.com
8                                            Scott W. Bertulli (*pro hac vice*)
                                             scott.bertulli@wilmerhale.com
9                                            Tyler Carroll (*pro hac vice*)
                                             tyler.carroll@wilmerhale.com
10                                           **WILMER CUTLER PICKERING**
                                             **   HALE AND DORR LLP**
11                                           60 State Street
                                             Boston, MA 02109
12                                           Telephone: (617) 526-6000
                                             Fax: (617) 526-5000
13
                                             Derek Gosma (SBN 274515)
14                                           derek.gosma@wilmerhale.com
                                             Henry Nikogosyan (SBN 326277)
15                                           henry.nikogosyan@wilmerhale.com
                                             **WILMER CUTLER PICKERING**
16                                           **   HALE AND DORR LLP**
                                             350 South Grand Ave., Suite 2400
17                                           Los Angeles, CA 90071
                                             Telephone: (213) 443-5300
18                                           Fax: (213) 443-5400

19                                           Attorneys for Defendants
                                             *Ryder Ripps and Jeremy Cahen*
20

21

22

23

24

25

26

27

28

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on April 19, 2023.


By: /s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

-2-