| | |
|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br><br>*Additional Counsel listed on next page*<br><br>*Attorneys for Plaintiff*<br>*YUGA LABS, INC.* | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>   HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>   HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendants*<br>*Ryder Ripps and Jeremy Cahen* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>       Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER ON COURT'S PLAINTIFF YUGA LABS, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS [DKT. 226]**<br><br>Judge: Hon. John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 *Attorneys for Plaintiff*
   *YUGA LABS, INC.*

Pursuant to this Court's Order RE: Plaintiff Yuga Labs, Inc.'s Motion for an Award of Attorneys' Fees and Costs [Dkt. 226], Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement.

On April 26, 2023, the Court issued an order on Yuga Labs's Motion for an Award of Attorneys' Fees and Costs, instructing lead counsel for the parties to meet and confer in person and specifically identify all hours, billing rates and costs, or other items that will and will not be objected to, the basis of any objections, and the specific hours, billing rates and costs that in the parties respective views are reasonable and should be compensated, and to attempt to resolve any remaining disputes in good faith.  The parties complied in full with the Court's order and reached a compromise to resolve the dispute.

The parties have compromised on $120,000 for the amount of fees to be awarded in response to Yuga Labs, Inc.'s Motion for an Award of Attorneys' Fees and Costs [Dkt. 182].  Defendants will make the payment of $120,000 to Yuga Labs within two weeks of the Court's final judgment following the parties' forthcoming trial on false advertising and damages.

Respectfully submitted,

Dated:  May 19, 2023         FENWICK & WEST LLP

By: /s/ Eric Ball
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.

Dated:  May 19, 2023         **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Louis W. Tompros
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com

Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis Tompros.

Dated: May 19, 2023          FENWICK & WEST LLP


By: /s/ Eric Ball
   Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.