**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date:  May 22, 2023 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  **ORDER DENYING AS MOOT PLAINTIFF YUGA LABS, INC.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS [filed 3/31/23; Docket No. 182]**

On March 31, 2023, Plaintiff Yuga Labs, Inc. ("Yuga") filed a Motion for an Award of Attorneys' Fees and Costs.  On April 10, 2023, Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants") filed their Opposition.  On April 17, 2023, Yuga filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed from the Court's May 1, 2023 hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

On May 19, 2023, the parties filed a Joint Statement in Response to Order on Plaintiff Yuga Labs, Inc.'s Motion for an Award of Attorneys' Fees and Costs (Docket No. 227) ("Joint Statement").  In the Joint Statement, the parties stated that "[o]n April 26, 2023, the Court issued an order on Yuga Labs's Motion for an Award of Attorneys' Fees and Costs, instructing lead counsel for the parties to meet and confer in person . . . The parties complied in full with the Court's order and reached a compromise to resolve the dispute."  Joint Statement, 1:6-12.  In light of the compromise reached by the parties, Yuga's Motion for an Award of Attorneys' Fees and Costs (Docket No. 182) is **DENIED as moot**.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr