UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE "INFLAMMATORY MATERIAL"** |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion *in Limine* No. 1 to Exclude "Inflammatory Material", as well as the arguments of the parties at the motion hearing conducted on June 16, 2023, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion *in Limine* No. 1 is **GRANTED**;

2. Defendants shall not argue, offer into evidence, or seek to elicit evidence that Plaintiff Yuga Labs, Inc. ("Yuga Labs") is connected with, endorses, or spreads hidden messages about white supremacy, neo-Nazism, or is or might be involved in securities investigations, other lawsuits, or fraud, or that any person believed these things; and

3. The following exhibits shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' state of mind: JTX-211–212; JTX-215; JTX-219; JTX-221; JTX-245; JTX-257; JTX-259; JTX-262–263; JTX-265–269; JTX-279; JTX-295; JTX-302–303; JTX-307; JTX-312; JTX-316; JTX-2005; JTX-2027; JTX-2037; JTX-2040–2044; JTX-2051; JTX-2085; JTX-2093; JTX-2096–2098; JTX-2102–2104; JTX-2123; JTX-2135; JTX-2145–1255; JTX-2160; JTX-2163–2168; JTX-2201–2202; JTX-2210; JTX-2212; JTX-2215–2219; JTX-2225; JTX-2227; JTX-2229; JTX-2306–2314; JTX-2320–2321; JTX-2324; JTX-2326–2330; JTX-2332–2333; JTX-2338; JTX-2441; JTX-2448; JTX-2450–2452; JTX-2455; JTX-2456–2458; JTX-2465; JTX-2468–2469; JTX-2492–2493; JTX-2497; JTX-2499; JTX-2507; JTX-2521–2523; JTX-2534; JTX-2537; JTX-2539–2540; JTX-2569; JTX-2575–2576; JTX-2591; JTX-2597–2598; JTX-2600; JTX-2622–2628; JTX-2634–2637; JTX-2643–2646; JTX-2651–2652; JTX-2656; JTX-2658; JTX-2660–2662; JTX-2664–2666; JTX-2668; JTX-2670–2671; JTX-2675.

4. The following excerpts of deposition testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' state of mind:

- Deposition of Wylie Aronow: 12:24–25; 13:2–3, 22:24; 14:8–12; 16:23–25; 17:1–3; 20:7–22; 26:19–25; 27:1–9, 23–25; 36:22–25; 37:1–3, 21–25; 38:1–7; 39:11–12, 15–16; 40:23–25; 41:1–2; 46:24–25; 47:1–3; 52:7–16, 20–22; 54:2–6, 18–25; 55:10–17; 58:25; 59:1–9, 15–25; 60:1–6; 62:14–17, 20–21; 69:16–25; 70:1–3; 71:14–25; 72:1–25; 73:1–25; 74:1–15; 75:13–25; 77:8–13, 16–25; 78:1–5; 79:4–10; 107:6–8, 21–25; 108:2–3, 5, 8–23, 25; 109:1–10, 23–25; 110:1–8, 11–18, 21–25; 111:1–5, 8–9, 11–12, 16–22, 24–25; 112:2–3, 7–8, 10–11, 14–15, 17–18, 21–25; 113:1–5, 15–24; 114:12–19; 115:17–22; 116:5–7, 10–21, 23; 118:8–14; 119:7–25; 120:1–4, 14–25; 121:1, 4–25; 122:1, 5–15, 19–22; 123:22–25; 124:1–10, 14–15; 148:1–3, 5–6; 153:21–23, 25; 154:3–15; 209:1–11, 13–14; 210:20–22; 212:16–18; 236:1–8; 237:5–10, 19–22; 254:2–5, 18–22; 265:19–22, 24–25; 266:1–2, 7–8, 12–13, 15–21; 267:1–2; 273:2–4, 8.

- Deposition of Kerem Atalay: 27:20–23; 33:1–5, 8–10, 13–16, 19–21, 24–25; 34:1–22, 25 35:1–3, 6–8, 10–16; 114:6–12, 15–22; 115:2–6, 10–22; 116:1–12, 17–23; 117:2–12, 16–24; 118:5–22, 23–24; 119:1–3, 6–7, 10–12, 15–18, 21–24; 120:2–6, 10–12, 15–19, 22; 121:3–8, 12–16, 21–25; 122:1, 8–16, 18–23; 123:1–9, 12–15, 18–21, 24–25; 124:1–10, 14–15, 19–22, 25; 125:1–7, 10–15, 19–25; 126:1–22; 127:2–7, 10–22, 25; 128:1–3, 6–11, 16–25; 129:1–8, 11–16, 19–23; 130:1–9, 12–18; 131:5–14, 17–25; 132:1, 4–13, 15–23; 133:1–2, 4–8, 11; 136:24–25; 137:1–4, 11–19, 24–25; 138:1–4, 6–21; 140:13–17, 21–24; 141:3–9, 12–14, 17–25; 142:4–12; 145:10–13, 16–25; 146:1–6, 8–15, 17, 24–25; 147:13–20, 24–25 148:1, 4–5, 9–12, 18–25; 149:1–8, 10–11; 154:15–25; 155:1–19, 22–25; 156:1–4; 166:13–14, 17–21, 24–25; 167:1–4, 7–11, 16–23; 168:2–6, 10–17, 18–25; 169:1–6, 9–16, 19–25; 170:1–3, 6–19, 23–25; 171:1–19, 23–25; 172:1–3, 5–13, 15–21, 25; 173:1–3; 6–8.

- Deposition of Patrick Ehrlund: 34:1, 5–7, 11–22, 25; 35:1–4.
- Deposition of Thomas Lehman: 47:20–25; 48:1–25; 49:1–22; 50:1–22; 52:1–25; 53:1–25; 54:1–25; 55:1–25 56:1–24; 57:15–25; 58:1–25; 59:1–25; 60:1–24; 90:1–24 98:9–25; 99:1–25; 100:1–17.
- Deposition of Nicole Muniz: 25:14–25; 26:1–12; 31:15–18, 20–25; 32:1–11; 39:25; 40:1–4, 13–15, 17; 41:6–9, 12–13; 44:8–10, 13–18; 48:21–23; 49:16–18; 51:20–25; 52:1–8, 10–16; 69:24–25; 70:2–12, 14; 76:7–25; 77:1–2; 78:21–25; 81:7–15, 17–20; 82:2–6; 83:2–3, 8–19; 84:1–11, 15–18; 85:1–2, 12–14; 91:2–4; 6–11; 14–15; 182:6–10; 183:10–11, 23–25; 184:1–5, 8; 203:5–13, 22–24; 207:25; 208:1, 6–7, 15–18, 21–23; 209:1–6, 7–13, 17–25; 210:1–9, 12–25; 211:1–4, 6–8, 10–19; 212:25; 213:1–6, 23–25; 214:1; 214:22–25; 215:1–17; 227:19, 23–25; 228:1.
- Deposition of Guy Oseary: 12:3–6; 59:22–25; 60:1–9; 61:10–15; 62:22–23; 63:2–7; 65:13–17; 68:19–23; 69:1; 70:16–18; 70:23–25; 71:1–3; 72:9, 12; 172:11–13; 176:3–7; 200:22–5; 201:1–7; 202:4–6; 217:11–12.
- Deposition of Greg Solano: 30:10–12, 21–22, 25; 32:23, 25; 33:1–6; 45:11, 14–18, 21–22; 46:3–4; 47:18–19, 22–25; 48:19–20, 23–25; 62:71; 72:19–22; 73:21–22, 25; 131:12–13, 16–17, 22–23; 132:1–5, 8–10; 134:2–3, 6–7, 19–21; 137:16–18; 138:4–5, 8–10; 147:17–18, 21–25; 184:19–24; 185:1; 206:17–20, 23–25; 207:1–2; 208:8–13, 22–23; 209:7–10; 212:1, 4–6, 8–16, 19–20, 23–25; 213:1–4, 23–25; 214:1–3, 6–7.

5. The following testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' state of mind:

- Ryder Ripps: "He will testify concerning the origin and intent behind the RR/BAYC Project (including RR/BAYC NFTs)"; "the intent

behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)"; and "Mr. Ripps's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."

- Jeremy Cahen: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs)"; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)"; and "Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."

- Ryan Hickman: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs)"; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)"; and "Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."

- Thomas Lehman: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs)"; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)"; and "Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."

- Damon Dash: "He will testify concerning his understanding of the intent behind the RR/BAYC Project (including RR/BAYC NFTs) as a consumer in the industry."

**IT IS SO ORDERED.**

Dated: _____          _____
                                       Honorable John F. Walter
                                       United States District Court Judge