# Exhibit 3

Exhibit 3
Pg. 20

```
1              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
2

3    YUGA LABS, INC.,

4              Plaintiff,

5         vs.        CASE NO.
                     2:22 cv 043550 JFW JEM
6
     RYDER RIPPS, ET AL.,
7
               Defendants.
8

9

10

11              ATTORNEYS' EYES ONLY

12

13

14

15

16   DEPOSITION OF:   Wylie Aronow

17   DATE:            March 6, 2023

18   TIME:            9:04 a.m.

19   LOCATION:        125 Calhoun Street
                      Charleston, SC
20

21   TAKEN BY:        Counsel for the Defendants

22   REPORTED BY:     Roxanne Easterwood, RPR

23

24

25
```

Exhibit 3
Pg. 21

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023          2

```
1    APPEARANCES OF COUNSEL:

2         ATTORNEYS FOR PLAINTIFF:

3              Fenwick & West, LLP
               By:  Eric Ball
4              801 California Street
               Mountain View, CA 94041
5              eball@fenwick.com

6

7

8
          ATTORNEYS FOR DEFENDANTS:
9
               WilmerHale, LLP
10             By:  Louis Tompros
                    Henry Nikogosyan
11             60 State Street
               Boston, MA 02109
12             louis.tompros@wilmerhale.com

13

14        Also Present:

15         Yuga Labs, Inc. (Legal)
           By:  Anne Termine
16              Cameron Cates
                Kevin Kelly
17

18         Sofiya Andreyeva, Fenwick & West, LLP

19

20

21

22

23             (INDEX AT REAR OF TRANSCRIPT)

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**Exhibit 3**
**Pg. 22**

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                                12

```
1                                                        09:11:44
2                                                        09:11:46
3                                                        09:11:48
4                                                        09:11:49
5                                                        09:11:53
6                                                        09:11:55
7                                                        09:11:57
8                                                        09:11:58
9                                                        09:12:01
10                                                       09:12:02
11                                                       09:12:04
12                                                       09:12:05
13                                                       09:12:07
14                                                       09:12:09
15                                                       09:12:12
16                                                       09:12:14
17                                                       09:12:16
18                                                       09:12:19
19                                                       09:12:23
20                                                       09:12:27
21
22                                                       09:12:29
23                                                       09:12:30
24      Q.   Have you read posts on 4chan?               09:12:33
25                                                       09:12:34
```

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                            21

| | | |
|---|---|---|
| 1 | Q. And is this — did you publish this, | 09:21:14 |
| 2 | or do you have this article — strike that. | 09:21:17 |
| 3 | Was this article that you wrote | 09:21:18 |
| 4 | published on February 9th, 2023? | 09:21:19 |
| 5 | A. I don't remember if that was the date | 09:21:23 |
| 6 | that it was published. Maybe. | 09:21:25 |
| 7 | Q. The article is entitled "Setting the | 09:21:29 |
| 8 | Record Straight," right? | 09:21:30 |
| 9 | A. It is. | 09:21:32 |
| 10 | Q. Why did you write it? | 09:21:33 |
| 11 | A. Well, there's a number of allegations | 09:21:36 |
| 12 | and conspiracy theories that have been made | 09:21:38 |
| 13 | against me and my co founders and my company and | 09:21:39 |
| 14 | my employees and my friends and family, | 09:21:42 |
| 15 | perpetrated by your clients, who are horrible and | 09:21:45 |
| 16 | malicious trolls. | 09:21:48 |
| 17 | They're also racist 4chan trolls, by | 09:21:50 |
| 18 | the way. And they have created a bunch of | 09:21:51 |
| 19 | conspiracy theories about me, my company, my | 09:21:54 |
| 20 | friends, and my family. And they're so hellacious | 09:21:56 |
| 21 | and terrible that I felt the need, as I was | 09:22:00 |
| 22 | stepping down from the company due to heart | 09:22:03 |
| 23 | failure, to set the record straight and talk about | 09:22:05 |
| 24 | my — my family's personal history with dealing | 09:22:08 |
| 25 | with horrible conspiracy theories. | 09:22:10 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                    37

| | | |
|---|---|---|
| 1 | Q. Is that consistent with Mr. Solano's | 09:37:26 |
| 2 | sworn testimony? | 09:37:29 |
| 3 | A. I have no idea. | 09:37:29 |
| 4 | Q. Did you show that statement to | 09:37:30 |
| 5 | Mr. Solano before publishing it? | 09:37:31 |
| 6 | A. I did. | 09:37:33 |
| 7 | Q. Is it true? | 09:37:33 |
| 8 | A. To my knowledge, yes. | 09:37:34 |
| 9 | Q. When did Mr. Solano propose to call | 09:37:37 |
| 10 | the company Yuga? | 09:37:40 |
| 11 | A. I don't remember. Probably shortly | 09:37:41 |
| 12 | before we called the company Yuga. | 09:37:43 |
| 13 | Q. And what were the reasons that | 09:37:45 |
| 14 | Mr. Solano stated for why he called the   why he | 09:37:47 |
| 15 | wanted to call the company Yuga? | 09:37:49 |
| 16 | A. I discuss that in the article. We had | 09:37:51 |
| 17 | both been aware of the word "Yuga" and "Kali | 09:37:53 |
| 18 | Yuga." We talked about the term many times. And | 09:37:55 |
| 19 | I believe he had known the term previously through | 09:37:58 |
| 20 | an ex girlfriend who had studied Hinduism. | 09:38:01 |
| 21 | Q. So you knew of the term "Kali Yuga" | 09:38:05 |
| 22 | before naming the company Yuga Labs, right? | 09:38:08 |
| 23 | A. I stated as much in the article. Yes. | 09:38:11 |
| 24 | Q. Mr. Solano, likewise, knew the term | 09:38:12 |
| 25 | "Kali Yuga" before naming the company Yuga Labs, | 09:38:14 |

ATTORNEYS' EYES ONLY
Transcript of Wylie Aronow
Conducted on March 6, 2023                              294

```
1              CERTIFICATE OF REPORTER

2

3            I, Roxanne M. Easterwood, Registered

4    Professional Reporter and Notary Public for the

5    State of South Carolina at Large, do hereby

6    certify that the foregoing transcript is a true,

7    accurate, and complete record.

8            I further certify that I am neither

9    related to nor counsel for any party to the cause

10   pending or interested in the events thereof.

11           Witness my hand, I have hereunto

12   affixed my official seal this 6th day of March

13   2023 at Charleston, Charleston County, South

14   Carolina.

15

16

17

18

19

20

21

22
              Roxanne M. Easterwood, RPR
23            My Commission expires
              February 1, 2025
24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Exhibit 3
Pg. 26