# Exhibit 4

Exhibit 4
Pg. 27

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
                                         )
 5   YUGA LABS, INC.,                    )CASE NO.:
                                         )
 6                 Plaintiff,            )22 cv 04355
                                         )JFW JEM
 7          v.                           )
                                         )
 8   RYDER RIPPS, JEREMY CAHEN, DOES     )
     1 10,                               )
 9                                       )
                   Defendants.           )
10                                       )
                                         )
11

12

13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL

14               ATTORNEYS' EYES ONLY **

15

16

17            DEPOSITION OF GREG SOLANO

18                     VOLUME I

19             LOS ANGELES, CALIFORNIA

20            TUESDAY, JANUARY 17, 2023

21

22

23

24   REPORTED BY:   NATALIE PARVIZI AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       477897
```

Exhibit 4
Pg. 28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023                                    2

```
1              UNITED STATES DISTRICT COURT
2             CENTRAL DISTRICT OF CALIFORNIA
3                    WESTERN DIVISION
4
5                                    )
     YUGA LABS, INC.,                )CASE NO.:
6                                    )
                    Plaintiff,       )22 cv 04355
7                                    )JFW JEM
              v.                     )
8                                    )
     RYDER RIPPS, JEREMY CAHEN, DOES )
9    1 10,                           )
                                     )
10                  Defendants.      )
                                     )
11
12
13
14
15    DEPOSITION OF GREG SOLANO, VOLUME I
16    TAKEN ON BEHALF OF THE PLAINTIFF
17    IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18    9:16 A.M. AND ENDING AT 5:49 P.M., ON
19    TUESDAY, JANUARY 17, 2023, BEFORE
20    NATALIE PARVIZI AZAD, CERTIFIED SHORTHAND
21    REPORTER NUMBER 14125.
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023 3

```
1               A P P E A R A N C E S

2

3   FOR THE PLAINTIFF, YUGA LABS, INC.:

4       FENWICK & WEST, LLP
        BY:  ERIC BALL, ESQ.
5       801 CALIFORNIA STREET
        MOUNTAIN VIEW, CALIFORNIA  94041
6       (650) 988 8500
        EBALL@FENWICK.COM
7

8   FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
    DOES 1 10:
9
        WILMER CUTLER PICKERING HALE AND DORR, LLP
10      BY:  LOUIS TOMPROS, ESQ.
        BY:  HENRY NIKOGOSYAN, ESQ.
11      60 STATE STREET
        BOSTON, MASSACHUSETTS  02109
12      (617) 526 6886
        LOUIS.TOMPROS@WILMERHALE.COM
13      HENRY.NIKOGOSYAN@WILMERHALE.COM

14

15  ALSO PRESENT:

16      MICHAEL BRATKOWSKI, VIDEOGRAPHER;

17      CAMERON KATES, YUGA LABS REPRESENTATIVE;

18      ANNE TERMINE, YUGA LABS REPRESENTATIVE;

19      KEVIN KELLY, YUGA LABS REPRESENTATIVE;

20      DUSTIN BURT, YUGA LABS REPRESENTATIVE

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | ███  ████████ | 10:09:29 |
| 2 | ███  ██████ | 10:09:30 |
| 3 | Q. What console was this Zelda game on? | 10:09:32 |
| 4 | A. I don't recall. | 10:09:42 |
| 5 | ███  █████████████████████████████████ | 10:09:43 |
| 6 | ████████ | 10:09:59 |
| 7 | ███  ██████████████ | 10:10:00 |
| 8 | Q. How do you know that Yuga means era in | 10:10:00 |
| 9 | Sanskrit? | 10:10:08 |
| 10 | A. My girlfriend of seven years studied Hindi | 10:10:08 |
| 11 | and Urdu in college and taught herself the languages | 10:10:20 |
| 12 | from   started off teaching herself the languages | 10:10:26 |
| 13 | from scratch. I also know what the word means from | 10:10:32 |
| 14 | interactions with my partner, Wylie. | 10:10:38 |
| 15 | Q. Why was the Sanskrit word for "era" chosen | 10:10:41 |
| 16 | for the name of your company? | 10:10:53 |
| 17 | MR. BALL: Objection. Vague. Calls for | 10:10:54 |
| 18 | speculation. | 10:10:58 |
| 19 | A. We thought it sounded cool   or I thought | 10:10:58 |
| 20 | it sounded cool. You'll have to ask my cofounders | 10:11:04 |
| 21 | on the rest of it. We also picked it because of the | 10:11:07 |
| 22 | character from Zelda, since we were making a company | 10:11:14 |
| 23 | that was going to make 2D art into, you know, | 10:11:17 |
| 24 | profile pictures, and that's the whole thing that | 10:11:20 |
| 25 | our company was built to do at the beginning. And | 10:11:23 |

```
 1                                                          13:53:47
 2                                                          13:53:50
 3                                                          13:53:53
 4        Q.   What do you understand the ApeCoin DAO to    13:53:55
 5   be?                                                    13:54:00
 6                                                          13:54:00
 7                                                          13:54:05
 8                                                          13:54:09
 9                                                          13:54:18
10                                                          13:54:23
11                                                          13:54:27
12                                                          13:54:36
13                                                          13:54:38
14                                                          13:54:41
15                                                          13:54:42
16                                                          13:54:44
17                                                          13:54:45
18                                                          13:54:48
19                                                          13:54:49
20                                                          13:55:06
21                                                          13:55:08
22                                                          13:55:09
23                                                          13:55:12
24                                                          13:55:20
25                                                          13:55:23
```

```
 1            CERTIFIED STENOGRAPHER'S CERTIFICATE
 2    STATE OF CALIFORNIA    )
                             ) SS.
 3    COUNTY OF LOS ANGELES  )
 4
 5            I, NATALIE PARVIZI AZAD, HERBY CERTIFY:
 6            I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7    REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8    CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9    REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10    FORCE AND EFFECT.  (BUS. & PROF. § 8016)
11            I AM NOT FINANCIALLY INTERESTED IN THIS
12    ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13    ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14    (CIV. PROC. § 2025.320(A))
15            I AM AUTHORIZED TO ADMINISTER OATHS OR
16    AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17    PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18    EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19    OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,
20    2025.540(A))
21            I AM THE CERTIFIED OFFICER THAT
22    STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23    FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24    A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25    2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano
January 17, 2023

264

```
1         I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
8         I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10  OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11  ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12  PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13  FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14  COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15  THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16  TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17  PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19  DATED:   February 2, 2023
20
21
22              [signature]
23              NATALIE PARVIZI AZAD, CSR NO.14125
24
25
```