# Exhibit 5

Exhibit 5
Pg. 35

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                    WESTERN DIVISION

 4
                                          )
 5   YUGA LABS, INC.,                     )CASE NO.:
                                          )
 6                   Plaintiff,           )2:22 cv 04355
                                          )JFW JEM
 7           v.                           )
                                          )
 8   RYDER RIPPS, JEREMY CAHEN, DOES      )
     1 10,                                )
 9                                        )
                     Defendants.          )
10                                        )
                                          )
11

12

13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL

14              ATTORNEYS' EYES ONLY **

15

16          DEPOSITION OF YUGA LABS, INC.,

17   BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

18                    NICOLE MUNIZ,

19         AND IN HER INDIVIDUAL CAPACITY

20                      VOLUME I

21             LOS ANGELES, CALIFORNIA

22            TUESDAY, JANUARY 24, 2023

23

24   REPORTED BY:   NATALIE PARVIZI AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       478535
```

Exhibit 5
Pg. 36

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                             2

```
1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4

5                                        )
    YUGA LABS, INC.,                     )CASE NO.:
6                                        )
                    Plaintiff,           )2:22 cv 04355
7                                        )JFW JEM
            v.                           )
8                                        )
    RYDER RIPPS, JEREMY CAHEN, DOES      )
9   1 10,                                )
                                         )
10                  Defendants.          )
                                         )
11

12

13

14

15     DEPOSITION OF NICOLE MUNIZ, VOLUME I

16     TAKEN ON BEHALF OF THE PLAINTIFF

17     IN LOS ANGELES, CALIFORNIA, BEGINNING AT

18     9:11 A.M. AND ENDING AT 5:29 P.M., ON

19     TUESDAY, JANUARY 24, 2023, BEFORE

20     NATALIE PARVIZI AZAD, CERTIFIED SHORTHAND

21     REPORTER NUMBER 14125.

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                                3

```
1              A P P E A R A N C E S

2


3   FOR THE PLAINTIFF, YUGA LABS, INC.:

4       FENWICK & WEST, LLP
        BY:  ERIC BALL, ESQ.
5       801 CALIFORNIA STREET
        MOUNTAIN VIEW, CALIFORNIA  94041
6       (650) 988 8500
        EBALL@FENWICK.COM
7


8   FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
    DOES 1 10:
9
        WILMER CUTLER PICKERING HALE AND DORR, LLP
10      BY:  LOUIS TOMPROS, ESQ.
        BY:  TYLER CARROLL, ESQ.
11      60 STATE STREET
        BOSTON, MASSACHUSETTS  02109
12      (617) 526 6886
        LOUIS.TOMPROS@WILMERHALE.COM
13      TYLER.CARROLL@WILMERHALE.COM

14

15  ALSO PRESENT:

16      MIGUEL ESPANA, VIDEOGRAPHER;

17      CAMERON KATES, YUGA LABS REPRESENTATIVE

18

19

20

21

22

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**Exhibit 5**
**Pg. 38**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023                                                                                                      183

| # | Text | Time |
|---|------|------|
| 1 | ███ | 14:25:01 |
| 2 | ███ | 14:25:04 |
| 3 | ███ | 14:25:09 |
| 4 | ███ | 14:25:09 |
| 5 | ███ | 14:25:12 |
| 6 | ███ | 14:25:15 |
| 7 | ███ | 14:25:18 |
| 8 | ███ | 14:25:19 |
| 9 | ███ | 14:25:19 |
| 10 | Q.   What is the ApeCoin DAO?  A P E C O I N, | 14:25:23 |
| 11 | D A O. | 14:25:42 |
| 12 | ███ | 14:25:42 |
| 13 | ███ | 14:25:45 |
| 14 | ███ | 14:25:49 |
| 15 | ███ | 14:25:53 |
| 16 | ███ | 14:25:56 |
| 17 | ███ | 14:25:59 |
| 18 | ███ | 14:26:09 |
| 19 | ███ | 14:26:12 |
| 20 | ███ | 14:26:16 |
| 21 | ███ | 14:26:18 |
| 22 | ███ | 14:26:19 |
| 23 | ███ | 14:26:21 |
| 24 | ███ | 14:26:28 |
| 25 | ███ | 14:26:31 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023

283

```
1              CERTIFIED STENOGRAPHER'S CERTIFICATE
2    STATE OF CALIFORNIA     )
                             ) SS.
3    COUNTY OF LOS ANGELES   )

4

5          I, NATALIE PARVIZI AZAD, HERBY CERTIFY:

6          I AM A DULY QUALIFIED CERTIFIED SHORTHAND

7    REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF

8    CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT

9    REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL

10   FORCE AND EFFECT.  (BUS. & PROF. § 8016)

11         I AM NOT FINANCIALLY INTERESTED IN THIS

12   ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY

13   ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.

14   (CIV. PROC. § 2025.320(A))

15         I AM AUTHORIZED TO ADMINISTER OATHS OR

16   AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL

17   PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING

18   EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH

19   OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,

20   2025.540(A))

21         I AM THE CERTIFIED OFFICER THAT

22   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

23   FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS

24   A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §

25   2025.540(A))
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Exhibit 5
Pg. 40

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023 284

```
 1        I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8        I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED: February 7, 2023
20
21
22             [signature]
23             NATALIE PARVIZI AZAD, CSR NO.14125
24
25
```