# Exhibit 6

Exhibit 6
Pg. 42

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   YUGA LABS, INC.,              )
 6                   Plaintiff,    )
 7         VS.                     )   NO. 2:22-CV-04355
 8   RYDER RIPPS, JEREMY CAHEN,    )        JFW-JEM
 9                   Defendants.   )
10   _____)
11
12
13   DEPOSITION OF:
14             JEREMY CAHEN
15             WEDNESDAY, JANUARY 11, 2023
16             9:18 A.M.
17
18
19
20   REPORTED BY:
21             Sari M. Knudsen
22             CSR No. 13109
23
24
25
                                              Page 1
```

```
 1            Deposition of JEREMY CAHEN, taken on behalf
 2            of the PLAINTIFF, at 2049 Century Park
 3            East, Suite 2480, Los Angeles, California,
 4            on WEDNESDAY, JANUARY 11, 2023, before
 5            Sari M. Knudsen, CSR No. 13109.
 6
 7
 8   APPEARANCES OF COUNSEL:
 9
10   FOR THE PLAINTIFF:
11            FENWICK & WEST LLP
12            BY:  ERIC BALL, ESQ.
13            801 California Street
14            Mountain View, California  94041
15            650-988-8500
16                AND
17            FENWICK & WEST LLP
18            BY:  ETHAN THOMAS, ESQ.
19            555 California Street, 12th Floor
20            San Francisco, California  94104
21            415-875-2300
22
23
24
25
```

Page 2

```
 1   APPEARANCES OF COUNSEL:  (CONTINUED)
 2
 3   FOR THE DEFENDANT:
 4           WILMER CUTLER PICKERING HALE AND DORR LLP
 5           BY:  LOUIS TOMPROS, ESQ.
 6           60 State Street
 7           Boston, Massachusetts  02109
 8           617-525-6000
 9
10   ALSO PRESENT:
11           RICHARD SMITH, VIDEOGRAPHER
12           RYDER RIPPS
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```

|   |   |   |
|---|---|---|
| 1 | fourth.  Those are the people that are on the team | 11:29:10 |
| 2 | of the project.  It's a small team. | 11:29:12 |
| 3 | Q    Okay.  And what is your role in the | 11:29:14 |
| 4 | project? | 11:29:16 |
| 5 | A    I'm not sure how to define it. | 11:29:19 |
| 6 | Q    What do you do in connection with the | 11:29:20 |
| 7 | project? | 11:29:22 |
| 8 | A    Right now, nothing. | 11:29:24 |
| 9 | Q    What did you do in 2022 in connection with | 11:29:26 |
| 10 | the project? | 11:29:27 |
| 11 | A    I helped create a dialogue about it.  I | 11:29:32 |
| 12 | helped do research about Nazism, racism, pedophilia, | 11:29:37 |
| 13 | securities fraud, FTX, Fenwick, Ape Coin, Guy | 11:29:42 |
| 14 | Oseary, Illa Da Producer.  Illa, I-L-L-A, Da, D-A, | 11:29:47 |
| 15 | Producer.  And the various high profile celebrities | 11:29:54 |
| 16 | who helped perpetuate this very large-scale fraud | 11:30:01 |
| 17 | and subversion. | 11:30:05 |
| 18 | MR. BALL:  Can you mark that as Exhibit -- mark | 11:30:13 |
| 19 | this one as Exhibit 83. | 11:30:24 |
| 20 | (Whereupon Plaintiff's Exhibit 83 | 11:30:24 |
| 21 | was marked for identification) | 11:30:29 |
| 22 | MR. TOMPROS:  83 you said? | 11:30:41 |
| 23 | MR. BALL:  Yeah. | 11:30:41 |
| 24 | Q    I'm handing you what's been marked as | 11:30:47 |
| 25 | Exhibit 83. | 11:30:47 |

Page 90

```
 1              Do you see at the top left-hand corner       11:30:49
 2    there, it says "Ian Garner"?                           11:30:51
 3       A    I see that -- let me remove this.              11:30:54
 4            Yeah, I see that.                              11:30:55
 5       Q    And the bottom right-hand corner, it says      11:30:57
 6    on Exhibit 83 "RIPPSCAHEN"?                            11:30:59
 7       A    Yeah.  R-I-P-P-S-C-A-H-E-N 00001289.           11:31:09
 8       Q    Okay.  And you see about midway through        11:31:11
 9    there on May 20, it says "RR BAYC"?                    11:31:17
10       A    The 5:22 P.M.  Yeah.  I see in all capitals    11:31:21
11    "RR BAYC" with what looks to be a web domain           11:31:25
12    underneath.                                            11:31:26
13       Q    Okay.  What do you think that RR BAYC there    11:31:29
14    with the skull logo refers to?                         11:31:32
15       A    The text or the skull?  Can you be more        11:31:34
16    specific please.                                       11:31:35
17       Q    The text.  Let's start there.                  11:31:38
18       A    I'm not sure in this context.  It's            11:31:42
19    unclear.                                               11:31:42
20            Like for example, I don't -- oh, I see.        11:31:47
21    Okay.  In this context, well, let me clarify.  This    11:31:50
22    is -- okay.  Yeah.  I think I have a better idea.      11:31:53
23       Q    Okay.  Go ahead.                               11:31:54
24       A    Can you repeat the question please?            11:31:56
25       Q    I asked what does the RR BAYC refer to, and    11:31:59
```

Page 91

| | | |
|---|---|---|
| 1 | you said that you think you have a better idea. | 11:32:01 |
| 2 | A    Yes.  Yes.  Thank you for helping me with | 11:32:03 |
| 3 | that. | 11:32:03 |
| 4 |      In this context, I believe that the RR BAYC | 11:32:06 |
| 5 | is referring to Ryder Ripps Bored Ape Yacht Club, | 11:32:10 |
| 6 | the art project, which is a criticism of Neo-Nazism, | 11:32:15 |
| 7 | racism, pedophilia, fraud, all perpetuated by Yuga | 11:32:21 |
| 8 | Labs and their business partners like FTX and | 11:32:21 |
| 9 | Fenwick & West and Ape Coin. | 11:32:25 |
| 10 | Q    Does it refer to any tokens? | 11:32:33 |
| 11 | A    It's an art project. | 11:32:38 |
| 12 | Q    Does it include any tokens? | 11:32:40 |
| 13 | A    The art project involves tokens, yes, | 11:32:44 |
| 14 | certainly.  It involves blockchain tokens and | 11:32:46 |
| 15 | blockchain technology. | 11:32:48 |
| 16 | Q    Okay.  What are the tokens that are | 11:32:50 |
| 17 | involved in the RR BAYC project? | 11:32:53 |
| 18 | A    Can you be a little bit more specific in | 11:32:55 |
| 19 | how you want me to answer that?  That's a broad | 11:32:57 |
| 20 | question. | 11:32:58 |
| 21 | Q    You just said that the art project involves | 11:33:00 |
| 22 | tokens. | 11:33:00 |
| 23 | A    Yes.  That is correct. | 11:33:01 |
| 24 | Q    So I'm asking you to educate me on what the | 11:33:05 |
| 25 | tokens are that you were referring to. | 11:33:08 |

Page 92

```
 1      Q    And the Exhibit 87?                             12:10:58

 2      A    Thank you for clarifying.                       12:11:00

 3           This looks familiar.  Yeah, I believe I've      12:11:03

 4   seen this image that's printed on this page.            12:11:06

 5      Q    And BAYC holder at the top there, that          12:11:11

 6   refers to a Bored Ape Yacht Club holder.  Correct?      12:11:15

 7      A    In the context of this image, yeah.  I          12:11:18

 8   believe that is correct.                                12:11:19

 9           And I would say we should probably define       12:11:21

10   what "holder" means.  To be very specific, because I    12:11:25

11   think it's important since I'm under oath, I believe    12:11:27

12   that means those who control wallets which hold         12:11:32

13   racist, anti-Semitic, pedophile-themed nonfungible      12:11:36

14   tokens that are correlated to that iconography made     12:11:43

15   by Yuga Labs and their partners Fenwick & West,         12:11:47

16   OpenSea, Ape Coin and FTX.                              12:11:53

17      Q    At the bottom of this marketing document in     12:11:56

18   Exhibit 87 for Ape Market, it says Ape Market and       12:11:59

19   RR BAYC are registered trademarks.                      12:12:01

20           Is that accurate?                               12:12:06

21      A    I have no idea.  I don't -- it would be         12:12:08

22   news to me if there was a registered Ape Market or      12:12:11

23   RR BAYC trademark.                                      12:12:14

24           One thing that I think is very important to     12:12:16

25   note is that this is not made by myself, and this is    12:12:20
```

Page 123

```
 1   was or wasn't.                                          2:46:30
 2           But I can say this.  The artistic               2:46:33
 3   intention, as I understand, Ryder had was largely to    2:46:37
 4   draw attention to this really problematic racist,      2:46:42
 5   anti-Semitic, pedophile-themed iconography that many   2:46:49
 6   experts around the world have unanimously agreed is    2:46:53
 7   real and prevalent.                                     2:46:55
 8           And it's dangerous marketing cartoons that     2:47:00
 9   are embedded with pedophile references to children.    2:47:03
10   Marketing cartoons to children that are embedded       2:47:05
11   with Nazi and racist references is very, very scary.   2:47:09
12   But it's -- it's not a joke.  That exists.             2:47:14
13   BY MR. BALL:                                            2:47:14
14       Q   And one of the ways the RR BAYC project        2:47:18
15   marketed itself was using a skull logo?                 2:47:21
16       A   I don't -- I don't make any correlation        2:47:24
17   myself between a browser tab and marketing.             2:47:26
18       Q   Do people see browser tabs?                    2:47:29
19       A   I don't know.  I can't say what other         2:47:33
20   people see.                                             2:47:35
21       Q   Are you familiar with the -- have you ever    2:47:37
22   had any discussions about removing the skull logo      2:47:40
23   off of the browser tab of the RRBAYC.com website?      2:47:44
24       A   Have I ever had any discussions about         2:47:47
25   removing a skull from a browser tab?  It is            2:47:50
```

Page 198

1        I, SARI M. KNUDSEN, CSR NO. 13109, in and
2   for the State of California, do hereby certify:
3        I am the deposition officer that
4   stenographically recorded the testimony in the
5   foregoing deposition;
6        Prior to being examined, the deponent was
7   first duly sworn by me;
8        The foregoing transcript is a true record of
9   the testimony given;
10       Before completion of the deposition, review
11  of the transcript was requested.  If requested, any
12  changes made by the deponent (and provided to the
13  reporter) during the period allowed are appended
14  hereto.
15
16  Dated the 1st day of February, 2023.
17
18
19
20
21       SARI M. KNUDSEN, CSR NO. 13109
22
23
24
25

Page 340