# Exhibit 7

Exhibit 7
Pg. 52

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4    _____
                                          )
 5    YUGA LABS, INC.,                    )CASE NO.:
                                          )
 6                    Plaintiff,          )2:18-cv-00514-
                                          )ACA'22-cv-04355-
 7            v.                          )JFW-JEM
                                          )
 8    RYDER RIPPS, JEREMY CAHEN, DOES     )
      1-10,                               )
 9                                        )
                      Defendants.         )
10                                        )
      _____)
11
12
13       ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14                ATTORNEYS' EYES ONLY **
15
16
17              DEPOSITION OF RYDER RIPPS
18                      VOLUME I
19              LOS ANGELES, CALIFORNIA
20             THURSDAY, JANUARY 12, 2023
21
22
23
24    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25    JOB NO.:       5613911
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
     _____
 5                                      )
     YUGA LABS, INC.,                   )CASE NO.:
 6                                      )
                       Plaintiff,       )2:18-cv-00514-
 7                                      )ACA'22-cv-04355-
                  v.                    )JFW-JEM
 8                                      )
     RYDER RIPPS, JEREMY CAHEN, DOES    )
 9   1-10,                              )
                                        )
10                     Defendants.      )
     _____)
11
12
13
14
15       DEPOSITION OF RYDER RIPPS, VOLUME I
16       TAKEN ON BEHALF OF THE PLAINTIFF
17       IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18       9:07 A.M. AND ENDING AT 6:19 P.M., ON
19       THURSDAY, JANUARY 12, 2023, BEFORE
20       NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21       REPORTER NUMBER 14125.
22
23
24
25
                                              Page 2
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFF, YUGA LABS, INC.:
 4           FENWICK & WEST, LLP
             BY:  ERIC BALL, ESQ.
 5           BY:  ANTHONY FARES, ESQ.
             801 CALIFORNIA STREET
 6           MOUNTAIN VIEW, CALIFORNIA  94041
             (650) 988-8500
 7           EBALL@FENWICK.COM
             AFARES@FENWICK.COM
 8
 9      FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
        DOES 1-10:
10
             WILMER CUTLER PICKERING HALE AND DORR
11           BY:  LOUIS TOMPROS, ESQ.
             60 STATE STREET
12           BOSTON, MASSACHUSETTS  02109
             (617) 526-6886
13           LOUIS.TOMPROS@WILMERHALE.COM
14
15      ALSO PRESENT:
16           RICHARD SMITH, VIDEOGRAPHER;
17           JEREMY CAHEN, DEFENDANT
18
19
20
21
22
23
24
25
                                               Page 3
```

```
 1    part, to be able to give away.                        09:25:53
 2         Q.   What is that artwork you refer to here?     09:25:55
 3         A.   It's an NFT project, which is a             09:25:58
 4    non-fungible token, called "RR/BAYC."  In order to    09:26:01
 5    identify the work itself, I'll have to verify the     09:26:06
 6    blockchain and verify the contract address of that    09:26:09
 7    work because by nature, NFTs are non-fungible, which  09:26:13
 8    means that one is not equal to the other; so they     09:26:21
 9    can't be copied.  And I've actually been involved in  09:26:24
10    digital art for, quote, "some time."  Probably        09:26:28
11    professionally since 2009, and I was at the           09:26:35
12    conference where NFTs were invented by Kevin McCoy    09:26:37
13    and Anil Dash.                                        09:26:42
14              And to me, the power of NFT has always      09:26:43
15    been the same power that they put forth in that       09:26:46
16    conference, which was the power of provenance and     09:26:50
17    showing what things mean based on their context.      09:26:54
18              So -- sorry.  Does that answer your         09:26:58
19    question?                                             09:27:02
20         Q.   You say down below, "I needed to be able    09:27:03
21    to promote this."                                     09:27:08
22         A.   Yes.  To promote those ideas about --       09:27:10
23    about promoting the ideas behind my art, which --     09:27:13
24    which the artwork has actually been very effective    09:27:17
25    in doing.  I think the artwork has helped people      09:27:20
```

| | | |
|---|---|---|
| 1 | understand the insidious fraud behind Yuga Labs, | 09:27:23 |
| 2 | that the -- the disgusting messaging, the | 09:27:30 |
| 3 | connections between all Yuga Labs fraudulent | 09:27:32 |
| 4 | partners such as FTX, such as Fenwick & West, who is | 09:27:35 |
| 5 | before me now who established ApeCoin, which is an | 09:27:40 |
| 6 | unregistered security. | 09:27:43 |
| 7 | So, yeah, there are a lot of things that | 09:27:45 |
| 8 | with my art I would like to express. And in this | 09:27:46 |
| 9 | case, I am using the word "promote." I would like | 09:27:52 |
| 10 | to promote those ideas. | 09:27:55 |
| 11 | Q. And did you ever want to promote those | 09:27:56 |
| 12 | ideas to people in the press? | 09:27:59 |
| 13 | A. Promote what ideas? | 09:28:01 |
| 14 | Q. The ideas that you were just referring to. | 09:28:03 |
| 15 | A. I would like Yuga Labs to be held | 09:28:04 |
| 16 | accountable. So if the press wants to help promote | 09:28:06 |
| 17 | those ideas, then they -- they're free to do that, | 09:28:10 |
| 18 | and sure I would encourage them just like how they, | 09:28:13 |
| 19 | you know, have been covering FTX, which has been a | 09:28:18 |
| 20 | major story in the press recently. | 09:28:22 |
| 21 | And not only to press but the U.S. | 09:28:26 |
| 22 | government at large. The White House has made | 09:28:28 |
| 23 | statements about it, the SCC, I believe the FTC, I | 09:28:31 |
| 24 | believe the FBI. So beyond the press I think | 09:28:38 |
| 25 | there's -- there are other people of -- who have | 09:28:41 |

Page 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              CERTIFIED STENOGRAPHER'S CERTIFICATE
 2      STATE OF CALIFORNIA     )
                                ) SS.
 3      COUNTY OF LOS ANGELES   )
 4
 5              I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6              I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7      REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8      CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9      REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10      FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11              I AM NOT FINANCIALLY INTERESTED IN THIS
12      ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13      ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14      (CIV. PROC. § 2025.320(A))
15              I AM AUTHORIZED TO ADMINISTER OATHS OR
16      AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17      PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18      EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
19      AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20      2025.540(A))
21              I AM THE CERTIFIED OFFICER THAT
22      STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23      FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24      A TRUE RECORD OF THE TESTIMONY GIVEN.   (CIV. PROC. §
25      2025.540(A))
```

```
 1            I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2     ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3     THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4     ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5     THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6     SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7     THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8            I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9     CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10     OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11     ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12     PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13     FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14     COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15     THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16     TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17     PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19     DATED:  February 2, 2023
20
21
22                 [signature]

                   NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25

                                                    Page 304
```