# Exhibit 10

**Exhibit 10**
**Pg. 98**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CV 20-11548-JVS(AGRx) | | Date | January 25, 2023 |
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al. | | | |

Present: The Honorable **JAMES V. SELNA, US DISTRICT COURT JUDGE**

| Elsa Vargas | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Chase Scolnick | Erin Ranahan |
| Mark Finkelstein | Chante Westmoreland |
| Jennifer Keller | Jiepu Li |
| Jay Barron | David Scheper |
| Anand Sambhwani | Cesie Alvarez |

___ Day Court Trial    6th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
**X** Motion for mistrial by Plaintiff and Counter Defendants is **X** granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
**X** Other: Status Conference set for February 2, 2023 at 9:00 a.m.

      : 53
Initials of Deputy Clerk   eva

cc:

CV-96 (06/06)     CIVIL MINUTES - TRIAL     Page 1 of 1

Exhibit 10
Pg. 99