1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:   415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff
13 YUGA LABS, INC.

14
15                      UNITED STATES DISTRICT COURT
16                      CENTRAL DISTRICT OF CALIFORNIA
17                      WESTERN DIVISION – Los Angeles
18

| | |
|---|---|
| 19 YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 20              Plaintiff, | **PLAINTIFF YUGA LABS, INC.'S REAL-TIME REPORTING DOCUMENT** |
| 21       v. | |
| 22 RYDER RIPPS, JEREMY CAHEN, | Pretrial Conf. Date:   June 9, 2023<br>Time:                        8 a.m.<br>Courtroom:              7A<br>Judge:                      Hon. John F. Walter |
| 23              Defendants. | |
| 24 | |
| 25 | Hearing on Motions *in Limine*:<br>                              June 16, 2023 |
| 26 | |
| 27 | Trial Date: June 27, 2023 |
| 28 | |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Paragraph 6(g) of the Court's Scheduling and Case Management Order (Dkt. 57), Plaintiff Yuga Labs, Inc. submits this list of proper names, unusual or scientific terms, or foreign or uncommon words that are likely to be used by the parties during the pre-trial conference and trial:

1. @dumbnamenumbers
2. @FBinex
3. @hWonderofWorld
4. @pauly0x
5. @ryder_ripps
6. Ape Market
7. BAYC
8. blockchain
9. Bored Ape Yacht Club
10. CryptoPhunks
11. CryptoPunks
12. cybersquatting
13. Damon Dash
14. Discord
15. Ethereum
16. Etherscan
17. Eveready
18. Foundation
19. Garga
20. Gargamel
21. Gordon Goner
22. Gregory Solano
23. Guy Oseary
24. gwei

| | | |
|---|---|---|
| 25. | Ian Garner | |
| 26. | Jeremy Cahen | |
| 27. | Jonah Berger | |
| 28. | Kerem Atalay | |
| 29. | Lanham Act | |
| 30. | Larva Labs | |
| 31. | Laura O'Laughlin | |
| 32. | Lauren Kindler | |
| 33. | Live9000 | |
| 34. | LooksRare | |
| 35. | mint | |
| 36. | NFT | |
| 37. | Nicole Muniz | |
| 38. | No Sass | |
| 39. | non-fungible token | |
| 40. | Not Larva Labs | |
| 41. | OpenSea | |
| 42. | Patrick Ehrlund | |
| 43. | RR/BAYC | |
| 44. | Ryan Hickman | |
| 45. | Rodney Ripps | |
| 46. | Ryder Ripps | |
| 47. | smart contract | |
| 48. | Squirt | |
| 49. | Telegram | |
| 50. | Thomas Lehman | |
| 51. | Wylie Aronow | |
| 52. | X2Y2 | |

53.     Yuga Labs

Dated:  May 25, 2023                           FENWICK & WEST LLP

By: */s/ Eric Ball*
    Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.