ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **JOINT WITNESS SUMMARIES** |
| v. | Pretrial Conference Date:  June 9, 2023 |
| RYDER RIPPS, JEREMY CAHEN, | Trial Date:  June 27, 2023 |
| Defendants. | |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following list of prospective trial witnesses. The parties reserve the right to amend the witness list to add additional witnesses otherwise permitted by applicable rules.

## I. WYLIE ARONOW

Plaintiff Yuga Labs may call Wylie Aronow live (in person) or through deposition testimony.

Defendants may call Wylie Aronow through deposition testimony.

### A. Yuga Labs' Description of Anticipated Testimony

Mr. Aronow is a co-founder of Yuga Labs and helped to create the Bored Ape Yacht Club NFT collection. He may testify regarding the formation of Yuga Labs, the creative development of the Bored Ape Yacht Club, and development of the BAYC brand; the marketing and promotion of the BAYC brand; the harm to Yuga Labs from Defendants' RR/BAYC NFTs, including corrective advertising measures undertaken; and the harm to Yuga Labs in the marketplace from Defendants' marketing and sale of RR/BAYC NFTs.

Yuga Labs objects to Defendants' proffered scope of Mr. Aronow's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, abandonment and purportedly competing products. *See, e.g.*, Order on Summary Judgment (Dkt. 225) ("Order") at 9-10. Yuga Labs further objects to Defendants' proffered scope of Mr. Aronow's deposition testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5. *See* Yuga Labs' Motion *in limine* No. 1 (requesting an order precluding Defendants from introducing documentary or testimonial evidence or any argument relating to false accusations that Yuga Labs is connected with, endorses, or spreads hidden messages about white supremacy, neo-Nazism, securities investigations, other lawsuits, or any other unsubstantiated claims of fraud); Yuga Labs' Motion *in*

*limine* No. 2 (requesting an order precluding Defendants from introducing documentary or testimonial evidence or any argument as to the intent or understanding of Ryder Ripps' intent regarding the RR/BAYC NFTs); Yuga Labs' Motion *in limine* No. 3 (requesting an order precluding Defendants from introducing documentary or testimonial evidence or any argument purporting to demonstrate the use of Yuga Labs' marks or any allegedly similar marks by other brands, companies, collections, or individuals not before the Court); Yuga Labs' Motion *in limine* No. 4 (requesting an order precluding Defendants from introducing documentary or testimonial evidence or any argument about the purpose and effect of this litigation); Yuga Labs' Motion *in limine* No. 5 (requesting an order precluding Defendants from introducing documentary or testimonial evidence or any argument purporting to demonstrate that Yuga Labs' Terms and Conditions granted BAYC holders with trademark rights in the BAYC Marks.  Yuga Labs further objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

### B.    Defendants' Description of Anticipated Testimony

Mr. Aronow is a founder of Yuga Labs. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising, and Yuga's lack of damages.

Defendants object to Yuga calling Mr. Aronow via deposition because nothing indicates that he is unavailable for trial.

### C.   Estimated Time

- Yuga Labs estimates 15-30 minutes for either direct examination or his deposition testimony.

- Defendants estimate 30 minutes of cross examination if Mr. Aronow is called live.  Defendants estimate 20 minutes of deposition testimony designated by Defendants.

## II.   KEREM ATALAY

Plaintiff Yuga Labs may call Kerem Atalay live (in person).

Defendants may call Kerem Atalay through deposition testimony.

### A.   Yuga Labs' Description of Anticipated Testimony

Mr. Atalay is a co-founder of Yuga Labs and helped to create the Bored Ape Yacht Club NFT collection, and he was the Chief Technology Officer of Yuga Labs.  He may testify regarding the creation of BAYC NFTs and of RR/BAYC NFTs; the formation of Yuga Labs and the development of the BAYC brand; and harm to Yuga Labs from initial and secondary sales of RR/BAYC NFTs.

Yuga Labs objects to Defendants' proffered scope of Mr. Atalay's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, abandonment and purportedly competing products.  *See, e.g.*, Order at 9-10.  Yuga Labs further objects to Defendants' proffered scope of Mr. Atalay's deposition testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Yuga Labs also objects to Defendants' proffered scope of Mr. Atalay's testimony as unnecessarily duplicative.  Finally, Yuga Labs objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

### B.   Defendants' Description of Anticipated Testimony

Mr. Atalay is a founder of Yuga Labs. He will testify by video deposition

about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, and Yuga's lack of damages.

Defendants object to any testimony by Mr. Atalay regarding "harm to Yuga Labs from any secondary sale so RR/BAYC NFTs" as he does not have personal knowledge or foundation to testify about these issues.

### C.    Estimated Time

- Yuga Labs estimates 15-30 minutes for his direct examination.
- To the extent that the Court allows testimony from Mr. Atalay, Defendants estimate 10 minutes for cross examination.  Defendants estimate 10 minutes of deposition testimony by Mr. Atalay.

## III.    PROFESSOR JONAH BERGER

Plaintiff Yuga Labs will call Professor Jonah Berger live (in person).

### A.    Yuga Labs' Description of Anticipated Testimony

Mr. Berger is a marketing professor at the Wharton School at the University of Pennsylvania.  He will provide testimony regarding consumer psychology, marketing, and advertising; the brand equity of the BAYC Marks; and Defendants' harm to Yuga Labs' through their use of the BAYC Marks and their creation, promotion, minting, sales, and re-sales of RR/BAYC NFTs.

### B.    Estimated Time

- Yuga Labs estimates 30 minutes for direct examination.
- Defendants estimate 30 minutes for cross examination.

## IV.  JEREMY CAHEN

Plaintiff Yuga Labs will call Defendant Jeremy Cahen through deposition testimony.

Defendants will call Jeremy Cahen live (in person).

### A.  Yuga Labs' Description of Anticipated Testimony

Mr. Cahen was one of the members of the team responsible for the creation, sale, and promotion of RR/BAYC NFTs and Ape Market.  He is expected to provide testimony regarding Defendants' promotion, marketing, and sale of RR/BAYC NFTs, including but not limited to, the false promotion that RR/BAYC was a registered trademark; and Defendants' revenue and profits from initial sales and secondary sales of RR/BAYC NFTs.

Yuga Labs objects to Defendants' proffered scope of Mr. Cahen's testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, Defendants' intent and Mr. Cahen's purported good faith in connection with the RR/BAYC NFTs.  *See, e.g.*, Order at 13, 15, 16.  Yuga Labs further objects to Defendants' proffered scope of Mr. Cahen's testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Yuga Labs objects to Mr. Cahen's testimony to the extent he purports to offer expert testimony relating to the profits, costs, or damages in this case—including profits and costs to which the Defendants failed to provide the requested discovery.  Fed. R. Evid. 701, 702; Fed. R. Civ. P. 26.  Yuga Labs also objects to Mr. Cahen's testimony to the extent he purports to offer expert testimony regarding consumer confusion or the impact of the Defendants' infringement on the NFT market.  Fed. R. Evid. 701, 702.

### B.  Defendants' Description of Anticipated Testimony

Mr. Cahen is a well-known in the cryptocurrency industry, a partner in the RR/BAYC Project, and a defendant in this case. He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs), costs and profits

from the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market.

### C.     Estimated Time

- Yuga Labs estimates 10-15 minutes for his deposition testimony.
- Defendants estimate 5 minutes for additional deposition testimony.
- Defendants estimate 1 hour for direct examination.
- Yuga Labs estimates 15-30 minutes for cross examination.

## V.     DAMON DASH

Defendants may call Damon Dash live (in person).

### A.     Defendants' Description of Anticipated Testimony

Mr. Dash is an entrepreneur with experience in the NFT space. He will testify concerning his understanding of the intent behind the RR/BAYC Project (including RR/BAYC NFTs) as a consumer in the industry, his understanding of representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs) as a consumer in the industry, the absence of any consumer confusion, and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market.

### B.     Yuga Labs' Objections

Yuga Labs objects to Mr. Dash's testimony as irrelevant and unnecessary in this litigation.  Fed. R. Evid. 401, 402, 403.  Mr. Dash was not a team member involved in the creation or promotion of RR/BAYC NFTs.  Yuga Labs also objects to Defendants' proffered scope of Mr. Dash's testimony regarding issues and

arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, Defendants' intent. *See, e.g.*, Order at 13, 15, 16. Yuga Labs further objects to Defendants' proffered scope of Mr. Dash's testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5. Yuga Labs further objects to Mr. Dash's testimony to the extent Defendants seek to proffer his testimony as improper expert testimony under Fed. R. Evid. 701, 702.

### C.    Estimated Time

- Defendants estimate 15 minutes for direct examination.
- To the extent that the Court allows testimony from Damon Dash, Yuga Labs estimates 5-10 minutes for cross examination.

## VI.    PATRICK EHRLUND

Defendants may call Patrick Ehrlund through deposition testimony.

### A.    Defendants' Description of Anticipated Testimony

Mr. Ehrlund is a former Yuga Labs executive. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, and Yuga's lack of damages.

### B.    Yuga Labs' Objections

Yuga Labs objects to Mr. Ehrlund's testimony as irrelevant and unnecessary in this litigation. Fed. R. Evid. 401, 402, 403. Mr. Ehrlund has testified that he does not have relevant personal knowledge on Defendants' topics such that his lay opinion testimony is appropriate for this litigation under Fed. R. Evid. 602, 701.

For example, Mr. Ehrlund joined Yuga Labs months after the creative development of the BAYC NFT Collection and the BAYC Marks and has explicitly testified that he has no insight on the origin of the collection or the BAYC Marks.  Yuga Labs further objects to Defendants' proffered scope of Mr. Ehrlund's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, abandonment and purported competing products.  *See, e.g.*, Order at 9-10.  Yuga Labs also objects to Defendants' proffered scope of Mr. Ehrlund's deposition testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Finally, Yuga Labs objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

### C.    Estimated Time

- Defendants estimate 10 minutes for his deposition testimony.
- To the extent that the Court allows testimony from Patrick Ehrlund, Yuga Labs estimates 10 minutes for direct examination.

## VII.   IAN GARNER

Plaintiff Yuga Labs may call Ian Garner through deposition testimony.

### A.    Yuga Labs' Description of Anticipated Testimony

Mr. Garner worked as Mr. Ripps' assistant when the RR/BAYC NFTs were available for initial sales, or mints.  Mr. Garner is expected to testify regarding his work for Mr. Ripps, including his involvement in the minting of the RR/BAYC NFTs, which proves false Mr. Ripps' advertisement that he was personally "hand minting" RR/BAYC NFTs.

### B.    Defendants' Objections

Defendants object to Plaintiff calling Mr. Garner via deposition because nothing indicates that he is unavailable for trial.

## C.    Estimated Time

- Yuga Labs estimates 10-15 minutes for his deposition testimony.
- To the extent the Court allows Yuga to call Mr. Garner, Defendants estimate 5 minutes for cross examination.

# VIII.  RYAN HICKMAN

Plaintiff Yuga Labs may call Ryan Hickman through deposition testimony. Defendants will call Ryan Hickman live (in person).

## A.    Yuga Labs' Description of Anticipated Testimony

Mr. Hickman is one of the members of the team responsible for the creation, promotion, and sale of RR/BAYC NFTs and Ape Market.  He is expected to testify regarding confusion resulting from Defendants' use of the BAYC Marks to support Yuga Labs' expert's damages testimony; and Defendants' revenue and profits from initial sales and secondary sales of RR/BAYC NFTs.

Yuga Labs objects to any in-person testimony by Mr. Hickman in light of his failure to produce documents in violation of the Court's March 14, 2023 Order (Dkt. 29) in *Yuga Labs Inc. v. Ripps et al.*, No. 2:23-cv-00010-APG-NJK (D. Nev.), which provided that "Hickman is CAUTIONED that he must comply with this order and that failure to do so may result in the imposition of significant sanctions, including potentially a finding of contempt."   Mr. Hickman's failure to produce documents deprived Yuga Labs of the Court-ordered supplemental deposition and it is the subject of Yuga Labs' pending Motion for Sanctions (Dkt. 33).  Furthermore, Yuga Labs objects to Defendants' proffered scope of Mr. Hickman's testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, Defendants' intent and Defendants' purported good faith.  *See, e.g.*, Order at 13, 15, 16.  Yuga Labs further objects to Defendants' proffered scope of Mr. Hickman's testimony to the extent it is covered by Yuga

Labs' Motions *in limine* Nos. 1-5.  Yuga Labs also objects to Mr. Hickman's
testimony to the extent he purports to offer expert testimony regarding consumer
confusion or the impact of the Defendants' infringement on the NFT market.  Fed.
R. Evid. 701, 702.

### B.    Defendants' Description of Anticipated Testimony

Mr. Hickman is a software programmer and a partner in the RR/BAYC
Project. He will testify concerning the intent behind the RR/BAYC Project
(including RR/BAYC NFTs), representations made in connection with the
RR/BAYC Project (including representations concerning RR/BAYC NFTs), the
intent behind representations made in connection with the RR/BAYC Project
(including representations concerning RR/BAYC NFTs), the absence of any
consumer confusion, Mr. Ripps's and Mr. Cahen's good faith in connection with
the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the
RR/BAYC Project and RR/BAYC NFTs on the NFT market.

### C.    Estimated Time

- Yuga Labs estimates 10-15 minutes for his deposition testimony.
- Defendants estimate 15 minutes for additional deposition testimony.
- Defendants estimate 30 minutes for direct examination.
- Yuga Labs estimates 10-15 minutes for cross examination.

## IX.   LAUREN KINDLER

Plaintiff Yuga Labs will call Lauren Kindler live (in person).

### A.    Yuga Labs' Description of Anticipated Testimony

Ms. Kindler is a Managing Principal at Analysis Group, Inc. and an
economics and damages expert affiliated with the group.  She will provide
testimony regarding Yuga Labs' damages and/or remedies associated with
Defendants' wrongful conduct, including but not limited to, Defendants' profits
associated with the wrongful conduct, Yuga Labs' lost profits, Yuga Labs'

corrective advertising expenses, unjust enrichment to Defendants, and harm to Yuga Labs.

### B.    Estimated Time

- Yuga Labs estimates 60-120 minutes for direct examination.
- Defendants estimate 60 minutes for cross examination.

## X.    THOMAS LEHMAN

Plaintiff Yuga Labs may call Thomas Lehman either live (in person) or through deposition testimony.

Defendants may call Thomas Lehman through deposition testimony.

### A.    Yuga Labs' Description of Anticipated Testimony

Mr. Lehman is one of the members of the team responsible for the creation, sale, and promotion of RR/BAYC NFTs and Ape Market.  He is expected to testify regarding the Defendants' promotion, marketing and sale of RR/BAYC NFTs to Yuga Labs' customers; and Defendants' revenue and profits from initial sales and secondary sales of RR/BAYC NFTs.

Yuga Labs objects to Defendants' proffered scope of Mr. Lehman's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, Defendants' intent and Defendants' purported good faith.  *See, e.g.*, Order at 13, 15, 16.  Yuga Labs further objects to Defendants' proffered scope of Mr. Lehman's deposition testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Yuga Labs also objects to Mr. Lehman's testimony to the extent he purports to offer expert testimony regarding consumer confusion or the impact of the Defendants' infringement on the NFT market.  Fed. R. Evid. 701, 702.  Finally, Yuga Labs objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

**B.    Defendants' Description of Anticipated Testimony**

Mr. Lehman is a software programmer and a partner in the RR/BAYC Project. He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market, and the circumstances under which Yuga obtained a declaration from him.

Defendants object to Yuga calling Mr. Lehman via deposition testimony because Mr. Lehman is not unavailable to appear for trial on Yuga's behalf.  Yuga has secured and agreement with Mr. Lehman that he will personally appear at trial.

**C.    Estimated Time**

- Yuga Labs estimates 5-10 minutes for either direct examination or his deposition testimony.
- To the extent the Court allows Yuga to call Mr. Lehman live, Defendants estimate 5 minutes for cross examination.
- Defendants estimate 15 minutes for his deposition testimony.
- Yuga Labs estimates 10-15 minutes for cross examination.

**XI.    NICOLE MUNIZ**

Plaintiff Yuga Labs will call Nicole Muniz live (in person).

Defendants will call Nicole Muniz through deposition testimony.

**A.    Yuga Labs' Description of Anticipated Testimony**

Ms. Muniz is the former chief executive officer of Yuga Labs and is currently an advisor to Yuga Labs.  She is expected to provide testimony regarding

the BAYC brand, including marketing and advertising efforts by Yuga Labs in connection with the brand and the value of the brand; the value of the BAYC brand and the BAYC Marks and Yuga Labs' use of the BAYC brand and BAYC Marks in the promotion and sale of its products and services; the harm to Yuga Labs from Defendants' RR/BAYC NFTs, including corrective advertising measures undertaken and foreseeable future corrective advertising required; Defendants' false and misleading statements advertising their RR/BAYC NFTs; and the harm to Yuga Labs' in the marketplace from Defendants' RR/BAYC NFTs and false and misleading promotion of the same.

Yuga Labs objects to Defendants' proffered scope of Ms. Muniz's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, abandonment and purported competing products. *See, e.g.*, Order at 9-10. Yuga Labs further objects to Defendants' proffered scope of Ms. Muniz's deposition testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5. Yuga Labs further objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

### B.  Defendants' Description of Anticipated Testimony

Ms. Muniz is the former CEO of Yuga Labs. She will testify by video deposition about the topics designated in her deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising, and Yuga's lack of damages.

### C.    Estimated Time

- Yuga Labs estimates 20-40 minutes for direct examination.
- Defendants estimate 30 minutes for cross examination.
- Defendants estimate 20 minutes for her deposition testimony.

## XII.   LAURA O'LAUGHLIN

Plaintiff Yuga Labs will call Laura O'Laughlin live (in person).

### A.    Yuga Labs' Description of Anticipated Testimony

Ms. O'Laughlin is both Vice President of Analysis Group, Inc. and an expert affiliated with the group.  She will provide testimony regarding confusion resulting from Defendants' infringing use of the BAYC Marks and the two surveys she conducted and designed showing likelihood of confusion, which support Lauren Kindler's damages' opinion.

### B.    Defendants' Objections

Defendants object to any expert testimony from Ms. O'Laughlin because her expert opinion is internally inconsistent and thus inadmissible under Federal Rule of Evidence 702, as explained in Defendants motion *in limine*.

### C.    Estimated Time

- Yuga Labs estimates 15-20 minutes for direct examination.
- To the extent the Court allows testimony from Ms. O'Laughlin, Defendants estimate 10 minutes for cross examination.

## XIII.  GUY OSEARY

Defendants may call Guy Oseary either live (in person) or through deposition testimony.

### A.    Defendants' Description of Anticipated Testimony

Mr. Oseary is a Yuga partner known as the "King of NFTs." He will testify either live or by deposition concerning the topics designated in his deposition

transcript, including the nature of NFTs, Yuga's mechanism for profiting from NFT resales, Yuga's marketing of its BAYC NFT collection, the absence of any consumer confusion, the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market, channels of trade through which Yuga Labs offers its goods and services, alleged harm caused by Defendants' infringement of the BAYC Marks, and alleged harm caused by Defendants' creation, promotion, advertising, and marketing sale of RR/BAYC NFTs.

### B.   Yuga Labs' Objections

Yuga Labs objects to Mr. Oseary's testimony as irrelevant and unnecessary in this litigation.  Fed. R. Evid. 401, 402, 403.  Mr. Oseary testified in his deposition that he does not have personal knowledge or relevant information on any of the topics in Defendants' anticipated testimony summary.  Yuga Labs further objects on the basis that Defendants' inclusion of Mr. Oseary as a potential witness is harassing.  The Defendants' description and scare quotes therein, reveals their harassing purpose.  The Defendants have also already identified multiple percipient witnesses, including three founders, and the former CEO of Yuga Labs as witnesses for trial.  The claimed basis for Mr. Oseary's testimony is duplicative to the testimony of others.  The actual basis, however, is to further harass Yuga Labs and its business partners through this litigation regarding irrelevant and decided issues.

Yuga Labs objects to Defendants' proffered scope of Mr. Oseary's testimony to the extent it covers issues or arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs.  *See* Order.  Yuga Labs further objects to Defendants' proffered scope of Mr. Oseary's testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Yuga Labs further objects to Mr. Oseary's testimony to the extent Defendants seek to proffer his testimony as improper expert testimony under Fed. R. Evid. 701, 702.  Yuga Labs objects to Mr. Oseary's testimony to the extent Defendants' proffered scope of his testimony is inconsistent with their deposition

designations.  Finally, Yuga Labs further objects to Defendants' time allocation in light of the hours of deposition testimony designated by Defendants.

### C.     Estimated Time

- Defendants estimate 20 minutes for direct examination.
- To the extent that the Court allows testimony from Guy Oseary, Yuga Labs estimates 5-10 minutes for direct examination.

## XIV.  RODNEY RIPPS

Plaintiff Yuga Labs may call Rodney Ripps live (in person).

### A.     Yuga Labs' Description of Anticipated Testimony

Rodney Ripps is one of the only two members of LIVE9000, LLC, the corporation to which Defendant Ryder Ripps transferred his proceeds from RR/BAYC NFTs.  Rodney Ripps may testify regarding LIVE9000, LLC, including but not limited to the formation of the LLC and his role in the LLC, which prove false Ryder Ripps' promotion of RR/BAYC NFTs as related to Live9000, LLC.

### B.     Defendants' Objections

Defendants object to Yuga calling Rodney Ripps live because Yuga has failed to serve Rodney Ripps with an operative subpoena to testify at trial, and Rodney Ripps is a resident of New York and not within the subpoena power of the Court.  Defendants further object because Yuga is aware that Rodney Ripps has nothing to testify about LIVE9000 and that Yuga is improperly using the litigation process to harass Rodney Ripps simply because he is the elderly father of Defendant Ryder Ripps.

### C.     Estimated Time

- Yuga Labs estimates 10-15 minutes for direct examination.
- To the extent the Court allows Yuga to call Rodney Ripps, Defendants estimate 5 minutes for cross examination.

## XV.   RYDER RIPPS

Plaintiff Yuga Labs will call Ryder Ripps through deposition testimony.
Defendants will call Ryder Ripps live (in person).

### A.   Yuga Labs' Description of Anticipated Testimony

Ryder Ripps is one of the members of the team responsible for the creation, marketing, and promotion for sale of RR/BAYC NFTs and Ape Market.  He is expected to testify regarding the relationship or connection between RR/BAYC NFTs and Ape Market; Defendants' revenue and profits from initial sales and secondary sales of RR/BAYC NFTs; and false or misleading promotional statements he has made regarding RR/BAYC NFTs and Ape Market.

Yuga Labs objects to Defendants' proffered scope of Mr. Ripps' testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, Defendants' intent and Defendants' purported good faith.  *See, e.g.*, Order at 13, 15, 16.  Yuga Labs further objects to Defendants' proffered scope of Mr. Ripps' testimony to the extent it is covered by Yuga Labs' Motions *in limine* Nos. 1-5.  Yuga Labs objects to Mr. Ripps' testimony to the extent he purports to offer expert testimony relating to the profits, costs, or damages in this case—including profits and costs to which the Defendants failed to provide the requested discovery.  Fed. R. Evid. 701, 702; Fed. R. Civ. P. 26. Yuga Labs similarly objects to Mr. Ripps' testimony to the extent he purports to offer expert testimony regarding consumer confusion or the impact of the Defendants' infringement on the NFT market.  Fed. R. Evid. 701, 702.

### B.   Defendants' Description of Anticipated Testimony

Mr. Ripps is a recognized visual artist known for creating artwork that comments on the boundaries between art, the internet, and commerce, the originator of the RR/BAYC Project, and a defendant in this case. He will testify concerning the origin of and intent behind the RR/BAYC Project (including RR/BAYC NFTs),

costs and profits from the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Ripps's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market.

### C.      Estimated Time

- Yuga Labs estimates 15-30 minutes for his deposition testimony.
- Defendants estimate 5 minutes of additional deposition testimony.
- Defendants estimate 1.5 hours for direct examination.
- Yuga Labs estimates 30-45 minutes for cross-examination.

## XVI.  GREGORY SOLANO

Plaintiff Yuga Labs will call Gregory Solano live (in person).

Defendants may call Gregory Solano through deposition testimony.

### A.      Yuga Labs' Description of Anticipated Testimony

Mr. Solano is a co-founder of Yuga Labs and the Bored Ape Yacht Club NFT collection, and the current co-president of Yuga Labs.  He is expected to provide testimony regarding an explanation of Yuga Labs and the BAYC brand; the value of the BAYC brand and the BAYC Marks; Yuga Labs' marketing collaborations and partnerships with other brands; Defendants' false advertisement of RR/BAYC NFTs and Ape Market; and harm to Yuga Labs through the promotion and sale of RR/BAYC NFTs and Ape Market.

Yuga Labs objects to Defendant's proffered scope of Mr. Solano's deposition testimony regarding issues and arguments that Defendants are barred from raising in light of the Court's rulings in its Order granting summary judgment in favor of Yuga Labs, including but not limited to, abandonment and purported competing

1   products.  *See, e.g.*, Order at 9-10.  Yuga further objects to Defendants' proffered

2   scope of Mr. Solano's deposition testimony to the extent it is covered by Yuga

3   Labs' Motions *in limine* Nos. 1-5.  Yuga Labs also objects to Defendants' time

4   allocation in light of the hours of deposition testimony designated by Defendants.

5              **B.      Defendants' Description of Anticipated Testimony**

6              Mr. Solano is a founder of Yuga Labs. He will testify by video deposition

7   about the topics designated in his deposition transcript, including Yuga's

8   abandonment of its rights in its intellectual property, the origin and content of

9   Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly

10  designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's

11  NFT products, the impact of competing products on Yuga, Yuga's responses to

12  competing products using purportedly confusingly similar marks and/or misleading

13  statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising,

14  and Yuga's lack of damages.

15             **C.      Estimated Time**

16             • Yuga Labs estimates 30-45 minutes for direct examination.

17             • Defendants estimate 30 minutes for cross examination.

18             • Defendants estimate 20 minutes for deposition testimony.

Dated:  May 25, 2023                 FENWICK & WEST LLP

                                     By: _/s/ Eric Ball_
                                         Eric Ball
                                         Attorneys for Plaintiff
                                         YUGA LABS, INC.


Dated:  May 25, 2023                 WILMER CUTLER PICKERING HALE
                                     AND DORR LLP


                                     By: _/s/ Louis W. Tompros_
                                         Louis W. Tompros
                                         *Attorneys for Defendants*
                                         *Ryder Ripps and Jeremy Cahen*


## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

Dated:  May 25, 2023                 FENWICK & WEST LLP

                                     By: _/s/ Eric Ball_
                                         Eric Ball
                                         Attorneys for Plaintiff
                                         YUGA LABS, INC.