UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>        Defendants. | Case No.: 2:22-Cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE REFERENCES TO DEFENDANTS' PURPORTED ARTISTIC INTENT** |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion *in Limine* No. 2 to Exclude References to Defendants' Purported Artistic Intent, as well as the arguments of the parties at the motion hearing conducted on June 16, 2023, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion *in Limine* No. 2 is **GRANTED**;

2. Defendants shall not argue, offer into evidence, or seek to elicit testimonial or documentary evidence regarding the purported artistic intent or purpose behind the RR/BAYC NFTs or Ape Market, including but not limited to characterizations of the RR/BAYC NFTs or Ape Market as "art," an "art project," a "project," or "the RR/BAYC Project"; and

3. The following exhibits shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' purported artistic intent: JTX-215; JTX-219; JTX-249; JTX-262; JTX-313; JTX-316; JTX-2005; JTX-2025; JTX-2026; JTX-2028; JTX-2029; JTX-2030; JTX-2031; JTX-2032; JTX-2033; JTX-2034; JTX-2035; JTX-2036; JTX-2037; JTX-2038; JTX-2039; JTX-2045; JTX-2085; JTX-2086; JTX-2093; JTX-2095; JTX-2098; JTX-2099; JTX-2100; JTX-2101; JTX-2102; JTX-2103; JTX-2104; JTX-2105; JTX-2115; JTX-2121; JTX-2132; JTX-2139; JTX-2140; JTX-2141; JTX-2142; JTX-2143; JTX-2144; JTX-2162; JTX-2164; JTX-2165; JTX-2168; JTX-2283; JTX-2315; JTX-2316; JTX-2320; JTX-2321; JTX-2332; JTX-2333; JTX-2502; JTX-2518; JTX-2520; JTX-2586; JTX-2588; JTX-2589; JTX-2590; JTX-2591; JTX-2592; JTX-2593; JTX-2595; JTX-2596; JTX-2597; JTX-2598; JTX-2599; JTX-2600; JTX-2641; JTX-2643; JTX-2644; JTX-2645; JTX-2646; JTX-2649; JTX-2650; JTX-2653; JTX-2654; JTX-2657; JTX-2658; JTX-2659; JTX-2660; JTX-2661; JTX-2663; JTX-2664; JTX-2665; JTX-2666.

4. The following excerpts of deposition testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' purported artistic intent:

- Deposition of Wylie Aronow: 127:8–9; 266:15–18.
- Deposition of Kerem Atalay: 172:19–21, 25; 173:1–3, 6–8.
- Deposition of Thomas Lehman: 13:6–25; 14:5–25; 15:1–8; 21:7–17; 22:13–15; 38:22–25; 39:1–12; 41:6–25; 42:1–25; 43:1–25; 44:3–14; 46:12–23; 47:20–25; 48:1–25; 49:1–22; 50:1–22; 52:1–25; 53:1–25; 54:1–25; 55:1–25; 56:1–24; 57:15–25; 58:1–25; 59:1–25; 60:1–24; 70:10–25; 71:1–17; 72:22–23; 73:1–16; 79:10–25; 80:1–12; 139:9–24; 147:1–13, 21–25; 148:1–9; 151:5–25; 176:5–25; 177:1–5, 19–25; 178:1–25; 179:1–13; 193:13–25; 194:1–25; 195:1–9; 196:1–21.
- Deposition of Nicole Muniz: 255:19–20, 23–25; 256:1–6, 8–11.
- Deposition of Guy Oseary: 27:18–23; 30:5–12, 15–25; 31:1–4; 187:1–5, 7–10.
- Deposition of Greg Solano: 156:22–23, 25; 157:1–2, 5–6.

5. The following testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish Defendants' purported artistic intent:

- Ryder Ripps: "He will testify concerning the origin of and intent behind the RR/BAYC Project (including RR/BAYC NFTs)…"; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)", and "Mr. Ripps's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."
- Jeremy Cahen: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs)…"; "the intent behind representations made in connection with the RR/BAYC Project

(including representations concerning RR/BAYC NFTs)", and "Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."

- Ryan Hickman: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs). . ."; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)", and "Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."
- Thomas Lehman: "He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs). . ."; "the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs)", and "Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs)."
- Damon Dash: "He will testify concerning his understanding of the intent behind the RR/BAYC Project (including RR/BAYC NFTs) as a consumer in the industry."

**IT IS SO ORDERED.**

Dated: _____

Honorable John F. Walter
United States District Court Judge