ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF KIMBERLY CULP IN SUPPORT OF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE REFERENCES TO DEFENDANTS' PURPORTED ARTISTIC INTENT**<br><br>Date:        June 16, 2023<br>Time:        8 a.m.<br>Courtroom:   7A<br>Judge:       Honorable John F. Walter<br><br>Pretrial Conf. Date: June 9, 2023<br>Trial Date:  June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10

11 Attorneys for Plaintiff
   YUGA LABS, INC.

I, Kimberly Culp, declare as follows:

1. I am an attorney admitted to practice in California and am an attorney with the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this declaration in support of Yuga Labs' Motion *in limine* No. 2 to Exclude References to Defendants' Purported Artistic Intent.

3. On May 3, 2023, I sent a letter to Louis Tompros, Monica Grewal, Scott Bertulli, Tyler P. Carroll, Derek A. Gosma, and Henry Michael Nikogosyan, counsel for Defendants, identifying, among other topics, the exclusion of evidence or argument getting to Defendant Ripps' purported artistic intent behind the RR/BAYC NFTs as a potential topic for a motion *in limine*.

4. On May 9, 2023, lead counsel for Yuga Labs, Eric Ball, along with myself and Anthony Fares, counsel of record for Yuga Labs, met and conferred by videoconference with lead counsel for Defendants, Louis Tompros, who was accompanied by Derek Gosma, Henry Nikogosyan, and Ambroise Decilap about the subject of my May 3, 2023 letter, among other issues. During the meet and confer, lead counsel discussed the substance of this motion *in limine* and confirmed that a dispute exists. Specifically, lead counsel for Defendants confirmed that they plan to present evidence or argument that Defendants had a good faith intent behind the RR/BAYC NFTs and believed that their infringing activity was art, and that they intend to question witnesses on this issue.

5. Therefore, through this motion *in limine*, Yuga Labs seeks the exclusion of argument or evidence relating to the purported artistic intent or purpose behind the RR/BAYC NFTs or Ape Market, including but not limited to characterizations of the RR/BAYC NFTs or Ape Market as "art," an "art project," a "project," or "the

RR/BAYC Project." Yuga Labs moves to exclude this evidence because it is inadmissible under Fed. R. Evid. 401, 402, 403, 701, and 702.

6. Yuga Labs would be unfairly prejudiced by the introduction of, or attempted introduction of, evidence or argument about Defendants' purported artistic intent in creating and promoting the RR/BAYC NFTs or Ape Market because the jury may determine that Defendants' actions were somehow justified, contrary to what this Court already concluded in ruling on Yuga Labs' Motion for Summary Judgment. *See* Dkt. 225. Additionally, such argument or evidence would be offered solely to explain why Defendants infringed on Yuga Labs' BAYC Marks, which does not change the fact that "Defendants knowingly and intentionally used Yuga's BAYC Marks . . . in an effort to confuse consumers," and, in the process, caused harm to Yuga Labs and its BAYC brand. Dkt. 225 at 12. Allowing Defendant to relitigate the issues of Defendants' intentional infringement and purported artistic expression, which have already been decided by the Court, would also prejudice Yuga Labs because Yuga Labs would be forced to respond with counterarguments as to why Defendants' promotion and sale of RR/BAYC NFTs and Ape Market were not "art" or not done in good faith, thereby wasting time.

7. Given the volume of exhibits Defendants intend to introduce on this topic, Yuga Labs will identify Defendants' exhibits subject to this motion *in limine* by lodging with the Court a single USB drive, consistent with the Notice of Loding filed with the Court today, that includes on it true and correct copies of the Defendants' proposed trial exhibits that are the subject of Yuga Labs' five motions *in limine*. Included therein, and referenced as **Exhibit 1** to this motion *in limine*, is a folder entitled "MIL 2 (Exhibit 1) Defendants' Exhibits to Exclude."

8. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' witness summaries from May 3, 2023.

9. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Ryder Ripps' deposition transcript.

10. Attached hereto as **Exhibit 4** is a true and correct copy of a text exchange between Defendants, bearing production number RIPPSCAHEN00026004 (JTX-1574).

11. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Jeremy Cahen's deposition transcript.

12. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Ryan Hickman's deposition transcript.

13. Attached hereto as **Exhibit 7** is a true and correct copy of redacted excerpts from Greg Solano's deposition transcript.

14. Attached hereto as **Exhibit 8** is a true and correct copy of redacted excerpts from Nicole Muniz's deposition transcript.

15. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from Defendants' objections to Yuga Labs' proposed jury instructions.

16. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from Defendants' revisions to the parties' joint proposed jury instructions.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on May 25, 2023.

*/s/ Kimberly Culp*
Kimberly Culp