# Exhibit 1

# Lodged with the Court as a USB Drive

Exhibit 1
Pg. 4