# Exhibit 2

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Yuga Labs, Inc.,

Plaintiff and Counterclaim Defendant,

v.

Ryder Ripps, Jeremy Cahen,

Defendants and Counterclaim Plaintiffs.

CASE NO. 2:22-cv-04355-JFW-JEM

**DEFENDANTS' WITNESS SUMMARIES AND TIME**

Judge: Hon. John F. Walter

Pre-Trial Conference Date: June 9, 2023
MIL Hearing Date: June 16, 2023
Trial Date: June 27, 2023



Exhibit 2
Pg. 6

Pursuant to FRCP 26(a)(3)(A) and Local Rule 16-5, Defendants Mr. Ripps and Mr. Cahen set forth below their anticipated witness list, summaries, and expected time for testimony at trial. Defendants also reserve the right to call any individuals who may be listed on Plaintiff's witness list, without waiving any right to object to Plaintiff's presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony. Defendants reserve the right to modify, supplement, or amend their witness list in response to Plaintiff's witness list, or any other circumstances that may occur between now and the conclusion of trial.

At this time, Defendants identify the following witnesses for trial.

| Witness Name | Mode | Summary | Time |
|---|---|---|---|
| Ryder Ripps | Live | Mr. Ripps is a recognized visual artist known for creating artwork that comments on the boundaries between art, the internet, and commerce, the originator of the RR/BAYC Project, and a defendant in this case. He will testify concerning the origin of and intent behind the RR/BAYC Project (including RR/BAYC NFTs), costs and profits from the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the | Length of Direct: 1.5 hours<br><br>Length of Cross:<br><br>Total: |

| | | | |
|---|---|---|---|
| | | RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Ripps's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market. | |
| Jeremy Cahen | Live | Mr. Cahen is a well-known in the cryptocurrency industry, a partner in the RR/BAYC Project, and a defendant in this case. He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs), costs and profits from the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including | Length of Direct: 1 hour<br><br>Length of Cross:<br><br>Total: |

| | | | |
|---|---|---|---|
| | | representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market. | |
| Ryan Hickman | Live | Mr. Hickman is a software programmer and a partner in the RR/BAYC Project. He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations | Length of Direct: 30 minutes<br><br>Length of Cross:<br><br>Total: |

| | | | |
|---|---|---|---|
| | | concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Ripps's and Mr. Cahen's good faith in connection with the RR/BAYC Project (including RR/BAYC NFTs), and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market. | |
| Thomas Lehman | Deposition | Mr. Lehman is a software programmer and a partner in the RR/BAYC Project. He will testify concerning the intent behind the RR/BAYC Project (including RR/BAYC NFTs), representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the intent behind representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs), the absence of any consumer confusion, Mr. Ripps's and Mr. Cahen's good faith in connection | Length of Direct: 15 minutes<br><br>Length of Cross:<br><br>Total: |

| | | | |
|---|---|---|---|
| | | with the RR/BAYC Project (including RR/BAYC NFTs), the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market, and the circumstances under which Yuga obtained a declaration from him. | |
| Damon Dash | Live | Mr. Dash is an entrepreneur with experience in the NFT space. He will testify concerning his understanding of the intent behind the RR/BAYC Project (including RR/BAYC NFTs) as a consumer in the industry, his understanding of representations made in connection with the RR/BAYC Project (including representations concerning RR/BAYC NFTs) as a consumer in the industry, the absence of any consumer confusion, and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market. | Length of Direct: 15 minutes<br><br>Length of Cross:<br><br>Total: |
| Nicole Muniz | Deposition | Ms. Muniz is the former CEO of Yuga Labs. She will testify by video deposition about the topics | Length of Direct: 20 minutes |

| | | | |
|---|---|---|---|
| | | designated in her deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising, and Yuga's lack of damages. | Length of Cross:<br><br>Total: |
| Greg Solano | Deposition | Mr. Solano is a founder of Yuga Labs. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin | Length of Direct: 20 minutes<br><br>Length of Cross: |

| | | | |
|---|---|---|---|
| | | and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising, and Yuga's lack of damages. | Total: |
| Guy Oseary | Live or by Deposition | Mr. Oseary is a Yuga "partner" known as the "King of NFTs." He will testify either live or by deposition concerning the topics designated in his deposition transcript, including the nature of NFTs, Yuga's mechanism for profiting from NFT resales, Yuga's marketing of its BAYC NFT collection, the absence of any consumer | Length of Direct: 20 minutes<br><br>Length of Cross:<br><br>Total: |

| | | | |
|---|---|---|---|
| | | confusion, and the impact of the RR/BAYC Project and RR/BAYC NFTs on the NFT market. | |
| Wylie Aronow | Deposition | Mr. Aronow is a founder of Yuga Labs. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, Yuga's alleged financial harm, Yuga's lack of corrective advertising, and Yuga's lack of damages. | Length of Direct: 20 minutes<br><br>Length of Cross:<br><br>Total: |
| Kerem Atalay | Deposition | Mr. Atalay is a founder of Yuga | Length of |

| | | | |
|---|---|---|---|
| | | Labs. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, and Yuga's lack of damages. | Direct: 10 minutes<br><br>Length of Cross:<br><br>Total: |
| Patrick Ehrlund | Deposition | Mr. Ehrulnd is a former Yuga Labs executive. He will testify by video deposition about the topics designated in his deposition transcript, including Yuga's abandonment of its rights in its | Length of Direct: 10 minutes<br><br>Length of Cross: |

| | | | |
|---|---|---|---|
| | | intellectual property, the origin and content of Yuga's Bored Ape Yacht Club NFT collection, the origin of the marks purportedly designating Yuga's Bored Ape Yacht Club NFT collection, the nature of Yuga's NFT products, the impact of competing products on Yuga, Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements, and Yuga's lack of damages. | Total: |

Dated: May 3, 2023

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (pro hac vice)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via email on May 3, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000