# Exhibit 3

Exhibit 3
Pg. 19

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
   _____
                                      )
   YUGA LABS, INC.,                   )CASE NO.:
                                      )
                       Plaintiff,     )2:18-cv-00514-
                                      )ACA'22-cv-04355-
              v.                      )JFW-JEM
                                      )
   RYDER RIPPS, JEREMY CAHEN, DOES    )
   1-10,                              )
                                      )
                       Defendants.    )
                                      )
   _____)


         ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
                 ATTORNEYS' EYES ONLY **



                 DEPOSITION OF RYDER RIPPS
                          VOLUME I
                 LOS ANGELES, CALIFORNIA
                 THURSDAY, JANUARY 12, 2023



   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                  CSR NO. 14125
   JOB NO.:       5613911
```

Page 1

Veritext Legal Solutions
866 299-5127

**Exhibit 3**
**Pg. 20**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
     _____
 5                                      )
     YUGA LABS, INC.,                   )CASE NO.:
 6                                      )
                       Plaintiff,       )2:18-cv-00514-
 7                                      )ACA'22-cv-04355-
                 v.                     )JFW-JEM
 8                                      )
     RYDER RIPPS, JEREMY CAHEN, DOES    )
 9   1-10,                              )
                                        )
10                     Defendants.      )
     _____)
11
12
13
14
15      DEPOSITION OF RYDER RIPPS, VOLUME I
16      TAKEN ON BEHALF OF THE PLAINTIFF
17      IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18      9:07 A.M. AND ENDING AT 6:19 P.M., ON
19      THURSDAY, JANUARY 12, 2023, BEFORE
20      NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21      REPORTER NUMBER 14125.
22
23
24
25
                                              Page 2
```

```
 1                    A P P E A R A N C E S
 2
 3     FOR THE PLAINTIFF, YUGA LABS, INC.:
 4          FENWICK & WEST, LLP
            BY:  ERIC BALL, ESQ.
 5          BY:  ANTHONY FARES, ESQ.
            801 CALIFORNIA STREET
 6          MOUNTAIN VIEW, CALIFORNIA  94041
            (650) 988-8500
 7          EBALL@FENWICK.COM
            AFARES@FENWICK.COM
 8
 9     FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
       DOES 1-10:
10
            WILMER CUTLER PICKERING HALE AND DORR
11          BY:  LOUIS TOMPROS, ESQ.
            60 STATE STREET
12          BOSTON, MASSACHUSETTS  02109
            (617) 526-6886
13          LOUIS.TOMPROS@WILMERHALE.COM
14
15     ALSO PRESENT:
16          RICHARD SMITH, VIDEOGRAPHER;
17          JEREMY CAHEN, DEFENDANT
18
19
20
21
22
23
24
25
                                              Page 3
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   circumstances of all of the times they were          09:15:24
 2   delisted.  I know at least twice they were delisted  09:15:27
 3   from fraudulent DMCA complaints.                     09:15:33
 4        Q.   Did you promote --                         09:15:36
 5        A.   I -- I never -- sorry.                     09:15:42
 6        Q.   Did you promote the delistings on your     09:15:43
 7   Twitter page of -- from OpenSea?                     09:15:47
 8             MR. TOMPROS:  I object.  Vague.            09:15:49
 9        A.   Yeah, the -- the question of did I         09:15:50
10   promote, I don't -- I don't know if I would          09:15:53
11   characterize any of it as a promotion.  So I -- I    09:15:57
12   don't know.  I might have talked or mentioned that   09:16:01
13   that was something that had happened, and to the     09:16:04
14   extent at which I had said that, I would have to     09:16:08
15   understand the context and the moment of that        09:16:13
16   specific tweet if I had made a tweet.                09:16:17
17        Q.   Did you ever have any discussions with     09:16:21
18   Mr. Cahen about how being banned from marketplaces   09:16:28
19   would help promote the RR/BAYC project?              09:16:31
20        A.   That's possible.  I wouldn't use the word  09:16:37
21   "promote," though.  This word, I don't know what --  09:16:40
22   it usually has to do with, like, goods and services  09:16:44
23   and stuff like that, and RR/BAYC is an art piece,    09:16:47
24   and it's a performance, and it's an expression.      09:16:51
25             So in the extent that you would advance an 09:16:53
```

| | | |
|---|---|---|
| 1 | part, to be able to give away. | 09:25:53 |
| 2 | Q. What is that artwork you refer to here? | 09:25:55 |
| 3 | A. It's an NFT project, which is a | 09:25:58 |
| 4 | non-fungible token, called "RR/BAYC." In order to | 09:26:01 |
| 5 | identify the work itself, I'll have to verify the | 09:26:06 |
| 6 | blockchain and verify the contract address of that | 09:26:09 |
| 7 | work because by nature, NFTs are non-fungible, which | 09:26:13 |
| 8 | means that one is not equal to the other; so they | 09:26:21 |
| 9 | can't be copied. And I've actually been involved in | 09:26:24 |
| 10 | digital art for, quote, "some time." Probably | 09:26:28 |
| 11 | professionally since 2009, and I was at the | 09:26:35 |
| 12 | conference where NFTs were invented by Kevin McCoy | 09:26:37 |
| 13 | and Anil Dash. | 09:26:42 |
| 14 | And to me, the power of NFT has always | 09:26:43 |
| 15 | been the same power that they put forth in that | 09:26:46 |
| 16 | conference, which was the power of provenance and | 09:26:50 |
| 17 | showing what things mean based on their context. | 09:26:54 |
| 18 | So -- sorry. Does that answer your | 09:26:58 |
| 19 | question? | 09:27:02 |
| 20 | Q. You say down below, "I needed to be able | 09:27:03 |
| 21 | to promote this." | 09:27:08 |
| 22 | A. Yes. To promote those ideas about -- | 09:27:10 |
| 23 | about promoting the ideas behind my art, which -- | 09:27:13 |
| 24 | which the artwork has actually been very effective | 09:27:17 |
| 25 | in doing. I think the artwork has helped people | 09:27:20 |

Page 22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | understand the insidious fraud behind Yuga Labs, | 09:27:23 |
| 2 | that the -- the disgusting messaging, the | 09:27:30 |
| 3 | connections between all Yuga Labs fraudulent | 09:27:32 |
| 4 | partners such as FTX, such as Fenwick & West, who is | 09:27:35 |
| 5 | before me now who established ApeCoin, which is an | 09:27:40 |
| 6 | unregistered security. | 09:27:43 |
| 7 |     So, yeah, there are a lot of things that | 09:27:45 |
| 8 | with my art I would like to express.  And in this | 09:27:46 |
| 9 | case, I am using the word "promote."  I would like | 09:27:52 |
| 10 | to promote those ideas. | 09:27:55 |
| 11 |     Q.   And did you ever want to promote those | 09:27:56 |
| 12 | ideas to people in the press? | 09:27:59 |
| 13 |     A.   Promote what ideas? | 09:28:01 |
| 14 |     Q.   The ideas that you were just referring to. | 09:28:03 |
| 15 |     A.   I would like Yuga Labs to be held | 09:28:04 |
| 16 | accountable.  So if the press wants to help promote | 09:28:06 |
| 17 | those ideas, then they -- they're free to do that, | 09:28:10 |
| 18 | and sure I would encourage them just like how they, | 09:28:13 |
| 19 | you know, have been covering FTX, which has been a | 09:28:18 |
| 20 | major story in the press recently. | 09:28:22 |
| 21 |     And not only to press but the U.S. | 09:28:26 |
| 22 | government at large.  The White House has made | 09:28:28 |
| 23 | statements about it, the SCC, I believe the FTC, I | 09:28:31 |
| 24 | believe the FBI.  So beyond the press I think | 09:28:38 |
| 25 | there's -- there are other people of -- who have | 09:28:41 |

**Exhibit 3**
**Pg. 25**

```
 1        Q.   So you use BAYC on the Foundation page?        10:36:48
 2        A.   In addition to Ryder Ripps.  Ryder              10:36:56
 3   Ripps/Bored Ape Yacht Club is the name of the art         10:36:56
 4   piece that is subject of this litigation, I believe.     10:37:08
 5        Q.   And you use the phrase "Bored Ape Yacht        10:37:10
 6   Club"?                                                   10:37:12
 7        A.   Not by itself ever.  It's always been in       10:37:12
 8   the context of Ryder Ripps.  Just like the name of       10:37:15
 9   the project is Ryder Ripps/Bored Ape Yacht Club.         10:37:19
10        Q.   You've never used the phrase "Bored Ape        10:37:29
11   Yacht Club" without Ryder Ripps right next to it?        10:37:34
12        A.   No.                                            10:37:37
13        Q.   Have you ever used the letters BAYC            10:37:37
14   without the RR next to it?                               10:37:40
15        A.   To discuss BAYC perhaps.                       10:37:41
16        Q.   Have you used the phrase "Bored Ape" --        10:37:44
17        A.   Bored Ape?                                     10:38:05
18        Q.   -- to -- in connection with the transfer       10:38:06
19   of RR/BAYC NFTs?                                         10:38:12
20        A.   I can't remember if I have.                    10:38:16
21        Q.   How about we go to --                          10:38:17
22        A.   Do you want to let me know what this           10:38:25
23   document is.                                             10:38:27
24        Q.   -- to page 3.                                  10:38:28
25             Which document?                                10:38:30
```

Page 61

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A. To be honest, I have no idea. | 16:13:27 |
| 2 | Q. Was that the royalties that you were | 16:13:29 |
| 3 | hoping to earn through the sale of RR/BAYCs? | 16:13:31 |
| 4 | A. Definitely not. Especially not because -- | 16:13:36 |
| 5 | I mean, I didn't make this, and I don't even know | 16:13:39 |
| 6 | what it means. "OS Royalties," "30 day vol," I | 16:13:42 |
| 7 | don't know what it means. | 16:13:44 |
| 8 | Q. Would it have been royalties from the sale | 16:13:45 |
| 9 | of BAYCs on Ape Marketplace? | 16:13:48 |
| 10 | A. I cannot tell you what this thing means | 16:13:49 |
| 11 | because I did not produce it. I did not make it. I | 16:13:52 |
| 12 | do not understand what it means and I can't really | 16:13:54 |
| 13 | explain. I don't know the full context of this -- | 16:13:58 |
| 14 | this chat and everything else. I don't know. | 16:14:02 |
| 15 | Q. I mean, my question originally was: What | 16:14:09 |
| 16 | did you mean when you said "its got to look like | 16:14:10 |
| 17 | something out of yugalabs deck"? | 16:14:13 |
| 18 | A. Let me see. So we're announcing | 16:14:16 |
| 19 | royalties... | 16:14:22 |
| 20 | I think we wanted to show people that | 16:14:23 |
| 21 | we're very much the underdogs here, you know what I | 16:14:31 |
| 22 | mean? We're very much people who don't care about | 16:14:33 |
| 23 | money and do things because we love the expression, | 16:14:36 |
| 24 | the art, the purpose. We're driven by those things. | 16:14:39 |
| 25 | And as I've said before, I love satire. | 16:14:43 |

Page 217

|   |   |   |
|---|---|---|
| 1 | And people in the NFT community have kind of come to | 16:14:52 |
| 2 | understand me a certain way.  And everything that we | 16:15:00 |
| 3 | do is the opposite of Yuga Labs.  So satirizing Yuga | 16:15:09 |
| 4 | Labs in some sort of way to announce something that | 16:15:15 |
| 5 | is the opposite of them, such as offering something | 16:15:19 |
| 6 | without any royalties - which would be the | 16:15:22 |
| 7 | antithesis of the kind of corporate fraud that's | 16:15:26 |
| 8 | been conducted by the nepotistic relationship of | 16:15:31 |
| 9 | OpenSea and Yuga Labs in conjunction with FTX - is | 16:15:37 |
| 10 | the exact opposite. | 16:15:40 |
| 11 |         So it would be like if I'm making fun of | 16:15:43 |
| 12 | FTX and I wear an FTX shirt and I dress up like Sam | 16:15:47 |
| 13 | Bankman-Fried, that's to -- that's like a Saturday | 16:15:55 |
| 14 | Night Live thing, you know what I mean?  That's like | 16:15:57 |
| 15 | the exact same way that people satirize a politician | 16:15:59 |
| 16 | or something like that.  So the idea of making fun | 16:16:04 |
| 17 | of Yuga Labs and having it, quote, "look like their | 16:16:08 |
| 18 | deck," is, I think, what is going on in this | 16:16:10 |
| 19 | conversation. | 16:16:13 |
| 20 |         And as I said before, this lacks a great | 16:16:17 |
| 21 | deal of context, and I don't even see a date on it, | 16:16:19 |
| 22 | and I would need a lot more messages.  But if I'm | 16:16:22 |
| 23 | talking about making something look like Yuga Labs's | 16:16:25 |
| 24 | deck, there is no question it's because I'm making | 16:16:29 |
| 25 | fun of it in the same way that I would dress up like | 16:16:31 |

Page 218

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              CERTIFIED STENOGRAPHER'S CERTIFICATE
 2     STATE OF CALIFORNIA    )
                              ) SS.
 3     COUNTY OF LOS ANGELES  )
 4
 5            I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6            I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7     REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8     CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9     REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10     FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11            I AM NOT FINANCIALLY INTERESTED IN THIS
12     ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13     ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14     (CIV. PROC. § 2025.320(A))
15            I AM AUTHORIZED TO ADMINISTER OATHS OR
16     AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17     PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18     EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
19     AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20     2025.540(A))
21            I AM THE CERTIFIED OFFICER THAT
22     STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23     FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24     A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25     2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8            I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED:  February 2, 2023
20
21
22
                NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25
```