# Exhibit 4

Exhibit 4
Pg. 31

To: Jeremy cahen

Dog

Ur gonna make so much on this shit LMFAO

I think you should airdrop like 10 more to each person who already bought one

That way you'll have like 800 minted

lolol

Or you could airdrop 20-30

Honestly if you do that

It will sell out within 48 hours I think

You'll make like a million dollars

Straight up

need to get a front end for this shit

Bruhhhhh

we already have ape market

Too

LMFAOOOOO

I have the bot

OMG

And the domain



Yuga Labs v Ripps
PLAINTIFF'S TRIAL EXHIBIT
JTX-1574

Exhibit 4
Pg. 32
JTX-1574.00001
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RIPPSCAHEN00026004