# Exhibit 5

Exhibit 5
Pg. 33

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   YUGA LABS, INC.,                  )

 6                    Plaintiff,      )

 7         VS.                        )  NO. 2:22-CV-04355

 8   RYDER RIPPS, JEREMY CAHEN,       )      JFW-JEM

 9                    Defendants.     )

10   _____)

11

12

13   DEPOSITION OF:

14                  JEREMY CAHEN

15                  WEDNESDAY, JANUARY 11, 2023

16                  9:18 A.M.

17

18

19

20   REPORTED BY:

21                  Sari M. Knudsen

22                  CSR No. 13109

23

24

25

                                          Page 1
```

Exhibit 5
Pg. 34

```
 1              Deposition of JEREMY CAHEN, taken on behalf

 2              of the PLAINTIFF, at 2049 Century Park

 3              East, Suite 2480, Los Angeles, California,

 4              on WEDNESDAY, JANUARY 11, 2023, before

 5              Sari M. Knudsen, CSR No. 13109.

 6

 7

 8   APPEARANCES OF COUNSEL:

 9

10   FOR THE PLAINTIFF:

11              FENWICK & WEST LLP

12              BY:  ERIC BALL, ESQ.

13              801 California Street

14              Mountain View, California  94041

15              650-988-8500

16                  AND

17              FENWICK & WEST LLP

18              BY:  ETHAN THOMAS, ESQ.

19              555 California Street, 12th Floor

20              San Francisco, California  94104

21              415-875-2300

22

23

24

25

                                            Page  2
```

**Exhibit 5**
**Pg. 35**

```
 1    APPEARANCES OF COUNSEL:  (CONTINUED)

 2

 3    FOR THE DEFENDANT:

 4              WILMER CUTLER PICKERING HALE AND DORR LLP

 5              BY:  LOUIS TOMPROS, ESQ.

 6              60 State Street

 7              Boston, Massachusetts  02109

 8              617-525-6000

 9

10    ALSO PRESENT:

11              RICHARD SMITH, VIDEOGRAPHER

12              RYDER RIPPS

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  3
```

**Exhibit 5**
**Pg. 36**

```
 1    you said that you think you have a better idea.        11:32:01

 2        A    Yes.  Yes.  Thank you for helping me with     11:32:03

 3    that.                                                  11:32:03

 4             In this context, I believe that the RR BAYC   11:32:06

 5    is referring to Ryder Ripps Bored Ape Yacht Club,      11:32:10

 6    the art project, which is a criticism of Neo-Nazism,   11:32:15

 7    racism, pedophilia, fraud, all perpetuated by Yuga     11:32:21

 8    Labs and their business partners like FTX and          11:32:21

 9    Fenwick & West and Ape Coin.                           11:32:25

10        Q    Does it refer to any tokens?                  11:32:33

11        A    It's an art project.                          11:32:38

12        Q    Does it include any tokens?                   11:32:40

13        A    The art project involves tokens, yes,         11:32:44

14    certainly.  It involves blockchain tokens and          11:32:46

15    blockchain technology.                                 11:32:48

16        Q    Okay.  What are the tokens that are           11:32:50

17    involved in the RR BAYC project?                       11:32:53

18        A    Can you be a little bit more specific in      11:32:55

19    how you want me to answer that?  That's a broad        11:32:57

20    question.                                              11:32:58

21        Q    You just said that the art project involves   11:33:00

22    tokens.                                                11:33:00

23        A    Yes.  That is correct.                        11:33:01

24        Q    So I'm asking you to educate me on what the   11:33:05

25    tokens are that you were referring to.                 11:33:08
```

Page 92

**Exhibit 5**

**Pg. 37**

```
 1   committed to Jewish people.  Millions of Jewish        2:27:35

 2   people who were murdered.                               2:27:37

 3        I believe that Ryder Ripps's artwork is a          2:27:40

 4   very comparable -- it's a very comparable execution     2:27:44

 5   of shining a light and magnifying unfortunate and       2:27:51

 6   disgusting atrocities.                                  2:28:02

 7   BY MR. BALL:                                            2:28:02

 8        Q    Were you looking to -- was one of the ideas   2:28:05

 9   to have a social or community aspect of the RR BAYC     2:28:09

10   NFT's?                                                  2:28:11

11        A    I believe it was discussed.                   2:28:14

12        Q    Did you ever discuss having a DAO in          2:28:25

13   connection with --                                      2:28:25

14        (Whereupon the reporter asked for                  2:28:25

15        clarification)                                     2:28:25

16   BY MR. BALL:                                            2:28:25

17        Q    Did you ever discuss having a DAO in          2:28:34

18   connection with the RR BAYC NFT's?                      2:28:36

19        A    My understanding is that DAO is something     2:28:39

20   that many people are fans of.  I personally have        2:28:43

21   never found it appealing or interesting in any way      2:28:47

22   whatsoever.  It's been brought up in many different     2:28:49

23   contexts around me.                                     2:28:51

24        But my opinion has been consistently that          2:28:54

25   DAO's are just buzz words that are commonly thrown      2:29:00
```

Page 184

| | | |
|---|---|---|
| 1 | was or wasn't. | 2:46:30 |
| 2 | But I can say this.   The artistic | 2:46:33 |
| 3 | intention, as I understand, Ryder had was largely to | 2:46:37 |
| 4 | draw attention to this really problematic racist, | 2:46:42 |
| 5 | anti-Semitic, pedophile-themed iconography that many | 2:46:49 |
| 6 | experts around the world have unanimously agreed is | 2:46:53 |
| 7 | real and prevalent. | 2:46:55 |
| 8 | And it's dangerous marketing cartoons that | 2:47:00 |
| 9 | are embedded with pedophile references to children. | 2:47:03 |
| 10 | Marketing cartoons to children that are embedded | 2:47:05 |
| 11 | with Nazi and racist references is very, very scary. | 2:47:09 |
| 12 | But it's -- it's not a joke.  That exists. | 2:47:14 |
| 13 | BY MR. BALL: | 2:47:14 |
| 14 | Q   And one of the ways the RR BAYC project | 2:47:18 |
| 15 | marketed itself was using a skull logo? | 2:47:21 |
| 16 | A   I don't -- I don't make any correlation | 2:47:24 |
| 17 | myself between a browser tab and marketing. | 2:47:26 |
| 18 | Q   Do people see browser tabs? | 2:47:29 |
| 19 | A   I don't know.  I can't say what other | 2:47:33 |
| 20 | people see. | 2:47:35 |
| 21 | Q   Are you familiar with the -- have you ever | 2:47:37 |
| 22 | had any discussions about removing the skull logo | 2:47:40 |
| 23 | off of the browser tab of the RRBAYC.com website? | 2:47:44 |
| 24 | A   Have I ever had any discussions about | 2:47:47 |
| 25 | removing a skull from a browser tab?  It is | 2:47:50 |

Page 198

```
 1              I, SARI M. KNUDSEN, CSR NO. 13109, in and

 2      for the State of California, do hereby certify:

 3              I am the deposition officer that

 4      stenographically recorded the testimony in the

 5      foregoing deposition;

 6              Prior to being examined, the deponent was

 7      first duly sworn by me;

 8              The foregoing transcript is a true record of

 9      the testimony given;

10              Before completion of the deposition, review

11      of the transcript was requested.  If requested, any

12      changes made by the deponent (and provided to the

13      reporter) during the period allowed are appended

14      hereto.

15

16      Dated the 1st day of February, 2023.

17

18

19

20

21              SARI M. KNUDSEN, CSR NO. 13109

22

23

24

25
```

Page 340

Exhibit 5
Pg. 40