# Exhibit 6

Exhibit 6
Pg. 41

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3
4    YUGA LABS, INC.,           )
                                )
5             Plaintiff,        )
                                )
6    vs.                        )Case No.
                                )2:22-cv-04355-JFW-JEM
7    RYDER RIPPS and JEREMY     )
     CAHEN,                     )
8                               )
              Defendants.       )
9    _____)
10
11
12                    CONFIDENTIAL
13         VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14         Taken on Wednesday, December 7, 2022
15   By a Certified Stenographer and Legal Videographer
16                      At 9:11 a.m.
17         At 9275 West Russell Road, Suite 240
18                   Las Vegas, Nevada
19
20
21
22
23         Stenographically reported by:
24      Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

```
 1     APPEARANCES:
 2     For the Plaintiff:
 3            FENWICK & WEST, LLP
               BY:  KIMBERLY I. CULP, ESQ.
 4             BY:  ANTHONY M. FARES, ESQ.
               801 California Street
 5             Mountain View, California 94041
               650.988.8500
 6             kculp@fenwick.com
 7     For the Defendants:
 8            WILMERHALE
               BY:  DEREK A. GOSMA, ESQ.
 9             350 South Grand Avenue
               Suite 2400
10             Los Angeles, California 90071
               213.443.5300
11             derek.gosma@wilmerhale.com
12     The Legal Videographer:
13            SAMUEL CAMACHO
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

CONFIDENTIAL

```
 1    technical in nature, making sure that it functions,
 2    making sure that the button doesn't let you proceed
 3    unless you check the box.  I don't remember the
 4    specifics of the copy itself though.
 5         Q.    Do you remember any discussions about
 6    the copy of the text?
 7         A.    I remember there were discussions.  I
 8    just don't remember what they were.
 9         Q.    You'll see in the middle of the text
10    there's a reference to recontextualizing it for
11    educational purposes as protest and satirical
12    commentary.  You cannot copy an NFT.  Please see the
13    RR/BAYC contract here to verify provenance, and it
14    references Etherscan.
15               Do you see that?
16         A.    Yes.
17         Q.    What did you understand that to mean?
18         A.    The whole RR/BAYC site, at the top of
19    the website, before you engage in any of the artwork
20    below and connect your wallet, there's a story that
21    explains the journey of discovery, links you to the
22    GordonGoner website.  It shows you the logo that is
23    a -- where the words are changed as a reference to
24    what the meaning of the Nazi symbolism was
25    representing.  The protest was around you cannot
```

Page 173

1    copy an NFT.  It was written in the other websites.
2    It was written all over Twitter, which was how
3    people discovered this website.
4              And then the link to Etherscan was the
5    specific contract address that showed how the
6    functionality of it, how it worked and what the
7    specific transactions were and where the -- in the
8    Foundation contract where it pointed to the IPFS,
9    the public IPFS of these images.
10        Q.    The Etherscan that it linked out to was
11   for the RR/BAYC NFT?
12        A.    I actually don't -- I don't know which
13   contract, actually.  I don't remember off the top of
14   my head.  But I believe it was the Foundation
15   contract, yes.
16              (Exhibit 36 marked.)
17   BY MS. CULP:
18        Q.    Exhibit 36, do you know if this is where
19   the link out would take a consumer to?
20        A.    If I was on my computer, I would know.
21   This is back to the whole hash thing.  I don't know
22   the specific hash to that token, and that's what you
23   check to verify.  So I don't know specifically.
24              What I do know, there's a lot of
25   transactions on this contract, so I could assume.

Page 174

```
 1    the first page of Exhibit 44 on to the second page
 2    of 44.  And on the second page you write, "People
 3    believe the token ID should match the RR ID.  That
 4    is where they get confused.  Look in URL RR ID
 5    versus what's displayed BAYC."
 6             Do you see that?
 7       A.    Yes.
 8       Q.    What does that mean?
 9       A.    They expect that the contract IDs match.
10    They're not understanding the sequencing is based
11    on -- in the reservation system their sequencing
12    isn't based on the identical ID from the BAYC
13    contract to the Foundation contract.
14       Q.    So you think it would have been less
15    confusing for consumers if the ID number that we saw
16    in Exhibit 27 matched with the RR ID number in the
17    Foundation contract?
18       A.    No, not less confusing.  That they're
19    experiencing something that they've never done.
20    This is different.  It's artistic.  Their processes
21    in the past are security mints.  You go to the page,
22    you click it, you get the item at that specific ID,
23    and you speculate at that point.
24             Here you're participating in this
25    reservation system where it's -- you're supporting
```

Page 198

```
 1      Ryder Ripps creating a one-off -- I use the term
 2      artisan often, but it's a hand-crafted mint that
 3      you're specifically commissioning, similar to a
 4      painting.  You're saying:  I want Number 5.
 5               That's not the experience that people
 6      have.  They have the ICO experience, the securities
 7      mint experience in mind.  So the confusion is really
 8      about the departure from the older model or from the
 9      model that I don't support.
10           Q.   Did you ever hear about any consumers
11      being confused on the secondary market as to whether
12      or not they were purchasing an RR/BAYC or a
13      BAYC NFT?
14           A.   Only through the lawsuit.
15           Q.   Not personally?
16           A.   No.
17                (Exhibit 45 marked.)
18      BY MS. CULP:
19           Q.   Do you recognize Exhibit 45?
20           A.   Yes.
21           Q.   What is it?
22           A.   It is a tweet from May 24th.
23           Q.   What did you mean by what you've written
24      here in this tweet?
25           A.   That the RR/BAYC collection is not a
```

Page 199

```
 1                  CERTIFICATE OF REPORTER
 2     STATE OF NEVADA      )
                            )SS
 3     COUNTY OF CLARK      )
 4          I, Holly Larsen, a duly certified court
       reporter licensed in and for the State of Nevada, do
 5     hereby certify:
 6          That I reported the taking of the deposition of
       the witness, Ryan Hickman, at the time and place
 7     aforesaid;
 8          That prior to being examined, the witness was
       by me duly sworn to testify to the truth, the whole
 9     truth, and nothing but the truth;
10          That I thereafter transcribed my shorthand
       notes into typewriting and that the typewritten
11     transcript of said deposition is a complete, true,
       and accurate record of testimony provided by the
12     witness at said time to the best of my ability.
13          I further certify (1) that I am not a relative
       or employee of counsel of any of the parties; nor a
14     relative or employee of the parties involved in said
       action; nor a person financially interested in the
15     action; nor do I have any other relationship with
       any of the parties or with counsel of any of the
16     parties involved in the action that may reasonably
       cause my impartiality to be questioned; and (2) that
17     transcript review pursuant to FRCP 30(e) was
       requested.
18
            IN WITNESS HEREOF, I have hereunto set my hand
19     in the County of Clark, State of Nevada, this 21st
       day of December, 2022.
20
21
22
23                       [signature: Holly Larsen]
24
25                  HOLLY LARSEN, CCR NO. 680
```

Page 309

Veritext Legal Solutions
866 299-5127

Exhibit 6
Pg. 48