# Exhibit 7

Exhibit 7
Pg. 49

1             UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                 WESTERN DIVISION

4                                    )
5    YUGA LABS, INC.,                )CASE NO.:
                                     )
6                   Plaintiff,       )22 cv 04355
                                     )JFW JEM
7         v.                         )
                                     )
8    RYDER RIPPS, JEREMY CAHEN, DOES )
     1 10,                           )
9                                    )
                    Defendants.      )
10                                   )
                                     )
11

12

13     ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL

14            ATTORNEYS' EYES ONLY **

15

16

17           DEPOSITION OF GREG SOLANO

18                  VOLUME I

19            LOS ANGELES, CALIFORNIA

20          TUESDAY, JANUARY 17, 2023

21

22

23

24   REPORTED BY:   NATALIE PARVIZI AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25   JOB NO.:       477897

**Exhibit 7**
**Pg. 50**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    2

```
1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                        WESTERN DIVISION

4

5                                      )
     YUGA LABS, INC.,                  )CASE NO.:
6                                      )
                      Plaintiff,       )22 cv 04355
7                                      )JFW JEM
             v.                        )
8                                      )
     RYDER RIPPS, JEREMY CAHEN, DOES   )
9    1 10,                             )
                                       )
10                    Defendants.      )
                                       )
11

12

13

14

15      DEPOSITION OF GREG SOLANO, VOLUME I

16      TAKEN ON BEHALF OF THE PLAINTIFF

17      IN LOS ANGELES, CALIFORNIA, BEGINNING AT

18      9:16 A.M. AND ENDING AT 5:49 P.M., ON

19      TUESDAY, JANUARY 17, 2023, BEFORE

20      NATALIE PARVIZI AZAD, CERTIFIED SHORTHAND

21      REPORTER NUMBER 14125.

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023                                    3

```
1               A P P E A R A N C E S

2


3    FOR THE PLAINTIFF, YUGA LABS, INC.:

4        FENWICK & WEST, LLP
         BY:  ERIC BALL, ESQ.
5        801 CALIFORNIA STREET
         MOUNTAIN VIEW, CALIFORNIA  94041
6        (650) 988 8500
         EBALL@FENWICK.COM
7

8    FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
     DOES 1 10:
9
         WILMER CUTLER PICKERING HALE AND DORR, LLP
10       BY:  LOUIS TOMPROS, ESQ.
         BY:  HENRY NIKOGOSYAN, ESQ.
11       60 STATE STREET
         BOSTON, MASSACHUSETTS  02109
12       (617) 526 6886
         LOUIS.TOMPROS@WILMERHALE.COM
13       HENRY.NIKOGOSYAN@WILMERHALE.COM

14

15   ALSO PRESENT:

16       MICHAEL BRATKOWSKI, VIDEOGRAPHER;

17       CAMERON KATES, YUGA LABS REPRESENTATIVE;

18       ANNE TERMINE, YUGA LABS REPRESENTATIVE;

19       KEVIN KELLY, YUGA LABS REPRESENTATIVE;

20       DUSTIN BURT, YUGA LABS REPRESENTATIVE

21

22

23

24

25
```

Exhibit 7
Pg. 52

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

156



| | |
|---|---|
| 1 | 14:20:41 |
| 2 | 14:20:44 |
| 3 | 14:20:45 |
| 4 | 14:20:46 |
| 5 | 14:20:53 |
| 6 | 14:20:55 |
| 7 | 14:20:56 |
| 8 | 14:21:01 |
| 9 | 14:21:05 |
| 10 | 14:21:09 |
| 11 | 14:21:09 |
| 12 | 14:21:14 |
| 13 | 14:21:17 |
| 14 | 14:21:20 |
| 15 | 14:21:23 |
| 16 | 14:21:30 |
| 17 | 14:21:35 |
| 18 | 14:21:38 |
| 19 | 14:21:40 |
| 20 | 14:21:43 |
| 21 | 14:21:44 |
| 22 | 14:21:50 |
| 23 | 14:21:53 |
| 24 | 14:21:57 |
| 25 | 14:22:00 |

Q.   And were you aware of Mr. Ripps's career in the art industry prior to the RR/BAYC project?

**Exhibit 7**
**Pg. 53**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Greg Solano

January 17, 2023                                                263

```
1              CERTIFIED STENOGRAPHER'S CERTIFICATE

2      STATE OF CALIFORNIA    )
                              ) SS.
3      COUNTY OF LOS ANGELES  )

4

5          I, NATALIE PARVIZI AZAD, HERBY CERTIFY:

6          I AM A DULY QUALIFIED CERTIFIED SHORTHAND

7      REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF

8      CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT

9      REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL

10     FORCE AND EFFECT.  (BUS. & PROF. § 8016)

11         I AM NOT FINANCIALLY INTERESTED IN THIS

12     ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY

13     ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.

14     (CIV. PROC. § 2025.320(A))

15         I AM AUTHORIZED TO ADMINISTER OATHS OR

16     AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL

17     PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING

18     EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH

19     OR AFFIRMATION BY ME.  (CIV. PROC. §§ 2025.320,

20     2025.540(A))

21         I AM THE CERTIFIED OFFICER THAT

22     STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

23     FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS

24     A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §

25     2025.540(A))
```

**Exhibit 7**
Pg. 54

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Greg Solano
January 17, 2023

264

```
1           I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE

2    ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR

3    THIRD PARTY WHO IS FINANCING ALL OR PART OF THE

4    ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR

5    THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING

6    SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR

7    THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))

8           I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT

9    CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS

10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,

11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY

12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS

13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I

14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT

15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED

16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR

17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))

18

19   DATED:  February 2,2023

20

21

22

23           NATALIE PARVIZI AZAD, CSR NO.14125

24

25
```

**Exhibit 7**
**Pg. 55**