# Exhibit 8

Exhibit 8
Pg. 56

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
                                         )
 5   YUGA LABS, INC.,                    )CASE NO.:
                                         )
 6                  Plaintiff,           )2:22 cv 04355
                                         )JFW JEM
 7            v.                         )
                                         )
 8   RYDER RIPPS, JEREMY CAHEN, DOES     )
     1 10,                               )
 9                                       )
                    Defendants.          )
10                                       )
                                         )
11
12
13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL
14              ATTORNEYS' EYES ONLY **
15
16          DEPOSITION OF YUGA LABS, INC.,
17    BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,
18                    NICOLE MUNIZ,
19          AND IN HER INDIVIDUAL CAPACITY
20                     VOLUME I
21              LOS ANGELES, CALIFORNIA
22             TUESDAY, JANUARY 24, 2023
23
24   REPORTED BY:   NATALIE PARVIZI AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       478535
```

Exhibit 8
Pg. 57

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023     2

```
 1           UNITED STATES DISTRICT COURT
 2          CENTRAL DISTRICT OF CALIFORNIA
 3                 WESTERN DIVISION
 4
 5                                   )
     YUGA LABS, INC.,                )CASE NO.:
 6                                   )
                    Plaintiff,       )2:22 cv 04355
 7                                   )JFW JEM
            v.                       )
 8                                   )
     RYDER RIPPS, JEREMY CAHEN, DOES )
 9   1 10,                           )
                                     )
10                  Defendants.      )
                                     )
11
12
13
14
15   DEPOSITION OF NICOLE MUNIZ, VOLUME I
16   TAKEN ON BEHALF OF THE PLAINTIFF
17   IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18   9:11 A.M. AND ENDING AT 5:29 P.M., ON
19   TUESDAY, JANUARY 24, 2023, BEFORE
20   NATALIE PARVIZI AZAD, CERTIFIED SHORTHAND
21   REPORTER NUMBER 14125.
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023　　　　3

```
1              A P P E A R A N C E S

2


3    FOR THE PLAINTIFF, YUGA LABS, INC.:

4        FENWICK & WEST, LLP
         BY:  ERIC BALL, ESQ.
5        801 CALIFORNIA STREET
         MOUNTAIN VIEW, CALIFORNIA  94041
6        (650) 988 8500
         EBALL@FENWICK.COM
7

8    FOR THE DEFENDANTS, RYDER RIPPS, JEREMY CAHEN,
     DOES 1 10:
9
         WILMER CUTLER PICKERING HALE AND DORR, LLP
10       BY:  LOUIS TOMPROS, ESQ.
         BY:  TYLER CARROLL, ESQ.
11       60 STATE STREET
         BOSTON, MASSACHUSETTS  02109
12       (617) 526 6886
         LOUIS.TOMPROS@WILMERHALE.COM
13       TYLER.CARROLL@WILMERHALE.COM

14

15   ALSO PRESENT:

16       MIGUEL ESPANA, VIDEOGRAPHER;

17       CAMERON KATES, YUGA LABS REPRESENTATIVE

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023 255

| | | |
|---|---|---|
| 1 | at this, you're not thinking this is the RR/BAYC | 16:40:16 |
| 2 | collection.  You're thinking this is BAYC.  It's | 16:40:20 |
| 3 | possible if you were to scale it up and look at all | 16:40:31 |
| 4 | the details, but that's just not what most people | 16:40:33 |
| 5 | do.  You look at it and go, "Oh, that's BAYC." | 16:40:36 |
| 6 | Q.   Looking again at 248, do you see the | 16:40:40 |
| 7 | legend minted on May 2nd, 2022? | 16:40:43 |
| 8 | A.   Yes. | 16:40:45 |
| 9 | Q.   Is that when the BAYC NFTs were minted? | 16:40:46 |
| 10 | A.   No. | 16:40:49 |
| 11 | Q.   When were the BAYC NFTs minted? | 16:40:50 |
| 12 | A.   I believe they were minted on April 23rd, | 16:40:54 |
| 13 | 2021. | 16:41:04 |
| 14 | ■ | 16:41:05 |
| 15 | ■ | 16:41:20 |
| 16 | ■ | 16:41:20 |
| 17 | ■ | 16:41:23 |
| 18 | ■ | 16:41:25 |
| 19 | Q.   Foundation is organized by artists' | 16:41:27 |
| 20 | collections; correct? | 16:41:31 |
| 21 | ■ | 16:41:32 |
| 22 | ■ | 16:41:35 |
| 23 | ■ | 16:41:37 |
| 24 | ■ | 16:41:40 |
| 25 | ■ | 16:41:42 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023

283

```
1           CERTIFIED STENOGRAPHER'S CERTIFICATE
2   STATE OF CALIFORNIA    )
                           ) SS.
3   COUNTY OF LOS ANGELES  )
4
5           I, NATALIE PARVIZI AZAD, HERBY CERTIFY:
6           I AM A DULY QUALIFIED CERTIFIED SHORTHAND
7   REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
8   CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
9   REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10  FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11          I AM NOT FINANCIALLY INTERESTED IN THIS
12  ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13  ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14  (CIV. PROC. § 2025.320(A))
15          I AM AUTHORIZED TO ADMINISTER OATHS OR
16  AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17  PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18  EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19  OR AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20  2025.540(A))
21          I AM THE CERTIFIED OFFICER THAT
22  STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23  FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24  A TRUE RECORD OF THE TESTIMONY GIVEN.   (CIV. PROC. §
25  2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023
284

```
1        I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
8        I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10  OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11  ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12  PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13  FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14  COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15  THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16  TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17  PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19  DATED: February 7, 2023
20
21
22              [signature]
23              NATALIE PARVIZI AZAD, CSR NO.14125
24
25
```