| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
|   | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
|   | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 801 California Street |
| 4 | Mountain View, CA  94041 |
|   | Telephone:  650.988.8500 |
| 5 | Facsimile:   650.938.5200 |
| 6 | |
|   | ANTHONY M. FARES (CSB No. 318065) |
| 7 | afares@fenwick.com |
|   | ETHAN M. THOMAS (CSB No. 338062) |
| 8 | ethomas@fenwick.com |
|   | FENWICK & WEST LLP |
| 9 | 555 California Street, 12th Floor |
|   | San Francisco, CA  94104 |
| 10 | Telephone:  415.875.2300 |
| 11 | *Additional Counsel listed on next page* |
| 12 | Attorneys for Plaintiff |
| 13 | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **PLAINTIFF YUGA LABS, INC.'S WITNESS LIST** |
| v. | Pretrial Conference Date:  June 9, 2023 |
| RYDER RIPPS, JEREMY CAHEN, | Trial Date:  June 27, 2023 |
| Defendants. | |

Fenwick & West LLP

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Local Rule 16-5, and the Court's Scheduling and Case Management Order (Dkt. 57), Plaintiff Yuga Labs, Inc. respectfully submits the following prospective trial witness list. Yuga Labs reserves the right to amend the witness list to add additional witnesses otherwise permitted by applicable rules; the right to call any witness identified in Defendants' witness list; the right to call additional witnesses for purposes of rebuttal or impeachment; and the right to call additional witnesses based on further developments in the case.

The contact information for the following witnesses is known to opposing counsel as it was conveyed in Yuga Labs' Fed. R. Civ. P. 26(a)(1) disclosures. Yuga Labs will comply with Fed. R. Civ. P. 26(a)(3)(A)(ii) by providing the deposition designations and lodging the deposition transcripts in compliance with Local Rules 16-2.7 and 32-1. Yuga Labs will comply with Fed. R. Civ. P. 26(a)(3)(A)(iii) by filing the Pre-Trial Exhibit Stipulation containing Yuga Labs' exhibit list and the corresponding witness for each exhibit in compliance with Local Rule 16-6 and the Court's Scheduling and Case Management Order at 6(e).

| Witness Name | Testimony By Deposition or In Person |
|---|---|
| Wylie Aronow* | In person, by video conference, or by deposition |
| Kerem Atalay* | In person |
| Jonah Berger | In person |
| Jeremy Cahen | By deposition |
| Ian Garner* | By deposition |
| Ryan Hickman* | By deposition |
| Lauren Kindler | In person |
| Thomas Lehman* | In person or by deposition |
| Nicole Muniz | In person |

| Witness Name | Testimony By Deposition or In Person |
|---|---|
| Laura O'Laughlin | In person |
| Rodney Ripps* | In person |
| Ryder Ripps | By deposition |
| Gregory Solano | In person |

Dated:  May 25, 2023

FENWICK & WEST LLP

By: */s/ Eric Ball*
     Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.