UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE OF ALLEGED THIRD-PARTY USE OF MARKS** |

# [PROPOSED] ORDER

Having considered Plaintiff's Motion *in Limine* No. 3 to Exclude Evidence of Alleged Third-Party Use of Marks, as well as the arguments of the parties at the motion hearing conducted on June 16, 2023, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion *in Limine* No. 3 is **GRANTED**;

2. Defendants shall not argue, offer into evidence, or seek to elicit testimonial or documentary evidence regarding alleged third-party use of Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") trademarks, or similar marks, and any purported effect of these alleged third-party uses on Yuga Labs' ownership of its trademarks or their strength; and

3. The following exhibits shall not be admitted into evidence for the purpose of establishing or purporting to establish the existence of third-party uses of Yuga Labs' trademarks: JTX-219; JTX-234; JTX-235; JTX-236; JTX-237; JTX-240; JTX-241; JTX-242; JTX-259; JTX-263; JTX-264; JTX-281; JTX-282; JTX-283; JTX-284; JTX-285; JTX-286; JTX-287; JTX-288; JTX-289; JTX-290; JTX-291; JTX-292; JTX-293; JTX-294; JTX-295; JTX-304; JTX-403; JTX-404; JTX-405; JTX-406; JTX-407; JTX-408; JTX-409; JTX-410; JTX-411; JTX-412; JTX-413; JTX-414; JTX-317; JTX-318; JTX-319; JTX-320; JTX-2044; JTX-2046; JTX-2047; JTX-2048; JTX-2049; JTX-2050; JTX-2051; JTX-2052; JTX-2053; JTX-2054; JTX-2055; JTX-2056; JTX-2057; JTX-2058; JTX-2059; JTX-2060; JTX-2061; JTX-2062; JTX-2063; JTX-2064; JTX-2065; JTX-2066; JTX-2067; JTX-2068; JTX-2069; JTX-2070; JTX-2071; JTX-2072; JTX-2073; JTX-2074; JTX-2075; JTX-2076; JTX-2077; JTX-2078; JTX-2079; JTX-2080; JTX-2081; JTX-2082; JTX-2083; JTX-2084; JTX-2134; JTX-2138; JTX-2212; JTX-2213; JTX-2214; JTX-2215; JTX-2216; JTX-2217; JTX-2218; JTX-2219; JTX-2220; JTX-2221; JTX-2222; JTX-2223; JTX-2224; JTX-2225; JTX-2226; JTX-2241; JTX-2243; JTX-2244; JTX-2245; JTX-2246; JTX-2247; JTX-2280; JTX-2281; JTX-2282; JTX-2284; JTX-2287; JTX-2289; JTX-2291; JTX-2292; JTX-2293; JTX-2319; JTX-2339; JTX-2340; JTX-2341; JTX-2342; JTX-

1  2343; JTX-2344; JTX-2345; JTX-2346; JTX-2347; JTX-2348; JTX-2349; JTX-2350;
2  JTX-2351; JTX-2352; JTX-2353; JTX-2354; JTX-2355; JTX-2356; JTX-2357; JTX-
3  2358; JTX-2359; JTX-2360; JTX-2361; JTX-2362; JTX-2363; JTX-2364; JTX-2365;
4  JTX-2366; JTX-2367; JTX-2368; JTX-2369; JTX-2370; JTX-2371; JTX-2372; JTX-
5  2373; JTX-2374; JTX-2375; JTX-2376; JTX-2377; JTX-2378; JTX-2379; JTX-2380;
6  JTX-2381; JTX-2382; JTX-2383; JTX-2384; JTX-2385; JTX-2386; JTX-2387; JTX-
7  2388; JTX-2389; JTX-2390; JTX-2391; JTX-2392; JTX-2393; JTX-2394; JTX-2395;
8  JTX-2396; JTX-2397; JTX-2398; JTX-2399; JTX-2400; JTX-2401; JTX-2402; JTX-
9  2403; JTX-2404; JTX-2405; JTX-2406; JTX-2407; JTX-2408; JTX-2409; JTX-2410;
10 JTX-2411; JTX-2412; JTX-2413; JTX-2414; JTX-2415; JTX-2416; JTX-2417; JTX-
11 2418; JTX-2419; JTX-2420; JTX-2421; JTX-2422; JTX-2423; JTX-2424; JTX-2425;
12 JTX-2426; JTX-2427; JTX-2428.

13     4.    The following excerpts of deposition testimony shall not be admitted
14 into evidence for the purpose of establishing or purporting to establish the existence
15 of third-party uses of Yuga Labs' trademarks:

- Deposition of Wylie Aronow: 137:19–20, 23–25; 138:1; 169:3–5, 7, 12–14, 17–25; 170:1–3, 6–10, 13; 171:9–21, 24–25; 174:17, 20–21; 175:6–8, 16–20; 176:5–17; 177:3–4, 6–17, 20–22; 180:23–25; 181:1–10, 14–25; 182:1–5, 8–24; 183:4–6, 19–22, 25; 184:1–3, 12–25; 185:1–11, 13–14, 23–25; 186:4–5, 8–12; 187:5–14, 17:25; 188:1–4, 7–25; 189:20–25; 190:1–7, 10–14, 17–20, 23–25; 191:1–3, 10–25; 192:1–2, 4, 7–16, 18–19, 22, 24–25; 193:1, 9–25; 195:4–18, 21–25; 196:1–3; 197:12–13, 16; 198:3–25; 199:1–6, 9–10, 12, 15–25; 200:1–5, 17–25; 201:1–17, 22–25; 202:3–6; 203:21–23; 204:1, 11–18, 23–25; 205:1–2, 4, 10; 209:1–11, 13–14; 211:20–22; 212:16–18; 220:8–14; 222:16–19; 226:5–8, 11.

- Deposition of Patrick Ehrlund: 37:1–11; 39:4–10, 13–15, 18–23; 40:1–11, 13–16, 22–24; 41:2–3, 5–7, 10–15, 18–19, 22–25; 42:2–8, 12–25;

    43:4–7, 9–16, 20–25; 44:1–9, 13–16, 20–25; 45:4–9, 12–13, 16–22; 46:2–3; 48:15–24; 49:2–6, 8–23; 50:1–10, 14–19, 23–25; 51:13–25; 52:1–7, 10–14, 17–18; 53:10–25; 54:1–12, 15–19, 24–25; 55:1–2, 5–12, 15–16, 19–25; 56:1–2, 4–8, 11–15, 18–20, 24–25; 57:1–3, 7–11, 14–21, 23–25; 58:3–4; 59:1–21, 24–25; 60:2–3, 7–9, 12–14, 18–21, 25; 61:1–9, 12–24; 62:17–18, 21–25; 63:3–5, 9–14, 18–25; 64:3–10, 13–15, 18–25; 65:3–8, 12–20, 23–25; 66:1–6, 10–18, 21–25; 67:1–7, 10–16, 19–25; 68:1–3, 5–14, 16–25; 69:1–5, 8–16, 19–22, 25; 70:1–8, 11–16, 19–24; 71:4–23; 72:1–5, 8–12, 15–23; 73:4–8, 14–25; 74:3–4, 7–25; 75:1–2, 5–8, 12–14.

- Deposition of Nicole Muniz: 111:1–2, 5; 156:12–21; 157:1–8, 13–24; 158:1–5; 159:17–25; 160:1–13, 16–25; 161:1–4, 7–11, 15–19, 21–25; 162:1–8, 10–25; 163:16–25; 164:1, 3–25; 165:1–2, 5–9, 13–23, 25; 167:8–10, 13–15, 17–25; 168:1–5, 8–11, 13–19.

- Deposition of Greg Solano: 186:10–13, 15.

    5.    The following testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish the existence of third-party uses of Yuga Labs' trademarks:

- Nicole Muniz: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

- Greg Solano: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

- Wylie Aronow: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's

responses to competing products using purportedly confusingly similar marks and/or misleading statements."

- Kerem Atalay: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

- Patrick Ehrlund: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

**IT IS SO ORDERED.**

Dated: _____

Honorable John F. Walter
United States District Court Judge