UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE ARGUMENT THAT YUGA LABS HARASSED DEFENDANTS** |

# [PROPOSED] ORDER

Having considered Plaintiff's Motion *in Limine* No. 4 to Exclude Argument that Yuga Labs Harassed Defendants, as well as the arguments of the parties at the motion hearing conducted on June 16, 2023, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion *in Limine* No. 4 is **GRANTED**;

2. Defendants shall not argue, offer into evidence, or seek to elicit evidence that Plaintiff Yuga Labs, Inc. ("Yuga Labs") harassed Defendants Ryder Ripps, Jeremy Cahen, or others, such as by filing this lawsuit or pursuing discovery related to this lawsuit, or otherwise sought to "silence" Defendants through or in connection with this lawsuit;

3. The following exhibits shall not be admitted into evidence for the purpose of establishing or purporting to establish that Yuga Labs filed this lawsuit for the purpose of harassing Defendants or others: JTX-219, 257, 262, 2005, 2200, 2320, 2329, 2483, 2491, 2498, 2572, and 2671;

4. The following excerpts of deposition testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish that Yuga Labs filed this lawsuit for the purpose of harassing Defendants or others:

   - Deposition of Wylie Aronow: 148:1–3, 5–6
   - Deposition of Kerem Atalay: 170:12–19, 23–25; 171:1–19, 23–25; 172:19–21
   - Deposition of Nicole Muniz & Yuga Labs: 99:25; 100:1–3; 154:24–25; 155:1, 4–13, 16; 165:22–23, 25; 167:8–10, 13–15
   - Deposition of Thomas Lehman: 92:8–25; 93:3–19; 94:6–25; 95:1–13; 98:9–25; 99:1–25; 100:1–17; 108:14–17, 24–25; 109:1–20; 118:2–15

5. The testimony of Thomas Lehman shall not be admitted into evidence for the purpose of establishing or purporting to establish that Yuga Labs filed this lawsuit for the purpose of harassing Defendants or others.

**IT IS SO ORDERED.**

Dated: _____     _____
Honorable John F. Walter
United States District Court Judge