ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF KIMBERLY CULP IN SUPPORT OF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE ARGUMENT THAT YUGA LABS HARASSED DEFENDANTS** <br><br> Date: June 16, 2023 <br> Time: 8:00 a.m. <br> Courtroom: 7A <br> Judge: Honorable John F. Walter <br><br> Pretrial Conf. Date: June 9, 2023 <br> Trial Date: June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

I, Kimberly Culp, declare as follows:

1. I am an attorney admitted to practice in California and am an attorney with the law firm of Fenwick & West LLP, counsel for Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") in the above-captioned matter. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. I submit this declaration in support of Yuga Labs' Motion *in limine* No. 4 to Exclude Arguments that Yuga Labs, Inc. Filed this Lawsuit to Harass or Silence Defendants or Others. On May 3, 2023, I sent a letter to counsel for Defendants Louis Tompros, Monica Grewal, Scott Bertulli, Tyler P. Carroll, Derek A. Gosma, and Henry Michael Nikogosyan, counsel for Defendants identifying, among other topics, the exclusion of argument or evidence relating to purported harassment of or attempts to "silence" Defendants Ryder Ripps and Jeremy Cahen, or others.

3. On May 9, 2023, lead counsel for Yuga Labs, Eric Ball, along with myself and Anthony Fares, counsel of record for Yuga Labs, met and conferred via videoconference with lead counsel for Defendants Ryder Ripps and Jeremy Cahen, Louis Tompros, who was accompanied by Derek Gosma, Henry Nikogosyan, and Ambroise Decilap about the subject of my May 1, 2023 letter, among other issues. During their meet and confer, lead counsel discussed the substance of this motion and confirmed that a dispute exists. Specifically, lead counsel for Defendants confirmed that Defendants intend to put forward evidence and argument that Yuga Labs targeted them with this lawsuit in an attempt to silence their speech.

4. Therefore, because a dispute exists, for the reasons in Yuga Labs Notice of Motion and Motion and Memorandum of Points and Authorities in support thereof, Yuga Labs moves to exclude this argument and evidence because it is barred under Fed. R. Evid. 401, 402, and 403.

5. Yuga Labs would be unfairly prejudiced by the introduction of evidence or argument relating to Defendants' theory that this lawsuit was filed against them to silence them because the insinuation – even through an unanswered question – is that the Court's finding that Defendants engaged in intentional trademark infringement is wrong. Moreover, Yuga Labs would have to spend precious time re-litigating a decided issue, namely that Defendants did, in fact, infringe Yuga Labs' trademarks. This line of question also has the potential to inflame the jury against Yuga Labs to the extent Defendants are seeking to portray themselves as victims.

6. Given the volume of exhibits Defendants intend to introduce on topics subject to Yuga Labs' motions *in limine*, Yuga Labs will identify Defendants' exhibits subject to this motion *in limine* by lodging with the Court a USB drive, consistent with the Notice of Lodging filed with the Court today, that includes on it true and correct copies of the Defendants' proposed trial exhibits that are the subject of Yuga Labs' five motions *in limine*. Included therein, and referenced as **Exhibit 1** to this motion *in limine* in Yuga Labs' memorandum in support of its motion *in limine*, is a folder entitled "MIL 4 (Exhibit 1) Defendants' Exhibits to Exclude."

7. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Witness Summaries and Time dated May 3, 2023.

8. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from the transcript of Jeremy Cahen deposition on January 11, 2023.

9. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of Ryder Ripps deposition on January 12, 2023.

10. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from the transcript of Ian Garner deposition on March 8, 2023.

11. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from the transcript of Ryan Hickman deposition on December 7, 2022.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed in California on May 25, 2023.

                                              */s/ Kimberly Culp*
                                              Kimberly Culp