# Exhibit 3

Exhibit 3
Pg. 19

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   YUGA LABS, INC.,                )

 6                  Plaintiff,       )

 7         VS.                       )  NO. 2:22-CV-04355

 8   RYDER RIPPS, JEREMY CAHEN,      )      JFW-JEM

 9                  Defendants.      )

10   _____ )

11

12

13   DEPOSITION OF:

14              JEREMY CAHEN

15              WEDNESDAY, JANUARY 11, 2023

16              9:18 A.M.

17

18

19

20   REPORTED BY:

21              Sari M. Knudsen

22              CSR No. 13109

23

24

25

                                        Page 1
```

| | | |
|---|---|---|
| 1 | his incident where he texted Rodney Ripps and then | 6:19:21 |
| 2 | called him and said, "You and your son are going to | 6:19:24 |
| 3 | die." | 6:19:25 |
| 4 | So it is no exaggeration to say that this | 6:19:29 |
| 5 | company -- I mean, it makes me upset even thinking | 6:19:33 |
| 6 | about this because I cannot believe that this is | 6:19:36 |
| 7 | seriously what happened.  And it is fact.  These | 6:19:38 |
| 8 | people are literally threatening our lives. | 6:19:41 |
| 9 | So I go about my day, and I function, and I | 6:19:46 |
| 10 | don't go to the doctor because I have other things | 6:19:48 |
| 11 | that I prioritize over that.  But we are being | 6:19:51 |
| 12 | threatened by these people physically, emotionally, | 6:19:56 |
| 13 | financially, reputationally, career-wise.  And it | 6:20:01 |
| 14 | extends to our friends and our family and our | 6:20:04 |
| 15 | community members. | 6:20:05 |
| 16 | So yeah.  This is -- this is a really | 6:20:08 |
| 17 | messed-up situation.  And this is over an art | 6:20:12 |
| 18 | collection and -- you know, a very nominal amount of | 6:20:17 |
| 19 | money for a company that purports to be worth four | 6:20:21 |
| 20 | to $5 billion and who raised $450 million in a seed | 6:20:28 |
| 21 | round within the last 12 months.  It's disgusting. | 6:20:32 |
| 22 | Q    Mr. Rodney Ripps, does he own any RR BAYC | 6:20:36 |
| 23 | NFT's? | 6:20:38 |
| 24 | A    Rodney Ripps is 70-something years old.  I | 6:20:42 |
| 25 | believe 72 years old.  If he owns an iPhone, I'll be | 6:20:44 |

Page 316

**Exhibit 3**
**Pg. 21**

```
 1              I, SARI M. KNUDSEN, CSR NO. 13109, in and

 2    for the State of California, do hereby certify:

 3              I am the deposition officer that

 4    stenographically recorded the testimony in the

 5    foregoing deposition;

 6              Prior to being examined, the deponent was

 7    first duly sworn by me;

 8              The foregoing transcript is a true record of

 9    the testimony given;

10               Before completion of the deposition, review

11    of the transcript was requested.  If requested, any

12    changes made by the deponent (and provided to the

13    reporter) during the period allowed are appended

14    hereto.

15

16    Dated the 1st day of February, 2023.

17

18

19

20

21              SARI M. KNUDSEN, CSR NO. 13109

22

23

24

25

                                         Page  340
```

**Exhibit 3**
**Pg. 22**