# Exhibit 4

Exhibit 4
Pg. 23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4   _____
                                         )
 5   YUGA LABS, INC.,                    )CASE NO.:
                                         )
 6                    Plaintiff,         )2:18-cv-00514-
                                         )ACA'22-cv-04355-
 7            v.                         )JFW-JEM
                                         )
 8   RYDER RIPPS, JEREMY CAHEN, DOES     )
     1-10,                               )
 9                                       )
                      Defendants.        )
10                                       )
     _____)
11
12
13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL -
14              ATTORNEYS' EYES ONLY **
15
16
17              DEPOSITION OF RYDER RIPPS
18                       VOLUME I
19              LOS ANGELES, CALIFORNIA
20             THURSDAY, JANUARY 12, 2023
21
22
23
24   REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       5613911
```

Page 1

| | | |
|---|---|---|
| 1 | know that, and you're bringing this shit into this | 14:49:45 |
| 2 | lawsuit, with my fuckin' dad, with my art, ten, come | 14:49:45 |
| 3 | on.  ==You keep fuckin' harassing my family and shit.== | 14:49:48 |
| 4 |        MR. TOMPROS:  Let's take a break.  Go off | 14:49:54 |
| 5 | the record. | 14:49:56 |
| 6 |        THE VIDEOGRAPHER:  Okay.  We're going off | 14:49:57 |
| 7 | the record.  The time is now 2:50.  This is the end | 14:49:59 |
| 8 | of media number 4 of the deposition of Mr. Ryder | 14:50:02 |
| 9 | Ripps. | 14:50:08 |
| 10 |        (Recess.) | 14:50:09 |
| 11 |        THE VIDEOGRAPHER:  And we're back on the | 15:03:07 |
| 12 | record.  The time is 3:09.  This is media number 5 | 15:08:44 |
| 13 | of the deposition of Mr. Ryder Ripps. | 15:08:47 |
| 14 | BY MR. BALL: | 15:08:51 |
| 15 |    Q.  Mr. Ripps, you have what's in front of | 15:08:52 |
| 16 | you Exhibit -- | 15:08:55 |
| 17 |        THE VIDEOGRAPHER:  (Indiscernible) your | 15:08:56 |
| 18 | microphone. | 15:08:58 |
| 19 |        MR. BALL:  Oh, thank you. | 15:08:58 |
| 20 |    Q.  Mr. Ripps, you have what's in front of you | 15:09:01 |
| 21 | Exhibit Number 40. | 15:09:05 |
| 22 |     Do you see that? | 15:09:06 |
| 23 |    A.  I see 30 -- okay, yeah, 40. | 15:09:07 |
| 24 |     Yes, I see it. | 15:09:13 |
| 25 |    Q.  All right.  If you go to the second page | 15:09:14 |

Exhibit 4
Pg. 25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              CERTIFIED STENOGRAPHER'S CERTIFICATE
 2      STATE OF CALIFORNIA    )
                               ) SS.
 3      COUNTY OF LOS ANGELES  )
 4
 5              I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6              I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7      REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8      CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9      REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10      FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11              I AM NOT FINANCIALLY INTERESTED IN THIS
12      ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13      ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14      (CIV. PROC. § 2025.320(A))
15              I AM AUTHORIZED TO ADMINISTER OATHS OR
16      AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17      PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18      EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER ETH OR
19      AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20      2025.540(A))
21              I AM THE CERTIFIED OFFICER THAT
22      STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23      FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24      A TRUE RECORD OF THE TESTIMONY GIVEN.  (CIV. PROC. §
25      2025.540(A))
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1             I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
 2   ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
 3   THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
 4   ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
 5   THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
 6   SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
 7   THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
 8             I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
 9   CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))
18
19   DATED:  February 2, 2023
20
21
22                     [signature]
             NATALIE PARVIZI-AZAD, CSR NO.14125
23
24
25
```