# Exhibit 5

Exhibit 5
Pg. 28

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                        FOR THE
 3             CENTRAL DISTRICT OF CALIFORNIA
 4
 5   YUGA LABS, INC.,
 6                Plaintiff,
 7      vs.              CASE NO. 2:22-CV-04355-JFW-JEM
 8   RYDER RIPPS, JEREMY CAHEN
 9                Defendants.
     _____
10
11
12         VIDEOTAPED DEPOSITION OF IAN GARNER
13               Los Angeles, California
14               Wednesday, March 8, 2023
15
16
17
18
19
20
21
22
23   Stenographically Reported by:  Ashley Soevyn,
     CSR No. 12019
24   Job No. 5779756
25   Pages 1 - 198
```

Page 1

```
 1        A    Because I don't feel like I'm that
 2   involved in this.
 3        Q    Has been -- has it been a burden for you
 4   to show up here and testify today?
 5        A    Yes.
 6        Q    Why has it been a burden?
 7        A    I've taken time off work.  I've had to
 8   travel.  Taking a pay cut before going on a tour
 9   that I'm not getting paid much for.  And my work is
10   missing out on my services.
11        Q    How much time have you had to take off
12   work?
13        A    For this?
14        Q    Uh-huh.
15        A    Today.
16        Q    And you said you have had to take a pay
17   cut and you had to travel; is that right?
18        A    I'm -- I'm doing personal studies, and
19   I'm on my own away from work, taking most of this
20   next month off.  And I'm having to train people
21   right now this week.  And I'm not there.  And
22   they're on their own.
23        Q    Has this process been stressful for you?
24        A    Yes.
25        Q    Why has it been stressful?
```

Page 189

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were duly sworn; that a record
 8    of the proceedings was made by me using machine
 9    shorthand, which was thereafter transcribed under my
10    direction; further, that the foregoing is a true
11    record of the testimony given.
12              I further certify I am neither financially
13    interested in the action nor a relative or employee
14    of any attorney or party to this action.
15              IN WITNESS WHEREOF, I have this March 21,
16    2023 subscribed my name.
17
18
19
20    [signature]
21    ASHLEY SOEVYN
      CSR No. 12019
22
23
24
25
                                              Page 195
```