# Exhibit 6

Exhibit 6
Pg. 32

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4    YUGA LABS, INC.,              )
                                    )
 5              Plaintiff,          )
                                    )
 6    vs.                           )Case No.
                                    )2:22-cv-04355-JFW-JEM
 7    RYDER RIPPS and JEREMY        )
      CAHEN,                        )
 8                                  )
                Defendants.         )
 9    _____)
10
11
12                     CONFIDENTIAL
13          VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14         Taken on Wednesday, December 7, 2022
15   By a Certified Stenographer and Legal Videographer
16                     At 9:11 a.m.
17         At 9275 West Russell Road, Suite 240
18                   Las Vegas, Nevada
19
20
21
22
23           Stenographically reported by:
24       Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

Veritext Legal Solutions
866 299-5127

**Exhibit 6**
**Pg. 33**

```
 1       A.      Currently not.
 2       Q.      Have we met before today, you and I?
 3       A.      No.
 4       Q.      You were asked some questions today
 5   about cryptocurrency and NFTs.
 6               Do you recall that?
 7       A.      Yes.
 8       Q.      When did you first become interested in
 9   cryptocurrency generally?
10       A.      In 2014.
11       Q.      And what interested you about
12   cryptocurrency?
13       A.      I'm a technologist.  I build software.
14       Q.      And are you still involved with
15   cryptocurrency projects today?
16       A.      Yes.
17       Q.      Now, you're here pursuant to a subpoena
18   served by the plaintiff in this case, Yuga Labs?
19       A.      Correct.
20       Q.      Has the subpoena process been a burden
21   on your life in any way?
22       A.      It's stressful.  It's very stressful.
23       Q.      How so, if you can elaborate?
24       A.      The -- this isn't a familiar process for
25   me.  I don't know how to prepare doc -- I don't know
```

```
 1                    CERTIFICATE OF REPORTER
 2      STATE OF NEVADA       )
                              )SS
 3      COUNTY OF CLARK       )
 4           I, Holly Larsen, a duly certified court
        reporter licensed in and for the State of Nevada, do
 5      hereby certify:
 6           That I reported the taking of the deposition of
        the witness, Ryan Hickman, at the time and place
 7      aforesaid;
 8           That prior to being examined, the witness was
        by me duly sworn to testify to the truth, the whole
 9      truth, and nothing but the truth;
10           That I thereafter transcribed my shorthand
        notes into typewriting and that the typewritten
11      transcript of said deposition is a complete, true,
        and accurate record of testimony provided by the
12      witness at said time to the best of my ability.
13           I further certify (1) that I am not a relative
        or employee of counsel of any of the parties; nor a
14      relative or employee of the parties involved in said
        action; nor a person financially interested in the
15      action; nor do I have any other relationship with
        any of the parties or with counsel of any of the
16      parties involved in the action that may reasonably
        cause my impartiality to be questioned; and (2) that
17      transcript review pursuant to FRCP 30(e) was
        requested.
18
             IN WITNESS HEREOF, I have hereunto set my hand
19      in the County of Clark, State of Nevada, this 21st
        day of December, 2022.
20
21
22
23                      [signature: Holly Larsen]
24
25                 HOLLY LARSEN, CCR NO. 680


                                                     Page 309
```