UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE THAT THE BAYC TERMS DEVALUED THE BAYC MARKS** |

# [PROPOSED] ORDER

Having considered Plaintiff's Motion *in Limine* No. 5 to Exclude Evidence that the BAYC Terms Devalued the BAYC Marks, as well as the arguments of the parties at the motion hearing conducted on June 16, 2023, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion *in Limine* No. 5 is **GRANTED**.

2. Defendants shall not argue, offer into evidence, or seek to elicit testimonial or documentary evidence that the license provided for in Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") BAYC Terms and Conditions ("BAYC Terms"), or any use under these terms, harmed or devalued the BAYC Marks.

3. The following exhibits shall not be admitted into evidence for the purpose of establishing or purporting to establish harm to Yuga Labs: JTX-209; JTX-230; JTX-284; JTX-285; JTX-286; JTX-296; JTX-406; JTX-407; JTX-408; JTX-414; JTX-2075; JTX-2076; JTX-2078; JTX-2080; JTX-2081; JTX-2083; JTX-2088; JTX-2408; 2409; 2410; JTX-2133; JTX-2134; JTX-2319; JTX-2339; JTX-2340; JTX-2344; JTX-2345; JTX-2346; JTX-2351; JTX-2352; JTX-2354; JTX-2356; JTX-2358; JTX-2359; JTX-2361; JTX-2362; JTX-2365; JTX-2373; JTX-2390; JTX-2393; JTX-2395; JTX-2414; JTX-2419; JTX-2420; JTX-2421; JTX-2672; JTX-2673; JTX-2674; JTX-2694; JTX-2695.

4. The following excerpts of deposition testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish harm to Yuga Labs:

- Deposition of Wylie Aronow: 184:12–25; 185:1–11, 13–14, 23–25; 186:4–5, 8–12; 187:5–14, 17–25; 188:1–4, 7–25; 228:19–22; 229:12–16, 19; 230:12–14, 20–22, 25; 231:2–21; 232:5–10, 14.
- Deposition of Patrick Ehrlund: 48:15–24; 49:2–6, 8–23; 50:1–10, 14–19, 23–25; 51:13–25; 52:1–7, 10–14, 17–18; 53:10–25; 54:1–12, 15–

19, 24–25; 55:1–2, 5–12, 15–16; 73:17–25; 74:3–4, 7–25; 75:1–2, 5–8, 12–14.

- Deposition of Nicole Muniz: 131:18–25; 132:1–25; 133:1–25; 134:1–25; 135:1–25; 136:1–25; 137:1–25; 138:1–25; 139:1–25; 140:1–25; 141:1–13; 143:8–15, 19–21; 144:17–25; 145:1–25; 146:3–16; 149:8–10, 14–17, 19–20, 22–25; 151:19–21, 25; 152:10–15, 20–24.
- Deposition of Greg Solano: 134:2–3, 6–7, 19–21; 160:4–16; 162:21–22, 25; 163:1–3, 24–25; 164:3–15, 18–24; 170:19–20, 23–25; 174:5–7, 10–13, 15; 176:4–7, 14–15; 178:16–18, 21–22; 182:4–5, 7–9; 229:24–25; 230:1–8, 24–25; 231:3–4.

5. The following testimony shall not be admitted into evidence for the purpose of establishing or purporting to establish harm to Yuga Labs:

- Nicole Muniz: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."
- Greg Solano: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."
- Wylie Aronow: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."
- Kerem Atalay: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

- Patrick Ehrlund: "Yuga's abandonment of its rights in its intellectual property"; "the impact of competing products on Yuga"; "Yuga's responses to competing products using purportedly confusingly similar marks and/or misleading statements."

**IT IS SO ORDERED.**

Dated: _____

Honorable John F. Walter
United States District Court Judge