# Exhibit 3

Exhibit 3
Pg. 19

```
 1                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4
                                          )
 5   YUGA LABS, INC.,                     )CASE NO.:
                                          )
 6                    Plaintiff,          )2:22 cv 04355
                                          )JFW JEM
 7           v.                           )
                                          )
 8   RYDER RIPPS, JEREMY CAHEN, DOES      )
     1 10,                                )
 9                                        )
                      Defendants.         )
10                                        )
                                          )
11
12
13      ** THIS TRANSCRIPT IS MARKED CONFIDENTIAL
14              ATTORNEYS' EYES ONLY **
15
16           DEPOSITION OF YUGA LABS, INC.,
17     BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,
18                      NICOLE MUNIZ,
19           AND IN HER INDIVIDUAL CAPACITY
20                       VOLUME I
21              LOS ANGELES, CALIFORNIA
22              TUESDAY, JANUARY 24, 2023
23
24   REPORTED BY:   NATALIE PARVIZI AZAD, CSR, RPR, RSR
                    CSR NO. 14125
25   JOB NO.:       478535
```

Exhibit 3
Pg. 20

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023

134

| | | |
|---|---|---|
| 1 | [redacted] | 12:23:06 |
| 2 | So look at Bored & Hungry. They're here | 12:23:10 |
| 3 | in LA. They're a fast food chain. They own Bored | 12:23:13 |
| 4 | Apes, and they can use Bored Apes as the, you know, | 12:23:19 |
| 5 | visual reputation of their brand. | 12:23:24 |
| 6 | Their food is also really good. | 12:23:39 |
| 7 | [redacted] | 12:23:45 |
| 8 | [redacted] | 12:23:47 |
| 9 | [redacted] | 12:23:50 |
| 10 | [redacted] | 12:23:50 |
| 11 | [redacted] | 12:23:56 |
| 12 | [redacted] | 12:23:57 |
| 13 | [redacted] | 12:23:58 |
| 14 | [redacted] | 12:23:59 |
| 15 | [redacted] | 12:24:24 |
| 16 | [redacted] | 12:24:25 |
| 17 | [redacted] | 12:24:30 |
| 18 | [redacted] | 12:24:30 |
| 19 | [redacted] | 12:24:32 |
| 20 | [redacted] | 12:24:35 |
| 21 | [redacted] | 12:24:38 |
| 22 | [redacted] | 12:24:40 |
| 23 | [redacted] | 12:24:40 |
| 24 | [redacted] | 12:24:44 |
| 25 | [redacted] | 12:24:44 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Nicole Muniz, Corporate Designee & Individually
January 24, 2023

137

| # | | Time |
|---|---|---|
| 1 | ███████████████████████████████ | 12:26:52 |
| 2 | ███████████████████████ | 12:26:55 |
| 3 | █ ███████████████████████ | 12:26:58 |
| 4 | ████████████████ | 12:27:00 |
| 5 | ███████████████████████ | 12:27:01 |
| 6 | ██████████████ | 12:27:02 |
| 7 | █ █████████████ | 12:27:04 |
| 8 | █ ████████████████████ | 12:27:04 |
| 9 | ███████████████████████████ | 12:27:10 |
| 10 | ██████████████████████████ | 12:27:12 |
| 11 | ██████████ | 12:27:15 |
| 12 | █ ██████████████████████ | 12:27:16 |
| 13 | ███████████████████████████ | 12:27:19 |
| 14 | █████████████████████████ | 12:27:23 |
| 15 | ███████████████████ | 12:27:30 |
| 16 | ██████████████████████ | 12:27:34 |
| 17 | ██████████████████████ | 12:27:36 |
| 18 | ████████████████████ | 12:27:40 |
| 19 | ██████████ | 12:27:42 |
| 20 | So Bored & Hungry don't say that they're | 12:27:45 |
| 21 | official  they're officially affiliated with Bored | 12:27:49 |
| 22 | Ape Yacht Club.  They actually don't use Bored Ape. | 12:27:53 |
| 23 | They don't use Bored Ape Yacht Club.  They don't use | 12:27:56 |
| 24 | our marks in any way, and they make it a point to | 12:27:59 |
| 25 | say that they're actually not. | 12:28:02 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Nicole Muniz, Corporate Designee & Individually

January 24, 2023

138

| | | |
|---|---|---|
| 1 | So while we love Bored & Hungry, and I | 12:28:04 |
| 2 | think Andy is incredible, it doesn't change the fact | 12:28:06 |
| 3 | that it's not an official Bored Ape Yacht Club | 12:28:09 |
| 4 | property. | 12:28:13 |
| 5 | And consumers look to that, right? People | 12:28:13 |
| 6 | in the community look to that. People in the | 12:28:16 |
| 7 | general look to, "Is this an official Bored Ape | 12:28:19 |
| 8 | Yacht Club thing?" And that's where our logo comes | 12:28:22 |
| 9 | in in an official capacity and our marks overall. | 12:28:26 |
| 10 | [redacted] | 12:28:29 |
| 11 | [redacted] | 12:28:39 |
| 12 | [redacted] | 12:28:44 |
| 13 | [redacted] | 12:28:46 |
| 14 | [redacted] | 12:28:48 |
| 15 | [redacted] | 12:28:51 |
| 16 | [redacted] | 12:28:54 |
| 17 | [redacted] | 12:28:55 |
| 18 | [redacted] | 12:28:59 |
| 19 | [redacted] | 12:29:01 |
| 20 | [redacted] | 12:29:03 |
| 21 | [redacted] | 12:29:06 |
| 22 | [redacted] | 12:29:07 |
| 23 | [redacted] | 12:29:11 |
| 24 | [redacted] | 12:29:19 |
| 25 | [redacted] | 12:29:19 |

Exhibit 3
Pg. 23