1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING**
     **HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING**
11    **HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*
15

16            **UNITED STATES DISTRICT COURT**

17            **CENTRAL DISTRICT OF CALIFORNIA**

18               **WESTERN DIVISION**

19

20   Yuga Labs, Inc.,                              Case No. 2:22-cv-04355-JFW-JEM

21                                                 **DECLARATION OF LOUIS W.**
                            Plaintiff,             **TOMPROS IN SUPPORT OF**
22                                                 **MOTION IN LIMINE NO. 6 BY**
                                                   **DEFENDANTS**
23      v.

24   Ryder Ripps, Jeremy Cahen;

25
                            Defendants.
26

27

28
─────────────────────────────────────────

I, Louis W. Tompros, declare as follows:

1.     I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen.  I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18).  I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2.     Defendants have filed their motion *in limine*, which seeks to exclude the opinion testimony of Laura O'Laughlin—the survey expert retained by Yuga Labs in this matter.

3.     The parties discussed the admissibility of Laura O'Laughlin's opinion testimony during a conference of lead counsel that took place on May 9, 2023.  Louis Tompros, Derek Gosma, and Henry Nikogosyan attended on behalf of Defendants.  Eric Ball, Kimberly Culp, and Anthony Fares attended on behalf of Yuga Labs.  During the conference, Defendants explained that the testimony is unreliable and inadmissible under Federal Rule of Evidence 702 because the Laura O'Laughlin's expert opinion relies on two mutually exclusive surveys, rendering the opinion internally inconsistent and improper.  Counsel for Yuga indicated in their witness list that Yuga intends to present Ms. O'Laughlin's opinion testimony, and counsel for Yuga refused to stipulate that Ms. O'Laughlin's opinion testimony would not be mentioned or displayed in the presence of the jury.

4.     If Defendants' motion is not granted, admission of Laura O'Laughlin's expert report would result in specific prejudice against Defendants as it would place in front of the jury expert opinion that is unreliable and inherently flawed, in violation of Federal Rule of Evidence 702.  The jury would be improperly exposed to an expert opinion that would not help the jury understand the facts in any manner and would

-1-

1   instead serve to only confuse the jury, confuse the facts, and misleadingly complicate

2   issues based on an opinion grounded in a flawed methodology that is not compliant with

3   accepted scientific principles and standards.

4        I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.

6        Executed in Massachusetts on May 23, 2023.

7

8                       */s/ Louis W. Tompros*

9                       Louis W. Tompros

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28              -2-