Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen; <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF LOUIS W. TOMPROS IN OPPOSITION TO MOTION IN LIMINE NO. 2 BY YUGA LABS** |

I, Louis W. Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Yuga Labs, Inc. ("Yuga") filed its motion *in limine* no. 2, which seeks to exclude evidence relating to Defendants' mental state in creating the RR/BAYC Project.

3. On May 9, 2023, the parties held a conference of counsel and discussed the admissibility of evidence relating Defendants' mental state in creating the RR/BAYC Project. Derek Gosma, Henry Nikogosyan, and I attended on behalf of Defendants. Eric Ball, Kimberly Culp, and Anthony Fares attended on behalf of Yuga Labs. During the conference, Defendants explained that under *Romag Fasteners, Inc. v. Fossil, Inc.*, 140 S. Ct. 1492 (2020) evidence on Defendants' mental state bears on what award of profits is appropriate. Defendants also explained that evidence on mental state would be material to willfulness and other issues at trial.

4. If Yuga's motion were granted, exclusion of evidence on Defendants' mental states in creating the RR/BAYC Project would cause significant prejudice because it would limit Defendants' ability to present evidence on their subject beliefs and intent, which the Supreme Court has recognized as an important factor that a factfinder should consider when determining damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on May 23, 2023.

|     |                                |
| --- | ------------------------------ |
| 1   | */s/ Louis W. Tompros*         |
| 2   | Louis W. Tompros               |
| 3   |                                |
| ... |                                |