Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Ryder Ripps, Jeremy Cahen;<br><br>    Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF LOUIS W. TOMPROS IN OPPOSITION TO MOTION IN LIMINE NO. 3 BY YUGA LABS** |

DECL. OF LOUIS W. TOMPROS
Case No. 2:22-cv-04355-JFW-JEM

I, Louis W. Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Yuga Labs, Inc. ("Yuga") filed its motion *in limine* no. 3, which seeks to exclude evidence relating to third-party use of the asserted marks.

3. On May 9, 2023, the parties held a conference of counsel and discussed the admissibility of evidence relating to third-party use of the asserted marks. Derek Gosma, Henry Nikogosyan, and I attended on behalf of Defendants. Eric Ball, Kimberly Culp, and Anthony Fares attended on behalf of Yuga Labs. During the conference, Defendants confirmed that they intend to offer evidence of third-party use of the asserted marks to show how that third-party use has harmed the value of the mark and how that third-party use weighs against Yuga's alleged damages.

4. If Yuga's motion were granted, exclusion of evidence showing extensive third-party use of the asserted marks would cause significant prejudice to Defendants because it would limit Defendants' ability to present evidence on the value of the asserted marks and any damages that Defendants' infringement caused.

5. In connection with Defendants' opposition to Yuga's motion, Defendants rely on several exhibits.

6. Exhibit 1 is a true and correct copy of promotional material publicly used by HALF BAYCD.

7. Exhibit 2 is a true and correct copy of Bored Coffee's product.

8. Exhibit 3 is a true and correct copy of a webpage on Bored & Hungry's website offering for sale a product offered by Bored & Hungry.

9. Exhibit 4 is a true and correct copy of a notebook sold by a third party bearing the asserted marks.

10. Exhibit 5 is a true and correct copy of public compilation materials displaying extensive third-party use of the asserted marks.

11. Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Yuga's Co-Founder and former Co-President, Wylie Aronow.

12. Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Yuga's ex-Chief Creative Officer, Patrick Ehrlund.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on May 23, 2023.

/s/ Louis W. Tompros
Louis W. Tompros