# Exhibit 1



RIPPSCAHEN00017543