# Exhibit 2



RIPPSCAHEN00022706