# Exhibit 3






1/1

BRDNHNGRY

# 6184 Circle Trucker Hat - White

$35.00

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over $50.00 with shop Pay installments powered by Affirm  Learn more

Quantity

1

Add to cart

Buy with shop Pay

More payment options

- BAYC "Imperfect" Circle
- Heat Transfer Print on Front
- 100% Polyester - Front Panel w/ Lining
- Plastic Adjustable Snap
- High Crown Mesh Back

Share



### Visit Our Restaurant

11am to 8pm

7 days a week.

2405 E 7th St. Long Beach, CA 90804

### Subscribe for News & Early Access

Email →

RIPPSCAHEN00017145

Country/region

United States (USD $)

© 2023, Bored & Hungry Powered by Pronto Goods

RIPPSCAHEN00017146