# Exhibit 4



RIPPSCAHEN00018467