# Exhibit 5



RIPPSCAHEN00018890