# Exhibit 6

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2

 3    YUGA LABS, INC.,

 4              Plaintiff,

 5         vs.          CASE NO.
                        2:22-cv-043550-JFW-JEM
 6
      RYDER RIPPS, ET AL.,
 7
                Defendants.  (FULL TRANSCRIPT)
 8

 9

10

11       ** THIS TRANSCRIPT CONTAINS CONFIDENTIAL &

12              HIGHLY CONFIDENTIAL –

13         ATTORNEYS' EYES ONLY INFORMATION **

14

15

16    DEPOSITION OF:   Wylie Aronow

17    DATE:            March 6, 2023

18    TIME:            9:04 a.m.

19    LOCATION:        125 Calhoun Street
                       Charleston, SC
20

21    TAKEN BY:        Counsel for the Defendants

22    REPORTED BY:     Roxanne Easterwood, RPR

23

24

25
```

```
1                  P R O C E E D I N G S
2                  *    *    *    *    *    *
3              VIDEOGRAPHER:  We're now on the                09:04:05
4   record.  Today's date is March the 6th, 2023.  The        09:04:06
5   time is approximately 9:04 a.m.  This is the video       09:04:09
6   deposition of Wylie Aronow.  The location is 125          09:04:13
7   Calhoun Street, Charleston, South Carolina.  This         09:04:15
8   deposition is taken in the matter of Yuga Labs,           09:04:18
9   Incorporated versus Ripps, et al.                         09:04:20
10             Will counsel please introduce                  09:04:22
11  themselves for the record.                                09:04:23
12             MR. BALL:  Eric Ball, with Fenwick &           09:04:26
13  West, for Mr. Aronow and Yuga Labs.  And with me          09:04:31
14  is Cameron Kates, Anne Termine, and Kevin Kelly.          09:04:33
15             MR. TOMPROS:  Good morning.  Louis             09:04:38
16  Tompros, from Wilmer Cutler Pickering Hale & Dorr,        09:04:40
17  LLP, on behalf of the defendants.                         09:04:43
18                       WYLIE ARONOW
19  being first duly sworn, testified as follows:
20             MR. BALL:  And, Louis, as we've done           09:04:53
21  for the past depositions, Mr. Aronow will like to         09:04:54
22  read and sign the deposition.  Our conversations          09:04:57
23  during the break are privileged.  And you know,           09:05:00
24  we're marking this AEO, or attorneys' eyes only,          09:05:04
25  under 6.3(b) of a protective order.                       09:05:07
```

1  MR. BALL: Objection. Vague. Calls 12:34:19
2  for speculation. Calls for a legal conclusion. 12:34:21
3  THE WITNESS: I'm not an expert on 12:34:24
4  trademark, man, sorry. 12:34:24
5  BY MR. TOMPROS:
6  Q. The created date for this collection 12:34:31
7  is April 2022, correct? 12:34:32
8  A. That's what it says here. 12:34:35
9  Q. So do you have any reason to doubt 12:34:37
10 that? 12:34:39
11 MR. BALL: Objection. Vague. Calls 12:34:40
12 for speculation. 12:34:41
13 THE WITNESS: I have no idea if this is 12:34:42
14 even real. 12:34:43
15 BY MR. TOMPROS:
16 Q. Have you gone on OpenSea to search for 12:34:49
17 Bored Ape collections? 12:34:50
18 A. I have not. 12:34:52
19 Q. So you couldn't say whether there are 12:34:54
20 10? 100? 1000, right? 12:34:56
21 MR. BALL: Objection. Vague. 12:34:58
22 THE WITNESS: I could not. 12:34:59
23 BY MR. TOMPROS:
24 Q. Can you identify any steps that Yuga 12:35:01
25 Labs has taken to police its trademarks and NFT 12:35:03

1  collections?  12:35:08
2      A.  I believe we take down collections  12:35:09
3  regularly.  I defer to counsel.  That's their job.  12:35:10
4  Again, I'm a creative at the company.  12:35:13
5          (Exhibit 283, SpreadT-Shirt Printouts,
6  re:  Bored Ape Yacht Club T-Shirt, marked for
7  identification.)
8  BY MR. TOMPROS:
9      Q.  You have been handed what has been  12:35:54
10 marked as Exhibit 283, a six-page document that I  12:35:56
11 will represent to you is a series of printouts  12:36:01
12 from Spread-Shirt.com.  Do you see that?  12:36:04
13     A.  I do.  12:36:11
14     Q.  And in the image on the first page  12:36:11
15 there is a T-shirt with the Bored Ape Yacht Club  12:36:12
16 patch logo, right?  12:36:17
17     A.  That's what it looks like.  12:36:20
18     Q.  How would I know whether this is  12:36:21
19 authorized by Yuga or not?  12:36:21
20         MR. BALL:  Objection.  Calls for a  12:36:23
21 legal conclusion.  Calls for speculation.  12:36:23
22         THE WITNESS:  I'm not an expert on  12:36:27
23 that.  12:36:27
24 BY MR. TOMPROS:
25     Q.  But you're a board member of Yuga,  12:36:28

1  right?  12:36:31
2      A.  I am.  12:36:32
3      Q.  Do you know whether this is authorized  12:36:33
4  by Yuga or not?  12:36:34
5      MR. BALL:  Objection.  12:36:35
6      THE WITNESS:  I highly doubt it.  12:36:36
7  BY MR. TOMPROS:
8      Q.  Why do you doubt it?  12:36:38
9      A.  It's being sold on SpreadT-Shirt.com.  12:36:39
10     Q.  If you go to the -- Page 5, there's  12:36:50
11 some text description.  And under "Category  12:36:52
12 Trending Shirt," it says:  "This is the Official  12:36:56
13 Bored Ape Yacht Club T-shirt, hoodie, sweater,  12:36:58
14 tank top, and long-sleeve T."  12:37:01
15     Do you see that?  12:37:03
16     A.  I do.  12:37:04
17     Q.  Is that accurate?  12:37:05
18     MR. BALL:  Objection.  Asked and  12:37:06
19 answered.  Vague.  Calls for a legal conclusion.  12:37:08
20     THE WITNESS:  I highly doubt it, unless  12:37:11
21 they're reselling an authentic one.  I would have  12:37:12
22 no idea if this is a resale of an authentic one.  12:37:15
23 BY MR. TOMPROS:
24     Q.  Is there any way for somebody who  12:37:21
25 wants to buy this shirt to know whether it's  12:37:22

```
1              CERTIFICATE OF REPORTER
2
3         I, Roxanne M. Easterwood, Registered
4  Professional Reporter and Notary Public for the
5  State of South Carolina at Large, do hereby
6  certify that the foregoing transcript is a true,
7  accurate, and complete record.
8         I further certify that I am neither
9  related to nor counsel for any party to the cause
10 pending or interested in the events thereof.
11        Witness my hand, I have hereunto
12 affixed my official seal this 6th day of March
13 2023 at Charleston, Charleston County, South
14 Carolina.
15
16
17
18
19
20
21
22    _____
      Roxanne M. Easterwood, RPR
23    My Commission expires
      February 1, 2025
24
25
```