# Exhibit 7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

---------------------------------X

YUGA LABS, INC.,                        :

              Plaintiff,   :

    v.                              :Civil Action No:

                              :2:22-cv-04355-

RYDER RIPPS, ET AL.,            :JFW-JEM

              Defendants.  :

---------------------------------X


CONFIDENTIAL - ATTORNEYS' EYES ONLY


DEPOSITION OF PATRICK EHRLUND

THURSDAY, MARCH 16, 2023

9:00 A.M.






Job No.: 480781

Pages 1 - 89

Reported by: Adrienne Mignano, RPR

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Here begins Media Number | 09:13:59 |
| 2 | 1 in the videotaped deposition of Patrick Ehrlund in | 09:14:00 |
| 3 | the matter of Yuga Labs, Inc. versus Ripps, et al., in | 09:14:04 |
| 4 | the District Court for the Central District of | 09:14:09 |
| 5 | California, Case Number 2:22-cv-04355. | 09:14:11 |
| 6 | Today's date is March 16th, 2023. The time | 09:14:19 |
| 7 | on the video monitor is 9:14 a.m. The videographer | 09:14:24 |
| 8 | today is Harold Rodriguez, representing Planet Depos. | 09:14:29 |
| 9 | This video deposition is taking place at 7 World Trade | 09:14:33 |
| 10 | Center, 250 Greenwich Street, 45th Floor, New York, New | 09:14:35 |
| 11 | York 10007. | 09:14:40 |
| 12 | Would counsel please voice identify | 09:14:44 |
| 13 | themselves and state whom they represent. | 09:14:46 |
| 14 | MR. NIKOGOSYAN: Henry Nikogosyan, | 09:14:50 |
| 15 | representing the defendants Ryder Ripps and Jeremy | 09:14:50 |
| 16 | Cahen. | 09:14:56 |
| 17 | MR. BALL: Eric Ball, representing the | 09:14:57 |
| 18 | plaintiff, and counsel for the witness, Yuga Labs. | 09:14:59 |
| 19 | With me are Cameron Kates, Kevin Kelly, Anne Termine | 09:15:01 |
| 20 | and Sophia Andreyeva. We'll have spellings, if | 09:15:08 |
| 21 | necessary. | 09:15:16 |
| 22 | THE VIDEOGRAPHER: The court reporter today | 09:15:16 |
| 23 | is Adrienne Mignano, representing Planet Depos. | 09:15:17 |
| 24 | Would the reporter please swear in the | 09:15:19 |
| 25 | witness. | 09:15:22 |

| | | |
|---|---|---|
| 1 | Whereupon, | 09:15:22 |
| 2 | PATRICK EHRLUND, | |
| 3 | being first duly sworn or affirmed to testify to the | |
| 4 | truth, the whole truth, and nothing but the truth, was | |
| 5 | examined and testified as follows: | |
| 6 | MR. BALL: Henry, before we get started, as | 09:15:40 |
| 7 | we've done in the past depositions, Mr. Ehrlund will | 09:15:42 |
| 8 | elect to read and sign, we're marking this AEO under | 09:15:46 |
| 9 | the Protective Order and the conversations with counsel | 09:15:50 |
| 10 | during the breaks are privileged. | 09:15:53 |
| 11 | MR. NIKOGOSYAN: Sounds good. | 09:15:58 |
| 12 | EXAMINATION BY COUNSEL FOR THE DEFENDANTS | 09:15:59 |
| 13 | BY MR. NIKOGOSYAN: | 09:15:59 |
| 14 | Q    Good morning. | 09:16:02 |
| 15 | A    Good morning. | 09:16:03 |
| 16 | Q    Do you have a preference how I address you | 09:16:05 |
| 17 | today, first name, last name? | 09:16:07 |
| 18 | A    First name is good. | 09:16:09 |
| 19 | Q    Patrick? | 09:16:10 |
| 20 | A    Or Mr. Ehrlund. Either -- whichever one you | 09:16:11 |
| 21 | prefer. | 09:16:14 |
| 22 | Q    Thank you. | 09:16:15 |
| 23 | So I know depositions can be stressful. If | 09:16:15 |
| 24 | there is any point today where you need to stop or take | 09:16:25 |
| 25 | a break, you can let me know and we can take a break. | 09:16:29 |

| | | |
|---|---|---|
| 1 | MR. BALL: Objection. Vague. Asked and | 11:39:02 |
| 2 | answered. | 11:39:03 |
| 3 | A  Correct. | 11:39:05 |
| 4 | Q  And that URL that includes the term "Ape" | 11:39:08 |
| 5 | was used on February 15, 2021, correct? | 11:39:12 |
| 6 | MR. BALL: Objection. Vague. Calls for | 11:39:19 |
| 7 | speculation. Calls for a legal conclusion. Lacks | 11:39:21 |
| 8 | foundation. | 11:39:25 |
| 9 | A  Based on this screenshot and the Internet | 11:39:27 |
| 10 | archive Wayback machine bar at the top, it seems to say | 11:39:31 |
| 11 | so. | 11:39:35 |
| 12 | Q  ApeSwap used the term "Ape" in connection | 11:39:56 |
| 13 | with crypto before the Bored Ape Yacht Club; is that | 11:40:00 |
| 14 | correct? | 11:40:06 |
| 15 | MR. BALL: Objection. Vague. Asked and | 11:40:07 |
| 16 | answered. Calls for a legal conclusion. Calls for | 11:40:08 |
| 17 | speculation. Lacks foundation. | 11:40:11 |
| 18 | A  From this screenshot, it seems to appear so. | 11:40:17 |
| 19 | Q  I'm going to show you another document. | 11:43:04 |
| 20 | (Ehrlund Exhibit 411 marked for | 11:43:06 |
| 21 | identification and attached to the transcript.) | 11:43:06 |
| 22 | Q  And I'll represent to you this is just a | 11:43:33 |
| 23 | printout of the website boredapetronclub.com. | 11:43:36 |
| 24 | Is the Bored Ape Tron Club a Yuga Labs | 11:43:54 |
| 25 | product? | 11:43:59 |

| | | |
|---|---|---|
| 1 |      MR. BALL: Objection. Vague. Calls for | 11:44:00 |
| 2 | speculation. | 11:44:01 |
| 3 |   A   Sorry, I'm just sorting my papers. | 11:44:05 |
| 4 |   Q   Oh, go ahead, take your time. I know it's a | 11:44:07 |
| 5 | lot of paper. | 11:44:09 |
| 6 |   A   No, no, no, it's fine. It's just, if you | 11:44:10 |
| 7 | want to reference them, so I can find them. Can you | 11:44:11 |
| 8 | repeat the question. Sorry. | 11:44:15 |
| 9 |   Q   Yes. Is the Bored Ape Tron Club a Yuga Labs | 11:44:17 |
| 10 | product? | 11:44:21 |
| 11 |      MR. BALL: Objection. Vague. Calls for | 11:44:22 |
| 12 | speculation. Calls for a legal conclusion. | 11:44:24 |
| 13 |   A   No. Not to my knowledge, no. | 11:44:27 |
| 14 |   Q   Is the term "Bored Ape Tron Club" similar to | 11:44:42 |
| 15 | the term "Bored Ape Yacht Club"? | 11:44:46 |
| 16 |      MR. BALL: Objection. Calls for | 11:44:50 |
| 17 | speculation. Vague. Calls for a legal conclusion. | 11:44:52 |
| 18 |   A   It uses some of the same words, but I | 11:44:57 |
| 19 | imagine that Tron is a reference to the '80s movie, | 11:45:01 |
| 20 | which is thematically quite different. | 11:45:06 |
| 21 |   Q   And do you see beneath that it says "Mutant | 11:45:10 |
| 22 | Ape Tron Club Collection"? | 11:45:12 |
| 23 |   A   Yes, I do. | 11:45:19 |
| 24 |   Q   Is the Mutant Ape Tron Club a Yuga Labs | 11:45:20 |
| 25 | product? | 11:45:24 |

| | |
|---|---|
| 1   MR. BALL: Objection. Vague. Calls for | 11:45:26 |
| 2   speculation. Calls for a legal conclusion. | 11:45:27 |
| 3   A   No, it is not. | 11:45:29 |
| 4   Q   But Yuga has a product called the Mutant Ape | 11:45:36 |
| 5   Yacht Club; is that right? | 11:45:39 |
| 6   A   Yes, we do, MAYC, yeah. | 11:45:43 |
| 7   Q   And the name "Bored Ape Tron Club" also | 11:45:51 |
| 8   includes the term "Bored Ape"; is that correct? | 11:45:55 |
| 9   MR. BALL: Objection. Vague. Asked and | 11:45:59 |
| 10  answered. Calls for speculation. Calls for a legal | 11:46:01 |
| 11  conclusion. | 11:46:03 |
| 12  A   Yes, I do see the two first words. | 11:46:05 |
| 13  Q   And if you go into like that first paragraph | 11:46:09 |
| 14  on that first page, it says, "You are one of 10,000 | 11:46:13 |
| 15  Bored Ape NFTs." Do you see that? | 11:46:21 |
| 16  A   Yes and the sentence goes "that found a home | 11:46:25 |
| 17  on the Tron blockchain." | 11:46:28 |
| 18  Q   And so that paragraph is using the term | 11:46:32 |
| 19  "Bored Ape" to refer to the Bored Ape Tron Club; is | 11:46:34 |
| 20  that right? | 11:46:40 |
| 21  MR. BALL: Objection. Vague. Calls for | 11:46:42 |
| 22  speculation. Calls for a legal conclusion. | 11:46:43 |
| 23  A   It's unclear, but I would imagine that on | 11:46:48 |
| 24  this page they are referencing the project that they | 11:46:53 |
| 25  are promoting. | 11:46:56 |

| | |
|---|---|
| 1  Q   In the next sentence it says, "A Tron Ape | 11:46:57 |
| 2  knows a better blockchain when they see it"?  Do you | 11:47:00 |
| 3  see it? | 11:47:04 |
| 4  A   Yeah, I do see that. | 11:47:06 |
| 5  Q   And that sentence is using the term "Ape," | 11:47:08 |
| 6  correct? | 11:47:12 |
| 7      MR. BALL:  Objection.  Mischaracterizes the | 11:47:14 |
| 8  document.  Calls for a legal conclusion.  Calls for | 11:47:16 |
| 9  speculation.  Vague. | 11:47:19 |
| 10 A   It's capitalized together with Tron so I | 11:47:23 |
| 11 think they are saying "Tron Ape." | 11:47:26 |
| 12 Q   If you go to the second paragraph, do you | 11:47:34 |
| 13 see in the first sentence it says, "Everyone can get an | 11:47:37 |
| 14 Ape"?  Do you -- | 11:47:40 |
| 15 A   Yes. | 11:47:42 |
| 16 Q   -- see that? | 11:47:44 |
| 17     And that sentence is using the term "Ape," | 11:47:44 |
| 18 correct? | 11:47:47 |
| 19     MR. BALL:  Objection.  Calls for | 11:47:49 |
| 20 speculation.  Vague.  Calls for a legal conclusion. | 11:47:50 |
| 21 A   I see that they were using the word "Ape." | 11:47:55 |
| 22 But if I would be a consumer on this page, I would | 11:48:01 |
| 23 imagine that they were referring to the Tron Ape, | 11:48:04 |
| 24 having read the first paragraph. | 11:48:06 |
| 25 Q   And do you see the last paragraph, in that | 11:48:14 |

1   same column, it says, "The Bored Ape Tron Club is an       11:48:17
2   homage to the Bored Ape Yacht Club and not affiliated      11:48:21
3   with Yuga Labs LLC"?  Do you see that?                     11:48:25
4       A    Yes, I do.                                        11:48:28
5       Q    Are you aware of Yuga ever giving the Bored       11:48:42
6   Ape Tron Club permission to use any of the -- any of       11:48:44
7   Yuga's marks?                                              11:48:52
8            MR. BALL:  Objection.  Vague.  Calls for a        11:48:56
9   legal conclusion.  Calls for speculation.                  11:48:57
10      A    This was -- when I worked in the creative         11:49:00
11  department, this was part of legal department's            11:49:03
12  purview, so I'm not aware.  I would not have visibility    11:49:06
13  to that.                                                   11:49:11
14      Q    And are you aware of any activities Yuga          11:49:12
15  Labs took to stop the Bored Ape Tron Club from using       11:49:14
16  Yuga's marks?                                              11:49:20
17           MR. BALL:  Objection.  Vague.  Calls for a        11:49:22
18  legal conclusion.  Calls for speculation.                  11:49:24
19      A    I do not know.  Again, I worked in the            11:49:28
20  creative department and did not have visibility to         11:49:32
21  everything -- all these cases, or exhibits.                11:49:37
22      Q    If you go to the second page of this              11:49:47
23  exhibit, do you see there's different ape images?          11:49:49
24      A    Underneath the "Ape Types"?  Are you              11:49:57
25  referring to those?                                        11:50:00

```
 1          CERTIFICATE OF REPORTER - NOTARY PUBLIC
 2          I, ADRIENNE MIGNANO, the officer before whom
 3   the foregoing deposition was taken, do hereby certify
 4   that the foregoing transcript is a true and correct
 5   record of the testimony given; that said testimony was
 6   taken by me and thereafter reduced to typewriting under
 7   my direction; that reading and signing was requested;
 8   and that I am neither counsel for, related to, nor
 9   employed by any of the parties to this case and have no
10   interest, financial or otherwise, in its outcome.
11          IN WITNESS WHEREOF, I have hereunto set my
12   hand and affixed my notarial seal this 27th day of
13   MARCH, 2023.
14   My Commission Expires: June 2026.
15
16
17
18   _____
19      ADRIENNE MIGNANO, RPR
20
21
22
23
24
25
```