Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>Ryder Ripps, Jeremy Cahen;<br><br>                    Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DECLARATION OF LOUIS W. TOMPROS IN OPPOSITION TO MOTION IN LIMINE NO. 4 BY YUGA LABS** |

I, Louis W. Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston Massachusetts, 02109, counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Ripps and Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Yuga Labs, Inc. ("Yuga") filed its motion *in limine* no. 4, which seeks to exclude evidence relating to Yuga's harassment of Defendants and third parties, and evidence of Yuga pursuing only the RR/BAYC Project among the thousands of infringing NFT collections.

3. During the May 9, 2023, conference of counsel, the parties discussed the admissibility evidence relating to Yuga's harassment activities and evidence regarding Yuga's decision to pursue only the RR/BAYC Project. Derek Gosma, Henry Nikogosyan, and I attended on behalf of Defendants. Eric Ball, Kimberly Culp, and Anthony Fares attended on behalf of Yuga Labs. During the conference, Defendants agreed that they would not present evidence regarding Yuga's harassment and bullying activities and any corresponding emotional distress. Defendants explained that evidence of Yuga ignoring the large number of other infringers bears on showing an alternative source to Yuga's alleged harm—that the source of any such harm was Defendants' criticism and that Yuga cannot include that harm in its damages calculations.

4. If Yuga's motion were granted, exclusion of evidence showing alternative sources of harm to Yuga would cause significant prejudice to Defendants because it would limit Defendants' ability to present evidence showing that Yuga is attempting to recover damages that are unrelated to the RR/BAYC Project's infringement.

5. In connection with Defendants' opposition to Yuga's motion, Defendants rely on several exhibits.

6. Exhibit 1 is an excerpt from the deposition testimony of Yuga's corporate representative and ex-CEO, Nicole Muniz.

7. Exhibit 2 is an excerpt from the deposition testimony of Yuga's ex-Chief Creative Officer, Patrick Ehrlund.

8. Exhibit 3 is a true and accurate screenshot of an Etherscan page identifying NFT collections that use the BAYC mark.

9. Exhibit 4 is a true and accurate screenshot of an Etherscan page identifying NFT collections that use the BORED APE and APE marks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on May 23, 2023.

*/s/ Louis W. Tompros*
Louis W. Tompros