# Exhibit 1

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                        WESTERN DIVISION
 4    _____
                                       )
 5    YUGA LABS, INC.,                  )CASE NO.:
                                       )
 6                    Plaintiff,        )2:22-cv-04355-
                                       )JFW-JEM
 7              v.                      )
                                       ) (FULL TRANSCRIPT)
 8    RYDER RIPPS, JEREMY CAHEN, DOES   )
      1-10,                             )
 9                                      )
                      Defendants.       )
10                                      )
      _____)
11

12

13     ** THIS TRANSCRIPT CONTAINS HIGHLY CONFIDENTIAL -
14          ATTORNEYS' EYES ONLY INFORMATION **
15

16            DEPOSITION OF YUGA LABS, INC.,
17      BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,
18                       NICOLE MUNIZ,
19           AND IN HER INDIVIDUAL CAPACITY
20                        VOLUME I
21               LOS ANGELES, CALIFORNIA
22              TUESDAY, JANUARY 24, 2023
23

24    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25    JOB NO.:       478535
```

```
1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3                    WESTERN DIVISION
4
   _____
5                                      )
   YUGA LABS, INC.,                    )CASE NO.:
6                                      )
                       Plaintiff,      )2:22-cv-04355-
7                                      )JFW-JEM
              v.                       )
8                                      )
   RYDER RIPPS, JEREMY CAHEN, DOES     )
9  1-10,                               )
                                       )
10                     Defendants.     )
   _____)
11
12
13
14
15   DEPOSITION OF NICOLE MUNIZ, VOLUME I
16   TAKEN ON BEHALF OF THE PLAINTIFF
17   IN LOS ANGELES, CALIFORNIA, BEGINNING AT
18   9:11 A.M. AND ENDING AT 5:29 P.M., ON
19   TUESDAY, JANUARY 24, 2023, BEFORE
20   NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND
21   REPORTER NUMBER 14125.
22
23
24
25
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

159

| | | |
|---|---|---|
| 1 | has, like, a mustache. So it looks like it has hair | 13:53:20 |
| 2 | on its head and also a mustache. | 13:53:24 |
| 3 | Q. And it also says here on 234 -- | 13:53:26 |
| 4 | Exhibit 234, it says, "Inspired by Bored Ape Yacht | 13:53:34 |
| 5 | Club. We are not affiliated with Bored Ape Yacht | 13:53:37 |
| 6 | Club." | 13:53:40 |
| 7 | Do you see that? | 13:53:40 |
| 8 | A. Yes. | 13:53:40 |
| 9 | Q. Does the statement "We are not affiliated | 13:53:41 |
| 10 | with Bored Ape Yacht Club" indicate that this | 13:53:44 |
| 11 | listing is okay with Yuga Labs? | 13:53:47 |
| 12 | MR. BALL: Objection. Calls for a legal | 13:53:50 |
| 13 | conclusion. Vague. | 13:53:53 |
| 14 | A. Just because somebody says, "We are not | 13:53:55 |
| 15 | affiliated with Bored Ape Yacht Club," doesn't mean | 13:53:57 |
| 16 | that we're giving them the okay. | 13:54:00 |
| 17 | (Exhibit 235 marked.) | 13:54:00 |
| 18 | BY MR. TOMPROS: | 13:54:21 |
| 19 | Q. You've been handed what has been marked as | 13:54:21 |
| 20 | Exhibit 235, a multipage document that also says | 13:54:23 |
| 21 | "OpenSea" and says "Bored Ape Solana Club" in the | 13:54:28 |
| 22 | graphic at the top. S-O-L-A-N-A. | 13:54:33 |
| 23 | Do you see that? | 13:54:36 |
| 24 | A. Yes. | 13:54:36 |
| 25 | MR. BALL: Okay. Just for the record, | 13:54:36 |

| | | |
|---|---|---|
| 1 | again, this looks like an incomplete printout on the | 13:54:38 |
| 2 | top as well as missing images as we go through it. | 13:54:42 |
| 3 | MR. TOMPROS:  Yeah, you're free to look it | 13:54:46 |
| 4 | up yourself.  The -- if it's easier for you to use a | 13:54:47 |
| 5 | computer to look this up on OpenSea, you're welcome | 13:54:54 |
| 6 | to. | 13:54:58 |
| 7 | Q.   Is the Bored Ape Solana Club affiliated | 13:54:58 |
| 8 | with Yuga Labs? | 13:55:01 |
| 9 | A.   I don't believe so.  It does -- I can't -- | 13:55:02 |
| 10 | I think they have more of a description by the way. | 13:55:09 |
| 11 | I don't -- it is cut off actually. | 13:55:11 |
| 12 | Q.   Is the name "Bored Ape Solana Club," does | 13:55:13 |
| 13 | that infringe on any Yuga Labs trademarks? | 13:55:16 |
| 14 | MR. BALL:  Objection.  Calls for a legal | 13:55:19 |
| 15 | conclusion.  Vague. | 13:55:21 |
| 16 | A.   I'm not a lawyer.  But I believe Bored Ape | 13:55:22 |
| 17 | is our mark. | 13:55:25 |
| 18 | Q.   What actions, if any, has Yuga Labs taken | 13:55:26 |
| 19 | to request that the Bored Ape Solana Club stop its | 13:55:29 |
| 20 | marketing activities? | 13:55:37 |
| 21 | MR. BALL:  Objection.  Vague. | 13:55:39 |
| 22 | A.   It's the same answer as I gave for Grandpa | 13:55:41 |
| 23 | Ape Country Club.  We -- we enforce aggressively. | 13:55:47 |
| 24 | We enforce a lot.  It's a huge part of our | 13:55:52 |
| 25 | day-to-day operations.  It is possible we have taken | 13:55:56 |

```
 1           CERTIFIED STENOGRAPHER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) SS.
 3   COUNTY OF LOS ANGELES  )
 4
 5           I, NATALIE PARVIZI-AZAD, HERBY CERTIFY:
 6           I AM A DULY QUALIFIED CERTIFIED SHORTHAND
 7   REPORTER IN THE STATE OF CALIFORNIA, HOLDER OF
 8   CERTIFICATE NUMBER CSR 14125 ISSUED BY THE COURT
 9   REPORTERS BOARD OF CALIFORNIA AND WHICH IS IN FULL
10   FORCE AND EFFECT.   (BUS. & PROF. § 8016)
11           I AM NOT FINANCIALLY INTERESTED IN THIS
12   ACTION AND NOT A RELATIVE OR EMPLOYEE OF ANY
13   ATTORNEY OF THE PARTIES, OR OF ANY OF THE PARTIES.
14   (CIV. PROC. § 2025.320(A))
15           I AM AUTHORIZED TO ADMINISTER OATHS OR
16   AFFIRMATIONS PURSUANT TO CALIFORNIA CODE OF CIVIL
17   PROCEDURE, SECTION 2093 (B) AND PRIOR TO BEING
18   EXAMINED, THE DEPONENT WAS FIRST PLACED UNDER OATH
19   OR AFFIRMATION BY ME.   (CIV. PROC. §§ 2025.320,
20   2025.540(A))
21           I AM THE CERTIFIED OFFICER THAT
22   STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE
23   FOREGOING PROCEEDING AND THE FOREGOING TRANSCRIPT IS
24   A TRUE RECORD OF THE TESTIMONY GIVEN.   (CIV. PROC. §
25   2025.540(A))
```

CONTAINS HIGHLY CONFIDENTIAL – AEO INFORMATION
Transcript of Nicole Muniz, Corporate Designee & Individually
Conducted on January 24, 2023

284

1            I HAVE NOT, AND SHALL NOT, OFFER OR PROVIDE
2    ANY SERVICES OR PRODUCTS TO ANY PARTY'S ATTORNEY OR
3    THIRD PARTY WHO IS FINANCING ALL OR PART OF THE
4    ACTION WITHOUT FIRST OFFERING SAME TO ALL PARTIES OR
5    THEIR ATTORNEYS ATTENDING THE PROCEEDING AND MAKING
6    SAME AVAILABLE AT THE SAME TIME TO ALL PARTIES OR
7    THEIR ATTORNEYS.  (CIV. PROC § 2025.320(B))
8            I SHALL NOT PROVIDE ANY SERVICE OR PRODUCT
9    CONSISTING OF THE CERTIFIED STENOGRAPHER'S NOTATIONS
10   OR COMMENTS REGARDING THE DEMEANOR OF ANY WITNESS,
11   ATTORNEY, OR PARTY PRESENT AT THE PROCEEDING TO ANY
12   PARTY OR ANY PARTY'S ATTORNEY OR THIRD PARTY WHO IS
13   FINANCING ALL OR PART OF THE ACTION, NOR SHALL I
14   COLLECT ANY PERSONAL IDENTIFYING INFORMATION ABOUT
15   THE WITNESS AS A SERVICE OR PRODUCT TO BE PROVIDED
16   TO ANY PARTY OR THIRD PARTY WHO IS FINANCING ALL OR
17   PART OF THE ACTION.  (CIV. PROC. § 2025.320(C))

19   DATED: February 7, 2023

22   _____
           NATALIE PARVIZI-AZAD, CSR NO.14125

**CORRECTIONS TO DEPOSITION TRANSCRIPT**  PAGE 1 OF 1 PAGE

**NAME OF DEPONENT:** Nicole Muniz, as corporate designee for Yuga Labs, Inc.

**DATE OF DEPOSITION:** January 24, 2023

**CASE NAME:** *Yuga Labs, Inc. v. Ripps et al.*

**COURT:** Central District of California

**CASE NUMBER:** 2:22-cv-04355-JFW-JEM

INSTRUCTIONS: Please note changes by listing the page and line number in the places indicated on this sheet and describing the changes in the right-hand columns. Please only note errors in your testimony; do not make changes to questions or attorney exchanges. Attach additional sheets as necessary. Please sign and date each page.

| PAGE NO. | LINE NO. | READS | SHOULD READ | REASON FOR CHANGE |
|---|---|---|---|---|
| 18 | 18 | Efeatalay | Atalay | Typographical Error |
| 70 | 3 | Senega | Seneca | Typographical Error |
| 74 | 6 | Senega | Seneca | Typographical Error |
| 135 | 17 | "So that means" | "So, I think, that means" | Clarification |
| 146 | 4 | "with this" | "with this ape image" | Clarification |
| 277 | 17 | "in as COO" | "in as CEO" | Typographical Error |

I, Nicole Muniz, have read the foregoing deposition transcript and hereby affix my signature that same is true and correct, except as noted above.

Signature: _____   Dated: 03/09/23