# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3              WESTERN DIVISION - LOS ANGELES
 4    ---------------------------------X
 5    YUGA LABS, INC.,                 :
 6                    Plaintiff,       :
 7          v.                         :Civil Action No:
 8                                     :2:22-cv-04355-
 9    RYDER RIPPS, ET AL.,             :JFW-JEM
10                    Defendants.      :
11    ---------------------------------X
12
13          CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15               DEPOSITION OF PATRICK EHRLUND
16                 THURSDAY, MARCH 16, 2023
17                        9:00 A.M.
18
19
20
21
22
23    Job No.: 480781
24    Pages 1 - 89
25    Reported by: Adrienne Mignano, RPR
```

1      Deposition of PATRICK EHRLUND, held at the
2  law offices of:
3
4      WILMER CUTLER PICKERING
5      HALE AND DORR LLP, LLP
6      7 World Trade Center
7      250 Greenwich Street
8      45th Floor
9      New York, New York 10007
10
11
12     Pursuant to Notice, before Adrienne M.
13 Mignano, a Notary Public and Registered Professional
14 Reporter in and for the State of New York.
15
16
17
18
19
20
21
22
23
24
25

1    A    I do not know.  This was the legal team's           10:36:00
2    kind of area of expertise.  I was -- I do not know.      10:36:06
3    Q    And do you remember earlier today one of the        10:36:19
4    marks in the Complaint were "Ape"?  Did you see that?    10:36:22
5    We can go back to the exhibit.                           10:36:27
6    A    No, no, no, I'll find it.  It was on page 4         10:36:30
7    now?                                                     10:36:34
8    Q    I believe it's --                                   10:36:34
9    A    Yes, "Ape."                                         10:36:34
10   Q    And the term "Ape" is used here in Exhibit          10:36:38
11   403 as well; is that right?                              10:36:42
12        MR. BALL:  Objection.  Vague.                       10:36:45
13   A    I see the word "Ape" being used on the page.        10:36:46
14   Q    I'm going to show you one more document.            10:37:05
15        (Ehrlund Exhibit 404 marked for                     10:37:07
16   identification and attached to the transcript.)          10:37:07
17        MR. BALL:  Counsel, as we discussed before,         10:37:37
18   this is missing blank images and various other -- I      10:37:38
19   don't know where this came from.  It's missing images    10:37:47
20   so it's not a complete document.  Missing text on the    10:37:50
21   top as well.                                             10:37:58
22   Q    So, Patrick, I just want you to take a look         10:38:07
23   at this document.  Do you see that it's showing an NFT   10:38:09
24   collection called the Bored Ape Solana Club?             10:38:13
25        MR. BALL:  Objection.  Vague.                       10:38:18

| | |
|---|---|
| 1   Mischaracterizes the document. | 10:38:19 |
| 2   A   I do see the header, yes. | 10:38:21 |
| 3   Q   Is this a Yuga Labs product? | 10:38:23 |
| 4       MR. BALL: Objection. Vague. | 10:38:26 |
| 5   A   No. | 10:38:26 |
| 6   Q   Is the name Bored Ape Solana Club similar to | 10:38:29 |
| 7   Bored Ape Yacht Club? | 10:38:33 |
| 8       MR. BALL: Objection. Vague. Calls for a | 10:38:36 |
| 9   legal conclusion. Calls for speculation. | 10:38:38 |
| 10  A   It uses the same words, yes, but they also | 10:38:40 |
| 11  inserted the word "Solana" into it, which, within the | 10:38:45 |
| 12  crypto and NFT community, people know that it's a | 10:38:50 |
| 13  different chain. | 10:38:57 |
| 14  Q   And the name also uses the term "Bored Ape"; | 10:39:06 |
| 15  is that correct? | 10:39:09 |
| 16      MR. BALL: Objection. Vague. Calls for a | 10:39:11 |
| 17  legal conclusion. Asked and answered. | 10:39:13 |
| 18  A   Yeah, the first two words. | 10:39:16 |
| 19  Q   And it also uses the term "Ape," correct? | 10:39:24 |
| 20      MR. BALL: Objection. Vague. Calls for a | 10:39:28 |
| 21  legal conclusion. Asked and answered. | 10:39:29 |
| 22  A   Yes, I see "Ape" within the project name -- | 10:39:33 |
| 23  or listing page. | 10:39:37 |
| 24  Q   Have you heard of this NFT collection | 10:39:42 |
| 25  before? | 10:39:45 |

| | | |
|---|---|---|
| 1 | MR. BALL: Objection. Vague. | 10:39:47 |
| 2 | A    I'm not sure.  I -- yeah, I'm not sure.  I | 10:39:50 |
| 3 | don't recall seeing this before. | 10:39:56 |
| 4 | Q    Do you see kind of where it says "OpenSea" | 10:40:06 |
| 5 | on the document, and underneath it, it says, "106,558 | 10:40:10 |
| 6 | SOL total volume"?  Do you see that? | 10:40:14 |
| 7 | A    Yeah, the total volume part.  Yes. | 10:40:18 |
| 8 | Q    What do you understand that to mean? | 10:40:22 |
| 9 | MR. BALL: Objection. Vague. Calls for | 10:40:28 |
| 10 | speculation.  It's an incomplete exhibit, as we've | 10:40:29 |
| 11 | talked about before. | 10:40:33 |
| 12 | A    To my understanding, it is the total amount | 10:40:37 |
| 13 | of SOL that this project has -- I don't even know how | 10:40:40 |
| 14 | that's calculated.  Like, I guess, how much SOL has | 10:40:46 |
| 15 | been used in general towards this collection, but | 10:40:50 |
| 16 | that's me guessing. | 10:40:52 |
| 17 | Q    And SOL is -- | 10:40:54 |
| 18 | A    Solana. | 10:40:56 |
| 19 | Q    The cryptocurrency Solana? | 10:40:57 |
| 20 | A    Yes. | 10:41:01 |
| 21 | Q    And on this first page do you see that | 10:41:14 |
| 22 | there's six ape images? | 10:41:17 |
| 23 | A    I do. | 10:41:20 |
| 24 | Q    Are these images similar to the images that | 10:41:23 |
| 25 | the BAYC NFT collection references? | 10:41:26 |

```
1           CERTIFICATE OF REPORTER - NOTARY PUBLIC
2           I, ADRIENNE MIGNANO, the officer before whom
3   the foregoing deposition was taken, do hereby certify
4   that the foregoing transcript is a true and correct
5   record of the testimony given; that said testimony was
6   taken by me and thereafter reduced to typewriting under
7   my direction; that reading and signing was requested;
8   and that I am neither counsel for, related to, nor
9   employed by any of the parties to this case and have no
10  interest, financial or otherwise, in its outcome.
11          IN WITNESS WHEREOF, I have hereunto set my
12  hand and affixed my notarial seal this 27th day of
13  MARCH, 2023.
14  My Commission Expires: June 2026.
15
16
17
18  _____
19      ADRIENNE MIGNANO, RPR
20
21
22
23
24
25
```