# Exhibit 3



RIPPSCAHEN00026243