# Exhibit 4



RIPPSCAHEN00026242