# Exhibit 2



RIPPSCAHEN00017543