# Exhibit 3



RIPPSCAHEN00022706