# Exhibit 4

2/24/23, 10:01 AM 6184 Circle Trucker Hat - White – Bored & Hungry

BORED&
HUNGRY

BORED & HUNGRY
61
84
LONG BEACH, CA

1/1

BRDNHNGRY

# 6184 Circle Trucker Hat - White

https://justboredandhungry.com/products/6184-circle-trucker-hat-white 1/3

RIPPSCAHEN00017144

$35.00

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over **$50.00** with shop Pay installments powered by **Affirm** Learn more

Quantity

1
Add to cart
Buy with shop Pay

More payment options

- BAYC "Imperfect" Circle
- Heat Transfer Print on Front
- 100% Polyester - Front Panel w/ Lining
- Plastic Adjustable Snap
- High Crown Mesh Back

Share

Visit Our Restaurant
11am to 8pm
7 days a week.
2405 E 7th St. Long Beach, CA 90804
Subscribe for News & Early Access
Email

Country/region

United States (USD $)

© 2023, Bored & Hungry Powered by Pronto Goods