# Exhibit 5



RIPPSCAHEN00018467