# Exhibit 6



RIPPSCAHEN00018890