Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>                    Defendants. | CASE NO. 2:22-cv-04355-JFW-JEM<br>**DEFENDANTS' WITNESS LIST**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date:  June 16, 2023<br>Trial Date:  June 27, 2023 |

Pursuant to FRCP 26(a)(3)(A), Local Rule 16-5, and the Court's Scheduling and Case Management Order (Dkt. 57), Defendants Mr. Ripps and Mr. Cahen set forth below their anticipated witness list.  Defendants also reserve the right to call any individuals who may be listed on Plaintiff's witness list, without waiving any right to object to Plaintiff's presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony.  Defendants reserve the right to modify, supplement, or amend their witness list in response to Plaintiff's witness list, or any other circumstances that may occur between now and the conclusion of trial.

Defendants will comply with Fed. R. Civ. P. 26(a)(3)(A)(ii) by providing the deposition designations and lodging the deposition transcripts in compliance with Local Rules 16-2.7 and 32-1.  Defendants have complied with Fed. R. Civ. P. 26(a)(3)(A)(iii) by consenting to Yuga's filing of Pre-Trial Exhibit Stipulation containing Defendants' exhibit list and the corresponding witness for each exhibit in compliance with Local Rule 16-6 and the Court's Scheduling and Case Management Order at 6(e).

At this time, Defendants identify the following witnesses for trial.  The contact information for the following witnesses has been provided to Plaintiff in Defendants' Fed. R. Civ. P. 26(a)(1) disclosures.

## I.    WILL / MAY CALL LIVE[1]

1.  Ryder Ripps

2.  Jeremy Cahen

3.  Ryan Hickman

[1] Per L.R. 16-5, Defendants have placed an asterisk (*) next to the names of those witnesses whom Defendants may call only if the need arises.

**4.** Thomas Lehman*

**5.** Damon Dash*

**6.** Guy Oseary*

## II.   MAY CALL BY DEPOSITION

**1.** Thomas Lehman*

**2.** Wylie Aronow*

**3.** Kerem Atalay*

**4.** Patrick Ehrlund*

**5.** Ryan Hickman*

**6.** Nicole Muniz*

**7.** Guy Oseary*

**8.** Greg Solano*

Dated: May 25, 2023

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**

1

2   350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
3   Telephone: (213) 443-5300
    Fax: (213) 443-5400

4   Attorneys for Defendants
5   *Ryder Ripps and Jeremy Cahen*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via email on May 25, 2023.

By: /s/  *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000