Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen;<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DEFENDANTS MR. RIPPS AND MR. CAHEN'S REAL-TIME REPORTING DOCUMENT**<br><br>Judge: John F. Walter<br>Pre-Trial Conference: June 9, 2023 at 8:00 a.m.<br>Trial Date: June 27, 2023 |

Pursuant to Paragraph 6(g) of the Court's Scheduling and Case Management Order (Dkt. 57), Defendants Ryder Ripps and Jeremy Cahen submit this list of proper names, unusual or scientific terms, or foreign or uncommon words that are likely to be used by the parties during the pre-trial conference and trial.

1. @hWonderofWorld
2. @pauly0x
3. @ryder_ripps
4. ApeMarket
5. apemarket.com
6. BAYC
7. Bored Ape Yacht Club
8. Damon Dash
9. ETH
10. Ethereum
11. Etherscan
12. Foundation
13. gordongoner.com
14. Gregory Solano
15. Guy Oseary
16. Ian Garner
17. Jason Cline
18. Jeremy Cahen
19. Jonah Berger
20. Kerem Atalay
21. Laura O'Laughlin
22. Lauren Kindler

| | | |
|---|---|---|
| 1 | 23. | Live9000 |
| 2 | 24. | LooksRare |
| 3 | 25. | NFT |
| 4 | 26. | Nicole Muniz |
| 5 | 27. | non-fungible token |
| 6 | 28. | OpenSea |
| 7 | 29. | Patrick Ehrlund |
| 8 | 30. | RR/BAYC |
| 9 | 31. | rrbayc.com |
| 10 | 32. | Ryder Ripps Bored Ape Yacht Club |
| 11 | 33. | Ryan Hickman |
| 12 | 34. | Rodney Ripps |
| 13 | 35. | Ryder Ripps |
| 14 | 36. | Thomas Lehman |
| 15 | 37. | Wylie Aronow |
| 16 | 38. | Yuga Labs |
| 17 | 39. | Zeshan Ali |

Respectfully submitted,

Dated: May 25, 2025

*/s/ Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109

| | |
|---|---|
| 1 | Telephone: (617) 526-6000 |
| 2 | Fax: (617) 526-5000 |
| 3 | Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com |
| 4 | Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com |
| 5 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 6 | 350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071 |
| 7 | Telephone: (213) 443-5300<br>Fax: (213) 443-5400 |
| 8 | Attorneys for Defendants<br>*Ryder Ripps and Jeremy Cahen* |

-3-

REAL-TIME REPORTING DOCUMENT
Case No. 2:22-cv-04355-JFW-JEM

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 25, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

-4-