ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING**<br><br>**EXHIBIT 1 TO MOTIONS *IN LIMINE* NOS. 1, 2, 3, 4 AND 5** |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Yuga Labs, Inc., hereby lodges with the Court a USB thumb drive containing **Exhibit 1** to each of the five motions *in limine* due to the voluminous size of the exhibits Defendants intends to introduce on the topics that are covered by Yuga Labs' motions *in limine*. The USB thumb drive contains true and correct copies of the Defendants' proposed trial exhibits that are the subject of Yuga Labs' five motions *in limine*:

Defendants were electronically served with a copy of these exhibits on May 16, 2023, and will also be served with a physical USB thumb drive that is an exact duplicate of the USB thumb drive lodged with the Court.

Dated: May 25, 2023

FENWICK & WEST LLP

By: */s/ Kimberly Culp*
Kimberly Culp
Attorneys for Plaintiff
YUGA LABS, INC.