# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date: May 26, 2023 |
| Title: | Yuga Labs, Inc. *-v-* Ripps, et al. | |

**PRESENT:**
   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER RE: PRE-TRIAL EXHIBIT STIPULATION AND JOINT EXHIBIT LIST

The Pre-Trial Exhibit Stipulation and the Joint Exhibit List, filed on May 25, 2023 (Docket Nos. 251 and 252), are **STRICKEN** for failure to adequately describe each trial exhibit.  *See* Local Rule 16-6.1.  Counsel shall re-file the Pre-Trial Exhibit Stipulation and the Joint Exhibit List on or before May 29, 2023.  The Revised Pre-Trial Exhibit Stipulation and Revised Joint Exhibit List shall contain a full and complete description of each exhibit in accordance with the examples set forth in Local Rule 16-6.1.  In addition, the grounds for each objection shall be fully stated in the Revised Pre-Trial Exhibit Stipulation and counsel shall not use abbreviations.

The Court also concludes that the majority of the objections are frivolous and not made in good faith.  Accordingly, the Court orders lead counsel for the parties to meet and confer *in person* to resolve the objections to the exhibits.  Prior to the conference, counsel shall exchange the exhibits that are identified in the Revised Pre-Trial Exhibit Stipulation.  At the conference, counsel shall review each of the exhibits to which there is a objection and attempt to resolve the objection.  After the conference, counsel shall, on or before **June 1, 2023**, file a joint statement, advising the Court that all of the objections have been resolved.  In the unlikely event, that the parties cannot resolve all of the objections, the parties shall, on or before **June 1, 2023**, file a joint statement in the following format:

**JOINT STATEMENT RE: OBJECTIONS IN REVISED PRE-TRIAL EXHIBIT STIPULATION**

The parties were able to resolve the objections identified in the Revised Pre-Trial Exhibit Stipulation as to Exhibit Nos. [*e.g.*, 26, 27, 28, etc.].  The parties were not able to resolve the objections identified in the Revised Pre-Trial Exhibit Stipulation as to the following Exhibits:

**Plaintiff's Exhibit #1:** [Description and identity of witness from stipulation ]

    **Defendants' Grounds for the Objection** :  [Cite the grounds and authority for the objection, e.g., Hearsay under Fed. R. Evid. 801 and 802; Unfairly Prejudicial under Fed. R. Evid. 403].

    **Plaintiff's Response to the Objection**:  [e.g., This document is not hearsay or unfairly prejudicial because . . . .]

    **Defendants' Response:**  [e.g., This document is hearsay and unfairly prejudicial because . . . .]

    IT IS SO ORDERED.