UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-4355-JFW(JEMx)**                                             Date:  May 30, 2023

Title:       Yuga Labs, Inc. -v- Ripps, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**     ORDER RE: MOTION IN LIMINE NOS. 1 - 6 [filed 5/25/23; Docket Nos. 232, 236, 239, 240, 241, and 242]

On or before June 2, 2023, lead counsel shall meet *in person* and attempt to resolve or narrow the issues raised in Motion in Limine Nos. 1 - 6.  Thereafter, the parties shall file on or before June 6, 2023, a separate Joint Statement for each Motion in Limine advising the Court of the issues that have been resolved and their respective positions as to those issues that will require a ruling by the Court.

The Joint Statement shall not exceed six (6) pages and counsel shall attach to the Joint Statement as a separate document a list of the trial exhibits at issue in the Motion in Limine with numbers that correspond to the Revised Joint Pre-Trial Exhibit Stipulation (Docket No. 258) and which include a meaningful description of each trial exhibit.

IT IS SO ORDERED.