**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date: May 30, 2023 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                              None Present
   Courtroom Deputy                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER REQUIRING OFFER OF PROOF AND JOINT STATEMENT FOR PLAINTIFF'S EXPERT LAURA O'LAUGHLIN

   In order to assist the Court in ruling on Motion in Limine No. 6, the Court orders Plaintiff to file, on or before **June 2, 2023**: (1) an offer of proof containing the opinion or opinions which counsel expects to elicit from Laura O'Laughlin; (2) her report; and (3) her deposition transcript (a single-sided, mini-script copy).

   The offer of proof shall state separately each opinion that Laura O'Laughlin will give at trial and explain why such testimony is relevant in this case. The offer of proof shall state the basis for each such opinion, with citations to her report and deposition testimony, and shall include an identification of each document by title, author, date, bates number, and trial exhibit number, if any, relied on by Laura O'Laughlin in forming the opinion she will give at trial. If she will be relying on the statements of any person for her opinion, the offer of proof shall identify in full each such statement. Counsel are advised that Laura O'Laughlin will not be permitted to offer any opinion at trial that was not set forth in her offer of proof filed with the Court.

   After the offer of proof is filed, lead counsel for the parties shall meet and confer *in person* to discuss each of the opinions proffered by Laura O'Laughlin, whether the parties agree or disagree as to the admissibility of each opinion, and if a party contends that the opinion is inadmissible, the grounds for that contention. The parties shall, on or before **June 5, 2023**, file a joint statement in the following format:

**Opinion #1:** [State opinion from the offer of proof]

**Proffering Party**: [basis for opinion, with citations to the expert's report and deposition testimony,

and identification of each document by title, author and date and bates number and trial exhibit number, if any, relied on by the expert in forming the opinion she will give at trial, and any statements relied on by the expert]

**Non-Proffering Party's Position:**  [e.g., Admissible/Inadmissible and reasons]

**Proffering Party's Response:**

    IT IS SO ORDERED.