Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps, Jeremy Cahen;<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**DEFENDANTS MR. RIPPS AND MR. CAHEN'S STATEMENT IN RESPONSE TO YUGA'S EXHIBIT OBJECTIONS**<br><br>Judge: John F. Walter<br>Pre-Trial Conference: June 9, 2023 at 8:00 a.m.<br>Trial Date: June 27, 2023 |

Defendants Ryder Ripps and Jeremey Cahen ("Defendants") respectfully submit this statement in response to the Joint Statement filed by Plaintiff Yuga Labs ("Yuga"), Dkt. 261.

Defendants took seriously the Court's conclusion in its May 26, 2023 Order (Dkt. 256) that the majority of both parties' objections were frivolous. Accordingly, as part of the parties' meet-and-confer process, **Defendants have withdrawn their objections to <u>all but two</u> of Yuga's exhibits** (and the objections are the same for both exhibits).

Counsel for Defendants also encouraged counsel for Yuga to withdraw Yuga's numerous formulaic objections, and suggested that Yuga should at least withdraw its objections other than those that were raised and fully briefed in Yuga's five motions *in limine*. Unfortunately, Yuga elected to maintain the overwhelming majority of its objections. Yuga originally provided Defendants with a draft Joint Statement with more than 700 pages that included Yuga's formulaic objections to Defendants' exhibits, and the final Joint Statement again includes more than 375 pages with Yuga's formulaic objections.

Thus, while Defendants cooperated with Yuga to prepare the Joint Statement and has agreed to Yuga's submission of the Joint Statement as the Court's May 26, 2023 Order required, Defendants file this separate statement to note that they do not endorse or condone Yuga's repetition in that Statement of its formulaic objections, the majority of which the Court has already concluded "are frivolous and not made in good faith."

Respectfully submitted,

Dated: June 1, 2023                    /s/ Louis W. Tompros

                                                   Louis W. Tompros (*pro hac vice*)
                                                   louis.tompros@wilmerhale.com
                                                   Monica Grewal (*pro hac vice*)

-1-

monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on June 1, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000