UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date:  June 2, 2023 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):   ORDER REQUIRING OFFER OF PROOF AND JOINT STATEMENT FOR PLAINTIFF'S EXPERT JONAH BERGER**

In order to assist the Court in preparing for the Pre-Trial Conference, the Court orders Plaintiff to file, on or before **June 5, 2023**: (1) an offer of proof containing the opinion or opinions which counsel expects to elicit from Jonah Berger; (2) his report; and (3) his deposition transcript (a single-sided, mini-script copy).

The offer of proof shall state separately each opinion that Jonah Berger will give at trial and explain why such testimony is relevant in this case.  The offer of proof shall state the basis for each such opinion, with citations to her report and deposition testimony, and shall include an identification of each document by title, author, date, bates number, and trial exhibit number, if any, relied on by Jonah Berger in forming the opinions he will give at trial.  If he will be relying on the statements of any person for his opinions, the offer of proof shall identify in full each such statement.  Counsel are advised that Jonah Berger will not be permitted to offer any opinion at trial that was not set forth in his offer of proof filed with the Court.

After the offer of proof is filed, lead counsel for the parties shall meet and confer **in person** to discuss each of the opinions proffered by Jonah Berger, whether the parties agree or disagree as to the admissibility of each opinion, and if a party contends that the opinion is inadmissible, the grounds for that contention.  The parties shall, on or before **June 7, 2023**, file a joint statement in the following format:

**Opinion  #1:** [State opinion from the offer of proof]

**Proffering Party**:  [basis for opinion, with citations to the expert's report and deposition testimony, and identification of each document by title, author and date and bates number and trial exhibit number, if any, relied on by the expert in forming the opinion he will give at trial, and any statements relied on by the expert]

**Non-Proffering Party's Position:**  [e.g., Admissible/Inadmissible and reasons]

**Proffering Party's Response:**

      IT IS SO ORDERED.