# Exhibit A.2

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 2:22-cv-04355 |

# SUPPLEMENTAL EXPERT REPORT OF LAURA O'LAUGHLIN
# MAY 19, 2023

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## TABLE OF CONTENTS

I. INTRODUCTION AND QUALIFICATIONS ................................................................. 1
    A. Qualifications ............................................................................................................. 1
    B. Materials Considered ................................................................................................. 1

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## I. INTRODUCTION AND QUALIFICATIONS

### A. Qualifications

1. I submitted an expert report in the above-captioned proceeding on behalf of Plaintiffs on February 6, 2023 (the "O'Laughlin Report") and a declaration on March 4, 2023 (the "O'Laughlin Declaration"). I also provided deposition testimony on March 22, 2023. My qualifications are as described in Section I.A and **Appendix A** of the O'Laughlin Report. An updated curriculum vitae and my list of testimony in the preceding four years is attached as **Appendix A** to this report.

### B. Materials Considered

2. In forming my opinions, I have reviewed documents and other materials provided to me by counsel for Yuga Labs or obtained from public sources. These materials include, among others, court documents and deposition testimony produced in this litigation, academic articles related to survey design, and publicly available information regarding the NFT market. Since submitting the O'Laughlin Report, I have been asked by counsel for Plaintiffs to review additional documents in connection with my opinions in this case. **Appendix B** of this report lists additional documents I have considered in forming my opinions. After reviewing these materials, the opinions in my Report remain unchanged.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

_____
Laura O'Laughlin
May 19, 2023

# APPENDIX A

# CURRICULUM VITAE AND TESTIMONY

# LAURA A. O'LAUGHLIN
**Vice President**

Phone: 514 394 4438
Fax: 514 394 4461
laura.olaughlin@analysisgroup.com

1190 avenue des Canadiens-de-Montréal,
Tour Deloitte, Suite 1500
Montreal, Quebec H3B 0G7

Ms. O'Laughlin works with clients on both litigation and non-litigation matters. In the litigation context, she has served as an expert witness and testified at trial, and conducts economic analyses and manages case teams in support of academic and industry experts in a broad range of matters throughout the US and Canada. She has assisted clients in all phases of the litigation process, and has supported expert witnesses in the preparation of reports and other testimony in matters involving merger reviews, antitrust litigation, competition policy, labor relations, false advertising, finance, valuation, trademark, intellectual property (IP), and patent infringement. Ms. O'Laughlin also has experience with allegations of exclusionary conduct in various industries, including agricultural products, finance, retail, telecommunications, and technology. She has developed, administered, and analyzed surveys in trademark, IP, antitrust, consumer protection, and false advertising matters. In the non-litigation context, Ms. O'Laughlin uses complex research methods and modelling and applies innovative analytical approaches to provide new insights on the competitive and market challenges that clients face in managing and expanding their businesses. She publishes regularly on issues related to marketing, economics, litigation, and public policy. Ms. O'Laughlin is bilingual in both of the official languages of Canada, French and English.

## EDUCATION

| | |
|---|---|
| 2006 | M.Sc., economics, Université de Montréal |
| 2001 | B.A., international affairs, University of Colorado |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007–Present | Analysis Group, Inc. *Vice President (2017–Present)* *Senior Economist (2012–2017)* *Economist (2007–2012)* |
| 2006–2007 | Institute for Research on Public Policy *Research Assistant* |
| 2005–2006 | Université de Montréal *Teaching Assistant* |

**TESTIFYING EXPERIENCE**

- ***Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen***
  *US District Court, Central District of California*
  Testified at deposition on behalf of Yuga Labs. Designed and implemented two surveys and analyzed relevant marketplace conditions to assess likelihood of confusion related to Defendants' alleged trademark infringement.

- ***GOLO, LLC v. Goli Nutrition, Inc.***
  *US District Court, District of Delaware*
  Testified at deposition on behalf of Goli Nutrition. Designed and implemented a survey to assess consumer understanding of GOLO advertising. Designed and implemented a survey in rebuttal of GOLO's survey-based claims regarding Goli advertising.

- ***Mobile Equity Corp v. Walmart, Inc***
  *US District Court, Eastern District of Texas*
  Testified at deposition on behalf of Walmart. Designed and implemented a survey in response to Mobile Equity Corp's claim that the at-issue features contributed to the commercial success of Walmart and the at-issue technology.

- ***Skyhawke Technologies LLC v. GolfzonDeca Inc.***
  *US District Court, Central District of California*
  Testified at deposition on behalf of GolfzonDeca. Designed and implemented a survey in rebuttal of Skyhawke's claim that all sales of at-issue products were due to an allegedly false advertising claim.

- ***MV3 Partners LLC v. Roku, Inc.***
  *US District Court, Western District of Texas*
  Testified at deposition and trial on behalf of Roku. Designed and implemented a survey in rebuttal of MV3's survey-based claims purporting to show that consumers cared about at-issue features that allegedly violated MV3's patents. The jury found no infringement.

**SELECTED CONSULTING EXPERIENCE**

**Merger Analyses, Consumer Protection, and Antitrust Litigation**

- ***State of Washington v. Comcast, Inc.***
  Supported marketing experts Ravi Dhar and John Hauser in designing and implementing surveys to evaluate the materiality of protection plans and guarantees offered to Comcast customers. Supported Professor Hauser's rebuttal of opposing expert surveys. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions. The work of both Professor Dhar and Professor Hauser was credited in the judge's decision.

- ***Consumer Financial Protection Bureau v. Weltman, Weinberg & Reis***
  Supported marketing expert Ronald Goodstein in designing and implementing a survey to evaluate consumer understanding of debt collection notices. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions.

- **Student loans litigations**
  Supported marketing experts and industry experts in multiple student loan related litigations on behalf of various enforcement agencies. Constructed survey-based experiments to evaluate consumer

A-2

understanding of various borrower communications, evaluated industry dynamics, coded communications data. Supported experts in deposition.

- **Air cargo litigations**
  Evaluated industry dynamics, transaction data, and damages exposure for several air cargo defendants. Supported expert in econometric analysis and rebuttal of plaintiffs' affirmative damages model.

- **Agricultural products industry in Canada**
  Conducted economic analysis related to market definition in an M&A review related to divestment and remedies. Prepared a report on competition issues. Presented results of analyses to competition authorities.

- **Fertilizer industry in Canada**
  Supported antitrust expert Roger Ware in economic analysis related to market definition in an M&A review. Assisted Professor Ware in preparing a report on competition issues. Presented results of analyses to competition authorities.

- **Large price-fixing cases in IT manufacturing industries**
  Assisted in quantitative analysis and industry research to evaluate competition, pricing, and outputs in connection with two separate international price-fixing investigations in IT manufacturing industries.

**False Advertising, Trademark, and Intellectual Property Litigations**

- **Rewards Points Credit Card Trademark matter**
  Supported marketing expert David Reibstein in assessing the likelihood of confusion and fame on behalf of a rewards point company and credit card company. Supported the design and implementation of two surveys and market overlap analysis, while assisting in rebuttal of opposing expert. Supported counsel at depositions of opposing expert on likelihood of confusion topics.

- **Dating Application Trademark and IP matter**
  Supported multiple marketing experts in assessing the likelihood of confusion, fame, and usage intent in the dating application market. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts. Supported counsel at depositions of opposing experts on likelihood of confusion and secondary meaning.

- *Animal Legal Defense Fund v. Hormel Food Corp.*
  Retained by the defendants in a false advertising litigation brought by a non-profit advocacy group involving allegations that Hormel misled consumers through the advertising of its "Natural Choice" brand of food products. Supported marketing expert Ravi Dhar to rebut a consumer perception survey.

- **Consumer beverage false advertising matter**
  Supported marketing expert Joel Steckel in designing and implementing two surveys pertaining to an alleged country-of-origin representation on a beverage package. The first survey tested the materiality of the at-issue marketing claim on consumer purchase decisions, while the second study tested consumer reasons for purchasing the at-issue product. Both studies showed that the at-issue claim had no impact on consumer decision-making. Case was dismissed on summary judgement.

- *Fox Broadcasting Company, et al. v. DISH Network LLC, et al.*
  Supported marketing expert John Hauser in designing and implementing two surveys pertaining to

A-3

use of television services, as well as in analyzing an array of industry data. After more than two years of litigation, a California federal judge found that Analysis Group client DISH's Hopper DVR did not infringe Fox's copyrights.

- **Assessing false advertising claims on behalf of a major retailer**
Supported marketing expert John Hauser in the defense of a major online and brick-and-mortar retailer against allegations of false advertising. The plaintiff, a luxury goods manufacturer, claimed that an email advertisement's use of the plaintiff's brand deceived the defendant's customers.

- **False advertising cases in the food and beverage industry**
Supported expert Ravi Dhar with evaluating the design and interpretation of studies conducted by class action plaintiffs; the feasibility of assessing consumer perceptions and claim impact using common evidence and methods; and the damages, if any, from alleged label omissions.

- **False advertising matter involving an online consumer products retailer**
Supported marketing expert Joel Steckel in conducting two experiments on behalf of a major e-retailer accused of using misleading reference price terms. In the first study, consumers visiting the defendant's website were randomly assigned to view the reference price labels as either "MSRP" (manufacturer's suggested retail price) or "compare" throughout their shopping session and subsequent website visits. No difference in the sales conversion rate was found. A separate survey of consumers who made purchases during the study period showed no difference in recall of the product price, the reference price, or the term used with the reference price. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions.

- **Class action matters involving consumer transportation applications**
Assisted in survey development and design to evaluate consumer reaction to different marketing messages, and assessed both comprehension of allegedly false representations and the impact of the alleged representations on consumer choice. Supported experts in preparation of reports.

- *YETI Coolers, LLC v. RTIC Coolers, LLC*
Supported multiple marketing experts, including Tülin Erdem, Peter Golder, Catherine Tucker, and Rebecca Kirk Fair, in assessing the likelihood of confusion, fame, and causality in the high-end cooler market. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts. Supported counsel at depositions of opposing experts on likelihood of confusion, fame, and secondary meaning.

- **Trade dress infringement matter involving consumer products**
Supported multiple marketing experts in a trade dress infringement case, assessing likelihood of confusion, fame, and causality. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts.

- **Various payment card litigations in various forums, including the US and Canada**
Assisted in economic analysis and in preparing a report on competition issues related to payment cards. Supported the design and analysis of consumer survey regarding the use of various payment methods.

- **Multiple intellectual property cases involving smartphone technologies**
Assisted clients in several patent disputes in design, development, and analysis of conjoint surveys evaluating consumer valuation of product attributes. Assisted experts in analysis of the effects of product attributes on consumer demand.

A-4

- **Multiple intellectual property cases involving online technologies**
  Assisted clients in several patent disputes in design, development, and analysis of experimental designs to evaluate consumer valuation and impact of accused technologies. Assisted experts in analysis of the effects of the accused technology on consumer demand and utilization.

- **Multiple class action matters v. Philip Morris, et al.**
  Assisted plaintiffs' experts in design, development, and analysis of conjoint surveys evaluating consumer valuation of product attributes.

**Strategy Consulting**

- **Industry study for a Canadian trade association**
  Authored a report on industry sustainability and economic pressures, as well as industry contribution to Canadian economy. The report was based on an independent, newly designed survey of trade association members, as well as on publicly available Canadian macroeconomic data.

- **Various consulting engagements in telecommunications industry in Canada**
  Supported an academic expert's analysis of spectrum auctions and wireless communication policy. Analyzed competition issues regarding the dissemination and adoption of high-speed internet services.

- **Examining global and country-level economic impacts of WhatsApp**
  Studied the global economic activity associated with the use of the communication application, with a particular focus on four countries with significant WhatsApp usage (Brazil, India, Germany, and Spain) to estimate its economic contributions.

- **Low-cost airline carrier pricing and market study**
  Retained by a potential new entrant airline to examine and monitor the air transportation market for anticompetitive conduct. Project required an extensive data collection process, scraping daily flight fares from travel websites for over 100 one-directional routes, and resulted in an analysis of pricing, avoidable costs, and capacity. Findings presented to a competition authority, identifying important competitive concerns for the airline industry.

**SELECTED PRESENTATIONS AND SPEAKING ENGAGEMENTS**

"Big Data – International Trends in Market Definition," Canadian Bar Association (October 24, 2018)

"Improving the Effectiveness of Your Trademark Survey Evidence: Know How to Proceed," The Knowledge Group (August 22, 2018)

"From the Office to the Stand: Practice Points on Expert Witnesses in Competition Matters," Canadian Bar Association Young Lawyer's Half-Day Symposium (April 28, 2017)

"Commentaires sur le portrait des tous-petits du Québec," Conférence de lancement de la grande semaine des tous-petits (November 21, 2015)

**ARTICLES AND PUBLICATIONS**

**Surveys, Economics, and Litigation**

"Retail Landscape Changes May Affect Kroger-Albertsons Deal," with Edward Fox and Emily Cotton, *Law360* (February 15, 2023)

"Which Method Is for You? Not All Surveys Are Made the Same," with Harriet Ho and Duy (Joey) Duong, *Law Journal Newsletters: The Intellectual PropAerty Strategist* (September 2020)

"How Surveys Can Affirm Materiality in Consumer Cases," with Anne Cai, Harriet Ho, and Rebecca Kirk Fair, *Law360* (August 27, 2019)

"Avoiding Bias: Ensuring Validity and Admissibility of Survey Evidence in Litigations," with Rebecca Kirk Fair, *Handbook of Marketing Analytics* (March 2018)

"What Consumers Really Think About Reference Price Labels," with Joel Steckel, Kristina Shampanier, Jesse Shea, and Rebecca Kirk Fair, *Law360* (March 21, 2017)

"Ensuring Validity and Admissibility of Consumer Surveys," with Rebecca Kirk Fair, *American Bar Association Section of Antitrust Law Consumer Protection Committee Newsletter* (March 2017)

"Will Expanded EEO-1 Data Collection Yield New Insights?" with Shannon Seitz, *Law360* (September 7, 2016)

"3 Questions To Ask When Using Surveys In Litigation," with Rebecca Kirk Fair, *Law360* (May 15, 2015)

**Public Policy**

"Les participants à l'économie circulaire sont plus riches qu'ils ne le croient," *Les affaires* (October 5, 2019)

"Le système financier n'est pas prêt à affronter les changements climatiques," *Les affaires* (August 24, 2019)

"L'inflation est-elle réellement morte," *Les affaires* (May 18, 2019)

"Le prix « unique » est mort, vive le prix personnalisé !" *Les affaires* (April 6, 2019)

"La taxe fédérale sur le carbone est-elle efficace ?" *Les affaires* (February 9, 2019)

"Trois pièges pour le nouveau gouvernement," *Les affaires* (October 13, 2018)

"Un moment « Boucle d'or » pour les travailleurs québécois," *Les affaires* (September 15, 2018)

"Un divorce tranquille pour le libre-échange nord-américain," *Les affaires* (July 28, 2018)

"Protection des données personnelles : ce que nous apprend l'économie," *Les affaires* (May 19, 2018)

"Pour que le bitcoin devienne une vieille blague de mononcle," *Les affaires* (March 24, 2018)

"Ce qu'il faut faire pour éviter d'être dépassé par les robots," *Les affaires* (November 25, 2017)

"Quand le gouvernement essaie d'être « cool » ?" *Les affaires* (October 14, 2017)

"Existe-t-il un type d'immigrant « juste » ?" *Les affaires* (September 16, 2017)

"Pour que l'innovation soit plus qu'un slogan," *Les affaires* (May 20, 2017)

"Faire de l'équité entre les sexes plus qu'un voeu pieux," *Les affaires* (March 25, 2017)

"Être 'aussi Canadien que possible dans les circonstances'," *Les affaires* (January 28, 2017)

"Jeunes et aînés : entre les deux, la richesse balance," with Alexis Gagné, Isabelle Fontaine, Maripier Isabelle, and Julien McDonald-Guimond, *L'état du Québec 2017*, Institut du Nouveau Monde, 2016

"Indice québécois d'équité entre les générations," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *L'actualité*, a French-language national Canadian news magazine (March 2016)

"Budgets fédéral et provincial : un contraste saisissant," invited commentary, *Bulletin des budgets 2016*, Institut du nouveau monde (March 2016)

"Les lucides : 10 ans plus tard," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *Les affaires* (October 2015)

"Le budget des jeunes," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of article in *L'actualité* (March 2015)

"Indice québécois d'équité entre les générations," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *L'actualité* (March 2014)

**LANGUAGES**

English (fluent), French (fluent)

# APPENDIX B

# SUPPLEMENTAL DOCUMENTS CONSIDERED

**Legal Documents**

Plaintiff Yuga Labs, Inc.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, March 15, 2023.

Mr. Ripps and Mr. Cahen's Opposition to Plaintiff's Motion for Summary Judgment, *Yuga Labs, Inc., v. Ryder Ripps and Jeremy Cahen,* Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, March 27, 2023.

Plaintiff Yuga Labs, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, April 3, 2023.

Order Granting in Part and Denying in Part Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment, *Yuga Labs, Inc., v. Ripps, et al.*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, April 21, 2023.

**Deposition Transcripts and Exhibits**

Deposition of Guy Oseary, March 1, 2023, and related exhibits.

Deposition of Ian Garner, March 8, 2023, and related exhibits.

Deposition of Jason Cline, March 24, 2023, and related exhibits.

Deposition of Jonah Berger, March 9, 2023, and related exhibits.

Deposition of Karem Atalay, January 30, 2023, and related exhibits.

Deposition of Lauren Kindler, March 17, 2023, and related exhibits.

Deposition of Nicole Muniz as 30(b)(6) Witness for Yuga Labs, January 24, 2023, and related exhibits.

Deposition of Patrick Ehrlund, March 16, 2023, and related exhibits.

Deposition of Thomas Lehman, March 27, 2023, and related exhibits.

Deposition of Wylie Aronow March 6, 2023, and related exhibits.

**Bates Stamped Documents**

RIPPSCAHEN00026004

YUGALABS_00030064

YUGALABS_00036242-44

YUGALABS_00040429

YUGALABS_00041610

YUGALABS_00043588

YUGALABS_00043589

YUGALABS_00043590