Exhibit C

**Exhibit C: Materials Relied On For Opinion No. 1**

<u>**Documents**</u>

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "The Role of Consumer Uncertainty in Trademark Law: An Experimental and Theoretical Investigation" | Beebe, et al. | May 2021 | YUGALABS_00033998 | JTX-1121 |
| "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center | Shari S. Diamond | 2011 | YUGALABS_00034060 | JTX-1612 |
| Trademark and Deceptive Advertising Surveys: Law, Science, and Design | Shari Seidman Diamond, Jerre B. Swann | 2012 | YUGALABS_00034051 | JTX-1122 |
| Trademark and Deceptive Advertising Surveys: Law, Science, and Design | Shari Seidman Diamond, Jerre B. Swann | 2022 | YUGALABS_00034056 | JTX-1123 |
| Federal Judicial Center's Manual for Complex Litigation | Federal Judicial Center | 2004 | YUGALABS_00035095 | JTX-1124 |
| Trademark Surveys Volume 1: Designing, Implementing, and Evaluating Surveys | Jacob Jacoby | 2013 | YUGALABS_00035914 | JTX-1125 |
| McCarthy on Trademarks and Unfair Competition § 23:7 (5th ed.) | Thomas J. McCarthy | 2020 | YUGALABS_00035923 | N/A |
| McCarthy on Trademarks and Unfair Competition § 32:159 (5th ed.) | Thomas J. McCarthy | 2020 | YUGALABS_00035930 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "#1547 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1032 | N/A | N/A | YUGALABS_00036127 | N/A |
| "#1956 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319 | N/A | N/A | YUGALABS_00036146 | JTX-1595 |
| "#1956 \| BoredApeYachtClub," Etherscan, available at https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/1956 | N/A | N/A | YUGALABS_00036128 | N/A |
| "#2173 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3698 | N/A | N/A | YUGALABS_00036129 | N/A |
| "#3372 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3397 | N/A | N/A | YUGALABS_00036130 | N/A |
| "#3588 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/4912 | N/A | N/A | YUGALABS_00036131 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "#57 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3841 | N/A | N/A | YUGALABS_00036133 | N/A |
| "#6626 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/2906 | N/A | N/A | YUGALABS_00036134 | N/A |
| "#6726 \| Bored Ape Yacht Club," Etherscan, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1073 | N/A | N/A | YUGALABS_00036135 | N/A |
| "About Us," Etherscan, available at https://etherscan.io/aboutus. | N/A | N/A | YUGALABS_00036137 | N/A |
| "AI PUNK PRIMATES," Foundation, available at https://foundation.app/collection/aipp | N/A | N/A | YUGALABS_00036160 | N/A |
| "Ape #8774," Foundation, available at https://foundation.app/@ryder_ripps/foundation/114817 | N/A | 1/19/2023 | YUGALABS_00036163 | N/A |
| "Bored Ape Yacht Club," Foundation, available at https://web.archive.org/web/20220621024032/https://foundation.app/collection/bayc | N/A | 6/21/2022 | YUGALABS_00036423 | JTX-1564 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Bored Ape Yacht Club," Foundation, available at https://web.archive.org/web/20220519094624/https://foundation.app/collection/bayc | N/A | 5/19/2022 | YUGALABS_00036425 | N/A |
| "BoredApeYachtClub," Foundation, available at https://foundation.app/collection/bayc-574a | N/A | N/A | YUGALABS_00036166 | N/A |
| "Chimpers," Foundation, available at https://foundation.app/collection/chimpers | N/A | N/A | YUGALABS_00036178 | N/A |
| "GRONK GORILLAS," Foundation, available at https://foundation.app/collection/gronkgorillas | N/A | N/A | YUGALABS_00036184 | N/A |
| "How to create a Collection and mint an NFT on Foundation," Foundation, available at https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-andmint-an-NFT-on-Foundation | N/A | N/A | YUGALABS_00036186 | JTX-603 |
| "How to sell NFTs on Foundation," Foundation, available at https://help.foundation.app/hc/en-us/articles/4562018706459-How-to-Sell-NFTs-on-Foundation | N/A | N/A | YUGALABS_00036200 | N/A |
| "NFTs: Who's buying them and why? – All question answered!" Bitscrunch, available at https://bitscrunch.com/blogs/know-whos-buying-nfts | N/A | 8/12/2022 | YUGALABS_00036110 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "RR/BAYC," rrbayc.com, available at https://rrbayc.com | N/A | N/A | YUGALABS_00036257 | N/A |
| "Ryder Ripps Eth Contract," Etherscan, available at https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e | N/A | N/A | YUGALABS_00036147 | N/A |
| "Ryder Ripps Transaction Data," Etherscan, available at https://etherscan.io/address/0x592814ff14e030b51f6087032db0f88f4214f254 | N/A | N/A | YUGALABS_00036144 | N/A |
| "ryder ripps," Foundation, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps | N/A | 1/20/2022 | YUGALABS_00036421 | JTX-1600 |
| "Transaction Details," Etherscan, available at https://etherscan.io/tx/0x0bbe02be57b17239238d3026a71380137723942ac49eea74473057975e0e9cba | N/A | N/A | YUGALABS_00036143 | N/A |
| Tweet (https://twitter.com/Barren_Wuffet_/status/1537395507231866881) | Twitter User @Barren_Wuffet | 6/16/2022 | YUGALABS_00036100 | N/A |
| Tweet (https://twitter.com/the_x2y2/status/1540781789169467394) | Twitter User @the_x2y2 | 6/25/2022 | YUGALABS_00036436 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Tweet (https://twitter.com/the_x2y2/status/1540682072678731776) | Twitter User @the_x2y2 | 6/25/2022 | YUGALABS_00036439 | N/A |
| "Who We Are" | Schlesinger Group | N/A | YUGALABS_00036283 | N/A |
| "How To Buy NFTs" | Michael Adams, Farran Powell | 8/12/2022 | YUGALABS_00036149 | N/A |
| Authentic Bored Ape Yacht Club Contract, "Contract 0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D," Etherscan, available at https://etherscan.io/address/0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D | N/A | N/A | YUGALABS_00036141 | N/A |
| "How to determine the correct token contract address on Etherscan" | Kaven Choi | 7/24/2018 | YUGALABS_00036212 | N/A |
| "A Survey of Global Collecting in 2022" | Clare McAndrew | 2022 | YUGALABS_00035936 | N/A |
| "X2Y2 NFT Marketplace Delists & Relists Ryder Ripps' NFT Collection" | Ola | 6/27/2022 | YUGALABS_00036428 | N/A |
| "10 Best NFT Marketplaces" | Daniela Rivera-Herrera | 10/27/2022 | YUGALABS_00036216 | JTX-1596 |
| Schlesinger Panel Book | N/A | N/A | YUGALABS_00036296 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Complaint for False Designation of Origin and Cybersquatting, *Yuga Labs Inc., v. Ryan Hickman*, Case No. 2:23-cv-00111-JCM-NJK, United States District Court District of Nevada | N/A | 1/20/2023 | N/A | N/A |
| Complaint for False Designation of Origin and Cybersquatting, *Yuga Labs Inc., v. Thomas Lehman*, Case No. 1:23-cv-00085-MAD-TWD, United States District Court Northern District of New York | N/A | 1/20/2023 | N/A | N/A |
| Complaint for False Designation of Origin, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355, United States District Court for the Central District of California | N/A | 6/24/2022 | N/A | N/A |
| Consent Judgment and Order for Permanent Injunction Against Thomas Lehman, *Yuga Labs, Inc., v. Thomas Lehman*, Case No. 1:23-cv-00085-MAD-TWD | N/A | 2/6/2023 | N/A | JTX-621 |
| Declaration of Thomas Lehman, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California | N/A | 2/3/2023 | N/A | JTX-1 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division | N/A | 10/3/2022 | N/A | N/A |
| Ryder Ripps and Jeremy Cahen's Answer, Defenses, and Counterclaims to Complaint, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen,* Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division | N/A | 12/27/2022 | N/A | JTX-81 |
| Yuga Labs Inc.'s Second Supplemental Response to Ryder Ripps and Jeremy Cahen's First Set of Interrogatories (Nos. 1-14), *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen,* Case No. 2:22- cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division – Los Angeles | N/A | 1/31/2023 | N/A | JTX-115 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Plaintiff Yuga Labs, Inc.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv- 04355-JFW-JEM, United States District Court for the Central District of California | N/A | 3/15/2023 | N/A | N/A |
| Mr. Ripps and Mr. Cahen's Opposition to Plaintiff's Motion for Summary Judgment, *Yuga Labs, Inc., v. Ryder Ripps and Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, March 27, 2023 | N/A | 3/27/2023 | N/A | N/A |
| Plaintiff Yuga Labs, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, April 3, 2023 | N/A | 4/3/2023 | N/A | N/A |
| Order Granting in Part and Denying in Part Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment, *Yuga Labs, Inc., v. Ripps, et al.*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, April 21, 2023 | N/A | 4/21/2023 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Deposition of Greg Solano, January 17, 2023, and related exhibits | N/A | 1/17/2023 | N/A | N/A |
| Deposition of Guy Oseary, March 1, 2023, and related exhibits. | N/A | 3/1/2023 | N/A | N/A |
| Deposition of Ian Garner, March 8, 2023, and related exhibits | N/A | 3/8/2023 | N/A | N/A |
| Deposition of Jason Cline, March 24, 2023, and related exhibits | N/A | 3/24/2023 | N/A | N/A |
| Deposition of Jeremy Cahen, January 11, 2023, and related exhibits | N/A | 1/11/2023 | N/A | N/A |
| Deposition of Jonah Berger, March 9, 2023, and related exhibits | N/A | 3/9/2023 | N/A | N/A |
| Deposition of Karem Atalay, January 30, 2023, and related exhibits | N/A | 1/30/2023 | N/A | N/A |
| Deposition of Lauren Kindler, March 17, 2023, and related exhibits | N/A | 3/17/2023 | N/A | N/A |
| Deposition of Nicole Muniz as 30(b)(6) Witness for Yuga Labs, January 24, 2023, and related exhibits | N/A | 1/24/2023 | N/A | N/A |
| Deposition of Patrick Ehrlund, March 16, 2023, and related exhibits | N/A | 3/16/2023 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Deposition of Ryan Hickman, December 7, 2022, and related exhibits | N/A | 12/7/2022 | N/A | N/A |
| Deposition of Ryder Ripps, January 12, 2023, and related exhibits | N/A | 1/12/2023 | N/A | N/A |
| Deposition of Thomas Lehman, March 27, 2023, and related exhibits | N/A | 3/27/2023 | N/A | N/A |
| Deposition of Wylie Aronow March 6, 2023, and related exhibits | N/A | 3/6/2023 | N/A | N/A |
| Thomas Lehman and Jeremy Cahen Text Messages | Thomas Lehman, Jeremy Cahen | 5/18/2022 to 11/26/2022 | LEHMAN0000013-066 | N/A |
| Team Ape Market Discord Chat | Ryder Ripps, Jeremy Cahen, Thomas Lehman, Ryan Hickman | 5/18/2022 to 9/27/2022 | LEHMAN0000294 | JTX-800 |
| Thomas Lehman and "jimdrang" Discord Messages | Thomas Lehman, Discord User jimdrang | 5/22/2022 to 5/23/2022 | LEHMAN0000302 | JTX-982 |
| RR/BAYC Discord Chat | User "vatiiu" | 6/13/2022 | RIPPSCAHEN00000001 | N/A |
| Bored Ape Yacht Club Wants Ryder Ripps to Cease and Desist | Matthew Denis | 7/14/2022 | RIPPSCAHEN00000850 | N/A |
| Email from Zachary Filtness to rrbayc@protonmail.com | Zachary Filtness | 6/20/2022 | RIPPSCAHEN00001560 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Text Messages Between Jeremy Cahen and Ryder Ripps | Jeremy Cahen, Ryder Ripps | Unknown | RIPPSCAHEN00026004 | JTX-1574 |
| Tweet from @ryder_ripps | Ryder Ripps | 12/6/2021 | YUGALABS_00000535 | N/A |
| Twitter Profile for GemBot (@0xGem) | Twitter User @0xGem | N/A | YUGALABS_00000537 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/15/2022 | YUGALABS_00000538 | JTX-814 |
| Tweet from @ryder_ripps | Ryder Ripps | 5/13/2022 | YUGALABS_00000541 | JTX-689 |
| Tweet from @ApeMarketplace | Jeremy Cahen | 6/20/2022 | YUGALABS_00000545 | JTX-1027 |
| Tweet from @ryder_ripps | Ryder Ripps | 5/15/2022 | YUGALABS_00000554 | N/A |
| Tweet from @RR_BAYC | Twitter User @RR_BAYC | 5/28/2022 | YUGALABS_00000560 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/17/2022 | YUGALABS_00000565 | JTX-690 |
| Tweet from @zackburt_ | Twitter User @zackburt_ | 6/28/2022 | YUGALABS_00000567 | N/A |
| Tweet from @0xToven | Twitter User @0xToven | 7/8/2022 | YUGALABS_00000570 | JTX-1030 |
| RR/BAYC on OpenSea | N/A | 6/13/2022 | YUGALABS_00000571-573 | N/A |
| Tweet from @apeuniverse_eth | Twitter User @apeuniverse_eth | 7/8/2022 | YUGALABS_00000580 | JTX-1031 |
| Tweet from @pauly0x | Jeremy Cahen | 7/16/2022 | YUGALABS_00000594 | N/A |

12

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Replies to tweet from @0xGem | Various | 7/8/2022 | YUGALABS_00000620 | N/A |
| Replies to tweet from @0xGem | Various | 7/8/2022 | YUGALABS_00000629 | JTX-1035 |
| RR/BAYC (BAYC) | CoinGecko | N/A | YUGALABS_00000631 | N/A |
| Bored Ape Yacht Club (Foundation) | N/A | 7/21/2022 | YUGALABS_00000636 | N/A |
| Tweet from @ApeMarketplace | Jeremy Cahen | 6/2/2022 | YUGALABS_00001978 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/26/2022 | YUGALABS_00002041 | JTX-1037 |
| RR/BAYC (x2y2) | N/A | 6/23/2022 | YUGALABS_00002279 | N/A |
| RR/BAYC (x2y2) | N/A | N/A | YUGALABS_00002334 | JTX-812 |
| Etherscan - Contract 0x2EE6…691e | N/A | N/A | YUGALABS_00002370 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 7/8/2022 | YUGALABS_00002625-634 | N/A |
| Tweets from @pauly0x | Jeremy Cahen | 9/11/2022 | YUGALABS_00002708 | N/A |
| Twitter Profile for ApeMarket (@ApeMarketplace) | Jeremy Cahen | N/A | YUGALABS_00003335 | N/A |
| Twitter Profile for ApeMarket (@ApeMarketplace) | Jeremy Cahen | N/A | YUGALABS_00014079-082 | N/A |
| Tweet from @streetoshi | Twitter User @streetoshi | 6/21/2022 | YUGALABS_00015411 | N/A |
| Comparison of Etherscan contract 0x2EE6…691e and 0xBC4C…f13D | N/A | N/A | YUGALABS_00015423 | JTX-917 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Ryder Ripps Bored Ape Yacht Club Foundation Collections Page | N/A | N/A | YUGALABS_00015424 | JTX-673 |
| "BAYC Foundation.app" on Google | N/A | N/A | YUGALABS_00015439 | JTX-677 |
| Tweet from @johnny0x_ | Twitter User @johnny0x_ | 6/22/2022 | YUGALABS_00027491 | JTX-713 |
| Tweet from @Jclineshow | Jason Cline | 5/16/2022 | YUGALABS_00027516 | N/A |
| Tweet from @Cryptoverse520 | Twitter user @Cryptoverse520 | 5/19/2022 | YUGALABS_00027520 | JTX-710 |
| Tweet from @ryder_ripps | Ryder Ripps | 5/27/2022 | YUGALABS_00027523 | JTX-715 |
| Tweet from @Jclineshow | Jason Cline | 5/16/2022 | YUGALABS_00027686 | N/A |
| Tweet from @Jclineshow | Jason Cline | 5/16/2022 | YUGALABS_00027690 | N/A |
| Tweet from @Joey_tartz | Twitter User @Joey_tartz | 5/16/2022 | YUGALABS_00027693 | JTX-1043 |
| Tweet from @Jclineshow | Jason Cline | 5/13/2022 | YUGALABS_00029080 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/18/2022 | YUGALABS_00029089 | JTX-841 |
| Tweet from @enjoyoor and @DenisBarry1 | Twitter User @enjoyoor, Twitter User @DenisBarry1 | 6/22/2022-6/23/2022 | YUGALABS_00029092 | N/A |
| Tweet from @_etheth | Twitter User @_etheth | 6/30/2022 | YUGALABS_00029097 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Tweet from @_etheth | Twitter User @_etheth | 8/20/2022 | YUGALABS_00029098 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/16/2022 | YUGALABS_00029812 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/20/2022 | YUGALABS_00029813 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 6/23/2022 | YUGALABS_00030050 | JTX-1045 |
| Tweet from @ryder_ripps | Ryder Ripps | 5/27/2022 | YUGALABS_00030053 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/16/2022 | YUGALABS_00030061 | N/A |
| RR/BAYC NFT Listing on Foundation | N/A | 1/5/2023 | YUGALABS_00030064 | N/A |
| Etherscan - Contract 0x2EE6…691e | N/A | N/A | YUGALABS_00030081-082 | N/A |
| Etherscan - Contract 0x2EE6…691e | N/A | 7/15/2022 | YUGALABS_00030088-089 | N/A |
| Bored Ape Yacht Club (Foundation) | N/A | 5/21/2022 | YUGALABS_00030104 | JTX-670 |
| Bloomberg Segment (screenshot of video) | Bloomberg | N/A | YUGALABS_00030236 | JTX-1047 |
| Tweet from @ApeMarketplace | Jeremy Cahen | 1/18/2023 | YUGALABS_00030238 | JTX-1048 |
| Bloomberg Crypto Full Show | Bloomberg | 6/21/2022 | YUGALABS_00030243 | JTX-1049 |
| rrbayc.com | Ryder Ripps | N/A | YUGALABS_00030244-337 | N/A |
| Bored Ape Yacht Club Discord Chat | Discord User "NEPTUNE" | 6/21/2022 | YUGALABS_00031203 | JTX-1192 |

15

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Bored Ape Yacht Club Discord Chat | Discord User "NEPTUNE" | 6/21/2022 | YUGALABS_00031204 | JTX-1050 |
| Discord Messge | Discord User ngbx ben | 6/21/2022 | YUGALABS_00031205 | N/A |
| Tweet from @ryder_ripps | Ryder Ripps | 5/17/2022 | YUGALABS_00031325 | JTX-671 |
| Tweet from @AllCityBAYC | Twitter User @AllCityBAYC | 7/3/2022 | YUGALABS_00031331 | JTX-1558 |
| Tweet from @phunk2243 | Twitter User @phunk2243 | 7/8/2022 | YUGALABS_00031332 | N/A |
| Tweet from @Exme007 | Twitter User @Exme007 | 1/13/2023 | YUGALABS_00031357 | JTX-1062 |
| Tweet from @DSET555 | Twitter User @DSET555 | 1/19/2023 | YUGALABS_00031359 | JTX-1063 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031367 | JTX-1064 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031368 | JTX-1559 |
| Etherscan - Transaction 0xec6a…f015 | N/A | N/A | YUGALABS_00031370 | JTX-600 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031432 | JTX-1066 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031433 | JTX-1560 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031434 | JTX-1561 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031435 | JTX-1562 |
| Bored Ape Yacht Club V3 Listing on DappRadar | N/A | N/A | YUGALABS_00031436 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 6/15/2022 | YUGALABS_00031596 | JTX-1068 |
| Tweet from @0xGem | Twitter User @0xGem | 6/18/2022 | YUGALABS_00031597 | JTX-1069 |
| Tweet from @0xGem | Twitter User @0xGem | 6/20/2022 | YUGALABS_00031598-600 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 6/23/2022 | YUGALABS_00031601-602 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 6/25/2022 | YUGALABS_00031603-604 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 8/13/2022 | YUGALABS_00031605-609 | N/A |
| Tweet from @0xGem | Twitter User @0xGem | 12/28/2022 | YUGALABS_00031610-611 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Tweet from @pauly0x | Jeremy Cahen | 6/20/2022 | YUGALABS_00036242-44 | N/A |
| Tweet from @pauly0x | Jeremy Cahen | 6/21/2022 | YUGALABS_00040429 | JTX-685 |
| Tweet from @pauly0x | Jeremy Cahen | 4/4/2023 | YUGALABS_00041610 | JTX-1315 |
| Tweet from @0xGem (retweeted by Jeremy Cahen) | Twitter User @0xGem | 2/20/2022 | YUGALABS_00043588 | JTX-1613 |
| Tweet from @0xGem (retweeted by Jeremy Cahen) | Twitter User @0xGem | 2/17/2022 | YUGALABS_00043589 | JTX-1614 |
| Tweet from @0xGem (retweeted by Jeremy Cahen) | Twitter User @0xGem | 2/24/2022 | YUGALABS_00043590 | JTX-1615 |

**Statements**

| Source | Statement Excerpt |
|---|---|
| Deposition of Ryan Hickman, December 7, 2022, at 42-43 | "So the primary contract, the Foundation contract, is Foundation. That contract issues the tokens that are referred to as RR/BAYC.  Myself and Tom created a reserve system so that people could interface with the reservation system to commission Ryder Ripps to create the Foundation token and issue it to the specific person who reserved that specific token." |
| Deposition of Ryan Hickman, December 7, 2022, at 76-79 | "When he would give it to the person through a Foundation, the way that their system is designed allowed other people to snipe them. So people would expect to get something and they wouldn't be able to get it even though they paid for it. . . . He would go to the public domain on Google, copy it -- or IPFS, copy it and load it onto the Foundation contract by hand. . . . When he would give it to the person through a Foundation, the way that their system is designed allowed other people to snipe them. So people would expect to get something and they wouldn't be able to get it even though they paid for it." |
| Deposition of Ryan Hickman, December 7, 2022, at 149-150 | "Q. What is Exhibit 28 an image of? A. This is the Foundation website. Q: For what? A: Looks to be Bored Ape Yacht Club. No, this is the -- this is the -- it looks like it's Ryder's page. Yeah. This is the Foundation of Ryder's." |