ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**PLAINTIFF YUGA LABS, INC.'S OFFER OF PROOF FOR JONAH BERGER, PH.D.** |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's June 2, 2023, Order (Dkt. 263), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits the following offer of proof for its expert witness Jonah Berger, Ph.D.

## I. Opinion No. 1

### a. Opinion from Dr. Berger

Based on Dr. Berger's expertise and experience and his review of the relevant materials produced in this matter, he reached the opinion that brand equity refers to the additional value endowed to a company's products and services owing to them being from that particular brand. Brand equity is derived from brand awareness, perceived quality, and brand associations or perceptions that consumers have of that brand. Brand equity is established using significant time, money, and effort. Brand equity can be damaged through negative associations. This is especially true of symbolic goods, or things consumers purchase for their prestige or status, such as BAYC NFTs.

### b. Relevance

This opinion is relevant to Yuga Labs' remedies under its first claim for false designation of origin and second claim for false advertising.

Dr. Berger's testimony will show the importance and sources of brand equity and goodwill for high end symbolic goods like BAYC NFTs, establishing a foundation to show that Yuga Labs has experienced harm to its brand equity and goodwill as a result of Defendants' promotion, marketing, and sales of RR/BAYC NFTs.

### c. Basis for Opinion

#### 1. Reports (Exhibits A.1 and A.2)

The basis for Dr. Berger's Opinion No. 1 is contained in his February 6, 2023, expert report at ¶¶ 1-5 (Qualifications); ¶¶ 6-8 (Assignment); ¶ 9 (Summary of Opinions); ¶¶ 13-37 (Brand Equity is a Valuable Asset); ¶¶ 47-63 (Counterfeit and Imitation Products Can Diminish Brand Equity by Changing Brand Perception and

Associations); ¶¶ 93, 95 (Conclusion); Appendix A (CV and prior testimony); and Appendix B (Materials Considered List).  The basis for Dr. Berger's Opinion No. 1 is also contained in his May 19, 2023 Supplemental Expert Report at ¶ 1 (Qualifications); ¶ 2 (Materials Considered); Appendix A (CV and prior testimony); and Appendix B (Supplemental Materials Considered List).

### 2. Deposition Testimony (Exhibit B)

Dr. Berger testified about Opinion No. 1 in his deposition at:

- 42:7-45:1
- 45:20-46:14
- 46:23-48:9
- 87:2-88:8
- 92:1-93:3
- 96:11-98:4

### 3. Materials Relied On (Exhibit C)

In forming his opinion, Dr. Berger relied on the documents and statements contained in Exhibit C.

## II. Opinion No. 2

### a. Opinion from Dr. Berger

Authentic BAYC NFTs are a high-end symbolic good.  Their values are derived not just from the artwork and endowed features of each unique NFT, but also from associations with the BAYC brand.

### b. Relevance

This opinion is relevant to Yuga Labs' remedies under its first claim for false designation of origin and second claim for false advertising.

Dr. Berger's testimony will show that the BAYC brand is valuable and associated with high-end symbolic goods, establishing a foundation to show that Yuga Labs has experienced harm to its brand equity and goodwill as a result of Defendants' promotion, marketing, and sales of RR/BAYC NFTs.

  c. **Basis for Opinion**

    1. **Reports (Exhibits A.1 and A.2)**

The basis for Dr. Berger's Opinion No. 2 is contained in his February 6, 2023, expert report at ¶ 10 (Summary of Opinions); ¶¶ 38-46 (Yuga Labs' BAYC Brand has the Characteristics of a Brand with High Brand Equity), and ¶ 94 (Conclusion). Additionally, Opinion No. 2 is based on the sections of Dr. Berger's February 6, 2023, expert report set forth in Opinion No. 1, specifically at ¶¶ 1-5, 6-8, 9, 13-37, 93, 95, and Appendices A and B, as well as Dr. Berger's May 19, 2023, Supplemental Expert Report at ¶¶ 1, 2 and Appendices A and B.

    2. **Deposition Testimony (Exhibit B)**

Dr. Berger testified about Opinion No. 2 in his deposition at:

- 48:17-49:14
- 54:25-55:14
- 269:3-270:2
- 272:6-273:10
- 274:23-277:8
- 279:20-281:3
- 281:8-283:18

    3. **Materials Relied On (Exhibit D)**

In forming his opinion, Dr. Berger relied on the documents and statements contained in Exhibit D.

**III. Opinion No. 3**

  a. **Opinion from Dr. Berger**

Based on Dr. Berger's expertise and experience and his review of the relevant materials produced in this matter, he reached the opinion that the promotion, marketing, and sales of RR/BAYC NFTs harmed the brand equity of BAYC for multiple reasons. First, the introduction of RR/BAYC NFTs increased perceived supply and decreased the perceived exclusivity of authentic BAYC NFTs. Second,

there is evidence of marketplace confusion following the promotion, marketing, and sales of RR/BAYCs. Third, the promotion, marketing, and sales of RR/BAYC NFTs led to a shift in discourse regarding the BAYC brand. Automated textual analysis illustrates that consumer attitudes toward the BAYC brand became less positive and more negative during Defendants' promotion, marketing, and sales of RR/BAYC NFTs. Because consumer attitudes are directly related to brand equity, Defendants' promotion, marketing, and sales of RR/BAYC NFTs likely damages BAYC's brand equity.

### b. Relevance

This opinion is relevant to Yuga Labs' remedies under its first claim for false designation of origin and second claim for false advertising.

Dr. Berger's testimony will show how the promotion, marketing, and sales of RR/BAYC NFTs changed consumer perception of the BAYC brand and caused confusion in the marketplace, resulting in negative consumer attitudes and harming Yuga Labs' brand equity and goodwill as a result of Defendants' promotion, marketing, and sales of RR/BAYC NFTs.

### c. Basis for Opinion

#### 1. Reports (Exhibits A.1 and A.2)

The basis for Dr. Berger's Opinion No. 3 is contained in his February 6, 2023, expert report at ¶ 11 (Summary of Opinions); ¶¶ 64-92 (The Minting and Sales of RR/BAYC NFTs Harmed BAYC Brand Equity); ¶ 96 (Conclusion); Appendix C (sample tweets); Appendix D (Data Appendix); Appendix E (Weekly Proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC). Additionally, Opinion No. 3 is based on the sections of Dr. Berger's February 6, 2023, expert report set forth in Opinion Nos. 1 and 2, specifically ¶¶ 1-10, 13-63, 93-95, and Appendices A and B, as well as Dr. Berger's May 19, 2023, Supplemental Expert Report at ¶¶ 1, 2 and Appendices A and B.

## 2. Deposition Testimony (Exhibit B)

Dr. Berger testified about Opinion No. 3 in his deposition at:

- 84:5-14
- 89:21-90:14
- 99:6-22
- 100:10-103:4
- 103:23-104:8
- 104:20-105:16
- 106:19-107:24
- 108:14-109:18
- 111:4-114:25
- 115:14-117:11
- 118:7-119:13
- 121:4-128:1
- 133:11-134:21
- 135:16-137:4
- 138:8-140:6
- 141:4-13
- 143:5-146:6
- 153:10-156:20
- 163:9-170:16
- 171:1-179:24
- 181:9-190:7
- 190:8-191:23
- 192:13-193:9
- 195:17-196:6
- 196:17-198:9
- 200:3-207:14

- 207:23-210:15
- 211:8-213:6
- 215:2-217:2
- 217:12-220:16
- 222:9-229:2
- 230:18-231:25
- 234:5-237:20
- 239:16-253:11
- 259:23-269:2

   **3. Materials Relied On (Exhibit E)**

In forming his opinion, Dr. Berger relied on the documents and statements contained in Exhibit E.

## IV. Opinion No. 4

  **a. Opinion from Dr. Berger**

Based on Dr. Berger's expertise and experience and his review of the relevant materials produced in this matter, he reached the opinion that harm to BAYC brand equity reduced BAYC's brand value and goodwill. Products associated with the BAYC brand account for the vast majority of Yuga Labs' earnings and profits. The decrease in BAYC brand value will also likely cause a decrease in Yuga Labs' sales, profits, and future earnings associated with the BAYC brand.

  **b. Relevance**

This opinion is relevant to Yuga Labs' remedies under its first claim for false designation of origin and second claim for false advertising.

Dr. Berger's testimony will show that the promotion, marketing, and sales of RR/BAYC NFTs harmed Yuga Labs' BAYC brand equity and goodwill and would likely lead to a loss of sales, profits, and future earnings.

### c. Basis for Opinion

#### 1. Reports (Exhibits A.1 and A.2)

The basis for Dr. Berger's Opinion No. 4 is contained in his February 6, 2023, expert report at ¶ 12 (Summary of Opinions) and ¶ 97 (Conclusion). Additionally, Opinion No. 4 is based on the sections of Dr. Berger's February 6, 2023, expert report set forth in Opinion Nos. 1, 2, and 3, specifically ¶¶ 1-11, 13-96, and Appendices A-E, as well as Dr. Berger's May 19, 2023, Supplemental Expert Report at ¶¶ 1, 2 and Appendices A and B.

#### 2. Deposition Testimony (Exhibit B)

Dr. Berger testified about Opinion No. 4 in his deposition at:

- 190:8-191:23
- 195:17-196:6
- 196:17-198:9
- 217:12-220:16
- 230:18-231:25

#### 3. Materials Relied On (Exhibit F)

In forming his opinion, Dr. Berger relied on the documents and statements contained in Exhibit F.

Dated: June 5, 2023

FENWICK & WEST LLP

By: /s/ Eric Ball
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.