# Exhibit A.1

# *Yuga Labs, Inc. v. Ripps*
Case 2:22-cv-04355

Expert Report of Professor Jonah Berger
February 6, 2023

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

# TABLE OF CONTENTS

I. Qualifications ...................................................................................1

II. Assignment ......................................................................................2

III. Summary of Opinions .......................................................................3

IV. Brand Equity is a Valuable Asset........................................................5

    A. The Importance of Brands and Their Marketing .........................6

        1. Brands and Branding.................................................................7

        2. Brand Marketing ......................................................................8

    B. Brand Equity and Characteristics of Brands with High Brand Equity .......12

        1. Brands with High Brand Equity Have Marketplace Advantages ..........12

        2. Brands Associated with Prestige, Luxury, or Status May Have Particularly High Brand Equity ............................................17

V. Yuga Labs' BAYC Brand has the Characteristics of a Brand with High Brand Equity .........................................................................19

VI. Counterfeit and Imitation Products Can Diminish Brand Equity by Changing Brand Perception and Associations.................................25

    A. Counterfeit Goods Can Harm Brand Equity...............................26

    B. Counterfeits Can Create Confusion in the Marketplace ............28

VII. The Minting and Sales of RR/BAYC NFTs Harmed BAYC Brand Equity....35

    A. RR/BAYC NFTs Are Exact Pictorial Imitations of Authentic Yuga Labs BAYC NFTs...............................................................35

    B. There Is Evidence of Confusion Among Market Participants Following the Minting and Sales of RR/BAYC NFTs .....................................................40

    C. The Minting and Sales of RR/BAYC NFTs Are Linked to More Negative Associations with BAYC ..................................................46

VIII. Conclusion.....................................................................................56

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

## I.   QUALIFICATIONS

1.     My name is Jonah Berger.  I am a Marketing professor at the Wharton School at the University of Pennsylvania.  I received my Ph.D. in Marketing from the Graduate School of Business at Stanford University and my B.A. in Human Judgment and Decision Making also from Stanford University.

2.     My research focuses on consumer behavior, social media, social influence, and natural language processing.  This work examines why people make the choices they do, how they use possessions to communicate identity, and how automated textual analysis (*e.g.*, dictionaries, topic modeling, and machine learning) can help extract behavioral insight from textual data.  I have published over 60 articles in top-tier academic journals in marketing, consumer psychology, and other disciplines including in the *Journal of Marketing*, *Journal of Marketing Research*, *Journal of Consumer Research*, and *Journal of Consumer Psychology*.  I have also written three best-selling books on these topics that have been printed in over 30 different languages.  In addition, I currently serve as an Associate Editor at the *Journal of Marketing* and served as an Associate Editor at the *Journal of Marketing Research* from 2012 to 2020.

3.     I have received numerous awards for my research and writing.  In 2014, I received the American Marketing Association's Leonard L. Berry Marketing Book Award, which is given for a book that has had a significant impact in marketing and related sub-fields.  In 2017, I received the *Journal of Marketing Research's* William F. O'Dell Award for the article that made the most significant, long-term contribution to marketing theory, methodology, and/or practice.  I was recognized from 2009 to 2013, in 2017, and again in 2021 by the American

Marketing Association as a top five most productive researcher in marketing.  The American Management Association named me one of the top 30 leaders in business and *Fast Company* magazine named me one of the most creative people in business.

4.      In addition to my research, I have extensive experience teaching and consulting on these topics.  I have won numerous teaching awards from the Wharton School and have consulted with hundreds of companies, including many Fortune 500 companies and foundations, such as Apple, Amazon, GE, Google, Microsoft, and Nike, and luxury brands such as LVMH and Luxottica Group.  This work has focused on issues related to marketing strategy, branding, and go-to-market strategy.

5.      A complete list of my publications and other academic and professional experience is in my curriculum vitae, and a list of my testimony in the last four years, are attached to this report as Appendix A.

## II.   ASSIGNMENT

6.      Yuga Labs alleges that Defendants Ryder Ripps and Jeremy Cahen have "flood[ed] the NFT market with [a] copycat NFT collection [that uses] the original Bored Ape Yacht Club images."[1]  As a result of the introduction of these RR/BAYC NFTs, Yuga Labs alleges that Defendants created confusion in the marketplace.  I have been retained by Fenwick & West LLP, counsel for Yuga Labs, Inc. ("Yuga Labs"), to assess whether the minting and sales of RR/BAYC

---

[1] Complaint, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and DOES 1-10*, dated June 24, 2022 ("Complaint"), ¶ 2.  This copycat NFT collection is known as "RR/BAYC NFTs."  The RR/BAYC collection is also labeled as "Bored Ape Yacht Club," "BAYC," "Bored Ape Yacht Club V3," and "BAYC V3."  *See* YUGALABS_00030057; YUGALABS_00030081; YUGALABS_00000653, YUGALABS_00031325; YUGALABS_00000565; YUGALABS_00000541; Deposition of Ryder Ripps, January 12, 2023 ("Ripps Deposition"), pp. 122:23−123:9. Throughout this report, I will refer to this collection as RR/BAYC NFTs.

non-fungible tokens[2] ("NFTs") caused harm to Bored Ape Yacht Club ("BAYC") brand equity.

7.      I am being compensated at my standard billing rate of $1,100 per hour.  I have been assisted by staff of Cornerstone Research, who worked under my direction.  I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter.  Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinions or the outcome of this or any other matter.

8.      In forming my opinions and conclusions, I have reviewed and relied upon the materials cited in this report, such as documents and data produced in this litigation.  A full list of the documents and data on which I considered is in Appendix B.  I understand that expert and fact discovery is ongoing in this matter.  Therefore, I reserve the right to supplement or amend my opinions should new information become available.

## III.    SUMMARY OF OPINIONS

9.      Brand equity refers to the additional value endowed to a company's products and services owing to them being from that particular brand.  Brand equity is derived from brand awareness, perceived quality, and brand associations or perceptions that consumers have of that brand.  Brand equity is established

---

[2] An NFT is an ownership record stored on a blockchain; analogous to a conventional proof-of-purchase, but native to the blockchain.  Since their introduction in 2014, NFTs have become an increasingly popular way to signify ownership of an asset.  While NFTs have mostly been associated with digital items such as artwork, images, or videos, there are notable instances of physical assets being "tokenized" into NFTs as well.  *See* "What is an NFT?," *OpenSea Learn*, dated December 24, 2022, https://opensea.io/learn/what-are-nfts; Stephen, Bijan, "Go Read This Story on the Real History of NFTs," *The Verge*, April 2, 2021, https://www.theverge.com/2021/4/2/22364240/nft-blockchain-artist-hackathon-kevin-mccoy-anil-dash;  "What is Tokenized Real Estate? A Beginner's Guide to Digital Real Estate Ownership," *Cointelegraph*, https://cointelegraph.com/nonfungible-tokens-for-beginners/what-is-tokenized-real-estate.

using significant time, money, and effort. Brand equity can be damaged through negative associations. This is especially true of symbolic goods, or things consumers purchase for their prestige or status, such as BAYC NFTs.

10. Authentic BAYC NFTs are a high-end symbolic good. Their values are derived not just from the artwork and endowed features of each unique NFT, but also from associations with the BAYC brand.[3]

11. The minting and sales of RR/BAYC NFTs using Yuga Labs' marks[4] harmed the brand equity of BAYC for multiple reasons.

    i. First, the introduction of RR/BAYC NFTs increased the perceived supply and decreased the perceived exclusivity of authentic BAYC NFTs. The impact of their introduction is thus akin to the negative impact that high-end brands suffer from the introduction of counterfeit goods.

    ii. Second, there is evidence of marketplace confusion following the minting and sales of RR/BAYC NFTs. The artwork associated with RR/BAYC NFTs look visually identical to authentic BAYC NFTs and the NFTs were named similarly. Thus, it was likely difficult for consumers to tell them apart.

    iii. Third, Defendants' minting and sales of RR/BAYC NFTs led to a shift in discourse regarding the BAYC brand. Specifically, following Defendants' initial minting of RR/BAYC NFTs, discussion of the

---

[3] I understand Yuga Labs' Terms of Service grant holders license rights under Yuga Labs' intellectual property in the underlying images, for example, allowing holders to display them on merchandise they create or on Twitter. Holders also gain access to a network of other BAYC NFT holders, including use of a collaborative community art canvas shared among BAYC NFT holders. In August 2021, BAYC holders were offered the ability to mutate their Bored Ape, which would result in an entirely new NFT. *See* Deposition of Yuga Labs (Rough), January 24, 2023, at pp. 120:16–121:6, 129:19–129:24.

[4] I understand that Yuga Labs' marks include BORED APE YACHT CLUB, BAYC, BORED APE, APE, BA YC Logo, BA YC BORED APE YACHT CLUB Logo, and Ape Skull Logo trademarks. *See* Complaint, ¶ 2.

BAYC brand began to include reference to RR/BAYC NFTs or Mr. Ripps.  Automated textual analysis illustrates that consumer attitudes toward the BAYC brand became less positive and more negative during Defendants' minting of RR/BAYC NFTs.  Because consumer attitudes are directly related to brand equity, Defendants' minting of RR/BAYC NFTs likely damages BAYC's brand equity.

12.     Harm to BAYC brand equity can reduce BAYC's brand value. Products associated with the BAYC brand account for the vast majority of Yuga Labs' earnings and profit.[5]  A decrease in BAYC brand value would likely cause a decrease in Yuga Labs' sales, profits, and future earnings associated with the brand.

## IV.     BRAND EQUITY IS A VALUABLE ASSET

13.     Brands can create value for companies.  To develop brands, companies define brand elements (*e.g.*, name, logo, products, services) that are desirable in the minds of consumers.  This includes defining the products and services the brand will offer and developing marketing communications strategy to raise brand awareness, communicate information about products and services, and convey desired attributes.  Once a company successfully develops desirable brand associations, these associations can serve as important differentiators from other brands, and the value of this is reflected in brand equity.

14.     Brands with high brand equity tend to have various marketplace advantages, including high customer loyalty and the ability to generate price premiums for associated products and services.  These advantages confer benefits

---

[5] Deposition of Yuga Labs (Rough), pp. 170:1–15, 170:24–172:14.

to the companies that hold high equity brands.  Companies holding brands with high brand equity, for example, usually have (i) greater market share, (ii) better chances of expanding these brands into new markets, (iii) better financial performance, and (iv) greater ease in generating successful marketing partnerships. Brand equity is therefore a valuable asset.

### A.  The Importance of Brands and Their Marketing

15.     The concept of a "brand" has been around for centuries, and while it is often associated with products and services, it is much broader, encompassing things like political candidates (*e.g.*, Ronald Reagan), ideas (*e.g.*, fair trade), and even countries (*e.g.*, France has a different brand, or associations, than Canada does).  A brand represents a way to distinguish a company's goods or services from those of its competitors.  More formally, according to the American Marketing Association, a brand is a "name, term, design, symbol, or any other feature that identifies one seller's goods or service as distinct from those of other sellers."[6]

16.     A brand is also a key component of a company's marketing.  To develop and maintain a brand, and ultimately benefit from it, a company utilizes the marketing mix which includes what products or services they offer, how they deliver those products or services to consumers, what and how they communicate about those products and services, and what the company charges for those products or services.

---

[6] "Branding," *American Marketing Association*, https://www.ama.org/topics/branding/.

17.     In the subsections that follow, I first provide a high-level overview of brands and branding.  I then discuss basic principles of marketing and how brands are marketed.

### 1.  Brands and Branding

18.     A company's brand is among its most valuable and important assets. Since the brand serves as a differentiator between one company's products or services and another's, the brand engenders awareness, reputation, and prominence in the marketplace.  As a result, brand is at the heart of a company's marketing strategy.

19.     Brands convey or create differentiation.  They "have dimensions that differentiate [a product or service] in some way from other products [or services] designed to satisfy the same need."[7]  This differentiation can be tangible (*e.g.*, a brand that makes the fastest computers) or intangible (*i.e.*, what the brand represents, stands for, or is associated with).[8]

20.     Brands are established through a process called branding.  Branding includes the development of things like a brand name, logo, or aesthetic that the company wishes to be associated with.[9]  Branding allows the company to create a brand identity, and attempt to shape brand perceptions, in an effort to develop and improve brand equity.[10]  Through branding, companies try to shape brand associations or the "brand-related thoughts, feelings, perceptions, images,

---

[7] Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ:  Prentice Hall, 2013 ("Keller (2013)"), p. 3.

[8] Keller (2013), p. 3.

[9] Keller (2013), p. 2.

[10] Kotler, Philip and Kevin Lane Keller, Marketing Management, Fourteenth Edition (Upper Saddle River, NJ: Prentice Hall, 2011 ("Kotler and Keller (2011)")), p. 243.

experiences, beliefs, [and] attitudes" that consumers have with a brand.[11]  When someone mentions a car brand like Volvo, for example, consumers may think of safety, and when someone mentions a brand like Honda, they may think of durability or value.

21.     Branding is of particular importance for technology-related products, such as NFTs.  A technology product's brand inextricably becomes linked to the technology that it develops, meaning that the consumer develops a long-term, positive association with the firm's technological prowess.[12]  Recent academic literature describes how companies have developed brands linked to exclusivity, highly engaged communities, and access to special events (live and virtual).[13]  As interest in NFTs has grown, so too has interest in using newly minted NFTs to generate interest for a brand, enhance brand value, and tap into the benefits of brand equity described later in this report.[14]

### 2.  Brand Marketing

22.     Companies often develop brand associations through the "marketing mix."[15]  Frequently referred to by the mnemonic of the "4Ps," which includes product, place, promotion, and price.

---

[11] Kotler and Keller (2011), p. 164.

[12] David Aaker and Robert Jacobson (2001), "The Value Relevance of Brand Attitude in High-Technology Markets," *Journal of Marketing Research* 38 (4), pp. 485–493.

[13] Steve Kaczynski and Scott Duke Kominers, "How NFTs Create Value," *Harvard Business Review*, November 10, 2021, https://hbr.org/2021/11/how-nfts-create-value.

[14] Shane Barker, "How to Create an NFT," Mention, August 10, 2022, https://mention.com/en/blog/how-to-create-an-nft/.

[15] *See, e.g.*, Kotler and Keller (2011), p. 25.

    i.    Product is used to describe a company's products or services (*i.e.*, what it sells) and the consumer's experience with that product or service;[16]

    ii.    Place describes how consumers gain access to that product or service (*i.e.*, whether it is sold in a big box retailer or through the company's website);[17]

    iii.    Promotion refers to marketing communications or how the company informs customers and potential customers about its products or services;[18]

    iv.    Price refers to how much the company charges for its products and services.[19]

23.    Each of the 4Ps helps develop consumer associations with a brand, and in turn, contributes to brand equity.

    i.    Product:  Through the "product" element of the marketing mix, a company can "design, manufacture, market, sell, deliver, and service products in a way that creates a positive brand image with strong, favorable, and unique brand associations."[20]  As discussed, these associations may be related to function or performance, or things like prestige, status, or identity signaling.[21]  If a company makes a good product that many people like, that company's brand equity should be

---

[16] *See, e.g.*, William D. Perreault, Jr. and E. Jerome McCarthy, Basic Marketing:  A Global Managerial Approach, 2002, p. 48.

[17] *See, e.g.*, William D. Perreault, Jr. and E. Jerome McCarthy, Basic Marketing:  A Global Managerial Approach, 2002, pp. 48–49.

[18] *See, e.g.*, William D. Perreault, Jr. and E. Jerome McCarthy, Basic Marketing:  A Global Managerial Approach, 2002, p. 50.

[19] *See, e.g.,* Kotler and Keller (2011), p. 25.

[20] Keller (2013), p. 162.

[21] Keller (2013), p. 162.

bolstered.  Similarly, if a product or service makes consumers feel special, or makes them look good to their peers, this also bolsters brand equity.

ii.  Place:  The "place" element of the marketing mix incorporates all of the ways a company distributes its product or services.  This includes direct channels, or those owned by the company themselves (*e.g.*, Nike selling on Nike.com), as well as indirect channels or those owned by others (*e.g.*, Nike selling at a retailer like Foot Locker).[22] Companies often carefully consider how to distribute their products or services based on how it will shape brand equity.  Direct channels allow for greater control of how the products and brand are portrayed.[23]  When Nike sells its shoes on Nike.com, for example, it controls exactly how the shoes appear, what they appear next to, and the information that appears with them.  Indirect channels involve sales through intermediaries (*e.g.*, retailers), and thus the intermediary's brand associations can shape how the product or service's brand is perceived.  For example, La Mer sells luxury cosmetics at high-end retailers, such as Sephora or Bluemercury. Relative to other brands that offer skincare products, La Mer's products are priced in a higher bracket (*e.g.*, 1 oz. of Crème de La Mer is approximately $200)  Even if a retailer that typically stocks "drugstore" cosmetics, such as Walmart, was willing to sell La Mer products at standard retail prices, La Mer may not want to be

---

[22] William D. Perreault, Jr. and E. Jerome McCarthy, Basic Marketing:  A Global Managerial Approach, 2002, p. 49.
[23] Keller (2013), p. 180.

associated with the everyday low prices for which the Walmart brand
is best known.

iii.   Promotion:  The "promotion" element of the marketing mix includes
all types of marketing communications such as advertising, salesforce,
public relations, and direct marketing.[24]  These communications
"represent the voice of the brand and are a means by which the brand
can establish a dialogue and build relationships with consumers."[25]
Advertisements, or other types of marketing communications not only
raise awareness of the brand, but they shape how those products or
services are perceived.  Apple advertisements, for example, not only
raise awareness of the Apple brand and showcase its recently released
products, but may also attempt to shape how the general public
perceives the brand.  For instance, Apple may use such advertisements
to convey to the public that its products are innovative, compatible
with many lifestyles, and high quality.

iv.   Price:  Prices not only shape demand, they also shape how brands are
perceived.[26]  Prices convey perceived value, quality, and even the
target segment the company is going after.[27]  According to the
American Marketing Association, some brands "might raise the price
of their products to give the appearance of being a luxury to appeal to
an affluent audience."[28]  Other brands "might lower the price of a

---

[24] Kotler and Keller (2011), p. 25.

[25] Keller (2013), p. 190.

[26] Keller (2013), p. 171.

[27] Keller (2013), p. 163.

[28] "The Four Ps of Marketing," *American Marketing Association*, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/.

newer product or offer a discount to entice consumers into buying or trying the product."[29]

24.    To the extent a brand is successful in developing brand associations among consumers through its marketing mix, these brand associations serve as important differentiators and the value of this differentiation is reflected in brand equity.  I discuss brand equity and characteristics of brands with high brand equity, in depth below.

**B.    Brand Equity and Characteristics of Brands with High Brand Equity**

**1.    Brands with High Brand Equity Have Marketplace Advantages**

25.    Brand equity consists of the effects of marketing that are uniquely attributable to a brand and explains why marketing drives different outcomes for branded products or services as compared to unbranded ones.[30]  Because the power of brand depends on consumers' perception of the brand, brand equity is the "differential effect of brand knowledge on consumer response to the marketing of the brand."[31]  Consequently, higher brand equity is synonymous with greater brand strength in the eyes of consumers.  In contrast, if a brand does not successfully create specific customer associations, the brand is weaker and has lower brand equity.

26.    To develop brands, companies try to associate various aspects of the brand (*e.g.*, name, logo, products, and services) with things that are desirable in the

---

[29] "The Four Ps of Marketing," *American Marketing Association*, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/.

[30] Keller (2013), p. 29.

[31] Kevin Lane Keller, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing* 57(1), 1993, pp. 1–22.

minds of their consumers or customers.  This includes things like generating
identifying brand marks (*e.g.*, the Nike swoosh), carefully defining what their
products and services offer to consumers, and developing marketing
communications to raise brand awareness, communicate information, and convey
desired attributes.

27.     As noted, brands with high brand equity (referred to below as "strong
brands") confer many benefits to the company.  I expand on these aspects of strong
brands below.

28.     First, strong brands typically have more loyal consumers.  According
to Erdem and Swait (1998), this loyalty stems from a strong brand's ability to
"signal product positions credibly."[32]  This credibility impacts consumer
consideration sets[33] as well as what they end up purchasing.[34]  Put differently,
strong brands have more credibility in the eyes of consumers and these brands
"signal[] a certain level of quality so that satisfied buyers can easily choose the
product again," enhancing brand loyalty.[35]  This benefits the company because
"[b]rand loyalty provides predictability and security of demand for the firm, and it
creates barriers to entry that make it difficult for other firms to enter the market."[36]

29.     Second, products or services associated with strong brands tend to
command a price premium.  Given their brand equity, for example, Crest and
Colgate are able to charge 25 percent and 21 percent higher prices, respectively,
compared to otherwise identical toothpastes.  Similarly, Scope and Listerine are

---

[32] Erdem, Tülin and Joffre Swait, "Brand Equity as a Signaling Phenomenon," *Journal of Consumer Psychology* 7, no. 2, 1998, pp. 131–157 at p. 131.
[33] Swait, Joffre and Tülin Erdem, "Brand Effects on Choice and Choice Set Formation Under Uncertainty," *Marketing Science* 26 no. 5, 2007, pp. 679–697 at p. 680.
[34] Erdem, Tülin et al., "Brands as Signals:  A Cross-Country Validation Study," *Journal of Marketing* 70, 2006, pp. 34–49 at p. 34.
[35] Kotler and Keller (2011), p. 242.
[36] Kotler and Keller (2011), p. 242.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

able to charge 14 percent and 12 percent higher prices, respectively, compared to otherwise identical mouthwashes.[37]  In other words, even when choosing among products or services that satisfy the same need, consumers are willing to pay more for the good or service of a strong brand.  Consumers also tend to be less sensitive to price increases for products or services associated with a strong brand and are also less likely to switch to competitors' brands when those brands' products' or services' prices decrease.[38]

30.     Third, strong brands tend to garner higher market shares.  In the study of toothpaste and mouthwash described above, for example, Park and Srinivasan (1994) find that there are substantial market share premiums associated with strong brands.  The authors find that Colgate's market share is 127 percent higher than it would be "if it had obtained the same [brand] equity as the store brand holding the equity measures of other brands unchanged."[39]  Similarly, Crest's market share is 175 percent higher than it would be if it had the same brand equity as the store brand.[40]  That is, brands with strong brand equity achieve higher market shares than do brands with weaker brand equity.

31.     Fourth, the literature recognizes that strong brand equity helps companies expand into new categories or markets.  Stronger brands "can extend more successfully into more diverse categories than other brands."[41]  For example,

---

[37] Park, Chan Su and V. Srinivasan, "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendibility," *Journal of Marketing Research* 31, no. 2, 1994, pp. 271–288 ("Park and Srinivasan (1994)") at pp. 284–285.

[38] Agrawal, Deepak, "Effect of Brand Loyalty on Advertising and Trade Promotions: A Game Theoretic Analysis with Empirical Evidence," *Marketing Science* 15, no. 1, 1996, pp. 86–108; Park and Srinivasan (1994).

[39] Park and Srinivasan (1994), p. 284.

[40] Park and Srinivasan (1994), p. 284.

[41] Keller (2013), p. 72; Aaker, David A. and Kevin Lane Keller, "Consumer Evaluations of Brand Extensions," *Journal of Marketing* 54, no. 1, 1990, pp. 27–41; Keller, Kevin Lane and David A. Aaker, "The Effects of Sequential Introduction of Brand Extensions," *Journal of Marketing Research* 29, 1992, pp. 35–50; Rangaswamy, Arvind et al., "Brand Equity and the Extendibility of Brand Names," *International Journal of Research in Marketing* 10, no. 3, 1993, pp. 61–75.

the Coca-Cola brand expanded into diet colas (Diet Coke, Coke Zero) as well as into sparkling waters (AHA Sparkling Water), the Bic brand expanded from pens and writing utensils to lighters and razors, and Caterpillar extended from heavy machinery into shoes, clothing, and accessories.[42]

32.     Fifth, stronger brands are more able to benefit from licensing agreements with other companies; in exchange for a fee or royalty, the licensee is able to use the brand's trademarks and charge more for its product because of consumers' association of the trademark with the brand.[43]  Market research has established that "[s]hoppers are willing to pay more for licensed products, apparently because of the reassurance famous trademarks give."[44]  According to one survey, shoppers were willing to pay 50 percent more for cookware that used the Julia Childs name sold through a licensing agreement compared to otherwise identical cookware that was not sold through this licensing agreement.[45]

33.     Sixth, strong brands are also able to leverage brand equity to create marketing partnerships more generally.[46]  Such partnerships may allow the company to leverage brand equity from a partner in a market or target segment where its own brand has lower awareness or equity may be limited.[47]  To create a successful marketing partnership, each brand should have adequate brand awareness, sufficiently strong, favorable, and unique associations, and positive

---

[42] *See, e.g.*, Hem, Leif E. et al., "Factors Influencing Successful Brand Extensions," *Journal of Marketing Management* 19, no. 7–8, pp. 781–806.

[43] Keller (2013), p. 72.

[44] James, Frank E., "I'll Wear the Coke Pants Tonight; They Go Well With My Harley Davidson Ring," *Wall Street Journal*, June 6, 1985.

[45] James, Frank E., "I'll Wear the Coke Pants Tonight; They Go Well With My Harley Davidson Ring," *Wall Street Journal*, June 6, 1985.

[46] Yuga Labs has entered into collaborations with others, for example, Coinbase (*see* YUGALABS_00029160 at 160–171) and Adidas (*see* YUGALABS_00014088 at 099).

[47] Ed Lebar et al., "Brand Equity Implications of Joint Branding Programs," *Journal of Advertising Research*, 45, no. 4, 2005, pp. 413–425.

consumer judgments and feelings on its own.[48]  In fact, Keller (2013) describes as a "necessary condition" for successful marketing partnerships that each brand separately has strong brand equity.[49]  One example of a successful marketing partnership is that which occurred between Disney and McDonald's; from 1996–2006, McDonald's held exclusive global rights within the fast food industry to promote Disney movies, TV shows, and theme parks.[50]  McDonald's drew into its restaurants customers interested in the Disney brand, while Disney benefited from the advertising McDonald's customers would see in the fast food chain's restaurants.  Companies with lower brand equity might find it harder to find marketing partners or to sustain valuable marketing partnerships.

34.     Finally, strong brands also tend to experience financial benefits. Academic literature, for example, finds that companies with a strong brand will be more highly sought after by equity investors than companies with a lesser-known brand.[51]  Firms that develop stronger brands also tend to be more profitable than firms with weaker brands.[52]  Put differently, strong brand equity is financially valuable.

---

[48] Keller (2013), p. 243.

[49] Keller (2013), p. 243.

[50] Natasha Bach, "McDonald's and Disney are Reuniting After Over a Decade Apart—And It Means Disney Toys in Your Happy Meals," *Business Insider*, February 28, 2018, https://www.businessinsider.com/mcdonalds-and-disney-are-reuniting-2018-2; "Ronald, Mickey Form New Alliance; McDonald's To Open Eateries At Walt Disney Theme Parks," *Los Angeles Daily News*, September 21, 1997, https://www.spokesman.com/stories/1997/sep/21/ronald-mickey-form-new-alliance-mcdonalds-to-open/.

[51] Frieder, Laura and Avanidhar Subrahmanyam, "Brand Perceptions and the Market for Common Stock," Journal of Financial and Quantitative Analysis 40, no. 1, 2005, pp. 57–85 at p. 74

[52] Aaker, David A. and Robert Jacobson, "The Financial Information Content of Perceived Quality," *Journal of Marketing Research* 31, no. 2, 1994, pp. 191–201.

### 2.    Brands Associated with Prestige, Luxury, or Status May Have Particularly High Brand Equity

35.    Brand equity can also be influenced by a brand's positioning.  Brands can be positioned more functionally (*i.e.*, with dominant associations are about product performance) or more around symbolic meaning (*i.e.*, image, social signaling, or self-expression).[53]  Compared to brands that are positioned more functionally, those that are positioned more around symbolic meaning and, in particular,  symbols related to prestige or status, often garner greater brand equity.[54]  Consumers purchase prestige, status, or luxury brands for their own pleasure and as symbols to convey their success to others.[55]  Such brands build brand equity through branding and marketing mix activities that balance these purchase motivations to develop brand awareness and brand image.[56]

36.    Marketing scholars have tied elements of symbolic brands, particularly those related to prestige, luxury, or social or economic status, to higher brand equity.

---

[53] Park et al. (1991) describes function-oriented and prestige-oriented brand concepts.  According to the authors, "[a] function-oriented brand concept is understood primarily in terms of brand-unique aspects that are related to product performance, while a prestige-oriented brand concept is understood primarily in terms of consumers' expression of self-concepts or images."  Park, C. Whan et al., "Evaluation of Brand Extensions:  The Role of Product Feature Similarity and Brand Concept Consistency," *Journal of Consumer Research* 18, no. 2, 1991, pp. 185–193 at p. 186.  Park et al. (1986) describes "[a] brand with a functional concept … as one designed to solve externally generated consumption needs."  The authors describe the prestige brand concept (which they refer to as a "symbolic" concept) as "designed to associate the individual with a desired group, role, or self-image."  Park, C. Whan et al., "Strategic Brand Concept-Image Management," *Journal of Marketing* 50, no. 4, 1986, pp. 135–145 at p. 136.

[54] *See* C. Whan Park et al., "Evaluation of Brand Extensions:  The Role of Product Feature Similarity and Brand Concept Consistency," *Journal of Consumer Research* 18, no. 2, 1991, pp. 185–193; C. Whan Park et al., "Strategic Brand Concept-Image Management," *Journal of Marketing* 50, no. 4, 1986, pp. 135–145.

[55] Bruno Godey et al., "Social Media Marketing Efforts of Luxury Brands:  Influence on Brand Equity and Consumer Behavior," *Journal of Business Research* 69, no. 12, 2016, pp. 5833–5841; Young Jee Han et al., "Signaling Status with Luxury Goods:  The Role of Brand Prominence," *Journal of Marketing*, 74, no. 4, pp. 15–30.

[56] Jean-Noël Kapferer and Vincent Bastien, "The Specificity of Luxury Management:  Turning Marketing Upside Down," *Journal of Brand Management* 16, no. 5/6, 2009, pp. 311–322; Bruno Godey et al., "Social Media Marketing Efforts of Luxury Brands:  Influence on Brand Equity and Consumer Behavior," *Journal of Business Research* 69, no. 12, 2016, pp. 5833–5841.

i.   According to O'Cass and Frost (2002), the products of brands associated with status or prestige benefit both customers and the companies behind that brand.[57]  The authors conclude that status or prestige as a brand association is a positive determinant of brand equity.  They explain that the "importance and benefits of status cannot be overemphasized; with the significant price premiums achieved and economic value of status goods it is important for marketers to understand how consumers create brand symbols and brand images that are status-oriented."[58]  They conclude that this understanding "will allow status producers to increase market share, income generation, improve returns on brand investment and [capture] a slice of the billion dollar profits in the marketplace for status goods."[59]

ii.   Eastman et al. (1999) describes how marketers selling "status symbols" should seek to "endow their brands with the right status image" or convince consumers "that their brand[] ha[s] cachet."[60]  The authors conclude that if the brand is successful at developing these brand associations, the brand will likely experience "demand [that] will soar" and an ability to "command premium prices."[61]

---

[57] O'Cass, Aron and Hmily Frost, "Status Brands:  Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," *Journal of Product and Brand Management* 11, no. 2, 2002, pp. 67–88 at pp. 69–70.

[58] O'Cass, Aron and Hmily Frost, "Status Brands:  Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," *Journal of Product and Brand Management* 11, no. 2, 2002, pp. 67–88, p. 70.

[59] O'Cass, Aron and Hmily Frost, "Status Brands:  Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," *Journal of Product and Brand Management* 11, no. 2, 2002, pp. 67–88 at pp. 69–70.

[60] Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior:  Scale Development and Validation," *Journal of Marketing Theory and Practice* 7, no. 3, 1999, pp. 41–52 at p. 42.

[61] Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior:  Scale Development and Validation," *Journal of Marketing Theory and Practice* 7, no. 3, 1999, pp. 41–52 at p. 42.

iii.   Jeon (2017) links symbolic brands to "both sensory experience and emotional attachment."[62]  The author concludes that these associations "in turn contribute[] significantly to brand equity."[63]  Jeon (2017) states that these brands' marketers should strive for consumer emotional attachment in order to enhance brand equity.[64]

37.   Another way that the brand equity premium manifests itself is through brand extensions.  Academic research finds that the Rolex brand easily extended itself to different product categories associated with prestige, making grandfather clocks, bracelets, and rings.[65]  In contrast, the Timex brand was easily extended to product categories associated with function, such as batteries, stopwatches, and calculators.[66]  In other words, it is easier for symbolic brands associated with status or luxury to expand into other prestige verticals than it is for functional brands.  This serves to perpetuate the brand equity premium associated with the brand associations of prestige and symbolism in a virtuous circle.

## V.   YUGA LABS' BAYC BRAND HAS THE CHARACTERISTICS OF A BRAND WITH HIGH BRAND EQUITY

38.   The BAYC brand exhibits the characteristics that the literature identifies as pertaining to strong brands.  In the subsections that follow, I first

---

[62] Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," *Asia Pacific Journal of Innovation and Entrepreneurship* 11, no. 2, 2017, pp. 233–245, available at https://www.emerald.com/insight/content/doi/10.1108/APJIE-08-2017-030/full/html, p. 237.

[63] Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," *Asia Pacific Journal of Innovation and Entrepreneurship* 11, no. 2, 2017, pp. 233–245, https://www.emerald.com/insight/content/doi/10.1108/APJIE-08-2017-030/full/html, p. 242.

[64] Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," *Asia Pacific Journal of Innovation and Entrepreneurship* 11, no. 2, 2017, pp. 233–245, https://www.emerald.com/insight/content/doi/10.1108/APJIE-08-2017-030/full/html, p. 242.

[65] Park, C. Whan et al., "Evaluation of Brand Extensions:  The Role of Product Feature Similarity and Brand Concept Consistency," *Journal of Consumer Research* 18, no. 2, 1991, pp. 185–193; Keller (2013), p. 432.

[66] Park, C. Whan et al., "Evaluation of Brand Extensions:  The Role of Product Feature Similarity and Brand Concept Consistency," *Journal of Consumer Research* 18, no. 2, 1991, pp. 185–193; Keller (2013), p. 432.

provide a brief overview of Yuga Labs and its inaugural NFT collection–the Bored Ape Yacht Club.  I then describe how the characteristics of the BAYC brand are indicative of a brand with high brand equity.

39.     Yuga Labs is a web3 product and entertainment content company that was formed in early 2021.[67]  In April 2021, the company launched its flagship collection, the BAYC NFTs.[68]

40.     The BAYC NFT collection is limited edition, consisting of 10,000 NFTs, each with a representation of a cartoon ape.[69]  Every individual ape in the series has a certain fundamental base character design, such as face, arms, chest, nose, and eyes, plus other adorning constituent parts such as expression, headwear, eyeglasses, jewelry, clothing, and/or other accessories.[70]  These constituent parts are referred to as "traits."[71]  Concept illustrations of the apes were first drawn by several different artists, who also drew each of the many different traits that any ape might have (over 170 traits in total).[72]  Creators of the series decided how rare or common the various traits should be in the series by specifying specific probability targets for each trait, to make the series visually interesting with no two images being exactly the same.[73]  Those traits were then fed into a computer program, together with the chosen specific probability targets for each trait to

---

[67] YUGALABS_00030223–YUGALABS_00030230; Deposition of Yuga Labs (Rough), pp. 10:13–11:12.

[68] YUGALABS_00030223–YUGALABS_00030230.

[69] Van Boom, Daniel, "Bored Ape Yacht Club NFTs Explained," *CNET*, August 11, 2022, https://www.cnet.com/culture/internet/bored-ape-yacht-club-nfts-explained/.

[70] Solano Deposition, pp. 93:6–17; "An Introduction to the Bored Ape Yacht Club," *NFT Tech*, January 11, 2022, available at https://www.nfttech.com/insights/an-introduction-to-the-bored-ape-yacht-club/.

[71] Deposition of Greg Solano, January 17, 2023 ("Solano Deposition"), pp. 93:10–25; "Welcome to the Bored Ape Yacht Club," *BAYC*, https://boredapeyachtclub.com.

[72] Solano Deposition, pp. 93:6–95:16.  *See also* "Welcome to the Bored Ape Yacht Club," *BAYC*, 2021, https://boredapeyachtclub.com; "An Introduction to the Bored Ape Yacht Club," *NFT Tech*, January 11, 2022, available at https://www.nfttech.com/insights/an-introduction-to-the-bored-ape-yacht-club/.

[73] Solano Deposition, pp. 94:1-7, 94:13–18, 99:21–100:2.  *See also* "Welcome to the Bored Ape Yacht Club," *BAYC*, https://boredapeyachtclub.com

generate the initial ape images (much like a paper doll where traits are layered over each other).[74]  Those initial outputs were then fixed, re-run and manually pruned by the creators to achieve their creative vision for the final BAYC collection.[75]  Each NFT in the BAYC collection can inherit between four and seven traits, with each ape receiving a unique combination of traits.[76]  Figure 1, which follows, shows an example of a BAYC NFT.

---

**Figure 1**
*Example of a BAYC NFT:  #5385*



Source:  "5385 - Bored Ape Yacht Club," OpenSea,
https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/5385
Note: BAYC NFT depicted is an example of a Bored Ape.  Bored Ape #5385 has the features yellow background, wool turtleneck clothes, heart eyes, gray fur, halo hat, and bored mouth.

---

[74] Solano Deposition, pp. 93:10–94:5.

[75] Solano Deposition, pp. 93:6–25.  *See also* Deposition of Yuga Labs (Rough), pp. 64:13–65:22.

[76] Solano Deposition, pp. 94:1–18; "An Introduction to the Bored Ape Yacht Club," *NFT Tech*, January 11, 2022, https://www.nfttech.com/insights/an-introduction-to-the-bored-ape-yacht-club/.

41.     Consistent with the notion that it was highly desired, the collection
sold out within nine days (by May 1, 2021) and quickly gained notoriety among
the crypto community, celebrities, and pop culture.[77]  Yuga Labs has since
leveraged the success of the BAYC NFTs to develop the brand and expand
products and partnerships.  The BAYC brand is considered by Yuga Labs to be its
focal or "cornerstone brand."[78]  It exhibits the characteristics that the literature
describes as indicative of a brand with high brand equity.

42.     Although there are a variety of use cases for NFTs, perhaps the most
obvious is as a form of self-expression.[79]  When an online persona's profile picture
is a scarce digital image costing many thousands (or millions) of dollars—such as
an authentic BAYC—that image speaks to the identity of the persona and what
they wish to convey to others.  In this way, NFTs can also be status symbols.[80]
NFTs can be used to signal wealth or other attributes of the owner, similar to how
one may purchase a designer handbag or luxury timepiece.

43.     NFTs associated with the brand sell for a premium relative to nearly
all other NFTs.[81]  BAYC NFTs have a current floor price (the lowest price BAYC
NFT available for sale) of approximately 62 ETH ($103,000);[82] individual BAYC

---

[77] "TV Host Jimmy Fallon Reveals He Owns a Bored Ape Yacht Club NFT," *Yahoo*, November 11, 2021,
https://www.yahoo.com/video/tv-host-jimmy-fallon-reveals-164716453 html; Smith, Morgan , "Justin Bieber Enters
the Bored Ape NFT Chat with $1.3 Million Purchase," *HighSnobiety*, https://www highsnobiety.com/p/justin-
bieber-bored-ape-nft/; "Steph Curry Just Bought a Bored Ape Yacht Club NFT for $180,000 USD Worth of ETH,"
*HypeBeast*, August 30, 2021, https://hypebeast.com/2021/8/stephen-curry-bored-ape-yacht-club-nft-55-ethereum-
purchase; https://www.benzinga.com/markets/cryptocurrency/21/07/22149211/bored-ape-yacht-club-what-to-know-
about-the-hottest-nft-project-around.

[78] Deposition of Yuga Labs (Rough), pp. 154:17–155:5.

[79] *See* Tapscott, Alex, "With NFTs, the digital medium is the message," *Fortune*, October 4, 2021,
https://fortune.com/2021/10/04/nfts-art-collectibles-medium-is-the-message/; Deraiya, Rehman, "NFTs, Their
Purpose, and How They Create Value," *Medium*, August 1, 2022, https://medium.com/coinmonks/nfts-their-
purpose-and-how-they-create-value-95d0faa285ce.

[80] Sandal, Gokce, "The Rise of Virtual Status Symbols: Blockchain, Digital Art and NFTs," *Futures Platform*,
March 23, 2021, https://www.futuresplatform.com/blog/rise-virtual-status-symbols.

[81] "Non-Fungible Token Prices, Charts and Sales Data Tracker," *NFT Price Floor*, https://nftpricefloor.com/.

[82] "Non-Fungible Token Prices, Charts and Sales Data Tracker," *NFT Price Floor*, https://nftpricefloor.com/.

NFTs have sold for as much as $3.4 million, among the highest of any NFT.  Since their release, BAYC NFTs are among the most sought after in terms of all-time purchasing volume.[83]  And Yuga Labs' subsequent releases, including Mutant Ape Yacht Club ("MAYC") and Bored Ape Kennel Club ("BAKC"), both of which were built off the BAYC brand,[84] are prized by collectors (as reflected in both the current prices and initial purchase price for each).[85]  Price premiums and high volume purchases on NFTs associated with the BAYC brand are both consistent with BAYC constituting a strong brand.

44.    Yuga Labs has been able to leverage the BAYC brand to secure marketing partnerships and collaborations, as well as expand its products, all due to the strength and popularity of its BAYC brand.[86]  Of particular note:

i.    Since 2021, BAYC has entered into collaborations with well-known brands like Arizona Iced Tea and Adidas.[87]

ii.    The launch of Otherside (in collaboration with others),[88] an innovative, interoperable gaming metaverse where participants can "bring their own NFT character," including a BAYC or MAYC.[89]

iii.    The launch of the Dookey Dash video game and skill-based mint, which requires users to have a Sewer Pass NFT.[90]  Holders of BAYC

---

[83] "NFT Dashboard," *CryptoSlam!*, https://www.cryptoslam.io/collections.

[84] YUGALABS_00030223-YUGALABS-00030230; Deposition of Yuga Labs (Rough), pp. 171:17–172:14.

[85] "Non-Fungible Token Prices, Charts and Sales Data Tracker," *NFT Price Floor*, https://nftpricefloor.com/.

[86] YUGALABS_00030223–YUGALABS-00030230.

[87] Complaint, ¶ 22; YUGALABS_00029191–YUGALABS_00029197; YUGALABS_00002244; YUGALABS_00002247; McDowell, Maghan and Kati Chitrakorn, "Adidas Reveals New NFT Project with Bored Ape Yacht Club," *Vogue Business*, December 17, 2021, https://www.voguebusiness.com/technology/adidas-reveals-new-nft-project-with-bored-ape-yacht-club.

[88] Solano Deposition, pp. 92:11–16.

[89] YUGALABS_00032452.

[90] Dookey Dash is a skill-based web3 video game mint, which uses its flagship brand – BAYC – as well as other Yuga Labs brands.  *See* Teiss, Mirjam, "Dookey Dash: Yuga Labs Skill-Based NFT Game," *DEXter Lab*, January 23, 2023, https://dexterlab.com/dookey-dash-yuga-labs-skill-based-nft-game/amp/; "Sewer Pass," *NFT Price Floor*, https://nftpricefloor.com/sewer-pass-nft.

and MAYC NFTs will be able to claim a 'Sewer Pass' for free. Players can also purchase a Sewer Pass NFT on the secondary market. These NFTs have a current floor price of approximately 2.6 ETH ($4,280) at present.[91]  The game is a skill-based 'endless runner' game similar to Subway Surfers and Temple Run.[92]

    iv.    Merchandise featuring the BAYC brand.[93]

    v.    Entertainment content such as the Meebits album and "The Fucking Metaverse Podcast."[94]

    vi.    An in-person music festival called ApeFest, which has featured music icons such as Snoop Dogg and Eminem.[95]

45.    Consistent with the benefits of having a strong brand, the majority of Yuga Labs' revenue is attributable to the BAYC brand.  Yuga Labs' valuation report from November 2022 shows total revenue of approximately $129 million in 2021 and approximately $137 million in 2022.[96]  Yuga Labs' former CEO, Ms. Muniz testified that "almost all" of 2021 revenue and 90 percent or "potentially even more" of 2022 revenue is related to the "Bored Ape Yacht Club" brand.[97] The fact that the majority of Yuga Labs' revenue in each of the past two years is

---

[91] "Sewer Pass by Yuga Labs," *NFT Price Floor,* https://nftpricefloor.com/sewer-pass-nft.

[92] Khaitan, Tarang, "Yuga Labs Launches Dookey Dash Skill-Based NFT Game," *The Defiant*, January 17, 2023, https://thedefiant.io/yuga-labs-dookey-dash.

[93] Deposition of Yuga Labs (Rough), pp. 171:24–172:4; Tweet, @OGDfarmer, February 3, 2023, https://twitter.com/OGDfarmer/status/1621621041851256833; Tweet, @BoredApeYC, October 19, 2022, https://twitter.com/BoredApeYC/status/1582763964769136642.

[94] YUGALABS_00032590; YUGALABS_00032588.

[95] Lawler, Richard, "Snoop Dogg and Eminem's Bored Ape music video is here to try and sell us on tokens," *TheVerge*, June 24, 2022, https://www.theverge.com/2022/6/24/23181936/bayc-eminem-snoop-dogg-yuga-labs-nft.

[96] YUGALABS_00031474-YUGALABS_00031553 at YUGALABS_00031495 ("In 2021, the majority of the Company's revenue was from initial drops (sales of NFTs) with the release of Bored Ape Yacht Club in May and June. Mutant Apes Yacht Club was released in late August 2021.  Yuga Labs collects royalties from resales of the NFT collectibles.  In 2022, there have been no initial drops directly from Yuga Labs, but there have been metaverse land sales with their collaborative partner.  Yuga Labs collects royalties from the secondary sales of these metaverse land deeds.").

[97] Deposition of Yuga Labs (Rough), pp. 170:1–15, 170:24–172:14.

related to the BAYC brand exemplifies just how important this brand is to the company.  Moreover, the fact that Yuga Labs' revenue figures grew year-over-year, despite the significant headwinds in the crypto market, further indicates the strength of its brands, in particular the flagship BAYC brand.

46.    Lastly, the BAYC brand has been the subject of notable media interest.  In November 2021, for example, BAYC NFT art was featured on the cover of *Rolling Stone* magazine, in which the related article refers to BAYC as "internet rock stars."[98]  Various media companies also covered Yuga Labs' news related to its fundraising and valuation,[99] which included equity investments from well-known venture capital firms, such as Andreessen Horowitz.[100]

## VI.    COUNTERFEIT AND IMITATION PRODUCTS CAN DIMINISH BRAND EQUITY BY CHANGING BRAND PERCEPTION AND ASSOCIATIONS

47.    As noted above, brand equity is comprised of the associations and experiences that consumers have with a brand, as well as general awareness, perceived quality, and loyalty shown to that brand.  Brand equity is closely tied to brand value, a term that describes the monetary worth of a brand.  Brands with

---

[98] Hissong, Samantha, "How Four NFT Novices Created a Billion-Dollar Ecosystem of Cartoon Apes," *Rolling Stone*, November 1, 2021, https://www.rollingstone.com/culture/culture-news/bayc-bored-ape-yacht-club-nft-interview-1250461/.

[99] Kastrenakes, Jacob, "Bored Ape Yacht Club Creator Raises $450 Million to Build an NFT Metaverse," *The Verge*, March 22, 2022, https://www.theverge.com/2022/3/22/22991272/yuga-labs-seed-funding-a16z-bored-ape-yacht-club-bayc-metaverse-other-side.  *See, e.g.*, "Bored Apes NFT Startup Yuga Labs Raises Seed Round at Monster $4B Valuation," *TechCrunch*, March 22, 2022, https://techcrunch.com/2022/03/22/bored-apes-nft-startup-yuga-labs-raises-at-monster-4-billion-valuation/; "Yuga Labs Closes $450 Million Seed Round of Funding, Valuing the Company at $4 Billion; Confirms Plans for Metaverse Project," *BusinessWire*, March 22, 2022, https://www.businesswire.com/news/home/20220322006088/en/Yuga-Labs-Closes-450-Million-Seed-Round-of-Funding-Valuing-the-Company-at-4-Billion-Confirms-Plans-for-Metaverse-Project.

[100] Kastrenakes, Jacob, "Bored Ape Yacht Club Creator Raises $450 Million to Build an NFT Metaverse," *The Verge*, March 22, 2022, https://www.theverge.com/2022/3/22/22991272/yuga-labs-seed-funding-a16z-bored-ape-yacht-club-bayc-metaverse-other-side.

strong positive associations, heightened awareness, and high perceived quality are often those with higher monetary values.

48.     While companies often exert a great deal of effort to shape how brands are perceived, ultimately, brand meaning is determined by consumers, and how they perceive the brand.[101]  Brand equity needs to be maintained in order for the brand's value to endure.[102]

49.     Consequently, notwithstanding the significant efforts made to maintain ideal brand associations, certain external factors, such as the introduction of counterfeit or imitation goods, can affect how brands are perceived.  Brand equity, and thus brand value, can be damaged when consumers' associations of the brand deviate in a negative way.  The introduction of counterfeit products is one way that brand associations can be affected.

50.     Indeed, the literature recognizes the negative effects that counterfeit products can have on authentic luxury brands, specifically how they affect perceived exclusivity and can create confusion in the marketplace.  This is particularly true in a new space, such as NFTs, where the authenticity of an NFT is not easily determined.[103]

## A.     Counterfeit Goods Can Harm Brand Equity

51.     From the consumer's perspective, counterfeit (*i.e.*, imitation) goods can be either deceptive or nondeceptive.  Deceptive counterfeiting refers to purchases made by consumers who are not aware that they are buying a counterfeit good, meaning the counterfeit has deceived the consumer.  In contrast,

---

[101] Keller (2013), p. 41.
[102] Keller (2013), p. 32.
[103] *See* Section VI.B., below.

nondeceptive counterfeiting refers to purchases made by consumers who are aware that they are purchasing a counterfeit good.

52.    A large volume of academic literature supports the idea that both forms of counterfeiting can damage the brand value of the authentic brand.

    i.    Green and Smith (2002) describe how counterfeiting may lead to "the erosion of brand equity if consumers are aware that some portion of the available stock of a brand is actually counterfeit."[104]  They explain that brand equity of brands associated with luxury goods may be harmed because of a "potential ero[sion] [of] confidence in the brand and reduc[tion] [in] the status value that is sometimes associated with brand ownership of luxury goods."[105]

    ii.    Wilcox et al. (2009), examines how the presence of counterfeit luxury goods affects the associations that consumers have with the authentic brand.[106]  They find that when consumers desire goods that facilitate social interaction and serve as a signal to others, counterfeits may be perceived as more similar to the authentic good and "the presence of the counterfeit brand will likely diminish preference for the real brand."[107]  Furthermore, the authors also find that the presence of counterfeit goods in a luxury market can cause "longer-term erosion in brand equity."[108]

---

[104] Green, Robert T. and Tasman Smith, "Executive Insights:  Countering Brand Counterfeiters," *Journal of International Marketing* 10, no. 4, 2002, pp. 89–106 at p. 90.

[105] Green, Robert T. and Tasman Smith, "Executive Insights:  Countering Brand Counterfeiters," *Journal of International Marketing* 10, no. 4, 2002, pp. 89–106 at p. 90.

[106] Wilcox, Keith et al., "Why Do Consumers Buy Counterfeit Luxury Brands?," *Journal of Marketing Research* 46, April 2009, pp. 247–259 ("Wilcox (2009)").

[107] Wilcox (2009), p. 249.

[108] Wilcox (2009), p. 256.

iii.    Keller (2009) describes that "because of their significant price margins and premiums, luxury brands are vulnerable to much illegal activity in the form of counterfeiting and so on" and, as a result, "[m]arketers must proactively protect their brand in as many ways as possible, as well as vigorously enforce any infractions."[109]

iv.    According to Grossman and Shapiro (1988), counterfeiters endanger the legitimate brand's ability "to offer their customers the prestige associated with a small, select network of users" because "a fringe of imitators allows consumers with less discerning tastes to enter the club."[110]

### B.    Counterfeits Can Create Confusion in the Marketplace

53.    The presence of counterfeit products can create confusion among consumers. Indeed, some counterfeiters rely on such confusion to gain sales at the expense of the counterfeited brand. In doing so, counterfeiters freeride off the brand equity earned by the authentic brands. This, too, is recognized by the literature studying the effects of counterfeit products. Chebat et al. (2015) note that while "[b]rand managers invest huge amount[s] of money and efforts to build unique and [recognizable] brands," counterfeiters aim "to reap the benefit of strong brands without building them."[111]

54.    An obvious, yet important reason why counterfeit products may cause marketplace confusion lies in the fact that, by definition, these products are

---

[109] Keller, Kevin Lane, "Managing the Growth Tradeoff: Challenges and Opportunities in Luxury Branding," *Brand Management* 16, no. 5/6, 2009, pp. 290–301 at p. 293.

[110] Grossman, Gene M. and Carl Shapiro, "Foreign Counterfeiters of Status Goods," *The Quarterly Journal of Economics* 103, no. 1, 1988, pp. 79–100 at p. 82.

111 Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," *Journal of Brand Strategy* 5, no. 1, 2015, pp. 101–115.

identical or nearly identical to the authentic product.  Falkowski et al. (2015) explains that such confusion results from the ability of counterfeits to "activate the[] prototype" consumers have in their minds of the counterfeited brand.[112]  This leads consumers to "falsely recognize[]" the "look-alike brands…at a higher rate than original brands."[113]

55.    Unsurprisingly, counterfeit-induced brand confusion has deleterious effects on brand equity of the counterfeited brand.  Chebat et al. (2015) concludes that "there are substantial economic effects related to brand confusion."[114]  According to the authors, brand confusion "may cause dilution of brand equity" even when "consumers understand that the brand they wanted to buy (but did not because of the confusion) is not responsible for the confusion."[115]

56.    The deleterious effects of counterfeit products manifest through a variety factors.  First and foremost, authentic goods may suffer from a loss in sales because confused consumers divert their sales to the counterfeit.[116]  According to academic literature, while counterfeited brand may mitigate this loss in sales through corrective marketing or education, lost sales often cannot be entirely abated.[117]

---

[112] Falkowski, Andrzej et al., "Are Look-Alikes Confusing?  The Application of the DRM Paradigm to Test Consumer Confusion in Counterfeit Cases," *Marketing Letter*s 26, pp. 461–471 at p. 469.

[113] Falkowski, Andrzej et al., "Are Look-Alikes Confusing?  The Application of the DRM Paradigm to Test Consumer Confusion in Counterfeit Cases," *Marketing Letter*s 26, pp. 461–471 at p. 461.

[114] Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," *Journal of Brand Strategy* 5, no. 1, 2015, pp. 101–115 at p. 102.

[115] Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," *Journal of Brand Strategy* 5, no. 1, 2015, pp. 101–115 at p. 102.

[116] Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," *Journal of Brand Strategy* 5 no. 1, 2015, pp. 101–115 at p. 102; Mitchell, Vincent-Wayne and Vassilios Papavassiliou, "Exploring Consumer Confusion in the Watch Market," *Marketing Intelligence and Planning*, 15, no. 4, 1997, pp. 164–172 at p. 166.

[117] Mitchell, Vincent-Wayne and Vassilios Papavassiliou, "Exploring Consumer Confusion in the Watch Market," *Marketing Intelligence and Planning* 15, no. 4, 1997, pp. 164–172.

57.     In addition, diminished brand equity is caused by weakened brand loyalty and a diminished brand image.[118]  According to Mitchell and Papavassiliou (1997), "[c]onfusion can make consumers more promiscuous, by weakening store loyalty and disrupting brand-loyalty."[119]  Counterfeits and the associated confusion also leads to customer dissatisfaction.  Foxman et al. (1990) describes how "the consumer may be dissatisfied with the product purchased and attribute his or her dissatisfaction to the original brand, never realizing that the brand consumed was an imitator" leading to changes in consumers' product or service choice decisions.[120]  Finally, "[c]onfusion can result in potential misuse of a product," reinforcing other deleterious effects of counterfeiting and brand confusion such as "consumer dissatisfaction, lower repeat sales, more returned products, reduced customer loyalty[,] and poorer brand image."[121]

58.     Confusion among market participants is more likely in a new space, such as NFTs, where transactions occur entirely online.  Consumers make online purchases often without spending the time and effort required to make perfectly informed decisions.[122]  In other words, consumers often purchase goods with incomplete information, instead relying on pre-existing perceptions of brands and brand equity.[123]  While it is possible to authenticate an NFT's origin using publicly

---

[118] Mitchell, Vincent-Wayne and Vassilios Papavassiliou, "Exploring Consumer Confusion in the Watch Market," *Marketing Intelligence and Planning* 15, no. 4, 1997, pp. 164–172; Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," *Journal of Brand Strategy* 5, no. 1, 2015, pp. 101–115 at p. 102.

[119] Mitchell, Vincent-Wayne and Vassilios Papavassiliou, "Exploring Consumer Confusion in the Watch Market," *Marketing Intelligence and Planning* 15, no. 4, 1997, pp. 164–172 at p. 164.

[120] Foxman, Ellen R. et al., "An Investigation of Factors Contributing to Consumer Brand Confusion," *The Journal of Consumer Affairs* 24, no. 1, 1990, pp. 170–189, pp. 171–172.

[121] Michell, Vincent-Wayne and Vassilios Papavassiliou, "Marketing Causes and Implications of Consumer Confusion," *Journal of Product & Brand Management* 8, no. 4, 1999, pp. 319–339 at p. 320.

[122] Niza Braga, Joao and Sofia Jacinto, "Effortless Online Shopping? How Online Shopping Contexts Prime Heuristic Processing," *Journal of Consumer Behaviour* 21, no. 4, 2022, pp. 743–754.

[123] Deposition of Jeremy Cahen, January 11, 2023 ("Cahen Deposition"), Exhibit 109; Cahen Deposition, Exhibit 110; LEHMAN0000049; YUGALABS_00031615; YUGALABS_00031616; YUGALABS_00031617; January 11, 2023, Cahen Deposition, pp. 174:14-175:4.

available information on the blockchain, this process is time consuming and requires an understanding of how to navigate the space.  Even tech savvy consumers may not be aware of the processes available for confirming the authenticity of an NFT, as discussed below.

59.     The literature supports the notion that authenticating NFTs is difficult. Das et al. (2022) examines the effects of various fraudulent user activities that take place on NFT exchanges and notes the challenges buyers face amid NFT market abuses and the complex nature of verifying authenticity.  The authors recognize that the authenticity of an NFT is "endorsed by the smart contract managing the collection" and that in order to "ensure that the token one is buying is legitimate, buyers are advised to verify the contract address of the collection from official sources."[124]  However, as the authors explain:  "[u]nfortunately, buyers are not always aware of the existence of counterfeits, or of how they can verify an NFT's authenticity"[125] and instead "rely on the names and visual appearances of the items in the marketplace."[126]  Industry participants likewise acknowledge the difficulty in authenticating NFTs.  Pastel, the developer of a "next generation NFT focused blockchain," echoes this sentiment, noting that "look[ing] at the record for a particular NFT to determine when it was minted as well as its ownership history [is] easier said than done."[127]

60.     The Liechtenstein Cryptoassets Exchange (LCX), a fintech company that focuses on tokenization of assets, utility, and advanced trading tools,[128] notes

---

[124] Das, Dipanjan et al., "Understanding Security Issues in the NFT Ecosystem," *In Proceedings of ACM Conference on Computer and Communications Security*, 2022, pp. 1–18 ("Das et al. (2022)") at p. 9.

[125] Das et al. (2022) at p. 9.

[126] Das et al. (2022) at p. 9.

[127] "How are NFTs Authenticated?," *Pastel*, January 4, 2022, https://pastel network/how-are-nfts-authenticated/; "A Better World for NFT Creators, Collectors, and Builders," *Pastel*, https://pastel network/#overview/.

[128] LCX Team, "About LCX," *LCX*, 2018–2023, https://www.lcx.com/about.

that the "fastest and simplest way to review the authenticity of an NFT is to scrutinize the metadata of an NFT with the utilization of a blockchain explorer, like Etherscan.io."[129]  Even with the help of blockchain explorers such as Etherscan, however, the process for authenticating an NFT remains complex. Essentially, this requires one "to either find the asset on the blockchain or request the wallet address of the person transmitting the asset to make sure it exists and is in their ownership."[130]  Specifically:[131]

    i.    "Visit NFT's metadata on the blockchain explorer."

    ii.    "Determine the location of the NFT's hash.  This will let you know where the NFT is stored on the blockchain."

    iii.    "In the blockchain explorer, … enter the hash of the NFT."

    iv.    Review the metadata "to identify the NFT as authentic."

61.    Defendants, too, recognize that the process can be "very technical."[132] In response to a question asking "[w]hat is the name of the token for the RR BAYC NFTs,"[133] Mr. Cahen responded:

> I would have to check the block explorer to explain to you.  I believe it's Bored Ape Yacht Club.  And when I say "Bored Ape Yacht Club," what I'm referring to is very specifically is I believe that the name of the RR BAYC NFT contract that this dispute is about is Bored Ape Yacht Club on Etherscan.IO, E-T-H-E-R-S-C-A-N, dot IO. On Etherscan.IO, there will be what is called a token tracker for a given contract.  And that should have -- my recollection of that is that the name of that is Bored Ape Yacht Club on the Etherscan Ethereum Board Explorer.  I'm going to are so if to

---

[129] LCX Team, "How to Verify NFT Authenticity," *LCX*, February 10, 2022, https://www.lcx.com/how-to-verify-nft-authenticity/.

[130] LCX Team, "How to Verify NFT Authenticity," *LCX*, February 10, 2022, https://www.lcx.com/how-to-verify-nft-authenticity/.

[131] LCX Team, "How to Verify NFT Authenticity," *LCX*, February 10, 2022, https://www.lcx.com/how-to-verify-nft-authenticity/.

[132] Cahen Deposition, pp. 37:1–2, 38:12–14.

[133] Cahen Deposition, pp. 37:1–2, 37:23–24.

take slow. **I take for granted a lot of this stuff is very technical.  But that's you know – that's what a lot of this is about. We want to educate people about how this stuff functions**.[134]

62.     The difficulty authenticating NFTs and the rapid growth of the market are likely some of the reasons that counterfeiting in the space has proliferated.[135] Das et al. (2022) identify *legitimacy* as "one of the big issues with NFTs, as nothing prevents an impostor from 'tokenizing' and selling someone else's art, while the creator remains oblivious to the fraud."[136]  Of particular note is the presence of "copycats or parody projects," which "resemble reputable collections and purport to have been created by reputable sources."[137]  The authors highlight the early NFT project CryptoPunks as one having "numerous clones, such as CryptoPhunks."[138]

63.     Consistent with the notion that authentication of NFTs is a complicated and technical task, OpenSea has "announce[d] several changes aimed at improving authenticity"[139] on its platform, including "[a]n updated account verification and collection badging system that broadens the number of creators eligible for verification,"[140] and "[a]n automated system to help identify, remove,

---

[134] Cahen Deposition, pp. 37:25–38:17 (emphasis added).

[135] Das et al. (2022) perform an empirical analysis that quantifies the prevalence of the different counterfeit NFT types described above.  Using data from OpenSea, the authors analyze over 12 million NFTs spread across more than 236,000 collections.  They found that "322 collection pairs had similar names" and that "most of the replica collections were minor modifications of the names of the respective verified collections, for example, pluralizing a noun, adding whitespace at hard-to-notice positions, etc., which indicates a potential intent to mislead."  *See* Das et al. (2022).

[136] Das et al. (2022), p. 1.

[137] Das et al. (2022), p. 2.

[138] Das et al. (2022), p. 2.

[139] Fauvre-Willis, Anne, "Authenticity on OpenSea:  Updates to Verification and Copymint Prevention," *OpenSea*, May 11, 2022, https://opensea.io/blog/announcements/improving-authenticity-on-opensea-updates-to-verification-and-copymint-prevention.

[140] Fauvre-Willis, Anne, "Authenticity on OpenSea:  Updates to Verification and Copymint Prevention," *OpenSea*, May 11, 2022, https://opensea.io/blog/announcements/improving-authenticity-on-opensea-updates-to-verification-and-copymint-prevention.

and prevent instances of 'copymints' (copies of authentic NFT content)."[141] Figure 2, illustrates an example of a "copymint" or counterfeit version of authentic NFT content that OpenSea would target in its approach.  Rather than simply displaying the content, OpenSea moved in this direction in May 2022 to make it easier for users to detect counterfeits.

---

## Figure 2
### *Example of Copymint on OpenSea*



Source:  Fauvre-Willis, Anne, "Authenticity on OpenSea: Updates to Verification and Copymint Prevention," *OpenSea*, May 11, 2022, https://opensea.io/blog/announcements/improving-authenticity-on-opensea-updates-to-verification-and-copymint-prevention

---

[141] Fauvre-Willis, Anne, "Authenticity on OpenSea:  Updates to Verification and Copymint Prevention," *OpenSea*, May 11, 2022, https://opensea.io/blog/announcements/improving-authenticity-on-opensea-updates-to-verification-and-copymint-prevention.

## VII.   THE MINTING AND SALES OF RR/BAYC NFTS HARMED BAYC BRAND EQUITY

64.     The literature shows that counterfeits harm brand equity for high-end products and that these effects are more damaging when the counterfeit product appeals to the same customer base, shares the same product features, and shares the same distribution channel.  From these findings, one would expect the minting and sales of imitation NFTs (such as RR/BAYC NFTs) to have a similar effect on the brand equity of the authentic NFTs upon which the imitations are based (*e.g.*, BAYC).

65.     Detailed analysis illustrates that, following the introduction and during the continued minting of RR/BAYC NFTs, there were (i) documented instances of confusion among market participants and (ii) consumer sentiment toward the BAYC brand became less positive and more negative.  Both results are consistent with the findings of the literature described above.  I conclude that the minting and sales of RR/BAYC NFTs harmed BAYC brand equity.

### A.   RR/BAYC NFTs Are Exact Pictorial Imitations of Authentic Yuga Labs BAYC NFTs

66.     The RR/BAYC NFTs are exact pictorial imitations of Yuga Labs' BAYC NFTs and Mr. Ripps' public intentions were to mint one of each of the 10,000 authentic BAYC NFTs.[142]  In fact, according to Defendants, the metadata associated with the NFTs point to the same externally stored images as the authentic BAYC NFTs.[143]  Mr. Cahen testified that the URI portion of the

---

[142] YUGALABS_00031637; YUGALABS_00031636; YUGALABS_00031635;; YUGALABS_00031633; LEHMAN0000158.
[143] *See* Figure 3.

RR/BAYC NFT is "an image resolver that's part of a token smart contract" and that it points to the same images that BAYC uses.[144]

67.    Defendants' usage of BAYC trademarks and the brand elements found in the authentic BAYC NFTs created by Yuga Labs becomes readily apparent when the NFTs are viewed side-by-side.  Figure 3 shows two listings on OpenSea:  the listing on the left is an authentic Yuga Labs BAYC NFT, and the listing on the right is an RR/BAYC imitation, which uses the same artwork and unique identifying number (#1058) as the authentic version.  The RR/BAYC NFT collection has been delisted from OpenSea and remains delisted as of the time of this report.  Figure 3 is consistent with the "copymints" discussed above (*i.e.*, imitations that look similar to authentic NFTs) that are targeted by OpenSea for removal to improve the user experience and protect consumers from imitation NFTs.

---

[144] Cahen Deposition, pp. 106:13–107:5; "Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss," Declaration of Ryder Ripps, ¶ 8 ("On May 13, 2022, I began creating the artistic project, RR/BAYC.  The project has grown to include a collection of NFTs, each of which uses a unique blockchain entry but includes a link to the same digital image as the corresponding BAYC NFT.").

## Figure 3
### *OpenSea listings for BAYC #1058 and RR/BAYC #1058*



Source:  Complaint, ¶ 33.

Note:  Displayed are two listings on OpenSea:  the listing on the left is an authentic, Yuga Labs BAYC NFT, and the listing on the right is an RR/BAYC imitation which is listed under the same name.  The RR/BAYC collection has been delisted from OpenSea.  I note that while this is how each listing was displayed on OpenSea individually, the two listings may not have been displayed side-by-side in this format.

68.     This type of imitation is recognized in the literature.  Das et al. (2022) describe three types of counterfeit (imitation) NFTs:  similar collection names, identical image URLs, and similar images.  Similar collection names refer to NFTs that "use the name of the collection or individual piece that resembles the original (victim) one."[145]  The authors highlight the fake of "CryptoSpells," which used the name "Cryptospells," (*e.g.*, the exact same letters, but the counterfeit displays a lowercase "S" instead of a capitalized "S").  Identical image URLs are perhaps more pernicious and further highlight the difficulty in authenticating NFTs.  In the case of identical image URLs, the fake NFTs point to existing tokens, simply copying the image_urls of authentic NFTs.  The authors use the popular CryptoPunks as an exemplar, noting that "nothing prevents a scammer from deploying her own token contract on the blockchain and mint[ing] tokens that point to CryptoPunks.  A buyer who just looks at the appearance of items in a

---

[145] Das et al. (2022).

collection will see the CryptoPunks images and mistake the NFTs for the originals."[146]  Lastly, similar images simply refer to NFTs that copy a digital asset and then mint an NFT that points to the copy.[147]  For example, Defendants are involved in the sale of CryptoPhunks, an NFT collection that uses the same images as CryptoPunks, but face left instead of right.  Defendants engaged in a similar imitation of BAYC NFTs, using the same images and URLs.[148]

69.     While the images and metadata each provide separate points of potential confusion, the potential for such confusion is even greater when factoring in the platforms on which RR/BAYC are sold and the naming conventions used in the underlying contract data.

i.     RR/BAYC NFTs were available for purchase across a number of platforms at different points in time.  The RR/BAYC collection was originally listed for sale on Foundation, then on Mr. Ripps' website, and also on the secondary market on the same platforms as the original, authentic BAYC NFTs.[149]  The fact that market participants were able to view both authentic BAYC and RR/BAYC NFTs on the same platform may have caused additional confusion.

ii.     Moreover, the naming conventions used by Defendants were similar to the naming of authentic BAYC.  The RR/BAYC NFT collection is identified on the blockchain as "Bored Ape Yacht Club (BAYC)"

---

[146] Das et al. (2022).

[147] Das et al. (2022).

[148] Cahen Deposition, pp. 106:13–107:5; "Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss," Declaration of Ryder Ripps, ¶ 8 ("On May 13, 2022, I began creating the artistic project, RR/BAYC.  The project has grown to include a collection of NFTs, each of which uses a unique blockchain entry but includes a link to the same digital image as the corresponding BAYC NFT.").

[149] "RR/BAYC," *RRBAYC,* https://rrbayc.com/; "RR/BAYC," *CoinStats*, https://coinstats.app/nft/rrbayc; Tweet, @ryder_ripps, May 17, 2022, https://twitter.com/ryder_ripps/status/1526675204348387328; Complaint, ¶ 33.

without any modification to Yuga Labs' marks.[150]  On some NFT marketplaces, like OpenSea, the RR/BAYC NFT collection merely adds "RR/" to the collection name.[151]

70.     I understand from Mr. Ripps' and Mr. Cahen's testimony that the RR/BAYC NFTs were minted using Foundation.  Foundation describes the NFT collections that it hosts as "creator-owned smart contracts that contain your NFTs."[152]  There are two "important components" to creating and launching a smart contract on Foundation:  the Collection Name, which is the "title and top-level identity of [the] Collection and its NFTs," and the Collection Symbol, which "acts as a token name on the blockchain for [the] Collection's NFTs."[153]

71.     Foundation warns creators to "take care" when deciding on the Collection name and symbol, as these details "are recorded on the blockchain" and "cannot [be changed] later."[154]  The permanency of these components are recognized by Defendants.  In response to a question asking "[h]ave you had any discussions about changing the name of the RR BAYC token tracker?," Mr. Cahen replied, "[m]y understanding is that you cannot change the name of a token tracker because the blockchain is immutable, and that would be immutable data. Meaning that it's locked."[155]  Separately, Mr. Ripps, too, noted that he "cannot change the contract information.  The Foundation contract doesn't allow that."[156]  I understand from Mr. Cahen's testimony that the actual name of the RR/BAYC contract as it

---

[150] Cahen Deposition, pp. 37:23–38:17.

[151] *See* Figure 3.

[152] "How to Create a Collection and Mint an NFT on Foundation," *Foundation*, https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation.

[153] "How to Create a Collection and Mint an NFT on Foundation," *Foundation*, https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation.

[154] "How to Create a Collection and Mint an NFT on Foundation," *Foundation*, https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation.

[155] Cahen Deposition, pp. 199:2–7.

[156] Ripps Deposition, pp. 109:21–109:22.

appears on Etherscan is "Bored Ape Yacht Club."[157]  Additionally, Mr. Thomas Lehman, an individual who "provided input to Defendants on the commercialization" of the RR/BAYC NFTs, explains that Mr. Ripps "created the Ethereum blockchain smart contract" that "hosts the RR/BAYC NFTs," and the contract's name and symbol are "Bored Ape Yacht Club" and "BAYC," respectively.[158]

72.     In sum, Defendants' usage of the BAYC images, metadata, marks, and naming during the minting of the RR/BAYC NFTs resulted in a product that was a clear imitation of authentic BAYC NFTs.

**B.     There Is Evidence of Confusion Among Market Participants Following the Minting and Sales of RR/BAYC NFTs**

73.     Given the identical aspects and other substantial similarities between the two collections, some marketplace participants purchasing NFTs through secondary platforms such as OpenSea were likely confused by the introduction of RR/BAYC NFTs.

74.     Indeed, there are documented instances of confusion in the marketplace, both among potential purchasers of NFTs and among crypto reporters.  Appendix C includes a sampling of tweets that indicate market participants were confused about the nature of the RR/BAYC minting.[159]  For example:

---

[157] YUGALABS_00031370; YUGALABS_00030081; Cahen Deposition, pp. 37:25–38:6 ("I would have to check the block explorer to explain to you.  I believe it's Bored Ape Yacht Club.  And when I say 'Bored Ape Yacht Club,' what I'm referring to is very specifically is I believe that the name of the RR BAYC NFT contract that this dispute is about is Bored Ape Yacht Club on Etherscan.IO, E-T-H-E-R-S-C-A-N, dot IO.").

[158] Declaration of Thomas Lehman, February 3, 2023, ¶¶ 7–8.

[159] Platforms have issued features to ensure more secure, verifiable ways for users for display the NFTs they own.  For example, Twitter released a new hexagonal profile picture (or "pfp"), which is available only to users who connect their secure cryptocurrency wallet to the platform.  An account with a hexagonal profile picture signifies that the account owns the associated NFT.  *See* "Twitter debuts hexagon-shaped NFT profile pictures," *Reuters*, January 20, 2022, https://www.reuters.com/technology/twitter-debuts-hexagon-shaped-nft-profile-pictures-2022-01-

i. On June 21, 2022, Twitter persona Streeto (@streetoshi) tweeted, "I bought an rr bayc because I thought it was made by yuga."[160]

ii. On May 16, 2022, shortly after the release of the RR/BAYC collection, Twitter persona Jason.ip (@Jclineshow) tweeted a picture of a Bored Ape with the hashtag "NewProfilePic." In response, XRPwh4le.eth (@Joey_tartz) tweeted "? I'm so confused … this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says 'bored ape' its not real dude."[161] Jason.ip also received a direct message from The Dude | OGAC (@thedude_86) asking, "Dude you got a bayc???" to which Jason.ip responded explained that "this is the Ryder Ripps BAYC on foundation. . . . I wish I could get an ape lol."[162] Ape is a common reference to a BAYC NFT.[163]

iii. As another example, in response to a tweet by the Twitter persona GemBot (@0xGem) which indicated a "New purchase!" of "1 Bored Ape Yacht Club bought for 5.99 ETH," there were multiple replies that indicated market participants were unsure or confused about the NFT and its authenticity.[164] At the time, 6 ETH was worth approximately $7,200, well below the price that authentic BAYC NFTs typically sell for.[165] One user replied "shit man I looked on

---

21/; "How to Get Your Own Hexagonal Twitter Profile Picture," *Snappa*, June 1, 2022, https://snappa.com/blog/hexagonal-twitter-profile-picture/; "Welcome to the Bored Ape Yacht Club," *BAYC*, https://boredapeyachtclub.com; Complaint, ¶ 18.

[160] YUGALABS_00015411 at 411.

[161] YUGALABS_00027516 at 516.

[162] CLINE00000035 at 035.

[163] Deposition of Yuga Labs (Rough), pp. 100:19–101:5

[164] YUGALABS_00002625 at 625.

[165] *See* https://coinmarketcap.com/currencies/ethereum/historical-data/; https://nftpricefloor.com/bored-ape-yacht-club.

chain and didn't even realize it was RR."[166]  Another replied, "Is this a Ryder[?]"[167] And yet another stated "What a gold ape sold for 6eth must be a glitch!"[168]  While there are many replies to this tweet, I will highlight just one more–Twitter persona Buffet (@NFTBuffet) tweeted "damn I could have afforded this."[169]  This instance does not stand alone:  GemBot posted about sales of RR/BAYC NFTs as "Bored Ape Yacht Club" on at least five other occasions, many of which were met with similar confused reactions.[170]  Adding to the confusion, GemBot also posted legitimate BAYC sales around the same time period that it posted the examples above.[171]

iv.   Others were confused by users on Twitter that displayed ownership of RR/BAYC NFTs as their hexagonal profile pictures on Twitter, mistaking these profile pictures for verified ownership of authentic BAYC NFTs.  Mr. Cahen himself even appeared to be confused, saying Twitter user sachdana.eth (@SachDana) had a "racist monkey pfp."[172]  The user then clarified that it was an RR/BAYC NFT. Another user (@Cryptoverse520) responded to a post by Mr. Ripps criticizing Yuga Labs, "You have a bayc pfp though haha?"[173]

v.   The confusion was so prominent that a Twitter user mike three (@enjoyoor) stated, "apes have to clarify that they're not rrbaycs

---

[166] YUGALABS_00000570 at 570.

[167] YUGALABS_00000570 at 570.

[168] YUGALABS_00000580.

[169] YUGALABS_00000629.

[170] YUGALABS_00031328 at 328, YUGALABS_00031329 at 329, YUGALABS_00031330 at 330, YUGALABS_00031333 at 333, YUGALABS_00031335 at 335.

[171] YUGALABS_00031326 at 326, YUGALABS_00031327 at 327.

[172] YUGALABS_00002708 at 709–710.

[173] YUGALABS_00027520 at 520.

now."[174]  Again, Apes is a common reference to a BAYC NFT,[175] while rrbaycs refer to RR/BAYC NFTs.

75.    The confusion was not limited to Twitter discussion.  On Bloomberg Crypto, journalists Matt Miller, Kailey Leinz, and Sonal Basak discussed top grossing NFT collections during June 2022.[176]  As shown on their display in Figure 4 below both Bored Ape Yacht Club V3 and Bored Ape Yacht Club were among the top five.  Although it is clear that both collections are at the top of the charts in terms of dollar volume sold, it is not clear from the simple description which collection refers to the authentic, Yuga Labs' BAYC NFTs and which refers to Ryder Ripps' RR/BAYC NFTs.[177]  The apparent confusion led to a Discord channel member called ███████ to screenshot the segment and send it to Yuga Labs' community managers.[178]  This further demonstrates not just the confusion present in the marketplace, but also the concern among BAYC holders and consumers about the nature of the confusion.

---

[174] YUGALABS_00029092.

[175] Deposition of Yuga Labs (Rough), 100:19–101:5.

[176] YUGALABS_00030243.

[177] As noted in Section II, the RR/BAYC collection is also known as BAYC V3.  *See* YUGALABS_00000541.

[178] *See* YUGALABS_00031203.

# Figure 4

*Bloomberg segment displaying top NFT collections circulated in Bored Ape Yacht Club discord channel*



Source: YUGALABS_00031203 (emphasis added)

Note: As noted in Section II, Bored Ape Yacht Club V3 refers to the RR/BAYC NFTs. This is not clear from the basic description listed on Bloomberg's display. The blue box describes the Discord channel in which this message was sent ("Bored Ape Yacht Club"). The yellow boxes highlight the message from user ▮▮▮▮▮ in which they identified the Bloomberg segment.

76.     In addition, Defendants and others involved in creating and selling RR/BAYC NFTs expressed that the labeling for RR/BAYC NFTs introduced confusion in the market:

  i.    In discussing design options for Ape Market, Mr. Lehman expressed his concerns about trademark infringement to Mr. Cahen, adding: "Like a normal person could be like 'I see where Yuga is coming

from, it's confusing how close your logo is to theirs.'"[179] Furthermore, in discussion with ████████, Mr. Lehman responded to the claim that "some people will buy thinking they are buying originals…[on] the foundation site," with "[a]h true."[180]  Mr. Lehman continues that people should do their research and "[c]heck the chain," elaborating that consumers should check "etherscan" before "buy[ing] the fake ape."[181]

   ii.   During his deposition, when Ryan Hickman was asked about the RR/BAYC Foundation website and asked what the website was for, he responded, "Looks to be Bored Ape Yacht Club."[182]

   iii.   In discussion with Mr. Cahen, Mr. Lehman noted that the RR/BAYC NFTs need a "new logo and branding direction in light of the trademark thing."[183]  He clarifies that when listed near various genuine Yuga Labs' NFT collections, "RR should look very distinct."[184]

   iv.   Mr. Lehman explains that he "repeatedly shared" his concern with Defendants that "using the 'BAYC' mark alongside the RR/BAYC NFTs could be confusing on Ape Market," and that they "should not under-estimate" this confusion.[185]  Mr. Lehman clarifies that "[o]n at least one occasion, Defendant Cahen affirmatively agreed" with this concern.[186]

---

[179] LEHMAN0000047–049 at 049.

[180] LEHMAN0000077 at 077.

[181] LEHMAN0000077 at 077–078.

[182] Deposition of Ryan Hickman, December 7, 2022 ("Hickman Deposition"), pp. 150:1–6.

[183] LEHMAN0000047 at 047.

[184] LEHMAN0000047 at 048.

[185] Declaration of Thomas Lehman, February 3, 2023, ¶ 21.

[186] Declaration of Thomas Lehman, February 3, 2023, ¶ 22.

77.     The examples highlighted above provide evidence that the presence of RR/BAYC NFTs generated confusion in the marketplace.[187]  Moreover, it appears that this type of NFT collection—with identical images and similar (and sometimes identical) naming—was consistent with patterns of general abuses in the NFT market, as shown by Das et al. (2022).  Such prevalence of counterfeit NFTs in the secondary market make it more difficult for even sophisticated purchasers to know with certainty that the NFTs they are purchasing are authentic.

### C.   The Minting and Sales of RR/BAYC NFTs Are Linked to More Negative Associations with BAYC

78.     As described in Section IV, above, one of the pillars of brand equity is the associations consumers have with the brand.  When these associations deviate from the ideals established by the brand, the brand's equity can be damaged. While the literature and examples of brand confusion described above provide qualitative evidence of how and why the introduction of RR/BAYC NFTs harmed BAYC brand equity, empirical analysis (described below) provides a quantitative picture of how the introduction of RR/BAYC NFTs changed attitudes toward the BAYC brand.  The results of these analyses show that as the narrative in the marketplace shifted to include RR/BAYC, negative perceptions associated with BAYC increased.  This is evidence that BAYC brand equity was harmed.

79.     To analyze how attitudes toward the BAYC brand shifted following the release of RR/BAYC NFTs,[188] I utilize data from Brandwatch, a digital

---

[187] I understand that, as part of this litigation, Laura O'Laughlin "conduct[ed] consumer research," including "two online consumer surveys," in order "to analyze the likelihood of consumer confusion in the market." I understand that Ms. O'Laughlin concludes that the net confusion rates she computes when analyzing the surveys are "indicative of a likelihood of confusion due to Mr. Ripps' and Mr. Cahen's use of the BAYC Marks" on the Foundation marketplace and OpenSea website.  This conclusion regarding confusion is consistent with my review of the evidence in this matter.  Expert Report of Laura O'Laughlin, February 6, 2023.

[188] To understand the narrative surrounding the BAYC brand, I study the narrative surrounding the BAYC brand and related brand elements through social media data.  For more detail, see the Appendix D.

consumer intelligence and social media management company.[189]  Brandwatch helps companies understand how consumers view their brands, including on social media.  For example, Brandwatch data can be used to identify how positively or negatively a brand is viewed, and how this changes over time.

80.    In particular, I analyzed how the release of RR/BAYC NFTs impacted attitudes toward the BAYC brand.  To do so, I examined attitudes towards the BAYC brand right before the release of the RR/BAYC NFTs (*i.e.*, starting on May 6, 2022) all the way through the accelerated minting of the RR/BAYC NFTs in late June 2022.[190]

81.    To measure consumers' attitudes toward the BAYC brand, I collected Twitter posts ("tweets") from the Brandwatch platform that reference "BAYC" or "Bored Ape."[191]  The data contain nearly 400,000 tweets including such text over the time period.  Appendix D includes additional detail on the data used, including the daily volume of tweets.

82.    Before examining attitudes toward the BAYC brand, I start by simply examining how the nature of the discussion about BAYC changed after the release of RR/BAYC NFTs.  Specifically, I examined the daily volume of tweets

---

[189] "By Solution," *Brandwatch*, https://www.brandwatch.com/suite/.

[190] In November and December 2021, Ryder Ripps started publicly "criticizing" Yuga Labs and the BAYC NFTs through his Twitter profile.  Note that while I am aware of the context surrounding Mr. Ripps proclaimed "criticism," I do not address the allegations made by Mr. Ripps, as they are not germane to my assignment or opinions.  At about the same time, Mr. Ripps acquired the domain "apemarket.com" and began creating a negative narrative about Yuga Labs and BAYC NFTs.  Approximately six months later (May 2022), Ryder Ripps began minting an NFT collection titled "RR/BAYC."  This sequence of events—Mr. Ripps' initial criticisms, registration of "apemarket.com," which I understand was intended to be an NFT marketplace that would compete with other NFT marketplaces, such as OpenSea, and where users could buy and sell RR/BAYC NFTs alongside authentic Yuga Labs NFTs, and finally the minting of RR/BAYC NFTs—is consistent with that of a marketer building a consumer base prior to the launch of a new product.  Furthermore, I understand Defendants began minting the RR/BAYC NFTs in earnest on May 13, 2022, and the minting accelerated around June 19–20, 2022.  My analysis covers the period one week before through the initial minting through one week after the accelerated minting.  *See* Ripps Deposition, pp. 37:3–38:3, 68:20–69:3, 122:16–123:9; RIPPSCAHEN00006898; YUGALABS_00005833; YUGALABS_00005841; YUGALABS_00026714; YUGALABS_00026719; YUGALABS_00026726; Cahen Deposition, Exhibit 106; Cahen Deposition (Final) at 320:8–321:23; Declaration of Thomas Lehman, February 3, 2023, ¶¶ 10–13.

[191] See Appendix D for details.

associated with the BAYC brand, and the share of these tweets that also include a reference to Mr. Ripps or to RR/BAYC NFTs.[192]  As shown in Figure 5, this proportion is zero (or near zero) prior to Defendants' initial minting of RR/BAYC NFTs.  After these imitations initially minted on May 13, 2022, however, the proportion increases over the next couple weeks, up to approximately 22 percent. In June 2022, when the Defendants accelerated the pace of minting RR/BAYC NFTs, the proportion of tweets with text associated with the BAYC brand that also include references to Mr. Ripps or RR/BAYC NFTs continued to exceed pre-May 13, 2022 proportions and reached a maximum of nearly 41 percent on June 21, 2022.[193]  Taken together, this is evidence of a shift in discourse regarding the BAYC brand; following Defendants' minting of RR/BAYC NFTs, discussion of the BAYC brand began to include reference to RR/BAYC NFTs or Mr. Ripps.

---

[192] *See* Appendix D for detail on references to Mr. Ripps or RR/BAYC.

[193] *See* Carry, Owen, "The 'Bored Ape Yacht Club' Appears To Have A Ryder Ripps Problem After 'RR/BAYC' Outsold Them On OpenSea For First Time," *Know Your Meme*, June 22, 2022, https://knowyourmeme.com/news/the-bored-ape-yacht-club-has-a-ryder-ripps-problem-after-rrbayc-outsold-them-on-opensea.

**Figure 5**

*Daily proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC, 5/6/22 – 6/27/22*



Source:  Brandwatch; Yang and Li (2022a); Yang and Li (2022b); LEHMAN0000208; LEHMAN0000209.
Note:  Daily proportions are of all tweets referencing "BAYC," or "Bored Ape" that also include a reference to Mr. Ripps or the RR/BAYC collection.  References to Mr. Ripps or the RR/BAYC collection are assessed using the aspects explained in more detail in Appendix D.

83.     The analysis in Figure 5 illustrates how the discussion of the BAYC brand shifted to include RR/BAYC NFTs.[194]  Next, I examined whether the minting of RR/BAYC NFTs changed consumer attitudes towards the authentic BAYC brand.

84.     Sentiment analysis tools are often used to measure things like consumer attitudes.  If a consumer says, "Nike makes the best shoes," for example,

---

[194] To examine if there was prior discussion among the tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC NFTs, I conducted this same analysis over the period December 1, 2021 through May 5, 2022.  Because this analysis was over an extended time frame, I sampled the data at a lower rate (5%) and aggregated the analysis to the weekly level.  I find that for each week in the period, the proportion of tweets referencing "BAYC" or "Bored Ape" that also reference Mr. Ripps or RR/BAYC NFTs is less than one percent.  Therefore, the discussion surrounding the BAYC brand did not incorporate Mr. Ripps until the period in May identified above.  *See* Appendix E.

it is clear this consumer has positive attitudes towards Nike. Alternatively, if a consumer says, "Nike has the worst customer service," this consumer is expressing a negative attitude they hold towards the brand.  Sentiment analysis of text, including posts on social media, allows for tracking brand perceptions.

85.     Sentiment analysis is often used in academic literature to measure consumer attitudes toward a brand, and ultimately, brand equity and brand value.[195] To perform this analysis, more sophisticated analytical tools that are able to parse language and make determinations on the specific language used are needed.  I have used a range of automated textual analysis tools in my own work, looking at what types of language increase customer satisfaction, hold attention, and lead consumers to share word of mouth.[196]  Brand equity is a function of consumers' perceptions of a brand, so changes in a brand's equity can be measured through changes in consumer sentiment.

86.     To assess the potential impact of Defendants' minting of RR/BAYC NFTs on consumer attitudes towards the BAYC brand, I used a pretrained, aspect-based sentiment model.[197]  This model decomposes tweets into pre-specified aspects (or terms of interest) and provides an assessment of the tweet's sentiment (positive, negative, or neutral) toward that aspect.  A tweet may have multiple

---

[195] Hopkins, Daniel J. and Gary King, "A Method of Automated Nonparametric Content Analysis for Social Science," *American Journal of Political Science* 54, no. 1, 2010, pp. 229–247; Berger, Jonah et al., "Uniting the Tribes: Using Text for Marketing Insight," *Journal of Marketing* 84, no. 1, 2020, pp. 1–25; Berger, Jonah and Katy Milkman, "What Makes Online Content Viral?" *Journal of Marketing Research*, 49, no. 2, 2012, pp. 192–205.

[196] Berger, Jonah, Wendy Moe, and David Schweidel, "What Holds Attention: Linguistic Drivers of Content Consumption," *Journal of Marketing*, forthcoming (2023); Packard, Grant and Jonah Berger "How Concrete Language Shapes Customer Satisfaction," *Journal of Consumer Research*, 47, no. 5, 2021, pp. 787–806; Berger, Jonah and Katy Milkman, "What Makes Online Content Viral?" *Journal of Marketing Research* 49, no. 2, 2012, pp. 192–205.

[197] Yang, Heng and Ke Li, "Improving Implicit Sentiment Learning via Local Sentiment Aggregation," *Association for the Advancement of Artificial Intelligence*, 2022, available at https://arxiv.org/pdf/2110.08604.pdf ("Yang and Li (2022a)"); Yang, Heng and Ke Li, "PyABSA:  Open Framework for Aspect-based Sentiment Analysis," *Association for the Advancement of Artificial Intelligence*, 2022, available at https://arxiv.org/pdf/2208.01368.pdf ("Yang and Li (2022b)").

aspects and, if so, the model identifies a sentiment associated with each aspect. Aspects included in this analysis reflect the BAYC brand and brand elements, such as "@boredapeyc," "#bayc," or "yuga labs."  A comprehensive list of aspects used in this analysis is included in Appendix D.

87.     Figure 6 below shows examples of tweets that espouse positive, neutral, and negative attitudes towards the BAYC brand, as categorized by the model.  The tweet displayed on the left, for example, exhibits positive sentiment toward the BAYC brand (specifically, the "bored ape," "BAYC," and "@BoredApeYC" aspects).  The tweet displayed in the top right exhibits neutral sentiment toward the BAYC brand (specifically, the "bayc" aspect).  Finally, the tweet displayed in the bottom right exhibits negative sentiment toward the BAYC brand (specifically, the "BAYC" aspect).

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Figure 6**

***Example of tweets and sentiments categorized by aspect-based sentiment model***



Source:  Brandwatch; Tweet, @apebayc, May 10, 2022, https://twitter.com/apebayc/status/1524027043444363269; Tweet, @Cryptogeenie, May 10, 2022, https://twitter.com/Cryptogeenie/status/1523924510423932928; Tweet, @CryptoJooj, June 16, 2002, https://twitter.com/CryptoJooj/status/1537439831067832322; Yang and Li (2022a); Yang and Li (2022b)

88.    Figure 7 below illustrates how the attitudes toward BAYC changed over time.  For each day from May 6, 2022 to June 27, 2022, I plot, in green, the proportion of all tweets discussing the BAYC brand that express positive sentiment toward the BAYC brand and, in red, the proportion of all tweets discussing the BAYC brand that express negative sentiment toward that brand.[198]  I have also

---

[198] As described in Appendix D, the population of tweets analyzed was initially assessed using "BAYC" or "Bored Ape."  However, many of these tweets also reference Yuga Labs.  I analyzed the sentiment associated with both BAYC and Yuga Labs related aspects through the sentiment model.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

included the "line of best fit" for both series over the period shown.  The line of best fit is a statistical concept that demonstrates the general direction that each series follows.

---

**Figure 7**

*Daily proportion of tweets exhibiting positive or negative sentiment toward BAYC or Yuga Labs, 5/6/22 – 6/27/22*



Source:  Brandwatch; Yang and Li (2022a); Yang and Li (2022b).
Notes:  Data used are all tweets referencing "BAYC" or "Bored Ape" that include an aspect related to BAYC or Yuga Labs.  Each data point corresponds to the proportion of tweets exhibiting positive or negative sentiment toward a BAYC or Yuga Labs aspect on a given day.  More detail on data collection, processing, and the aspect-based sentiment model can be found in Appendix D.  A regression of the daily proportion of tweets exhibiting positive sentiment on dates over the period 5/6/22–6/27/22 produces a slope of -0.0012 and a *p*-value of 0.0497.  A regression of the daily proportion of tweets exhibiting negative sentiment on dates over the period 5/6/22–6/27/22 produces a slope of 0.0015 and a *p*-value of 0.0013.

---

89.    The red line of best fit in Figure 7 depicts the trend in tweets with a negative sentiment toward BAYC.  During the period shown, the red line slopes upward, meaning that the share of tweets exhibiting negative sentiment toward BAYC increased.  As is evident from the figure, the share of tweets expressing negative sentiment toward BAYC increases around the time Defendants began

minting of RR/BAYC NFTs and continues to trend upward through the end of June.

90.     The green line of best fit in Figure 7 depicts the trend in tweets exhibiting a positive sentiment toward BAYC.  For the period over which the minting of RR/BAYC NFTs accelerated, the green line slopes downward, indicating a decline in positive sentiment toward BAYC.  This trend continued through late June 2022.

91.     Taken together, these facts suggest that consumer sentiment toward the BAYC brand became less positive and more negative following the minting and sales of RR/BAYC NFTs.[199]  As I discuss above, consumer sentiment is directly related to brand equity.  Therefore, the shift in sentiment toward BAYC provides evidence of harm to BAYC brand equity.

92.     Figure 8 provides further support for this conclusion.  If Defendants' minting of RR/BAYC NFTs hurt BAYC brand equity, I would expect more negative attitudes toward BAYC on days where a greater share of tweets about BAYC also discuss Mr. Ripps or RR/BAYC NFTs.  Figure 8 tests this hypothesis. Each dot on the figure represents a different date between May 6, 2022 and June 27, 2022.  The *x*-axis of Figure 8 plots the proportion of the volume of tweets about the BAYC brand that also include references to RR/BAYC NFTs or to Mr. Ripps, by day.  The *y*-axis of Figure 8 plots the proportion of tweets about the

---

[199] One alternative hypothesis could be that the sentiment associated with BAYC and Yuga Labs was already trending less positive and more negative prior to Defendants' minting of the RR/BAYC collection on May 13, 2022. To investigate this alternative, I analyzed whether the share of tweets expressing positive sentiment toward BAYC was decreasing between May 6, 2022 and May 12, 2022 and whether the share of tweets expressing negative sentiment toward BAYC was increasing between May 6, 2022 and May 12, 2022.  Specifically, I regressed the share of tweets exhibiting a positive or negative sentiment toward the BAYC or Yuga Labs brand on time and computed the coefficients and associated *p*-values.  I found that the share of tweets expressing positive sentiment toward BAYC was actually increasing prior to May 13, 2022, while the share of tweets expressing negative sentiment toward BAYC was actually decreasing prior to May 13, 2022, though neither slope was statistically distinguishable from zero.  Therefore, I conclude that the data are inconsistent with this alternate hypothesis.

BAYC brand that express negative sentiment toward the BAYC brand, by day.[200] The line of best fit slopes upwards, meaning that there is a positive correlation between these two proportions.  On days with a greater share of tweets about the BAYC brand that also discuss Mr. Ripps or RR/BAYC NFTs, sentiment towards the BAYC brand is also more negative.

---

**Figure 8**

*Daily proportion of tweets exhibiting negative sentiment toward BAYC or Yuga Labs vs. daily proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC, 5/6/22 – 6/27/22*



Source:  Brandwatch; Yang and Li (2022a); Yang and Li (2022b).

Note:  Data used to assess the daily proportion of tweets exhibiting negative sentiment towards BAYC or Yuga Labs are all tweets referencing "BAYC" or "Bored Ape" that include an aspect related to BAYC or Yuga Labs.  Each $y$-value corresponds to the proportion of tweets exhibiting negative sentiment toward BAYC or Yuga Labs on a given day.  More detail on data collection, processing, and the aspect-based sentiment model can be found in Appendix D.  Each $x$-value corresponds to the proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC.  References to Mr. Ripps or the RR/BAYC collection are assessed using the aspects explained in more detail in in Appendix D.  A regression of the daily proportion of tweets exhibiting negative sentiment toward BAYC or Yuga Labs on the daily proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC produces a slope of 0.2686 and a $p$-value of 0.0002.

---

[200] For this analysis, I measure sentiment toward the BAYC brand and brand elements.  That is, I exclude the sentiment associated with any aspects related to Mr. Ripps or the RR/BAYC brand or its brand elements.

## VIII.   CONCLUSION

93.     Brand equity is a valuable asset and is derived from brand strength. Because of its value, companies expend considerable effort to develop their brands and create brand equity.  One way this is accomplished is through the establishment and creation of desirable associations and perceptions among consumers.  The literature establishes the many benefits of brand equity.  These include customer loyalty, pricing power, higher market share, increased profitability, and the ability to expand into new categories or markets.

94.     The BAYC brand has high brand equity and has benefited from the concomitant advantages that flow from it.  For example, NFTs created by Yuga Labs, including the BAYC NFTs, sell for a price premium relative to many other NFTs in the market.  The collection is associated with both a large market share and high trading volume.  Yuga Labs has leveraged the BAYC brand to create additional products and expand into new markets, such as advances in the metaverse, merchandising, and video games.

95.     Adverse associations can harm brand equity.  One way in which associations can change is through the introduction of counterfeit or imitation goods.  The literature establishes that the brand equity, and thus the brand value of authentic goods, can be damaged by the presence of counterfeit products. Furthermore, counterfeits can cause confusion in the marketplace.  The effects can be particularly acute if the products share distribution channels and visual appearance.

96.     Consistent with the findings of the literature, BAYC's brand value appears to be harmed by the minting and sales of RR/BAYC NFTs.  The RR/BAYC NFTs are exact pictorial imitations of the authentic BAYC collection,

rely on the exact same images, and use other of the BAYC marks.  Furthermore, there are documented examples of confusion in the marketplace.  Such confusion can result in undesirable associations, undermining a key component of brand equity.  Indeed quantitative analyses indicate there was a notable shift in online discourse and that attitudes towards BAYC became less positive and more negative during the minting and sales of RR/BAYC in May and June 2022.  The documented confusion, changing discourse, decline in positive sentiment, and increase in negative sentiment all provide strong evidence that BAYC brand equity was harmed by Defendants' actions.

97.     BAYC is the "cornerstone brand" of Yuga Labs and of considerable importance to the company's current revenue stream.[201]  However, harm to brand equity is not limited to only the current revenue streams.  Future revenue can likewise be adversely affected by a reduction in BAYC brand value, as opportunities to expand Yuga Labs' business operations and BAYC brand presence can be reduced due to confusion in the marketplace.[202]

Executed this 6 day of February, 2023

Jonah Berger

---

[201] Ms. Muniz testified that Yuga Labs may develop future products and "sell [them] under the Bored Ape Yacht Club brand."  Deposition of Yuga Labs (Rough), pp. 155:22–156:5 ("So Bored Ape Yacht Club is our cornerstone brand, right?  Like if you think of this as Disney it's our Mickey Mouse.  So one, I can't say what we will ever do in the future, right?  Will we?  I don't know.  It's our cornerstone brand.  We – we have content and materials and entertainment and products that we create now and sell and will continue to sell under the Bored Ape Yacht Club brand."); As discussed in Section IV above, a strong brand results in customer loyalty.  Therefore, the value of Yuga Labs' future projects depends, in part, on the value associated with its brands today.
[202] Deposition of Yuga Labs (Rough), pp. 156:10–158:14.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Appendix A**

July 2022

# Jonah Berger

The Wharton School • University of Pennsylvania
jberger@wharton.upenn.edu

---

## Academic Positions

*The Wharton School, University of Pennsylvania*
Associate Professor of Marketing (with tenure)                    May 2013 –
James G. Campbell, Jr. Assistant Professor of Marketing            July 2010— May 2013
Assistant Professor of Marketing                                  July 2007 – June 2010

*Cornell NYC Tech*, Cornell University
Visiting Professor of Marketing                                   July 2014— June 2015

*Fuqua School of Business, Duke University*
Visiting Associate Professor of Marketing                         July 2013 – Dec 2013

## Education

Ph.D., Marketing, Stanford University, Graduate School of Business, 2007
B.A., Human Judgment and Decision Making (with Distinction), Stanford University, 2002

## Honors and Awards

MSI Scholar, 2020
AMA-Sheth Foundation Doctoral Consortium Fellow, 2019, 2020, 2021, 2022
Wharton Teaching Excellence Award 2019, 2020, 2021
William F. O'Dell Award, Journal of Marketing Research, 2017
Top 5 Most Productive Researchers in Marketing, AMA DocSig 2017-
Outstanding Reviewer Award, *Journal of Consumer Research* 2015-2016
Best 2012 Article Finalist, *Journal of Consumer Research,* 2015
Top 30 Leaders in Business, American Management Association, 2015
Emerald Citations of Excellence, article published in 2012, 2015
Berry-AMA Book Prize for Best Book in Marketing, 2014
Top 5 Most Productive Researchers in Marketing 2009-13, AMA DocSig 2013
Most Creative People in Business, Fast Company, 2013
Paul Green Award, *Journal of Marketing Research*, Finalist 2013
Early Career Award, *Association for Consumer Research*, 2013
Early Career Award, *Society for Consumer Psychology*, 2012
Dean's Research Grant, The Wharton School, 2012
Outstanding Reviewer Award, *Journal of Consumer Research* 2010-2011
Outstanding Reviewer Award, *Journal of Consumer Psychology*, 2010-2011
"Iron Prof" Award for "awesome faculty research," The Wharton School, 2011
MBA Teaching Commitment and Curricular Innovation Award, The Wharton School, 2011
Dean's Research Grant, The Wharton School, 2011
Young Scholars Program, Marketing Science Institute, 2011
Alex Panos Research Grant, The Wharton School, 2011
*Journal of Consumer Research* Best 2007 Article Award Finalist, 2010
James G. Campbell, Jr. Memorial Term Professorship, 2010
Dean's Research Grant, The Wharton School, 2010
AMA-Sheth Foundation Doctoral Consortium Fellow, 2006

**Appendix A**

July 2022

Society for Consumer Psychology, Best Student Paper Award (Honorable Mention), 2006
Management Science Institute/JCP Research Competition (Honorable Mention), 2004
Jaedeke Scholar, Stanford Graduate School of Business, 2003

**Publications**

1. Berger, Jonah, Matt Rocklage, and Grant Packard (2022) "How Speaking Versus Writing Shapes What Consumers Say, and Its Impact," Journal of Consumer Research.

2. Madan, Shilpa, Gita Venkataramani Johar, Jonah Berger, Pierre Chandon, Rajesh Chandy, Rebecca Hamilton, Leslie John, Aparna Labroo, Peggy J. Liu, John G. Lynch, Jr., Nina Mazar, Nicole Mead, Vikas Mittal, Christine Moorman, Michael I. Norton, John Roberts, Dilip Soman, Madhu Viswanathan, Katherine White (2002) "Reaching for Rigor and Relevance: Better Marketing Research for a Better World," *Forthcoming*, Marketing Letters.

3. Berger, Jonah, Grant Packard, Reihane Boghrati, Ming Hsu, Ashlee Humphreys, Andrea Luangrath, Sarah Moore, Gideon Nave, Christopher Olivola, Matthew Rocklage (2022) "Marketing Insights from Text," *Forthcoming,* Marketing Letters.

4. Berger, Jonah and Grant Packard (2022) "Using Language to Understand People and Culture," American Psychologist, 77(4), 525–537

5. Laurino Dos Santos, Henrique and Jonah Berger (2022), "The Speed of Stories: Semantic Progression and Narrative Success," Journal of Experimental Psychology: General.
   - Authors contributed equally

6. Toubia, Olivier, Jonah Berger, and Josh Eliashberg (2021), "Quantifying the Shape of Stories Predicts Their Success," Proceedings of the National Academy of Sciences, 118(26).
   - First two authors contributed equally

7. Berger, Jonah, Yoon Duk Kim, and Robert Meyer (2021) "What makes Content Engaging?  How Emotional Dynamics Shape Success," Journal of Consumer Research, 48(2), 235-250.

8. Packard, Grant and Jonah Berger (2021) "How Concrete Language Shapes Customer Satisfaction," Journal of Consumer Research, 47(5), 787-806.

9. Rifkin, Jacqueline, Katherine Crain, and Jonah Berger (2021), "Penny for Your Preferences: Leveraging Self-Expression to Increase Prosocial Giving," Journal of Marketing, 85(3), 204-219.

10. Jacqueline Rifkin and Jonah Berger (2021), "How Nonconsumption Can Turn Ordinary Items into Perceived Treasures" Journal of the Association of Consumer Research, 6(3), 350-361.

11. McDuff, Daniel and Jonah Berger (2021), "Why Do Some Advertisements Get Shared More than Others? Quantifying Facial Expressions to Gain New Insights," Journal of Advertising Research, 60(4), 370-380.

12. Packard, Grant and Jonah Berger (2020) "Thinking of You: How Second Person Pronouns Shape Cultural Success," Psychological Science, 31(4), 397-407.

13. Bellezza, Silvia and Jonah Berger (2020), "Trickle-Round Signals: When Low Status Is Mixed with High," Journal of Consumer Research, 47(1), 100-127.

**Appendix A**

July 2022

14. Berger, Jonah, Ashlee Humphreys, Stephen Ludwig, Wendy Moe, Oded Netzer, and David Schweidel (2020), "Uniting the Tribes: Using Text for Marketing Insight," <u>Journal of Marketing</u>, 84(1), 1-25

15. Van Zant, Alex and Jonah Berger (2019) "How the Voice Persuades," <u>Journal of Personality and Social Psychology</u>, 118(4), 661-682.

16. Berger, Jonah and Grant Packard (2018), "Are Atypical Things More Popular?" <u>Psychological Science</u>, 29(7), 1178-1184.

17. Gullo, Kelley, Jonah Berger, Jordan Etkin, and Bryan Bollinger (2018), "Does Time of Day Affect Variety Seeking?" <u>Journal of Consumer Research</u>, 46(1), 20-35.

18. Berger, Jonah and Alixandra Barasch (2018) "A Candid Advantage? The Social Benefits of Candid Photos," <u>Social Psychological and Personality Science</u>, 9(8), 1010-1016.

19. Buechel, Eva and Jonah Berger (2018), "Microblogging and the Value of Undirected Communication" <u>Journal of Consumer Psychology</u>, 28(1), 40-55.

20. Packard, Grant and Jonah Berger (2017), "How Language Shapes Word of Mouth's Impact," <u>Journal of Marketing Research</u>, 54(4), 572-588.

21. Sela, Aner Jonah Berger, and Joshua Kim (2017) "How Self-Control Shapes the Meaning of Choice" <u>Journal of Consumer Research</u>, 44(4), 724-737.

22. Weingarten, Evan and Jonah Berger (2017) "Fired Up for the Future: How Time Shapes Sharing," <u>Journal of Consumer Research</u>, 44(2), 432-447.

23. Akpinar, Ezgi and Jonah Berger (2017), "Valuable Virality," <u>Journal of Marketing Research</u>, 54(2), 318-330.

24. Berger, Jonah (2016), "Does Presentation Order Impact Choice After Delay?" <u>Topics in Cognitive Science</u>, 8(3), 670-684.

25. Chen, Zoey and Jonah Berger (2016) "How Content Acquisition Method Affects Word of Mouth," <u>Journal of Consumer Research</u>, 43(1), 86-102.

26. Park, Minsu, Mor Naaman, and Jonah Berger (2016) A Data-driven Study of View Duration on YouTube, <u>10th International AAAI Conference on Weblogs and Social Media</u> (<u>ICWSM</u>).

27. Gregory Park, Andrew Schwartz, Margaret Kern, Maarten Sap, Evan Weingarten, Johannes Eichstaedt, Jonah Berger, David Stillwell, Michal Kosinski, Lyle Ungar, and Martin Seligman (2016) "Living in the Past, Present, and Future: Measuring Temporal Orientation with Language," <u>Journal of Personality</u>, 85(2), 270-280.

28. Akpinar, Ezgi and Jonah Berger (2015), "Drivers of Cultural Success: The Case of Sensory Metaphors," <u>Journal of Personality and Social Psychology</u>, 109 (1), 20-34.

**Appendix A**

July 2022

29. Schwartz, H. Andrew, Park, G., Sap, M., Weingarten, E., Eichstaedt, J., Kern, M., Stillwell, D., Kosinski, M., Berger, J., Seligman, M., & Ungar, L. (2015). Extracting Human Temporal Orientation from Facebook Language. NAACL-2015: Conference of the North American Chapter of the Association for Computational Linguistics.

30. Berger, Jonah (2014) "Word-of-Mouth and Interpersonal Communication: A Review and Directions for Future Research" Journal of Consumer Psychology, 24(4), 586-607.

31. Barasch, Alix and Jonah Berger (2014) "Broadcasting and Narrowcasting: How Audience Size Impacts What People Share," Journal of Marketing Research, 51(3), 286-299.

32. Bhattacharjee, Amit, Jonah Berger and Geeta Menon (2014), "When Identity Marketing Backfires: Consumer Agency in Identity Expression," Journal of Consumer Research, 41(2), 294-309.

33. Milkman, Katherine and Jonah Berger (2014), "The Science of Sharing and the Sharing of Science" Proceedings of the National Academy of Sciences. 111(4), 13642-13649.

34. Berger, Jonah (2014), "Beyond Viral: Interpersonal Communication in the Internet Age," Psychological Inquiry, 24, 293-296.

35. Berger, Jonah and Raghuram Iyengar (2013), "Communication Channels and Word of Mouth: How the Medium Shapes the Message," Journal of Consumer Research, 40(3), 567-579.

36. Chen, Zoey and Jonah Berger (2013), "When, Why, and How Controversy Causes Conversation," Journal of Consumer Research, 40(3), 580-593.

37. Sela, Aner and Jonah Berger (2012) "How Attribute Quantity Influences Option Choice," Journal of Marketing Research, December, 942-953.

38. McShane, Blakely, Eric T. Bradlow, and Jonah Berger (2012), "Visual Influence and Social Groups" Journal of Marketing Research, December, 854-871.

39. Berger, Jonah, Eric Bradlow, Alex Braunstein, and Yao Zhang (2012), "From Karen to Katie: Using Baby names to Study Cultural Evolution" Psychological Science, 23 (10), 1067-1073.

40. Chan, Cindy, Jonah Berger, and Leaf Van Boven (2012), "Identifiable but not Identical: Combining Social Identity and Uniqueness Motives in Choice" Journal of Consumer Research, 39(3), 561-573.

41. Berger, Jonah and Katy Milkman (2012), "What Makes Online Content Viral?" Journal of Marketing Research, 49 (2), 192-205.
    - **William F. O'Dell Award, Journal of Marketing Research, 2017**
    - **Paul Green Award Finalist, Journal of Marketing Research, 2013**
    - **Emerald Citations of Excellence, 2015**

42. Sela, Aner and Jonah Berger (2012), "Decision Quicksand: How Trivial Choice Suck Us In" Journal of Consumer Research, 39(2), 360-370.
    - **Best 2012 Article Finalist, Journal of Consumer Research**

43. Berger, Jonah and Eric Schwartz (2011), "What Drives Immediate and Ongoing Word of Mouth?" Journal of Marketing Research, October, 869-880.

**Appendix A**

July 2022

44. Berger, Jonah and Baba Shiv (2011), "Food, Sex, and the Hunger for Distinction." Journal of Consumer Psychology, 21, 464-472.

45. Berger, Jonah (2011), "Arousal Increases Social Transmission of Information," Psychological Science, 22(7), 891-893.

46. Berger, Jonah and Devin Pope (2011), "Can Losing Lead to Winning?" Management Science, 57(5), 817-827.

47. Berger, Jonah and Morgan Ward, (2010) "Subtle Signals of Inconspicuous Consumption," Journal of Consumer Research, 37(4), 555-569. (Lead Article)

48. Berger, Jonah, Alan T. Sorensen, and Scott J. Rasmussen (2010), "Positive Effects of Negative Publicity: When Negative Reviews Increase Sales," Marketing Science, 29(5), 815-827.

49. Berger, Jonah and Gael Le Mens (2009), "Key Considerations in Studying Cultural Abandonment Using Baby Names," Proceedings of the National Academy of Sciences.

50. Berger, Jonah and Gael Le Mens (2009), "How Adoption Speed Affects the Abandonment of Cultural Tastes," Proceedings of the National Academy of Sciences, 106, 8146-8150.

51. Sela, Aner, Jonah Berger, and Wendy Liu (2009), "Variety, Virtue, and Vice: How Assortment Size Influences Option Choice," Journal of Consumer Research, 35(3), 941-951.

52. Berger, Jonah and Chip Heath (2008) "Who Drives Divergence? Identity Signaling, Outgroup Dissimilarity, and the Abandonment of Cultural Tastes," Journal of Personality and Social Psychology, 95(3), 593-607.

53. Berger, Jonah and Lindsay Rand (2008), "Shifting Signals to Help Health: Using Identity Signaling to Reduce Risky Heath Behaviors," Journal of Consumer Research, 35(2), 509-518.

54. Berger, Jonah, Marc Meredith, and S. Christian Wheeler (2008), "Contextual Priming: Where People Vote Affects How They Vote," Proceedings of the National Academy of Sciences, 105 (26), 8846-8849.
   - **Featured in *Nature* (2008). 453, 1197.**

55. Berger, Jonah and Gráinne M. Fitzsimons (2008), "Dogs on the Street, Pumas on Your Feet: How Cues in the Environment Influence Product Evaluation and Choice," Journal of Marketing Research, 45(1), 1-14. (Lead Article)

56. Wheeler, S. Christian and Jonah Berger (2007), "When the Same Prime Leads to Different Effects," Journal of Consumer Research, 34(3), 357-368.

57. Berger, Jonah and Chip Heath (2007), "Where Consumers Diverge from Others: Identity-Signaling and Product Domains," Journal of Consumer Research, 34(2), 121-134. (Lead Article)
   - **Best 2007 Article Finalist, *Journal of Consumer Research***
   - **3rd highest cited JCR paper, 2011-2014**

58. Berger, Jonah, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions and Choice," Marketing Science, 26, 460-472. (Lead Article)

**Appendix A**

July 2022

59. Pronin, Emily, Jonah Berger, and Sarah Molouki (2007), "Alone in a Crowd of Sheep: Asymmetric Perceptions of Conformity and Their Roots in an Introspection Illusion," <u>Journal of Personality and Social Psychology</u>, 92(4), 585-595.
   - **Featured in Editor's Choice section of *Science* (2007). 316, 1814.**

60. Heath, Chip, Ben Ho, and Jonah Berger (2006), "Focal Points in Coordinated Divergence," <u>Journal of Economic Psychology</u>, 27(5), 635-647.

61. Berger, Jonah and Chip Heath (2005), "Idea Habitats: How the Prevalence of Environmental Cues Influences the Success of Ideas," <u>Cognitive Science</u>, 29, 195-221. (Lead Article)

**Books, Chapters, and Other Publications**

62. Berger, Jonah (2020), *The Catalyst: How to Change Anyone's Mind,* Simon & Schuster.
   - **New York Times and Wall Street Journal Bestseller**

63. Berger, Jonah (2016), *Invisible Influence: The Hidden Forces that Shape Behavior,* Simon & Schuster.
   - **New York Times and Wall Street Journal Bestseller**

64. Berger, Jonah (2013), *Contagious: Why Things Catch On*, Simon & Schuster.
   - **New York Times, Wall Street Journal Bestseller, Amazon Best Business Book of 2013, AMA-Berry Book Prize for Best Book in Marketing 2014**
   - **A million copies in print in over 35 languages**

65. Berger, Jonah (2021), "Want Your Ad to Go Viral? Activate These Emotions," <u>Harvard Business Review</u>. February 4

66. Berger, Jonah (2020), "How to Persuade People to Change Their Behavior," <u>Harvard Business Review</u>. April 20

67. Berger, Jonah (2016), "The Goldilocks Theory of Product Success," <u>Harvard Business Review</u>. July 7

68. Buechel, Eva C. and Jonah Berger (2015), "Motivations for Consumers Engaging with Social Media," <u>Consumer Psychology in a Social Media World.</u>

69. Berger, Jonah (2015), "Word of Mouth and Interpersonal Communication," <u>Cambridge Handbook of Consumer Psychology</u>

70. Berger, Jonah (2012), "Crafting Contagious," <u>Google Think Quarterly</u>. August, 60-61.

71. Berger, Jonah (2012), "Bad Reviews Can Boost Sales. Here's Why," <u>Harvard Business Review</u>. March 28.

72. Berger, Jonah (2011), "Social Contagion and Word-of-Mouth," in *Consumer Insights: Findings from Behavioral Research*, Ed Joseph Alba, Marketing Science Institute.

73. Berger, Jonah (2011), "If You Want to Win, Tell Your Team It's Losing (a Little)," <u>Harvard Business Review</u>. October.

**Appendix A**

July 2022

74. Rand, Lindsay and Jonah Berger (2010) "Using Identity Signaling to Improve Public Health" in *Leveraging Consumer Psychology for Effective Health Communications: The Obesity Challenge,* Eds. Rajeev Batra, Punam Anand Keller, and Victor J. Strecher, M. E. Sharpe.

75. Berger, Jonah (2008) "Identity-Signaling, Social Influence, and Social Contagion," in *Peer Influence Processes among Youth*, Eds. Mitch Prinstein and Ken Dodge, Guilford Press.

## Working Papers

76. Boghrati, Reihane and Jonah Berger, "Misogyny in Music." *Under 3rd  Review*

77. Berger, Jonah, Wendy Moe, and David Schweidel, "Linguistic Drivers of Content Consumption," *Under 2nd Review*

78. Boghrati, Reihane and Jonah Berger, "What Drives Longer Conversations?"  *Under 2nd Review*

79. Style, Content, and the Success of Ideas, *Under Review*

80. Wisdom from Words: The Psychology of Consumer Language, *Under Review*

81. Cascio-Rizzo, Giovanni Luca, Jonah Berger, Matteo De Angelis and Rumen Pozharliev, How Sensory Language Shapes Consumer Responses to Influencer-Sponsored Content, *Under Review*.

82. Oba, Demi and Jonah Berger, How Hedges Impact Persuasion, *Under Review*.

83. Dore, Bruce and Jonah Berger, A Linguistic Signature of Sharing, *Under Review*.

84. The Persuasive Present *Under 2nd Revision*

85. Weingarten, Evan, and Jonah Berger "Near Past, Distant Future" *Under Revision*.

86. Bias Mitigation in Artificial Intelligence *Under Review*
    Winner, EMAC-Sheth Foundation Sustainability Research Competition 2022

87. Li, Yang, Grant Packard, and Jonah Berger, "Conversational Dynamics: *When* Does Employee Language Matter?" *Under Revision*.

88. "Hero's Journey Narratives Predict Meaning in Life," *Under Review*.

89. Improving Theoretical Development by Casting a Wider Net

90. The Emergence and Evolution of Consumer Language Research

91. Concentration and Action *Under Review*

92. The Power of Pausing *Under Review*

93. Linguistic Signature of Virality *Under Review*

94. Content Production Theory *Under Review*

95. The Power of Preparation: Brainstorming Flexible Topics Before Conversations Begin, *Under Review*

96. A Machine Learning Approach to examine Originality of user-generated Content from TikTok
    Best in track paper, Big  Data,  Analytics,  AI  &  Machine  Learning track, Winter AMA

97. Fast, Nate and Jonah Berger, "Message Splitting: Using Self-Relevant Material to Increase Prosocial Behavior".

98. Disposal in Response to Social Rejection

99. Sela, Aner and Jonah Berger, "On Culture and Metacognition"

100. Aner Sela, Jonah Berger, and Gia Nardini "How Tradeoffs Shrink Attribute Hierarchy"

101. Iyengar, Raghu and Jonah Berger, "How the Quantity and Timing of Social Influence Impact Product Adoption"

102. Stephen, Andrew and Jonah Berger, "Creating Contagious: How Social Networks and Item Characteristics Combine to Spur Ongoing Consumption and Drive Social Epidemics."

103. Berger, Jonah, Ben Ho, and Yogesh Joshi, "Identity Signaling with Social Capital: A Model of Symbolic Consumption."

104. Berger, Jonah, "When Does Social Influence Attract versus Repel? Identity-Signaling, Conformity, and Divergence."

105. Dover, Yaniv, Jonah Berger, Jacob Goldenberg, and Daniel Shapira, "Using the Internet to Spot Secrets."

**Select Research in Progress**
Passive Voice
Hedges
Emotional Arcs and Movie Success
Trajectories within Narratives

**Service**
MBA Curriculum Committee, 2021-
Organizer, Insights from Text Conference, 2017-
Wharton Digital Press Faculty Advisory Board
MBA Executive Committee, The Wharton School, July 2017-
Undergraduate Marketing Coordinator, The Wharton School, 2016-
Co-Founder, Technology and Behavioral Science Initiative, The Wharton School, 2015-
University of Pennsylvania Faculty Senate Executive Committee October 2018-2020
PhD Committee, The Wharton School, Sept 2009-July 2015
Curriculum Review Committee, The Wharton School, Sept 2015 – July 2016
MBA Class of 2014 Convocation Speaker 2012
Dean's Advisory Council, The Wharton School, Sept 2011 – July 2012
Decision Process Seminar, Co-Organizer, The Wharton School, Sept 2008 - July 2010
Course Development: MKTG 228/728 (Contagious: How Products, Ideas, and Behaviors Catch On)

**Appendix A**

July 2022

**Editorial Activities**

Associate Editor, *Journal of Marketing,* June 2018 -
Associate Editor, *Journal of Marketing Research,* July 2012 - 2020
Associate Editor, Special Issue on Social Media, *Information Systems Research*, 2011
Guest Editor, *Proceedings of the National Academy of Sciences*
Guest Editor, *Journal of Marketing*

Editorial Review Boards*: Journal of Consumer Research, Marketing Science, Journal of Consumer Psychology, Journal of Marketing Research, Journal of Marketing.*

Program Committees: *Association for Consumer Research* (2009, 2011, 2013, 2014, 2020 Knowledge Forum Chair), *Society for Consumer Psychology* (2008, 2013, 2014, 2020)

Selected Ad-Hoc Reviewing
*Journal of Personality and Social Psychology, Journal of Experimental Social Psychology, Journal of Personality, Journal of Decision Making, Organizational Behavior and Human Decision Processes, Trends in Cognitive Science, Journal of Experimental Psychology: Applied, International Journal of Research in Marketing, Psychological Science, Personality and Social Psychology Bulletin, Society for Judgment and Decision Making Conference, PLoS ONE, Social and Personality Psychology Compass, Management Science, Proceedings of the National Academy of Sciences, Evolution and Human Behavior, Journal of Behavioral Decision Making, Advances in Complex Systems, Nature: Human Behavior, Self and Identity*

**Advising**

Ike Silver (committee member)
Reihane Boghrati
Ezgi Akpinar (co-advisor) winner, 2014 McKinsey Dissertation Award
Zoey Chen (committee member)
Cindy Chan (committee member)
Amit Bhattacharjee (committee member)

**Appendix A**

## Testimony of Professor Jonah Berger since 2017

Last Updated:  January 9, 2023

I have given expert testimony in written form, at deposition, and/or at trial in the following matters since January 1, 2017:

1. *State of North Carolina ex rel. Joshua H. Stein, Attorney General vs. JUUL Labs Inc.*, General Court of Justice, Superior Court Division, State of North Carolina, Durham County, File No.: 19-CVS-2885.  Expert report dated February 16, 2021, for JUUL Labs Inc.; deposition testimony on February 23, 2021, and February 24, 2021.

2. *In Re Duramax Diesel Litigation*, United States District Court for the Eastern District of Michigan, Case No. 1:17-cv-11661-TLL-PTM, and related matters.  Expert report dated February 4, 2022; deposition testimony on March 18, 2022.

3. *JUUL Labs, In. Marketing, Sales Practices, and Products Liability Litigation*, United States District Court, Northern District of California, File No.: 19-md-02913-WHO. Expert reports dated August 27, 2021, November 15, 2021, and May 9, 2022, for JUUL Labs Inc.; deposition testimony on October 7, 2021, November 30, 2021, and May 19, 2022.

4. *J. Hart et al. v. TWC Product and Technology LLC*, United States District Court, Northern District of California, Case No. 4:20-cv-3842-JST.  Expert report dated May 20, 2022; deposition taken on June 3, 2022.

5. *J. Ciccio et al. v. SmileDirectClub, Inc.,* United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3:19-cv-00845.  Expert report dated June 27, 2022; deposition testimony on July 25, 2022.

6. *Walter Peters v. Apple, Inc.,* Superior Court of the State of California, County of Los Angeles, Case No. 19STCV21787.  Expert Report dated July 26, 2022; deposition testimony on August 26, 2022.

7. *State of Minnesota, by its Attorney General, Keith Ellison vs. Juul Labs Inc.*, Fourth Judicial District Court, State of Minnesota, County of Hennepin, Court File No. 27-CV-19-19888.  Expert Report dated August 10, 2022; deposition testimony on September 30, 2022.

8. *Fredric N. Eshelman vs. Alan H. Auerbach and Puma Biotechnology, Inc.*, United States District Court, Eastern District of North Carolina, Southern Division, Case No. 7:16-CV-18-D.  Expert Report dated August 16, 2022.

9. *Commonwealth of Kentucky, Ex Rel. Daniel Cameron, Attorney General v. Johnson &Johnson, Ethicon, Inc., and Ethicon US, LLC*, Commonwealth of Kentucky, Franklin

**Appendix A**

### Testimony of Professor Jonah Berger since 2017

Circuit Court, Division II, Civil Action No. 16-CI-867.  Expert Report dated September 15, 2022.

10. *City of Chicago v. Juul Labs, Inc. et al.*, In the Circuit Court of Cook County, Illinois County Department, Chancery Division.  Case No. 2020CH04183.  Expert Report dated September 19, 2022; deposition testimony on October 19, 2022.

11. *District of Columbia v. Juul Labs, Inc. et al.*, In the Superior Court of the District of Columbia, Civil Division.  Case No. 2019-CA-007795-B.  Expert Report dated October 14, 2022.

12. *Commonwealth of Kentucky, ex rel. Daniel Cameron, Attorney General v. Johnson & Johnson, et al.,* Commonwealth of Kentucky, Franklin Circuit Court, Civil Action No. 16-CI-867.  Deposition testimony on November 2, 2022.

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

**Pleadings and Legal Documents**

2023 01 31 Yuga Labs Second Supp. Response to ROGs (Set One) (Nos. 1-14)

2023 02 03 Yuga Labs v. Ripps - Declaration of Thomas Lehman

Complaint, Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and DOES 1–10, dated June 24, 2022

Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss; Declaration of Ryder Ripps

**Academic Literature and Books**

Aaker, David A., and Robert Jacobson, "The Value Relevance of Brand Attitude in High-Technology Markets," Journal of Marketing Research 38, no. 4 (2001).

Aaker, David A., and Robert Jacobson, "The Financial Information Content of Perceived Quality," Journal of Marketing Research 31, no. 2 (1994).

Agrawal, Deepak. "Effect of Brand Loyalty on Advertising and Trade Promotions: A Game Theoretic Analysis with Empirical Evidence," Marketing Science 15, no. 1 (1996).

Aron O'Cass and Hmily Frost, "Status Brands:  Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," Journal of Product and Brand Management, 11(2), 2002.

Arvind Rangaswamy et al., "Brand Equity and the Extendibility of Brand Names," International Journal of Research in Marketing 10(3), 1993.

Berger, Jonah and Katy Milkman, "What Makes Online Content Viral?" Journal of Marketing Research, 49, no. 2, 2012.

Berger, Jonah et al., "Uniting the Tribes: Using Text for Marketing Insight," Journal of Marketing 84, no. 1, 2020.

Berger, Jonah, Wendy Moe, and David Schweidel, "What Holds Attention: Linguistic Drivers of Content Consumption," Journal of Marketing, forthcoming (2023).

Bruno Godey et al., "Social Media Marketing Efforts of Luxury Brands: Influence on Brand Equity and Consumer Behavior," Journal of Business Research 69, no. 12, 2016.

C. Whan Park et al., "Evaluation of Brand Extensions:  The Role of Product Feature Similarity and Brand Concept Consistency," Journal of Consumer Research 18(2), 1991.

C. Whan Park et al., "Strategic Brand Concept-Image Management," Journal of Marketing 50(4), 1986.

Chan Su Park, and V. Srinivasan, "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendibility," Journal of Marketing Research 31(2), 1994.

Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," Journal of Brand Strategy 5, no. 1, 2015.

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

Das, Dipanjan et al., "Understanding Security Issues in the NFT Ecosystem," In Proceedings of ACM Conference on Computer and Communications Security (2022).

David A. Aaker and Kevin Lane Keller, "Consumer Evaluations of Brand Extensions," Journal of Marketing 54(1), 1990.

Ed Lebar et al., "Brand Equity Implications of Joint Branding Programs," Journal of Advertising Research, 45, no. 4, 2005.

Falkowski, Andrzej et al., "Are Look-Alikes Confusing?  The Application of the DRM Paradigm to Test Consumer Confusion in Counterfeit Cases," Marketing Letters 26 (2015).

Foxman, Ellen R. et al., "An Investigation of Factors Contributing to Consumer Brand Confusion," The Journal of Consumer Affairs 24, no. 1, 1990.

Frieder, Laura, and Avanidhar Subrahmanyam, "Brand Perceptions and the Market for Common Stock," Journal of Financial and Quantitative Analysis 40, no. 1 (2005).

Gene M. Grossman and Carl Shapiro, "Foreign Counterfeiters of Status Goods," The Quarterly Journal of Economics, 103(1), 1988.

Hem, Leif E. et al., "Factors Influencing Successful Brand Extensions," Journal of Marketing Management 19, no.7-8 (2003).

Hopkins, Daniel J. and Gary King, "A Method of Automated Nonparametric Content Analysis for Social Science," American Journal of Political Science 54, no. 1, 2010.

Jacqueline K. Eastman et al., "Status Consumption in Consumer Behavior:  Scale Development and Validation," Journal of Marketing Theory and Practice, 7(3), 1999.

Jean-Noël Kapferer and Vincent Bastien, "The Specificity of Luxury Management:  Turning Marketing Upside Down," Journal of Brand Management 16, no. 5/6, 2009.

Joao Niza Braga and Sofia Jacinto, "Effortless online shopping? How online shopping contexts prime heuristic processing," Journal of Consumer Behaviour 21(4), 2022.

Joffre Swait and Tülin Erdem, "Brand Effects on Choice and Choice Set Formation Under Uncertainty," Marketing Science 26(5), 2007.

Joo-Eon Jeon, "The Impact of Brand Concept on Brand Equity," Asia Pacific Journal of Innovation and Entrepreneurship, 11(2), 2017.

Keith Wilcox, et al. "Why Do Consumers Buy Counterfeit Luxury Brands?," Journal of Marketing Research Vol. XLVI (April 2009).

Kevin Lane Keller and David A. Aaker, "The Effects of Sequential Introduction of Brand Extensions," Journal of Marketing Research 29, 1992.

Kevin Lane Keller, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," Journal of Marketing 57(1), 1993.

Kevin Lane Keller, "Managing the Growth Tradeoff:  Challenges and Opportunities in Luxury Branding," Brand Management, 16(5/6), 2009.

Kevin Lane Keller, Strategic Brand Management, Fourth Edition, 2013.

# Materials Considered List
## Expert Report of Jonah Berger

Michell, Vincent-Wayne and Vassilios Papavassiliou, "Marketing Causes and Implications of Consumer Confusion," Journal of Product & Brand Management 8, no. 4, 1999.

Mitchell, Vincent-Wayne and Vassilios Papavassiliou, "Exploring Consumer Confusion in the Watch Market," Marketing Intelligence and Planning, 15, no. 4, 1997.

Packard, Grant and Jonah Berger "How Concrete Language Shapes Customer Satisfaction," Journal of Consumer Research, 47, no. 5, 2021.

Philip Kotler and Kevin Lane Keller, Marketing Management, Fourteenth Edition, 2011.

Robert T. Green and Tasman Smith, "Executive Insights:  Countering Brand Counterfeiters," Journal of International Marketing, 10(4), 2002.

Tülin Erdem and Joffre Swait, "Brand Equity as a Signaling Phenomenon," Journal of Consumer Psychology 7(2), 1998.

Tülin Erdem et al., "Brands as Signals:  A Cross-Country Validation Study," Journal of Marketing, 70, 2006.

William D. Perreault, Jr. and E. Jerome McCarthy, Basic Marketing: A global Managerial Approach, 2002.

Yang, H. and K. Li (2022), "Improving Implicit Sentiment Learning via Local Sentiment Aggregation."

Yang, H. and K. Li (2022), "PyABSA:  Open Framework for Aspect-based Sentiment Analysis."

Young Jee Han et al., "Signaling Status with Luxury Goods:  The Role of Brand Prominence," Journal of Marketing, 74, no. 4 (2010).

## Expert Reports

Expert Report of Laura O'Laughlin, February 6, 2023.

## Depositions and Transcripts

Deposion of Greg Solano and Exhibits, January 17, 2023

Deposition of Jeremy Cahen and Exhibits, January 11, 2023

Deposition of Kerem Atalay and Exhibits, January 30, 2023

Deposition of Ryan Hickman and Exhibits, December 7, 2022

Deposition of Ryder Ripps and Exhibits, January 12, 2023

Deposition of Yuga Labs and Exhibits (Rough), January 4, 2023

## Produced Documents

CLINE00000035

LEHMAN0000001

LEHMAN0000002

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000003

LEHMAN0000004

LEHMAN0000005

LEHMAN0000006

LEHMAN0000007

LEHMAN0000008

LEHMAN0000009

LEHMAN0000010

LEHMAN0000011

LEHMAN0000012

LEHMAN0000013

LEHMAN0000014

LEHMAN0000015

LEHMAN0000016

LEHMAN0000017

LEHMAN0000018

LEHMAN0000019

LEHMAN0000020

LEHMAN0000021

LEHMAN0000022

LEHMAN0000023

LEHMAN0000024

LEHMAN0000025

LEHMAN0000026

LEHMAN0000027

LEHMAN0000028

LEHMAN0000029

LEHMAN0000030

LEHMAN0000031

LEHMAN0000032

LEHMAN0000033

LEHMAN0000034

Appendix B

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000035
LEHMAN0000036
LEHMAN0000037
LEHMAN0000038
LEHMAN0000039
LEHMAN0000040
LEHMAN0000041
LEHMAN0000042
LEHMAN0000043
LEHMAN0000044
LEHMAN0000045
LEHMAN0000046
LEHMAN0000047
LEHMAN0000048
LEHMAN0000049
LEHMAN0000050
LEHMAN0000051
LEHMAN0000052
LEHMAN0000053
LEHMAN0000054
LEHMAN0000055
LEHMAN0000056
LEHMAN0000057
LEHMAN0000058
LEHMAN0000059
LEHMAN0000060
LEHMAN0000061
LEHMAN0000062
LEHMAN0000063
LEHMAN0000064
LEHMAN0000065
LEHMAN0000066

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000067

LEHMAN0000068

LEHMAN0000069

LEHMAN0000070

LEHMAN0000071

LEHMAN0000072

LEHMAN0000073

LEHMAN0000074

LEHMAN0000075

LEHMAN0000076

LEHMAN0000077

LEHMAN0000078

LEHMAN0000079

LEHMAN0000080

LEHMAN0000081

LEHMAN0000082

LEHMAN0000083

LEHMAN0000084

LEHMAN0000085

LEHMAN0000086

LEHMAN0000087

LEHMAN0000088

LEHMAN0000089

LEHMAN0000090

LEHMAN0000091

LEHMAN0000092

LEHMAN0000093

LEHMAN0000094

LEHMAN0000095

LEHMAN0000096

LEHMAN0000097

LEHMAN0000098

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

| |
|---|
| LEHMAN0000099 |
| LEHMAN0000100 |
| LEHMAN0000101 |
| LEHMAN0000102 |
| LEHMAN0000103 |
| LEHMAN0000104 |
| LEHMAN0000105 |
| LEHMAN0000106 |
| LEHMAN0000107 |
| LEHMAN0000108 |
| LEHMAN0000111 |
| LEHMAN0000112 |
| LEHMAN0000113 |
| LEHMAN0000114 |
| LEHMAN0000115 |
| LEHMAN0000116 |
| LEHMAN0000117 |
| LEHMAN0000118 |
| LEHMAN0000119 |
| LEHMAN0000120 |
| LEHMAN0000121 |
| LEHMAN0000122 |
| LEHMAN0000123 |
| LEHMAN0000124 |
| LEHMAN0000125 |
| LEHMAN0000126 |
| LEHMAN0000127 |
| LEHMAN0000128 |
| LEHMAN0000132 |
| LEHMAN0000133 |
| LEHMAN0000134 |
| LEHMAN0000135 |

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000136

LEHMAN0000137

LEHMAN0000138

LEHMAN0000140

LEHMAN0000141

LEHMAN0000142

LEHMAN0000143

LEHMAN0000144

LEHMAN0000145

LEHMAN0000146

LEHMAN0000147

LEHMAN0000148

LEHMAN0000149

LEHMAN0000150

LEHMAN0000151

LEHMAN0000152

LEHMAN0000153

LEHMAN0000154

LEHMAN0000155

LEHMAN0000156

LEHMAN0000158

LEHMAN0000159

LEHMAN0000160

LEHMAN0000161

LEHMAN0000162

LEHMAN0000164

LEHMAN0000165

LEHMAN0000166

LEHMAN0000170

LEHMAN0000171

LEHMAN0000172

LEHMAN0000173

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000174

LEHMAN0000175

LEHMAN0000176

LEHMAN0000177

LEHMAN0000178

LEHMAN0000179

LEHMAN0000180

LEHMAN0000181

LEHMAN0000182

LEHMAN0000183

LEHMAN0000184

LEHMAN0000185

LEHMAN0000186

LEHMAN0000187

LEHMAN0000188

LEHMAN0000189

LEHMAN0000190

LEHMAN0000191

LEHMAN0000192

LEHMAN0000193

LEHMAN0000194

LEHMAN0000195

LEHMAN0000196

LEHMAN0000197

LEHMAN0000198

LEHMAN0000199

LEHMAN0000200

LEHMAN0000201

LEHMAN0000202

LEHMAN0000203

LEHMAN0000204

LEHMAN0000205

Appendix B

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000206
LEHMAN0000207
LEHMAN0000208
LEHMAN0000209
LEHMAN0000210
LEHMAN0000211
LEHMAN0000212
LEHMAN0000213
LEHMAN0000214
LEHMAN0000215
LEHMAN0000216
LEHMAN0000217
LEHMAN0000218
LEHMAN0000219
LEHMAN0000227
LEHMAN0000228
LEHMAN0000229
LEHMAN0000230
LEHMAN0000231
LEHMAN0000232
LEHMAN0000233
LEHMAN0000234
LEHMAN0000235
LEHMAN0000236
LEHMAN0000239
LEHMAN0000240
LEHMAN0000241
LEHMAN0000242
LEHMAN0000243
LEHMAN0000244
LEHMAN0000245
LEHMAN0000246

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000247
LEHMAN0000248
LEHMAN0000249
LEHMAN0000250
LEHMAN0000251
LEHMAN0000252
LEHMAN0000253
LEHMAN0000254
LEHMAN0000255
LEHMAN0000285
LEHMAN0000287
LEHMAN0000288
LEHMAN0000289
LEHMAN0000291
LEHMAN0000292
LEHMAN0000293
LEHMAN0000294
LEHMAN0000295
LEHMAN0000296
LEHMAN0000297
LEHMAN0000298
LEHMAN0000299
LEHMAN0000300
LEHMAN0000301
LEHMAN0000302
LEHMAN0000303
LEHMAN0000304
LEHMAN0000305
LEHMAN0000306
LEHMAN0000307
LEHMAN0000308
LEHMAN0000309

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

LEHMAN0000312

LEHMAN0000314

RIPPSCAHEN00000001

RIPPSCAHEN00006898

YUGALABS_00000537

YUGALABS_00000539

YUGALABS_00000541

YUGALABS_00000560

YUGALABS_00000565

YUGALABS_00000567

YUGALABS_00000570

YUGALABS_00000580

YUGALABS_00000589

YUGALABS_00000605

YUGALABS_00000620

YUGALABS_00000624

YUGALABS_00000629

YUGALABS_00000631

YUGALABS_00000653

YUGALABS_00002244

YUGALABS_00002247

YUGALABS_00002406

YUGALABS_00002625

YUGALABS_00002708

YUGALABS_00003355

YUGALABS_00005833

YUGALABS_00005841

YUGALABS_00014088

YUGALABS_00015411

YUGALABS_00026714

YUGALABS_00026719

YUGALABS_00026726

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

YUGALABS_00027516

YUGALABS_00027519

YUGALABS_00027520

YUGALABS_00027523

YUGALABS_00027686

YUGALABS_00027690

YUGALABS_00029080–086

YUGALABS_00029089

YUGALABS_00029092

YUGALABS_00029097

YUGALABS_00029098

YUGALABS_00029099

YUGALABS_00029160

YUGALABS_00029191

YUGALABS_00029724

YUGALABS_00030057

YUGALABS_00030081

YUGALABS_00030103

YUGALABS_00030223-30

YUGALABS_00030236

YUGALABS_00030243

YUGALABS_00031203

YUGALABS_00031324

YUGALABS_00031325

YUGALABS_00031326

YUGALABS_00031327

YUGALABS_00031328

YUGALABS_00031329

YUGALABS_00031330

YUGALABS_00031331

YUGALABS_00031332

YUGALABS_00031333

# Materials Considered List
## Expert Report of Jonah Berger

YUGALABS_00031335
YUGALABS_00031357
YUGALABS_00031359
YUGALABS_00031367
YUGALABS_00031368
YUGALABS_00031370
YUGALABS_00031432
YUGALABS_00031433
YUGALABS_00031434
YUGALABS_00031435
YUGALABS_00031436
YUGALABS_00031472
YUGALABS_00031473
YUGALABS_00031474-553
YUGALABS_00031554
YUGALABS_00031555
YUGALABS_00031562
YUGALABS_00031563
YUGALABS_00031564
YUGALABS_00031565
YUGALABS_00031566
YUGALABS_00031567
YUGALABS_00031568
YUGALABS_00031569
YUGALABS_00031570
YUGALABS_00031571
YUGALABS_00031572
YUGALABS_00031573
YUGALABS_00031574
YUGALABS_00031575
YUGALABS_00031576
YUGALABS_00031577

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

YUGALABS_00031578
YUGALABS_00031579
YUGALABS_00031580
YUGALABS_00031581
YUGALABS_00031582
YUGALABS_00031583
YUGALABS_00031584
YUGALABS_00031585
YUGALABS_00031586
YUGALABS_00031593
YUGALABS_00031594
YUGALABS_00031595
YUGALABS_00031596
YUGALABS_00031597
YUGALABS_00031598
YUGALABS_00031601
YUGALABS_00031603
YUGALABS_00031605
YUGALABS_00031610
YUGALABS_00031612
YUGALABS_00031615
YUGALABS_00031616
YUGALABS_00031617
YUGALABS_00031618
YUGALABS_00031619
YUGALABS_00031620
YUGALABS_00031621
YUGALABS_00031626
YUGALABS_00031628
YUGALABS_00031629
YUGALABS_00031633
YUGALABS_00031635

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

YUGALABS_00031636

YUGALABS_00031637

YUGALABS_00031638

YUGALABS_00031639

YUGALABS_00031643

YUGALABS_00031645

YUGALABS_00031647

YUGALABS_00031649

YUGALABS_00032440

YUGALABS_00032446

YUGALABS_00032447

YUGALABS_00032448

YUGALABS_00032449

YUGALABS_00032452

YUGALABS_00032452–YUGALABS_00032541

YUGALABS_00032542

YUGALABS_00032552

YUGALABS_00032562

YUGALABS_00032568

YUGALABS_00032569

YUGALABS_00032569–YUGALABS_00032571

YUGALABS_00032572

YUGALABS_00032573

YUGALABS_00032573–YUGALABS_00032578

YUGALABS_00032579

YUGALABS_00032580

YUGALABS_00032581

YUGALABS_00032588

YUGALABS_00032590

# Materials Considered List
## Expert Report of Jonah Berger

| Websites |
| --- |
| "5385 - Bored Ape Yacht Club," OpenSea, https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/5385 |
| "A Better World for NFT Creators, Collectors, and Builders," Pastel, https://pastel.network/#overview/ |
| "About," Yuga Labs, available at https://www.yuga.com/about/. |
| "Adidas reveals new NFT project with Bored Ape Yacht Club," Vogue Business, December 17, 2021, available at https://www.voguebusiness.com/technology/adidas-reveals-new-nft-project-with-bored-ape-yacht-club. |
| "An intro to blockchain and NFTs," Blockchain Research Institute, available at https://www.blockchainresearchinstitute.org/an-intro-to-blockchain-and-nfts/. |
| "An Introduction to the Bored Ape Yacht Club," NFT Tech, January 11, 2022, available at https://www.nfttech.com/insights/an-introduction-to-the-bored-ape-yacht-club/. |
| Bored Ape Yacht Club creator raises $450 million to build an NFT metaverse," The Verge, March 22, 2022, available at https://www.theverge.com/2022/3/22/22991272/yuga-labs-seed-funding-a16z-bored-ape-yacht-club-bayc-metaverse-other-side |
| "Bored Ape Yacht Club creator raises $450 million to build an NFT metaverse," The Verge, March 22, 2022, available at https://www.theverge.com/2022/3/22/22991272/yuga-labs-seed-funding-a16z-bored-ape-yacht-club-bayc-metaverse-other-side. |
| "Bored Ape Yacht Club NFTs Explained," CNET, August 11, 2022, available at https://www.cnet.com/culture/internet/bored-ape-yacht-club-nfts-explained/. |
| "Bored Apes NFT startup Yuga Labs raises seed round at monster $4B valuation," TechCrunch, March 22, 2022, available at https://techcrunch.com/2022/03/22/bored-apes-nft-startup-yuga-labs-raises-at-monster-4-billion-valuation/ |
| "Branding," American Marketing Association, https://www.ama.org/topics/branding/. |
| "By Solution," Brandwatch, https://www.brandwatch.com/suite/ |
| Deraiya, Rehman, "NFTs, Their Purpose, and How They Create Value," Medium, August 1, 2022, https://medium.com/coinmonks/nfts-their-purpose-and-how-they-create-value-95d0faa285ce |
| "Dookey Dash: Yuga Labs Skill-Based NFT Game", DEXter Lab, January 23, 2023 available at https://dexterlab.com/dookey-dash-yuga-labs-skill-based-nft-game/amp/. |
| Fauvre-Willis, Anne, "Authenticity on OpenSea:  Updates to Verification and Copymint Prevention," OpenSea, May 11, 2022, https://opensea.io/blog/announcements/improving-authenticity-on-opensea-updates-to-verification-and-copymint-prevention |
| Frank E. James, "I'll Wear the Coke Pants Tonight; They Go Well With My Harley Davidson Ring," Wall Street Journal, June 6, 1985. |

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

# Materials Considered List
## Expert Report of Jonah Berger

"How are NFTs Authenticated?," Pastel, January 4, 2022, https://pastel.network/how-are-nfts-authenticated/

"How Four NFT Novices Created a Billion-Dollar Ecosystem of Cartoon Apes," Rolling Stone, November 1, 2021, available at https://www.rollingstone.com/culture/culture-news/bayc-bored-ape-yacht-club-nft-interview-1250461/.

"How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation

"How to Get Your Own Hexagonal Twitter Profile Picture," Snappa, June 1, 2022, https://snappa.com/blog/hexagonal-twitter-profile-picture/

https://coinmarketcap.com/currencies/ethereum/historical-data/

https://nftpricefloor.com/bored-ape-yacht-club

"Justin Bieber purchases Bored Ape NFT for $1.3 million," HighSnobiety, January 30, 2022, available at https://www.highsnobiety.com/p/justin-bieber-bored-ape-nft/

Khaitan, Tarang, "Yuga Labs Launches Dookey Dash Skill-Based NFT Game," The Defiant, January 17, 2023, https://thedefiant.io/yuga-labs-dookey-dash

LCX Team, "About LCX," LCX, 2018–2023, https://www.lcx.com/about

LCX Team, "How to Verify NFT Authenticity," LCX, February 10, 2022, https://www.lcx.com/how-to-verify-nft-authenticity/

Natasha Bach, "McDonald's and Disney are Reuniting After Over a Decade Apart-And It Means Disney Toys in Your Happy Meals," Business Insider, February 28, 2018, https://www.businessinsider.com/mcdonalds-and-disney-are-reuniting-2018-2

"NFT Dashboard," CryptoSlam!, https://www.cryptoslam.io/collections

"Non-Fungible Token Prices, Charts and Sales Data Tracker," NFT Price Floor, https://nftpricefloor.com/

"Ronald, Mickey Form New Alliance; McDonald's To Open Eateries At Walt Disney Theme Parks," Los Angeles Daily News, September 21, 1997, https://www.spokesman.com/stories/1997/sep/21/ronald-mickey-form-new-alliance-mcdonalds-to-open/.

"RR/BAYC," CoinStats, https://coinstats.app/nft/rrbayc

"RR/BAYC," RRBAYC, https://rrbayc.com/

Sandal, Gokce, "The Rise of Virtual Status Symbols: Blockchain, Digital Art and NFTs," Futures Platform, March 23, 2021, https://www.futuresplatform.com/blog/rise-virtual-status-symbols

"Sewer Pass," NFT Price Floor, https://nftpricefloor.com/sewer-pass-nft.

Shane Barker, "How to Create an NFT," Mention, August 10, 2022, https://mention.com/en/blog/how-to-create-an-nft/.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

"Snoop Dogg and Eminem's Bored Ape music video is here to try and sell us on tokens," TheVerge, June 24, 2022, https://www.theverge.com/2022/6/24/23181936/bayc-eminem-snoop-dogg-yuga-labs-nft.

"Steph Curry Just Bought a Bored Ape Yacht Club NFT for $180,000 USD Worth of ETH," HypeBeast, August 30, 2021, available at https://hypebeast.com/2021/8/stephen-curry-bored-ape-yacht-club-nft-55-ethereum-purchase.

Stephen, Bijan, "Go read this story on the real history of NFTs," The Verge, April 2, 2021.

Steve Kaczynski and Scott Duke Kominers, "How NFTs Create Value," Harvard Business Review, November 10, 2021, https://hbr.org/2021/11/how-nfts-create-value,

Tapscott, Alex, "With NFTs, the digital medium is the message," Fortune, October 4, 2021, https://fortune.com/2021/10/04/nfts-art-collectibles-medium-is-the-message/.

"The 'Bored Ape Yacht Club' Appears To Have A Ryder Ripps Problem After 'RR/BAYC' Outsold Them On OpenSea For First Time," Know Your Meme, June 22, 2022, https://knowyourmeme.com/news/the-bored-ape-yacht-club-has-a-ryder-ripps-problem-after-rrbayc-outsold-them-on-opensea.

"The Four Ps of Marketing," American Marketing Association, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/.

"TV host Jimmy Fallon reveals he owns a Bored Ape Yacht Club NFT," Yahoo, November 11, 2021, available at https://www.yahoo.com/video/tv-host-jimmy-fallon-reveals-164716453.html

Tweet, @apebayc, May 10, 2022, https://twitter.com/apebayc/status/1524027043444363269

Tweet, @BoredApeYC, October 19, 2022, https://twitter.com/BoredApeYC/status/1582763964769136642

Tweet, @Cryptogeenie, May 10, 2022, https://twitter.com/Cryptogeenie/status/1523924510423932928

Tweet, @CryptoJooj, June 16, 2002, https://twitter.com/CryptoJooj/status/1537439831067832322

Tweet, @OGDfarmer, February 3, 2023, https://twitter.com/OGDfarmer/status/1621621041851256833

Tweet, @ryder_ripps, May 17, 2022, https://twitter.com/ryder_ripps/status/1526675204348387328

"Twitter debuts hexagon-shaped NFT profile pictures," Reuters, January 20, 2022, https://www.reuters.com/technology/twitter-debuts-hexagon-shaped-nft-profile-pictures-2022-01-21/

"Welcome to the Bored Ape Yacht Club," BAYC, https://boredapeyachtclub.com.

"What is an NFT?," OpenSea Learn, dated December 24, 2022, available at https://opensea.io/learn/what-are-nfts.

**Appendix B**

# Materials Considered List
## Expert Report of Jonah Berger

"What is blockchain technology?," IBM, available at https://www.ibm.com/topics/what-is-blockchain.

"What is tokenized real estate? A beginner's guide to digital real estate ownership," Cointelegraph, available at https://cointelegraph.com/nonfungible-tokens-for-beginners/what-is-tokenized-real-estate

"Yuga Labs Closes $450 Million Seed Round of Funding, Valuing the Company at $4 Billion; Confirms Plans for Metaverse Project," BusinessWire, March 22, 2022, available at https://www.businesswire.com/news/home/20220322006088/en/Yuga-Labs-Closes-450-Million-Seed-Round-of-Funding-Valuing-the-Company-at-4-Billion-Confirms-Plans-for-Metaverse-Project.

"Yuga Labs Launches Dookey Dash Skill-Based NFT Game," The Defiant, January 17, 2023, https://thedefiant.io/yuga-labs-dookey-dash.

Note:  In addition to the documents in this list, I considered all documents cited in my report, appendices, and backup.

**Appendix C**



**streeto**
@streetoshi

· · ·

Replying to @_etheth @DrShinigami and @ryder_ripps

i bought an rr bayc because i thought it was made by yuga

10:35 AM · Jun 21, 2022 · Twitter for iPhone

2 Likes

YUGALABS_00015411

**Appendix C**



YUGALABS_00027516

**Appendix C**





**Appendix C**



YUGALABS_00002625



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002626

**Appendix C**



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002627



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002628

**Appendix C**



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002629

**Appendix C**



YUGALABS_00002630

**Appendix C**



mikerosko.eth ❓ @Mike_Rosko_ · Jul 8
Replying to @0xGem
👀

01.eth | kreeznotic 🗡 | kreez.og @kreeznotic · Jul 8
Replying to @0xGem
@oksoonbot stamp

💬 1

apeuniverse.eth (🦍,🥮) @apeuniverse_eth · Jul 8
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

♡ 1

owsteen.eth @AstroImpulse · Jul 8
Replying to @0xGem
Even as an RR ape. 6 eth pretty insane

W3nzel.eth @thisiswenzel · Jul 8
Replying to @0xGem
It's a RR ape.

Andy00 @beef1218 · Jul 8
Replying to @0xGem
Something must be terribly wrong with this...

Simon @joergloo · Jul 8
Replying to @0xGem
steel

HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

YUGALABS_00002631

**Appendix C**



YUGALABS_00002632

**Appendix C**



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002633

**Appendix C**



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY                    Page 13

**Appendix C**



YUGALABS_00000570

**Appendix C**



**apeuniverse.eth** (🦍,🥖) @apeuniverse_eth · 26m    ···

Replying to @0xGem

What a gold ape sold for 6eth must be a glitch!

💬          ⟲          ♡ 1          ⬆

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY          Page 15

YUGALABS_00000580

**Appendix C**



GemBot 💎🧹🤖
@0xGem

Gem Sweep! 13 Bored Ape Yacht Club bought for
18.458 ETH etherscan.io/tx/0xd7bff3b1e…



6:44 PM · Jun 20, 2022

**5** Retweets   **3** Quote Tweets   **14** Likes



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Appendix C**



Gem Sweep! 14 Bored Ape Yacht Club bought for 6.0446 ETH etherscan.io/tx/0x4579820a6...



8:59 AM · Jun 23, 2022

**10** Retweets   **5** Quote Tweets   **58** Likes



HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

**Appendix C**



**Appendix C**



HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00031333

**Appendix C**



Gem Sweep! 21 Bored Ape Yacht Club bought for
1.42205 ETH etherscan.io/tx/0x7d607c529...



10:57 PM · Dec 28, 2022 · **8,868** Views

**1** Retweet   **5** Quote Tweets   **10** Likes



YUGALABS_00031335

**Appendix C**



YUGALABS_00002708

**Appendix C**



**sachdana.eth** @SachDana · Sep 11                                                    · · ·
Replying to @Pauly0x
I'll answer the others too.

From the UK. Not a royalist. Dislike the monarchy.
Their problematic history is well documented.

Also, a person died. Ripping her apart before she's even buried seems
distasteful.

I'm a big believer in go high when they go low. This feels low.

   ◯ 1                      ⇄                      ♡ 6                      ⬆

**Mitch D** @m_downey · Sep 11                                                          · · ·
Replying to @SachDana and @Pauly0x
As an American…irreverence towards elites is kind of our thing. I honestly
don't see why it's important to "show respect" after a monarch dies. I'd
have the same opinion if our president or the pope died.

   ◯ 1                      ⇄                      ♡ 1                      ⬆

**sachdana.eth** @SachDana · Sep 11                                                    · · ·
Replying to @m_downey and @Pauly0x
It's not because she was a monarch. Its because she was a person. Was
she bestowed wealth and privilege in an antiquated way that I think should
be abolished? Yes. Was she a terrible person whose death should be
cheered and joked about? No.

That's all really. It feels icky

   ◯ 2                      ⇄                      ♡ 5                      ⬆

**PAULY** @Pauly0x · Sep 11                                                              · · ·
Replying to @SachDana and @m_downey
"She was a person" - dude with racist monkey pfp

   ◯ 1                      ⇄ 1                    ♡                        ⬆

**sachdana.eth** @SachDana · Sep 11                                                    · · ·

YUGALABS_00002709

**Appendix C**



Replying to @PaulyOx and @m_downey

No. Dude with RRBAYC who is a staunch defender of what you and Ryder are doing with regards to Yuga. Who contacted Ryder before it blew up offering advice and support.

💬 1      ⟲      ♡ 2      ⬆

PAULY⇒ @PaulyOx · Sep 11          ···
Replying to @SachDana and @m_downey
Lol

💬 1      ⟲      ♡      ⬆

sachdana.eth @SachDana · Sep 11          ···
Replying to @PaulyOx and @m_downey
Err ok. You know saying my pfp is racist is exactly the rhetoric/defence that BAYC copium crew throw at RR constantly about his collection.

Is my pfp racist?

💬 1      ⟲      ♡ 1      ⬆

PAULY⇒ @PaulyOx · Sep 11          ···
Replying to @SachDana and @m_downey
Yes. The iconography of BAYC is racist and Nazi. Full stop.

We use NFTs as a means to draw attention to that.

💬 1      ⟲      ♡      ⬆

sachdana.eth          ···
@SachDana

Replying to @PaulyOx and @m_downey

## Just so I'm clear here, so your Prussian helmet right now and Ryder's pfp are also racist?

12:00 PM · Sep 11, 2022 · Twitter for Android

**2** Likes

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY          Page 23

YUGALABS_00002710

**Appendix C**

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

YUGALABS_00002711

**Appendix C**



YUGALABS_00027520

**Appendix C**



YUGALABS_00029092

**Appendix D**

# Data Appendix

## <u>Data Collection and Processing</u>

1.      As noted in my report, Brandwatch collects and stores Twitter posts (tweets) and provides access to those tweets through an online user interface. Through this interface, tweets can be queried and extracted for analysis.

2.      For my analyses, I queried tweets from Brandwatch using the following string search criteria: ((bayc OR bored*ape) NOT (nftgiveaway* OR current*bag).  Tweets that Brandwatch categorized as competitions and giveaways were excluded.

3.      Due to data limitations imposed by Brandwatch, sampling rates varied based on the time interval and total volume of tweets.

   i.   12/1/21–5/5/22: Tweets are sampled at a 5% rate (95,860 of an estimated 1,917,200 total tweets).

  ii.   5/6/22–5/19/22:  All tweets are collected, totaling 121,923.

 iii.   5/20/22–6/11/22:  Tweets are sampled at a 50% rate (99,942 of an estimated 199,884 total tweets).

 iv.   6/12/22–6/27/22:  All tweets are collected, totaling 167,387.

4.      The following exclusions were applied.

   i.  Tweets containing any of the following strings: "nftgiveaway," "current bag," "currentbag," "rt & like," "like&retweet," "like & retweet," "like/retweet," "tag 3 friends," "tag + 3 friends" were excluded.

  ii.  Tweets from the accounts @ryder_ripps or @pauly0x were excluded.

**Appendix D**

    iii.  Tweets in which a BAYC-related string appeared solely among three or more consecutive hashtags, and no other place in the tweet, were excluded.

5.    All engagement types ("tweet," "retweet," "reply," and "quote") are considered in the analyses.

## **Aspect-Based Sentiment Model**

6.    I analyzed consumer attitudes toward BAYC and Yuga Labs using a pretrained, aspect-based sentiment model ("model") described in more detail in Yang and Li (2022a) and Yang and Li (2022b).[1]

7.    Using the population of tweets described above, the data were prepared for the model by tagging aspects of interest.  Each aspect is a term of interest for which the model provides an assessment of the tweet's sentiment.  A tweet may have multiple aspects and, when that is the case, the model identifies a sentiment associated with each aspect and each is counted.  The categories of aspects considered are BAYC, Yuga Labs, and RR/BAYC.

    i.  <u>BAYC-related aspects:</u>  "@boredapeyc," "#bayc," "#bored ape," "#bored ape yacht club," "#boredape," "#boredapeyc," "bayc," "bored ape," "bored ape yacht club," "boredape," "boredapeyc"

    ii.  <u>Yuga Labs-related aspects:</u>  "@yugalabs," "#yuga," "#yuga labs," "yuga," "yuga labs"

    iii.  <u>RR/BAYC or Ryder Ripps related aspects:</u>  "@ryder_ripps," "#rr," "#rr/bayc," "#rrbayc," "#ryder," "#ryderripps," "ripps," "rr," "rr bayc,"

---

[1] Yang, Heng and Ke Li, "Improving Implicit Sentiment Learning via Local Sentiment Aggregation," *Association for the Advancement of Artificial Intelligence*, 2022 ("Yang and Li (2022a)"); Yang, Heng and Ke Li, "PyABSA: Open Framework for Aspect-based Sentiment Analysis," *Association for the Advancement of Artificial Intelligence*, 2022 ("Yang and Li (2022b)").

**Appendix D**

"rr?bayc," "rr.bayc," "rr/bayc," "rr\bayc," "rr|bayc," "rrbayc," "ryder,"
"ryder ripps," "ryderripoff," "ryderripps," "ryders

8.       The model analyzed the sentiments within tweets for the aspects
related to BAYC and Yuga Labs.  When a tweet contains multiple aspects related
to BAYC or Yuga Labs, each is counted.  The aspect-tagged text from each tweet
was used as the input to the pretrained model.  For each tweet, the output provides
an aspect-level classification along with a percentage score for positive, neutral,
and negative.  If the sentiment related to a given aspect is classified through the
model as neutral, but the positive score is greater than the negative score by more
than five percentage points, the sentiment toward that aspect is reclassified as
positive.  Similarly, if the sentiment related to a given aspect is classified through
the model as neutral, but the negative score is greater than the positive score by
more than five percentage points, the sentiment toward that aspect is reclassified as
negative.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY

**Appendix E**

## Weekly proportion of tweets referencing "BAYC" or "Bored Ape" that also include a reference to Mr. Ripps or RR/BAYC
### 12/1/21 – 6/27/22



Source:  Brandwatch; Yang and Li (2022a); Yang and Li (2022b)

Note:  Weekly proportions are of all tweets referencing "BAYC," or "Bored Ape" that also include a reference to Mr. Ripps or the RR/BAYC collection.  References to Mr. Ripps or the RR/BAYC collection are assessed using the aspects explained in more detail in Appendix D.  Weeks begin on the Wednesday of every week.

HIGHLY CONFIDENTIAL:  ATTORNEYS' EYES ONLY