# Exhibit A.2

# *Yuga Labs, Inc. v. Ripps*
## Case 2:22-cv-04355

## Supplemental Expert Report of Professor Jonah Berger
## May 19, 2023

HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

**TABLE OF CONTENTS**

I. Qualifications ........................................................................................................1

II. Materials Considered............................................................................................1

## I. QUALIFICATIONS

1.      I submitted an expert report in the above-captioned proceeding on behalf of Plaintiffs on February 6, 2023 ("Berger Report") and a declaration on March 3, 2023 ("Berger Declaration").  My qualifications are as described in Section I and Appendix A of the Berger Report.  An updated curriculum vitae and my list of testimony in the preceding four years is attached as Appendix A to this report.

## II. MATERIALS CONSIDERED

2.      In forming my opinions, I have reviewed documents and other materials provided to me by counsel for Yuga Labs or obtained from public sources.  These materials include, among others, documents and data produced in this litigation. Since submitting the Berger Report, I have been asked by counsel for Plaintiffs to review additional documents in connection with my opinions in this case.  Appendix B of this report lists additional documents I have considered

in forming my opinions. After reviewing these materials, the opinions in the Berger Report and Berger Declaration remain unchanged.

                                      Executed this 19 day of May, 2023

                                      _____

                                      Jonah Berger

# Jonah Berger

The Wharton School • University of Pennsylvania
jberger@wharton.upenn.edu

---

**Academic Positions**

*The Wharton School, University of Pennsylvania*
    Associate Professor of Marketing (with tenure)      May 2013 –
    James G. Campbell, Jr. Assistant Professor of Marketing      July 2010— May 2013
    Assistant Professor of Marketing      July 2007 – June 2010

*Cornell NYC Tech*, Cornell University
    Visiting Professor of Marketing      July 2014— June 2015

*Fuqua School of Business, Duke University*
    Visiting Associate Professor of Marketing      July 2013 – Dec 2013

**Education**
    Ph.D., Marketing, Stanford University, Graduate School of Business, 2007
    B.A., Human Judgment and Decision Making (with Distinction), Stanford University, 2002

**Honors and Awards**
    Sage 10-Year Impact Award (1 of the 3 most cited articles in all Sage journals in 2012), 2023
    MSI Scholar, 2020
    AMA-Sheth Foundation Doctoral Consortium Fellow, 2019, 2020, 2021, 2022
    Wharton Teaching Excellence Award 2019, 2020, 2021
    William F. O'Dell Award, Journal of Marketing Research, 2017
    Top 5 Most Productive Researchers in Marketing, AMA DocSig 2017-
    Outstanding Reviewer Award, *Journal of Consumer Research* 2015-2016
    Best 2012 Article Finalist, *Journal of Consumer Research,* 2015
    Top 30 Leaders in Business, American Management Association, 2015
    Emerald Citations of Excellence, article published in 2012, 2015
    Berry-AMA Book Prize for Best Book in Marketing, 2014
    Top 5 Most Productive Researchers in Marketing 2009-13, AMA DocSig 2013
    Most Creative People in Business, Fast Company, 2013
    Paul Green Award, *Journal of Marketing Research*, Finalist 2013
    Early Career Award, *Association for Consumer Research*, 2013
    Early Career Award, *Society for Consumer Psychology*, 2012
    Dean's Research Grant, The Wharton School, 2012
    Outstanding Reviewer Award, *Journal of Consumer Research* 2010-2011
    Outstanding Reviewer Award, *Journal of Consumer Psychology*, 2010-2011
    "Iron Prof" Award for "awesome faculty research," The Wharton School, 2011
    MBA Teaching Commitment and Curricular Innovation Award, The Wharton School, 2011
    Dean's Research Grant, The Wharton School, 2011
    Young Scholars Program, Marketing Science Institute, 2011
    Alex Panos Research Grant, The Wharton School, 2011
    *Journal of Consumer Research* Best 2007 Article Award Finalist, 2010
    James G. Campbell, Jr. Memorial Term Professorship, 2010
    Dean's Research Grant, The Wharton School, 2010

AMA-Sheth Foundation Doctoral Consortium Fellow, 2006
Society for Consumer Psychology, Best Student Paper Award (Honorable Mention), 2006
Management Science Institute/JCP Research Competition (Honorable Mention), 2004
Jaedeke Scholar, Stanford Graduate School of Business, 2003

**Publications**

1. Packard, Grant and Jonah Berger (2023) "The Emergence and Evolution of Consumer Language Research," *forthcoming,* Journal of Consumer Research.

2. Packard, Grant, Jonah Berger, and Reihane Boghrati (2023) "How Verb Tense Shapes Persuasion," Journal of Consumer Research.

3. Giovanni Luca Cascio-Rizzo, Jonah Berger, Rumen Pozharliev, and Matteo De Angelis (2023), "How Sensory Language Shapes Consumer Responses to Influencer-Sponsored Content," *forthcoming*, Journal of Consumer Research.

4. Berger, Jonah, Wendy Moe, and David Schweidel (2023), "What Holds Attention? Linguistic Drivers of Engagement," Journal of Marketing.

5. Oba, Demi and Jonah Berger (2023), "How Communication Mediums Shape the Message," *Conditionally Accepted*.

6. Boghrati, Reihane, Jonah Berger, and Grant Packard (2023), "Style, Content, and the Success of Ideas," Journal of Consumer Psychology.

7. Boghrati, Reihane and Jonah Berger, "Quantifying Cultural Change: Gender Bias in Music," *forthcoming*, Journal of Experimental Psychology: General.

8. Berger, Jonah, Joshua Conrad Jackson, and Ceren Kolsarici (2023), "Catalyzing Social Change: Does Concentration Encourage Action?" *forthcoming*.

9. Weingarten, Evan, and Jonah Berger (2023), "Discussing Proximal Pasts and Far Futures," Journal of Consumer Psychology.

10. Packard, Grant and Jonah Berger (2023), "Wisdom from Words: The Psychology of Consumer Language," Consumer Psychology Review, 6(1), 3-16.
    - Lead Article

11. Rogers, Benjamin A., Herrison Chicas, John Michael Kelly, Emily Kubin, Michael S. Christian, Frank J. Kachanoff, Jonah Berger, Curtis Puryear, Dan P. McAdams, Kurt Gray (2023), "Seeing Your Life Story As a Hero's Journey Increases Meaning in Life," Journal of Personality and Social Psychology.

12. Berger, Jonah, Matt Rocklage, and Grant Packard (2022) "Expression Modalities: How Speaking Versus Writing Shapes Word of Mouth," Journal of Consumer Research, 49(3), 389-408.
    - Editor's choice

13. Berger, Jonah and Grant Packard (2022) "Using Language to Understand People and Culture," American Psychologist, 77(4), 525–537

14. Laurino Dos Santos, Henrique and Jonah Berger (2022), "The Speed of Stories: Semantic Progression and Narrative Success," Journal of Experimental Psychology: General.
    - Authors contributed equally

15. Berger, Jonah, Grant Packard, Reihane Boghrati, Ming Hsu, Ashlee Humphreys, Andrea Luangrath, Sarah Moore, Gideon Nave, Christopher Olivola, Matthew Rocklage (2022) "Marketing Insights from Text," *Forthcoming,* Marketing Letters.

16. Madan, Shilpa, Gita Venkataramani Johar, Jonah Berger, Pierre Chandon, Rajesh Chandy, Rebecca Hamilton, Leslie John, Aparna Labroo, Peggy J. Liu, John G. Lynch, Jr., Nina Mazar, Nicole Mead, Vikas Mittal, Christine Moorman, Michael I. Norton, John Roberts, Dilip Soman, Madhu Viswanathan, Katherine White (2002), "Reaching for Rigor and Relevance: Better Marketing Research for a Better World," *Forthcoming*, Marketing Letters.

17. Toubia, Olivier, Jonah Berger, and Josh Eliashberg (2021), "Quantifying the Shape of Stories Predicts Their Success," Proceedings of the National Academy of Sciences, 118(26).
    - First two authors contributed equally

18. Berger, Jonah, Yoon Duk Kim, and Robert Meyer (2021) "What makes Content Engaging? How Emotional Dynamics Shape Success," Journal of Consumer Research, 48(2), 235-250.

19. Packard, Grant and Jonah Berger (2021) "How Concrete Language Shapes Customer Satisfaction," Journal of Consumer Research, 47(5), 787-806.

20. Rifkin, Jacqueline, Katherine Crain, and Jonah Berger (2021), "Penny for Your Preferences: Leveraging Self-Expression to Increase Prosocial Giving," Journal of Marketing, 85(3), 204-219.

21. Jacqueline Rifkin and Jonah Berger (2021), "How Nonconsumption Can Turn Ordinary Items into Perceived Treasures" Journal of the Association of Consumer Research, 6(3), 350-361.

22. McDuff, Daniel and Jonah Berger (2021), "Why Do Some Advertisements Get Shared More than Others? Quantifying Facial Expressions to Gain New Insights," Journal of Advertising Research, 60(4), 370-380.

23. Packard, Grant and Jonah Berger (2020) "Thinking of You: How Second Person Pronouns Shape Cultural Success," Psychological Science, 31(4), 397-407.

24. Bellezza, Silvia and Jonah Berger (2020), "Trickle-Round Signals: When Low Status Is Mixed with High," Journal of Consumer Research, 47(1), 100-127.

25. Berger, Jonah, Ashlee Humphreys, Stephen Ludwig, Wendy Moe, Oded Netzer, and David Schweidel (2020), "Uniting the Tribes: Using Text for Marketing Insight," Journal of Marketing, 84(1), 1-25

26. Van Zant, Alex and Jonah Berger (2019) "How the Voice Persuades," Journal of Personality and Social Psychology, 118(4), 661-682.

27. Berger, Jonah and Grant Packard (2018), "Are Atypical Things More Popular?" Psychological Science, 29(7), 1178-1184.

28. Gullo, Kelley, Jonah Berger, Jordan Etkin, and Bryan Bollinger (2018), "Does Time of Day Affect Variety Seeking?" Journal of Consumer Research, 46(1), 20-35.

29. Berger, Jonah and Alixandra Barasch (2018) "A Candid Advantage? The Social Benefits of Candid Photos," Social Psychological and Personality Science, 9(8), 1010-1016.

30. Buechel, Eva and Jonah Berger (2018), "Microblogging and the Value of Undirected Communication" Journal of Consumer Psychology, 28(1), 40-55.

31. Packard, Grant and Jonah Berger (2017), "How Language Shapes Word of Mouth's Impact," Journal of Marketing Research, 54(4), 572-588.

32. Sela, Aner Jonah Berger, and Joshua Kim (2017) "How Self-Control Shapes the Meaning of Choice" Journal of Consumer Research, 44(4), 724-737.

33. Weingarten, Evan and Jonah Berger (2017) "Fired Up for the Future: How Time Shapes Sharing," Journal of Consumer Research, 44(2), 432-447.

34. Akpinar, Ezgi and Jonah Berger (2017), "Valuable Virality," Journal of Marketing Research, 54(2), 318-330.

35. Berger, Jonah (2016), "Does Presentation Order Impact Choice After Delay?" Topics in Cognitive Science, 8(3), 670-684.

36. Chen, Zoey and Jonah Berger (2016) "How Content Acquisition Method Affects Word of Mouth," Journal of Consumer Research, 43(1), 86-102.

37. Park, Minsu, Mor Naaman, and Jonah Berger (2016) A Data-driven Study of View Duration on YouTube, 10th International AAAI Conference on Weblogs and Social Media (ICWSM).

38. Gregory Park, Andrew Schwartz, Margaret Kern, Maarten Sap, Evan Weingarten, Johannes Eichstaedt, Jonah Berger, David Stillwell, Michal Kosinski, Lyle Ungar, and Martin Seligman (2016) "Living in the Past, Present, and Future: Measuring Temporal Orientation with Language," Journal of Personality, 85(2), 270-280.

39. Akpinar, Ezgi and Jonah Berger (2015), "Drivers of Cultural Success: The Case of Sensory Metaphors," Journal of Personality and Social Psychology, 109 (1), 20-34.

40. Schwartz, H. Andrew, Park, G., Sap, M., Weingarten, E., Eichstaedt, J., Kern, M., Stillwell, D., Kosinski, M., Berger, J., Seligman, M., & Ungar, L. (2015). Extracting Human Temporal Orientation from Facebook Language. NAACL-2015: Conference of the North American Chapter of the Association for Computational Linguistics.

41. Berger, Jonah (2014) "Word-of-Mouth and Interpersonal Communication: A Review and Directions for Future Research" Journal of Consumer Psychology, 24(4), 586-607.

42. Barasch, Alix and Jonah Berger (2014) "Broadcasting and Narrowcasting: How Audience Size Impacts What People Share," Journal of Marketing Research, 51(3), 286-299.

43. Bhattacharjee, Amit, Jonah Berger and Geeta Menon (2014), "When Identity Marketing Backfires: Consumer Agency in Identity Expression," Journal of Consumer Research, 41(2), 294-309.

44. Milkman, Katherine and Jonah Berger (2014), "The Science of Sharing and the Sharing of Science" <u>Proceedings of the National Academy of Sciences</u>. 111(4), 13642-13649.

45. Berger, Jonah (2014), "Beyond Viral: Interpersonal Communication in the Internet Age," <u>Psychological Inquiry</u>, 24, 293-296.

46. Berger, Jonah and Raghuram Iyengar (2013), "Communication Channels and Word of Mouth: How the Medium Shapes the Message," <u>Journal of Consumer Research</u>, 40(3), 567-579.

47. Chen, Zoey and Jonah Berger (2013), "When, Why, and How Controversy Causes Conversation," <u>Journal of Consumer Research</u>, 40(3), 580-593.

48. Sela, Aner and Jonah Berger (2012) "How Attribute Quantity Influences Option Choice," <u>Journal of Marketing Research</u>, December, 942-953.

49. McShane, Blakely, Eric T. Bradlow, and Jonah Berger (2012), "Visual Influence and Social Groups" <u>Journal of Marketing Research</u>, December, 854-871.

50. Berger, Jonah, Eric Bradlow, Alex Braunstein, and Yao Zhang (2012), "From Karen to Katie: Using Baby names to Study Cultural Evolution" <u>Psychological Science</u>, 23 (10), 1067-1073.

51. Chan, Cindy, Jonah Berger, and Leaf Van Boven (2012), "Identifiable but not Identical: Combining Social Identity and Uniqueness Motives in Choice" <u>Journal of Consumer Research</u>, 39(3), 561-573.

52. Berger, Jonah and Katy Milkman (2012), "What Makes Online Content Viral?" <u>Journal of Marketing Research</u>, 49 (2), 192-205.
    - **Sage 10-Year Impact Award (3 most cited articles in all Sage journals in 2012), 2023**
    - **William F. O'Dell Award, Journal of Marketing Research, 2017**
    - **Paul Green Award Finalist, Journal of Marketing Research, 2013**
    - **Emerald Citations of Excellence, 2015**

53. Sela, Aner and Jonah Berger (2012), "Decision Quicksand: How Trivial Choice Suck Us In" <u>Journal of Consumer Research</u>, 39(2), 360-370.
    - **Best 2012 Article Finalist, Journal of Consumer Research**

54. Berger, Jonah and Eric Schwartz (2011), "What Drives Immediate and Ongoing Word of Mouth?" <u>Journal of Marketing Research</u>, October, 869-880.

55. Berger, Jonah and Baba Shiv (2011), "Food, Sex, and the Hunger for Distinction." <u>Journal of Consumer Psychology</u>, 21, 464-472.

56. Berger, Jonah (2011), "Arousal Increases Social Transmission of Information," <u>Psychological Science</u>, 22(7), 891-893.

57. Berger, Jonah and Devin Pope (2011), "Can Losing Lead to Winning?" <u>Management Science</u>, 57(5), 817-827.

58. Berger, Jonah and Morgan Ward, (2010) "Subtle Signals of Inconspicuous Consumption," <u>Journal of Consumer Research</u>, 37(4), 555-569. (Lead Article)

59. Berger, Jonah, Alan T. Sorensen, and Scott J. Rasmussen (2010), "Positive Effects of Negative Publicity: When Negative Reviews Increase Sales," Marketing Science, 29(5), 815-827.

60. Berger, Jonah and Gael Le Mens (2009), "Key Considerations in Studying Cultural Abandonment Using Baby Names," Proceedings of the National Academy of Sciences.

61. Berger, Jonah and Gael Le Mens (2009), "How Adoption Speed Affects the Abandonment of Cultural Tastes," Proceedings of the National Academy of Sciences, 106, 8146-8150.

62. Sela, Aner, Jonah Berger, and Wendy Liu (2009), "Variety, Virtue, and Vice: How Assortment Size Influences Option Choice," Journal of Consumer Research, 35(3), 941-951.

63. Berger, Jonah and Chip Heath (2008) "Who Drives Divergence? Identity Signaling, Outgroup Dissimilarity, and the Abandonment of Cultural Tastes," Journal of Personality and Social Psychology, 95(3), 593-607.

64. Berger, Jonah and Lindsay Rand (2008), "Shifting Signals to Help Health: Using Identity Signaling to Reduce Risky Heath Behaviors," Journal of Consumer Research, 35(2), 509-518.

65. Berger, Jonah, Marc Meredith, and S. Christian Wheeler (2008), "Contextual Priming: Where People Vote Affects How They Vote," Proceedings of the National Academy of Sciences, 105 (26), 8846-8849.
    - **Featured in *Nature* (2008). 453, 1197.**

66. Berger, Jonah and Gráinne M. Fitzsimons (2008), "Dogs on the Street, Pumas on Your Feet: How Cues in the Environment Influence Product Evaluation and Choice," Journal of Marketing Research, 45(1), 1-14. (Lead Article)

67. Wheeler, S. Christian and Jonah Berger (2007), "When the Same Prime Leads to Different Effects," Journal of Consumer Research, 34(3), 357-368.

68. Berger, Jonah and Chip Heath (2007), "Where Consumers Diverge from Others: Identity-Signaling and Product Domains," Journal of Consumer Research, 34(2), 121-134. (Lead Article)
    - **Best 2007 Article Finalist, *Journal of Consumer Research***
    - **3rd highest cited JCR paper, 2011-2014**

69. Berger, Jonah, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions and Choice," Marketing Science, 26, 460-472. (Lead Article)

70. Pronin, Emily, Jonah Berger, and Sarah Molouki (2007), "Alone in a Crowd of Sheep: Asymmetric Perceptions of Conformity and Their Roots in an Introspection Illusion," Journal of Personality and Social Psychology, 92(4), 585-595.
    - **Featured in Editor's Choice section of *Science* (2007). 316, 1814.**

71. Heath, Chip, Ben Ho, and Jonah Berger (2006), "Focal Points in Coordinated Divergence," Journal of Economic Psychology, 27(5), 635-647.

72. Berger, Jonah and Chip Heath (2005), "Idea Habitats: How the Prevalence of Environmental Cues Influences the Success of Ideas," Cognitive Science, 29, 195-221. (Lead Article)

Appendix A<br>May 2023

**Books, Chapters, and Other Publications**

73. Berger, Jonah (2020), *Magic Words: What to Say to Get Your Way,* Harper Collins.

74. Berger, Jonah (2020), *The Catalyst: How to Change Anyone's Mind,* Simon & Schuster.
    - **New York Times and Wall Street Journal Bestseller**

75. Berger, Jonah (2016), *Invisible Influence: The Hidden Forces that Shape Behavior,* Simon & Schuster.
    - **New York Times and Wall Street Journal Bestseller**

76. Berger, Jonah (2013), *Contagious: Why Things Catch On*, Simon & Schuster.
    - **New York Times, Wall Street Journal Bestseller, Amazon Best Business Book of 2013, AMA-Berry Book Prize for Best Book in Marketing 2014**
    - **A million copies in print in over 35 languages**

77. Berger, Jonah (2021), "Want Your Ad to Go Viral? Activate These Emotions," Harvard Business Review. February 4

78. Berger, Jonah (2020), "How to Persuade People to Change Their Behavior," Harvard Business Review. April 20

79. Berger, Jonah (2016), "The Goldilocks Theory of Product Success," Harvard Business Review. July 7

80. Buechel, Eva C. and Jonah Berger (2015), "Motivations for Consumers Engaging with Social Media," Consumer Psychology in a Social Media World.

81. Berger, Jonah (2015), "Word of Mouth and Interpersonal Communication," Cambridge Handbook of Consumer Psychology

82. Berger, Jonah (2012), "Crafting Contagious," Google Think Quarterly. August, 60-61.

83. Berger, Jonah (2012), "Bad Reviews Can Boost Sales. Here's Why," Harvard Business Review. March 28.

84. Berger, Jonah (2011), "Social Contagion and Word-of-Mouth," in *Consumer Insights: Findings from Behavioral Research*, Ed Joseph Alba, Marketing Science Institute.

85. Berger, Jonah (2011), "If You Want to Win, Tell Your Team It's Losing (a Little)," Harvard Business Review. October.

86. Rand, Lindsay and Jonah Berger (2010) "Using Identity Signaling to Improve Public Health" in *Leveraging Consumer Psychology for Effective Health Communications: The Obesity Challenge,* Eds. Rajeev Batra, Punam Anand Keller, and Victor J. Strecher, M. E. Sharpe.

87. Berger, Jonah (2008) "Identity-Signaling, Social Influence, and Social Contagion," in *Peer Influence Processes among Youth*, Eds. Mitch Prinstein and Ken Dodge, Guilford Press.

**Working Papers**

88. Li, Yang, Grant Packard, and Jonah Berger, "Conversational Dynamics: *When* Does Employee Language Matter?" *Under 3rd Review*.

**Appendix A**
May 2023

89. Sharing Comedy. *Under 2nd Review*.

90. Van Zant, Alex, Jonah Berger, Grant Packard, and Harry Wang, "The Power of Pausing," *Under Revision*.

91. Sepehri, Amir and Jonah Berger, "Passive Voice and Consumer Complaints," *Under Review*.

92. Oba, Demi and Jonah Berger, How Hedges Impact Persuasion, *Under Review*.

93. Berger, Jonah and Olivier Toubia, "The Topography of Thought," *Under Review.*

94. Boghrati, Reihane and Jonah Berger, "What Drives Longer Conversations?" *Under Revision*

95. Sepehri, Amir, Reihane Boghrati, and Jonah Berger, "Measuring and Mitigating Bias in Machine Learning," *Under Review.*
    Winner, EMAC-Sheth Foundation Sustainability Research Competition 2022

96. "What Drives Virtual Influencer's Impact?" *Under Review*

97. Dore, Bruce and Jonah Berger, A Linguistic Signature of Sharing.

98. A Machine Learning Approach to examine Originality of user-generated Content from TikTok
    Best in track paper, Big Data, Analytics, AI & Machine Learning track, Winter AMA

99. Improving Theoretical Development by Casting a Wider Net

100. The Power of Preparation: Brainstorming Flexible Topics Before Conversations Begin

101. Past Tense

102. Melody Repetition

103. Reverse Diffusion

104. Fast, Nate and Jonah Berger, "Message Splitting: Using Self-Relevant Material to Increase Prosocial Behavior".

105. Disposal in Response to Social Rejection
106. Sela, Aner and Jonah Berger, "On Culture and Metacognition"

107. Aner Sela, Jonah Berger, and Gia Nardini "How Tradeoffs Shrink Attribute Hierarchy"

108. Iyengar, Raghu and Jonah Berger, "How the Quantity and Timing of Social Influence Impact Product Adoption"
109. Stephen, Andrew and Jonah Berger, "Creating Contagious: How Social Networks and Item Characteristics Combine to Spur Ongoing Consumption and Drive Social Epidemics."
110. Berger, Jonah, Ben Ho, and Yogesh Joshi, "Identity Signaling with Social Capital: A Model of Symbolic Consumption."
111. Berger, Jonah, "When Does Social Influence Attract versus Repel? Identity-Signaling, Conformity, and Divergence."

112. Dover, Yaniv, Jonah Berger, Jacob Goldenberg, and Daniel Shapira, "Using the Internet to Spot Secrets."

**Select Research in Progress**
Emotional Arcs and Movie Success
Trajectories within Narratives

**Service**
MBA Curriculum Committee, 2021-
Organizer, Insights from Text Conference, 2017-
Wharton Digital Press Faculty Advisory Board
MBA Executive Committee, The Wharton School, July 2017-
Undergraduate Marketing Coordinator, The Wharton School, 2016-
Co-Founder, Technology and Behavioral Science Initiative, The Wharton School, 2015-
University of Pennsylvania Faculty Senate Executive Committee October 2018-2020
PhD Committee, The Wharton School, Sept 2009-July 2015
Curriculum Review Committee, The Wharton School, Sept 2015 – July 2016
MBA Class of 2014 Convocation Speaker 2012
Dean's Advisory Council, The Wharton School, Sept 2011 – July 2012
Decision Process Seminar, Co-Organizer, The Wharton School, Sept 2008 - July 2010
Course Development: MKTG 228/728 (Contagious: How Products, Ideas, and Behaviors Catch On)

**Editorial Activities**
Associate Editor, *Journal of Marketing,* June 2018 -
Associate Editor, *Journal of Marketing Research,* July 2012 - 2020
Associate Editor, Special Issue on Social Media, *Information Systems Research*, 2011
Guest Editor, *Proceedings of the National Academy of Sciences*
Guest Editor, *Journal of Marketing*

Editorial Review Boards: *Journal of Consumer Research, Marketing Science, Journal of Consumer Psychology, Journal of Marketing Research, Journal of Marketing.*

Program Committees: *Association for Consumer Research* (2009, 2011, 2013, 2014, 2020 Knowledge Forum Chair), *Society for Consumer Psychology* (2008, 2013, 2014, 2020)

Selected Ad-Hoc Reviewing
*Journal of Personality and Social Psychology, Journal of Experimental Social Psychology, Journal of Personality, Journal of Decision Making, Organizational Behavior and Human Decision Processes, Trends in Cognitive Science, Journal of Experimental Psychology: Applied, International Journal of Research in Marketing, Psychological Science, Personality and Social Psychology Bulletin, Society for Judgment and Decision Making Conference, PLoS ONE, Social and Personality Psychology Compass, Management Science, Proceedings of the National Academy of Sciences, Evolution and Human Behavior, Journal of Behavioral Decision Making, Advances in Complex Systems, Nature: Human Behavior, Self and Identity*

**Advising**
Demi Oba (co-advisor)
Ike Silver (committee member)
Reihane Boghrati
Ezgi Akpinar (co-advisor) winner, 2014 McKinsey Dissertation Award
Zoey Chen (committee member)

**Appendix A**

May 2023

Cindy Chan (committee member)
Amit Bhattacharjee (committee member)

**Prior Testimony in the Last Four Years**

I have given expert testimony at deposition and/or at trial in the following matters since March 10, 2019:

1. *State of North Carolina ex rel. Joshua H. Stein, Attorney General vs. JUUL Labs Inc.*, General Court of Justice, Superior Court Division, State of North Carolina, Durham County, File No.: 19-CVS-2885. Deposition testimony on February 23, 2021, and February 24, 2021.

2. *In Re Duramax Diesel Litigation*, United States District Court for the Eastern District of Michigan, Case No. 1:17-cv-11661-TLL-PTM, and related matters. Deposition testimony on March 18, 2022.

3. *JUUL Labs, In. Marketing, Sales Practices, and Products Liability Litigation*, United States District Court, Northern District of California, File No.: 19-md-02913-WHO. Deposition testimony on October 7, 2021, November 30, 2021, and May 19, 2022.

4. *J. Hart et al. v. TWC Product and Technology LLC*, United States District Court, Northern District of California, Case No. 4:20-cv-3842-JST. Deposition testimony on June 3, 2022.

5. *J. Ciccio et al. v. SmileDirectClub, Inc.,* United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3:19-cv-00845. Deposition testimony on July 25, 2022.

6. *Walter Peters v. Apple, Inc.,* Superior Court of the State of California, County of Los Angeles, Case No. 19STCV21787. Deposition testimony on August 26, 2022.

7. *State of Minnesota, by its Attorney General, Keith Ellison vs. Juul Labs Inc.*, Fourth Judicial District Court, State of Minnesota, County of Hennepin, Court File No. 27-CV-19-19888. Deposition testimony on September 30, 2022.

8. *City of Chicago v. Juul Labs, Inc. et al.*, In the Circuit Court of Cook County, Illinois County Department, Chancery Division. Case No. 2020CH04183. Deposition testimony on October 19, 2022.

9. *Commonwealth of Kentucky, ex rel. Daniel Cameron, Attorney General v. Johnson & Johnson, et al.,* Commonwealth of Kentucky, Franklin Circuit Court, Civil Action No. 16-CI-867. Deposition testimony on November 2, 2022.

10. *District of Columbia v. Juul Labs, Inc. et al.*, In the Superior Court of the District of Columbia, Civil Division. Case No. 2019-CA-007795-B. Deposition testimony on February 7, 2023.

**Appendix A**

11. *Yuga Labs, Inc. v. Ripps, et al.,* United States District Court, Central District of California. Case No. 2:22-cv-04355. Deposition testimony on March 9, 2023.

12. *In Re Apple iPhone Antitrust Litigation*, United States District Court for the Northern District of California, Case No. 4:11-cv-06714-YGR.  Deposition testimony on April 3, 2023.

# Supplemental Materials Considered List
## Supplemental Expert Report of Jonah Berger

**Pleadings and Legal Documents**

Mr. Ripps and Mr. Cahen's Opposition to Plaintiff's Motion for Summary Judgment and attachments, *Yuga Labs, Inc. v. Ryder Ripps and Jeremy Cahen*, No. 2:22-cv-04355-JFW-JEM, filed March 27, 2023.

Order Granting in Part and Denying in Part Plaintiff Yuga Labs, Inc.'s Motion for Summary Judgment, *Yuga Labs, Inc. v. Ripps, et al.*, No. 2:22-cv-04355-JFW-JEM, filed April 21, 2023.

Plaintiff Yuga Labs, Inc.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities and attachments, *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen*, No. 2:22-cv-04355-JFW-JEM, filed March 15, 2023.

Plaintiff Yuga Labs, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment and attachments, *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen*, No. 2:22-cv-04355-JFW-JEM, filed April 3, 2023.

**Depositions and Transcripts**

Deposition of Guy Oseary and Exhibits, March 1, 2023

Deposition of Ian Garner and Exhibits, March 8, 2023

Deposition of Jason Cline and Exhibits, March 24, 2023

Deposition of Kerem Atalay and Exhibits, January 30, 2023

Deposition of Laura O'Laughlin and Exhibits, March 22, 2023

Deposition of Lauren Kindler and Exhibits, March 17, 2023

Deposition of Nicole Muniz and Exhibits, January 24, 2023

Deposition of Patrick Ehrlund and Exhibits, March 16, 2023

Deposition of Thomas Lehman and Exhibits, March 27, 2023

Deposition of Wylie Aronow and Exhibits, March 6, 2023

**Produced Documents**

LEHMAN0000294

RIPPSCAHEN00026004

YUGALABS_00029977

YUGALABS_00029990

YUGALABS_00030058

YUGALABS_00030079

YUGALABS_00030092

YUGALABS_00030099

**Appendix B**

# Supplemental Materials Considered List
## Supplemental Expert Report of Jonah Berger

| |
|---|
| YUGALABS_00030106 |
| YUGALABS_00030114 |
| YUGALABS_00030118 |
| YUGALABS_00030129 |
| YUGALABS_00030134 |
| YUGALABS_00030138 |
| YUGALABS_00030142 |
| YUGALABS_00030146 |
| YUGALABS_00030150 |
| YUGALABS_00030155 |
| YUGALABS_00030160 |
| YUGALABS_00030166 |
| YUGALABS_00030172 |
| YUGALABS_00030177 |
| YUGALABS_00030182 |
| YUGALABS_00030187 |
| YUGALABS_00030195 |
| YUGALABS_00030205 |
| YUGALABS_00036242 |
| YUGALABS_00040429 |
| YUGALABS_00041287 |
| YUGALABS_00041610 |
| YUGALABS_00043549 |
| YUGALABS_00043551 |
| YUGALABS_00043553 |
| YUGALABS_00043554 |
| YUGALABS_00043588 |
| YUGALABS_00043589 |
| YUGALABS_00043590 |

Note:  In addition to the documents in this list, I considered all documents cited in my report, appendices, and backup.