# Exhibit C

**Exhibit C: Materials Relied On For Opinion No. 1**

**<u>Documents</u>**

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Strategic Brand Management," Fourth Edition | Kevin Lane Keller | 2013 | YUGALABS_00041654-75 | JTX-1128 |
| "Marketing Management," Fourteenth Edition | Philip Kotler, Kevin Lane Keller | 2011 | YUGALABS_00041684-2494 | JTX-1129 |
| "The Value of Brand Attitude in High-Technology Markets" | David Aakar, Robert Jacobson | 2001 | YUGALABS_00032620-29 | HTX-1086 |
| "How NFTs Create Value" | Steve Kaczynski, Scott Duke Kominers | 11/10/2021 | N/A | N/A |
| "Basic Marketing: A Global Managerial Approach" | William D. Perreault, Jr., E. Jerome McCarthy | 2002 | YUGALABS_00042505-3352 | JTX-1130 |
| "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity" | Kevin Lane Keller | 1993 | YUGALABS_00033049-71 | JTX-1106 |
| "Brand Equity as a Signaling Phenomenon" | Tülin Erdem, Joffre Swait | 1998 | YUGALABS_00032802-828 | JTX-1094 |
| "Brand Effects on Choice and Choice Set Formation Under Uncertainty" | Joffre Swait, Tülin Erdem | 2007 | YUGALABS_00033247-266 | JTX-1118 |
| "Brands as Signals: A Cross-Country Validation Study" | Tülin Erdem, et al. | 2006 | YUGALABS_00032829-45 | JTX-1095 |
| "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendibility" | Chan Su Park, V. Srinivasan | 1994 | YUGALABS_00033191-209 | JTX1114 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Effect of Brand Loyalty on Advertising and Trade Promotions: A Game Theoretical Analysis with Empirical Evidence" | Deepak Agrawal | 1996 | YUGALABS_0032630-653 | JTX-1087 |
| "The Effects of Sequential Introduction of Brand Extensions" | David A. Aaker, Kevin Lane Keller | 1992 | YUGALABS_00033085-101 | JTX-1108 |
| "Brand Equity and the Extendibility of Brand Names" | Arvind Rangaswamy, et al. | 1993 | YUGALABS_00033232 - 246 | JTX-1117 |
| "Factors Influencing Successful Brand Extensions" | Leif E. Hem et al. | 2003 | YUGALABS_00032977 - 3003 | JTX-1103 |
| "Brand Equity Implications of Joint Branding Programs" | Ed Lebar et al. | 2005 | YUGALABS_00033102 - 115 | JTX-1109 |
| "Brand Perceptions and the Market for Common Stock" | Laura Frieder, Avanidhar Subrahmanyam | 2005 | YUGALABS_00032879 - 2908 | JTX-1098 |
| "The Financial Information Content of Perceived Quality" | David A. Aaker, Robert Jacobson | 1994 | YUGALABS_00032602 - 13 | JTX-1085 |
| "Evaluation of Brand Extensions: The Role of Product Feature Similarity and Brand Concept Consistency" | C. Whan Park et al. | 1991 | YUGALABS_00033222 - 31 | JTX-1116 |
| "Strategic Brand Concept-Image Management" | C. Whan Park et al. | 1986 | YUGALABS_00033210 - 21 | JTX-1115 |
| "Social Media Marketing Efforts of Luxury Brands: Influence on Brand Equity and Consumer Behavior" | Bruno Godey et al. | 2016 | YUGALABS_00032909 - 17 | JTX-1099 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Signaling Status with Luxury Goods: The Role of Brand Prominence" | Young Jee Han et al. | 2010 | YUGALABS_00032960 - 76 | JTX-1102 |
| "The Specificity of Luxury Management: Turning Marketing Upside Down" | Jean-Noël Kapferer, Vincent Bastien | 2009 | YUGALABS_00033036 - 48 | JTX-1105 |
| "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption" | O'Cass Aron, Hmily Frost | 2002 | YUGALABS_00033149 -170 | JTX-1112 |
| "Status Consumption in Consumer Behavior: Scale Development and Validation" | Jacqueline K. Eastman et al. | 1999 | YUGALABS_00032790 - 801 | JTX-1093 |
| "The Impact of Brand Concept on Brand Equity", | Jeon, Joo-Eon | 2017 | YUGALABS_00041636 - 48 | JTX-1127 |
| "A Method of Automated Nonparametric Content Analysis for Social Science" | Daniel Hopkins, Gary King | 2010 | YUGALABS_00033004 - 22 | JTX-1104 |
| "Uniting the Tribes: Using Text for Marketing Insight" | Jonah Berger et al. | 2020 | YUGALABS_00032736 - 60 | JTX-1090 |
| "What Makes Online Content Viral?" | Jonah Berger, Katy Milkman | 2012 | YUGALABS_00032665 - 81 | JTX-1088 |
| "What Holds Attention: Linguistic Drivers of Content Consumption" | Jonah Berger, Wendy Moe, David Schweidel | 2023 | YUGALABS_00032685 - 735 | JTX-1089 |
| "How Concrete Language Shapes Customer Satisfaction" | Grant Packard, Jonah Berger | 2021 | YUGALABS_00033171 - 190 | JTX-1113 |
| "Consumer Evaluations of Brand Extensions" | David A. Aaker, Kevin Lane Keller | 1990 | YUGALABS_00041594 - 609 | JTX-1126 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Complaint for False Designation of Origin, Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10, Case No. 2:22-cv-04355, United States District Court for the Central District of California. | N/A | 6/24/2022 | N/A | N/A |
| 2023 01 31 Yuga Labs Second Supp. Response to ROGSs (Set One (Nos. 1-14) | N/A | 1/31/2023 | N/A | N/A |
| Mr. Ripps and Mr. Cahen's Opposition to Plaintiff's Motion for Summary Judgment and attachments, filed March 27, 2023 | N/A | 3/27/2023 | N/A | N/A |
| Order Granting in Part and Denying in Part Plaintiff Yuga Labs Inc.'s Motion for Summary Judgment filed April 21, 2023 | N/A | 4/21/2023 | N/A | N/A |
| Plaintiff Yuga Labs, Inc.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities and attachments, filed March 15, 2023 | N/A | N/A | N/A | N/A |
| Plaintiff Yuga Labs, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment and attachments, file Patil 3, 2023 | N/A | N/A | N/A | N/A |
| Deposition of Greg Solano, January 17, 2023, and related exhibits | N/A | 1/17/2023 | N/A | N/A |
| Deposition of Ryan Hickman, December 7, 2022, and related exhibits | Ryan Hickman | 12/7/2022 | N/A | N/A |
| Deposition of Kerem Atalay, January 30, 2023, and related exhibits | Kerem Atalay | 1/30/2023 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Deposition of Guy Oseary, March 1, 2023, and related exhibits. | Guy Oseary | 3/1/2023 | N/A | N/A |
| Deposition of Ian Garner, March 8, 2023, and related exhibits | Ian Garner | 3/8/2023 | N/A | N/A |
| Deposition of Jason Cline, March 24, 2023, and related exhibits. | Jason Cline | 3/24/2023 | N/A | N/A |
| Deposition of Laura O'Laughlin, March 22, 2023, and related exhibits. | Laura O'Laughlin | 3/22/2023 | N/A | N/A |
| Deposition of Lauren Kindler, March 17, 2023, and related exhibits. | Lauren Kindler | 3/17/2023 | N/A | N/A |
| Deposition of Patrick Ehrlund, March 16, 2023, and related exhibits. | Patrick Ehrlund | 3/16/2023 | N/A | N/A |
| Deposition of Wylie Aronow, March 6, 2023, and related exhibits | Wylie Aronow | 3/6/2023 | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| Yuga Labs Website - About Page | N/A | N/A | YUGALABS_00030223-30 | JTX-607 |
| 2022 09 11 Lehman Email | Thomas Lehman, et al. | 9/11/2022 | N/A | N/A |
| 2022 06 09 Email from Lehman to Ripps | Thomas Lehman | 6/9/2022 | LEHMAN0000002 | N/A |
| 2022 06 21 Text messages (Lehman, et al.) | Thomas Lehman, et al. | 6/21/2022 | LEHMAN0000003 | N/A |
| 2022 10 05 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 10/5/2022 | LEHMAN0000004 | N/A |

5

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | N/A | LEHMAN0000005 | N/A |
| Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | N/A | LEHMAN0000006 | N/A |
| 2022 04 11 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 4/11/2022 | LEHMAN0000007 | N/A |
| 2022 04 11 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 4/11/2022 | LEHMAN0000008 | N/A |
| 2022 06 25 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 6/25/2022 | LEHMAN0000009 | N/A |
| 2022 06 25 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 6/25/2022 | LEHMAN0000010 | N/A |
| 2022 05 18 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000011 | N/A |
| 2022 05 18 Text messages (Cahen and Lehman) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000012 | N/A |
| 2022 05 18 to 2022 09 22 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000013 | JTX-918 |
| 2022 10 04 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 10/4/2022 | LEHMAN0000067 | N/A |
| 2022 05 23 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/23/2022 | LEHMAN0000068 | N/A |
| 2022 05 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/20/2022 | LEHMAN0000069 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000070 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000071 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000072 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000073 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000074 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000075 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000076 | N/A |
| 2022 05 27 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/27/2022 | LEHMAN0000079 | N/A |
| 2022 06 06 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/6/2022 | LEHMAN0000080 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000082 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000083 | N/A |
| 2022 08 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/29/2022 | LEHMAN0000084 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000085 | N/A |
| 2022 05 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/29/2022 | LEHMAN0000086 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 05 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/29/2022 | LEHMAN0000087 | N/A |
| 2022 05 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/20/2022 | LEHMAN0000088 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000089 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000090 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000091 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000092 | N/A |
| 2022 05 27 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/27/2022 | LEHMAN0000093 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000094 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000095 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000096 | N/A |
| 20222 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000097 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000098 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000099 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 08 28 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/28/2022 | LEHMAN0000100 | N/A |
| 2022 06 02 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/2/2022 | LEHMAN0000101 | N/A |
| 2022 06 02 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/2/2022 | LEHMAN0000102 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000103 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000104 | N/A |
| 2022 05 22 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000105 | N/A |
| 2022 05 22 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000106 | N/A |
| 2022 08 02 to 05 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/3/2022 | LEHMAN0000107 | N/A |
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000122 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess, devastatindave.eth | 8/24/2022 | LEHMAN0000123 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess, devastatindave.eth | 8/24/2022 | LEHMAN0000124 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess, Kiosko, devastatindave.eth, blotta.eth#lep15 | 8/24/2022 | LEHMAN0000125 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 05 21 Twitter Direct Messages | Thomas Lehman, Confu.eth | 5/21/2022 | LEHMAN0000126 | N/A |
| 2022 05 20 Twitter Direct Messages | Thomas Lehman, Confu.eth | 5/20/2022 | LEHMAN0000127 | N/A |
| 2022 04 25 Twitter Direct Messages | Thomas Lehman, Jeremy Cahen | 4/25/2022 | LEHMAN0000128 | N/A |
| 2022 06 18 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/18/2022 | LEHMAN0000132 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/21/2022 | LEHMAN0000133 | N/A |
| 2022 06 24 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/24/2022 | LEHMAN0000136 | N/A |
| 2022 06 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/25/2022 | LEHMAN0000137 | N/A |
| 2022 06 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/27/2022 | LEHMAN0000138 | N/A |
| 2022 06 14 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/14/2022 | LEHMAN0000140 | N/A |
| 2022 06 01 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/1/2022 | LEHMAN0000142 | N/A |
| 2022 06 01 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/1/2022 | LEHMAN0000143 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000144 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000145 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000146 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000147 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000148 | N/A |
| 2022 05 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/27/2022 | LEHMAN0000149 | N/A |
| 2022 05 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/27/2022 | LEHMAN0000150 | N/A |
| 2022 05 30 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/30/2022 | LEHMAN0000151 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000152 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000153 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000154 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000155 | N/A |
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/24/2022 | LEHMAN0000156 | N/A |
| 2022 05 17 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/17/2022 | LEHMAN0000161 | N/A |
| 2022 05 20 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/20/2022 | LEHMAN0000162 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 22 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/22/2022 | LEHMAN0000164 | N/A |
| 2022 05 17 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/17/2022 | LEHMAN0000165 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman, Ryder Ripps | 6/21/2022 | LEHMAN0000170 | N/A |
| 2022 08 23 Twitter Direct Messages | Thomas Lehman, et al. | 8/23/2022 | LEHMAN0000172 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess | 8/24/2022 | LEHMAN0000173 | N/A |
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, techoshi777 | 5/24/2022 | LEHMAN0000174 | N/A |
| 2022 05 22 Twitter Direct Messages | Thomas Lehman | 5/22/2022 | LEHMAN0000175 | N/A |
| 2022 06 17 Twitter Direct Messages | techoshi777, SolMiningpunkV2, EmilyLuvsCrypto | 6/17/2022 | LEHMAN0000176 | N/A |
| 2022 06 10 Twitter Direct Messages | Kryptokeaton, squeebo_nft, amy_stroud, SolminingpunkV2 | 6/10/2022 | LEHMAN0000177 | N/A |
| 2022 06 19 Twitter Direct Messages | Thomas Lehman, kryptokeaton, squeebo_nft, EmilyLuvsCrypto | 6/19/2022 | LEHMAN0000178 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, kryptokeaton, | 6/20/2022 | LEHMAN0000179 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
|  | squeebo_nft, EmilyLuvsCrypto |  |  |  |
| 2022 06 20 Twitter Direct Messages (Hickman) | Thomas Lehman, kryptokeaton, squeebo_nft, EmilyLuvsCrypto | 6/20/2022 | LEHMAN0000180 | N/A |
| 2022 06 20 Twitter Direct Messages (Lehman, Hickman, EmilyLuvsCrypto, and SolMiningpunkV2) | Lehman, Hickman, EmilyLuvsCrypto, and SolMiningpunkV2 | 6/20/2022 | LEHMAN0000181 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, SolMiningpunkV2 | 6/20/2022 | LEHMAN0000182 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, EmilyLuvsCrypto, SolMiningpunkV2, kryptokeaton | 6/20/2022 | LEHMAN0000183 | N/A |
| 2022 06 21 Twitter Direct Messages | kryptokeaton, SolMiningpunkV2 | 6/21/2022 | LEHMAN0000184 | N/A |
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, kryptokeaton, polthedev | 6/21/2022 | LEHMAN0000185 | N/A |
| 2022 06 17 Twitter Direct Messages | Thomas Lehman | 6/17/2022 | LEHMAN0000186 | N/A |
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, squeebo_nft, Thomas Lehman | 6/21/2022 | LEHMAN0000187 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, Thomas Lehman | 6/21/2022 | LEHMAN0000189 | N/A |
| 2022 06 22 Twitter Direct Messages | SlMiningpunkV2 | 6/22/2022 | LEHMAN0000190 | N/A |
| 2022 06 22 Twitter Direct Messages | It'sBlue.eth, SolMiningpunkV2, EmilyLuvsCrypto | 6/22/2022 | LEHMAN0000191 | N/A |
| 2022 06 22 Twitter Direct Messages | Thomas Lehman, SolMiningpunkV2, EmilyLuvsCrypto, It'sBlue.eth | 6/22/2022 | LEHMAN0000192 | N/A |
| 2022 06 23 Twitter Direct Messages | Squeebo_nft, Thomas Lehman | 6/23/2022 | LEHMAN0000193 | N/A |
| 2022 06 23 Twitter Direct Messages | EmilyLuvsCrypto, Thomas Lehman, Ryan Hickman, gaslimitreached | 6/23/2022 | LEHMAN0000194 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman | 6/21/2022 | LEHMAN0000195 | N/A |
| 2022 07 03 Twitter Direct Messages | Thomas Lehman | 7/3/2022 | LEHMAN0000198 | N/A |
| 2022 09 07 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 9/7/2022 | LEHMAN0000201 | N/A |
| 2022 09 10 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 9/10/2022 | LEHMAN0000202 | N/A |
| 2022 07 24 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 7/24/2022 | LEHMAN0000204 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 08 25 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 8/25/2022 | LEHMAN0000205 | N/A |
| 2022 08 26 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 8/26/2022 | LEHMAN0000206 | N/A |
| 2022 06 20 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/20/2022 | LEHMAN0000211 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000212 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000213 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000214 | JTX-967 |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000215 | JTX-968 |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000216 | N/A |
| 2022 08 03 Twitter Direct Messages | whalegoddess, d0vetail | 8/3/2022 | LEHMAN0000217 | N/A |
| 2022 07 03 Twitter Direct Messages | Thomas Lehman | 7/3/2022 | LEHMAN0000218 | N/A |
| Ape Minting Workflow | N/A | N/A | LEHMAN0000219 | N/A |
| export-address-token-nft-0xc2172a6315c1d7f6855768f843c420ebb36eda97.csv | N/A | N/A | LEHMAN0000231 | JTX-1553 |
| export-address-token-nft-0xc650f01eb5b8f267ad3e18282e649afa0158b188.csv (LEHMAN0000232) | N/A | N/A | LEHMAN0000232 | JTX-1554 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| export-address-token-nft-0xe64f07d9d151ea7286b8470c8f38691baf2c146e.csv (LEHMAN0000233) | N/A | N/A | LEHMAN0000233 | JTX-1555 |
| FINAL_ First Draw RR/BAYC Accounting spreadsheet | N/A | N/A | LEHMAN0000234 | N/A |
| RR/BAYC Accounting spreadsheet | N/A | N/A | LEHMAN0000235 | N/A |
| 2022 05 17 Email from Foundation Support | N/A | N/A | LEHMAN0000236 | N/A |
| 2021 06 14 Draft email from R. Ripps | Ryder Ripps | N/A | LEHMAN0000239 | N/A |
| 2021 06 14 Draft email from R. Ripps | Ryder Ripps | N/A | LEHMAN0000240 | N/A |
| Google Sheet re Reserved Ape IDs | N/A | N/A | LEHMAN0000241 | JTX-970 |
| Spreadsheet re RR_BAYC 2nd gas | N/A | N/A | LEHMAN0000242 | N/A |
| Spreadsheet re RR_BAYC 3rd gas | N/A | N/A | LEHMAN0000243 | N/A |
| Spreadsheet re RR_BAYC Accounting V2 | N/A | N/A | LEHMAN0000244 | N/A |
| Spreadsheet re RR_BAYC Accounting | N/A | N/A | LEHMAN0000245 | N/A |
| Spreadsheet re RR_BAYC Revenue | N/A | N/A | LEHMAN0000246 | N/A |
| Spreadsheet re RR_BAYC | N/A | N/A | LEHMAN0000247 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000248 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000249 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000250 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000251 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000252 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000253 | N/A |
| R. Ripps Transaction Hash Data | N/A | N/A | LEHMAN0000254 | N/A |
| Transcript | N/A | N/A | LEHMAN0000255 | N/A |
| Transcript | N/A | N/A | LEHMAN0000285 | N/A |
| Ehtereum Addresses | N/A | N/A | LEHMAN0000287 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Draft Royalty Calculations | N/A | N/A | LEHMAN0000288 | N/A |
| Subpoena Summary | N/A | N/A | LEHMAN0000289 | N/A |
| 2022 05 22 Discord Direct Messages | FeniXx, jimdrang, Edbighead, Jeremy Cahen, Thomas Lehman | 5/22/2022 | LEHMAN0000291 | N/A |
| 2022 07 22Discord Direct Messages | dovetail, Thomas Lehman | 7/20/2022 | LEHMAN0000292 | N/A |
| 2022 09 15 Discord Direct Messages | dovetail, DaoBao | 9/15/2022 | LEHMAN0000293 | N/A |
| 2022 06 23 Discord Direct Messages | Vasa, Ryan Hickman, Jeremy Cahen, Thomas Lehman | 6/23/2022 | LEHMAN0000295 | N/A |
| 2022 07 24 Discord Direct Messages | 0xfcks, Thomas Lehman | 7/24/2022 | LEHMAN0000296 | N/A |
| 2022 06 21 Discord Direct Messages | AvolaliM.eth, Thomas Lehman | 6/21/2022 | LEHMAN0000297 | N/A |
| 2022 06 04 Discord Direct Messages | Confucius_said, Thomas Lehman | 6/4/2022 | LEHMAN0000298 | N/A |
| 2022 05 22 Discord Direct Messages | dovetail, Thomas Lehman | 5/22/2022 | LEHMAN0000299 | N/A |
| 2022 05 28 Discord Direct Messages | hirsch, Thomas Lehman | 5/28/2022 | LEHMAN0000300 | N/A |
| 2022 05 23 Discord Direct Messages | Ryan Hickman, Thomas Lehman | 5/23/2022 | LEHMAN0000301 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 16 Discord Direct Messages | meuleman, Thomas Lehman | 5/16/2022 | LEHMAN0000303 | N/A |
| 2022 05 24 Discord Direct Messages | Jeremy Cahen, Thomas Lehman | 5/24/2022 | LEHMAN0000304 | N/A |
| 2022 09 06 Discord Direct Messages | Sov, Thomas Lehman | 9/6/2022 | LEHMAN0000305 | N/A |
| 2022 05 24 Discord Direct Messages | Vard | 5/24/2022 | LEHMAN0000306 | N/A |
| 2022 06 13 Discord Direct Messages | whalegoddess, Thomas Lehman | 6/13/2022 | LEHMAN0000307 | N/A |
| 2022 10 04 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 10/4/2022 | LEHMAN0000309 | JTX-1133 |
| RRBAYC Discord | N/A | N/A | RIPPSCAHEN00000001 | N/A |
| GemBot (0xGem) Twitter Header | N/A | N/A | YUGALABS_00000537 | N/A |
| RR/BAYC CoinGecko Page | N/A | N/A | YUGALABS_00000539 | N/A |
| 2022 05 28 RR_BAYC Tweet | RR_BAYC | 5/28/2022 | YUGALABS_00000560 | N/A |
| 2022 06 28 zackburt  Tweet | zackburt | 6/28/2022 | YUGALABS_00000567 | N/A |
| 2022 07 08 inquisitivemove Tweet - Can't be rite | inquisitivemove | 7/8/2022 | YUGALABS_00000620 | N/A |
| CoinGecko - RR/BAYC (captured at 2022 08 02) | N/A | 8/2/2022 | YUGALABS_00000631 | N/A |
| 2022 09 11 Cahen and SachDana Twitter Thread | Jeremy Cahen, SachDana | 9/11/2022 | YUGALABS_00002708 | N/A |
| 2022 10 19 BAYC, McBess, The Dudes Mech Drop Announcement | N/A | 10/19/2022 | YUGALABS_00003355 | N/A |
| Twitter pages from R. Ripps from 2022-01-31 to 2022-02-28 | N/A | 3/1/2022 | YUGALABS_00026704 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 06 21 streetoshi Tweet | Streetoshi | 6/21/2022 | YUGALABS_00027519 | N/A |
| 2022 05 16 Cline Tweet | Jason Cline | 5/16/2022 | YUGALABS_00027686 | N/A |
| 2022 05 16 Cline Tweet | Jason Cline | 5/16/2022 | YUGALABS_00027690 | N/A |
| 2022 06 30 _etheth Tweet | etheth | 6/30/2022 | YUGALABS_00029097 | N/A |
| 2022 08 20 _etheth Tweet | etheth | 8/20/2022 | YUGALABS_00029098 | N/A |
| 2022 06 22 Cline Tweet | Jason Cline | 6/22/2022 | YUGALABS_00029099 | N/A |
| Copy of Yuga Labs LLC Income Statement Jan.-Nov. 2022 | N/A | 11/1/2022 | YUGALABS_00029724 | N/A |
| 2022 05 13 Ripps Tweet | Ryder Ripps | 5/13/2022 | YUGALABS_00030103 | N/A |
| 2022 07 08 farokh Tweet | Farokh | 7/8/2022 | YUGALABS_00031332 | N/A |
| Social Media Channel view | N/A | N/A | YUGALABS_00031472 | N/A |
| Social Media Most Acitve Public Profiles | N/A | N/A | YUGALABS_00031473 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031554 | N/A |
| Bored Ape Yacht Club Social Media Statistics, Dec. 1 2021-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031555 | N/A |
| Bored Ape Yacht Club Social Media Mentions, Jan. 28, 2022-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031562 | N/A |
| Bored Ape Yacht Club Content Reach | N/A | N/A | YUGALABS_00031563 | N/A |
| Bored Ape Yacht Club Social Media Impressions | N/A | N/A | YUGALABS_00031564 | N/A |
| Bored Ape Yacht Club Number of Mentions/Social Media reach/Non Social Reach, Dec. 1, 2021-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031565 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031566 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031567 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031568 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031569 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031570 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031571 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031572 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031573 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031574 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031575 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031576 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031577 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031578 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031579 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031580 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031581 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031582 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031583 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031584 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031585 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031586 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031593 | N/A |
| Bored Ape Yacht Club Social Media Report | N/A | N/A | YUGALABS_00031594 | N/A |
| 2022.06.20 0xGem Tweeit | 0XGem | 6/20/2022 | YUGALABS_00031598 | N/A |
| 2023.01.31 fr_brennan Tweet | fr_brennan | 1/31/2023 | YUGALABS_00031612 | N/A |
| Etherscan Transaction Details (0xec6a7bd2b146bd89b214d1b5f4650afc20462 dddefe04a7d65fb2f953404f015) | N/A | N/A | YUGALABS_00031618 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Frankfurt Kurnit Kelin + Selz - "Reflections on BAYC's revolutionary NFT license" | N/A | N/A | YUGALABS_00031621 | N/A |
| Ethereum contract address 0x2EE6AF0dFf3A1CE3F7E341 | N/A | N/A | YUGALABS_00031626 | N/A |
| Ethereum contract address 0x2EE6AF0dFf3A1CE3F7E341 | N/A | N/A | YUGALABS_00031628 | N/A |
| 2022.05.14 ryder_ripps Tweet | Ryder Ripps | 5/14/2022 | YUGALABS_00031629 | N/A |
| 2022.06.12 ryder_ripps Tweet | Ryder Ripps | 6/12/2022 | YUGALABS_00031638 | N/A |
| 2022.10.19 boredapeYC Tweet | boredapeYC | 10/19/2022 | YUGALABS_00031643 | N/A |
| 2023.01.31 sretber Tweet | stretber | 1/31/2023 | YUGALABS_00031645 | N/A |
| 2023.01.31 yugalabs Tweet | yugalabs | 1/31/2022 | YUGALABS_00031647 | N/A |
| 2023.02.03 OGDfarmer Tweet | OGDfarmer | 2/3/2023 | YUGALABS_00031649 | N/A |
| Wayback Capture of "A complete guide to creating a Collection and minting an NFT – Foundation | N/A | N/A | YUGALABS_00032440 | N/A |
| 2022.06.11 ryder_ripps Tweet | Ryder Ripps | 6/11/2022 | YUGALABS_00032446 | N/A |
| 2022.09.18 ZamArtist Tweet | ZamArtist | 9/18/2022 | YUGALABS_00032447 | N/A |
| YouTube Capture - Bored Ape Yacht Club Creators Explains How Steph Curry & Bieber Got Their NFT | N/A | N/A | YUGALABS_00032448 | N/A |
| Contain Podcast Page | N/A | N/A | YUGALABS_00032449 | N/A |
| 2023 02 03 Yuga Labs v. Ripps - Declaration of Thomas Lehman | Thomas Lehman | 2/3/2023 | YUGALABS_00032552 | JTX-1 |
| 2021 11 15 BoredApeYC Tweet | boredapeYC | 3/26/2022 | YUGALABS_00032568 | N/A |
| Dookey Dash & Sewer Pass FAQs | N/A | N/A | YUGALABS_00032573 | N/A |
| Dookey Dash Announcement | N/A | N/A | YUGALABS_00032579 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 03 26 BoredApeYC Tweet | N/A | N/A | YUGALABS_00032580 | N/A |
| The Otherside Announcement | N/A | N/A | YUGALABS_00032581 | N/A |
| Team ApeMarket Discord | N/A | N/A | LEHMAN0000294 | JTX-800 |
| No Date Text Messages (Ripps and Cahen) | Ryder Ripps, Jeremy Cahen | N/A | RIPPSCAHEN00026004 | JTX-1574 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00029977-78 | JTX-876 |
| USPTO TESS BA YC Yacht Club Logo | N/A | 1/8/2023 | YUGALABS_00029990-91 | JTX-877 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030058-59 | JTX-878 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030079-80 | JTX-879 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030092-93 | JTX-880 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030099-100 | JTX-881 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030106-07 | JTX-882 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030114-15 | JTX-883 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030118-19 | JTX-884 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030129-30 | JTX-885 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030134-35 | JTX-886 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030138-39 | JTX-887 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030142-43 | JTX-888 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030146-47 | JTX-889 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030150-51 | JTX-890 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030155-56 | JTX-891 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030160-62 | JTX-892 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030166-68 | JTX-893 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030172-74 | JTX-894 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030177-79 | JTX-895 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030182-84 | JTX-896 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030187-94 | JTX-897 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030195-202 | JTX-898 |

23

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030205-07 | JTX-899 |
| 2022 06 20 Cahen Tweet | Jeremy Cahen | 6/20/2022 | YUGALABS_00036242-44 | JTX-683 |
| 2022 06 21 Cahen Tweet | Jeremy Cahen | 6/21/2022 | YUGALABS_00040429 | JTX-685 |
| 2023 03 27 Blockworks Tweet | Blockworks | 3/27/2023 | YUGALABS_00041287 | JTX-1480 |
| 2023 04 04 Cahen Tweet | Jeremy Cahen | 4/4/2023 | YUGALABS_00041610 | JTX-1315 |
| USPTO TESS BAYC | N/A | 5/8/2023 | YUGALABS_00043549-50 | JTX-1569 |
| USPTO TESS Ape Skull Logo | N/A | 5/8/2023 | YUGALABS_00043551-52 | JTX-1570 |
| USPTO Notice of Acceptance of Statement of Use | N/A | 4/27/2023 | YUGALABS_00043553 | JTX-1571 |
| USPTO Notice of Acceptance of Statement of Use | N/A | 4/27/2023 | YUGALABS_00043554 | JTX-1572 |
| 2023 02 20 Cahen Retweet | Jeremy Cahen | 2/20/2023 | YUGALABS_00043588 | JTX-1613 |
| 2023 02 17 Cahen Retweet | Jeremy Cahen | 2/17/2023 | YUGALABS_00043589 | JTX-1614 |
| 2023 02 24 Cahen Retweet | Jeremy Cahen | 2/24/2023 | YUGALABS_00043590 | JTX-1615 |
| brandwatch_urls.xlsx (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032615 | N/A |
| 00_README.txt (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032614 | N/A |
| 00_requirements.txt (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032616 | N/A |
| 01_import.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032654 | N/A |
| 02_build_tweets.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032655 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 03_measure_sentiment.py (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032656 | N/A |
| 04_clean_sentiment_tweets.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032658 | N/A |
| 05_exhibits_5_7_8.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032659 | N/A |
| 06_appendix_e.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032663 | N/A |
| crplotr_1.0.3.8.tar.gz (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032682 | N/A |
| header.py (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032683 | N/A |
| header.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032684 | N/A |
| "What is an NFT," OpenSea Learn, https://opensea.io/learn/what—are-nfts | N/A | 12/24/2022 | N/A | N/A |
| "Go Read This Story on the Real History of NFTs" | Bijan Stephen | 4/2/2021 | N/A | N/A |
| "What is Tokenized Real Estate? A Beginner's Guide to Digital Real Estate Ownership," Cointelegraph, https://cointelegraph.com/nonfungible-tokens-for-beginners/what—is-tokenized-real-estate | N/A | N/A | N/A | N/A |
| "Branding" | N/A | N/A | N/A | N/A |
| "I'll Wear the Coke Pants Tonight; They Go Well With MY Harley Davidson Ring" | Frank E. James | 6/6/1985 | N/A | N/A |
| "McDonalds and Disney are Reuniting After Over a Decade Apart-And IT Means Disney Toys in Your Happy Meals" | Natasha Bach | 2/28/2018 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Ronald, Mickey Form New Alliance; McDonald's To Open Eateries At Walt Disney Theme Parks" | N/A | 9/21/1997 | N/A | N/A |
| "Bored Ape Yacht Club NFTs Explained" | Daniel Van Boom | 8/11/2022 | N/A | N/A |
| "Welcome to the Bored Ape Yacht Club" | N/A | N/A | N/A | N/A |
| "An Introduction to the Bored Ape Yacht Club" | N/A | 1/11/2022 | N/A | N/A |
| "5385 - Bored Ape Yacht Club" | N/A | N/A | N/A | N/A |
| "TV Host Jimmy Fallon Reveals He Owns a Bored Ape Yacht Club NFT" | N/A | 11/11/2021 | N/A | N/A |
| "Justin Bieber Enters the Bored Ape NFT Chat with $1.3 Million Purchase" | Morgan Smith | N/A | N/A | N/A |
| "Steph Curry Just Bought a Bored Ape Yacht Club NFT for $180,000 USD Worth of ETH" | N/A | 8/30/2021 | N/A | N/A |
| "Bored Ape Yacht Club: What To Know About The Hottest NFT Project Around" | Chris Katje | 7/29/2021 | N/A | N/A |
| "Non-Fungible Token Prices, Charts and Sales Data Tracker" | N/A | N/A | N/A | N/A |
| "NFT Dashboard" | N/A | N/A | N/A | N/A |
| "How to Create a Collection and Mint an NFT on Foundation," | N/A | N/A | N/A | N/A |
| "An Intro to Blockchain and NFTs" | N/A | N/A | N/A | N/A |

**Statements**

| Source | Statement Excerpt |
|---|---|
| "Branding," American Marketing Association, https://www.ama.org/topics/branding/. | "A brand is a name, term, design, symbol or any other feature that identifies one seller's goods or service as distinct from those of other sellers." |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 3 | They "have dimensions that differentiate [a product or service] in some way from other products [or services] designed to satisfy the same need." |
| Kotler, Philip and Kevin Lane Keller, Marketing Management, Fourteenth Edition (Upper Saddle River, NJ: Prentice Hall, 2011, at p. 164 | Through branding, companies try to shape brand associations or the "brand-related thoughts, feelings, perceptions, images, experiences, beliefs, [and] attitudes" that consumers have with a brand. |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 162 | Through the "product" element of the marketing mix, a company can "design, manufacture, market, sell, deliver, and service products in a way that creates a positive brand image with strong, favorable, and unique brand associations." |
| "The Four Ps of Marketing," American Marketing Association, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/. | According to the American Marketing Association, some brands "might raise the price of their products to give the appearance of being a luxury to appeal to an affluent audience." |
| "The Four Ps of Marketing," American Marketing Association, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/. | Other brands "might lower the price of a newer product or offer a discount to entice consumers into buying or trying the product." |

| Source | Statement Excerpt |
|---|---|
| Kevin Lane Keller, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," Journal of Marketing 57(1), 1993, at pp. 1-22 | Because the power of brand depends on consumers' perception of the brand, brand equity is the "differential effect of brand knowledge on consumer response to the marketing of the brand." |
| Kotler, Philip and Kevin Lane Keller, Marketing Management, Fourteenth Edition (Upper Saddle River, NJ: Prentice Hall, 2011, at p. 242 | "Brand loyalty provides predictability and security of demand for the firm, and it creates barriers to entry that make it difficult for firms to enter the market." |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 72 | Stronger brands "can extend more successfully into more diverse categories than other brands." |
| James, Frank E., "I'll Wear the Coke Pants Tonight; They go Well With My Harley Davidson Ring," Wall Street Journal, June 6, 1985 | Market research has established that "[s]hoppers are willing to pay more for licensed products, apparently because of the reassurance famous trademarks give." |
| Park, C. Whan et al., "Evaluation of Brand Extensions: The Role of Product Feature Similarity and Brand Concept Consistency," Journal of Consumer Research 18, no. 2, 1994, at p. 186 | "A function-oriented brand concept is understood primarily in terms of brand-unique aspects that are related to product performance, while a prestige-oriented brand concept is understood primarily in terms of consumers' expression of self-concepts or images." |
| Park, C. Whan et al., "Strategic Brand Concept-Image Management," Journal of Marketing 50, no. 4, 1986, at p. 136 | Park et al. describes "[a] brand with a functional concept … as one designed to solve externally generated consumption needs." |

| Source | Statement Excerpt |
|---|---|
| Park, C. Whan et al., "Strategic Brand Concept-Image Management," Journal of Marketing 50, no. 4, 1986, at p. 136 | The authors describe the prestige brand concept (which they refer to as a "symbolic" concept) as "designed to associate the individual with a desired group, role, or self-image." |
| O'Cass, Aron and Hmily Frost, "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," Journal of Product and Brand Management 11, no. 2, 2002, at p. 70 | They explain that the "importance and benefits of status cannot be overemphasized; with the significant price premiums achieved and economic value of status goods it is important for marketers to understand how consumers create brand symbols and brand images that are status-oriented." |
| O'Cass, Aron and Hmily Frost, "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," Journal of Product and Brand Management 11, no. 2, 2002, at pp. 69-70 | They conclude that this understanding "will allow status producers to increase market share, income generation, improve returns on brand investment and [capture] a slice of the billion dollar profits in the marketplace for status goods." |
| Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior: Scale Development and Validation," Journal of Marketing Theory and Practice 7, no. 3, 1999 at p. 42 | Eastman et al. (1999) describes how marketers selling "status symbols" should seek to "endow their brands with the right status image" or convince consumers "that their brand[] ha[s] cachet." |
| Deposition of Yuga Labs, January 24, 2023, at pp. 155-156 | "So Bored Ape Yacht Club is our cornerstone brand, right? Like you think of this as Disney it's our Mickey Mouse. So one, I can' say what we will ever do in the future, right? Will we? I don't know. It's our cornerstone brand. We - we have content and materials and entertainment and products that we create now and sell and will continue to sell under the Bored Ape Yacht Club brand." |

| Source | Statement Excerpt |
|---|---|
| Erdem, Tulin and Joffre Swait, "Brand Equity as a Signaling Phenomenon," Journal of Consumer Psychology 7, no. 2, 1998, pp. 131—157 at p. 131 | According to Erdem and Swait (1998), this loyalty stems from a strong brand's ability to "signal product positions credibly." |
| Swait, Joffre and Tulin Erdem, "Brand Effects on Choice and Choice Set Formation Under Uncertainty," Marketing Science 26 no. 5, 2007, pp. 679—697 at p. 680 | Put differently, strong brands have more credibility in the eyes of consumers and these brands "signal[] a certain level of quality so that satisfied buyers can easily choose the product again," enhancing brand loyalty. |
| Erdem, Tulin et al., "Brands as Signals: A Cross-Country Validation Study," Journal of Marketing 70, 2006, pp. 34—49 at p. 34. | This benefits the company because "[b]rand loyalty provides predictability and security of demand for the firm, and it creates barriers to entry that make it difficult for other firms to enter the market." |
| Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior: Scale Development and Validation," Journal of Marketing Theory and Practice 7, no. 3, 1999 at p. 42 | The authors conclude that if the brand is successful at developing these brand associations, the brand will likely experience "demand [that] will soar" and an ability to "command premium prices." |
| Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," Asia Pacific Journal of Innovation and Entrepreneurship 11, no. 2, 2017, pp. 233—245 at p. 237. | Jeon (2017) links symbolic brands to "both sensory experience and emotional attachment." The author concludes that these associations "in turn contribute[] significantly to brand equity." |
| Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," Asia Pacific Journal of Innovation and | The author concludes that these associations "in turn contribute[] significantly to brand equity." |

| Source | Statement Excerpt |
|---|---|
| Entrepreneurship 11, no. 2, 2017, pp. 233—245 at p. 237. | |
| Deposition of Yuga Labs (Rough), pp. 15417-1555. | The BAYC brand is considered by Yuga Labs to be its focal or "cornerstone brand." |
| "How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/44 1 900208 105 1 -How-to-create-a-Collection—and-mint-an-NFT-on-Foundation. | Foundation describes the NFT collections that it hosts as "creator-owned smart contracts that contain yourNFTS." |
| "How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/44 1 900208 105 1 -How-to-create-a-Collection—and-mint-an-NFT-on-Foundation. | Foundation warns creators to "take care" when deciding on the Collection name and symbol, as these details "are recorded on the blockchain" and "cannot [be changed] later." |