# Exhibit D

**Exhibit D: Materials Relied On For Opinion No. 2**

**Documents**

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Strategic Brand Management," Fourth Edition | Kevin Lane Keller | 2013 | YUGALABS_00041654-75 | JTX-1128 |
| "Marketing Management," Fourteenth Edition | Philip Kotler, Kevin Lane Keller | 2011 | YUGALABS_00041684-2494 | JTX-1129 |
| "The Value of Brand Attitude in High-Technology Markets" | David Aakar, Robert Jacobson | 2001 | YUGALABS_00032620-29 | HTX-1086 |
| "How NFTs Create Value" | Steve Kaczynski, Scott Duke Kominers | 11/10/2021 | N/A | N/A |
| "Basic Marketing: A Global Managerial Approach" | William D. Perreault, Jr., E. Jerome McCarthy | 2002 | YUGALABS_00042505-3352 | JTX-1130 |
| "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity" | Kevin Lane Keller | 1993 | YUGALABS_00033049-71 | JTX-1106 |
| "Brand Equity as a Signaling Phenomenon" | Tülin Erdem, Joffre Swait | 1998 | YUGALABS_00032802-828 | JTX-1094 |
| "Brand Effects on Choice and Choice Set Formation Under Uncertainty" | Joffre Swait, Tülin Erdem | 2007 | YUGALABS_00033247-266 | JTX-1118 |
| "Brands as Signals: A Cross-Country Validation Study" | Tülin Erdem, et al. | 2006 | YUGALABS_00032829-45 | JTX-1095 |
| "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendibility" | Chan Su Park, V. Srinivasan | 1994 | YUGALABS_00033191-209 | JTX1114 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Effect of Brand Loyalty on Advertising and Trade Promotions: A Game Theoretical Analysis with Empirical Evidence" | Deepak Agrawal | 1996 | YUGALABS_0032630-653 | JTX-1087 |
| "The Effects of Sequential Introduction of Brand Extensions" | David A. Aaker, Kevin Lane Keller | 1992 | YUGALABS_00033085-101 | JTX-1108 |
| "Brand Equity and the Extendibility of Brand Names" | Arvind Rangaswamy, et al. | 1993 | YUGALABS_00033232 - 246 | JTX-1117 |
| "Factors Influencing Successful Brand Extensions" | Leif E. Hem et al. | 2003 | YUGALABS_00032977 - 3003 | JTX-1103 |
| "Brand Equity Implications of Joint Branding Programs" | Ed Lebar et al. | 2005 | YUGALABS_00033102 - 115 | JTX-1109 |
| "Brand Perceptions and the Market for Common Stock" | Laura Frieder, Avanidhar Subrahmanyam | 2005 | YUGALABS_00032879 - 2908 | JTX-1098 |
| "The Financial Information Content of Perceived Quality" | David A. Aaker, Robert Jacobson | 1994 | YUGALABS_00032602 - 13 | JTX-1085 |
| "Evaluation of Brand Extensions: The Role of Product Feature Similarity and Brand Concept Consistency" | C. Whan Park et al. | 1991 | YUGALABS_00033222 - 31 | JTX-1116 |
| "Strategic Brand Concept-Image Management" | C. Whan Park et al. | 1986 | YUGALABS_00033210 - 21 | JTX-1115 |
| "Social Media Marketing Efforts of Luxury Brands: Influence on Brand Equity and Consumer Behavior" | Bruno Godey et al. | 2016 | YUGALABS_00032909 - 17 | JTX-1099 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "Signaling Status with Luxury Goods: The Role of Brand Prominence" | Young Jee Han et al. | 2010 | YUGALABS_00032960 - 76 | JTX-1102 |
| "The Specificity of Luxury Management: Turning Marketing Upside Down" | Jean-Noël Kapferer, Vincent Bastien | 2009 | YUGALABS_00033036 - 48 | JTX-1105 |
| "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption" | O'Cass Aron, Hmily Frost | 2002 | YUGALABS_00033149 -170 | JTX-1112 |
| "Status Consumption in Consumer Behavior: Scale Development and Validation" | Jacqueline K. Eastman et al. | 1999 | YUGALABS_00032790 - 801 | JTX-1093 |
| "The Impact of Brand Concept on Brand Equity", | Jeon, Joo-Eon | 2017 | YUGALABS_00041636 - 48 | JTX-1127 |
| "Managing the Growth Tradeoff: Challenges and Opportunities in Luxury Branding," | Kevin Lane Keller | 2009 | YUGALABS_00033072 - 84 | JTX-1107 |
| "Foreign Counterfeiters of Status Goods" | Gene M. Grossman, Carl Shapiro | 1988 | YUGALABS_00032937 - 59 | JTX-1101 |
| "A Sensory Approach to Brand Confusion" | Jean-Charles Chebat | 2015 | YUGALABS_00032774 - 89 | JTX-1092 |
| "Understanding Security Issues in the NFT Ecosystem" | Dipanjan Das et al. | 2022 | YUGALABS_00033267 - 84 | JTX-1119 |
| "A Method of Automated Nonparametric Content Analysis for Social Science" | Daniel Hopkins, Gary King | 2010 | YUGALABS_00033004 - 22 | JTX-1104 |
| "Uniting the Tribes: Using Text for Marketing Insight" | Jonah Berger et al. | 2020 | YUGALABS_00032736 - 60 | JTX-1090 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "What Makes Online Content Viral?" | Jonah Berger, Katy Milkman | 2012 | YUGALABS_00032665 - 81 | JTX-1088 |
| "What Holds Attention: Linguistic Drivers of Content Consumption" | Jonah Berger, Wendy Moe, David Schweidel | 2023 | YUGALABS_00032685 - 735 | JTX-1089 |
| "How Concrete Language Shapes Customer Satisfaction" | Grant Packard, Jonah Berger | 2021 | YUGALABS_00033171 - 190 | JTX-1113 |
| "Consumer Evaluations of Brand Extensions" | David A. Aaker, Kevin Lane Keller | 1990 | YUGALABS_00041594 - 609 | JTX-1126 |
| Complaint for False Designation of Origin, Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10, Case No. 2:22-cv-04355, United States District Court for the Central District of California. | N/A | 6/24/2022 | N/A | N/A |
| 2023 01 31 Yuga Labs Second Supp. Response to ROGSs (Set One (Nos. 1-14) | N/A | 1/31/2023 | N/A | N/A |
| Mr. Ripps and Mr. Cahen's Opposition to Plaintiff's Motion for Summary Judgment and attachments, filed March 27, 2023 | N/A | 3/27/2023 | N/A | N/A |
| Order Granting in Part and Denying in Part Plaintiff Yuga Labs Inc.'s Motion for Summary Judgment filed April 21, 2023 | N/A | 4/21/2023 | N/A | N/A |
| Plaintiff Yuga Labs, Inc.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities and attachments, filed March 15, 2023 | N/A | N/A | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Plaintiff Yuga Labs, Inc.'s Reply Memorandum in Support of Motion for Summary Judgment and attachments, file Patil 3, 2023 | N/A | N/A | N/A | N/A |
| Deposition of Yuga Labs, January 24, 2023, and related exhibits | N/A | 1/24/2023 | N/A | N/A |
| Deposition of Greg Solano, January 17, 2023, and related exhibits | N/A | 1/17/2023 | N/A | N/A |
| Deposition of Jeremy Cahen, January 11, 2023, and related exhibits | N/A | 1/11/2023 | N/A | N/A |
| Deposition of Ryan Hickman, December 7, 2022, and related exhibits | Ryan Hickman | 12/7/2022 | N/A | N/A |
| Deposition of Kerem Atalay, January 30, 2023, and related exhibits | Kerem Atalay | 1/30/2023 | N/A | N/A |
| Deposition of Guy Oseary, March 1, 2023, and related exhibits. | Guy Oseary | 3/1/2023 | N/A | N/A |
| Deposition of Ian Garner, March 8, 2023, and related exhibits | Ian Garner | 3/8/2023 | N/A | N/A |
| Deposition of Jason Cline, March 24, 2023, and related exhibits. | Jason Cline | 3/24/2023 | N/A | N/A |
| Deposition of Laura O'Laughlin, March 22, 2023, and related exhibits. | Laura O'Laughlin | 3/22/2023 | N/A | N/A |
| Deposition of Lauren Kindler, March 17, 2023, and related exhibits. | Lauren Kindler | 3/17/2023 | N/A | N/A |
| Deposition of Patrick Ehrlund, March 16, 2023, and related exhibits. | Patrick Ehrlund | 3/16/2023 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Deposition of Wylie Aronow, March 6, 2023, and related exhibits | Wylie Aronow | 3/6/2023 | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| Yuga Labs Website - About Page | N/A | N/A | YUGALABS_00030223-30 | JTX-607 |
| N/A | N/A | N/A | YUGALABS_00029191-97 | N/A |
| 0221 12 02 adidasoriginals Tweet | adidasoriginal | 12/2/2021 | YUGALABS_00002244 | N/A |
| 2021 08 20 Arizona Iced Tea Tweet | Arizona Iced Tea | 8/20/2021 | YUGALABS_00002247 | N/A |
| N/A | N/A | N/A | YUGALABS_00032452 | N/A |
| N/A | N/A | N/A | YUGALABS_00032590 | N/A |
| N/A | N/A | N/A | YUGALABS_00032588 | N/A |
| N/A | N/A | N/A | YUGALABS_00031474-553 | N/A |
| N/A | N/A | N/A | LEHMAN0000049 | N/A |
| 2022 06 09 1:52 PM Excerpts from Team ApeMarket Discord | N/A | 6/9/2022 | YUGALABS_00031615 | JTX-114 |
| N/A | N/A | N/A | YUGALANS_00031616 | N/A |
| 2022 07 22 Discord | N/A | 7/22/2022 | YUGALABS_00031617 | JTX-1074 |
| 2022 06 20 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/20/2022 | LEHMAN0000208 | JTX-1023 |
| 2022 06 20 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/20/2022 | LEHMAN0000209 | JTX-1024 |
| 2022 09 11 Lehman Email | Thomas Lehman, et al. | 9/11/2022 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 06 09 Email from Lehman to Ripps | Thomas Lehman | 6/9/2022 | LEHMAN0000002 | N/A |
| 2022 06 21 Text messages (Lehman, et al.) | Thomas Lehman, et al. | 6/21/2022 | LEHMAN0000003 | N/A |
| 2022 10 05 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 10/5/2022 | LEHMAN0000004 | N/A |
| Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | N/A | LEHMAN0000005 | N/A |
| Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | N/A | LEHMAN0000006 | N/A |
| 2022 04 11 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 4/11/2022 | LEHMAN0000007 | N/A |
| 2022 04 11 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 4/11/2022 | LEHMAN0000008 | N/A |
| 2022 06 25 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 6/25/2022 | LEHMAN0000009 | N/A |
| 2022 06 25 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 6/25/2022 | LEHMAN0000010 | N/A |
| 2022 05 18 Text messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000011 | N/A |
| 2022 05 18 Text messages (Cahen and Lehman) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000012 | N/A |
| 2022 05 18 to 2022 09 22 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 5/18/2022 | LEHMAN0000013 | JTX-918 |
| 2022 10 04 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 10/4/2022 | LEHMAN0000067 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 23 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/23/2022 | LEHMAN0000068 | N/A |
| 2022 05 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/20/2022 | LEHMAN0000069 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000070 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000071 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000072 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000073 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000074 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000075 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000076 | N/A |
| 2022 05 27 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/27/2022 | LEHMAN0000079 | N/A |
| 2022 06 06 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/6/2022 | LEHMAN0000080 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000082 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000083 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 08 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/29/2022 | LEHMAN0000084 | N/A |
| 2022 06 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000085 | N/A |
| 2022 05 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/29/2022 | LEHMAN0000086 | N/A |
| 2022 05 29 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/29/2022 | LEHMAN0000087 | N/A |
| 2022 05 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/20/2022 | LEHMAN0000088 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000089 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000090 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000091 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000092 | N/A |
| 2022 05 27 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/27/2022 | LEHMAN0000093 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000094 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000095 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000096 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 20222 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000097 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000098 | N/A |
| 2022 06 20 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/20/2022 | LEHMAN0000099 | N/A |
| 2022 08 28 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/28/2022 | LEHMAN0000100 | N/A |
| 2022 06 02 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/2/2022 | LEHMAN0000101 | N/A |
| 2022 06 02 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/2/2022 | LEHMAN0000102 | N/A |
| 2022 05 25 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000103 | N/A |
| 2022 05 24 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000104 | N/A |
| 2022 05 22 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 5/25/2022 | LEHMAN0000105 | N/A |
| 2022 05 22 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 6/25/2022 | LEHMAN0000106 | N/A |
| 2022 08 02 to 05 Text Messages (Lehman and third party) | Thomas Lehman, et al. | 8/3/2022 | LEHMAN0000107 | N/A |
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, et al. | 5/24/2022 | LEHMAN0000122 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess, devastatindave.eth | 8/24/2022 | LEHMAN0000123 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 08 24 Twitter Direct Messages | whalegoddess, devastatindave.eth | 8/24/2022 | LEHMAN0000124 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess, Kiosko, devastatindave.eth, blotta.eth#lep15 | 8/24/2022 | LEHMAN0000125 | N/A |
| 2022 05 21 Twitter Direct Messages | Thomas Lehman, Confu.eth | 5/21/2022 | LEHMAN0000126 | N/A |
| 2022 05 20 Twitter Direct Messages | Thomas Lehman, Confu.eth | 5/20/2022 | LEHMAN0000127 | N/A |
| 2022 04 25 Twitter Direct Messages | Thomas Lehman, Jeremy Cahen | 4/25/2022 | LEHMAN0000128 | N/A |
| 2022 06 18 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/18/2022 | LEHMAN0000132 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/21/2022 | LEHMAN0000133 | N/A |
| 2022 06 24 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/24/2022 | LEHMAN0000136 | N/A |
| 2022 06 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/25/2022 | LEHMAN0000137 | N/A |
| 2022 06 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/27/2022 | LEHMAN0000138 | N/A |
| 2022 06 14 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/14/2022 | LEHMAN0000140 | N/A |
| 2022 06 01 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/1/2022 | LEHMAN0000142 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 06 01 Twitter Direct Messages | Thomas Lehman, piv_piv | 6/1/2022 | LEHMAN0000143 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000144 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000145 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000146 | N/A |
| 2022 05 25 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/25/2022 | LEHMAN0000147 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000148 | N/A |
| 2022 05 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/27/2022 | LEHMAN0000149 | N/A |
| 2022 05 27 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/27/2022 | LEHMAN0000150 | N/A |
| 2022 05 30 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/30/2022 | LEHMAN0000151 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000152 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000153 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000154 | N/A |
| 2022 05 31 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/31/2022 | LEHMAN0000155 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/24/2022 | LEHMAN0000156 | N/A |
| 2022 05 17 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/17/2022 | LEHMAN0000161 | N/A |
| 2022 05 20 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/20/2022 | LEHMAN0000162 | N/A |
| 2022 05 22 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/22/2022 | LEHMAN0000164 | N/A |
| 2022 05 17 Twitter Direct Messages | Thomas Lehman, piv_piv | 5/17/2022 | LEHMAN0000165 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman, Ryder Ripps | 6/21/2022 | LEHMAN0000170 | N/A |
| 2022 08 23 Twitter Direct Messages | Thomas Lehman, et al. | 8/23/2022 | LEHMAN0000172 | N/A |
| 2022 08 24 Twitter Direct Messages | whalegoddess | 8/24/2022 | LEHMAN0000173 | N/A |
| 2022 05 24 Twitter Direct Messages | Thomas Lehman, techoshi777 | 5/24/2022 | LEHMAN0000174 | N/A |
| 2022 05 22 Twitter Direct Messages | Thomas Lehman | 5/22/2022 | LEHMAN0000175 | N/A |
| 2022 06 17 Twitter Direct Messages | techoshi777, SolMiningpunkV2, EmilyLuvsCrypto | 6/17/2022 | LEHMAN0000176 | N/A |
| 2022 06 10 Twitter Direct Messages | Kryptokeaton, squeebo_nft, amy_stroud, SolminingpunkV2 | 6/10/2022 | LEHMAN0000177 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 06 19 Twitter Direct Messages | Thomas Lehman, kryptokeaton, squeebo_nft, EmilyLuvsCrypto | 6/19/2022 | LEHMAN0000178 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, kryptokeaton, squeebo_nft, EmilyLuvsCrypto | 6/20/2022 | LEHMAN0000179 | N/A |
| 2022 06 20 Twitter Direct Messages (Hickman) | Thomas Lehman, kryptokeaton, squeebo_nft, EmilyLuvsCrypto | 6/20/2022 | LEHMAN0000180 | N/A |
| 2022 06 20 Twitter Direct Messages (Lehman, Hickman, EmilyLuvsCrypto, and SolMiningpunkV2) | Lehman, Hickman, EmilyLuvsCrypto, and SolMiningpunkV2 | 6/20/2022 | LEHMAN0000181 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, SolMiningpunkV2 | 6/20/2022 | LEHMAN0000182 | N/A |
| 2022 06 20 Twitter Direct Messages | Thomas Lehman, EmilyLuvsCrypto, SolMiningpunkV2, kryptokeaton | 6/20/2022 | LEHMAN0000183 | N/A |
| 2022 06 21 Twitter Direct Messages | kryptokeaton, SolMiningpunkV2 | 6/21/2022 | LEHMAN0000184 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, kryptokeaton, polthedev | 6/21/2022 | LEHMAN0000185 | N/A |
| 2022 06 17 Twitter Direct Messages | Thomas Lehman | 6/17/2022 | LEHMAN0000186 | N/A |
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, squeebo_nft, Thomas Lehman | 6/21/2022 | LEHMAN0000187 | N/A |
| 2022 06 21 Twitter Direct Messages | SolMiningpunkV2, Thomas Lehman | 6/21/2022 | LEHMAN0000189 | N/A |
| 2022 06 22 Twitter Direct Messages | SlMiningpunkV2 | 6/22/2022 | LEHMAN0000190 | N/A |
| 2022 06 22 Twitter Direct Messages | It'sBlue.eth, SolMiningpunkV2, EmilyLuvsCrypto | 6/22/2022 | LEHMAN0000191 | N/A |
| 2022 06 22 Twitter Direct Messages | Thomas Lehman, SolMiningpunkV2, EmilyLuvsCrypto, It'sBlue.eth | 6/22/2022 | LEHMAN0000192 | N/A |
| 2022 06 23 Twitter Direct Messages | Squeebo_nft, Thomas Lehman | 6/23/2022 | LEHMAN0000193 | N/A |
| 2022 06 23 Twitter Direct Messages | EmilyLuvsCrypto, Thomas Lehman, Ryan Hickman, gaslimitreached | 6/23/2022 | LEHMAN0000194 | N/A |
| 2022 06 21 Twitter Direct Messages | Thomas Lehman | 6/21/2022 | LEHMAN0000195 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 07 03 Twitter Direct Messages | Thomas Lehman | 7/3/2022 | LEHMAN0000198 | N/A |
| 2022 09 07 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 9/7/2022 | LEHMAN0000201 | N/A |
| 2022 09 10 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 9/10/2022 | LEHMAN0000202 | N/A |
| 2022 07 24 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 7/24/2022 | LEHMAN0000204 | N/A |
| 2022 08 25 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 8/25/2022 | LEHMAN0000205 | N/A |
| 2022 08 26 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 8/26/2022 | LEHMAN0000206 | N/A |
| 2022 06 20 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/20/2022 | LEHMAN0000211 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000212 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000213 | N/A |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000214 | JTX-967 |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000215 | JTX-968 |
| 2022 06 23 Twitter Direct Messages (Lehman and Hickman) | Thomas Lehman, Ryan Hickman | 6/23/2022 | LEHMAN0000216 | N/A |
| 2022 08 03 Twitter Direct Messages | whalegoddess, d0vetail | 8/3/2022 | LEHMAN0000217 | N/A |
| 2022 07 03 Twitter Direct Messages | Thomas Lehman | 7/3/2022 | LEHMAN0000218 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| Ape Minting Workflow | N/A | N/A | LEHMAN0000219 | N/A |
| export-address-token-nft-0xc2172a6315c1d7f6855768f843c420ebb36eda97.csv | N/A | N/A | LEHMAN0000231 | JTX-1553 |
| export-address-token-nft-0xc650f01eb5b8f267ad3e18282e649afa0158b188.csv (LEHMAN0000232) | N/A | N/A | LEHMAN0000232 | JTX-1554 |
| export-address-token-nft-0xe64f07d9d151ea7286b8470c8f38691baf2c146e.csv (LEHMAN0000233) | N/A | N/A | LEHMAN0000233 | JTX-1555 |
| FINAL_ First Draw RR/BAYC Accounting spreadsheet | N/A | N/A | LEHMAN0000234 | N/A |
| RR/BAYC Accounting spreadsheet | N/A | N/A | LEHMAN0000235 | N/A |
| 2022 05 17 Email from Foundation Support | N/A | N/A | LEHMAN0000236 | N/A |
| 2021 06 14 Draft email from R. Ripps | Ryder Ripps | N/A | LEHMAN0000239 | N/A |
| 2021 06 14 Draft email from R. Ripps | Ryder Ripps | N/A | LEHMAN0000240 | N/A |
| Google Sheet re Reserved Ape IDs | N/A | N/A | LEHMAN0000241 | JTX-970 |
| Spreadsheet re RR_BAYC 2nd gas | N/A | N/A | LEHMAN0000242 | N/A |
| Spreadsheet re RR_BAYC 3rd gas | N/A | N/A | LEHMAN0000243 | N/A |
| Spreadsheet re RR_BAYC Accounting V2 | N/A | N/A | LEHMAN0000244 | N/A |
| Spreadsheet re RR_BAYC Accounting | N/A | N/A | LEHMAN0000245 | N/A |
| Spreadsheet re RR_BAYC Revenue | N/A | N/A | LEHMAN0000246 | N/A |
| Spreadsheet re RR_BAYC | N/A | N/A | LEHMAN0000247 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000248 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000249 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000250 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| RR/BAYC Images | N/A | N/A | LEHMAN0000251 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000252 | N/A |
| RR/BAYC Images | N/A | N/A | LEHMAN0000253 | N/A |
| R. Ripps Transaction Hash Data | N/A | N/A | LEHMAN0000254 | N/A |
| Transcript | N/A | N/A | LEHMAN0000255 | N/A |
| Transcript | N/A | N/A | LEHMAN0000285 | N/A |
| Ehtereum Addresses | N/A | N/A | LEHMAN0000287 | N/A |
| Draft Royalty Calculations | N/A | N/A | LEHMAN0000288 | N/A |
| Subpoena Summary | N/A | N/A | LEHMAN0000289 | N/A |
| 2022 05 22 Discord Direct Messages | FeniXx, jimdrang, Edbighead, Jeremy Cahen, Thomas Lehman | 5/22/2022 | LEHMAN0000291 | N/A |
| 2022 07 22Discord Direct Messages | dovetail, Thomas Lehman | 7/20/2022 | LEHMAN0000292 | N/A |
| 2022 09 15 Discord Direct Messages | dovetail, DaoBao | 9/15/2022 | LEHMAN0000293 | N/A |
| 2022 06 23 Discord Direct Messages | Vasa, Ryan Hickman, Jeremy Cahen, Thomas Lehman | 6/23/2022 | LEHMAN0000295 | N/A |
| 2022 07 24 Discord Direct Messages | 0xfcks, Thomas Lehman | 7/24/2022 | LEHMAN0000296 | N/A |
| 2022 06 21 Discord Direct Messages | AvolaliM.eth, Thomas Lehman | 6/21/2022 | LEHMAN0000297 | N/A |
| 2022 06 04 Discord Direct Messages | Confucius_said, Thomas Lehman | 6/4/2022 | LEHMAN0000298 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022 05 22 Discord Direct Messages | dovetail, Thomas Lehman | 5/22/2022 | LEHMAN0000299 | N/A |
| 2022 05 28 Discord Direct Messages | hirsch, Thomas Lehman | 5/28/2022 | LEHMAN0000300 | N/A |
| 2022 05 23 Discord Direct Messages | Ryan Hickman, Thomas Lehman | 5/23/2022 | LEHMAN0000301 | N/A |
| 2022 05 16 Discord Direct Messages | meuleman, Thomas Lehman | 5/16/2022 | LEHMAN0000303 | N/A |
| 2022 05 24 Discord Direct Messages | Jeremy Cahen, Thomas Lehman | 5/24/2022 | LEHMAN0000304 | N/A |
| 2022 09 06 Discord Direct Messages | Sov, Thomas Lehman | 9/6/2022 | LEHMAN0000305 | N/A |
| 2022 05 24 Discord Direct Messages | Vard | 5/24/2022 | LEHMAN0000306 | N/A |
| 2022 06 13 Discord Direct Messages | whalegoddess, Thomas Lehman | 6/13/2022 | LEHMAN0000307 | N/A |
| 2022 10 04 Text Messages (Lehman and Cahen) | Thomas Lehman, Jeremy Cahen | 10/4/2022 | LEHMAN0000309 | JTX-1133 |
| RRBAYC Discord | N/A | N/A | RIPPSCAHEN00000001 | N/A |
| GemBot (0xGem) Twitter Header | N/A | N/A | YUGALABS_00000537 | N/A |
| RR/BAYC CoinGecko Page | N/A | N/A | YUGALABS_00000539 | N/A |
| 2022 05 28 RR_BAYC Tweet | RR_BAYC | 5/28/2022 | YUGALABS_00000560 | N/A |
| 2022 06 28 zackburt  Tweet | zackburt | 6/28/2022 | YUGALABS_00000567 | N/A |
| 2022 07 08 inquisitivemove Tweet - Can't be rite | inquisitivemove | 7/8/2022 | YUGALABS_00000620 | N/A |
| CoinGecko - RR/BAYC (captured at 2022 08 02) | N/A | 8/2/2022 | YUGALABS_00000631 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 2022 09 11 Cahen and SachDana Twitter Thread | Jeremy Cahen, SachDana | 9/11/2022 | YUGALABS_00002708 | N/A |
| 2022 10 19 BAYC, McBess, The Dudes Mech Drop Announcement | N/A | 10/19/2022 | YUGALABS_00003355 | N/A |
| Twitter pages from R. Ripps from 2022-01-31 to 2022-02-28 | N/A | 3/1/2022 | YUGALABS_00026704 | N/A |
| 2022 06 21 streetoshi Tweet | Streetoshi | 6/21/2022 | YUGALABS_00027519 | N/A |
| 2022 05 16 Cline Tweet | Jason Cline | 5/16/2022 | YUGALABS_00027686 | N/A |
| 2022 05 16 Cline Tweet | Jason Cline | 5/16/2022 | YUGALABS_00027690 | N/A |
| 2022 06 30   etheth Tweet | etheth | 6/30/2022 | YUGALABS_00029097 | N/A |
| 2022 08 20   etheth Tweet | etheth | 8/20/2022 | YUGALABS_00029098 | N/A |
| 2022 06 22 Cline Tweet | Jason Cline | 6/22/2022 | YUGALABS_00029099 | N/A |
| Copy of Yuga Labs LLC Income Statement Jan.-Nov. 2022 | N/A | 11/1/2022 | YUGALABS_00029724 | N/A |
| 2022 05 13 Ripps Tweet | Ryder Ripps | 5/13/2022 | YUGALABS_00030103 | N/A |
| 2022 07 08 farokh Tweet | Farokh | 7/8/2022 | YUGALABS_00031332 | N/A |
| Social Media Channel view | N/A | N/A | YUGALABS_00031472 | N/A |
| Social Media Most Acitve Public Profiles | N/A | N/A | YUGALABS_00031473 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031554 | N/A |
| Bored Ape Yacht Club Social Media Statistics, Dec. 1 2021-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031555 | N/A |
| Bored Ape Yacht Club Social Media Mentions, Jan. 28, 2022-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031562 | N/A |
| Bored Ape Yacht Club Content Reach | N/A | N/A | YUGALABS_00031563 | N/A |
| Bored Ape Yacht Club Social Media Impressions | N/A | N/A | YUGALABS_00031564 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Bored Ape Yacht Club Number of Mentions/Social Media reach/Non Social Reach, Dec. 1, 2021-Jan. 22, 2023 | N/A | 1/22/2023 | YUGALABS_00031565 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031566 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031567 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031568 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031569 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031570 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031571 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031572 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031573 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031574 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031575 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031576 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031577 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031578 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031579 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031580 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031581 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031582 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031583 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031584 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031585 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031586 | N/A |
| Bored Ape Yacht Club Social Media Statistics | N/A | N/A | YUGALABS_00031593 | N/A |
| Bored Ape Yacht Club Social Media Report | N/A | N/A | YUGALABS_00031594 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2022.06.20 0xGem Tweeit | 0XGem | 6/20/2022 | YUGALABS_00031598 | N/A |
| 2023.01.31 fr_brennan Tweet | fr_brennan | 1/31/2023 | YUGALABS_00031612 | N/A |
| Etherscan Transaction Details (0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015) | N/A | N/A | YUGALABS_00031618 | N/A |
| Frankfurt Kurnit Kelin + Selz - "Reflections on BAYC's revolutionary NFT license" | N/A | N/A | YUGALABS_00031621 | N/A |
| Ethereum contract address 0x2EE6AF0dFf3A1CE3F7E341 | N/A | N/A | YUGALABS_00031626 | N/A |
| Ethereum contract address 0x2EE6AF0dFf3A1CE3F7E341 | N/A | N/A | YUGALABS_00031628 | N/A |
| 2022.05.14 ryder_ripps Tweet | Ryder Ripps | 5/14/2022 | YUGALABS_00031629 | N/A |
| 2022.06.12 ryder_ripps Tweet | Ryder Ripps | 6/12/2022 | YUGALABS_00031638 | N/A |
| 2022.10.19 boredapeYC Tweet | boredapeYC | 10/19/2022 | YUGALABS_00031643 | N/A |
| 2023.01.31 sretber Tweet | stretber | 1/31/2023 | YUGALABS_00031645 | N/A |
| 2023.01.31 yugalabs Tweet | yugalabs | 1/31/2023 | YUGALABS_00031647 | N/A |
| 2023.02.03 OGDfarmer Tweet | OGDfarmer | 2/3/2023 | YUGALABS_00031649 | N/A |
| Wayback Capture of "A complete guide to creating a Collection and minting an NFT – Foundation | N/A | N/A | YUGALABS_00032440 | N/A |
| 2022.06.11 ryder_ripps Tweet | Ryder Ripps | 6/11/2022 | YUGALABS_00032446 | N/A |
| 2022.09.18 ZamArtist Tweet | ZamArtist | 9/18/2022 | YUGALABS_00032447 | N/A |
| YouTube Capture - Bored Ape Yacht Club Creators Explains How Steph Curry & Bieber Got Their NFT | N/A | N/A | YUGALABS_00032448 | N/A |
| Contain Podcast Page | N/A | N/A | YUGALABS_00032449 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| 2023 02 03 Yuga Labs v. Ripps - Declaration of Thomas Lehman | Thomas Lehman | 2/3/2023 | YUGALABS_00032552 | JTX-1 |
| 2021 11 15 BoredApeYC Tweet | boredapeYC | 3/26/2022 | YUGALABS_00032568 | N/A |
| Dookey Dash & Sewer Pass FAQs | N/A | N/A | YUGALABS_00032573 | N/A |
| Dookey Dash Announcement | N/A | N/A | YUGALABS_00032579 | N/A |
| 2022 03 26 BoredApeYC Tweet | N/A | N/A | YUGALABS_00032580 | N/A |
| The Otherside Announcement | N/A | N/A | YUGALABS_00032581 | N/A |
| Team ApeMarket Discord | N/A | N/A | LEHMAN0000294 | JTX-800 |
| No Date Text Messages (Ripps and Cahen) | Ryder Ripps, Jeremy Cahen | N/A | RIPPSCAHEN00026004 | JTX-1574 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00029977-78 | JTX-876 |
| USPTO TESS BA YC Yacht Club Logo | N/A | 1/8/2023 | YUGALABS_00029990-91 | JTX-877 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030058-59 | JTX-878 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030079-80 | JTX-879 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030092-93 | JTX-880 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030099-100 | JTX-881 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030106-07 | JTX-882 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030114-15 | JTX-883 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030118-19 | JTX-884 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030129-30 | JTX-885 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030134-35 | JTX-886 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030138-39 | JTX-887 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030142-43 | JTX-888 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030146-47 | JTX-889 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030150-51 | JTX-890 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030155-56 | JTX-891 |
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030160-62 | JTX-892 |
| USPTO TESS BA YC BORED APE YACHT CLUB Logo | N/A | 1/8/2023 | YUGALABS_00030166-68 | JTX-893 |
| USPTO TESS BA YC Logo | N/A | 1/8/2023 | YUGALABS_00030172-74 | JTX-894 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030177-79 | JTX-895 |
| USPTO TESS BORED APE | N/A | 1/8/2023 | YUGALABS_00030182-84 | JTX-896 |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| USPTO TESS BORED APE YACHT CLUB | N/A | 1/8/2023 | YUGALABS_00030187-94 | JTX-897 |
| USPTO TESS BAYC | N/A | 1/8/2023 | YUGALABS_00030195-202 | JTX-898 |
| USPTO TESS Ape Skull Logo | N/A | 1/8/2023 | YUGALABS_00030205-07 | JTX-899 |
| 2022 06 20 Cahen Tweet | Jeremy Cahen | 6/20/2022 | YUGALABS_00036242-44 | JTX-683 |
| 2022 06 21 Cahen Tweet | Jeremy Cahen | 6/21/2022 | YUGALABS_00040429 | JTX-685 |
| 2023 03 27 Blockworks Tweet | Blockworks | 3/27/2023 | YUGALABS_00041287 | JTX-1480 |
| 2023 04 04 Cahen Tweet | Jeremy Cahen | 4/4/2023 | YUGALABS_00041610 | JTX-1315 |
| USPTO TESS BAYC | N/A | 5/8/2023 | YUGALABS_00043549-50 | JTX-1569 |
| USPTO TESS Ape Skull Logo | N/A | 5/8/2023 | YUGALABS_00043551-52 | JTX-1570 |
| USPTO Notice of Acceptance of Statement of Use | N/A | 4/27/2023 | YUGALABS_00043553 | JTX-1571 |
| USPTO Notice of Acceptance of Statement of Use | N/A | 4/27/2023 | YUGALABS_00043554 | JTX-1572 |
| 2023 02 20 Cahen Retweet | Jeremy Cahen | 2/20/2023 | YUGALABS_00043588 | JTX-1613 |
| 2023 02 17 Cahen Retweet | Jeremy Cahen | 2/17/2023 | YUGALABS_00043589 | JTX-1614 |
| 2023 02 24 Cahen Retweet | Jeremy Cahen | 2/24/2023 | YUGALABS_00043590 | JTX-1615 |
| brandwatch_urls.xlsx (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032615 | N/A |
| 00_README.txt (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032614 | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| 00_requirements.txt (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032616 | N/A |
| 01_import.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032654 | N/A |
| 02_build_tweets.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032655 | N/A |
| 03_measure_sentiment.py (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032656 | N/A |
| 04_clean_sentiment_tweets.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032658 | N/A |
| 05_exhibits_5_7_8.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032659 | N/A |
| 06_appendix_e.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032663 | N/A |
| crplotr_1.0.3.8.tar.gz (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032682 | N/A |
| header.py (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032683 | N/A |
| header.R (Underlying Data for Report) | Jonah Berger | N/A | YUGALABS_00032684 | N/A |
| "What is an NFT," OpenSea Learn, https://opensea.io/learn/what—are-nfts | N/A | 12/24/2022 | N/A | N/A |
| "Go Read This Story on the Real History of NFTs" | Bijan Stephen | 4/2/2021 | N/A | N/A |
| "What is Tokenized Real Estate? A Beginner's Guide to Digital Real Estate Ownership," Cointelegraph, https://cointelegraph.com/nonfungible-tokens-for-beginners/what—is-tokenized-real-estate | N/A | N/A | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| "Branding" | N/A | N/A | N/A | N/A |
| "I'll Wear the Coke Pants Tonight; They Go Well With MY Harley Davidson Ring" | Frank E. James | 6/6/1985 | N/A | N/A |
| "McDonalds and Disney are Reuniting After Over a Decade Apart-And IT Means Disney Toys in Your Happy Meals" | Natasha Bach | 2/28/2018 | N/A | N/A |
| "Ronald, Mickey Form New Alliance; McDonald's To Open Eateries At Walt Disney Theme Parks" | N/A | 9/21/1997 | N/A | N/A |
| "Bored Ape Yacht Club NFTs Explained" | Daniel Van Boom | 8/11/2022 | N/A | N/A |
| "Welcome to the Bored Ape Yacht Club" | N/A | N/A | N/A | N/A |
| "An Introduction to the Bored Ape Yacht Club" | N/A | 1/11/2022 | N/A | N/A |
| "5385 - Bored Ape Yacht Club" | N/A | N/A | N/A | N/A |
| "TV Host Jimmy Fallon Reveals He Owns a Bored Ape Yacht Club NFT" | N/A | 11/11/2021 | N/A | N/A |
| "Justin Bieber Enters the Bored Ape NFT Chat with $1.3 Million Purchase" | Morgan Smith | N/A | N/A | N/A |
| "Steph Curry Just Bought a Bored Ape Yacht Club NFT for $180,000 USD Worth of ETH" | N/A | 8/30/2021 | N/A | N/A |
| "Bored Ape Yacht Club: What To Know About The Hottest NFT Project Around" | Chris Katje | 7/29/2021 | N/A | N/A |
| "With NFTs, the digital medium is the message" | Alex Tapscott | 10/4/2021 | N/A | N/A |
| "NFTs, Their Purpose, and How They Create Value" | Rehman Deraiya | 8/1/2022 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|-------|--------|------|-----------|----------------|
| "The Rise of Virtual Status Symbols: Blockchain, Digital Art and NFTs" | Gokce Sandal | 3/23/2021 | N/A | N/A |
| "Non-Fungible Token Prices, Charts and Sales Data Tracker" | N/A | N/A | N/A | N/A |
| "NFT Dashboard" | N/A | N/A | N/A | N/A |
| "Adidas Reveals New NFT Project with Bored Ape Yacht Club," | Maghan McDowell, Kati Chitrakorn | 12/17/2021 | N/A | N/A |
| "Dookey Dash: Yuga Labs Skill-Based NFT Game" | Mirjarn Teiss | 1/23/2023 | N/A | N/A |
| "Yuga Labs Launches Dookey Dash Skill-Based NFT Game," | Tarang Khaitan | 1/17/2023 | N/A | N/A |
| Tweet, @OGDfarmer | OGDFarmer | 2/3/2023 | N/A | N/A |
| Tweet, @BoredApeYC | BoredApeYC | 10/19/2022 | N/A | N/A |
| "Snoop Dogg and Eminem's Bored Ape music video is here to try and sell us on tokens" | Richard Lawler | 6/24/2022 | N/A | N/A |
| "How Four NFT Novices Created a Billion-Dollar Ecosystem of Cartoon Apes" | Samantha Hissong | 11/1/2021 | YUGALABS_00002049 - 60 | JTX-614 |
| "Bored Ape Yacht Club Creator Raises $450 Million to Build an NFT Metaverse," | Jacob Kastrenakes | 3/22/2022 | N/A | N/A |
| "Bored Apes NFT Startup Yuga Labs Raises Seed Round at Monster $4B Valuation" | N/A | 3/22/2022 | N/A | N/A |
| "Yuga Labs Closes $450 Million Seed Round of Funding, Valuing the Company at $4 Billion; Confirms Plans for Metaverse Project" | N/A | 3/22/2022 | N/A | N/A |

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| "How to Create a Collection and Mint an NFT on Foundation," | N/A | N/A | N/A | N/A |
| "An Intro to Blockchain and NFTs" | N/A | N/A | N/A | N/A |

**Statements**

| Source | Statement Excerpt |
|---|---|
| "Branding," American Marketing Association, https://www.ama.org/topics/branding/. | "A brand is a name, term, design, symbol or any other feature that identifies one seller's goods or service as distinct from those of other sellers." |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 3 | They "have dimensions that differentiate [a product or service] in some way from other products [or services] designed to satisfy the same need." |
| Kotler, Philip and Kevin Lane Keller, Marketing Management, Fourteenth Edition (Upper Saddle River, NJ: Prentice Hall, 2011, at p. 164 | Through branding, companies try to shape brand associations or the "brand-related thoughts, feelings, perceptions, images, experiences, beliefs, [and] attitudes" that consumers have with a brand. |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 162 | Through the "product" element of the marketing mix, a company can "design, manufacture, market, sell, deliver, and service products in a way that creates a positive brand image with strong, favorable, and unique brand associations." |
| "The Four Ps of Marketing," American Marketing Association, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/. | According to the American Marketing Association, some brands "might raise the price of their products to give the appearance of being a luxury to appeal to an affluent audience." |
| "The Four Ps of Marketing," American Marketing Association, July 12, 2022, https://www.ama.org/marketing-news/the-four-ps-of-marketing/. | Other brands "might lower the price of a newer product or offer a discount to entice consumers into buying or trying the product." |

| Source | Statement Excerpt |
|---|---|
| Kevin Lane Keller, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," Journal of Marketing 57(1), 1993, at pp. 1-22 | Because the power of brand depends on consumers' perception of the brand, brand equity is the "differential effect of brand knowledge on consumer response to the marketing of the brand." |
| Kotler, Philip and Kevin Lane Keller, Marketing Management, Fourteenth Edition (Upper Saddle River, NJ: Prentice Hall, 2011, at p. 242 | "Brand loyalty provides predictability and security of demand for the firm, and it creates barriers to entry that make it difficult for firms to enter the market." |
| Keller, Kevin Lane, Strategic Brand Management, Fourth Edition (Upper Saddle River, NJ: Prentice Hall, 2013, at p. 72 | Stronger brands "can extend more successfully into more diverse categories than other brands." |
| James, Frank E., "I'll Wear the Coke Pants Tonight; They go Well With My Harley Davidson Ring," Wall Street Journal, June 6, 1985 | Market research has established that "[s]hoppers are willing to pay more for licensed products, apparently because of the reassurance famous trademarks give." |
| Park, C. Whan et al., "Evaluation of Brand Extensions: The Role of Product Feature Similarity and Brand Concept Consistency," Journal of Consumer Research 18, no. 2, 1994, at p. 186 | "A function-oriented brand concept is understood primarily in terms of brand-unique aspects that are related to product performance, while a prestige-oriented brand concept is understood primarily in terms of consumers' expression of self-concepts or images." |
| Park, C. Whan et al., "Strategic Brand Concept-Image Management," Journal of Marketing 50, no. 4, 1986, at p. 136 | Park et al. describes "[a] brand with a functional concept … as one designed to solve externally generated consumption needs." |

| Source | Statement Excerpt |
|---|---|
| Park, C. Whan et al., "Strategic Brand Concept-Image Management," Journal of Marketing 50, no. 4, 1986, at p. 136 | The authors describe the prestige brand concept (which they refer to as a "symbolic" concept) as "designed to associate the individual with a desired group, role, or self-image." |
| O'Cass, Aron and Hmily Frost, "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," Journal of Product and Brand Management 11, no. 2, 2002, at p. 70 | They explain that the "importance and benefits of status cannot be overemphasized; with the significant price premiums achieved and economic value of status goods it is important for marketers to understand how consumers create brand symbols and brand images that are status-oriented." |
| O'Cass, Aron and Hmily Frost, "Status Brands: Examining the Effects of Non-Product-Related Brand Associations on Status and Conspicuous Consumption," Journal of Product and Brand Management 11, no. 2, 2002, at pp. 69-70 | They conclude that this understanding "will allow status producers to increase market share, income generation, improve returns on brand investment and [capture] a slice of the billion dollar profits in the marketplace for status goods." |
| Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior: Scale Development and Validation," Journal of Marketing Theory and Practice 7, no. 3, 1999 at p. 42 | Eastman et al. (1999) describes how marketers selling "status symbols" should seek to "endow their brands with the right status image" or convince consumers "that their brand[] ha[s] cachet." |
|  | "In 2021, the majority of the Company's revenue was from initial drops (sales of NFTs) with the release of Bored Ape Yacht Club in May and June. Mutant Apes Yacht Club was released in late August 2021. Yuga Labs collects royalties from resales of the NFT collectibles. In 2022, there have been no initial drops directly from Yuga Labs, but there have been metaverse land sales with their collaborative |

| Source | Statement Excerpt |
|---|---|
|  | partner. Yuga Labs collects royalties from the secondary sales of these metaverse land deeds") |
| Deposition of Yuga Labs, January 24, 2023, at pp. 170-72 | Yuga Labs' former CEO, Ms. Muniz testified that "almost all" of 2021 revenue and 90 percent or "potentially even more" of 2022 revenue is related to the "Bored Ape Yacht Club brand. |
| Keller, Kevin Lane, "Managing the Growth Tradeoff: Challenges and Opportunities in Luxury Branding," Brand Management 16, no. 5/6, 2009, pp. 290—301, at p. 293 | "[B]ecause of their significant price margins and premiums, luxury brands are vulnerable to much illegal activity in the form of counterfeiting and so on" |
| Chebat, Jean-Charles et al., "A Sensory Approach to Brand Confusion," Journal of Brand Strategy 5, no. 1, 2015, pp. 101—115. | "Brand managers invest huge amount[s] of money and efforts to build unique and [recognizable] brands," counterfeiters aim "to reap the benefit of strong brands without building them." |
| Das, Dipanjan et al., "Understanding Security Issues in the NFT Ecosystem," In Proceedings of ACM Conference on Computer and Communications Security, 2022, pp. 1—18, at p. 9 | The authors recognize that the authenticity of an NFT is "endorsed by the smart contract managing the collection" and that in order to "ensure that the token one is buying is legitimate, buyers are advised to verify the contract address of the collection from official sources." |
| "How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/44 1 900208 105 1 -How-to-create-a-Collection—and-mint-an-NFT-on-Foundation. | There are two "important components" to creating and launching a smart contract on Foundation: the Collection Name, which is the "title and top-level identity of [the] Collection and its NFTs," and the Collection Symbol, which "Acts as a token name on the blockchain for [the] Collection's NFTs." |
| Deposition of Yuga Labs, January 24, 2023, at pp. 155-156 | "So Bored Ape Yacht Club is our cornerstone brand, right? Like you think of this as Disney it's our Mickey Mouse. So one, I can' say what we will ever do in the future, |

| Source | Statement Excerpt |
|---|---|
| | right? Will we? I don't know. It's our cornerstone brand. We - we have content and materials and entertainment and products that we create now and sell and will continue to sell under the Bored Ape Yacht Club brand." |
| Erdem, Tulin and Joffre Swait, "Brand Equity as a Signaling Phenomenon," Journal of Consumer Psychology 7, no. 2, 1998, pp. 131—157 at p. 131 | According to Erdem and Swait (1998), this loyalty stems from a strong brand's ability to "signal product positions credibly." |
| Swait, Joffre and Tulin Erdem, "Brand Effects on Choice and Choice Set Formation Under Uncertainty," Marketing Science 26 no. 5, 2007, pp. 679—697 at p. 680 | Put differently, strong brands have more credibility in the eyes of consumers and these brands "signal[] a certain level of quality so that satisfied buyers can easily choose the product again," enhancing brand loyalty. |
| Erdem, Tulin et al., "Brands as Signals: A Cross-Country Validation Study," Journal of Marketing 70, 2006, pp. 34—49 at p. 34. | This benefits the company because "[b]rand loyalty provides predictability and security of demand for the firm, and it creates barriers to entry that make it difficult for other firms to enter the market." |
| Eastman, Jacqueline K. et al., "Status Consumption in Consumer Behavior: Scale Development and Validation," Journal of Marketing Theory and Practice 7, no. 3, 1999 at p. 42 | The authors conclude that if the brand is successful at developing these brand associations, the brand will likely experience "demand [that] will soar" and an ability to "command premium prices." |
| Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," Asia Pacific Journal of Innovation and Entrepreneurship 11, no. 2, 2017, pp. 233—245 at p. 237. | Jeon (2017) links symbolic brands to "both sensory experience and emotional attachment." The author concludes that these associations "in turn contribute[] significantly to brand equity." |

34

| Source | Statement Excerpt |
|---|---|
| Jeon, Joo-Eon, "The Impact of Brand Concept on Brand Equity," Asia Pacific Journal of Innovation and Entrepreneurship 11, no. 2, 2017, pp. 233—245 at p. 237. | The author concludes that these associations "in turn contribute[] significantly to brand equity." |
| Deposition of Yuga Labs (Rough), pp. 15417-1555. | The BAYC brand is considered by Yuga Labs to be its focal or "cornerstone brand." |
| "How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/44 1 900208 105 1 -How-to-create-a-Collection—and-mint-an-NFT-on-Foundation. | Foundation describes the NFT collections that it hosts as "creator-owned smart contracts that contain your NFTS." |
| "How to Create a Collection and Mint an NFT on Foundation," Foundation, https://help.foundation.app/hc/en-us/articles/44 1 900208 105 1 -How-to-create-a-Collection—and-mint-an-NFT-on-Foundation. | Foundation warns creators to "take care" when deciding on the Collection name and symbol, as these details "are recorded on the blockchain" and "cannot [be changed] later." |