```
 1  ERIC BALL (CSB No. 241327)
    eball@fenwick.com
 2  KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
 3  FENWICK & WEST LLP
    801 California Street
 4  Mountain View, CA 94041
    Telephone:  650.988.8500
 5  Facsimile:  650.938.5200

 6  ANTHONY M. FARES (CSB No. 318065)
    afares@fenwick.com
 7  ETHAN M. THOMAS (CSB No. 338062)
    ethomas@fenwick.com
 8  FENWICK & WEST LLP
    555 California Street, 12th Floor
 9  San Francisco, CA 94104
    Telephone:  415.875.2300
10
11  Additional Counsel listed on next page

12  Attorneys for Plaintiff
13  YUGA LABS, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S OFFER OF PROOF FOR LAUREN KINDLER** |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's June 2, 2023 Order (Dkt. 264), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits the following offer of proof for its expert witness Lauren Kindler.

## I. Opinion No. 1

### a. Opinion from Ms. Kindler

Based on Ms. Kindler's expertise and experience, her review of the relevant materials produced in this matter, and an analysis of transactions on the Ethereum blockchain, she reached the opinion that, as of February 1, 2023, Defendants earned $1,589,455 in profits associated with their wrongful conduct (the promotion and sale of RR/BAYC NFTs). These profits were generated by 1) Defendants' sales of the infringing RR/BAYC NFTs that they minted and began to sell in May 2022, 2) creator fees that Defendants collected from resales of infringing RR/BAYC NFTs on secondary markets, and 3) the value of infringing RR/BAYC NFTs that Defendants hold or did not mint. Defendants' profits of $1,589,455 likely underestimate Yuga Labs' economic harm, in terms of lost profits, because had Yuga Labs, as opposed to Defendants, minted additional NFTs with its marks, they likely would have sold at higher prices. Profits continue to accrue to Defendants, as resales on secondary markets are ongoing.

### b. Relevance

This opinion is relevant to Yuga Labs' remedies under Yuga Labs' first claim for false designation of origin and its second claim for false advertising.

Ms. Kindler's testimony, among other evidence, will show the harm to Yuga Labs as a result of Defendants' trademark infringement and false advertising in relation to the promotion, marketing, and sale of the RR/BAYC NFTs. Ms. Kindler's testimony is also relevant to calculating Defendants' profits from the sale of infringing RR/BAYC NFTs.

### c. Basis for Opinion

#### 1. Report (Exhibit A)

The basis for Ms. Kindler's opinion is contained in her report at ¶ 1 (Introduction and Assignment); ¶¶ 2-5 (Qualifications and Experience); ¶¶ 6-7 (Information Reviewed and Considered); ¶¶ 8, 9(a), 9(b) (Summary of Opinions); ¶¶ 11-40 (Background); ¶¶ 41-54 (Evidence of Consumer Confusion Resulting from the Wrongful Conduct); ¶¶ 57-78 (Evaluation of Yuga Labs' Damages Due to Defendants' Wrongful Conduct); Appendices A-C; Supplemental Expert Report, Appendices A-B.

#### 2. Deposition Testimony (Exhibit B)

Ms. Kindler testified about her opinion in her deposition at:

- 14:3-16
- 19:20-20:5
- 20:12-14
- 20:19-22
- 25:8-27:2
- 33:11-34:7
- 36:10-23
- 56:25-58:18
- 74:17-23
- 75:4-76:10
- 85:15-87:12
- 87:21-88:7
- 88:11-89:21
- 91:5-17
- 92:22-93:22
- 94:1-97:17
- 107:9-113:14

- 114:24-116:6
- 117:14-119:5
- 120:15-121:13
- 126:19-128:16
- 133:9-134:4
- 134:22-135:9
- 138:8-140:11
- 141:1-141:24
- 170:6-171:22

### 3. Materials Relied On (Exhibit C)

In forming her opinion, Ms. Kindler relied on the documents and statements contained in Exhibit C.

## II. Opinion No. 2

### a. Opinion from Ms. Kindler

Based on Ms. Kindler's expertise and experience, her review of the relevant materials produced in this matter, and an analysis of relevant transactions on the Ethereum blockchain, she reached the opinion that Yuga Labs could, as an effort to mitigate further harm, purchase and destroy all infringing RR/BAYC NFTs and Yuga Labs' cost to do so would be $1,792,704. Ms. Kindler opined that this estimate is very likely understated, as some RR/BAYC NFT owners (including the Defendants themselves) may be "holdouts" in this hypothetical buyback effort and drive up costs to Yuga Labs by charging above-market prices. Any increase in the value of RR/BAYC NFTs would result in further unjust enrichment to Defendants.

### b. Relevance

This opinion is relevant to Yuga Labs remedies under its first claim for false designation of origin and its second claim for false advertising.

Ms. Kindler's testimony, among other evidence, will show the expenses required for Yuga Labs to mitigate the ongoing harm caused by Defendants'

trademark infringement and false advertising in relation to the promotion and sale of the infringing RR/BAYC NFTs.

    **c.    Basis for Opinion**

        **1.    Report (Exhibit A)**

The basis for Ms. Kindler's opinion is contained in her report at ¶ 1 (Introduction and Assignment); ¶¶ 2-5 (Qualifications and Experience); ¶¶ 6-7 (Information Reviewed and Considered); ¶¶ 8, 9(c)(ii) (Summary of Opinions); ¶¶ 11-40 (Background); ¶¶ 41-54 (Evidence of Consumer Confusion Resulting from the Wrongful Conduct); ¶¶ 57, 85-86 (Evaluation of Yuga Labs' Damages Due to Defendants' Wrongful Conduct); Appendices A-C; Supplemental Expert Report, Appendices A-B.

        **2.    Deposition Testimony (Exhibit B)**

Ms. Kindler testified about her opinion in her deposition at:

- 14:3-16
- 19:20-20:5
- 20:12-14
- 20:19-22
- 25:8-27:2
- 33:11-34:7
- 37:23-38:20
- 56:25-58:18
- 74:17-23
- 75:4-76:10
- 167:14-168:14
- 169:19-170:5
- 170:6-171:22

        **3.    Materials Relied On (Exhibit D)**

In forming her opinion, Ms. Kindler relied on the documents and statements

contained in Exhibit D.

## III. Opinion No. 3

### a. Opinion from Ms. Kindler

Based on Ms. Kindler's expertise and experience and her review of the relevant materials produced in this matter, she reached the opinion that, in addition to the measures of harm quantified above, Defendants' wrongful conduct caused (and continues to cause) additional types of unjust enrichment to Defendants that are significant, yet more difficult to quantify. Specifically, Defendants have been able to "free ride" on Yuga Labs' investments in creating the BAYC brand.

### b. Relevance

This opinion is relevant to Yuga Labs remedies under its first claim for false designation of origin and its second claim for false advertising.

Ms. Kindler's testimony, among other evidence, will show the extent of Defendants' ill-gotten gains as a result of their trademark infringement and false advertising in relation to the promotion and sale of the infringing RR/BAYC NFTs.

### c. Basis for Opinion

#### 1. Report (Exhibit A)

The basis for Ms. Kindler's opinion is contained in her report at ¶ 1 (Introduction and Assignment); ¶¶ 2-5 (Qualifications and Experience); ¶¶ 6-7 (Information Reviewed and Considered); ¶¶ 8, 10 (Summary of Opinions); ¶¶ 11-40 (Background); ¶¶ 41-54 (Evidence of Consumer Confusion Resulting from the Wrongful Conduct); ¶¶ 57, 89 (Evaluation of Yuga Labs' Damages Due to Defendants' Wrongful Conduct); Appendices A-B; Supplemental Expert Report, Appendices A-B.

#### 2. Deposition Testimony (Exhibit B)

Ms. Kindler testified about her opinion in her deposition at:
- 14:3-16
- 19:20-20:5

- 20:12-14
- 20:19-22
- 25:8-27:2
- 33:11-34:7
- 74:17-23
- 75:4-76:10
- 128:24-131:1
- 132:22-133:8

### 3. Materials Relied On (Exhibit E)

In forming her opinion, Ms. Kindler relied on the documents and statements contained in Exhibit E.

## IV. Opinion No. 4

### a. Opinion from Ms. Kindler

Based on Ms. Kindler's expertise and experience and her review of the relevant materials produced in this matter, she reached the opinion that, in addition to the measures of harm quantified above, Defendants' wrongful conduct caused (and continues to cause) additional types of harm to Yuga Labs that are significant, yet more difficult to quantify. Specifically, (1) the confusion created by the wrongful conduct caused damage to Yuga Labs' business; (2) testimony from Yuga Labs' former CEO indicates that the wrongful conduct likely resulted in Yuga Labs' loss of at least one valuable partnership opportunity with another firm; (3) the wrongful conduct likely harmed Yuga Labs' goodwill. In sum, Yuga Labs has suffered (and continues to suffer) harm as a result of Defendants' wrongful conduct, beyond the damages amounts calculated in Ms. Kindler's report.

### b. Relevance

This opinion is relevant to Yuga Labs remedies under its first claim for false designation of origin and its second claim for false advertising.

Ms. Kindler's testimony, among other evidence, will show the extent of harm

to Yuga Labs caused by Defendants' trademark infringement and false advertising in relation to the promotion and sale of the RR/BAYC NFTs.

### c. Basis for Opinion

#### 1. Report (Exhibit A)

The basis for Ms. Kindler's opinion is contained in her report at ¶ 1 (Introduction and Assignment); ¶¶ 2-5 (Qualifications and Experience); ¶¶ 6-7 (Information Reviewed and Considered); ¶¶ 8, 10 (Summary of Opinions); ¶¶ 11-40 (Background); ¶¶ 41-54 (Evidence of Consumer Confusion Resulting from the Wrongful Conduct); ¶¶ 57, 90-93 (Evaluation of Yuga Labs' Damages Due to Defendants' Wrongful Conduct); Appendices A-B; Supplemental Expert Report, Appendices A-B.

#### 2. Deposition Testimony (Exhibit B)

Ms. Kindler testified about her opinion in her deposition at:

- 14:3-16
- 19:20-20:5
- 20:12-14
- 20:19-22
- 25:8-27:2
- 33:11-34:7
- 74:17-23
- 75:4-76:10
- 177:2-178:24
- 185:9-186:2
- 186:15-190:14

#### 3. Materials Relied On (Exhibit F)

In forming her opinion, Ms. Kindler relied on the documents and statements contained in Exhibit F.

1  Dated: June 5, 2023                FENWICK & WEST LLP

                                      By: */s/ Eric Ball*
                                          Eric Ball
                                      Attorneys for Plaintiff
                                      YUGA LABS, INC.