1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:   650.938.5200

6  ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:   415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff
13 YUGA LABS, INC.

14
15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17              WESTERN DIVISION – Los Angeles
18

| | |
|---|---|
| 19  YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 20         Plaintiff, | **NOTICE OF LODGING MARKED ORIGINAL DEPOSITION TRANSCRIPTS** |
| 21  v. | |
| 22  RYDER RIPPS, JEREMY CAHEN, | Judge: Hon. John F. Walter |
| 23         Defendants. | Pretrial Conference Date:  June 9, 2023 |
| 24  | Trial Date:  June 27, 2023 |

25
26
27
28

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rules 16-2.7 and 32-1, Plaintiff Yuga Labs, Inc., hereby lodges with the Court the marked original deposition transcripts as listed below:

Deposition Transcript of Wylie Aronow

Deposition Transcript of Greg Solano

Deposition Transcript of Guy Oseary

Deposition Transcript of Ian Garner

Deposition Transcript of Jason Cline

Deposition Transcript of Jeremy Cahen

Deposition Transcript of Kerem Atalay

Deposition Transcript of Nicole Muniz

Deposition Transcript of Patrick Ehrlund

Deposition Transcript of Ryan Hickman

Deposition Transcript of Ryder Ripps

Deposition Transcript of Thomas Lehman

Dated: June 6, 2023                FENWICK & WEST LLP

By: /s/ Eric Ball
    Eric Ball
    Attorneys for Plaintiff
    YUGA LABS, INC.