| | |
|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:   650.988.8500<br>Facsimile:    650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:   415.875.2300<br><br>*Additional Counsel listed on next page*<br><br>Attorneys for Plaintiff<br>YUGA LABS, INC. | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>            Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Pretrial Conf.:  June 9, 2023<br>Time:                 8:00 a.m.<br><br>Trial Date:        June 27, 2023<br>Time:                 8:30 a.m.<br><br>Judge:               Honorable John F. Walter |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to Section 6(h) of the Court's Scheduling and Case Management Order, (Dkt. 57 at 30), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Ripps" or "Cahen," collectively "Defendants") hereby submit the following Joint Statement of the Case to be read to the jury prior to the commencement of voir dire.

## STATEMENT OF THE CASE

This is a civil case, not a criminal case. In a civil case, the person or company filing the lawsuit is called the "plaintiff," and the person or company the lawsuit is filed against is called the "defendant." In this case, the plaintiff is Yuga Labs, which filed a lawsuit against defendants, Ryder Ripps and Jeremy Cahen.

Yuga Labs created and sold, among other things, NFTs, or non-fungible tokens, using certain trademarks including "Bored Ape Yacht Club" and "BAYC".

It has already been determined in a prior proceeding that Defendants infringed Yuga Labs' trademarks and registered internet domains using Yuga Labs' trademarks, which is known as cybersquatting. As a juror in this case, you will be asked to determine the amount of damages owed to Yuga Labs for Defendants' trademark infringement and cybersquatting.

Yuga Labs also claims that Defendants made false advertisements in order to influence consumers to purchase their infringing NFTs. Defendants deny Yuga's false advertising claim. You will also be asked to determine whether Defendants engaged in false advertising, and if so, the amount of damages owed to Yuga Labs.

Dated: June 6, 2023

FENWICK & WEST LLP

By: /s/ *Eric Ball*
    Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.

| | |
|---|---|
| Dated: June 6, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/ Louis W. Tompros* <br> Louis W. Tompros <br> Attorneys for Defendants <br> RYDER RIPPS and JEREMY CAHEN |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

*/s/ Eric Ball*
Eric Ball