
ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S PROPOSED VOIR DIRE QUESTIONS** <br><br> Pretrial Conf.: June 9, 2023 <br> Time: 8:00 a.m. <br><br> Trial Date: June 27, 2023 <br> Time: 8:30 a.m. <br><br> Judge: Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to the Court's Scheduling and Case Management Order (Dkt. 57), Plaintiff Yuga Labs, Inc. submits the following proposed *voir dire* questions:

A.  Parties, Witnesses, and Counsel

   1. Do you, a family member, or someone close to you have any connection to Yuga Labs?

      a. If yes, please describe that connection.

   2. Yuga Labs is represented by the Fenwick & West LLP law firm.  Do you, a family member, or someone close to you have any relationship with that law firm or with the individuals representing Yuga Labs in this trial, namely: Eric Ball, Kimberly Culp, Molly Melcher, Ethan Thomas, Anthony Fares, or Ryan Kwock?

      a. If yes, please describe that relationship.

   3. Do you, a family member, or someone close to you have any connection to Ryder Ripps or Jeremy Cahen (aka Pauly0x or Pauly Shore)?

      a. If yes, please describe that connection.

   4. Ryder Ripps and Jeremy Cahen are represented by the Wilmer Cutler Pickering Hale and Dorr LLP law firm.  Do you, a family member, or someone close to you have any relationship with that law firm or with the individuals representing Defendants in this trial, namely: Louis Tompros, Derek Gosma, Henry Nikogosyan, Monica Grewal, Scott Bertulli, or Tyler Carroll?

      a. If yes, please describe that relationship.

   5. Have you heard of any of the following witnesses who may be called to testify at this trial:  Wylie Aronow (aka Gordon Goner), Kerem Atalay (aka Emperor Tomato Ketchup), Gregory Solano (aka Gargamel), Nicole Muniz, Patrick Ehrlund, Guy Oseary, Jonah Berger, Laura O'Laughlin, Lauren Kindler, Thomas Lehman (aka middlemarch or

dumbnamenumbers), Ryan Hickman (aka Hwonder or hWonderofWorld), Ian Garner (aka Fit Binex), Rodney Ripps, or Damon Dash?

    a. If yes, please describe how and what you heard of them.

B. <u>Jury Experience</u>

1. Have you served on a jury before?

    a. If yes, was it a civil or criminal matter?

    b. If yes, were you the foreperson?

C. <u>Subject Matters Relevant to Facts in Dispute</u>

1. Has a lawsuit ever been filed against you, someone close to you, or a business that you owned?

    a. If yes, what was the nature of the lawsuit? When was it filed? What was the disposition of the case? And did you have to pay any monetary amount as a result of the lawsuit?

2. Do you own any trademarks, copyrights, patents, or any other form of intellectual property?

    a. If yes, please describe.

3. Have you ever been accused of or accused another party of infringing a trademark, copyright, patent, or any other form of intellectual property?

    a. If yes, please describe.

4. Do you have any education, training, employment or volunteer experience, or participated in any activities or organizations involving any of the following? If yes, please describe.

    a. law or the legal system;

    b. non-fungible tokens ("NFTs");

    c. cryptocurrency;

    d. securities as tradeable financial assets;

  e. trademarks, copyrights, patents, or other forms of intellectual property;

  f. advertising, public relations, or marketing;

  g. consumer behavior research and surveys;

  h. race relations;

  i. art or art history;

  j. First Amendment or free speech.

5. Do you regularly watch TV or read websites, magazines, or other news periodicals and publications about any of the following? If so, which ones?

  a. non-fungible tokens ("NFTs");

  b. cryptocurrency;

  c. securities as tradeable financial assets;

  d. trademarks, copyrights, patents, or other forms of intellectual property;

  e. race relations;

  f. art or art history;

  g. First Amendment or free speech.

6. Have you ever worked as any type of artist?

  a. If yes, what kind of art did you do?

7. Have you ever had a negative experience with a large corporation?

  a. If yes, please describe your experience.

8. Have you ever had a negative experience with a company involved in cryptocurrency, NFTs, or gaming?

  a. If yes, please describe your experience.

9. Have you, a family member, or someone close to you ever had a negative experience regarding race or ethnicity?

  a. If yes, please describe.

10. Have you, a family member, or someone close to you ever had an experience where you felt your First Amendment or free speech rights were violated?
    a. If yes, please describe.
11. Have you seen, heard, or read any information about this lawsuit?
    a. If yes, what information did you see, hear, or read, and from what source?
12. Based on what I have told you about the parties' allegations and the questions I have asked you, does anyone here have any concerns about your ability to serve as a fair and impartial juror in this case?

Dated: June 6, 2023                     FENWICK & WEST LLP

                                        By: /s/ Eric Ball
                                            Eric Ball
                                        Attorneys for Plaintiff
                                        YUGA LABS, INC.