# EXHIBIT A

**Trial Exhibits at Issue in Yuga Labs' Motion *in Limine* No. 1**

| Trial Exhibit No. | Description |
|---|---|
| JTX-210* | Solano Deposition Exhibit 210- Photo of ape with bullets starpped to chest |
| JTX-211 | Solano Deposition Exhibit 211- Photo of logo syaing "This logo is based on the SS Totenkopf" |
| JTX-213 | Solano Deposition Exhibit 213- Photo of a pink ape with a gold grill and chain |
| JTX-214* | Solano Deposition Exhibit 214- Photo of a grey ape with lasers coming out of it's eyes |
| JTX-221 | Muniz Deposition Exhibits 221-  Ripps,Article criticizing Bored Ape Yacht Club, Jan. 2022, RIPPSCAHEN00000408-RIPPSCAHEN00000417 |
| JTX-265* | Oseary Deposition Exhibit 265- Tweet from @yugalabs saying "The outpouring of support from our community today...", June 24, 2022 |
| JTX-266* | Aronow Deposition Exhibit 266-  Aronow, Setting the Record Straight, Feb. 9, 2023 |
| JTX-267* | Aronow Deposition Exhibit 267 - Wave, The (Potential) Origins of the Name "Yuga Labs", Jul. 12, 2022 |
| JTX-268* | Aronow Deposition Exhibit 268 - Screenshot of reddit page discussing the "artist formerly known as hotpot" |
| JTX-269* | Aronow Deposition Exhibit 269- Screenshot of "Kali Yuga Surfing Club" channel |
| JTX-279* | Aronow Deposition Exhibit 279 - Screenshot of tweet from "pushthebully" saying "this is so good" |
| JTX-302* | Berger Deposition Exhibit 04 - Photo of logo labeled "waffen totenkopf" with a skull in the middle |
| JTX-307 | Berger/Cahen Deposition Exhibit 28 - Goncharenko, Bored Apes desecrated a famous piece of New York graffiti art, July 18, 2022 |
| JTX-312 | O'Laughlin Deposition Exhibit 03- Tweet from @streetoshi replying to @yugalabs and @ryder_ripps, RIPPSCAHEN00015349-RIPPSCAHEN00015349 |
| JTX-2037 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 133 - Email from Michael W. to RRBAYC, June 22, 2022, RIPPSCAHEN00001737-RIPPSCAHEN00001737 |

| | |
|---|---|
| JTX-2040* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 136 - Christopher, SEC Investigates Yuga Lab's Offering of Unregistered Securities, Dec. 10, 2022, RIPPSCAHEN00015992-RIPPSCAHEN00015993 |
| JTX-2041* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 137 - CoinTelegraph, Bored Ape Creators and Other NFT Projects Investigated by SEC Probe, Oct. 12, 2022, RIPPSCAHEN00016204-RIPPSCAHEN00016208 |
| JTX-2042* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 138 - Villa, SEC to Probe Bored Ape Yacht Club's Parent Company, Yuga Labs, Over Web3 Offerings, Oct. 13, 2022, RIPPSCAHEN00016955-RIPPSCAHEN00016956 |
| JTX-2043* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 139 - Robinson, Bored-Ape Creator Yuga Labs Faces SEC Probe Over Unregistered Offerings, Oct. 11, 2022, RIPPSCAHEN00017064-RIPPSCAHEN00017065 |
| JTX-2085* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 184 - RRBAYC Website, RIPPSCAHEN00021149-RIPPSCAHEN00021175 |
| JTX-2093 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 197 - Twitter post by Ripps, Dec. 31, 2022, RIPPSCAHEN00016832-RIPPSCAHEN00016844 |
| JTX-2096* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 200 - Twitter post by Ripps, May 20, 2022, RIPPSCAHEN00019015-RIPPSCAHEN00019015 |
| JTX-2097* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 201 - Twitter post by Ripps, May 15, 2022, RIPPSCAHEN00019017-RIPPSCAHEN00019017 |
| JTX-2098 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 202 - Twitter post by Ripps, July 12, 2022, RIPPSCAHEN00019521-RIPPSCAHEN00019526 |
| JTX-2102 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 206 - Twitter post by Ripps, June 18, 2022 (Ripps Disclaimer Tweet 4), RIPPSCAHEN00017523-RIPPSCAHEN00017523 |

| | |
|---|---|
| JTX-2103* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 207 - Twitter post by Ripps, June 1, 2022 (Ripps Disclaimer Tweet 5), RIPPSCAHEN00017526-RIPPSCAHEN00017526 |
| JTX-2104* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 208 - Twitter post by Ripps, June 7, 2022 (Ripps Disclaimer Tweet 6), RIPPSCAHEN00017525-RIPPSCAHEN00017525 |
| JTX-2123* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 228 - Twitter post by @yugalabs, June 24, 2022, RIPPSCAHEN00025330-RIPPSCAHEN00025330 |
| JTX-2135 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 242 - GordonGoner Website, Ripps, Bored Ape Yacht Club is Racist and Contains Nazi Dog Whistles, Jan. 2022, RIPPSCAHEN00016301-RIPPSCAHEN00016308 |
| JTX-2154* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 19 - Compiled Twitter posts criticizing Yuga Labs, Inc. |
| JTX-2155* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 20 - Input Magazine, Bored Ape Yacht Club Finally Responds to Neo-Nazism Accusations, February 1, 2022 |
| JTX-2160* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 25 - Twitter post by Ripps, May 14, 2022 |
| JTX-2163* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 29 - The Coin Republic, Bored Ape Yacht Club (BAYC) Propagating NFT Racism?, June 24, 2022 |
| JTX-2164* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 30 - Decrypt, Lutz, Bored Ape Yacht Club's Creators Declared War on a Vocal Critic. Could it Backfire?, July 3, 2022 |
| JTX-2165* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 31 - The Manual, Denis, Bored Ape Yacht Club Wants Ryder Ripps to Cease and Desist, July 14, 2022 |

| | |
|---|---|
| JTX-2166* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 32 - Muchai, BAYC caught in a public opinion storm over Nazi club NFT racism, July 23, 2022 |
| JTX-2167* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 33 - Radmillac, BAYC Founders Call Nazi Conspiracy Video 'Crazy Disinformation Campaign', July 24, 2022 |
| JTX-2168* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 34 - Levin, Yuga Fires Back at #BURNBAYC Creator, July 27, 2022 |
| JTX-2201* | Twitter post from @ryder_ripps, Aug. 21, 2022, RIPPSCAHEN00022476-RIPPSCAHEN00022476 |
| JTX-2202* | Twitter post from @ryder_ripps, Aug. 18, 2022, RIPPSCAHEN00022477-RIPPSCAHEN00022477 |
| JTX-2210* | Twitter post from @streetoshi, June 12, 2022, RIPPSCAHEN00022552-RIPPSCAHEN00022552 |
| JTX-2212* | ApeCoin is for the WEB3 Economy webpage, 2023, RIPPSCAHEN00016014-RIPPSCAHEN00016020 |
| JTX-2214 | Comparison of ApeCoin ($APE) and Ape (BAYC) logos, RIPPSCAHEN00017580-RIPPSCAHEN00017580 |
| JTX-2215* | Table 3- Summary of funded projects for the period, May 4, 2022, RIPPSCAHEN00018447-RIPPSCAHEN00018447 |
| JTX-2216 | Twitter post from @yugalabs, Mar. 16, 2022, RIPPSCAHEN00020643-RIPPSCAHEN00020646 |
| JTX-2219* | ApeCoin Powers Collaboratice Ecosystems webpage , RIPPSCAHEN00025230-RIPPSCAHEN00025233 |
| JTX-2308* | Goncharenko, Bored Apes desecrated a famous piece of New York graffiti art, Jul. 18, 2022, RIPPSCAHEN00018506-RIPPSCAHEN00018508 |
| JTX-2309* | Reddit thread, Bored Ape Yacht Club stencils their logo over legendary Nekst tag on Bowey in NYC, RIPPSCAHEN00018641-RIPPSCAHEN00018662 |
| JTX-2313* | Twitter post from @ryder_ripps, June 16, 2022, RIPPSCAHEN00019443-RIPPSCAHEN00019447 |
| JTX-2320* | Reeve and Guff, A twisted tale of celebrity promotionn, opaque transactions and allegations of racist tropes, Feb. 10, 2023, RIPPSCAHEN00019827-RIPPSCAHEN00019836 |

| | |
|---|---|
| JTX-2324* | Wille, Bored Ape Yacht Club finally responds to neo-Nazism accusations, RIPPSCAHEN00020932-RIPPSCAHEN00020940 |
| JTX-2326* | Wave, The (Potential) Origins of the Name "Yuga Labs", Jul. 12, 2022, RIPPSCAHEN00021469-RIPPSCAHEN00021476 |
| JTX-2327* | Rea K., FTX Bought 101 Bored Apes at the Record-Breaking Sotheby's Auction for $24M, RIPPSCAHEN00022417-RIPPSCAHEN00022419 |
| JTX-2328* | Freeman, SBF, Bored Ape Yacht Club, and the Spectacular Hangover After the Art World's NFT Gold Rush, Jan. 18, 2023, RIPPSCAHEN00022514-RIPPSCAHEN00022529 |
| JTX-2329* | Prospero, Bored Ape Yacht Club Creators Respond to Racists Iconography Allegations. Kind of..., RIPPSCAHEN00022793-RIPPSCAHEN00022797 |
| JTX-2330* | Wave, The Pickelhaube Problem:Bored Ape Yacht Club's Nazi Dogwhistle (Part 1), Oct. 28, 2022, RIPPSCAHEN00022964-RIPPSCAHEN00022978 |
| JTX-2332* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026277-RIPPSCAHEN00026291 |
| JTX-2333* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026292-RIPPSCAHEN00026299 |
| JTX-2338* | Messages with @Pauly0x, Jan. 2, 2022, SENECA0001-SENECA0013 |
| JTX-2367* | Twitter post from @hWonderofWorld, Jul. 15, 2022, RIPPSCAHEN00017679-RIPPSCAHEN00017681 |
| JTX-2441* | Message from Pauly Shore, LEHMAN0000319-LEHMAN0000319 |
| JTX-2447* | Message from Hwonder, LEHMAN0000326-LEHMAN0000326 |
| JTX-2448* | Chat between Ben0x and Hwonder , LEHMAN0000327-LEHMAN0000327 |
| JTX-2451* | Message from Hwonder, LEHMAN0000332-LEHMAN0000332 |
| JTX-2452* | Chat between Hwonder and ghost , LEHMAN0000333-LEHMAN0000333 |

| | |
|---|---|
| JTX-2454* | Message from Hwonder , LEHMAN0000335-LEHMAN0000335 |
| JTX-2455* | Message from Hwonder , LEHMAN0000336-LEHMAN0000336 |
| JTX-2456* | Message from Hwonder , LEHMAN0000337-LEHMAN0000337 |
| JTX-2457* | Message from Hwonder , LEHMAN0000340-LEHMAN0000340 |
| JTX-2458* | Message from Pauly Shore, LEHMAN0000341-LEHMAN0000341 |
| JTX-2468* | Message from Ryder Ripps , LEHMAN0000352-LEHMAN0000352 |
| JTX-2492* | Message from Pauly0x, Dec. 8, 2022, LEHMAN0000376-LEHMAN0000376 |
| JTX-2493* | Message from Pauly0x, Dec. 13, 2022, LEHMAN0000377-LEHMAN0000377 |
| JTX-2497* | Message from hwonder, Dec. 22, 2022, LEHMAN0000381-LEHMAN0000381 |
| JTX-2507* | RR/BAYC logo , RIPPSCAHEN00013255-RIPPSCAHEN00013255 |
| JTX-2521* | Messages from @allseeingseneca, Dec. 23, 2021, RIPPSCAHEN00018489-RIPPSCAHEN00018489 |
| JTX-2522* | Messages from @allseeingseneca, Dec. 23, 2021, RIPPSCAHEN00018490-RIPPSCAHEN00018490 |
| JTX-2523* | Messages with @Pauly0x, Jan. 2, 2022, SENECA0001-0013-SENECA0001-0013 |
| JTX-2534* | Messages with Sen, Jan. 2, RIPPSCAHEN00025515-RIPPSCAHEN00025515 |
| JTX-2537* | Messages with Sen, Jan. 5, RIPPSCAHEN00025518-RIPPSCAHEN00025518 |
| JTX-2539* | Messages with Sen, Jan. 26, RIPPSCAHEN00025520-RIPPSCAHEN00025520 |
| JTX-2540* | Messages with Sen, Jan. 30, RIPPSCAHEN00025521-RIPPSCAHEN00025521 |
| JTX-2591* | Email from Tarakcioglu to rrbayc, May 28, 2022, RIPPSCAHEN00001397-RIPPSCAHEN00001397 |
| JTX-2597* | Email from Crotty to rrbayc, June 19, 2022, RIPPSCAHEN00001482-RIPPSCAHEN00001482 |

| | |
|---|---|
| JTX-2598* | Email from Heintze to rrbayc, June 20, 2022, RIPPSCAHEN00001495-RIPPSCAHEN00001495 |
| JTX-2626* | Twitter post from @CryptoTeluguO, Jan. 26, 2023, RIPPSCAHEN00018881-RIPPSCAHEN00018888 |
| JTX-2634 | Transaction details of block #1327655, RIPPSCAHEN00022414-RIPPSCAHEN00022415 |
| JTX-2637 | Twitter post from @BoredApeYC, Sept. 9, 2021, RIPPSCAHEN00022553-RIPPSCAHEN00022553 |
| JTX-2643* | Hwonderofworld tweets spreadsheet, RIPPSCAHEN00000295-RIPPSCAHEN00000295 |
| JTX-2644* | Jeremeycahen tweets spreadsheet, RIPPSCAHEN00000296-RIPPSCAHEN00000296 |
| JTX-2645* | Pauly0x tweets spreadsheet, RIPPSCAHEN00000297-RIPPSCAHEN00000297 |
| JTX-2646* | Ryder_ripps tweets spreadsheet, RIPPSCAHEN00000298-RIPPSCAHEN00000298 |
| JTX-2651 | Twitter post from @ryder_ripps, June 24, 2022, RIPPSCAHEN00017330-RIPPSCAHEN00017330 |
| JTX-2652* | Twitter post from @ryder_ripps, June 6, 2022, RIPPSCAHEN00017542-RIPPSCAHEN00017542 |
| JTX-2656* | Twitter post from @ryder_ripps, Dec. 27, 2021, RIPPSCAHEN00017836-RIPPSCAHEN00017839 |
| JTX-2658* | Twitter post from @ryder_ripps, May 19, 2022, RIPPSCAHEN00017985-RIPPSCAHEN00017988 |
| JTX-2660* | Twitter post from @ryder_ripps, June 18, 2022, RIPPSCAHEN00018894-RIPPSCAHEN00018894 |
| JTX-2661 | Twitter post from @ryder_ripps, June 1, 2022, RIPPSCAHEN00018897-RIPPSCAHEN00018897 |
| JTX-2662* | Twitter post from @ryder_ripps, June 6, 2022, RIPPSCAHEN00018913-RIPPSCAHEN00018913 |
| JTX-2664* | Twitter post from @ryder_ripps, June 24, 2022, RIPPSCAHEN00019026-RIPPSCAHEN00019030 |
| JTX-2665* | Twitter post from @ryder_ripps, July 10, 2022, RIPPSCAHEN00019039-RIPPSCAHEN00019040 |
| JTX-2666 | Twitter post from @ryder_ripps, June 18, 2022, RIPPSCAHEN00019220-RIPPSCAHEN00019223 |
| JTX-2668* | Twitter post from @yugalabs, June 24, 2022, RIPPSCAHEN00021585-RIPPSCAHEN00021585 |
| JTX-2675* | VE clip, RIPPSCAHEN00022940-RIPPSCAHEN00022940 |

| | |
|---|---|
| JTX-2686* | "Bored Ape" Worldwide Google trends, RIPPSCAHEN00019875-RIPPSCAHEN00019875 |
| JTX-2687* | "Bored Ape" Los Angeles, CA Google trends, RIPPSCAHEN00019876-RIPPSCAHEN00019876 |
| JTX-2688* | "Bored Ape" Worldwide Google trends, RIPPSCAHEN00019877-RIPPSCAHEN00019877 |
| JTX-2689* | "Bored Ape Yacht Club" Worldwide Google trends, RIPPSCAHEN00019883-RIPPSCAHEN00019883 |
| JTX-2690* | "Bored Ape Yacht Club" Worldwide Google trends, RIPPSCAHEN00019884-RIPPSCAHEN00019884 |