# EXHIBIT A

## Trial Exhibits at Issue in Yuga Labs' Motion *in Limine* No. 2

| Trial Exhibit No. | Description |
|---|---|
| JTX-249 | Muniz Deposition Exhibits 249- Photo of Apes #6969 and #832 with Ryder Ripps artwork agreement |
| JTX-313* | O'Laughlin Deposition Exhibit 04- Chen, Ryder Ripps: An Artist of the Internet, July 8, 2014, RIPPSCAHEN00000870-RIPPSCAHEN00000870 |
| JTX-2025 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 121 - Email from Lallement to RRBAYC, May 24, 2022, RIPPSCAHEN00001370-RIPPSCAHEN00001370 |
| JTX-2026 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 122 - Email from Jindo to RRBAYC, May 30, 2022, RIPPSCAHEN00001410-RIPPSCAHEN00001410 |
| JTX-2027 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 123 - Email from Ape I9 to RRBAYC, June 20, 2022, RIPPSCAHEN00001485-RIPPSCAHEN00001485 |
| JTX-2028 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 124 - Email from Washington to RRBAYC, June 20, 2022, RIPPSCAHEN00001496-RIPPSCAHEN00001496 |
| JTX-2029 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 125 - Email from Tenneti to RRBAYC, June 20, 2022, RIPPSCAHEN00001500-RIPPSCAHEN00001500 |
| JTX-2030 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 126 - Email from Lopez to RRBAYC, June 20, 2022, RIPPSCAHEN00001509-RIPPSCAHEN00001509 |
| JTX-2031 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 127 - Email from Biermann to RRBAYC, June 20, 2022, RIPPSCAHEN00001517-RIPPSCAHEN00001517 |
| JTX-2032 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 128 - Email from Hefte to RRBAYC, June 20, 2022, RIPPSCAHEN00001558-RIPPSCAHEN00001558 |

| | |
|---|---|
| JTX-2033 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 129 - Email from Andriske to RRBAYC, June 20, 2022, RIPPSCAHEN00001577-RIPPSCAHEN00001577 |
| JTX-2034 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 130 - Email from Masini to RRBAYC, June 21, 2022, RIPPSCAHEN00001622-RIPPSCAHEN00001622 |
| JTX-2035 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 131 - Email from Attar to RRBAYC, June 21, 2022, RIPPSCAHEN00001655-RIPPSCAHEN00001655 |
| JTX-2036 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 132 - Email from Bailey to RRBAYC, June 21, 2022, RIPPSCAHEN00001687-RIPPSCAHEN00001687 |
| JTX-2037 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 133 - Email from Michael W. to RRBAYC, June 22, 2022, RIPPSCAHEN00001737-RIPPSCAHEN00001737 |
| JTX-2038 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 134 - Email from Stringle to RRBAYC, June 25, 2022, RIPPSCAHEN00001786-RIPPSCAHEN00001786 |
| JTX-2039 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 135 - Email from Winterstein to RRBAYC, June 21, 2022, RIPPSCAHEN00001869-RIPPSCAHEN00001869 |
| JTX-2045* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 141 - Forbes Profile of Ryder Ripps, RIPPSCAHEN00000866-RIPPSCAHEN00000869 |
| JTX-2085* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 184 - RRBAYC Website, RIPPSCAHEN00021149-RIPPSCAHEN00021175 |
| JTX-2086 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 185 - RRBAYC Purchase Disclaimer, RIPPSCAHEN00021219-RIPPSCAHEN00021219 |

| | |
|---|---|
| JTX-2093 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 197 - Twitter post by Ripps, Dec. 31, 2022, RIPPSCAHEN00016832-RIPPSCAHEN00016844 |
| JTX-2098 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 202 - Twitter post by Ripps, July 12, 2022, RIPPSCAHEN00019521-RIPPSCAHEN00019526 |
| JTX-2099* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 203 - Twitter post by Ripps, May 24, 2022 (Ripps Disclaimer Tweet 1), RIPPSCAHEN00017520-RIPPSCAHEN00017520 |
| JTX-2100* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 204 - Twitter post by Ripps, May 24, 2022 (Ripps Disclaimer Tweet 2), RIPPSCAHEN00017521-RIPPSCAHEN00017521 |
| JTX-2101 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 205 - Twitter post by Ripps, May 21, 2022 (Ripps Disclaimer Tweet 3), RIPPSCAHEN00017522-RIPPSCAHEN00017522 |
| JTX-2102 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 206 - Twitter post by Ripps, June 18, 2022 (Ripps Disclaimer Tweet 4), RIPPSCAHEN00017523-RIPPSCAHEN00017523 |
| JTX-2103* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 207 - Twitter post by Ripps, June 1, 2022 (Ripps Disclaimer Tweet 5), RIPPSCAHEN00017526-RIPPSCAHEN00017526 |
| JTX-2104* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 208 - Twitter post by Ripps, June 7, 2022 (Ripps Disclaimer Tweet 6), RIPPSCAHEN00017525-RIPPSCAHEN00017525 |
| JTX-2105* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 209 - Twitter post by Ripps, June 8, 2022 (Ripps Disclaimer Tweet 7), RIPPSCAHEN00017524-RIPPSCAHEN00017524 |
| JTX-2115* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 220 - Twitter post by @streetoshi, June 21, 2022, RIPPSCAHEN00015353-RIPPSCAHEN00015353 |

| | |
|---|---|
| JTX-2121* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 226 - Twitter post by @plasticaverns, May 17, 2022, RIPPSCAHEN00040400-RIPPSCAHEN00040400 |
| JTX-2132* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 237 - Twitter post by @foundation, Jan. 26, 2022, RIPPSCAHEN00019960-RIPPSCAHEN00019987 |
| JTX-2139 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 3 - New York Times, Ryder Ripps: An Artist of the Internet, July 8, 2014 |
| JTX-2140* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 4 - Forbes profile for Ryder Ripps |
| JTX-2141 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 5 - Brooklyn Rail review of Mr. Ripps Ho exhibition, March 2015 |
| JTX-2142 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 6 - Postmasters Gallerys online listing |
| JTX-2143* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 7 - Complex, Chayka, URL to IRL: Controversial Artist Ryder Ripps Captures the Struggle of Existing on the Internet, Mar. 3, 2015 |
| JTX-2162 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 28 - Twitter post by Ripps, May 15, 2022 |
| JTX-2164* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 30 - Decrypt, Lutz, Bored Ape Yacht Club's Creators Declared War on a Vocal Critic. Could it Backfire?, July 3, 2022 |
| JTX-2165* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 31 - The Manual, Denis, Bored Ape Yacht Club Wants Ryder Ripps to Cease and Desist, July 14, 2022 |
| JTX-2168* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 34 - Levin, Yuga Fires Back at #BURNBAYC Creator, July 27, 2022 |

| | |
|---|---|
| JTX-2283* | Twitter post from @ryder_ripps, RIPPSCAHEN00017447-RIPPSCAHEN00017447 |
| JTX-2315* | Turner, Ryder Ripps, Sept. 13, 2016, RIPPSCAHEN00016990-RIPPSCAHEN00016990 |
| JTX-2316* | Vice, Rydr Ripps Turns Instagram into Virtual Reality ar Venice Biennale, May 17, 2017, RIPPSCAHEN00017086-RIPPSCAHEN00017091 |
| JTX-2320* | Reeve and Guff, A twisted tale of celebrity promotionn, opaque transactions and allegations of racist tropes, Feb. 10, 2023, RIPPSCAHEN00019827-RIPPSCAHEN00019836 |
| JTX-2332* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026277-RIPPSCAHEN00026291 |
| JTX-2333* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026292-RIPPSCAHEN00026299 |
| JTX-2502* | Blue Ape with bunny ears, RIPPSCAHEN00013404-RIPPSCAHEN00013404 |
| JTX-2518* | Messages re BAYC, Apr. 12, 2022, RIPPSCAHEN00015814-RIPPSCAHEN00015814 |
| JTX-2520* | Messages from Middlemarch, Aug. 12, 2022, RIPPSCAHEN00015816-RIPPSCAHEN00015816 |
| JTX-2586* | Messages to Jeremy Cahen , RIPPSCAHEN00026089-RIPPSCAHEN00026089 |
| JTX-2588* | Email from Gonzales to rrbayc, May 24, 2022, RIPPSCAHEN00001374-RIPPSCAHEN00001374 |
| JTX-2589* | Email from arthouse_editor@proton.me to rrbayc@protonmail.com, May 25, 2022, RIPPSCAHEN00001380-RIPPSCAHEN00001380 |
| JTX-2590* | Email from easywrld@protonmail.ch to rrbayc@protonmail.com, May 28, 2022, RIPPSCAHEN00001396-RIPPSCAHEN00001396 |
| JTX-2591* | Email from Tarakcioglu to rrbayc, May 28, 2022, RIPPSCAHEN00001397-RIPPSCAHEN00001397 |
| JTX-2592* | Email from Cook to rrbayc, May 31, 2022, RIPPSCAHEN00001408-RIPPSCAHEN00001408 |
| JTX-2593* | Email from Downey to rrbayc, June 8, 2022, RIPPSCAHEN00001448-RIPPSCAHEN00001448 |

| | |
|---|---|
| JTX-2595* | Email from smu66xg0dd to rrbayc, June 17, 2022, RIPPSCAHEN00001475-RIPPSCAHEN00001475 |
| JTX-2596* | Email from Bader to rrbayc, June 18, 2022, RIPPSCAHEN00001479-RIPPSCAHEN00001479 |
| JTX-2597* | Email from Crotty to rrbayc, June 19, 2022, RIPPSCAHEN00001482-RIPPSCAHEN00001482 |
| JTX-2598* | Email from Heintze to rrbayc, June 20, 2022, RIPPSCAHEN00001495-RIPPSCAHEN00001495 |
| JTX-2599* | Email from Stango to rrbayc, June 20, 2022, RIPPSCAHEN00001523-RIPPSCAHEN00001523 |
| JTX-2643* | Hwonderofworld tweets spreadsheet, RIPPSCAHEN00000295-RIPPSCAHEN00000295 |
| JTX-2644* | Jeremeycahen tweets spreadsheet, RIPPSCAHEN00000296-RIPPSCAHEN00000296 |
| JTX-2645* | Pauly0x tweets spreadsheet, RIPPSCAHEN00000297-RIPPSCAHEN00000297 |
| JTX-2646* | Ryder_ripps tweets spreadsheet, RIPPSCAHEN00000298-RIPPSCAHEN00000298 |
| JTX-2649* | Twitter post from @ryder_ripps, June 11, 2022, RIPPSCAHEN00016788-RIPPSCAHEN00016791 |
| JTX-2650* | Twitter post from @ryder_ripps, June 25, 2022, RIPPSCAHEN00016855-RIPPSCAHEN00016856 |
| JTX-2653* | Twitter post from @ryder_ripps, June 6, 2022, RIPPSCAHEN00017624-RIPPSCAHEN00017624 |
| JTX-2654* | Twitter post from @ryder_ripps, May 24, 2022, RIPPSCAHEN00017779-RIPPSCAHEN00017787 |
| JTX-2657* | Twitter post from @ryder_ripps, May 24, 2022, RIPPSCAHEN00017871-RIPPSCAHEN00017874 |
| JTX-2658* | Twitter post from @ryder_ripps, May 19, 2022, RIPPSCAHEN00017985-RIPPSCAHEN00017988 |
| JTX-2659* | Twitter post from @ryder_ripps, June 20, 2022, RIPPSCAHEN00018035-RIPPSCAHEN00018053 |
| JTX-2660* | Twitter post from @ryder_ripps, June 18, 2022, RIPPSCAHEN00018894-RIPPSCAHEN00018894 |
| JTX-2661 | Twitter post from @ryder_ripps, June 1, 2022, RIPPSCAHEN00018897-RIPPSCAHEN00018897 |
| JTX-2663 | Twitter post from @ryder_ripps, June 15, 2022, RIPPSCAHEN00018995-RIPPSCAHEN00018995 |

| | |
|---|---|
| JTX-2664* | Twitter post from @ryder_ripps, June 24, 2022, RIPPSCAHEN00019026-RIPPSCAHEN00019030 |
| JTX-2665* | Twitter post from @ryder_ripps, July 10, 2022, RIPPSCAHEN00019039-RIPPSCAHEN00019040 |
| JTX-2666 | Twitter post from @ryder_ripps, June 18, 2022, RIPPSCAHEN00019220-RIPPSCAHEN00019223 |