# EXHIBIT A

## Trial Exhibits at Issue in Yuga Labs' Motion *in Limine* No. 3

| Trial Exhibit No. | Description |
|---|---|
| JTX-234 | Muniz Deposition Exhibits 234- Grandpa Ape Country Club homepage on OpenSea |
| JTX-235 | Muniz Deposition Exhibits 235- Bored Ape Solana Club homepage on OpenSea |
| JTX-236* | Muniz Deposition Exhibits 236- Bored Yacht Ape Club homepage on OpenSea |
| JTX-237* | Muniz Deposition Exhibits 237- Bored Ape Yacht Club T-shirt design |
| JTX-240 | Muniz Deposition Exhibits 240- ApeCoinNFT homepage on OpenSea |
| JTX-241 | Muniz Deposition Exhibits 241- Transaction details of Block 14399761 |
| JTX-242 | Muniz Deposition Exhibits 242- Copyright Assignment and Enforcement Agreement , YUGALABS 00029252-YUGALABS  00029255 |
| JTX-264 | Oseary Deposition Exhibit 264- Webpage of ApeCoinNFT on OpenSea by 3c2B43 |
| JTX-281* | Aronow Deposition Exhibit 281 - Screenshot of webpage on OpenSea titled "Grandpa Ape Country Club" |
| JTX-282* | Aronow Deposition Exhibit 282 - Screenshot of webpage on OpenSea titled "Bored Ape Solana Club" |
| JTX-283 | Aronow Deposition Exhibit 283 - Photos of "Bored Ape Yacht Club" t-shirt designs |
| JTX-284 | Aronow Deposition Exhibit 284 - Photo of "Half Baycd" pass |
| JTX-285 | Aronow Deposition Exhibit 285 - Photo of "Bored Ape Wear" Logo |
| JTX-286 | Aronow Deposition Exhibit 286 - Screenshot of google search and description of "Bored Ape Wear: Bored Ape Yacht Club" website |
| JTX-287 | Aronow Deposition Exhibit 287 - Screenshot of apeswap.finance homepage |
| JTX-288 | Aronow Deposition Exhibit 288 - Screenshot of "Bored Ape Yacht Club" webpage with "OFFICIAL Shouting Bored Ape Yacht Club" #2344 |

| JTX-289 | Aronow Deposition Exhibit 289 - Screenshot of webpage on OpenSea titled "Bestt Boredd Apee Yacht Clubb" |
|---|---|
| JTX-290* | Aronow Deposition Exhibit 290 - Screenshot of webpage on OpenSea titled "Bored Ape Yacht Club" |
| JTX-291* | Aronow Deposition Exhibit 291 - Screenshot of webpage on OpenSea titled "JRs Bored Ape Yacht Club  Crew" |
| JTX-292 | Aronow Deposition Exhibit 292 - Screenshot of bascado.net and the homepage "Bored Ape Solana Club" |
| JTX-293 | Aronow Deposition Exhibit 293 - Screenshot of "Bored Ape Tron Club" Minting Event homepage |
| JTX-294 | Aronow Deposition Exhibit 294 - Screenshot of webpage on OpenSea with ApeCoin NFT |
| JTX-304* | Berger Deposition Exhibit 07 - Search results of "bored ape yacht club" on OpenSea |
| JTX-317* | O'Laughlin Deposition Exhibit 08- Screenshot of ApeCoin logo |
| JTX-318* | O'Laughlin Deposition Exhibit 09- Homepage of Grandpa Ape Country Club on OpenSea with updated items |
| JTX-319* | O'Laughlin Deposition Exhibit 10- Webpage of Bored Ape Yacht Club on OpenSea with Ape listed for 0.05 ETH |
| JTX-320* | O'Laughlin Deposition Exhibit 11-Webpage of #The Best Boredd Apee Yacht Clubb on OpenSea with updated items |
| JTX-403* | Ehrlund Deposition Exhibit 403- Grandpa Ape Country Club homepage on OpenSea with total volume, floor price, and best offer |
| JTX-404* | Ehrlund Deposition Exhibit 404- Bored Ape Solana Club page with list of apes filtered by "Hip hop" |
| JTX-405* | Ehrlund Deposition Exhibit 405- Superplastic BAYC flyer with images of apes wearing sailor hats |
| JTX-406 | Ehrlund Deposition Exhibit 406- Bored Ape Wear-Officially Licensed BAYC Merch logo |
| JTX-407 | Ehrlund Deposition Exhibit 407- Google search result of "Bored Ape Wear: Bored Ape Yacht Club" |
| JTX-408 | Ehrlund Deposition Exhibit 408- Photo of several "Ape Water" cans |
| JTX-409 | Ehrlund Deposition Exhibit 409- Homepage of apeswap.finance with "Total Value Locked $72,368,012 and Market Cap $12,557,182" |

| JTX-410 | Ehrlund Deposition Exhibit 410- "Welcome all Apes" webpage discussing "$Banana meme sharing fiesta" |
|---|---|
| JTX-411 | Ehrlund Deposition Exhibit 411- Webpage of Bored Ape Tron Club with minting event information |
| JTX-412* | Ehrlund Deposition Exhibit 412- Bored Ape Yacht Club page on OpenSea with Ape priced at 0.05 ETH |
| JTX-413* | Ehrlund Deposition Exhibit 413- Webpage titled "#The Bestt Boredd Apee Yacht Clubb" with various Apes for sale, created Feb. 2022 |
| JTX-414 | Ehrlund Deposition Exhibit 414- Photo of "Bored Coffee #9006 Rise and Grind" with Bored Coffee mug |
| JTX-2046* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 142 - ApeCoin Webpage, RIPPSCAHEN00025244-RIPPSCAHEN00025244 |
| JTX-2047 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 143 - All Apes Webpage, RIPPSCAHEN00025245-RIPPSCAHEN00025245 |
| JTX-2048 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 144 - Pixel Apes Opensea Page, RIPPSCAHEN00025325-RIPPSCAHEN00025329 |
| JTX-2050* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 146 - ApeCoin OpenSea Page, RIPPSCAHEN00020735-RIPPSCAHEN00020736 |
| JTX-2052* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 151 - Bored Ape Tron Club, RIPPSCAHEN00020821-RIPPSCAHEN00020824 |
| JTX-2053* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 152 - Grandpa Ape Country Club, RIPPSCAHEN00020919-RIPPSCAHEN00020919 |
| JTX-2054* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 153 - Bored ape yacht clubs, RIPPSCAHEN00025210-RIPPSCAHEN00025211 |
| JTX-2055 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 154 - Bored Ape Slave, RIPPSCAHEN00025252-RIPPSCAHEN00025253 |
| JTX-2056 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 155 - Bored Ape Solana Club OpenSea, RIPPSCAHEN00025254-RIPPSCAHEN00025259 |

| JTX-2057* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 156 - SslUdGmuLw Collection, RIPPSCAHEN00025260-RIPPSCAHEN00025261 |
|---|---|
| JTX-2058* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 157 - I6O0QyVjmt OpenSea Collection, RIPPSCAHEN00025262-RIPPSCAHEN00025263 |
| JTX-2059* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 158 - I6O0QyVjmt Ape #2170, RIPPSCAHEN00025299-RIPPSCAHEN00025303 |
| JTX-2060* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 159 - Bored Yacht Ape Club OpenSea, RIPPSCAHEN00025282-RIPPSCAHEN00025283 |
| JTX-2061* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 160 - Bored Ape Cousins OpenSea, RIPPSCAHEN00025284-RIPPSCAHEN00025286 |
| JTX-2062* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 161 - Untitled Collection 124763295, RIPPSCAHEN00025289-RIPPSCAHEN00025290 |
| JTX-2063* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 162 - Boredapes Yacht Club NFTs OpenSea, RIPPSCAHEN00025287-RIPPSCAHEN00025288 |
| JTX-2064* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 163 - Untitled Collection #194427640, RIPPSCAHEN00025291-RIPPSCAHEN00025292 |
| JTX-2065* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 164 - Untitled Collection #204722463, RIPPSCAHEN00025293-RIPPSCAHEN00025294 |
| JTX-2066* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 165 - Untitled Collection #246284442, RIPPSCAHEN00025295-RIPPSCAHEN00025296 |
| JTX-2067* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 166 - TradeCenter Collection OpenSea, RIPPSCAHEN00025346-RIPPSCAHEN00025348 |
| JTX-2068* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 167 - TradeCenter Ape #12, RIPPSCAHEN00025297-RIPPSCAHEN00025298 |

| JTX-2069* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 168 - Untitled Collection #124763295, RIPPSCAHEN00025289-RIPPSCAHEN00025290 |
|---|---|
| JTX-2070* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 169 - MineablePunk Collection OpenSea, RIPPSCAHEN00025319-RIPPSCAHEN00025324 |
| JTX-2071* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 170 - MineablePunk Ape #7591, RIPPSCAHEN00025306-RIPPSCAHEN00025307 |
| JTX-2072* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 171 - MineablePunk Ape #12571, RIPPSCAHEN00025308-RIPPSCAHEN00025309 |
| JTX-2073* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 172 - Bored Ape Violet Collection, RIPPSCAHEN00025310-RIPPSCAHEN00025311 |
| JTX-2074 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 173 - World Cup BAYC Collection OpenSea, RIPPSCAHEN00025351-RIPPSCAHEN00025370 |
| JTX-2075* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 174 - Dilution Image, RIPPSCAHEN00018890-RIPPSCAHEN00018890 |
| JTX-2076 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 175 - Wake & BAYC Website, RIPPSCAHEN00017081-RIPPSCAHEN00017081 |
| JTX-2077 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 176 - Bored Ape Express Card, RIPPSCAHEN00017194-RIPPSCAHEN00017194 |
| JTX-2078 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 177 - Bored Ape Wear, Officially Licensed Merch, RIPPSCAHEN00017246-RIPPSCAHEN00017246 |
| JTX-2079 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 178 - Bored Ape T-shirt, RIPPSCAHEN00017224-RIPPSCAHEN00017226 |

| | |
|---|---|
| JTX-2080* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 179 - Li, Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened, Apr. 11, 2022, RIPPSCAHEN00017210-RIPPSCAHEN00017210 |
| JTX-2081 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 180 - Apewater Image, RIPPSCAHEN00018547-RIPPSCAHEN00018547 |
| JTX-2082 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 181 - Bored Ape Blueberry CBD Lemonade, RIPPSCAHEN00017258-RIPPSCAHEN00017267 |
| JTX-2083* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 182 - North Pier IPA Image, RIPPSCAHEN00018558-RIPPSCAHEN00018558 |
| JTX-2084 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 183 - Bored Ape Beer, Cranky Ranky IPA Tweet, RIPPSCAHEN00018559-RIPPSCAHEN00018559 |
| JTX-2134* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 241 - Bored Coffee, RIPPSCAHEN00021022-RIPPSCAHEN00021022 |
| JTX-2138* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 1 - List of NFT projects that use BAYC NFT images |
| JTX-2212* | ApeCoin is for the WEB3 Economy webpage, 2023, RIPPSCAHEN00016014-RIPPSCAHEN00016020 |
| JTX-2213* | ApeCoin NFT listed on OpenSea, RIPPSCAHEN00016021-RIPPSCAHEN00016022 |
| JTX-2214 | Comparison of ApeCoin ($APE) and Ape (BAYC) logos, RIPPSCAHEN00017580-RIPPSCAHEN00017580 |
| JTX-2215* | Table 3- Summary of funded projects for the period, May 4, 2022, RIPPSCAHEN00018447-RIPPSCAHEN00018447 |
| JTX-2216 | Twitter post from @yugalabs, Mar. 16, 2022, RIPPSCAHEN00020643-RIPPSCAHEN00020646 |
| JTX-2219* | ApeCoin Powers Collaboratice Ecosystems webpage , RIPPSCAHEN00025230-RIPPSCAHEN00025233 |
| JTX-2220* | APEcoin webpage introducing "meme farm", RIPPSCAHEN00025235-RIPPSCAHEN00025242 |

| | |
|---|---|
| JTX-2221 | Services Agreement, Mar.17, 2022, YUGALABS_00029146-YUGALABS_00029159 |
| JTX-2222 | Copyright Assignment and Enforcement Agreement, Mar. 16, 2022, YUGALABS_00029252-YUGALABS_00029255 |
| JTX-2223 | Apeswap- Welcome all Apes homepage , RIPPSCAHEN00019846-RIPPSCAHEN00019846 |
| JTX-2224* | Apeswap- Welcome to the Most Connected DeFi Hub webpage, RIPPSCAHEN00021477-RIPPSCAHEN00021477 |
| JTX-2226* | Apeswap multichain DeFi Hub webpage, RIPPSCAHEN00025246-RIPPSCAHEN00025246 |
| JTX-2241* | Contract Overview and transactions of Grandpa Ape Country Club, RIPPSCAHEN00020912-RIPPSCAHEN00020913 |
| JTX-2243* | Etherscan token tracker (ERC-20), RIPPSCAHEN00026242-RIPPSCAHEN00026242 |
| JTX-2244* | Etherscan token tracker (ERC-20) BAYC, RIPPSCAHEN00026243-RIPPSCAHEN00026243 |
| JTX-2245* | Etherscan token tracker (ERC-20) BACC, RIPPSCAHEN00026244-RIPPSCAHEN00026244 |
| JTX-2246* | Etherscan token tracker (ERC-20) BAYC, RIPPSCAHEN00026253-RIPPSCAHEN00026253 |
| JTX-2247* | Etherscan token tracker (ERC-20) BACC, RIPPSCAHEN00026260-RIPPSCAHEN00026260 |
| JTX-2280* | #The Bestt Boredd Apee Yacht Clubb webpage on OpenSea, RIPPSCAHEN00015922-RIPPSCAHEN00015923 |
| JTX-2281* | Bored Ape Vodka Club webpage on OpenSea, RIPPSCAHEN00017192-RIPPSCAHEN00017192 |
| JTX-2282 | Bored Ape Tron Club webpage, RIPPSCAHEN00017228-RIPPSCAHEN00017236 |
| JTX-2284* | Bored Ape Solana Club webpage on Magic Eden, RIPPSCAHEN00017581-RIPPSCAHEN00017583 |
| JTX-2287* | Phunky Ape Yacht Club webpage on OpenSea, RIPPSCAHEN00020141-RIPPSCAHEN00020148 |
| JTX-2289 | Bored Ape Solana Club webpage on OpenSea, RIPPSCAHEN00020817-RIPPSCAHEN00020819 |
| JTX-2291* | Bored Ape Yacht Club page with listing price on OpenSea, RIPPSCAHEN00021226-RIPPSCAHEN00021227 |

| | |
|---|---|
| JTX-2292* | Bored Ape Yacht Club webpage on OpenSea with Ape owned by HughMo, RIPPSCAHEN00021228-RIPPSCAHEN00021229 |
| JTX-2293* | Official Shouting Bored Ape Yacht Club #2344 on OpenSea, RIPPSCAHEN00021230-RIPPSCAHEN00021231 |
| JTX-2319* | Hypebeast, Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened, Apr. 11, 2022, RIPPSCAHEN00017199-RIPPSCAHEN00017209 |
| JTX-2339* | Bored Ape Wear- About page , RIPPSCAHEN00016000-RIPPSCAHEN00016001 |
| JTX-2340* | Ape Water homepage- Ape #5382, RIPPSCAHEN00016009-RIPPSCAHEN00016011 |
| JTX-2341* | NovaMen webpage with BoredApe t-shirt in black for sale, RIPPSCAHEN00016923-RIPPSCAHEN00016923 |
| JTX-2342* | NovaMen webpage with BoredApe t-shirt in black for sale, RIPPSCAHEN00016924-RIPPSCAHEN00016924 |
| JTX-2343* | NovaMen webpage with BoredApe t-shirt in cream for sale, RIPPSCAHEN00016925-RIPPSCAHEN00016925 |
| JTX-2344* | NovaMen webpage Wake & BAYC - Black Logo Custom Tee, RIPPSCAHEN00016940-RIPPSCAHEN00016940 |
| JTX-2345 | Wake & BAYC homepage, RIPPSCAHEN00016941-RIPPSCAHEN00016941 |
| JTX-2346* | Bored Coffee homepage, RIPPSCAHEN00016942-RIPPSCAHEN00016942 |
| JTX-2347 | Bored Ape Gaming homepage, RIPPSCAHEN00016943-RIPPSCAHEN00016943 |
| JTX-2348* | Boredjobs homepage, RIPPSCAHEN00016944-RIPPSCAHEN00016944 |
| JTX-2349* | Bend Ape Staking webpage on BendDAO, RIPPSCAHEN00016949-RIPPSCAHEN00016949 |
| JTX-2350* | Bored ape yacht club "degenerates only" shirts , RIPPSCAHEN00017039-RIPPSCAHEN00017053 |
| JTX-2351* | 6184 Circle Trucker hat-White , RIPPSCAHEN00017144-RIPPSCAHEN00017146 |
| JTX-2352* | 6184 Bored & Hungry Circle T-shirt- Black, RIPPSCAHEN00017147-RIPPSCAHEN00017151 |
| JTX-2353* | Apetropic Genius Chews on Amazon , RIPPSCAHEN00017154-RIPPSCAHEN00017163 |

| JTX-2354 | Photo of Bored Ape IPA, RIPPSCAHEN00017187-RIPPSCAHEN00017187 |
|---|---|
| JTX-2357 | Photo of Unhitched Brewing Co. -Bored Ape Berry Saison, RIPPSCAHEN00017196-RIPPSCAHEN00017196 |
| JTX-2359* | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00017220-RIPPSCAHEN00017220 |
| JTX-2360 | Twitter post from @BoredApeWine, Apr. 4, 2022, RIPPSCAHEN00017245-RIPPSCAHEN00017245 |
| JTX-2361 | Google search of Bored Ape Wear , RIPPSCAHEN00017250-RIPPSCAHEN00017250 |
| JTX-2362* | Google image search of Bored Ape Wear , RIPPSCAHEN00017251-RIPPSCAHEN00017251 |
| JTX-2363* | Twitter post from @ParadoxCycle505, RIPPSCAHEN00017252-RIPPSCAHEN00017252 |
| JTX-2364* | Twitter page of @BAYCTron, RIPPSCAHEN00017292-RIPPSCAHEN00017322 |
| JTX-2365* | Photo of Half BAYCD - BAYCD Pass, RIPPSCAHEN00017543-RIPPSCAHEN00017543 |
| JTX-2366* | Home page of ApeSwap: Your One-Stop DeFi Hub, RIPPSCAHEN00017547-RIPPSCAHEN00017550 |
| JTX-2367* | Twitter post from @hWonderofWorld, Jul. 15, 2022, RIPPSCAHEN00017679-RIPPSCAHEN00017681 |
| JTX-2368* | Superplastic X BAYC webpage , RIPPSCAHEN00018424-RIPPSCAHEN00018424 |
| JTX-2369* | "Welcome Primates" Standard Collection page , RIPPSCAHEN00018560-RIPPSCAHEN00018560 |
| JTX-2370* | Mutant Ape Tron Club Collection webpage, RIPPSCAHEN00018561-RIPPSCAHEN00018561 |
| JTX-2371* | Bored Ape Tron Club webpage, RIPPSCAHEN00018562-RIPPSCAHEN00018562 |
| JTX-2372* | Photo of Unhitched Brewing Co. -Bored Ape Berry Saison, RIPPSCAHEN00018567-RIPPSCAHEN00018567 |
| JTX-2373* | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00018588-RIPPSCAHEN00018588 |
| JTX-2374* | Bored Ape Tron Club Minting Event Webpage , RIPPSCAHEN00018599-RIPPSCAHEN00018606 |
| JTX-2375* | Twitter post from @BoredApeWine, Apr. 4, 2022, RIPPSCAHEN00018616-RIPPSCAHEN00018616 |

| JTX-2376* | Bored Ape X Club Home Page, RIPPSCAHEN00018625-RIPPSCAHEN00018628 |
| --- | --- |
| JTX-2377 | Bored Ape Yacht Club CBD Lemonade webpage , RIPPSCAHEN00018629-RIPPSCAHEN00018638 |
| JTX-2378* | Twitter page of @BAYCTron, RIPPSCAHEN00018663-RIPPSCAHEN00018693 |
| JTX-2379* | Twitter post from @BAYCTron, May 2, 2022, RIPPSCAHEN00018694-RIPPSCAHEN00018694 |
| JTX-2380* | "BO RING SKULL" Webpage, RIPPSCAHEN00018698-RIPPSCAHEN00018698 |
| JTX-2381* | Full Body Ape #498 on OpenSea, RIPPSCAHEN00018907-RIPPSCAHEN00018907 |
| JTX-2382* | IVAC- Island Voyage Ape Club home page, RIPPSCAHEN00018922-RIPPSCAHEN00018937 |
| JTX-2383* | Welcome to the Island Voyage Ape Club page , RIPPSCAHEN00018938-RIPPSCAHEN00018938 |
| JTX-2384* | IVAC- "Purchase an IVAC from the Secondary Market" webpage , RIPPSCAHEN00018939-RIPPSCAHEN00018939 |
| JTX-2385* | Twitter page of @BAYCMoonriver, RIPPSCAHEN00018961-RIPPSCAHEN00018971 |
| JTX-2386* | Gender Neutral Bored Ape Yacht Club- Graphic Tshirt for kids, RIPPSCAHEN00018985-RIPPSCAHEN00018985 |
| JTX-2387* | Photo of Apes vs. Mutants toy, RIPPSCAHEN00019794-RIPPSCAHEN00019794 |
| JTX-2391* | Photo of Ape Towing truck, RIPPSCAHEN00019817-RIPPSCAHEN00019817 |
| JTX-2392* | Bored Ape Solana Club- Apes Together Strong webpage, RIPPSCAHEN00020820-RIPPSCAHEN00020820 |
| JTX-2393 | Photo of several cans of Ape Water, RIPPSCAHEN00021019-RIPPSCAHEN00021019 |
| JTX-2394* | Bored Ape yacht Club t-shirt designs, RIPPSCAHEN00021289-RIPPSCAHEN00021294 |
| JTX-2396* | Bored Ape Yacht Club Inspired NFT Attire, Copy/Paste Crypto Baby Bodysuit, RIPPSCAHEN00026256-RIPPSCAHEN00026259 |
| JTX-2397* | Physical exhibit RIPPSCAHEN00018454 |
| JTX-2398* | Physical exhibit RIPPSCAHEN00018455 |
| JTX-2399* | Physical exhibit RIPPSCAHEN00018456 |

| JTX-2400* | Physical exhibit RIPPSCAHEN00018457 |
|---|---|
| JTX-2401* | Physical exhibit RIPPSCAHEN00018458 |
| JTX-2402* | Physical exhibit RIPPSCAHEN00018459 |
| JTX-2403* | Physical exhibit RIPPSCAHEN00018460 |
| JTX-2404* | Physical exhibit RIPPSCAHEN00018461 |
| JTX-2405* | Physical exhibit RIPPSCAHEN00018462 |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 |
| JTX-2407* | Physical exhibit RIPPSCAHEN00018464 |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 |
| JTX-2409* | Physical exhibit RIPPSCAHEN00018466 |
| JTX-2410* | Physical exhibit RIPPSCAHEN00018467 |
| JTX-2411* | Physical exhibit RIPPSCAHEN00018468 |
| JTX-2412* | Physical exhibit RIPPSCAHEN00018469 |
| JTX-2413* | Physical exhibit RIPPSCAHEN00018470 |
| JTX-2414* | Physical exhibit RIPPSCAHEN00018471 |
| JTX-2415* | Physical exhibit RIPPSCAHEN00018472 |
| JTX-2416* | Physical exhibit RIPPSCAHEN00018473 |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 |
| JTX-2418* | Physical exhibit RIPPSCAHEN00018475 |
| JTX-2419* | Physical exhibit RIPPSCAHEN00022704 |
| JTX-2420* | Physical exhibit RIPPSCAHEN00022705 |
| JTX-2421* | Physical exhibit RIPPSCAHEN00022706 |
| JTX-2422* | Physical exhibit RIPPSCAHEN00026203 |
| JTX-2423* | Physical exhibit RIPPSCAHEN00026204 |
| JTX-2424* | Physical exhibit RIPPSCAHEN00026272 |
| JTX-2425* | Physical exhibit RIPPSCAHEN00026273 |
| JTX-2426* | Physical exhibit RIPPSCAHEN00026274 |
| JTX-2427* | Physical exhibit RIPPSCAHEN00026275 |
| JTX-2428* | Physical exhibit RIPPSCAHEN00026276 |
| JTX-2464* | Message from Hwonder  , LEHMAN0000348-LEHMAN0000348 |
| JTX-2482* | Message from Hwonder, LEHMAN0000366-LEHMAN0000366 |