ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT STATEMENT RE ISSUES THAT HAVE BEEN RESOLVED OR THAT REQUIRE A RULING BY THE COURT RE YUGA LABS, INC.'S MOTION *IN LIMINE* NO. 4** |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Plaintiff Yuga Labs, Inc. ("Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants"), by and through their counsel of record, respectfully submit their joint statement regarding the issues that have been resolved and their respective positions as to those issues that will require a ruling by the Court relating to Yuga Labs' Motion *In Limine* No. 4. to Exclude Argument that Yuga Labs Harassed Defendants.

Yuga Labs and Defendants have reached the following agreements with respect to Yuga Labs' Motion *In Limine* No. 4:

1. Defendants agree not to attempt to elicit evidence or otherwise argue that Yuga Labs filed this lawsuit to silence Defendants' criticism of Yuga Labs or Yuga Labs' founders;

2. Neither party will attempt to elicit evidence or otherwise argue that either party used the discovery process to harass any witness;

3. Defendants agree not to attempt to elicit evidence or otherwise argue that Yuga Labs, or anyone acting on its behalf, harassed Defendants or otherwise caused them emotional distress; and

4. This agreement is for the purposes of the forthcoming jury trial only and does not limit either party's right to use any category of the above evidence in any briefing, post-trial proceeding, subsequent trial, or other proceeding.

As a result of these agreements, no issue remains with respect to Yuga Labs' Motion *In Limine* No. 4 for the Court to resolve.

Dated: June 6, 2023

FENWICK & WEST LLP

By: */s/ Eric Ball*
　　Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.

| | |
|---|---|
| Dated: June 6, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/ Louis W. Tompros* <br> Louis W. Tompros <br> Attorneys for Defendants <br> RYDER RIPPS and JEREMY CAHEN |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

*/s/ Eric Ball*
Eric Ball