# EXHIBIT A

**Trial Exhibits at Issue in Yuga Labs' Motion *in Limine* No. 5**

| Trial Exhibit No. | Description |
|---|---|
| JTX-209 | Solano Deposition Exhibit 209- Copy of Bored Ape Yacht Club Terms and Conditions |
| JTX-230 | Muniz Deposition Exhibits 230- Terms and Conditions of Bored Ape Yacht Club |
| JTX-232* | Muniz Deposition Exhibits 232- Photo of ape wearing a "BAYC" hat on, YUGALABS_00026336-YUGALABS_00026336 |
| JTX-233* | Muniz Deposition Exhibits 233- Photo of ape with aviator hat on, YUGALABS_00026375-YUGALABS_00026375 |
| JTX-284 | Aronow Deposition Exhibit 284 - Photo of "Half Baycd" pass |
| JTX-285 | Aronow Deposition Exhibit 285 - Photo of "Bored Ape Wear" Logo |
| JTX-286 | Aronow Deposition Exhibit 286 - Screenshot of google search and description of "Bored Ape Wear: Bored Ape Yacht Club" website |
| JTX-296 | Aronow Deposition Exhibit 296 - Terms and Conditions of Bored Ape Yacht Club |
| JTX-406 | Ehrlund Deposition Exhibit 406- Bored Ape Wear- Officially Licensed BAYC Merch logo |
| JTX-407 | Ehrlund Deposition Exhibit 407- Google search result of "Bored Ape Wear: Bored Ape Yacht Club" |
| JTX-408 | Ehrlund Deposition Exhibit 408- Photo of several "Ape Water" cans |
| JTX-414 | Ehrlund Deposition Exhibit 414- Photo of "Bored Coffee #9006 Rise and Grind" with Bored Coffee mug |
| JTX-2075* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 174 - Dilution Image, RIPPSCAHEN00018890-RIPPSCAHEN00018890 |
| JTX-2076 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 175 - Wake & BAYC Website, RIPPSCAHEN00017081-RIPPSCAHEN00017081 |
| JTX-2078 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 177 - Bored Ape Wear, Officially Licensed Merch, RIPPSCAHEN00017246-RIPPSCAHEN00017246 |

| | |
|---|---|
| JTX-2080* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 179 - Li, Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened, Apr. 11, 2022, RIPPSCAHEN00017210-RIPPSCAHEN00017210 |
| JTX-2081 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 180 - Apewater Image, RIPPSCAHEN00018547-RIPPSCAHEN00018547 |
| JTX-2083* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 182 - North Pier IPA Image, RIPPSCAHEN00018558-RIPPSCAHEN00018558 |
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 - BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 |
| JTX-2133 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 238 - Muniz WebSummit Video |
| JTX-2134* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 241 - Bored Coffee, RIPPSCAHEN00021022-RIPPSCAHEN00021022 |
| JTX-2319* | Hypebeast, Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened, Apr. 11, 2022, RIPPSCAHEN00017199-RIPPSCAHEN00017209 |
| JTX-2339* | Bored Ape Wear- About page , RIPPSCAHEN00016000-RIPPSCAHEN00016001 |
| JTX-2340* | Ape Water homepage- Ape #5382, RIPPSCAHEN00016009-RIPPSCAHEN00016011 |
| JTX-2344* | NovaMen webpage Wake & BAYC - Black Logo Custom Tee, RIPPSCAHEN00016940-RIPPSCAHEN00016940 |
| JTX-2345 | Wake & BAYC homepage, RIPPSCAHEN00016941-RIPPSCAHEN00016941 |
| JTX-2346* | Bored Coffee homepage, RIPPSCAHEN00016942-RIPPSCAHEN00016942 |
| JTX-2351* | 6184 Circle Trucker hat-White , RIPPSCAHEN00017144-RIPPSCAHEN00017146 |
| JTX-2352* | 6184 Bored & Hungry Circle T-shirt- Black, RIPPSCAHEN00017147-RIPPSCAHEN00017151 |
| JTX-2354 | Photo of Bored Ape IPA, RIPPSCAHEN00017187-RIPPSCAHEN00017187 |

| JTX-2359* | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00017220-RIPPSCAHEN00017220 |
|---|---|
| JTX-2361 | Google search of Bored Ape Wear , RIPPSCAHEN00017250-RIPPSCAHEN00017250 |
| JTX-2362* | Google image search of Bored Ape Wear , RIPPSCAHEN00017251-RIPPSCAHEN00017251 |
| JTX-2365* | Photo of Half BAYCD - BAYCD Pass, RIPPSCAHEN00017543-RIPPSCAHEN00017543 |
| JTX-2373* | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00018588-RIPPSCAHEN00018588 |
| JTX-2393 | Photo of several cans of Ape Water, RIPPSCAHEN00021019-RIPPSCAHEN00021019 |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 |
| JTX-2409* | Physical exhibit RIPPSCAHEN00018466 |
| JTX-2410* | Physical exhibit RIPPSCAHEN00018467 |
| JTX-2414* | Physical exhibit RIPPSCAHEN00018471 |
| JTX-2419* | Physical exhibit RIPPSCAHEN00022704 |
| JTX-2420* | Physical exhibit RIPPSCAHEN00022705 |
| JTX-2421* | Physical exhibit RIPPSCAHEN00022706 |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 |
| JTX-2674 | Von Shiller Clip, RIPPSCAHEN00022848-RIPPSCAHEN00022848 |