| | |
|---|---|
| 1  ERIC BALL (CSB No. 241327)<br>    eball@fenwick.com<br>2  KIMBERLY CULP (CSB No. 238839)<br>    kculp@fenwick.com<br>3  FENWICK & WEST LLP<br>    801 California Street<br>4  Mountain View, CA  94041<br>    Telephone:  650.988.8500<br>5  Facsimile:   650.938.5200<br>6<br>    ANTHONY M. FARES (CSB No. 318065)<br>7  afares@fenwick.com<br>    ETHAN M. THOMAS (CSB No. 338062)<br>8  ethomas@fenwick.com<br>    FENWICK & WEST LLP<br>9  555 California Street, 12th Floor<br>    San Francisco, CA  94104<br>10 Telephone:  415.875.2300<br>11 *Additional Counsel listed on next page*<br>12 Attorneys for Plaintiff<br>13 YUGA LABS, INC. | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>  **HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>      Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT DEPOSITION DESIGNATION INDEX**<br><br>Pretrial Conference Date:  June 9, 2023<br><br>Trial Date:  June 27, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
6  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
7  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to Local Rule 16-2.7(c), Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the attached index of deposition designations reflecting affirmative designations, counter designations, and objections along with the corresponding grounds for objections. This index is submitted as required under this rule "[a]t the time of lodging [of deposition transcripts] under L.R. 32-1" and indexes the required "portions of the deposition offered, stating the pages and lines offered, objections, and the grounds for the objections." L.R. 16-2.7(c).

The Parties do not waive their objections to form stated on the record, which are not re-stated in the index. The index sets forth the Parties' respective arguments as to admissibility pursuant to the Federal Rules of Evidence and compliance with the Federal Rules of Civil Procedure.

Dated: June 6, 2023                         FENWICK & WEST LLP

                                            By: */s/ Eric Ball*
                                                Eric Ball
                                            Attorneys for Plaintiff
                                            YUGA LABS, INC.

Dated: June 6, 2023                         WILMER CUTLER PICKERING HALE
                                            AND DORR LLP

                                            By: */s/ Louis W. Tompros*
                                                Louis Tompros
                                            Attorneys for Defendants
                                            RYDER RIPPS and JEREMY CAHEN

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

Dated: June 6, 2023                          FENWICK & WEST LLP

By: */s/ Eric Ball*
    Eric Ball
    Attorneys for Plaintiff
    YUGA LABS, INC.