**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date: June 7, 2023 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER RE: DISPUTED TRIAL EXHIBITS**

    In order to assist the Court in ruling on Motions in Limine Nos. 1 - 6, on or before **June 8, 2023**, Plaintiffs shall deliver Courtesy Copies of all trial exhibits that remain in dispute in Motions in Limine Nos. 1 - 6.  Counsel shall prepare separate Courtesy Copies for each Motion in Limine.  The trial exhibits shall be tabbed and numbered in accordance with Revised Joint Pretrial Exhibit Stipulation, filed May 29, 2023 (Docket No. 258), and shall be internally paginated on the lower right hand corner of each page.

    The Courtesy Copies shall include a Table of Contents which shall list each exhibit and include a meaningful description of each exhibit.

    IT IS SO ORDERED.