# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 22-4355-JFW(JEMx)** | Date: June 7, 2023 |

Title: Yuga Labs, Inc. *-v-* Ripps, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER REQUIRING OFFER OF PROOF RE: JOINT MOTION IN LIMINE NO. 5

In order to assist the Court in ruling on Joint Motion in Limine No. 5, the Court orders Defendants to file, on or before **June 9, 2023**, separate offers of proof for each witness who will offer testimony that is relevant to the Court's decision on the Motion. The Offers of Proof shall explain why such testimony is relevant and admissible in this case. The Offers of Proof shall also include an identification of each document by title, author, date, and trial exhibit number that will be relied on by the witness in support of his or her testimony.

Defendants are advised that the witnesses will not be permitted to offer any testimony at trial that was not set forth in the Offers of Proof filed with the Court.

IT IS SO ORDERED.