1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:   415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
   YUGA LABS, INC.
14

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18              WESTERN DIVISION – Los Angeles

19

20 YUGA LABS, INC.,                  Case No.: 2:22-cv-04355-JFW-JEM

21         Plaintiff,                **NOTICE OF AMENDED OFFER OF
                                     PROOF FOR LAUREN KINDLER**
22    v.

23 RYDER RIPPS, JEREMY CAHEN,

24         Defendants.

25

26

27

28

NOTICE OF AMENDED OFFER OF PROOF FOR
LAUREN KINDLER                                             Case No. 2:22-cv-04355-JFW-JEM

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's June 2, 2023 Order (Dkt. 264), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submitted an Offer of Proof for its expert witness Lauren Kindler on June 5, 2023.  *See* Dkt. 268.  Yuga Labs hereby amends its Offer of Proof for Lauren Kindler (Dkt. 268) to include new material that is relevant to Ms. Kindler's opinion regarding damages and Ms. Kindler's expert testimony and did not exist until after Yuga Labs filed its Offer of Proof (Dkt. 268) on June 5, 2023.  Yuga Labs adds the following exhibits to its exhibit list, on which Ms. Kindler relied for her amended opinion:

- JTX-1617 (June 6, 2023 tweet by Jeremy Cahen and accompanying replies) (attached as Exhibit A to the accompanying Declaration of Eric Ball ("Ball Decl."))
- JTX-1620 (June 6, 2023 tweet by Jeremy Cahen, retweeted by Ryder Ripps) (attached as Exhibit B to the Ball Decl.)
- JTX-1621 (NFTGO analytics for BAYC NFTs) (attached as Exhibit C to the Ball Decl.)
- JTX-1622 (NFOGO overview for BAYC NFTs) (attached as Exhibit D to the Ball Decl.)
- JTX-1623 (NFTGO analytics for RR/BAYC NFTs) (attached as Exhibit E to the Ball Decl.)
- JTX-1624 (NFTGO overview (short version) for RR/BAYC NFTs) (attached as Exhibit F to the Ball Decl.)
- JTX-1625 (NFTGO overview for RR/BAYC NFTs) (attached as Exhibit G to the Ball Decl.)
- JTX-1626 (OpenSea "analytics" page for BAYC NFTs) (attached as Exhibit H to the Ball Decl.)

Per the Court's Civil Trial Order (Dkt. 284), these exhibits will be added to the Final Pre-Trial Exhibit Stipulation.  As part of the parties' preparation of the final Pre-Trial Exhibit Stipulation, the parties will confer on objections and admissibility

1  as to the new exhibits.

2      The Amended Offer of Proof for Lauren Kindler is attached to the Declaration
3  of Eric Ball as Exhibit I, and a redline of changes is attached as Exhibit J. "Exhibit G"
4  to the Amended Offer of Proof for Lauren Kindler is attached to the Declaration of
5  Eric Ball as Exhibit K and lists the foregoing exhibits as materials relied on by Ms.
6  Kindler in amending her opinion.

8  Dated: June 8, 2023                    FENWICK & WEST LLP

10                                         By: */s/ Eric Ball*
11                                           Eric Ball
                                            Attorneys for Plaintiff
12                                           YUGA LABS, INC.