1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6
   MOLLY R. MELCHER (CSB No. 272950)
7  mmelcher@fenwick.com
   ANTHONY M. FARES (CSB No. 318065)
8  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
9  ethomas@fenwick.com
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
   San Francisco, CA  94104
11 Telephone:   415.875.2300

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
14 YUGA LABS, INC.

15

16              UNITED STATES DISTRICT COURT

17             CENTRAL DISTRICT OF CALIFORNIA

18            WESTERN DIVISION – Los Angeles

19

20 YUGA LABS, INC.,                    | Case No.: 2:22-cv-04355-JFW-JEM

21            Plaintiff,               | **DECLARATION OF ERIC BALL IN SUPPORT OF NOTICE OF**
22       v.                           | **AMENDED OFFER OF PROOF FOR LAUREN KINDLER**
23 RYDER RIPPS, JEREMY CAHEN,          |
24            Defendants.              |
25

26

27

28

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4

5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10

11  Attorneys for Plaintiff
    YUGA LABS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        I, Eric Ball, declare as follows:

2        1.     I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter.  I am Lead Counsel for Yuga Labs in this action.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.     Attached as Exhibit A is a true and correct copy of a June 6, 2023 tweet by Jeremy Cahen and accompanying replies.

3.     Attached as Exhibit B is a true and correct copy of a June 6, 2023 tweet by Jeremy Cahen, retweeted by Ryder Ripps.

4.     NFTGO is a blockchain analytics webpage that aggregates data on NFTs and provides publicly available information about NFTs.  Attached as Exhibit C is a true and correct copy of an NFTGO "analytics" page for BAYC NFTs on June 7, 2023.

5.     Attached as Exhibit D is a true and correct copy of an NFTGO "overview" page for BAYC NFTs captured on June 7, 2023.

6.     Attached as Exhibit E is a true and correct copy of an NFTGO "analytics" page for RR/BAYC NFTs captured on June 7, 2023.

7.     Attached as Exhibit F is a true and correct copy of an NFTGO "overview" page (short version) for RR/BAYC NFTs captured on June 7, 2023.

8.     Attached as Exhibit G is a true and correct copy of an NFTGO "overview" page for RR/BAYC NFTs captured on June 7, 2023.

9.     Attached as Exhibit H is a true and correct copy of an OpenSea "analytics" page for BAYC NFTs captured on June 7, 2023.

10.    Attached as Exhibit I is the Amended Offer of Proof for Lauren Kindler.

11.    Attached as Exhibit J is a redline of changes between the original and amended Offers of Proof for Lauren Kindler.

1    12.    Attached as Exhibit K is "Exhibit G" to the Amended Offer of Proof for

2    Lauren Kindler.

3

4    I declare under penalty of perjury under the laws of the State of California and

5    of the United States that, to the best of my knowledge, the foregoing is true and

6    correct.

7    Executed on June 8, 2023.

8

9                              _/s/ Eric Ball_____
                              Eric Ball

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28