# Exhibit A

Page 1
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🚨 🔥
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Exhibit A
Page 4
YUGALABS_00043606

Page 2
PAULY on Twitter: "🔥 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🛒🔥
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 3
PAULY on Twitter: "☠ BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... ⌘ ☠
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Exhibit A
Page 6
YUGALABS_00043608

Page 4
PAULY on Twitter: "🪦 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🪦⚰️
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 5
PAULY on Twitter: "🧨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵🪡
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 6
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704… 🛒💰
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



**Exhibit A**
**Page 9**
YUGALABS_00043611

Page 7
PAULY on Twitter: "☠ BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🛒💀
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 8
PAULY on Twitter: "🦍 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🪦⚰️
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Exhibit A
Page 11
YUGALABS_00043613

Page 9
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🛒💰
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023

