# Exhibit B

↻ **RYDER RIPPS**  **Retweeted**

 **PAULY** ✓
@Pauly0x                                                   ···

🚨 BREAKING:

In document #268-10 of our lawsuit.

@YugaLabs expert witness Ms. Kindler has suggested a possible solution:

To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704...



| | |
|---|---|
| 14 | a. **Opinion from Ms. Kindler** |
| 15 | Based on Ms. Kindler's expertise and experience, her review of the relevant |
| 16 | materials produced in this matter, and an analysis of relevant transactions on the |
| 17 | Ethereum blockchain, she reached the opinion that Yuga Labs could, as an effort to |
| 18 | mitigate further harm, purchase and destroy all infringing RR/BAYC NFTs and Yuga |
| 19 | Labs' cost to do so would be $1,792,704.  Ms. Kindler opined that this estimate is |
| 20 | very likely understated, as some RR/BAYC NFT owners (including the Defendants |
| 21 | themselves) may be "holdouts" in this hypothetical buyback effort and drive up costs |
| 22 | to Yuga Labs by charging above-market prices.  Any increase in the value of |
| 23 | RR/BAYC NFTs would result in further unjust enrichment to Defendants. |

2:20 PM · Jun 6, 2023 · **57.4K** Views

**54** Retweets   **8** Quotes   **253** Likes   **4** Bookmarks

**Exhibit B**
**Page 14**

YUGALABS_00043594