# Exhibit C

**Exhibit C**
**Page 15**



| | | | |
|---|---|---|---|
| Hot Mints | NFT API | Status | Blog |
| Whale Signals | | Metrics | Terms of Use |
| Market Overview | Discord Bot | Feedback | Privacy Policy |
| Watchlist | | Inclusion Request | Contact Us |
| | | Media Kit | We're hiring! 🔥 |

© 2023 NFTGo — All rights reserved.

**Exhibit C
Page 17**

YUGALABS_00043597