# Exhibit E



Exhibit E
Page 22
YUGALABS_00043600