# Exhibit F



Exhibit F
Page 24
YUGALABS_00043601