# Exhibit G



Exhibit G
Page 26
YUGALABS_00043602

NFTGO

**Sitemap**
Top Collections
Hot Mints
Whale Signals
Market Overview
Watchlist

**Ecosystem**
NFT Research
NFT API
Extension
Discord Bot

**Support**
FAQ
Docs
Metrics
Feedback
Inclusion Request
Media Kit

**Company**
About Us
Blog
Terms of Use
Privacy Policy
Contact Us
We're hiring! 🔥

© 2023 NFTGo — All rights reserved.

**Exhibit G
Page 27**

YUGALABS_00043603