# Exhibit H



Exhibit H
Page 29
YUGALABS_00043604

**Exhibit H**
**Page 30**
YUGALABS_00043605