# Exhibit K

## Exhibit G: Supplemental Materials Relied On For Opinion No. 2

### Documents

| Title | Author | Date | Bates No. | Trial Exh. No. |
|---|---|---|---|---|
| Tweet by Jeremy Cahen | Jeremy Cahen | June 6, 2023 | YUGALABS_00043606 | JTX-1617 |
| Tweet by Jeremy Cahen, retweeted by Ryder Ripps | Jeremy Cahen, Ryder Ripps | June 6, 2023 | YUGALABS_00043594 | JTX-1620 |
| NFTGO "analytics" page for BAYC NFTs | NFTGO | June 7, 2023 | YUGALABS_00043596 | JTX-1621 |
| NFTGO "overview" page for BAYC NFTs | NFTGO | June 7, 2023 | YUGALABS_00043598 | JTX-1622 |
| NFTGO "analytics" page for RR/BAYC NFTs | NFTGO | June 7, 2023 | YUGALABS_00043600 | JTX-1623 |
| NFTGO "overview" page (short version) for RR/BAYC NFTs | NFTGO | June 7, 2023 | YUGALABS_00043601 | JTX-1624 |
| NFTGO "overview" page for RR/BAYC NFTs | NFTGO | June 7, 2023 | YUGALABS_00043602 | JTX-1625 |
| NFTGO "analytics" page for OpenSea | NFTGO | June 7, 2023 | YUGALABS_00043604 | JTX-1626 |