Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 3 FOR LAURA O'LAUGHLIN**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date:  June 16, 2023<br>Trial Date:  June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 282), to assist the Court in ruling on Joint Motion in Limine No. 3, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 3 for anticipated trial witness Laura O'Laughlin. Ms. O'Laughlin is one of Plaintiff Yuga Labs's ("Yuga") three expert witnesses. Although Defendants have moved in limine to exclude all testimony by Ms. O'Laughlin (Dkt. 242), Defendants expect to cross examine Ms. O'Laughlin if Yuga is permitted to call her live. In addition to the topics relevant to the Court's decision on Motion in Limine No. 3, if Ms. O'Laughlin were permitted to testify, she would also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I.  Testimony from Laura O'Laughlin Relevant to Motion in Limine No. 3

Ms. O'Laughlin is Yuga's survey expert and Defendants understand that Yuga (if permitted) will call her to testify on topics identified in the parties' joint witness summaries (Dkt. 235). Ms. O'Laughlin's testimony is expected to relate to surveys that she performed.

In connection with Motion in Limine No. 3, Defendants expect to cross examine Ms. O'Laughlin regarding the impact that third-party use had on the level of confusion that she measured, and on whether she adequately accounted for third-party use in her survey methodology.

## II.  Relevance and Admissibility

Ms. O'Laughlin's testimony relating to third-party use is relevant to her survey analysis, which Yuga contends supports Yuga's damages claim.

Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising. As to

1  both damages claims, Defendants expect to present evidence that Yuga's calculated
2  damages include harm sustained not as a result of Defendants' infringement and/or
3  false advertising, but instead as a result of widespread third-party use of Yuga's
4  marks.

5  Yuga's marks and brand suffered harm as a result of widespread and systematic
6  third-party use of Yuga's marks. Yuga now improperly seeks to recover from
7  Defendants the damages for harm that has resulted from that wide-spread third-party
8  use. Evidence of third-party use is thus relevant to the diminished value of Yuga's
9  marks and brand as a result of activity that is not attributable to Defendants'
10 infringement and/or false advertising.

11 Ms. O'Laughlin's testimony regarding third-party use is admissible on cross
12 examination because, as Yuga's damages expert, she will (if permitted) testify
13 regarding the scope of confusion that she identified using her surveys, and should be
14 subject to cross examination about her consideration of third-party use as part of that
15 survey analysis. She was examined about these topics during her deposition. *See,*
16 *e.g.*, O'Laughlin Dep. Tr. 209:23-211:21; 211:24-213:3; 213:6-17; 214:8-215:3;
17 215:15-20; *216:1-18.

18 Evidence of third-party use is not inadmissible under Rule 403, because it does
19 not encourage a decision on any improper or emotional basis. Rather, third-party use
20 is directly relevant to quantifying damages, which is a primary focus of this trial.
21 Finally, contrary to Yuga's assertion, examining Ms. O'Laughlin concerning
22 screenshots and third-party websites would not violate the rule against hearsay. The
23 screenshots and website printouts at issue are precisely the kind of evidence routinely
24 found not to be hearsay. *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 213 F. Supp. 2d
25 1146, 1155 (C.D. Cal. 2002) ("To the extent these images and text are being
26 introduced to show the images and text found on the websites, they are not statements
27 at all—and thus fall outside the ambit of the hearsay rule."); *Mckee v. Audible*, 17-cv-
28

01941-GW, 2017 WL 7388530, at *4 (C.D. Cal. Oct. 26, 2017) ("Plaintiffs' hearsay objections lack merit because the screenshots are not hearsay.").

### III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Ms. O'Laughlin concerning topics relevant to Motion in Limine No. 3:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-317 | O'Laughlin Deposition Exhibit 08-Screenshot of ApeCoin logo | ApeCoin | N/A |
| JTX-318 | O'Laughlin Deposition Exhibit 09-Homepage of Grandpa Ape Country Club on OpenSea with updated items | OpenSea | N/A |
| JTX-319 | O'Laughlin Deposition Exhibit 10-Webpage of Bored Ape Yacht Club on OpenSea with Ape listed for 0.05 ETH | OpenSea | N/A |
| JTX-320 | O'Laughlin Deposition Exhibit 11-Webpage of #The Best Boredd Apee Yacht Clubb on OpenSea with updated items | OpenSea | N/A |
| JTX-2397 | Physical exhibit RIPPSCAHEN00018454 | N/A | N/A |
| JTX-2398 | Physical exhibit RIPPSCAHEN00018455 | N/A | N/A |
| JTX-2399 | Physical exhibit RIPPSCAHEN00018456 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2400 | Physical exhibit RIPPSCAHEN00018457 | N/A | N/A |
| JTX-2401 | Physical exhibit RIPPSCAHEN00018458 | N/A | N/A |
| JTX-2402 | Physical exhibit RIPPSCAHEN00018459 | N/A | N/A |
| JTX-2403 | Physical exhibit RIPPSCAHEN00018460 | N/A | N/A |
| JTX-2404 | Physical exhibit RIPPSCAHEN00018461 | N/A | N/A |
| JTX-2405 | Physical exhibit RIPPSCAHEN00018462 | N/A | N/A |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | N/A | N/A |
| JTX-2407 | Physical exhibit RIPPSCAHEN00018464 | N/A | N/A |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 | N/A | N/A |
| JTX-2409 | Physical exhibit RIPPSCAHEN00018466 | N/A | N/A |
| JTX-2410 | Physical exhibit RIPPSCAHEN00018467 | N/A | N/A |
| JTX-2411 | Physical exhibit RIPPSCAHEN00018468 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2412 | Physical exhibit RIPPSCAHEN00018469 | N/A | N/A |
| JTX-2413 | Physical exhibit RIPPSCAHEN00018470 | N/A | N/A |
| JTX-2414 | Physical exhibit RIPPSCAHEN00018471 | N/A | N/A |
| JTX-2415 | Physical exhibit RIPPSCAHEN00018472 | N/A | N/A |
| JTX-2416 | Physical exhibit RIPPSCAHEN00018473 | N/A | N/A |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | N/A | N/A |
| JTX-2418 | Physical exhibit RIPPSCAHEN00018475 | N/A | N/A |
| JTX-2419 | Physical exhibit RIPPSCAHEN00022704 | N/A | N/A |
| JTX-2420 | Physical exhibit RIPPSCAHEN00022705 | N/A | N/A |
| JTX-2421 | Physical exhibit RIPPSCAHEN00022706 | N/A | N/A |
| JTX-2422 | Physical exhibit RIPPSCAHEN00026203 | N/A | N/A |
| JTX-2423 | Physical exhibit RIPPSCAHEN00026204 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2424 | Physical exhibit RIPPSCAHEN00026272 | N/A | N/A |
| JTX-2425 | Physical exhibit RIPPSCAHEN00026273 | N/A | N/A |
| JTX-2426 | Physical exhibit RIPPSCAHEN00026274 | N/A | N/A |
| JTX-2427 | Physical exhibit RIPPSCAHEN00026275 | N/A | N/A |
| JTX-2428 | Physical exhibit RIPPSCAHEN00026276 | N/A | N/A |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | WebSummit | N/A |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | WebSummit | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000