Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 3 FOR LAUREN KINDLER**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date: June 16, 2023<br>Trial Date: June 27, 2023 |

1    Pursuant to the Court's June 7, 2023, Order (Dkt. 282), to assist the Court in ruling on Joint Motion in Limine No. 3, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 3 for anticipated trial witness Lauren Kindler.  Ms. Kindler is one of Plaintiff Yuga Labs's ("Yuga") three expert witnesses.  Defendants expect to cross examine Ms. Kindler if Yuga calls her live.  In addition to the topics relevant to the Court's decision on Motion in Limine No. 3, Ms. Kindler will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

### I.   Testimony from Lauren Kindler Relevant to Motion in Limine No. 3

Ms. Kindler is Yuga's expert witness on damages and Defendants understand that Yuga will call her to testify on topics identified in the parties' joint witness summaries (Dkt. 235).  Ms. Kindler's testimony is expected to relate to damages to Yuga and Defendants' alleged profits.

In connection with Motion in Limine No. 3, Defendants expect to cross examine Ms. Kindler regarding the impact that third-party use has had on the value of Yuga's marks and Defendants' profits.

### II.  Relevance and Admissibility

Ms. Kindler's testimony relating to third-party use is relevant to Yuga's damages claim.

Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising.  As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or

false advertising, but instead as a result of widespread third-party use of Yuga's marks.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks. Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use. Evidence of third-party use is thus relevant to the diminished value of Yuga's marks and brand as a result of activity that is not attributable to Defendants' infringement and/or false advertising.

Ms. Kindler's testimony regarding third-party use is admissible on cross examination because, as Yuga's damages expert, she will testify regarding Yuga's damages claim and should be subject to cross examination about the effects that third-party use would have on Yuga's actual damages and/or Defendants' recoverable profits. She was examined about these topics during her deposition. *See, e.g.*, Kindler Dep. Tr. 78:11-79:12; 79:23-80:11; 80:22-81:9; 151:1-17; 151:19-22.

Evidence of third-party use is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, third-party use is directly relevant to quantifying damages, which is a primary focus of this trial. Finally, contrary to Yuga's assertion, examining Ms. Kindler concerning screenshots and third-party websites would not violate the rule against hearsay. The screenshots and website printouts at issue are precisely the kind of evidence routinely found not to be hearsay. *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 213 F. Supp. 2d 1146, 1155 (C.D. Cal. 2002) ("To the extent these images and text are being introduced to show the images and text found on the websites, they are not statements at all—and thus fall outside the ambit of the hearsay rule."); *Mckee v. Audible*, 17-cv-01941-GW, 2017 WL 7388530, at *4 (C.D. Cal. Oct. 26, 2017) ("Plaintiffs' hearsay objections lack merit because the screenshots are not hearsay.").

### III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Ms. Kindler concerning topics relevant to Motion in Limine No. 3:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2397 | Physical exhibit RIPPSCAHEN00018454 | N/A | N/A |
| JTX-2398 | Physical exhibit RIPPSCAHEN00018455 | N/A | N/A |
| JTX-2399 | Physical exhibit RIPPSCAHEN00018456 | N/A | N/A |
| JTX-2400 | Physical exhibit RIPPSCAHEN00018457 | N/A | N/A |
| JTX-2401 | Physical exhibit RIPPSCAHEN00018458 | N/A | N/A |
| JTX-2402 | Physical exhibit RIPPSCAHEN00018459 | N/A | N/A |
| JTX-2403 | Physical exhibit RIPPSCAHEN00018460 | N/A | N/A |
| JTX-2404 | Physical exhibit RIPPSCAHEN00018461 | N/A | N/A |
| JTX-2405 | Physical exhibit RIPPSCAHEN00018462 | N/A | N/A |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2407 | Physical exhibit RIPPSCAHEN00018464 | N/A | N/A |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 | N/A | N/A |
| JTX-2409 | Physical exhibit RIPPSCAHEN00018466 | N/A | N/A |
| JTX-2410 | Physical exhibit RIPPSCAHEN00018467 | N/A | N/A |
| JTX-2411 | Physical exhibit RIPPSCAHEN00018468 | N/A | N/A |
| JTX-2412 | Physical exhibit RIPPSCAHEN00018469 | N/A | N/A |
| JTX-2413 | Physical exhibit RIPPSCAHEN00018470 | N/A | N/A |
| JTX-2414 | Physical exhibit RIPPSCAHEN00018471 | N/A | N/A |
| JTX-2415 | Physical exhibit RIPPSCAHEN00018472 | N/A | N/A |
| JTX-2416 | Physical exhibit RIPPSCAHEN00018473 | N/A | N/A |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | N/A | N/A |
| JTX-2418 | Physical exhibit RIPPSCAHEN00018475 | N/A | N/A |
| JTX-2419 | Physical exhibit RIPPSCAHEN00022704 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2420 | Physical exhibit RIPPSCAHEN00022705 | N/A | N/A |
| JTX-2421 | Physical exhibit RIPPSCAHEN00022706 | N/A | N/A |
| JTX-2422 | Physical exhibit RIPPSCAHEN00026203 | N/A | N/A |
| JTX-2423 | Physical exhibit RIPPSCAHEN00026204 | N/A | N/A |
| JTX-2424 | Physical exhibit RIPPSCAHEN00026272 | N/A | N/A |
| JTX-2425 | Physical exhibit RIPPSCAHEN00026273 | N/A | N/A |
| JTX-2426 | Physical exhibit RIPPSCAHEN00026274 | N/A | N/A |
| JTX-2427 | Physical exhibit RIPPSCAHEN00026275 | N/A | N/A |
| JTX-2428 | Physical exhibit RIPPSCAHEN00026276 | N/A | N/A |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | WebSummit | N/A |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | WebSummit | N/A |

| | |
|---|---|
| Dated: June 9, 2023 | By: /s/ *Louis W. Tompros* <br> Louis W. Tompros (*pro hac vice*) <br> louis.tompros@wilmerhale.com <br> Monica Grewal (pro hac vice) <br> monica.grewal@wilmerhale.com <br> Scott W. Bertulli (*pro hac vice*) <br> scott.bertulli@wilmerhale.com <br> Tyler Carroll (*pro hac vice*) <br> tyler.carroll@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Fax: (617) 526-5000 <br><br> Derek Gosma (SBN 274515) <br> derek.gosma@wilmerhale.com <br> Henry Nikogosyan (SBN 326277) <br> henry.nikogosyan@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 350 South Grand Ave., Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-5300 <br> Fax: (213) 443-5400 <br><br> Attorneys for Defendants <br> *Ryder Ripps and Jeremy Cahen* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000