Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 3 FOR PATRICK EHRLUND**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date:  June 16, 2023<br>Trial Date:  June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 282), to assist the Court in ruling on Joint Motion in Limine No. 3, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 3 for anticipated trial witness Patrick Ehrlund.  Defendants expect to play portions of Mr. Ehrlund's deposition testimony in Defendants' case.  In addition to the topics relevant to the Court's decision on Motion in Limine No. 3, Mr. Ehrlund will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I. Testimony from Patrick Ehrlund Relevant to Motion in Limine No. 3

Mr. Ehrlund is the ex-Chief Creative Officer of Yuga Labs ("Yuga") and is expected to testify generally by depositionon several topics identified in the parties' joint witness summaries (Dkt. 235).  Mr. Ehrlund's testimony will relate to the creation of the Bored Ape Yacht Club NFT collection, general marketing relating to the Bored Ape Yacht Club, Yuga's market activity relating to the Bored Ape Yacht Club, the nature of Yuga's products, the impact of competing products on Yuga, Yuga's response to competing products, financial harm to Yuga, Yuga's lack of corrective advertising, and Yuga's lack of damages.

In connection with Motion in Limine No. 3, Mr. Ehrlund's deposition testimony includes testimony regarding third parties that have prominently used Yuga's marks (or confusingly similar marks) in third-party product and brands.

## II. Relevance and Admissibility

Mr. Ehrlund's deposition testimony relating to third-party use is relevant to Yuga's damages claim.

Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned

by the Defendants that are attributable to infringement and/or false advertising. As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks. Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use. Evidence of third-party use is thus relevant to the diminished value of Yuga's marks and brand as a result of activity that is not attributable to Defendants' infringement and/or false advertising.

Mr. Ehrlund's testimony regarding third-party use is admissible because, as the ex-Chief Creative Officer of Yuga, he has extensive personal knowledge regarding Yuga's brand, the third-party use that commercially displays Yuga's marks or marks confusingly similar to Yuga's marks, and general market activity relating to third-party use. Mr. Ehrlund competently testified about third-party use at his deposition (including having already laid foundation and authenticated exhibits of third-party use). *See* Ehrlund Dep. Tr. 37:4-11; 40:22-41:23; 43:14-44:22; 48:14-50:25; 53:10-55:16; 55:19-58:8; 64:9-67:21; 69:1-8; 72:4-73:5; 73:24-75:6.

Evidence of third-party use is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, third-party use is directly relevant to quantifying damages, which is a primary focus of this trial. Finally, contrary to Yuga's assertion, examining Ms. Munez concerning screenshots and third-party websites would not violate the rule against hearsay. The screenshots and website printouts at issue are precisely the kind of evidence routinely found not to be hearsay. *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 213 F. Supp. 2d 1146, 1155 (C.D. Cal. 2002) ("To the extent these images and text are being introduced to show

the images and text found on the websites, they are not statements at all—and thus fall outside the ambit of the hearsay rule."); *Mckee v. Audible*, 17-cv-01941-GW, 2017 WL 7388530, at *4 (C.D. Cal. Oct. 26, 2017) ("Plaintiffs' hearsay objections lack merit because the screenshots are not hearsay.").

### III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Mr. Ehrlund concerning topics relevant to Motion in Limine No. 3:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-403 | Ehrlund Deposition Exhibit 403- Grandpa Ape Country Club homepage on OpenSea with total volume, floor price, and best offer | OpenSea | N/A |
| JTX-404 | Ehrlund Deposition Exhibit 404- Bored Ape Solana Club page with list of apes filtered by "Hip hop" | OpenSea | N/A |
| JTX-406 | Ehrlund Deposition Exhibit 406- Bored Ape Wear- Officially Licensed BAYC Merch logo | Bored Ape Wear | N/A |
| JTX-407 | Ehrlund Deposition Exhibit 407- Google search result of "Bored Ape Wear: Bored Ape Yacht Club" | Bored Ape Wear | N/A |
| JTX-408 | Ehrlund Deposition Exhibit 408- Photo of several "Ape Water" cans | Ape Water | N/A |
| JTX-409 | Ehrlund Deposition Exhibit 409- Homepage of apeswap.finance with | ApeSwap | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
|  | "Total Value Locked $72,368,012 and Market Cap $12,557,182" |  |  |
| JTX-410 | Ehrlund Deposition Exhibit 410-"Welcome all Apes" webpage discussing "$Banana meme sharing fiesta" | ApeSwap | N/A |
| JTX-411 | Ehrlund Deposition Exhibit 411-Webpage of Bored Ape Tron Club with minting event information | Bored Ape Tron Club | N/A |
| JTX-412 | Ehrlund Deposition Exhibit 412-Bored Ape Yacht Club page on OpenSea with Ape priced at 0.05 ETH | OpenSea | N/A |
| JTX-413 | Ehrlund Deposition Exhibit 413-Webpage titled "#The Bestt Boredd Apee Yacht Clubb" with various Apes for sale, created Feb. 2022 | OpenSea | N/A |
| JTX-414 | Ehrlund Deposition Exhibit 414-Photo of "Bored Coffee #9006 Rise and Grind" with Bored Coffee mug | Bored Coffee | N/A |
| JTX-2397 | Physical exhibit RIPPSCAHEN00018454 | N/A | N/A |
| JTX-2398 | Physical exhibit RIPPSCAHEN00018455 | N/A | N/A |
| JTX-2399 | Physical exhibit RIPPSCAHEN00018456 | N/A | N/A |
| JTX-2400 | Physical exhibit RIPPSCAHEN00018457 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2401 | Physical exhibit RIPPSCAHEN00018458 | N/A | N/A |
| JTX-2402 | Physical exhibit RIPPSCAHEN00018459 | N/A | N/A |
| JTX-2403 | Physical exhibit RIPPSCAHEN00018460 | N/A | N/A |
| JTX-2404 | Physical exhibit RIPPSCAHEN00018461 | N/A | N/A |
| JTX-2405 | Physical exhibit RIPPSCAHEN00018462 | N/A | N/A |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | N/A | N/A |
| JTX-2407 | Physical exhibit RIPPSCAHEN00018464 | N/A | N/A |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 | N/A | N/A |
| JTX-2409 | Physical exhibit RIPPSCAHEN00018466 | N/A | N/A |
| JTX-2410 | Physical exhibit RIPPSCAHEN00018467 | N/A | N/A |
| JTX-2411 | Physical exhibit RIPPSCAHEN00018468 | N/A | N/A |
| JTX-2412 | Physical exhibit RIPPSCAHEN00018469 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2413 | Physical exhibit RIPPSCAHEN00018470 | N/A | N/A |
| JTX-2414 | Physical exhibit RIPPSCAHEN00018471 | N/A | N/A |
| JTX-2415 | Physical exhibit RIPPSCAHEN00018472 | N/A | N/A |
| JTX-2416 | Physical exhibit RIPPSCAHEN00018473 | N/A | N/A |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | N/A | N/A |
| JTX-2418 | Physical exhibit RIPPSCAHEN00018475 | N/A | N/A |
| JTX-2419 | Physical exhibit RIPPSCAHEN00022704 | N/A | N/A |
| JTX-2420 | Physical exhibit RIPPSCAHEN00022705 | N/A | N/A |
| JTX-2421 | Physical exhibit RIPPSCAHEN00022706 | N/A | N/A |
| JTX-2422 | Physical exhibit RIPPSCAHEN00026203 | N/A | N/A |
| JTX-2423 | Physical exhibit RIPPSCAHEN00026204 | N/A | N/A |
| JTX-2424 | Physical exhibit RIPPSCAHEN00026272 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2425 | Physical exhibit RIPPSCAHEN00026273 | N/A | N/A |
| JTX-2426 | Physical exhibit RIPPSCAHEN00026274 | N/A | N/A |
| JTX-2427 | Physical exhibit RIPPSCAHEN00026275 | N/A | N/A |
| JTX-2428 | Physical exhibit RIPPSCAHEN00026276 | N/A | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants

*Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000