Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 3 FOR RYAN HICKMAN** |
| v. | |
| Ryder Ripps and Jeremy Cahen, | Judge: Hon. John F. Walter |
| Defendants. | Pre-Trial Conference Date: June 9, 2023 |
|  | MIL Hearing Date:  June 16, 2023 |
|  | Trial Date:  June 27, 2023 |

1    Pursuant to the Court's June 7, 2023, Order (Dkt. 282), to assist the Court in

2  ruling on Joint Motion in Limine No. 3, Defendants Ryder Ripps and Jeremy Cahen

3  submit the following offer of proof for topics relevant to Motion in Limine No. 3 for

4  anticipated trial witness Ryan Hickman.  In addition to the topics relevant to the

5  Court's decision on Motion in Limine No. 3, Mr. Hickman will also testify about

6  other topics not relevant to the Court's decision as set forth in the parties' joint

7  witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by

8  witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation

9  (Dkt. 258).

10  **I.     Testimony from Ryan Hickman Relevant to Motion in Limine No. 3**

11    Mr.  Hickman is an experienced software programmer and was a partner in the

12  RR/BAYC Project.  Mr. Hickman is expected to testify on several topics identified in

13  the parties' joint witness summaries (Dkt. 235).  Specifically, Mr. Hickman's

14  testimony will relate to the intent behind the RR/BAYC Project, representations made

15  in connection with the RR/BAYC Project including the intent behind those

16  representations, the absence of consumer confusion, Mr. Cahen's good faith in

17  connection of the RR/BAYC Project, and the impact of the RR/BAYC Project on the

18  NFT market.

19    In connection with Motion in Limine No. 3, Mr. Hickman will testify about the

20  third-party use of Plaintiff Yuga Labs's ("Yuga") marks of which he is personally

21  aware.  Mr. Hickman will also testify about how that third-party use is relevant as

22  context for the RR/BAYC Project, including how understanding that third-party use is

23  necessary to understand the intent and impact of representations that Defendants made

24  in connection with the RR/BAYC Project.  Finally, Mr. Hickman will testify about his

25  personal knowledge concerning the relative impact of the RR/BAYC Project on the

26  NFT market as compared to third-party uses of Yuga's marks.

27

28

## II.      Relevance and Admissibility

Mr. Hickman's testimony relating to third-party use is relevant to Yuga's damages claim, as well as to Defendants' intent in connection with their creation and promotion of the RR/BAYC Project (which in turn is relevant to damages, willful infringement, and false advertising).  Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising.  As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks.  Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use.  Evidence of third-party use is thus relevant to the diminished value of Yuga's marks and brand as a result of activity that is not attributable to Defendants' infringement and/or false advertising.  Mr. Hickman's testimony regarding third-party use is admissible because Mr. Hickman is a market participant with personal knowledge regarding third-parties that have used Yuga's marks or marks that are confusingly similar to Yuga's marks.  Mr. Hickman testified knowledgably about these topics during his deposition.  *See, e.g.*, Hickman Dep. Tr. 60:18-61:13; 66:11-22; 69:20-70:12; 291:9-293:6; 304:20-306:1.

Mr. Hickman's testimony about his knowledge concerning third-party use is also relevant because it bears directly on the Defendants' contemporaneous good-faith intent in connection with the RR/BAYC Project.  Defendants' intent is directly relevant to Yuga's damages claims, willfulness contention, and false advertising claim

(as set out in detail in Defendants' opposition to Plaintiff's Motion in Limine No. 2 (Dkt. 236)).

Evidence of third-party use is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, third-party use is directly relevant to quantifying damages, which is a primary focus of this trial. Finally, contrary to Yuga's assertion, examining Mr. Hickman concerning screenshots and third-party websites would not violate the rule against hearsay. The screenshots and website printouts at issue are precisely the kind of evidence routinely found not to be hearsay. *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 213 F. Supp. 2d 1146, 1155 (C.D. Cal. 2002) ("To the extent these images and text are being introduced to show the images and text found on the websites, they are not statements at all—and thus fall outside the ambit of the hearsay rule."); *Mckee v. Audible*, 17-cv-01941-GW, 2017 WL 7388530, at *4 (C.D. Cal. Oct. 26, 2017) ("Plaintiffs' hearsay objections lack merit because the screenshots are not hearsay.").

## III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Mr. Hickman concerning topics relevant to Motion in Limine No. 3:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2046 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 142 - ApeCoin Webpage, RIPPSCAHEN00025244-RIPPSCAHEN00025244 | APEcoin | N/A |
| JTX-2047 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 143 – | ApeSwap | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | All Apes Webpage, RIPPSCAHEN00025245-RIPPSCAHEN00025245 | | |
| JTX-2048 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 144 – Pixel Apes Opensea Page, RIPPSCAHEN00025325-RIPPSCAHEN00025329 | OpenSea | N/A |
| JTX-2050 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 146 - ApeCoin OpenSea Page, RIPPSCAHEN00020735-RIPPSCAHEN00020736 | OpenSea | N/A |
| JTX-2052 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 151 – Bored Ape Tron Club, RIPPSCAHEN00020821-RIPPSCAHEN00020824 | Bored Ape Tron Club | N/A |
| JTX-2053 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 152 - Grandpa Ape Country Club, RIPPSCAHEN00020919-RIPPSCAHEN00020919 | OpenSea | N/A |
| JTX-2054 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 153 – Bored ape yacht clubs, RIPPSCAHEN00025210- | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00025211 | | |
| JTX-2055 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 154 – Bored Ape Slave, RIPPSCAHEN00025252- RIPPSCAHEN00025253 | OpenSea | N/A |
| JTX-2056 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 155 – Bored Ape Solana Club OpenSea, RIPPSCAHEN00025254- RIPPSCAHEN00025259 | OpenSea | N/A |
| JTX-2057 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 156 - SslUdGmuLw Collection, RIPPSCAHEN00025260- RIPPSCAHEN00025261 | OpenSea | N/A |
| JTX-2058 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 157 - I6O0QyVjmt OpenSea Collection, RIPPSCAHEN00025262- RIPPSCAHEN00025263 | OpenSea | N/A |
| JTX-2059 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 158 - I6O0QyVjmt Ape #2170, RIPPSCAHEN00025299- | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00025303 | | |
| JTX-2060 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 159 – Bored Yacht Ape Club OpenSea, RIPPSCAHEN00025282- RIPPSCAHEN00025283 | OpenSea | N/A |
| JTX-2061 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 160 – Bored Ape Cousins OpenSea, RIPPSCAHEN00025284- RIPPSCAHEN00025286 | OpenSea | N/A |
| JTX-2062 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 161 - Untitled Collection 124763295, RIPPSCAHEN00025289- RIPPSCAHEN00025290 | OpenSea | N/A |
| JTX-2063 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 162 - Boredapes Yacht Club NFTs OpenSea, RIPPSCAHEN00025287- RIPPSCAHEN00025288 | OpenSea | N/A |
| JTX-2064 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 163 - Untitled Collection #194427640, RIPPSCAHEN00025291- | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00025292 | | |
| JTX-2065 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 164 - Untitled Collection #204722463, RIPPSCAHEN00025293- RIPPSCAHEN00025294 | OpenSea | N/A |
| JTX-2066 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 165 - Untitled Collection #246284442, RIPPSCAHEN00025295- RIPPSCAHEN00025296 | OpenSea | N/A |
| JTX-2067 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 166 - TradeCenter Collection OpenSea, RIPPSCAHEN00025346- RIPPSCAHEN00025348 | OpenSea | N/A |
| JTX-2068 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 167 - TradeCenter Ape #12, RIPPSCAHEN00025297- RIPPSCAHEN00025298 | OpenSea | N/A |
| JTX-2069 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 168 - Untitled Collection #124763295, RIPPSCAHEN00025289- RIPPSCAHEN00025290 | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2070 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 169 - MineablePunk Collection OpenSea, RIPPSCAHEN00025319- RIPPSCAHEN00025324 | OpenSea | N/A |
| JTX-2071 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 170 - MineablePunk Ape #7591, RIPPSCAHEN00025306- RIPPSCAHEN00025307 | OpenSea | N/A |
| JTX-2072 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 171 - MineablePunk Ape #12571, RIPPSCAHEN00025308- RIPPSCAHEN00025309 | OpenSea | N/A |
| JTX-2073 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 172 – Bored Ape Violet Collection, RIPPSCAHEN00025310- RIPPSCAHEN00025311 | OpenSea | N/A |
| JTX-2074 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 173 – World Cup BAYC Collection OpenSea, RIPPSCAHEN00025351- | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00025370 | | |
| JTX-2075 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 174 - Dilution Image, RIPPSCAHEN00018890-RIPPSCAHEN00018890 | Ryan Hickman | N/A |
| JTX-2076 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 175 – Wake & BAYC Website, RIPPSCAHEN00017081-RIPPSCAHEN00017081 | Wake & BAYC | N/A |
| JTX-2077 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 176 – Bored Ape Express Card, RIPPSCAHEN00017194-RIPPSCAHEN00017194 | Bored Ape Yacht Express | N/A |
| JTX-2078 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 177 – Bored Ape Wear, Officially Licensed Merch, RIPPSCAHEN00017246-RIPPSCAHEN00017246 | Bored Ape Wear | N/A |
| JTX-2079 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 178 – Bored Ape T-shirt, RIPPSCAHEN00017224-RIPPSCAHEN00017226 | Tee Public | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2080 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 179 - Li, Bored & Hungry, The First Bored Ape Yacht Club Restaurant Has Officially Opened, Apr.11, 2022, RIPPSCAHEN00017210-<br><br>RIPPSCAHEN00017210 | Hypebeast | April 11, 2022 |
| JTX-2081 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 180 - Apewater Image, RIPPSCAHEN00018547-<br><br>RIPPSCAHEN00018547 | Ape Water | N/A |
| JTX-2082 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 181 – Bored Ape Blueberry CBD Lemonade,<br><br>RIPPSCAHEN00017258-<br><br>RIPPSCAHEN00017267 | Kickback | N/A |
| JTX-2083 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 182 – North Pier IPA Image, RIPPSCAHEN00018558-<br><br>RIPPSCAHEN00018558 | North Pier | N/A |
| JTX-2084 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 183 – Bored Ape Beer, Cranky Ranky IPA Tweet,<br><br>RIPPSCAHEN00018559- | Bored Ape Cranky Ranky (@cranky_ranky) | July 2, 2021 |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00018559 | | |
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |
| JTX-2134 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 241 – Bored Coffee, RIPPSCAHEN00021022-RIPPSCAHEN00021022 | Bored Coffee | N/A |
| JTX-2212 | ApeCoin is for the WEB3 Economy webpage, 2023, RIPPSCAHEN00016014-RIPPSCAHEN00016020 | ApeCoin | N/A |
| JTX-2213 | ApeCoin NFT listed on OpenSea, RIPPSCAHEN00016021-RIPPSCAHEN00016022 | OpenSea | N/A |
| JTX-2214 | Comparison of ApeCoin ($APE) and Ape (BAYC) logos, RIPPSCAHEN00017580-RIPPSCAHEN00017580 | N/A | N/A |
| JTX-2220 | APEcoin webpage introducing "meme farm", RIPPSCAHEN00025235-RIPPSCAHEN00025242 | APEcoin | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2223 | Apeswap- Welcome all Apes homepage , RIPPSCAHEN00019846- RIPPSCAHEN00019846 | ApeSwap | N/A |
| JTX-2224 | Apeswap- Welcome to the Most Connected DeFi Hub webpage, RIPPSCAHEN00021477- RIPPSCAHEN00021477 | ApeSwap | N/A |
| JTX-2225 | Apecoin FAQ page , RIPPSCAHEN00025243- RIPPSCAHEN00025243 | APECoin | N/A |
| JTX-2226 | Apeswap multichain DeFi Hub webpage, RIPPSCAHEN00025246- RIPPSCAHEN00025246 | ApeSwap | N/A |
| JTX-2243 | Etherscan token tracker (ERC-20), RIPPSCAHEN00026242- RIPPSCAHEN00026242 | Etherscan | N/A |
| JTX-2244 | Etherscan token tracker (ERC-20) BAYC, RIPPSCAHEN00026243- RIPPSCAHEN00026243 | Etherscan | N/A |
| JTX-2280 | #The Bestt Boredd Apee Yacht Clubb webpage on OpenSea, RIPPSCAHEN00015922- RIPPSCAHEN00015923 | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2281 | Bored Ape Vodka Club webpage on OpenSea, RIPPSCAHEN00017192-RIPPSCAHEN00017192 | OpenSea | N/A |
| JTX-2282 | Bored Ape Tron Club webpage, RIPPSCAHEN00017228-RIPPSCAHEN00017236 | Bored Ape Tron Club | N/A |
| JTX-2284 | Bored Ape Solana Club webpage on Magic Eden, RIPPSCAHEN00017581-RIPPSCAHEN00017583 | Magic Eden | N/A |
| JTX-2287 | Phunky Ape Yacht Club webpage on OpenSea, RIPPSCAHEN00020141-RIPPSCAHEN00020148 | OpenSea | N/A |
| JTX-2289 | Bored Ape Solana Club webpage on OpenSea, RIPPSCAHEN00020817-RIPPSCAHEN00020819 | OpenSea | N/A |
| JTX-2291 | Bored Ape Yacht Club page with listing price on OpenSea, RIPPSCAHEN00021226-RIPPSCAHEN00021227 | OpenSea | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2292 | Bored Ape Yacht Club webpage on OpenSea with Ape owned by HughMo, RIPPSCAHEN00021228-RIPPSCAHEN00021229 | OpenSea | N/A |
| JTX-2293 | Official Shouting Bored Ape Yacht Club #2344 on OpenSea, RIPPSCAHEN00021230-RIPPSCAHEN00021231 | OpenSea | N/A |
| JTX-2319 | Hypebeast, Bored & Hungry, The First BoredApe Yacht Club Restaurant Has Officially Opened, Apr. 11, 2022, RIPPSCAHEN00017199-RIPPSCAHEN00017209 | Hypebeast | N/A |
| JTX-2339 | Bored Ape Wear- About page, RIPPSCAHEN00016000-RIPPSCAHEN00016001 | Bored Ape Wear | N/A |
| JTX-2340 | Ape Water homepage- Ape #5382, RIPPSCAHEN00016009-RIPPSCAHEN00016011 | Ape Water | N/A |
| JTX-2341 | NovaMen webpage with BoredApe t-shirt in black for sale, RIPPSCAHEN00016923-RIPPSCAHEN00016923 | Nova Men | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2342 | NovaMen webpage with BoredApe t-shirt in black for sale, RIPPSCAHEN00016924-RIPPSCAHEN00016924 | Nova Men | N/A |
| JTX-2343 | NovaMen webpage with BoredApe t-shirt in cream for sale, RIPPSCAHEN00016925-RIPPSCAHEN00016925 | Nova Men | N/A |
| JTX-2344 | NovaMen webpage Wake & BAYC – Black Logo Custom Tee, RIPPSCAHEN00016940-RIPPSCAHEN00016940 | Wake & BAYC | N/A |
| JTX-2345 | Wake & BAYC homepage, RIPPSCAHEN00016941-RIPPSCAHEN00016941 | Wake & BAYC | N/A |
| JTX-2346 | Bored Coffee homepage, RIPPSCAHEN00016942-RIPPSCAHEN00016942 | Bored Coffee | N/A |
| JTX-2347 | Bored Ape Gaming homepage, RIPPSCAHEN00016943-RIPPSCAHEN00016943 | Bored Ape Gaming | N/A |
| JTX-2348 | Boredjobs homepage, RIPPSCAHEN00016944-RIPPSCAHEN00016944 | Bored Jobs | N/A |
| JTX-2349 | Bend Ape Staking webpage on BendDAO, RIPPSCAHEN00016949-RIPPSCAHEN00016949 | BendDAO | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2350 | Bored ape yacht club "degenerates only" shirts, RIPPSCAHEN00017039-RIPPSCAHEN00017053 | T-shirt Trend | N/A |
| JTX-2351 | 6184 Circle Trucker hat-White, RIPPSCAHEN00017144-RIPPSCAHEN00017146 | Bored & Hungry | N/A |
| JTX-2352 | 6184 Bored & Hungry Circle T-shirt- Black, RIPPSCAHEN00017147-RIPPSCAHEN00017151 | Bored & Hungry | N/A |
| JTX-2353 | Apetropic Genius Chews on Amazon, RIPPSCAHEN00017154-RIPPSCAHEN00017163 | Amazon | N/A |
| JTX-2354 | Photo of Bored Ape IPA, RIPPSCAHEN00017187-RIPPSCAHEN00017187 | North Pier | N/A |
| JTX-2355 | Twitter post from @cranky_ranky, Jul. 2, 2021, RIPPSCAHEN00017188-RIPPSCAHEN00017188 | Bored Ape Cranky Ranky (@cranky_ranky) | July 2, 2021 |
| JTX-2356 | Twitter post from @richyrich, Feb. 4, 2023, RIPPSCAHEN00017195-RIPPSCAHEN00017195 | Richy Rich (@richyrich) | February 4, 2023 |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2357 | Photo of Unhitched Brewing Co. -Bored Ape Berry Saison, RIPPSCAHEN00017196-RIPPSCAHEN00017196 | Unhitched Brewing Co. | N/A |
| JTX-2358 | Twitter post form @BorednHungry, Apr. 9, 2022, RIPPSCAHEN00017197-RIPPSCAHEN00017198 | Bored & Hungry (@BorednHungry) | April 9, 2022 |
| JTX-2359 | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00017220-RIPPSCAHEN00017220 | jawe.lens (@jawe_eth) | December 26, 2022 |
| JTX-2360 | Twitter post from @BoredApeWine, Apr. 4, 2022, RIPPSCAHEN00017245-RIPPSCAHEN00017245 | Bored Social Club (@BoredApeWine) | April 4, 2022 |
| JTX-2361 | Google search of Bored Ape Wear, RIPPSCAHEN00017250-RIPPSCAHEN00017250 | Bored Ape Wear | N/A |
| JTX-2362 | Google image search of Bored Ape Wear, RIPPSCAHEN00017251-RIPPSCAHEN00017251 | Bored Ape Wear | N/A |
| JTX-2363 | Twitter post from @ParadoxCycle505, | Chris Reyes (@ParadoxCycle505) | January 13, 2023 |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00017252-<br>RIPPSCAHEN00017252 | | |
| JTX-2364 | Twitter page of @BAYCTron,<br>RIPPSCAHEN00017292-<br>RIPPSCAHEN00017322 | Bored Ape Yacht Club Tron (@BAYCTron) | N/A |
| JTX-2365 | Photo of Half BAYCD - BAYCD Pass,<br>RIPPSCAHEN00017543-<br>RIPPSCAHEN00017543 | Half BAYCD | N/A |
| JTX-2366 | Home page of ApeSwap: Your One-Stop<br>DeFi Hub,<br>RIPPSCAHEN00017547-<br>RIPPSCAHEN00017550 | ApeSwap | N/A |
| JTX-2369 | "Welcome Primates" Standard Collection<br>page,<br>RIPPSCAHEN00018560-<br>RIPPSCAHEN00018560 | Bored Ape Tron Club | N/A |
| JTX-2370 | Mutant Ape Tron Club Collection webpage,<br>RIPPSCAHEN00018561-<br>RIPPSCAHEN00018561 | Bored Ape Tron Club | N/A |
| JTX-2371 | Bored Ape Tron Club webpage,<br>RIPPSCAHEN00018562-<br>RIPPSCAHEN00018562 | Bored Ape Tron Club | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2372 | Photo of Unhitched Brewing Co. -Bored Ape Berry Saison, RIPPSCAHEN00018567-RIPPSCAHEN00018567 | Unhitched Brewing Co. | N/A |
| JTX-2373 | Twitter post from @jawe_eth, Dec. 26, 2022, RIPPSCAHEN00018588-RIPPSCAHEN00018588 | jawe.lens (@jawe_eth) | December 26, 2022 |
| JTX-2374 | Bored Ape Tron Club Minting Event Webpage, RIPPSCAHEN00018599-RIPPSCAHEN00018606 | Bored Ape Tron Club | N/A |
| JTX-2375 | Twitter post from @BoredApeWine, Apr. 4, 2022, RIPPSCAHEN00018616-RIPPSCAHEN00018616 | Bored Social Club (@BoredApeWine) | April 4, 2022 |
| JTX-2376 | Bored Ape X Club Home Page, RIPPSCAHEN00018625-RIPPSCAHEN00018628 | Bored Ape X Club | N/A |
| JTX-2377 | Bored Ape Yacht Club CBD Lemonade webpage, RIPPSCAHEN00018629-RIPPSCAHEN00018638 | Kickback | N/A |
| JTX-2378 | Twitter page of @BAYCTron, RIPPSCAHEN00018663- | Bored Ape Yacht Club Tron (@BAYCTron) | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| | RIPPSCAHEN00018693 | | |
| JTX-2379 | Twitter post from @BAYCTron, May 2, 2022, RIPPSCAHEN00018694- RIPPSCAHEN00018694 | Bored Ape Yacht Club Tron (@BAYCTron) | May 2, 2022 |
| JTX-2380 | "BORING SKULL" Webpage, RIPPSCAHEN00018698- RIPPSCAHEN00018698 | Boring Skull | N/A |
| JTX-2381 | Full Body Ape #498 on OpenSea, RIPPSCAHEN00018907- RIPPSCAHEN00018907 | OpenSea | N/A |
| JTX-2382 | IVAC- Island Voyage Ape Club home page, RIPPSCAHEN00018922- RIPPSCAHEN00018937 | Island Voyage Ape Club | N/A |
| JTX-2383 | Welcome to the Island Voyage Ape Club page, RIPPSCAHEN00018938- RIPPSCAHEN00018938 | Island Voyage Ape Club | N/A |
| JTX-2384 | IVAC- "Purchase an IVAC from the Secondary Market" webpage, RIPPSCAHEN00018939- RIPPSCAHEN00018939 | Island Voyage Ape Club | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2385 | Twitter page of @BAYCMoonriver, RIPPSCAHEN00018961-RIPPSCAHEN00018971 | MoonriverBAYC (@BAYCMoonriver) | N/A |
| JTX-2386 | Gender Neutral Bored Ape Yacht Club-<br>Graphic Tshirt for kids, RIPPSCAHEN00018985-RIPPSCAHEN00018985 | Old Navy | N/A |
| JTX-2390 | Twitter post from @SlamDiegoZoo, Jun. 20,2021, RIPPSCAHEN00019803-RIPPSCAHEN00019803 | Slam Diego Zoo (@SlamDiegoZoo) | June 20, 2021 |
| JTX-2391 | Photo of Ape Towing truck, RIPPSCAHEN00019817-RIPPSCAHEN00019817 | Ape Towing | N/A |
| JTX-2392 | Bored Ape Solana Club- Apes Together Strong webpage, RIPPSCAHEN00020820-RIPPSCAHEN00020820 | Bored Ape Solana Club | N/A |
| JTX-2393 | Photo of several cans of Ape Water, RIPPSCAHEN00021019-RIPPSCAHEN00021019 | Ape Water | N/A |
| JTX-2394 | Bored Ape yacht Club t-shirt designs, | Spread T-shirt | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| | RIPPSCAHEN00021289-RIPPSCAHEN00021294 | | |
| JTX-2395 | Google search of Bored Ape clothes, RIPPSCAHEN00025247-RIPPSCAHEN00025251 | Bored Ape Wear | N/A |
| JTX-2396 | Bored Ape Yacht Club Inspired NFT Attire, Copy/Paste Crypto Baby Bodysuit, RIPPSCAHEN00026256-RIPPSCAHEN00026259 | Tee Shirt Palace | N/A |
| JTX-2397 | Physical exhibit RIPPSCAHEN00018454 | N/A | N/A |
| JTX-2398 | Physical exhibit RIPPSCAHEN00018455 | N/A | N/A |
| JTX-2399 | Physical exhibit RIPPSCAHEN00018456 | N/A | N/A |
| JTX-2400 | Physical exhibit RIPPSCAHEN00018457 | N/A | N/A |
| JTX-2401 | Physical exhibit RIPPSCAHEN00018458 | N/A | N/A |
| JTX-2402 | Physical exhibit RIPPSCAHEN00018459 | N/A | N/A |
| JTX-2403 | Physical exhibit RIPPSCAHEN00018460 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2404 | Physical exhibit RIPPSCAHEN00018461 | N/A | N/A |
| JTX-2405 | Physical exhibit RIPPSCAHEN00018462 | N/A | N/A |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | N/A | N/A |
| JTX-2407 | Physical exhibit RIPPSCAHEN00018464 | N/A | N/A |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 | N/A | N/A |
| JTX-2409 | Physical exhibit RIPPSCAHEN00018466 | N/A | N/A |
| JTX-2410 | Physical exhibit RIPPSCAHEN00018467 | N/A | N/A |
| JTX-2411 | Physical exhibit RIPPSCAHEN00018468 | N/A | N/A |
| JTX-2412 | Physical exhibit RIPPSCAHEN00018469 | N/A | N/A |
| JTX-2413 | Physical exhibit RIPPSCAHEN00018470 | N/A | N/A |
| JTX-2414 | Physical exhibit RIPPSCAHEN00018471 | N/A | N/A |
| JTX-2415 | Physical exhibit RIPPSCAHEN00018472 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2416 | Physical exhibit RIPPSCAHEN00018473 | N/A | N/A |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | N/A | N/A |
| JTX-2418 | Physical exhibit RIPPSCAHEN00018475 | N/A | N/A |
| JTX-2419 | Physical exhibit RIPPSCAHEN00022704 | N/A | N/A |
| JTX-2420 | Physical exhibit RIPPSCAHEN00022705 | N/A | N/A |
| JTX-2421 | Physical exhibit RIPPSCAHEN00022706 | N/A | N/A |
| JTX-2422 | Physical exhibit RIPPSCAHEN00026203 | N/A | N/A |
| JTX-2423 | Physical exhibit RIPPSCAHEN00026204 | N/A | N/A |
| JTX-2424 | Physical exhibit RIPPSCAHEN00026272 | N/A | N/A |
| JTX-2425 | Physical exhibit RIPPSCAHEN00026273 | N/A | N/A |
| JTX-2426 | Physical exhibit RIPPSCAHEN00026274 | N/A | N/A |
| JTX-2427 | Physical exhibit RIPPSCAHEN00026275 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2428 | Physical exhibit RIPPSCAHEN00026276 | N/A | N/A |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | WebSummit | N/A |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | WebSummit | N/A |

Dated: June 9, 2023

By: /s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.


By: /s/  *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000