Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 3 FOR WYLIE ARONOW** <br><br> Judge: Hon. John F. Walter <br><br> Pre-Trial Conference Date: June 9, 2023 <br> MIL Hearing Date: June 16, 2023 <br> Trial Date: June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 282), to assist the Court in ruling on Joint Motion in Limine No. 3, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 3 for anticipated trial witness Wylie Aronow.  Defendants expect to cross examine Mr. Aronow if Plaintiff Yuga Labs ("Yuga") calls him live, and/or to play portions of Mr. Aronow's deposition testimony in Defendants' case.  In addition to the topics relevant to the Court's decision on Motion in Limine No. 3, Wylie Aronow will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I.  Testimony from Wylie Aronow Relevant to Motion in Limine No. 3

Mr. Aronow is a co-founder of Yuga and is expected to testify generally on several topics identified in the parties' joint witness summaries (Dkt. 235). Specifically, Mr. Aronow's testimony will relate to the origin and content of Yuga's Bored Ape Yacht Club NFT collection, permission provided to the Bored Ape Yacht Club community, the origin of Yuga's marks, the nature of Yuga's products, the impact of competing products on Yuga, Yuga's response to competing products, financial harm to Yuga, Yuga's lack of corrective advertising, and Yuga's lack of damages.

In connection with Motion in Limine No. 3, Mr. Aronow is expected to testify regarding the existence of third-parties that are using Yuga's marks or marks confusingly similar to Yuga's marks, Yuga's activities (including Mr. Aronow's own activities) indicating that Yuga gave permission or otherwise endorsed third-party commercial use, how third-party use has affected Yuga's marks and Yuga's brand, and costs or harm Yuga has sustained as a result of third-party use.

## II.    Relevance and Admissibility

Mr. Aronow's testimony relating to third-party use is relevant to Yuga's damages claim.  Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising.  As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks.  Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use.  Evidence of third-party use is thus relevant to the diminished value of Yuga's marks and brand as a result of activity that is not attributable to Defendants' infringement and/or false advertising.

Mr. Aronow's testimony regarding third-party use is admissible because, as the former co-President of Yuga and former Chief Creative Office of Yuga, he has personal knowledge regarding Yuga's brand, the third-party use that Yuga has permitted, the third-party use that Yuga has not permitted, and market activity relating to third-party use.   Mr. Aronow competently testified about these topics at his deposition (including having already laid foundation and authenticated many exhibits of third-party use).  *See, e.g.*, Aronow Dep. Tr. 92:24-93:4; 169:12-170:12; 171:12-24; 174:4-7; 175:16-22; 176:9-177:8; 184:12-186:8; 187:8-24; 189:6-11; 191:14-192:22; 195:8-197:16; 201:5-202:3; 204:14-206:16; 209:4-211:18; 227:1-228:1; 228:2-230:10; 230:12-231:21; 232:5-14.  Mr. Aronow has also publicly spoken on multiple occasions regarding third-party use and the permission Yuga has granted to third-parties, further confirming his personal knowledge regarding third-party use.

Evidence of third-party use is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis.  Rather, third-party use is directly relevant to quantifying damages, which is a primary focus of this trial.  Finally, contrary to Yuga's assertion, examining Mr. Aronow concerning screenshots and third-party websites would not violate the rule against hearsay.  The screenshots and website printouts at issue are precisely the kind of evidence routinely found not to be hearsay.  *Perfect 10, Inc. v. Cybernet Ventures, Inc.*, 213 F. Supp. 2d 1146, 1155 (C.D. Cal. 2002) ("To the extent these images and text are being introduced to show the images and text found on the websites, they are not statements at all—and thus fall outside the ambit of the hearsay rule."); *Mckee v. Audible*, 17-cv-01941-GW, 2017 WL 7388530, at *4 (C.D. Cal. Oct. 26, 2017) ("Plaintiffs' hearsay objections lack merit because the screenshots are not hearsay.").

## III.  Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Mr. Aronow concerning topics relevant to Motion in Limine No. 3:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-282 | Aronow Deposition Exhibit 282 – Screenshot of webpage on OpenSea titled "Bored Ape Solana Club" | OpenSea | N/A |
| JTX-283 | Aronow Deposition Exhibit 283 - Photos of "Bored Ape Yacht Club" t-shirt designs | Spread T-Shirt | N/A |
| JTX-284 | Aronow Deposition Exhibit 284 - Photo of "Half Baycd" pass | Half BAYCD | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-285 | Aronow Deposition Exhibit 285 - Photo of "Bored Ape Wear" Logo | Bored Ape Wear | N/A |
| JTX-286 | Aronow Deposition Exhibit 286 – Screenshot of google search and description of "Bored Ape Wear: Bored Ape Yacht Club" website | Bored Ape Wear | N/A |
| JTX-287 | Aronow Deposition Exhibit 287 – Screenshot of apeswap.finance homepage | ApeSwap | N/A |
| JTX-288 | Aronow Deposition Exhibit 288 – Screenshot of "Bored Ape Yacht Club" webpage with "OFFICIAL Shouting Bored Ape Yacht Club" #2344 | OpenSea | N/A |
| JTX-289 | Aronow Deposition Exhibit 289 – Screenshot of webpage on OpenSea titled "Bestt Boredd Apee Yacht Clubb" | OpenSea | N/A |
| JTX-290 | Aronow Deposition Exhibit 290 – Screenshot of webpage on OpenSea titled "Bored Ape Yacht Club" | OpenSea | N/A |
| JTX-291 | Aronow Deposition Exhibit 291 – Screenshot of webpage on OpenSea titled "JRs Bored Ape Yacht Club Crew" | OpenSea | N/A |
| JTX-292 | Aronow Deposition Exhibit 292 – Screenshot of bascado.net and the homepage "Bored Ape Solana Club" | Bored Ape Solano Club | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-293 | Aronow Deposition Exhibit 293 – Screenshot of "Bored Ape Tron Club" Minting Event homepage | OpenSea | N/A |
| JTX-294 | Aronow Deposition Exhibit 294 – Screenshot of webpage on OpenSea with ApeCoin NFT | OpenSea | N/A |
| JTX-296 | Aronow Deposition Exhibit 296 - Terms and Conditions of Bored Ape Yacht Club | Yuga Labs | N/A |
| JTX-2046 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 142 - ApeCoin Webpage, RIPPSCAHEN00025244-RIPPSCAHEN00025244 | APEcoin | N/A |
| JTX-2050 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 146 - ApeCoin OpenSea Page, RIPPSCAHEN00020735-RIPPSCAHEN00020736 | OpenSea | N/A |
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |
| JTX-2214 | Comparison of ApeCoin ($APE) and Ape (BAYC) logos, RIPPSCAHEN00017580-RIPPSCAHEN00017580 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2397 | Physical exhibit RIPPSCAHEN00018454 | N/A | N/A |
| JTX-2398 | Physical exhibit RIPPSCAHEN00018455 | N/A | N/A |
| JTX-2399 | Physical exhibit RIPPSCAHEN00018456 | N/A | N/A |
| JTX-2400 | Physical exhibit RIPPSCAHEN00018457 | N/A | N/A |
| JTX-2401 | Physical exhibit RIPPSCAHEN00018458 | N/A | N/A |
| JTX-2402 | Physical exhibit RIPPSCAHEN00018459 | N/A | N/A |
| JTX-2403 | Physical exhibit RIPPSCAHEN00018460 | N/A | N/A |
| JTX-2404 | Physical exhibit RIPPSCAHEN00018461 | N/A | N/A |
| JTX-2405 | Physical exhibit RIPPSCAHEN00018462 | N/A | N/A |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | N/A | N/A |
| JTX-2407 | Physical exhibit RIPPSCAHEN00018464 | N/A | N/A |
| JTX-2408 | Physical exhibit RIPPSCAHEN00018465 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2409 | Physical exhibit RIPPSCAHEN00018466 | N/A | N/A |
| JTX-2410 | Physical exhibit RIPPSCAHEN00018467 | N/A | N/A |
| JTX-2411 | Physical exhibit RIPPSCAHEN00018468 | N/A | N/A |
| JTX-2412 | Physical exhibit RIPPSCAHEN00018469 | N/A | N/A |
| JTX-2413 | Physical exhibit RIPPSCAHEN00018470 | N/A | N/A |
| JTX-2414 | Physical exhibit RIPPSCAHEN00018471 | N/A | N/A |
| JTX-2415 | Physical exhibit RIPPSCAHEN00018472 | N/A | N/A |
| JTX-2416 | Physical exhibit RIPPSCAHEN00018473 | N/A | N/A |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | N/A | N/A |
| JTX-2418 | Physical exhibit RIPPSCAHEN00018475 | N/A | N/A |
| JTX-2419 | Physical exhibit RIPPSCAHEN00022704 | N/A | N/A |
| JTX-2420 | Physical exhibit RIPPSCAHEN00022705 | N/A | N/A |

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2421 | Physical exhibit RIPPSCAHEN00022706 | N/A | N/A |
| JTX-2422 | Physical exhibit RIPPSCAHEN00026203 | N/A | N/A |
| JTX-2423 | Physical exhibit RIPPSCAHEN00026204 | N/A | N/A |
| JTX-2424 | Physical exhibit RIPPSCAHEN00026272 | N/A | N/A |
| JTX-2425 | Physical exhibit RIPPSCAHEN00026273 | N/A | N/A |
| JTX-2426 | Physical exhibit RIPPSCAHEN00026274 | N/A | N/A |
| JTX-2427 | Physical exhibit RIPPSCAHEN00026275 | N/A | N/A |
| JTX-2428 | Physical exhibit RIPPSCAHEN00026276 | N/A | N/A |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | WebSummit | N/A |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | WebSummit | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.


By: /s/  *Louis W. Tompros*
  Louis W. Tompros (*pro hac vice*)
  louis.tompros@wilmerhale.com
  **WILMER CUTLER PICKERING
    HALE AND DORR LLP**
  60 State Street
  Boston, MA 02109
  Telephone: (617) 526-6000
  Fax: (617) 526-5000