Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>  Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 5 FOR GREG SOLANO**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date: June 16, 2023<br>Trial Date: June 27, 2023 |

Case No. 2:22-cv-04355-JFW-JEM　　　　　　　　DEFENDANTS' OFFER OF PROOF

Pursuant to the Court's June 7, 2023, Order (Dkt. 283), to assist the Court in ruling on Joint Motion in Limine No. 5, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 5 for anticipated trial witness Greg Solano. Defendants expect to cross examine Mr. Solano if Plaintiff Yuga Labs ("Yuga") calls him live, and/or to play portions of Mr. Solano's deposition testimony in Defendants' case. In addition to the topics relevant to the Court's decision on Motion in Limine No. 5, Greg Solano will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I. Testimony from Greg Solano Relevant to Motion in Limine No. 5

Mr. Solano is a co-founder and president of Yuga and is expected to testify generally on several topics identified in the parties' joint witness summaries (Dkt. 235). Specifically, Mr. Solano's testimony will relate to the origin and content of Yuga's Bored Ape Yacht Club NFT collection, permission provided to the Bored Ape Yacht Club community, the origin of Yuga's marks, the nature of Yuga's products, the impact of competing products on Yuga, Yuga's response to competing products, financial harm to Yuga, Yuga's lack of corrective advertising, and Yuga's lack of damages.

In connection with Motion in Limine No. 5, Mr. Solano is expected to testify regarding the BAYC Terms & Conditions, which he claims to have drafted himself, and the resulting third-party use of Yuga's marks or marks confusingly similar to Yuga's marks, Yuga's activities (including Mr. Solano's own activities) indicating that Yuga gave permission or otherwise endorsed third-party commercial use, how the BAYC Terms & Conditions have affected Yuga's marks and Yuga's brand, and costs or harm Yuga has sustained as a result of third-party use.

## II. Relevance and Admissibility

Mr. Solano's testimony relating to the BAYC Terms & Conditions, which resulted in widespread third-party use, is relevant to Yuga's damages claim. Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising. As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks which, at least in part, directly arose due to the BAYC Terms & Conditions.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks. Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use. Evidence of the BAYC Terms & Conditions is important context to how that third-party use came about and how that third-party use diminished the value of the Yuga's marks and brand, and how any of the diminished value is not attributable to Defendants' infringement and/or false advertising.

Mr. Solano's testimony regarding the BAYC Terms & Conditions is admissible because, as the President of Yuga, he has extensive personal knowledge regarding Yuga's brand, creation of the BAYC Terms & Conditions, the third-party use that Yuga has permitted, the third-party use that Yuga has not permitted, market activity relating to third-party use, and the market's response to the BAYC Terms & Conditions. Mr. Solano has also competently testified about the Terms & Conditions at his deposition (including having admitted that he drafted the Terms & Conditions himself). *See, e.g.,* Solano Dep. Tr. 84:24-85:18; 99:1-4; 134:12-135:13; 135:20-136:10; 137:16-138:25; 158:6-15; 156:16-159:14; 160:4-161:1; 161:3-162:1; 162:21-

164:11; 167:4-12; 168:8-18; 168:19-170:25; 172:6-24; 174:5-175:21; 177:7-15; 179:5-19.

Mr. Solano has also publicly spoken on multiple occasions regarding the BAYC Terms & Conditions, third-party use, and the permission Yuga has granted to third-parties, further confirming his personal knowledge regarding the BAYC Terms & Conditions.

Evidence of the BAYC Terms & Conditions is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, the BAYC Terms & Conditions are important context directly relevant to quantifying damages, which is a primary focus of this trial.

### III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Mr. Solano concerning topics relevant to Motion in Limine No. 5:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-209 | Solano Deposition Exhibit 209- Copy of Bored Ape Yacht Club Terms and Conditions | Yuga Labs | N/A |
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, | Yuga Labs | N/A |

| | | | |
|---|---|---|---|
| | RIPPSCAHEN00020804-RIPPSCAHEN00020805 | | |
| JTX-2133 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 238 – Muniz WebSummit Video | Nicole Muniz | N/A |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | Nicole Muniz | N/A |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | Nicole Muniz | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com

|   |   |
|---|---|
| 1 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 2 | 350 South Grand Ave., Suite 2400 |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400 |
| 4 | Attorneys for Defendants |
| 5 | *Ryder Ripps and Jeremy Cahen* |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000