Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>       Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 5 FOR JONAH BERGER**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date:  June 16, 2023<br>Trial Date:  June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 283), to assist the Court in ruling on Joint Motion in Limine No. 5, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 5 for anticipated trial witness Jonah Berger. Mr. Berger is one of Plaintiff Yuga Labs's ("Yuga") three expert witnesses. Defendants expect to cross examine Mr. Berger if Yuga calls him live. In addition to the topics relevant to the Court's decision on Motion in Limine No. 5, Mr. Berger will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

**I.      Testimony from Jonah Berger Relevant to Motion in Limine No. 5**

Mr. Berger is Yuga's expert witness on branding and Defendants understand that Yuga will call him to testify on topics identified in the parties' joint witness summaries (Dkt. 235). Mr. Berger's testimony is expected to relate to consumer psychology, marketing, and advertising; brand equity of the BAYC Marks; and alleged harm to Yuga Labs.

In connection with Motion in Limine No. 5, Defendants expect to cross examine Mr. Berger regarding the BAYC Terms & Conditions, which resulted in widespread third-party use, and their effects on the value of the BAYC brand, consumer psychology, and any corresponding harm.

**II.     Relevance and Admissibility**

Mr. Berger's testimony relating to the BAYC Terms & Conditions is relevant to Yuga's damages claim. Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising. As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants'

infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks that, at least in part, resulted from the BAYC Terms & Conditions.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks. Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use. Evidence of the BAYC Terms & Conditions is important context to how that third-party use came about and how that third-party use diminished the value of the Yuga's marks and brand, and how any of the diminished value is not attributable to Defendants' infringement and/or false advertising.

Mr. Berger's testimony regarding the BAYC Terms & Conditions is admissible on cross examination because, as Yuga's branding expert, he will testify regarding consumer psychology, Yuga's brand equity, and alleged harm, and should be subject to cross examination about the effects that the Terms & Conditions, and their resulting third-party use, would have on consumer psychology, brand equity, and alleged harm.

Evidence of the BAYC Terms & Conditions is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, the BAYC Terms & Conditions are important context directly relevant to quantifying damages, which is a primary focus of this trial.

**III.  Identification of Each Document By Author, Date, and Trial Exhibit Number**

Defendants may use the following documents in connection with their examination of Mr. Berger concerning topics relevant to Motion in Limine No. 5:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000