| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
| | louis.tompros@wilmerhale.com |
| 2 | Monica Grewal (*pro hac vice*) |
| | monica.grewal@wilmerhale.com |
| 3 | Scott W. Bertulli (*pro hac vice*) |
| | scott.bertulli@wilmerhale.com |
| 4 | Tyler Carroll (*pro hac vice*) |
| | tyler.carroll@wilmerhale.com |
| 5 | **WILMER CUTLER PICKERING** |
| | **   HALE AND DORR LLP** |
| 6 | 60 State Street |
| | Boston, MA 02109 |
| 7 | Telephone: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| 8 | |
| | Derek Gosma (SBN 274515) |
| 9 | derek.gosma@wilmerhale.com |
| | Henry Nikogosyan (SBN 326277) |
| 10 | henry.nikogosyan@wilmerhale.com |
| | **WILMER CUTLER PICKERING** |
| 11 | **   HALE AND DORR LLP** |
| | 350 South Grand Ave., Suite 2400 |
| 12 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-5300 |
| 13 | Fax: (213) 443-5400 |
| 14 | Attorneys for Defendants |
| | *Ryder Ripps and Jeremy Cahen* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 5 FOR LAURA O'LAUGHLIN** |
| v. | |
| Ryder Ripps and Jeremy Cahen, | Judge: Hon. John F. Walter |
| Defendants. | Pre-Trial Conference Date: June 9, 2023 |
| | MIL Hearing Date: June 16, 2023 |
| | Trial Date: June 27, 2023 |

Case No. 2:22-cv-04355-JFW-JEM               DEFENDANTS' OFFER OF PROOF

1      Pursuant to the Court's June 7, 2023, Order (Dkt. 283), to assist the Court in ruling on Joint Motion in Limine No. 5, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 5 for anticipated trial witness Laura O'Laughlin. Ms. O'Laughlin is one of Plaintiff Yuga Labs's ("Yuga") three expert witnesses. Although Defendants have moved in limine to exclude all testimony by Ms. O'Laughlin (Dkt. 242), Defendants expect to cross examine Ms. O'Laughlin if Yuga is permitted to call her live. In addition to the topics relevant to the Court's decision on Motion in Limine No. 5, if Ms. O'Laughlin were permitted to testify, she would also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I.   Testimony from Laura O'Laughlin Relevant to Motion in Limine No. 5

Ms. O'Laughlin is Yuga's survey expert and Defendants understand that Yuga (if permitted) will call her to testify on topics identified in the parties' joint witness summaries (Dkt. 235). Ms. O'Laughlin's testimony is expected to relate to surveys that she performed.

In connection with Motion in Limine No. 5, Defendants expect to cross examine Ms. O'Laughlin regarding the impact the BAYC Terms & Conditions, and the resulting third-party use, had on the level of confusion that she measured, and on whether she adequately accounted for the BAYC Terms & Conditions, and the resulting third-party use, in her survey methodology.

## II.  Relevance and Admissibility

Ms. O'Laughlin's testimony relating to the BAYC Terms & Conditions is relevant to her survey analysis, which Yuga contends supports Yuga's damages claim.

Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned

by the Defendants that are attributable to infringement and/or false advertising. As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks that was a result of the BAYC Terms & Conditions.

The BAYC Terms & Conditions lead to widespread and systematic third-party use that harmed Yuga's marks and brand. Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use. Evidence of the BAYC Terms & Conditions provides context on how that third-party use came about and, as a result, diminished value of Yuga's marks and brand. This evidence is further relevant to showing that Yuga's harm was a result of activity that is not attributable to Defendants' infringement and/or false advertising.

Ms. O'Laughlin's testimony regarding the BAYC Terms & Conditions is admissible on cross examination because, as Yuga's damages expert, she will (if permitted) testify regarding the scope of confusion that she identified using her surveys, and should be subject to cross examination about her consideration of the BAYC Terms & Conditions, and resulting third-party use, as part of that survey analysis.

Evidence of the BAYC Terms & Conditions is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, the BAYC Terms & Conditions are important context directly relevant to quantifying damages, which is a primary focus of this trial.

### III. Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Ms. O'Laughlin concerning topics relevant to Motion in Limine No. 5:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000