Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 5 FOR LAUREN KINDLER**<br><br>Judge: Hon. John F. Walter<br><br>Pre-Trial Conference Date: June 9, 2023<br>MIL Hearing Date:  June 16, 2023<br>Trial Date:  June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 283), to assist the Court in ruling on Joint Motion in Limine No. 5, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 5 for anticipated trial witness Lauren Kindler. Ms. Kindler is one of Plaintiff Yuga Labs's ("Yuga") three expert witnesses. Defendants expect to cross examine Ms. Kindler if Yuga calls her live. In addition to the topics relevant to the Court's decision on Motion in Limine No. 5, Ms. Kindler will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I. Testimony from Lauren Kindler Relevant to Motion in Limine No. 5

Ms. Kindler is Yuga's expert witness on damages and Defendants understand that Yuga will call her to testify on topics identified in the parties' joint witness summaries (Dkt. 235). Ms. Kindler's testimony is expected to relate to damages to Yuga and Defendants' alleged profits.

In connection with Motion in Limine No. 5, Defendants expect to cross examine Ms. Kindler regarding the impact that the BAYC Terms & Conditions had not the resulting widespread third-party use that has diminished the value of Yuga's marks and Defendants' profits.

## II. Relevance and Admissibility

Ms. Kindler's testimony relating to the BAYC Terms & Conditions is relevant to Yuga's damages claim because it provides important context regarding third-party use of Yuga's marks.

Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising. As to both damages claims, Defendants expect to present evidence that Yuga's calculated

1  damages include harm sustained not as a result of Defendants' infringement and/or
2  false advertising, but instead as a result of widespread third-party use of Yuga's
3  marks, and the BAYC Terms & Conditions provide important context regarding that
4  third-party use.

5  Yuga's marks and brand suffered harm as a result of widespread and systematic
6  third-party use of Yuga's marks that resulted from the BAYC Terms & Conditions.
7  Yuga now improperly seeks to recover from Defendants the damages for harm that
8  has resulted from that wide-spread third-party use. Evidence of the BAYC Terms &
9  Conditions is thus relevant to the third-party use that diminished the value of Yuga's
10 marks and brand as a result of activity that is not attributable to Defendants'
11 infringement and/or false advertising.

12 Ms. Kindler's testimony regarding the BAYC Terms & Conditions is
13 admissible on cross examination because, as Yuga's damages expert, she will testify
14 regarding Yuga's damages claim and should be subject to cross examination about the
15 effects that the BAYC Terms & Conditions, and the resulting third-party use, would
16 have on Yuga's actual damages and/or Defendants' recoverable profits. She was
17 examined about these topics during her deposition. *See, e.g.*, Kindler Dep. Tr. 78:11-
18 79:12; 79:23-80:11; 80:22-81:9.

19 Evidence of the BAYC Terms & Conditions is not inadmissible under Rule
20 403, because it does not encourage a decision on any improper or emotional basis.
21 Rather, the BAYC Terms & Conditions are important context directly relevant to
22 quantifying damages, which is a primary focus of this trial.

23 **III. Identification of Each Document By Author, Date, and Trial Exhibit Number**

25 Defendants may use the following documents in connection with their
26 examination of Ms. Kindler concerning topics relevant to Motion in Limine No. 5:

| Trial Ex. | Title | Author | Date |
|---|---|---|---|
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (pro hac vice)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
　HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000