Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **MR. RIPPS AND MR. CAHEN'S OFFER OF PROOF AS TO TOPICS RELEVANT TO MOTION IN LIMINE NO. 5 FOR RYDER RIPPS** <br><br> Judge: Hon. John F. Walter <br><br> Pre-Trial Conference Date: June 9, 2023 <br> MIL Hearing Date:  June 16, 2023 <br> Trial Date:  June 27, 2023 |

Pursuant to the Court's June 7, 2023, Order (Dkt. 283), to assist the Court in ruling on Joint Motion in Limine No. 5, Defendants Ryder Ripps and Jeremy Cahen submit the following offer of proof for topics relevant to Motion in Limine No. 5 for anticipated trial witness Ryder Ripps.  In addition to the topics relevant to the Court's decision on Motion in Limine No. 5, Mr. Ripps will also testify about other topics not relevant to the Court's decision as set forth in the parties' joint witness testimony summaries (Dkt. 235), and will rely on exhibits as identified by witness in the parties' exhibit list (Dkt. 257) and the parties' joint pre-trial stipulation (Dkt. 258).

## I.      Testimony from Ryder Ripps Relevant to Motion in Limine No. 5

Mr. Ripps is a recognized visual artist known for creating artwork that comments on the boundaries between art, the internet, and commerce, the originator of the RR/BAYC Project, and a defendant in this case.  Mr. Ripps is expected to testify on several topics identified in the parties' joint witness summaries (Dkt. 235).  Specifically, Mr. Ripps's testimony will relate to the origin and intent behind the RR/BAYC Project, costs and profits from the RR/BAYC Project, representations made in connection with the RR/BAYC Project including the intent associated with those representations, the absence of consumer confusion, the absence of harm to Yuga Labs ("Yuga"), Mr. Ripps' good faith in connection with the RR/BAYC Project, alternate sources of harm to Yuga, and the impact of the RR/BAYC Project on the NFT market.

In connection with Motion in Limine No. 5, Mr. Ripps will testify about the BAYC Terms & Conditions that ultimately resulted in widespread third-party use of Plaintiff Yuga Labs's ("Yuga") marks of which he is personally aware.  Mr. Ripps will also testify about how the Terms & Conditions are relevant as context for the RR/BAYC Project, including the impact the Terms & Conditions had on Defendants' mental state and how they are necessary for understanding the representations Defendants made in connection with the RR/BAYC Project.  Mr. Cahen will also

testify about how the Terms & Conditions relate to the lack of any bad faith or willful infringement in connection with the RR/BAYC Project.  Finally, Mr. Ripps will testify about his personal knowledge concerning the relative impact of the RR/BAYC Project on the NFT market as compared to third-party uses of Yuga's marks.

## II.   Relevance and Admissibility

Mr. Ripps's testimony relating to the BAYC Terms & Conditions is relevant to Yuga's damages claim, as well as to Defendants' intent in connection with their creation and promotion of the RR/BAYC Project (which in turn is relevant to damages, willful infringement, and false advertising).  Yuga's damages claim includes both a claim for actual damages caused by Defendants' infringement and/or false advertising, and a claim for any profits earned by the Defendants that are attributable to infringement and/or false advertising.  As to both damages claims, Defendants expect to present evidence that Yuga's calculated damages include harm sustained not as a result of Defendants' infringement and/or false advertising, but instead as a result of widespread third-party use of Yuga's marks and the BAYC Terms & Conditions provide context to how that widespread third-party use came about.

Yuga's marks and brand suffered harm as a result of widespread and systematic third-party use of Yuga's marks.  Yuga now improperly seeks to recover from Defendants the damages for harm that has resulted from that wide-spread third-party use.  Evidence of the Terms & Conditions is thus relevant to understanding how third-party use diminished the value of Yuga's marks and brand as a result of activity that is not attributable to Defendants' infringement and/or false advertising.  Mr. Ripps's testimony regarding third-party use is admissible because Mr. Ripps is a market participant with personal knowledge regarding the BAYC Terms & Conditions and the resulting third-party commercial use.

Mr. Ripps's testimony about his knowledge concerning the BAYC Terms & Conditions is also relevant because it bears directly on his good-faith intent in

connection with the RR/BAYC project.  Mr. Ripps's intent is directly relevant to Yuga's damages claims, willfulness contention, and false advertising claim (as set out in detail in Defendants' opposition to Plaintiff's Motion in Limine No. 2 (Dkt. 236)).

Evidence of the BAYC Terms & Conditions is not inadmissible under Rule 403, because it does not encourage a decision on any improper or emotional basis. Rather, the BAYC Terms & Conditions are important context relating third-party use is directly relevant to quantifying damages.  The BAYC Terms & Conditions are also important to understanding the impact Yuga's actions had on Defendants' mental state when creating the RR/BAYC Project.

## III.  Identification of Each Document By Author, Date, and Trial Exhibit Number

Defendants may use the following documents in connection with their examination of Mr. Ripps concerning topics relevant to Motion in Limine No. 5:

| Trial Ex. | Title | Author | Date |
|-----------|-------|--------|------|
| JTX-2088 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 192 – BAYC Terms & Conditions, RIPPSCAHEN00020804-RIPPSCAHEN00020805 | Yuga Labs | N/A |
| JTX-2133 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 238 – Muniz WebSummit Video | Nicole Muniz | N/A |

| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | Nicole Muniz | N/A |
|---|---|---|---|
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | Nicole Muniz | N/A |
| JTX-2694 | Twitter post by @Jdotcolombo, Feb. 15, 2023, RIPPSCAHEN00018813-RIPPSCAHEN00018816 | Colombo (@Jdotcolombo) | N/A |
| JTX-2695 | Twitter post by @Jdotcolombo, Feb. 15, 2023, RIPPSCAHEN00018817-RIPPSCAHEN00018817 | Colombo (@Jdotcolombo) | February 15, 2023 |

Dated: June 9, 2023

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on June 9, 2023.

By: /s/  *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000