UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Dated: **June 9, 2023** |
| Title: | Yuga Labs, Inc. *-v-* Ripps, et al. | |

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| Eric J. Ball | Louis W. Tompros |
| Kimberly Irene Culp Cloyd | Derek A. Gosma |
| Molly R Melcher | |
| Anthony Michael Fares | |

**PROCEEDINGS:**   **PRETRIAL CONFERENCE**

Case called, and counsel make their appearance.

Pretrial Conference held:

- Court and counsel discuss various pretrial and trial issues.

- All dates and deadlines as stated at the hearing.

For the reasons stated on the record:

- The parties are ordered to participate in further mediation.

- The Jury Trial currently set for June 27, 2023 is continued **to July 7, 2023 at 8:30 a.m.**

Initials of Deputy Clerk   sr