**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 22-4355-JFW(JEMx)**                    Date:  June 12, 2023

Title:       Yuga Labs, Inc. -*v*- Ripps, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                              **None Present**
**Courtroom Deputy**                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                None

**PROCEEDINGS (IN CHAMBERS):        ORDER RE: JOINT STATEMENT**

During the discussion regarding the nature and scope of Defendants' proposed testimony at trial during the Pre-Trial Conference, counsel advised the Court that they would continue their efforts to resolve this issue.  Counsel shall file a Joint Statement setting forth their agreements and any remaining issues regarding the nature and scope of Defendants' proposed trial testimony on or before June 15, 2023.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr_