1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:   415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
14 YUGA LABS, INC.

15

16               UNITED STATES DISTRICT COURT

17               CENTRAL DISTRICT OF CALIFORNIA

18               WESTERN DIVISION – Los Angeles

19

20 YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM

21           Plaintiff,                **YUGA LABS, INC.'S NOTICE FOLLOWING THE PRE-TRIAL CONFERENCE REGARDING THE REMAINING CLAIMS AND ISSUES FOR TRIAL**

22      v.

23 RYDER RIPPS, JEREMY CAHEN,

24           Defendants.

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
   Attorneys for Plaintiff
11 YUGA LABS, INC.

**TO THE COURT, ALL PARTIES, AND COUNSEL:**

Please take notice that to streamline the issues for trial and following the Pre-Trial Conference held on June 9, 2023, Plaintiff Yuga Labs, Inc. ("Yuga Labs") hereby gives notice that it withdraws its demand for a jury trial and requests that the Court decide all issues related to the remedies available to Yuga Labs on Claims 1 and 3 of the Complaint (Dkt. 1). Given the Court's factual findings (Dkt. 225) on Yuga Labs' motion for summary judgment, Yuga Labs contends that it is most efficient for the Court to decide all issues related to the remedies available to Yuga Labs on Claims 1 and 3 during a bench trial or submission on briefing alone.

To further streamline the issues for trial, Yuga Labs withdraws Claim 2 of the Complaint (Dkt. 1) for False Advertising in violation of the Lanham Act from the list of claims at Section 7 of the Proposed Pretrial Order (Dkt. 229-1) that it intends to pursue at trial.

Dated: June 12, 2023                    FENWICK & WEST LLP


By: */s/ Eric Ball*
    Eric Ball
    Attorneys for Plaintiff
    YUGA LABS, INC.