ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF APPLICATION TO REQUEST CONTINUATION OF TRIAL DATE**<br><br>Hearing on Motions *in Limine*:<br>June 23, 2023<br><br>Trial Date: July 7, 2023 |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA  90401 |
|   | Telephone:   310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
|   | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
|   | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
|   | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
|   | 10 Prince Street |
| 9 | Alexandria, VA  22314 |
|   | Telephone:   202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff |
|   | YUGA LABS, INC. |

**TO THE COURT, ALL PARTIES, AND COUNSEL:**

Please take notice that pursuant to local rule 40-1 Plaintiff Yuga Labs, Inc. hereby gives notice that it seeks a continuance of the July 7, 2023 trial. Good cause for the continuance is set forth in the accompanying Application and supported by accompanying Declaration of Eric Ball.

Dated: June 15, 2023                    FENWICK & WEST LLP


By: /s/ Eric Ball
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.