ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**PLAINTIFF YUGA LABS, INC.'S APPLICATION TO CONTINUE TRIAL DATE**<br><br>Hearing on Motions *in Limine*:<br>June 23, 2023<br><br>Trial Date: July 7, 2023 |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
| | mlawton@fenwick.com |
| 2 | FENWICK & WEST LLP |
| | 228 Santa Monica Boulevard |
| 3 | Santa Monica, CA 90401 |
| | Telephone: 310.434.4300 |
| 4 | |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*) |
| | david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
| | kathryn@clarelocke.com |
| 7 | MEGAN L. MEIER (*admitted pro hac vice*) |
| | megan@clarelocke.com |
| 8 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 9 | Alexandria, VA 22314 |
| | Telephone: 202.628.7400 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | YUGA LABS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Yuga Labs' Application to Continue Trial Date

Case No. 2:22-cv-04355-JFW-JEM

## GOOD CAUSE FOR REQUESTED CONTINUANCE

On June 9, 2023, the Court ordered the parties to return to mediation with Magistrate Judge Segal before July 7, 2023. The Parties have been unable to find a date with Magistrate Judge Segal during which they can complete a second mediation prior to the July 7, 2023 trial date. Declaration of Eric Ball In Support of Application to Continue Trial Date ("Ball Decl.") at ¶ 3. Magistrate Judge Segal's first available business day for a full-day mediation is July 18, 2023. *Id.* Magistrate Judge Segal offered two partial days for mediation – June 19 and June 23, 2023 – before July 7, 2023. *Id.* Defendants are not available on June 19 and the parties have a hearing in this matter on June 23. *Id.* Magistrate Judge Segal also has two other matters on June 23 that would take up her time and make a productive mediation especially difficult. *Id.* Magistrate Judge Segal also offered Saturday, July 1, 2023, but Yuga Labs' principal with settlement authority is not available on that Saturday. *Id.* As of today, the Parties have been unable to find an acceptable day before July 7, 2023 to complete a second mediation with Judge Segal. *Id.; see also id.* ¶ 9. In order to comply with the Court's order to mediate with Magistrate Judge Segal before trial, and to have a meaningful mediation, Yuga Labs requests a trial continuance.

In addition, on June 9, 2023, the Court rescheduled commencement of the pending three-day jury trial in the above-captioned action from June 27, 2023 to July 7, 2023. (Dkt. No. 307.) That same day, June 9, Yuga Labs informed its expert witnesses of the new trial start date. Ball Decl. ¶ 4. Since then, Yuga Labs has been in continuous discussion with its experts regarding the scheduling of their testimony. *Id.* Yuga Labs' three experts are not all available to testify during Yuga Labs' case in a three-day jury trial starting on July 7, 2023. *Id.* In particular, Yuga Labs' damages expert, Lauren Kindler, is unavailable to testify on any of the days July 7-11, 2023 because of another trial in which she will be testifying. *Id.* Yuga Labs is informed that Ms. Kindler communicated the conflict of the July 7 trial start date in this matter

to counsel in her other matter, and Ms. Kindler reported back to us, for a second time, that she is unable to accommodate our new trial dates. *Id.* In addition, Yuga Labs' consumer behavior expert, whose testimony is relevant to the harm Yuga Labs suffered, is unavailable to testify on July 7 or July 10 because he will be out of the country. *Id.* Yuga Labs has also discussed the new trial start date with its fact witnesses. Ball Decl. ¶ 5. Its former CEO, Nicole Muniz, and a witness on the harm Yuga Labs suffered from the sale of the infringing NFTs is unavailable to testify during a three-day jury trial starting on July 7, 2023 because of pre-planned travel to Europe for a family commitment. *Id.* Yuga Labs would suffer irreparable prejudice if the jury trial proceeded as currently scheduled in the absence of its damages expert, its consumer behavior expert, and one of its fact witnesses on the harm Yuga Labs suffered. Therefore, Yuga Labs respectfully requests a continuance of the July 7, 2023 trial date.

      Yuga Labs' witnesses were only able to identify one three-day block in the next several months where each witness had some availability to testify. Ball Decl. ¶ 6. Given the challenges with scheduling Yuga Labs' witnesses for a three-day jury trial and with the hope of securing an expedient resolution to this case, Yuga Labs is withdrawing all legal remedies and will proceed to trial solely on its prayer for equitable remedies as to the remaining active claims – Claim 1 and Claim 3.

      Based on the above, good cause exists to continue the current trial date and schedule a court trial rather than a jury trial. Yuga Labs requests that the Court set a court trial for resolution of the remaining equitable issues in the case. Yuga Labs has confirmed that its witnesses are all available to testify on the following dates:

- July 31-Aug. 3, 2023;
- Sept. 22, 2023; and
- Oct. 5-6, 2023.

Ball. Decl. ¶ 7.

      This is the first request to continue the trial date. Ball Decl. ¶ 8. Yuga Labs is

making this application at the earliest possible moment once the need arose. *See, e.g.*, Ball Decl. ¶ 7. Lead counsel met and conferred regarding Yuga Labs' Application to Continue Trial Date, and Yuga Labs understands that Defendants take no position on the substance of the request at this time. *Id.* ¶ 9.

Given the further narrowing of its case, Yuga Labs believes that a one-day court trial will be sufficient to resolve the remaining issues of the equitable relief to which it is entitled for Claims 1 and 3.

Dated: June 15, 2023                    FENWICK & WEST LLP


                                        By: __/s/ Eric Ball__
                                            Eric Ball
                                            Attorneys for Plaintiff
                                            YUGA LABS, INC.