ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S APPLICATION TO CONTINUE TRIAL DATE** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Hearing on Motions *in Limine*: June 23, 2023 |
| Defendants. | Trial Date: July 7, 2023 |

1   MELISSA L. LAWTON (CSB No. 225452)
    mlawton@fenwick.com
2   FENWICK & WEST LLP
    228 Santa Monica Boulevard
3   Santa Monica, CA  90401
    Telephone:   310.434.4300
4
5   DAVID Y. SILLERS (*admitted pro hac vice*)
    david@clarelocke.com
6   KATHRYN HUMPHREY (*admitted pro hac vice*)
    kathryn@clarelocke.com
7   MEGAN L. MEIER (*admitted pro hac vice*)
    megan@clarelocke.com
8   CLARE LOCKE LLP
    10 Prince Street
9   Alexandria, VA  22314
    Telephone:   202.628.7400
10
11  Attorneys for Plaintiff
    YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Eric Ball, declare as follows:

1.      I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter.  I am Lead Counsel for Yuga Labs in this action.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

2.      I submit this declaration in support of the good cause for granting Yuga Labs' Application to Continue Trial Date.

3.      Lead Counsel for Defendants, Louis Tompros, and I have been in communication with Magistrate Judge Segal since Monday June 12, 2023 following the Court's order that the parties to return to Magistrate Judge Segal for a second mediation.  Magistrate Judge Segal's first available business day for a full-day mediation is July 18, 2023.  Judge Segal offered two partial days for mediation – June 19 and June 23, 2023 – before July 7, 2023.  Defendants informed me that they are not available on June 19, 2023.  The Court has ordered a hearing in this matter on June 23, 2023.  Magistrate Judge Segal also has two other matters on June 23 that would take up her time and make a productive mediation especially difficult.  Judge Segal also offered Saturday, July 1, 2023, but I am informed that Yuga Labs' principal with settlement authority is not available on that Saturday.  As of today, the Parties have been unable to find an acceptable day before July 7, 2023 to complete a second mediation with Magistrate Judge Segal.  In addition to July 18, 2023, I am also informed that Magistrate Judge Segal has full day availability for mediation on July 19, 25, 26 and August 1, 2, 22, and 23, 2023.

4.      On June 9, 2023, following the Court's rescheduling of the first day of trial from June 27, 2023 to July 7, 2023, Yuga Labs informed its expert witnesses of the new trial date.  Since then, Yuga Labs has been in continuous discussion with its experts regarding the scheduling of their testimony.  Yuga Labs' three experts are not all available to testify during Yuga Labs' case in a three-day jury trial starting on

FENWICK & WEST LLP
ATTORNEYS AT LAW

July 7, 2023.   In particular, Yuga Labs' damages expert, Lauren Kindler, is unavailable to testify on any of the days July 7-11, 2023 because of another trial in which she will be testifying.   I am informed that Ms. Kindler communicated the conflict of the July 7 trial start date in this matter to counsel in her other matter, and Ms. Kindler reported back to Yuga Labs, for a second time, that she is unable to accommodate our new trial dates.  In addition, Yuga Labs' consumer behavior expert, whose testimony is relevant to the harm Yuga Labs suffered, is unavailable to testify on July 7 or July 10 because he will be out of the country.

5.      Yuga Labs has also discussed the new trial start date with its fact witnesses.  Its former CEO, Nicole Muniz, and a witness on the harm Yuga Labs suffered from the sale of the infringing NFTs is unavailable to testify during a three-day jury trial starting on July 7, 2023 because of pre-planned travel to Europe for a family commitment.

6.      In communicating with Yuga Labs' witnesses about their availability to testify at the new trial date, we were only able to identify one three-day block in the next several months where each witness had some availability to testify.

7.      Just today, June 15, 2023, I received confirmation as to the availability, and unavailability, of Yuga Labs' experts to testify at a future trial in the next few months.  Yuga Labs has confirmed that its witnesses are all available to testify on the following dates:

         a.  July 31-August 3, 2023;

         b.  September 22, 2023; and

         c.  October 5-6, 2023.

8.      This is the first request to continue the trial date.  The pending dates set by the Court are the hearing on the Motions *in Limine* (June 23, 2023 at 8:00 am) and the Trial (July 7, 2023 at 8:30 am).

9.      I spoke to lead counsel for Defendants today, Mr. Louis Tompros, regarding Yuga Labs' Application to Continue Trial Date.  We agreed that the parties

were unable to identify an available mediation date with Magistrate Judge Segal at this time.  Mr. Tompros stated that he did not yet have a position on Yuga Labs' Application to Continue Trial Date.

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 15, 2023.

_/s/ Eric Ball_
Eric Ball