UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants. | Case No.: 2:22-Cv-04355-JTW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S APPLICATION TO CONTINUE TRIAL DATE**<br><br>Hearing on Motions *in Limine*:<br>June 23, 2023<br><br>Trial Date: July 7, 2023 |

# [PROPOSED] ORDER

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Application to Continue the Trial Date and the accompanying declaration, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Court vacates the jury trial set for July 7, 2023 (Dkt. 307);
2. The Court vacates its hearing on motions *in limine* on June 23, 2023 (Dkt. 311);
3. The Court orders the Parties to complete mediation with Magistrate Judge Segal by July 20, 2023;
4. The Court sets a one-day court trial on Yuga Labs' equitable remedies for its Claims 1 and 3 on August 2, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: _____

Honorable John F. Walter
United States District Court Judge