UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Dated: **June 16, 2023** |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:** HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Wil Wilcox |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Eric J. Ball | Louis W. Tompros |
| Kimberly Irene Culp Cloyd<br>Molly R Melcher | Derek A. Gosma |

**PROCEEDINGS (Zoom):  STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss status of the case.

For the reasons stated on the record, the Court vacates the Jury Trial on July 7, 2023 and sets a Court Trial for **July 31, 2023 at 8:00 a.m.**  The hearing on Motions in Limine set for June 23, 2023 is vacated.

All other dates and deadlines as stated at the hearing.

Initials of Deputy Clerk   sr
0/20