```
 1  ERIC BALL (CSB No. 241327)
    eball@fenwick.com
 2  KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
 3  FENWICK & WEST LLP
    801 California Street
 4  Mountain View, CA 94041
    Telephone: 650.988.8500
 5  Facsimile: 650.938.5200

 6
    MOLLY R. MELCHER (CSB No. 272950)
 7  mmelcher@fenwick.com
    ANTHONY M. FARES (CSB No. 318065)
 8  afares@fenwick.com
    ETHAN M. THOMAS (CSB No. 338062)
 9  ethomas@fenwick.com
    FENWICK & WEST LLP
10  555 California Street, 12th Floor
    San Francisco, CA 94104
11  Telephone: 415.875.2300

12  Additional Counsel listed on next page

13  Attorneys for Plaintiff
    YUGA LABS, INC.
14
```

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF LODGING [PROPOSED] REVISED PRETRIAL CONFERENCE ORDER** <br><br> Judge: Hon. John F. Walter <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order at Docket No. 313, the hearing on June 16, 2023, and Local Rule 5-4.4.1, Plaintiff Yuga Labs, Inc., hereby lodges with the Court:

[Proposed] Revised Pretrial Conference Order.

Dated: June 23, 2023                    FENWICK & WEST LLP

                                        By: /s/ Eric Ball
                                           Eric Ball
                                           Attorneys for Plaintiff
                                           YUGA LABS, INC.