ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT NOTICE OF PLAINTIFF'S REVISED DESIGNATED WITNESS TESTIMONY OF RYAN HICKMAN**<br><br>Trial Date: July 31, 2023 |

1   MELISSA L. LAWTON (CSB No. 225452)
    mlawton@fenwick.com
2   FENWICK & WEST LLP
    228 Santa Monica Boulevard
3   Santa Monica, CA  90401
    Telephone:   310.434.4300
4
5   DAVID Y. SILLERS (*admitted pro hac vice*)
    david@clarelocke.com
6   KATHRYN HUMPHREY (*admitted pro hac vice*)
    kathryn@clarelocke.com
7   MEGAN L. MEIER (*admitted pro hac vice*)
    megan@clarelocke.com
8   CLARE LOCKE LLP
    10 Prince Street
9   Alexandria, VA  22314
    Telephone:   202.628.7400
10
11  Attorneys for Plaintiff
    YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Civil Trial Order of June 7, 2022 (Dkt. 284) and the Court's June 16, 2023 hearing (Dkt. 317), Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Plaintiff's designated deposition testimony of Ryan Hickman.

### Ryan Hickman – Plaintiff's Designations

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 35:2–35:9<br><br>2 Q. You had just mentioned an email that you<br>3 sent with your documents. Is that Exhibit 7 that<br>4 we've just put in front of you?<br>5 A. Correct.<br>6 Q. And that was the production that you<br>7 made in response to the September subpoena which is<br>8 Exhibit 2?<br>9 A. Correct. | No objection | |
| 41:23–44:13<br><br>23 Do you see Exhibit 8 in front of you?<br>24 A. Yes.<br>25 Q. Is this the group chat you were<br>1 referencing, or at least the beginning of it?<br>2 A. I believe, yes.<br>3 Q. You had mentioned the development team,<br>4 and you had listed four names: yourself,<br>5 Mr. Lehman, Mr. Ripps, and Mr. Cahen.<br>6 Is it your testimony that the four of | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 you were the development team for Team Ape Market? 8 A. The developers -- when you say 9 "development team," what do you mean by that? 10 Q. Thank you. I'm trying to understand 11 what you meant when you used the phrase "development 12 team" earlier, and I should have asked you that 13 question earlier. You had used the phrase 14 "development team." 15 My question is: Who is the development 16 team? 17 A. The developers, the smart contract 18 coders and website developers in that context is 19 myself and Tom. 20 Q. So the development team is you and Tom? 21 A. Correct. 22 Q. And the developers for the contract are 23 Mr. Ripps and Mr. Cahen? 24 A. So the primary contract, the Foundation 25 contract, is Foundation. That contract issues the 1 tokens that are referred to as RR/BAYC. 2 Myself and Tom created a reserve system 3 so that people could interface with the reservation | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 4 system to commission Ryder Ripps to create the<br>5 Foundation token and issue it to the specific person<br>6 who reserved that specific token. So on the<br>7 development front, it's specifically for that case.<br>8 Q. For the reservation system?<br>9 A. Correct.<br>10 Q. And also for Ape Market; correct?<br>11 A. Correct.<br>12 Q. So you and Tom were the developers for<br>13 the RR/BAYC RSVP contract and the RR/BAYC domain and<br>14 the ApeMarket.com domain; is that correct?<br>15 A. The ApeMarket.com domain, I don't know<br>16 who's the registrar of that.<br>17 But the ApeMarket.com is blank. There<br>18 was no site on ApeMarket.com.<br>19 Q. That's live today?<br>20 A. There is no website on there, no.<br>21 Q. There was development work that you and<br>22 Mr. Lehman did with the anticipation of hosting a<br>23 live website on the domain ApeMarket.com; correct?<br>24 A. There was a system that I developed in<br>25 2021, December of '21, for any project to stand up a | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 1 marketplace. And if you type in a contract address, 2 it shows that collection. The development was done 3 before this even existed. 4 The opportunity was to put that token 5 address on that specific -- load that token address 6 in that client to allow market transactions. 7 Q. On the domain ApeMarket.com? 8 A. It could have been put on ApeMarket.com, 9 Yes. 10 Q. The intention that you, Mr. Ripps, 11 Mr. Cahen, and Mr. Lehman had was that it would be 12 put on the domain ApeMarket.com? 13 A. Yes. | | |
| 128:4–130:2 4 Q. You can turn back to what you had 5 produced to us that's Exhibit 7. 6 A. Bear with me. Yes. 7 Q. It's your response to Document Request 8 Number 9, if you can turn to that one. We're on the 9 same page. So Exhibit 7, and then Document 10 Request 9. It looks like you were at 6. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 11 Do you see Document Request 9? 12 A. Yes. 13 Q. You write, "I earned zero royalties." 14 Can you help me unpack how you're using 15 "royalties" in your response here versus how 16 Mr. Cahen is using "royalties" in Exhibit 21? 17 Are the terms being used the same way, 18 or is there different language being used by you in 19 the one document and Mr. Cahen in the other? 20 A. I don't specifically know what 21 "royalties" mean here. It says "Ryder's share of 22 royalties." The project is zero percent royalties. 23 I'm only making a guess that it's referring to the 24 foundation contract that forces the royalties. 25 In this reference I'm specifically 1 stating that I'm a developer. I make software. I 2 charge to make software. I have a record, a 3 history, of charging to make the software. My 4 financial arrangement for this whole thing is about 5 as a software developer being compensated for making 6 software. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 Q. Your records show your sort of net<br>8 payment was 142.35 ETH?<br>9 A. Yes.<br>10 Q. Do you recall what that translated to<br>11 into dollars when you made the withdrawals?<br>12 A. I never actually withdrew those funds.<br>13 That wallet was compromised.<br>14 Q. Can you explain that? What do you mean,<br>15 "that wallet was compromised"?<br>16 A. I was developing something else, and I<br>17 had a lot going on. I installed a package. It's a<br>18 support software. And the package had a rat in it.<br>19 A rat is a type of -- it's not a virus, but it's<br>20 hidden malicious code that took the private keys<br>21 from the deployment and took this and a whole lot<br>22 more.<br>23 Q. The ETH out of your wallet?<br>24 A. Out of that wallet, yes.<br>25 Q. So the 142.35 ETH was transferred to you<br>1 and then stolen by somebody from that wallet?<br>2 A. Correct. | | |
| <u>139:22–142:5</u> | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 22 Q. At the top of Exhibit 23 Mr. Cahen<br>23 references "ApeFest."<br>24 Do you see that?<br>25 A. Yes.<br>1 Q. You understood what ApeFest was?<br>2 A. Yes.<br>3 Q. Do you know why Mr. Cahen is saying, "I<br>4 like the idea of you putting them on sale while you<br>5 are at ApeFest"?<br>6 A. I mean, I imagine the specific context<br>7 is at this time I believe ApeFest was right after my<br>8 wife's birthday, which would mean that the tokens<br>9 minted were about just over 4,000 tokens, with a<br>10 possibility of just under 10,000. And the<br>11 reservations had froze at that time. And finding<br>12 ways to stimulate interest, finding ways to amplify<br>13 the message, finding ways to increase hype was a<br>14 constant discussion that we were having:<br>15 Hey, put out a marketplace.<br>16 No, maybe that's not a great idea.<br>17 Do a zero percent.<br>18 Maybe that's not a good idea.<br>19 Charge a royalty.<br>20 Maybe that's not a good idea. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 These are the -- I don't have the whole<br>22 conversation here, but these are just fragments of<br>23 that bigger narrative.<br>24 Q. Understood. And one of the thinking was<br>25 that some sort of promotion, a half-off code, a sale<br>1 price at ApeFest could help stimulate interest in<br>2 the RR/BAYC NFTs?<br>3 A. Yes. That's the discussion that they're<br>4 having, yes. Even though I don't know if it's<br>5 technically possible.<br>6 (Exhibit 24 marked.)<br>7 BY MS. CULP:<br>8 Q. Do you have Exhibit 24 in front of you?<br>9 A. Yes.<br>10 Q. At the top of 24 is a 3rd of June<br>11 message from Mr. Lehman. "Good day yesterday."<br>12 Then a chart.<br>13 Do you see all of that?<br>14 A. Yes.<br>15 Q. Then it looks like you respond, "Great<br>16 day yesterday"?<br>17 A. Uh-huh.<br>18 Q. What did you mean?<br>19 A. That the -- this is on the 3rd; 2nd.<br>20 That there was an increase in mints. There are | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 additional mints.<br>22 Q. Of the RR/BAYC token?<br>23 A. Correct. It was stagnant, and then it<br>24 increased more than double.<br>25 Q. Did you understand at that time, in<br>1 June, what percentage of the sales from the day<br>2 before would be paid to you?<br>3 A. Yes.<br>4 Q. And what was it?<br>5 A. 15 percent. | | |
| 143:15– 146:2<br><br>15 Q. Do you know what Exhibit 25 is?<br>16 A. I don't. I know it's a smart contract.<br>17 I don't know which one.<br>18 Q. The bottom right tracker says "Bored Ape<br>19 Yacht Club."<br>20 Do you see that?<br>21 A. Yes.<br>22 Q. What does "Bored Ape Yacht Club" refer<br>23 to?<br>24 A. The name that's placed in the token<br>25 tracker.<br>1 Q. And the name of this token tracker is<br>2 Bored Ape Yacht Club?<br>3 A. Correct.<br>4 Q. And in the community of people who buy | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 5 NFTs, what is Bored Ape Yacht Club?<br>6 A. It is an NFT -- it's an NFT.<br>7 Q. Made by who?<br>8 A. Made by Yuga Labs.<br>9 Q. In parentheses it says "BAYC."<br>10 Do you see that?<br>11 A. Yes.<br>12 Q. What does "BAYC" refer to?<br>13 A. Initials of Bored Ape Yacht Club.<br>14 Q. It's an acronym for the Bored Ape Yacht<br>15 Club NFT made by Yuga Labs?<br>16 A. Correct.<br>17 (Exhibit 26 marked.)<br>18 By Ms. Culp:<br>19 Q. Do you see Exhibit 26?<br>20 A. Yes.<br>21 Q. It's a Twitter page, Ape Market?<br>22 A. Uh-huh.<br>23 Q. And if you look down, looks like three<br>24 tweets, where it says "Get ready"?<br>25 A. Okay.<br>1 Q. There are -- it's hard to see. Forgive<br>2 me. But if -- you can look carefully where it looks<br>3 like a dropdown has been opened up.<br>4 Do you see that?<br>5 A. Yes.<br>6 Q. What are each of the acronyms that are<br>7 listed there in that dropdown? | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 8 A. The "RR/BAYC," the "BAYC," the "MAYC," 9 the "DAKC," and the deeds. 10 Q. What does "RR/BAYC" refer to? 11 A. The RR/BAYC collection. 12 Q. What does "BAYC" refer to? 13 A. The BAYC collection. 14 Q. Made by Yuga Labs? 15 A. Correct. 16 Q. What does "MAYC" refer to? 17 A. The Mutant collection, MAYC. 18 Q. Also made by Yuga Labs? 19 A. Correct. 20 Q. What is "DAKC"? 21 A. That's the dog collection. 22 Q. The Bored Ape Kennel Club? 23 A. Correct, correct, yes. 24 Q. Made my Yuga Labs? 25 A. Yes. 1 Q. And then the "deeds," what is that? 2 A. The other deeds made by Yuga Labs. | | |
| 149:24– 150:10<br><br>24 Q. Do you have Exhibit 28 in front of you? 25 A. Yes. 1 Q. Have you seen a version of 28 before? 2 A. Yes. 3 Q. What is Exhibit 28 an image of? 4 A. This is the Foundation website. 5 Q. For what? 6 A. Looks to be Bored Ape Yacht | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| Club.<br>7 No, this is the -- this is the -- it<br>8 looks like it's Ryder's page. Yeah. This is the<br>9 Foundation of Ryder's -- the beginning of cannot<br>10 copy an NFT. | | |
| <u>150:11– 152:3</u> *[Defendants' Counter Designation]*<br><br>*11 Q. You're sure -- you took a look at it --*<br>*12 that this is the Foundation page for Mr. Ripps'*<br>*13 Bored Ape Yacht Club?*<br>*14 A. Yes. You base everything on the*<br>*15 numbers, the names. You just -- I've actually never*<br>*16 been to the page, but I can obviously look and tell.*<br>*17 I see Ryder's face here. I see the amount. The*<br>*18 collections has 80 people. There's only 60 holders.*<br>*19 There's no -- barely -- volume. So I know that this*<br>*20 is not the Yuga Labs Bored Ape Yacht Club.*<br>*21 Q. How do you know that by the collection*<br>*22 where it says collection of 80 that it's not Yuga*<br>*23 Labs' Bored Ape Yacht Club?*<br>*24 A. Everybody that trades NFT goes through a* | 150:11– 151:25<br><br>FRE 401-403; 602; 701-702; 801-802<br><br>152:1–3<br><br>FRE 401-403; 602; 701-702<br><br>The witness's testimony about what other people might do or see is speculative; the Court has already found that Defendants' use of the BAYC Marks is likely to confuse consumers, so speculation to the contrary will only waste time and is not relevant to an issue in dispute. The witness purports to offer an opinion based on technical or specialized | If the prior question is relevant, than this question—specifically asking Mr. Hickman if he is sure of his prior answer—is equally relevant.<br><br>There is no hearsay statement being offered for its truth.<br><br>This testimony is a proper counter-designation because it directly follows from the prior testimony and begins with a question about whether the witness is sure about his prior answer. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *25 cycle where you learn what these things are, and*<br>*most importantly it begins with being able to*<br>*2 differentiate between what's real and what's not.*<br>*3 You learn how to secure your wallet. You learn*<br>*4 where to purchase NFTs of certain value, where to*<br>*5 purchase artistic projects, where to mint projects.*<br>*6 You also learn the signals for what an official*<br>*7 project is. You learn to look for the blue check*<br>*8 for verification. You learn to look for the supply.*<br>*9 Tokens aren't these pages. These pages*<br>*10 are produced by either the vendor, Foundation, or*<br>*11 OpenSea. It's specifically the contract addresses.*<br>*12 It's a process. Anybody that trades*<br>*13 these things goes through this process. You look at*<br>*14 the floor price. You look at the information. It's*<br>*15 no different than if I was looking at Nikes. If I*<br>*16 see Nikes for a dollar, I'm going to have to*<br>*17 double-check to make sure these aren't $1 Nikes.*<br>*18 Same exact process.*<br>*19 Q. So the fact that it's a collection* | knowledge, and the witness is not qualified as an expert. This testimony is inadmissible hearsay for which no exception applies.<br><br>Defendants' counter designation is an improper designation under the Court's Civil Trial Order (Dkt. 284) because it is not being offered for completeness under Fed. R. Evid. 106.  Defendants seek to introduce almost two full pages of deposition testimony unrelated to Yuga Labs' affirmative designation.<br><br>To the extent that the testimony "completes" the designation, only the answer "yes" to the first question need be admitted (150:11–14).  The rest of the testimony in response to the first question is non-responsive and should be stricken. | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *of 80* <br> *20 and you know that Yuga Labs'* <br> *Bored Ape Yacht Club* <br> *21 has 10,000, you know you're not looking at Bored Ape* <br> *22 Yacht Club's page?* <br> *23 A. Correct.* <br> *24 Q. And because you know what the floor* <br> *25 price is for Bored Ape Yacht Club NFTs and you see* <br> *1 the floor price here of .11 ETH, you know, well,* <br> *2 that's not Bored Ape Yacht Club NFT?* <br> *3 A. Correct.* | | |
| <u>152:4–153:19</u> <br><br> 4 Q. At the top page of -- the top of <br> 5 Exhibit 28, there's a tab that says "Bored Ape Yacht <br> 6 Club" <br> 7 Do you see that? <br> 8 A. Sorry? <br> 9 Q. At the very top there's, like, an image <br> 10 of a web browser tab. <br> 11 Do you see that? <br> 12 A. Yes. <br> 13 Q. That's Bored Ape Yacht Club; correct? <br> 14 A. It says that, yes. <br> 15 Q. And the URL is <br> 16 foundation.app/collection/BAYC. That was the URL? <br> 17 A. That's what's here, yes. <br> 18 Q. Do you know who set up this | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| page and 19 chose that URL? 20 A. That's Foundation that chooses the URL. 21 Q. Who chooses the logo that goes at the 22 top right below the "Search Foundation" bar? 23 A. I believe it's uploaded by the page 24 creator. 25 Q. Do you know who the page creator was in 1 this instance? 2 A. It says Ryder Ripps. 3 Q. It wasn't you? 4 A. No. Only the contract address that owns 5 this can control that. 6 Q. And the next dialogue box is "BAYC," and 7 there's a little arrow out, right under the logo. 8 Do you see that? 9 A. Yes. 10 Q. Who inputs that information? 11 A. I actually do not know. 12 Q. The next line is "Bored Ape Yacht Club." 13 Do you see that? 14 A. Yes. 15 Q. Who puts in that information? 16 A. I believe they -- I'm not certain, but I 17 believe the page administrator. 18 Q. That would be Mr. Ripps? 19 A. Yes. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 221:24– 223:11

24 Q. Exhibit 49 on the top, on the 30th of
25 May at 12:48 p.m. there's a message from Mr. Cahen.
1 Do you see that?
2 A. Yes.
3 Q. He writes, "Goal: Mint out the
4 remainder of the collection, plus incentivize people
5 to use the marketplace, specifically the BAYC
6 original side."
7 Do you see that?
8 A. Yes.
9 Q. Did that goal ever change?
10 A. The goal was constantly changing. I
11 don't know where the goalposts were specifically on
12 the 30th, but the goal, if you go through the chats,
13 it was always changing because there wasn't, like, a
14 concrete decision on how to go about it. And the
15 temperament of the market as a whole was changing.
16 OpenSea was no longer the catchall. There was a
17 shift in volume. There was a shift in --
18 aggregators became a new thing. It changed how to
19 align to the market.
20 Q. But specifically the goal to mint out | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 the remainder of the collection -- that being the<br>22 RR/BAYC collection; correct?<br>23 A. Correct.<br>24 Q. -- that remained a goal through until<br>25 the complaint was filed? The four of you wanted the<br>1 RR/BAYC NFT collection to completely mint out;<br>2 correct?<br>3 A. Correct.<br>4 Q. And then to incentivize people to use<br>5 the marketplace you were using, that was also a<br>6 goal? You wanted to incentivize people to use<br>7 ApeMarket.com; correct?<br>8 A. Correct.<br>9 Q. The additional goal of specifically the<br>10 BAYC original side, was that goal constant?<br>11 A. Yes. | | |
| <u>227:2–228:3</u><br><br>2 Q. Further up in Exhibit 50 Mr. Lehman<br>3 writes, "Damn, the more I think about this, the<br>4 harder it seems taking a step back. Question, would<br>5 laser focusing on making this project mint out not<br>6 be an easier way for the RR/BAYC team to make | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 money?"<br>8 He has a few more posts, and your<br>9 message is next at 10:45 a.m. "Making it mint out<br>10 is all marketing?"<br>11 Do you see that message that you wrote?<br>12 A. Yes.<br>13 Q. What did you mean there?<br>14 A. That I've done many collections in<br>15 different ways. The more innovation, the less call<br>16 it speculation. When there's things to speculate,<br>17 then there is greater adoption. There's greater<br>18 participation in whatever it is. We seen that time<br>19 and again, not just in the things that I've done but<br>20 across the space as a whole.<br>21 So I'm just anecdotally saying it's<br>22 about marketing. It's about awareness. If people<br>23 know about it and people support the mission, then<br>24 it will succeed. Which we've ultimately seen when<br>25 that documentary came out, and we've seen the<br>1 enormous amount of support, and we've seen an<br>2 enormous amount of participation in the project's<br>3 mint. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| <u>228:4-23</u> *[Defendants' Counter Designation]*<br><br>*4 Q. Did any of the four of you do any*<br>*5 marketing to help make the RR/BAYC NFT project mint*<br>*6 out?*<br>*7 A. There were spaces that were held. We*<br>*8 spoke in the spaces. Spoke about technology*<br>*9 innovation, spoke about -- we all had different*<br>*10 perspectives, I would say, in what we cared about in*<br>*11 those given moments. I largely focused on*<br>*12 technology and innovation and the things that we*<br>*13 were doing, and the tweets that I put out all just*<br>*14 kind of support that narrative.*<br>*15 In specifically, Ryder, in some of his*<br>*16 messaging, he continued to explain and support what*<br>*17 he believed in. These, like, dog whistle symbols*<br>*18 and these very, very evil embeddings that he's*<br>*19 discovered, he's consistently continued to challenge*<br>*20 anybody who's opposed to any of those ideas and have*<br>*21 open discussions about those things. So I would say* | This testimony is subject to Yuga Labs' Motion *In Limine* No. 1 because issues of Inflammatory Material are not relevant to this case, would waste time, cause undue delay, and are unduly prejudicial. It is also speculative testimony. The testimony is inadmissible hearsay for which no exception applies. | Yuga's Motion *in Limine* No. 1 should be denied for the reasons stated in Defendants' opposition (and are in any event moot because Yuga has abandoned all legal remedies and jury issues).  And there is nothing "inflammatory" about the witness's testimony.<br><br>No aspect of the testimony is speculative (and no objection as to form was made at the time)<br><br>The testimony does not include any hearsay statements being offered for their truth. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *22 that if that's considered marketing, then yes, we 23 were marketing.* | | |
| <u>228:24– 229:12</u><br><br>24 Q. Towards the end of this exhibit, at<br>25 11:43 a.m. on the 26th of May, the messages at the<br>1 top. Mr. Lehman's is 11:42; you're 11:43.<br>2 Do you see those?<br>3 A. Yes.<br>4 Q. You write, "In general, not talking<br>5 about building anything. Talking about lack of<br>6 market-making hype and/or marketing making."<br>7 Do you see that message that you wrote?<br>8 A. Uh-huh.<br>9 Q. That's the same generating hype or<br>10 marketing that you just explained that activity<br>11 would help mint out the RR/BAYC NFTs?<br>12 A. Correct. | No objection | |
| <u>232:2–234:6</u><br>2 Q. Exhibit 51. Towards the bottom of the<br>3 first page, on the 1st of June at 10:30 a.m. you<br>4 write, "What's in it ... for the RR/BAYC holder to<br>5 speculate they want to buy more | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| RR/BAYC?"<br>6 Do you see that?<br>7 A. Yes.<br>8 Q. What did you mean?<br>9 A. These were discussions on those<br>10 goalposts around Ape Market trying to figure out in<br>11 the persona of a person who is buying a bunch of<br>12 NFTs what is it that they would want as value. But<br>13 these are trying to figure out those goalposts to<br>14 best configure the call it tokenomics and rewards<br>15 for marketplace.<br>16 Q. Then Mr. Cahen writes at 10:30 a.m., "We<br>17 should launch with all assets."<br>18 And you specifically respond to that on<br>19 the next page at 10:30 a.m. Do you see the reply to<br>20 "We should launch with all assets?" You say, "Each<br>21 day launch with new assets so there is more new<br>22 news. Monday BAYC, Tuesday MAYC, et cetera"?<br>23 A. Yes.<br>24 Q. The discussion about assets was about<br>25 launching with all Yuga Labs assets on the ApeMarketplace.com and whether you should do that or<br>2 not?<br>3 A. I believe it was those assets at | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| that<br>4 time. Yes, I believe it was sequencing the rollout<br>5 so there's just another headline. There's one thing<br>6 to digest at a time. I believe that's what we were<br>7 discussing.<br>8 Q. We saw the decision was made with a<br>9 markup of Ape Market to launch with those assets in<br>10 one of the earlier exhibits, BAYC, MAYC, the kennel<br>11 club, and the deeds?<br>12 A. The Reservoir code, yes.<br>13 Q. What do you mean by the "Reservoir<br>14 code"?<br>15 A. The code base that is previewed there is<br>16 an open source, and the configuration in that open<br>17 source by default is the Yuga Labs assets on a<br>18 marketplace that is decentralized. It's not our<br>19 marketplace. It's whoever's marketplace.<br>20 (Exhibit 52 marked.)<br>21 By Ms. Culp:<br>22 Q. Exhibit 52 I think speaks to some of<br>23 what you were just talking about, where you write,<br>24 "There were three completely separate builds, one | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 25 fully on chain, one fork, one sig-based."<br>1 A. Yes.<br>2 Q. The images that we've seen in the<br>3 exhibits today of Ape Market, which build are we<br>4 seeing visually?<br>5 A. That is the signature-based Reservoir<br>6 market. | | |
| <u>238:12–240:20</u><br><br>12 Q. Exhibit 55 we're back to talking about<br>13 Ape Market. And Mr. Lehman makes the suggestion,<br>14 "Zero fees, also amazing marketing. It's true."<br>15 Then you write, "Zero fee isn't<br>16 sustainable."<br>17 Do you see that?<br>18 A. Yes.<br>19 Q. What did you mean?<br>20 A. The Not Larva Labs did 50 million in<br>21 volume and the front-end developers weren't<br>22 compensated for it. I mean, they utilized it so<br>23 they benefited in that way, but the site needed<br>24 updates and the site needed changes. They didn't<br>25 get the updates and they didn't get the changes, and<br>1 the end result was delays on making updates and | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 2 innovating and doing creative things. 3 So sustainability with a marketplace is 4 who pays the hosting, who pays for the 5 infrastructure, and who's going to fix bugs when 6 they surface. 7 Q. You go on to say "Zero fee isn't worth 8 it." 9 Do you see that? 10 A. Yes. 11 Q. So my understanding is that your 12 position was there should be some sort of a fee so 13 that the developers are making money and there's a 14 way to sustain the marketplace over time? 15 A. Yes. 16 Q. And then at 10:10 a.m. you write, "It's 17 not functionality that makes it better." 18 Do you see that? 19 A. Yes. 20 Q. "It's about money"? 21 A. Correct. 22 Q. In that context you're referring to it's 23 about money for the users of the marketplace; is 24 that right? 25 A. It's about people using a marketplace | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 1 and profiting using it, yes.<br>2 Q. The users profiting?<br>3 A. Correct.<br>4 Q. So designing a marketplace where both<br>5 the developers are profiting in some way and the<br>6 users are profiting in some way is the sustainable<br>7 approach was your position?<br>8 A. Correct.<br>9 (Exhibit 56 marked.)<br>10 By Ms. Culp:<br>11 Q. 56, and we're still talking about the<br>12 marketplace. On the 26th of May, at 11:01 a.m., at<br>13 the end of your message, the last line, you write,<br>14 "If we add BAYC and just one, just one sells, it's a<br>15 win."<br>16 Do you see that?<br>17 A. Yes.<br>18 Q. "BAYC" refers to the original Bored Ape<br>19 Yacht Club NFT by Yuga Labs?<br>20 A. Correct. | | |
| <u>250:5–250:20</u><br><br>5 Q. Exhibit 60. On the 1st of June, towards<br>6 the bottom Mr. Rip ps says, "Why don't we just say<br>7 the marketplace releases when RR/BAYC mints out," to<br>8 which you respond, "Powerful. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| Simple."<br>9 Do you see that?<br>10 A. Yes.<br>11 Q. You previously referenced in your<br>12 testimony that that was the ultimate messaging to<br>13 the public, that the marketplace would release when<br>14 the RR/BAYC NFTs minted out; is that right?<br>15 A. Correct. I don't know if this was,<br>16 like, our final, final, final conclusion of<br>17 everything that would go into it, but one of the<br>18 goalposts that didn't move was once collection's<br>19 done, once it hits the 10K tokens, then we'll put<br>20 the Ape Market out publicly. | | |
| <u>262:19– 263:16</u><br><br>19 Q. Exhibit 67. In the middle of this<br>20 exhibit on the 23rd of May at 10:43 a.m., at the end<br>21 of that post you write, "People will want the same<br>22 (rarer) things."<br>23 Do you see that?<br>24 A. Yes.<br>25 Q. Are you referring to the rarer Bored Ape<br>1 Yacht Club NFTs?<br>2 A. Yes. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 3 Q. And that purchasers of RR/BAYC NFTs<br>4 would want the matching imagery for something that<br>5 was rarer in the BAYC NFT collection?<br>6 A. Yes.<br>7 Q. Why did you think that people would want<br>8 those rarer images?<br>9 A. People like nicer things. So if people<br>10 get credibility and celebrity and they're able to<br>11 feel like they're dominant in a community, and<br>12 that's done by accessing these rarer traits than<br>13 just the history of these types of projects would, I<br>14 at that time mentioned that that's a likelihood that<br>15 they would want things that are rarer, shinier,<br>16 prettier. | | |
| <u>266:16– 267:15</u><br><br>16 Q. In your post at 10:46 p.m. there's<br>17 another image that's, again, a mock-up?<br>18 A. Yes.<br>19 Q. You're asking for feedback about the<br>20 looks that you're sharing and these posts that we<br>21 just looked at with the images? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 22 A. Correct.<br>23 Q. Then you write, "It's difficult to make<br>24 the collections coexist without adding a friction<br>25 step."<br>1 Do you see that?<br>2 A. Yes.<br>3 Q. Mr. Cahen writes, "What are the major<br>4 difficulties?"<br>5 A. Yes.<br>6 Q. You say, "They are the same art, LOL."<br>7 Do you see that?<br>8 A. Yes.<br>9 Q. You mean it's the same imagery?<br>10 A. Yes.<br>11 Q. Mr. Cahen says, "Yes, LMAOOO"?<br>12 A. Yes.<br>13 Q. You go on to say, "Same logos,<br>14 et cetera, it's not clear as day"?<br>15 A. Yes. | | |
| *267:18–268:17 [Defendants' Counter Designation]*<br><br>*18 Q. Did you add a friction step to Ape*<br>*19 Market?*<br>*20 A. Ape Market was never released.*<br>*21 Q. As of the 24th of June, had a friction*<br>*22 step been added to Ape Market to allow the* | FRE 401-403; 602; 701-702<br><br>This testimony is not relevant Yuga Labs' remedies, and any probative value is substantially outweighed by the danger of wasting time.  It is also speculative | The testimony is relevant because it directly discusses the operation of the apemarket.com website that is at issue for purposes damages.<br><br>There is no speculation (and no contemporaneous |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *23 collections to coexist in a way that was not* *24 confusing?* *25 A. There was a discovery of a dropdown* *1 component. I don't know at what point, what date it* *2 was. But in the open source code of Reservoir, the* *3 configuration allows you to do what's called a -- I* *4 don't remember the name of the key. It's a* *5 collection -- it's like a collection family. They* *6 bucket. They already have the assets grouped. They* *7 produce the dropdown in the code out of the box. So* *8 the way to improve that was to implement their* *9 dropdown to allow a person to switch between the* *10 different collections.* *11 Q. Was that implemented?* *12 That was that dropdown that we saw with* *13 the different logos?* *14 A. Correct.* *15 Q. That was the friction step to try to* *16 reduce the confusion on Ape Market?* *17 A. That was -- yes, that's fair to say.* | testimony.  The testimony is based on technical or specialized knowledge, and the witness is not qualified as an expert. Defendants' counter-designation is an improper designation under the Court's Civil Trial Order (Dkt. 284) because it is not being offered for completeness under Fed. R. Evid. 106. | objection was made). The testimony involves issues of fact about the operation of ApeMarket, which is not expert opinion. No hearsay statements are being offered for their truth. This counter-designation is proper because it provides the explanation for the questions concerning apemarket.com in the preceding question. This counter-designation is proper because it immediately follows the prior testimony, which Yuga designated, concerning the specific operation of Ape Market. |

1   Dated:  June 30, 2023                    FENWICK & WEST LLP

2

3                                            By: _/s/ Eric Ball_____
                                                 Eric Ball
4                                            Attorneys for Plaintiff
                                             YUGA LABS, INC.
5

6   Dated:  June 30, 2023                    WILMER CUTLER PICKERING HALE
                                             AND DORR LLP
7

8                                            By: _/s/ Louis W. Tompros_____
9                                                Louis W. Tompros
                                             Attorneys for Defendants
10                                           RYDER RIPPS and JEREMY CAHEN

11

12            **ATTESTATION OF CONCURRENCE IN FILING**

13          Pursuant to the United States District Court for the Central District of

14  California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing

15  of this document has been obtained from Louis W. Tompros.

16
                                                 _/s/ Eric Ball_____
17                                               Eric Ball

18

19

20

21

22

23

24

25

26

27

28