1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA 94041
   Telephone: 650.988.8500
5  Facsimile: 650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA 94104
   Telephone: 415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
   YUGA LABS, INC.
14

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18                     WESTERN DIVISION – Los Angeles

19

| | |
|---|---|
| 20  YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| 21        Plaintiff, | **YUGA LABS, INC.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** |
| 22   v. | |
| 23  RYDER RIPPS, JEREMY CAHEN, | |
| 24        Defendants. | |

25
26
27
28

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(a) and the Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Yuga Labs") submits this application for leave to file certain portions of Defendants' deposition designations, and descriptions thereof, under seal. Defendants do not oppose sealing these materials.

The documents Yuga Labs seeks to file under seal are:

| Document | Portions to be Sealed |
|---|---|
| Deposition Designations – Wylie Aronow | 108:2-5 |
| | 109:8-10 |
| | 110:1-8 |
| | 110:11-20 |
| | 110:21-111:9 |
| | 111:11-15 |
| | 111:16-23 |
| | 112:2-6 |
| | 112:7-8 |
| | 112:10-13 |
| | 112:14-15 |
| | 112:17-20 |
| | 112:21-23 |
| | 246:17-25 |
| | 262:11-20 |
| Deposition Designations – Nicole Muniz | 98:1-99:15 |
| | 260:25-261:17 |
| Deposition Designations – Thomas Lehman | 92:1-93:19 |
| | 96:3-20 |
| | 97:15-98:8 |
| | 108:14-109:20 |
| | 115:10-116:6 |
| | 116:7-20 |

| Document | Portions to be Sealed |
|---|---|
| | 116:21-25 |
| | 117:3-117:15 |
| | 117:16-118:1 |
| | 118:2-15 |
| | 119:2-9 |
| | 120:16-18 |
| | 123:5-123:24 |
| | 123:25-124:9 |
| | 124:10-13 |
| | 124:14-125:9 |
| | 126:11-15 |
| | 126:20-127:3 |
| | 127:15-128:2 |
| | 219:14-220:3 |
| | 229:20-231:25 |
| | 231:4-231:22 |
| | 237:19-25 |
| | 238:4-240:19 |
| | 241:1-13 |
| | 241:16-242:13 |
| | 246:13-247:25 |
| | 248:3-249:24 |
| | 249:25-250:2 |
| | 250:7-251:17 |
| | 251:23-252:7 |

Compelling reasons exist to seal these materials as set forth in the accompanying Declaration of Eric Ball. Yuga Labs therefore respectfully requests entry of the accompanying proposed order.

1 | Dated: June 30, 2023 | FENWICK & WEST LLP

By: */s/ Eric Ball*
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.