1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:  415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
   YUGA LABS, INC.
14

15

16                 UNITED STATES DISTRICT COURT

17                 CENTRAL DISTRICT OF CALIFORNIA

18                 WESTERN DIVISION – Los Angeles

19

20 YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM

21         Plaintiff,                  **CERTIFICATE OF SERVICE**

22     v.

23 RYDER RIPPS, JEREMY CAHEN,
                                       Trial Date:   July 31, 2023
24         Defendants.

25

26

27

28

CERTIFICATE OF SERVICE                          Case No. 2:22-cv-04355-JFW-JEM

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On June 30, 2023, I served a copy of the following documents:

- **SEALED Declaration of Eric Ball in Support of Application for Leave to File Under Seal Pursuant to Local Rule 79-5.2.2(a);**
- **SEALED Exhibit 1 - Table of Documents to be Sealed;**
- **SEALED Unredacted Defendants' Designated Witness Testimony of Wylie Aronow;**
- **SEALED Unredacted Defendants' Designated Witness Testimony of Thomas Lehman; and**
- **SEALED Unredacted Defendants' Designated Witness Testimony of Nicole Muniz.**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  July 5, 2023

_____
Betti J. Walrod