UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEMx <br><br> **ORDER GRANTING UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Unopposed Application for Leave to File Under Seal and the accompanying declaration, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following filings, which shall be filed UNDER SEAL, because the Yuga Labs has established compelling reasons that they should not be filed publicly.

Defendants shall file their deposition designations containing the following deposition testimony (and descriptions thereto) under seal:

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| Deposition Designations – Wylie Aronow | 108:2-5 | GRANTED |
| | 109:8-10 | |
| | 110:1-8 | |
| | 110:11-20 | |
| | 110:21-111:9 | |
| | 111:11-15 | |
| | 111:16-23 | |
| | 112:2-6 | |
| | 112:7-8 | |
| | 112:10-13 | |
| | 112:14-15 | |
| | 112:17-20 | |
| | 112:21-23 | |
| | 246:17-25 | |
| | 262:11-20 | |
| Deposition Designations – Nicole Muniz | 98:1-99:15 | GRANTED |
| | 260:25-261:17 | |
| Deposition Designations – Thomas Lehman | 92:1-93:19 | GRANTED |
| | 96:3-20 | |
| | 97:15-98:8 | |
| | 108:14-109:20 | |
| | 115:10-116:6 | |
| | 116:7-20 | |
| | 116:21-25 | |
| | 117:3-117:15 | |
| | 117:16-118:1 | |
| | 118:2-15 | |

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| | 119:2-9 | |
| | 120:16-18 | |
| | 123:5-123:24 | |
| | 123:25-124:9 | |
| | 124:10-13 | |
| | 124:14-125:9 | |
| | 126:11-15 | |
| | 126:20-127:3 | |
| | 127:15-128:2 | |
| | 219:14-220:3 | |
| | 229:20-231:25 | |
| | 231:4-231:22 | |
| | 237:19-25 | |
| | 238:4-240:19 | |
| | 241:1-13 | |
| | 241:16-242:13 | |
| | 246:13-247:25 | |
| | 248:3-249:24 | |
| | 249:25-250:2 | |
| | 250:7-251:17 | |
| | 251:23-252:7 | |

IT IS SO ORDERED.

Dated: July 6, 2023

Honorable John F. Walter
United States District Judge