ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING OF PLAINTIFF YUGA LABS, INC.'S NATIVE FILES OF TRIAL EXHIBITS** |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Yuga Labs, Inc. ("Yuga Labs"), hereby lodges with the Court CDs containing the native files of the below listed Trial Exhibits:

1. JTX-0806 Lehman's Source Code Files (ZIP file),
2. JTX-1028 2022 01 03 dlbrows Tweet (video),
3. JTX-1049 2022 06 21 Bloomberg Crypto News Segment (video),
4. JTX-1249 2022 05 14 Ripps Tweet (video),
5. JTX-1274 2022 06 20 markaclouds Tweet (video),
6. JTX-1434 Otherside Video (video),
7. JTX-1592 Foundation Eveready Survey Data (excel file), and
8. JTX-1593 OpenSea Squirt Survey Data (excel file).

A CD containing the native file of each of the above listed trial exhibits will be found in both the Courtesy and Chambers copy binder provided to Judge Walter of the efiled document it supports.

Defendants will be served electronically with a copy of all native files representing exact duplicate copies of the information found on each the CDs listed above and lodged with the Court.

Dated: July 17, 2023            FENWICK & WEST LLP

                                By: /s/ Eric Ball
                                    Eric Ball
                                    Attorneys for Plaintiff
                                    YUGA LABS, INC.