ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF KEREM ATALAY** <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Kerem Atalay, declare:

1. I am one of the co-founders and Board Members of Yuga Labs, Inc. ("Yuga Labs") and, until April 28, 2023, I served as its Chief Technology Officer. In my role as the Chief Technology Officer, I spent many long hours developing the BAYC website and learning an entirely new programming language to develop the code for the BAYC NFT smart contract and related products and services. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. An Ethereum blockchain smart contract is application code that resides at a specific address on the blockchain known as the contract address. The Foundation.app website contains collections, which are creator-owned smart contracts that contain a set of NFTs. Creators have ownership and control of the NFTs minted to their respective smart contracts. JTX-603 is a webpage titled "How to create a collection and mint an NFT on Foundation," from the Foundation.app website, viewable at https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-collection-and-mint-an-NFT-on-Foundation. As described in JTX-603, a smart contract creator inputs a collection's contract name and symbol. The collection's contract name is the "title and top-level identity of [the creator's] Collection and its NFTs" and the collection's contract symbol is a "shorthand symbol that acts as a token name on the blockchain for this Collection's NFTs." *Id.* The Foundation.app webpage instructs users to "[t]ake care when deciding your Collection's name and symbol – these details are recorded on the blockchain and will represent your work in web3. You'll want to double check that you're correct and free of errors as you cannot change these details later." *Id.*

3. I understand that, on May 13, 2022, Defendant Ripps created the Ethereum blockchain smart contract, 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e, which contains the RR/BAYC NFTs, using the Foundation minting tool on the Foundation.app website

(the "RR/BAYC Smart Contract").

4. Etherscan, a website that gathers data from the blockchain to track NFT transactions, displays the contract name and contract symbol for the RR/BAYC Smart Contract as "Bored Ape Yacht Club" and "BAYC," respectively. JTX-600 is a copy of the Transaction Details page of the transaction 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, viewable at https://etherscan.io/tx/0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015, and associated with the creation of the RR/BAYC Smart Contract. JTX-600 shows that "Bored Ape Yacht Club" was input as the contract name in the RR/BAYC Smart Contract when it was created. JTX-600 also shows that "BAYC" was input as the contract symbol in the RR/BAYC Smart Contract when it was created.

5. JTX-1146 is a copy of the Etherscan Contract Details page of the RR/BAYC Smart Contract. JTX-1146 shows that "Bored Ape Yacht Club" was input as the contract name in the RR/BAYC Smart Contract when it was created. JTX-1146 also shows that Etherscan reports the token tracker, a tool on Etherscan that displays the combined name and symbol of a smart contract for tokens minted through a smart contract, as "Bored Ape Yacht Club (BAYC)."

6. When "Bored Ape Yacht Club" and "BAYC" were input as the contract name and the contract symbol, respectively, in the RR/BAYC Smart Contract, those inputs were permanent and unchangeable. The RR/BAYC Smart Contract will display "Bored Ape Yacht Club" and "BAYC" as the contract name and the contract symbol, respectively, in perpetuity.

7. JTX-1558 is a Tweet from the @AllCityBAYC Twitter account replying to a Tweet about this lawsuit and commenting on the RR/BAYC Smart Contract's token tracker ("Bored Ape Yacht Club (BAYC)"): "If you were curious to see how malicious this scam is, check out the token tracker/ID name that he chose

FENWICK & WEST LLP
ATTORNEYS AT LAW

to use on the smart contract. This is a critical piece of data the NFT community uses when they are buying on the secondary market."

8. I understand that 9,546 RR/BAYC NFTs were minted through the RR/BAYC Smart Contract, which is 95% of the original 10,000 BAYC NFTs. One way to prevent the minting of any additional RR/BAYC NFTs is through the "updateMaxTokenId" smart contract function, which can implement a minting cap for a smart contract. If Yuga Labs had control of the RR/BAYC Smart Contract, it could limit the minting cap to 9,546 RR/BAYC NFTs to ensure that no additional NFTs were minted using the RR/BAYC Smart Contract.

9. I have reviewed JTX-806, which contains the source code produced by Thomas Lehman that I understand was created to develop and support Defendants' ApeMarket NFT online marketplace. JTX-807 is a copy of a rendering of source code contained in JTX-806 for the ApeMarket homepage, containing an overview of the top Ape Market Collections. JTX-808 is a copy of a rendering of source code contained in JTX-806 for the ApeMarket homepage, containing an overview of the top Ape Market Collections and the dropdown menu at the top of that page, titled "Collections," which lists "Bored Ape Yacht Club," "Mutant Ape Yacht Club," "Otherdeed for Otherside," "Bored Ape Kennel Club," and "RR/BAYC." JTX-809 is a copy of a rendering of source code contained in JTX-806 for the Bored Ape Yacht Club collections page on ApeMarket.

///
///
///
///
///
///
///
///

///

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on July 12, 2023.

_____
Kerem Atalay