# Trial Exhibit JTX-0806

Lodged with Court as a native file on CD

THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____**JTX-0806**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

CONFIDENTIAL   JTX-0806.00001   LEHMAN0000308