# Trial Exhibit JTX-0807





JTX-0807.00001 YUGALABS_00043404