# Trial Exhibit JTX-0808



