# Trial Exhibit JTX-0809



