# Trial Exhibit JTX-1558



