# Trial Exhibit JTX-0029

Jun 23, 2022 12:56 PM MDT | https://opensea.io/collection/rrbayc

OpenSea

# RRBAYC.com

**RR/BAYC**
By ryder_ripps
you can't copy an NFT. ...

| 5.2K items | 1.6K owners | 0.175 floor price | 10.1 total volume |

Items   Activity

Status — 5,243 items
Buy Now
On Auction
Price
Item quantity
On sale in

| RR/BAYC | RR/BAYC | RR/BAYC | RR/BAYC | RR/BAYC |
|---|---|---|---|---|
| Min Bid 0, 7 days left, ♡1 | Price 0.175, a day left, ♡2 | Price 0.184, 20 hours left, ♡0 | Min Bid 0.19, 7 days left, ♡0 | Price 0.195, 20 hours left, ♡7 |
| Price 0.198, 10 hours left, ♡1 | Price 0.198, 2 days left, ♡1 | Price 0.198, 17 hours left, ♡1 | Price 0.199, 9 hours left, ♡1 | Price 0.199, 10 hours left, ♡1 |
| Price 0.199, 3 days left, ♡0 | Price 0.21, 3 days left, ♡0 | Price 0.222, 7 days left, ♡0 | Price 0.222, 1 days left, ♡0 | Price 0.222, 7 days left, ♡0 |
| Price 0.222, 3 days left | Price 0.222, 1 days left | Price 0.25, 7 days left | Price 0.25, 20 hours left | Price 0.25 |

**Exhibit stamp:**
U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0029**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

EXHIBIT 29
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

YUGALABS_00000571

JTX-0029.00001



YUGALABS_00000572

JTX-0029.00002

YUGALABS_00000573

**JTX-0029.00003**