# Trial Exhibit JTX-0072

etherscan.io/address/0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B

Etherscan

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Eth: $1,158.73 (+2.90%) | 12 Gwei

Home | Blockchain | Tokens | Resources | More | Sign In

## Address 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B

Buy | Exchange | Earn | Gaming

Sponsored: CryptoSlots - Where Crypto Rollers Come to Win. Click for games!

**Overview**

Balance: 0.000090425647956 Ether

Ether Value: $0.10 (@ $1,158.73/ETH)

Token: $8.55

**More Info**

My Name Tag: Not Available, login to update

EXHIBIT 72
WITNESS: Hickman
DATE: 12-7-22
HOLLY LARSEN, CCR NO. 680

Ad

Transactions | Internal Txns | Erc20 Token Txns | Erc721 Token Txns | Erc1155 Token Txns | Analytics | Comments

Latest 25 from a total of 722 transactions

| Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|
| 0x6b4501a354d14818ef | Transfer | 16029431 | 15 hrs 8 mins ago | 0xf9c2ba78ae44ba9888 | OUT | 0xc45726c3e91ba4c402 | 0.03019237 Ether | 0.00023893 |
| 0xc4b60785482fab33b6 | Transfer | 15951419 | 11 days 12 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d | 0.016 Ether | 0.00055133 |
| 0xb94d35004027f41fa8d | Transfer | 15910154 | 17 days 6 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d | 0.01993739 Ether | 0.00020351 |
| 0xe1a9a0bc59d6235ee3 | Transfer* | 15906893 | 17 days 17 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | 0x50d54087bd6ae3ac4d | 0.0011 Ether | 0.00025647 |
| 0x2383eb592c427bf115 | Transfer* | 15906885 | 17 days 17 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | 0x50d54087bd6ae3ac4d | 0.0011 Ether | 0.00025043 |
| 0x1693afc413bd283d80 | Transfer* | 15902148 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d... | 0.0011 Ether | 0.00026821 |
| 0xf21af1e9d9f1f28d0e87 | Transfer* | 15902144 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d... | 0.0011 Ether | 0.00027239 |
| 0xfae19d04dcf664bd099 | Transfer* | 15902138 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d... | 0.0011 Ether | 0.0002654 |
| 0x5d98e2063bb67101d5 | Transfer* | 15902135 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d | 0.0011 Ether | 0.00026353 |
| 0x01b9f45bb0dac6bbe6 | Transfer* | 15902133 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | 0x50d54087bd6ae3ac4d | 0.0011 Ether | 0.00027496 |
| 0xfceb5d25be53640de0 | Withdraw | 15902127 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | Wrapped Ether | 0 Ether | 0.00036817 |
| 0x1c3a111646a144360a | Transfer* | 15902099 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d... | 0.0011 Ether | 0.00027241 |
| 0xd80ea9366471a08ab9 | Transfer* | 15902094 | 18 days 9 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d... | 0.0011 Ether | 0.00029164 |
| 0x533db4262ae1d136f1 | Transfer* | 15902083 | 18 days 10 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x50d54087bd6ae3ac4d | 0.0011 Ether | 0.00027737 |
| 0x9f29847d8badbf23def | Transfer | 15817373 | 30 days 6 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | 0x6c5f8adc47dc086ec8c | 0.04983115 Ether | 0.000252 |
| 0x03aa46063f42879cf6f | Set Approval For... | 15783708 | 34 days 22 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | 0xba60f470f16654ec79f | 0 Ether | 0.00477098 |
| 0xdcd255584bd5e598bf | Set Approval For... | 15783708 | 34 days 22 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0xba60f470f16654ec79f | 0 Ether | 0.00477966 |
| 0x30d5a145b108e30f3b | Set Approval For... | 15783708 | 34 days 22 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0xba60f470f16654ec79f... | 0 Ether | 0.00477966 |
| 0x0d1bed43f752aacec9 | Set Approval For... | 15783708 | 34 days 22 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0xba60f470f16654ec79f... | 0 Ether | 0.00477346 |
| 0x84f9b09d2ea4176dea | Bulk Transfer | 15748669 | 39 days 20 hrs ago | 0xf9c2ba78ae44ba9888 | OUT | OpenSea: Transfer Helper | 0 Ether | 0.00548272 |
| 0x516e7d93d5ea1f1b49... | Set Approval For... | 15748665 | 39 days 20 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x5df89cc648a6bd179b... | 0 Ether | 0.00090095 |
| 0x3eeff81d4e51e547067 | Set Approval For... | 15748660 | 39 days 20 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | 0x838804a3dd7c717396... | 0 Ether | 0.00100144 |
| 0xa03835f6cd2c572493 | Set Approval For... | 15748658 | 39 days 20 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | Spottie WiFi: SPOTTIE T... | 0 Ether | 0.00101929 |
| 0x216723f8f4514092cf4 | Set Owner | 15748593 | 39 days 20 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | ENS: Registry with Fallb... | 0 Ether | 0.00060129 |
| 0xbb1819caf3716392d4 | Bulk Transfer | 15605244 | 59 days 18 hrs ago | 0xf9c2ba78ae44ba9888... | OUT | OpenSea: Transfer Helper | 0 Ether | 0.00153451 |

[ Download CSV Export ]

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base

Powered by Ethereum | Company | Resources | Products & Services

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-0072
DATE ____ IDEN.
DATE ____ EVID.
BY ____
Deputy Clerk



