# Trial Exhibit JTX-0670

**Captured at: 01/05/2023, 01:47 PM**

**URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=art works**

https://foundation.app/collection/bayc?tab=artworks  Go

2 captures
21 May 2022 - 21 Jun 2022

APR **MAY** JUN
◄ **21** ►
2021 **2022** 2023  ▼ About this capture



BAYC ↗

# Bored Ape Yacht Club

 @ryder_ripps

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 1,063 | 389 | 0.12 ETH | 85.07 ETH |

··· ↑ Share

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-0670**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

**JTX-0670.00001**

YUGALABS_00030104