# Trial Exhibit JTX-0801

**middlemarch.eth** 02-Jun-22 01:23 PM
Very effectively I might add
From the user standpoing haha

middlemarch.eth Very effectively I might add
**Pauly Shore** 02-Jun-22 01:23 PM
Thanks!
I like this convo
It's good having a big BAYC guy there too

**middlemarch.eth** 02-Jun-22 01:24 PM
From the ME standpoint I'm scared haha I want to make money lmao
But no I kid
We need to do this
We need to get the users
I twill be good

middlemarch.eth From the ME standpoint I'm scared haha I want to make money lmao
**Pauly Shore** 02-Jun-22 01:24 PM
Nah this is legit
I think we will make alot of money tbh
Potentially a lot
Minting out alone would be a great success!
But we have to win over the hearts and minds of everyone
That may mean less for us up front yes
But things happen very fast here
Look at your trajectory Tom!
When we first video chatted you were like my wife is gonna be so pissed if I don't make some money spending all my time here haha!!!

**middlemarch.eth** 02-Jun-22 01:26 PM
Hahaha
I've said that A LOT

**Pauly Shore** 02-Jun-22 01:26 PM
You have already made multiple 6 figures Bro!!!!!
It's amazing!!!!

**middlemarch.eth** 02-Jun-22 01:26 PM
But now she is happy

**Pauly Shore** 02-Jun-22 01:26 PM
In mere months!!!!
This is legendary disruption and value delivery potentially

**middlemarch.eth** 02-Jun-22 01:26 PM
Yeah this has been pretty fun haha
Doing it with programming directly, no Stripe sign up / where are the documents, no raising money haha

**Pauly Shore** 02-Jun-22 01:27 PM
I agree!

**middlemarch.eth** 02-Jun-22 01:27 PM
Even merely using Stripe and PayPal is super annoying

**Pauly Shore** 02-Jun-22 01:27 PM
And it's dope watching the homies make some well deserved money too!!!!

**hwonder** 02-Jun-22 01:27 PM
ryder understands power. very well. i love it.
1 💯 1

**hwonder** 02-Jun-22 01:36 PM
my mans voice is killin me

**Pauly Shore** 02-Jun-22 01:37 PM
Lmao

**hwonder** 02-Jun-22 01:37 PM
forki throwing his voice
OMG
im dying

**Pauly Shore** 02-Jun-22 01:42 PM
yeeee
yo @rydre
@ryder

**Pauly Shore** started a call that lasted 317 minutes. 02-Jun-22 01:42 PM

**hwonder** 02-Jun-22 02:09 PM
https://twitter.com/GQMagazine/status/1532331455644418050

come on ...

> GQ Magazine (@GQMagazine)
> The world's most coveted NFT collection @BoredApeYC is becoming something else: highly lucrative I.P. https://t.co/y4jUW3xtD1
> Twitter • 02-Jun-22 00:01 AM

**Pauly Shore** 02-Jun-22 02:48 PM
Tiered Pro Status

**hwonder** 02-Jun-22 02:49 PM
https://ebisusbay.com/

> Ebisu's Bay — Cronos #1 NFT marketplace
> The first NFT marketplace on Cronos. Create, buy, sell, trade and enjoy the #CroFam NFT community.

**Pauly Shore** 02-Jun-22 02:49 PM
.5% default
.4% 1 RRBAYC
.3% 2 RRBAYC
.2% 3 RRBAYC
.1% 4 RRBAYC
0% 5 RRBAYC
Other projects to consider: Goblins, Moonbirds, Azuki, Meebits, Punks

