# Trial Exhibit JTX-0803

| | | |
|---|---|---|
| | good thread | 14:32 |
| **PS** | **Pauly Shore** | 14:33 |
| | awesome | |
| **RR** | **Ryder Ripps** | 14:33 |
| | i think this is the guy who made cryptoskulls | |
| **PS** | **Pauly Shore** | 14:33 |
| | interesting | |
| **RR** | **Ryder Ripps** | 14:33 |
| | which is one of the earliest nfts | |
| **PS** | **Pauly Shore** | 14:34 |
| | for sure | |
| | i think its a great idea to give lauren a budget of 15 apes and see what she can do to help promote this and get the rsvps filled | 14:35 |
| **RR** | **Ryder Ripps** | 14:35 |
| | good | |
| | paying in apes legit is free | 14:35 |
| | untill it mints out | 14:35 |
| **PS** | **Pauly Shore** | 14:36 |
| | awesome | |
| | her name is lauren adelstein, she lives in PR and she works at fractionalized right now | 14:36 |
| | she doesnt like it | 14:36 |
| | and they hardly have her doing anything so she has time for this | 14:36 |
| | we just had an hour meeting and it was fucking great | 14:36 |
| | i think she is a very passionate go getter | 14:37 |
| | she is very intelligent, well connected, understands the space intimately and all players | 14:37 |
| | and we have a great connection already | 14:37 |
| | very bullish | 14:37 |
| **RR** | **Ryder Ripps** | 14:39 |
| | cool | |
| | good job | 14:39 |
| **PS** | **Pauly Shore** | 14:46 |
| | i am stoked | |
| | karbonbased.eth - this guy is helping promote so far the only guy we are using, he has been tweeting - we owe him 5 apes | 14:46 |
| | i think it would be a good idea to hook him up today | 14:46 |