# Trial Exhibit JTX-0804

| | | |
|---|---|---|
| | We will update it | 19:00 |
| | But I need you to tell me which one | 19:01 |
| | @ryderripps | 19:01 |
| RR | **Ryder Ripps** | 19:38 |
| | card looks good | |
| | i think change the twitter icon | 19:38 |
| | to just the txt | 19:38 |
| | | 19:44 |



| | | |
|---|---|---|
| | sometimes takes a while to load image | 19:45 |
| | and it just looks liek this | 19:45 |
| PS | **Pauly Shore** | 19:50 |
| | Ok | |
| | https://twitter.com/apemarketplace/status/1530335753926070274?s=21&t=JpP_lHTLqPxCX1sgepmbvw | 19:51 |
| RR | **Ryder Ripps** | 19:51 |
| | cool | |
| PS | **Pauly Shore** | 19:52 |
| | https://daobao.substack.com/p/ryder-ripps-bored-ape-yacht-club?token=eyJ1c2VyX2lkIjo5MzIxMTEzNSwicG9zdF9pZCI6NTY4NDk1NDAsIl8iOiJ0OFhLbyIsImlhdCI6MTY1MzY5NDcxNiwiZXhwIjoxNjUzNjk4MzE2LCJpc3MiOiJwdWItODE0Njc1Iiwic3ViIjoicG9zdC1yZWFjdGlvbiJ9.itgSRWLSbb8VTx8g7sm5NPiD6Oy1YeYWMG2NZf0_9wQ&s=r | |
| RR | **Ryder Ripps** | 19:56 |
| | is there a good method of me transferring to people apes | |
| | for promo | 19:56 |
| | **Pauly Shore** | |