# Trial Exhibit JTX-0918

**Pauly Shore:** 8/31/22, 3:09 PM
Yes that would help, or if we have a link to something on etherscan that shows our total intake etc

**Pauly Shore:** 8/31/22, 3:09 PM
Whatever you think, it will be super helpful!

**Tom iPhone 14:** 8/31/22, 3:09 PM
Ok let me see what I can do

**Tom iPhone 14:** 8/31/22, 3:09 PM
Of course!

**Pauly Shore:** 8/31/22, 3:09 PM
Thanks Tom!

**Tom iPhone 14:** 8/31/22, 3:58 PM

| | Mint Count | Rev per mint | Total rev |
|---|---|---|---|
| Through contract | 7274 | 0.15 | 1091.1 |
| Manual | 2468 | 0.1 | 246.8 |
| Total | 9742 | | 1337.9 |

Total Gas: 85.5
# of 500 reserved that are minted: 129

What about this?

**Tom iPhone 14:** 8/31/22, 3:58 PM
1338 eth revenue, 129 eth gas cost

**Pauly Shore:** 8/31/22, 3:58 PM
That is super helpful

**Tom iPhone 14:** 8/31/22, 3:58 PM
Ryder I think minted 129 after the project ended (or otherwise the numbers don't quite add up)

**Tom iPhone 14:** 8/31/22, 3:58 PM
Loved "That is super helpful "

**Pauly Shore:** 8/31/22, 3:58 PM
I can always crop that part out

**Pauly Shore:** 8/31/22, 3:58 PM
Thanks Tom!

**Pauly Shore:** 8/31/22, 3:59 PM
It's my bday today I wish you were in LA!

274
CONFIDENTIAL
JTX-0918.00051
CONFIDENTIAL
LEHMAN0000063
LEHMAN0000063