# Trial Exhibit JTX-1039

