# Trial Exhibit JTX-1040



