# Trial Exhibit JTX-1041

