# Trial Exhibit JTX-1042

