# Trial Exhibit JTX-1045



