# Trial Exhibit JTX-1048

