# Trial Exhibit JTX-1146

Page 1
CollectionContract | Address 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e | Etherscan
https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e#readContract#F13
2023-02-03 09:16:25

## Etherscan

Eth: $1,660.49 (-1.19%) | 32 Gwei

Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

Featured: Curious on Ethereum's hottest trading pairs? View top pairs and details with DEX Trading Pairs!

### Contract Overview
| | |
|---|---|
| Balance: | 0 Ether |
| Ether Value: | $0.00 |

### More Info
| | |
|---|---|
| My Name Tag: | Not Available, login to update |
| Contract Creator: | *ryder-ripps.eth at txn 0xec6a7bd2b146bd89b2... |
| Token Tracker: | Bored Ape Yacht Club (BAYC) |

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ **JTX-1146** _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

Transactions   Internal Txns   Erc20 Token Txns   Contract   Events   Analytics   Comments

Code   Read Contract   Write Contract

ⓘ Descriptions included below are taken from the contract source code NatSpec. Etherscan does not provide any guaranties on their safety or accuracy.

● Connect to Web3

📖 Read Contract Information                                          [Expand all] [Reset]

1. balanceOf
2. baseURI
3. collectionFactory
4. getApproved
5. getFeeBps
6. getFeeRecipients
7. getHasMintedCID
8. getRoyalties
9. getTokenCreatorPaymentAddress
10. isApprovedForAll
11. latestTokenId
12. maxTokenId
13. name
   See {IERC721Metadata-name}.
   Bored Ape Yacht Club  string
14. owner
15. ownerOf
16. royaltyInfo
17. supportsInterface
18. symbol
19. tokenCreator
20. tokenURI
21. totalSupply

ⓘ A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

◆ Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

⚙ Preferences

**Company**
About Us
Contact Us
Brand Assets
Careers (Join Us)
Terms of Service
Bug Bounty

**Resources**
API Documentation
Knowledge Base
Newsletter
Network Status
Disqus Comments

**Products & Services**
Advertise
Explorer-as-a-Service (EaaS)
Developer APIs
Blockscan
BeaconScan

Etherscan © 2023 (A1) | Donate ❤