# Trial Exhibit JTX-1171



JTX-1171.00001

YUGALABS_00043488