# Trial Exhibit JTX-1567

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1567 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

> **PAULY** ✓
> @Pauly0x
>
> ApeCoin is powerful conceptual art.
>
> Less artful than RR/BAYC, but it's been far more financially lucrative.
>
> We only fly first class now. 🫡
>
> 5:59 AM · Mar 1, 2023 · 9,893 Views
>
> 23 Retweets   2 Quotes   200 Likes

twitter.com/Pauly0x/status/1630930734985691137?t=yVKOuXyo8PsjcfeC76CTjg&s=09
5/8/2023 12:29:27 PM

JTX-1567.00001　　　　　YUGALABS_00043547