# Trial Exhibit JTX-1568



**PAULY** ✓
@Pauly0x

YugaLabs suing me was quite literally the end of their company.

They are not smart people. And they are very egotistical and overconfident.

>  jurbo @jurbo_eth · May 1
> Replying to @Pauly0x
> So in a way yuga created you by engaging you in a lawsuit inflating your engagement like a balloon that now turned into a frog raining money on you. Pretty crazy tbh

12:58 PM · May 1, 2023 · **8,503** Views

**21** Retweets  **123** Likes

twitter.com/Pauly0x/status/1653126840062492673?t=IIJ_iDBMjBTZDAhKS0bgwg&s=09
5/8/2023 12:25:26 PM



JTX-1568.00001

YUGALABS_00043548