# Trial Exhibit JTX-1574



To: Jeremy cahen

> Dog
> Ur gonna make so much on this shit LMFAO
> I think you should airdrop like 10 more to each person who already bought one
> That way you'll have like 800 minted

lolol

> Or you could airdrop 20-30
> Honestly if you do that
> It will sell out within 48 hours I think
> You'll make like a million dollars
> Straight up

need to get a front end for this shit

> Bruhhhhh
> we already have ape market
> Too
> LMFAOOOOO
> I have the bot
> OMG
> And the domain



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____JTX-1574_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk