# Trial Exhibit JTX-1613

