# Trial Exhibit JTX-1614

