# Trial Exhibit JTX-1617

Page 1
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🫠 🔥
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 2
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🫣 🙃
https://t.co/sOovpckd1Z" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 3
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 4
PAULY on Twitter: "🔥 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 5
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵 😱 https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 6
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵👇
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 7
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 8
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤡 😂
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 9
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😂
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023

