# Trial Exhibit JTX-1620

🔁 RYDER RIPPS 🔜 Retweeted

**PAULY** ✓
@Pauly0x

🚨 BREAKING:

In document #268-10 of our lawsuit.

@YugaLabs expert witness Ms. Kindler has suggested a possible solution:

To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704...

☠️🔥

> **a. Opinion from Ms. Kindler**
>
> Based on Ms. Kindler's expertise and experience, her review of the relevant materials produced in this matter, and an analysis of relevant transactions on the Ethereum blockchain, she reached the opinion that Yuga Labs could, as an effort to mitigate further harm, purchase and destroy all infringing RR/BAYC NFTs and Yuga Labs' cost to do so would be $1,792,704. Ms. Kindler opined that this estimate is very likely understated, as some RR/BAYC NFT owners (including the Defendants themselves) may be "holdouts" in this hypothetical buyback effort and drive up costs to Yuga Labs by charging above-market prices. Any increase in the value of RR/BAYC NFTs would result in further unjust enrichment to Defendants.

2:20 PM · Jun 6, 2023 · **57.4K** Views

54 **Retweets**   8 **Quotes**   253 **Likes**   4 **Bookmarks**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1620**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**