# Trial Exhibit JTX-1623

Case 2:22-cv-04355-JFW-JEM   Document 338-34   Filed 07/17/23   Page 2 of 2   Page ID #:22982



JTX-1623.00001

YUGALABS_00043600