# Trial Exhibit JTX-1624





JTX-1624.00001

YUGALABS_00043601