# Trial Exhibit JTX-1625



**NFTGO**

**Sitemap**
- Top Collections
- Hot Mints
- Whale Signals
- Market Overview
- Watchlist

**Ecosystem**
- NFT Research
- NFT API
- Extension
- Discord Bot

**Support**
- FAQ
- Docs
- Metrics
- Feedback
- Inclusion Request
- Media Kit

**Company**
- About Us
- Blog
- Terms of Use
- Privacy Policy
- Contact Us
- We're hiring! 🔥

© 2023 NFTGo — All rights reserved.