# Trial Exhibit JTX-1626

Case 2:22-cv-04355-JFW-JEM Document 338-37 Filed 07/17/23 Page 2 of 3 Page ID #:22989



JTX-1626.00001   YUGALABS_00043604

JTX-1626.00002

YUGALABS_00043605