# Trial Exhibit JTX-0138



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-0138
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit 138
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

YUGALABS_00000653

JTX-0138.00001