# Trial Exhibit JTX-0522



