# Trial Exhibit JTX-0525




**Jason.ip** 🚀 @Jclineshow · May 13

I'm confused. The verified profile of Ryder Ripps also has the hexagon and from some research Ryder appears to be heavily involved in the music and art industry but you're saying his BAYC isn't the real one?

18 9 71

**Sting** ❓ @StingNFT

Replying to @Jclineshow

3:28 PM · May 13, 2022

**4** Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0525**
DATE ____________ **IDEN.**
DATE ____________ **EVID.**
BY ____________
**Deputy Clerk**

**Exhibit 0525**
3/24/2023
Jason Cline