# Trial Exhibit JTX-0600

Transaction Details

Sponsored: bc.game - Free Bonus Up To 5 BTC Everyday! Live casino + 20k slots **Play Now**

| | |
|---|---|
| ⓘ Transaction Hash: | 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015 |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 14768863    1738290 Block Confirmations |
| ⓘ Timestamp: | ⏱ 260 days 32 mins ago (May-13-2022 06:05:30 PM +UTC) | ⓘ Confirmed within 35 secs |
| ⓘ Sponsored: | |
| ⓘ From: | ⟨⟩ *ryder-ripps.eth |
| ⓘ To: | 🔍 Contract 0x3b612a5b49e025a6e4ba4ee4fb1ef46d13588059  (Foundation: Collection Factory) ✅ |
| ⓘ Value: | 0 Ether  ($0.00) |

**Overview**  Internal Txns  Logs (1)  State  Comments

| | |
|---|---|
| ⓘ Gas Price: | 0.000000075772873916 Ether (75.772873916 Gwei) |
| ⓘ Ether Price: | $2,006.51 / ETH |
| ⓘ Gas Limit & Usage by Txn: | 184,569  |  167,790 (90.91%) |
| ⓘ Gas Fees: | Base: 74.272873916 Gwei  |  Max: 75.995101474 Gwei  |  Max Priority: 1.5 Gwei |
| ⓘ Burnt & Txn Savings Fees: | 🔥 Burnt: 0.01246224551436564 Ether ($19.59)    ✂ Txn Savings: 0.000003728756195682 Ether ($0.06) |
| ⓘ Other Attributes: | Txn Type: 2 (EIP-1559)    Nonce: 362    Position In Block: 175 |
| ⓘ Input Data: | |

| # | Name | Type | Data |
|---|------|------|------|
| 0 | name | string | Bored Ape Yacht Club |
| 1 | symbol | string | BAYC |
| 2 | nonce | uint256 | 4763096248250001 |

Click to see Less ↑

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT_____**JTX-0600**_____
DATE_____IDEN.
DATE_____EVID.
BY _____
**Deputy Clerk**