# Trial Exhibit JTX-0630



6/24/22, 7:06 PM
Tom iPhone 14
This is more up to date than listings and it looks cool

6/24/22, 7:07 PM
Tom iPhone 14
Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

6/24/22, 7:17 PM
Tom iPhone 14
We also need new logo and branding direction in light of the trademark thing

6/24/22, 7:17 PM
Pauly Shore
DJ asked "Asking in the rr Discord, trying to find that out, but I found an example where it's an hour"

6/24/22, 7:18 PM
Tom iPhone 14
My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

6/24/22, 7:18 PM
Pauly Shore
Liked an image

6/24/22, 7:18 PM
Tom iPhone 14
Collection name could be rendered as "RR/****" or something

6/24/22, 7:18 PM
Tom iPhone 14
"Yuga doesn't want you to know the name of this collection"

6/24/22, 7:18 PM
Pauly Shore
Ok I will talk to ryder about that



LEHMAN0000047

6/24/22, 7:19 PM
Tom iPhone 14



Like in a menu like this I think RR should look very distinct (strictly my opinion!)

6/24/22, 7:19 PM
Pauly Shore



6/24/22, 7:19 PM
Pauly Shore

I agree

6/24/22, 7:19 PM
Tom iPhone 14

Haha, I think that's very funny but we are past it IMO

6/24/22, 7:19 PM
Tom iPhone 14

Past that stage

6/24/22, 7:20 PM
Tom iPhone 14

Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

**Tom iPhone 14** — 6/24/22, 7:20 PM
Whereas now with the logo thing we don't look sympathetic to everyone

**Tom iPhone 14** — 6/24/22, 7:20 PM
Anyway you feel me on this, it's my meme

**Pauly Shore** — 6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
For sure

**Pauly Shore** — 6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
Wym

**Tom iPhone 14** — 6/24/22, 7:21 PM
Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logos are to theirs"

**Tom iPhone 14** — 6/24/22, 7:21 PM
Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

**Pauly Shore** — 6/25/22, 4:48 AM
Sorry I fell asleep

**Pauly Shore** — 6/25/22, 4:49 AM
And woke up to chaos

**Tom iPhone 14** — 6/25/22, 10:01 AM
5 mins

**Pauly Shore** — 6/25/22, 10:01 AM
I'm not ready for team call yet

**Pauly Shore** — 6/25/22, 10:01 AM
[Screenshot of iMessage: "Hi Jeremy, I'm a reporter at The Daily Beast. Just wanted to check if you had any thoughts or comment on the Yuga Labs lawsuit? Thanks!"]

**Pauly Shore** — 6/25/22, 10:01 AM
Curious your thoughts

CONFIDENTIAL   LEHMAN0000049
JTX-0630.00003