# Trial Exhibit
# JTX-0631



**5/25/22, 2:19 PM**
Tom iPhone 14

Ryder mints then

**5/25/22, 2:19 PM**
Tom iPhone 14

This is a pre pay system

**5/25/22, 2:24 PM**

This is quite crazy definitely some people will buy thinking they are buying originals!

**5/25/22, 2:24 PM**
Tom iPhone 14

Bro there is a checkbox

**5/25/22, 2:24 PM**
Tom iPhone 14

On the site

**5/25/22, 2:24 PM (Viewed 5/25/22, 2:25 PM)**

Im talking about the foundation site

**5/25/22, 2:25 PM**
Tom iPhone 14

Ah true

**5/25/22, 2:26 PM**
Tom iPhone 14

Well ppl should do their Researxh!

**5/25/22, 2:26 PM**
Tom iPhone 14

Foundation is weird tho bc Someone can sell something they didn't create

**5/25/22, 2:26 PM**
Tom iPhone 14

So yeah idk

**5/25/22, 2:26 PM**
Tom iPhone 14

Check the chain

**5/25/22, 2:26 PM**
Tom iPhone 14

I'm a bro

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**

Check the chain>

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**

?

CONFIDENTIAL

**5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0631**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____
**Deputy Clerk**

LEHMAN0000077