# Trial Exhibit JTX-0683

2/4/23, 3:20 PM                              PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🚀 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM    Document 339-16    Filed 07/17/23    Page 2 of 4    Page ID
                                                    #:23104

🐦

\# Explore

⚙ Settings

← Tweet

🔍 Search Twitter

**PAULY** ✓
@Pauly0x

RR/BAYC is officially the highest 24h volume on @opensea...

IN THE WORLD! 🚀

We passed BAYC in the middle of Apefest! 😂

(*Punks volume is not on OS, it's on the LL marketplace.)

**New to Twitter?**
Sign up now to get your own per…

G Sign up with G…

 Sign up with A…

Create accou…

By signing up, you agree to the Te…
Privacy Policy, including Cookie U…

**Relevant people**

**PAULY** ✓
@Pauly0x
Founder @NotLarv…
FUNGIBLE TOKEN: a…
identifier that cann…
substituted, or subd…
Merriam-Webster D…

11:24 PM · Jun 20, 2022

34 Retweets   3 Quote Tweets   168 Likes

💬                    🔁                    ♡                    ↗

**D34thSt4lker** @D34thSt4lker · Jun 20, 2022
Replying to @Pauly0x and @opensea
Cool story bro
💬 1    🔁 1    ♡ 1    📊    ↗

**PAULY** ✓ @Pauly0x · Jun 20, 2022
Replying to @D34thSt4lker and @opensea
Facts > stories
💬 1    🔁 1    ♡ 1    📊    ↗

Show replies

**-69.eth** ✓ @_etheth · Jun 20, 2022
Replying to @Pauly0x and @opensea
➡ ➡ ➡ ➡
SOON SOON  SOON SOON
💬    🔁    ♡ 6    📊    ↗

**Zorta** @zortastore
😔Unfortunately, we will close properly soon.

We can no longer afford to rent our business. The Travel Cosmetic Bag in our shop has a 50% discount! If our financial situation improves in the future, we will definitely open up again.

🛒 Get Here👉 zorta.co/cosmetic-bag

**What's happening**

NHL · Starts at 3:00 PM
**Metropolitan Division at A…
Division**

Politics · Trending
**The Chinese**
Trending with Surfside Beach

Trending in United States
**F-22**
11.1K Tweets

Trending in United States
**Top Gun 3**

Sports · Trending
**Brian Schottenheimer**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S…

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT_____**JTX-0683**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

2/4/23, 3:20 PM  PAULY on Twitter: "RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🎉 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM   Document 339-16   Filed 07/17/23   Page 3 of 4   Page ID #:23105



- Explore
- Settings

💬 50     🔁 30     ❤️ 388     📊 1.3M     ⬆️

⬈ Promoted

**Juice** 🕯️ ✓  @Juicetin_420 · Jun 20, 2022
Replying to @Pauly0x and @opensea
Zoos and BAYC both don't own their apes 👀

💬     🔁     ❤️ 1     📊     ⬆️

**MM** ✓  @morellifit · Jun 21, 2022
Replying to @Pauly0x and @opensea
I am confused. You passed them with the same exact art for 1/90th of the price?

I am always happy to see people win, I am just not sure this is brag worthy?

Perhaps I am missing some important details?

💬 1     🔁 1     ❤️ 2     📊     ⬆️

**Collin collinnft.eth metameta.eth**  @CollinsCustomIP · Jun 20, 2022
Replying to @Pauly0x and @opensea
congrats dood, see u husslin!

💬     🔁 1     ❤️     📊     ⬆️

**Tom** 🛠️  @thomasjeans · Jun 20, 2022
Replying to @Pauly0x and @opensea
it's stolen art and a lot of people will get wrecked when the price tanks, congrats!

💬 1     🔁 1     ❤️ 1     📊     ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Case 2:22-cv-04355-JFW-JEM   Document 339-16   Filed 07/17/23   Page 4 of 4   Page ID #:23106

- Explore
- Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

JTX-0683.00003

YUGALABS_00036244