# Trial Exhibit JTX-0690

