# Trial Exhibit JTX-0705





JTX-0705.00002

YUGALABS_00002626





JTX-0705.00004

YUGALABS_00002628



JTX-0705.00005

YUGALABS_00002629



YUGALABS_00002630



**mikerosko.eth** @Mike_Rosko_ · Jul 8
Replying to @0xGem
👀

**01.eth | kreeznotic 🪦 | kreez.og** @kreeznotic · Jul 8
Replying to @0xGem
@oksoonbot stamp

**apeuniverse.eth (🐵,🥖)** @apeuniverse_eth · Jul 8
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

**owsteen.eth** @AstroImpulse · Jul 8
Replying to @0xGem
Even as an RR ape. 6 eth pretty insane

**W3nzel.eth** @thisiswenzel · Jul 8
Replying to @0xGem
It's a RR ape.

**Andy00** @beef1218 · Jul 8
Replying to @0xGem
Something must be terribly wrong with this...

**Simon** @joergloo · Jul 8
Replying to @0xGem
steel

Rosario @bakenfts · Jul 8
Replying to @0xGem
#RRBAYC

HAYA META @HAYA_META · Jul 9
Replying to @0xGem
RRBAYC > BAYC

CK.ETH 🦇🐱🐻🇬🇧 @inquisitivemove · Jul 8
Replying to @0xGem
Can't be rite





JTX-0705.00009

YUGALABS_00002633



YUGALABS_00002634