# Trial Exhibit JTX-0710

