# Trial Exhibit JTX-1023

