# Trial Exhibit
# JTX-1031



**apeuniverse.eth** (🦍, 🥮) @apeuniverse_eth · 26m

Replying to @0xGem

What a gold ape sold for 6eth must be a glitch!

♡ 1

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____**JTX-1031**_____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**

YUGALABS_00000580