# Trial Exhibit JTX-1055

