# Trial Exhibit JTX-1056

