# Trial Exhibit JTX-1057

