# Trial Exhibit JTX-1059

