# Trial Exhibit JTX-1061

