# Trial Exhibit JTX-1192



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JTX-1192.00001    YUGALABS_00031203