# Trial Exhibit JTX-1193



JTX-1193.00001

YUGALABS_00041682