# Trial Exhibit JTX-1194



