# Trial Exhibit JTX-1195



