# Trial Exhibit
# JTX-1233



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1233**

DATE _____ IDEN.

DATE _____ EVID.

BY _____
        **Deputy Clerk**



**JTX-1233.00002**

YUGALABS_00041355



JTX-1233.00003

YUGALABS_00041356



YUGALABS_00041357



JTX-1233.00005

YUGALABS_00041358



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041359



YUGALABS_00041360



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

JTX-1233.00008

YUGALABS_00041361



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00009**

YUGALABS_00041362



**Bored Ape Yacht Club** @BoredApeYC · Feb 9

Passes with a score of 0 are welcome to participate but this will NOT be the same leaderboard as Dookey Dash. More details to come.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 9

2/22/ Lick the Toad. Gary is going toad collecting...and you're going with him. All claimed Sewer Passes can re-enter the sewer for an opportunity to earn a comparison trail for their Power Sources.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 9

2/15. Final leaderboard and winner of the Key announced. Sewer Passes will receive a metadata update to display finalized rank and score.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 9

We're taking additional time to review Sewer Pass scores. We'll announce the final Leaderboard and official winner of the Key on Feb. 15th. Details on the updates found on minimrt.xyz below.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 8

Reminder — cross-reference any links and announcements you come across with this account, the Yuga Labs News site (news.yuga.com), and the official BAYC discord here discord.gg/bayc.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 8

WARNING: Buying Sewer Passes on secondary before the final leaderboard is posted IS DONE AT YOUR OWN RISK. Be aware that doing so risks buying a Sewer Pass that is later linked to cheating and reset.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 8

Dookey Dashers, the sewer has been closed and the leaderboard is now locked. We are validating the scores and will share the final leaderboard once we complete our review.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 8

Heads up: Sewer Pass claims and Dookey Dash end in 30 minutes at 3 PM PST. Dookey Dash runs that are active and go beyond the cut off time WILL NOT COUNT. Be sure to claim your pass and register a score by completing at least one run before 3 PM PST to be eligible for the Summoning

**Bored Ape Yacht Club** @BoredApeYC · Feb 7

If you are delegating passes, do your due diligence. Make sure the person you're working with is playing fairly. If you have any concerns with how that person might have been using your pass while delegated, get your pass back and log a new score before the leaderboard locks.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 7

As a reminder, we will also be validating Sewer Passes after the leaderboard is locked, and those caught cheating after that will NOT be able to replay Dookey Dash to log a new score.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 7

Hot tip below we lock the leaderboard for good — anybody with a score removed from the leaderboard can still log a legitimate score until the leaderboard is locked tomorrow at 3pm PST.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 7

We want Dookey Dash to be as fair as possible. As we've mentioned previously, we will not allow cheating. We've already noticed some #DookeyDash Sewer Passes associated with cheating. These scores have now been removed from the leaderboard.

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Feb 7

KEEP IN MIND - Any Sewer Pass score that is flagged for cheating may be removed from the leaderboard prior to the announcement of the final leaderboard.

YUGALABS_00041363



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041364



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041365



JTX-1233.00013

YUGALABS_00041366



JTX-1233.00014

YUGALABS_00041367



JTX-1233.00015

YUGALABS_00041368



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041369



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041370



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041371



YUGALABS_00041372



JTX-1233.00020

YUGALABS_00041373



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041374



JTX-1233.00022

YUGALABS_00041375



JTX-1233.00023

YUGALABS_00041376



JTX-1233.00024

YUGALABS_00041377



news.yuga.com
BAYC x NTS Radio Miami Art Week Wrap Party
We're headed to Miami to celebrate Art Basel. Join us on December 3rd
to wrap the weekend — priority access to tickets for BAYC/MAYC.

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 19, 2022
If you aren't able to get a ticket but would still like to attend, the general
admission line will be available for non ticket holders. Stay tuned to this
page and the official blog for updates as we get closer to party time.

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 19, 2022
All available tickets for the BAYC x NTS Miami Art Week Wrap Party have
been claimed. Waitlist tickets are now active. As apes cancel their tickets
another spot will become available. Waitlisted tickets will be converted to
confirmed in batches moving forward.

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 18, 2022
Need a refresher on how to register with tokenproof? Check out the
tutorial on our blog which also includes all the latest info on the event:

news.yuga.com
BAYC x NTS Radio Miami Art Week Wrap Party
We're headed to Miami to celebrate Art Basel. Join us on December 3rd
to wrap the weekend — priority access to tickets for BAYC/MAYC.

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 18, 2022
Calling all Miami-bound Apes, BAYC x NTS Miami Art Week Party tickets
are now available for BAYC/MAYC members and their +1s. Event is on
December 3rd. Claim yours here from @tokenproof's
tokenproof.xyz/ticketing/bayc...

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 17, 2022
As always, protect your Apes and your wallets. Keep in mind that tickets
are free and will only be available via tokenproof. We'll tweet here and
update the blog when ticketing is live. Head to the BAYC discord with any
questions: discord.gg/bayc

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 17, 2022
Join us and @NTSlive for our Miami Art Week wrap party December 3rd.
Ticketing goes live at 8am ET tomorrow through the @tokenproof app.
More details on the official news blog.

news.yuga.com
BAYC x NTS Radio Miami Art Week Wrap Party
We're headed to Miami to celebrate Art Basel. Join us on December 3rd
to wrap the weekend — priority access to tickets for BAYC/MAYC.

Show this thread

Bored Ape Yacht Club 🐵 ☯ @BoredApeYC · Nov 14, 2022
As a reminder - @tokenproof ticketing details will be shared soon and will
only require a gasless signature. We will never DM you asking for sensitive
information and links you come across on socials should be cross-
referenced with

Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041378



JTX-1233.00026

YUGALABS_00041379



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00027**

YUGALABS_00041380



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041381



**JTX-1233.00029**

YUGALABS_00041382



JTX-1233.00030

YUGALABS_00041383



**JTX-1233.00031**

YUGALABS_00041384



JTX-1233.00032

YUGALABS_00041385



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041386



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041387



**JTX-1233.00035**

YUGALABS_00041388



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041389



YUGALABS_00041390



JTX-1233.00038

YUGALABS_00041391



JTX-1233.00039

YUGALABS_00041392



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live





Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041395





YUGALABS_00041397



**JTX-1233.00045**

YUGALABS_00041398



JTX-1233.00046

YUGALABS_00041399



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00047**

YUGALABS_00041400



JTX-1233.00048

YUGALABS_00041401



**JTX-1233.00049**

YUGALABS_00041402



**JTX-1233.00050**

YUGALABS_00041403



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041404



JTX-1233.00052

YUGALABS_00041405



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00053**

YUGALABS_00041406



YUGALABS_00041407



JTX-1233.00055

YUGALABS_00041408



**JTX-1233.00056**

YUGALABS_00041409



○ 5    ⟲ 22    ♡ 479    ⤓

Show this thread

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 7, 2021 ···
Some are still on the team today, while others are out there fucking killing it on other projects. The BAYC logo designer is staying a secret agent for the moment, but @950DworkinDream helped clip it all in aline for MAYC.

○ 4    ⟲ 13    ♡ 430    ⤓

Show this thread

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 7, 2021 ···
We want to start with the incredible team of artists behind BAYC: th.migwashere, @allseeingseneca, @TheredDagby, who crafted the apes along with two secret agents. During MAYC, the brilliant @Lorans joined in. Each of them is amazing.

○ 52    ⟲ 194    ♡ 813    ⤓

Show this thread

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 7, 2021 ···
The holidays have us a bit introspective over at the club. This year has been wild and we wanted to take a breath to shout out some of the people who have helped make the club what it is today.

○ 226    ⟲ 444    ♡ 3,220    ⤓

Show this thread

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 6, 2021 ···
Replying to @whitexx and @Lunsh
congratulations! ❤️🦍

○ 1    ⟲ 3    ♡ 167    ⤓

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 5, 2021 ···
Rugged by Apple. Competition start has been delayed. Sorry, apes.

○ 383    ⟲ 398    ♡ 3,205    ⤓

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 4, 2021 ···
Replying to @skinny420
Congrats! ❤️

○ 3    ⟲ 2    ♡ 61    ⤓

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 3, 2021 ···
Reminder that registration for the competition closes tomorrow at 11:59pm EST!

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Nov 29, 2021
Registration for the BAYC x MAYC Mobile Game Competition Begins Thursday, December 2nd at Noon EST.

The games begin Sunday December 5th at 7pm ET.

More info in Discord 🦍⛵🧵

○ 30    ⟲ 68    ♡ 438    ⤓

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 2, 2021 ···
Pumped to see the ape community throw an event for Art Basel!

🌴 **Bored Ape Basel** @BAYCBasel · Dec 2, 2021
Excited for performances by @0port0WIFI @investinstockz and @RichieIgher 🎉

○ 58    ⟲ 31    ♡ 799    ⤓

**Bored Ape Yacht Club** ✓ ⛵ @BoredApeYC · Dec 2, 2021 ···
Busy day, apes.

Registration for the BAYC x MAYC Mobile Game competition is live now at boredapeyachtclub.com/acquiredcompetition

Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041410



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041411



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041412



JTX-1233.00060

YUGALABS_00041413



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041414



JTX-1233.00062

YUGALABS_00041415



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041416



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041417



Captured: 31 March 2022, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00065**

YUGALABS_00041418