ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF NICOLE MUNIZ** <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

I, Nicole Muniz, declare:

1. I am currently a special advisor to Yuga Labs, Inc. ("Yuga Labs"), and I have consistently held this role since I stepped down from being Yuga Lab's CEO in 2023. I make this declaration upon my personal knowledge, which I have through my various roles with Yuga Labs from 2021 to present. If called as a witness, I could testify competently to the facts set forth herein.

2. I first began working with Yuga Labs as a special advisor in early 2021, before it existed as an entity and before it launched Bored Ape Yacht Club ("BAYC"). Wylie Aronow, one of Yuga Labs' co-founders, first reached out to me about BAYC to ask for my input on how to develop a business around the then-forthcoming NFT collection. He was familiar with my background advising companies on strategic initiatives, including on marketing, branding, and building a start-up company, and we have been friends since high school. At that time, I was running my own creative and business strategy consultancy, Something New, which I founded in 2015. Something New has worked with startups and major brands (such as Electronic Arts and Nike) providing business consulting services similar to those offered by McKinsey & Company. Something New's particular area of expertise, however, is in working with startup companies. Thus, my initial contribution to Yuga Labs was to help the co-founders strategize about how to build a business from the BAYC NFT collection. Another one of my early contributions to Yuga Labs was to help conceptualize and launch the Mutant Ape Yacht Club ("MAYC"), another NFT collection that builds on and extends the BAYC brand.

3. I remained an advisor to Yuga Labs until it hired me as its CEO, a role I assumed in January 2022. When I started as CEO, our vision for Yuga Labs was to become a "Web3 Disney." In other words, we wanted to build a company with iconic intellectual property assets that the company would monetize across games, books, movies, merchandise, and events. We wanted to use blockchain technology to allow consumers to own their individual identities through NFTs. To that end, I led Yuga

Labs in acquiring other iconic intellectual property assets – such as the CryptoPunks and Meebits NFT collections. I also helped with the development of Otherside, a metaverse built around the BAYC brand. In that metaverse, people will be able to use their NFTs – including their BAYC NFTs – as their digital identity. And, when I took over as Yuga Labs' CEO, many BAYC holders already used their BAYC NFTs as their digital identities on social media. For example, we saw many BAYC holders using their NFTs as their profile pictures on Twitter. Then, in January 2022, Twitter launched a feature that displayed a user's profile picture in a hexagon shape (as opposed to the standard circle shape) if the user connected their Twitter account to their crypto wallet and used an NFT they owned as their Twitter profile picture. After this feature launched, one way members of the BAYC community could identify each other on social media was by the hexagonal profile picture of an Ape. In Otherside, Yuga Labs will take this digital identification one step further by allowing NFT holders to transform their NFTs into three-dimensional identities.

4. I also served on Yuga Labs' Board of Directors from February 23, 2022 until February 20, 2023.

5. In my experience, BAYC NFT holders come from diverse backgrounds. At BAYC community events, I met a kindergarten teacher who minted a BAYC NFT when the collection launched, a mother of a young child who joined BAYC because she wanted to understand Web3 (a technology she believed would be important in her child's life), a musician who bought their BAYC NFT on the secondary market because they connected with the artwork, and many others. Yuga Labs designed BAYC to evoke a variety of pop culture references to allow people to find the NFT that resonates with them, and many people have.

6. By the time I stepped down from being Yuga Labs' CEO, in 2023, Yuga Labs was on the road to realizing our vision of becoming "Web3 Disney." We were preparing to launch an innovative skill-based NFT video game – Dookey Dash – which features the BAYC brand and ties-in with the BAYC brand's storytelling. We

were also nearing the end of negotiations (which later resulted in an executed agreement, *see* JTX-1461 and JTX-1462 (Re-Tweets reflecting on the announced partnership)) with Gucci for a multi-year partnership that will involve Gucci creating clothing for Otherside and 10KTF (yet another NFT collection that Yuga Labs acquired during my tenure as CEO). Yuga Labs had also successfully hosted two "ApeFest" events. ApeFest is an annual music festival that Yuga Labs produces for BAYC and MAYC NFT holders. JTX-1299 is a copy of the webpage for ApeFest 2022 (which Yuga Labs hosted from June 20-23, 2022). The 2022 ApeFest featured, as shown in JTX-1293, a musical performance by Snoop Dogg and Eminem, who are also BAYC NFT holders, among other performances. Finally, Yuga Labs had created and released merchandise to its community of NFT holders that featured the BAYC brand, for example as shown in JTX-605 (which shows BAYC branded clothing that we released in partnership with other brands).

7. The BAYC brand is the tentpole brand for Yuga Labs. Dookey Dash, ApeFest, Otherside, and so many other projects and experiences would not and could not exist without BAYC. By way of comparison, again to Disney, BAYC is our Mickey Mouse. The importance of the BAYC brand to Yuga Labs is further evident in Yuga Labs' annual revenue, where nearly all of Yuga Labs' revenue in 2021 and 2022 was attributable in some way to the BAYC brand. Likewise, Yuga Labs has invested a substantial amount of money marketing the BAYC brand. As JTX-1075 (Yuga Labs' 2022 income statement) shows, Yuga Labs spent just over $20 million on advertising in 2022, and nearly all of that was spent supporting the BAYC brand. Yuga Labs' marketing of the BAYC brand includes, among other things, its operation of social media accounts, hosting community events, and its brand collaborations and high-profile partnerships (such as those with Arizona Iced Tea, as shown in JTX-1038, and Adidas, as shown in JTX-606).

8. Because of the importance of the BAYC brand to Yuga Labs' entire business, Yuga Labs protects the BAYC brand in several ways. First, Yuga Labs has

applied for trademark registrations for the trademarks it uses with the BAYC brand. It has obtained registrations in multiple countries, including the United States, for BAYC trademarks and has many pending trademark applications.  Second, Yuga Labs hired several full-time employees whose responsibilities include working with third-party platforms (such as YouTube, OpenSea, Twitter, etc.) to remove content that infringes Yuga Labs' intellectual property.  Third, Yuga Labs has engaged third-party vendors whose responsibility is to identify and remove content that infringes Yuga Labs' intellectual property.  Fourth, Yuga Labs employs an internal legal team whose responsibilities include oversight of the BAYC brand enforcement efforts and the escalation of enforcement efforts when necessary.  Fifth, Yuga Labs has engaged outside counsel to further escalate protection of Yuga Labs' intellectual property where other efforts have been unsuccessful.  While I was Yuga Labs' CEO, Yuga Labs filed lawsuits relating to only one infringing NFT collection – the RR/BAYC collection – because the RR/BAYC collection was the only infringing collection trading off of the BAYC brand that led to confusion in the marketplace prompting complaints from our business partners, investors, and BAYC NFT holders.  This confusion also uniquely caused problems in the day-to-day business operations of the company as reported to me by my direct reports.

9. Defendants Ryder Ripps' and Jeremy Cahen's ("Defendants") RR/BAYC collection harmed Yuga Labs, including because it created confusion in the marketplace about whether Yuga Labs had launched a new BAYC collection, whether Yuga Labs would mint more BAYC NFTs, and whether the existing BAYC NFTs were still an exclusive good.

10. Defendants initially started calling their new collection "BAYC V3" (JTX-689) and "Bored Ape Yacht Club V3" (JTX-690), and this name caught on. Shortly after Defendants launched their infringing collection, I started to receive reports from Yuga Labs' Vice President of Communications about press inquiries concerning "Yuga Labs' 'BAYC V3'" collection.  On several occasions in May and

June 2022, we discussed how to respond to a new press inquiry related to RR/BAYC NFTs and whether they were a "V3" of BAYC. I was troubled by these inquiries because it was creating confusion about BAYC at the same time that Yuga Labs was promoting its second annual ApeFest, on which I wanted the press about Yuga Labs to focus. Furthermore, during Yuga Labs' 2022 ApeFest event, I was notified about a Bloomberg segment attributing the RR/BAYCs to Yuga Labs. I first saw this report when a BAYC NFT holder posted about the segment in the members-only Discord channel. (JTX-1192 is a screen capture of that post.) I then went and watched the Bloomberg segment myself. (JTX-1049 is the video and the Bored Ape Yacht Club V3 is mentioned at 11:07; *see also* JTX-701, a screen capture of the Bloomberg segment at a point when the RR/BAYC NFT collection is being discussed.) The collection referred to in the Bloomberg segment as "Bored Ape Yacht Club V3" is not a Yuga Labs collection; it is Defendants' RR/BAYC NFT collection. I know that because at that same time, OpenSea (one of the most popular secondary marketplaces for NFTs) reflected that RR/BAYC was trading at a higher volume on OpenSea than BAYC (JTX-684 is a screen capture from OpenSea showing RR/BAYC trading volume exceeding BAYC trading volume), and trading volume was an issue Bloomberg was reporting about in the segment that featured the RR/BAYC collection. Defendants were also promoting trading volume on their Twitter accounts (*see* JTX-683 and JTX-685 for examples of Defendants' Tweets about the trading volume). Yuga Labs' BAYC collection and Defendants' RR/BAYC collection on OpenSea looked nearly identical. (*See* JTX-686, which shows screen captures from OpenSea of BAYC #1058, on the left, and RR/BAYC #1058, on the right.)

11. In May and June 2022, several managers reported to me that their direct reports asked them whether Yuga Labs had released a "V3" BAYC collection. Each of these managers explained that they handled the situation with their reports, but more than one of them also expressed concern to me that the RR/BAYC collection was problematic because their reports were distracted and felt left out of the plans for

the company when they heard about a "V3" BAYC collection and saw the RR/BAYC collection on social media and secondary marketplaces (such as OpenSea).

12. In May 2022, Mr. Ripps began using a BAYC image as his Twitter profile picture. JTX-132 is a capture of Mr. Ripps' Twitter account as of May 16, 2022, and it shows his profile picture as an ape with a circle around the image, which at that time meant that his profile picture was not verified as an NFT he owned. At some point Mr. Ripps connected his wallet to Twitter which resulted in his profile picture showing a hexagon around the ape, making it look like Mr. Ripps was using a BAYC NFT, even though it was really an RR/BAYC that he was using. (*See* JTX-857 to see Mr. Ripps' use of an NFT as his profile picture; JTX-1556 shows a Twitter user expressing confusion over Mr. Ripps' use of his RR/BAYC NFT as his profile picture on Twitter; *see also* JTX-524.)

13. Defendants promoted their infringing RR/BAYC NFTs on their own Twitter accounts and on a commercial Twitter account that they set up for their "Ape Market" (@ApeMarketplace on Twitter, which is shown at JTX-696). (*See e.g.* JTX-671, 719, and 814 (Mr. Ripps promoting RR/BAYC NFTs on Foundation, using BAYC trademarks); JTX-690 (Mr. Ripps promoting RR/BAYC NFTs on x2y2 using BAYC trademarks).) They directed their Tweets not just to their followers, but to the NFT community and Bored Ape Yacht Club members generally. For example, although I did not follow Defendants on Twitter, I saw some of their Tweets in my "feed" on Twitter promoting RR/BAYC NFTs. They also marketed directly to the BAYC community (and those interested in BAYC) using the BAYC trademarks in a way that looked like Yuga Labs might be associated with their collection in order to sell their infringing RR/BAYC NFTs. I also saw that Mr. Ripps represented that owners of RR/BAYC NFTs received full commercial rights in the image. (*See* JTX-1037 is one example of a Tweet from Mr. Ripps making this representation.) This was false because Mr. Ripps had no rights to transfer. It was also confusing because BAYC NFT holders *do* receive commercial rights from Yuga Labs to use their

images, and this fact is something that Yuga Labs is known for innovating in Web3. Therefore, Mr. Ripps' Tweets about commercial rights in RR/BAYC furthered the confusing association between the RR/BAYC NFTs and BAYC NFTs.

14.     Defendants' promotion of their RR/BAYC NFTs prominently used Yuga Labs' BAYC trademarks. For example, in a Tweet showing a teaser image of their Ape Market, only their RR/BAYC NFT collection and Yuga Labs' BAYC-related NFTs were shown on the marketplace. (JTX-696.) They also marketed Ape Market to the "Yuga Community", using Yuga Labs' BAYC trademarks, and explained that to use the marketplace users had to own an RR/BAYC NFT. (JTX-697.) They also used many BAYC trademarks on one of their ecommerce webpages, Foundation. (JTX-673 shows Defendants' Foundation page to sell RR/BAYC NFTs.) As a result, if someone was looking to buy a BAYC on Foundation, they were likely to find Defendants' ecommerce page, as shown in JTX-677 (which shows screen captures for two different Google searches and the top result being Defendants' ecommerce page on Foundation). Moreover, because Yuga Labs did not have a branded page on Foundation, but did on OpenSea, Defendants' launch of the RR/BAYC NFT collection on Foundation using Yuga Labs' BAYC trademarks was particularly confusing because it looked like a branded Yuga Labs page. Defendants also used the BAYC "Ape ID" to name their own tokens. (*See* JTX-669, which is just one example showing Defendants naming their RR/BAYC NFTs off of the BAYC number.) And, because Mr. Ripps named the RR/BAYC collection "Bored Ape Yacht Club" with the symbol "BAYC" when creating the smart contract, bots tracking sales of BAYC NFTs looking for that name or symbol on the blockchain falsely reported sales of RR/BAYC as BAYC sales, creating further confusion in the marketplace. (*See* JTX-1029 as an example of a Tweet from one of these bots and the comments showing the confusion; *see also* JTX-1030, 1031, 1032, 1034, 1035 for more examples of the same.)

15.     Defendants' promotion of their RR/BAYC NFTs appeared to escalate

around June 20, 2022, which was the beginning of ApeFest. From my perspective, Defendants were riding the coattails of Yuga Labs' efforts to promote ApeFest by aggressively promoting their infringing NFTs at the same time. Indeed, they announced on June 20 (the first day of ApeFest) that all of their infringing NFTs had been reserved and that they were ready to launch Ape Market. (JTX-696.) During ApeFest, I received complaints from BAYC members about Twitter "Spaces" (live discussions on Twitter) that Defendants hosted, which they promoted as "Bored Ape Yacht Club" or "BAYC" spaces, but which were about the RR/BAYC NFTs, not the BAYC collection. I understood that BAYC holders who attended these Twitter "Spaces" were upset because they thought they were attending a BAYC community event and were disappointed and frustrated when they realized it was not. Another fact I took away from these conversations was that these BAYC holders expected Yuga Labs to put a stop to these Spaces. At ApeFest, I also received complaints from at least three BAYC members (known as Jimmy, Captain Trippy, and Cameron) about confusion they believed existed in the market between real Apes (BAYC NFT holders) and "fake" apes (which they each identified as holders of an RR/BAYC NFT), and their concern that a BAYC NFT was no longer exclusive or as meaningful as a digital identity.

16. Defendants' RR/BAYC NFT collection also impacted Yuga Labs' relationships with at least three businesses: Adidas (a Yuga Labs business partner), Farfetch (a business I was actively negotiating with in May and June 2022), and a high-end international fashion conglomerate. My contact at Adidas called me in May 2022 about the RR/BAYC collection and expressed anger and frustration that Yuga Labs had failed to stop the mint of the RR/BAYC NFT collection. And, for context, I understood some of the anger arose from the fact that in December 2021, Mr. Ripps had previously stolen from Adidas by creating a copy of the Adidas ape (JTX-123 (Mr. Ripps' copy) and JTX-606 (Adidas' ape)). My contact at Farfetch brought up the issue during our negotiations over a partnership agreement, which was difficult

for me because it put me on the defensive during our negotiations. Although Yuga Labs ultimately signed a deal with Farfetch, I felt like I was in a weaker position after Farfetch raised the issue of whether BAYC was still an exclusive good given the presence of RR/BAYC NFTs. The potential fashion brand partner asked me if the presence of RR/BAYC NFTs meant that BAYC was not BAYC anymore, which I understood in the context of our conversation was a question as to the exclusivity of the BAYC brand. I have also negotiated with other brands since the RR/BAYC collection released who decided not to execute a deal with Yuga Labs related to the BAYC brand, but instead chose a different Yuga Labs brand to pair with their own brand, and a reason cited for the choice was that they did not perceive BAYC to be as exclusive as it used to be given the widespread sales of RR/BAYC.

17.     In addition to feeling tension with Yuga Labs' business partners, I felt tension with Yuga Labs' investors over the presence of the RR/BAYC NFTs in the marketplace. One of Yuga Labs' investors, who is also a BAYC member, told me directly "you need to do something about this" in reference to the RR/BAYC NFT collection. She went on to explain that she was worried about confusion in the market and the harm it would have to the exclusivity of the BAYC brand. Because I considered this woman a friend, because she had a vested interest in the success of Yuga Labs, and because she seemed uncomfortable raising her concerns with me, I realized that other potential investors or partners might have similar concerns and just choose not to raise those concerns with me and give me a chance to explain. I worry about Yuga Labs lost business opportunities because of the RR/BAYC NFT collection.

18.     I was also worried about Defendants' activities because I was aware of their role in the sale of CryptoPhunks, an NFT collection that uses the same images as CryptoPunks, but which images face left instead of right, and their creation of a secondary market on which those collections could be traded. I also saw Tweets from Defendants bragging that that marketplace had seen $80 million of trading

activity.

19. As the CEO of Yuga Labs, I decided to take several actions to try to stop the harm I perceived from the RR/BAYC NFT collection. First, we tried to work with third parties to remove the RR/BAYC NFT collection from the marketplace because Defendants were using our trademarks, an action similar to how Yuga Labs addresses other infringing content. In addition, OpenSea detected the infringing content through its own tools. We had limited success with our takedown efforts on third-party platforms. This is because, Defendants kept making limited changes to their sales pages to try to get them put back up. And each time they made a change, they still used the BAYC trademarks to sell the RR/BAYC NFT collection. They had to use Yuga Labs' BAYC trademarks to make the RR/BAYC NFT collection noticeable and attractive to customers. However, we had no success with our requests to domain registrars to remove Defendants' ecommerce website, rrbayc.com.

20. Second, Yuga Labs "burned" the BAYC smart contract (i.e., transferred ownership of the smart contract to the null address, where it could no longer be controlled) in June 2022 to prevent its ability to ever mint another BAYC NFT. One of the reasons we decided to make this change at that time was to address perceived concerns about exclusivity in the marketplace – as a result of the change, the BAYC contract publicly shows that Yuga Labs can never make more BAYC NFTs. I understood that change also limited Yuga Labs' future revenue streams or potential perceived value by any future acquirer because Yuga Labs could never mint more BAYC NFTs to generate revenue. Nevertheless, I thought this change was one way to address questions around whether the "V3" collection was in fact from or related to Yuga Labs. Unfortunately, this did not stop the questions about the RR/BAYC NFT collection or allow us to recontrol the BAYC brand.

21. Notwithstanding Yuga Labs' efforts to employ traditional enforcement efforts and the change it made to the BAYC smart contract, I was still seeing evidence

of confusion in the marketplace in June 2022. And, at the same time, Defendants were about to launch another ecommerce website, apemarket.com, to allow for secondary sales of RR/BAYC NFTs alongside only BAYC-branded NFTs. Given their development of two ecommerce websites, our lack of success removing the first website (rrbayc.com), and the impact Defendants' Cryptopunks/CryptoPhunks marketplace had on the Cryptopunks brand, Yuga Labs sued Defendants shortly after they announced they were ready to launch Ape Market. (JTX-696 and JTX-1027.)

22. Finally, Yuga Labs has also increased its focus on marketing the BAYC brand, hoping to drown out the noise of RR/BAYC NFTs. However, this too, has had limited success in helping BAYC regain all of its perceived exclusivity. Even after Yuga Labs filed this lawsuit, I have seen examples of Defendants continuing to market their RR/BAYC NFTs and Ape Market. (*See* JTX-1315, a Tweet from Mr. Cahen announcing that RR/BAYC were available on OpenSea Pro; JTX-1317, RR/BAYC on OpenSea Pro in April 2023; JTX-1613-1615, Tweets from Mr. Cahen sharing the resales of RR/BAYC.) This marketing harms Yuga Labs because it brings attention to the loss of exclusivity of BAYC NFTs. Moreover, as long as Defendants control their commercial accounts to create, market, and sell RR/BAYC NFTs (e.g. rrbayc.com, apemarket.com, @ApeMarketplace, the RR/BAYC NFT smart contract, and https://rrbayc-v0.netlify.app/ (the website used to mint the RR/BAYC NFTs)), Yuga Labs does not have the ability to exclusively control its BAYC brand. Because much of the BAYC brand value is related to the perception of exclusivity, Defendants' possession of these tools also continues to injure Yuga Labs by weakening the BAYC brand.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on July 17, 2023.

_____
Nicole Muniz