# Trial Exhibit JTX-0132



JTX-0132.00001

YUGALABS_00000547





10 · 9 · 57

RYDER RIPPS Retweeted

**Reeepx(ph,unky)** @reep_x · 1h

Replying to @tearaverse

Wen wrapper/discord 🍕 @ryder_ripps

1 · 2

**RYDER RIPPS** @ryder_ripps · 2h

hey BAYC owners.. u mad? foundation.app/collection/bayc

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 78 | 58 | 0.11 ETH | 7.55 ETH |

NFTs Description Activity

Live Auction · Buy Now · Reserve Price · Active Offers · Price

8 · 5 · 38

RYDER RIPPS Retweeted

**Bk** @invest_RN · 2h

If you don't understand what @ryder_ripps is doing, then you are probably the consumer yuga labs is targeting 🤮 #art

4 · 11 · 36

**RYDER RIPPS** @ryder_ripps · 2h

this @guyoverfelt is undercutting everyone with the fast fingers buying other peoples requested apes. we must stop him. @RodmanLaw

10 · 1 · 27

RYDER RIPPS Retweeted

**STORY PRODUCT** @Pauly0x · 3h

The @ryder_ripps Alien #3100 is the Duchamp Fountain of modern digital art.

5 · 9 · 50

**RYDER RIPPS** @ryder_ripps · 3h

doing an auction for the @TomatoBAYC ape

2 · 13

RYDER RIPPS Retweeted

**yolk** @yyolk · 3h

The tweet yield-Dino isnt apologizing for where @ryder_ripps having an hexagon and a blue check mark is enough for yield dino to do basically nothing and was fooled into believing they're in their group and everyone else is the other twitter.com/phunk2243/stat...

> **Yieldasaurus** - Coin King
>
> If you are rocking a PFP under $100k plz don't @ me or share your opinion on my wall. I don't care what you have to say. Reality is you need to Work harder, move out of your moms basement, stack eth/sol, buy a few real PFP then share your opinion.

4 · 5 · 18

Show this thread

RYDER RIPPS Retweeted

**NFT ART** @mentalist420 · 4h

@SassBAYC we are twinsies now thnks to @ryder_ripps

where are all my #BAYC at...
foundation.app/@ryder_ripps/b...

YUGALABS_00000548

**JTX-0132.00002**

@ryder_ripps

3 2 11

RYDER RIPPS Retweeted

**9999999333** @phunk2243 · 5h

How it started vs. how it's going: @ryder_ripps & @Yieldasaurus. The beginning & end of a bromance in two scenes.

14 8 76

RYDER RIPPS Retweeted

**Yieldasaurus 💎 - Coin King** @Yieldasaurus · 5h

Replying to @Squib_eth @ryder_ripps

I was unaware of this until now. Ryder. Go fuck yourself

8 1 11

RYDER RIPPS Retweeted

**Andy Sheffield** @dysfungible · 6h

Here comes conceptual art to rain on everyone's idea of art and ownership. 1488 IS MINE NOW said the blockchain. Always question the hype. I'm just here for the lulz. thanks for making me a faux-millionaire @ryder_ripps

2 5 15

RYDER RIPPS Retweeted

**RILEY** @guyedxbt · 10h

Replying to @jeffalomaniac @enddotgame

hey why did you steal my NFT? You can't do that... @RodmanLaw

6 2 34

RYDER RIPPS Retweeted

**RILEY** @guyedxbt · 6h

1 7 21

RYDER RIPPS Retweeted

**XXXX FÆDRA XXXX** @F4EDRA · 6h

not @ryder_ripps out here w the bootlegs

3 6 35

RYDER RIPPS Retweeted

**Squib.eth** @Squib_eth · 6h

Replying to @ryder_ripps @Yieldasaurus

@ryder_ripps is a plague and a leech on the NFT space

6 1 9

Loading seems to be taking a while

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.



YUGALABS_00015424