# Trial Exhibit JTX-0524

**Jason.ip** 🚀
@Jclineshow

Exhibit 0524
3/24/2023
Jason Cline

I can't believe of all people @ryder_ripps finally bought a BAYC. What is happening 😂

2:24 PM · May 13, 2022

3 Retweets   40 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____JTX-0524_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Tweet your reply                                           Reply

**aua8291.eth** ● ✓  @aua8291 · May 14
Replying to @Jclineshow and @ryder_ripps
need to get a bayc v3. @ryder_ripps sir will u make another one?

💬    🔁    ♡ 1    ⬆

💀 **Metacon | 💎00.eth | 💎⛏➡SOON** @metacon68 · May 13
Replying to @Jclineshow and @ryder_ripps
Pretty sure he just right click saved that shit 🤣

💬 1    🔁    ♡ 1    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @metacon68 and @ryder_ripps
But it has the hex?

💬 3    🔁    ♡ 5    ⬆

Show replies

**cb** @web3cb · May 13
Replying to @Jclineshow and @ryder_ripps
It's not a real BAYC, Jason.

💬 5    🔁    ♥ 1    ⬆

**Lylythabeast.eth** ➡ SOON @business_kelly · May 13
Replying to @web3cb @Jclineshow and @ryder_ripps
he has a hexe gone though ….

💬 2    🔁    ♥ 1    ⬆

Show replies

**Lylythabeast.eth** ➡ SOON @business_kelly · May 13
Replying to @Jclineshow and @ryder_ripps
😂

💬    🔁    ♥ 1    ⬆

**davila** 🖐 @0xDavila · May 13
Replying to @Jclineshow and @ryder_ripps
It's fake check the contract haha

💬 1    🔁    ♥ 1    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @0xDavila and @ryder_ripps
It has the hex tjough?

💬 1    🔁    ♥ 5    ⬆

Show replies

**MIKΞG.IP** 🚀 @MetaMikeG · May 13
Replying to @Jclineshow and @ryder_ripps
And a real one too! Ya just never know what the day will bring

💬         ⟲         ♡ 1         ⬆

**MAXIMAXIMAXIMAXIMAXIMAXI...**  @MAXIMUM... · May 13
Replying to @Jclineshow and @ryder_ripps
I bet @moonpay airdropped it, no way he's got bags for that.

💬 1        ⟲        ♡ 8        ⬆

**MoonPay** ✓ @moonpay · May 14
Replying to @MAXIMUMWAGMI @Jclineshow and @ryder_ripps

[GIF: Keeping Up With The Kardashians]

💬 3        ⟲ 1        ♡ 13        ⬆

Show replies

**-969.eth** @sheeptweetZ · May 13
Replying to @Jclineshow and @ryder_ripps
😂😂

💬 1        ⟲        ♡ 3        ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @sheeptweetZ and @ryder_ripps

Holy 👀

💬    🔁    ♡ 1    ⬆