# Trial Exhibit JTX-0606

adidas Originals
@adidasoriginals
#NewProfilePic
PUNKS
8:36 AM · Dec 2, 2021
37K
Reply
Share
Read 2.1K replies

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT JTX-0606
DATE ________ **IDEN.**
DATE ________ **EVID.**
BY ________
**Deputy Clerk**

**JTX-0606.00001**

YUGALABS_00002244