# Trial Exhibit JTX-0671



