# Trial Exhibit JTX-0677



YUGALABS_00015439