# Trial Exhibit JTX-0683

2/4/23, 3:20 PM  PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea… IN THE WORLD! 🚀 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM  Document 340-10  Filed 07/17/23  Page 2 of 4  Page ID #:23409

[Twitter logo]

# Explore

⚙ Settings

← Tweet

**PAULY** ✓
@Pauly0x

RR/BAYC is officially the highest 24h volume on @opensea...

IN THE WORLD! 🚀

We passed BAYC in the middle of Apefest! 😂

(*Punks volume is not on OS, it's on the LL marketplace.)

[Image: Top collections over last 24 hours chart showing CryptoPunks, RR/BAYC, Bored Ape Yacht Club, Art Blocks Curated, Otherdeed for Otherside, CLONE X - X TAKASHI, Primates, Udder Chaos, Mutant Ape Yacht Club, Chromie Squiggle, Azuki, CryptoPunks V1, Doodles, Yeah Tigers, Okay Bears]

11:24 PM · Jun 20, 2022

34 Retweets    3 Quote Tweets    168 Likes

💬    🔁    ♡    ⬆

**D34thSt4lker** ✓ @D34thSt4lker · Jun 20, 2022
Replying to @Pauly0x and @opensea
Cool story bro
💬 1    🔁 1    ♡ 1    📊    ⬆

**PAULY** ✓ @Pauly0x · Jun 20, 2022
Replying to @D34thSt4lker and @opensea
Facts > stories
💬 1    🔁 1    ♡ 1    📊    ⬆

Show replies

**-69.eth** ✓ @_etheth · Jun 20, 2022
Replying to @Pauly0x and @opensea
➡➡➡➡ SOON SOON SOON SOON
💬    🔁    ♡ 6    📊    ⬆

**Zorta** @zortastore
😔Unfortunately, we will close properly soon.

We can no longer afford to rent our business. The Travel Cosmetic Bag in our shop has a 50% discount! If our financial situation improves in the future, we will definitely open up again.

🛒Get Here👉 zorta.co/cosmetic-bag

---

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own pers…

[G] Sign up with G…
[] Sign up with A…
Create accoun…

By signing up, you agree to the Te… Privacy Policy, including Cookie U…

**Relevant people**

**PAULY** ✓
@Pauly0x
Founder @NotLarv… FUNGIBLE TOKEN: a… identifier that canno… substituted, or subc… Merriam-Webster D…

**What's happening**

NHL · Starts at 3:00 PM
Metropolitan Division at At… Division

Politics · Trending
**The Chinese**
Trending with Surfside Beach

Trending in United States
**F-22**
11.1K Tweets

Trending in United States
**Top Gun 3**

Sports · Trending
**Brian Schottenheimer**

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More …
© 2023 Twitter, Inc.

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0683**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S…

2/4/23, 3:20 PM    PAULY on Twitter: "RRrBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🥂 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM  Document 340-10  Filed 07/17/23  Page 3 of 4  Page ID #:23410



2/4/23, 3:20 PM
Case 2:22-cv-04355-JFW-JEM Document 340-10 Filed 07/17/23 Page 4 of 4 Page ID #:23411
PAULY on Twitter: "RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🔥 We passed BAYC in the mi…

- Explore
- Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in