# Trial Exhibit JTX-0684





JTX-0684.00001                                                                                                                                  YUGALABS_00015425