# Trial Exhibit JTX-0685

