# Trial Exhibit JTX-0686




