# Trial Exhibit JTX-0689

