# Trial Exhibit JTX-0696



JTX-0696.00001

YUGALABS_00014079





