# Trial Exhibit JTX-0697

