# Trial Exhibit
# JTX-0701

