# Trial Exhibit JTX-0719

