# Trial Exhibit JTX-0857

