# Trial Exhibit JTX-1027



YUGALABS_00000545