# Trial Exhibit JTX-1029



3:46 PM · Jul 8, 2022 · Twitter for Android

**1** Retweet   **78** Likes

💬                    ↻                    ♡                    ⬆

👤   Tweet your reply                                    Reply

ᒣ•ᒣ.eth @Sisa_eth · Jul 8                                      ...
Replying to @0xQuit
Is this a Ryder

💬 1              ↻              ♡ 3              ⬆

quit.q00t.eth @0xQuit · Jul 8                                  ...
Replying to @Sisa_eth
Yes

💬 1              ↻              ♡              ⬆

Show replies

W3nzel.eth @thisiswenzel · Jul 8                              ...
Replying to @0xQuit
And who pays 6E for this? WTF?

💬 4              ↻              ♡              ⬆

quit.q00t.eth @0xQuit · Jul 8                                  ...
Replying to @thisiswenzel
🤷 Fools

💬 2              ↻              ♡ 5              ⬆

Show replies

quandary.eth @quandaryeth · Jul 8                              ...
Replying to @0xQuit

**JTX-1029.00002**                                    YUGALABS_00002684



**JTX-1029.00003**                                                    YUGALABS_00002685

Show more replies

YUGALABS_00002686