# Trial Exhibit JTX-1030

