# Trial Exhibit JTX-1031



**apeuniverse.eth** (🦍, 🪐) @apeuniverse_eth · 26m
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

💬  🔁  ♥ 1  ⬆️

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT __**JTX-1031**__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**