# Trial Exhibit JTX-1032



