Case 2:22-cv-04355-JFW-JEM   Document 340-27   Filed 07/17/23   Page 1 of 2   Page ID #:23450

# Trial Exhibit JTX-1034

