# Trial Exhibit JTX-1035

