# Trial Exhibit JTX-1037

