# Trial Exhibit JTX-1038

