# Trial Exhibit JTX-1075



# Yuga Labs, Inc.
# Income Statement
January - December 2022

|  | Total |
|---|---:|
| Revenue | $ 123,887,497 |
| Cost of Goods Sold | $ 17,429,043 |
| Gross Profit | $ 106,458,454 |
| Expenses | |
| 5100 Advertising, Marketing and Community | $ 20,202,665 |
| 6000 Professional Services | $ 24,229,931 |
| 6200 Other Business Expenses | $ 4,358,725 |
| 7000 Payroll, Benefits and Staff Expenses | $ 20,835,329 |
| 7100 Product & Technology | $ 3,333,517 |
| Total Expenses | $ 72,960,167 |
| Operating Profit (EBITDA) | $ 33,498,287 |
| Total Non Operating Income | $ 1,971,318 |
| Total Non Operating Expenses | $ 46,285,250 |
| Net Non Operating Income | $ (44,313,931) |
| Net Income | $ (10,815,645) |

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ **JTX-1075**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk