# Trial Exhibit JTX-1293



JTX-1293.00001

YUGALABS_00002439