# Trial Exhibit JTX-1299

ApeFest 2022 in NYC

https://apefest.com/





Sponsored by



Day 1
**Mon, 6/20**

**LCD Soundsystem
Questlove**

Day 2
**Tue, 6/21**

**Haim
Lil Baby**

Special guest: Timbaland

ApeFest 2022 in NYC · https://apefest.com/



**Day 3**
**Wed, 6/22**

**The Roots**
**Future**

**Day 4**
**Thu, 6/23**

**Lil Wayne**
**Snoop Dogg**
**& Eminem**

# 4 Days. 5-10pm daily.
# Pier 17, New York City.

JTX-1299.00003 · YUGALABS_00033312

# BAYC, MAYC, & guests 

## 18+ to enter, 21+ for open bar

## Music, merch, art, open bar, free food before, during & after

## New performers each night (no spoilers)

## Treats from fellow apes: Bored & Hungry, Champ Medici's Bored Taco, and Dr. Bombay's Sweet Exploration

ApeFest 2022 in NYC                                                                 https://apefest.com/



5 of 9                                                                              2/5/2023, 10:33 AM

JTX-1299.00005                                                          YUGALABS_00033314

ApeFest 2022 in NYC

https://apefest.com/









# FAQs

See all

Who can I bring as my +1?　　　　　　　　　　　+

ApeFest 2022 in NYC                                                                                                             https://apefest.com/

What's tokenproof?      +

Is there a secondary market for tickets?   +

How does the waitlist work?   +

Will I be able to exchange my ticket for a different date?   +



FAQ
Covid-19

JTX-1299.00008                                                                                     YUGALABS_00033317

ApeFest 2022 in NYC https://apefest.com/

Privacy Policy
Terms of Service



**Merch support:** merchsupport@yugalabs.io & at the Pier 17 merch shop
**Tokenproof support:** support@tokenproof.xyz
**All other support:** support@apefest.com
**Day-of support:** Info kiosks outside the entrance

© 2023 YUGA LABS INC.

visit : yuga.com

JTX-1299.00009 YUGALABS_00033318