# Trial Exhibit JTX-1315



**PAULY** ✓
@Pauly0x

BREAKING:

RR/BAYC is trading on OpenSea Pro:



pro.opensea.io
OpenSea Pro: The most powerful NFT Marketplace Aggregator
Buy, sell, and sweep from 170+ NFT marketplaces. With the fastest collection updates, most optimized gas fees, and advanced analytics.

10:43 AM · Apr 4, 2023 · **1,128** Views



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-1315
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk