# Trial Exhibit JTX-1461

