# Trial Exhibit JTX-1462

