# Trial Exhibit
# JTX-1556



**Jason.ip** 🚀
@Jclineshow

I'm confused. The verified profile of Ryder Ripps also has the hexagon and from some research Ryder appears to be heavily involved in the music and art industry but you're saying his BAYC isn't the real one?



2:58 PM · May 13, 2022

**8** Retweets   **1** Quote Tweet   **71** Likes

Tweet your reply



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-1556** _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

YUGALABS_00029080

**TopCat** @Degen_4pe · May 13 ···
Replying to @Jclineshow
No way that's for real

💬 1          ⟲          ♡ 2          ⬆

**Jason.ip** 🚀 @Jclineshow · May 13 ···
Replying to @Degen_4pe
So it's fake?

💬 3          ⟲          ♡ 3          ⬆

Show replies

**TopCat** @Degen_4pe · May 13 ···
Replying to @Jclineshow
Minted 4 hours ago

💬          ⟲          ♡ 2          ⬆

**Spvce** @Spvce · May 13 ···
Replying to @Jclineshow
You can click on it and see it's from some BAYC v3 collection lol

💬 3          ⟲          ♡ 1          ⬆

**Jason.ip** 🚀 @Jclineshow · May 13 ···
Replying to @Spvce
Lol I know 😆

💬 1          ⟲          ♡ 4          ⬆

Show replies

**GrumpyGramps.eth** @NFTGramps · May 13 ···
Replying to @Jclineshow
I see you in jail!

💬 2          ⟲          ♡ 2          ⬆

JTX-1556.00002                                    YUGALABS_00029081

**Jason.ip** 🚀 @Jclineshow · May 13

Replying to @NFTGramps

GRANDPAAA THATS WHERE YOU WENT

💬 1          🔁          ♡ 2          ⬆️

**Show replies**

**Lylythabeast.eth** 🔜 @business_kelly · May 13

Replying to @Jclineshow and @ryder_ripps

Oh man who could think he would turn his vest around 😨

💬          🔁          ♡ 1          ⬆️

**MIKEG.IP** 🚀 @MetaMikeG · May 13

Replying to @Jclineshow

You're killin me with this one

💬 1          🔁          ♡ 4          ⬆️

**Jason.ip** 🚀 @Jclineshow · May 13

Replying to @MetaMikeG

Hehe

💬          🔁          ♡ 1          ⬆️

**Sting** ❓ @StingNFT · May 13

Replying to @Jclineshow



YUGALABS_00029082



YUGALABS_00029083

 🎄 𝕻𝖆𝖕𝖆𝕽𝖆𝖉𝖇𝖗𝖔 🎄 **100up.eth** @papasmurff91 · May 14    •••
Replying to @Jclineshow



II  GIF  ALT

💬        ⟲        ♡  1        ⬆️

 **aaalex.eth** @pana067 · May 13    •••
Replying to @Jclineshow
Unbelievable!

💬        ⟲        ♡  2        ⬆️

**theseller.eth** @theseller_eth · May 13    •••
Replying to @Jclineshow
People spending so much brain power on this one. Ryder wins again.

💬        ⟲        ♡  2        ⬆️

MAXIMAXIMAXIMAXIMAXIMAXI…  @MAXIMUM   May 13  •••

YUGALABS_00029084

MAXIMAXIMAXIMAXIMAXIMAXIMAXI... @MAXIMUM... · May 13   · · ·

Replying to @Jclineshow

I think probably what happened is @j1mmyeth lost his hex when @ryder_ripps bought it and to be fair maybe he hasn't had a chance to change it? He probably should do it soon though. This is kinda illegal. Might be a grey area. Not sure.

💬 1          ⟲          ♡ 8          ⬆

Chuch @dlChuch · May 13   · · ·

Replying to @MAXIMUMWAGMI @Jclineshow and 2 others

"illegal" lol. Not in the slightest bit

💬 2          ⟲          ♡ 5          ⬆

**Show replies**

Kaneco.eth @Web3Kaneco · May 13   · · ·

Replying to @Jclineshow

Maybe ask him about the prostitutes he hires off Craigslist and charges clients for

💬 1          ⟲          ♡          ⬆

🎅 PapaRadbro 🎅 100up.eth @papasmurff91 · May 14   · · ·

Replying to @Web3Kaneco and @Jclineshow

Ayeee YOOOO!

💬          ⟲          ♡ 1          ⬆

nolanidn @NolanIDN · May 14   · · ·

Replying to @Jclineshow

Someone needs to be DMCA'd. Copying someone's non fungible token is not cool bro, not cool

YUGALABS_00029085



II | GIF | ALT

MakeAGIF.com

♡ 1

**Donn Gregoor** 👁🗨 @DonnGregoor69 · May 13 · · ·
Replying to @Jclineshow
opensea.io/collection/bor…

♡ 2

**-969.eth** @sheeptweetZ · May 13 · · ·
Replying to @Jclineshow
👀

♡ 2

**Show more replies**

YUGALABS_00029086