# Trial Exhibit JTX-1613



JTX-1613.00001

YUGALABS_00043588