# Trial Exhibit JTX-0028





YUGALABS_00015424