# Trial Exhibit JTX-0670

Captured at: 01/05/2023, 01:47 PM
URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=artworks



BAYC

# Bored Ape Yacht Club

@ryder_ripps

Collection of 1,063 Owned by 389  Floor Price 0.12 ETH Total Sales 85.07 ETH

JTX-0670.00001

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0670**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

YUGALABS_00030104