# Trial Exhibit JTX-0683

2/4/23, 3:20 PM  PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🚀 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM   Document 341-6   Filed 07/17/23   Page 2 of 4   Page ID #:23579

Tweet

**PAULY** ✓
@Pauly0x

RR/BAYC is officially the highest 24h volume on @opensea...

IN THE WORLD! 🚀

We passed BAYC in the middle of Apefest! 😂

(*Punks volume is not on OS, it's on the LL marketplace.)

[Screenshot of OpenSea "Top collections over last 24 hours" showing:
1. CryptoPunks — -57.29%, floor 2,908.63
2. RR/BAYC — +19830.61%, floor 1.1, 1,684.67
3. Bored Ape Yacht Cl... — -10.33%, 91.99, 1,681.58
4. Art Blocks Curated — +108.07%, 943.15
5. Otherdeed for Other... — -7.49%, 2.4, 706.84
6. CLONE X - X TAKASHI... — +163.91%, 10.8, 695.38
7. Primates — -41.29%, 23, 20,482.39
8. Udder Chaos — 3.99, 17,774.61
9. Mutant Ape Yacht Club — -19.87%, 18.27, 513.8
10. Chromie Squiggle b... — +308.49%, 8.37, 512.13
11. Azuki — +89.22%, 11, 404.74
12. CryptoPunks V1 (wr... — -2.03%, 9, 400.57
13. Doodles — +76.99%, 13.48, 386.75
14. Yeah Tigers — -68.87%, 3, 9,979.38
15. Okay Bears — +89.12%, 115, 9,462.61]

11:24 PM · Jun 20, 2022

34 Retweets    3 Quote Tweets    168 Likes

---

**D34thSt4lker** @D34thSt4lker · Jun 20, 2022
Replying to @Pauly0x and @opensea
Cool story bro
💬 1   🔁 1   ❤️ 1

**PAULY** ✓ @Pauly0x · Jun 20, 2022
Replying to @D34thSt4lker and @opensea
Facts > stories
💬 1   🔁 1   ❤️ 1

Show replies

**-69.eth** ✓ @_etheth · Jun 20, 2022
Replying to @Pauly0x and @opensea
➡️➡️➡️➡️ SOON SOON SOON SOON
💬    🔁    ❤️ 6

**Zorta** @zortastore
😔Unfortunately, we will close properly soon.

We can no longer afford to rent our business. The Travel Cosmetic Bag in our shop has a 50% discount! If our financial situation improves in the future, we will definitely open up again.

🛒Get Here👉 zorta.co/cosmetic-bag

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0683**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**



Twitter

# Explore

⚙ Settings

🔍

💬 50    ↻ 30    ♡ 388    📊 1.3M    ↥

🔗 Promoted

---

**Juice** 🕯 ✓  @Juicetin_420 · Jun 20, 2022  …
Replying to @Pauly0x and @opensea
Zoos and BAYC both don't own their apes 👀

💬    ↻    ♡ 1    📊    ↥

---

**MM** ✓  @morellifit · Jun 21, 2022  …
Replying to @Pauly0x and @opensea
I am confused. You passed them with the same exact art for 1/90th of the price?

I am always happy to see people win, I am just not sure this is brag worthy?

Perhaps I am missing some important details?

💬 1    ↻ 1    ♡ 2    📊    ↥

---

**Collin collinnft.eth metameta.eth** @CollinsCustomIP · Jun 20, 2022  …
Replying to @Pauly0x and @opensea
congrats dood, see u husslin!

💬    ↻ 1    ♡    📊    ↥

---

**Tom** 🛠 @thomasjeans · Jun 20, 2022  …
Replying to @Pauly0x and @opensea
it's stolen art and a lot of people will get wrecked when the price tanks, congrats!

💬 1    ↻ 1    ♡ 1    📊    ↥

---

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]

 🐦

\# Explore

⚙ Settings

🔍

**Don't miss what's happening**
People on Twitter are the first to know.

Log in