# Trial Exhibit JTX-0684



**Top collections over** last 24 hours ⌄

| 1 | CryptoPunks | −57.29% |
|---|---|---|
| | Floor price: — | ♦ 2,908.63 |

| 2 | RR/BAYC | +19830.61% |
|---|---|---|
| | Floor price: ♦ 1.1 | ♦ 1,684.67 |

| 3 | Bored Ape Yacht Cl... | −10.33% |
|---|---|---|
| | Floor price: ♦ 91.99 | ♦ 1,681.58 |

| 4 | Art Blocks Curated | +108.07% |
|---|---|---|
| | Floor price: — | ♦ 943.15 |

| 5 | Otherdeed for Other... | −7.49% |
|---|---|---|
| | Floor price: ♦ 2.4 | ♦ 706.84 |

| 6 | CLONE X − X TAKASHI... | +163.91% |
|---|---|---|
| | Floor price: ♦ 10.8 | ♦ 695.38 |

| 7 | Primates | −41.29% |
|---|---|---|
| | Floor price: ≋ 23 | ≋ 20,482.39 |

| 8 | Udder Chaos | — |
|---|---|---|
| | Floor price: ≋ 3.99 | ≋ 17,774.61 |

| 9 | Mutant Ape Yacht Club | −19.87% |
|---|---|---|
| | Floor price: ♦ 18.27 | ♦ 513.8 |

| 10 | Chromie Squiggle b... | +308.49% |
|---|---|---|
| | Floor price: ♦ 8.97 | ♦ 512.13 |

| 11 | Azuki | +89.22% |
|---|---|---|
| | Floor price: ♦ 11 | ♦ 404.74 |

| 12 | CryptoPunks V1 (wr... | −2.03% |
|---|---|---|
| | Floor price: ♦ 9 | ♦ 400.57 |

| 13 | Doodles | +76.99% |
|---|---|---|
| | Floor price: ♦ 13.48 | ♦ 386.75 |

| 14 | Yeah Tigers | −68.87% |
|---|---|---|
| | Floor price: ≋ 3 | ≋ 9,979.38 |

| 15 | Okay Bears | +89.12% |
|---|---|---|
| | Floor price: ≋ 115 | ≋ 9,462.61 |



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-0684**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

**JTX-0684.00001**

YUGALABS_00015425