# Trial Exhibit JTX-0705









Replying to @0xGem
Decimal

**Buffet | NFTBuffet.eth** @NFTBuffet · Jul 8
Replying to @0xGem
damn i could have afforded this

💬 2   🔁   ♡ 4

**16** @Josh_IK · Jul 8
Replying to @NFTBuffet and @0xGem
Looks like a shady deal

💬 1   🔁   ♡ 1

Show replies

🖕🖕🖕🖕🖕.eth @from42c · Jul 8
Replying to @0xGem
hahaha

**Danny Kass** @dannygkass · Jul 8
Replying to @0xGem
Here we go again 👀

⚜️**BANANATASKFORCEAPE#GALA #BTFA ...** @FTMROSE... · Jul 8
Replying to @0xGem
How did we get here?

**weezyapebaby.eth** @twallace1010 · Jul 8
Replying to @0xGem
🥴

JTX-0705.00004                                              YUGALABS_00002628



JTX-0705.00005

YUGALABS_00002629





**mikerosko.eth** @Mike_Rosko_ · Jul 8
Replying to @0xGem
👀

**01.eth | kreeznotic | kreez.og** @kreeznotic · Jul 8
Replying to @0xGem
@oksoonbot stamp

1

**apeuniverse.eth (🦍,🥖)** @apeuniverse_eth · Jul 8
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

1

**owsteen.eth** @AstroImpulse · Jul 8
Replying to @0xGem
Even as an RR ape. 6 eth pretty insane

**W3nzel.eth** @thisiswenzel · Jul 8
Replying to @0xGem
It's a RR ape.

**Andy00** @beef1218 · Jul 8
Replying to @0xGem
Something must be terribly wrong with this...

**Simon** @joergloo · Jul 8
Replying to @0xGem
steel

**Rosario** @bakenfts · Jul 8
Replying to @0xGem
#RRBAYC

**HAYA META** @HAYA_META · Jul 9
Replying to @0xGem
RRBAYC > BAYC

**CK.ETH** 🦇🐱🐻🇬🇧 @inquisitivemove · Jul 8
Replying to @0xGem
Can't be rite



JTX-0705.00008

YUGALABS_00002632



YUGALABS_00002633



YUGALABS_00002634