# Trial Exhibit JTX-0713

