# Trial Exhibit JTX-1049

Lodged with Court as a native file on CD

THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____**JTX-1049**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**