# Trial Exhibit JTX-1069

