# Trial Exhibit JTX-1071



**GemBot** 💎🧹🤖
@0xGem

Gem Sweep! 16 Bored Ape Yacht Club bought for 2.9787 ETH etherscan.io/tx/0xff0315025...



7:43 AM · Jun 25, 2022

1 Quote Tweet   4 Likes

Jonathan Shecter ✓ @SheckyGreen · Jun 25, 2022
Replying to @0xGem
Yipes! 👀



JTX-1071.00001                    YUGALABS_00031603

**jareynlds** @jareynlds · Jun 25, 2022
Replying to @0xGem
Huh?

1   1

**kuro**🔚🦇🔊📚🏁✓ @kurogod5 · Jun 25, 2022
Replying to @jareynlds and @0xGem
It's the Ryder grifts bullshit

3