# Trial Exhibit JTX-1072

 **GemBot** 💎🧹🤖
@0xGem

···

Gem Sweep! 17 Bored Ape Yacht Club bought for 1.555 ETH etherscan.io/tx/0xb5a158d9f...



1:36 PM · Aug 13, 2022

**9** Retweets   **9** Quote Tweets   **42** Likes

💬   ⟲   ♡   ⬆

**Habibi Ape Club** ✓  @HabibiApeClub · Aug 13, 2022
Replying to @0xGem
The end is near

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____**JTX-1072**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

**JTX-1072.00001**

YUGALABS_00031605

💬                      🔁                      ♡ 3                    📊                     ⬆️

 **KidAli.eth** ✓ @ayoakh · Aug 13, 2022                    ···
Replying to @0xGem



II GIF ALT

💬                      🔁                      ♡                     📊                     ⬆️

 **Daniela** ✓ @bittybags · Aug 13, 2022                    ···
Replying to @0xGem



                    YUGALABS_00031606



**jpgy** 👀 ✓ @jpgy_eth · Aug 13, 2022
Replying to @0xGem
😫

**Ferokzy☠️TheRoyaLand** @AshaFeranmi · Aug 13, 2022
Replying to @0xGem
Wtf 🤣

**AY??** @araoluwaa_ · Aug 13, 2022
Replying to @0xGem
Wtff

**NFT Hunter @HunterLabs_** 🧪 **pushch...** @cryptoL... · Aug 13, 2022
Replying to @0xGem
what happened here?

🧟 **iamolusegun|** ❤️🔥**.did** @iamolusegun__ · Aug 13, 2022
Replying to @0xGem
What?

**Ibrahim Oladega(**💙**,**🧡**)** @oladegaibrahim · Aug 13, 2022
Replying to @0xGem
Haaa!!!

**COMETHAZINE** @M8N4CE · Aug 13, 2022
Replying to @0xGem
Issa Ryder's bayc

**JTX-1072.00003**                                        YUGALABS_00031607

♡ 2

**Luke Gr1ndhouse (🔵,🧡)** @da_f3nix · Aug 13, 2022  · · ·
Replying to @0xGem
Had to read it three times.

**CryptoFit (I will not DM you asking or off...** @Cryp... · Aug 13, 2022  · · ·
Replying to @0xGem
WTF 👀, Can I buy one too?

**cats** @catsncraft_ · Aug 13, 2022  · · ·
Replying to @0xGem
Taxes baby taxes

♡ 1

**Shoyo** @shoyo_nft · Aug 13, 2022  · · ·
Replying to @0xGem
Well you know why...

**0xhams** @0xhams_eth · Aug 13, 2022  · · ·
Replying to @0xGem
@Pauly0x @ryder_ripps

**TotheHell.wtf** @tothe_n · Aug 13, 2022  · · ·
Replying to @0xGem
$34. The gas is too expensive, I'm not interested 🙂

**jen** @nigs_nvm · Aug 13, 2022  · · ·
Replying to @0xGem
wtf?

**DaMMiN.og** @DanielBuksa · Aug 13, 2022  · · ·
Replying to @0xGem

**JTX-1072.00004**

YUGALABS_00031608

Real bear market 😂

**Beri/cocobear.btc/murder.btc/percen...** @Aber12... · Aug 13, 2022   ...
Replying to @0xGem
Wut

**SHODI™** @OshodiMr · Aug 13, 2022   ...
Replying to @0xGem
.09eth per ape. Insane!

✌️ @snipervip3r · Aug 13, 2022   ...
Replying to @0xGem
huh 🤔

**degen** @degen3557 · Aug 13, 2022   ...
Replying to @0xGem
Excuse me

1                            1

**rogmaxi.eth**◇⚡️ @NSurf904 · Aug 13, 2022   ...
Replying to @0xGem
Fat fingers ooof

1

**emazz** @emazingtaz_ · Aug 13, 2022   ...
Replying to @0xGem
Sell your BAYC for a 80 Eth loss -> write off and profit.

3

**Show more replies**

**JTX-1072.00005**

YUGALABS_00031609