# Trial Exhibit JTX-1073



**GemBot** 💎🧹🤖
@0xGem

Gem Sweep! 21 Bored Ape Yacht Club bought for 1.42205 ETH etherscan.io/tx/0x7d607c529...



10:57 PM · Dec 28, 2022 · **8,870** Views

**1** Retweet  **5** Quote Tweets  **10** Likes

**CryptoChris** ✓ @CryptoChris2_ · Dec 28, 2022
Replying to @0xGem
RR/BAYC 🤣💩



