# Trial Exhibit JTX-1557

