# Trial Exhibit JTX-1564



Twitter
Instagram
Mirror

Careers
Terms of Service
Privacy
Help

JTX-1564.00002
YUGALABS_00036424