# Trial Exhibit JTX-1592

## Lodged with Court as a native file on CD