# Trial Exhibit JTX-1593

Lodged with Court as a native file on CD