# Trial Exhibit JTX-1594



CRYPTO CONDUCT AUTHORITY

About | Our Members | Complaints | Traders | Brokers | FAQ | Contact Us



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1594
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Crypto Conduct Authority > Crypto Tips For All > Why Did OpenSea Become th...

# Why Did OpenSea Become the Most Widely Used NFT Marketplace?

August 18, 2022

OpenSea showcases well-known NFT collections in addition to a wide range of digital artwork, which can be anything from illustrations of famous people and meme makers to digital places that exist somewhere in the metaverse.

Who and When Launched the Platform?

Alex Atallah and...

OpenSea showcases well-known NFT collections in addition to a wide range of digital artwork, which can be anything from illustrations of famous people and meme makers to digital places that exist somewhere in the metaverse.

## Who and When Launched the Platform?

Alex Atallah and Devin Finzer, who is currently the CEO of NFT, are the founders of the NFT trading platform. They were recognized as the first dollar billionaires in the NFT industry by **Forbes** at the beginning of 2022, and the publication estimated that their combined net worth was $2.2 billion.

2017 was the year that saw the launch of the beta version of the website simultaneously with the establishment of the new business. In 2018, the Y Combinator incubator provided the project with its initial funding in the form of an investment. The phenomenal success of the non-fungible token (NFT) game CryptoKitties, which at the time was responsible for the vast majority of all transactions carried out on the Ethereum network, served as the impetus for the OpenSea team to launch the marketplace.

Along with the meteoric rise of the NFT sphere in 2021, OpenSea was able to finally achieve the kind of popularity it deserved. In particular, the team working on the project was successful in luring well-known collections to their platform. Some of these collections include Bored Ape Yacht Club, Axie Infinity, and Decentraland. The volume of trade on the marketplace surged by more than 640 times in only one year, reaching $14.6 billion, and OpenSea's share of the overall volume of trade in non-fungible tokens exceeded 90% of the total.

OpenSea successfully completed a Series A investment round in the spring of 2021, raising $23 million, and a Series B funding round, totaling $100 million, was successfully concluded in July of that same year, led by the venture capital firm Andreessen Horowitz (a16z). At the end of 2021, the group conducted a second round of investment, during which they anticipated receiving an evaluation of $10 billion as a result of the round's conclusion; nevertheless, the project was valued far higher, at $13.3 billion.

OpenSea made its debut on the Forbes Fintech 50 list at the beginning of 2022, while TIME magazine ranked the marketplace as one of the top 100 most influential firms in the world at that same time.

## Why is the OpenSea platform so Popular?



DSLA Protocol(DSLA) $0.003681 ↓ -6.85%   Lympo(LYM) $0.004392 ↓ -4.43%   Relevant(REL) $0.78 ↑ 0.10%   DYOR(DYOR) $0.000020 ↑ 1.91

JTX-1594.00001

YUGALABS_00036124

The fact that the website possesses a lot of benefits contributes to the fact that customers find it appealing and frequently utilize it.

Support for many blockchains at once, including Polygon, Klaytn, and **Solana**, is one of the most significant advantages offered. The Flow and Tezos networks, which are popular in the NFT area, are going to be added in the future according to the creators' plans.

One of the most significant benefits is that users of OpenSea do not have to pay for gas in Ethereum in order to issue non-fungible tokens (NFTs) when utilizing the Polygon network.

The inventor of the NFT has the ability to activate the royalty function, which allows them to collect up to 10% of the token's value from each transaction after the token has been sold to other holders. This is an additional advantage.

## How does OpenSea work?

The team first referred to the website as an eBay-style online store that sold NFT products when they first started working on the project. OpenSea is now the most popular platform for purchasing, selling, and assembling collections of non-fungible tokens.

The architecture for developing NFTs on the platform is accessible to users of all experience levels, making it ideal for novices as well as experts. Read our guide if you want to learn how to make and publish your very own NFT on OpenSea without having any prior experience with programming.

You need to link one of the 16 supported cryptocurrency wallets in order to create an account on the website. These wallets include MetaMask, Coinbase Wallet, Wallet Connect, Fortmatik, Phantom, and many others.

On the primary page of the OpenSea website, you may get NFT data as well as links to a variety of categories. These categories include art, collections, domain names, music, images, virtual lands, in-game materials, memes, and more.

Share with friends



Subscribe

Be the First to Comment!

Name*

Email*

Send your commit

0 COMMENTARY



