# Trial Exhibit JTX-1595

