# Trial Exhibit JTX-1596



**CRYPTOCURRENCIE**

GOBankingRates

# 10 Best NFT Marketplaces



October 27, 2022 — 02:27 pm EDT

Written by **Daniela Rivera-Herrera** for **GOBankingRates** ➔

SPONSORED BY TD Ameritrade   Join TD Ameritrade.   Le



Sponsored Links

Learn More

Non-fungible tokens exploded in popularity in 2021, but over the past few, they seem to be cooling off. Even so, some industry pros say they aren't going anywhere. But where are investors buying these assets? Due to the popularity of NFTs, numerous marketplaces sprung up — selling everything from virtual collectibles to digital art at every price point imaginable.

**Read:** 5 Things You Must Do When Your Savings Reach $50,000

## Top 10 NFT Marketplaces

Here are some of the leading platforms you can use to partake in NFT assets.

### 1. OpenSea



MY QUOTES

2/3/23, 2:12 PM — Case 2:22-cv-04355-JFW-JEM Document 341-31 11 Best NFT Marketplaces | Nasdaq Filed 07/17/23 Page 3 of 8 Page ID #:24054

News & Insight

- In-game items
- Collectibles
- Artwork
- Music
- GIFs

This platform is perfect for those looking for an alternative that's backed up by industry leaders like Trust Wallet, Blockstack, Pascal Capital and Dapper. In addition, not only does it allow you to purchase numerous NFTs, but it also lets you upload your own.

## 2. CryptoPunks/Larva Labs

CryptoPunks is one of the earliest examples of NFTs on the Ethereum blockchain. It consists of a series of 10,000-pixel art characters unique attributes. Originally, the CryptoPunk collectibles were free. However, the only way to get your hands on one of them nowaday purchasing them. Be warned that buying one costs a lot. The most affordable CryptoPunk is 66.89 ETH, which equals $99,078.12.

Larva Labs is the original creator of this set of collectibles. This NFT marketplace allows you to place bids on your favorite items once up for sale. You can purchase your CryptoPunks here instead of using third parties.

## 3. Rarible

This community-owned marketplace is one of the largest NFT marketplaces based on. It displays a wide range of digital art and collectibles.

Rarible allows you to buy and sell all sorts of media, and sellers can create more than one NFT for a single piece and sell it numerous t To log in to this marketplace, you can use various cryptocurrency wallets like:

- Coinbase
- MyEtherWallet
- MetaMask

## 4. SuperRare

This marketplace brands itself as a higher-end version of Rarible. It has a more sophisticated interface with a cleaner, more minimalist aesthetic and it's more heavily curated.

SuperRare works closely with artists and requires them to submit their work for approval before being able to list their pieces. This pla chooses quality over quantity. If you want a top-notch art purchasing experience, SuperRare is the way to go.

## 5. KnownOrigin

Known Origin has a strong focus on digital art, and artists must apply to have their work included. This platform has a user-friendly int that allows you to easily connect your wallet to start bidding in no time.

> **GoodToKnow**
>
> When purchasing NFTs, it's important to look for a reliable seller. Marketplaces like the ones listed here take all the guesswork from your buying experience and ensure you're getting what you paid for.

## 6. MakersPlace

This is yet another boutique NFT marketplace with an upscale approach. It provides clients with premiere collectibles of digital fine art unique creations. The MakersPlace artist community is currently invite-only — yes, that's how it is. Some of the famous names who have signed up as creators on the platform Shakira, T-Pain and Tom Morello.

## 7. Solanart

Whereas most NFT marketplaces exist on the Ethereum blockchain, Solanart was the first on the Solana blockchain. It offers a fairly limited selection of NFTs, which include collections like Aurory and SolPunks. Just as with Ethereum-based exchanges, Solanart requires you to download one of its compatible wallets to be able to sign up. Once you've met this requirement, you can easily start bi and purchasing your favorite NFT art pieces.

## 8. NiftyGateway

This marketplace is powered by Gemini, which is a popular cryptocurrency exchange platform. Since its creation during the first wave of N online stores, Nifty Gateway has made headlines with its million-dollar transactions.

If you're looking for a heavily curated selection of NFTs, Nifty Gateway could be your marketplace of choice. It offers a weekly hosted renowned artists like Michael Kagan, Grimes and The Weeknd. However, unlike other, pickier marketplaces that curate all NFTs on their platforms, Nifty Gateway also verifies drops from creators who submit work independently.

## 9. ThetaDrop

This NFT marketplace is designed to decentralize video and TV distribution online. It's a relatively new platform that emerged along with the World Poker Tour digital collectibles in 2021. Theta Drop uses its own blockchain technology and requires users to purchase TFuel, its own token, to participate in its bids.

## 10. Foundation

Foundation is another recently launched marketplace, and it positions itself as a Web3 destination that provides a simple way to bid o art. This platform uses Ethereum for all of its transactions, and it works on an invite-only basis for creators.

## FinalTake

With so many marketplace options available, it's easier than ever to purchase non-fungible tokens. The list above is meant to provide you with the best alternatives to start your NFT purchasing journey.

Daria Uhlig and Cynthia Measom contributed to the reporting for this article.

News & Insights

Information is accurate as of Oct. 25, 2022.

Editorial Note: This content is not provided by any entity covered in this article. Any opinions, analyses, reviews, ratings or recommendations expressed in this article are those of the author alone and have not been reviewed, approved or otherwise endorsed by any entity named in this article.

This article originally appeared on GOBankingRates.com: 10 Best NFT Marketplaces



AI Software Maker EPAM Boasts Biggest Tech-Sector Rally

The views and opinions expressed herein are the views and opinions of the author and do not necessarily reflect those of Nasdaq, Inc.

Tags  CRYPTOCURRENCIES



**GOBankingRates**

GOBankingRates is a publication for all things personal finance, that reaches billions of readers. We empower our audience to live richer: your bank account, richer in your personal goal fulfillment, and richer in how you explore the world. Whether you want to know which bank has the best CD rates, where you can retire on a budget or which tech stock to invest in, you'll find the answers on GOBankingRates.

More articles by this source

 

News & Insights

**More Related Articles**

TECHNOLOGY
Technology Sector Update for 02/03/2023: GOOG,GOOGL,AAPL,AI
6 mins ago · MTNewswires

MARKETS
Consumer Sector Update for 02/03/2023: LESL,F,JWN
10 mins ago · MTNewswires

MARKETS
Bullish Two Hundred Day Moving Average Cross - MCY
10 mins ago · BNK Invest

BANKING
Financial Sector Update for 02/03/2023: BSAC,PIPR,ASPS
11 mins ago · MTNewswires

MARKETS
OGE Makes Notable Cross Below Critical Moving Average
12 mins ago · BNK Invest

MARKETS
BKH Makes Notable Cross Below Critical Moving Average
12 mins ago · BNK Invest

MARKETS
Notable ETF Inflow Detected - SQQQ
12 mins ago · BNK Invest

MARKETS
Notable ETF Inflow Detected - IJS, JBT, NSIT, LXP
12 mins ago · BNK Invest

MARKETS
What Recession? Unemployment Just Hit Year-Low
12 mins ago · The Motley Fool

MARKETS
USHY, PY: Big ETF Outflows
13 mins ago · BNK Invest

MARKETS
BBEU, SPVM: Big ETF Inflows
13 mins ago · BNK Invest

US MARKETS
US STOCKS-Wall St pares declines after stunning jobs report
13 mins ago · Reuters

MARKETS
KEP Crosses Below Key Moving Average Level
13 mins ago · BNK Invest

MARKETS
Noteworthy ETF Outflows: AOR, IUSB, IVV, IDEV
13 mins ago · BNK Invest



