# Trial Exhibit JTX-1597



   
   
   

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-1597
DATE ____ IDEN.
DATE ____ EVID.
BY ____
Deputy Clerk

# Your NFT journey starts here.

Guides, practical tips, and support articles for first-time creators, experienced collectors, and everyone in between.

Start learning

## Meet OpenSea

Allow us to introduce ourselves! Hear from our CEO, Devin Finzer, about who we are, how we started, and where we're headed.

## NFT 101

Get comfortable with the basics.

What is an NFT?

How to buy an NFT

What are NFT drops?

How to create an NFT on Op

## Intro to web3

Learn more about web3 concepts.

What is web3?

What is cryptocurrency?

What is a crypto wallet?

What is a DAO?

## Blockchain basics

Understand the technology behind cryptocurrency and NFTs.

What is blockchain?

What are blockchain gas fees?

What is Ethereum?

What is Solana?

## Watch and learn

Learn about important NFT concepts.

What is an NFT?

How to buy an NFT

What is a crypto wallet?

How to sell an NFT

## NFT community insights

Hear from the NFT community on a variety of topics.

How have NFTs changed your life?

What is the future of NFTs?

How would you describe the NFT community?

What is OpenSea to you?

**Get help with a specific issue**
Check out our Help Center →

**Catch up on OpenSea news**
Visit our Blog →

**Start exploring**
Check out featured projects →










