# Trial Exhibit JTX-1599





 OpenSea 



JTX-1599.00002 YUGALABS_00036413



Go to Rankings

## Trending in all categories ˅



**JTX-1599.00003**

YUGALABS_00036414

2/6/23, 7:5

# Create and sell your NFTs

### Set up your wallet

Once you've set up your
wallet of choice, connect it to
OpenSea by clicking the
wallet icon in the top right
corner. Learn about the
**wallets we support**.

### Create your collection

Click **My Collections** and set
up your collection. Add social
links, a description, profile &
banner images, and set a
secondary sales fee.

### Add your NFTs

Upload your work (image,
video, audio, or 3D art), add a
title and description, and
customize your NFTs with
properties, stats, and
unlockable content.

### List them for sale

Choose between auctions,
fixed-price listings, and
declining-price listings. You

**JTX-1599.00004**      YUGALABS_00036415

choose how you want to sell
your NFTs, and we help you
sell them!

**Browse by category**

Art

Collectibles

**JTX-1599.00005**                                                     YUGALABS_00036416

**Domain Names**

**Music**

**Photography**

**Sports**

https://web.archive.org/web/20220620010931/https://opensea.io/

**JTX-1599.00006**

YUGALABS_00036417

**Trading Cards**

**Utility**

**Virtual Worlds**

# Meet OpenSea

The NFT marketplace with everything for everyone

JTX-1599.00007

YUGALABS_00036418





JTX-1599.00008

YUGALABS_00036419

Art

Co ectib es

Domain Names

Music

Photography

Sports

Trading Cards

Uti ity

Virtua Wor ds

Watch ist

My Co ections

Settings

**Stats**

Rankings

Activity

**Resources**

He p Center

P atform Status

Partners

Gas Free Marketp ace

Taxes

B og

Docs

News etter

**Company**

About

Careers

Ventures

Grants

© 2018 – 2022 Ozone Networks, nc

Privacy Po Icy    Terms of Service

JTX-1599.00009

YUGALABS_00036420