# Trial Exhibit JTX-1600

2/5/23, 5:24 PM
Case 2:22-cv-04355-JFW-JEM   Document 341-35   Filed 07/17/23   Page 2 of 3   Page ID #:24087
ryder ripps (@ryder_ripps) | Foundation

▲◉■

#04427   0x5928...F254

# ryder ripps
@ryder_ripps

Collected by

28 Following   1,989 Followers   Follow

**Followed by**

View all

**Created** 33

**Bio**

conceptual artist / designer

@ryder_ripps

ryder_ripps

ryder-ripps.eth

**Links**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No: **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-1600**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

2/5/23, 5:24 PM    Case 2:22-cv-04355-JFW-JEM    Document 341-35    Filed 07/17/23    Page 3 of 3    Page ID
ryder_ripps (@ryder_ripps) | Foundation
#:24088

- notlarvalabs.com
- YouTube

Joined                                              February 2021

...

Instagram                        About
Twitter                          Press
Blog                             Careers
                                 Community Guidelines
                                 Terms of Service
                                 Privacy
                                 Help