ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **DECLARATION OF GREG SOLANO** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Trial Date: July 31, 2023 |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Greg Solano, declare:

1.       I am a co-Founder and the President of Yuga Labs, Inc. ("Yuga Labs"). I was previously a co-President of Yuga Labs before being its sole President.  I make this declaration based on my own personal knowledge.  If called as a witness, I could testify competently to the facts set forth here.

## Yuga Labs Background

2.       Yuga Labs is the creator of one of the world's most well-known and successful non-fungible token ("NFT") collections,[1] known as the Bored Ape Yacht Club ("BAYC").  Only 10,000 Bored Ape NFTs exist, and they are among the most sought after NFTs.

3.       The "BAYC Marks" or "BAYC brand" are Yuga Labs' BORED APE YACHT CLUB, BAYC, BORED APE, BA YC Logo, BA YC BORED APE YACHT CLUB Logo, and Ape Skull Logo trademarks.

a.  Yuga Labs' BA YC Logo is:



b.  Yuga Labs' BA YC BORED APE YACHT CLUB Logo is:



---

[1] NFTs, or "non-fungible tokens," are units of data stored on a blockchain that are created to transfer ownership of either physical things or digital media—here digital images of cartoon apes.  The term "NFT" commonly refers to both the token stored on the blockchain and the digital image with which it is associated.

FENWICK & WEST LLP
ATTORNEYS AT LAW

c. Yuga Labs' Ape Skull Logo is:



4.      In early 2021, my long-time friend Wylie Aronow and I had an idea to create a new, unique NFT collection unlike any others.  We wanted it to be irreverent, egalitarian, and a little bit weird—capturing the vibe of a radical 1969 Warhol factory party where everyone, from bikers to beatniks to bankers, were invited.  With over 170 mixed and matched traits in the collection, we wanted there to be a BAYC NFT image with which almost anyone can identify.

5.      The Bored Ape Yacht Club NFT collection, and Yuga Labs as a company, was born from this idea.  (*See* JTX-607, the "About Yuga" page on Yuga Labs' website; JTX-1442, a Tweet from Yuga Labs' Bored Ape Yacht Club account on Twitter on April 17, 2021, announcing the release of the Bored Ape Yacht Club NFT collection; JTX-608, Yuga Labs' Bored Ape Yacht Club website homepage).

6.      When we started the Bored Ape Yacht Club, I was working as a book editor, and neither Mr. Aronow nor I had the coding skills to create an NFT smart contract or NFTs.  We recruited two computer science majors we knew, Kerem Atalay and Zeshan Ali, to help code and build the BAYC NFT collection.  We did not have any major funding, and none of us expected BAYC to be as successful as it is today—we were just four friends making NFTs in a virtual garage.

7.      The four of us founded Yuga Labs and created the Bored Ape Yacht Club NFT collection at the height of the COVID-19 pandemic, while we were isolating at home.  Despite being isolated and far apart, we were united by the idea of building a community to bring people together.  It was our chance to reconnect with others, even if virtually, while everyone was struggling with isolation.  We were also bored with the existing ways to connect over the internet (and knew others who

FENWICK & WEST LLP
ATTORNEYS AT LAW

were as well), so we were excited about finding a new way for people to connect virtually.

8.     Another part of our success is that, instead of just selling a single collection of NFTs, like other NFT creators, we set out to build a community that we would have wanted to join. This is partly how we decided on a club where your NFT gave you, among other things, access to a digital clubhouse, club members, and new benefits. The goodwill of the community, built on this connectivity around their exclusive NFTs, has been an important part of the success of Bored Ape Yacht Club and the BAYC brand.

9.     To realize this vision, all four of us dedicated tremendous time and energy building up the BAYC brand by first crafting the NFTs and the online club that went with them. Mr. Atalay and Mr. Ali spent many long hours developing the BAYC website (JTX-608), learning an entirely new programming language to develop the code for the BAYC NFT smart contract, and helping plan the roadmap of future BAYC-connected products. Mr. Aronow and I also worked tirelessly, including countless nights and weekends, to design the images for the BAYC NFTs, promote the BAYC NFTs, help build the BAYC website, and plan for the future of the Bored Ape Yacht Club. We spent hundreds of hours tweaking the image designs, choosing their expressions and other traits, and mixing and matching these traits to find the right combinations. This was a long and iterative process. When our collection finally sold out, we quit our jobs and worked on building out the BAYC brand full-time. I alone, then spent an average of 14 hours per day, including most weekends, for more than a year and a half to build the BAYC brand and make Yuga Labs into the company it is today. And we all spent countless hours interacting with BAYC NFT holders in the BAYC members-only Discord chat, promoting the BAYC brand, and building goodwill in the community. Through this Discord chat, we recruited people from the BAYC community to work with us and use their experience to help shape Yuga Labs into the company it is today. Due to this substantial effort,

BAYC has become an exclusive lifestyle brand and entertainment destination.  This work is ongoing, and we are proud and grateful to have over 100 dedicated employees at Yuga Labs helping us realize our vision for the BAYC brand.

10.     It was not always clear, though, that our hard work would be a success.  Before BAYC's official launch, I worried about whether our NFT collection would take off and whether we would fail in the first year as so many small businesses do.  Demand was sluggish during our pre-sale of BAYC NFTs, and we initially sold only 400-500 NFTs—about 1/20th of the collection.  To help support the sales, we set up a Discord server—basically an open chatroom—for the BAYC NFT project, which featured a promotional puzzle for a chance to win free Ether ("ETH"), a cryptocurrency.  But, because we did not see the uptick in sales we were expecting, we realized most of the people who came to the server were not interested in the BAYC NFTs, they just wanted to win the free Ether.  I was despondent after these setbacks and I questioned whether the countless hours we had poured into the BAYC NFT project would be for naught.

11.     But everything changed once we released the BAYC NFT images.  NFT enthusiasts and average consumers alike loved the art that we had put so much planning and effort into, and all 10,000 NFTs sold out within eight days.

12.     I have personally met many different kinds of people who joined BAYC for different reasons, but one common theme I hear is how their BAYC NFT image resonated with them.

13.     Only BAYC NFT holders can participate in BAYC activities (*see, e.g.*, JTX-608), and each BAYC NFT image is unique.  This exclusivity and unique connection to the BAYC NFT holder is a major reason for BAYC's success.

14.     We initially sold each BAYC NFT for 0.08 Ether, which was approximately $169 to $236 USD, based on the price of Ether at the time.  We wanted to keep the original sales price lower than other major NFT collections so that consumers from all walks of life could join the Bored Ape Yacht Club.

15.     Since our launch, the BAYC community has grown into a diverse and eclectic group, spanning the world.  It includes NFT holders in the US, as well as many countries in Europe, Africa, and into areas such as Hong Kong, Taiwan and Indonesia.  BAYC NFT holders range from die-hard NFT enthusiasts to everyday consumers who are not savvy in crypto, but appreciate the underlying art.

16.     Part of the reason Yuga Labs was able to reach such a large audience is due to the significant effort, time, and money we spent promoting the BAYC brand. I have reviewed the financial information in JTX-1075 and confirmed its accuracy. Yuga Labs spent more than $20 million on advertising in 2022 in addition to the time and hard work it spent promoting the BAYC brand.  And it paid off, as Yuga Labs' advertising strengthened its BAYC brand value, including by helping establish dialogue and build relationships with consumers.  Yuga Labs' advertising also helped shape how consumers perceived BAYC.  Yuga Labs used advertising to convey to consumers that its products, in particular its BAYC brand and BAYC NFTs, are innovative, exclusive, and high-quality.

17.     Because of its recognition and success, BAYC became Yuga Labs' cornerstone brand—the foundation on which Yuga Labs' other projects, games, and events are built.  For example, Yuga Labs created ApeFest, an annual multi-day entertainment festival to celebrate its NFT holders, which it promoted by using BAYC Marks.  ApeFest and the associated branding are all direct references to our core BAYC brand.  ApeFest features music, merchandise, art, and more, and is exclusive to BAYC and Mutant Ape Yacht Club ("MAYC") NFT holders and their guests.  ApeFest is an opportunity for the BAYC NFT community to get together, share ideas, support each other, and have fun.

18.     We organized the first ApeFest with two months of tireless planning and coordination.  Club members' unique BAYC NFTs were their access passes to the event, and BAYC branded items and clothing were given or sold to ApeFest attendees.  Only the attendees with the official NFTs connected to the BAYC brand

FENWICK & WEST LLP
ATTORNEYS AT LAW

received these exclusive and popular benefits.

19.    All the hard work it took to put the festival together paid off by strengthening a sense of community among BAYC NFT holders and goodwill in the BAYC brand.  Due to the COVID-19 pandemic, it was the first time many BAYC NFT holders met in person.

20.    Yuga Labs promoted and presented an equally successful, but even more resource-intensive ApeFest in 2022, and we are hard at work planning this year's ApeFest.  For each event, the BAYC brand is at the core of the marketing and promotion.

21.    Aside from ApeFest, Yuga Labs has also hosted BAYC-branded treasure hunts and exclusive merchandise drops and deliveries of sweaters, hats, and more for BAYC NFT holders.  (*See* JTX-1302, Yuga Labs' Bored Ape Yacht Club Twitter page; JTX-1306, Yuga Labs' Twitter page.)

22.    Yuga Labs' other NFT projects are also tied into the BAYC brand.  For example, the MAYC NFTs feature "mutated" versions of BAYC NFT images.  And the Bored Ape Kennel Club ("BAKC") features canine companions for Bored Apes. The founders and the rest of the Yuga Labs team put in great effort to make these and other BAYC-affiliated NFT collections a success, strengthening the BAYC brand.

23.    More recently, Yuga Labs has invested significant time and effort into building NFT-based games around the BAYC brand.  For example, Yuga Labs is currently developing, with the BAYC NFT community, a gaming and metaverse experience known as Otherside.  We have been working on Otherside for more than a year and invested millions of dollars into its development.   Once Otherside launches, players will be able to use their BAYC NFTs, as well as their other Yuga Labs NFTs, as their digital identity within Otherside.  (*See, e.g.*, JTX-1434, excerpted below, which is a video created by Yuga Labs to promote the Otherside metaverse using the BAYC brand; each unique BAYC avatar displayed in the right image belongs to a BAYC NFT holder).



Curtis, the BAYC brand's mascot, is at the center of the Otherside metaverse, just as BAYC is at the center of all of Yuga Labs' projects.  Likewise, Yuga Labs' Dookey Dash and HV-MTL Forge games feature and/or are promoted using Curtis and the BAYC brand.  These games benefit from and contribute to the BAYC brand's success.  For example, these games are exclusively available to members of the Yuga Labs ecosystem, like BAYC, MAYC or BAKC NFT holders on launch. These exclusive benefits and sense of community around the exclusive offerings continue to be a key part of the success of the BAYC brand.

24.     We've been fanatical in delivering for our consumers.  We've worked so that they continue to get the best products, continue to experience engaging storytelling, and continue to have new and fun opportunities to interact with the community.

25.     Another part of what makes the BAYC brand so successful and unique is that BAYC NFT holders have a license to use the images from their BAYC NFTs for personal or commercial use.  This means they can use the image as their digital identity on platforms such as Twitter, make t-shirts displaying the image, or even build a commercial brand around the image.  Many BAYC NFT holders have used this to build products and companies around their BAYC NFTs.  For example, Bored Coffee, Ape Water, and Bored & Hungry are all businesses that use their BAYC copyright licenses with their companies.  There have even been TV shows and movies planned around individuals' BAYC NFTs.  Such uses help further promote

and cement a sense of community and lead to more goodwill in the BAYC brand.[2]

26.     Thanks to its success, Yuga Labs has been able to give back to the community through charitable donations.  For example, most of the initial proceeds from BAKC sales, over a million dollars, were donated to animal charities.  Yuga Labs has contributed to the wildlife preservation organization Orangutan Outreach as well as education and arts initiatives in my hometown of Miami.

27.     Orangutan Outreach is also a BAYC NFT holder.  They named their ape Julius and use him on social media as their identity to promote the organization.  They also use the license provided with their BAYC NFT image to create videos and stories about Julius to spread awareness about the situations facing orangutans in Indonesia.  But Defendants' infringement puts their mission at risk.  Now someone who bought an infringing NFT from Defendants can use that NFT to display the same Julius image and detract from Orangutan Outreach's mission.  Because of Defendants' scam, Orangutan Outreach is no longer the only one claiming an NFT connected to the Julius ape image.  As I explain below, Defendants' infringement harmed the exclusivity of the BAYC brand, damages the goodwill we had built up in the community with this brand and holders' use of their NFTs, and rips control of the BAYC brand away from Yuga Labs.

28.     Additionally in contrast to Yuga Labs, and despite their promises to do so, Defendants have not donated any of their ill-gotten royalties to charity.  (*See* JTX-1045, a tweet by Mr. Ripps stating: "all looksrare royalties gained will be donated to a charity.")  Defendants' use of the BAYC brand, while they make false promises to the community, further irreparably harms the BAYC brand and negates the hard work that Yuga Labs has invested in building up the goodwill in the BAYC brand.

---

[2] Contrary to Mr. Ripps' false claims on Twitter, RR/BAYC NFT owners do not have "100% commercial rights" to use the BAYC NFT images, only BAYC holders have the licensed rights.  (*See* JTX-1037.)

FENWICK & WEST LLP
ATTORNEYS AT LAW

29.     Yuga Labs has, though, been able to leverage the BAYC brand to secure collaborations and partnerships with other famous brands, such as Adidas, Gucci, MTV, Nike, and Arizona Iced Tea, that feature the BAYC Marks and BAYC NFT images on various products and marketing materials. (*See, e.g.*, JTX-1480, excerpted below, which is a tweet with a news article about Gucci taking an "Active Role" in the BAYC Metaverse.)



These partnerships have allowed Yuga Labs to further spread the BAYC brand into new markets and connect with consumers who might not otherwise have been interested in or heard about Yuga Labs' products.  Moreover, these partnerships demonstrate the strength and value of the BAYC brand.  And yet, as Ms. Muniz explains, these deals can be harder to complete than they should be because of Defendants' scam.  And I understand from Ms. Muniz that she and others were concerned about what deals we did not receive because of Defendants' infringement. I share this concern.

30.     Even still, it is because of the BAYC brand that Yuga Labs is a leader in the NFT space, and the BAYC NFTs remain some of the most sought after NFTs.

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

They are among the highest NFT collections in terms of all-time purchasing volume and sell for a premium relative to nearly all other NFTs.

31.     Today, because of the BAYC brand, Yuga Labs is a creative media company shaping the future of web3 through unparalleled storytelling, experiences, and community.  It is a company full of creatives who are excited about building a world where people can come together and have fun.  Yuga Labs wants to tell immersive stories that people enjoy—in their games, through social media, or in the Otherside Metaverse.

32.     Yuga Labs and its community are building a place where people enjoy participating in and building their own companies and dreams from the kernel of Yuga Labs' BAYC branded products.

33.     This has been a dream job and an amazing experience building the BAYC brand.  I get to play and test video games in a company that I founded.  I get to tell stories with the community and delight with them through the experience we are building around the BAYC brand.

**Defendants' Infringement**

34.     With our success came Ryder Ripps and Jeremy Cahen (the "Defendants") who—in stealing our trademarks—have tried to destroy the goodwill and community that we have built around the BAYC brand.  The Defendants' RR/BAYC NFT collection harmed Yuga Labs by causing confusion in the marketplace about the authenticity of RR/BAYC NFTs and diminishing the perceived exclusivity of BAYC NFTs.

35.     I have reviewed many of Defendants' tweets marketing their infringing NFT collection.  Defendants manufactured, marketed, and sold the RR/BAYC NFTs using the BAYC Marks.  For example, JTX-133, a screenshot of a Twitter message with Mr. Ripps, demonstrates that Defendants actively marketed their RR/BAYC NFTs as "Bored Ape Yacht Club" and used Yuga Labs' logo to sell the NFTs.  At the time Defendants started their infringing activity, BAYC NFTs were one of the

most exclusive and sought after NFT collections on secondary marketplaces. Defendants piggybacked off the popularity of the BAYC brand and profited from Yuga Labs' success.

36.     In total, Defendants produced 9,546 RR/BAYC NFTs, which are now in the market causing confusion and diminishing the perceived exclusivity of BAYC NFTs.  Every single one of Defendants' NFT sales used the BAYC Marks, and many of the associated images contained in the BAYC Marks.  (*See, e.g.*, JTX-687, an image taken from rrbayc.com showing RR/BAYC NFT #362; JTX-688, an image taken from rrbayc.com showing RR/BAYC NFT #863.)  Defendants had the option to choose any name for their NFT collection; but they chose to use Bored Ape Yacht Club, BAYC, and our other BAYC Marks.

37.     Defendants tested demand for their RR/BAYC NFT collection in December 2021, when they copied the BAYC NFT image that our partner, Adidas, uses, and then went on to brag about it on Twitter.  Then, when they launched their RR/BAYC NFT collection in May 2022, they named their collection Bored Ape Yacht Club on the Ethereum blockchain (the same blockchain on which BAYC NFTs exist), they listed the symbol for their collection on the Ethereum blockchain for their collection as BAYC (the same symbol as BAYC NFTs), and they set their collection to be limited to 10,000 NFTs (the exact same number of NFTs that existed in the BAYC NFT collection).  (*See* JTX-600.)  They even named each of their infringing NFTs with the same numbers from our BAYC numbering system (i.e. the Ape ID number), even though these numbers did not correspond to how the images appear in the infringing collection.  Their launch of the RR/BAYC NFT collection was, from my perspective, a targeted effort to profit from the goodwill Yuga Labs had built in the BAYC brand and designed to confuse consumers.

38.     Of course, the RR/BAYC NFTs are not the first scam Defendants have run, nor are they likely to be the last—unless they are severely enjoined from their infringement.  When I first searched for Ryder Ripps on Google, the most prominent

search result that I saw was an article about how Ripps lied about creating a logo for the CIA.  He then used this lie about being connected to the CIA to promote a CIA-branded NFT and sold that NFT for thousands of dollars.  And before the RR/BAYC NFTs, Defendants were known for a scam that involved marketing and selling Cryptophunks NFTs, which are slightly modified versions of Cryptopunks, another popular NFT collection (which Yuga Labs acquired in March 2022).  At the time Defendants became involved with the Cryptophunks scam, Cryptopunks were one of the top selling NFT collections, just as BAYC was one of the top sellers when Defendants targeted Yuga Labs.  Like the RR/BAYC NFTs, Ripps' promotion of Cryptophunks was a for-profit scam.  And, like the RR/BAYC NFTs, Defendants created a secondary marketplace on which to trade those NFTs.  In a video posted to Twitter, Mr. Ripps even admitted his belief that NFTs are a scam and boasted that his Cryptophunks scam made $80 million.  (*See* JTX-1028.)

39.     Defendants timed the production and sale of their infringing RR/BAYC NFTs to capitalize on the success of the BAYC Marks and Yuga Labs' advertising about the BAYC brand in anticipation of its second annual ApeFest.  By the mid-May 2022 through June 2022 time frame, Yuga Labs had not recently launched any other products, so anticipation was mounting in the community about what was next for BAYC.  And, at that time, Yuga Labs was preparing for its biggest branding event of the year: ApeFest in New York.  The second ApeFest ran from June 20-23, 2022, and coincided with NFT.NYC, the biggest NFT industry conference of the year.

40.     So, while Yuga Labs was receiving a significant amount of attention within the NFT community and more broadly, Defendants capitalized on this time to latch on to Yuga Labs' hard work and success by using the BAYC Marks to manufacture, market, and sell their counterfeit NFTs.  Defendants even marketed RR/BAYC NFTs as the number one NFT in the world during this most critical branding time for Yuga Labs.  Based on my review of their Twitter accounts at the time and discussions with others, I was aware that they were in New York city at the

time of ApeFest and that they were promoting RR/BAYC NFTs alongside Yuga Labs' ApeFest.  And based on my review of excerpts from Defendants' private Discord chat titled "Team Ape Market" (JTX-801), revealed that Mr. Ripps wanted to promote RR/BAYC NFTs to ApeFest attendees during ApeFest.  (*See* JTX-23, excerpted below.)



**ryder** 🔜 15-Jun-22 06:10 PM
what if i had a coupon code
that was 50% off
and i gave it out at ape fest



**Pauly Shore** 15-Jun-22 06:11 PM
I think that is a great idea
A code you can give out at NFT NYC
How hard would that be to implement @middlemarch.eth @hwonder ?

A Twitter user even observed how Mr. Ripps chose to market his RR/BAYC NFTs to coincide with major BAYC events.  (*See* JTX-1274.)

41.    Publicly and privately, Defendants admitted that they were trying to bring down Yuga Labs as a company and their method of attack was to infringe on Yuga Labs' most important brand, BAYC.  Obviously their plan to bring down the company failed, but they still managed to cause irreparable harm through their infringement.  Defendants' infringement and the ongoing harm they cause through their NFTs strips Yuga Labs of its control of the BAYC brand.

42.    Time and time again, Defendants used the BAYC Marks to sell identical-looking NFTs in the exact same markets that Yuga Labs' BAYC NFTs are sold.  (*See* JTX-29, RR/BAYC on OpenSea; JTX-137, RR/BAYC on LooksRare, and JTX-670, RR/BAYC on Foundation (excerpted below).)



In the case of OpenSea and LooksRare NFT marketplaces, Defendants used the BAYC Marks to sell their scam NFTs alongside authentic Yuga Labs BAYC NFTs, as shown in JTX-686 (excerpted below), which provides a side-by-side comparison of the sales pages for BAYC #1058 and RR/BAYC #1058 on OpenSea.



(*See also* JTX-611, Yuga Labs' BAYC sales page on OpenSea.)  On sales ranking charts, RR/BAYC NFTs and authentic BAYC NFTs were shown side-by-side along with other Yuga Labs products like Otherdeeds and MAYC NFTs.  (*See* JTX-684, excerpted below.)

43.     Around the same time, a Google search of "BAYC Foundation.app" resulted in a link entitled "Bored Ape Yacht Club – Foundation.app" that redirected to Defendants' Foundation sales page.  (*See* JTX-677.)  So, when consumers were searching for our authentic BAYC NFTs, they would be taken to Defendants' infringing page.  Once again, when Defendants were advertising or selling their products, they did so in the easiest and most deceptive way possible, by using Yuga Labs' BAYC Marks.

44.     Defendants also misleadingly labeled the NFT smart contract and token tracker for their Counterfeit NFTs as "Bored Ape Yacht Club (BAYC)."  Even if consumers went beyond the marketplace and looked to the RR/BAYC NFT smart contract, they would still be confused, as the contract leads with Yuga Labs' trademarks in the infringing token tracker name.  (*See, e.g.*, JTX-117.)  They even placed the BAYC Logo at the top of the webpage they used to manufacture RR/BAYC NFTs.  (*See* JTX-171.)

45.     Worse still, by promoting another infringer's NFT contract on Twitter, Mr. Ripps encouraged others to use Yuga Labs' trademarks and copy Yuga Labs' BAYC and MAYC NFTs.  As Mr. Ripps stated, this NFT contract was a "supported

offshoot" of Mr. Ripps' own infringing conduct. (*See* JTX-841.) Defendants' infringement does not exist in a vacuum—in the absence of any consequences, it encourages others to infringe, thereby causing a cascade of confusion that harms the BAYC brand and goodwill, and made individuals or partners who were interested in BAYC vulnerable to this infringing scam.

46.     Defendants also targeted the same consumers as Yuga Labs to divert profit from Yuga Labs to themselves. For example, they used the BAYC Marks to market RR/BAYC NFTs on Twitter, which is the most popular platform to promote and discuss NFTs, and where Yuga Labs promotes and sells its own NFTs. (*See* JTX-696 for examples of Defendants marketing RR/BAYC NFTs through their ApeMarket Twitter account.) Part of this marketing involved posting links to the RR/BAYC Etherscan page on Twitter. These links misleadingly displayed the BAYC Marks, as shown below.



When consumers clicked on this image, they could be taken to a webpage like the one below, which prominently displays the token as "Bored Ape Yacht Club." (*See* JTX-972, excerpted and modified below.)

FENWICK & WEST LLP
ATTORNEYS AT LAW

47.     Even more, whenever (now, or in the future), a consumer shares links to these Etherscan pages, the resulting image displays Yuga Labs' BAYC Marks. As Mr. Atalay explains, this is because of the way Mr. Ripps created the infringing NFTs and his specific use of the BAYC brand as the NFT collection's smart contract name and symbol. Unless Yuga Labs has control of the RR/BAYC smart contract, Yuga Labs' brand will be forever tied to Mr. Ripps. We want to end this association.

48.     Defendants also sold their counterfeit NFTs on rrbayc.com and sought to sell them on apemarket.com, both of which were websites developed by the Defendants. I understand that the Court has already ruled in Yuga Labs' favor that the Defendants' registration and use of these websites was cybersquatting on Yuga Labs rights. Yuga Labs and I were concerned about these websites as the Defendants were tying these sites to the BAYC brand. For example, they included Yuga Labs' BAYC Marks in the sites' favicons (*i.e.* browser tab images). (*See, e.g.*, JTX-94,

FENWICK & WEST LLP
ATTORNEYS AT LAW

JTX-95, below.)

 RR/BAYC          Ape Market     

These uses directly mirrored Yuga Labs' uses of these marks in the favicons on the company's websites for BAYC and ApeFest.  This is yet another example of the Defendants' attempts to profit from consumers' confusion by using the BAYC Marks and using them in the same manner as Yuga Labs.

49.   Defendants also used the BAYC Marks to promote their own secondary marketplace to sell Yuga Labs NFTs: Ape Market, which they said would be available through the apemarket.com domain.  To use Ape Market, Defendants said that consumers would be required to purchase one of Defendants' RR/BAYC NFTs—each of which uses Yuga Labs' BAYC Marks—encouraging further sales and profit for Defendants.  And Defendants even targeted this marketplace at Yuga Labs NFT holders to harm Yuga Labs, directing their marketing to the "Yuga community." (*See* JTX-697.)  Based on Defendants' promotion of Ape Market (JTX-696) and my review of the webpages generated by running the source code for the planned ApeMarket.com website (JTX-806 - JTX-809), Defendants intended to allow BAYC NFT holders to sell their authentic Yuga Labs NFTs right next to RR/BAYC NFTs.  (*See, e.g.*, JTX-808, excerpted below.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

50.     I understand Thomas Lehman warned Defendants that this exact design would confuse consumers.  (JTX-1.)  Defendants have described Mr. Lehman as one of their partners in manufacturing the RR/BAYC NFTs.  My understanding from his communications with Defendants and his admissions to the court in New York is that he knew this design and the RR/BAYC NFTs used Yuga Labs' marks and would confuse consumers.

51.     And based on my review of the Team Ape Market Discord chat (JTX-801), the Defendants' design of Ape Market was an attempt to make people trust their scam marketplace by associating it with Yuga Labs and the consumer trust the BAYC brand has built up through years of work.  (*See also* JTX-114, a private conversation between Defendants in which Mr. Ripps considers buying Yuga Labs NFTs to list on Ape Market "so people trust it?")  This harm to our goodwill and damage to our consumer trust is irreparable and must be stopped.

52.     Their use of Ape Market to market RR/BAYC NFTs and profit off of the BAYC brand was obvious from their Twitter posts and design of Ape Market. (*See, e.g.*, JTX-808.)  But, I believe their internal chats also confirm this:



**Pauly Shore** 30-May-22 12:58 PM
Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side
I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements
- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve (edited)
- price increase (edited)

(JTX-801.00185, excerpted above.)   Defendants had also learned from their experience in participating in the infringing Cryptophunks NFTs and marketplace scam that they needed unconventional marketing to "build up hype" and discussed building that hype for RR/BAYC NFTs by doing "an event" with an influencer, having a raffle, or giving away free RR/BAYC NFTs.  (*See* JTX 801-00198.)  Mr. Cahen even went so far as to reserve "the bored and hungry ape" in the RR/BAYC NFT collection (Bored & Hungry is a company that uses their license to a BAYC image in their branding).  *Id.*  He also proposed that Defendants should "buy the bored and hungry ape," set up a hotdog stand in front of the Bored & Hungry restaurant, and then hire an actor to "stage an arrest" in front of Bored & Hungry.  *Id.* Defendants were again piggybacking off of the BAYC brand's success and using the BAYC NFT holders and the goodwill built up in the BAYC brand to sell their infringing RR/BAYC NFTs for their profit.

53.     From my review of Defendants' posts on Twitter and conversations with confused BAYC NFT holders, Defendants also hosted Twitter Spaces where participants would have live audio conversations about NFTs.  The title of some of these forums used the BAYC Marks, which enticed consumers, who were confused about what Defendants were selling, to engage in those discussions.

FENWICK & WEST LLP
ATTORNEYS AT LAW

54.     Defendants even used a similar price point to sell RR/BAYC NFTs—around 0.1 to 0.15 ETH per NFT.  At the time, this amounted to approximately $200 per NFT.  This is about the same value as BAYC's original 0.08 ETH BAYC price, which was approximately $169 to $236 when we initially sold them.  It would not have been unreasonable for consumers to assume that "RR/BAYC" was another Yuga Labs release related to BAYC, just like MAYC or BAKC.

55.     The result of all this confusion and infringement was a windfall of over $1.5 million to Defendants.  As Mr. Ripps testified, he made more money in 2022 by selling copycat BAYC NFTs than he made the previous year through his various other business ventures.  And in the market, RR/BAYC NFT sales totaled more than $10 million in volume, all money exchanged on the back of Yuga Labs and its hard work to build the BAYC brand.

56.     Mr. Ripps called his blatant, profit-motivated infringement of the BAYC Marks "appropriation art" in the style of Andy Warhol.  Yet, my perception of Mr. Warhol is that he created something new and different by painting images of physical objects like Campbell's soup cans onto larger-than-life canvases and displaying them in fine art galleries.  Mr. Ripps, on the other hand, sold the exact same product as Yuga Labs on the same marketplaces to the same consumers using the same marks.  This would be like if Andy Warhol stole Campbell's soup from the Campbell's factory and sold the soup at Vons.  Mr. Ripps' "appropriation" is not art—it is the laziest type of theft of Yuga Labs' BAYC brand that the Yuga Labs team and I worked so hard to build up.

57.     I'm aware that Yuga Labs held several internal meetings and engaged in discussions on how to stop Defendants' infringement of the BAYC Marks and recapture the BAYC brand from these scammers.  This unfortunately diverted resources from building the BAYC community and business.  Ultimately, to stop the confusion, and to stop Defendants' harm to our brand, we filed this lawsuit.

FENWICK & WEST LLP
ATTORNEYS AT LAW

58.   We separately sued Defendants' partners and co-conspirators Mr. Lehman and Ryan Hickman, for their manufacturing of the infringing NFTs. Yuga Labs settled with Mr. Lehman and the Court issued a consent judgment and injunction in that case. My understanding is that Mr. Hickman never responded to the complaint and is in default, and we are awaiting an order from the court on our motion for default judgment.

59.   One of the key terms for Yuga Labs in resolving its dispute with Mr. Lehman was to ensure that he destroyed any RR/BAYC NFTs under his control. (*See* JTX-621.)  Mr. Lehman has sworn, and to the best of its ability Yuga Labs has confirmed, that he destroyed all RR/BAYC NFTs under his control. It was important to Yuga Labs that Mr. Lehman do this because the presence of the infringing RR/BAYC NFTs in the public creates one of the most significant harms to Yuga Labs and to the BAYC brand's goodwill and reputation—BAYC NFTs are no longer perceived as an exclusive product, and they have become associated with caustic people. Therefore, it is important to destroy, where feasible, the RR/BAYC NFTs so that BAYC NFTs can once again be perceived as exclusive products coming from Yuga Labs.

60.   I understand that Defendants want to blame other third parties for the harm to Yuga Labs' goodwill. They have refused to take responsibility and stop their infringement. But I am not aware of any other NFT collection that caused as much confusion in the marketplace. Similarly, from my perspective, no other copycat collection has caused the kind of harm to the BAYC brand that the RR/BAYC NFTs caused.

61.   Yuga Labs requests the Court hold Defendants responsible for their infringement and the harm they caused to Yuga Labs. Defendants should have to pay their ill-gotten profits to Yuga Labs, and they should be stopped from all actions causing irreparable harm. This is the only way to end Defendants' association with the BAYC brand and allow Yuga Labs to take back control of its BAYC brand.

### Harm Caused by Defendants' Infringement

62.   From my review of Defendants' Twitter posts during the course of this litigation, Defendants have made clear that their infringement will not stop unless the Court orders a significant injunction.   Yuga Labs seeks an injunction against Defendants' use of the BAYC Marks and promotion of RR/BAYC NFTs.  This relief should include a transfer of (a) Defendants' means of manufacturing and controlling the RR/BAYC NFTs (i.e. the RR/BAYC NFT smart contract and RR/BAYC NFT minting tool) and (b) their marketing platforms that used the BAYC Marks (*i.e.* apemarket.com; the @ApeMarketplace and @ApeMarketBot Twitter accounts; and rrbayc.com.)   Yuga Labs also seeks Defendants' profits, as they should not be allowed to keep their ill-gotten gains from the theft of Yuga Labs' trademarks.

63.   Defendants' use of BAYC Marks brought confusion to the marketplace and irreparable harm to Yuga Labs.  For example, a Twitter bot that tracks blockchain transactions mistakenly reported that an authentic BAYC NFT was purchased, but actually the sale was for an RR/BAYC NFT.  (*See* JTX-705.)   I reviewed the responses to this Tweet and others like it and saw the message stating that "I looked on chain and didn't even realize it was RR."  (*See* JTX-1030.)   I also saw that consumers inquired with Mr. Ripps about his counterfeit NFT image used as his profile picture because "your profile pic is a BAYC, so I'm a bit confused here" and "[y]ou have a bayc pfp though."  (*See* JTX-709, JTX-710.)  Another consumer stated that they are "so confused" by the counterfeit NFT, since "although it says 'bored ape' it is "not real."  (*See* JTX-523.)  And a consumer even posted on Twitter that "i bought an rr bayc because i thought it was made by yuga."  (*See* JTX-311.)

64.   Defendants' method of infringement is particularly harmful in its ongoing nature.  Unlike other counterfeit items that maybe are sold once, Defendants' counterfeits are bought and resold multiple times.  Every time a Twitter bot Tweets about RR/BAYC NFT sales (which are relatively low-priced in comparison with BAYC NFT sales), calling them "Bored Ape Yacht Club," it diminishes the

FENWICK & WEST LLP
ATTORNEYS AT LAW

perceived exclusivity and value of the brand, and furthers the irreparable harm to Yuga Labs.  Without control of the smart contract, the BAYC brand will continue to be harmed by Defendants' infringement because secondary sales of these infringing products will continue and Yuga Labs will be unable to prevent the resulting misleading Tweets.

65.     I am aware that industry news leaders like Bloomberg were also confused by the Defendants' scam RR/BAYC NFTs.  This is because Defendants went so far in using the BAYC brand to sell their NFTs that they even called their infringing collection "BAYC V3."  (*See* JTX-689, JTX-690, JTX-1249.)

66.     Bloomberg mistakenly referenced Defendants' scam NFT collection as "Bored Ape Yacht Club V3" in a list of "Top NFT Collections" during a Bloomberg Crypto segment on June 21, 2022.  (*See* JTX-701, excerpted below.)



67.     I believe this created more confusion and harm amongst the public since a reputable news agency, like Bloomberg, reported on the scam collection as if it

Fenwick & West LLP
Attorneys at Law

belonged to us, Yuga Labs.  To have a new version of our exclusive NFT collection destroys the very concept of its exclusivity and reduces its real and perceived value.

68.     Even if some of the confusion is temporary, for example a consumer who did extensive research and realized RR/BAYC NFTs are a scam and fake, it does not change the fact that they were lured into and confused by Defendants' unpermitted use of Yuga Labs' BAYC Marks.  Likewise, even if some consumers were not confused when they bought RR/BAYC NFTs, Defendants still sold these NFTs using the BAYC Marks without Yuga Labs' permission, harming the brand. And, based on my review of the Twitter posts above, others produced in discovery, and expert reports, subsequent consumers who saw these RR/BAYC NFT sales (whether on Twitter or other websites like Bloomberg) could and did experience further confusion.  This confusion is ongoing, harmful, and will not stop until the RR/BAYC NFTs are removed from the market and Yuga Labs gains control of the source of Defendants' harm, namely the smart contract.  Otherwise, as Mr. Ripps proclaimed, his infringing NFT collection will forever wrongly associate Mr. Ripps with the BAYC brand.  (JTX-1249, excerpted below.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW



69.     Unable to keep their scheme straight, even Defendants themselves and their co-conspirators were confused by their use of BAYC Marks.  I've seen that during the deposition of Mr. Hickman, when asked to identify Defendants' Foundation sales page that displays and sells the counterfeit RR/BAYC NFTs, he believed it to be a Yuga Labs' page and stated on the record that it "Looks to be Bored Ape Yacht Club."  And in an exchange with a customer on Twitter, Mr. Cahen mistakenly referred to the customer's profile picture as a BAYC image.  The customer corrected Mr. Cahen's confusion and had to explain that it was actually an

FENWICK & WEST LLP
ATTORNEYS AT LAW

RR/BAYC NFT.

70. Even more, in the Team Ape Market Discord chat that I reviewed, Mr. Cahen posted an image of Yuga Labs' ape skull trademark registration and stated "@ryder per our attorney we may just need to change the skull If we want to fight trademark." (*See* JTX-801.00371; JTX-90.) I see this as an admission by Defendants that they knew they were infringing and creating confusion, as they acted contrary to their attorneys' advice. Instead of making changes, they continued to use Yuga Labs' BAYC Marks to sell the RR/BAYC NFTs.

71. Defendants used the confusion caused by their use of the BAYC Marks to obtain scam profits through sales of RR/BAYC NFTs. In his declaration under oath, Defendants' co-conspirator Mr. Lehman described Mr. Ripps' commercialization and sale of RR/BAYC NFTs as a "business venture" that "was expected to make money by selling RR/BAYC NFTs and by potentially generating transaction fees from the sale of NFTs on Ape Market." (*See* JTX-1.) And based on my review of private conversations between Defendants, including the text messages pictured below, they were motivated by a desire to make money. (*See, e.g.*, JTX-1574, excerpted below; JTX-1586.)



72. And, based on my review of Defendants' public tweets and private conversations, including Team Ape Market Discord, Defendants publicly and privately delighted in their misconduct. They bragged that RR/BAYC NFTs were the number one NFT collection in the world. (*See* JTX-683, a tweet from Mr. Cahen stating "RR/BAYC is officially the highest 24h volume . . . IN THE WORLD!"; JTX-685, a tweet from Mr. Cahen stating "RR/BAYC about to become the first project

ever to top both the @foundation and the @opensea charts.")  Based on my review of public Twitter posts produced in discovery, Mr. Ripps boasted that he made over $1.2 million on his scam, implying that no one could stop him from counterfeiting NFTs and harming the goodwill of the BAYC brand.  In a private group chat, one of Defendants' co-conspirators estimated that Defendants and their conspirators had caused $10 million in harm to Yuga Labs.  (*See* JTX-58, excerpted below.)



**hwonder**  24-Jun-22 05:01 PM
Clearly this is bias
6900 volume plus  $2 million in mint… It's pretty clear they dislike that
We're closing in on *$10 million impact to yuga

Yet their profits and success can be attributed solely to the fact that they were riding on the hard work that my founders, my employees, and my company, Yuga Labs, and I put into building the BAYC brand into one of the most successful NFT brands in the world.  Without the BAYC brand, their products would not have sold.

73.     Defendants should be required to give up their profits wrongfully earned off the BAYC brand.  Even if people know they are buying a counterfeit handbag, they are buying it because of its association with the authentic handbag manufacturer's brand.  So it is common sense that the seller should not be able to keep the profits from that sale when they were earned because of the authentic handbag manufacturer's brand.    Defendants should not profit from their infringement.  Nor should they profit off the hard work, goodwill, and community that Yuga Labs developed.

74.     Yuga Labs has asked Defendants to stop promoting the RR/BAYC NFTs, but they have refused.  And not only have they refused to stop infringing, they are deliberately taking steps to make it difficult if not impossible, for us to remove these infringing products from the public.  Just last month, Mr. Cahen used this litigation to promote RR/BAYC NFTs by posting on Twitter that Yuga Labs was

planning to "purchase and destroy" RR/BAYC NFTs. (*See* JTX-1617.) The comments that I saw on these posts demonstrate that RR/BAYC NFT holders anticipated being able to sell their NFTs at a high price, and listed their NFTs for sale at high prices, for example between 10 and 120 in ETH (approximately $18,374 - $220,484) per NFT. (*See* JTX-1618 - JTX-1620.) As a result of Mr. Cahen's tweets, sales of RR/BAYC NFTs increased 485% and transfers increased 1,350% in less than 24 hours. And the floor price[3] of RR/BAYC NFTs increased about 73%, from approximately $127.38 to approximately $175.37 ETH. Defendants' promotion increased the price and sales of RR/BAYC NFTs and their ability to earn more money off the BAYC brand. Their recent promotion of RR/BAYC NFTs also increased Defendants' public profiles off the BAYC brand, allowing them to make money from promotion of other scams.

75. Similarly, as soon as a new NFT marketplace launched in April 2023, (OpenSea Pro), Defendants used it as an opportunity to promote their counterfeit BAYC NFTs and benefit from the sales. (*See* JTX-1315, a tweet from Mr. Cahen stating, "BREAKING: RR/BAYC is trading on OpenSea Pro"; JTX-1317, an image taken from OpenSea Pro).

76. And after the litigation was filed, I understand that Defendants changed their ApeMarket Twitter page so that it would link to the RR/BAYC LooksRare sales page, where sales are ongoing and royalties were paid directly to Defendants.

77. Further, throughout the course of this case—and to this day—Defendants have promoted rrbayc.com (which was found to be infringing) on their ApeMarket Twitter page. (*See* JTX-696.) They did so despite our repeated requests that Defendants, and Mr. Cahen in particular, take down the ApeMarket Twitter account. Despite the Court's order, Defendants continue to benefit and, as I

---

[3] Floor price is the lowest price for any NFT in a given NFT collection.

understand it, profit from the continued sales of RR/BAYC NFTs and further create irreparable, ongoing, harm to the goodwill in the BAYC Marks.

78.     Yuga Labs contends, and I believe, that an injunction is also warranted because the confusion caused by RR/BAYC NFTs has not stopped.  As long as the RR/BAYC NFTs remain in the market under Defendants' control, people will be confused by their origin, decreasing the perceived exclusivity of authentic BAYC NFTs and harming Yuga Labs.  For example, these counterfeit NFTs are still used as verified hexagon profile pictures on Twitter, causing others to believe they are the real BAYC NFTs.  Likewise, RR/BAYC NFTs continue to be sold on websites like LooksRare and NFTx.  With increased access to the NFT space, the likelihood of new consumers being scammed is greater than ever.  I am aware of even sophisticated consumers falling for phishing scams or falling for cloned and counterfeit NFTs like the RR/BAYC NFTs.  When consumers see RR/BAYC NFTs on Twitter and NFT marketplaces, they can be confused about whether these are authentic or whether Yuga Labs is creating more NFTs, even more so if they are new to the space and less familiar with the history of each NFT project.  And when consumers check Etherscan to verify whether they are real or not, assuming they even know how to do so, the NFT contract page informs them that they are "Bored Ape Yacht Club (BAYC)" NFTs, furthering the confusion.  (*See* JTX-972.)  As a result, the mere existence of the RR/BAYC NFTs in the marketplace is misleading and diminishes the goodwill and meaning of the BAYC Marks.  Yuga Labs contends, and I believe, that Defendants' control of the RR/BAYC NFTs must be removed from the market to give the BAYC Marks their proper meaning again and stop the confusion.

79.     Yuga Labs contends, and I believe, the only way to fix the ongoing harm Defendants have caused is for the Court to order them to transfer control of the RR/BAYC NFT smart contract to Yuga Labs, so that all uses of the BAYC Marks are under the control of the rightful owner of these marks.  As long as Defendants own the RR/BAYC smart contract bearing the BAYC Marks, they will continue to

FENWICK & WEST LLP
ATTORNEYS AT LAW

confuse consumers by associating the BAYC Marks with themselves and their copycat NFTs. For example, every time a consumer or Twitter bot pulls data from the blockchain and mistakenly calls an RR/BAYC NFT sale a BAYC NFT sale, or every time a marketplace like Foundation pulls data from the blockchain and names the RR/BAYC NFT collection "Bored Ape Yacht Club," Yuga Labs is harmed and Defendants are wrongfully associated with the BAYC brand and Yuga Labs.

80.     My understanding is that Defendants cannot change the name of the token of their Etherscan contract bearing the BAYC Marks, nor can the RR/BAYC smart contract be destroyed. So the only way to regain control of the BAYC Marks is to transfer the contract to Yuga Labs, the rightful owner of these marks. By transferring the RR/BAYC smart contract to Yuga Labs, the Defendants' association with the BAYC brand will no longer be "forever" as Mr. Ripps proclaimed it would be. (*See* JTX-1249.)

81.     By way of analogy, when a counterfeiter counterfeits money, one remedy is to seize the counterfeit plates so they cannot continue making fake money. For this case, the remedy is to seize the smart contract and transfer it to Yuga Labs so Defendants cannot continue confusing consumers. Defendants have also not manufactured all 10,000 of Yuga Labs' BAYC NFTs as RR/BAYC NFTs, and the smart contract should be transferred to Yuga Labs to prevent them from being able to produce any more infringing NFTs.

82.     Allowing Defendants to control a contract with the BAYC Marks and continue to profit from sales through that contract would further add to the harm and unjustly enrich them. Indeed, even today, and for every day forward that they own the contract, Defendants continue to benefit from their infringing contract. They are benefiting off their intentional association with the BAYC brand. Mr. Ripps' name is affixed right next to the Yuga Labs' BAYC brand suggesting that Yuga Labs has some kind of sponsorship, affiliation, or connection with Mr. Ripps. It does not. Yuga Labs alone should be the source connected to these NFTs, not Defendants.

83.     We required Mr. Lehman to destroy his remaining RR/BAYC NFTs as a condition of settlement to limit their supply in the marketplace, so that BAYC NFTs can once again be perceived as exclusive products coming from Yuga Labs.  Because Mr. Lehman did not control the smart contract for RR/BAYCs (unlike Mr. Ripps), Yuga Labs could not require him to surrender the smart contract to Yuga Labs.  Yuga Labs seeks the surrendering of the smart contract from Mr. Ripps because it will allow Yuga Labs to regain control of its brand more fully than if Defendants merely destroyed the RR/BAYCs in their possession, custody, and control.

84.     Yuga Labs contends, and I agree, Defendants should also be ordered to provide Yuga Labs control of the other instrumentalities Defendants have used to infringe on the BAYC Marks.  Defendants promoted and sold RR/BAYC NFTs through rrbayc.com, which was found to be infringing and a violation of the ACPA. Yuga Labs should be given control of this website to ensure that no such promotion or sale happens on it again.  Defendants also manufactured the RR/BAYC NFTs through a netlify app which prominently featured the BAYC Marks.  So, on the very page where they manufactured the infringing NFTs, the Defendants used a BAYC Mark.  (*See* JTX-171; JTX-167; JTX-1148.)  Here again, each of their sales were based on the use of a BAYC Mark.  In order to stop them from manufacturing more using this infringing app, any access to or control over the netlify app should be transferred to Yuga Labs.

85.     Defendants have also stated their ongoing intent to launch the infringing apemarket.com.  (*See* JTX-1048.)  Yuga Labs should be given control of the website to prevent it from ever being launched and dealing further harm to the goodwill and consumer trust Yuga Labs has built up through years of effort.  Likewise, Defendants' @ApeMarketplace Twitter account has continued to promote RR/BAYC NFTs throughout the course of this lawsuit, including by linking to rrbayc.com and the RR/BAYC NFT LooksRare page—even after the Court found that their use of the BAYC Marks was infringing.  Yuga Labs should be given control

FENWICK & WEST LLP
ATTORNEYS AT LAW

of this account in order to prevent any more confusion.  Yuga Labs contends, and I agree, these remedies are necessary to address the irreparable harm caused by Defendants' infringement and allow Yuga Labs to protect its brand and recapture its stolen property.

86.    Finally, Yuga Labs contends, and I agree, that Defendants should be required to disgorge their $1,589,455 in ill-gotten profit from their use of the BAYC Marks.  This is only a portion of the over $10 million in trading volume from sales of RR/BAYC NFTs.  They earned these profits at the expense of Yuga Labs' BAYC brand, requiring Yuga Labs to spend millions to try to counteract the irreparable harm done to its brand.  Defendants even bragged on Twitter about making millions on their scam, just as they bragged about making millions on their Cryptophunks scam. Their profits continue to increase as Defendants gain royalties and creator fees from sales on secondary marketplaces.  They should not be allowed to reap the rewards of their infringement.

87.    Yuga Labs and I spent great effort building the BAYC brand and investing our time and hard work into the BAYC Marks.  Defendants wrongly associated with the goodwill that we built up.  Now, it is time for Defendants to pay back the ill-gotten gains they received by leeching on to this goodwill.  It is time to stop Defendants from further irreparably harming Yuga Labs' BAYC Marks, including by ending the Defendants' control of and use of any BAYC Marks to make, promote, or sell any NFTs.  It is time that the Defendants take responsibility for their scam and end the confusion they have caused to consumers.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

2        I declare under penalty of perjury under the laws of the United States that, to

3    the best of my knowledge, the foregoing is true and correct.

4        Executed on _____July 13ᵗʰ_____, 2023.

5

6                                            _____
                                             Greg Solano

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28