# Trial Exhibit JTX-0029

Jun 23, 2022 12:56 PM MDT | https://opensea.io/collection/rrbayc

# OpenSea

# RRBAYC.com

## RR/BAYC
By ryder_ripps

you can't copy an NFT. ...

| 5.2K items | 1.6K owners | 0.175 floor price | 10.1 total volume |

**Items** | Activity

**Status** — 5,243 items
Buy Now
On Auction
Price
Item quantity
On sale in

| | | | | |
|---|---|---|---|---|
| RR/BAYC<br>Min Bid<br>0<br>@ 7 days left<br>♡ 1 | RR/BAYC<br>Price<br>0.175<br>@ a day left<br>♡ 2 | RR/BAYC<br>Price<br>0.184<br>@ 20 hours left<br>♡ 0 | RR/BAYC<br>Min Bid<br>0.19<br>@ 7 days left<br>♡ 0 | RR/BAYC<br>Price<br>0.195<br>@ 20 hours left<br>♡ 7 |
| RR/BAYC<br>Price<br>0.198<br>@ 10 hours left<br>♡ 1 | RR/BAYC<br>Price<br>0.198<br>@ 2 days left<br>♡ 1 | RR/BAYC<br>Price<br>0.198<br>@ 17 hours left<br>♡ 1 | RR/BAYC<br>Price<br>0.199<br>@ 9 hours left<br>♡ 1 | RR/BAYC<br>Price<br>0.199<br>@ 10 hours left<br>♡ 1 |
| RR/BAYC<br>Price<br>0.199<br>@ 3 days left<br>♡ 0 | RR/BAYC<br>Price<br>0.21<br>@ 3 days left<br>♡ 0 | RR/BAYC<br>Price<br>0.222<br>@ 7 days left<br>♡ 0 | RR/BAYC<br>Price<br>0.222<br>@ 1 days left<br>♡ 0 | RR/BAYC<br>Price<br>0.222<br>@ 7 days left<br>♡ 0 |
| Price<br>0.222<br>@ 3 days left | Price<br>0.222<br>@ 1 days left | Price<br>0.25<br>@ 7 days left | Price<br>0.25<br>@ 20 hours left | Price<br>0.25 |

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0029**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

EXHIBIT 29
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

YUGALABS_00000571



YUGALABS_00000572

JTX-0029.00002

YUGALABS_00000573

**JTX-0029.00003**