# Trial Exhibit JTX-0095





U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0095**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

EXHIBIT 95
1-11-23
Cahen

JTX-0095.00001