# Trial Exhibit JTX-0114

**ryder** 09-Jun-22 01:52 PM

yes

i wonder if there could be a script that automatically mints once gas goes under 20

also

maybe we buy a mutant

or some dogs

and put them on the marketplace

so people trust it?

i dont think buying a bayc makes sense

unless its for a deal..

goingparablic sold his ape

s

sucks

that would have been perfect marketing

wish i spoke to him before he sold

💯 1

> **Ryder** i wonder if there could be a script that automatically mints once gas goes under 20

**middlemarch.eth** 09-Jun-22 01:59 PM

The script I wrote will let us set a gas price, and the tx will be pending until mined

💯 1

The only issue is that in the mean time you won't be able to do other transactions

Which is why doing it overnight is a good option

💯 1

> **Ryder** that would have been perfect marketing

**Pauly Shore** 09-Jun-22 02:17 PM

Yeah

> **middlemarch.eth** The script I wrote will let us set a gas price, and the tx will be pending until mined

**Pauly Shore** 09-Jun-22 02:17 PM

That's so awesome (edited)

Exhibit 114
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0114**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**