# Trial Exhibit JTX-0117



**Captured at: 01/05/2023, 03:08 PM**

**URL: https://web.archive.org/web/20220715013427/https:/etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e**

Wayback Machine https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e Go
9 captures
23 May 2022 - 20 Dec 2022
JUN JUL DEC
Previous capture 15 Next capture
2021 2022 2023
About this capture

Etherscan Logo

Eth: $1,186.72 (+6.63%) | 23 Gwei

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Home | Blockchain | Tokens | Resources | More | Sign In

Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

Buy | Exchange | Earn | Gaming

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0117**
DATE ____________ **IDEN.**
DATE ____________ **EVID.**
BY ____________
**Deputy Clerk**

**Contract Overview**

Balance: 0 Ether

Ether Value: $0.00

**More Info**

More

My Name Tag: Not Available, login to update

Contract Creator: 0x592814ff14e030b51f6... at txn 0xec6a7bd2b146bd69b2...

Token Tracker: Bored Ape Yacht Club (BAYC)

Ad

**Exhibit 117**
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

Transactions | Internal Txns | Erc20 Token Txns | Contract | Events | Analytics | Comments

Latest 25 from a total of 20,493 transactions

| Txn Hash | Method | Block | | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|
| 0xd5cbd6cb19961a1cb1... | Set Approval For... | 15143898 | 1 hr 43 mins ago | 0x25574e7649d5144675... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00039454 |
| 0x39b8f15c17074191cc2... | Set Approval For... | 15143752 | 2 hrs 14 mins ago | 0x5831240fd3f7593f627... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0008026 |
| 0x1187886ef38fb55127f... | Set Approval For... | 15143723 | 2 hrs 20 mins ago | 0x7eed45f23bec843e44... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00052671 |
| 0x5b104d642fa87d6e7b... | Set Approval For... | 15143544 | 2 hrs 55 mins ago | 0x328c54a0da4ab4e895... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00141647 |
| 0xd377637fbbdebbf5325... | Set Approval For... | 15143474 | 3 hrs 8 mins ago | 0x60885ad75d451c3e99... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00196281 |
| 0xb5f7c62bbcafd58f00e... | Set Approval For... | 15142870 | 5 hrs 26 mins ago | 0xddd217cc50f7bf276b3... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0027861 |
| 0x9cf3374e37384ddd56... | Set Approval For... | 15142629 | 6 hrs 16 mins ago | 0x29006004c42637fc2a... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00168679 |
| 0x9dea742c08bb28ab07... | Set Approval For... | 15142102 | 8 hrs 12 mins ago | 0xeb5b757a28c173971b... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0021494 |
| 0xc2e1276bec2e175228... | Set Approval For... | 15142090 | 8 hrs 14 mins ago | lazyleoni.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00292858 |
| 0x62d50ee380fb4fe5b65... | Set Approval For... | 15142085 | 8 hrs 15 mins ago | 0x9d06117f640737b551... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00274215 |
| 0x2568ca2afd69ae0573... | Set Approval For... | 15141699 | 9 hrs 42 mins ago | bunnyslippers.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00224709 |
| 0x00dc4d5f81fd17d4153... | Safe Transfer Fr... | 15141310 | 11 hrs 4 mins ago | 2690.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00122908 |
| 0x51c780cab4f586cb836... | Safe Transfer Fr... | 15141300 | 11 hrs 7 mins ago | 2690.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00141342 |
| 0xfa3b91b1e1839f0005b... | Safe Transfer Fr... | 15141290 | 11 hrs 8 mins ago | 2690.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00223599 |
| 0x6977936ec47e54d1af... | Transfer From | 15140783 | 12 hrs 57 mins ago | 0x5ef90fe4f7140abc85fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00055084 |
| 0x0b2c7dfe3491ffa9d17... | Transfer From | 15140711 | 13 hrs 15 mins ago | 0x5ef90fe4f7140abc85fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006429 |
| 0x3310979aa30526cff5a... | Transfer From | 15140709 | 13 hrs 15 mins ago | 0x5ef90fe4f7140abc85fb... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00081108 |
| 0xfaebf434a326b7f5192... | Transfer From | 15140568 | 13 hrs 48 mins ago | 0xf3185653755cb6e139... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00067009 |
| 0xc97d1453d7687e7d70... | Transfer From | 15140566 | 13 hrs 49 mins ago | 0xf3185653755cb6e139... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00105893 |
| 0x345665f55b72fc6a194... | Set Approval For... | 15140404 | 14 hrs 26 mins ago | 0xd3d0c000d6e1a3b04c... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00080897 |
| 0x5bd0ca165cdd664917... | Set Approval For... | 15140214 | 15 hrs 10 mins ago | aaronjisaac.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00029298 |
| 0xa204db41bd4cbe1c81... | Set Approval For... | 15139823 | 16 hrs 28 mins ago | 0x9becf8c2fd93572b0dc... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.0006498 |
| 0x463e10c043edbca9d7... | Safe Transfer Fr... | 15139766 | 16 hrs 40 mins ago | g3rm.eth | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00082114 |
| 0x9dda1be7a089be4b21... | Set Approval For... | 15139049 | 19 hrs 11 mins ago | 0x82e38f1a06fd2692ab9... | IN | 0x2ee6af0dff3a1ce3f7e3... | 0 Ether | 0.00055856 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Case 2:22-cv-04355-JFW-JEM   Document 342-9   Filed 07/17/23   Page 3 of 6   Page ID #:24246

JTX-0117.00002

 **Pauly Shore** 23-Jun-22 12:50 PM

### Intellectual Property Office

New search

Trade mark number

# UK00003718328

**Status** Registered

View historic details

Display content without tabs

Overview    List of goods and services    Names and addresses    Publications

**Trade mark**



@ryder  per our attorney we may just need to change the skull
If we want to fight trademark

 **hwonder** 23-Jun-22 12:52 PM
I thought that skull was commercial licensable from stock site

 hwonder I thought that skull was commercial licensable from stock site
**Pauly Shore** 23-Jun-22 12:52 PM
Lmfao

Not sure how serious that statement is

 **hwonder** 23-Jun-22 12:53 PM
Im serious . Ryder showed me a stock site before with the skull
Last December

**Pauly Shore** 23-Jun-22 12:53 PM
Wow

We should consider if we even want to be listed on those sites or not first of all
It may make sense to let it be banned for a bit
To make everyone jump on apemarket harddddd
I'm terms of adding other collections to AM how difficult is that?

EXHIBIT 53
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

JTX-0117.00003

I spoke to Scott at genie in person at the uniswap party

We gotta get on gem and genie

But now both are owned by A16z basically lol

Uniswap bought genie

Opensea bought gem





YUGALABS_00015424

JTX-0117.00005