# Trial Exhibit
# JTX-0133

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0133** _____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**Exhibit 133**
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00002174