# Trial Exhibit
# JTX-0137



Page 1
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6Af0dEF3A1CE3F7E3414C52c48fd50d73691e

**Exhibit 137**
Deponent: Ryder Ripps
Date: January 12, 2023
CSR No: 14125

**JTX-0137.00001**

| #3871 ♦ 0.52 | #1486 ♦ 0.55 | #9968 ♦ 0.55 | #3171 ♦ 0.55 | #5691 ♦ 0.6 | #8362 ♦ 0.63 | #5263 ♦ 0.66 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #8870 ♦ 0.669 | #4747 ♦ 0.67 | #7761 ♦ 0.68 | #6178 ♦ 0.6069 | #2656 ♦ 0.7 | #6664 ♦ 0.7 | #7285 ♦ 0.5 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #5420 ♦ 0.5 | #6556 ♦ 0.51 | #3371 ♦ 0.52 | #1686 ♦ 0.55 | #6905 ♦ 0.55 | #3972 ♦ 0.55 | #5601 ♦ 0.6 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #8362 ♦ 0.63 | #5201 ♦ 0.66 | #6870 ♦ 0.669 | #4742 ♦ 0.67 | #7782 ♦ 0.68 | #4414 ♦ 0.6969 | #3656 ♦ 0.7 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #9994 ♦ 0.7 | #1245 ♦ 0.5 | #5420 ♦ 0.5 | #6556 ♦ 0.51 | #3373 ♦ 0.52 | #1466 ♦ 0.55 | #1805 ♦ 0.55 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #3871 ♦ 0.55 | #5601 ♦ 0.6 | #8362 ♦ 0.63 | #5201 ♦ 0.66 | #6620 ♦ 0.669 | #4747 ♦ 0.67 | #7761 ♦ 0.68 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |
| #6658 ♦ 0.6969 | #3694 ♦ 0.7 | #9994 ♦ 0.7 | #1245 ♦ 0.5 | #5420 ♦ 0.5 | #6568 ♦ 0.51 | #3573 ♦ 0.52 |
| ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.215 | ••• ♦ 0.295 | ••• ♦ 0.295 | ••• ♦ 0.295 |

Page 3
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6AF0dB1JA1CE3f7E3414C52c486d50d72691e



Page 4
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622165546/https://looksrare.org/collections/0x2EE6Af0dEf3A1CE3f7E3414C52c48Bd50d73691e



Page 6
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6AF0dE13A1CE3F7E3414C52e48Bd50d72691e



Copyright 2022 LooksRare | By NFT people, for NFT people

About   API   Contact   Help   Jobs   Bug Bounty   Brand   Terms of Service   Business