# Trial Exhibit JTX-0167

Captured at: 2023/02/21 09:25 PM   URL: https://rrbayc-v0.netlify.app/

Connect

RR/BAYC

APE ID OR PICK A RANDOM ID FOR ME
1376

TARGET ADDRESS

Mint to Foundation

5,310/10,000

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____JTX-0167_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit: 167
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn