# Trial Exhibit JTX-0171

URL: https://rrbayc-v0.netlify.app/

TARGET ADDRESS

APE ID OR PICK A RANDOM ID FOR ME

RR/BAYC

BORED APE YACHT CLUB

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT **JTX-0171**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit: 171
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn

JTX-0171.00001