# Trial Exhibit JTX-0311



JTX-0311.00001

YUGALABS_00015411