# Trial Exhibit JTX-0523





Jason.ip 🚀 @Jclineshow · May 16 ···
#NewProfilePic

13 5 58

XRPwh4le.eth ···
@Joey_tartz

Replying to @Jclineshow

? I'm so confused … this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says "bored ape" it's not real dude

1:17 PM · May 16, 2022

Tweet your reply Reply

XRPwh4le.eth @Joey_tartz · May 16 ···
Replying to @Joey_tartz @Jclineshow and @ryder_ripps
Lol what your doing is deceiving my guy. Not the way.

1

Show replies

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Jason.ip 🚀 @Jclineshow · May 16 ···
Replying to @ryder_ripps and @Joey_tartz
Ghost Ryder apes. 🤘

1

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT JTX-0523
DATE ____________ **IDEN.**
DATE ____________ **EVID.**
BY ____________
**Deputy Clerk**

**Exhibit 0523**
3/24/2023
Jason Cline