# Trial Exhibit JTX-0608

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT      JTX-0608
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk






possible traits, including expression, headwear, clothing, and more. All apes are dope, but some are rarer than others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

To access members-only areas such as THE BATHROOM, Apeholders will need to be signed into their Metamask Wallet.



# WELCOME TO THE CLUB

When you buy a Bored Ape, you're not simply buying an avatar or a provably-rare piece of art. You are gaining membership access to a club whose benefits and offerings will increase over time. Your Bored Ape can serve as your digital identity, and open digital doors for you.

    

| 10,000 Provably-rare Bored Ape tokens | Fair Launch, fair distribution: All apes cost 0.08 ETH | Ownership and commercial usage rights given to the consumer over their NFT | The Bathroom: A member's-only graffiti board | Gain additional benefits through roadmap activations |

# THE BATHROOM

The BAYC Bathroom will become operational once the presale period is over. It contains a canvas accessible only to wallets containing at least one ape. Like any good dive bar bathroom, this is the place to draw, scrawl, or write expletives.

Each ape-holder will be able to paint a pixel on the bathroom wall every fifteen minutes. Think of it as a collaborative art experiment for the cryptosphere. A members-only canvas for the discerning minds of crypto twitter.

We're pretty sure it's going to be full of dicks.



# ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

| | |
|---|---|
| 10% | ~~We pay back our moms.~~ |
| 20% | ~~We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders.~~ |
| 40% | ~~BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To.~~ |
| 60% | ~~Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies.~~ |
| 80% | ~~The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape.~~ |
| 90% | ~~The Bored Ape liquidity pool is initiated.~~ |



