# Trial Exhibit JTX-0611



**Captured at: 12/07/2022, 03:32 PM**
**URL: https://opensea.io/collection/boredapeyachtclub**

OpenSea | Search items, collections, and accounts

# Bored Ape Yacht Club
By YugaLabs

Items **9,998** · Created **Apr 2021** · Creator fee **2.5%** · Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles...
See more

| 695,035 ETH | 67.99 WETH | 64.01 WETH | 6% | 6,423 | 64% |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items**   Analytics BETA   Activity

Search by name or attribute

Filters          Sort

Make collection offer

Updated 5s ago                                                10,000 items

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT_____**JTX-0611**_____
DATE_____ IDEN.
DATE_____ EVID.
BY _____
**Deputy Clerk**

JTX-0611.00001                              YUGALABS_00027531