# Trial Exhibit JTX-0670

```
Captured at: 01/05/2023, 01:47 PM
URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=artworks
```



BAYC

# Bored Ape Yacht Club

@ryder_ripps



Collection of **1,063**   Owned by **389**   Floor Price **0.12 ETH**   Total Sales **85.07 ETH**

JTX-0670.00001

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-0670**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

YUGALABS_00030104