# Trial Exhibit JTX-0677

