# Trial Exhibit JTX-0683

2/4/23, 3:20 PM  PAULY on Twitter: "RR/BAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🚀 We passed BAYC in the mi...

Case 2:22-cv-04355-JFW-JEM   Document 342-23   Filed 07/17/23   Page 2 of 4   Page ID #:24297

- Explore
- Settings

← **Tweet**

**PAULY** ✓
@Pauly0x

RR/BAYC is officially the highest 24h volume on @opensea...

IN THE WORLD! 🚀

We passed BAYC in the middle of Apefest! 😂

(*Punks volume is not on OS, it's on the LL marketplace.)

[Image: Top collections over last 24 hours showing CryptoPunks, RR/BAYC, Bored Ape Yacht Club, Art Blocks Curated, Otherdeed for Others, CLONE X - X TAKASHI, Primates, Udder Chaos, Mutant Ape Yacht Club, Chromie Squiggle, Azuki, CryptoPunks V1, Doodles, Yeah Tigers, Okay Bears]

11:24 PM · Jun 20, 2022

34 Retweets    3 Quote Tweets    168 Likes

**D34thSt4lker** @D34thSt4lker · Jun 20, 2022
Replying to @Pauly0x and @opensea
Cool story bro
1    1    1

**PAULY** ✓ @Pauly0x · Jun 20, 2022
Replying to @D34thSt4lker and @opensea
Facts > stories
1    1    1

Show replies

**-69.eth** ✓ @_etheth · Jun 20, 2022
Replying to @Pauly0x and @opensea
SOON SOON SOON SOON
6

**Zorta** @zortastore
😔 Unfortunately, we will close properly soon.

We can no longer afford to rent our business. The Travel Cosmetic Bag in our shop has a 50% discount! If our financial situation improves in the future, we will definitely open up again.

🛒 Get Here 👉 zorta.co/cosmetic-bag

Search Twitter

**New to Twitter?**
Sign up now to get your own pers...

Sign up with G...
Sign up with A...
Create accoun...

By signing up, you agree to the Te... Privacy Policy, including Cookie U...

**Relevant people**

**PAULY** ✓
@Pauly0x
Founder @NotLarv... FUNGIBLE TOKEN: a... identifier that cann... substituted, or subc... Merriam-Webster D...

**What's happening**

NHL · Starts at 3:00 PM
Metropolitan Division at A... Division

Politics · Trending
**The Chinese**
Trending with Surfside Beach

Trending in United States
**F-22**
11.1K Tweets

Trending in United States
**Top Gun 3**

Sports · Trending
**Brian Schottenheimer**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S...

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0683**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

Case 2:22-cv-04355-JFW-JEM  Document 342-23  Filed 07/17/23  Page 3 of 4  Page ID #:24298



- Explore
- Settings

> 💬 50   🔁 30   ♡ 388   📊 1.3M   ⬆️
>
> 🔗 Promoted

**Juice** 🕯️ ✓  @Juicetin_420 · Jun 20, 2022
Replying to @Pauly0x and @opensea
Zoos and BAYC both don't own their apes 👀

💬   🔁   ♡ 1   📊   ⬆️

**MM** ✓  @morellifit · Jun 21, 2022
Replying to @Pauly0x and @opensea
I am confused. You passed them with the same exact art for 1/90th of the price?

I am always happy to see people win, I am just not sure this is brag worthy?

Perhaps I am missing some important details?

💬 1   🔁 1   ♡ 2   📊   ⬆️

**Collin collinnft.eth metameta.eth**  @CollinsCustomIP · Jun 20, 2022
Replying to @Pauly0x and @opensea
congrats dood, see u husslin!

💬   🔁 1   ♡   📊   ⬆️

**Tom** 🛠️  @thomasjeans · Jun 20, 2022
Replying to @Pauly0x and @opensea
it's stolen art and a lot of people will get wrecked when the price tanks, congrats!

💬 1   🔁 1   ♡ 1   📊   ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

2/4/23, 3:20 PM    PAULY on Twitter: "RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD! 🤯 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM   Document 342-23   Filed 07/17/23   Page 4 of 4   Page ID #:24299

- Explore
- Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in