# Trial Exhibit JTX-0684





JTX-0684.00001   YUGALABS_00015425