# Trial Exhibit JTX-0687

