# Trial Exhibit JTX-0688



JTX-0688.00001     YUGALABS_00000619