# Trial Exhibit JTX-0690



JTX-0690.00001

YUGALABS_00000565