# Trial Exhibit JTX-0696







