# Trial Exhibit JTX-0701



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0701**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-0701.00001

YUGALABS_00040375