# Trial Exhibit
# JTX-0705



**GemBot** 💎🖌️🤖
@0xGem

New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH etherscan.io/tx/0x0fad43802...



3:34 PM · Jul 8, 2022 · Zapier.com

**14** Retweets   **17** Quote Tweets   **72** Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0705**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**



JTX-0705.00002                                                                    YUGALABS_00002626



YUGALABS_00002627



Replying to @0xGem
Decimal

Buffet | NFTBuffet.eth @NFTBuffet · Jul 8   ...
Replying to @0xGem
damn i could have afforded this

💬 2          ⟲          ♡ 4          ⬆

16 @Josh__IK · Jul 8          ...
Replying to @NFTBuffet and @0xGem
Looks like a shady deal

💬 1          ⟲          ♡ 1          ⬆

Show replies

👊👊👊👊👊.eth @from42c · Jul 8          ...
Replying to @0xGem
hahaha

💬          ⟲          ♡          ⬆

Danny Kass @dannygkass · Jul 8          ...
Replying to @0xGem
Here we go again 👀

💬          ⟲          ♡          ⬆

⚜BANANATASKFORCEAPE#GALA #BTFA ...   @FTMROSE... · Jul 8   ...
Replying to @0xGem
How did we get here?

💬          ⟲          ♡          ⬆

weezyapebaby.eth @twallace1010 · Jul 8          ...
Replying to @0xGem
🥺

💬          ⟲          ♡          ⬆

YUGALABS_00002628



JTX-0705.00005

YUGALABS_00002629



YUGALABS_00002630



**JTX-0705.00007**

YUGALABS_00002631



JTX-0705.00008

YUGALABS_00002632





YUGALABS_00002634