# Trial Exhibit JTX-0709

