# Trial Exhibit JTX-0710



JTX-0710.00001

YUGALABS_00027520