# Trial Exhibit JTX-0807



