# Trial Exhibit JTX-0809



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____**JTX-0809**_____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____
**Deputy Clerk**

YUGALABS_00043490