# Trial Exhibit JTX-0841



