# Trial Exhibit JTX-0972





JTX-0972.00001                                                                                          YUGALABS_00043510