# Trial Exhibit JTX-1045





YUGALABS_00030050