# Trial Exhibit JTX-1075



## Yuga Labs, Inc.
## Income Statement
January - December 2022

|  | Total |
|---|---:|
| **Revenue** | $ 123,887,497 |
| **Cost of Goods Sold** | $ 17,429,043 |
| **Gross Profit** | $ 106,458,454 |
| Expenses | |
| 5100 Advertising, Marketing and Community | $ 20,202,665 |
| 6000 Professional Services | $ 24,229,931 |
| 6200 Other Business Expenses | $ 4,358,725 |
| 7000 Payroll, Benefits and Staff Expenses | $ 20,835,329 |
| 7100 Product & Technology | $ 3,333,517 |
| **Total Expenses** | $ 72,960,167 |
| **Operating Profit (EBITDA)** | $ 33,498,287 |
| Total Non Operating Income | $ 1,971,318 |
| Total Non Operating Expenses | $ 46,285,250 |
| **Net Non Operating Income** | $ (44,313,931) |
| **Net Income** | $ (10,815,645) |

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-1075**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   JTX-1075.00001   YUGALABS_00031620