# Trial Exhibit JTX-1148



