# Trial Exhibit JTX-1249

Lodged with Court as a native file on CD

THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-1249**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk