# Trial Exhibit JTX-1302



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT          JTX-1302
DATE                          IDEN.
DATE                          EVID.
BY
Deputy Clerk



YUGALABS_00014136





JTX-1302.00004

YUGALABS_00014138





**JTX-1302.00006**                                    YUGALABS_00014140



YUGALABS_00014141



YUGALABS_00014142



YUGALABS_00014143



YUGALABS_00014144



📌 Pinned Tweet

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 3
Times up! The BAYC x @mcbess x @DudesFactory collab merch drop has ended.

🅱 **Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 19
Apes, our BAYC x @McBess x @DudesFactory collab goes live on Wednesday, Oct. 26th at noon ET. This BAYC/MAYC-exclusive drop will be at store.boredapeyachtclub.com when live, with payments in @apecoin only. ⬛ for more info.
Show this thread

○ 101          ⟲ 138          ♡ 386          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 3
The Miami Poll is now closed.

🅱 **Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 29
Hey Apes, we're hosting a quick poll in the Miami-Poll channel of the BAYC discord to see who's planning on attending Art Basel or will be in Miami in early December. Full transparency, this isn't for a full on ApeFest level event, but there are a few things cooking.
Show this thread

○ 16          ⟲ 29          ♡ 159          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 2
Reminder - The BAYC x @mcbess x @DudesFactory collab will be available to order until 11:59 pm ET.

🅱 **Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 19
Apes, our BAYC x @McBess x @DudesFactory collab goes live on Wednesday, Oct. 26th at noon ET. This BAYC/MAYC-exclusive drop will be at store.boredapeyachtclub.com when live, with payments in @apecoin only. ⬛ for more info.
Show this thread

○ 20          ⟲ 64          ♡ 238          ⬆

JTX-1302.00011                                    YUGALABS_00014145



YUGALABS_00014146



⟲ Bored Ape Yacht Club Retweeted

**Josh** @JoshiedNFT · Nov 2

A year ago today @BoredApeYC

♡ 14      ⟲ 36      ♡ 221

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2

Heads up Apes, the Miami Poll will close tonight at 10 pm ET.

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29
>
> Hey Apes, we're hosting a quick poll in the Miami-Poll channel of the BAYC discord to see who's planning on attending Art Basel or will be in Miami in early December. Full transparency, this isn't for a full on ApeFest level event, but there are a few things cooking.
>
> Show this thread

♡ 25      ⟲ 35      ♡ 164

⟲ Bored Ape Yacht Club Retweeted

**TBlake** @therealtblake · Nov 2

Skate Bored @BoredApeYC

⟲ Bored Ape Yacht Club Retweeted

**tgerring.eth** ✓ @TaylorGerring · Nov 2

🙏 Grateful

Big ups to @Sonz1_ @Cherryd_1 for this new pair of shoes. So comfy, I wore them to my birthday party all night long 👟

gucci and 2 others

♡ 43      ⟲ 47      ♡ 278

**JTX-1302.00013**                    YUGALABS_00014147



⇅ **Bored Ape Yacht Club** Retweeted

**Lilou** 🦧 @iamlilou5 · Nov 1

GM IT'S MY BIRTHDAY 🎂

Appreciate all the love and support from the community 🐵 love u mfers

@BoredApeYC



♡ 359          ⇅ 65          ♡ 983          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1

Take a dive into the small McCapsule below 🐵. McCapsules will be available for order until Nov. 2nd at 11:59 pm ET

⇅ **Bored Ape Yacht Club** Retweeted

👏🙌🙌 @BoredApeConrad · Nov 1

Hot off the press!

♡ 47          ⇅ 49          ♡ 266          ⬆



⤒ Bored Ape Yacht Club Retweeted

**Vissyarts** @vissyarts · Nov 1 ···

Happy to share that I have been included in Tatlers 2022 Asia's most influential list of Hong Kong, Singapore, Malaysia, the Philippines and Taiwan, under the arts category. I made sure I repped @BoredApeYC who also represent a significant number of my collector family

POWER & PURPOSE | ASIA'S MOST INFLUENTIAL HK

# Visithra Manikam

NFT artist

○ 72    ⤒ 63    ♡ 287    ⬆

Show this thread

⤒ Bored Ape Yacht Club Retweeted

**Magu.Eth** @Magu_eth · Nov 1 ···

My door bell was ringing and finally my toy has arrived ✦✦! @BoredApeYC

#bayc #curtis

BAYC

○ 41    ⤒ 36    ♡ 159    ⬆

**JTX-1302.00016**    YUGALABS_00014150



YUGALABS_00014151



⬆ Bored Ape Yacht Club Retweeted

**Rug Radio™** 🔇 @RugRadio · Oct 29

All creatives have 'someone' they are creating for, usually it's a reflection of ourselves and our experiences. Hear who @GordonGoner is creating the otherside for. This and more from @CryptoGarga, co-founders of @BoredApeYC. A thread 🎙️ 🔔 #RugRadio 🔇

**GM NFTs**

Ft. Guest @Gordongoner

⬆ Bored Ape Yacht Club Retweeted

**///Steki.eth** @stekisteks · Oct 29

GM from an Ape in the Desert 🏜️ @BoredApeYC

Yuga Labs and Bored Ape Yacht Club

💬 52          ⬆ 50          ♡ 359          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29

Large McCapsule breakdown by The Dudes below 👇 👏

🐻 **The Dudes** @DudesFactory · Oct 29

APE IN BEFORE THE STORE CLOSES!

The large @BoredApeYC X @mcbess X The Dudes capsule ($500) is up for grabs for a limited time only! Score it and enjoy the abundance below:

Show this thread

💬 23          ⬆ 57          ♡ 220          ⬆

⬆ Bored Ape Yacht Club Retweeted

**The Dudes** @DudesFactory · Oct 29

APE IN BEFORE THE STORE CLOSES!

The large @BoredApeYC X @mcbess X The Dudes capsule ($500) is up for grabs for a limited time only! Score it and enjoy the abundance below:

💬 30          ⬆ 43          ♡ 211          ⬆

Show this thread

JTX-1302.00018          YUGALABS_00014152



⇄ Bored Ape Yacht Club Retweeted

**Bored Jerky** @BoredJerky · Oct 29

Spicy



♡ 52          ⇄ 102          ♡ 747          ⬆

⇄ Bored Ape Yacht Club Retweeted

**fred ming** @freddming · Oct 29

Hot like summer!!!

#hongkong
#BoredApeYachtClub
@BoredApeYC

The following media includes potentially sensitive content.    **View**
Change settings

♡ 35          ⇄ 7          ♡ 90          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29

Reminder – We will NEVER DM you first or request sensitive information. The survey can only be accessed via the in server Miami-Poll channel for verified members til Nov 2nd. Direct link to the survey can be found here: discord.com/channels/83128...

♡ 34          ⇄ 47          ♡ 147          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29

Hey Apes, we're hosting a quick poll in the Miami-Poll channel of the BAYC discord to see who's planning on attending Art Basel or will be in Miami in early December. Full transparency, this isn't for a full on ApeFest level event, but there are a few things cooking.

♡ 146          ⇄ 289          ♡ 1,140          ⬆



YUGALABS_00014155



↻ Bored Ape Yacht Club Retweeted

**gayboredape.eth** 🔵 @gayboredape · Oct 25
I don't quit representing
@BoredApeYC



○ 28    ↻ 23    ♡ 124    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 25
Heads up Apes, the detailed FAQ for the BAYC x McBess x The Dudes
merch drop can be found at store.boredapeyachtclub.com/faq. An official
announcement will be sent out from this account and posted in the official
BAYC discord when the drop goes live on Oct. 26th at noon ET.



mcbess and The Dudes

○ 139    ↻ 235    ♡ 841    ⬆

**JTX-1302.00023**    YUGALABS_00014157



YUGALABS_00014158



⟲ Bored Ape Yacht Club Retweeted

**DENBCN** 🇺🇦 @Chigidin · Oct 24   ···
⚡ Sneak peek ⚡
Team project with
@jenevaNFT

Enjoy your art!
@Ape149

#BAYC
@BoredApeYC

DENBCN 🇺🇦 and 2 others

♡ 25      ⟲ 39      ♡ 92      ⬆

⟲ Bored Ape Yacht Club Retweeted

**Rucio Z.** @RucioZ · Oct 24   ···
Bored to Death @UniStudios Hollywood Horror Nights. @BoredApeYC
@yugalabs #LosAngeles

♡ 34      ⟲ 35      ♡ 109      ⬆

**JTX-1302.00025**                    YUGALABS_00014159







⤵ Bored Ape Yacht Club Retweeted

**Aaron Haber** @AaronHaber · Oct 21
Repping @BoredApeYC and OG Ape #2960 on all my on cam calls
@NFTCARVER

♡ 167    ⤵ 90    ♡ 340    ⤴

⤵ Bored Ape Yacht Club Retweeted

**Jason Au** @JasonJape · Oct 20
Taking my @BoredApeYC to Germany.

Nothing beats a German beer with the pork knuckle and Sausages in
Frankfurt. Great I can train my German.

@EliteApesHK

♡ 87    ⤵ 71    ♡ 145    ⤴

**JTX-1302.00028**    YUGALABS_00014162



⨉⟳ Bored Ape Yacht Club Retweeted

**BoredCoffee.eth** @BoredCoffee_ · Oct 20          ···

Thank you founders for everything you have done so far 🤎

@CryptoGarga @GordonGoner @TomatoBAYC @SassBAYC

Bored Ape Yacht Club

💬 114          ⟳ 140          ♡ 485          ⬆

Show this thread

⨉⟳ Bored Ape Yacht Club Retweeted

**Caleb** @CalebTennenbaum · Oct 20          ···

Apes taking over. First time meeting a fellow ape randomly irl @BoredApeYC

💬 96          ⟳ 56          ♡ 223          ⬆

Show this thread

**JTX-1302.00029**          YUGALABS_00014163



⟲ Bored Ape Yacht Club Retweeted
Lilou 🧡 @iamlilou5 · Oct 20
Classic 🦍 @BoredApeYC

Adam Bomb Squad

○ 118      ⟲ 53      ♡ 406      ⬆

⟲ Bored Ape Yacht Club Retweeted
Arcade Apes @arcadeapes · Oct 20
Excited to announce we'll be displaying 5 mega mutants thanks to @ptmNFT and also doing something really special for everyone attending the week of NFT london. 😊

○ 102      ⟲ 97      ♡ 291      ⬆

⟲ Bored Ape Yacht Club Retweeted
jackie.eth @JackieLeeETH · Oct 20
What an Unreal Fest 2022!! Hangout near the yacht #UnrealFest @UnrealEngine @BoredApeYC

○ 83      ⟲ 38      ♡ 115      ⬆



Bored Ape Yacht Club Retweeted

**BlockchainMac** @BlockChainMac · Oct 19
Framed up and ready to hang!

MAYC #8069

@drawn_nfts @BoredApeYC

○ 149   ↻ 80   ♡ 157

Show this thread

Bored Ape Yacht Club Retweeted

**Bicycle Cards** @bicyclecards · Oct 19
It's official. We aped in. See you on the moon. (1/3)
decrypt.co/112202/why-137...

*₿ · News · NFTs*

## Why 157-Year-Old Brand Bicycle is Making Bored Ape NFT Playing Cards

Bicycle will use its Ethereum NFT artwork to sell decks of Ape-branded cards, with plans to collaborate with other owners.

By Andrew Hayward

Oct 18, 2022
4 min read

Bicycle will release Bored Ape Yacht Club-themed playing cards. Image: Bicycle

○ 660   ↻ 1,251   ♡ 4,349

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Oct 19
Reminder: official announcements will be crossposted from this Twitter account, the official BAYC discord, and the BAYC Instagram. We will never DM you first or ask for personal info. For questions, head over to the official BAYC discord at discord.gg/bayc

○ 64   ↻ 47   ♡ 140

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Oct 19
A change for international customers since our last drop: this time around, you will pay for customs duties and related fees at checkout, so no surprises from the customs office later. We'll share more info in a FAQ before the drop.

○ 54   ↻ 48   ♡ 171

Show this thread

YUGALABS_00014165



**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
To access the drop members will need to sign a gasless signature from the wallet holding a BAYC/MAYC while the sale is live. Items are made to order, so they'll be available until the drop ends at 11:59pm ET on Wednesday, Nov. 2nd.

○ 54     ♺ 38     ♡ 132     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
For more details on the capsule drop, check out the official blog here:

yuga.com
BAYC x McBess x The Dudes : Fall Capsules Drop the 26th
Yuga Labs Blog

○ 42     ♺ 46     ♡ 176     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
Apes, our BAYC x @McBess x @DudesFactory collab goes live on Wednesday, Oct. 26th at noon ET. This BAYC/MAYC-exclusive drop will be at store.boredapeyachtclub.com when live, with payments in @apecoin only. █ for more info.

○ 420     ♺ 892     ♡ 2,428     ⬆

Show this thread



YUGALABS_00014167



⇄ Bored Ape Yacht Club Retweeted

**tropoFarmer 🍌 -35.eth** ✓ @tropoFarmer · Oct 17

I am an ape of culture.

ft. @RegisterArtist & @polly_kole

⇄ Bored Ape Yacht Club Retweeted

**The Dudes** @DudesFactory · Oct 17

So we went to NY a while ago for some sort of party here are some photos of stuff we saw. Cool 420 / 7.

♡ 131    ⇄ 33    ♡ 142    ⬆

⇄ Bored Ape Yacht Club Retweeted

**Chairman Chen** @BAYC1827 · Oct 17

Happy Mutant Monday @BoredApeYC

♡ 116    ⇄ 36    ♡ 173    ⬆

**JTX-1302.00034**

YUGALABS_00014168



YUGALABS_00014169



YUGALABS_00014170

⇅ Bored Ape Yacht Club Retweeted

**Caleb** @CalebTennenbaum · Oct 17 · ✏️
Gmgmgmgm 🔆 🇮🇹 @BoredApeYC



○ 108        ⇅ 34        ♡ 243        ⬆️

⇅ Bored Ape Yacht Club Retweeted

**warrenhimself** ⌐◨-◨ 🔷 @nullinger · Oct 16
„Bigger is better" is also true for Apes. @BoredApeYC

0:04 / 20.1K views

○ 159        ⇅ 110        ♡ 627        ⬆️

Show this thread

**JTX-1302.00037**                    YUGALABS_00014171





YUGALABS_00014173



⇄ Bored Ape Yacht Club Retweeted

**TRAPPHONE.ETH** 🟣 @trapphone_eth · Oct 13   ···

Finally a rainy day! Perfect opportunity to rock my @BoredApeYC merch! 😜

○ 131    ⇄ 19    ♡ 228    ⬆️

⇄ Bored Ape Yacht Club Retweeted

**Adjudicator** @Adjudicator_eth · Oct 13   ···

Got my MAYC x Rolling Stone print and I think it's 🔥 🔥

@BoredApeYC @RollingStone

Bored Ape Yacht Club and Rolling Stone

○ 117    ⇄ 32    ♡ 202    ⬆️

↻ Bored Ape Yacht Club Retweeted
**luckathis.eth** @L2K__ · Oct 13                    ···
What a week! A follow from gordo & 1000 other degens and a new tattoo!
No matter if B-A-Y-C or BAY-See, i am here to stay 🐵🍺🔺
@GordonGoner @BoredApeYC #apefollowape



○ 153        ↻ 47        ♡ 384        ⬆

↻ Bored Ape Yacht Club Retweeted
**shadymarkny.eth** @shadymarkny · Oct 13            ···
GM Apes 🦍⚫ @BoredApeYC

○ 128        ↻ 20        ♡ 199        ⬆

**JTX-1302.00041**                    YUGALABS_00014175



**Bored Ape Yacht Club** Retweeted

**rfdz.eth** @rfdzw · Oct 13

In other news: Plushie Curtis finally arrived @BoredApeYC

○ 3    ↻ 32    ♡ 155    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 12
🌴🏝

> ⚡ **Yuga Labs** ✓ @yugalabs · Oct 12
> Miami is a special place. It's the birthplace of @BoredApeYC and most
> of our leadership team. This is a vibrant community with a bright future
> – we're thrilled to announce a new $1 million initiative to support arts
> and education programs there. More at: yuga.com/blog/miami-art...
>
> ○ 115    ↻ 135    ♡ 843    ⬆

**Bored Ape Yacht Club** ✓
7,174 Tweets

🌴 Good morning

GM - Bored by the Beach. 🐵 @BoredApeYC

Follow

○ 31    ↻ 23    ♡ 185    ⬆

**JTX-1302.00042**    YUGALABS_00014176





⇄ Bored Ape Yacht Club Retweeted

**BrandonKangFilms** @BrandonKangFilm · Oct 9 ···
Thank you @BoredApeYC x @RollingStone for the custom IO and signed print! Temporary frame for now but will cherish these for generations!

Can we talk about @GordonGoner's signature though?!

0:12  8K views

◯ 38        ⇄ 60        ♡ 386        ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**AnSĒn** 🐾 @Ansen0x · Oct 9 ···
Ape in Napa Valley ☀ GM! @BoredApeYC_ #BAYC

◯ 53        ⇄ 39        ♡ 302        ⬆

⇄ Bored Ape Yacht Club Retweeted

**KANĒ** @MrDeathBot · Oct 9 ···
Finally met the founders... they were quite boring to hang out with.

@BoredApeYC @TheSandboxGame @GordonGoner @CryptoGarga @TomatoBAYC @SassBAYC #BAYC

Sass (Zeshan Ali) and 3 others

◯ 21        ⇄ 21        ♡ 187        ⬆



YUGALABS_00014179





JTX-1302.00047

YUGALABS_00014181

⊤⫙ Bored Ape Yacht Club Retweeted
lulo.eth 💎|| 🦍 @korion2525 · Oct 6
Look who I ran into at the #imaginationinaction #web3 conference ++
#BayAreaApes @BoredApeYC #bayc



○ 11          ⊤⫙ 28          ♡ 144          ⬆

Show this thread

⊤⫙ Bored Ape Yacht Club Retweeted
Roc Sol 🎨🖌 @rocsolmiami · Oct 6
All about the details @BoredApeYC

Bored Ape Yacht Club
○ 19          ⊤⫙ 46          ♡ 266          ⬆

⊤⫙ Bored Ape Yacht Club Retweeted
🐵 Popil | Element Director @popilart · Oct 6          ...

JTX-1302.00048          YUGALABS_00014182



**JTX-1302.00049**                    YUGALABS_00014183



⟲ Bored Ape Yacht Club Retweeted

**Yuga Labs** ✓ @yugalabs · Oct 5

Today, Yuga Labs welcomes the first BAYC community council that will assist us in shaping the future of the Bored Ape Yacht Club. For more details on the council head over to our official blog at

yuga.com
Meet the new BAYC community council
Yuga Labs Blog

○ 247          ⟲ 576          ♡ 1,773          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
We're excited to work with this group of long standing and trusted club members to create a better experience in the swamp for everyone. Keep your eyes peeled for outreach initiatives by council members above

○ 73          ⟲ 84          ♡ 575          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐵 @petersfang assisted in hosting one of the first BAYC meet-ups in Venice, CA in July 2021 with funds provided by the first round of BAYC grants. He has vast experience in facilitating and executing IRL community events/experiences.

○ 53          ⟲ 68          ♡ 672          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐵 @SeraStargirl is a skilled artist who has worked with members in the community to help bring their IP to life through the bored salon and JBF derivatives. She has continued to actively create and foster creative IP use through various sub-communities within the BAYC.

○ 42          ⟲ 45          ♡ 558          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐵 @0xEthanDG has built a reputation for being a reliable source for news in web3. Being a community manager for DG he is no stranger to being aware and considerate of a community's thoughts and feelings on topics.

○ 30          ⟲ 33          ♡ 498          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐵 @negithenagi socializes with and learns from like-minded people all over the world. They strive to become a voice for Asian apes and facilitate cultural exchange in the club sometime in the future.

○ 35          ⟲ 38          ♡ 923          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐵 @0xWave assisted the founders in initially getting the project and discord off the ground. Wave is a crypto OG and a technical wizard. His efforts in onboarding members who were first timers in NFTs and crypto set the foundation for the community that we know today.

○ 18          ⟲ 23          ♡ 558          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
@beijingdou who was one of the first members to take initiative on in real life meetups for members Josh and his ape Maui prime have been advocates for web3 and BAYC adoption through featuring in various collabs like twitter's NFT verification roll out.

○ 29          ⟲ 32          ♡ 569          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
@TheMiamiApe who has been a vocal member inside the club since its early days. She is known for being a well spoken public speaker who pushes for inclusivity and networking opportunities through the BAYC community and greater web3 space.

○ 42          ⟲ 46          ♡ 690          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
Let's introduce council members in no particular order below.



○ 42          ⟲ 81          ♡ 585          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
To help the community grow and thrive, we've assembled Apes with a proven track record of proactively and positively contributing to the club since the start. This council was formed with the intention of representing the club at large and providing an avenue for new perspectives

○ 21          ⟲ 43          ♡ 566          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
Apes, we wouldn't be where we are today without our incredible community. We're excited to announce the first BAYC community council made up of 7 long standing proactive community members to work alongside us moving forward. ▮ below

○ 505          ⟲ 900          ♡ 3,813          ⬆





JTX-1302.00053                                                          YUGALABS_00014187



⮌ Bored Ape Yacht Club Retweeted
**cyber has 5 MAYC $looks sweeper** 🔸 😺 @cyberxtremog · Oct 3   ···
Gm!
#MAYC
@BoredApeYC

♡ 34      ⟲ 18      ♡ 167      ⬆

⮌ Bored Ape Yacht Club Retweeted
**SugarKane | NE** 🇦🇺 @kanesugar111 · Oct 3   ···
See you on the #otherside

@BoredApeYC #MAYC

♡ 27      ⟲ 21      ♡ 189      ⬆

JTX-1302.00054      YUGALABS_00014188





⮁ Bored Ape Yacht Club Retweeted

**aguyong.eth** @aguyong · Oct 3
GM merch day

@BoredApeYC

♡ 3,829   ⮁ 158   ♡ 415   ⬆

⮁ Bored Ape Yacht Club Retweeted

**ryeones.eth** 🛹 🔫 @ryeont · Oct 3
Good boringgg, repping the @BoredApeYC for interim today!

Wish me luck tyvm @JiaHo 🙏🐵

Bored Ape Singapore Club

♡ 206   ⮁ 53   ♡ 183   ⬆



Bored Ape Yacht Club Retweeted

**oommmeee.eth** @oommmeee · Oct 3
GM! @BoredApeYC at uluwatu, Bali

Bored Ape Yacht Club

○ 36    ♻ 16    ♡ 125

Bored Ape Yacht Club Retweeted

**OKesBoss.eth** @OKesBoss · Oct 3
gm from Hong Kong. Have a wonderful Monday! 🧡🎉🟠📦🦍🧡 @BoredApeYC #BAYC

○ 90    ♻ 37    ♡ 478

JTX-1302.00057    YUGALABS_00014191



YUGALABS_00014192



⇄ Bored Ape Yacht Club Retweeted
ΝΛΝΛ @seannana · Sep 29
Nicky Nickels @17ikoola

@BoredApeYC

Space Dust and 2 others

○ 33      ⇄ 42      ♡ 182      ⬆

⇄ Bored Ape Yacht Club Retweeted
rfdz.eth @rfdzw · Sep 29
Bored to Death @BoredApeYC

○ 39      ⇄ 43      ♡ 242      ⬆

**JTX-1302.00059**                    YUGALABS_00014193





⇄ Bored Ape Yacht Club Retweeted
**HoloRolnik.eth** 🟠🚩 Stop The War @holorolnik · Sep 29 ···
Live with style @BoredApeYC
#bayc #mayc

💬 13   ⇄ 30   ♡ 147   ⬆

⇄ Bored Ape Yacht Club Retweeted
**boredcaviar** @boredcaviar · Sep 28 ···
🐵🛹

@artcade_🆕
@Fred_Segal
@BoredApeYC

0:34 | 4.1K views

💬 85   ⇄ 77   ♡ 236   ⬆

⇄ Bored Ape Yacht Club Retweeted
**PTM** ✓ @ptmNFT · Sep 28 ···
Yep, we added Mega Noise to the @fragmentxyz team yesterday. One of my all time favorite Megas!

Our friends at @yugalabs are becoming the @Disney of web3 and we want to build the next @MarvelStudios inside the Yuga universe. The Megas are the Avengers, of course 🙌🔥😄

💬 98   ⇄ 141   ♡ 591   ⬆

Show this thread



YUGALABS_00014196



YUGALABS_00014197



tↄ Bored Ape Yacht Club Retweeted

**Neon Ape - OG69.eth** @NeonApesYC · Sep 26
Top 4 favourite signs I've made!

(No specific order)

1. @BoredApeZombie
2. @Thenascarguru trippy BAKC
3. @MoPeet1 Cheese Head 🧀 (go @packers
4. @TaylorGerring Mega Mutant!

Let me know which one is your fave!

@BoredApeYC

◯ 29    tↄ 54    ♡ 175    ⬆

tↄ Bored Ape Yacht Club Retweeted

**Richie jon Mason** @Richenks · Sep 26
A few of my Favorite Derivatives
Thankyou to the @BoredApeYC Community for the support. Means the world to me #BAYC

◯ 19    tↄ 47    ♡ 183    ⬆

JTX-1302.00064                                           YUGALABS_00014198



YUGALABS_00014199



Bored Ape Yacht Club Retweeted

**ALL CITY** @AllCityBAYC · Sep 25
Just bumped into my first Ape in the wild... Shout out @Snarls4651 and that fire @BoredApeYC x @thehundreds hoodie.

Great guy 💥💥

#BAYC

Bored Ape Yacht Club and Snarls Barkley

○ 21          �17 29          ♡ 229          ⫘

Bored Ape Yacht Club Retweeted

**Estefania (:D,:D)** @NFTMami · Sep 25
The only way to travel is with @BoredApeYC swag. I don't make the rules.

○ 37          �17 42          ♡ 267          ⫘

**JTX-1302.00066**                                    YUGALABS_00014200



JTX-1302.00067                                    YUGALABS_00014201



YUGALABS_00014202



YUGALABS_00014203



t⌗ Bored Ape Yacht Club Retweeted

**D34thSt4lker** @D34thSt4lker · Sep 22                    ···
Thank you @jesscawildchild for this 🔥 @BoredApeYC painting! Can't wait to hang it up! #BAYC

♡ 49          t⌗ 78          ♡ 281          ⬆

t⌗ Bored Ape Yacht Club Retweeted

**KEEZi.ETH** @CryptoKeezi · Sep 22                    ···
Apefest #BAYC @BoredApeYC

♡ 96          t⌗ 346          ♡ 605          ⬆

JTX-1302.00070                                      YUGALABS_00014204



YUGALABS_00014205



YUGALABS_00014206



YUGALABS_00014207



YUGALABS_00014208





⇄ Bored Ape Yacht Club Retweeted

**DrJDR** @dyorjdr · Sep 16

My « Bored Kit » for the weekend !

@BoredApeYC @FrenchApeYC #bayc #dyorjadore

♡ 47    ⇄ 56    ♡ 223    ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**MorrisMustang.eth** @AviAisenberg · Sep 16
🐶 Living the dream

Nature is energizing .@BoredApeYC

♡ 44    ⇄ 40    ♡ 168    ⬆

**JTX-1302.00076**                    YUGALABS_00014210



YUGALABS_00014211



YUGALABS_00014212



YUGALABS_00014213



YUGALABS_00014214

⟲ Bored Ape Yacht Club Retweeted

**lior.eth** @lior_eth · Sep 11

only Nalgene bottle I've managed to not lose after a week.

apechella was pretty rad @BoredApeYC



○ 28      ⟲ 104      ♡ 292      ⬆

⟲ Bored Ape Yacht Club Retweeted

**GatorAPE** 🐊✖️ @MHerndon37 · Sep 11

Thank you so much @officialnehs . This painting means so much to me already. This was the best surprise I've had in a long time. GatorAPE immortalized through your beautiful piece. @BoredApeYC

○ 42      ⟲ 117      ♡ 362      ⬆

**JTX-1302.00081**                    YUGALABS_00014215



⇅ Bored Ape Yacht Club Retweeted
**Balou.eth** @BalouBAYC · Sep 11
Always an Ape state of mind, always @BoredApeYC 🐵

♡ 47    ⇅ 100    ♡ 389    ⬆

⇅ Bored Ape Yacht Club Retweeted
**peakoman.eth** @Peakoman11 · Sep 11
Ape on the Cloud
@BoredApeYC

♡ 27    ⇅ 91    ♡ 240    ⬆

JTX-1302.00082                                    YUGALABS_00014216



YUGALABS_00014217



YUGALABS_00014218



YUGALABS_00014219



⟲ Bored Ape Yacht Club Retweeted

**Moondistrict.eth** ( 🟠 , 🥃 , ⚡ ) @MoondistrictE · Sep 7
A good day to go to Venice ! 📍🇮🇹
@BoredApeYC @OthersideMeta

○ 50    ⟲ 44    ♡ 273    ⬆

⟲ Bored Ape Yacht Club Retweeted

**gooddealnft** @gooddealnft_eth · Sep 6
Kind of bored here!! @BoredApeYC

○ 76    ⟲ 59    ♡ 346    ⬆





YUGALABS_00014222



YUGALABS_00014223



YUGALABS_00014224

⇅ Bored Ape Yacht Club Retweeted

WΞBMYZΞR.ETH ⚡ @webmyzer · Sep 3
Travel gear.. ✔️ 🧳
@BoredApeYC



○ 42        ⇅ 36        ♡ 191        ⬆️

⇅ Bored Ape Yacht Club Retweeted

SΞP SAUCΞ 🧃🔮🌊🍃🍭 @sepsauce · Sep 3
Gm from Portofino, Italy. Gotta represent my mutant ape SnapBack for the
yacht club.

@BoredApeYC

○ 40        ⇅ 32        ♡ 188        ⬆️

JTX-1302.00091                                    YUGALABS_00014225



⟲ Bored Ape Yacht Club Retweeted

**sadapeleo.eth** @sadapeleo · Sep 3

GM, have a beautiful weekend legends 🌸 @BoredApeYC

Bored Ape Yacht Club

○ 55       ⟲ 34       ♡ 244       ⬆

⟲ Bored Ape Yacht Club Retweeted

**peakoman.eth** @Peakoman11 · Sep 3

Ape on the Great wall

@BoredApeYC

○ 33       ⟲ 31       ♡ 288       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1

The email sent is ONLY asking for your phone number and shipping address. We will never require a gas signature and never ask you for your seed phrase in support emails. If you have any questions or concerns, please head over to the BAYC discord discord.gg/bayc

○ 8       ⟲ 2       ♡ 80       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1

If no response is received we'll send the prize to the address provided during the initial game registration. If you have confirmed your contact information but have not received a shipping email we ask that you please be patient with us as these orders are going out in batches

○ 11       ⟲ 2       ♡ 74       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1

Please note that a phone number is needed for the shipping service to use when reaching out with updates. This does not need to be a cell phone number, Google voice number or otherwise will work as long as you have access to it.

♡ 2          �comments 1          ♡ 45          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1

Attention Apes - An email was sent prior to this tweet going live to the members who have not confirmed their shipping and contact info for the Apes vs Mutants competition prizes. More details in

♡ 62          ↻ 85          ♡ 480          ⬆

↻ Bored Ape Yacht Club Retweeted

**GordonGoner.eth (Wylie Aronow)** ✓ @GordonGoner · Sep 1

Thanks for having us on @guyraz!



🎙 **How I Built This** ✓ @HowIBuiltThis · Sep 1

This week on #howibuiltthislab, Greg Solano and Wylie Aronow recount their whirlwind success story with @BoredApeYC in one of their first-ever public interviews.

#crypto #boredape #nft #Bitcoin 🪙 #Ethereum

wondery.com/shows/how-i-bu...

YUGALABS_00014227



YUGALABS_00014228



⟲ **Bored Ape Yacht Club** Retweeted
**oxzay.eth** @OxZayy · Sep 1
Travelled to Paris just go take a cool picture of me an my merch
@BoredApeYC #BoredApeYC #BAYC

◯ 42      ⟲ 39      ♡ 283      ⬆

⟲ **Bored Ape Yacht Club** Retweeted
**benmayorwhite.eth** @benmayorwhite · Sep 1
Yeaaaa boiiii! New drip 💧 just arrived from @BoredApeYC 🔥👌

◯ 26      ⟲ 27      ♡ 191      ⬆

Show this thread

           YUGALABS_00014229



YUGALABS_00014230



Bored Ape Yacht Club Retweeted

**dillon.eth** @dillongogarty · Aug 31
GM. @BoredApeYC #4242 is in the building 🙌

thank you @atlas3dss for bringing my ape to life. in love with this new addition to the office

0:11  9.4K views

♡ 71      ⇄ 75      ♡ 357

Show this thread

Bored Ape Yacht Club Retweeted

**Bored Sad Fez Ape** @boredsadfezape · Aug 31
Bored to Death© @BoredApeYC

Bored Sad Fez Ape and Bored Ape Yacht Club

♡ 44      ⇄ 31      ♡ 150

Show this thread

**JTX-1302.00097**                                    YUGALABS_00014231



YUGALABS_00014232



YUGALABS_00014233



⇄ Bored Ape Yacht Club Retweeted

**GratefulApe.eth** 🦍 @GratefulApe_eth · Aug 29  ···
If you told me a year ago that @SnoopDogg and @Eminem will be repping
@BoredApeYC during @vmas, I would be like... Yeah OFC...

So inansane that it happened yesterday from @OthersideMeta 🔥

Grateful to be part of this journey 🙏

○ 55          ⇄ 81          ♡ 428          ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**angryMike.eth** 🦍 @angryMike4454 · Aug 29  ···
Look what just arrived in Austria 😍😍

@BoredApeYC @adidasoriginals @indigo_herz

○ 31          ⇄ 33          ♡ 216          ⬆

⇄ Bored Ape Yacht Club Retweeted

**Marshall Mathers** ✓ @Eminem · Aug 29  ···
A look behind the scenes of the metaverse @snoopdogg @boredapeyc
@mtv #VMAs

0:17   377.6K views

○ 803          ⇄ 2,890          ♡ 19.3K          ⬆

**JTX-1302.00100**                    YUGALABS_00014234



YUGALABS_00014235





YUGALABS_00014237





YUGALABS_00014239



⮌ Bored Ape Yacht Club Retweeted

**indigoshrimp.eth** @IndigoShrimp · Aug 27
Good evening from Bodrum @BoredApeYC

💬 32    ⮌ 27    ♡ 299    ⬆

⮌ Bored Ape Yacht Club Retweeted

**ReneeRusso.eth - Hiring engineers** @reneerrusso · Aug 27
Colorado knows what's up @BoredApeYC

💬 30    ⮌ 25    ♡ 265    ⬆

⮌ Bored Ape Yacht Club Retweeted

**Sera★★** · @SeraStargirl · Aug 27
Happy Birthday to my amazing husband @Zech3D 🥳👩‍🦰🎂

Zech

💬 73    ⮌ 37    ♡ 374    ⬆

**JTX-1302.00106**                    YUGALABS_00014240



YUGALABS_00014241





YUGALABS_00014243





YUGALABS_00014245



YUGALABS_00014246







⎯ Bored Ape Yacht Club Retweeted
**elaines.eth** @elaines_eth · Aug 21
About #vacations 📷 @BoredApeYC

emils.eth 🐵 and Bored Ape Yacht Club

♡ 9            ⟲ 12            ♡ 122            ↥

⎯ Bored Ape Yacht Club Retweeted
**Atlas Capone** @Atlas_Capone · Aug 21
Red Rocks for Rebelution @BoredApeYC #MAYC #BAYC

♡ 18           ⟲ 23            ♡ 194           ↥

**JTX-1302.00115**                    YUGALABS_00014249



YUGALABS_00014250





YUGALABS_00014252



⤷ Bored Ape Yacht Club Retweeted

**Ape Rave Club** 🎵 🎧 @aperaveclub · Aug 18          ···
Official music video dropping soon! A story of a @BoredApeYC ape with a dream, to find its way from the @OthersideMeta  into the physical world and make the @tomorrowland crowd go bananas 🍌 🎧

0:42  22.3K views

♡ 90      ⟲ 236      ♡ 854      ⬆

⤷ Bored Ape Yacht Club Retweeted

**Captvart.eth** ✔ @CaptvArt · Aug 18          ···
GM @BoredApeYC

♡ 40      ⟲ 33      ♡ 262      ⬆

⤷ Bored Ape Yacht Club Retweeted

**Dragonseller.eth** 🐉 @dragonseller88 · Aug 18          ···
Gm starts early for 🍌s @BoredApeYC

♡ 39      ⟲ 33      ♡ 293      ⬆

JTX-1302.00119                                          YUGALABS_00014253



⟲ Bored Ape Yacht Club Retweeted

**lacras.eth** 🐵 @lacras_eth · Aug 18

In love with my @TAGHeuer Connected Caliber E4. I can flex my grail #MAYC 24/7 @BoredApeYC mates what ya'll think? By the way it by far the best smart watch I've had!

0:03  18.8K views

💬 63      ⟲ 61      ♡ 445      ⬆️

⟲ Bored Ape Yacht Club Retweeted

**Ξasy** @_easyduzit · Aug 18

BAYC x BASQUIAT

Bored Ape Yacht Club

💬 18      ⟲ 32      ♡ 221      ⬆️

**JTX-1302.00120**          YUGALABS_00014254











YUGALABS_00014259



YUGALABS_00014260



⟲ Bored Ape Yacht Club Retweeted
**OKesBoss.eth** @OKesBoss · Aug 12
gm from Hong Kong 💜🐸🟥☕️🐵💜 #BAYC @BoredApeYC

○ 127     ⟲ 73     ♡ 723     ⬆

⟲ Bored Ape Yacht Club Retweeted
**A Snowflake Solidity SNOWFLAKECLA...** @DuquePawlo... · Aug 11 ···
My fist sweat pant ever in life: feeling good and cozy with @BoredApeYC merch! You made me do it!

○ 23     ⟲ 22     ♡ 107     ⬆

Show this thread





YUGALABS_00014263





YUGALABS_00014265



YUGALABS_00014266





YUGALABS_00014268



YUGALABS_00014269



YUGALABS_00014270



⟲ Bored Ape Yacht Club Retweeted
**0xKranium** @0xKranium · Aug 4
Got this in the mail today 🙏
@BoredApeYC

○ 32      ⟲ 53      ♡ 248      ⬆

⟲ Bored Ape Yacht Club Retweeted
**Suzie Sante** @SanteSuzie · Aug 4
New Flon interview to drop later today. Full Send Podcast

⟲ Bored Ape Yacht Club Retweeted
**buffalospace.eth** @buffalospace00 · Aug 4
The mail was good to me today! @BoredApeYC

○ 56      ⟲ 38      ♡ 372      ⬆



YUGALABS_00014272



⟲ Bored Ape Yacht Club Retweeted

**the tropical ape** 🚤 🏝 @PSkan3 · Aug 3
+1. Blessed. @BoredApeYC ✨♥️🙏

◯ 52    ⟲ 41    ♡ 361    ⬆️

⟲ Bored Ape Yacht Club Retweeted

**Carsonturner.eth** 🐵 🍌 🍖 **ATL** @carsonturner · Aug 3
I can't wait for this to hang on my wall... So impressed with how it turned out.

The venue, performers, and city were amazing. But, it was the interactions, friendships built, and bonds strengthened that I'll remember most. Our community is amazing and like no other. #BAYC

Bored Ape Yacht Club

◯ 74    ⟲ 37    ♡ 341    ⬆️

Show this thread





↻ Bored Ape Yacht Club Retweeted

**TrippyLasers** 🔫 @TrippyLasers · Aug 3                    ···
I did some framing and hanging this weekend. I think I'm going to need a bigger wall soon. @BoredApeYC

○ 87        ↻ 51        ♡ 550        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2                    ···
Note that this email is ONLY asking you for your address and phone number. We will never ask for your seed phrase and will never require a gas signature in support emails. For any questions or concerns, head to the BAYC discord (we will NOT DM you first): discord.gg/bayc

○ 16        ↻ 8        ♡ 125        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2                    ···
If you are a winner of the first place prizes, BAYC statue, and MAYC beer mug your prizes will be sent in the next round of prizes to go out once fully ready to ship later in the future.

○ 13        ↻ 10        ♡ 136        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2                    ···
Please note that a phone number is needed for the shipping service to use when reaching out with updates. This does not need to be a cell phone number, Google voice number or otherwise will work as long as you have access to it.

○ 4         ↻ 3         ♡ 73         ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2                    ···
Because supply chain issues prolonged our timeline, we have emailed winners to confirm your shipping address and phone number. Be on the lookout for an email we sent a few minutes prior to this thread going live to the email address you submitted during the competition.

○ 4         ↻ 3         ♡ 86         ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2                    ···
The previous mobile game Medium post can be found here : boredapeyachtclub.medium.com/some-updates-m...

○ 5         ↻ 4         ♡ 66         ⬆

Show this thread

**JTX-1302.00141**                              YUGALABS_00014275

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2
Heads up apes, the first batch of the Apes Vs Mutants mobile competition prizes are ready to be shipped out to the winners named in our last Medium post. More details on what to look out for in the 🧵 below

○ 158    ↻ 382    ♡ 1,531    ⬆

Show this thread

**Bored Ape Yacht Club** ✓
7,174 Tweets                                    **Follow**

GM 💜, @arthursleepers what a @BoredApeYC slipper 👟🥿



○ 34    ↻ 24    ♡ 213    ⬆

↻ Bored Ape Yacht Club Retweeted

**Troutster** 🦞 @ArinTroutster · Jul 31
Merch bag from apefest just landed and I'm definitely impressed ⚡🧢
@BoredApeYC #MAYC

○ 23    ↻ 27    ♡ 243    ⬆

**JTX-1302.00142**                              YUGALABS_00014276



YUGALABS_00014277



⇄ Bored Ape Yacht Club Retweeted

**JOSO | NOMADblvd** @joso8181 · Jul 30
My birthday was boring af @BoredApeYC

○ 66        ⇄ 33        ♡ 342        ⬆

⇄ Bored Ape Yacht Club Retweeted

**Meta Plug** @alexlotier · Jul 30
Fuck it... Let's Cruise. 🚢
@BoredApeYC @SnoopDogg @Eminem

Chasten H, SPT and 9 others

○ 22        ⇄ 23        ♡ 225        ⬆



⟲ **Bored Ape Yacht Club Retweeted**

**McRayJohn.eth** 🦍 @McRayJohn · Jul 30 ···
Not so bored after all @tomorrowland .. @BoredApeYC #BoredApeYC #tomorrowland

Bored Ape Yacht Club and Tomorrowland

💬 35        ⟲ 31        ♡ 287        ⬆

⟲ **Bored Ape Yacht Club Retweeted**

**TheHodlrCollective** @HodlrCollective · Jul 30 ···
🌴 Vacation mode
Yup. Yup. Yep. Mmmmmhmmmm.

Just another lazy Saturday with these Bored Apes @BoredApeYC

#BAYC

💬 110        ⟲ 120        ♡ 832        ⬆

Show this thread



YUGALABS_00014280







YUGALABS_00014283



↻ Bored Ape Yacht Club Retweeted

**Genido** ✦ @93nido · Jul 27 · · ·
My barber is a crazy artist and made this for me just in time for my birthday
haircut 💈 LFGG @BoredApeYC #9930 stilllllL

Genido ✦ and Bored Ape Yacht Club

○ 165          ↻ 159          ♡ 1,535          ⬆

Show this thread

↻ Bored Ape Yacht Club Retweeted

**Mr. Awake** ☕ @ashdrinkscoffee · Jul 27 · · ·
Gm! another boring day!

@BoredApeYC

0:12  12.2K views

○ 18          ↻ 29          ♡ 177          ⬆



Bored Ape Yacht Club Retweeted

**Stallionthegreat** @Bigpapastall · Jul 27 ···
Got my @BoredApeYC snoop x Eminem merch. I am a massive hip hop head so this is a cool moment for me. Will be opening. Will be wearing! @SnoopDogg

♡ 20    ⟲ 21    ♡ 210    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 27 ···
Congratulations @Eminem & @SnoopDogg on the VMA nomination for Best Hip-Hop! Incredible to see your Apes come to life in the music video. Cast your vote with us at vote.mtv.com

**Video Music Awards** ✓ @vmas · Jul 26
#VMA Best Hip Hop Nominees

🎤 From The D 2 The LBC @Eminem @snoopdogg
🎤 WAIT FOR U @1future @Drake @temsbaby
🎤 N95 @kendricklamar
🎤 Big Energy @Latto
🎤 Do We Have A Problem? @NICKIMINAJ @lilbaby4PF
🎤 Diet Coke @PUSHA_T
Show this thread

♡ 173    ⟲ 525    ♡ 2,107    ⬆

**Bored Ape Yacht Club** ✓
7,174 Tweets        Follow
MAYC and Fujiyama in japan 🙏

@BoredApeYC
#BAYC #MAYC #BAKC

♡ 41    ⟲ 35    ♡ 279    ⬆





YUGALABS_00014287



JTX-1302.00154

YUGALABS_00014288



YUGALABS_00014289



⟲ Bored Ape Yacht Club Retweeted

**Dragonseller.eth** 🏌️ @dragonseller88 · Jul 24
Gm, Sundays for the grass 🏌️ 🌲 🏌️ @BoredApeYC

···

♡ 75        ⟲ 34        ♡ 410        ⬆

Show this thread

← **Bored Ape Yacht Club** ✓     [ Follow ]
7,174 Tweets
I don't think I have enough @BoredApeYC merch. Anyone else agree? 🔥

♡ 45        ⟲ 21        ♡ 273        ⬆

**JTX-1302.00156**        YUGALABS_00014290



⟲ Bored Ape Yacht Club Retweeted

**GregX** @pitpanther01 · Jul 22

Lfg @BoredApeYC

♡ 12      ⟲ 8      ♡ 146      ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted

**Michael Rusakov** ⭐ @MichaelRusakov · Jul 22
I rarely do frame by frame animation (only for my effects) but I think it's a
must-have for apes cause it fits their aesthetics so well 🏠
SO I mix both motion graphics AND frame by frame for apes animation 🐵

✨Commission for @HappyBuddha99

⟲ Bored Ape Yacht Club Retweeted

**Dribbl∃r | 🟫749.eth** @Slater44 · Jul 22
No fest like apefest @BoredApeYC @BoredBreakfast

♡ 19      ⟲ 8      ♡ 166      ⬆



JTX-1302.00158

YUGALABS_00014292







YUGALABS_00014295



tↄ Bored Ape Yacht Club Retweeted

**Siomay.Eth** @Mr_Siomay · Jul 19
Loving my new hat 🔥🔥🔥 @BoredApeYC

♡ 30          tↄ 14          ♡ 202          ⬆

tↄ Bored Ape Yacht Club Retweeted

**Divico** @DivicoHelvetica · Jul 19
GM from Lucerne (Switzerland) 🛥 @BoredApeYC #BAYC #MAYC #BAKC



↻ Bored Ape Yacht Club Retweeted

**hotinebing.eth** | O9090.eth @hotinebing_ · Jul 19
The best @BoredApeYC merch yet! 🔥

○ 20        ↻ 19        ♡ 203        ⬆

↻ Bored Ape Yacht Club Retweeted

**Yuga Labs** ✓ @yugalabs · Jul 19
Our security team has been tracking a persistent threat group that targets the NFT community. We believe that they may soon be launching a coordinated attack targeting multiple communities via compromised social media accounts. Please be vigilant and stay safe.

○ 961       ↻ 5,597      ♡ 10.7K      ⬆

↻ Bored Ape Yacht Club Retweeted

**DENBCN** 🇺🇦 @Chigidin · Jul 18
⚡ Sneak peek ⚡
The pink one)
Team project with @jenevaNFT
@RamonGovea
#BAYC
@BoredApeYC

jeneva and 2 others

○ 33        ↻ 35        ♡ 190        ⬆

↻ Bored Ape Yacht Club Retweeted

**Kindness to the moon!** @onejosemaria · Jul 18
Progress #1 @BoredApeYC

The following media includes potentially sensitive content.    **View**
Change settings

○ 39        ↻ 37        ♡ 372        ⬆

JTX-1302.00163                                    YUGALABS_00014297



YUGALABS_00014298



YUGALABS_00014299



YUGALABS_00014300



⇄ Bored Ape Yacht Club Retweeted

**gowsi.eth** ⚡ @gxwsi · Jul 15
Exploring Switzerland 🇨🇭 @BoredApeYC

0:06 | 34.1K views

♡ 185     ⇄ 74     ♡ 781     ⬆

⇄ Bored Ape Yacht Club Retweeted

**mBMN.eth** @m_BMN_ · Jul 15
Happy Friday 🍺 #MAYC @BoredApeYC

Bored Ape Yacht Club

♡ 41     ⇄ 29     ♡ 389     ⬆

⇄ Bored Ape Yacht Club Retweeted

**Art | artkaroon.eth** @ArtKaroon9 · Jul 15

**JTX-1302.00167**                    YUGALABS_00014301



YUGALABS_00014302



YUGALABS_00014303





YUGALABS_00014305



⮌ Bored Ape Yacht Club Retweeted

💙💛🟩 КДҒИДЛЕЅᴹ✦✦ 💜💜 @KATNAMES1 · Jul 12

@ The La Cruz Yacht Club in Nayarit representing @BoredApeYC with the one and only ChiTown Frankie!

♡ 9   ⇄ 10   ♡ 138   ⤒

⮌ Bored Ape Yacht Club Retweeted

C7AVG HENCHMAN @AMutantApe · Jul 12

GM! Say it back! "Bored to Death" today @BoredApeYC

Bored Ape Yacht Club

♡ 38   ⇄ 16   ♡ 214   ⤒

JTX-1302.00172

YUGALABS_00014306



YUGALABS_00014307



YUGALABS_00014308



JTX-1302.00175

YUGALABS_00014309





⮌ Bored Ape Yacht Club Retweeted

**Toni** @tonihotdog · Jul 8
The full set @BoredApeYC

⮌ Bored Ape Yacht Club Retweeted

**NFT CARVER** @NFTCARVER · Jul 8
Shout out to @TaylorGerring 🙏 Was a
pleasure meeting you at ApeFest 🦍
Glad to have made this epoxy layered
3D carving of your BAYC #4482 @BoredApeYC @yugalabs @OthersideMeta

tgerring.eth and Bored Ape Yacht Club

◯ 21          ⮌ 28          ♡ 213          ⬆

⮌ Bored Ape Yacht Club Retweeted

**French Ape Yacht Club** @FrenchApeYC · Jul 8
FRENCH APES MEET UP 🦍

Paris, France / July 2022 🇫🇷

@BoredApeYC #BAYC #Paris

the One and Only Mr Oufie and 9 others

◯ 50          ⮌ 60          ♡ 544          ⬆

Show this thread

YUGALABS_00014311



YUGALABS_00014312





**Bored Ape Yacht Club** ✓
7,174 Tweets
Finally laid down my @BoredApeYC rug. Looks clean 🧼

Follow

♡ 42        ↻ 24        ♡ 392        ⬆

↻ Bored Ape Yacht Club Retweeted
**Rida** @RidazLP · Jul 5
Still renders of #MAYC 16414

Owner : @MarkGrazi

@BoredApeYC
@yugalabs

♡ 26        ↻ 27        ♡ 179        ⬆

Show this thread

**JTX-1302.00180**        YUGALABS_00014314





YUGALABS_00014316



YUGALABS_00014317



YUGALABS_00014318





⇄ Bored Ape Yacht Club Retweeted
**amandaxo.eth** 🍷 @amandawoolleyy · Jul 1
the #BAYC throw blanket completes the aesthetic••🖌️

@BoredApeYC

Bored Ape Yacht Club

◯ 37   ⇄ 21   ♡ 346   ⬆️

⇄ Bored Ape Yacht Club Retweeted
**reptiel.eth** @Clayandro_ · Jul 1
MAYC #8910 print ❤️ @BoredApeYC

◯ 29   ⇄ 22   ♡ 274   ⬆️



YUGALABS_00014321



YUGALABS_00014322



⊔↑ Bored Ape Yacht Club Retweeted

**Cryptobeaver** @cryptobeaver3 · Jul 1
This is #building! such an amazing piece! thanks, @CalvWill for my
#BoredApeYC @BoredApeYC #MAYC

○ 20          ⊔↑ 32          ♡ 195          ⚏

⊔↑ Bored Ape Yacht Club Retweeted

**Rida** @RidazLP · Jul 1
Still renders of #MAYC 15232
Owner : @mutantpictures

@BoredApeYC
@yugalabs

○ 113          ⊔↑ 101          ♡ 584          ⚏

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 30
Reminder - apes who had a ticket scanned for entry or a canceled ticket
have until tomorrow July 1st at 7pm ET to order ApeFest '22 merch items
from store.apefest.com

○ 97          ⊔↑ 99          ♡ 530          ⚏

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 29
There was a brief OpenSea error earlier in which they mistakenly and
temporarily delisted a number of Bored Apes from their platform. The issue
is now resolved with all assets showing again. We are in contact with them
to ensure this doesn't happen again.

○ 381          ⊔↑ 597          ♡ 2,888          ⚏



YUGALABS_00014324



YUGALABS_00014325



YUGALABS_00014326



YUGALABS_00014327





**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
There were new performers each night, including Future, Haim, Lil Baby, and a guest appearance by Timbaland.

💬 36        🔁 48        ♡ 489        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
We're still floating from the energy of ApeFest '22. Thank you to everyone - our community, the staff, vendors, performers and our sponsor @0xPolygon - for making this year's event so memorable. Scroll the ▌for some of our favorite moments and photos from last week:

0:30   246.4K views

💬 7,096     🔁 2,074     ♡ 6,064     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
Reminder: the sale for our Snoop x Eminem merch drop closes tonight, Sunday June 26th at 7pm ET: d2bc.apefest.com

💬 71        🔁 75        ♡ 470        ⬆

YUGALABS_00014329



YUGALABS_00014330



YUGALABS_00014331





JTX-1302.00199                                    YUGALABS_00014333



⮔ Bored Ape Yacht Club Retweeted

**hyperspaceZ.eth** @hyperspacez · Jun 25
Thanks for the skate bored collection @woundedpixel @BoredApeYC 🛹🛹

○ 30          ⮔ 38          ♡ 458          ⮑

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 25
If you're here just for Snoop & Em and have no clue wtf BAYC or ApeCoin is,
we've got a few FAQs here: d2lbc.apefest.com/faq

○ 21          ⮔ 46          ♡ 282          ⮑

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 25
Please note that Coinbase Commerce can take up to 60 minutes to process
payment. DO NOT refresh your window until you see your receipt displayed.

○ 18          ⮔ 9          ♡ 137          ⮑

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 25
Reminder to merch safely. d2lbc.apefest.com is the ONLY official place to
get this drop — we're not doing any other sales, and no giveaways. Do not
connect your wallet to a site you don't know and trust.

○ 3          ⮔ 22          ♡ 151          ⮑

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 25
Our Snoop x Eminem merch drop is live, shop here: d2lbc.apefest.com This
is a limited-run edition, available for 48 hours only, until Sunday 7pm ET.
Sales in @apecoin only. Short-sleeve tee is open to everyone, long-sleeve
version is just for BAYC and MAYC holders. Notes▮

○ 349          ⮔ 794          ♡ 4,818          ⮑

Show this thread

**JTX-1302.00200**                    YUGALABS_00014334



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 25
The Snoop X Eminem merch drop will go live at 7PM ET tonight. This will be a public drop in @apecoin only with one BAYC/MAYC exclusive item. Link posted here when live.

○ 107          ⇄ 242          ♡ 1,300          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 24
Snoop x Eminem merch drop pushed. We'll tweet here with timing updates.

○ 177          ⇄ 413          ♡ 3,057          ⬆

**Bored Ape Yacht Club** ✓
7,174 Tweets                                    [ Follow ]

Thank you @BoredApeYC for an amazing few days. It was an experience I'll never forget. @GordonGoner @CryptoGarga

○ 21          ⇄ 23          ♡ 210          ⬆

⇄ Bored Ape Yacht Club Retweeted
**doja⁹ᵐ** @Oxdoja · Jun 24
Took an 18hr flight to do this with @GordonGoner ♥

First #apefest experience, thank you @BoredApeYC @yugalabs for everything

The following media includes potentially sensitive content.
Change settings                                    [ View ]

○ 7          ⇄ 10          ♡ 255          ⬆

⇄ Bored Ape Yacht Club Retweeted
**Shôk.eth** @shok_eth · Jun 24
This poster has all the feels. @BoredApeYC 🔥🔥🔥

○ 31          ⇄ 56          ♡ 508          ⬆



t⤸ Bored Ape Yacht Club Retweeted
**Mark** @MarkNFT · Jun 24
Honestly, speechless. @BoredApeYC you've out done yourselves! Can't
wait for next year! #ApeFest2022

○ 17    t⤸ 21    ♡ 322

t⤸ Bored Ape Yacht Club Retweeted
**FRENCHIE** @thefrenchie_eth · Jun 24
Thank you @BoredApeYC 💚🙏

○ 18    t⤸ 19    ♡ 261





YUGALABS_00014338







⟲ Bored Ape Yacht Club Retweeted

**Carsonturner.eth** ✈ 🦍 🍌 **ATL** @carsonturner · Jun 23    ...
What a night. The @BoredApeYC community is absolutely undefeated.
Also, we Love the founders. @CryptoGanga

◯ 34     ⟲ 22     ♡ 369     ⬆

⟲ Bored Ape Yacht Club Retweeted

**totty.eth** 🏴‍☠️ @totdgbtagb · Jun 23    ...
curtis from space @BoredApeYC

⟲ Bored Ape Yacht Club Retweeted

**Charles** 🏴 @charleskoh · Jun 23    ...
The ape culture is strong. #nyc #apefest

Bored Ape Yacht Club

◯ 24     ⟲ 60     ♡ 427     ⬆

Show this thread

JTX-1302.00207     YUGALABS_00014341



YUGALABS_00014342



YUGALABS_00014343





**Bored Ape Yacht Club** ✔
7,174 Tweets

Follow

Ape Fest night 3, chillin with @indigo_herz @BoredApeYC @adidasoriginals

💬 27     🔁 39     ♡ 434     ⬆️

🔍 from:@BoredApeYC     ...

Top     **Latest**     People     Photos     Videos

0:28  26.2K views

💬 98     🔁 202     ♡ 867     ⬆️

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22     ...
If you're on the waitlist for ApeFest, don't forget to check your tokenproof notifications and the ticket section of the app! Spots are still opening up for tonight and tomorrow.

💬 144     🔁 109     ♡ 662     ⬆️

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22     ...
The art print sale for our @RollingStone collab is now closed. Thanks to everyone who bought a print!

💬 98     🔁 85     ♡ 570     ⬆️



**Bored Ape Yacht Club** ✔
7,174 Tweets
opensea.io/assets/ethereu...

Follow

0:10 | 9.6K views

○ 32      ⟲ 75      ♡ 335      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
Rolling Stone x Bored Ape Yacht Club 2022 Collab :
opensea.io/assets/ethereu...

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
Bidding on the two 1/1 NFTs is now live on @opensea and closes Saturday
June 25 11am ET. Winner will receive the NFT as well as a signed print. Links
in the 🧵 below

○ 46      ⟲ 126      ♡ 483      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
International orders for the Rolling Stone art print sale are now being
accepted at store.boredapeyachtclub.com. To make up for the delay, we're
extending the sale to 2pm ET. Thanks for the patience while we updated our
site.

> 🎩 **Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
> Our new collab with @RollingStone is live and open to all! You've got 4
> hours to shop the prints and 3 days to bid on the two 1/1 NFTs on
> @opensea. Print shop link, auction link, and details in 🧵 — please only
> use the direct links posted here
> Show this thread

○ 30      ⟲ 49      ♡ 218      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
Safety reminder - Support and order issues are only handled through
orders@rollingstone.com. Only use links posted here and on

JTX-1302.00212

YUGALABS_00014346



**Bored Ape Yacht Club** @BoredApeYC · Jun 22
The Mutant Motorcycle Curtis 1/1 NFT will also go live later today on @opensea for 3 days. The winner will receive both the NFT and signed physical print as well.

○ 28      ⟲ 87      ♡ 452      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
Curtis, Bored in a Hammock 1/1 NFT, will go live later today and will have 3 days to bid on @opensea marked by our next tweet. The auction winner will receive both the NFT and a print of the art signed by Yuga Labs' founders, the artist, and the CEO of Rolling Stone. Good luck

○ 28      ⟲ 77      ♡ 402      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22
The art print sale is live now until 1pm ET today at store.boredapeyachtclub.com. Purchases ONLY in @apecoin. Please note that our payment platform Coinbase Commerce can take up to 60 minutes to process payment. DO NOT refresh your window until you see your receipt displayed.

○ 27      ⟲ 25      ♡ 137      ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22

Our new collab with @RollingStone is live and open to all! You've got 4 hours to shop the prints and 3 days to bid on the two 1/1 NFTs on @opensea. Print shop link, auction link, and details in 🟦 — please only use the direct links posted here

🗨 154          ↻ 235          ♡ 1,228          ⬆

↻ Bored Ape Yacht Club Retweeted

**bayctommy.eth** @nxxttommy · Jun 22

Within touching distance of @lilbaby4PF and @Timbaland Only at #ApeFest2022 🦍

Thank you @BoredApeYC

🗨 48          ↻ 95          ♡ 527          ⬆

Show this thread

↻ Bored Ape Yacht Club Retweeted

**BIG APE** 🦍 @crypt0_w1z188 · Jun 22

Thank you @BoredApeYC @lilbaby4PF

0:16  29K views

🗨 45          ↻ 97          ♡ 524          ⬆

YUGALABS_00014348





Bored Ape Yacht Club Retweeted
Chops @ChoppingCrypto · Jun 22
What an amazing experience tonight! Thank you @yugalabs @BoredApeYC

Bored Ape Yacht Club Retweeted
EmperorTomatoKetchup (Kerem Atalay) @TomatoBAYC · Jun 22
I'm turnt

GordonGoner.eth (Wylie Aronow) @GordonGoner · Jun 22
I kept giving tomato my snus all night which is like my nasty oral
Swedish tobacco product I'm addicted to and he's texting me like "this
shit got me fucked up."

Welcome to the thunder dome baby.

Bored Ape Yacht Club Retweeted
ape6420 @misterdushan · Jun 22
We are @BoredApeYC

YUGALABS_00014350



YUGALABS_00014351



YUGALABS_00014352



↻ Bored Ape Yacht Club Retweeted
**jackie.eth** @JackieLeeETH · Jun 21
So great to meet @VStrangeYUGA IRL at #ApeFest :D @BoredApeYC

○ 44    ↻ 29    ♡ 826

↻ Bored Ape Yacht Club Retweeted
**Shōk.eth** @shok_eth · Jun 21
Day one Apefest poster secured. @BoredApeYC

○ 43    ↻ 34    ♡ 420

↻ Bored Ape Yacht Club Retweeted
**Anthony Nuara** @Nuaranimal · Jun 21
We love merch @BoredApeYC 🙌



⟲ Bored Ape Yacht Club Retweeted
Vera 🐾 💕🐍 @veratheape · Jun 21
Ape sis at day 1 #ApeFest2022 @AnnieYi0304 @BoredApeYC #BAYC

💬 26        ⟲ 14        ♡ 366        ⬆

⟲ Bored Ape Yacht Club Retweeted
Pieter 🏹🦍 @AirWalk_NFT · Jun 21
🔥🔥 • • • •

@BoredApeYC

#ApeFest2022

💬 10        ⟲ 9        ♡ 163        ⬆

JTX-1302.00220          YUGALABS_00014354



YUGALABS_00014355



YUGALABS_00014356



Bored Ape Yacht Club Retweeted

**Made In New York Pizza** @madeinnypizza · Jun 20

Friends it's our unique privilege to be the Pizza partner for our friends at @BoredApeYC at #APEFEST2022 this week. If you're a fellow Ape holder come say hello. We will be whipping out hot, fresh slices for our fellow community members! Gonna be an EPIC week!#BAYC #nftnyc

Eytan Sugarman and 5 others

○ 24          ⫘ 29          ♡ 188          ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20

The waitlist will be open past 5pm for each day's event. If you didn't get a ticket for a day you requested, you are automatically on the waitlist. Be sure you have notifications turned on - you'll get a push notification from tokenproof if a ticket opens up!

○ 8          ⫘ 10          ♡ 87          ⤴

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20

If you or your +1 can't make it, be sure to cancel your ticket so a waitlisted ape can attend instead. We'll send you one of these 👕s, as a thank you for the good deed:

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 16
>
> Be a good ape! If you or your +1 can't make it to ApeFest, please cancel the ticket to give waitlisted apes a chance to get it. Cancellations will still get access to the attendee-only merch store. Plus a little something to say thanks for watching out for your fellow apes 🍺
>
> Show this thread

○ 10          ⫘ 19          ♡ 139          ⤴

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 20

For safety reasons some items — like backpacks, laptops, and bags larger than 14" x 14" x 6" — are not permitted into Pier 17. Be sure to check out the full list here 🔗 pier17ny.com/a-z/ and leave any prohibited items at home.

○ 3          ↑↓ 4          ♡ 53          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 20

To enter ApeFest, you will need your mobile device with the @tokenproof app installed and your confirmed ticket. Both you and your +1 will also need photo IDs.

○ 1          ↑↓ 2          ♡ 63          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 20

+1s must enter with the ticket holder. Guest names are not submitted or recorded, so we won't be able to verify +1s who arrive separately, and there's no re-entry, so you won't be able to meet them at the door later if you arrive first.

○ 5          ↑↓ 3          ♡ 71          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 20

Get ready - ApeFest begins tonight! BAYC and MAYC holders, stop by Pier 17 early to explore our outdoor setup and enjoy free food & drinks from your fellow apes (serving in front of the venue from 4 - 11pm, today - Thurs). Doors open @ 5pm. See event and venue rules below. 🍴



○ 143          ↑↓ 286          ♡ 1,669          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 20

The collab NFTs will go live for auction at 6/22 at 9am ET, and will be accompanied by a 4-hour sale for collectible art prints of each design. Sales will be in ApeCoin-only for the equivalent of $100, and open to the public. Links posted here when live.

○ 30          ↑↓ 49          ♡ 450          ⬆

Show this thread



YUGALABS_00014359



YUGALABS_00014360



YUGALABS_00014361



YUGALABS_00014362



YUGALABS_00014363



← **Bored Ape Yacht Club** ✓
7,174 Tweets

Hmm what to wear today... @BoredApeYC

**Follow**

○ 19      ⇄ 14      ♡ 206      ⬆

⇄ Bored Ape Yacht Club Retweeted

**professorM** 🏆 📍**in the woods** @professorNFT · Jun 17      ...
The ladies of BAYC have assembled and are ready to take over NYC. More information coming soon...
@BoredApeYC

#notaplusone #ladiesofbayc

@bored_nene @MooreCarly @adventurouzape @warmpopsicle @Kapuster @DrSatsuma

○ 96      ⇄ 94      ♡ 609      ⬆

⇄ Bored Ape Yacht Club Retweeted

**CaptainBuzz.eth** @CaptainBuzzApe · Jun 17      ...
Something is brewing! We are building & painting. Oil on canvas
@BoredApeYC #7981 by @vadiseth! Captainbuzz is in the vault but this one goes up on the wall. Can't wait to see the finished product 🔥🔥🔥



YUGALABS_00014365







⇄ Bored Ape Yacht Club Retweeted

**orawan.eth** @itsorawan · Jun 17 ···
i think I found apeland 🐵 🏔️ feat. new mutant merch

@BoredApeYC

♡ 16    ⇄ 12    ♡ 137    ⬆️

Show this thread

⇄ **Bored Ape Yacht Club** Retweeted

**Dale Williams** @Dale_Williams_9 · Jun 17 ···
#MAYC

♡ 22    ⇄ 17    ♡ 183    ⬆️

← **Bored Ape Yacht Club** ✓    [Follow]
7,174 Tweets

push notifications will be sent out to the apes on the waitlist who receive a
newly available ticket. Keep your eyes peeled and please cancel as soon as
you know if you or your +1 can't attend!

♡ 28    ⇄ 21    ♡ 210    ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 16 ···
Apes who cancel their +1's ticket, their own ticket, or both, will have the
option to grab this exclusive tee for free when the attendee-only merch
store opens (and can shop everything else in the merch store, even if they
don't attend any days).

♡ 16    ⇄ 17    ♡ 227    ⬆️

Show this thread



**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 16

Be a good ape! If you or your +1 can't make it to ApeFest, please cancel the ticket to give waitlisted apes a chance to get it. Cancellations will still get access to the attendee-only merch store. Plus a little something to say thanks for watching out for your fellow apes ▮

♡ 262    ↻ 367    ♡ 1,647    ⬆

Show this thread

↻ Bored Ape Yacht Club Retweeted

**Tortugo** 🐢 @tortugo_333 · Jun 16

Rocking the old merch while I get the new.

@BoredApeYC #mayc

| The following media includes potentially sensitive content. Change settings | View |
| --- | --- |

♡ 15    ↻ 6    ♡ 144    ⬆

↻ Bored Ape Yacht Club Retweeted

**Mr. Lawyer** 🐵 @BrandonFerrick · Jun 15

Spotted in NoMad @BoredApeYC #ApeFest2022

♡ 36    ↻ 36    ♡ 359    ⬆

JTX-1302.00235                                    YUGALABS_00014369



⇅ Bored Ape Yacht Club Retweeted

**PB Drip** 💧 @DripperPb · Jun 15

See you all Monday! 💜 #MAYC #BAYC #nftnyc @BoredApeYC @dripbitsnft

○ 19          ⇅ 16          ♡ 289          ⬆

⇅ Bored Ape Yacht Club Retweeted

**leftlost.eth** @LeftLost4 · Jun 15

Yoo the rest of my @BoredApeYC merch came! Stoked to check out the blanket!



⇄ Bored Ape Yacht Club Retweeted

**Silence - LFB!** @silence2083 · Jun 15

Got my MAYC merch today. 🥵 #MAYC #NFTs #yugalabs

💬 29  ⇄ 26  ♡ 237  ⬆

⇄ Bored Ape Yacht Club Retweeted

**jaydubs.eth** @jaydubs50 · Jun 15

Got my ticket, ready to ape! SoHo, NYC @BoredApeYC

💬 22  ⇄ 46  ♡ 490  ⬆

**JTX-1302.00237**                                    YUGALABS_00014371



YUGALABS_00014372



YUGALABS_00014373



YUGALABS_00014374









⇵ Bored Ape Yacht Club Retweeted

**GordonGoner.eth (Wylie Aronow)** ✔ @GordonGoner · Jun 12     ···
We've been in contact with Twitter and they confirmed that they have an active monitor on the accounts and security has been escalated. We're feeling more secure, but please stay safe everyone. And remember there will be no surprise mints.

○ 238          ⇵ 239          ♡ 1,247          ⬆

Show this thread

⇵ Bored Ape Yacht Club Retweeted

**GordonGoner.eth (Wylie Aronow)** ✔ @GordonGoner · Jun 12     ···
We've received credible information that there may soon be an attack on our social media accounts, using an inside source at @Twitter to bypass our security.

There are no surprise mints. Ever.

○ 350          ⇵ 1,178          ♡ 3,351          ⬆

Show this thread

⇵ Bored Ape Yacht Club Retweeted

**oxzay.eth** @OxZayy · Jun 11     ···
Travelled to Greece just to take a cool picture of me and my merch.
@BoredApeYC #BAYC #BoredApeYC

○ 75          ⇵ 38          ♡ 436          ⬆

**JTX-1302.00244**          YUGALABS_00014378



⇄ Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · Jun 11
Ape #5378 was purchased for 200.0 WETH
opensea.io/assets/ethereu...

♡ 97        ⇄ 91        ♡ 768        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 11
Safety reminder – There is no secondary market or gas fee for tickets.
Please only use official links posted here or on apefest.com

♡ 13        ⇄ 12        ♡ 86        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 11
The waitlist will stay open throughout ApeFest '22 allowing members to join
for a chance of receiving a ticket upon someone's cancellation. Tickets are
only found on the @tokenproof app.

♡ 11        ⇄ 7        ♡ 85        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 11
The cancellation option will be available throughout ApeFest '22 to allow
members on the waitlist to possibly be issued a ticket day of. We ask
members to cancel tickets if they cannot attend at any time in hopes of
allowing waitlisted users a chance to attend.

♡ 12        ⇄ 12        ♡ 70        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 11
Cancellations are done through submitting the request at the bottom of the
ticket details found in the tokenproof app. The current ticket will be
canceled and issued to another person on the waitlist. You also have the
option to cancel just your +1's spot.

♡ 4        ⇄ 3        ♡ 42        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 11
When submitting an exchange request to swap the ticketed day you
received for another you prefer more, the current ticket held will remain
valid until exchange is confirmed. If unavailable, the previous ticket date will
still stand.

♡ 7        ⇄ 4        ♡ 41        ⬆

Show this thread



YUGALABS_00014380



YUGALABS_00014381



YUGALABS_00014382



YUGALABS_00014383



YUGALABS_00014384



YUGALABS_00014385



YUGALABS_00014386



⟲ Bored Ape Yacht Club Retweeted

**Applied Primate Engineering** @AppliedPrimate · Jun 8          ···
Friends - as many of you have guessed, this online experience was only the
beginning of our story. Today, we're officially inviting all of you to continue
the epic hunt for Doc and the missing serum in New York City during
ApeFest.

○ 4          ⟲ 24          ♡ 138          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Phew, that's all (for now). If you read this whole thread, you're the top
banana in our hearts. See you tomorrow at 9am ET for ticket requests!

○ 33          ⟲ 15          ♡ 322          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
We recommend only joining as an ape's +1 if you know and trust them. Keep
in mind that +1s must enter w/the ticket holder and guest names are not
submitted or recorded, so we will not be able to verify whether you are
someone's +1.

○ 9          ⟲ 11          ♡ 140          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Be wary of anyone sharing a tokenproof QR code with you, as they may
have done so with others and only one scan will be processed per wallet. If
the ape associated with a QR code is moved out of the wallet before
ApeFest, the associated ticket will be deactivated.

○ 3          ⟲ 8          ♡ 65          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Ticket safely — protect yourself from scams and scalpers. Only use links
posted here and apefest.com, and keep in mind there is no official
secondary market for tickets.

○ 4          ⟲ 6          ♡ 62          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Soon after requests close, you'll get a push notif re your ticket status. You'll
be automatically waitlisted for requested dates that you didn't get tickets
for. Ticket holders will be able to request date exchanges.
Waitlist/exchange info in the FAQ: apefest.com/faq

○ 2          ⟲ 5          ♡ 56          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Requests work on a first-come, first-serve basis and close 6/9 at 9pm ET or
once all tickets for all dates have been requested, whichever comes first.
For better odds getting your preferred date, request asap once the window
opens.

○ 3          ⟲ 8          ♡ 65          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Ticket QR codes presented at the door are dynamic and there is no way to
sell/give away a ticket, including a +1, as a screenshot, attachment, or
printable ticket.

○ 12          ⟲ 22          ♡ 180          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8          ···
Once you connect your wallet to tokenproof to verify that you hold an ape,
you will be able to rank the days you would like to attend from 1st choice to
last. If you know you can't attend ApeFest, please don't request tickets.

○ 1          ⟲ 8          ♡ 70          ⬆

Show this thread

**JTX-1302.00253**          YUGALABS_00014387



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8
Reminder: The ticket request window opens on 6/8 at 9am ET, only via apefest.com (the ticketing link will take you to tokenproof, where you'll connect your wallet). No early requests, no surprise airdrops.

○ 3          �)7 7          ♡ 66          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8
The most recent version of the tokenproof app is needed to access push notifications. If you haven't done so already, please update your tokenproof app, then enable push notifications.

○ 1          �)7 4          ♡ 56          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8
Once you've got tokenproof set up, when you reopen the app, you will be prompted to allow push notifications. Push notifications are necessary to get updates on your ticket request and any date exchange requests.

○ 2          �)7 4          ♡ 61          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8
Reminder that downloading the tokenproof app and enrollment are necessary to get tickets and attend ApeFest. For tokenproof setup steps, please see our previous thread

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 1
> Hey apes! We teamed up with the crew from @tokenproof to securely verify ownership and distribute tickets to ApeFest '22. Details in thread for downloading and enrolling in tokenproof's app - we recommend doing so now so you're ready to go once ticketing opens. 🧵
> Show this thread

○ 2          �)7 5          ♡ 70          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 8
Heads up apes! Ticket requests for ApeFest '22 go live at apefest.com at 9am ET tomorrow, June 8th, for 36 hours or while supplies last. To make sure you have the @tokenproof app set up and ready to go, and for more details on ticketing, please read the thread 🧵

○ 145          �)7 365          ♡ 1,128          ⬆

**JTX-1302.00254**          YUGALABS_00014388



�order Bored Ape Yacht Club Retweeted

**Angela Fabbri ≡ Pink Ape** @Fabbriology · Jun 7

Worth the wait. Roxy approves too.

@BoredApeYC

♡ 61    ↻ 38    ♡ 496    ↥

↻ Bored Ape Yacht Club Retweeted

**SmokinJoe** @SmokinJoe4539 · Jun 7

LFG @BoredApeYC

#MAYC #BAYC

0:10  7.7K views

♡ 8    ↻ 8    ♡ 132    ↥



⟳ Bored Ape Yacht Club Retweeted

**hahawolf.eth** ⬜⬜ ( ⬜ , ⬜ ) @hahawolf_eth · Jun 7    ···
Lindy walk with my hunny, finally feels like spring in **Seattle** @BoredApeYC

♡ 17    ⟳ 12    ♡ 205    ⬆

⟳ Bored Ape Yacht Club Retweeted

**Racs-O** ⬜ ⬜ ⬜ ⬜ @racs_o · Jun 7    ···
His and hers @BoredApeYC letterman's jackets, just in time for Apefest 22. The jackets are 🔥 the quality is top notch @RegularRuben came with the heat. Some things are worth waiting for.

nEEnEE ⬜ and 2 others

♡ 27    ⟳ 27    ♡ 241    ⬆

YUGALABS_00014390



YUGALABS_00014391



YUGALABS_00014392



⇄ Bored Ape Yacht Club Retweeted
**Zech** @Zech3D · Jun 5
Idk if I'll be able to make it to APEFEST guys.. I just broke my hand 🦍🙈

Bored Ape Yacht Club

○ 29          ⇄ 21          ♡ 192          ⬆

⇄ Bored Ape Yacht Club Retweeted
**AmericanApe.eth | AmericanLion.eth | BAYC...** @RamonG... · Jun 5
A Bored Ape and his handsome Doggo... what a clean pair,
@HodlrCollective 😎

#BACK #BAYC

Myth Division

○ 64          ⇄ 44          ♡ 374          ⬆

⇄ Bored Ape Yacht Club Retweeted
**GordonGoner.eth (Wylie Aronow)** ✓ @GordonGoner · Jun 5
Yuga is hiring Creative Directors and Project Managers / Producers.

Previous experience working in web3 not required, but looking for people
who are passionate about the space and have been living and breathing in
crypto and NFTs for a while and want to work on weird shit.

○ 721          ⇄ 689          ♡ 4,535          ⬆

Show this thread



⇄ Bored Ape Yacht Club Retweeted
**aguyong.eth** @aguyong · Jun 5
Too bored

@BoredApeYC

♡ 36      ⇄ 15      ♡ 283      ⬆

⇄ Bored Ape Yacht Club Retweeted
**Vincenzo DaVinci** @MutantMutiny · Jun 5
Vincenzo took our doggo for a walk in NYC. @BoredApeYC

♡ 65      ⇄ 55      ♡ 551      ⬆

**JTX-1302.00260**                    YUGALABS_00014394



⟲ Bored Ape Yacht Club Retweeted
**LoveMake.eth** @g13m · Jun 5   ···
GM @BoredApeYC

♡ 133      ⟲ 61       ♡ 964       ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 4      ···
As a reminder, we do not offer surprise mints or giveaways.

♡ 75      ⟲ 121      ♡ 853      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 4      ···
Our Discord servers were briefly exploited today. The team caught and addressed it quickly. About 200 ETH worth of NFTs appear to have been impacted. We are still investigating, but if you were impacted, email us at discord@yugalabs.io.

♡ 373      ⟲ 580      ♡ 1,929      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 4      ···
We're really excited to share this experience with you apes and make it one for the books. For safety, please stick to official links posted here or on the ApeFest website. For questions or concerns regarding ApeFest '22 please refer to ApeFest.com/faq for official FAQs

> apefest.com
> **ApeFest 2022 in NYC**
> The apes take over NYC June 20-23! Four wild nights of music, merch, and art, plus treats and ...

♡ 45      ⟲ 45      ♡ 287      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 4      ···
To ensure everyone has a smooth time ordering merch, the online shop will accept both ApeCoin and USD (major credit cards, Shop Pay, Apple Pay, Google Pay, and Facebook Pay).

♡ 31      ⟲ 39      ♡ 253      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 4      ···
ApeFest merch will be available at Pier 17 during the event and online for members who attended ApeFest (after tickets are scanned for entry).

♡ 13      ⟲ 14      ♡ 161      ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
Downloading the @tokenproof app and enrolling will be necessary to access tickets for ApeFest. Here's our previous thread with more information on the process.

> 🦍 **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 1
> Hey apes! We teamed up with the crew from @tokenproof to securely verify ownership and distribute tickets to ApeFest '22. Details in thread for downloading and enrolling in tokenproof's app - we recommend doing so now so you're ready to go once ticketing opens. 🎟
> Show this thread

◯ 5          ⟲ 19          ♡ 156          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
Ticketing goes live on June 8th at 9am ET. The request window will remain open for 36 hours or until all available tickets for each date have been requested, whichever comes first. +1s must arrive with the ticket holder as there are no separate tickets for +1s.

◯ 12          ⟲ 13          ♡ 182          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
The website for ApeFest '22 is now live at apefest.com. BAYC/MAYC members this will be your home for all ApeFest info. Important reminders and notes on this year's event in the thread 🎟

◯ 352         ⟲ 545        ♡ 1,715        ⬆

Show this thread

← **Bored Ape Yacht Club** ✓
  7,174 Tweets                                    [ Follow ]

Just another bored ape at the NBA Finals 🦍🦍🦍

Always thankful for my Warriors-themed @BoredApeYC x @thehundreds hoodie 🙏

◯ 43          ⟲ 22          ♡ 452          ⬆



YUGALABS_00014397



YUGALABS_00014398



⤴ Bored Ape Yacht Club Retweeted
**Tenacious.eth** 🐵 @TenaciousEth · Jun 2
Interesting read in GQ today @BoredApeYC

💬 39      ⤴ 51      ♡ 359      ⬆

⤴ Bored Ape Yacht Club Retweeted
**creativetype · Pinar Lacroix** 🔒 @CR3AT1V3_type · Jun 2
Touching grass @devinthedude07 🙏 #boredtodeath merch @BoredApeYC

💬 11      ⤴ 8      ♡ 113      ⬆



⇅ Bored Ape Yacht Club Retweeted

**MrSatoshiDFW.Eth** @rastafari817 · Jun 2
🐵🐵🐵 @BoredApeYC @yugalabs

♡ 21    ⇅ 8    ♡ 174    ⬆

⇅ Bored Ape Yacht Club Retweeted

**cryptopainter** 🎨 @painter_crypto · Jun 2
Hall of Fame clubmaker Don White, who has made clubs by hand for clients
like Jack Nicklaus, Arnold Palmer, Greg Norman, Etc just surprised us with
this club.

1K™ | BAYC1K.eth and Bored Ape Yacht Club

♡ 93    ⇅ 77    ♡ 749    ⬆



⟲ Bored Ape Yacht Club Retweeted

**GregX** @pitpanther01 · Jun 2                                      ···
I think I have the coolest @BoredApeYC sticker now #BAYC #MAYC

0:04  69.6K views

○ 178          ⟲ 137          ♡ 1,583          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 1          ···
As always, protect your apes and your wallets. Keep in mind this will be the only way to request tickets. Only use official links posted here or from the ApeFest site once it's live. Head to the BAYC discord with questions regarding any issues:

| | discord.com |
|---|---|
| ▣ | Discord - A New Way to Chat with Friends & Com... |
| | Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay ... |

○ 34          ⟲ 20          ♡ 195          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 1          ···
More details on the ticketing process + timing to sign up will be revealed on the ApeFest site that goes live later this week

○ 11          ⟲ 23          ♡ 184          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 1          ···
Heads up, although you won't need to connect your wallet during ApeFest, you DO need to have your BAYC/MAYC token in the wallet that you use for tokenproof enrollment. Moving it out of the wallet will invalidate it for ticketing.

○ 11          ⟲ 12          ♡ 102          ⬆

Show this thread



YUGALABS_00014402







YUGALABS_00014405



YUGALABS_00014406





YUGALABS_00014408



YUGALABS_00014409



YUGALABS_00014410



JTX-1302.00277

YUGALABS_00014411



YUGALABS_00014412





YUGALABS_00014414



JTX-1302.00281                    YUGALABS_00014415

⇄ Bored Ape Yacht Club Retweeted

**Gabrielesm.og** @Gabrielesm1 · May 25
bored waiting for our next flight with the @BoredApeYC hoodie 🐵 ✈️



💬 44    ⇄ 30    ♡ 393    ⬆

⇄ Bored Ape Yacht Club Retweeted

**vngrd.eth** @ervango · May 25
Lunch time at @BoredNHngry @BoredApeYC

Red Hat and Outer Lumen (🅱️,🐵) 📍NFT London

💬 57    ⇄ 53    ♡ 518    ⬆

JTX-1302.00282                                                    YUGALABS_00014416



**Bored Ape Yacht Club** ✓
7,174 Tweets

Happy mutant Monday from the @WaldorfDubai on the palm Jumeirah @BoredApeYC #apegamestrong

[ Follow ]

○ 20   ⟲ 12   ♡ 199   ⬆

⟲ Bored Ape Yacht Club Retweeted

**BAYC VOYAGE.eth** @JosephVoyager · May 23
Bored in the nature @BoredApeYC

···

○ 26   ⟲ 12   ♡ 291   ⬆

⟲ Bored Ape Yacht Club Retweeted

**Othersidemeta** ✓ @OthersideMeta · May 23
BAYC/MAYC holders: the claim window closes tonight at 11:59pm ET.
Voyagers, the First Trip is coming, July 16th. We're working w
@Improbableio to bring Otherdeed holders the first tech demo this summer.
Stoked to step into the Otherside with you. More details to come.

···

○ 710   ⟲ 1,364   ♡ 4,459   ⬆

**JTX-1302.00283**          YUGALABS_00014417



YUGALABS_00014418

⇅ Bored Ape Yacht Club Retweeted

**Mark Kyriakides** @MarkKyria · May 22
Gm @BoredApeYC

> The following media includes potentially sensitive content.   **View**
> Change settings

Bored Ape Yacht Club

♡ 9            ⇅ 6            ♡ 137            ⬆

⇅ Bored Ape Yacht Club Retweeted

**Zimmy** 🟦 @Zimmy_eth · May 22
Got this pic from a friend at @EDC_LasVegas · @BoredApeYC



♡ 78            ⇅ 131            ♡ 917            ⬆

⇅ Bored Ape Yacht Club Retweeted

**Yossy London** @yossylondon · May 22
💚🐵 + 💚🐶 = LFGGG !! 🚀🔥 @BoredApeYC #bayc

♡ 81            ⇅ 72            ♡ 676            ⬆



⇵ Bored Ape Yacht Club Retweeted

**Orindes# 2932** @Orindes2 · May 22
Finally have some spare time to check out NFT at k11musea.
@BoredApeYC

♡ 31      ⇵ 31      ♡ 380      ⬆

⇵ Bored Ape Yacht Club Retweeted

**aguyong.eth** @aguyong · May 22
Again, some new toys 🧸
Cup mat + Fridge Magnet 🧲

@BoredApeYC

♡ 30      ⇵ 16      ♡ 256      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 19
Otherdeed claim window for Apes is coming to a close. Full details below.

> 🌀 **Othersidemeta** ✔ @OthersideMeta · May 19
> Reminder: the period for Apes and Mutants to claim an Otherdeed ends this Sunday, May 22nd, at 11:59pm ET. If you're a BAYC/MAYC holder and haven't claimed yet, go to otherside.xyz/claim
> Show this thread

♡ 114      ⇵ 217      ♡ 862      ⬆

**JTX-1302.00286**                    YUGALABS_00014420



JTX-1302.00287

YUGALABS_00014421



YUGALABS_00014422



YUGALABS_00014423



tↄ Bored Ape Yacht Club Retweeted
MIKΞ @highassape · May 18
Ape's need to eat. @BoredApeYC

Bored Ape Yacht Club

♡ 37        tↄ 23        ♡ 233        ⬆

Show this thread

tↄ Bored Ape Yacht Club Retweeted
Garga.eth (Greg Solano) ✓ @CryptoGarga · May 18
A lot of discords getting hacked tonight. Stay safe, would not trust any
announcements from any discords tonight (and in general, better to double
verify info on Twitter etc). Obviously no surprise Yuga mints happening
either.

♡ 220        tↄ 521        ♡ 1,713        ⬆

tↄ Bored Ape Yacht Club Retweeted
Ebron85.eth ✓ @Ebron85 · May 18
#MAYC Animated 🔥🔥 @BoredApeYC

@CryptoKeezi 🐝

0:14 · 19.8K views

♡ 76        tↄ 92        ♡ 548        ⬆

JTX-1302.00290                    YUGALABS_00014424



⇄ Bored Ape Yacht Club Retweeted

**Mondoggg** @mondoggg · May 17                                ···
Second glass print arrived. This time for MAYC 7087. Should I keep the ape in the office and the mutant in the gym or keep them together?
@BoredApeYC



◯ 168          ⇄ 101          ♡ 1,066          ⬆

⇄ Bored Ape Yacht Club Retweeted

**Julio de la Cruz** 🇩🇴 @ Santo Domingo @juliodelacruz93 · May 17   ···
Off to Miami for a couple days. @BoredApeYC always by my side! Any Apes in Miami?



◯ 80          ⇄ 34          ♡ 390          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 17               ···
Can't wait for four wild nights of unforgettable performances and hanging with you at this one-of-a-kind spot. We're going big — Pier 17 is an indoor/outdoor waterfront venue with panoramic views, an epic 1.5-acre rooftop, and a capacity of 3,400 each night (double last year's).

◯ 78          ⇄ 73          ♡ 795          ⬆

Show this thread







YUGALABS_00014428



YUGALABS_00014429



YUGALABS_00014430





YUGALABS_00014432



⟲ Bored Ape Yacht Club Retweeted

**cheftaikutsu** @cheftaikutsu · May 9

Spotted an ape 🦍 @BoredApeYC

♡ 112      ⟲ 85      ♡ 1,300      ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · May 9

Bored Ape #4215 was purchased for 175.0 ETH

.opensea.io

**4215 - Bored Ape Yacht Club**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. ...

♡ 150      ⟲ 142      ♡ 1,021      ⬆

**JTX-1302.00299**                    YUGALABS_00014433



♻ Bored Ape Yacht Club Retweeted
Laura Rod 🏎 @TheMiamiApe · May 8
F1 Miami Grand Prix & @BoredApeYC 🏁

○ 144      ♻ 57      ♡ 1,425      ⬆

Show this thread

♻ Bored Ape Yacht Club Retweeted
Nick 📍 NFT London @WatchNiBe · May 8
Thanks to @woundedpixel for my @BoredApeYC skateboard.

○ 93      ♻ 99      ♡ 772      ⬆

JTX-1302.00300                                      YUGALABS_00014434



YUGALABS_00014435







YUGALABS_00014438



JTX-1302.00305                    YUGALABS_00014439



YUGALABS_00014440



YUGALABS_00014441



JTX-1302.00308

YUGALABS_00014442



⇄ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · May 1
Mutant #5973 was purchased for 5500.0 APE

opensea.io
5973 - Mutant Ape Yacht Club
The MUTANT APE YACHT CLUB is a collection of up to 20,000 Mutant
Apes that can only be created by exposing an existing Bored Ape to a ...

♡ 174        ⇄ 239        ♡ 1,168        ⬆

⇄ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Apr 30
Ape #2980 was purchased for 399.0 WETH

looksrare.org
BoredApeYachtClub #2980 - Bored Ape Yacht Club | LooksRare
LooksRare is a community-first marketplace for NFTs and digital
collectibles on Ethereum. Trade non-fungible tokens with crypto to ge...

♡ 185        ⇄ 188        ♡ 1,224        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30
Apes, wallet pre-approval is open now. ☀ Remember, you don't need to
pre-approve (or KYC) to claim with your BAYC or MAYC NFT — only if you're
KYC'd and planning to mint additional Otherdeeds.

> ⬡ **Othersidemeta** ✔ @OthersideMeta · Apr 30
> You can now pre-approve your KYC'd wallet to spend ApeCoin at
> otherside.xyz. Pre-approval will be open until 9pm ET tonight, at which
> point minting opens. ▮
> Show this thread

♡ 364        ⇄ 358        ♡ 1,577        ⬆



YUGALABS_00014444



YUGALABS_00014445



YUGALABS_00014446



tↄ Bored Ape Yacht Club Retweeted
**Pieter 🖋️🐵 @AirWalk_NFT · Apr 26**
History, meet history.

@BoredApeYC

Bored Ape Yacht Club and 2 others
♡ 51        tↄ 22        ♡ 278        ⬆️

tↄ Bored Ape Yacht Club Retweeted
**🖋️gayboredape.eth 🐵 @gayboredape · Apr 26**
It's been nice reppin' the @BoredApeYC in my old hometown, excited to be
back in Cali but as always, 48 hours are enough.
It's time to hit the desert 🌵

Bored Ape Yacht Club
♡ 40        tↄ 10        ♡ 207        ⬆️

tↄ Bored Ape Yacht Club Retweeted
**Jonathan Nash @offshoot3D · Apr 26**
You never know what is under the hat. Bored Ape #4381 for @youngBuddha



YUGALABS_00014448



⇄ Bored Ape Yacht Club Retweeted

**Othersidemeta** ✓ @OthersideMeta · Apr 26
The Otherside adventure will begin on 4/30 at 12pm ET, only on otherside.xyz. The KYC on somethingisbrewing.xyz was to participate in Saturday's mint — only those who KYCed can participate. More details in the 🧵.

otherside.xyz
Enter the Otherside
Otherside is a gamified, interoperable metaverse currently under development that blends MMORPG mechanics with web3-enabled ...

♡ 1,973          ⇄ 4,554          ♡ 10.9K          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
We will also NEVER announce mints on the BAYC or Otherside Instagram accounts first. ever. Only obtain information from our official twitter accounts: @BoredApeYC, @yugalabs, and @OthersideMeta. These will be crossposted on the #announcement channel of BAYC Discord.

♡ 73          ⇄ 108          ♡ 903          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
If you were affected by the hack or have information that might be helpful, reach out to ighack@yugalabs.io. You need to contact us first - anybody contacting you first is not us. We will NOT reach out to anyone over email first, and we will NEVER ask for your seed phrase.

♡ 57          ⇄ 98          ♡ 757          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
At the time of the hack, two-factor authentication was enabled and security surrounding the IG account followed best practices. We've regained control of the account, and are investigating how the hacker gained access with IG's team.

♡ 15          ⇄ 43          ♡ 524          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
Immediately upon discovering the hack, we alerted our community, removed links to the compromised IG account from our platforms and attempted to recover the account.

♡ 12          ⇄ 27          ♡ 549          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
This morning, the official BAYC Instagram account was hacked. The hacker posted a fraudulent link to a copycat of the BAYC website with a fake Airdrop, where users were prompted to sign a 'safeTransferFrom' transaction. This transferred their assets to the scammer's wallet.

♡ 618          ⇄ 1,952          ♡ 4,862          ⬆

⟲ Bored Ape Yacht Club Retweeted

**Garga.eth (Greg Solano)** ✓ @CryptoGarga · Apr 25                    ···
The IG hack resulted in 4 Apes, 6 Mutants, 3 Kennels, and some other
assorted valuable NFTs being lost. We will be in contact with the users
affected and will post a full post mortem on the attack when we can. For
now I would like to stress that 2FA was enabled on the account.

> 🅑 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
> 🚨 There is no mint going on today. It looks like BAYC Instagram was
> hacked. Do not mint anything, click links, or link your wallet to anything.

  ♡ 160          ⟲ 388          ♡ 1,390          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25                    ···
🚨 There is no mint going on today. It looks like BAYC Instagram was
hacked. Do not mint anything, click links, or link your wallet to anything.

  ♡ 1,060        ⟲ 3,997        ♡ 8,985        ⬆

⟲ Bored Ape Yacht Club Retweeted

**Kevinllliano.eth** @illianokevin · Apr 25                    ···
Bored Trout @BoredApeYC #BAYC #trout



  ♡ 79           ⟲ 39           ♡ 503          ⬆

Show this thread

↻ Bored Ape Yacht Club Retweeted

**Roc Sol** 🦍🚀 @rocsolmiami · Apr 25

Ayo @highassape I think I went sicko mode on this 🧑‍🎨🚀 @BoredApeYC
·
·
·



♡ 75          ↻ 71          ♡ 578          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23
One year ago today, the Bored Ape Yacht Club mint began . . .

What an insane year. Here's to many more to come. Happy Birthday, apes!
🚀😎🍻

♡ 2,644        ↻ 6,150        ♡ 29.8K        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23
OK but what the fuck is a Koda

> 🅾 **Othersidemeta** ✔ @OthersideMeta · Apr 23
> The adventure begins. Otherside. 4/30, 12pm ET.
>
> P.S. Otherside Discord is open: discord.gg/the-otherside
>
> twitter.com/yugalabs/statu...

♡ 832          ↻ 1,534        ♡ 5,295        ⬆

**JTX-1302.00317**          YUGALABS_00014451



YUGALABS_00014452

⇅ Bored Ape Yacht Club Retweeted

**Kiels.eth** @KielSpears · Apr 21

Gm from Tokyo 🔴 @BoredApeYC Enjoying the vibes while I'm here for some business. I'll try to share some snippets from the trip 🙏



⇅ Bored Ape Yacht Club Retweeted

**///Steki.eth** @stekisteks · Apr 21

Fuck it, I'm a man of my word. I present to y'all my BAYC Steki tattoo @BoredApeYC #BAYC

Artist: @tdantattoo



Bored Ape Yacht Club and 8 others

💬 319          ⇅ 291          ♡ 2,405          ⤴

Show this thread

**JTX-1302.00319**                    YUGALABS_00014453



YUGALABS_00014454



JTX-1302.00321

YUGALABS_00014455



YUGALABS_00014456





YUGALABS_00014458



Show this thread

Bored Ape Yacht Club Retweeted

**Dragonseller.eth** @dragonseller88 · Apr 18
How to birthday as @BoredApeYC

Bored Ape Yacht Club and Bored & Hungry | Home of America's Best Burger

○ 97          ⟲ 78          ♡ 781          ⬆

JTX-1302.00325                                        YUGALABS_00014459



YUGALABS_00014460



YUGALABS_00014461



YUGALABS_00014462



Bored Ape Yacht Club Retweeted
**caiov.eth** @caiovicentino · Apr 15
Pants ready #2203 #MAYC @BoredApeYC

The following media includes potentially sensitive content.
Change settings                                          View

♡ 54        ⇄ 23        ♡ 341        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 14
The BAYC x @superplastic drop is officially live! Check it out:
superplastic.co/pages/superbor...

♡ 290       ⇄ 445       ♡ 1,649      ⬆

Bored Ape Yacht Club Retweeted
**SUPERPLASTIC** ✓ @superplastic · Apr 14
Update on Wallet Verification! ⚡

This is the only link you should be using to connect/verify your wallet prior
to purchasing a vinyl figure: superplastic.co/pages/superbor...

uestions about how long people had to verify their wallet on our website

ne has enough time to carefully verify ownership you are now able to be
c.co and verify your eligibility for each stage of the drop. This also works
the Metamask browser.

uld be connecting to for the drop is this:
co/pages/superbored

ired at any point in the checkout process!

♡ 59        ⇄ 27        ♡ 231        ⬆

**JTX-1302.00329**                                    YUGALABS_00014463



⇃↰ Bored Ape Yacht Club Retweeted

**NFT-alive.eth** @nftalive_art · Apr 14

Good times in GREECE @BoredApeYC Buggies are definetely worth some #APECOIN 🙈🙈👍👍 - enjoying holidays...

○ 73      ⇄ 19      ♡ 379      ⬆

⇃↰ Bored Ape Yacht Club Retweeted

**OKesBoss.eth** @OKesBoss · Apr 14

Went shopping for some bling 💙💰🐵 #BAYC @BoredApeYC @AnisaArts

○ 90      ⇄ 28      ♡ 389      ⬆

JTX-1302.00330                    YUGALABS_00014464



YUGALABS_00014465





YUGALABS_00014467





YUGALABS_00014469



YUGALABS_00014470



YUGALABS_00014471



Bored Ape Yacht Club Retweeted
**BoredOasis** @BoredOasis · Apr 10
The ape wall is a must go every time visiting Miami! 👋 @BoredApeYC

○ 120     ↻ 150     ♡ 1,784     ⬆

Show this thread

Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Apr 10
Bored Ape #5149 was purchased for 245.0 ETH

opensea.io
- Bored Ape Yacht Club
The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain. ...

○ 98     ↻ 137     ♡ 1,011     ⬆

**JTX-1302.00338**                    YUGALABS_00014472



YUGALABS_00014473



YUGALABS_00014474





YUGALABS_00014476



YUGALABS_00014477



↱ Bored Ape Yacht Club Retweeted

**Dustland** @the_dustland · Apr 7

First there was Kong
Then came Cornelius
And Koko
Then Caesar
And now Buster.

Dustcaps, get your damn dirty paws ready🙌

Buster is coming to Dustland⚫

And yes, we bought #BAYC8222!

@BoredApeYC @buster_dustland #bayc #NFT #dustlandrunner

Bored Ape Yacht Club

◯ 74        ↱ 134        ♡ 441        ⬆

Show this thread

**Bored Ape Yacht Club** ✓     [Follow]
7,174 Tweets
@BoredApeYC #BtcoinMiami here I come ‼🛩🎙🛩 #PIPS 😎🐵

◯ 35        ↱ 21        ♡ 439        ⬆

**JTX-1302.00344**                          YUGALABS_00014478



YUGALABS_00014479



YUGALABS_00014480



YUGALABS_00014481



YUGALABS_00014482



JTX-1302.00349

YUGALABS_00014483



YUGALABS_00014484



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 1
Lots of scammers out there so worth repeating: we are not launching anything on 4/1. Only trust info and links that come directly from this handle or @yugalabs. Be careful out there!

🗨 33          ↻ 55          ♡ 349          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 1
KYC closes tonight, Friday 4/1 at 11:59pm ET. Anyone, including those who aren't BAYC/MAYC members, can register before then at somethingisbrewing.xyz. Pending applications will still be reviewed after 4/1 – important thing is to submit your info by tonight if you haven't yet.

🗨 320          ↻ 370          ♡ 1,460          ⬆

↻ Bored Ape Yacht Club Retweeted
**FFV** 🔥 @FFVV1211 · Apr 1
Gm and happy Friday from Ape FFVV1211 🟡

@BoredApeYC #BAYC

0:04 | 20.5K views

🗨 100          ↻ 83          ♡ 588          ⬆

↻ Bored Ape Yacht Club Retweeted
**Veg Egg** @luoshixiang3 · Apr 1
I still fall for you every day❤️ @BoredApeYC @yugalabs
#apefollowape #mayc #BAYC

🗨 47          ↻ 31          ♡ 305          ⬆

**JTX-1302.00351**          YUGALABS_00014485



t⅃ Bored Ape Yacht Club Retweeted

**Yossy London** @yossylondon · Apr 1
Happy Friday all and god bless 🙏❤️ @BoredApeYC #bayc #islandvibes #andthat

○ 63    t⅃ 21    ♡ 274    ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 1
STAY SAFE. Do not mint anything from any Discord right now. A webhook in our Discord was briefly compromised. We caught it immediately but please know: we are not doing any April Fools stealth mints / airdrops etc. Other Discords are also being attacked right now.

○ 578    t⅃ 2,980    ♡ 7,445    ⬆️

t⅃ Bored Ape Yacht Club Retweeted

**Mr-Monkeyagl.eth** @Mr_Monkeyagi · Apr 1
Feeling bored @BoredApeYC sitting courtside! Bulls v Clippers #BAYC #MAYC #bullsnation 🏀

○ 110    t⅃ 58    ♡ 502    ⬆️

**JTX-1302.00352**    YUGALABS_00014486



tↄ Bored Ape Yacht Club Retweeted

**Adamantium** 🔥 📛 @AdamantiumNFT · Mar 31                    ···
This Mutant taking off the Captain's Hat for some @BoredApeYC rest & relaxation in Cabo ⚓🛳️

○ 40          tↄ 55          ♡ 449          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31                 ···
And as always, please be wary of scams!

○ 19          tↄ 10          ♡ 144          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31                 ···
When checking out, only use the automatic payment amount. Do not send more, less, or multiple payments. Once on the payment page, do not refresh until your payment is completed. If you encounter any problems, immediately contact support at merchsupport@yugalabs.io.

○ 24          tↄ 9          ♡ 133          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31                 ···
Reminder that the merch sale for BAYC and MAYC members closes tonight, Thurs March 31st at 11:59pm ET: store.boredapeyachtclub.com

○ 61          tↄ 76          ♡ 420          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 30                 ···
This Friday, 4/1 is the last day to KYC. If you want to be ready for what's coming, register now. 🫡

Also, the deadline is April Fools, so beware of scams. We are NOT launching anything Friday. If info doesn't come from our official @BoredApeYC or @yugalabs Twitter, it's not us.

> 🐵 **Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 11
> fuck it, again.
> somethingisbrewing.xyz
> Show this thread

○ 489          tↄ 682          ♡ 2,334          ⬆️



**Bored Ape Yacht Club** ✓
7,174 Tweets
HBD to me 🍰. #BAYC @BoredApeYC

Follow

♡ 154    ⟲ 65    ♡ 807    ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted
**ledger_MM** @ledger_MM · Mar 29
Todays fit. @BoredApeYC #degensonly

···

♡ 87    ⟲ 44    ♡ 700    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29    ···
Please don't refresh your page during checkout. Coinbase Commerce has upped the order timeout limit to 60 minutes, so hang tight and your transaction will go through.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29    ···
Only one checkout per wallet is allowed. This means you'll need to complete your entire order in a single transaction. This applies whether you visited the store yesterday or not.

♡ 21    ⟲ 9    ♡ 118    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29    ···
We've extended the window for this merch drop until 11:59pm ET Thursday, so there's no need to rush. Everyone has an extra day to shop.

♡ 9    ⟲ 4    ♡ 81    ⬆

**JTX-1302.00354**

YUGALABS_00014488



YUGALABS_00014489



↻ Bored Ape Yacht Club Retweeted
**supΞrbars.nft** @barsnes · Mar 29
While waiting for the bayc and mayc #merch. I got this to show off 😎 😁
@BoredApeYC

○ 42        ↻ 27        ♡ 444        ⬆

↻ Bored Ape Yacht Club Retweeted
**freem0ney.eth** @fvcknifty · Mar 29
Ready to represent #BAYC

○ 26        ↻ 35        ♡ 377        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Thank you all for your patience today while we sorted things out with Coinbase Commerce. We're working hard to make sure everyone who needs a refund gets one immediately, and that everyone gets their merch.

○ 35        ↻ 24        ♡ 407        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Only one checkout per wallet is allowed, so be sure to complete your entire order in a single transaction. Please don't refresh your page during checkout either - your transaction will go through, it just might take some time.

○ 22        ↻ 13        ♡ 258        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
We're also going to allow people who checked out today to complete an additional checkout, starting tomorrow at 12:00pm ET. We're extending the window for this merch drop until 11:59pm ET Thursday, so everyone has more time to shop open inventory items.

○ 19        ↻ 49        ♡ 304        ⬆

Show this thread

**JTX-1302.00356**                                    YUGALABS_00014490

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
For people who had limited-quantity items in their shopping cart and weren't able to checkout: we'll be emailing you an invoice with a link that will allow you to checkout with those limited items. If you want to buy more regular merch, you'll have to complete another checkout.

○ 38          ⇄ 83          ♡ 337          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
Orders that were successfully completed will be fulfilled.

○ 10          ⇄ 8          ♡ 210          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
Apes, an update on the Coinbase Commerce issue with today's drop: those who submitted multiple payments on a single order, or received a "Late payment" or "No payment" message when in fact your payment went through, will be refunded in full (including all transaction fees).

○ 239          ⇄ 286          ♡ 1,686          ⬆

⇄ Bored Ape Yacht Club Retweeted

**Tilting-Shock** @TiltingS · Mar 29
Couldn't be happier with these siiick shoes custom made by @Gonz1_ tyty!

#BoredApeYachtClub



○ 49          ⇄ 58          ♡ 368          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 28
Hey everyone, we're aware of the Coinbase Commerce issues during merch store checkout. They are working on a resolution now. If you encountered payment problems we'll be following up with next steps soon.

○ 280          ⇄ 220          ♡ 1,980          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 28
The merch store is officially open for BAYC and MAYC members: store.boredapeyachtclub.com. Happy shopping, apes!

○ 382          ⇄ 394          ♡ 1,927          ⬆

YUGALABS_00014491



YUGALABS_00014492





YUGALABS_00014494



YUGALABS_00014495





YUGALABS_00014497



YUGALABS_00014498



JTX-1302.00365

YUGALABS_00014499



YUGALABS_00014500



YUGALABS_00014501



⇆ Bored Ape Yacht Club Retweeted

**MetaBTrader** 🔹 @MetaBTrader · Mar 23

We take out coffee #MAYC style! @BoredApeYC                    ···

SlimDim

♡ 58        ⇄ 58        ♡ 695        ⬆

⇆ Bored Ape Yacht Club Retweeted

**Haute** 🥂 @HauteDeApe · Mar 23

Next stop Miami for @ultra 🔥 @BoredApeYC #BAYC      ···

♡ 97        ⇄ 29        ♡ 996        ⬆

**JTX-1302.00368**                                    YUGALABS_00014502



YUGALABS_00014503



YUGALABS_00014504



⇄ Bored Ape Yacht Club Retweeted

**Phibacka31.eth** 🏅 📣 @phibacka31 · Mar 19
Taking in a little @MarchMadnessMBB with my brothers. Had to rock the
@BoredApeYC hoodie and hat 🧢

○ 21    ⇄ 85    ♡ 277    ⬆

⇄ Bored Ape Yacht Club Retweeted

**ChimpDaddy** 🛹 @_ChimpDaddy · Mar 19
Finally mounted my ride to the ape metaverse. Locked and loaded. 🐵 hang
on tight @BoredApeYC 🛹

○ 56    ⇄ 101    ♡ 472    ⬆



JTX-1302.00372

YUGALABS_00014506



JTX-1302.00373

YUGALABS_00014507



**Bored Ape Yacht Club** ✓
7,174 Tweets
Apecoin.

**Follow**

○ 220          �tↄ 599          ♡ 3,444          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 16          ...

**nWayPlay** @nWayPlayNFT · Mar 16
We're excited to announce we'll be adopting ApeCoin in a new play-to-earn game that's currently being developed by nWay and @BoredApeYC. twitter.com/apecoin/status...

○ 252          �tↄ 1,274          ♡ 3,757          ⬆

↑↓ Bored Ape Yacht Club Retweeted

**ApeCoin** ✓ @apecoin · Mar 15          ...
ApeCoin holders can propose and vote on AIPs (Ape Improvement Proposals) that can impact the DAO and determine how the Ecosystem Fund will be used. The first 5 AIPs are now live on Discourse for viewing, read more here: forum.apecoin.com

○ 60          ↑↓ 189          ♡ 1,322          ⬆

Show this thread

↑↓ Bored Ape Yacht Club Retweeted

**Animoca Brands** ✓ @animocabrands · Mar 16          ...
We're beyond excited to be a contributor to @apecoin , the official token of @BoredApeYC! Starting tomorrow, the BAYC community can use $APE to buy NFTs to activate play-to-earn for @BenjiBananas.
Learn more:

**ApeCoin** ✓ @apecoin · Mar 16
Introducing ApeCoin ($APE), a token for culture, gaming, and commerce used to empower a decentralized community building at the forefront of web3. ▌
Show this thread

○ 72          ↑↓ 313          ♡ 1,170          ⬆

**JTX-1302.00374**          YUGALABS_00014508



JTX-1302.00375

YUGALABS_00014509



YUGALABS_00014510



YUGALABS_00014511



⟲ Bored Ape Yacht Club Retweeted

**Bazooka J** @BazookaJNFT · Mar 16

.@BoredApeYC #8916 was at the Houston Rodeo tonight. For those wondering, @gwenstefani still rocks. Such a great night!

○ 23          ⟲ 20          ♡ 190          ⬆

← **Bored Ape Yacht Club** ✓
7,174 Tweets

176 Punks. 1 Ape. Gotta start somewhere. Welcome home #9043, let's start building some bridges!! 🌉 @yugalabs

○ 441          ⟲ 236          ♡ 3,248          ⬆

Show this thread

Follow

⤴ Bored Ape Yacht Club Retweeted
lulo.eth ⬛◼️⬛ | 🟦 @korion2525 · Mar 13
GM @BoredApeYC



💬 66      ⤴ 24      ♡ 370      ⬆️

⤴ Bored Ape Yacht Club Retweeted
Captain JR @JRArtSpace_NFT · Mar 13
Just a @BoredApeYC enjoying his first ever @ChelseaFC Football Match!
🔵

#BAYC #BoredApeYachtClub





YUGALABS_00014514



YUGALABS_00014515



YUGALABS_00014516



YUGALABS_00014517



YUGALABS_00014518



YUGALABS_00014519



YUGALABS_00014520



Bored Ape Yacht Club Retweeted
**ElMuchacho.eth** @JxhnnyPaycheck · Mar 9
Mom reppin the squad @BoredApeYC

○ 34    ⟲ 12    ♡ 244    ⬆

Show this thread

Bored Ape Yacht Club Retweeted
**FRENCHIE** @thefrenchie_eth · Mar 9
GM FROM MADRID 🚩

@BoredApeYC @FrenchBAYC

○ 48    ⟲ 21    ♡ 277    ⬆



YUGALABS_00014522



JTX-1302.00389                                    YUGALABS_00014523



YUGALABS_00014524



⟲ Bored Ape Yacht Club Retweeted

**MutantNurse.eth** @MutantNurse · Mar 6 ···
I used to be what was called a weekender nurse for a bit in my career,
worked EVERY FRI/SAT/SUN for xtra 💰 & all xtra $ got taken if 1️⃣ 12hr shift
missed. Now I get to hang @ the Zoo w/my Fam @FezBayc! @BoredApeYC
#TakeTheDive Keep hustlin cuz nay sayers make no $/hr!#NFTCommunity

FezBAYC.eth 🐸 and 2 others

◯ 36        ⟲ 20        ♡ 235        ⬆

⟲ Bored Ape Yacht Club Retweeted

**ALLFAITH.ETH** @ALLFAITHNOW · Mar 6 ···
Mutant making 🦍 @BoredApeYC

◯ 49        ⟲ 21        ♡ 494        ⬆

**JTX-1302.00391**                    YUGALABS_00014525



YUGALABS_00014526



YUGALABS_00014527



YUGALABS_00014528



YUGALABS_00014529



YUGALABS_00014530



⮒ Bored Ape Yacht Club Retweeted
DavidRGoldberg.eth 🦍 @davidrgoldberg · Mar 2
Had a blast with my fellow @BoredApeYC at @MiamiHEAT game

♡ 89        ⮌ 62        ♡ 863        ⬆

⮒ Bored Ape Yacht Club Retweeted
Rucio Z. @RucioZ · Mar 2
My wife reppin the #BAYC in the Caribbean @BoredApeYC

♡ 56        ⮌ 30        ♡ 590        ⬆

Bored Ape Yacht Club ✓ @BoredApeYC · Mar 1
Gordo asleep. V posts leaks.

♡ 985       ⮌ 1,654      ♡ 6,770      ⬆

JTX-1302.00397                                    YUGALABS_00014531



YUGALABS_00014532



 YUGALABS_00014533

⇆ Bored Ape Yacht Club Retweeted

**The Blue Caesar** 🐾 @TheBlueCaesar · Feb 27
My doogy Rey rocking her @BoredApeYC hat!
Show her some love!



○ 59        ⇄ 27        ♡ 421        ⬆

⇆ Bored Ape Yacht Club Retweeted

@ᗢApe 🐾 🇮🇹 @NFApes · Feb 27
GM @BoredApeYC and #NFT Fam !
Wishing y'all a great sunday from a very small French village (350 souls) 😊 🇫🇷

○ 64        ⇄ 35        ♡ 663        ⬆

**JTX-1302.00400**                    YUGALABS_00014534







YUGALABS_00014537



YUGALABS_00014538





YUGALABS_00014540



YUGALABS_00014541



YUGALABS_00014542





YUGALABS_00014544



YUGALABS_00014545



YUGALABS_00014546



↑⏐ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Feb 17
Ape #55 was purchased for 220.0 WETH

looksrare.org
BoredApeYachtClub #55 - Bored Ape Yacht Club | LooksRare
LooksRare is a community-first marketplace for NFTs and digital
collectibles on Ethereum. Trade non-fungible tokens with crypto to ge...

♡ 98          ↑⏐ 99          ♡ 794          ⏏

↑⏐ Bored Ape Yacht Club Retweeted
**phili.eth** 🎿 @philiswallet · Feb 17
Skiing in #BAYC Merch @BoredApeYC #MAYC

♡ 48          ↑⏐ 26          ♡ 459          ⏏

↑⏐ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Feb 17
Swap #7413

Creator Assets:
Bored Ape Yacht Club #5452

**JTX-1302.00413**                     YUGALABS_00014547



YUGALABS_00014548



YUGALABS_00014549



YUGALABS_00014550



YUGALABS_00014551



↻ Bored Ape Yacht Club Retweeted

**Cosmo** 🍷 @Cosmo_886 · Feb 14 ⋯
On this special Valentine's edition of #MutantMonday, I'm rocking my 🔥 red #MAYC hat.  If you look closely enough, you'll see a 💜 hidden in his cyborg eye.  He's a lover, not a fighter.

@BoredApeYC

Bored Ape Yacht Club

◯ 83          ↻ 27          ♡ 360          ⬆

↻ Bored Ape Yacht Club Retweeted

**Rahim Mahtab** @Rahim_mahtab · Feb 14 ⋯
My @BoredApeYC is feeling the love today !!!





t1 Bored Ape Yacht Club Retweeted

**The Bored Ape Gazette** 🗞 @BoredApeGazette · Feb 14   ...
BORED CHAMPION » @Boredapeyc @Vonmiller And The @RamsNFL Won
Super Bowl LVI

♡ 38     t1 124     ♡ 769     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 14   ...
Replying to @eToroUS
we spied an ape ••🔥

♡ 61     t1 144     ♡ 967     ⬆

t1 Bored Ape Yacht Club Retweeted

**Sandrik.eth** @sandrikNFT · Feb 14   ...
May not have been in the halftime show, but #mayc are HERE!!!!
@BoredApeYC

♡ 40     t1 27     ♡ 660     ⬆



eToro US ✓ @eToroUS · Feb 14
We brought a friend to the big game, did you spot him in our commercial?
#apefollowape @BoredApeYC.

👀 Drop your guesses below. 👀

0:30  37.3K views

○ 204     ⟲ 270     ♡ 954     ⬆

⟲ Bored Ape Yacht Club Retweeted
関口 メンディー ✓ @mandy_s_mandy · Feb 14
GM Apes ☀🐵

Gift from @NftPinuts san!!
Thank you so much
@BoredApeYC
#BAYC #MAYC

○ 87     ⟲ 295     ♡ 5,477     ⬆

⟲ Bored Ape Yacht Club Retweeted
boredapebot @boredapebot · Feb 14
Mutant #7326 was purchased for 58.0 ETH

opensea.io
7326 - Mutant Ape Yacht Club
The MUTANT APE YACHT CLUB is a collection of up to 20,000 Mutant
Apes that can only be created by exposing an existing Bored Ape to a ...

○ 47     ⟲ 43     ♡ 392     ⬆

JTX-1302.00421                                    YUGALABS_00014555



← **Bored Ape Yacht Club** ✓
7,174 Tweets                                      **Follow**

Amazing work, thank you @OHNAPIE for this awesome derivative of my @BoredApeYC 🐵🙏

○ 61        ⇄ 35        ♡ 402        ⬆

⇄ Bored Ape Yacht Club Retweeted

**Cheetah Cowboy - MostFamous.eth** @MetaverseWorld · Feb 11   ⋯
Pura Vida from Costa Rica! ✈️👑 @BoredApeYC

○ 57        ⇄ 23        ♡ 535        ⬆

JTX-1302.00422                                                          YUGALABS_00014556



YUGALABS_00014557



YUGALABS_00014558



YUGALABS_00014559



⟲ Bored Ape Yacht Club Retweeted

**The Desert Ape** @the_desert_ape · Feb 11
The Desert Ape is heading home to Sedona 🌵.

Will be repping all my UK Apes in the US.

@BoredApeYC #BAYC #BoredApeYachtClub #MAYC #BAKC

○ 52          ⟲ 30          ♡ 455          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 6
Hey apes, meant to get this out last night but it's been kind of a wild weekend. So here it is finally - BAYC x MAYC Mobile Game Competition Leaderboard, Ape Fest Dates, and a lil tease. 🚗🐵⛰

boredapeyachtclub.medium.com
Some updates: Mobile Game Leaderboard, APE FEST 2022 Dates, an...
Hey Apes, meant to get this out last night but we've been having a pretty crazy ...

○ 1,646       ⟲ 1,684       ♡ 5,488       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 3
Replying to @phibacka31
Congrats 💜🥂

○ 1          ⟲ 1          ♡ 48          ⬆

JTX-1302.00426

YUGALABS_00014560



**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 1
Great chatting with you @farokh ! 🐵 🍌 ⛵

> 🐵 **Farokh** ✓ @farokh · Feb 1
> I had the chance to meet the @BoredApeYC team who doxxed
> themselves to me on Zoom and asked them a few questions, right
> before the historical 100 ETH milestone! Q&A in my first ever Medium
> article!
>
> 🔗 medium.com/@farokhh/the-b...
> Show this thread

○ 398     ↺ 511     ♡ 2,396     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 29
Replying to @BorisVagner and @DrMichelleGreen
❤️

○ 4     ↺ 1     ♡ 48     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 28
The mobile game competition has ended! Congrats to all winners. What an
incredible experience. We'll be posting the final leaderboard after we
complete our anti-cheat checks this weekend. 🐵 🍌 ⛵

○ 519     ↺ 323     ♡ 2,215     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 27
Also, heads up, Stage 500 is the final stage of the game. Ties are broken
based on how quickly someone beat the final stage. It is possible to replay
stage 500 for a shorter time. 🐵 🍌 ⛵

○ 18     ↺ 17     ♡ 197     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 27
Once the competitions ends, we will be tallying scores and running anti-
cheat checks. We'll post the final leaderboard this weekend. If you qualified
for a prize, you will automatically be sent it once production on all prizes is
completed - you don't need to do anything else.

○ 21     ↺ 15     ♡ 168     ⬆

Show this thread

**JTX-1302.00427**                                    YUGALABS_00014561

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 27

The fate of the BAYC x MAYC mobile game competition has been decided by the community: Due to overwhelming popular demand, the competition will end today at 7pm ET.

The final tally was 1148 in favor of vs 319 opposed.

Thanks for playing, and good luck in these final hours. 🫡



> **Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 27
> Seeing a lot of bloodshot eyes around the club, and know many of you have been grinding hard since Friday.
> So we're asking: Should we end the BAYC x MAYC Mobile Game Competition 24-hours early? We're putting it to a community vote in the Discord: discord.gg/bayc

⚪ 88          ⟲ 105          ♡ 595          ⬆️

**Show this thread**

---

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 27

Seeing a lot of bloodshot eyes around the club, and know many of you have been grinding hard since Friday.
So we're asking: Should we end the BAYC x MAYC Mobile Game Competition 24-hours early? We're putting it to a community vote in the Discord: discord.gg/bayc

Hey @everyone,

Been seeing a lot of bloodshot eyes in the club and know many of you have been grinding hard since Friday on the BAYC x MAYC Mobile Game competition. While we had always planned to do a 7-day game, we wanted to give the community the option to end the contest 24 hours earlier (on Thursday, Jan 27th at 7pm ET). So, we're putting it to a community vote right here in the Discord.

Please check out #mobile-game-poll (a member's-only channel) and vote whether you want to end the competition 24 hours early or not.

The poll will close at 12pm ET on Thursday, Jan 27th, and the fate of the competition will be decided.

⚪ 182          ⟲ 150          ♡ 791          ⬆️

JTX-1302.00428                                    YUGALABS_00014562



YUGALABS_00014563



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20
There's no way for us to dictate the exact moment the game is available for download, and we also need to give the game time to be indexed and propagate across all the iOS Apple App and Google Play stores all over the world.

🗨 1          ↻ 6          ♡ 98          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20
Also, heads up: the mobile game may be available as soon as 7pm ET tonight on the iOS Apple App and Google Play stores.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20
🎮 Quick reminder that registration for the Apes vs Mutants mobile game competition closes out at 11:59pm ET tonight. 🎮 🐵 ⚠

🗨 120        ↻ 198        ♡ 1,069       ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20
👀

> 🔵 **Twitter Blue** ✓ @TwitterBlue · Jan 20
> gm!
>
> You asked (a lot), so we made it. Now rolling out in Labs: NFT Profile Pictures on iOS
> Show this thread

0:56  9.5M views

🗨 94         ↻ 254        ♡ 2,282       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 15
Registration will close at 11:59pm ET on Thursday, January 20th. The game will go live on Friday, January 21st, and the 7-day competition will kick off then!
Check our Discord announcements channel for more info:

> discord.com
> **Discord - A New Way to Chat with Friends & Com...**
> Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay ...

🗨 35         ↻ 63         ♡ 297        ⬆

Show this thread



**Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 15
OK, everyone - let's try this again!
Registration for the BAYC x MAYC Mobile Game Competition is now live
(again) at: boredapeyachtclub.com/#/apesvsmutants . Note, the previous
registration has been scrapped. You will need to re-register for the game if
you did so previously.

0:33  172.1K views

○ 719    ↻ 1,217    ♡ 3,409    ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 13
Stoked to announce that we have a toy in the works with the wizards over
at @superplastic 🔮 🌀 🦍

**SUPERPLASTIC** ✔ @superplastic · Jan 13
BORED APE YACHT CLUB x SUPERPLASTIC toys dropping soon.
@BoredApeYC

**⚡ SUPERPLASTIC ⚡**
✕
**B A 💀 Y C**

○ 363    ↻ 992    ♡ 3,404    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jan 12
Replying to @worldofwomennft and @guyoseary
Big congrats to @guyoseary and the @worldofwomennft team! We're
excited to see your success and growth continue in the NFT world. 🦍 ⚫
🔺

○ 37    ↻ 150    ♡ 793    ⬆

**JTX-1302.00431**                                    YUGALABS_00014565



**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 31, 2021 ···
Happy New Year, apes! Thank you for making 2021 incredible. Here's to the club having an even better 2022. 🎉🐵🍾

○ 795      ↑↓ 1,221      ♡ 8,832      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 23, 2021 ···
Hey apes, we're still working on things with Apple - the BAYC x MAYC mobile game should be up and running in about four weeks. In the meantime, happy holidays to you all and your families. Q1 is going to be insane.
🎉🐵🍾

○ 422      ↑↓ 961      ♡ 5,960      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 17, 2021 ···
We're on the line with Adidas and PV seeing if we can help.

    🔵 **adidas Originals** ✔ @adidasoriginals · Dec 17, 2021
    Early access is not closed but minting has been paused while the developers investigate issues with Mutant Ape Yacht Club not being able to mint.

    We will update you as soon as we can.
    Show this thread

○ 193      ↑↓ 190      ♡ 1,587      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 15, 2021 ···
Replying to @emmaaaleeeee and @bejado
congrats 💜🐵

○ 2      ↑↓ 2      ♡ 20      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 13, 2021 ···
Very stoked to share that we've been working with the gigabrains over at @animocabrands on a p2e game. Can't wait to show more. 🎉🐵🍾

animocabrands.com
Bored Ape Yacht Club and Animoca Brands join forces to make blockc...
Animoca Brands and Bored Ape Yacht Club (BAYC) today announced a partnership to develop and publish a blockchain game utilizing BAYC's...

○ 1,668      ↑↓ 2,438      ♡ 7,230      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 7, 2021 ···
When we started working on the BAYC, we wanted to make an NFT where owning the token would allow you to collaboratively draw a dick on a digital bathroom wall. Pretty wild to think about that sometimes, given where we are. 🎉🐵🍾

○ 99      ↑↓ 246      ♡ 1,260      ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Dec 7, 2021 ···
This is by no means a comprehensive list. There are innumerable apes in the community who contribute to this club every day, and a lot of others made a difference behind the scenes. It would be impossible to highlight every single person here, but we're grateful.

○ 15      ↑↓ 18      ♡ 514      ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021
Master of puzzles @gregpliska stumped the world for a good 24 hours in our interactive treasure hunt, which was programmed by @bad_wolf_inc.

 ○ 3      ⟲ 10      ♡ 379      ⬆

Show this thread

← 🔍 from:@BoredApeYC      •••

Top      **Latest**      People      Photos      Videos

 ○ 4      ⟲ 12      ♡ 383      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021
Shadowy super coders @0xKiwi_ and @0xWave have always been down to lend a hand for any sticky technical issues. Our community managers @lowbellie and @NGBxShpend are the best in the biz, and are incredible at what they do.

 ○ 9      ⟲ 34      ♡ 474      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021
Some are still on the team today, while others are out there fucking killing it on other projects. The BAYC logo designer is staying a secret agent for the moment, but @1BDOseandotcom helped dip it all in slime for MAYC.

 ○ 4      ⟲ 13      ♡ 434      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021
We want to start with the incredible team of artists behind BAYC; @_migwashere, @allseeingseneca, @ThomasDagley, who crafted the apes along with two secret agents. During MAYC, the brilliant @Lovens joined in. Each of them is amazing.

 ○ 52      ⟲ 164      ♡ 812      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021
The holidays have us a bit introspective over at the club. This year has been wild and we wanted to take a breath to shout out some of the people who have helped make the club what it is today.

 ○ 299      ⟲ 451      ♡ 3,358      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 6, 2021
Replying to @wiixlee and @Nurvii
congratulations! 💜 🦍

 ○ 5      ⟲ 3      ♡ 191      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 6, 2021
Rugged by Apple. Competition start has been delayed. Sorry, apes.

Hey @everyone , unfortunately the mobile game competition start has been delayed. To put it short, our game got rugged by Apple. We have had the game previously approved for TestFlight for weeks without issue, and they have provided 0 explanation for the cause of the takedown.

We are working on a solution, and will stay in touch with the community on the new expected start date/time for the game, but it will likely be Tuesday at the earliest. Sorry everyone. Put away your redbulls for now. We'll share more details as we can.

🎮 206  💚 164  🎮 116  🎮 102  🎮 81  💚 61  🧡 48  🟦 30  💚 54
🐻 29  🟩 30  ✒ 27  🟦 26  🎲 25  🔥 23  💯 28  🟢 28  🔹 21  🟦 10
🌹 5

 ○ 388      ⟲ 577      ♡ 3,057      ⬆

YUGALABS_00014567



JTX-1302.00434

YUGALABS_00014568



YUGALABS_00014569



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 28, 2021
/// ★ ★

○ 1,498    ↑↓ 4,450    ♡ 24.3K    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 28, 2021
Replying to @LadyApeFundy and @FundyApe3659
Happy Anniversary! ❤

○ 5    ↑↓ 1    ♡ 51    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 16, 2021
BAYC x MAYC Mobile Game Competition - a 10-day member's only event.
Soon. 🎮🦍🏆

0:33  461.8K views

○ 1,260    ↑↓ 3,015    ♡ 8,656    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 16, 2021
Congrats to the new owners of the @RollingStone x BAYC/MAYC Covers,
@SaintBayview and @Jmogul21!

Winning bids were 100 ETH and 47 ETH respectively.

Stoked to have these first-ever @RollingStone NFT covers out in the wild.
Truly historic.

○ 68    ↑↓ 129    ♡ 942    ⬆

**JTX-1302.00436**                                                    YUGALABS_00014570



YUGALABS_00014571



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 14, 2021
An incredible milestone: Over 10k unique wallets across the MAYC. To all our new Mutant Apes - welcome to the club! 🐾🦍🧪

| x Total Supply: | 16,609 MAYC |
| --- | --- |
| lders: | 10,004 |
| insfers: | 41,429 |

◯ 345    ⟲ 660    ♡ 3,250    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 13, 2021
Thrilled to have collaborated with @RollingStone on their first-ever NFT covers. Auctions for these two 1 of 1's close Monday on @SuperRare:

BAYC: trib.al/kSl7vEa
MAYC: trib.al/y51mdPJ

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 10, 2021
Holy shit! Cheers from the swamp, @beeple!

🔵 **beeple** ✓ @beeple · Nov 10, 2021
😂😂😂😂😂😂😂😂😂😂😂
Show this thread

◯ 16    ⟲ 31    ♡ 609    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 4, 2021
One day left to bid on a seat for the Ape Fest VIP Charity Dinner at Carbone, hosted by @ohhshiny!

All profits benefit @redapes and @ProjectDrawdown.

**Boring Charity Dinner** ⦿
| 50 | 42 | ♦ 48.7 |
| --- | --- | --- |
| items | owners | total volume |

opensea.io
Boring Charity Dinner - Collection
IMPORTANT: YOU DO NOT NEED TO BE AN APE HOLDER TO PARTICIPATE THE NIGHT THE APES ATE Who knew that Apes like spi...

◯ 19    ⟲ 42    ♡ 245    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 4, 2021
Massive shout out to our sponsors @MoonPayHQ and @0xPolygon for supporting #ApeFest. Amazing teams. Thanks too to beverage sponsors @StellaArtois and @BulleitUSA. What an incredible night.

◯ 89    ⟲ 127    ♡ 1,235    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 3, 2021
Reminder that doors at Brooklyn Steel open at 7 - that's an hour earlier than originally posted. Get there early, Apes. You're not going to want to miss this!

◯ 62    ⟲ 75    ♡ 592    ⬆



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
Auctions for the VIP Charity Dinner at Carbone on 11/6 are up! Shout out to @ohhshiny and his team at DIGITAL for all their work putting this together.

> 🦍 **OhhShiny** @ohhshiny · Nov 2, 2021
> *Ape noises*
> VIP CHARITY DINNER AUCTION IS NOW LIVE!
>
> Profits benefit @RedApes and @ProjectDrawdown. You do not need to own an ape to participate. LETS GO NFT NYC!!!!!
>
> opensea.io/collection/bor...
> Show this thread

♡ 7          ⟲ 11          ♡ 115          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
p.s. - We recommend you get there early. We're moving doors an hour earlier to 7pm to make room for one more surprise performance we're squeezing in. You won't want to miss this.

♡ 21          ⟲ 26          ♡ 259          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
Hey apes - we're giving out the last warehouse wristbands to everyone who is currently in line, but then we're unfortunately at capacity: 2,000 apes. It's going to be epic. We have some incredible surprise performances lined up. Can't wait to see you all there.

♡ 53          ⟲ 91          ♡ 945          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Replying to @niftjon_eth
Yes, that's all you need for the warehouse party.

♡ 1          ⟲          ♡ 10          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
If you own an Ape or Mutant and didn't get a warehouse wristband, come by the merch pop-up tomorrow starting at 11am. There will be a separate, expedited line just for warehouse wristbands. There should not be a long wait for this.

♡ 45          ⟲ 36          ♡ 551          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
As of now we've given out wristbands to every ape in line. We're doing everything we can to ensure there will not be an absurd line at the warehouse. There shouldn't be. And we can't wait to see you there. Drinks on us.

♡ 21          ⟲ 12          ♡ 415          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Apes, we're sorry for the long lines. We're new at this and have been doing our best, pivoting wherever we can to speed things up. It's a monumental effort getting these events together in the era of COVID and we're busting our asses. Thank you for the superhuman patience.

♡ 73          ⟲ 89          ♡ 1,481          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Hey apes! All the merch being sold at the pop-up can be ordered and sent to your house so long as you show up in person any time today or tomorrow. You only need to stand in line if you're trying to grab something immediately. Everyone else, come back later when it's chill.

♡ 50          ⟲ 68          ♡ 598          ⬆

YUGALABS_00014573



YUGALABS_00014574



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
First @RollingStone NFT covers. Auctions details to come.

0:10  137.2K views

○ 215          ⟲ 831          ♡ 4,344          ⬆

Show this thread

← 🔍 from:@BoredApeYC                                    ⋯

Top          **Latest**          People          Photos          Videos

○ 14          ⟲ 21          ♡ 187          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Bored Apes on the cover of @RollingStone 🐵🍌⚠

Our zine collab also features other artists from the NFT community. Excited to finally share this. You can order a copy here:

shop.rollingstone.com
Rolling Stone x Bored Ape Yacht Club Limited-Editi...
Bonded by a shared love of Eighties hardcore and
Nineties hip-hop, the creators of Bored Ape Yacht ...

○ 114          ⟲ 348          ♡ 1,206          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Thank you for such an incredible night, apes. Wednesday is going to be even better. See you at the merch pop up and the warehouse party. 🐵🍌⚠

○ 80          ⟲ 136          ♡ 1,662          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Replying to @AirWalk_NFT
We're giving them out until capacity is reached.

○ 4          ⟲ 2          ♡ 13          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
No more massive lines. Yacht wristbands will be good for entry to the Warehouse Party at Brooklyn Steel on Nov 3. IDs/covid check at the door. Anyone who didn't get a Yacht wristband can claim one at the merch pop-up tomorrow. Happy Halloween, apes. 🐵🍌⚠

○ 56          ⟲ 80          ♡ 730          ⬆



**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
Looks like we reached capacity for Yacht wristbands with just a handful of apes who waited not making the cut. But the show goes on at Bright Moments and capacity is double for the warehouse. We're going all out for that. #apefest

> 🐵 **rdm41.eth |** ▦▦ @RDM_41 · Oct 31, 2021
> The @BoredApeYC team is so incredibly thoughtful. Looks like merch was created for everyone who didn't make it on the yacht. Totally impressed! #apefest

○ 28          ⇄ 38          ♡ 364          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
If you've gotten a paper wristband with a time-slot on it, you do not need to stay standing in line. Come back during your hour slot and we'll give you a yacht wristband. Miss your hour and we'll be taking standbys though. Purple wristbands are standby only.

○ 21          ⇄ 20          ♡ 208          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
Why are we doing this? To break up the crowd and so apes don't have to wait in line for another several hours.
See you tonight friends.

○ 16          ⇄ 14          ♡ 307          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
If you get one, come on back to the gallery at your allotted time and we'll give you your real yacht wristband accordingly (we'll do the required COVID and proof of ape check at that time).

○ 3          ⇄ 9          ♡ 226          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
We're handing out placeholder, timed wristbands right now to everyone in line. These wristbands have an hour timeslot on them.

○ 2          ⇄ 8          ♡ 197          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021    ···
Gm & holy shit apes. There's about 700 apes lined up wrapping the block surrounding the gallery on three sides. Despite pulling permits, cops are going to shut this down before noon at this rate. So here's what we're doing:

○ 82          ⇄ 177          ♡ 1,273          ⬆

Show this thread

YUGALABS_00014576



YUGALABS_00014577



YUGALABS_00014578



YUGALABS_00014579



**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 12, 2021
Welcome to the club, @guyoseary ! 🎉 🐵 ⚡

variety.com
Bored Ape Yacht Club Creators Yuga Labs Sign Representation Deal …
Bored Ape Yacht Club creators Yuga Labs have signed a representation
deal with Madonna and U2 manager Guy Oseary.

○ 103        ⟲ 238        ♡ 1,179        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 9, 2021
Note that this is the same survey that was posted earlier today in the
Discord; no need to take it twice.

○ 5        ⟲ 3        ♡ 90        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 9, 2021
Hey apes! If you're planning on attending Ape Fest, please fill out this
survey (gated to BAYC/MAYC) to help with headcount. We want to make
sure we're accommodating overflow events/spaces:
mgate.io/go/Ccx1_Z06T8o…

○ 22        ⟲ 50        ♡ 275        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021
We're assuming scammers will be out in full force looking to trick folks into
buying all kinds of phony tokens. If info doesn't come from our official
@BoredApeYC or @yugalabs Twitter, it's not us.

Stay safe, apes. It's going to be a wild year.

○ 71        ⟲ 145        ♡ 1,753        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021
To do this, we're working with @FenwickWest, the legal team that
represents many top blockchain projects. We're also partnering with the
gigabrains over at @HorizenLabs (creators of $ZEN, recently listed on
@CoinbasePro). That's all we can say for now, but one note of warning:

○ 47        ⟲ 234        ♡ 1,350        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021
So, given that . . . WEN TOKEN?

Well, apes: We're currently looking at Q1 2022.

○ 42        ⟲ 361        ♡ 1,679        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021
Not to mention thoughtfully craft dope utility and governance, benefit our
club members, and bring the BAYC ecosystem to a much wider audience.

For the sake of our members and the broader NFT community, we want to
do this in a sound way.

○ 10        ⟲ 51        ♡ 1,011        ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 8, 2021          ···
Good evening, apes. Been hearing a question around the club a lot:

WEN TOKEN? 🤔

Wen token indeed . . . Some thoughts below.

○ 636          ⇄ 1,762          ♡ 5,070          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 1, 2021          ···
APE FEST 2021 details posted in the BAYC Discord:

discord.gg/bayc

🐵🍾⛵

○ 211          ⇄ 440          ♡ 1,340          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 29, 2021          ···
Welcome to the club!

🎧 **marshmello** ✓ @marshmello · Sep 29, 2021
Goin' Ape Shit @BoredApeYC #BAYC twitter.com/boredapebot/st...

○ 35          ⇄ 89          ♡ 820          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 26, 2021          ···
Replying to @BorisVagner and @DrMichelleGreen
❤

○ 4          ⇄ 2          ♡ 39          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 21, 2021          ···
Roadmap 2.0 🐵🍾⛵

○ 933          ⇄ 2,982          ♡ 8,237          ⬆



**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
Looks like the apes have NOT been leaving Jimmy's crate tf alone.

> 🦍 **xeta** @XetaDcl · Sep 16, 2021
> Jimmy's ready to dive into the #metaverse with his mech suit ••
> @BoredApeYC @decentraland @dapp_craft #BAYC #Decentraland
> #NFT #JIMMY

○ 12    ⟲ 25    ♡ 185    ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
Who wore it better?

> 🔵 **Jay** @BitBoyJay · Sep 16, 2021
> We wouldn't be here without @BoredApeYC Now it's your time to suit
> up Founders! #SUITSON4CHRISTIES #BAYC

○ 87    ⟲ 103    ♡ 815    ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
We clean up nice. 🍸

○ 425    ⟲ 332    ♡ 2,676    ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 15, 2021
Replying to @ProbCause
Huh, maybe we can help. DM us your size.

○ 15    ⟲ 9    ♡ 169    ⤴



YUGALABS_00014583



**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 9, 2021
Remember to join us tonight at 6pm ET on the BAYC Riverboat in @decentraland -- featuring a special performance by @SpottieWiFi , as well as blackjack and roulette powered by @DecentralGames .

events.decentraland.org
BAYC - Auction After Party with music by Spottie WIFI | Decentraland ...
Come on down to the BAYC's Riverboat and celebrate the end of Sotheby's epic "Ape In" auction.

◯ 22          ⇄ 59          ♡ 298          ⬆

← 🔍 from:@BoredApeYC          ...

Top      **Latest**      People      Photos      Videos

◯ 364          ⇄ 1,394          ♡ 4,528          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 7, 2021
Come hang with us in @Decentraland this Thursday evening 6pm ET after the @Sothebys "Ape In" auction concludes! There will be blackjack, roulette, and a special performance by the one and only @SpottieWiFi 🎶

events.decentraland.org
BAYC - Auction After Party with music by Spottie WIFI | Decentraland ...
Come on down to the BAYC's Riverboat and celebrate the end of Sotheby's epic "Ape In" auction.

◯ 48          ⇄ 184          ♡ 740          ⬆



**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 5, 2021 · · ·

cnn.com
Remember NFTs? They're back, big time | CNN Business
Plenty of ink was spilled earlier this year when investors, hobbyists and
art enthusiasts started frantically buying up non-fungible tokens, or ...

○ 169          ↱ 570          ♡ 2,518          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 4, 2021 · · ·
We had a shitload of winners (and def plenty of dirty cheaters). If you're
unable to claim a POAP and believe you should be able to, email us with
your ETH address to mutantgame@yugalabs.io . We'll cross reference and
add you if there's an issue. Submissions close after 3 days.

○ 105          ↱ 28          ♡ 283          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 4, 2021 · · ·
Those who were victorious against THE MUTANT APE and submitted their
ETH address prior to midnight ET on 8/31 can now claim their POAP. Just
submit your wallet address below.

poap.delivery/the-mutant-ape...

**Bored Ape Yacht Club** ✔ @BoredApeYC · Sep 1, 2021 · · ·
Midnight ET tonight is the last chance to defeat THE MUTANT APE arcade
game and receive a POAP for your efforts. Help Curtis escape the MAYC
sewers!

2dengine.com/mutantarcade/

POAPs go out tomorrow.

○ 204          ↱ 140          ♡ 684          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 30, 2021 · · ·
Replying to @DuncanRogoff
@woundedpixel your boards are everywhere!

○ 2          ↱ 1          ♡ 12          ⬆

**JTX-1302.00451**          YUGALABS_00014585



**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 30, 2021    ···
Gave this interview back in July, so cool to see it in the magazine! Thanks @blockjournal

> **Block Journal** @blockjournal · Aug 28, 2021
> 📖 Planet of the Bored Apes is now available!
>
> This month features an interview with the creators of one of the hottest NFTs: @BoredApeYC!
>
> Download and read FREE at: blockjournal.io

○ 19          ⇄ 28          ♡ 210          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021    ···
Work-in-progress renders BAYC x MAYC, by @polygonalmind

○ 77          ⇄ 235          ♡ 1,010          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021    ···
Roadmap Update #6

○ 207          ⇄ 358          ♡ 1,534          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021    ···
Apes - THANK YOU. What an insane night. We feel incredibly blessed to be a part of this community.  And to all the new Mutants in the club: WELCOME.

Tomorrow its back to building. 🔨

○ 279          ⇄ 356          ♡ 3,029          ⬆



**Bored Ape Yacht Club** @BoredApeYC · Aug 29, 2021

Ape Mutation is live on the site! Clear your cache or do a hard refresh if necessary. If you own a Bored Ape and a Mutant Serum, you can burn the serum to create a mutant ape. Remember that a Bored Ape can only use a serum of each type once.

> boredapeyachtclub.com
> Bored Ape Yacht Club
> A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

○ 33          ⟲ 43          ♡ 227          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021

Working on the reveal and getting serum mutation set up. Less than 1 hour looks like.

○ 50          ⟲ 82          ♡ 678          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021

Holy fucking shit, apes. Sold out. Thank you!!!!

Anyone have leads on bar space in Miami? Will need to be animal friendly.

○ 287         ⟲ 331         ♡ 3,734        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021

The second way to acquire a Mutant is via the public sale. Please note - All Mutants will remain unrevealed until after the sale concludes to ensure a randomized distribution.

○ 42          ⟲ 41          ♡ 287          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021

There are two ways to acquire a Mutant. The first is by MUTATION - exposing a Bored Ape to a vial of Mutant Serum. There are three tiers of Mutant Serum - M1, M2, and Mega Mutant. MUTATION will begin after the public sale concludes.

GIF

○ 33          ⟲ 58          ♡ 355          ⬆

Show this thread

**JTX-1302.00453**          YUGALABS_00014587



**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021  · · ·
Strange noises can be heard from the basement of the club. The clinking of glass and the turning of gears . . .

The Mutant Ape Yacht Club is now live. 🔧

> boredapeyachtclub.com
> **Bored Ape Yacht Club**
> A limited NFT collection where the token itself
> doubles as your membership to a swamp club for ...

♡ 145          ↻ 315          ♡ 1,108          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021  · · ·
Serum Airdrop is complete. If you aren't seeing your serums on OpenSea, check Rarible. They will still work regardless of it showing on OpenSea or not.

Launching within the hour. Sorry for the hiccup.

♡ 84          ↻ 163          ♡ 1,034          ⬆

🔍   from:@BoredApeYC          · · ·

Top        **Latest**        People        Photos        Videos

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021  · · ·
Airdrop hit a snag. We're fixing it. Will have to push back launch by a little bit. Hang in there apes.

♡ 149          ↻ 179          ♡ 1,384          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021  · · ·
📸Snapshot of all Bored Apes complete. Airdrop of Mutant Serums will commence between 4:30 and 5pm ET.

♡ 225          ↻ 394          ♡ 1,750          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021  · · ·
MAYC TOMORROW 8/28/21
📸 Snapshot at 4pm ET of all Bored Apes (NOTE: No benefit to dispersing apes around to multiple wallets!)
🧪 5pm ET - Airdrop of Mutant Serums (random distribution generated via Chainlink VRF)
🚀 Launch at 6pm ET

♡ 319          ↻ 948          ♡ 2,308          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 24, 2021  · · ·
Fuck it. Mutants Saturday.

♡ 741          ↻ 1,962          ♡ 6,027          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 22, 2021  · · ·
Finally verified. We made it, apes. 🎉 🦍 🍻

♡ 341          ↻ 744          ♡ 6,542          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 21, 2021  · · ·
Heads up apes, there's a fake Instagram posing as us and scamming people. @instagram won't verify us or take the scam account down. Stay safe.

Our only official instagram page is instagram.com/boredapeyachtc...

♡ 30          ↻ 83          ♡ 343          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 21, 2021  · · ·
. @thehundreds will go live with their own colorway at the same time, which will be open to the public. Hit up our Discord announcements for more details.

♡ 4          ↻ 8          ♡ 65          ⬆

Show this thread



JTX-1302.00455

YUGALABS_00014589



YUGALABS_00014590



**Bored Ape Yacht Club** @BoredApeYC · Aug 11, 2021
Stay safe apes. We will never DM you links like this. We will never ask for your seedphrase.

> **BBA.eth** @ape6743 · Aug 11, 2021
> Someone is impersonating @BoredApeYC on Discord and trying to scam people.
>
> I REPEAT THIS IS A SCAM. DON'T CLICK.
>
> Ape Yacht Club
> Ape Yacht Club News!
> BAYC Community, we want to celebrate the amazing rise of Bored Apes in the NFT
> ...we away 20 Bored Apes on our website https://boredapeyachtclub.cc/
>
> ...ne has a small chance to claim one, so what are you waiting for!
>
> ...ed Ape Yacht Club:
> ...miled NFT collection where the token itself doubles as your
> ...mbership to a swamp club for apes. The club is open! Ape in
> ...n us.

13    79    207

**Bored Ape Yacht Club** @BoredApeYC · Aug 10, 2021
Replying to @domain
Hey we don't own that domain, but if you know who does DM us.

8    6    48

**Bored Ape Yacht Club** @BoredApeYC · Aug 9, 2021
Good afternoon, apes. We just donated 66.45 ETH (~208k USD) to
Orangutan Outreach - @redapes - via @TheGivingBlock. Thank you all!

> etherscan.io
> Ethereum Transaction Hash (Txhash) Details | Ethe...
> Ethereum (ETH) detailed transaction info for txhash
> 0xf9af1dce89d541da6fd01d31a70af48bb29d62c...

62    296    857

**Bored Ape Yacht Club** @BoredApeYC · Aug 8, 2021

> **RTFKT** @RTFKT · Aug 8, 2021
>
> BAT BAYC

50    125    588

**Bored Ape Yacht Club** @BoredApeYC · Aug 7, 2021
Huge thank you to @decentraland and @DecentralGames for all their work
making this is an incredible event. We had over 1,200 attendees! Shout out
to @polygonalmind for creating the wearables as well.

2    14    95

Show this thread

**JTX-1302.00457**                                    YUGALABS_00014591



**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 7, 2021
Thank you to all who joined us for the Riverboat opening last night in DCL!
The top 100 scorers in the free play event have each been airdropped a
Captain's Hat wearable, and the grand prize winner has received a 1/1 Skull
Crown and 1 LAND! ⚓🐵⛵

market.decentraland.org/contracts/0xbf...

◯ 18          ⇄ 51          ♡ 358          ⬆

Show this thread

← | 🔍 from:@BoredApeYC | ...

Top          **Latest**          People          Photos          Videos

play.decentraland.org
Decentraland
Decentraland is a virtual social platform built and governed by its users.
Every day, users enter the world to meet up, play games, attend live ...

◯ 13          ⇄ 33          ♡ 156          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 6, 2021
Busy day, apes! Merch drop in under an hour -- BAYC members can access
the drop by visiting our site at 1pm EST. After verifying you have an ape, you
will receive a one-time-use password and link to the drop. More details in
the Discord Announcement.

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

◯ 20          ⇄ 66          ♡ 209          ⬆

**JTX-1302.00458**          YUGALABS_00014592



**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 4, 2021

Replying to @cobie

We offered it to you during pre-sale. And because of that, we're happy to still give to you. DM us.

◯ 18          ⇄ 8          ♡ 112          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 4, 2021

The drop will function basically the same as the first one; the site will be gated to BAYC members, and you'll need to have your ape on a metamask wallet to access the drop.

◯ 10          ⇄ 14          ♡ 164          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 4, 2021

We wanted to take a moment to shout out the independent artists who worked under our art direction to create the BAYC: @chloeyeemay, @migwashere2, and @thomasdagley. The two other artists have preferred to remain secret agents. They are all 🤫

◯ 92          ⇄ 187          ♡ 821          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2, 2021

Join us Friday, August 6th for the grand opening of the BAYC Riverboat Casino in @Decentraland! Festivities begin at 8pm EST and include an epic (play money) poker tournament powered by @DecentralGames. 🃏🍹⚓

events.decentraland.org
BAYC Riverboat Casino - Grand Opening | Decentraland Events
Come on down to the Bored Ape Yacht Club Riverboat Casino!

◯ 90          ⇄ 322          ♡ 822          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2, 2021

Thanks, mom. 🤍⚓🍹

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 1, 2021

Unreal. Thank you, apes! 🃏⚓🍹

| (C-721) | | |
| --- | --- | --- |
| pply: | 10,000 BAYC ⓘ | |
| | 5,001 | |
| | 35,053 | |

◯ 65          ⇄ 296          ♡ 889          ⬆



YUGALABS_00014594

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 27, 2021 · · ·
The NFT doubles as your access to pre-order a limited edition BAYC x
round21 physical basketball. The sale is open through August 4th.

Get your password to the drop here:

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

◯ 17        ⇄ 48        ♡ 184        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 27, 2021 · · ·
Got a Club Dog? 🐶 Check your wallet. • •

We've partnered with @weareround21 to send every wallet holding a BAKC
doggo a special basketball NFT 🏀



0:11  34K views

◯ 97        ⇄ 356        ♡ 765        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 23, 2021

Congrats to all the challengers! And sorry for tomorrow. 😂

> **wave** @0xWave · Jul 23, 2021
>
> The first annual @BoredApeYC death nut challenge was a resounding success, and I have the sore tongue and stomach pain to prove it
>
> Jokes aside, the #BAYC community is absolute 🔥 and I love how many people participated in this dumb challenge I proposed



◯ 9          ⟲ 23          ♡ 160          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 23, 2021

Tonight, in the BAYC Discord @ 9 PM EST, join us for the Death Nut Challenge. Participants in the challenge will be awarded this POAP. Proceed at your own risk, you don't have to go all the way for the POAP. You can't enjoy the POAP if you die. 💀🔥

> poap.gallery
> **BAYC Death Nut Challenge 2021**
> [ Supply: 27 ] The Bored Ape Yacht Club has decided to prove our masochism to the world by ...

◯ 34          ⟲ 41          ♡ 148          ⬆

**JTX-1302.00462**          YUGALABS_00014596



←     Q   from:@BoredApeYC       ...

Top     **Latest**     People     Photos     Videos

Many asked for Gohan, so I did the best version of him 😅🐉 -
DragonBored @BoredApeYC

○ 12     ⟲ 17     ♡ 231     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 18, 2021
Shots fired. Your move, DMT Gang.

🐾 NBA Top Shot East Coast Podcas... @NBATopShot... · Jul 18, 2021
After many months.. the war has almost concluded.. we will not forget
any cheetah brother or sisters efforts in this historic victory.

Stay bored - cheetah gang war chief

#DMTsneedEMTs #BAYC

○ 26     ⟲ 46     ♡ 304     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 15, 2021
Our job post for Community/Social Media Manager has been resurrected
here:

pompcryptojobs.com/job/4135/commu...

○ 6     ⟲ 9     ♡ 28     ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 15, 2021
Our job post was taken down for some undisclosed reason (wen crypto job
board?), so we will be re-posting to somewhere else, FYI. We do have
access to review the applications so far.

○ 14     ⟲ 1     ♡ 37     ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 15, 2021
We're hiring! Looking for a community / social media manager to join up and help grow the club. We're still gonna party with you all in Discord all the time, but want to spend even more time building. Please DO NOT DM US, just apply via the portal.

angel.co/company/yuga-l...

○ 23          ↻ 76          ♡ 323          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 14, 2021
Disclaimer - We think this might be horribly irresponsible and may have health implications, so we can't recommend anyone participate. But it's a great opportunity to listen to the BAYC devs cry/puke. This is the one we're trying:

★★★★★ 738

amazon.com
BLAZING FOODS DEATH NUT CHALLENGE (DEATH NUT CHALLENG...
The All-New Death Nut Challenge Version 3.0 You asked for it so we delivered. New peppers, improved flavor variations, triple the peanuts, ...

○ 4          ↻ 11          ♡ 71          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 14, 2021
Lord of Chaos, @OxWave , has convinced a number of BAYC members to attempt the 🔥 DEATH NUT CHALLENGE 🔥 (v 3.0). A number of us will be ruining our digestive tracts together on the Discord voice chat - scheduled for Thursday, 7/22, at 9pm EST. 🤮🌋🔥🥜

○ 29          ↻ 62          ♡ 241          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 12, 2021
Ya'll wild 😂

🎬 **friesframe** 📺 ❗ @friesframe · Jul 12, 2021
Gilbert Godfried on the Bored Ape Yacht Club - you can tell how passionate he is about this project
Show this thread

1:25  25.8K views

○ 13          ↻ 61          ♡ 288          ⬆

YUGALABS_00014598



YUGALABS_00014599



YUGALABS_00014600



YUGALABS_00014601



YUGALABS_00014602



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 18, 2021   ···
The Bored Ape Kennel Club is made up of 10k Club Dog NFTs. They're not for sale but free to claim (you just pay gas). Any royalties we accrue on secondary sales will be donated to charity.

Let's rescue some dogs, apes. 🐕 🦍 ⛓️



◯ 54          ⇄ 125          ♡ 602          ⬆️

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 18, 2021   ···
It can get lonely in the swamp sometimes. That's why every ape should have a four-legged companion. And why we're offering up a dog for adoption to every single member of the BAYC – for free.



◯ 31          ⇄ 157          ♡ 561          ⬆️

Show this thread



YUGALABS_00014604

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 17, 2021                    ···
Excited to see Jenkins' tale take shape -- great community project from one of our grant awardees.

> 🎩 **Jenkins The Valet** 🍸 **Is Exploring** ... ✔ @jenkinsth... · Jun 17, 2021
> I'm proud to reveal my NFT roadmap.
>
> Join me in creating the first community generative full-feature book. Owning our ERC-721 gets you access to a portal where you decide the title, genre, plot, and more.
>
> Ape holders can license their apes for a profit share in book sales.
> Show this thread



○ 9            ⟲ 11            ○ 117            ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 16, 2021                    ···
Spent the morning going through old files and found these early concept sketches from when we were first formulating the club. Hard to believe it's only been a month and a half since we launched. 🦍🐵🥴

○ 103            ⟲ 218            ○ 1,267            ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 15, 2021                    ···
Announcing the first awardees of the BAYC Community Grant Program! 🦍🐵🥴

boredapeyachtclub.medium.com/bayc-community...

○ 34            ⟲ 141            ○ 383            ⬆

**JTX-1302.00471**                                        YUGALABS_00014605



Q   from:@BoredApeYC

Top | **Latest** | People | Photos | Videos

Alright guys, I said I'd do it, I did • • 🐵

○ 27      ⟲ 43      ♡ 367      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 3, 2021
Roadmap Update #4 from the BAYC Discord

🐵🐵🐵

discord.gg/bayc

○ 13      ⟲ 49      ♡ 155      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 3, 2021
Replying to @dafky2000
Hey thanks, we were just talking about this. Obviously, we're never going to call that function again and we're planning on revoking ownership in the next day or two.

○ 39      ⟲ 49      ♡ 134      ⬆

YUGALABS_00014606



YUGALABS_00014607



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 31, 2021
Replying to @RTFKT and @RTFKTstudios

○ 5          ↻ 12          ♡ 75          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 31, 2021
What a crazy day! To all the new club members: Welcome to the BAYC! 🦍

BBA.eth @ape6743 · May 31, 2021
It actually happened. @BoredApeYC did more sales volumes in the last 24H than any other NFT project including CryptoPunks.

#BAYC #BoredToDeath
Show this thread

| 24 hours | 7 days | 30 days | All-time | |
|---|---|---|---|---|
| | Product | | Sales | Change (24H |
| 1 | Bored Ape YC | | $1,094,441 | ▲ 379.26% |
| 2 | CryptoPunks | | $1,080,226 | ▲ 79.91% |
| 3 | NBA Top Shot | F | $578,416 | ▼ 23.57% |
| 4 | Sorare | | $254,500 | ▲ 20.80% |
| 5 | R Planet | | $226,627 | ▼ 11.67% |
| 6 | Veefriends | | $224,984 | ▲ 153.36% |

○ 48          ↻ 107          ♡ 506          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
We're working hard tonight on the member only surprise for next week. But we hear these unofficial ape party twitter spaces are bananas!

AN°N @anonscontent · May 30, 2021
twitter.com/i/spaces/1BRKj...

Get ready for the most Boring Party of our Ape lives! 🦍

"All A-Bored!" 🛥

○ 11          ↻ 28          ♡ 210          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
A wild week in the swamp! Thanks for the recap @Accumul80r 🦍

accumul8.eth @Accumul80r · May 30, 2021
All Apes 🦍

Here is this week's recap! A lot has happened in this last week, so here's a list of the highlights!

Thread
Show this thread

○ 2          ↻ 3          ♡ 80          ⬆

**JTX-1302.00474**          YUGALABS_00014608



**Bored Ape Yacht Club** @BoredApeYC · May 30, 2021
Replying to @DylanMayoral_ @zenft_ and @securethedub
If that's the case, cool. We didn't read it as that clear. It read to us like a collab announcement.

♡ 2        ⟲        ♡ 6        ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 30, 2021
Replying to @zenft_ and @securethedub
Not cool for you to be announcing a collab with us when we've never interacted before.

♡ 2        ⟲ 1        ♡ 5        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
Looks like we've found our first @TheSandboxGame Clubhouse builder. 🔥🔥

> 🟣 Zon @zon_web3 · May 29, 2021
> Was so hyped by the sandbox land so I made something @BoredApeYC
>
> #BAYC #NFTCommunity #apestogetherstrong

♡ 20        ⟲ 49        ♡ 340        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
Sold Out! 🐵🟢🔺

520 items in 6 minutes!

A month ago 520 seemed reasonable. Then we jumped up 2k owners! Next drop in the works, with more quantity.

Next Roadmap 1.0 milestones:

- Member's Only 5 ETH Treasure Hunt
- Breeding

Next week, get ready for a Member's Only surprise

♡ 80        ⟲ 161        ♡ 515        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
Drop is live!

Get your one-time password if you haven't already and then click "View the Merch." You will be prompted for your password on the next site.

If the "Buy Ape Merch" button doesn't load on webstore, trying clearing your cache and refreshing.

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

♡ 33        ⟲ 13        ♡ 70        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 29, 2021
30 minutes until the BAYC merch drop! 🐵🟢🔺

♡ 18        ⟲ 19        ♡ 157        ⬆

YUGALABS_00014609



← | 🔍 from:@BoredApeYC | ⋯

Top | **Latest** | People | Photos | Videos

🐵 **Josh Ong** ✓ @beijingdou · May 29, 2021
The latest Bored Ape Euphoria map for @TheSandboxGame, thanks to some big moves by @dingalingts and @NFTboomer this morning. Congrats on the auctions! twitter.com/beijingdou/sta...
Show this thread

○ 19          ⇄ 50          ♡ 223          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 28, 2021
Apes take Manhattan! 🗽🐵🍌

🐵 **TheMonarch** 🦋 @themonarch00 · May 28, 2021
This week in Columbus Circle, Stu (Bored Ape 1520) announced his bid for Mayor of NYC.

Watch out @AndrewYang, Stu is coming for the throne. Stu for Mayor! Let's goooooo!

@boredapeyc
#BAYC
#StuForMayor

○ 6          ⇄ 34          ♡ 177          ⬆

JTX-1302.00476                                   YUGALABS_00014610



**Bored Ape Yacht Club** ✔ @BoredApeYC · May 28, 2021
Details on tomorrow's merch drop at 6pm EST.

🎉🐵⛵

○ 21 ⇄ 54 ♡ 179 ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 27, 2021
Replying to @AFuckingNobody and @AnOnym0usNobody
Banana

○ 3 ⇄ 1 ♡ 23 ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 25, 2021
📞⚡

> ⬅ **RTFKT** ✔ @RTFKT · May 25, 2021
> 📞🐵

○ 25 ⇄ 46 ♡ 196 ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 24, 2021
Sneak peek at one of the items in the member's-only merch drop going live Saturday at 6pm EST. »»

🎉🐵⛵

Thanks @smplfd !

0:20  23.2K views

○ 100 ⇄ 171 ♡ 667 ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 24, 2021
We're still accepting BAYC Community Grant Proposals until 6/14. If you have an idea that benefits the entire Bored Ape community, we'd love to read your proposal. See our medium article for details.

boredapeyachtclub.medium.com/bored-ape-yach...

○ 10 ⇄ 32 ♡ 138 ⬆

YUGALABS_00014611



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 23, 2021
Bored Ape Yacht Club is now officially at 3,000 unique owners! 🔥🔥🔥

## Bored Ape Yacht Club ✓

| 10.0K | 3.0K | Ξ0.63 | Ξ4.2K |
|-------|------|-------|-------|

◯ 41          ⇄ 117          ♡ 549          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
We're game. 🔥

🔵 **PUNKS Comic** ✓ @punkscomic · May 22, 2021
Replying to @Accumul80r and @ape6743
There's a lot of you. What do you think of a Bored Apes edition?

◯ 17          ⇄ 32          ♡ 208          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
The first Official BAYC Member's Only Merch Store drop will go live on Saturday, May 29th at 6 PM EST.

Get ready to ape. 🦍🔵🔺

◯ 77          ⇄ 181          ♡ 534          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
Bored Ape Yacht Club 24/7 lofi hip hop radio is now live!

🦍🔵🔺

If you're a lofi musician and you'd like to be considered to be added to the stream, email us at:

bayclofi@gmail.com

youtube.com/watch?v=VZSdda...

◯ 22          ⇄ 76          ♡ 229          ⬆



YUGALABS_00014613



JTX-1302.00480                                    YUGALABS_00014614



←    Q   from:@BoredApeYC      ...

Top    **Latest**    People    Photos    Videos

opensea.io
5840 - Bored Ape Yacht Club
The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape
NFTs— unique digital collectibles living on the Ethereum blockchain. ...

○ 11    ↻ 39    ♡ 264    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 16, 2021    ...
Great opportunity to join the club! 🛥 ⚓ ⛵

> ● **Pranksy** 🌐 ✓ @pranksy · May 15, 2021
> I'll give away 3x @BoredApeYC's to 3 random people who RT the
> @nftboxes tweet quoted, and follow @pranksyNFT & @nftboxes.
>
> Competition ends in 7 days, winners announced weekend starting May
> 22nd 2021.
>
> #NFTs #NFTBoxes #Reflective #ApeOut twitter.com/pranksy/status...
> Show this thread
>
> ○ 7    ↻ 19    ♡ 112    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 15, 2021    ...
🔥🔥🔥

GIF ALT

> ∽ **RTFKT** ✓ @RTFKT · May 15, 2021
> Replying to @WilliamLamkin @WakingCosmos and 34 others
> Ape stuff coming soon....ish
>
> ○ 4    ↻ 14    ♡ 111    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 15, 2021    ...
Wonder who they're talking about? 👀 🍌

> Ⓢ **The Sandbox** ✓ @TheSandboxGame · May 15, 2021
> Just off the phone with one of our next partners. Pack your yachts, it's
> gonna be bananas!
>
> ○ 22    ↻ 90    ♡ 347    ⬆





**Bored Ape Yacht Club** ✔ @BoredApeYC · May 13, 2021
Honored to be on this list.

Got me thinking… is Bored Ape Yacht Club the highest ratio of unique wallets when accounting for collection size…?

> 🎭 **Hashmasks** @TheHashmasks · May 12, 2021
> Some stats on distinct wallets holding some of the most popular #NFT Collectibles:
>
> Hashmasks: 4,187
> Cryptopunks: 2,275
> Meebits: 4,486
> Bored Apes: 2,746
>
> As of today, there are 4,187 unique wallets holding #Hashmasks and that number continues to rise over time.

○ 10        ⟲ 29        ♡ 138        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 12, 2021
Looks like @crypto888crypto found some prime real estate for their angelic Bored Ape. 😇✨

○ 12        ⟲ 31        ♡ 129        ⬆

**JTX-1302.00483**

YUGALABS_00014617



**Bored Ape Yacht Club** ✔ @BoredApeYC · May 12, 2021

🐵🐵🐵

> 🌊 **wave** @0xWave · May 12, 2021
>
> I hear @BoredApeYC will be on bid at Christie's soon
>
> Show this thread

♡ 6          ⟲ 18          ♡ 190          ⬆

---

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 10, 2021

Roadmap Update #3 from the BAYC Discord

🦍 🐵 ⛰️

discord.gg/wjH7hGz2yS

♡ 8          ⟲ 35          ♡ 138          ⬆

Show this thread

---

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 9, 2021

Bored Ape Yacht Club / lofi hip hop radio Youtube channel is now live! 4 hours of the chillest beats this side of the swamp.

24/7 streaming channel coming next week. 🦍 🐵 ⛰️

> youtube.com
> **Bored Ape Yacht Club // lofi hip hop radio**
> Bored Ape Yacht Club //
> https://boredapeyachtclub.com/Hang with us on ...

♡ 82          ⟲ 172          ♡ 473          ⬆



YUGALABS_00014619



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 6, 2021
Damn, we missed this! Good luck Gary!

> 🐵 **Farokh** ✓ @farokh · May 5, 2021
> Texted @GaryVee asking if he had a second to spare to come into an Ape room to talk about VeeFriends and he pulled up literally 5 seconds after.
>
> Gary is a man of the people and a real community leader. I hope everyone is taking notes. Fuckin' legend. 🙌 ✨

○ 3     ⇄ 4     ♡ 105     ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
💬 Two more days on the @waifusion x @BoredApeYC meme contest!

> 🐰 **uwucrew** @uwucrewnft · May 2, 2021
> @waifusion x @BoredApeYC Presents: Bunny Bundle Meme Contest
>
> Combine Waifus and Apes into the ultimate meme! 2 Winners will receive one of the following NFTs each: ETH Waifu #5580 or BAYC Ape #2014
>
> Rules in the comments!
>
> ENDS @ 5/7/2021 20:00UTC
>
> Let the memes begin 🐰
> Show this thread

YUGALABS_00014620



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
🦍🦍🦍

🏀 NBA Top Shot East Coast Podca... @NBATopShot... · May 5, 2021
Try your hardest to stay bored!!

I will be giving away a derivative of my #7252 Bored Ape that I am HODLing 4 Life

To win

1. RT this tweet & stream the anthem on YouTube

2. Follow us and @extragramken !

Prize: opensea.io/assets/0x495f9...

YouTube link: youtube.com/watch?v=Pic608...

0:39   2.4K views

♡ 2     ⟲ 6     ♡ 37     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
We're going to need a bigger Yacht Club. The BAYC has officially reached 2.5k individual members! 🦍🍾🥂

**Bored Ape Yacht Club** ✓

10.0K        2.5K        Ξ0.63        Ξ3.3K

♡ 48     ⟲ 172     ♡ 547     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
A short primer thread on liquidity pools. Reminder: only deposit apes you're comfortable losing. Almost certainly not going to get back your specific ape.

🦍 **dklounge.eth** @dkloungeNFT · May 5, 2021
@BoredApeYC Liquidity pool -- learning notes. (Thank you to kiwi and i3 in the Discord!)

1. There are two platforms at the moment: nft20 and nftx

2. You deposit an ape into the pool in exchange for BAYC20 or BAYC coin, respectively

#BAYC
Show this thread

♡ 4     ⟲ 11     ♡ 66     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
Thanks to the amazing mods on our team, the BAYC NFTX liquidity pool has been initiated. 🦍🍾🥂

gallery.nftx.org/funds/bored-ap...

♡ 22     ⟲ 65     ♡ 211     ⬆

**JTX-1302.00487**                    YUGALABS_00014621

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
What is going on hahaha

**bigdogbrothers.eth** 🐕 @bigdogbrothers · May 5, 2021
Big things coming ✦✦

Imagine... Pokemon with Apes

Turn based battles against randomly generated monsters to get items/
equipment, etc. ⚔️

Shoutout to @battleapes for adding my @BoredApeYC Apes to the
game 📣💥🔥



○ 17            ⇄ 16            ♡ 186            ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021            ···
To be clear, we support people making art with their own NFTs, which they
have commercial rights of, NOT spin off collections using other people's
NFTs without permission, and NOT other images on our site.

○ 5            ⇄ 27            ♡ 91            ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021            ···
We love all the projects people have been putting together with their Bored
Apes. To encourage more exploration and unofficial creations while we
work on our roadmap, we've started a Discord channel: The Creation Club.
If you're creating, get in here: discord.gg/8tcGPjbAke

○ 12            ⇄ 28            ♡ 138            ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021            ···
Replying to @diano1711
sent dm. you likely missed captcha bot. I'll get you in.

○            ⇄            ♡ 4            ⬆

JTX-1302.00488            YUGALABS_00014622



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Roadmap Update #1 from the BAYC Discord

🦍💀⚠️

discord.gg/wjH7hGz2yS

> GordonGoner *(Yesterday at 5:48 PM)*
> Roadmap Update: Going to start posting roadmap updates here for ya'll. We're trying to release the roadmaps more or less in order of its activations (while working on all of them at once behind the scenes.) The final official rarity chart was posted yesterday in the announcement channel. The gallery on the website should go live in a couple days if there's no programming hiccups. The BAYC LoFi hiphop channel is being worked on (the animated art alone is going to be sick btw). We're sourcing the right people for the merch printing as we speak. We're brainstorming the treasure hunt and might be involving some pretty experienced puzzle creators (more info on that later.) All things moving forward as fast as we can, basically. 🦍💀

⚠️

○ 30        ⟲ 76        ♡ 329        ⬆

**Show this thread**

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Amazed at everything the community is coming up with!
🦍💀⚠️❤️

> 🏆 **Bored Ape Ladies Club** @BoredApeLadies · May 4, 2021
> 1) Alrighty! We have made a huge decision here at the Bored Ape Ladies Club! 🙋‍♀️🙋‍♀️🙋‍♀️
> One of our OG lady apes has offered to be RESIDENT MODEL with female NFT artists who don't own an OG ape but like to join in the fun & make dope derivative Ape art.
> Read the thread 👇
> RT widely 🙏
> Show this thread

○ 4        ⟲ 4        ♡ 60        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Replying to @hogartisan @loomdart and @c0inalchemist
sent a dm loom 👀

○ 1        ⟲        ○ 6        ⬆

🔍  from:@BoredApeYC                                    ···

Top    **Latest**    People    Photos    Videos

JTX-1302.00489                                    YUGALABS_00014623



YUGALABS_00014624



YUGALABS_00014625



**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
We're working on the #BAYC Member's Only Merch Store. Posting these two mock-ups for possible limited edition tees in case ya'll hadn't seen 'em yet. 👕🐵⚓

♡ 80        ⟲ 79        ♡ 430        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
Our twitter sales bot got like banned for spamming because they're selling so much now. 😅

Working on getting it back.

♡ 24        ⟲ 23        ♡ 258        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
Hey apes, Gordon and I are going to jump on Clubhouse at 12 EST for a little bit. Here's the room:

clubhouse.com
Clubhouse
Join Clubhouse to find more great rooms.

♡ 12        ⟲ 10        ♡ 61        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
📢The five Caged Apes have been released! Apes #5-9 have been airdropped to random wallets. We used a snapshot of wallets that contained at least one ape at the time we hit 20% sold. ✨

♡ 14        ⟲ 14        ♡ 148        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
Can someone draw this in The Bathroom plz

♡ 4        ⟲ 14        ♡ 104        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 2, 2021
Replying to @RutledgeMj
tuxedo *t-shirt

♡        ⟲        ♡ 2        ⬆



YUGALABS_00014627



JTX-1302.00494

YUGALABS_00014628



YUGALABS_00014629



**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @M_C_l_S and @LA_L_1
Hey you just need to go to opensea and refresh the metadata. 🦍🐵🔺🐵
Welcome to the yacht club!

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @topshotfund

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @ABigThingBadly and @opensea
If you own an ape in your wallet, you're a member. Welcome to the club,
Vivek. 🐵🦍🔺

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @ABigThingBadly and @opensea
If you have the mint in your MetaMask wallet, you're good to go and can
join the Bathroom! Can also join us on Discord and get Verified as a Bored
Ape by typing !join in chat.

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
So good.



**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #5

Rainbow Penis remains.

Portrait almost completed.

And the Bored Apes appear to be trying to communicate with us humans. What are they saying?

boredapeyachtclub.com/#/home

○ 4    ⇄ 6    ♡ 26    ⤊

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @ZKB5NFT
Get in here! 🐵

○    ⇄    ♡ 1    ⤊

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @0xWave
AMAZING.

○    ⇄    ♡ 4    ⤊

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @K3n_eth
Looking good.

For now, consider the OpenSea rarities as a guide post. But we'll release a full infographic with rarities on the discord in a couple of days. We'll also have the interactive gallery for all those minted on the site next week. 🐵

○ 1    ⇄ 2    ♡ 4    ⤊

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #4

It's gotten too profane to post on twitter. Just as we expected.

To see more Bathroom Updates, buy an ape and start scrawling.

> boredapeyachtclub.com
> Bored Ape Yacht Club
> A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

○ 1    ⇄    ♡ 6    ⤊

Show this thread

JTX-1302.00497          YUGALABS_00014631



**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @CryptoPapi10
Just refresh the metadata on your opensea. Your ape is already revealed.

○ 1        ⊔ 3        ♡ 10        ⊥

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @Adam_Sharvit @dapperlabs and 2 others
All apes are 0.08 ETH and you can mint a random one right now on our site.

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

○ 7        ⊔ 27        ♡ 28        ⊥

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #3

#Cryptopunk outline fully formed.

The wang is diseased.

A sailboat.

And....WHAT'S HE WRITING IN THE LEFT HAND CORNER?

boredapeyachtclub.com/#/home

○ 3        ⊔ 5        ♡ 20        ⊥

Show this thread



YUGALABS_00014633





**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
30 minutes left on the BAYC Pre-Sale!

Get your Apes and then get in The Bathroom with us! We're shortening the pixel placing lockout to 2 minutes per pixel for tonight only!!

Apes are 0.08 ETH each.

boredapeyachtclub.com/#/home

○ 3          ⟲ 8          ♡ 26          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Hey @joeswam you won the final BAYC pre-sale giveaway! Congrats and welcome to the yacht club!

We'll DM for wallet info.

> **Bored Ape Yacht Club** @BoredApeYC · Apr 29, 2021
> APES REVEALED TOMORROW @ 6 PM EST
>
> Final Pre-Sale Giveaway
>
> Come ape in with us and then become a Verified Ape in the BAYC discord. NO PRICE TIERS; all apes .08 ETH.
>
> boredapeyachtclub.com
>
> To win a Bored Ape:
> 1 Retweet
> 2 Like
> 3 Tag someone

○ 6          ⟲ 3          ♡ 13          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @dis0ri3nted
Hahaha. Us, too.

○          ⟲          ♡ 1          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @dis0ri3nted
Welcome to the BAYC!

○ 1          ⟲          ♡ 1          ⬆

**JTX-1302.00501**          YUGALABS_00014635



JTX-1302.00502                                    YUGALABS_00014636



YUGALABS_00014637



**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Final Bored Ape Yacht Club custom ape before our reveal tonight at 6pm
EST. This one's for @COinAlchemist 🦍

○ 3          ⟳ 7          ♡ 60          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Fixed up the Bored Ape for @girldadNFT a bit 😅

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Last Bored Ape Yacht Club variation for the night, to @beaniemaxi. 🦍🟢

○ 4          ⟳ 6          ♡ 37          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @screentimes @C1207 and 2 others
@COinAlchemist's gonna be ready in the AM. It's a really sick one.

○          ⟳          ♡ 2          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @shroom_daddy
Ahhh man! It's one of our favs. We're so glad you like it. 🙌🦍🔺

○          ⟳          ♡ 4          ⬆



YUGALABS_00014639





YUGALABS_00014641



YUGALABS_00014642



YUGALABS_00014643



YUGALABS_00014644



YUGALABS_00014645



YUGALABS_00014646



YUGALABS_00014647



YUGALABS_00014648



YUGALABS_00014649



**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 27, 2021 ···
Price ramps got people excited about #NFTs when they weren't. We think having a flat price is the future.

BAYC 🖤 😎 ⚠️

- All apes priced 0.08 ETH
- Narrative-based utility (Member-Only Collab Art Board + Merch + Roadmap Activations).
- Pre-Sale Ends 4/30

boredapeyachtclub.com/#/home

♡ 9        ↻ 12        ♡ 64        ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 27, 2021 ···
Bored Ape Yacht Club #NFT Pre-Sale now in day 5!

- 🚫No Ponzi Curve here. All Bored Apes priced 0.08 ETH. ✨

- 🚽 Members-Only collaborative art experiment "THE BATHROOM" opens after Pre-Sale.

- Ape-in @ boredapeyachtclub.com/#/home

♡ 2        ↻ 13        ♡ 36        ↥

**JTX-1302.00516**                    YUGALABS_00014650



YUGALABS_00014651



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Hey @0xPhotographer you won the daily giveaway! Congrats and welcome to the Yacht Club! Will DM for address. 🐵🦧

> 🔁 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021
> 🦧 We're doing a Giveaway every day until the Pre-Sale Ends. 🦧
>
> All apes are 0.08 ETH, because Bonding Curves = ponzi.
>
> Come ape in with us and then become a Verified Ape in the BAYC discord. 🐵🦧
>
> boredapeyachtclub.com/#/home
>
> To win a Bored Ape:
>
> **1** Retweet
> **2** Like
> **3** Tag someone

 ○ 1          ⟲ 1          ♡ 7          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Replying to @basedkarbon
Thanks Karbon! Let us know if we can send it to ya. 😊

 ○           ⟲           ♡ 1          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Replying to @MoonOverlord
lol glad you like it! Send us your ETH address and we'll mint and send it over for you! 🐵🦧

 ○           ⟲           ♡ 4          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Replying to @AnonymouslyObv3
Right there on the homepage. You can mint an ape there. 😊

 ○           ⟲ 1          ♡ 2          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Replying to @_jeffnicholas_

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021   ...
Please note - the actual Bathroom will be rate-limited so that each holder can only place a pixel every 15 minutes. This is to prevent botting and encourage collaboration between Bored Apes. 🚽

 ○           ⟲           ♡ 5          ⬆️

Show this thread

**JTX-1302.00518**          YUGALABS_00014652



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
The Bathroom opens Friday - but the Bored Ape Yacht Club pre-sale is on NOW!

boredapeyachtclub.com/#/home

10k Bored Ape tokens, no price tiers ⚡
All 🐵 are .08 ETH

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

♡ 2          ⟲          ♡ 4          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Getting the Bathroom ready for guests 🐵🚽

A core part of the Bored Ape Yacht Club #NFT is THE BATHROOM, a
collaborative art board for token holders. Think of it as the bathroom wall at
a member's-only dive bar, ready to be scrawled on. 🖌

0:11  1.3K views

♡ 3          ⟲ 2          ♡ 15          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @JO7eth and @_jeffnicholas_
Appreciate the love ya'll! Yacht Club Apes Strong Together! 🐵🚽

♡          ⟲ 1          ♡ 2          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @yourstruly_nft
Thanks YT! Proud to have you in our club!

♡ 1          ⟲          ♡ 2          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @marenaitman and @weifusion
lol we'd be happy to mint and send you this very special Bored Ape, Maren.
❤️🐵🚽

♡          ⟲ 1          ♡ 8          ⬆



YUGALABS_00014654



YUGALABS_00014655



YUGALABS_00014656



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
If you had trouble connecting to MetaMask on the site before, clear your cache and try again -- Should be good to go now! #NFTs

boredapeyachtclub.com

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
Bored Ape Yacht Club #NFT Pre-Sale is ON! Come ape in with us!

boredapeyachtclub.com

○ 2        ⇄ 2        ♡ 23        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
Replying to @stonkin2021
Cheers Stonkin! You can purchase off our site at boredapeyachtclub.com/#/home . Will need to hit "Connect to Metamask" in the green section below "Fair Distribution". Sales from OpenSea would just be secondary sales, all the minting is happening direct through the SmartContract.

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

○ 1        ⇄        ♡ 4        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
Replying to @Captain_PVNKS
Hell yeah! 🐵🍺🌴

○        ⇄        ♡ 2        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
Replying to @HanabiPlug
Thanks Hanabi! 🐵🍺🌴❤

○        ⇄        ♡ 4        ⬆



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @DaPetrone and @CryptoPunkCats
Thank you Andrea! 🖤🐵🔺❤️

○          ↻          ♡ 4          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @zariat

Dr. Vagisan

GIF  ALT

○ 2          ↻          ♡ 7          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @caian_eth @mrvectorman and 2 others
Thanks so much! 🖤🐵🔺

○          ↻          ♡ 2          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
We've been asked if there are any female Bored Apes in the BAYC #NFT collection. Of course there are! ❤️🐵

○ 4          ↻ 2          ♡ 21          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @FanboyNft
Thanks Fanboy! Very appreciated. 🖤🐵🔺❤️

○ 1          ↻          ♡ 2          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @hogartisan
Thanks Gluttony! Appreciate the early support!

Our Roadmap Activations have so many cool ideas to play around with. We're actually designing the mock ups some of the members-only Merch tomorrow. Cannot. Freaking. Wait. to share it everyone.

○          ↻ 2          ♡ 4          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021
Replying to @hogartisan
Hell yeah! TOILET APE STRONG! 🚽🦍

Just saw the sale! Welcome to Yacht Club! 🖤🐵🔺

(If you join the discord, type !join and become a verified ape holder, btw.)

○ 1          ↻          ♡ 4          ⬆

JTX-1302.00524          YUGALABS_00014658





YUGALABS_00014660



YUGALABS_00014661



**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23, 2021
A custom Bored Ape for @ThisIsAito. ❤️ ✖️ 🐵 🥚

○ 3          ↻ 1          ♡ 20          ⬆️

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23, 2021
Replying to @BoredApeYC and @s_l_christopher
The competition and 1 ETH reward are real. The wallet is just part of the story.

○ 1          ↻          ♡ 2          ⬆️

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23, 2021
Replying to @s_l_christopher
There's not a real wallet. There's a competition with three puzzles to guess the final three words of an imaginary seed phrase of an imaginary wallet. The first person to solve the three puzzles and DM us the answers in our discord wins 1 ETH.

○ 1          ↻          ♡ 4          ⬆️

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23, 2021
It can't be part of our 10k collection coming out later today, but let us know if you'd like us to mint and send it to ya. ❤️)

○          ↻ 1          ♡ 5          ⬆️

Show this thread



YUGALABS_00014663





**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
We'd be happy to mint this for you if you'd like by the way -- wouldn't be part of the 10k collection, but could make you an Honorary Member.

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
We're so stoked for the Bored Ape Yacht Club #NFT to launch tonight, we thought we'd pass the time drawing some of our favorite traders and NFT supporters as Bored Apes. This one goes out to @Cryptopathic.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
The final puzzle is now live at boredapeyachtclub.com -- join us on Discord for a text version..

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
📣📣The final puzzle will be dropping in under 15 minutes! The first to DM us in Discord the solutions to all three puzzles will win 1 $ETH and BAYC membership. 🔑Help Frankie get his crypto back, poor ape lost his Trezor in the swamp....

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

Show this thread

YUGALABS_00014665



YUGALABS_00014666



**JTX-1302.00533**                    YUGALABS_00014667



YUGALABS_00014668

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021 · · ·
🐵🕵️🐵Jimmy the Monkey 🐵 has released his SECOND PUZZLE. Solve all three puzzles, win 1 $ETH and a Bored Ape token! Join us on Discord: discord.gg/PDeFB9fd



> My all-time favorite scene
> is right when he goes,
>
> KBL8 IE468M 4I8L TTV3U

 

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @Science_Qs
Thank you Irish! 🙌😊⚠️

   ○     ↻     ♡ 4     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
😊❤️

   ○     ↻ 1     ♡ 3     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
Thanks so much! Good stuff coming. We're revealing the homepage soon. And the second puzzle is going to be revealed.

   ○ 1     ↻ 1     ♡ 5     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
New giveaway going up tonight!! 😊✂️⚠️

   ○ 4     ↻ 1     ♡ 19     ⬆



**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021
🐵 👽 🦧 Bored Ape Yacht Club #NFT dropping this Friday!

- 10k unique apes + membership benefits.

- No ponzi ass bonding curve.

- Join the discord and crack puzzles for 1 $ETH!

discord.gg/3P5K3dzgdB

boredapeyachtclub.com

#NFTs #nftcollector #NFTdrop

○ 3          ⟲ 2          ♡ 21          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 21, 2021
Zombies, Robots, Kings . . . 10k ape tokens, sale starts Friday! Join us on
Discord: discord.gg/srmqS9SgUd

#NFT #nftcollector #NFTdrop

○ 3          ⟲ 3          ♡ 22          ⬆

**JTX-1302.00536**                                        YUGALABS_00014670



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 20, 2021   ···
Bored Ape Yacht Club

10,000 programmatically generated #NFT apes, every one of them unique.

- Members-Only Collaborative Pixel Board
- Roadmap Activations include Members-Only merch store, NFT Breeding
Arcade Game, and more

Collection Pre-Sale starts 4/23

#nftcollectors #NFTs

○ 19    ⟲ 22    ♡ 137    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 19, 2021   ···
Replying to @DugFill
Thank you! 🙏

○    ⟲    ♡ 4    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 18, 2021   ···
Each Bored Ape #NFT is unique and programmatically generated from 172
possible traits, stored as an ERC721 token on the Ethereum blockchain and
hosted on IPFS.

All Apes are rare, but some are far rarer than others.

Pre-Sale begins 4/23.

boredapeyachtclub.com

○ 4    ⟲ 13    ♡ 53    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 18, 2021   ···
Replying to @GL1TCHYGL1TCH
Thank you! 🙏

○ 1    ⟲    ♡ 9    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 18, 2021   ···
Replying to @NoKapRich
Pre-Sale starts 4/23! 🙏

○ 7    ⟲ 16    ♡ 75    ⬆



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 18, 2021
The Bored Ape Yacht Club is more than just 10,000 unique avatars. Each Bored Ape is a membership to an #NFT Club with member-exclusive features. The first of which is The Bathroom, a members-only graffiti board, and collaborative art experiment for the cryptosphere.

○ 4          ♻ 3          ♡ 19          ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Bonding Curves are a ponzi.

All our Bored Apes #NFTs will be priced 0.1 ETH (or less, TBD prior to sale on 3/24). BAYC Membership costs the same for everyone!

#NFT #NFTcollector

○ 6          ♻ 15          ♡ 63          ⤴

← 🔍 from:@BoredApeYC          ···

| Top | **Latest** | People | Photos | | Videos |

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Replying to @nabito_eth and @HolyLars
Thank you. 🙏

○          ♻          ♡ 8          ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Replying to @Diamond_Cruiser and @nft_brulik
Return to monke.

○ 1          ♻          ♡ 17          ⤴

**JTX-1302.00538**          YUGALABS_00014672

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021 ···
Future membership exclusives are activated via our Roadmap Activation.
The more apes sell, the more we get to work on future membership
benefits. Activations include: a member-only Merch store, member-only
giveaways, and even an interative NFT breeding arcade game: MUTANT
APES!



○ 13          ⟲ 33          ♡ 187          ⬆

Show this thread

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021 ···
The first BAYC membership exclusive will be THE BATHROOM, a communal
graffiti board where only ape-holders are allowed to draw.



○ 12          ⟲ 42          ♡ 216          ⬆

 Show this thread

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021 ···
Each Bored Ape is unique and programmatically generated from over 172
possible traits determining its rarity. But what's special about the BAYC is
that the token itself doubles as your membership to a digital club. Owning a
Bored Ape grants access to members-only benefits.



 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021 ···
@AmanRaturi15 you won the first giveaway! We'll DM you.

○ 1          ⟲ 1          ♡ 7          ⬆

**JTX-1302.00539**          YUGALABS_00014673