# Trial Exhibit JTX-1306

Yuga Labs
96 Tweets
CryptoPunks
MEE BITS
Follow
Yuga Labs
@yugalabs
Projects include @BoredApeYC @MeebitsNFTs @CryptopunksNFTs & @OthersideMeta
Yuga.com Joined February 2021
4 Following 365.8K Followers
Tweets Tweets & replies Media Likes
Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · 5h
Some thoughts on creator royalties
gordongoner.substack.com
On Marketplaces and Creator Royalties
Let's start with a couple facts: 1) The NFT ecosystem would be a tiny fraction of what it is today if it weren't for creator royalties. 2) The ...
634 530 1,313
Yuga Labs @yugalabs · Nov 3
Meebits are the OG interoperable avatars of the metaverse. We're giving them new life with the rollout of MB1, an experiential hub for @MeebitsNFTs next chapter. Read more about it on our official blog:
OFF
MB1
yuga.com
Turn On. Tune In. Meeb out.
Yuga Labs Blog
67 219 574
Yuga Labs Retweeted
Search Twitter
MEE BITS
You might like
Meebits @MeebitsNFTs Follow
RTFKT @RTFKT Follow
Garga.eth (Greg S... @CryptoGarga Follow
Show more
Trends for you
Trending in Germany
#JKvsP7
1,173 Tweets
Business & finance · Trending
$FTT
47.4K Tweets
Trending in Germany
#dasperfektedinner
Politics · Trending
#Midterms2022
46.7K Tweets
Business & finance · Trending
Crypto
974K Tweets
Trending in Germany
Khalid Salman
13.7K Tweets
Sports · Trending
Adeyemi
2,351 Tweets
Trending in Germany
Homosexualität
7,428 Tweets
Sports · Trending
Terzic
Sports · Trending
#BoycottQatar2022
Trending with #QatarWorldCup2022, #Katar
Show more
Terms of Service Privacy Policy Cookie Policy
MStV Transparenzangaben Imprint Accessibility
Ads info More ··· © 2022 Twitter, Inc.
U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-1306
DATE IDEN.
DATE EVID.
BY
Deputy Clerk

Meebits @MeebitsNFTs · Nov 3
Turn Mee On. Start here: turnon.meebits.app
TURN
MEE
Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · 5h
Some thoughts on creator royalties
gordongoner.substack.com
On Marketplaces and Creator Royalties
Let's start with a couple facts: 1) The NFT ecosystem would be a tiny fraction of what it is today if it weren't for creator royalties. 2) The ...
634
530
1,313
Yuga Labs @yugalabs · Nov 3
Meebits are the OG interoperable avatars of the metaverse. We're giving them new life with the rollout of MB1, an experiential hub for @MeebitsNFTs next chapter. Read more about it on our official blog:
OFF
MB1
yuga.com
Turn On. Tune In. Meeb out.
Yuga Labs Blog
67
219
574
Yuga Labs Retweeted
Meebits @MeebitsNFTs · Nov 3
Turn Mee On. Start here: turnon.meebits.app
TURN
MEE

Yuga Labs Retweeted
Rug Radio gm @RugRadio · Oct 29
All creatives have 'someone' they are creating for, usually it's a reflection of ourselves and our experiences. Hear who @GordonGoner is creating the otherside for. This and more from @CryptoGarga, co-founders of @BoredApeYC. A thread #RugRadio
GM NFTs
Ft. Guest @Gordongoner
@farokh
@OSF_NFT
@greatmando_NFT
There's so many different I think all the different founders and Nicole all have sort of
RUG RADIO
1:49 12.5K views
97 161 398
Show this thread
Yuga Labs Retweeted
Meebits @MeebitsNFTs · Oct 25
Gm Meebs! We're happy to announce that the @MeebitsNFTs account is now verified. Please follow best security practices, look for that blue checkmark, verify the correct handle, and cross reference announcements with the Meebits discord.
MEE BITS
66 116 383
Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · Oct 24
As a Jewish person, Kanye's anti-semitic vitriol has been horrifying. I don't want Yuga involved in anything related to him. We're reaching out to Adidas to see what their plan is. I don't blame Adidas for Kanye's actions, and trust they are going to make the right call.
740 726 4,028

JTX-1306.00003

YUGALABS_00015397



Yuga Labs Retweeted

**Decrypt** @decryptmedia · Oct 19

"Every time there's a new technology, it gets shit on," says @YugaLabs and @BoredApeYC co-founder @GordonGoner. "The next major wave in NFTs will center around gaming."

decrypt.co
Bored Ape Co-Founders Want Otherside Metaverse to be 'Web3-Nati...
Yuga Labs Co-founder Wylie Aronow says "walled garden" metaverses aren't innovative—and that the Otherside metaverse will be different.

294 · 404 · 1,062

Yuga Labs Retweeted

**GordonGoner.eth (Wylie Aronow)** @GordonGoner · Oct 18

Thanks for having us on. ✌

**Decrypt** @decryptmedia · Oct 18
Say gm to @BoredApeYC cofounders @GordonGoner and @CryptoGarga! On the new episode of our gm podcast they talk candidly about Yuga's size and influence in the space, Ape haters, the SEC, doxxing, their vision for @OthersideMeta, and much more. Listen now: open.spotify.com/episode/3sXMOg...

326 · 92 · 504

**Yuga Labs** @yugalabs · Oct 12

Miami is a special place. It's the birthplace of @BoredApeYC and most of our leadership team. This is a vibrant community with a bright future – we're thrilled to announce a new $1 million initiative to support arts and education programs there. More at:

yuga.com
Investing in the Future of Our Hometown, Miami
Yuga Labs Blog

278 · 874 · 2,587

Yuga Labs Retweeted

**Garga.eth (Greg Solano)** @CryptoGarga · Oct 11

Something weird going on with the @OthersideMeta twitter account. Insane that I have to say this, but don't trust anything coming from that account for the time being.

337 · 802 · 2,277

Yuga Labs @yugalabs · Oct 11
The team here at Yuga Labs is excited to work with the great minds that make up the Punks Restoration Review Board to complete the CryptoPunks.App Restoration Project. Learn more:
CryptoPunks @cryptopunksnfts · Oct 11
Work has begun on the CryptoPunks.App Restoration Project.
Show this thread
47
267
581
Yuga Labs @yugalabs · Oct 11
Dancing our way onto instagram. Find our new official Yuga account here instagram.com/yugalabs/
169
116
622
Yuga Labs @yugalabs · Oct 5
Today, Yuga Labs welcomes the first BAYC community council that will assist us in shaping the future of the Bored Ape Yacht Club. For more details on the council head over to our official blog at
BAYC COUNCIL
yuga.com
Meet the new BAYC community council
Yuga Labs Blog
247
579
1,775
Yuga Labs Retweeted
Sass (Zeshan Ali) @SassBAYC · Sep 23
Best day of my life. So grateful @TomatoBAYC, @GordonGoner, and @CryptoGarga could be a part of it. Love you guys
GordonGoner.eth (Wylie Aronow) @GordonGoner · Sep 23
Oh also my boy @SassBAYC got hitched!!!
1,594
244
958

Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · Sep 23
Extremely honored to have spent time today with someone who has been a massive inspiration to me, Jane Goodall. I've met a lot of incredible people on this wild journey, but none I've been more excited about than Jane.
536
499
3,416
Show this thread
Yuga Labs
96 Tweets
Follow
The story continues later this Q4.
2:06 395.9K views
1,994
5,608
13.6K
Show this thread
Yuga Labs Retweeted
Video Music Awards @vmas · Aug 25
We're SO excited to experience @Eminem & @SnoopDogg's #VMA performance inspired by @OthersideMeta with @yugalabs 🚀 The countdown to Sunday at 8p starts NOW!
189
420
1,769
Yuga Labs @yugalabs · Aug 18
The Ethereum network is gearing up for the merge mid September. In line with the broader Ethereum community, in the event of a viable PoW fork, Yuga intends to only recognize NFTs on the PoS ETH chain as subject to the relevant NFT license and eligible for Yuga-offered utility
439
1,247
4,823

Yuga Labs @yugalabs · Aug 17
Extremely excited to welcome @CFort9 to the Yuga Labs family as VP of Product! We look forward to the impact he will make advancing the next wave of digital experiences for not just the Yuga Labs ecosystem, but for everyone in web3
cfort.eth @CFort9 · Aug 17
.@yugalabs has the world's best job - they care for web3's defining projects and they look damn good while doing it. I'm excited and awed to be joining them today as VP of Product to discover what's next, together.
87
75
550
Yuga Labs Retweeted
dannygreene.eth @dannygreene · Aug 8
I'm so excited to join a growing team of creatives, producers, and engineers at @yugalabs as Brand Lead for @MeebitsNFTs. For the last 7 months, I've lived and breathed Meebits as the General Manager of the @MeebitsDAO and truly love this collection and community. Here's why...
0:31 49.7K views
330
347
1,672
Show this thread
Yuga Labs Retweeted
Meebits @MeebitsNFTs · Jul 29
Hmm what does this ON button do? Let's find out...
Yuga Labs @yugalabs · Jul 19
Our security team has been tracking a persistent threat group that targets the NFT community. We believe that they may soon be launching a coordinated attack targeting multiple communities via compromised social media accounts. Please be vigilant and stay safe.
961
5,597
10.7K
Yuga Labs @yugalabs · Jun 25
(2/2) ... us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.
380
434
2,824
Yuga Labs @yugalabs · Jun 25
(1/2) The outpouring of support from our community today has been overwhelming. We will continue to be transparent with our community as we fight these slanderous claims. In order to put a stop to the continuous infringement, and other illegal attempts to bring harm to...
861
928
4,586

Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · Jun 24
As you may have heard, we've become the target of a crazy disinformation campaign accusing us - a group of Jewish, Turkish, Pakistani, and Cuban friends - of being super-secret Nazis.
1,420 2,415 6,916
Show this thread

Yuga Labs Retweeted
CryptoPunks @cryptopunksnfts · Jun 24
Happy Anniversary, Punks!
GIF
352 463 1,592

Yuga Labs Retweeted
Noah @NonFungibleNoah · Jun 19
I'm humbled and honored to announce I'll be leaving my current post in July to steward the CryptoPunks as Brand Lead under the umbrella of @yugalabs before I say anything else it's important to confirm what we WON'T be doing... simply put: I WILL NOT FUCK WITH THE PUNKS...
536 752 3,907
Show this thread

Yuga Labs Retweeted
Garga.eth (Greg Solano) @CryptoGarga · Jun 19
Punks, art, and other news
286 574 2,041
Show this thread

Yuga Labs Retweeted
GordonGoner.eth (Wylie Aronow) @GordonGoner · Jun 12
We've been in contact with Twitter and they confirmed that they have an active monitor on the accounts and security has been escalated. We're feeling more secure, but please stay safe everyone. And remember there will be no surprise mints.
236 239 1,247
Show this thread

Yuga Labs Retweeted

**GordonGoner.eth (Wylie Aronow)** @GordonGoner · Jun 12

We've received credible information that there may soon be an attack on our social media accounts, using an inside source at @Twitter to bypass our security.

There are no surprise mints. Ever.

350 1,178 3,351

Show this thread

Yuga Labs Retweeted

**GordonGoner.eth (Wylie Aronow)** @GordonGoner · Jun 5

Yuga is hiring Creative Directors and Project Managers / Producers.

Previous experience working in web3 not required, but looking for people who are passionate about the space and have been living and breathing in crypto and NFTs for a while and want to work on weird shit.

721 689 4,535

Show this thread

Yuga Labs Retweeted

**Improbable** @Improbableio · May 12

Improbable and @yugalabs are teaming up to build @OthersideMeta.

Powered by @M2_metaverses, Otherside is where the latest #Web3 innovation and craziest experiences will be available - all at the hands of the community.

More with @HermanNarula

412 268 1,336

Yuga Labs Retweeted

**Othersidemeta** @OthersideMeta · May 12

Fragments of an Obelisk have washed ashore in the Biogenic Swamp. Voyagers, your Otherdeed is your key to helping build the Otherside metaverse. As we reassemble the Obelisk together, the Otherside comes to life.

otherside.xyz/obelisk

846 2,483 7,375

Show this thread

Yuga Labs @yugalabs · May 4
If you have any questions, head to Otherside Discord at discord.gg/the-otherside or reach out to support@otherside.xyz.
discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay ...
89
52
454
Yuga Labs @yugalabs · May 4
Stay safe. Your refund is in ETH and was issued from Multisender.app.
- DO NOT interact with any tokens you're not expecting in your wallet. Do not click them and do not try to delete them.
- DO NOT connect your wallet to any site claiming to have your refund.
multisender.app
Token MultiSender Dapp Smart Contract
Send ERC20 token or ETH. Batch sender. Bulk Sender. Token Multisender allows you to airdrop ...
73
107
527
Yuga Labs @yugalabs · May 4
We have refunded gas fees to everyone who made a transaction that failed due to network conditions caused by the mint. The fees have been sent back to the wallets used for the initial transaction. Here's how to find your refund...
986
1,523
7,216
Yuga Labs Retweeted
Meebits @MeebitsNFTs · May 3
Happy 1st Meeb birthday! Excited for all the big things to come....make a wish!
0:07
73.3K views
396
514
1,365
Show this thread

JTX-1306.00010

YUGALABS_00015404

Yuga Labs
95 Tweets
Follow
Othersidemeta @OthersideMeta · Apr 23
The adventure begins. Otherside. 4/30, 12pm ET.
P.S. Otherside Discord is open: discord.gg/the-otherside
twitter.com/yugalabs/statu...
327 966 3,434
Yuga Labs Retweeted
Meebits @MeebitsNFTs · Mar 23
Welcome to the new official home for Meebits - we want to formally welcome the community into the @YugaLabs family! This page is the hub for official announcements and community engagement. The future has legs. #meebits
313 413 2,182
Yuga Labs Retweeted
CryptoPunks @cryptopunksnfts · Mar 22
We've changed our handle following the acquisition announcement. Follow along here for CryptoPunks updates, and keep up with Meebits over at @MeebitsNFTs. The projects' founders, Matt & John, will keep posting as @larvalabs.
2,108 896 2,893
Yuga Labs
96 Tweets
Follow
1:34 3M views
4,868 23.5K 56.8K
Yuga Labs Retweeted
ApeCoin @apecoin · Mar 18
Happening now on our Twitter Space
Listen here:
Spaces
Details not available
333 841 2,814

JTX-1306.00011

YUGALABS_00015405

Yuga Labs Retweeted

**ApeCoin** @apecoin · Mar 17

Join our Twitter Space tonight at 9pm ET - @farokh will be discussing ApeCoin with ApeCoin DAO special council members @ysiu, @maariabajwa , @Crypto_Council, @amytongwu & @alexisohanian.

Set a reminder here: bit.ly/3KReCfP

528 1,417 5,040

Yuga Labs Retweeted

**ApeCoin** @apecoin · Mar 17

Token claim is now open. If you own a BAYC Ecosystem NFT, go here: apecoin.com/claim Reminder: the claim period will be open for 90 days, and tokens associated with an NFT can only be claimed once.

Yuga Labs Retweeted
ApeCoin @apecoin · Mar 17
BEWARE: Scammers are out in full force. Apecoin.com is the only official website. Always be extremely suspicious when connecting your wallet to a website, and NEVER type your seedphrase.
apecoin.com
ApeCoin
A token made to support the evolution of art, gaming, entertainment, digital and physical events, storytelling, and everything else web3 ...
237 751 3,325
Show this thread
Yuga Labs Retweeted
Jenkins The Valet Is Exploring Azu... @jenkinsthev... · Mar 16
Once again, congrats to @yugalabs on a monumental announcement.
There is no Jenkins the Valet without @BoredApeYC and the commercial rights they've granted.
We've been collaborating with their team and are excited to embrace $APE and find ways to integrate it into our world.
49 131 923
Yuga Labs Retweeted
Bored Ape Yacht Club @BoredApeYC · Mar 16
POWERED BY ApeCoin
nWayPlay @nWayPlayNFT · Mar 16
We're excited to announce we'll be adopting ApeCoin in a new play-to-earn game that's currently being developed by nWay and @BoredApeYC. twitter.com/apecoin/status...
252 1,274 3,757
Yuga Labs Retweeted
Animoca Brands @animocabrands · Mar 16
We're beyond excited to be a contributor to @apecoin , the official token of @BoredApeYC! Starting tomorrow, the BAYC community can use $APE to buy NFTs to activate play-to-earn for @BenjiBananas.
Learn more:
ApeCoin @apecoin · Mar 16
Introducing ApeCoin ($APE), a token for culture, gaming, and commerce used to empower a decentralized community building at the forefront of web3.
Show this thread
72 313 1,170

Yuga Labs @yugalabs · Mar 16
To celebrate, we're gifting ApeCoin DAO a 1/1 NFT featuring a version of the BAYC logo. This NFT transfers full IP rights of the derivative logo to the ApeCoin DAO, who will decide how the IP should be used.
34 70 504

Yuga Labs @yugalabs · Mar 16
We're excited to announce we're adopting ApeCoin as the primary token for the Bored Ape Yacht Club ecosystem as well as future Yuga products and services.

ApeCoin @apecoin · Mar 16
Introducing ApeCoin ($APE), a token for culture, gaming, and commerce used to empower a decentralized community building at the forefront of web3.
Show this thread

133 624 2,332

Yuga Labs @yugalabs · Mar 12
We're not in a rush to do anything but give people full commercial rights, see what they build, and listen. Learn more here:

mirror.xyz
Yuga Labs acquires CryptoPunks and Meebits and gives commercial ri...
Today we're excited to announce that Yuga has acquired the IP of the CryptoPunks and Meebits NFT collections from Larva Labs.
91 302 1,946

Yuga Labs @yugalabs · Mar 12
To be clear: the BAYC ecosystem will remain the center of our universe. We believe that what's good for Punks is good for Apes and the rest of the space. Likewise, what's good for Apes is good for Punks. We want to grow the pie, not fight over slices.
76 298 2,269

Yuga Labs @yugalabs · Mar 12
Some big news to share today: Yuga has acquired the CryptoPunks and Meebits collections from @LarvaLabs, and the first thing we're doing is giving full commercial rights to the NFT holders. Just like we did for BAYC and MAYC owners.

1,684 9,915 19.5K

Yuga Labs Retweeted
Bored Ape Yacht Club @BoredApeYC · Mar 11
fuck it, again.
somethingisbrewing.xyz
1,277 2,399 6,750
Show this thread
Yuga Labs @yugalabs · Feb 1
YugaLabs is looking for Solidity Blockchain Devs for future projects. If interested, please send your up to date LinkedIn, resume, portfolio (if you have it), GitHub and anything else you think is relevant to jobs@yugalabs.io. Pls use the subject line: Solidity Blockchain Dev.
190 346 1,507
Yuga Labs @yugalabs · Jan 3
Everquest, Star Wars Galaxies, Runescape etc. NFTs usher in a new era of composability and ownership that we think has the ability to fundamentally improve gaming experiences. We have some ideas about how to make that happen.
149 176 2,070
Yuga Labs
96 Tweets
Follow
We're gamers at heart. We grew up obsessed with MMORPGs, teaming up with strangers to get at rare items hidden away in dungeons. The metaverse is very real to anyone who lost years of their life (and made lifelong friends) in World of Warcraft.
80 209 1,931
Yuga Labs @yugalabs · Jan 3
A little a bit about us to start off the new year and what's coming.
1. What's the inspiration behind the name Yuga Labs?
We're nerds, and Yuga is the name of a villain in Zelda whose ability is that he can turn himself and others into 2D art. Made sense for an NFT company.
760 2,632 7,002
Yuga Labs @yugalabs · Jun 8, 2021
Replying to @holderofbags and @BoredApeYC
We aren't affiliated with this project. First time seeing it, in fact.
11 5 51

JTX-1306.00015

YUGALABS_00015409