# Trial Exhibit JTX-1317

