# Trial Exhibit JTX-1442



YUGALABS_00002048