# Trial Exhibit JTX-1586

**To:** Jeremy cahen

- Even though it's right
- And makes sense
- I would for real just eat that
- I can't believe how good these guys are man
- It's unheard of
- To me
- In this anon space
- And they get the vision
- And are like seamlessly on the same page
- And I work really well with them

> fine once it mints out ill pay full % of entire thing if the tool is done by sunday

- I think that's a good call bro for real

> k

- I tbink you are gonna make millions too man
- No cap

> ok cool

- This is wild



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-1586**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**