# Trial Exhibit JTX-1617



Page 2
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🐵 🔫
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



JTX-1617.00002

YUGALABS_00043607

Page 3
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 👀
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



YUGALABS_00043608

Page 4
PAULY on Twitter: "🔥 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



YUGALABS_00043609

Page 5
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 6
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🚨 👀
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 7
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🛒💀
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 8
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵 🔗
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 9
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🚫 😊
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023

