# Trial Exhibit JTX-1618




U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-1618**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-1618.00001

YUGALABS_00043592