# Trial Exhibit JTX-1619




JTX-1619.00001  YUGALABS_00043593