Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>                              Plaintiff,<br><br>     v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>                              Defendants. | CASE NO. 2:22-cv-04355-JFW-JEM<br><br>**DEFENDANT JEREMY CAHEN'S DECLARATION OF TRIAL TESTIMONY**<br><br>Judge: Hon. John F. Walter<br><br>Trial Date:  July 31, 2023 |

# <u>DECLARATION OF JEREMY CAHEN</u>

I, Jeremy Cahen, declare:

## I.   MY BACKGROUND

1.   I am Jewish and was raised practicing its cultures and traditions, which are very important to me and my identity.

2.   Throughout my upbringing in the Jewish community, I was taught the importance of speaking out against racism and antisemitism and the danger of remaining silent when such hateful speech is spread.

3.   My family often discussed how my father was born as his parents fled Nazi occupied France. That family history has informed my values to this day.

4.   I currently live in Puerto Rico.

5.   My career began in film production as a production assistant and assistant director.

6.   Much of my work in the film industry involved handling the operations of a film set and striving to achieve the vision of the director.

7.   I have worked on many influential and large films.

8.   After working in film, I transitioned to the cryptocurrency industry, which involves digital currency that is secured by cryptography to make it all but impossible to counterfeit.

9.   I have worked on numerous influential cryptocurrency projects.

10.   My roles on these projects are varied, but include business strategy, project management, art/content creation, and promotion through community building and social engagement.

11.   Some of my work relates to non-fungible tokens ("NFTs").

12.   NFTs and cryptocurrency are related, in that they both use blockchain technology, NFTs are often exchanged using cryptocurrency, and there is

significant overlap between the cryptocurrency community and the NFT community.

13. Unlike cryptocurrency, NFTs are unique digital entities recorded on blockchain technology, which is effectively an immutable entry on a digital spreadsheet.

14. By definition it is not possible to "copy" an NFT.

15. NFTs can, and often do, include a uniform source identifier (URI) to identify publicly available digital files that are not contained in the blockchain, such as pictures, videos, and audio.

16. In that sense, the digital files are not part of the NFT itself.

17. In addition to working on specific cryptocurrency and NFT projects, I also like to collect art and NFTs, and create art.

18. I first came across Ryder Ripps in 2021.

19. I saw Mr. Ripps's art and thought that it contained fascinating and compelling social commentary.

20. I quickly became a fan of his work and began buying more of his pieces.

21. In 2021, I decided to message Mr. Ripps on Twitter to talk to him about his artistic vision and what he was working on.

22. After many chats with Mr. Ripps online, we decided to meet in person to keep our conversation going.

23. When we met, we immediately discussed collaborating creatively and had a great conversation about art, music video production, and our shared background in film production.

24. I recognized that Mr. Ripps was well versed in art, and I was fascinated to learn about how Mr. Ripps came from a rich history of professional creatives and how he became an artist.

25. I learned, for example, that Mr. Ripps's father is Rodney Ripps, who is also a renowned artist and has a permanent collection at the Centre Pompidou in Paris, which is one of the most prestigious modern art museums in the world.

26. I also learned that Mr. Ripps's father worked closely with Andy Warhol, who created portraits of Mr. Ripps's father and mother.

27. Mr. Ripps was raised around world-class artists and got to interact with renowned figures in the art industry, which I found very interesting.

28. Learning Mr. Ripps's background allowed me to understand and appreciate the context and complexity of his art all the more, including his uncanny ability to use satire and humor.

29. I continued to collect Mr. Ripps's art.

30. For example, I collected an NFT mint from Ryder Ripps entitled "Rodney Ripps," which is an NFT that points to a well-known portrait of Mr. Ripps's father originally created by Andy Warhol.

31. Mr. Ripps and I stayed in touch and became good friends. We even began collaborating on various projects.

32. For example, Mr. Ripps is the creative director for the artist Tyga and we worked together when I helped Mr. Ripps with his work on a music video for Tyga.

33. Another project we worked on was a royalty-free marketplace called "NotLarvaLabs."

34. LarvaLabs created a popular NFT collection called CryptoPunks.

35. Then a group of people, who I did not know the identity of at the time and was not associated with, created an NFT collection called CryptoPhunks that was a nod to the LarvaLabs collection.

36. The people who created CryptoPhunks worked to promote their collection and the price of those NFTs rose.

37. The creators then abandoned the CryptoPhunks NFT community and withdrew all of their revenue from the project, causing the value of the remaining NFTs held by the CryptoPhunks community to drop.

38. At around the same time many marketplaces censored CryptoPhunks NFTs due to complaints by LarvaLabs, which made it impossible for a community to exist around the CryptoPhunks collection because NFT communities primarily interact through exchanging NFTs with each other.

39. Many people in the CryptoPhunks community had been financially harmed and were stuck with these CryptoPhunks NFTs that they could no longer trade.

40. There are many scammers in the cryptocurrency space, like the CryptoPhunks creators, that lure unsuspecting users in with the promise of a thriving community and future developments of the project, only to disappear with user funds.

41. I find this type of behavior reprehensible, and much of my work in the cryptocurrency space involves calling out this behavior and helping those in the community that are impacted.

42. For this reason, I wanted to help the people who held CryptoPhunks NFTs.

43. Ryder, myself, and a few others, got together and formed the NotLarvaLabs project.

44. Mr. Ripps's involvement in the project was to provide creative direction.

45. Through that project we established a royalty free NFT marketplace on a website that allowed the CryptoPhunks holders to trade again.

46. NotLarvaLabs saved the CryptoPhunks community because it was a

marketplace that allowed the community to interact and created over $80 million in trading volume.  Until today, NotLarvaLabs is still one of the most active NFT marketplaces.

47. Even though our NFT marketplace was successful, I did not receive any profits from the project and I was happy to volunteer my efforts to help.

48. I do not believe that NotLarvaLabs would have been successful without Mr. Ripps's contribution.

49. Working closely with him on that project strengthened my appreciation for Mr. Ripps as an artist and friend.

50. Overall, I would consider myself a very active community member in the cryptocurrency space, which is something that I take pride in. A lot of the work I do takes place over social media.

51. My Twitter account, for example, has more than 140,000 followers, and I am a highly active content creator and artist on the platform.

52. I often use my social media accounts to report on crypto news or other topics I find noteworthy to help spread awareness.

53. I also often tweet using jokes or sarcasm, which is common in the crypto community.

54. My posts also frequently use terms or context that require knowledge of contemporary crypto culture to understand.

55. Some of my posts involve pushing back forcefully on users that spread inaccurate, misleading, hypocritical, self-serving, or hateful messages. Some of these posts come across as combative or mean-spirited, but they are typical of crypto-related social engagement on Twitter.

56. Using my platform to express my views and to help better the communities I am a part of is important to me.

57. For example, I dedicate considerable time to identifying and discussing possible scams in the crypto space to protect community members.

58. I also promote projects and support artists, programmers, and developers that have positive messages that align with my values.

## II. LEARNING ABOUT THE PROBLEMATIC CONTENT IN THE BORED APE YACHT CLUB

59. In the final months of 2021, I began to learn about the sinister and offensive content contained in the Bored Ape Yacht Club NFT collection.

60. I first heard about the problematic content in the Bored Ape Yacht Club from Mr. Ripps when he showed me the Bored Ape Yacht Club logo and how it was derived from the emblem for the Schutzstaffel ("SS Totenkopf"), which I understand to be the German paramilitary organization primarily responsible for committing the Holocaust.

61. A manager for a prominent performer had approached Mr. Ripps with the logo for the Bored Ape Yacht Club and showed him the similarities between the logo and the SS Totenkopf.

62. I was shocked at the striking resemblance between the Bored Ape Yacht Club logo and the SS Totenkopf.

63. As a Jewish person, I was disturbed that Yuga Labs, Inc. ("Yuga") would use a logo that looks so similar to the SS Totenkopf and I believed this merited further investigation into the body of Yuga's work.

64. Mr. Ripps and I, along with many other members of the crypto community, began researching Yuga to determine whether the resemblances were coincidental or intentional.

65. Through our research, I found what appeared to be countless references to racism and Nazism throughout Yuga's organization and NFT collection.

66.   For example, I found that all four co-founders used pseudonyms that appear to me to be dog whistles and references to subversive internet subcultures like 4chan.org/pol/, which is frequently a hotbed of hateful and bigoted activity.

67.   We also found that certain traits in the Bored Ape Yacht Club NFT collection included racist or neo-Nazi imagery.

68.   Mr. Ripps and I noticed that most Yuga imagery included materials that appeared to degrade or demean African Americans and Jews, among others.

69.   What I learned about Yuga repulsed me.  I was deeply upset that images, which I saw to be offensive, were circulated and unwittingly praised by members of the crypto community who appeared unaware of the history behind such imagery.  I also found it incredibly disturbing that famous celebrities were being used as a vehicle to promote this subversive iconography.

70.   I became (and remain) convinced that Yuga intentionally embedded its products and postings with hateful content.

71.   Though my research, I learned that Yuga engaged in predatory commercial activities that primarily victimized its own customers.

72.   For example, Yuga misled its customers about what an NFT is and what they were acquiring when they purchased a Bored Ape Yacht Club NFT. Among other things, Yuga has implied that an NFT is the same as a digital image.

73.   I also learned that Yuga collected a 2.5% royalty from all secondary sales of Bored Ape Yacht Club NFTs, which in effect imposes a permanent tax on its customers.

74.   My research also revealed that Yuga was business partners with FTX,

which secretly increased the price of Bored Ape Yacht Club NFTs at a Sotheby's auction, allowing the NFTs to be sold at artificially inflated prices.

75. I further discovered that Yuga released Bored Ape Yacht Club NFTs as securities without making the appropriate public disclosures and without following the registration process for securities, which has led to an SEC investigation and a class action lawsuit for securities fraud, which I understand is ongoing.

76. Additionally, based on my observations of the NFT community on Twitter, I found that Yuga engaged in predatory practices with the launch of their product "Otherdeed"—something Yuga promoted as "land" in the "metaverse" that one could buy through a lottery system.

77. The value of Otherdeed NFTs were based on the "traits" of the digital land associated with an Otherdeed NFT.

78. About two weeks before Mr. Ripps began taking commissions for RR/BAYC NFTs, Yuga released Otherdeed NFTs.

79. Based on my engagement and research with the NFT community on social media, it became clear that almost everyone received NFTs that were not valuable and that the recipients of high-value Otherdeed NFTs were influencers that promoted the Bored Ape Yacht Club.

80. Holders of Bored Ape Yacht Club NFTs then began to liquidate Yuga assets, which plummeted prices and left many financially underwater.

81. Yuga never released the metaverse for which it sold Otherdeed NFTs despite having made ambitious promises of deadlines in the final months of 2022 and was instead using the metaverse hype, which was a popular theme used by scammers in crypto at the time, to artificially increase transactions

of Bored Ape Yacht Club NFTs, on which Yuga would collect a 2.5% royalty.

82. In the end, many NFT community members lost money due to the Otherdeed NFT scam, while Yuga made immense profits.

83. The resulting story from Yuga's predatory schemes was almost always the same.  A community member would lose money due to depreciation in value of their Yuga assets and through Yuga's ongoing royalties, and Yuga would make money.

84. I felt that it was a moral imperative for me to speak out against Yuga and draw attention to Yuga's use of hateful content and fraud.

85. Additionally, as an active member in the crypto community, I believed it was essential to expose Yuga's dishonest business practices.

86. I hosted Twitter Spaces—which are essentially large-scale, moderated teleconferences akin to a public meeting—to discuss these issues surrounding Yuga.

87. I also posted on social media about the problematic content in Yuga's brand and its harmful business practices.

88. The research Mr. Ripps and I gathered about Yuga's use of problematic imagery was eventually displayed on a website, called GordonGoner.com, so people could view all the information about Yuga in one place.

89. The content of our research caused strong reactions in the crypto community.

90. Some supporters of Yuga threatened Mr. Ripps and me with violence or other forms of social, legal, and financial harm.

91. For example, I myself received threats from the Bored Ape Yacht Club community and Yuga's partner Guy Oseary used a proxy, Jamil Davis, to

1    contact my sister one week after Yuga filed this lawsuit.

2    92.    I had hoped that when confronted with the issues associated with Yuga's

3    imagery, the Bored Ape Yacht Club community would acknowledge the

4    problem and support a movement to change them.

5    93.    The response I received made me question the values of the Bored Ape

6    Yacht Club community and showed that there was a pattern of hateful

7    behavior that was tolerated within the community.

8    94.    In contrast to the hatred I received, others in the crypto community

9    expressed support for or agreement with my conclusions.

10   95.    For example, the lead artist for the Bored Ape Yacht Club NFT Collection,

11   who goes by the name "Seneca," stated that she agreed that the imagery

12   associated with the Bored Ape Yacht Club was racist.

13   96.    I also consulted with various experts about Yuga's imagery, who

14   recognized that Yuga had used racist content from specific forums on 4chan

15   frequented by white supremacists and the alt-right.

16   **III.   CREATING THE RR/BAYC ARTWORK**

17   97.    In May 2022, Mr. Ripps and I discussed the idea of expanding his concept

18   of minting RR/BAYC NFTs to an entire NFT collection to amplify and

19   expand the reach of the protest of Yuga's problematic imagery and Yuga's

20   harmful business practices.

21   98.    I thought it was a great idea and that it could be a vehicle for spreading and

22   magnifying criticism of Yuga.

23   99.    After I initially discovered his idea, Mr. Ripps and I had many

24   conversations about creating the collection and our goals.

25   100.   We had these conversations because we wanted to be very purposeful and

26   principled in the way we presented our message to the public.

27

28

101. In particular, our NFT collection built upon the ongoing protest against Yuga, and we hoped that it would continue to spread the word about the issues we saw.

102. We talked about using verifiably unique NFTs that point to the same images that the Bored Ape Yacht Club references as a form of conceptual art and re-contextualization.

103. My hope was that our project would hold a mirror up to the Bored Ape Yacht Club, forcing people to look deeper at what Yuga was doing.

104. We also discussed making sure that each NFT was individually commissioned and individually minted using the artist's, Mr. Ripps's, cryptocurrency "wallet."

105. We discussed removing royalties for collectors trading the NFTs, as a criticism of Yuga's predatory practice of having a 2.5% royalty for Bored Ape Yacht Club NFTs.

106. We also discussed using the collection to help educate the public about the nature and definition of NFTs, including that they are not the same as digital images and cannot be copied.

107. We included in the promotion of the collection information relating to our criticism of Yuga on social media.

108. We hoped that the artwork would create an army of educators regarding Yuga's problematic content and the true nature of NFTs.

109. Mr. Ripps wanted to call the collection the "Ryder Ripps Bored Ape Yacht Club" ("RR/BAYC") both to emphasize the subject of our criticism and the artistic origin of the collection.

110. My role in the RR/BAYC artwork was akin to a project manager.

111. Mr. Ripps was the artist, and it was my goal to help realize and implement

his artistic vision.

112.  In May 2022, I reached out to Ryan Hickman and Tom Lehman to see if they wanted to be involved with the project.

113.  Both Mr. Hickman and Mr. Lehman are extremely talented and experienced engineers, who I knew would be able to help in the coding and creation of the artwork.

114.  I spoke with each of them about the artwork and what Mr. Ripps and I were aiming to achieve.

115.  I also had discussions with each of them about the issues we saw with Yuga's content, and they both agreed with our criticism and wanted to be involved in our work.

116.  Together, we formed a four-person team of co-creators of the collection.

117.  I worked extensively on raising awareness about the artwork and the criticism of Yuga.  Much of this work took place on social media.

118.  I also helped manage the team, which involved coordinating Mr. Hickman and Mr. Lehman's work on the technical side of things and raising decision points to Mr. Ripps.

119.  Mr. Hickman and Mr. Lehman created rrbayc.com, the content of which the whole team discussed, and Mr. Ripps ultimately decided upon.

120.  Additionally, Mr. Hickman and Mr. Lehman created an "RSVP" smart contract on the Ethereum cryptocurrency blockchain for the commissioning of the NFT collection.  This accelerated the process by which Mr. Ripps could individually create artwork in the form of NFTs.

121.  Internally, the RSVP program was referred to as "Robo Ryder" and Mr. Ripps's "bionic arm."

122.  Mr. Hickman and Mr. Lehman also provided ongoing general technical

1   support necessary to make sure the artwork and the reservation process was

2   working properly and fixed bugs as they arose.

3   123.   As a team, we often worked together and bounced ideas off one another.  It

4   was a very collaborative process.

5   124.   We spent weeks as a team working on the project.

6   125.   For about a week, Mr. Ripps's general assistant, Ian Garner, helped with the

7   project before we implemented the RSVP program.

8   126.   Before the RSVP program, which helped lighten the lift of minting the

9   collection, Mr. Ripps had a very large workload with all the reservations

10   coming in.

11   127.   Mr. Garner helped Mr. Ripps with daily tasks associated with the

12   RR/BAYC artwork, until we were able to successfully launch the RSVP

13   program.

14   128.   We paid Mr. Garner $3,500 for his help.

## IV.   MY INTENT TO PROMOTE ARTISTIC EXPRESSION

16   129.   While we were working on the collection, my co-creators and I repeatedly

17   discussed the artistic and educational goals of the artwork, including in

18   private chats.

19   130.   For example, I participated in and have personal knowledge of a

20   contemporaneous private chat called Team ApeMarket (**JTX-801**).

21   131.   The document is an accurate representation of the private chat we had in

22   connection with developing the RR/BAYC artwork.  Excerpts of the private

23   chat are attached to this Declaration as **Exhibit 1**.  I made the following

24   statements in the private Team ApeMarket chat:

25   a.   In creating the RSVP program, I stated at JTX-801.00019:

26   but i think we actually all [] dig the idea of ryder literally hand

1   minting these things

2   its quite funny and artistic

3   so if he is able to still do that in conjunction with our robo

4   ryder

5   its quite cool.

6   b.  I also commented on how Mr. Ripps created the RR/BAYC NFT

7   collection without the names of any "traits" in the metadata (unlike

8   the Bored Ape Yacht Club).  I explained at JTX-801.00024:

9   yes

10  i love it

11  it puts the primary focus on the art

12  c.  At JTX-801.00025, I went on and stated the following about

13  RR/BAYC NFTs not using traits:

14  it makes a strong statement

15  this is art

16  not pokemon cards

17  d.  At JTX-801.00366, I also stated during internal development

18  discussions:

19  I agree but I'm prioritizing Ryder making it an artistic

20  statement

21  e.  At JTX-801.00366 and JTX-801.00367, I further stated:

22  Because that's where the real importance lies

23  Rrbayc truly is [a] very important conceptual art imo

24  And now we are all helping shape that art further

25  I legit think it's modern Warhol [stuff]

26  Straight up

27

28

Ryders ideas and visions are usually like 5-10 years ahead of general public

f. At JTX 801.00276, I shared a modified image of the Andy Warhol artworks "Rodney Ripps" which, as promotional material, is a reference to the tradition of conceptual art. Below is a reproduction of the entry in the private chat:



132. I made these statements in private and believe they were accurate.

133. Specifically, I knew that the point of the RR/BAYC artwork was to have collectors reserve RR/BAYC NFTs to participate in Mr. Ripps's artistic statement and criticism of Yuga.

## V.   THE RESERVATION PROCESS FOR RR/BAYC NFTS

134. We began accepting reservations for the RR/BAYC collection in May 2022.

135. Reservations came in as people submitted orders to Mr. Ripps over Twitter or through rrbayc.com, and in some instances through me.

136. The reservations that came in through Twitter involved individuals directly messaging Mr. Ripps, and in a few instances myself, asking for a specific RR/BAYC NFT to be commissioned.

137.   Mr. Ripps then reviewed the reservation to make sure that the person requesting the art understood that they were commissioning an NFT aimed at protesting Yuga before he began minting and transferring the NFT.

138.   The reservations that came in through rrbayc.com similarly allowed individuals to commission an NFT, which prominently featured an artistic statement on the nature and purpose of the artwork that all visitors would be met with upon visiting the site and required collectors to click a disclaimer acknowledging the satirical nature of the artwork.

139.   **JTX-2085**, is the rrbayc.com website and the artistic statement that was included at the beginning of the project.

140.   **JTX-2085** is attached to this Declaration as **Exhibit 2**.

141.   **JTX-2086**, depicts the disclaimer that collectors had to click through on rrbayc.com.

142.   **JTX-2086** is attached to this Declaration as **Exhibit 3**.

143.   The text of that disclaimer is: "By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance: Etherscan. By reserving your RR/BAYC, you are purchasing a hold for an order that will be fulfilled or rejected/refunded by Ryder within 24h (Depending on the vibe of your wallet and the mood of Ryder at the time)."

144.   Over 80% of the commissioned RR/BAYC NFTs were reserved on rrbayc.com.  The rest were made through personal commissions directly with Mr. Ripps or myself.

# VI.   STEPS WE TOOK TO ENSURE THERE WOULD BE NO CONFUSION

145.   Although we genuinely did not believe that anyone would buy our NFT collection believing it was a Yuga NFT, we nonetheless recognized that we were including digital pointers to the same ape images and took steps to differentiate our project from Yuga's as much as possible, while retaining its artistic impact.

146.   Initially Mr. Ripps individually vetted each person who commissioned an NFT before minting and transferring it to them.

147.   We subsequently included a prominently displayed artistic statement on the rrbayc.com website, where more than 80% of the reservations occurred.

148.   The statement outlined the goals of the collection to educate and protest Yuga.

149.   Consumers who wanted to reserve an NFT also had to review a disclaimer that again outlined the purpose of the protest and collection.

150.   The disclaimer explained that the NFT is part of a satirical art collection created by Mr. Ripps aimed at criticizing Yuga.

151.   We also repeatedly posted the disclaimer to social media to spread awareness.

152.   We put these steps in place, even though they slowed down and could have prevented some reservations, because our intention was to be completely clear on what the RR/BAYC artwork was and what it represented.

153.   We also included Mr. Ripps's name or unique wallet address wherever the collection was shown or represented – such as on the Foundation market, rrbayc.com, Twitter, or Etherscan.

154.   That information would alert consumers that Mr. Ripps, not Yuga, was the source of these NFTs.

155. With all the precautions we took, and the critical nature of the project and the public discourse about it, I did not expect the project would result in consumer confusion or a lawsuit about trademarks.

## VII.   PROFITS ASSOCIATED WITH THE RR/BAYC NFTS

156. Although making a profit was not a primary motive for the project, Mr. Ripps is a working artist and makes a living through artwork and creative direction of other artists, creators, and companies.

157. The project's popularity and the effectiveness of our protest generated revenues.

158. There were many things that reduced the profit the team received from the project, but that were important to us to implement.

159. First, we decided to offer refunds for any collectors that no longer wanted their RR/BAYC NFT for any reason.

160. As part of that process, we covered the transactions costs associated with refunds.

161. This refund process was something unique in the NFT space.  In all of my activity in the crypto space, I have never seen any other project that allowed refunds or returns, or that refunded transaction costs.

162. We chose to offer refunds because it was important to us that every collector was happy with the art that they received.

163. However, we never received a refund request from anyone stating that they were in any way confused about the source of the artwork, or that they were requesting a refund because they had thought that they were purchasing a Yuga product.

164. In the RSVP program we set up an automated refund process, which issued $93,315.62 dollars in refunds which is publicly recorded on the website

etherscan.io at

https://etherscan.io/address/0xee969b688442c2d5843ad75f9117b3ab04b14 960.

165. The majority of refunds issued through the RSVP program were because sometimes multiple collectors tried to commission the same NFT, and only one party could obtain it, so the person who missed out was automatically refunded by the RSVP program.

166. Second, we also decided to purposefully shut off royalties on the "secondary sales," which is where a collector of one of our NFTs transfers them to someone else after receiving them from Mr. Ripps.

167. We chose to shut off royalties as a criticism of Yuga's practice of receiving a 2.5% royalty on their "secondary sales."

168. Before we were able to shut off the royalties, we incurred some on the marketplace Foundation.  To my best recollection, the royalties received through Foundation were at most $1,000.

169. We were able to shut off royalties, per our request, on every marketplace except for the LooksRare secondary market.

170. We reached out to LooksRare on multiple occasions to try to shut off that market's royalties but were not successful.  Still to this day, I do not understand why it was not possible for LooksRare to shut off royalties in response to those earlier requests.

171. LooksRare finally honored our request in May 2023 and has shut off royalties for secondary sales.

172. The total royalties we received from secondary sales on LooksRare were approximately $77,000.

173. Third, there were a number of different costs associated with creating the

project that reduced the amount of profit we received from the art.

174. First, I had to buy a new computer to use for the project.

175. Additionally, I paid to travel to New York to meet with Mr. Ripps for the project.

176. Together the cost of the computer and the travel were around $11,600.

177. Second, the profits we received from the project were split amongst the co-creators.

178. Specifically, Mr. Lehman and Mr. Hickman each received 15% of the profits from the initial mint of the collection.

179. Mr. Ripps received 55% of profits for the project and I received 15% of profits for the project.

## VIII.   MY INTENT

180. I genuinely believed that there was nothing impermissible about our artwork.

181. First, it is my understanding that the very nature of what an NFT is means it cannot be copied because each is unique.

182. It is also my understanding that NFTs are not images.  They are tokens.

183. An NFT is comprised of a token on the blockchain and each one is unique even if they point to the same image or digital file.

184. Several NFTs can point to the same image or digital file, but each NFT has unique code.

185. It was my understanding, therefore, that our collection could not copy Yuga's NFTs even if they pointed to the same images or digital files, as pointing to them does not copy them.

186. Second, before we had even conceived of the project, Yuga said publicly that they did not own any intellectual property rights to their NFTs.

187. Yuga's CEO at the time, Nicole Muniz, stated in a conference that the owners of each Bored Ape Yacht Club NFT owns the intellectual property rights.

188. Ms. Muniz has since left Yuga.

189. **JTX-2672**, shows Ms. Muniz making the statement "all of those IP rights are granted to the member… we have none of those rights."

190. **JTX-2672** is attached to this Declaration as **Exhibit 4.**

191. While the video in **JTX-2672** is from a conference that occurred after the RR/BAYC artwork was released, the statements by Ms. Muniz confirmed my belief that Yuga did not retain any intellectual property rights in the Bored Ape Yacht Club and was permitting others to use the Bored Ape Yacht Club.

192. Based on Yuga's public statements regarding their intellectual property, many people in the crypto community had previously made projects based on or referencing the Bored Ape Yacht Club.

193. **JTX-2398**, **2134**, and **2410**, are examples of such uses that I saw on Twitter and other websites.

194. **JTX-2398** is attached to this Declaration as **Exhibit 5** in the form of a photo of a physical exhibit.

195. **JTX-2134** is attached to this Declaration as **Exhibit 6.**

196. **JTX-2410** is attached to this Declaration as **Exhibit 7** in the form of a photo of a physical exhibit.

197. For example**, JTX-2398**, shows a photo of a t-shirt that can be purchased with "BAYC" and the ape skull logo.

198. As a market participant, I have seen this t-shirt and believe that it is not sold through an entity affiliated with Yuga.

199. **JTX-2134**, shows the products of a coffee brand called "Bored Coffee" that uses the image of a Bored Ape Yacht Club ape.

200. As a market participant, I have seen this coffee brand and believe that it is not sold through an entity affiliated with Yuga.

201. **JTX-2410** is a notebook that says, "Bored Ape Yacht Club lined notebook" and includes an image of a Bored Ape Yacht Club ape.

202. As a market participant, I have seen this notebook and believe that it is not sold through an entity affiliated with Yuga.

203. I have searched for and seen these items marketed online.

204. It is my understanding that the businesses associated with these items are not affiliated with Yuga.

205. To the best of my knowledge, Yuga has never filed a lawsuit against any of these businesses, despite the continuing availability of their products online.

206. I understood that Yuga was allowing others to reference the Bored Ape Yacht Club in their own projects.

207. Finally, the purpose of our NFT collection was protest against Yuga.

208. Mr. Ripps and I made numerous posts on social media criticizing Yuga and discussing the collection.

209. I myself have made over 1,000 posts criticizing Yuga on Twitter and have made many videos and artistic content protesting Yuga.

210. I did not believe that anyone would mistakenly think that our collection was sponsored or endorsed by Yuga.

211. I also believe that I have a First Amendment right to speak freely and to protest things I find to be hateful.

212. I, therefore, did not think using the Bored Ape Yacht Club images as part of a conceptual protest art project was trademark infringement.

## IX.    LACK OF CONFUSION

213.   After the project came out, it became clear to me that the project was very effective in raising awareness regarding our multi-pronged criticism of Yuga.

214.   For example, I hosted Twitter spaces regarding the artwork that included nearly 7,000 listeners.

215.   During these Twitter spaces, Mr. Ripps and I discussed the RR/BAYC artwork, why we made it, the statement it made, why collectors should support the project, and why people should stand up against Yuga.

216.   I also saw content on social media and online that was created by other people about the criticism, supporting our work.

217.   I have read thousands of tweets supporting our protest against Yuga.

218.   Several people made documentaries and videos about the criticism that included reference to the artwork, and there are also documentaries about this subject in ongoing production.

219.   Many prominent voices from all walks of life have spoken out against Yuga's racism, fraud, and bigotry as a result of the RR/BAYC artwork.

220.   I am very proud of the success that the project has had in raising awareness about the issues surrounding Yuga.

221.   I have had many interactions with collectors who reserved RR/BAYC NFTs and others who obtained RR/BAYCs through secondary markets.

222.   I am not aware of even a single person that reserved one of our NFTs thinking it was made by Yuga.

223.   Notably, there are hundreds if not thousands of NFT collections derived from the Bored Ape Yacht Club that have no value to collectors or purchasers on secondary markets.  The reason RR/BAYC NFTs had value

is because collectors understood that the NFTs are the work of a professional artist who is globally recognized for his work and his work with other famous artists and large successful businesses.

224. I am similarly not aware of anyone who purchased an RR/BAYC on the secondary market thinking it was made by Yuga.

225. At the time of the RR/BAYC artwork, the price of an RR/BAYC NFT was not even 1/1000th the price of a Bored Ape Yacht Club NFT.  A collector being confused about RR/BAYC would be akin to a consumer thinking they are able to purchase a Lamborghini that normally costs $300,000 for $300, which no person in their right mind would ever believe is possible.

226. I am aware that Yuga has pointed to tweets made by @0xGem, aka "GemBot" in support of its idea that people were confused about the origin of our collection.

227. GemBot is a bot online—i.e., an automated software application that generates automated posts.  It is not a real person.

228. Yuga's exhibit **JTX-705**, shows one such tweet from GemBot.

229. **JTX-705** is attached to this Declaration as **Exhibit 8.**

230. I have seen this tweet and others like it online.

231. This Tweet does not show any confusion by consumers.  The bot is not a real person.

232. The people who commented on the tweet also quickly identified the source of the NFT and were, therefore, not confused.

233. For example, one user replied to the tweet "Ryder's ripp bayc…" and another replied, "It's a RR ape."

234. A user also replied citing the Etherscan contract of the NFT, which they were able to use to determine its origin.

235.   The tweets that Yuga has relied on in this lawsuit do not show a single collector who reserved an NFT from our collection or purchased an RR/BAYC on the secondary market was confused about its source.

236.   I am also aware that Yuga points to tweets made by Jason Cline to support the idea that people were confused about the origin of our collection.

237.   Mr. Cline is a personal friend and a supporter of the project.

238.   Mr. Cline is known for making sarcastic comments on Twitter.

239.   I had many discussions with him about the project and our criticism of Yuga.

240.   Mr. Cline wanted to be involved and became a moderator of the public Discord platform chat we made for our project.

241.   I am also aware of tweets Mr. Cline has made, like **JTX-2112**, where it is clear he understands that Mr. Ripps was the artist behind our collection.

242.   **JTX-2112** is attached to this Declaration as **Exhibit 9.**

243.   Additionally, I am aware that Yuga has pointed to the tweets of a person with the username @Joey_tartz.

244.   Specifically, Yuga has pointed to a post Jason Cline tweeted of an RR/BAYC NFT where @Joey_tartz responded "? I'm so confused…this isn't real Jason?" **JTX-2211.**

245.   **JTX-2211** is attached to this Declaration as **Exhibit 10.**

246.   Even in that initial comment from @Joey_tartz, however, the user is able to identify that the NFT collection is from Mr. Ripps and not Yuga stating "It's a collection of 179 created by @ryder_ripps…"

247.   He also makes a sarcastic comment later on that he questioned whether it was from Yuga for "1/1000th of a second…"

248.   I am also aware that Yuga has pointed to a *Bloomberg* newscast that

reported on "Bored Ape Yacht Club V3" as evidence that people were confused about the origin of our collection.

249. **JTX-2676** is a clip of that *Bloomberg* broadcast and is attached to this Declaration as **Exhibit 11**.

250. The chart, to which Yuga points, separately lists both "Bored Ape Yacht Club V3" and "Bored Ape Yacht Club."

251. We did not promote the RR/BAYC collection as BAYC V3 or Bored Ape Yacht Club V3 and it is not the name of a project that we have ever been involved with or familiar with.

252. I am also not aware of anyone who watched that *Bloomberg* broadcast and then reserved an NFT from our collection, confusing it for a Yuga collection.

253. The term "BAYC V3" or "Bored Ape Yacht Club V3," as I understand it, is the result of Yuga having repeatedly filed twenty-seven Digital Millennium Copyright Act takedowns directed to the RR/BAYC artwork. Each time RR/BAYC was relisted, the name would be repopulated with a term that we had no control over. The screen in the *Bloomberg* video used the term "V3" because it was one of those repopulated names that we had no control over.

## X.  OUR DISCUSSIONS REGARDING THE APEMARKET IDEA

254. At one point the team considered creating a marketplace for NFTs called "ApeMarket."

255. The goal of ApeMarket was to establish a marketplace that eliminates fees and corrupt "wash trading" behavior that occurs on other NFT marketplaces.

256. The inspiration for ApeMarket was similar to the NotLarvaLabs

marketplace we had created previously.

257. I discussed ApeMarket with Mr. Ripps, Mr. Hickman, and Mr. Lehman on numerous occasions.

258. We discussed the idea of creating a system that would allow holders of popular NFT collections to trade their NFTs without being fleeced by centralized parties charging exorbitant fees.

259. Ultimately, we never agreed on what ApeMarket would be.

260. ApeMarket was never released.

261. ApeMarket has never generated any revenue or profit.

262. All of the conversations surrounding the marketplace were ideas that were never implemented.  Mr. Ripps never decided what the marketplace would look like or how it would be structured.

263. The marketplace was just in the ideation stage, where we were testing different models, different structures, and bouncing ideas off one another.

## XI.   WHY I PARTICIPATED IN RR/BAYC

264. I firmly believe that the RR/BAYC project was an effort to do something positive.

265. I wanted to stand up to a large corporation that has been hurting people emotionally, financially, and socially.

266. I also wanted to raise awareness of what was happening in connection with Yuga so that people in the crypto community could protect themselves.

267. I wanted to stand up to hateful imagery and artwork associated with Yuga.

268. I think that the RR/BAYC artwork successfully reached those goals.

269. Although the experience of this litigation has been difficult and costly for me, I am proud to continue to stand up for my beliefs.  I am also proud to be an example to the rest of the crypto community for doing so.

1       I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct.

6

7   Dated: July 17, 2023            By: _____

8                                Jeremy Cahen

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on July 17, 2023.

By: /s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000