# EXHIBIT 1
## (JTX-801 on Joint Exhibit List)

 **middlemarch.eth** So basically user reserves, Robo Ryder mints, RR puts up for sale to the address that reserved it, reserver can g…

 **Pauly Shore**  19-May-22 10:32 AM
I think the functionality we seek ideally is one where ryder can still continue his artistic mint one by one
But with a front end that allows users to random mint them up to x amount
And tonight we would host a big space etc

 **hwonder**  19-May-22 10:33 AM
explain "random mint them up to x amount"

**Pauly Shore**  19-May-22 10:33 AM
One moment
so
i would be able to still order from ryder the OG way
but i could also go to rrbayc.com
and mint like a normal front end nft style
where i enter how many i want to randomly mint
(we decide a max number)
and i just enter say 10
and click mint
and i get 10 random RR apes

 **hwonder**  19-May-22 10:34 AM
ah! okay… i see…

 **Pauly Shore**  19-May-22 10:34 AM
this is not a requirement persay, but its what ryder likes as a structure

 **hwonder**  19-May-22 10:34 AM
how `important` is the random element

 **Pauly Shore**  19-May-22 10:35 AM
its not that important
but i think its nice
its not a non-starter requirement
but i think we actually all actually dig the idea of ryder literally hand minting these things
its quite funny and artistic
so if hes able to still do that in conjuction with our robo ryder
its quite cool
well default to the best and safest solution i feel ultimately
but i think its good to lay out the ideal structure, without getting too technical about it

 **middlemarch.eth**  19-May-22 10:36 AM
So then user "reserves" what they want and Ryder clicks MINT instead of it auto mintin?
Do then we care about the user paying to reserve?
If Ryder is "vetting" them?

 **Pauly Shore**  19-May-22 10:37 AM
the reservation thing is a bit confusing to me
but if we have a simple way to do it that would be interesting to understand better


**middlemarch.eth**  19-May-22 10:50 AM
My philosophy is to not worry about these details TOO much until we've made some tangible progress / sold one ape


**Pauly Shore**  19-May-22 10:51 AM
really if we launch the thing it will be pretty set and forget like NLL i feel

> **middlemarch.eth**  My philosophy is to not worry about these details TOO much until we've made some tangible progress / sold ...


**Pauly Shore**  19-May-22 10:51 AM
i feel that


**middlemarch.eth**  19-May-22 10:51 AM
We're all reasonable ppl, I'm sure it'll be fine

**Pauly Shore**  19-May-22 10:51 AM
i agree, my concern is just that we all have the same understanding and expectation

as i consider us all friends and fellow builders in our own ways

and i want us all to be on the best terms

so we can continue collaborating

and participating in legendary innovation

as we are now


**hwonder**  19-May-22 10:52 AM
this is also a thing



> **hwonder**  this is also a thing

**Pauly Shore**  19-May-22 10:52 AM
yes

**middlemarch.eth**  19-May-22 10:52 AM
I think no traits is good tbh

And also easier haha

**Pauly Shore**  19-May-22 10:52 AM
yes

i love it

it puts the primary focus on the art

**middlemarch.eth**  19-May-22 10:52 AM
Really doubles down on the conceptuality

Yeah

**Pauly Shore**  19-May-22 10:52 AM
and is a conceptual commetarry

yesssssss


**middlemarch.eth** 19-May-22 10:52 AM
ANd honestly I like that it's not a COMPLETE clone
I mean sorry I"m old fashioned


**Pauly Shore** 19-May-22 10:52 AM
it makes a strong statement
this is art
not pokemon cards
im almost certain ryder agrees
will confirm today


**hwonder** 19-May-22 10:53 AM



so THAT is our thing
the focus is the conceptual art

🧑🏾 **hwonder** Click to see attachment 🖼️


**Pauly Shore** 19-May-22 10:54 AM
this diagram requires small explanation for my understanding
i dont fully grasp it


**hwonder** 19-May-22 10:54 AM
its about focus ... hahahha


**Pauly Shore** 19-May-22 10:55 AM
i understand the squiggles being organized
but what does the green represent


**hwonder** 19-May-22 10:55 AM
attrition...
(technically the lack of green.... )
more less... if we prioritize everything, nothing will be priority

 1     1


**middlemarch.eth** 19-May-22 10:59 AM
https://docs.google.com/document/d/1qUgXM00ayIg67qKdYeqmQGhn5Eo70fTUa_wocuzGWfs/edit

**Ape Minting Workflow**

Note: I'm assuming we have a web server below as I'm not familiar with Relay. If we could go serverless that might be better.  I imagine Helper Contract as copy-paste of CryptoPhunksMarket  Ryder Ripps goes to Mint Website and sees two boxes: Minter address Ape Number▢ Ryder enters the address...


Thumbnail



Anyway yeah let the artist say

But I would not in the marketing show screenshots like the ones H showed

Because it is too confusing to the "average joe"

IMO

STRICTLY IMHO



**Pauly Shore**  31-May-22 09:32 AM

Lmao

> 🎩 **middlemarch.eth**  Because it is too confusing to the "average joe"



**Pauly Shore**  31-May-22 09:33 AM

I think we could also have a label under the logo

That denotes which collection you are viewing or something



**middlemarch.eth**  31-May-22 09:33 AM

Or it could be a different color or osmething

IDK, my only vibe from last night is that we should not under-estimate how confusing it is



**Pauly Shore**  31-May-22 09:33 AM

Yeah



**middlemarch.eth**  31-May-22 09:33 AM

But we can iterate and come up with something

But if hte message is "this is legit good for ape holders," that will be hurt by full on troll



**Pauly Shore**  31-May-22 09:34 AM

I agree but I'm prioritizing Ryder making it an artistic statement



**middlemarch.eth**  31-May-22 09:34 AM

Ppl already will not trust us



**Pauly Shore**  31-May-22 09:34 AM

Because that's where the real importance lies

Rrbayc truly is very important conceptual art imo

And now we are all helping shape that art further

I legit think it's modern Warhol shit

Straight up

Ryders ideas and visions are usually like 5-10 years ahead of general public


**middlemarch.eth** 31-May-22 09:35 AM

IDK was Andy such an outspoke critic of the elements of Americana he depicted?

Maybe it's BETTER haha

 **middlemarch.eth** IDK was Andy such an outspoke critic of the elements of Americana he depicted?


**Pauly Shore** 31-May-22 09:36 AM

At the end of the day is ryder such a critic?

He is really just elucidating

But what he is elucidating is quite ugly


**middlemarch.eth** 31-May-22 09:36 AM

Tewet it!

Cloudinary Account Usage Nearing Plan Limits


**Pauly Shore** 31-May-22 09:36 AM

The reaction of others is much stronger than his reaction

 **middlemarch.eth** Tewet it!

**Pauly Shore** 31-May-22 09:36 AM

Lmao what does it meannnnn


**middlemarch.eth** 31-May-22 09:37 AM

Ppl have downloaded a lot of images!

This is how we made the images fast


**Pauly Shore** 31-May-22 09:37 AM

Oh damn


**middlemarch.eth** 31-May-22 09:38 AM

Another interesting thing about the art is that it doesn't fully "fit together"

Like there are semi-transparent pixels within the image

😂 1

Like you can kind of see the checkberboard pattern



Here it is with pink under the image



Twitter • 25-May-22 08:47 PM



**middlemarch.eth**  25-May-22 08:48 PM

hahah but why no BEANIE?

No room I guess?

how do you decdie!



**Pauly Shore**  25-May-22 08:48 PM

Less colors



**middlemarch.eth**  25-May-22 08:48 PM

Ah tr4ue

More in keeping

Did you invent this meme?

Of putting Beanies on things?

Not that invent is really a thing



**Pauly Shore**  25-May-22 08:49 PM