# EXHIBIT 4

## (JTX-2672 on Joint Exhibit List)

# VIDEO HAS BEEN LODGED WITH THE COURT