# EXHIBIT 5

## (JTX-2398 on Joint Exhibit List)



RIPPSCAHEN00018455