# EXHIBIT 6

## (JTX-2134 on Joint Exhibit List)



RIPPSCAHEN00021022