# EXHIBIT 7

## (JTX-2410 on Joint Exhibit List)



RIPPSCAHEN00018467