# EXHIBIT 8

# (JTX-705 on Joint Exhibit List)



JTX-0705.00001    YUGALABS_00002625







JTX-0705.00004

YUGALABS_00002628





JTX-0705.00006    YUGALABS_00002630



JTX-0705.00007     YUGALABS_00002631



JTX-0705.00008      YUGALABS_00002632



JTX-0705.00009   YUGALABS_00002633

@Everything_SOL dis yours?

DUP ☕ @Everything_SOL · Jul 8
Replying to @velde101 and @0xGem
Wrong one bro

Show replies

ladeji_solamidee,doodle collection LIVE🔥 ... @OladejiSola... · Jul 8
Replying to @0xGem
👀👀

JTX-0705.00010         YUGALABS_00002634