# EXHIBIT 9

## (JTX-2112 on Joint Exhibit List)

# EXHIBIT 217



Replying to @Jclineshow
? I'm so confused ... this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says "bored ape" it's not real dude

💬 2    🔁    ♡    📊    ⬆️

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022    •••
Replying to @Joey_tartz and @Jclineshow
got me, im not real, im a spirit.

💬 1    🔁    ♡ 3    📊    ⬆️

Show replies

**Poyo** ✓ @poyo_eth · May 16, 2022    •••
Replying to @Jclineshow
😜

💬    🔁    ♡ 1    📊    ⬆️

**TT314.eth** ✓ @TT3I4 · May 16, 2022    •••
Replying to @Jclineshow
Whoa! Nice! 🙌🏻

💬    🔁    ♡ 2    📊    ⬆️

**MIKΞG🤙.eth | ClownPhunk** @MetaMikeG · May 16, 2022    •••
Replying to @Jclineshow
Nice but I only care what people with 7 Super Bowl Championships think

💬    🔁    ♡ 2    📊    ⬆️

**wenrat.eth** @stonkin2021 · May 16, 2022    •••
Replying to @Jclineshow
Holy sht Jason!!! Congrats brother, you deserve it:)

💬 1    🔁    ♡ 3    📊    ⬆️

**Steve** 🧑‍🦯🌈🐔 @steve_abootman · May 16, 2022    •••
Replying to @Jclineshow

RIPPSCAHEN00022456

👏👏👏👏

💬  ⟲  ♡ 1  📊  ⬆

**Lerro** @lerrostore                          •••

😍Installation takes only 60s
🤗Keep your family safe !

🔥Get it 👉 lerro.co/security–camera



0:16   16.6M views

💬 1,046   ⟲ 3,108   ♡ 25.9K   📊 32.5M   ⬆

▶ Promoted

## More Replies

**Not Bored Apes** @NotBoredApes · May 17, 2022          •••
Replying to @Jclineshow
SHEESH

RIPPSCAHEN00022457

**CompoundInteresting.eth** 🔊 @degenvestor69 · May 16, 2022 · · ·
Replying to @Jclineshow
Fake ape

💬 1          ↻          ♡          ▫          ⬆

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022 · · ·
Replying to @degenvestor69
@ryder_ripps is my ape fake?

💬 1          ↻          ♡ 2          ▫          ⬆

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022 · · ·
Replying to @Jclineshow
no its a real ryder ripps ape

💬 2          ↻ 1          ♡ 13          ▫          ⬆

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022 · · ·
Replying to @ryder_ripps
Ok phew. Thought I had a fake ape.

💬          ↻          ♡ 5          ▫          ⬆

## More Tweets

**Edward Ongweso Jr** ✓ @bigblackjacobin · 4h · · ·
repeat after me: venture capitalists are parasites that cannot be trusted
to manage the financial institution that held up their entire ecosystem, let
alone the direction of technological development

💬 10          ↻ 317          ♡ 1,791          ▫ 62.1K          ⬆

Show this thread

**Cory Swan.com LET'S RUN #Bitcoin** ✓ @coryklippsten · 4h · · ·
#Bitcoin ₿ is middle class money (h/t @Blue_CollarBTC)

RIPPSCAHEN00022458



0:51  7,953 views

💬 31   ↻ 70   ♡ 358   📊 19.8K   📤

**Mike Three** ✓ @enjoyoor · 7h   ···



RIPPSCAHEN00022459

💬 21  🔁 27  ♡ 209  📊 6,202  ⬆️

---

**PAULY** ✓ @Pauly0x · 17h                              •••

If you haven't figured out that the entire NFT market is run by a small cartel, I encourage you to learn more.

It's a completely centralized VC scam. Full stop. All the top projects are owned by 1 company.

It's laughable and not even remotely subtle.

RIPPSCAHEN00022460



13    14    103    4,480

Show this thread

**Mike Three** ✔ @enjoyoor · 11h    ...

RIPPSCAHEN00022462



♡ 5     ⇄ 10     ♡ 78     �ulI 3,114     ⬆

**PAULY** ✓ @Pauly0x · 4h     •••
Mt. Fuji



RIPPSCAHEN00022463

○ 14    ↻ 3    ♡ 72    ጥ 2,401    ⬆

**Mike Three** ✔ @enjoyoor · 19h                          ···

by printing more money we simply divide the losses of the wealthiest people equally among the rest of the people so nobody is impacted by it directly, brilliant

○ 12    ↻ 15    ♡ 69    ጥ 4,760    ⬆

**Jason Cline** 🚀 ✔ @Jclineshow · 16h                    ···

Always looking to buy phunks

RIPPSCAHEN00022464







PIV @piv_piv · 23h

Frozen Punk

RIPPSCAHEN00022466

♡ 5    ⇄ 9    ♡ 59    ‖ 1,373    ⬆

**Mike Three** ✓ @enjoyor · 8h · ✏

what hasnt quite clicked for everyone yet is that if u manage to collect all 300 twelvefold ordinals u can burn them to redeem a single red one

···



💬 3    ⇄ 5    ♡ 72    ‖ 2,023    ⬆

**Mike Three** ✓ @enjoyor · 19h

they can save her

···

RIPPSCAHEN00022467



💬 2     🔁 5     ❤️ 53     📊 3,775     ↑


**PAULY** ✔️ @Pauly0x · 18h · ✏️                    •••
💥 @ryder_ripps and I connected in 21' after I discovered his work. It was thought provoking & immediately shifted my perspective. I got some.

We started chatting on Twitter, and the rest is history.

My first RR piece is aptly named:

"The Treachery of NFTs (CryptoPunk #7804)"

RIPPSCAHEN00022468



💬 7    🔁 11    ♡ 61    📊 3,449    ⬆️

 **PAULY** ✔️ @Pauly0x · 8h                          •••

YugaLabs is technically incompetent.

This is not my personal opinion, it's fact.

Their original NFT collection contains 31 identical image hashes and 112 duplicate apes. 6 of the 112 are triples.

A 4 billion dollar corp that can't even launch an NFT collection properly? 🤡



RIPPSCAHEN00022469



💬 9    ↻ 2    ♡ 47    ᵇᵇᵇ 5,863    ⬆

**PAULY** ✔ @Pauly0x · 22h    ···



2:10  1,385 views

💬 17    ↻ 9    ♡ 46    ᵇᵇᵇ 3,604    ⬆

**PAULY** ✔ @Pauly0x · 22h    ···

When people ask me what I do for a living what am I supposed to even say?

💬 44    ↻ 3    ♡ 46    ᵇᵇᵇ 6,760    ⬆

**PAULY** ✔ @Pauly0x · 3h    ···

Do it regardless of if you are up big.

> **Pentoshi** 🐧 ✔ @Pentosh1 · 3h
>
> If you're up big. Do something nice for someone, a random act of kindness. can be family or a stranger.
>
> Buy someone a coffee, pay for someone's groceries. What might be small to you might be big to them. We have it pretty good here but most people don't.

💬 13    ↻ 2    ♡ 44    ᵇᵇᵇ 1,894    ⬆

RIPPSCAHEN00022471



RIPPSCAHEN00022472

**Sign up**

RIPPSCAHEN00022473