# EXHIBIT 11

## (JTX-2676 on Joint Exhibit List)

# VIDEO HAS BEEN LODGED WITH THE COURT