# EXHIBIT 1

## (JTX-2673 on Joint Exhibit List)

Video Exhibit Lodged With The Court