# EXHIBIT 2

## (JTX-2075 on Joint Exhibit List)



RIPPSCAHEN00018890