# EXHIBIT 4

## (JTX-801 on Joint Exhibit List)

**Pauly Shore**  24-Jun-22 01:55 PM

Extremely unlikely

Still working on finding some attorneys regardless

Just in case

**ryder**   24-Jun-22 02:01 PM

floor falling hard

**Pauly Shore**  24-Jun-22 02:01 PM

Yes supply went up drastically

Totally to be expected

Distribution is excellent

OS delisting certainly killed momentum

**hwonder**  24-Jun-22 02:02 PM

distributuon is EXCELLENT

**Pauly Shore**  24-Jun-22 02:02 PM

Imo

> **hwonder**  distributuon is EXCELLENT

**Pauly Shore**  24-Jun-22 02:02 PM

Yes it is literally ideal

**ryder**   24-Jun-22 03:32 PM

[Image attachment]

**middlemarch.eth**  24-Jun-22 03:34 PM

wow

Should we file a TM for ApeMarket I wonder, or maybe they already did

**ryder**   24-Jun-22 03:46 PM

whats up

**middlemarch.eth**  24-Jun-22 04:00 PM

Marketplace preparations mostly

Making some good progress

Script seems stalled due to gas estimate

Only for 3 mins though, probalby fine to wait

**ryder**   24-Jun-22 04:01 PM

what should i do about this letter


Yuga_Labs_LOA.pdf
526.72 KB

**middlemarch.eth**  24-Jun-22 04:07 PM

I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?

Basically just saying "we hired these guys to harass you"

I dont' think it asks us to do anything?

With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably

Not worth it, especially since we're migrating off anyway

For the new site we change the logo, and maybe even the display name in the market, IDK

Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)

By "our use" I mean the presence of those things on a website we control

> ryder ➡ what should i do about this letter

**hwonder** 24-Jun-22 04:40 PM

this is madness ...

@Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks

I like to confirm because he's in town and may be able to expedite a few calls ... but I want to make sure it's all clear

> hwonder this is madness ... @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks

**Pauly Shore** 24-Jun-22 04:53 PM

No he helped with something else but I do not recall it being a lawyer

Krystal is kenobi's friend

She was the attorney for phunks Letters As sell

Well

> ryder ➡ what should i do about this letter

**Pauly Shore** 24-Jun-22 04:54 PM

I think we have some time to think on this sort of stuff

And consider all aspects

No need to make a decision on the spot imo we should have ourselves some time to decide

**hwonder** 24-Jun-22 05:01 PM

Clearly this is bias

6900 volume plus $2 million in mint... It's pretty clear they dislike that

We're closing in on *$10 million impact to yuga

> hwonder Clearly this is bias

**Pauly Shore** 24-Jun-22 05:26 PM

Can you explain which part? Seems like a lot of different bias for sure haha

> Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha

**hwonder** 24-Jun-22 08:29 PM

i'll loop around this in moment. styling v3 rn

**Pauly Shore** 24-Jun-22 08:30 PM

No worries!

**ryder** ➡ 24-Jun-22 08:50 PM

should mint rthe other 400

it doesnt impact yuga

the clients buying rrbayc are legit the opposite

**Pauly Shore** 24-Jun-22 08:51 PM

Right I'm think maybe he just meant 10 million volume total


**ryder** 🔜  24-Jun-22 09:54 PM

https://twitter.com/yugalabs/status/1540509852702851072

> 🐦 **Yuga Labs (@yugalabs)**
>
> (2/2) … us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.
>
> 🐦 Twitter • 24-Jun-22 09:39 PM


**ryder** 🔜  24-Jun-22 10:19 PM

hello??


**middlemarch.eth**  24-Jun-22 10:42 PM

Whoa, just seeing this!

Crazy, let's see what they actually send us I guess

**ryder** 🔜 added a recipient.  24-Jun-22 10:44 PM


**arze**  24-Jun-22 10:47 PM

hey guys

who is pinning the data on IPFS?
could they attack that
should i set up pinning outside of usa


**ryder** 🔜  24-Jun-22 10:52 PM

its still fulling past the mint number


**middlemarch.eth**  24-Jun-22 11:01 PM

According to the site it's done! Congrats!!

I will double check manually when I get home

> ● **arze** who is pinning the data on IPFS?


**middlemarch.eth**  24-Jun-22 11:05 PM

I am pinning the metadata JSON on piñata. It points to an image that presumably yuga is pinning. Would definitely be good to have a layer of redundancy there, good call!


**arze**  24-Jun-22 11:05 PM

ok ill work on it

do u have a list of all ipfs hashes so i dont have to scrape it?


**middlemarch.eth**  24-Jun-22 11:17 PM

The ones minted through the reservation contract look like this: `QmdXP2KNU2cuqcJBi6Uaf5bhnu2udmrbtJDfm3dMoewzNu/${apeId}.json`, the Foundation ones are a bit more random, but this is a start I think

**middlemarch.eth**  24-Jun-22 11:38 PM

Basically looks like we're done