1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING**
11 **HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 *Attorneys for Defendants*
   *Ryder Ripps and Jeremy Cahen*
15

16         **UNITED STATES DISTRICT COURT**

17         **CENTRAL DISTRICT OF CALIFORNIA**

18               **WESTERN DIVISION**

19
                                          CASE NO. 2:22-cv-04355-JFW-JEM
20 Yuga Labs, Inc.,
                                          **DEFENDANT RYDER RIPPS'S**
21                        Plaintiff,      **DECLARATION OF TRIAL**
                                          **TESTIMONY**
22      v.
                                          Judge: Hon. John F. Walter
23 Ryder Ripps, Jeremy Cahen,
                                          Trial Date:  July 31, 2023
24                        Defendants.
25
26
27
28

# DECLARATION OF RYDER RIPPS

I, Ryder Ripps, declare:

## I.     MY BACKGROUND

1.     I am a conceptual artist.

2.     My artwork often comments on issues with technology and the internet.

3.     My work focused on the internet has been recognized by publications such as the *New York Times* which dubbed me "An Artist of the Internet."  An accurate copy of the *New York Times* article that forms the basis for my understanding is **JTX-2139** and is attached as **Exhibit 1** to this declaration.

4.     My parents are both accomplished artists and a part of the international art community.

5.     I met and learned from many artists as a child and through my adolescence.

6.     Among my parents' friends was Andy Warhol.  His work has always been a source of artistic inspiration for me.

7.     Along with art, my other passion growing up was the internet and internet culture.

8.     As a teenager, I spent many hours on the early internet learning how to code, creating webpages, and conversing with others online.

9.     In my experience, internet culture has been marked by a specific form of humor that is different than non-internet society.

10.     This cultural difference derives in significant part from the use of text and images rather than spoken words to communicate.  This "internet humor" is marked by use of sarcasm, irony, satire, inside jokes, and parody.

11.     From the time I was a child, I was deeply enmeshed in internet humor and culture, which gave me the ability to decode messages that the general public might miss in imagery.

12.  A major theme of my artwork has been to identify "subtext"—often hidden meaning—and bring it to light.

13.  I am a proud Jewish man and grew up in a Jewish home.

14.  Through my parents and other Jewish people in my life, I learned the importance of standing up to anti-Semitism.

## II.   MY ART CAREER

15.  I grew up in New York City and attended City-As-School High School in Manhattan.

16.  I pursued art in college, and I graduated from the New School in 2008 with a degree in media studies.

17.  My interest in art and internet culture merged to become the focus of my career.

18.  I have worked with major brands and artists across media including Nike, Red Bull, Tame Impala, James Blake, Grimes, and Travis Scott.

19.  I have designed prominent brands such as the Soylent branding.

20.  I have also put on several public exhibitions that showcase my artworks.

21.  The accolades for my work include being listed in the "30 Under 30" for *Forbes* magazine and described in the *New York Times* as "one of the most influential digital artists of the past decade."  My recognition by the *New York Times* came in part because of my work on the RR/BAYC artwork which is the subject of this lawsuit.

22.  **JTX-2045** is a true and complete copy of my feature in *Forbes* "30 Under 30" and is attached to this declaration as **Exhibit 2**.

23.  **JTX-2333** is a true and complete copy of the article, "What's More Provocative Than Sincerity" in the *New York Times* and is attached to this declaration as **Exhibit 3.**

24.   My artwork intentionally pushes the boundaries of what is deemed socially or artistically "acceptable," particularly when critiquing internet culture.

25.   One of my most well-known works, *Diventare Schiavo*, involved having people pack boxes through a VR set to demonstrate how the modern internet has reduced us all to "packing boxes."

26.   Other works I created that comment on the internet include: *Barbara Lee*, a commentary on the interplay between truth and clickbait online, and *Ho*, an exhibit I created for the Postmasters Gallery which explores how social media uses manipulated images to mediate perception of self.

27.   My art is meant to be interactive, and to be discussed and critiqued.

28.   Much of my work has been the source of criticism and controversy.  I welcome this as new ideas are often controversial or else they would not be new.

29.   Through my art, I hope to begin a discussion about how we interact on and with the internet. That discussion allows the points I am making with my art to enter the general consciousness.

30.   Some conceptual artists, including myself, incorporate preexisting images or symbols into their art.

31.   This practice has a long history in art and was a primary art form for artists including Andy Warhol (whose *Campbell's Soup Cans* is among the most iconic pieces of conceptual art ever created) and Marcel Duchamp (who famously drew facial hair on an image of the *Mona Lisa*).

32.   Preexisting symbols and images are often used in artwork to directly comment (often critically) on their meaning and use in society.

33.   This commentary often takes the form of satire or humor, which make it possible to discuss subject matter that is challenging or too sensitive to

address in ordinary language.

## III.   MY INVOLVEMENT WITH NON-FUNGIBLE TOKENS

34.   The rise of cryptocurrencies and blockchain technologies are a notable development for the internet and art spaces in the last several years.

35.   Because these technologies are extensions of the existing internet, they are closely related to internet culture, which I have studied my whole life.

36.   As a result of this relationship, I became interested in these technologies early on and attended several conferences and events related to the crypto space to educate myself about blockchain technologies.

37.   For instance, in 2014, I attended the "Seven on Seven" conference during which Kevin McCoy and Anil Dash created the very first Non-Fungible Token ("NFT").

38.   NFTs became popular among artists and art collectors most associated with internet culture.

39.   Given their role at the intersection between art and internet, I began using NFTs as an art form.

40.   NFTs became a significant part of the "crypto" space on the internet.

41.   Like cryptocurrencies, NFTs rely on blockchain technology.

42.   In simple terms, blockchain technologies are like giant online ledgers hosted and verified by multiple different computers simultaneously.

43.   It is possible to "write" on the blockchain who created a particular NFT. Every time the NFT is transferred, the new ownership information is also written on the blockchain.  The "who" is a long string of numbers and letters that becomes associated with a person or entity, much like a home address.

44.   Each NFT has a unique address on the blockchain.

45.  Every NFT is unique.  It is not possible to "copy" an NFT.

46.  NFTs provide a way of producing art (the NFT itself) with definitive provenance established within the art because each NFT entry on the blockchain is verifiably unique.

47.  NFTs are particularly useful to digital artists because they can use provenance to distinguish digital images from each other.  Every image you see on the internet is a copy.  If someone posts an NFT image onto to a website like Twitter, that website is profiting from the copy of that image.  This is the nature of digital content; it is easily copied.  The point of an NFT is to add context around an otherwise contextless image file.

48.  The provenance of an NFT can be established in multiple ways, but the most common way to establish provenance for NFTs that make use of the "Ethereum" blockchain is to use the website *Etherscan.io*.

49.  *Etherscan.io* is a website that tracks, records, and shows entries on the Ethereum blockchain.

50.  Although *Etherscan.io* is not the Ethereum blockchain itself, it is the most popular method to determine blockchain entries on the Ethereum blockchain.

51.  *Etherscan.io* shows who created an NFT and provides the entire chain of ownership for that NFT in an easy-to-use format.

52.  When NFTs were first created, I initially believed in the grand ideals animating this new NFT space: decentralization, lack of control from large actors, and a system that could support artists.

53.  Unfortunately, monopolization of the control of blockchain technologies by corrupt actors, like Yuga Labs, Inc. ("Yuga"), has undermined these values.

## IV.   MY AWARENESS OF THE BORED APE YACHT CLUB

54.   I have experience in designing logos and imagery for brands.

55.   In my experience, when designing logos and imagery for brands, every choice is intentional.

56.   I first became aware of the imagery used by the Bored Ape Yacht Club in November 2021 when the manager for a prominent musical artist showed me the logo and how it bore a remarkable resemblance to the SS Totenkopf.

57.   When I was shown the Bored Ape Yacht Club logo, I immediately recognized features that are extremely uncommon in logo design.

58.   There were multiple aspects of the Bored Ape Yacht Club logo that are atypical of logos, including the way the skull is oriented, the fact that the skull has exactly 18 teeth, the letter orientation, and the ruffled edge.

59.   The fact that these uncommon aspects of the Bored Ape Yacht Club logo matched aspects of the SS Totenkopf made me suspicious that the Bored Ape Yacht Club logo was intentionally derived from the SS Totenkopf.

60.   As a Jewish man, I was stunned that a popular brand that so many celebrities were endorsing was using a logo that appeared to be derived from a Nazi symbol.

61.   I felt compelled to research the Bored Ape Yacht Club.

62.   The more I researched the Bored Ape Yacht Club, the more I noticed problematic messages within the Bored Ape Yacht Club imagery and its founders' online personas.

63.   I was shocked to discover that Yuga's other artwork and publications had numerous embedded references to problematic material.

64.   As an example, some Bored Ape images depict apes wearing what Yuga describes as "hip hop" clothes and gold chains, as well as apes with gold

teeth that Yuga refers to as "grin gold grill." The use of language and styles frequently associated with African American communities—in association with pictures of apes—appeared to be a reference to racist tropes about African Americans.

65. I also learned that other Yuga images and products include what I perceived to be hateful content directed towards Jews and people of Japanese descent.

66. I was also surprised to discover that all four of Yuga's co-founders were anonymous and used pseudonyms that appeared to contain racial slurs, references to German military organizations, and other offensive content.

67. As a result of my extensive research, I came to believe firmly that Yuga's prevalent and consistent use of offensive content in connection with the Bored Ape Yacht Club was incredibly problematic and apparently intentional.

68. When researching the Bored Ape Yacht Club, I also discovered that Yuga was additionally engaging in dishonest business practices, such as misrepresenting to its customers what NFTs actually are and what consumers would receive when purchasing a Bored Ape Yacht Club NFT.

69. I also learned about Yuga's partnership with FTX and Yuga's sale of unregistered securities, which ultimately led to an SEC investigation and a class action lawsuit for securities fraud.

70. I catalogued and released my own findings, and the findings of many others, on the website *gordongoner.com* in January 2022.

## V.    CREATING THE RR/BAYC ARTWORK

71. I wanted to increase awareness of Yuga's misconduct, including the research I had compiled on *gordongoner.com*, and on the true nature of NFTs which Yuga was misrepresenting to the public.

72. Specifically, as a conceptual artist, I wanted to create a conceptual art piece to draw attention to these issues.

73. J1mmy.eth, also known as Jimmy McNelis, is well-known within the crypto community as a prominent holder of a Bored Ape Yacht Club NFT.

74. Mr. McNelis uses the image associated with the Bored Ape NFT he holds as his profile picture on Twitter.

75. I understand Mr. McNelis to be one of Yuga's greatest boosters.

76. I got into an argument with Mr. McNelis on Twitter about what an NFT is and is not. Mr. McNelis claimed, incorrectly, that the NFT is the image itself, rather than a token on the blockchain.

77. To illustrate my point that an NFT is not an image, I created the first RR/BAYC NFT which pointed to the same image as Mr. McNelis's own Bored Ape Yacht Club NFT. This would not be possible if, as Mr. McNelis claimed, the image was the NFT because, as the name suggests, NFTs are "non-fungible." Rather, my ability to create this RR/BAYC NFT was an objective demonstration of the distinction between an NFT on the one hand, and a separate internet data file (such as a .jpg file) to which an NFT might point on the other hand.

78. These two NFTs, although they pointed to the same image, were completely different both in their data on the blockchain and their meaning. I was at the time a prominent critic of Yuga. The NFTs were actually opposites of each other in meaning and representation (as Mr. McNelis understood).

79. I set the image for this new NFT as my profile picture to prove the point that Mr. McNelis's ownership of an NFT was not the same as ownership of or control over the separate image to which that NFT may point.

80. Others in the NFT community saw my exchange with Mr. McNelis, and

asked me to mint other NFTs pointing to the same images that Yuga's Bored Ape Yacht Club NFTs point to.

81.  My idea of creating an entire NFT collection as a conceptual art piece arose from this exchange and the response from NFT community members.

82.  In conceptual art, the medium is an important aspect of the artwork, because the medium itself may carry important messages.

83.  NFTs are a unique medium for conceptual art for several reasons, among them being that the NFTs themselves include information about the creator of the work embedded in the NFT itself.

84.  An NFT is provenance—that is, an NFT establishes a history of the way that the NFT itself was created and how its ownership has changed.

85.  An NFT is not an image. An NFT may link to a publicly accessible image on the internet, but the file at that link is separate from the NFT itself.

86.  The use of NFTs (with verifiably unique provenance) to satirize the Bored Ape Yacht Club was, in my opinion, the optimal conceptual art vehicle that could reveal what NFTs are and reflect back at the world what the Bored Ape Yacht Club truly is.

87.  Thus, I decided to create an NFT collection pointing to the same images as the Bored Ape Yacht Club, but decided to name the collection the "Ryder Ripps Bored Ape Yacht Club" ("RR/BAYC") as a conceptual art piece that would force the public to reflect on the problematic content in the Bored Ape Yacht Club and demonstrate the power of NFTs to provide context to images, which the artwork so successfully did.

88.  Even though RR/BAYC included links to the Bored Ape Yacht Club imagery, the RR/BAYC artwork had a very different provenance.

89.  The RR/BAYC collection was minted from my personal Ethereum

blockchain "wallet," ryder-ripps.eth, was located at a unique "contract" address, and was minted on different dates and with different token IDs than Yuga's Bored Ape Yacht Club NFTs.

90.    Because I have been a vocal critic of Yuga, the verifiable provenance of the RR/BAYC artwork made the collection antithetical to the Bored Ape Yacht Club, because the context includes myself as the creator.

91.    Based on my interactions and observations on social media, members of the Bored Ape Yacht Club community were aware of my criticism and that I am associated with the RR/BAYC artwork.

92.    In my mind, it was unfathomable that anyone who had even minimal knowledge of NFTs could confuse my collection with Yuga's collection.

93.    To me, the RR/BAYC artwork only makes sense as an NFT because no other medium would be able to use provenance in digital art to satirize the Bored Ape Yacht Club, which itself is an NFT collection.  That is, only a satirical NFT collection would be able to use the provenance of NFTs to point out that NFTs are not digital images and cannot be copied, and to question what the Bored Ape Yacht Club really is.

94.    The RR/BAYC artwork also needed to be an NFT collection to criticize how NFTs, and especially the Bored Ape Yacht Club NFT collection, contribute to the commercialization of art.  NFTs often gain popularity because of their high sales figures.  The RR/BAYC artwork criticized Bored Ape Yacht Club's commercialization of art.

## VI.    RESPONSE TO THE RR/BAYC COLLECTION

95.    After the initial NFT minting in May of 2022, the RR/BAYC artwork became known quickly among fans of my artwork and others who opposed Yuga.

96.   At first, the only way to receive an RR/BAYC NFT was by personally commissioning one from me via a personal message over email or Twitter.

97.   Throughout this entire commission and reservation period, as well as for a year prior to the commission and reservation period, my Twitter feed was largely dedicated to criticism of Yuga.

98.   **JTX-2102** (attached to this declaration as **Exhibit 4**) is a true copy of a Tweet that I wrote and published during the commission and reservation period.

99.   In this Tweet, I tweeted a picture of an image corresponding to an unreserved RR/BAYC NFT and accompanied it with words pointing out racist traits in the image.

100.   In response to the demand from supporters for RR/BAYC NFTs as a protest against Yuga, I created the website *rrbayc.com*.

101.   The *rrbayc.com* website included a prominent artist statement from me explaining the artistic purpose of the project and criticizing Yuga.

102.   The artistic statement on *rrbayc.com* explained that the purpose of the project is both to educate about NFTs and to highlight Yuga's use of offensive imagery.  The *rrbayc.com* website also incorporated *gordongoner.com*, and thus all of the content I had catalogued protesting the problematic nature of Yuga and Yuga's imagery, via hyperlink.

103.   **JTX-2085** is a true copy of the website, which is attached to this declaration as **Exhibit 5**.  The document includes the artist's statement.  I have personal knowledge of the statement and website because I created both.

104.   The website required collectors to acknowledge and accept a disclaimer before they were able to commission an RR/BAYC NFT.

105. The mandatory pre-commission disclaimer explained that RR/BAYC is not a Yuga product and is an NFT collection created by me to satirize the Bored Ape Yacht Club.

106. The disclaimer stated: "By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance: Etherscan. By reserving your RR/BAYC you are purchasing a hold for an order that will be fulfilled or rejected/refunded by Ryder within 24h (Depending on the vibe of your wallet and the mood of Ryder at the time)."

107. By "vibe of your wallet" I meant that I would consider what other NFTs the collector already held, to get a sense of the collector's values.

108. I included the disclaimer because the provenance of the project—that RR/BAYC NFTs came from my wallet—was vital to understanding the artwork.

109. **JTX-2086** is a true copy of the disclaimer, which is attached to this declaration as **Exhibit 6**. I have personal knowledge of the disclaimer because I created it.

110. Over 80% of RR/BAYC NFT reservations occurred on *rrbayc.com*.

111. The remaining reservations were commissioned through direct messages to me, and in some cases through direct messages to Jeremy Cahen.

112. After collectors made a reservation to commission an RR/BAYC NFT, I would check the reservation to make sure that they understood that they were purchasing my art.

113. I never received a message from anyone trying to purchase an RR/BAYC

that indicated that they thought it was a Yuga NFT.

114. I never sold a single NFT to anyone that I thought was buying my art for the wrong reason or because they were confused about its source.

115. It is my understanding that Yuga works with NFT exchanges to charge a fee every time a Yuga NFT is transferred. I view this practice as exploitative.

116. Where possible, I had a policy of not taking royalties on transfers of RR/BAYC NFTs.

117. The only exception to this policy was when RR/BAYC NFTs were transferred using platforms that carried mandatory resale royalties, which is outside of my control.

118. My policy of not taking royalties was a component of the RR/BAYC artwork and served as further criticism of Yuga's business practices as I believe forcing fees on an item someone else owns is immoral.

119. I also offered refunds to anyone that wanted to return their RR/BAYC NFT regardless of their reason for requesting a refund for up to two weeks after the reservation.

120. Refunds are an uncommon practice in the NFT space and, as far as I am aware, RR/BAYC is the only collection that has ever offered refunds.

121. I required that the RR/BAYC artwork allow for refunds and to cover all transaction costs associated with a refund to make sure that everyone that commissioned an RR/BAYC NFT was happy with the art they received.

122. However, we never received a refund request from anyone stating that they were in any way confused about the source of the artwork, or that they were requesting a refund because they had thought that they were purchasing a Yuga product.

## VII.   THE RR/BAYC TEAM

123.   Artists often rely on teams to help in the creation of artwork, particularly where creation and production of the artwork is labor intensive.

124.   Although I came up with the idea for the RR/BAYC collection on my own, three other people assisted me with minting the collection and organizing a community around it: Ryan Hickman, Jeremy Cahen, and Thomas Lehman. Additionally, my assistant Ian Garner helped me with specific tasks for one week during the project.

125.   In general, Mr. Cahen was the project manager.

126.   Mr. Hickman and Mr. Lehman were in charge of technical aspects of the project, such as coding the reservation contract ("RSVP contract") for *rrbayc.com*.

127.   Ian Garner was my general assistant for one week.

128.   At all times, I controlled the direction and final product of the RR/BAYC artwork.

129.   Mr. Cahen, Mr. Lehman, and Mr. Hickman were each to be compensated by receiving 15% each of all profits from the commissioned artwork.

130.   The RSVP contract that Mr. Hickman and Mr. Lehman designed was automatically set up to distribute profits from commissioned artwork according to the profit-sharing agreement.

131.   Because I minted a number of RR/BAYC NFTs prior to the implementation of the RSVP contract, however, I had to manually distribute profits from those commissions to Mr. Lehman and Mr. Hickman.

132.   Accordingly, on May 27, 2022, I made two transfers of Ethereum ("ETH") one to Mr. Lehman and one to Mr. Hickman as a distribution of the profits that had accrued before the RSVP contract was put in place.

133.   These two transfers were one time, manual distributions that occurred pre-RSVP contract.

134.   Specifically, I transferred 32.398 ETH to Mr. Lehman.  I understand that the daily average value of ETH to USD on May 27, 2022, was $1,724.73.  Accordingly, I sent Mr. Lehman $55,877.80.  A record of that transaction is publicly available on *Etherscan.io* at https://etherscan.io/tx/0x12b79e2bebadd3f8b04dc8de10b08f462e07ba4f581aad32914151241c164b90.

135.   I also transferred 30.242 ETH to Mr. Hickman.  I understand that the daily average value of ETH to USD on May 27, 2022, was $1,724.73.  Accordingly, I sent Mr. Hickman $52,159.28. A record of that transaction is publicly available on *Etherscan.io* at https://etherscan.io/tx/0x4cf9e45a0a7c484790c544b11a51785ae627241ff7a593ac655c924aa885705f.

136.   I separately paid Mr. Garner roughly $3,500 for his work.

## VIII.  MY INTENT IN CREATING THE RR/BAYC ARTWORK

137.   I never intended for anyone to mistake my artwork for Yuga's Bored Ape Yacht Club collection.  To the contrary, the express intent of my artwork was to protest against Yuga's Bored Ape Yacht Club.

138.   I find Yuga and its NFT collections to be abhorrent.  Confusing my work for Yuga's would defeat the entire purpose of RR/BAYC.

139.   I believed that collectors in the NFT community understood that I hated Yuga's imagery because I found it offensive and harmful.

140.   I always made sure that the anti-Yuga message and purpose of the RR/BAYC artwork was amplified, including through my Twitter account and on *rrbayc.com*, as my protest has been a cause that I have dedicated

myself to for nearly a year prior to RR/BAYC.

141. I also sent private messages to the others involved in the RR/BAYC artwork to make my artistic intent clear.

142. One of the mechanisms by which I communicated with Mr. Cahen, Mr. Lehman, and Mr. Hickman during the creation of the RR/BAYC artwork was a chat on the Discord platform ultimately titled "Team Apemarket."

143. I have personal knowledge of the Team Apemarket Discord chat, **JTX-801**, excerpts of which have been attached to this declaration as **Exhibit 7**.

144. In that chat, I frequently discussed my artistic vision and my criticism of the Bored Ape Yacht Club:

    a. At JTX-801.00448-49 I quoted the GQ story "Bored Ape Goes Hollywood" and proposed public criticism of Yuga's planting of the story.

    b. At JTX-801.00488-489 I mentioned to my colleagues that "I was sick of looking at apes" and wondered why somebody would pay $30,000 for one.

    c. At JTX-801.00508 I made clear that the project was not a "cash grab" but was "education."

    d. At JTX-801.00606-08 I discuss what I call "racist traits" in apes and show a tweet that showcases an Ape with the "hip hop" trend.  I also discuss the "Prussian Helmet" and kamikaze headband traits as racist.

    e. At JTX-801.00654 I explained my problem with Yuga by saying, "the issue isn't about writing about nazis or making art about them. I played Wolfenstein a lot, its lying and gaslighting and roping people into it who have no idea about the subtext and financially

incentivizing them to promote something they dont understand. there are things in the project that are blatantly offensive and they are normalizing it by creating an army of people whose bags are attached to it to defend [messed] up behavior."

145. A second private chat for the RR/BAYC artwork was maintained on the Telegram platform.

146. I have personal knowledge of the Telegram chat. A copy of that private chat is contained in **JTX-803** and **JTX-804**, excerpts of which are attached to this declaration as **Exhibits 8** and **9**, respectively.

147. In that Telegram chat I frequently discussed my artistic vison and criticisms of Yuga:

    a. At JTX-803.005 I worked on the artist statement. I ensured that my research and *gordongoner.com* were listed on the *rrbayc.com* website.

    b. At JTX-803.0029-30 I posted a draft of my artist's statement and said that I liked the statement I made. Various iterations of the draft of my artist's statement were proposed in the chat including at JTX-803.0040.

    c. At JTX-804.008 I mentioned that the Mel Brooks memes I posted are good, and that *The Producers* should be a "touchstone" of the project. *The Producers* is a Mel Brooks musical that used satire to criticize post-war fascism and modern consumer culture.

148. I made posts on Twitter that consistently referenced my artwork in connection with my criticism of Yuga.

149. **JTX-2096**, which is attached to this declaration as **Exhibit 10**, is an example of a tweet where I promoted the RR/BAYC artwork as a protest to

the Bored Ape Yacht Club.

150.   **JTX-2096** includes an image showing a modified version of the famous Gustave Dore illustration "David and Goliath," which depicts David hoisting the severed head of Goliath.

151.   The illustration was used in this tweet to represent the RR/BAYC artwork's protest against the Bored Ape Yacht Club.  The tweet also included the text, "David and Goliath? Nope. David and Gargamel."

152.   Gargamel is the pseudonym that Yuga's co-founder and President, Greg Solano uses.  Gargamel is also used as a racial slur aimed at Jewish people.

153.   I have personal knowledge of the tweet in **JTX-2096** as the author of the tweet.

154.   **JTX-2097**, which is attached to this declaration as **Exhibit 11**, is an example of another tweet regarding the RR/BAYC artwork that criticizes Yuga and spreads my educational message.

155.   The tweet in **JTX-2097** includes an image of the four ape images associated with the Yuga co-founders and an infographic showing how each of the co-founders have problematic pseudonyms and has the statement, "why has nobody minted these guys as RR/BAYC apes yet?"

156.   I have personal knowledge of the tweet in **JTX-2097** as the author of the tweet.

157.   I have many other posts of this kind on Twitter when discussing, referencing, and raising awareness of the RR/BAYC artwork.

## IX.   STEPS TAKEN TO AVOID CONFUSION

158.   I took many steps to ensure that the RR/BAYC artwork was received as intended, as a protest against the Bored Ape Yacht Club.

159.   There were at least four levels of controls to prevent confusion that we

1    implemented.

2    160.   First, at the blockchain level, I minted a brand new collection from my

3           personal wallet, ryder-ripps.eth.

4    161.   Anyone with access to *etherscan.io* could see that the collection and the

5           minting contract were minted by me, and not minted by Yuga Labs.

6    162.   Second, on Twitter, where discourse regarding NFTs (including

7           RR/BAYC) takes place, I made many tweets demonstrating the protest

8           nature of my artwork and promoting *gordongoner.com*.

9    163.   Third, at the commissions and reservation level, we took numerous steps to

10          ensure that collectors who commissioned RR/BAYC NFTs knew what they

11          were getting.

12   164.   For all RR/BAYC NFTs that were directly commissioned through me, I

13          ensured that the collector making the reservation was purchasing

14          RR/BAYC NFTs because they supported the protest.

15   165.   Likewise, for reservations made through *rrbayc.com* (which included my

16          artist statement), each reservation would require clicking through a

17          disclaimer that confirmed that RR/BAYC was a satirical NFT collection.

18   166.   The disclaimer on *rrbayc.com* was important to me because it made very

19          clear that I was the creator of the RR/BAYC NFT collection and that I had

20          made the collection to satirize the Bored Ape Yacht Club.

21   167.   I also repeatedly promoted the disclaimer on Twitter since my Twitter

22          account was one of the places the NFT community could go to learn about

23          the RR/BAYC artwork.

24   168.   **JTX-2103**, which is attached to this declaration as **Exhibit 12**, is one of

25          many tweets that I made that are critical of Yuga and include the

26          disclaimer.

27

28

169. **JTX-2103** is a complete and accurate exhibit showing the tweet that I wrote and sent. I have personal knowledge of the tweet because I am the author of the tweet.

170. Fourth, I offered refunds for any reservations for RR/BAYC NFTs, even though refunds are uncommon in the NFT space, to make sure that no one was unhappy with their purchase.  This means that anyone that reserved an RR/BAYC by mistake could always return the NFT, get their commission fee back, and have all transaction costs for the refund covered.

171. I offered the refunds because I did not want to make any money from those who did not appreciate the art.

172. I directly refunded several people who commissioned pieces. Through my Etherscan, I estimate that I refunded approximately $5,229.23 of purchases directly.  Those refunds are publicly recorded at the following website: https://etherscan.io/address/0x592814ff14e030b51f6087032db0f88f4214f254.

173. None of those refunds were requested due to any confusion with Yuga Labs NFTs.

174. The RSVP contract for the RR/BAYC also had an automatic refund feature.

175. Commissioners of RR/BAYC utilized this feature for about $93,135.62 in RR/BAYC.  Those refunds are recorded at the following website: https://etherscan.io/address/0xee969b688442c2d5843ad75f9117b3ab04b14960.

176. I am not aware of anyone requesting a refund because they had thought that they were purchasing a Yuga product.

## X.    APEMARKET

177. I also had private discussions about a hypothetical royalty-free NFT

marketplace named "ApeMarket" with Mr. Cahen, Mr. Lehman, and Mr. Hickman.

178. I never reached a conclusion on what ApeMarket would actually be, what the website would include, or what it would offer to those that used the website.

179. I never controlled the content of the website *apemarket.com*, nor did I set the favicon for the website.

180. ApeMarket never launched.

181. Because ApeMarket was never launched, it did not generate any profits.

## XI. MY UNDERSTANDING OF MY FIRST AMENDMENT RIGHTS

182. My intention in making the RR/BAYC artwork was not to monetize Yuga's brand but instead to criticize Yuga's use of objectionable imagery and to educate the public about the nature of NFTs.

183. As an artist, I believed that I could create an "army of educators" through my art.

184. I believed that my use of art to criticize Yuga and its imagery was protected by the First Amendment.

185. I was surprised when Yuga sued me, because they had broadly permitted others to use the Bored Ape Yacht Club brand to make NFTs.

186. I was also surprised that Yuga did not send any cease and desist letter before suing me.

187. **JTX-2243**, which is attached this declaration as **Exhibit 13**, is a screenshot of an Etherscan page showing that there are 8,847 projects that use APE, variations of BORED APE, and similar terms.

188. I have personal knowledge of **JTX-2243** because I personally took the screenshot.

189. **JTX-2244**, which is attached to this declaration as **Exhibit 14**, is another screenshot of an Etherscan page showing that there are 733 projects that use BAYC, BORED APE, BORED APE YACHT CLUB, and similar terms.

190. I have personal knowledge of **JTX-2244** because I personally took the screenshot.

191. The many projects that use the Bored Ape Yacht Club brand informed my belief that it was not illegal for me to create my own project using those terms, as others had done before me.

## XII.   GOOD FAITH

192. I never believed that my actions violated Yuga's trademark rights.

193. I was not notified by Yuga that it intended to sue me before they filed suit.

194. At Yuga's request, I have taken down the *rrbayc.com* and *apemarket.com* websites.

## XIII.  IMPACT OF THE RR/BAYC ARTWORK

195. The RR/BAYC artwork was successful in raising awareness of Yuga's misconduct and educating the public about the nature of NFTs.

196. I received hundreds of letters thanking me for creating the RR/BAYC artwork and for standing up against a corporation that had used hateful references in its brand.

197. When I read the letters from collectors of the RR/BAYC NFTs, I learned that the artwork had successfully educated many about the problems with Yuga and the Bored Ape Yacht Club.

198. One example is **JTX-2033**, which is attached to this declaration as **Exhibit 15**.  The letter is from Shaun Andriske and states, "How do I get my hands on one?  The ultimate protest release."

199. Another example is **JTX-2592**, which is attached to this declaration as

Exhibit 16. The letter is from a Benjamin Cook and states, "Hope this email convinces you to accept my reservation for rrbayc 4878. I'm an artist, professor and I've been interested in the work you've been doing. Glad you're pointing out what bayc is doing and glad you make the art you do."

200. Another example is **JTX-2599**, which is attached to this declaration as **Exhibit 17**. The letter is addressed from Blake Stango and states, "Just requested to mint one of the apes. Love what you're doing and all the research you and the team have put into exposing the reality of BAYC. Hoping this brings more light to the situation."

201. I also received **JTX-2596**, which is attached to this declaration and **Exhibit 18**. The letter is addressed from Andrew Bader, who comments on how the RR/BAYC artwork means a lot to him because of his Jewish heritage. The letter states, "First off, I love what your [sic] doing! Great work! It means more specifically to another member of the 'tribe' such as myself." This statement was followed by an emoticon of a Star of David.

202. I also received letters from anonymous community members such as **JTX-2595**, which is attached to this declaration as **Exhibit 19**. The letter is addressed from smu66xg0dd and states, "What you guys are doing is truly historic and going to go down in the books of history. You are starting something that has truth and proper work/investigation that you spent countless days, hours, weeks, months on … You guys are building an army behind all of this and the end result of the amazing work you have done and the message in the end is going to be something that will change web3 as we know it imo … You guys are truly iconic in my eyes and something that the true artists in this space deserve."

203. **JTX-2590** is another letter from an anonymous user, which is attached to this declaration as **Exhibit 20**. The letter is addressed from easywrold@protonmail.ch and states, "Just wanted to let you know that your work is appreciated. And I'll leave this one for my future children and hopefully grandchildren if my kids aren't stupid enough to lose it or sell it. True art."

204. I also received letters that reference transactions on secondary markets. For example, **JTX-2035** is a letter from Jason Attar, and is attached to this declaration as **Exhibit 21**. The letter states, "I just wanted to reach out and say F**king well done!! You have done a very positive thing bringing attention to BAYC. These people need to be shown for what they are! I bought one of yours on the secondary, and it is a protest purchase! Keep going."

205. Another letter referencing transactions on secondary markets is **JTX-2039**, which is attached to this declaration as **Exhibit 22**. The letter is from Karl Winterstein and states, "I actually picked up an RRBAYC off looksrare this week because I fully believe what you guys are standing up for."

206. Letters such as **JTX-2035** and **JTX-2039** confirmed my belief that even transactions on secondary marketplaces, such as OpenSea and LooksRare, were not a result of confusion but instead were individuals collecting RR/BAYC NFTs to protest the Bored Ape Yacht Club.

207. The letters from collectors of my artwork were almost universally critical of Yuga.

208. I also observed influencers picking up coverage of my criticism including prominent YouTube channels.

209. Eventually, even mainstream press outlets including *CNN* and the *New York*

*Times* covered my criticism of Yuga.

## XIV.  LACK OF CONFUSION

210.  I am aware that Yuga has pointed to Tweets from people such as @streetoshi to suggest that people were confused by my project.

211.  I have had conversations with @streetoshi over Twitter.

212.  @streetoshi was not confused.

213.  @streetoshi is a fan of the RR/BAYC artwork and a critic of Yuga.  In fact, he messaged me with a message of support for my art.  **JTX-2113**, which is attached to this declaration as **Exhibit 23**, is one of these conversations confirming that @streetoshi is in fact a fan and was not a confused consumer.

214.  I have personal knowledge of **JTX-2113** because I was the recipient of the message.

215.  @streetoshi, like many on the internet including myself, uses sarcasm and humor to make their points.

216.  I am also aware that Yuga has also attempted to point to Jason Cline as another example of a confused consumer.

217.  Jason Cline is also a fan of my artwork.

218.  Jason Cline has made tweets that made it clear that he was not actually confused by the RR/BAYC artwork, and I understand he testified in this case that he is not aware of anyone who was ever confused by RR/BAYC.

219.  **JTX-2112**, which is attached to this declaration as **Exhibit 24**, is a tweet where Mr. Cline thanks me and explains that the reason he commissioned an RR/BAYC NFT was because of the "provenance."

220.  I have personal knowledge of these tweets because I viewed them shortly after they were made.

221. Mr. Cline also often used sarcasm and humor on Twitter to make points.

222. The Tweets of @streetoshi and Jason Cline that Yuga has relied on are sarcastic anti-Yuga tweets that Yuga has misleadingly taken out of context.

223. I am unaware of a single instance of a consumer reserving or otherwise obtaining an RR/BAYC thinking it was a Yuga BAYC NFT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 17, 2023                         By: _____

Ryder Ripps

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on July 17, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000