# EXHIBIT 4

## (JTX-2102 on Joint Exhibit List)

Case 2:22-cv-04355-JFW-JEM   Document 346-4   Filed 07/17/23   Page 2 of 2   Page ID #:25559

**RYDER RIPPS**
@ryder_ripps

good one.. racist pith hat, racist smile, boogaloo shirt



8:43 AM · Jun 18, 2022

25 Likes

RIPPSCAHEN00017523