# EXHIBIT 7

## (JTX-801 on Joint Exhibit List)

Twitter • 02-Jun-22 08:01 AM

**Pauly Shore** 02-Jun-22 02:48 PM
Tiered Pro Status

**hwonder** 02-Jun-22 02:49 PM
https://ebisusbay.com/

**Ebisu's Bay — Cronos #1 NFT marketplace**
The first NFT marketplace on Cronos. Create, buy, sell, trade and enjoy the #CroFam NFT community.

**Pauly Shore** 02-Jun-22 02:49 PM
.5% default
.4% 1 RRBAYC
.3% 2 RRBAYC
.2% 3 RRBAYC
.1% 4 RRBAYC
0% 5 RRBAYC

Other projects to consider: Goblins, Moonbirds, Azuki, Meebits, Punks

**middlemarch.eth** 02-Jun-22 02:51 PM
Why not 1% default?
Seems like 0 to 1 should be bigger than 1 to 2
In terms of beneit

**Pauly Shore** 02-Jun-22 02:53 PM
1% default is cool too

**Pauly Shore** 02-Jun-22 03:04 PM
i like .5% because its the same as x2y2 with the option to go to 0

**ryder** 🔜 02-Jun-22 03:25 PM
word

⎿ **hwonder** https://twitter.com/GQMagazine/status/1532331455644418050 come on ...
**ryder** 🔜 02-Jun-22 03:25 PM
joke
wild lies

⎿ **Pauly Shore** .5% default .4% 1 RRBAYC .3% 2 RRBAYC .2% 3 RRBAYC .1% 4 RRBAYC 0% 5 RRBAYC
**Pauly Shore** 02-Jun-22 03:25 PM
do you like this structure?
i dig it
gives incremental utility

**ryder** 🔜 02-Jun-22 03:26 PM
"We think of Otherside as a digital Disney World." The difference being, of course, "the platform is designed to allow anyone to build their own 'rides' or 'attractions' in this metaverse and own the value of those for the community." A virtual amusement park in which users bring their own amusements, and pay for the privilege in ApeCoin.

😂 1

"Everyone's in a metaverse of their own making," Neil Strauss told me excitedly one afternoon over lunch on the plaza of the Los Angeles Convention Center. The author of The Game, which popularized pickup artistry for the masses, and celebrity ghostwriter to the stars (or, at least, to Marilyn Manson and Jenna Jameson), Strauss had been tapped by the team behind a Bored Ape named Jenkins the Valet to "ghostwrite" the ape's life story, complete with stories of other apes he'd encountered at the Yacht Club. Rail thin and prone to laughing easily in a mischievous sort of way, Strauss had left pickup artistry behind years ago and seemed genuinely excited by crypto's possibilities. (One wonders about the Venn diagram between the two communities.) It reminded him, he said, of pitching stories on hip-hop to skeptical editors decades ago. "People were literally saying this is just a trend that's not going to last. Whenever people say something is a trend that's not going to last, that means it's a trend that's going to last."



**Pauly Shore**  02-Jun-22 03:26 PM

lmfao

editor of rolling stone

paid off



**ryder**  02-Jun-22 03:29 PM

https://twitter.com/ryder_ripps/status/1532444204885889024



**RYDER-RIPPS.ETH** (@ryder_ripps)

The nepotism runs deep, Neil Strauss, who is writing a book on BAYC and is an editor of Rolling Stone who placed their cover story as well as their Seneca distraction story, has been close with Guy Oseary since the 90s, thanked in the autobiography he wrote about Marylin Manson

Twitter • 02-Jun-22 03:29 PM



**hwonder**  02-Jun-22 03:41 PM

dang... we can't have the shaq's 👀 🤣

JTX-0801.00449


**ryder** 🔜  03-Jun-22 01:36 AM
i posted hella


**Pauly Shore**  03-Jun-22 01:36 AM
Hahaha


**ryder** 🔜  03-Jun-22 01:36 AM
like 0 engagement


**Pauly Shore**  03-Jun-22 01:36 AM
Yeah


**ryder** 🔜  03-Jun-22 01:36 AM
might take it off lol


**Pauly Shore**  03-Jun-22 01:36 AM
Lmao
I don't blame you


**ryder** 🔜  03-Jun-22 01:37 AM
whatever
ill post later
i removed


**Pauly Shore**  03-Jun-22 01:37 AM
For sure


**ryder** 🔜  03-Jun-22 01:37 AM
the rrbayc post has a lot tho
and good comments


**Pauly Shore**  03-Jun-22 01:37 AM
Which one


**ryder** 🔜  03-Jun-22 01:37 AM
https://www.instagram.com/p/CeMyr4pPbie/


**Pauly Shore**  03-Jun-22 01:38 AM
Oh yeah
Fire


**ryder** 🔜  03-Jun-22 01:38 AM
pretty sick of looking at apes tbh


**Pauly Shore**  03-Jun-22 01:39 AM
Yeah they are terrible


**ryder** 🔜  03-Jun-22 01:39 AM



 **Pauly Shore**  03-Jun-22 01:39 AM
Cost of doing business
Gross lol
This shit is so wild bro

 ryder  03-Jun-22 01:39 AM
imagine paying 300k for that

 **Pauly Shore**  03-Jun-22 01:39 AM
I know

 ryder  03-Jun-22 01:39 AM
owned by the conehead guy
lol

 **Pauly Shore**  03-Jun-22 01:39 AM
A true humiliation ritual

 ryder  03-Jun-22 01:39 AM
man the world is so wacky

 **Pauly Shore**  03-Jun-22 01:39 AM
I know
Selling 10k of these in this context is an amazing feat Lmfao
This entire thing is seriously so good hahahahaha
Imagine how good this will look after Chris's entire documentary comes out
HAHAHAHAHA
Lmfaooooo
I hope it's a good doc

 ryder  03-Jun-22 01:44 AM

When you find out RR/BAYC are back on opensea



or maybe the background should say

gordongoner.com

[Image attachment]

yeah

**middlemarch.eth** 03-Jun-22 02:51 PM
Speaking purely personally I'm not sure foregrounding the gordongoner narrative helps at this stage as it could perhaps increase FUD of BAYC holders who might think it's antagonistic toward them

**ryder**  03-Jun-22 02:51 PM
[Image attachment]

**middlemarch.eth** 03-Jun-22 02:51 PM
Like, does it sell RR/BAYC to have that there or not

At this stage

**ryder** 03-Jun-22 02:52 PM
but they say its a cashgrab

**middlemarch.eth** 03-Jun-22 02:52 PM
To me "conceptual art meets utilty" is a stronger and more positivty message

**ryder** 03-Jun-22 02:52 PM
when its education

**middlemarch.eth** 03-Jun-22 02:52 PM
Or just "utilty" haha

**ryder** 03-Jun-22 02:52 PM
i mean a lot of things

ok

ill change it

**middlemarch.eth**  03-Jun-22 02:53 PM
RIght I think the "save you money" thing is stronger than "education" that this tage


**middlemarch.eth** 09-Jun-22 01:49 AM
But the look of that photo you posted was very good


**ryder** 09-Jun-22 01:49 AM
happy to send


**middlemarch.eth** 09-Jun-22 01:49 AM
Ok let me dig up this ape

I appreciate it!


**ryder** 09-Jun-22 01:49 AM
i also was thinking of doing paintings

👀 1

i think id be a bit picky about what i paint tho

the one vard got is really choice..


**middlemarch.eth** 09-Jun-22 01:49 AM
Haha seems high-effort!


**ryder** 09-Jun-22 01:49 AM
kinda mad i gave it up tbh

lol


**middlemarch.eth** 09-Jun-22 01:49 AM
To paint


**ryder** 09-Jun-22 01:49 AM
just like the gordon goner mint..


**middlemarch.eth** 09-Jun-22 01:49 AM
Why is Vard's so good?

Just like all the different memes combined?

The grill etc


**ryder** 09-Jun-22 01:50 AM
i cant believe i let it go.. i guess sometimes im just in moods where i dont care


**middlemarch.eth** 09-Jun-22 01:50 AM
Or is it famous osmehow


**ryder** 09-Jun-22 01:50 AM
the vard one was used in the hitler meme video

its a classic


**middlemarch.eth** 09-Jun-22 01:50 AM
Ohhhh of course


**ryder** 09-Jun-22 01:50 AM
it was used to show all the combined racist traits


**middlemarch.eth**  09-Jun-22 01:51 AM
Is that the best one tho? It isn't "Hip Hop" is it?


**ryder** 🔜  09-Jun-22 01:51 AM
its also just fucking insane


**middlemarch.eth**  09-Jun-22 01:51 AM
Or maybe it is I can't remember


**ryder** 🔜  09-Jun-22 01:51 AM
i mean there are so many fucked up ones..
but that one is used in the video
and stands out to me
there are some others that were used in images i dont have
https://twitter.com/ryder_ripps/status/1480759418325143553



like this one
i should have kept all these


**middlemarch.eth**  09-Jun-22 01:52 AM
Yeah that is the most fucked up one I think
When I am asked to explain it casually to someone I pull up that one
Using "hip hop" + "grill"   (edited)


**ryder** 🔜  09-Jun-22 01:52 AM
he prussian helmet ones are fucked

JTX-0801.00607

\*the

people dont get how fucked the prussian helmet ones are..

its such a give away that its a troll..

like nobody uses those hats

its not a common ref

in anything

in 2022

the other shit u could argue exists much easier..

who fucking has a "prussian helmet"

its completely rediculous


**middlemarch.eth**  09-Jun-22 01:54 AM
It's funny to me tho at first glance it does look just kind of "historical" or whatever haha

Versus 3721 which looks instantly messed up

But then when you think about it, I agree

It is just very weird


**ryder**  09-Jun-22 01:54 AM
like.. any marvel comics with that?

maybe one from 1960..


**middlemarch.eth**  09-Jun-22 01:54 AM
Also callin git "Prussian"


**ryder**  09-Jun-22 01:55 AM
yeah its fucking stupid

calling that prussian but then calling the kamikazi headband "sushi chef"


**middlemarch.eth**  09-Jun-22 01:55 AM
EXACTLY


**ryder**  09-Jun-22 01:55 AM
its so clearly trolling


**middlemarch.eth**  09-Jun-22 01:55 AM
Right


**ryder**  09-Jun-22 01:55 AM
i really hate these people

they are really fucked up tbh


**middlemarch.eth**  09-Jun-22 01:55 AM
They should have called it something more faux-playful to stay in character

Very weird!

It's all just very weird


**ryder**  09-Jun-22 01:56 AM
i mean..


**middlemarch.eth**  17-Jun-22 05:07 PM
I know I said that


**ryder**  17-Jun-22 05:07 PM
i have no idea what they are


**middlemarch.eth**  17-Jun-22 05:07 PM
I said you were calling them torlls


**ryder**  17-Jun-22 05:07 PM
i am calling them creative writers.. which they call themselves

yeah

i mean they use 4chan, the early bayc reddit account has 4chan screenshots

its pretty clear , i think a lot of people dont realize theres a direct linage from shitcoin world to nfts

shitcoin culture came from /biz

the whole "yuga" labs thing is pretty silly when they embedded the name guenon into a puzzle

ever look at that puzzle?

they arent dumb.


**middlemarch.eth**  17-Jun-22 05:11 PM
The other side would be like "okay, the early story of lots of successful things are weird, founders say and do weird things when they don't think anyone will care, what, if anything, should be the reckoning once these things are found out if they don't currently embody the spirit of the project"

I guess no one will admit ANY of the trolling is present

Which is kind of funny


**ryder**  17-Jun-22 05:12 PM
the issue isnt about writing about nazis or making art about them

i played wolfenstein a lot

its lying and gaslighting and roping people into it who have no idea about the subtext

and financially incentivizing them to promote something they dont understand

there are things in the project that are blatently offensive and they are normalizing it through creating an army of people whos bags are attached to it to defend fucked up behavior

including guy


**middlemarch.eth**  17-Jun-22 05:15 PM
I mean it's true, the gold grille apes, you don't have to know the Hess death year to think those are messed up


**ryder**  17-Jun-22 05:15 PM
yeah


**middlemarch.eth**  17-Jun-22 05:15 PM
But I guess with those you know what you're getting in a way

Like anyone who buys that deserves it


**ryder**  17-Jun-22 05:15 PM
"sushi chef headband" that actually says kamakazi

when they clearly know enough about history to properly label it a "prussian helmet"

why is the kamikazi headband "sushi chef" ?