# EXHIBIT 8

## (JTX-803 on Joint Exhibit List)

Since December of 2021, Ryder has been deeply investigating the BAYC subculture and underpinnings. His research has led him to discover a deep and undeniable link to internet/4chan troll culture. See the research at GordonGoner.com

Beginning on Wednesday, May 18th of 2022, Ryder, in the spirit of his historic alien #3100 mint began creating new works based on the BAYC genesis collection, these new works recontextualize the originals, illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censorship components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure.

This work falls within the framework of satire, provocation, fair use and protest.

This collection has already been delisted and relisted from the Foundation marketplace twice and YugaLabs LLC has formally withdrawn their DMCA takedown request via Foundation.

**Ryder Ripps** — 17:31
Ryder Ripps minted the Larva Labs CryptoPunk #3100, an image whos original token attached sold for $7.XM

*thats — 17:31

**Pauly Shore** — 17:31
copy that

**Ryder Ripps** — 17:31
something like that

**Pauly Shore** — 17:31
yes

adding — 17:31

will look up the exact sale as well — 17:31

**Ryder Ripps** — 17:31
his sold for 2.1eth

blah blah — 17:31

**Pauly Shore** — 17:31
was it 2.1 eth

and was it after the delisting that it sold? — 17:31

ill check — 17:32

nevermind — 17:32

**Ryder Ripps** — 17:32
is research has led him to discover links to internet/4chan troll culture. See the research at GordonGoner.com

**Pauly Shore** — 17:34

**Hwonder** 22:36

that is HARD CORE

**Pauly Shore** 22:36



Ryder design master 22:37

In reply to this message 22:37

This one is so fire

So we have the text pretty solid 22:37

Just need ryder to sign off on which logo 22:37

**Ryder Ripps** 22:57

On June 14th, 2021 I minted CryptoPunk #3100 (https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum Blockchain, an image whose token sold for a record $7.58M USD on March 11th, 2021.

My Alien 3100 mint tested the boundaries and meaning of digital images within a new paradigm of IP law, copyright, computer generated images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received a Digital Millennium Copyright Act (DMCA) (https://foundation.app/@ryder_ripps/foundation/55151) notice from the original creator: LarvaLabs LLC. I successfully countered the DMCA and 3100 was subsequently re-listed, sending a strong message that you can't copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and ownership.  Provenance has always been the definitive aspect in establishing an artworks meaning and value. The technology of NFTs is widely misunderstood, in its greatest form, it enables an immutable trace of origin in time to the creator of a digital work.

Since December of 2021, I have been investigating the most valuable NFT project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through months of intensive research within my community, myself and others have discovered extensive links to 4chan subversive troll culture. You can read the findings at http://GordonGoner.com, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of remint, the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFT to change meaning, establish provenance and evade censorship.

RR/BAYC use satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the nature of NFT. The work is an extension of and in the spirit of other artists who have worked within the field of appropriation art.
(https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was been delisted from the platform Foundation marketplace on May 17th 2022 when Yuga Labs sent a DMCA take down request, two hours later Yuga Labs LLC has formally withdrawn their initial DMCA takedown request (EMBED LETTER JPG HERE), perhaps siding with me that this is fair use. The current terms of ownership from Yuga Labs LLC to BAYC holders are unclear and do not meet current Copyright standards in several respects. Defining what we are buying with an NFT is one of the goals of this artwork.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at rrbayc@protonmail.com

| | |
|---|---|
| my friend says this is really good | 22:58 |
| im cool with it | 22:58 |
| **Pauly Shore** | 22:58 |
| The text? | |
| We just need to choose the logo you want @ryderripps | 22:59 |
| **Ryder Ripps** | 23:09 |
| what logo | |
| In reply to this message | 23:09 |
| i like this | |
| **Pauly Shore** | 23:09 |
| In reply to this message | |
| For this | |
| Ok great! | 23:09 |
| Locked! | 23:09 |
| **Ryder Ripps** | 23:09 |
| Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork | |
| **Pauly Shore** | 23:10 |
| Yes perfect | |
| **Ryder Ripps** | 23:10 |
| for the txt | |
| maybe | 23:10 |
| Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT | 23:10 |
| yeah | 23:10 |
| add NFT | 23:10 |

JTX-0803.00030