# EXHIBIT 9

# (JTX-804 on Joint Exhibit List)

| | | |
|---|---|---|
| T | Agreed | 14:49 |

**Pauly Shore** — 14:50

https://foundation.app/@ryder_ripps/bayc/101

**Ryder Ripps** — 14:50

the mel brooks memes i just posted are good

the producers should be a touchstone for the project — 14:50

**Pauly Shore** — 14:50

Yes

I wanna send one to shkreli — 14:51

**Ryder Ripps** — 14:51

send it

that ones kinda boring tho — 14:51

**Pauly Shore** — 14:51

Cool

**Ryder Ripps** — 14:51

send him a turnt one

[image: scene from "The Producers" with swastika banners and dancers, overlaid with text "RR/BAYC"] — 14:51

**Pauly Shore** — 14:52

https://foundation.app/@ryder_ripps/bayc/576

This one is good because it's owned by Andre cronje on the original collection — 14:52

Huge defi byilder — 14:52

Bullish — 14:52

**Ryder Ripps** — 14:56

thats a good one

**Pauly Shore**