# EXHIBIT 10

## (JTX-2096 on Joint Exhibit List)



RIPPSCAHEN00019015