# EXHIBIT 11

## (JTX-2097 on Joint Exhibit List)



Gargamel
@CryptoGarga
Gargamel is an anti-semitic depiction of a Jewish person.
GordonGoner.eth
@GordonGoner
Gordon Goner is an anagram for "Drongo Negro" drongo means stupid.
drongo
negro
EmperorTomatoKetchup
@TomatoBAYC
Emperor Tomato Ketchup is a 1971 movie banned for being child pornography.
Sass
@SassBAYC
SA SS were the two primary Nazi military divisions.
SA und SS
Aufbau-Dienstgrade-Abzeichen
5
5
33

RYDER RIPPS
@ryder_ripps
why has nobody minted these guys as RR/BAYC apes yet?
10:56 AM · May 15, 2022
5 Retweets 33 Likes
goblintow... · May 15, 2022
Replying to @ryder_ripps
8803 🙏
2
RYDER... · May 15, 2022
Replying to @goblintattoo
foundation.app
foundation.app
DMCA Takedown Notice | Foundation
1
1
Show replies