# EXHIBIT 12

## (JTX-2103 on Joint Exhibit List)










RIPPSCAHEN00017526