# EXHIBIT 13

## (JTX-2243 on Joint Exhibit List)



RIPPSCAHEN00026242