# EXHIBIT 14

# (JTX-2244 on Joint Exhibit List)



RIPPSCAHEN00026243