# EXHIBIT 15

## (JTX-2033 on Joint Exhibit List)

Love this



Hey,
Just watched that doco and now want in hahah …. It's a beautiful thing. How do I get my hands on one? The ultimate protest release. So all 'apes' have been minted or are getting minted and have they all been reserved as is? You're killing the space my man. Good luck. I'm chasing #1650 ….. didn't get to reserve it but I'm mesmerised by the activity atm
Keep it up

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIPPSCAHEN00001577