# EXHIBIT 16
## (JTX-2592 on Joint Exhibit List)



[3] Rrbqyc

From: Benjamin Cook <benjamincook.art@gmail.com>         May 31, 2022
To: rrbayc@protonmail.com

Hey Ryder,
Hope this email convinces you to accept my reservation for rrbayc 4878. I'm an artist, professor and I've been interested in the work you've been doing. Glad you're pointing out what bayc is doing and glad you make the art you do.

Cheers,

Benjamin Cook
www.benjamincookart.com
@benjamincookart

From: rrbayc <rrbayc@protonmail.com>         May 31, 2022
To: Benjamin Cook

just sent!

Sent with Proton Mail secure email.
------- Original Message -------
On Tuesday, May 31st, 2022 at 8:37 AM, Benjamin Cook <benjamincook.art@gmail.com> wrote:


> Hey Ryder,
> Hope this email convinces you to accept my reservation for rrbayc 4878. I'm an artist, professor and I've been interested in the work you've been doing. Glad you're pointing out what bayc is doing and glad you make the art you do.
>
> Cheers,
>
> Benjamin Cook
> www.benjamincookart.com
> @benjamincookart

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          RIPPSCAHEN00001408