# EXHIBIT 17

## (JTX-2599 on Joint Exhibit List)

LOVE IT!



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIPPSCAHEN00001523