# EXHIBIT 18

## (JTX-2596 on Joint Exhibit List)

| From | 🔒 Andrew Bader <andrewsbader@gmail.com> | ☆ ✉ Jun 18, 2022 |
|------|------------------------------------------|-------------------|
| To | rrbayc@protonmail.com | |

First off, I love what your doing!  Great work!

It means more specifically to another member of the "tribe" such as myself. ✿

Question (stupid question) I see the collection of RR apes on the site, however how do you know how much they cost each?  Do they sell for ETH exclusively, or can you purchase with USD?  Are they sold exclusive through the .com site?

Thanks for your time, and again.. keep up the great work! 👏

Andrew Bader

| rrbayc DRAFT | ☆ 📄 Jun 18, 2022 |
|--------------|-------------------|

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**RIPPSCAHEN00001479**