# EXHIBIT 20

## (JTX-2590 on Joint Exhibit List)



From 🔒 easywrld@protonmail.ch

To rrbayc@protonmail.com

☆ ✉ May 28, 2022

Sorry for the previous email. Found it.

Just wanted to let you know that your work is appreciated. And I'll leave this one for my future children and hopefully grand children if my kids aren't stupid enough to lose it or sell it. True art.

Stay Inspired.

...

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                              **RIPPSCAHEN00001396**