# EXHIBIT 21

## (JTX-2035 on Joint Exhibit List)

# Massive thanks



**From:** jasonattar@tellyjuice.com  
**To:** rrbayc@protonmail.com  
Jun 21, 2022

I just wanted to reach out and say F**king well done!!

You have done a very positive thing bringing attention to BAYC. These people need to be shown for what they are!

I bought one of yours on the secondary, and it is a protest purchase!

Keep going.

Cheers - Jason Attar

--

**Jason Attar | Co-Founder of TellyJuice Ltd.**
TellyJuice Ltd. | 2nd Floor | 20-24 Old Street | London | EC1V 9AB
T: 020 7490 8045 | www.tellyjuice.com

Follow us on:

Twitter | Facebook | LinkedIn | YouTube

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                               RIPPSCAHEN00001655