# EXHIBIT 22
## (JTX-2039 on Joint Exhibit List)

**From:** Karl Winterstein <karl@nftsyd.io>  Jul 21, 2022
**To:** rrbayc@protonmail.com

Hey Ryder

Greetings from Australia, I'm a huge fan and supporter of your previous work and of course with the RRBAYC community. I'm also a BAYC holder from a few weeks after their launch because of the community that was growing back then, of course, it's not the same community now but I hold it because it was a moment in time stamp for me.

I actually picked up an RRBAYC off looksrare this week because I fully believe what you guys are standing up for.

The CMO https://www.linkedin.com/in/brentannells/ of this company just connected with me on LinkedIn and when I looked at his profile and how they are using and promoting the ape they purchased and also what they are doing with Token Smart Labs and Tokenscript, I found the IP/Copyright stuff pretty interesting they are leading with this and as we all know the terms of service with BAYC and Yuga are super vague and ambiguous.

Hopefully, this may add some value to your case against YUGA that there are established businesses now commercialising these apes via new platforms and through derivatives. (see their faq's on the website).

https://derivatives.tokenscript.org/

### Derivatives

On-chain derivatives use SmartToken Labs technology. Issue derivative rights, mint derivative NFTs, and blow up your NFT communities.

derivatives.tokenscript.org

Good luck with the upcoming litigation and know you and pauly and co have a lot of global community supporting and behind you guys.

All the best

Karl Winterstein karl@nftsyd.io
@Svmmerstein on Twitter

www.nftsyd.io



### Event - Community - Education | NFTSYD

NFTSYD is an (IRL) Non-Fungible Token event. NFT SYDNEY is a deep-dive into everything NFT. Hear industry experts and creators discuss the implications of NFTs through talks, panels, workshops, and experiences that bring together artists, projects, platforms, collectors and investors from the global NFT community.

www.nftsyd.io

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    RIPPSCAHEN00001869