# EXHIBIT 24

## (JTX-2112 on Joint Exhibit List)



RIPPSCAHEN00022455

Replying to @Jclineshow
? I'm so confused ... this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says "bored ape" it's not real dude

2

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022
Replying to @Joey_tartz and @Jclineshow
got me, im not real, im a spirit.

1          3

Show replies

**Poyo** ✓ @poyo_eth · May 16, 2022
Replying to @Jclineshow
😜

1

**TT314.eth** ✓ @TT3I4 · May 16, 2022
Replying to @Jclineshow
Whoa! Nice! 🙌🏽

2

**MIKEG✊.eth | ClownPhunk** @MetaMikeG · May 16, 2022
Replying to @Jclineshow
Nice but I only care what people with 7 Super Bowl Championships think

2

**wenrat.eth** @stonkin2021 · May 16, 2022
Replying to @Jclineshow
Holy sht Jason!!! Congrats brother, you deserve it:)

1          3

**Steve** 🧟‍♂️🦐🐇 @steve_abootman · May 16, 2022
Replying to @Jclineshow

RIPPSCAHEN00022456

👏👏👏👏

💬   ⟲   ♡ 1   📊   ⤴

---

**Lerro** @lerrostore  ···
😍Installation takes only 60s
🏠Keep your family safe !

🔥Get it👉 lerro.co/security-camera

0:16   16.6M views

💬 1,046   ⟲ 3,108   ♡ 25.9K   📊 32.5M   ⤴

↗ Promoted

---

### More Replies


**Not Bored Apes** @NotBoredApes · May 17, 2022
Replying to @Jclineshow
SHEESH

RIPPSCAHEN00022457

💬     🔁     ♡ 1     📊     ⬆️

**CompoundInteresting.eth** 🦇🔊 @degenvestor69 · May 16, 2022
Replying to @Jclineshow
Fake ape

💬 1     🔁     ♡     📊     ⬆️

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022
Replying to @degenvestor69
@ryder_ripps is my ape fake?

💬 1     🔁     ♡ 2     📊     ⬆️

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · May 16, 2022
Replying to @Jclineshow
no its a real ryder ripps ape

💬 2     🔁 1     ♡ 13     📊     ⬆️

**Jason Cline** 🚀 ✓ @Jclineshow · May 16, 2022
Replying to @ryder_ripps
Ok phew. Thought I had a fake ape.

💬     🔁     ♡ 5     📊     ⬆️

## More Tweets

**Edward Ongweso Jr** ✓ @bigblackjacobin · 4h
repeat after me: venture capitalists are parasites that cannot be trusted to manage the financial institution that held up their entire ecosystem, let alone the direction of technological development

💬 10     🔁 317     ♡ 1,791     📊 62.1K     ⬆️

Show this thread

**Cory Swan.com LET'S RUN #Bitcoin** ✓ @coryklippsten · 4h
#Bitcoin ₿ is middle class money (h/t @Blue_CollarBTC)

RIPPSCAHEN00022458



0:51  7,953 views

💬 31    🔁 70    ♡ 358    📊 19.8K    ⬆

---

Mike Three ✓ @enjoyoor · 7h



RIPPSCAHEN00022459

○ 21     ⟲ 27     ♡ 209     ‖ 6,202     ⇧

**PAULY** ✓ @Pauly0x · 17h

If you haven't figured out that the entire NFT market is run by a small cartel, I encourage you to learn more.

It's a completely centralized VC scam. Full stop. All the top projects are owned by 1 company.

It's laughable and not even remotely subtle.

RIPPSCAHEN00022460



RIPPSCAHEN00022461

⬇ 13  ⟲ 14  ♡ 103  📊 4,480  ⬆

Show this thread

**Mike Three** ✓ @enjoyoor · 11h  ···

RIPPSCAHEN00022462



 5    ⟲ 10    ♡ 78    ᴵˡᵢ 3,114    ⇧

**PAULY** ✓ @Pauly0x · 4h
Mt. Fuji



RIPPSCAHEN00022463

💬 14   🔁 3   ♡ 72   📊 2,401   ⬆️

**Mike Three** ✓ @enjoyoor · 19h
by printing more money we simply divide the losses of the wealthiest people equally among the rest of the people so nobody is impacted by it directly, brilliant

💬 12   🔁 15   ♡ 69   📊 4,760   ⬆️

**Jason Cline** 🚀 ✓ @Jclineshow · 16h
Always looking to buy phunks

RIPPSCAHEN00022464

○ 6  ⇄ 8  ♡ 67  ᵢᵢᵢ 3,839  ⇧

**PIV** @piv_piv · 23h
Emoji Punk



○ 6  ⇄ 18  ♡ 67  ᵢᵢᵢ 4,246  ⇧

**JEFF.XYZ | JEFE.BTC** ✓ @sherwoodmg · 17h
yall bought these for $50k????

ooof.

RIPPSCAHEN00022465



15   14   65   14.4K

**PIV** @piv_piv · 23h
Frozen Punk



RIPPSCAHEN00022466

 5      9      59      1,373

**Mike Three** @enjoyoor · 8h

what hasnt quite clicked for everyone yet is that if u manage to collect all 300 twelvefold ordinals u can burn them to redeem a single red one

 3      5      72      2,023

**Mike Three** @enjoyoor · 19h

they can save her

RIPPSCAHEN00022467



2  5  53  3,775



**PAULY** ✓ @Pauly0x · 18h · ✏️
💥 @ryder_ripps and I connected in 21' after I discovered his work. It was thought provoking & immediately shifted my perspective. I got some.

We started chatting on Twitter, and the rest is history.

My first RR piece is aptly named:

"The Treachery of NFTs (CryptoPunk #7804)"

RIPPSCAHEN00022468



💬 7    🔁 11    ♥ 61    📊 3,449    ⬆

 **PAULY** ✓ @Pauly0x · 8h

YugaLabs is technically incompetent.

This is not my personal opinion, it's fact.

Their original NFT collection contains 31 identical image hashes and 112 duplicate apes. 6 of the 112 are triples.

A 4 billion dollar corp that can't even launch an NFT collection properly? 🤡



RIPPSCAHEN00022469



RIPPSCAHEN00022470

💬 9   🔁 2   ♥ 47   📊 5,863   ⬆️

**PAULY** ✓ @Pauly0x · 22h

[video: 2:10, 1,385 views]

💬 17   🔁 9   ♥ 46   📊 3,604   ⬆️

---

**PAULY** ✓ @Pauly0x · 22h
When people ask me what I do for a living what am I supposed to even say?

💬 44   🔁 3   ♥ 46   📊 6,760   ⬆️

---

**PAULY** ✓ @Pauly0x · 3h
Do it regardless of if you are up big.

> 🐧 **Pentoshi** 🐧 ✓ @Pentosh1 · 3h
> If you're up big. Do something nice for someone, a random act of kindness. can be family or a stranger.
>
> Buy someone a coffee, pay for someone's groceries. What might be small to you might be big to them. We have it pretty good here but most people don't.

💬 13   🔁 2   ♥ 44   📊 1,894   ⬆️

RIPPSCAHEN00022471

**Chopper** @chopper_dad · 11h
I'm throwing my computer in the garbage.

💬 12    🔁 2    ♥ 42    📊 1,637    ⬆️

**PAULY** ✓ @Pauly0x · 4h

> "Borders are just imaginary lines that don't exist in nature."
>
> Nature:
>
> > **Darlene Whitehead** @Darlene66555533 · 3d
> > "GPS tracking on six wolf packs shows how much they avoid and respect each other's territory."

💬 4    🔁 4    ♥ 38    📊 1,860    ⬆️

# See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

RIPPSCAHEN00022472

**Sign up**

RIPPSCAHEN00022473