1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING
   HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
11 HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 *Attorneys for Defendants
   Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | CASE NO. 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF LODGING FOR VIDEO EXHIBITS TO DECLARATIONS OF TRIAL TESTIMONY** <br><br> Judge: Hon. John F. Walter <br><br> Trial Date: July 31, 2023 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy Cahen hereby lodge with the Court a copy of three video recordings identified as Exhibit 1 to the previously filed Declaration of Ryan Hickman, Exhibit 4 to the previously filed Declaration of Jeremy Cahen, and Exhibit 11 to the previously filed Declaration of Jeremy Cahen.  Exhibit 1 to Mr. Hickman's Declaration (JTX-2673) and Exhibit 4 to Mr. Cahen's Declaration (JTX-272) are both videos of a WebSummit presentation about Yuga Labs Inc. ("Yuga") where Yuga's CEO publicly declares that Yuga has no intellectual property rights.  Exhibit 11 to Mr. Cahen's Declaration (JTX-2676) is a video of a Bloomberg presentation where a background screen in the video displays information about NFT collections.  The videos will be lodged with the Court on a thumb drive in MP4 file format with the file names: Exhibit 1 to Hickman Declaration – Muniz WebSummit Video (JTX-2673); Exhibit 4 to Cahen Declaration – Muniz WebSummit Video (JTX-2672); and Exhibit 11 to Cahen Declaration – Bloomberg Video (JTX-2676).

Since the video to be lodged with the Court will be a copy, Defendants do not require that it be returned, and the Court may dispose of the exhibits as it sees fit.

Dated: July 17, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109

Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on July 17, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000