**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date:  July 20, 2023 |
| Title: | Yuga Labs, Inc. *-v-* Ripps, et al. | |

**PRESENT:**
           **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER REGARDING OBJECTIONS TO DECLARATIONS**

   In the unlikely event that there are objections to the witness declarations (Docket Nos. 337, 338, 339, 340, 341, 342, 344, 345, and 346) filed by the parties on July 23, 2023, the Court orders lead counsel for the parties to meet and confer in person and resolve the objections to the declarations. After the conference, in lieu of filing a reply or response to the objections as required by the Court's Civil Trial Order,[1] counsel shall file, on or before **July 25, 2023, at 10:00 a.m.**, a joint statement, advising the Court that all of the objections to the testimony of live witnesses have been resolved. In the unlikely event, that the parties cannot resolve all of the objections to the testimony of live witnesses, the parties shall file, on or before **July 25, 2023, at 10:00 a.m.**, a separate joint statement for each live witness in the format set forth below.

   The format for the joint statements shall be as follows:

**JOINT STATEMENT RE: OBJECTIONS TO WITNESS DECLARATIONS**

   The parties were able to resolve the objections as to the following testimony: [name of witness, Declaration paragraph and line].

---

   [1] See Civil Trial Order (Docket No. 284) at § 6(a) ("Counsel shall file any reply or response to the objections by noon on the fifth calendar day before trial")

The parties were not able to resolve the objections as to the following testimony:

**Disputed Testimony** [name of witness, declaration paragraph and line, followed by quote of the disputed testimony]

**Plaintiffs'/Defendant's Grounds for the Objection**:  [Cite the basis for the objection and the argument as set forth in the objections filed on July 23, 2023].

**Plaintiffs'/Defendant's Response to the Objection**:


IT IS SO ORDERED.