Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **MR. RIPPS AND MR. CAHEN'S OBJECTIONS TO JONAH BERGER'S DECLARATION OF TRIAL TESTIMONY** <br><br> Judge: Hon. John F. Walter <br><br> Trial Date: July 31, 2023 |

1  TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT Defendant Ryder Ripps and Defendant
4  Jeremy Cahen submit the following objection to Jonah Berger's Declaration of Trial
5  Testimony ("Berger Declaration") in the event of his failure to appear at trial.
6      A trial before the court may include direct testimony by declaration but such
7  testimony is subject to both the parties' right to object to the admissibility of the
8  contents of the declaration and to the right to cross-examine the declarant at trial. *See*
9  *In re Adair*, 965 F.3d 777, 780 (9th Cir. 1992).  To the extent the declarant does not
10  appear at trial, the entire declaration is inadmissible under Federal Rule 43(a). *See In*
11  *re Geller*, 170 B.R. 183, 186 (Bankr. S.D. Fla. 1994) (requiring witness to take the
12  stand in order for a declaration to comply with Fed. R. Civ. P. 43(a)).  A declarant's
13  failure to attend trial also renders the declaration inadmissible hearsay and does not
14  qualify for any hearsay exceptions governing unavailable declarants.  *See* Fed. R.
15  Evid. 804; *Tongil Co. v. Vessel Hyundai Innovator*, 968 F.2d 999, 1000 (9th Cir.
16  1992) (excluding declaration as inadmissible hearsay).

19  Dated: July 21, 2023　　　　　　　　By: /s/ Louis W. Tompros
20  　　　　　　　　　　　　　　　　　　　Louis W. Tompros (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　louis.tompros@wilmerhale.com
21  　　　　　　　　　　　　　　　　　　　Monica Grewal (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　monica.grewal@wilmerhale.com
22  　　　　　　　　　　　　　　　　　　　Scott W. Bertulli (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　scott.bertulli@wilmerhale.com
23  　　　　　　　　　　　　　　　　　　　Tyler Carroll (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　tyler.carroll@wilmerhale.com
24  　　　　　　　　　　　　　　　　　　　**WILMER CUTLER PICKERING**
　　　　　　　　　　　　　　　　　　　　　**HALE AND DORR LLP**
25  　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
26  　　　　　　　　　　　　　　　　　　　Telephone: (617) 526-6000
　　　　　　　　　　　　　　　　　　　　Fax: (617) 526-5000

28  Case No. 2:22-cv-04355-JFW-JEM　　-1-　　DEFENDANTS' OBJECTIONS TO BERGER DECLARATION OF TRIAL TESTIMONY

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on July 21, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Case No. 2:22-cv-04355-JFW-JEM        -1-        CERTIFICATE OF SERVICE