1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING
      HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
11    HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **MR. RIPPS AND MR. CAHEN'S OBJECTIONS TO LAURA O'LAUGHLIN'S DECLARATION OF TRIAL TESTIMONY** <br><br> Judge: Hon. John F. Walter <br><br> Trial Date: July 31, 2023 |

1  TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT Defendant Ryder Ripps and Defendant
4  Jeremy Cahen submit the following objections to Laura O'Laughlin's Declaration of
5  Trial Testimony ("O'Laughlin Declaration").
6  A trial before the court may include direct testimony by declaration but such
7  testimony is subject to both the parties' right to object to the admissibility of the
8  contents of the declaration and to the right to cross-examine the declarant at trial. *See*
9  *In re Adair*, 965 F.3d 777, 780 (9th Cir. 1992). To the extent the declarant does not
10 appear at trial, the entire declaration is inadmissible under Federal Rule 43(a). *See In*
11 *re Geller*, 170 B.R. 183, 186 (Bankr. S.D. Fla. 1994) (requiring witness to take the
12 stand in order for a declaration to comply with Fed. R. Civ. P. 43(a)). A declarant's
13 failure to attend trial also renders the declaration inadmissible hearsay and does not
14 qualify for any hearsay exceptions governing unavailable declarants. *See* Fed. R.
15 Evid. 804; *Tongil Co. v. Vessel Hyundai Innovator*, 968 F.2d 999, 1000 (9th Cir.
16 1992) (excluding declaration as inadmissible hearsay).
17 Defendants also object to the declaration in its entirety pursuant to Federal
18 Rules of Evidence 701, and 702 and *Daubert v. Merrill Dow Pharms., Inc.*, 509 U.S.
19 579 (1993) for reasons stated in Defendants' Motion in Limine to exclude her
20 testimony for trial and related briefing. *See* Dkt-242, Dkt-266 at 2-3, Dkt 269 at 1-2.
21
22
23 Dated: July 21, 2023                 By: /s/ Louis W. Tompros
24                                      Louis W. Tompros (*pro hac vice*)
                                        louis.tompros@wilmerhale.com
25                                      Monica Grewal (*pro hac vice*)
                                        monica.grewal@wilmerhale.com
26                                      Scott W. Bertulli (*pro hac vice*)
                                        scott.bertulli@wilmerhale.com
27                                      Tyler Carroll (*pro hac vice*)
                                        tyler.carroll@wilmerhale.com
28

Case No. 2:22-cv-04355-JFW-JEM    -1-    DEFENDANTS' OBJECTIONS TO
                                         O'LAUGHLIN DECLARATION

| | |
|---|---|
| 1 | **WILMER CUTLER PICKERING** |
|   | **HALE AND DORR LLP** |
| 2 | 60 State Street |
|   | Boston, MA 02109 |
| 3 | Telephone: (617) 526-6000 |
|   | Fax: (617) 526-5000 |
| 4 | |
|   | Derek Gosma (SBN 274515) |
| 5 | derek.gosma@wilmerhale.com |
|   | Henry Nikogosyan (SBN 326277) |
| 6 | henry.nikogosyan@wilmerhale.com |
|   | **WILMER CUTLER PICKERING** |
| 7 | **HALE AND DORR LLP** |
|   | 350 South Grand Ave., Suite 2400 |
| 8 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-5300 |
| 9 | Fax: (213) 443-5400 |
| 10 | Attorneys for Defendants |
|    | *Ryder Ripps and Jeremy Cahen* |

Case No. 2:22-cv-04355-JFW-JEM    -2-    DEFENDANTS' OBJECTIONS TO O'LAUGHLIN DECLARATION

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's EFC system on July 21, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000