ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S FINAL TRIAL WITNESS LIST** <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

YUGA LABS' FINAL TRIAL WITNESS LIST                    Case No. 2:22-cv-04355-JFW-JEM

Pursuant to Section 2(a) of the Civil Trial Order (Dkt. 284), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully submits the following list of witnesses Yuga Labs anticipates calling at trial in the order Yuga Labs anticipates calling them, exclusive of witnesses that Yuga Labs may call for purposes of rebuttal or impeachment.

1. Gregory Solano (In Person)
2. Nicole Muniz (In Person)
3. Jonah Berger (In Person)
4. Ryan Hickman (By Deposition)
5. Jeremy Cahen (By Deposition)
6. Ryder Ripps (By Deposition)
7. Kerem Atalay (In Person)
8. Laura O'Laughlin (In Person)
9. Lauren Kindler (In Person)

Dated: July 24, 2023

FENWICK & WEST LLP

By: /s/ Eric Ball
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.