ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **FINAL JOINT TRIAL WITNESS ESTIMATE FORM** <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA 90401
   Telephone: 310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA 22314
   Telephone: 202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to Section 2(a) of the Civil Trial Order (Dkt. 284), Plaintiff Yuga Labs, Inc. ("Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants"), respectfully submit this Final Joint Trial Witness Estimate Form.

The full Joint Trial Witness Estimate Form follows this cover pleading in table form.

FINAL JOINT TRIAL WITNESS ESTIMATE FORM

CASE:   Yuga Labs, Inc. v. Ripps et al., Case No. 2:22-cv-04355-JFW-JEM                                              TRIAL DATE:   July 31, 2023

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | RE-DIRECT ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | Solano, Gregory (In Person) | Plaintiff - Declaration | Defendants - 45 mins. | Plaintiff – 30 min. | Explanation of Yuga Labs and the BAYC brand; the value of the BAYC brand and the BAYC Marks; and harm to Yuga Labs from Defendants' infringing activities. | |
| 2 | Muniz, Nicole (In Person) | Plaintiff - Declaration | Defendants - 30 mins. | Plaintiff – 15 min. | Value of the BAYC brand, including marketing and advertising efforts by Yuga Labs in connection with the brand; Yuga Labs' use of the BAYC brand and BAYC Marks in the promotion and sale of its products and services; Yuga Labs' marketing collaborations and partnerships with other brands; the harm to Yuga Labs from Defendants' infringing activities. | |
| 3 | Berger, Jonah (In Person) | Plaintiff - Declaration | Defendants - 20 mins. | Plaintiff – 5 min. | Consumer psychology, marketing, and advertising; brand equity of the BAYC Marks; and Defendants' harm to Yuga Labs through their use of the BAYC Marks and their creation, promotion, minting, sales, and re-sales of RR/BAYC NFTs. | |
| 4 | Atalay, Kerem (In Person) | Plaintiff - Declaration | Defendants - 10 mins. | Plaintiff – 5 min. | Creation of BAYC NFTs and RR/BAYC NFTs; harm to Yuga Labs from initial and secondary sales of RR/BAYC NFTs. | |
| 5 | O'Laughlin, Laura (In Person) | Plaintiff - Declaration | Defendants - 10 mins. | Plaintiff – 5 min. | Confusion resulting from Defendants' infringing use of the BAYC Marks and the two surveys she conducted and designed showing likelihood of confusion, which support Lauren Kindler's opinions regarding Yuga Labs' remedies. | |
| 6 | Kindler, Lauren (In Person) | Plaintiff - Declaration | Defendants - 45 mins. | Plaintiff – 30 min. | Yuga Labs' equitable remedies associated with Defendants' wrongful conduct, including but not limited to, Defendants' profits associated with the wrongful conduct, unjust enrichment to Defendants, and ongoing and future harm to Yuga Labs. | |
| 7 | Hickman, Ryan (In Person) | Defendants - Declaration | Plaintiff - 15 mins. | Defendants - 10 mins. | Mr. Hickman helped Mr. Ripps in connection with the RR/BAYC NFTs, including the creation of RR/BAYC NFTs. His testimony will address the intent behind the project/NFTs, his ownership and rights as a holder of a Yuga Labs BAYC NFT, steps taken to avoid confusion, and revenues generated in connection with the RR/BAYC NFTs. | |
| 8 | Cahen, Jeremy (In Person) | Defendants - Declaration | Plaintiff - 30 mins. | Defendants - 10 mins. | Mr. Cahen will address his intent in connection with the RR/BAYC NFTs, the reservation process for RR/BAYC NFTs, steps taken to avoid confusion, revenues, costs, and profits associated with RR/BAYC NFTs, the lack of consumer confusion, and the non-launch of ApeMarket. | |
| 9 | Ripps, Ryder (In Person) | Defendants - Declaration | Plaintiff - 45 mins | Defendants - 15 mins. | Mr. Ripps will address his background and art career, the intent behind the RR/BAYC collection, the creation of RR/BAYC NFTs, the community response to the RR/BAYC collection, steps taken to avoid confusion, the lack of consumer confusion, the non-launch of ApeMarket, his good faith understanding of his rights, and the impact of the RR/BAYC work. | |
| | : | | 4 hrs. 10 mins, | 2 hrs. 5 mins. | | |

Instructions:
(1) List witnesses (last name, first) and state if witness will testify in person or by deposition; (2) For description, be extremely brief; (3) Note special factors in "Comments" column, e.g., "Needs interpreter;" (4) Entries may be in handwriting if very neat and legible.

| | | |
|---|---|---|
| Dated: July 24, 2023 | | FENWICK & WEST LLP |
| | | By: */s/ Eric Ball* |
| | | Eric Ball |
| | | Attorneys for Plaintiff |
| | | YUGA LABS, INC. |
| Dated: July 24, 2023 | | WILMER CUTLER PICKERING HALE & DORR LLP |
| | | By: */s/ Louis W. Tompros* |
| | | Louis W. Tompros |
| | | Attorneys for Defendants |
| | | RYDER RIPPS and JEREMY CAHEN |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

*/s/ Eric Ball*
Eric Ball