UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-4355-JFW(JEMx)**                                                      Dated: **July 26, 2023**

Title:       Yuga Labs, Inc. -v- Ripps, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                  Miranda Algorri
Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Eric J. Ball                                              Louis W. Tompros

**PROCEEDINGS (Zoom):  FINAL PRETRIAL CONFERENCE**

Case called, and counsel make their appearance by Zoom VTC.

The Final Pretrial Conference is held.

The Court Trial remains set for July 31, 2023, at 8:00 a.m.

Initials of Deputy Clerk   sr

1/00