1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yuga Labs, Inc.,

                       Plaintiff,

   v.

Ryder Ripps, Jeremy Cahen,

                       Defendants.

Case No. 2:22-cv-04355-JFW-JEM

**[PROPOSED] ORDER REGARDING DEFENDANTS' OBJECTIONS TO TESTIMONY**

Trial Date: July 31, 2023
Time: 8:00 a.m.,
Courtroom: 7A
Judge: Hon. John F. Walter

Case No. 2:22-cv-04355-JFW-JEM            [PROPOSED] ORDER ON DEFENDANTS' OBJECTIONS TO TESTIMONY

This matter is before the Court pursuant to Defendants' objections to the declarations of Plaintiffs' witnesses Kerem Atalay (Dkt. 358), Lauren Kindler (Dkt. 357), Nicole Muniz (Dkt. 359), Laura O'Laughlin (Dkt. 356), and Greg Solano (Dkt. 360). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED as follows:

## DEFENDANTS' OBJECTIONS TO DECLARATION OF KEREM ATALAY (DKT. 258)

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Atalay ¶ 3, Lines 1:25-2:1 | FRE 602 | |
| 2. Atalay ¶ 6, Lines 2:20-24 | FRE 602 | |
| 3. Atalay ¶ 7, Lines 2:25-3:2 | FRE 801, 802 | |
| 4. Atalay ¶ 8, Lines 3:3-4 | FRE 602 | |
| 5. Atalay ¶ 9, Lines 3:10-12 | FRE 602 | |

## DEFENDANTS' OBJECTIONS TO DECLARATION OF LAUREN KINDLER (DKT. 357)

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Kindler ¶ 15, Lines 4:11-16 | FRE 403 | |
| 2. Kindler ¶ 16, Lines 4:17-19 | FRE 403 | |
| 3. Kindler ¶ 22, Lines 5:19-21 | FRE 403 | |
| 4. Kindler ¶ 44 Lines 10:23-28 | Dkt. 264 at 1 | |
| 5. Kindler ¶ 47 Lines 11:15-18 | FRE 403 | |

-1-

| | 6. Kindler ¶ 59, Lines 13:15-18 | FRE 403 | |

**DEFENDANTS' OBJECTIONS TO DECLARATION OF NICOLE MUNIZ (DKT. 359)**

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Muniz ¶ 6, Lines 2:23-3:5, JTX-1461 | FRE 801, 802 | |
| 2. Muniz ¶ 6, Lines 2:28-3:5, JTX-1462 | FRE 801, 802 | |
| 3. Muniz ¶ 6, Lines 3:5-8, JTX-1299 | FRE 801, 802 | |
| 4. Muniz ¶ 6, Lines 3:5-8, JTX-605 | FRE 801, 802 | |
| 5. Muniz ¶ 8, Lines 4:12-16 | FRE 801, 802 | |
| 6. Muniz ¶ 9, Lines 4:19-23 | FRE 701, 704 | |
| 7. Muniz ¶ 10, Lines 4:24-25 | FRE 602 | |
| 8. Muniz ¶ 10, Lines 4:25-28 | FRE 801, 802 | |
| 9. Muniz ¶ 10, Lines 5:5-11 | FRE 602 | |
| 10. Muniz ¶ 10, Lines 5:11-21 | FRE 602 | |
| 11. Muniz ¶ 10, Lines 5:13-19 | FRE 801, 802 | |
| 12. Muniz ¶ 11, Lines 5:25-6:2 | FRE 801, 802 | |
| 13. Muniz ¶ 12, Lines 6:3-4 | FRE 602 | |
| 14. Muniz ¶ 12, Lines 6:6-9 | FRE 602 | |
| 15. Muniz ¶ 12, Lines 6:9-12 | FRE 602 | |

-2-

| | | |
|---|---|---|
| 16. Muniz ¶ 12, Lines 6:9-12, JTX-1556 | FRE 801, 802 | |
| 17. Muniz ¶ 12, Lines 6:9-12, JTX-524 | FRE 801, 802 | |
| 18. Muniz ¶ 13, Lines 6:18-19 | FRE 602 | |
| 19. Muniz ¶ 13, Lines 6:21-24 | FRE 602 | |
| 20. Muniz ¶ 13, Lines 6:27-7:3 | FRE 602, 701, 704 | |
| 21. Muniz ¶ 14, Lines 7:25-27, JTX-1029 | FRE 801, 802 | |
| 22. Muniz ¶ 14, Lines 7:25-27, JTX-1030 | FRE 801, 802 | |
| 23. Muniz ¶ 14, Lines 7:25-27, JTX-1031 | FRE 801, 802 | |
| 24. Muniz ¶ 14, Lines 7:25-27, JTX-1032 | FRE 801, 802 | |
| 25. Muniz ¶ 14, Lines 7:25-27, JTX-1034 | FRE 801, 802 | |
| 26. Muniz ¶ 14, Lines 7:25-27, JTX-1035 | FRE 801, 802 | |
| 27. Muniz ¶ 15, Lines 8:1-3 | FRE 602 | |
| 28. Muniz ¶ 15, Lines 8:5-13 | FRE 801, 802 | |
| 29. Muniz ¶ 15, Lines 8:13-18 | FRE 801, 802 | |
| 30. Muniz ¶ 16, Lines 8:19-24 | FRE 801, 802 | |
| 31. Muniz ¶ 16, Lines 8:24-27 | FRE 403, 602 | |
| 32. Muniz ¶ 16, Lines 9:7-11 | FRE 801, 802 | |

-3-

| | | |
|---|---|---|
| 33. Muniz ¶ 17, Lines 9:17-23 | FRE 602 | |
| 34. Muniz ¶ 18, Lines 9:24-27 | FRE 602 | |
| 35. Muniz ¶ 19, Lines 10:8-12 | FRE 602 | |
| 36. Muniz ¶ 21, Lines 10:1-3 | FRE 602 | |
| 37. Muniz ¶ 22, Lines 11:9-10 | FRE 602, 701 | |
| 38. Muniz ¶ 22, Lines 11:21-23 | FRE 602, 701 | |

## DEFENDANTS' OBJECTIONS TO DECLARATION OF LAURA O'LAUGHLIN (DKT. 356)

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| O'Laughlin ¶¶ 1-89 | FRE 701, 702 | |

## DEFENDANTS' OBJECTIONS TO DECLARATION OF GREG SOLANO (DKT. 360)

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Solano ¶ 12, Lines 4:19-21 | FRE 801, 802 | |
| 2. Solano ¶ 25, n.2 | FRE 602 | |
| 3. Solano ¶ 27, Lines 8:7-15 | FRE 602 | |
| 4. Solano ¶28, Lines 8:19-22 | FRE 602 | |
| 5. Solano ¶ 28, Lines 8:22-24 | FRE 701 | |
| 6. Solano ¶ 29, Lines 9:1-18; JTX-1480 | FRE 801, 802 | |
| 7. Solano ¶ 29, Lines 9:19-22 | FRE 701 | |
| 8. Solano ¶ 29, Lines 9:22-25 | FRE 602, 801, 802 | |

-4-

| | | |
|---|---|---|
| 9. Solano ¶ 30, Lines 9:27-28 | FRE 701 | |
| 10. Solano ¶ 30, Lines 10:1-2 | FRE 602 | |
| 11. Solano ¶ 34, Lines 10:19-22 | FRE 602 | |
| 12. Solano ¶ 35, Lines 10:23-27; JTX-133 | FRE 602, 802 | |
| 13. Solano ¶ 35, Lines 11:2-3 | FRE 602 | |
| 14. Solano ¶ 36, Lines 11:4-9; JTX-687, 688 | FRE 602 | |
| 15. Solano ¶ 37, Lines 11:12-14 | FRE 602 | |
| 16. Solano ¶ 37, Lines 11:14-20; JTX-600 | FRE 801, 802 | |
| 17. Solano ¶ 37, Lines 11:20-23 | FRE 602 | |
| 18. Solano ¶ 38, Lines 11:26-12:3 | FRE 602, 801, 802 | |
| 19. Solano ¶ 38, Lines 12:3-11 | FRE 602 | |
| 20. Solano ¶ 38, Lines 12:11-13; JTX-1021 | FRE 602 | |
| 21. Solano ¶ 39, Lines 12:14-16 | FRE 602 | |
| 22. Solano ¶ 40, Lines 13:2-5; JTX-801, JTX-23 | FRE 602 | |
| 23. Solano ¶ 40, Lines 13:14-15; JTX-1274 | FRE 801, 802 | |
| 24. Solano ¶ 41, Lines 13:16-18 | FRE 602 | |
| 25. Solano ¶ 42, Lines 13:22-25: JTX-29, JTX-137, JTX-670 | FRE 801, 802, 602 | |

-5-

Case No. 2:22-cv-04355-JFW-JEM          [PROPOSED] ORDER ON DEFENDANTS'
OBJECTIONS TO TESTIMONY

| | | |
|---|---|---|
| 26. Solano ¶ 42, Lines 14:12-22; JTX-686 | FRE 602, 801, 803 | |
| 27. Solano ¶ 43, Lines 15:11-15; JTX-677 | FRE 602, 801, 802 | |
| 28. Solano ¶ 44, Lines 15:18-24, JTX-117, JTX-171 | FRE 602 | |
| 29. Solano ¶ 45, Lines 15:25-16:1; JTX-841 | FRE 602 | |
| 30. Solano ¶ 46, Lines 16:6-11; JTX-696 | FRE 602 | |
| 31. Solano ¶ 48, Lines 17:25-18:1, JTX-94, JTX-95 | FRE 602 | |
| 32. Solano ¶ 49, Lines 18:8-19; JTX-697, JTX-806, JTX-808, JTX-809 | FRE 602 | |
| 33. Solano ¶ 50, Lines 19:14-19; JTX-1 | FRE 602, 403 | |
| 34. Solano ¶ 51, Lines 19:20-25; JTX-801, JTX-114 | FRE 602 | |
| 35. Solano ¶ 52, Lines 20:1-18; JTX-801, JTX-808 | FRE 602 | |
| 36. Solano ¶ 53, Lines 20:22-26 | FRE 602, 801, 802 | |
| 37. Solano ¶ 54, Lines 21:1-4 | FRE 602 | |
| 38. Solano ¶ 55, Lines 21:7-12 | FRE 602, 701 | |
| 39. Solano ¶ 59, Lines 22:13-17 | FRE 602, 701 | |

Case No. 2:22-cv-04355-JFW-JEM                    [PROPOSED] ORDER ON DEFENDANTS'
                                                                          OBJECTIONS TO TESTIMONY

| | | |
|---|---|---|
| 40. Solano ¶ 60, Lines 22:18-19 | FRE 602 | |
| 41. Solano ¶ 62, Lines 23:2-4 | FRE 602, 701, 801, 802 | |
| 42. Solano ¶ 63, Lines 23:15-17; JTX-1030 | FRE 801, 802 | |
| 43. Solano ¶ 63, Lines 32:17-20; JTX-709, JTX-710 | FRE 801, 802 | |
| 44. Solano ¶ 63, Lines 23:20-22; JTX-523 | FRE 801, 802 | |
| 45. Solano ¶ 63, Lines 23:22-23; JTX-311 | FRE 801, 802 | |
| 46. Solano ¶ 64, Lines 23:26-24:2 | FRE 602, 701 | |
| 47. Solano ¶ 65, Lines 24:6-9, | FRE 602 | |
| 48. Solano ¶ 66, Lines 24:10-12 | FRE 602 | |
| 49. Solano ¶ 67, Lines 24:27-28:2 | FRE 602, 701 | |
| 50. Solano ¶ 68, Lines 25:6-16; JTX-1249 | FRE 701 | |
| 51. Solano ¶ 69, Lines 26:22-26 | FRE 602 | |
| 52. Solano ¶ 69, Lines 26:27-27:1 | FRE 602, 801, 802 | |
| 53. Solano ¶ 70, Lines 27:2-7; JTX-801; JTX-90 | FRE 602 | |
| 54. Solano ¶ 71, Lines 27:10-14; JTX-1 | FRE 403, 801, 802 | |
| 55. Solano ¶ 71, Lines 27:14-17; JTX-1574, JTX-1586 | FRE 602 | |

-7-

| | | |
|---|---|---|
| 56. Solano ¶ 72, Lines 27:23-28:4; JTX-683, JTX-685, JTX-801 | FRE 602 | |
| 57. Solano ¶ 72, Lines 28:4-6; JTX-58 | FRE 602, 801, 802 | |
| 58. Solano ¶ 72, Lines 28:12-15 | FRE 602, 701 | |
| 59. Solano ¶ 73, Lines 28:17-21 | FRE 602 | |
| 60. Solano ¶ 74, Lines 29:1-5; JTX-1618, JTX-1620 | FRE 602 | |
| 61. Solano ¶ 74, Lines 29:5-10, | FRE 602, 701 | |
| 62. Solano ¶ 74, Lines 29:10-12 | FRE 602 | |
| 63. Solano ¶ 75, Lines 29:13-17 | FRE 602 | |
| 64. Solano ¶ 76, Lines 29:18-20 | FRE 602 | |
| 65. Solano ¶ 77, Lines 29:21-23, JTX-696 | FRE 602 | |
| 66. Solano ¶77, Lines 29:25-30:2 | FRE 602 | |
| 67. Solano ¶ 78, Lines 30:3-7 | FRE 602, 701 | |
| 68. Solano ¶ 78, Lines 30:7-9 | FRE 602 | |
| 69. Solano ¶ 78, Lines 30:13-16 | FRE 602 | |
| 70. Solano ¶ 78, Lines 30:16-19; JTX-972 | FRE 801, 802 | |
| 71. Solano ¶ 79, Lines 30:27-31:6 | FRE 602 | |
| 72. Solano ¶ 80, Lines 31:7-9 | FRE 602 | |
| 73. Solano ¶ 81, Lines 31:17-20 | FRE 602 | |
| 74. Solano ¶ 82, Lines 31:23-25 | FRE 602 | |

-8-

| | | |
|---|---|---|
| 75. Solano ¶ 85, Lines 32:11-12 | FRE 602 | |
| 76. Solano ¶ 85, Lines 32:14-17; JTX-171, JTX-167, JTX-1148 | FRE 602 | |
| 77. Solano ¶ 85, Lines 32:21-22; JTX-1048 | FRE 602 | |
| 78. Solano ¶ 85, Lines 32:24-28 | FRE 602 | |
| 79. Solano ¶ 86, Lines 33:5-8 | FRE 602 | |
| 80. Solano ¶ 86, Lines 33:8-10 | FRE 701 | |
| 81. Solano ¶ 86, Lines 33:10-13 | FRE 602 | |

IT IS SO ORDERED

Dated: _____           _____

                                                      Honorable John F. Walter
                                                      United States District Judge

-9-