ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF LODGING OF PLAINTIFF YUGA LABS, INC.'S AND DEFENDANTS' NATIVE FILES OF TRIAL EXHIBITS** |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Yuga Labs, Inc. ("Yuga Labs"), hereby lodges with the Court CDs containing the native files of the below listed Trial Exhibits:

1. JTX-802 (RRBAYC Telegram messages) (zip file)
2. JTX-805 (Ape Images) (pdf file)
3. JTX-806 (source code files) (zip file)
4. JTX-915 (RR/BAYC financial information) (excel file)
5. JTX-970 (Spreadsheet of reserved NFTs) (excel file)
6. JTX-1028 (Tweet with embedded video) (video file)
7. JTX-1049 (Bloomberg News segment) (video file)
8. JTX-1249 (Tweet with embedded video) (video file)
9. JTX-1273 (Tweet with embedded video) (video file)
10. JTX-1274 (Tweet with embedded video) (video file)
11. JTX-1308 (YouTube video) (video file)
12. JTX-1309 (YouTube video) (video file)
13. JTX-1434 (Otherside video) (video file)
14. JTX-1592 (Foundation Eveready survey data) (excel file)
15. JTX-1593 (Opensea Squirt survey data) (excel file)
16. JTX-2672 (Web Summit video) (video file)
17. JTX-2673 (Web Summit video) (video file)
18. JTX-2676 (Bloomberg News segment) (video file)

A complete set of the CDs containing the native file of each of the above listed trial exhibits will be delivered with the Courtesy and Chambers copy binders of the Notice of Lodging provided to Judge Walter.

Defendants will be served electronically with a complete set of all native files listed above, representing exact duplicate copies of the information found on each the CDs lodged with the Court.

NATIVE FILES OF TRIAL EXHIBITS                1                Case No. 2:22-cv-04355-JFW-JEM

| | | |
|---|---|---|
| 1 | Dated: July 27, 2023 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: _/s/ Eric Ball_ |
| 4 | | Eric Ball<br>Attorneys for Plaintiff |
| 5 | | YUGA LABS, INC. |