ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **FINAL JOINT EXHIBIT LIST** |
| v. | Trial Date: July 31, 2023 |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to Section 1(b) of the Civil Trial Order (Dkt. 284), the Pre-Trial Conference held on June 9, 2023, and the Final Pre-Trial Conference held on July 26, 2023, Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen (collectively, "Defendants"), respectfully submit this Final Joint Trial Exhibit List.[1]

Case Title: *Yuga Labs, Inc. v. Ryder Ripps and Jeremy Cahen*

Case No: 2:22-cv-04355-JFW-JEM

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1 | 2022 02 03 Thomas Lehman Declaration (Lehman Depo Exhibit 1) | | |
| JTX-12 | 2022 06 21 Twitter Direct Messages (Hickman) (Hickman Depo Exhibit 12) | | |
| JTX-13 | 2022 05 16 Hickman Tweet (Hickman Depo Exhibit 13) | | |
| JTX-23 | 2022 06 15 6:08 PM Excerpts from Team ApeMarket Discord (Hickman Depo Exhibit 23) | | |
| JTX-25 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73 691e (Hickman Depo Exhibit 25) | | |
| JTX-26 | ApeMarket Twitter Page (Hickman Depo Exhibit 26) | | |
| JTX-28 | RRBAYC Foundation webpage (Hickman Depo Exhibit 28) | | |
| JTX-29 | 2022 06 13 (Wayback) RRBAYC Opensea webpage (Hickman Depo Exhibit 29) | | |
| JTX-36 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73 691e (Hickman Depo Exhibit 36) | | |
| JTX-42 | Excerpts from Team ApeMarket Discord - 22-May-22 08:59 AM (Hickman Depo Exhibit 42) | | |

---

[1] Exhibits with double asterisk (**) indicate exhibits that were not listed on the Parties' July 24, 2023 Final Pre-Trial Exhibit Stipulation (Dkt. 364) or listed as "withdrawn" and shall only come in for impeachment purposes.

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-44 | 2022 05 26 5:44 RRBAYC Telegram 2 Messages (Hickman Depo Exhibit 44) | | |
| JTX-49 | 2022 05 30 12:58 PM Excerpts from Team ApeMarket Discord  (Hickman Depo Exhibit 49) | | |
| JTX-55 | 2022 05 26 10:06 AM Excerpts from Team ApeMarket Discord (Hickman Depo Exhibit 55) | | |
| JTX-58 | 2022 06 24 4:01 PM Excerpts from Team ApeMarket Discord  (Hickman Depo Exhibit 58) | | |
| JTX-72 | Etherscan - 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B (Hickman) (Hickman Depo Exhibit 72) | | |
| JTX-87 | ApeMarket Flow Chart (Cahen Depo Exhibit 87) | | |
| JTX-88 | 2022 06 02 ApeMarket Tweet - ApeMarket Flow Chart (Cahen Depo Exhibit 88) | | |
| JTX-90 | 2022 06 23 12:50 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 90) | | |
| JTX-91 | 2022 06 21 Hickman Tweet (Cahen Depo Exhibit 91) | | |
| JTX-94 | RR/BAYC Browser Tab and Favicon (Cahen Depo Exhibit 94) | | |
| JTX-95 | Ape Market Browser Tab and Favicon (Cahen Depo Exhibit 95) | | |
| JTX-96 | RR/BAYC Revenue, Gas, and Profit Share (Cahen Depo Exhibit 96) | | |
| JTX-98 | 2022 05 30 11:42 RRBAYC Telegram 2 messages between Ryder Ripps and Pauly Shore (Cahen Depo Exhibit 98) | | |
| JTX-103 | RR/BAYC Recent Financials (Cahen Depo Exhibit 103) | | |
| JTX-107 | 2022 06 07 6:00 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 107) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-108 | 2022 06 24 Text Messages (Lehman and Cahen) (Cahen Depo Exhibit 108) | | |
| JTX-109 | 2022 05 31 9:25 AM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 109) | | |
| JTX-110 | 2022 06 03 5:58 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 110) | | |
| JTX-114 | 2022 06 09 1:52 PM Excerpts from Team ApeMarket Discord (Ripps Depo Exhibit 114) | | |
| JTX-117 | 2022 07 15 (Wayback) Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Ripps Depo Exhibit 117) | | |
| JTX-118 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Ripps Depo Exhibit 118) | | |
| JTX-119 | 2021 12 06 Ripps Tweet (Ripps Depo Exhibit 119) | | |
| JTX-120 | RR/BAYC #8774 on Foundation webpage (Ripps Depo Exhibit 120) | | |
| JTX-123 | 2021 12 06 Ripps Tweet (Ripps Depo Exhibit 123) | | |
| JTX-125 | 2022 05 17 Twitter Direct Messages (Ripps and Claire0x) (Ripps Depo Exhibit 125) | | |
| JTX-126 | 2022.05.20 Text Messages (Ripps and Ian Garner) (Ripps Depo Exhibit 126) | | |
| JTX-128 | 2022 05 16 Ripps Tweet (Ripps Depo Exhibit 128) | | |
| JTX-131 | 2022 05 16 Ripps Tweet (Ripps Depo Exhibit 131) | | |
| JTX-132 | 2022 05 16 (WayBack) Ripps Tweet (Ripps Depo Exhibit 132) | | |
| JTX-133 | 2022 05 21 Twitter Direct Messages (Ripps and DoTheMath) (Ripps Depo Exhibit 133) | | |
| JTX-136 | Redacted (RRBAYC) LooksRare webpage (captured on 2023 01 05) (Ripps Depo Exhibit 136) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-137 | 2022 06 22 (Wayback) RRBAYC Looksrare webpage (Ripps Depo Exhibit 137) | | |
| JTX-138 | RRBAYC nftx.io webpage (Ripps Depo Exhibit 138) | | |
| JTX-141 | 2022 05 24 to 25 Text Messages (Garner and Ripps) (Garner Depo Exhibit 141) | | |
| JTX-147 | 2022-05-31 Twitter Direct Messages (Garner Depo Exhibit 147) | | |
| JTX-157 | Etherscan - 0xee969b688442c2d5843ad75f9117b3ab04b14960  RRBAYCRSVP) (Transactions) (Garner Depo Exhibit 157) | | |
| JTX-158 | 2022 05 18 Text Messages (Garner and Ripps) (Garner Depo Exhibit 158) | | |
| JTX-159 | 2022 05 23 Text Messages (Garner and Ripps) (Garner Depo Exhibit 159) | | |
| JTX-160 | No Date Text Messages (Garner and Ripps) (Garner Depo Exhibit 160) | | |
| JTX-161 | 2022 05 22 Text Messages (Garner and Ripps) (Garner Depo Exhibit 161) | | |
| JTX-162 | 2022 06 04 Text messages (Garner and Ripps) (Garner Depo Exhibit 162 | | |
| JTX-166 | RRBAYC Netlify (captured on 2023 02 21) (Garner Depo Exhibit 166) | | |
| JTX-167 | RRBAYC Netlify Ape #1376 (captured on 2023 02 21) (Garner Depo Exhibit 167) | | |
| JTX-169 | No Date Text Messages (Garner and Ripps) (Garner Depo Exhibit 169) | | |
| JTX-171 | RRBAYC Netlify (Garner Depo Exhibit 171) | | |
| JTX-176 | 2022 05 23 Text messages (Garner and Ripps) (Garner Depo Exhibit 176) | | |
| JTX-177 | 2022 05 24 Text messages (Garner and Ripps) (Garner Depo Exhibit 177) | | |
| JTX-209 | Solano Deposition Exhibit 209- Copy of Bored Ape Yacht Club Terms and Conditions | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-210* | Solano Deposition Exhibit 210- Photo of ape with bullets starpped to chest | | |
| JTX-213 | Solano Deposition Exhibit 213- Photo of a pink ape with a gold grill and chain | | |
| JTX-224 | Muniz Deposition Exhibits 224- Bored Ape Yacht Club webpage with Ape #150 , RIPPSCAHEN00000310-RIPPSCAHEN00000311 | | |
| JTX-225 | Muniz Deposition Exhibits 225- Bored Ape Yacht Club webpage with Ape #3721, RIPPSCAHEN00000312-RIPPSCAHEN00000313 | | |
| JTX-231* | Muniz Deposition Exhibits 231- @tsf, How Four Friends Sold $2.8M Worth of Bored Apes In Less Than 24 Hours on the Blockchain, May 6, 2021 | | |
| JTX-235 | Muniz Deposition Exhibits 235- Bored Ape Solana Club homepage on OpenSea | | |
| JTX-252* | Atalay Deposition Exhibit 252 - Screenshot of webpage page titled "Welcome to the Bored Ape Yacht Club" | | |
| JTX-253* | Atalay Deposition Exhibit 253 - Tweet from @BoredApeYC saying "The Bored Ape Yacht Club #NFT Pre-Sale is now LIVE!" | | |
| JTX-255* | Withdrawn. | | |
| JTX-282* | Aronow Deposition Exhibit 282 - Screenshot of webpage on OpenSea titled "Bored Ape Solana Club" | | |
| JTX-287 | Aronow Deposition Exhibit 287 - Screenshot of apeswap.finance homepage | | |
| JTX-305* | Berger Deposition Exhibit 09 - Chen and Berger, When, Why, and How Controversy Causes Conversation, Oct. 2013 | | |
| JTX-306* | Berger Deposition Exhibit 22 - Bellany et al., Cryptocurrencies Melt Down in a 'Perfect Storm' of Fear and Panic, May, 12, 2022 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-307 | Berger/Cahen Deposition Exhibit 28 - Goncharenko, Bored Apes desecrated a famous piece of New York graffiti art, July 18, 2022 | | |
| JTX-308* | Kindler Deposition Exhibit 01- Expert Report of Lauren R. Kindler, Feb. 6, 2023 | | |
| JTX-310* | O'Laughlin Deposition Exhibit 01- Expert Report of Laura O'Laughlin, Feb. 6, 2023 | | |
| JTX-311 | O'Laughlin Deposition Exhibit 02-  Tweet from @streetoshi saying "I bought an rr bayc because I thought it was made by yuga", June 21, 2022, YUGALABS_00015411-YUGALABS_00015411 | | |
| JTX-312 | O'Laughlin Deposition Exhibit 03- Tweet from @streetoshi replying to @yugalabs and @ryder_ripps, RIPPSCAHEN00015349-RIPPSCAHEN00015349 | | |
| JTX-313* | O'Laughlin Deposition Exhibit 04- Chen, Ryder Ripps: An Artist of the Internet, July 8, 2014, RIPPSCAHEN00000870-RIPPSCAHEN00000870 | | |
| JTX-314* | O'Laughlin Deposition Exhibit 05- O'Laughlin et al., Which Method is for you? Not All Surveys Are Made the Same | | |
| JTX-318* | O'Laughlin Deposition Exhibit 09- Homepage of Grandpa Ape Country Club on OpenSea with updated items | | |
| JTX-319* | O'Laughlin Deposition Exhibit 10- Webpage of Bored Ape Yacht Club on OpenSea with Ape listed for 0.05 ETH | | |
| JTX-320* | O'Laughlin Deposition Exhibit 11-Webpage of #The Best Boredd Apee Yacht Clubb on OpenSea with updated items | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-409 | Ehrlund Deposition Exhibit 409- Homepage of apeswap.finance with "Total Value Locked $72,368,012 and Market Cap $12,557,182" | | |
| JTX-410 | Ehrlund Deposition Exhibit 410- "Welcome all Apes" webpage discussing "$Banana meme sharing fiesta" | | |
| JTX-505* | Cline Twitter Header (Jclineshow) (Cline Depo Exhibit 505) | | |
| JTX-522* | 2022 05 16 Twitter Direct Messages (Cline and the dude_86) (Cline Depo Exhibit 522) | | |
| JTX-523* | 2022 05 16 Cline Tweet (Cline Depo Exhibit 523) | | |
| JTX-524* | 2022 05 13 Cline Tweet (Cline Depo Exhibit 524) | | |
| JTX-525* | 2022 05 13 Cline Tweet (Cline Depo Exhibit 525) | | |
| JTX-600 | Etherscan - Transaction Details 0xec6a7bd2b146bd89b214d1b5f4650afc20 462dddefe04a7d65fb2f953404f015 (YUGALABS_00031370) | | |
| JTX-603 | Foundation Webpage - How to Create a Collection (YUGALABS_00036186 - YUGALABS_00036199) | | |
| JTX-604 | RRBAYC Netlify Ape #4092 (captured on 2023 02 21) (YUGALABS_00036595) | | |
| JTX-605 | 2022 10 19 BAYC Tweet (YUGALABS_00032572) | | |
| JTX-606 | 2021 12 02 adidasoriginals Tweet (YUGALABS_00002244) | | |
| JTX-607 | Yuga Labs Website - About Page (YUGALABS_00030223 - YUGALABS_00030230) | | |
| JTX-608 | Bored Ape Yacht Club Homepage (YUGALABS_00015993 - YUGALABS_00015995) | | |
| JTX-611 | Yuga Labs OpenSea Bored Ape Yacht Club Listing Page  (YUGALABS_00027531) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-621 | 2023 02 06 [12] Consent Judgment and Order in Yuga Labs v. Lehman (Yuga Labs' Motion for Summary Judgment Exhibit 26) | | |
| JTX-627 | Emails re the Registration of the Domain apemarket.com (Yuga Labs' Motion for Summary Judgment Exhibit 29) | | |
| JTX-630 | 2022 06 24 Text Messages (Lehman and Cahen) (LEHMAN0000047 - LEHMAN0000049) | | |
| JTX-631 | 2022 05 25 Text Messages (Lehman and third party) (LEHMAN0000077) | | |
| JTX-669 | 2022 05 14 Ripps Tweet (YUGALABS_00030121) | | |
| JTX-670 | 2022 05 21 (Wayback) - RRBAYC Foundation webpage (YUGALABS_00030104) | | |
| JTX-671 | 2022 05 17 Ripps Tweet (YUGALABS_00031325) | | |
| JTX-672 | 2022 05 15 Ripps Tweet (YUGALABS_00002602) | | |
| JTX-673 | RRBAYC Foundation Webpage (YUGALABS_00015424) | | |
| JTX-675 | RRBAYC Foundation mobile page (YUGALABS_00030346) | | |
| JTX-677 | Google Search - BAYC Foundation.app (YUGALABS_00015439) | | |
| JTX-682 | 2022 06 20 Cahen Tweet (YUGALABS_00040374) | | |
| JTX-683 | 2022 06 20 Cahen Tweet (YUGALABS_00036242 - YUGALABS_00036244) | | |
| JTX-684 | OpenSea 24 Hour Sales Rankings (YUGALABS_00015425) | | |
| JTX-685 | 2022 06 21 Cahen Tweet (YUGALABS_00040429) | | |
| JTX-686 | Side-by-Side of BAYC #1058 and RR/BAYC #1058 on OpenSea (YUGALABS_00015999) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-687 | RRBAYC No. 362 (YUGALABS_00000617) | | |
| JTX-688 | RRBAYC No. 863 (YUGALABS_00000619) | | |
| JTX-689 | 2022 05 13 Ripps Tweet (YUGALABS_00000541) | | |
| JTX-690 | 2022 05 17 Ripps Tweet (YUGALABS_00000565) | | |
| JTX-696 | ApeMarket Twitter Account (YUGALABS_00014079 - YUGALABS_00014082) | | |
| JTX-697 | 2022 06 02 ApeMarket Tweet (YUGALABS_00000536) | | |
| JTX-698 | Apemarket.com Webpage (YUGALABS_00000542) | | |
| JTX-701 | 2022 06 21 Bloomberg Crypto News Segment (YUGALABS_00040375) | | |
| JTX-705 | 2022 07 08 0xGem Tweet (YUGALABS_00002625 - YUGALABS_00002634) | | |
| JTX-706 | 2022 07 08 apeuniverse_eth Tweet (YUGALABS_00040377) | | |
| JTX-709 | 2022 10 21 Tom22110616 Tweet (YUGALABS_00002033) | | |
| JTX-710 | 2022 05 19 Cryptoverse520 Tweet (YUGALABS_00027520) | | |
| JTX-713 | 2022 06 22 johnny0x_ Tweet (YUGALABS_00027491) | | |
| JTX-715 | 2022 05 27 Ripps Tweet (YUGALABS_00027523) | | |
| JTX-719 | 2022 05 18 Ripps Tweet (YUGALABS_00040410) | | |
| JTX-721* | Expert Report of Laura O'Laughlin (Yuga Labs' Motion for Summary Judgment Exhibit 105) | | |
| JTX-722* | Expert Report of Jonah Berger (Yuga Labs' Motion for Summary Judgment Exhibit 106) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-723* | Expert Report of Lauren Kindler (Yuga Labs' Motion for Summary Judgment Exhibit 107) | | |
| JTX-801 | Team ApeMarket Discord (PDF) | | |
| JTX-802 | RRBAYC Telegram (HTML) (LEHMAN0000314) | | |
| JTX-803 | 2022 05 20 RRBAYC Telegram Messages.html (PDF) | | |
| JTX-804 | 2022 05 26 RRBAYC Telegram Messages2.html (PDF) | | |
| JTX-805 | 10,000 Ape Images | | |
| JTX-806 | Lehman's Source Code Files (ZIP) (LEHMAN0000308) | | |
| JTX-807 | Lehman ApeMarket Source Code (Home) (YUGALABS_00043404) | | |
| JTX-808 | Lehman ApeMarket Source Code (Dropdown menu) (YUGALABS_00043484) | | |
| JTX-809 | Lehman ApeMarket Source Code (Bored Ape Yacht Club) (YUGALABS_00043490) | | |
| JTX-812 | RRBAYC X2Y2 webpage (YUGALABS_00002334) | | |
| JTX-814 | 2022 05 15 Ripps Tweet (YUGALABS_00000538) | | |
| JTX-817 | 2022 05 18 Messages (Ripps and baggybydesign) (RIPPSCAHEN00002252) | | |
| JTX-818 | Etherscan - Ape #8774 (YUGALABS_00030078) | | |
| JTX-831 | 2022 05 22 Twitter Direct Messages (Pregueiro and Ripps) (RIPPSCAHEN00000304) | | |
| JTX-832 | Etherscan - Ripps Transfer of 5 RR/BAYC NFTs to Pregueiro (YUGALABS_00029814 - YUGALABS_00029819) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-841 | 2022 05 18 Ripps Tweet (YUGALABS_00029089) | | |
| JTX-857 | 2022 06 17 Ripps Tweet (YUGALABS_00030109) | | |
| JTX-859 | 2022 06 16 Ripps Tweet (YUGALABS_00030120) | | |
| JTX-860 | 2022 06 16 Ripps Tweet (YUGALABS_00030128) | | |
| JTX-869 | 2023 01 03 Cahen Tweet (YUGALABS_00030069) | | |
| JTX-871 | 2022 06 22 Ripps Tweet (YUGALABS_00027522) | | |
| JTX-874 | 2021 12 10 Ripps Tweet (YUGALABS_00030233) | | |
| JTX-906 | Etherscan - Address 0x592814ff14e030b51f6087032db0f88f421 4f254 (ryder - ripps.eth) (YUGALABS_00030152 - YUGALABS_00030153) | | |
| JTX-915 | RR/BAYC Financials (RIPPSCAHEN00013270) | | |
| JTX-916 | Etherscan - 0x7D2550161E8A31D0b9585Bb9c88E63E 9644af740 (Transactions from Ripps to Cahen) (YUGALABS_00030132) | | |
| JTX-917 | Etherscan - Comparison 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73 691e and 0xBC4CA0EdA7647A8aB7C2061c2E118A 18a936f13D (YUGALABS_00015423) | | |
| JTX-918 | 2022 05 18 to 2022 09 22 Text Messages (Lehman and Cahen) (LEHMAN0000013 - LEHMAN0000066) | | |
| JTX-919 | 2022 07 14 Cahen Tweet (YUGALABS_00000610) | | |
| JTX-922 | 2021 07 20 Cahen Tweet (YUGALABS_00029821) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-938 | 2022 11 29 Cahen Tweet (YUGALABS_00029900) | | |
| JTX-957 | 2022 05 23 Text Messages (Garner and Ripps) (RIPPSCAHEN00001294) | | |
| JTX-958 | 2022 05 23 Text Messages (Garner and Ripps) (RIPPSCAHEN00001295) | | |
| JTX-960 | No Date Text Messages (Garner and Ripps) (RIPPSCAHEN00001299) | | |
| JTX-961 | No Date Text Messages (Garner and Ripps) (RIPPSCAHEN00001300) | | |
| JTX-963 | 2022 05 25 Text Messages (Garner and Ripps) (RIPPSCAHEN00001304) | | |
| JTX-970 | Google Sheet re Reserved Ape IDs (LEHMAN0000241) | | |
| JTX-972 | Etherscan - Token Bored Ape Yacht Club (YUGALABS_00043510) | | |
| JTX-973 | Etherscan - Transaction 0xb987ad523a314785ff965870ea82d46411fc58f28a9a8863235f4e0c0dde7314 (from Hickman) (YUGALABS_00043514) | | |
| JTX-974 | Etherscan - Transaction 0x6f1a39025e91b4ff4774aadb21f8d6acae9f59507f181eb62b0628861c4c5f30 (to Hickman) (YUGALABS_00043519) | | |
| JTX-1023 | 2022 06 20 Twitter Direct Messages (Lehman and Hickman) (LEHMAN0000208) | | |
| JTX-1024 | 2022 06 20 Twitter Direct Messages (Lehman and Hickman) (LEHMAN0000209) | | |
| JTX-1027 | 2022 06 20 ApeMarket Tweet (YUGALABS_00000545) | | |
| JTX-1028 | 2022 01 03 dlbrows Tweet (YUGALABS_00000569) | | |
| JTX-1029 | 2022 07 08 0xQuit Tweet (YUGALABS_00002683 - YUGALABS_00002686 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1030 | 2022 07 08 0xToven Tweet (YUGALABS_00000570) | | |
| JTX-1031 | 2022 07 08 apeuniverse_eth Tweet (YUGALABS_00000580) | | |
| JTX-1032 | 2022 07 08 Cryptonidis Tweet (YUGALABS_00000589) | | |
| JTX-1034 | 2022 07 08 joergloo Tweet (YUGALABS_00000624) | | |
| JTX-1035 | 2022 07 08 NFTBuffet Tweet (YUGALABS_00000629) | | |
| JTX-1037 | 2022 05 26 Ripps Tweet (YUGALABS_00002041) | | |
| JTX-1038 | 2021 08 20 Arizona Iced Tea Tweet (YUGALABS_00002247) | | |
| JTX-1039 | LooksRare - RRBAYC #5277 (YUGALABS_00015413) | | |
| JTX-1040 | Opensea - BAYC #5277 (YUGALABS_00015414) | | |
| JTX-1041 | Etherscan - Transaction 0xd6787edd130dffc37006884013d118bfe3d7e8bf319468e3eab793c6760f8bce (YUGALABS_00015417) | | |
| JTX-1042 | Etherscan - Transaction 0X79b3bc7e029ae9fe423Cbf29C75bf6787e64fa7e0b8bb61e62166510c7e4dd6 (YUGALABS_00015996) | | |
| JTX-1043 | 2022 05 16 Joey_tartz Tweet (YUGALABS_00027693) | | |
| JTX-1045 | 2022 06 23 Ripps Tweet (YUGALABS_00030050) | | |
| JTX-1048 | 2023 01 18 ApeMarket Tweet (YUGALABS_00030238) | | |
| JTX-1049 | 2022 06 21 Bloomberg Crypto News Segment (Full Clip) (YUGALABS_00030243) | | |
| JTX-1054 | 2022 05 16 Ripps Tweet (YUGALABS_00031324) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1055 | 2022 06 15 0xGem Tweet (YUGALABS_00031326) | | |
| JTX-1056 | 2022 06 18 0xGem Tweet (YUGALABS_00031327) | | |
| JTX-1057 | 2022 06 20 0xGem Tweet (YUGALABS_00031328) | | |
| JTX-1058 | 2022 06 23 0xGem Tweet (YUGALABS_00031329) | | |
| JTX-1059 | 2022 06 25 0xGem Tweet (YUGALABS_00031330) | | |
| JTX-1060 | 2022 08 13 0xGem Tweet (YUGALABS_00031333) | | |
| JTX-1061 | 2022 12 28 0xGem Tweet (YUGALABS_00031335) | | |
| JTX-1064 | DappRadar - Bored Ape Yacht Club V3 #537 (YUGALABS_00031367) | | |
| JTX-1065 | LIVE9000 LLC Business Information (YUGALABS_00031397) | | |
| JTX-1066 | DappRadar - Bored Ape Yacht Club V3 #8664 (YUGALABS_00031432) | | |
| JTX-1068 | 2022 06 15 0xGem Tweet (YUGALABS_00031596) | | |
| JTX-1069 | 2022 06 18 0xGem Tweet (YUGALABS_00031597) | | |
| JTX-1070 | 2022 06 23 0xGem Tweet (YUGALABS_00031601 - YUGALABS_00031602) | | |
| JTX-1071 | 2022 06 25 0xGem Tweet (YUGALABS_00031603 - YUGALABS_00031604) | | |
| JTX-1072 | 2022 08 13 0xGem Tweet (YUGALABS_00031605 - YUGALABS_00031609) | | |
| JTX-1073 | 2022 12 28 0xGem Tweet (YUGALABS_00031610 - YUGALABS_00031611) | | |
| JTX-1075 | Yuga Labs Income Statement (January - December 2022) (YUGALABS_00031620) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1076 | 2022 05 16 Ripps Tweet (YUGALABS_00031633) | | |
| JTX-1119* | Das, Dipanjan et al., "Understanding Security Issues in the NFT Ecosystem," In Proceedings of ACM Conference on Computer and Communications Security (2022) (YUGALABS_00033267 - YUGALABS_00033284) | | |
| JTX-1121* | Beebe, Barton, Roy Germano, Christopher Jon Sprigman, and Joel Steckel, "The Role of Consumer Uncertainty in Trademark Law: An Experimental and Theoretical Investigation," New York University School of Law, May 2021 (YUGALABS_00033998 - YUGALABS_00034050) | | |
| JTX-1122* | Diamond, Shari Seidman, Jerre B. Swann, Trademark and Deceptive Advertising Surveys: Law, Science, and Design, American Bar Association, 2012 (YUGALABS_00034051 - YUGALABS_00034055) | | |
| JTX-1123* | Diamond, Shari Seidman, Jerre B. Swann, Trademark and Deceptive Advertising Surveys: Law, Science, and Design, American Bar Association, 2022 (YUGALABS_00034056 - YUGALABS_00034059) | | |
| JTX-1125* | Jacoby, Jacob, Trademark Surveys Volume 1: Designing, Implementing, and Evaluating Surveys, American Bar Association, 2013 (YUGALABS_00035914 - YUGALABS_00035922) | | |
| JTX-1139 | 2022 05 16 (Wayback) Ripps Twitter (YUGALABS_00000547 - YUGALABS_00000549) | | |
| JTX-1142 | atomic0.com - RRBAYC #6944 (YUGALABS_00000621) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1143 | atomic0.com - RRBAYC Collection (YUGALABS_00000644 - YUGALABS_00000646) | | |
| JTX-1145 | Redacted (RRBAYC) LooksRare webpage (YUGALABS_00027472) | | |
| JTX-1146 | Etherscan - 0x2EEBAFOdFf3A1CE3F7E3414C52c48fd50d73691e (YUGALABS_00031595) | | |
| JTX-1147 | Etherscan - 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404I015 (YUGALABS_00031619) | | |
| JTX-1148 | rrbayc-v0.netlify.app and Favicon (YUGALABS_00040325) | | |
| JTX-1154 | Apelandsdrop.com (YUGALABS_00029419) | | |
| JTX-1155 | BAYC_LANDS (YUGALABS_00029428) | | |
| JTX-1156 | Creepy Bored Ape Club (YUGALABS_00029474) | | |
| JTX-1157 | _yugalabs on Instagram (YUGALABS_00029507) | | |
| JTX-1158 | 2022 05 15 Ripps Tweets and Responses (YUGALABS_00031402 - YUGALABS_00031421) | | |
| JTX-1164 | 2021 07 08 Ripps Instagram (YUGALABS_00041629) | | |
| JTX-1168 | 2021 10 28 BAYC Tweet (YUGALABS_00043387) | | |
| JTX-1170 | 2022 06 20 Ripps Tweet (YUGALABS_00043485) | | |
| JTX-1171 | 2023 04 14 Cahen Tweet (YUGALABS_00043488) | | |
| JTX-1172 | ApeFest 2022 Photo of Ehrlund, Ali, Atalay, Muniz, Aronow, Solano, Oseary (YUGALABS_00043512) | | |
| JTX-1192 | 2022 06 21 BAYC Discord (YUGALABS_00031203) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1193 | 2022 05 10 apebayc Tweet (YUGALABS_00041682) | | |
| JTX-1194 | 2022 05 10 Cryptogeenie Tweet (YUGALABS_00042499) | | |
| JTX-1195 | 2022 06 16 CryptoJooj Tweet (YUGALABS_00043353) | | |
| JTX-1233 | Twitter from_BoredApeYC until_2023-03-31 since_2021-09-30 (YUGALABS_00041354 - YUGALABS_00041418) | | |
| JTX-1236 | 2022 06 21 (Wayback) Opensea - BAYC #6520 (YUGALABS_00043525 - YUGALABS_00043526) | | |
| JTX-1237 | 2022 06 21 (Wayback) Opensea - RRBAYC #6520 (YUGALABS_00043491) | | |
| JTX-1240 | 2022 07 29 (Wayback) Opensea - BAYC #8357 (YUGALABS_00043528 - YUGALABS_00043529) | | |
| JTX-1241 | 2022 06 21 (Wayback) Opensea - RRBAYC #8357 (YUGALABS_00043511) | | |
| JTX-1243 | 2023 04 10 Ripps Tweet (YUGALABS_00043540) | | |
| JTX-1249 | 2022 05 14 Ripps Tweet (YUGALABS_00043537) | | |
| JTX-1262 | 2022 11 02 CryptoPhunksV2 Tweet (YUGALABS_00043513) | | |
| JTX-1268 | 2022 01 14 registration of https://who.is/whois/gordongoner.com (YUGALABS_00043489) | | |
| JTX-1270 | 2022 05 18 rrbayc.com Domain Registration (RIPPSCAHEN00015850) | | |
| JTX-1272 | Etherscan - 0xee969b688442c2d5843ad75f9117b3ab04b14960_RRBAYCRSVP) (Analytics) (2022 06 20) (YUGALABS_00043509) | | |
| JTX-1273 | 2022 05 07 SolminingpunkV2 Tweet (YUGALABS_00000602) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1274 | 2022 06 20 markaclouds Tweet (YUGALABS_00000615) | | |
| JTX-1293 | ApeFest 2022 - Eminem and Snoop Dogg (YUGALABS_00002439) | | |
| JTX-1296 | 2022 05 13 Cahen Tweet (YUGALABS_00029866) | | |
| JTX-1298 | ApeFest 2022 - Full Webpage (captured 2023 01 14) (YUGALABS_00032562 - YUGALABS_00032567) | | |
| JTX-1299 | ApeFest 2022 - Full Webpage (capture 2023 02 05) (YUGALABS_00033310 - YUGALABS_00033318) | | |
| JTX-1300 | BAYC Discord - FAQ (YUGALABS_00036531) | | |
| JTX-1302 | BoredApeYC Twitter - Full (YUGALABS_00014135 - YUGALABS_00014673) | | |
| JTX-1306 | Yugalabs Twitter - Full (YUGALABS_00015395 - YUGALABS_00015409) | | |
| JTX-1308 | YouTube - ApeFest 2021 (https://www.youtube.com/watch?v=MpMR9HBXX5A) (YUGALABS_00041649) | | |
| JTX-1309 | YouTube - ApeFest 2022 (https://www.youtube.com/watch?v=yhsEHRNuYBw) (YUGALABS_00042500) | | |
| JTX-1310 | Etherscan - 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 (Cahen PEPE) (YUGALABS_00041541 - YUGALABS_00041542) | | |
| JTX-1311 | Etherscan - Transaction 0x0cae66a609ae2ff22935fe767f8fc1b3244a51b6832c393bf14664b340b0c30a (Cahen 2022 11 09) (YUGALABS_00043369 - YUGALABS_00043370) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1312 | Etherscan - Transaction 0x42ea6aa1c4d79ab57962ee723abb43e0104fb4bea56b65cc1bf4bc6fb7982b2e (Cahen 2022 10 11) (YUGALABS_00043384 - YUGALABS_00043385) | | |
| JTX-1313 | Etherscan - Transaction 0xe1a29d7df090d0c90bee1731e3af039ec333ba4ac1020666cee59f09f6dc8595 (Cahen 2023 01 04) (YUGALABS_00043398 - YUGALABS_00043399) | | |
| JTX-1315 | 2023 04 04 Cahen Tweet (YUGALABS_00041610) | | |
| JTX-1317 | RRBAYC on Opensea Pro (grid view) (YUGALABS_00041650) | | |
| JTX-1318 | 2023 04 04 Cahen Tweet (YUGALABS_00041683) | | |
| JTX-1428 | Founders Wedding Photo (YUGALABS_00040593) | | |
| JTX-1433 | rrbayc.com - Full webpage (YUGALABS_00030244 - YUGALABS_00030337) | | |
| JTX-1434 | Otherside Video (YUGALABS_00041280) | | |
| JTX-1442 | 2021 04 17 BAYC Tweet (YUGALABS_00002048) | | |
| JTX-1461 | 2023 04 03 alexisohanian Tweet (YUGALABS_00041530) | | |
| JTX-1462 | 2023 04 03 CitronButter Tweet (YUGALABS_00041531) | | |
| JTX-1469 | 2023 04 22 Cahen Tweet (YUGALABS_00041538) | | |
| JTX-1470 | 2023 04 22 Cahen Tweet (YUGALABS_00041539) | | |
| JTX-1471 | 2023 04 20 Cahen Tweet (YUGALABS_00041540) | | |
| JTX-1475 | Ripps Tweet (YUGALABS_00041573) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1477 | 2022 05 11 Ripps Tweet (YUGALABS_00030056) | | |
| JTX-1480 | 2023 03 27 Blockworks Tweet (YUGALABS_00041287) | | |
| JTX-1484 | NameCheap - Domain Registration Information for rrbayc.com and apemarket.com (NAMECHEAP0000015 - NAMECHEAP0000025) | | |
| JTX-1556 | 2022 05 13 Jclineshow Tweet (YUGALABS_00029080 - YUGALABS_00029086) | | |
| JTX-1557 | 2022 05 19 (Wayback) - RRBAYC Foundation webpage (YUGALABS_00030057) | | |
| JTX-1558 | 2022 07 03 AllCityBAYC Tweet (YUGALABS_00031331) | | |
| JTX-1564 | 2022 06 21 (Wayback) RRBAYC Foundation webpage (YUGALABS_00036423 - YUGALABS_00036424) | | |
| JTX-1565 | 2023 04 30 Ripps Tweet (YUGALABS_00043544) | | |
| JTX-1566 | 2023 04 28 Cahen Tweet (YUGALABS_00043546) | | |
| JTX-1567 | 2023 03 01 Cahen Tweet (YUGALABS_00043547) | | |
| JTX-1568 | 2023 05 01 Cahen Tweet (YUGALABS_00043548) | | |
| JTX-1574 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026004) | | |
| JTX-1575 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026023) | | |
| JTX-1576 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026024) | | |
| JTX-1578 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026037) | | |
| JTX-1581 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026047) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1582 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026048) | | |
| JTX-1583 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026057) | | |
| JTX-1586 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026069) | | |
| JTX-1591 | 2022 06 08 Text Messages (Ripps and Cahen) (RIPPSCAHEN00026148) | | |
| JTX-1592 | 1245083_013123_Foundation_Excel_Qual+Term+Partial.xlsx (Foundation Eveready Survey Data) (YUGALABS_00036090) | | |
| JTX-1593 | 1245083_013123_NFT OS_All_Touch_Excel.xlsx (OpenSea Squirt Survey Data) (YUGALABS_00036097) | | |
| JTX-1594 | "Why Did OpenSea Become the Most Widely Used NFT Marketplace?" Crypto Conduct Authority, August 18, 2022 (YUGALABS_00036124 - YUGALABS_00036126) | | |
| JTX-1595 | Etherscan - ryder-ripps.eth #1956 Bored Ape Yacht Club (YUGALABS_00036146) | | |
| JTX-1596 | Rivera-Herrera, Daniela, "10 Best NFT Marketplaces," Nasdaq, October 27, 2022 (YUGALABS_00036216 - YUGALABS_00036222) | | |
| JTX-1597 | "OpenSea Learn," OpenSea (YUGALABS_00036223 - YUGALABS_00036224) | | |
| JTX-1598 | Trinetra Paul, "The 8 Most Popular NFT Marketplaces in the World," Prestige, February 3, 2022 (YUGALABS_00036245 - YUGALABS_00036256) | | |
| JTX-1599 | "Discover, collect, and sell extraordinary NFTs," OpenSea, June 20, 2022 (YUGALABS_00036412 - YUGALABS_00036420) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1600 | Ripps' character logo obtained from "@ryder_ripps Foundation Page," Foundation, January 20, 2022 (YUGALABS_00036421 - YUGALABS_00036422) | | |
| JTX-1602 | 2023 05 01 Cahen Tweet (YUGALABS_00043564) | | |
| JTX-1603 | 2023 05 01 Cahen Tweet (YUGALABS_00043563) | | |
| JTX-1612* | Diamond, Shari S., "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center (YUGALABS_00034060 - YUGALABS_00035094) | | |
| JTX-1613 | 2023 02 20 Cahen Retweet (rrbayc_bot) (YUGALABS_00043588) | | |
| JTX-1614 | 2023 02 17 Cahen Retweet (rrbayc_bot) (YUGALABS_00043589) | | |
| JTX-1615 | 2023 02 24 Cahen Retweet (rrbayc_bot) (YUGALABS_00043590) | | |
| JTX-1616 | Coingecko, RR/BAYC NFT Floor Price Data (YUGALABS_00033714 - YUGALABS_00033718) | | |
| JTX-1617 | 2023 06 06 Cahen Tweet Thread (YUGALABS_00043606 - YUGALABS_00043614) | | |
| JTX-1618 | 2023 06 06 CHristophrP_ Tweet (Cahen Retweeted) (YUGALABS_00043592) | | |
| JTX-1619 | 2023 06 06 potatoeggtacos Tweet (Cahen Retweeted) (YUGALABS_00043593) | | |
| JTX-1620 | 2023 06 06 Cahen Tweet (Ripps Retweeted) (YUGALABS_00043594) | | |
| JTX-1621 | NFTGO BAYC Analytics (YUGALABS_00043596 - YUGALABS_00043597) | | |
| JTX-1622 | NFTGO BAYC Overview (YUGALABS_00043598 - YUGALABS_00043599) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1623 | NFTGO RRBAYC Analytics - General (YUGALABS_00043600) | | |
| JTX-1624 | NFTGO RRBAYC Overview - Short (YUGALABS_00043601) | | |
| JTX-1625 | NFTGO RRBAYC Overview (YUGALABS_00043602 - YUGALABS_00043603) | | |
| JTX-1626 | OpenSea BAYC Analytics (YUGALABS_00043604 - YUGALABS_00043605) | | |
| JTX-1627 | Yougetnothin.com (captured at 2023 06 07) (YUGALABS_00043595) | | |
| JTX-2002* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 7 - Ethereum blockchain smart contract containing RRBAYC NFTs, YUGALABS_00030081-YUGALABS_00030082 | | |
| JTX-2003* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 12 - Yuga's website About page, YUGALABS_00030223-YUGALABS_00030230 | | |
| JTX-2004* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 16 - Yuga Labs OpenSea listing page, YUGALABS_00027531-YUGALABS_00027531 | | |
| JTX-2033 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 129 - Email from Andriske to RRBAYC, June 20, 2022, RIPPSCAHEN00001577-RIPPSCAHEN00001577 | | |
| JTX-2035 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 131 - Email from Attar to RRBAYC, June 21, 2022, RIPPSCAHEN00001655-RIPPSCAHEN00001655 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2039 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 135 - Email from Winterstein to RRBAYC, June 21, 2022, RIPPSCAHEN00001869-RIPPSCAHEN00001869 | | |
| JTX-2045* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 141 - Forbes Profile of Ryder Ripps, RIPPSCAHEN00000866-RIPPSCAHEN00000869 | | |
| JTX-2050* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 146 - ApeCoin OpenSea Page, RIPPSCAHEN00020735-RIPPSCAHEN00020736 | | |
| JTX-2075* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 174 - Dilution Image, RIPPSCAHEN00018890-RIPPSCAHEN00018890 | | |
| JTX-2085* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 184 - RRBAYC Website, RIPPSCAHEN00021149-RIPPSCAHEN00021175 | | |
| JTX-2086 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 185 - RRBAYC Purchase Disclaimer, RIPPSCAHEN00021219-RIPPSCAHEN00021219 | | |
| JTX-2091* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 195 - Etherscan BAYC #3721, RIPPSCAHEN00020829-RIPPSCAHEN00020830 | | |
| JTX-2092* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 196 - Etherscan RRBAYC #193, RIPPSCAHEN00025264-RIPPSCAHEN00025264 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-2096* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 200 - Twitter post by Ripps, May 20, 2022, RIPPSCAHEN00019015-RIPPSCAHEN00019015 | | |
| JTX-2097* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 201 - Twitter post by Ripps, May 15, 2022, RIPPSCAHEN00019017-RIPPSCAHEN00019017 | | |
| JTX-2102 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 206 - Twitter post by Ripps, June 18, 2022 (Ripps Disclaimer Tweet 4), RIPPSCAHEN00017523-RIPPSCAHEN00017523 | | |
| JTX-2103* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 207 - Twitter post by Ripps, June 1, 2022 (Ripps Disclaimer Tweet 5), RIPPSCAHEN00017526-RIPPSCAHEN00017526 | | |
| JTX-2112 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 217 - Twitter post by Cline, May 16, 2022, RIPPSCAHEN00022455-RIPPSCAHEN00022473 | | |
| JTX-2113* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 218 - Direct Message from Ripps to @Streetoshi, May 30, 2022, RIPPSCAHEN00015350-RIPPSCAHEN00015350 | | |
| JTX-2134* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 241 - Bored Coffee, RIPPSCAHEN00021022-RIPPSCAHEN00021022 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2139 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 3 - New York Times, Ryder Ripps: An Artist of the Internet, July 8, 2014 | | |
| JTX-2155* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 20 - Input Magazine, Bored Ape Yacht Club Finally Responds to Neo-Nazism Accusations, February 1, 2022 | | |
| JTX-2163* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 29 - The Coin Republic, Bored Ape Yacht Club (BAYC) Propagating NFT Racism?, June 24, 2022 | | |
| JTX-2190* | Expert Report of Jonah Berger, Feb. 6, 2023 | | |
| JTX-2211 | Twitter post from @Jclineshow, May 16, 2022, RIPPSCAHEN00022687-RIPPSCAHEN00022703 | | |
| JTX-2243* | Etherscan token tracker (ERC-20), RIPPSCAHEN00026242-RIPPSCAHEN00026242 | | |
| JTX-2244* | Etherscan token tracker (ERC-20) BAYC, RIPPSCAHEN00026243-RIPPSCAHEN00026243 | | |
| JTX-2277* | Declararation of Thomas Leham, Feb. 3, 2023, YUGALABS_00040736-YUGALABS_00040745 | | |
| JTX-2278* | Confidential Settlement Agreement, Feb. 3, 2023, YUGALABS_00040746-YUGALABS_00040762 | | |
| JTX-2280* | #The Bestt Boredd Apee Yacht Clubb webpage on OpenSea, RIPPSCAHEN00015922-RIPPSCAHEN00015923 | | |
| JTX-2282 | Bored Ape Tron Club webpage, RIPPSCAHEN00017228-RIPPSCAHEN00017236 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2284* | Bored Ape Solana Club webpage on Magic Eden, RIPPSCAHEN00017581-RIPPSCAHEN00017583 | | |
| JTX-2333* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026292-RIPPSCAHEN00026299 | | |
| JTX-2397* | Physical exhibit RIPPSCAHEN00018454 | | |
| JTX-2398* | Physical exhibit RIPPSCAHEN00018455 | | |
| JTX-2399* | Physical exhibit RIPPSCAHEN00018456 | | |
| JTX-2400* | Physical exhibit RIPPSCAHEN00018457 | | |
| JTX-2401* | Physical exhibit RIPPSCAHEN00018458 | | |
| JTX-2402* | Physical exhibit RIPPSCAHEN00018459 | | |
| JTX-2403* | Physical exhibit RIPPSCAHEN00018460 | | |
| JTX-2404* | Physical exhibit RIPPSCAHEN00018461 | | |
| JTX-2405* | Physical exhibit RIPPSCAHEN00018462 | | |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | | |
| JTX-2407* | Physical exhibit RIPPSCAHEN00018464 | | |
| JTX-2409* | Physical exhibit RIPPSCAHEN00018466 | | |
| JTX-2410* | Physical exhibit RIPPSCAHEN00018467 | | |
| JTX-2411* | Physical exhibit RIPPSCAHEN00018468 | | |
| JTX-2412* | Physical exhibit RIPPSCAHEN00018469 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2413* | Physical exhibit RIPPSCAHEN00018470 | | |
| JTX-2414* | Physical exhibit RIPPSCAHEN00018471 | | |
| JTX-2415* | Physical exhibit RIPPSCAHEN00018472 | | |
| JTX-2416* | Physical exhibit RIPPSCAHEN00018473 | | |
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | | |
| JTX-2418* | Physical exhibit RIPPSCAHEN00018475 | | |
| JTX-2419* | Physical exhibit RIPPSCAHEN00022704 | | |
| JTX-2420* | Physical exhibit RIPPSCAHEN00022705 | | |
| JTX-2421* | Physical exhibit RIPPSCAHEN00022706 | | |
| JTX-2422* | Physical exhibit RIPPSCAHEN00026203 | | |
| JTX-2423* | Physical exhibit RIPPSCAHEN00026204 | | |
| JTX-2424* | Physical exhibit RIPPSCAHEN00026272 | | |
| JTX-2425* | Physical exhibit RIPPSCAHEN00026273 | | |
| JTX-2426* | Physical exhibit RIPPSCAHEN00026274 | | |
| JTX-2427* | Physical exhibit RIPPSCAHEN00026275 | | |
| JTX-2428* | Physical exhibit RIPPSCAHEN00026276 | | |
| JTX-2587* | Direct Messages from June 21, 2022, RIPPSCAHEN00026300-RIPPSCAHEN00026300 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2589* | Email from arthouse_editor@proton.me to rrbayc@protonmail.com, May 25, 2022, RIPPSCAHEN00001380-RIPPSCAHEN00001380 | | |
| JTX-2590* | Email from easywrld@protonmail.ch to rrbayc@protonmail.com, May 28, 2022, RIPPSCAHEN00001396-RIPPSCAHEN00001396 | | |
| JTX-2591* | Email from Tarakcioglu to rrbayc, May 28, 2022, RIPPSCAHEN00001397-RIPPSCAHEN00001397 | | |
| JTX-2592* | Email from Cook to rrbayc, May 31, 2022, RIPPSCAHEN00001408-RIPPSCAHEN00001408 | | |
| JTX-2595* | Email from smu66xg0dd to rrbayc, June 17, 2022, RIPPSCAHEN00001475-RIPPSCAHEN00001475 | | |
| JTX-2596* | Email from Bader to rrbayc, June 18, 2022, RIPPSCAHEN00001479-RIPPSCAHEN00001479 | | |
| JTX-2599* | Email from Stango to rrbayc, June 20, 2022, RIPPSCAHEN00001523-RIPPSCAHEN00001523 | | |
| JTX-2608* | Ledger spreadsheet on Kraken, June 24, 2022, Live9000-00000014-Live9000-00000014 | | |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | | |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | | |
| JTX-2676 | Bloomberg Crypto clip, YUGALABS_00030243-YUGALABS_00030243 | | |
| JTX-2710** | Etherscan Transaction Details | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-2711** | Etherscan Transaction Details | | |
| JTX-2712** | CoinGecko page for Bored Ape Yacht Club | | |
| JTX-2713** | CoinGecko page for Bored Ape Yacht Club | | |
| JTX-2714** | Coin Telegram, Yuga Labs' Otherdeeds NFT mint triggers backlash from community | | |
| JTX-2715** | Kotaku, Bored Ape Yacht Club NFT Fans Lose Millions Trying To Buy Video Game 'Land' | | |
| JTX-2716** | Coin Telegram, Otherside NFTs fall below mint price while cheaper ETH sees sales volume boost | | |
| JTX-2717** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2718** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2719** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2720** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2721** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2722** | Made by Apes; The License for BAYC & MAYC Builders | | |

1  Dated:  July 27, 2023              FENWICK & WEST LLP

2

3                                     By:  /s/ Eric Ball
                                          Eric Ball
4                                     Attorneys for Plaintiff
5                                     YUGA LABS, INC.

6

7  Dated:  July 27, 2023              WILMER CUTLER PICKERING HALE &
                                      DORR LLP
8

9                                     By:  /s/ Louis Tompros
10                                         Louis W. Tompros
                                      Attorneys for Defendants
11                                    RYDER RIPPS and JEREMY CAHEN

12

13

14            **ATTESTATION OF CONCURRENCE IN FILING**

15         Pursuant to the United States District Court for the Central District of

16  California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing

17  of this document has been obtained from Louis W. Tompros.

18

19                                        /s/ Eric Ball
                                          Eric Ball
20

21

22

23

24

25

26

27

28