**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:24 PM
Good one

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:24 PM
DMCA ! Rrbayc

**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:25 PM
I don't own either of them. I just pray they pay them taxes

**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:25 PM
Cause it a DMCA they gotta worry about

**emilyluvscrypto.eth (EmilyLuvsCrypto)** — 6/21/22, 9:25 PM
https://twitter.com/hWonderofWorld/status/1539417086098694146
Link title: hwonder | axel foley | # on Twitter
Link description: "@ryder_ripps
perhaps it makes sense to DMCA google &amp; IPFS for images that #rrbayc is using it would make sense to take those down, yes?

wait… @Pauly0x told me that they were the same frozen URIs as opensea

wait.. @dumbnamenumbers told me it's also exact same uri as ipfs"
I am rolling you used the same uri?? 🔗 https://t.co/7GigTSl5yi

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:25 PM
it's a lack of knowledge

**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:25 PM
Neither of them Feds worthy so pay them hoes lamo

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:26 PM
identical url

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:26 PM
Report rrbayc

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:26 PM
nfts aren't art

**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:26 PM
Hold on fr

**FastFoodRembrandt.onion (SolMiningpunkV2)** — 6/21/22, 9:26 PM
Or you trollin

**hwonder | axel foley | # (hWonderofWorld)** — 6/21/22, 9:26 PM
They are we web browsers



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT __JTX-0012__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT 12
WITNESS: Hickman
DATE: 12-7-22
HOLLY LARSEN, CCR NO. 680