

**h wonder**
@hWonderofWorld

NFTs do not render art.

i do not grasp why "ip" people believe otherwise.

contracts provide dapps (wallets, marketplaces, websites) with instructions on how to render the art.

7:25 PM · May 16, 2022

5 Retweets  1 Quote Tweet  18 Likes



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT  JTX-0013
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT 13
WITNESS: Hickman
DATE: 12-7-22
HOLLY LARSEN, CCR NO. 680