**Pauly Shore** 15-Jun-22 06:08 PM
I like the idea of you putting them on sale while you are at ape fest

**ryder** 15-Jun-22 06:08 PM
each additional is 10% off
back to .1?
its just fucked up
we never should have changed the price

**Pauly Shore** 15-Jun-22 06:09 PM
I think you could do a half off apefest day
To encourage them to play with it
Well we did and it's not the end of the world Imo
These market conditions are bonkers bro
3AC some of the biggest VCs in the entire space jjsy got liquidated completely
They were 15 billion dollars Lmfao

**ryder** 15-Jun-22 06:10 PM
what if i had a coupon code
that was 50% off
and i gave it out at ape fest

**Pauly Shore** 15-Jun-22 06:11 PM
I think that is a great idea
A code you can give out at NFT NYC
How hard would that be to implement @middlemarch.eth @hwonder ?

**ryder** 15-Jun-22 06:12 PM
if we launch apemarket by then
i can go with a tshirt
promoting ape market
and talk to tons of people

**Pauly Shore** 15-Jun-22 06:12 PM
Apemarket shirt would be fire
You could make a bunch of them and give them out for free to anyone who shows you their rsvp they made
Also @hwonder @middlemarch.eth we want to establish something in writing, doesn't have to be super formal... but ryder and I agreed that each of us should own an equal share of ApeMarket so 25% each. Let us know if that works for you guys!



