U.S. DIS. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT     JTX-0025
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Etherscan

Eth: $1,226.84 (-15.70%) | 46 Gwei

All Filters  ▾   Search by Address / Txn Hash / Block / Token / Ens

Home   Blockchain ▾   Tokens ▾   Resources ▾   More ▾   Sign In

Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e

Buy ▾   Exchange ▾   Earn ▾   Gaming ▾

### Contract Overview

| | |
|---|---|
| Balance: | 0 Ether |
| Value: | $0.00 |

### More Info

More ▾

| | |
|---|---|
| My Name Tag: | Not Available. login to update |
| Creator: | 0x592814ff14e030b51f6… at txn 0xec6a7bd2b146bd89b2… |
| Tracker: | Bored Ape Yacht Club (BAYC) |

EXHIBIT 25
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

YUGALABS_00002370

JTX-0025.00001