

YUGALABS_00003335



YUGALABS_00003336

**JTX-0026.00002**



YUGALABS_00003337



YUGALABS_00003338

JTX-0026.00004