

U.S.D.C. - CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT      JTX-0028
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



YUGALABS_00015424