**Avatar** **hwonder** 22-May-22 08:57 AM
there is a demand for sure

💯 1

i wonder if rrbayc anticipation is suffocating bayc volume

**Avatar** **hwonder** i wonder if rrbayc anticipation is suffocating bayc volume

**Avatar** **Pauly Shore** 22-May-22 08:58 AM
Probably a bit yes

It's definitely sucking some liquid out of phunks as well

**Avatar** **hwonder** 22-May-22 08:59 AM
thats the law of numbers

| Item | | Price | Quantity | From | To | Time |
|---|---|---|---|---|---|---|
| Sale | Bored Ape Yacht Club | ♦ 108.0... $218,149.16 | 1 | Wuestenigel | jflowlive.eth | 19 hours ago |
| Sale | Bored Ape Yacht Club | ♦ 88 $177,637.88 | 1 | FA10C9 | sen69 | 20 hours ago |
| Sale | Bored Ape Yacht Club | ♦ 120 $242,233.20 | 1 | 9190A2 | FA10C9 | 20 hours ago |
| Sale | Bored Ape Yacht Club | ♦ 96.99 $195,784.98 | 1 | SidusHeroes | Degenbaer | 20 hours ago |
| Sale | Bored Ape Yacht Club | ♦ 99.42 $200,690.91 | 1 | 99B24C | DD400A | a day ago |
| Sale | Bored Ape Yacht Club | ♦ 130 $262,419.30 | 1 | KingKong-V... | PGSoft-Offic... | a day ago |
| Sale | Bored Ape Yacht Club | ♦ 105.99 $213,952.47 | 1 | pk1992_vault | 969D3E | a day ago |
| Sale | Bored Ape Yacht Club | ♦ 96 $193,786.56 | 1 | 0xJanitor | PrimateVen... | a day ago |

👀 1

its pretty interesting ...

"i thought u hate those apes, what are you building rn?"
- my wife

**Avatar** **Pauly Shore** 22-May-22 09:02 AM
Hahahaha

The path may be confusing

But the destination is real

---

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-0042**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

EXHIBIT 42
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

But the destination is real.

JTX-0042.00002