

**Fit Binex** 05:44

https://etherscan.io/token/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e?a=3077



**Hwonder** 06:02

this is not wrong.

06:03



Briana sent a request for 1758

06:03

06:04



you sent her 1758

06:04

06:05



JTX-0044.00001

**#1758** Minted

people believe the tokenId should match the RR ID. that is where they get confused. 06:06

look in URL (RRID) 06:06
vs
what's displayed (BAYC ID)


**Tom** 09:07

GM everyone! I'm back in the game!


**Ryder Ripps** 11:26

sites down for me