**Avatar** **Pauly Shore**  30-May-22 12:58 PM
Goal: mint out the remainder of the collection + incentivize people to use the marketplace, specifically the BAYC original side
I think it would be very good to create a simple slide that shows the royalty structure with some of or RR/BAYC design elements
- .69% royalties or whatever percent we decide
- Anyone who owns a rr/bayc can use the marketplace
- fat finger protection / floor reserve (edited)
- price increase (edited)

**Avatar** **hwonder**  30-May-22 01:04 PM
fat finger floor reserve

**Avatar** **Pauly Shore**  30-May-22 01:14 PM



## ApeMarket

.69% royalties? (Decide %) for RR/BAYC + BAYC (do we let apes sell mutants and dogs and land too?)
- Any rr/bayc owner can use the marketplace ( token gate = incentive to use)
- fat finger protection / floor reserve
- price increase + 20% in anticipation of the market

[bar chart: .1e original | hours cause we're loading everything else on marketplace | — | Min .3e fat finger floor on market with...]

I actually think it's a very good idea to include every Yuga asset on our marketplace
More royalties for us + more reason to own the rrbayc as a ticket to use our@utility and save money + much larger audience
More work for sure, but much higher likelihood of generating more royalties and users

**Avatar** **middlemarch.eth**  30-May-22 01:31 PM
Few thoughts on the wrapper as it was posted in the telegram:
If we were to do it I think we would want different metadata in some way so it was less confusing (could perhaps include the word "wrapped")
But overall I think we should be very careful about doing this in terms of the confusion it will create
Especially at a time when holder count and volume are important to us

**Avatar** **Pauly Shore**  30-May-22 01:33 PM
i dont want to start implementing a wrapper

**Avatar** **middlemarch.eth**  30-May-22 01:33 PM
Agreed

**Avatar** **Pauly Shore**  30-May-22 01:33 PM
these users are too unsophisticated
by far

**Avatar** **middlemarch.eth**  30-May-22 02:54 PM
@hwonder I think I have a fix for the events thing
https://github.com/RogerPodacter/RRBAYC/pull/70/files
Want to step through it when you have a moment?

**Avatar** **middlemarch.eth**  30-May-22 03:26 PM
Ok boom now I think I have a fix for the admin UI as well

**Avatar** **middlemarch.eth**  30-May-22 03:40 PM



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT   **JTX-0049**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT 49
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing any more which I know @Pauly Shore never liked @hwonder

> middlemarch.eth I'm going to "touch grass" for a few mins and then let's try to get this out! I think it is a real improvement. We don't need the "Loading" thing...

Avatar **Pauly Shore** 30-May-22 03:45 PM
That would be awesome
Then hopefully tonight we can do some design work on a demo site of marketplace
And get that slide out like this one



Avatar **Pauly Shore** 30-May-22 03:53 PM
Real time counter
Of how much saved vs opensea or@looks rare
On the ape side

Avatar **Pauly Shore** 30-May-22 04:08 PM
Ryder wants to release bayc & mutants on the marketplace
And I think it's a great idea for the accouncement
@hwonder ryder said to share whatever we can with him and he can mess with css design stuff etc
Demo site tonight?

Avatar **Pauly Shore** 30-May-22 04:25 PM

file://disc/clients/39048 406 BoredApe Rloes/07 Review/2022.10.17 Lehman/Discord Messages/Direct Messages - Group - Team ApeMarket [9766449688169677011/Direct Messages - Group - Team ApeMarket %5D97664496881696770193D.html Files/unknown-852D5.png

JTX-0049.00002