**hwonder** 26-May-22 10:06 AM
we do not want a 2e total volume marketplace

**middlemarch.eth** 26-May-22 10:06 AM
Yes true

**hwonder** 26-May-22 10:06 AM
ppl can trade on xyx2 and oother places today
so it HAS to make sense for user to see a greater benefit
👆 1
with phunks... 0 fee drew ppl in ... and early on the cargo back end made it a 1 time cost
it was perfect perfect storm

**middlemarch.eth** 26-May-22 10:07 AM
What was cargo backend?
That's an existing market?
So basically you didn't have to re-approve

**hwonder** 26-May-22 10:09 AM
yup.
no cost for listing
none of it.

**middlemarch.eth** 26-May-22 10:09 AM
0 fee is also amazing marketing, it's true
Like elevator pitch of NLL
"0 fee"
That's the pitch

**hwonder** 26-May-22 10:09 AM
zero fee isn't sustainable

**middlemarch.eth** 26-May-22 10:09 AM
Agreed

**hwonder** 26-May-22 10:09 AM
zero fee isn't worth it

**middlemarch.eth** 26-May-22 10:10 AM
Agreed
So what's the value!
Making it feel customized, content-y things like the filtering / sorting idea Pauly mentioned last night

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0055 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT 55
WITNESS: Hickman
DATE: 12·7·22
HOLLY LARSEN, CCR NO. 680

Better grid
More artistic presentation

Avatar **hwonder**  26-May-22 10:10 AM
its not functionality that makes it better

Avatar **Pauly Shore**  26-May-22 10:10 AM
I think that stuff is nice but it won't bring users

Avatar **hwonder**  26-May-22 10:11 AM
it's about money

Avatar **Pauly Shore**  26-May-22 10:11 AM
Yes

Avatar **middlemarch.eth**  26-May-22 10:11 AM
So how does listing here make me more money

Avatar **Pauly Shore**  26-May-22 10:11 AM
The thing is people will definitely want to flip their assets