

**ryder** 24-Jun-22 04:01 PM
what should i do about this letter

Yuga_Labs_LOA.pdf
526.72 KB

**middlemarch.eth** 24-Jun-22 04:07 PM
I think this just informs us that we should treat demands from Appdetex as if they were coming from Yuga?
Basically just saying "we hired these guys to harass you"
I dont' think it asks us to do anything?
With respect to the rrbayc.com trademark issue I say we maybe get some attention around it and how unfair it is but ultimately take the site down probably
Not worth it, especially since we're migrating off anyway
For the new site we change the logo, and maybe even the display name in the market. IDK
Stressful situation for sure, I guess in the somewhat likely event they do sue us it's good for it to be over something that makes them look the worst (versus our logo which could be considered confusing and our use of the "BAYC" name)
By "our use" I mean the presence of those things on a website we control

ryder what should i do about this letter
**hwonder** 24-Jun-22 04:40 PM
this is madness ...
@Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
I like to confirm because he's in town and may be able to expedite a few calls ... but I want to make sure it's all clear

hwonder this is madness ... @Pauly Shore didn't lastcryptoking help OG with lawyer Re: phunks
**Pauly Shore** 24-Jun-22 04:53 PM
No he helped with something else but I do not recall it being a lawyer
Krystal is kenobi's friend
She was the attorney for phunks Letters As sell
Well

ryder what should i do about this letter
**Pauly Shore** 24-Jun-22 04:54 PM
I think we have some time to think on this sort of stuff
And consider all aspects
No need to make a decision on the spot imo we should have ourselves some time to decide

**hwonder** 24-Jun-22 05:01 PM
Clearly this is bias
6900 volume plus $2 million in mint... It's pretty clear they dislike that
We're closing in on ~$10 million impact to yuga

hwonder Clearly this is bias
**Pauly Shore** 24-Jun-22 05:26 PM
Can you explain which part? Seems like a lot of different bias for sure haha

Pauly Shore Can you explain which part? Seems like a lot of different bias for sure haha
**hwonder** 24-Jun-22 08:29 PM
i'll loop around this in moment. styling v3 rn

**Pauly Shore** 24-Jun-22 08:30 PM
No worries!

**ryder** 24-Jun-22 08:50 PM
should mint rthe other 400
it doesnt impact yuga
the clients buying rrbayc are legit the opposite

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0058**
DATE ____________ **IDEN.**
DATE ____________ **EVID.**
BY ____________
**Deputy Clerk**

EXHIBIT 58
WITNESS: Hickman
DATE: 12.7.22
HOLLY LARSEN, CCR NO. 680

Letter of Authorization
March 21, 2022

To Whom It May Concern:

Letter of Authorization for Appdetex

This letter confirms that Yuga Labs, Inc. has granted to Appdetex, and its officers, employees, or other representatives, the authority to represent Yuga Labs, Inc.'s interests with your organization, in protection of Yuga Labs, Inc.'s intellectual property assets, including protection of Yuga Labs, Inc.'s trademarks, copyrights, domain names, internet platforms, and other intellectual property (collectively, "*Intellectual Property*").

The authority granted by Yuga Labs, Inc. to Appdetex includes: (1) the power to make representations about the status of Yuga Labs, Inc.'s Intellectual Property; (2) to act on behalf of Yuga Labs, Inc. in order to submit notices of intellectual property infringement, abusive conduct, or other malfeasance, nonfeasance, or misfeasance with respect to Yuga Labs, Inc.'s Intellectual Property; and (3) to otherwise enforce Yuga Labs, Inc.'s aforesaid rights in such Intellectual Property, whether through negotiations or administrative process.

The powers granted to Appdetex through this document are revocable at will, and, unless earlier revoked, expire upon January 1, 2023.

Signed by:

*Nicole Muniz*
Name: Nicole Muniz, CEO
Yuga Labs, Inc.
1430 S. Dixie Hwy, Ste. 105 10
Coral Gables, FL 33146-3108

**DocuSign**

## Certificate Of Completion

Envelope Id: 1D62BBF39C1F473FB7E6B31F94D25EFB
Subject: Please DocuSign: Yuga Labs Letter of Authorization 032222jwa.docx
Source Envelope:
Document Pages: 1          Signatures: 1          Envelope Originator:
Certificate Pages: 5       Initials: 0            Judi Archbold
AutoNav: Enabled                                  PO Box 6896
EnvelopeId Stamping: Enabled                      Boise, ID  83707
Time Zone: (UTC-08:00) Pacific Time (US & Canada) judi.archbold@appdetex.com
                                                  IP Address: 71.36.16.19

Status: Completed

## Record Tracking

Status: Original
    3/22/2022 10:35:23 AM

Holder: Judi Archbold
    judi.archbold@appdetex.com

Location: DocuSign

## Signer Events

Nicole Muniz
v@yugalabs.io
CEO
Security Level: Email, Account Authentication (None)

**Signature**

*Nicole Muniz*

Signature Adoption: Pre-selected Style
Using IP Address: 66.65.51.11

**Timestamp**

Sent: 3/22/2022 10:37:49 AM
Viewed: 3/22/2022 10:42:12 AM
Signed: 3/22/2022 10:42:19 AM

**Electronic Record and Signature Disclosure:**
    Accepted: 3/22/2022 10:42:12 AM
    ID: 4541ff89-b01b-448a-b56a-f282922c7bb3

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| Editor Delivery Events | Status | Timestamp |
| Agent Delivery Events | Status | Timestamp |
| Intermediary Delivery Events | Status | Timestamp |
| Certified Delivery Events | Status | Timestamp |
| Carbon Copy Events | Status | Timestamp |

Anne Marie Longobucco
alongobucco@fenwick.com
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 3/22/2022 10:42:19 AM

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

Faisal Shah
faisal.shah@appdetex.com
CEO
Focus IP, Inc. dba AppDetex
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 3/22/2022 10:42:20 AM
Viewed: 3/22/2022 10:46:30 AM

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Jody Gorton<br>jody.gorton@appdetex.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 3/22/2022 10:42:21 AM |

**Electronic Record and Signature Disclosure:**
　　Not Offered via DocuSign

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/22/2022 10:37:49 AM |
| Certified Delivered | Security Checked | 3/22/2022 10:42:12 AM |
| Signing Complete | Security Checked | 3/22/2022 10:42:19 AM |
| Completed | Security Checked | 3/22/2022 10:42:21 AM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 2/23/2022 2:48:36 P.M.
Parties agreed to: Nicole Muniz

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, AppDetex (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact AppDetex:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: judi.archbold@appdetex.com

**To advise AppDetex of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at judi.archbold@appdetex.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from AppDetex**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email address, full name, mailing address, and telephone number.

**To withdraw your consent with AppDetex**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to judi.archbold@appdetex.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify AppDetex as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by AppDetex during the course of your relationship with AppDetex.