



ApeMarket — @ApeMarketplace — SOON



SOON



3:48 PM · Jun 2, 2022 · Twitter for iPhone

60 Retweets  22 Quote Tweets  270 Likes



YUGALABS_00001978