

**Pauly Shore** 23-Jun-22 12:50 PM

Intellectual Property Office

New search

Trade mark number

**UK00003718328**

Status Registered

View historic details

Display content without tabs

Overview   List of goods and services   Names and addresses   Publications

**Trade mark**



@ryder per our attorney we may just need to change the skull
If we want to fight trademark



**hwonder** 23-Jun-22 12:52 PM
I thought that skull was commercial licensable from stock site



hwonder I thought that skull was commercial licensable from stock site

**Pauly Shore** 23-Jun-22 12:52 PM
Lmfao
Not sure how serious that statement is



**hwonder** 23-Jun-22 12:53 PM
Im serious . Ryder showed me a stock site before with the skull
Last December



**Pauly Shore** 23-Jun-22 12:53 PM
Wow
We should consider if we even want to be listed on those sites or not first of all
It may make sense to let it be banned for a bit
To make everyone jump on apemarket harddddd
I'm terms of adding other collections to AM how difficult is that?



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0090**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**



EXHIBIT 1-11-23 90 Cahen

I spoke to Scott at genie in person at the uniswap party

We gotta get on gem and genie

But now both are owned by A16z basically lol

Uniswap bought genie

Opensea bought gem