U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____ JTX-0091 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**h wonder**
@hWonderofWorld

fun fact!



PAULY @Pauly0x · Jun 21

Ah yes I am responsible for 1.5% of the volume today!

It's called market making.

Fun fact: @pranksy minted 6x as many BAYC as I minted RR/BAYC.

And you had access to the exact same deal as me. Sorry that you don't have the vision, conviction or skills. twitter.com/jud4k/status/1...

5:45 PM · Jun 21, 2022

4 Likes



EXHIBIT 71
1-11-23
Cahen
PENGAD 800-631-6989

YUGALABS_00027765