Ape Market   ×

