|  | Eth |  |
|---|---|---|
| Previously minted | 246.8 | <--- based on 2,468 put into contract |
| Contract Rev (net of refunds) | 205.5 |  |
| Total Rev | 452.3 |  |
|  |  |  |
| BAYC Contract Gas | 0.004 |  |
| RSVP Contract Gas | 0.001 |  |
| Total gas | 0.005 |  |

| Revenue share |  | Already distributed |
|---|---|---|
| Ryder split | 248.765 | 246.8 |
| Pauly split | 67.845 | 0.00 |
| H split | 67.845 | 0.00 |
| Tom Split | 67.845 | 0.00 |
| Total | 452.3 | 246.80 |

| Gas Share |  | Already paid |
|---|---|---|
| Ryder split | 0.001 | -14.151 |
| Pauly split | 0.001 | 12 |
| H split | 0.001 | 0 |
| Tom Split | 0.001 | 2.156 |
| Total | 0.005 | 0.005 |

| Profit share |  | Current | Owed |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Ryder | 248.764 | 260.951 | -12.187 | 113.025 |  |  |  |
| Pauly | 67.844 | -12.00 | 79.844 | 30.825 | 49.019 | < --- Pauly | 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 |
| H | 67.844 | 0.00 | 67.844 | 30.825 | 37.019 | < -- H | 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B |
| Tom | 67.844 | -2.16 | 70.000 | 30.825 | 39.175 | < -- Tom | 0xC2172a6315c1D7f6855768F843c420EbB36eDa97 |
|  | 452.295 | 246.795 | 205.500 |  |  |  |  |
|  |  |  |  | 113.025 |  |  |  |

42.24160136

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0096 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



EXHIBIT 96
1-11-23
Cahen