**Ryder Ripps** — 11:42

gunna just do it w/o asking for anything — 11:43

thats how i did with anika — 11:43

and she posted — 11:43

and is trying to get press now — 11:43

**Pauly Shore** — 11:43

I do think ryder that we should start trying to lock a design for the marketplace

Because we can tease a screenshot or two — 11:43

People need something visual — 11:43

Saying we have the thing ready is great — 11:43

**Ryder Ripps** — 11:43

i dont think the marketplace will do anything for this mint

0 — 11:43

**Pauly Shore** — 11:43

I think shilling will be more impactful for sure

**Ryder Ripps** — 11:43

maybe itll sell like 20 more

**Pauly Shore** — 11:43

But I think both are helpful

**Ryder Ripps** — 11:43

it wont

people dont care about tech — 11:44

they care about hype — 11:44

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-0098
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT
1-11-23  98
Cahen