| | ETH | USD (based on average on June 20, 2022) : | $1,100.00 expenses | local tax | NET | Notes |
|---|---|---|---|---|---|---|
| pre RSVP | 239 | $262,900.00 | | | | |
| post RSVP | 587.9 | $646,690.00 | | | | |
| LooksRare Royalty | 70 | $77,000.00 | | | | |
| OTC | 39.38 | $43,318.00 | | | | |
| Gas spent to mint | 92 | $101,200.00 | | | | |
| | | | | | | |
| gross | 844.28 | $928,708.00 | | | | |
| Ryder (55%) | 464.354 | $510,789.40 | $3,505.02 | $251,819.17 | $255,465.21 | expenses do not include divestment of artworks |
| Ryan (15%) | 126.642 | $139,306.20 | $0.00 | $45,971.05 | $93,335.15 | |
| Tom (15%) | 126.642 | $139,306.20 | $0.00 | $68,677.96 | $70,628.24 | |
| Jeremy (15%) | 126.642 | $139,306.20 | $11,631.12 | $45,971.05 | $81,704.03 | |



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT      **JTX-0103**
                        IDEN. ___   EVID. ___
DATE ___
DATE ___
BY ___
                        Deputy Clerk

EXHIBIT 103
1-1-23
Cahen