**Pauly Shore** 07-Jun-22 06:00 PM
I think that the first logical step to me is migrating the rsvp site to apemarket.com + adding a PhunkBox type thing
That displays all your Yuga and RR assets
What's the remaining count at rn?
I need my hardware wallet for the admin thing and I'm on mobile

**middlemarch.eth** 07-Jun-22 06:01 PM
Let me check
4482

**Pauly Shore** 07-Jun-22 06:02 PM
Word
Thanks Tom

**ryder** 07-Jun-22 06:03 PM
yeah i donno

> **ryder** whats the plan with marketplace

**hwonder** 07-Jun-22 06:04 PM
live (preview) today

> **Pauly Shore** I think that the first logical step to me is migrating the rsvp site to apemarket.com + adding a PhunkBox type thing

**middlemarch.eth** 07-Jun-22 06:04 PM
I go back and forth on this; I think it might be good to put AM out ther eas only yuga

**ryder** 07-Jun-22 06:04 PM
apes probably would rather waste 10k than use it
is the truth
but

**middlemarch.eth** 07-Jun-22 06:04 PM
To limit confusion I mean

**ryder** 07-Jun-22 06:04 PM
i bet some other nft users would use it
if u list azulki
and goblin
and they might kinda normalize it a bit

**middlemarch.eth** 07-Jun-22 06:05 PM
But don't we need to sell a right click rr goblin for that though haha?
Or do we want to say the one RR is your entrypoint for all



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT __JTX-0107__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

EXHIBIT 107
1-11-23
Cahen