**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0108
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

> Like in a menu like this I think RR should look very distinct (strictly my opinion!)
> 6/24/22, 7:19 PM

Pauly Shore
[Bored Ape Yacht Club logo]

6/24/22, 7:19 PM

Pauly Shore
I agree

> 6/24/22, 7:19 PM
> Tom iPhone 14
> Haha, I think that is very funny but we are past it IMO

> 6/24/22, 7:19 PM
> Tom iPhone 14
> Past that stage

> 6/24/22, 7:20 PM
> Tom iPhone 14
> Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

CONFIDENTIAL    LEHMAN0000048

> 6/24/22, 7:20 PM
> Tom iPhone 14
> Whereas now with the logo thing we don't look sympathetic to everyone

> 6/24/22, 7:20 PM
> Tom iPhone 14
> Anyway you feel me on this, it's my meme

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

Pauly Shore
For sure

6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)

Pauly Shore
Wym

> 6/24/22, 7:21 PM
> Tom iPhone 14
> Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logo is to theirs"

> 6/24/22, 7:21 PM
> Tom iPhone 14
> Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

6/25/22, 4:48 AM

Pauly Shore
Sorry I fell asleep

6/25/22, 4:49 AM

Pauly Shore
And woke up to chaos

6/25/22, 10:01 AM



JTX-0108.00001