**Pauly Shore** 31-May-22 09:25 AM
😂
I'll default to ryder on how he wants to handle it
As it's part of the artistic statement

**middlemarch.eth** 31-May-22 09:31 AM
Bad pitch



By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT.

Anyway yeah let the artist say
But I would not in the marketing show screenshots like the ones H showed
Because it is too confusing to the "average joe"
IMO
STRICTLY IMHO

**Pauly Shore** 31-May-22 09:32 AM
Lmao

> **middlemarch.eth** Because it is too confusing to the 'average joe'

**Pauly Shore** 31-May-22 09:33 AM
I think we could also have a label under the logo
That denotes which collection you are viewing or something

**middlemarch.eth** 31-May-22 09:33 AM
Or it could be a different color or osmething
IDK, my only vibe from last night is that we should not under-estimate how confusin

**Pauly Shore** 31-May-22 09:33 AM
Yeah

**middlemarch.eth** 31-May-22 09:33 AM
But we can iterate and come up with something
But if hte message is "this is legit good for ape holders," that will be hurt by full on tr

**Pauly Shore** 31-May-22 09:34 AM
I agree but I'm prioritizing Ryder making it an artistic statement

**middlemarch.eth** 31-May-22 09:34 AM
Ppl already will not trust us

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-0109**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

EXHIBIT 109
5-11-23
Cahen

JTX-0109.00001

109