**middlemarch.eth**  03-Jun-22 05:58 PM
Definitely open source, just do we want to get a "third party stamp of approval" idk
Maybe no one cares about this
NLL was famously burned by fake audit I guess

**hwonder**  03-Jun-22 06:09 PM
i am of the andre belief
audit is bs

**middlemarch.eth**  03-Jun-22 06:11 PM
Ah but do the SHEEPLE like it?
18:11  But yeah who cares
Ppl will not read the contract
And those who do will not trust an audit anyway
And no rubber stamp will appease the haters
Sad we're back off OS
Tho at least now the world makes ore sense

**hwonder**  03-Jun-22 06:12 PM
the individual blocking is bs

**middlemarch.eth**  03-Jun-22 06:13 PM
No I think they kicked the whole thing off
BUTT I still hav ethe hex!

> **hwonder** the individual blocking is bs

**Pauly Shore**  03-Jun-22 06:53 PM
It's a bot it turns out
18:53  Oops

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT         JTX-0110
DATE                              IDEN.
DATE                              EVID.
BY
Deputy Clerk


EXHIBIT 110
1/11-23
Cahen