**ryder** 09-Jun-22 01:52 PM
yes
i wonder if there could be a script that automatically mints once gas goes under 20
also
maybe we buy a mutant
or some dogs
and put them on the marketplace
so people trust it?
i dont think buying a bayc makes sense
unless its for a deal..
goingparablic sold his ape
s
sucks
that would have been perfect marketing
wish i spoke to him before he sold
💯 1

> **Ryder** i wonder if there could be a script that automatically mints once gas goes under 20

**middlemarch.eth** 09-Jun-22 01:59 PM
The script I wrote will let us set a gas price, and the tx will be pending until mined
💯 1
The only issue is that in the mean time you won't be able to do other transactions
Which is why doing it overnight is a good option
💯 1

> **Ryder** that would have been perfect marketing

**Pauly Shore** 09-Jun-22 02:17 PM
Yeah

> **middlemarch.eth** The script I wrote will let us set a gas price, and the tx will be pending until mined

**Pauly Shore** 09-Jun-22 02:17 PM
That's so awesome (edited)

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-0114
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit 114
Deponent: Ryder Ripps
Date: January 12, 2023
CSR No: 14125

JTX-0114.00001