

**RYDER RIPPS** SOON ✓
@ryder_ripps

thnx for the bid on Ape #8774 !! @Vince_Van_Dough , once the transfer of NFT happens you will own all the rights, feel free to make t-shirts and track pants with my art. foundation.app/@ryder_ripps/~...



**Exhibit 119**
Deponent: Ryder Ripps
Date: January 12, 2023
CSR No: 14125

8:34 PM · Dec 6, 2021

4 Retweets   3 Quote Tweets   91 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-0119**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-0119.00001