Feed   Explore ⌄         Search web3                    Connect Wallet

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT         **JTX-0120**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**



Exhibit 120
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

# Ape #8774

Minted on Dec 6, 2021 ↗

Created by            Collection

 @ryder_ripps       ▲◎▀ Foundation

Last sold
**1.9251 ETH**

Owned by    @carlitos6926

Make offer

## Details

🔗 View on Etherscan
◇ View metadata
👁 View on IPFS

... ↑ **Share**
        Earn 1%

## Provenance


Auction won by @carlitos6926
**Sold for 1.9251 ETH**
Dec 7, 2021 at 7:43pm
Auction settled by @ryder_ripps

 Bid placed by @carlitos6926       1.9251 ETH
Dec 7, 2021 at 7:28pm

Bid placed by @Pauly               1.75 ETH
Dec 7, 2021 at 6:33pm

Bid placed by 0xF542...14b3        1.5628 ETH
Dec 7, 2021 at 2:40pm



**JTX-0120.00001**



| | Bid placed by @Pauly<br>Dec 6, 2021 at 8:56pm | 1.4207 ETH |
| | Bid placed by @VincentVanDough<br>Dec 6, 2021 at 7:32pm | 1.00 ETH |
| | Listed by @ryder_ripps<br>Dec 6, 2021 at 5:21am | 1.00 ETH |
| | Minted by @ryder_ripps<br>Dec 6, 2021 at 5:19am | |

## More from this creator



**ryder ripps**
@ryder_ripps
conceptual artist / designer

@ryder_ripps — Last sold 1.00 ETH — @Pauly
@ryder_ripps — Last sold 1.00 ETH — @Schmrypto
@ryder_ripps — Last sold 1.00 ETH — @Pauly

Twitter   Instagram   Blog                    Careers   Terms of Service   Privacy   Help