

7:57

mobile.twitter.com

Search Twitter

Log in

Sign up

RYDER-RIPPS.ETH
@ryder_ripps

foundation.app/@ryder_ripps/~... - the Ryder Ripps Ape #8774 grants you full personal and commercial rights

foundation.app
Ape #8774 | Foundation

8:28 AM · Dec 6, 2021 · Twitter Web App

**6** Retweets **36** Likes

RYDER-RIPPS.ET... @ryder_... · Dec 6, 2021
Replying to @ryder_ripps
this is mostly a test, i would like to get a DMCA, challenge it, then i would like to get sued, argument being the work is derivative of the 10k other apes, adidas owns nothing, without a real contract, the artist who drew it owns all 10k.

5 15 55

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0123**
DATE ____________ **IDEN.**
DATE ____________ **EVID.**
BY ____________
**Deputy Clerk**

**Exhibit 123**
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

YUGALABS_00000535