

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                 RIPPSCAHEN00002158

JTX-0125.00001