



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    RIPPSCAHEN00001290

JTX-0126.00002



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIPPSCAHEN00001291

JTX-0126.00003

