

**RYDER RIPPS** 🚀 SOON ✔
@ryder_ripps

•••

the ryder ripps apes are already reselling for more.. this one was flipped for 1ETH

foundation.app/@ryder_ripps/b...

**Exhibit 128**
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

**Provenance**

**Bought by @Brojito**
**Sold for 1.00 ETH $2,028.01** ↗
May 16, 2022 at 7:17am

Buy Now price set by 0xBBA1…292a
May 16, 2022 at 12:26am                    1.00 ETH ↗

Offer made by 0xBBd4…92Cf
May 16, 2022 at 12:20am                    0.05 ETH ↗

**Offer by 0xBBA1…292a accepted**
**Sold for 0.10 ETH $202.80** ↗
May 16, 2022 at 12:20am

Offer made by 0xBBA1…292a
May 16, 2022 at 12:18am                    0.10 ETH ↗

Minted by @ryder_ripps
May 16, 2022 at 12:13am                            ↗

12:38 PM · May 16, 2022

**10** Retweets   **3** Quote Tweets   **62** Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0128** _____
DATE _____ **IDEN.**
DATE _____ **EVID.**
BY _____
**Deputy Clerk**

💬            ⟲            ♡            ↑

**JTX-0128.00001**