U.S.D.C. - CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-0131
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**RYDER RIPPS** 🔷 SOON
@ryder_ripps

im having people pick their ape and hand mint each one for the RR/BAYC collection so its clearly from the artist's hand.. this detail is important.

2:03 AM · May 16, 2022

4 Retweets  4 Quote Tweets  90 Likes

Exhibit 131
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

JTX-0131.00001