

**Exhibit 137**
Deponent: Ryder Ripps
Date: Janury 12, 2023
CSR No: 14125

Page 2
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6A10dBf2A1CE3f7E3414C52c48fd50d72691e

Page 3
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6AF0dfE3A1CE3f7E3414C52c48fd50d72691e

Page 4
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622165546/https://looksrare.org/collections/0x2EE6AF0dEf3A1CEf17L3414C52c48fd50d73691e

Page 5
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622185546/https://looksrare.org/collections/0x2EE6AF0dF13A1CE3F7E3414C52c48fd50d73691e



Page 6
Bored Ape Yacht Club | LooksRare
https://web.archive.org/web/20220622165546/https://looksrare.org/collections/0x2EE6AF0dfEA1CE3f7E341fC52c48fd50d72691e



Copyright 2022 LooksRare | By NFT people, for NFT people

About   API   Contact   Help   Jobs   Bug Bounty   Brand   Terms of Service   Business