



Exhibit 138
Deponent: Ryder Ripps
Date: January 12, 2023
CSR No: 14125

YUGALABS_00000653

JTX-0138.00001