To: Ian Garner

> i have it
> but i cant deal with that stuff today

Yeah ofc, I still need to stop and shower, I'll be close to 4 if so, should I just head straight there

I got stuck at my AV companies office they didn't have one of my checks

I'm just going to head straight there I don't want to come in at a bad time

Tue, May 24 at 3:56 PM

Jeremy is asking me to have you call him

Urgent

I'm in the den if needed

Tue, May 24 at 11:24 PM

> 0xAe8c38cDefB11F9CBe8a038654628fBb35c5E39b
> refund this fool

Ok

Done

Wed, May 25 at 8:35 AM

Should I scream the tag line at the Estée Lauder event I'm working

From the camera stand

> lololol

Wed, May 25 at 11:24 AM

Omw back, should be there in an hr

> cool

Lmk if you want me to stop for anything

Wed, May 25 at 4:47 PM

---

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT ___ JTX-0141
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit: 141
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn