**Fit Binxx**

Hey man would you be down to pay me out for the minting last week? Tryna not sell these apes.

May 31, 2022, 1:29 PM

yes for sure

send your tether

or eth

let me know which

or usdc

May 31, 2022, 1:29 PM

Cool cool, any work

0xA4695c9E5D2e3d42EBc655c29786954699eb2864

this is my eth wallet

so any of those erc20 will work

im around man, schedule is open until june, available to assist, would love to help out more

till mid june

May 31, 2022, 1:31 PM

for sure

have u added up the hours?

May 31, 2022, 1:31 PM

yeah 7 days at 8 hrs per

56

May 31, 2022, 1:31 PM

can u send usdc to that addy

i think so

im just making sure

May 31, 2022, 1:32 PM

ye

Start a new message

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0147**

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**

Exhibit: **147**

Witness: **GARNER**

Date: **3/8/23**

CSR#12019: Ashley Soevyn

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   JTX-0147.00001   RIPPSCAHEN00002273