

etherscan.io/address/0xee969b688442c2d5843ad75f9117b3ab04b14960#code

Etherscan

Eth: $1,294.46 (+2.51%) | 11 Gwei

All Filters Search by Address / Txn Hash / Block / Token / Ens

Home Blockchain Tokens Resources More Sign In

Contract 0xEE969B688442C2d5843Ad75f9117b3ab04b14960

Buy Exchange Earn Gaming

Sponsored: Snatch Casino Play BEST crypto games with HUGE welcome gifts!

**Contract Overview**

| | |
|---|---|
| Balance | 0 Ether |
| Ether Value | $0.00 |

**More Info** More

| | |
|---|---|
| My Name Tag | Not Available, login to update |
| Contract Creator | "middlemarch-deploy at txn 0x795fe07f2314c536327... |

Transactions Internal Txns Erc20 Token Txns **Contract** Events Analytics Comments

Code Read Contract Write Contract Search Source Code

**Contract Source Code Verified** (Exact Match)

| | | | |
|---|---|---|---|
| Contract Name | RRBAYCRSVP | Optimization Enabled | Yes with 200 runs |
| Compiler Version | v0.8.14+commit.80d49f37 | Other Settings | default evmVersion |

**Contract Source Code** (Solidity Standard Json-Input format)

More Options

File 1 of 12 RRBAYCRSVP.sol

```
        uint16 apeId;
        address buyer;
        uint createdAt;
    }

    address public ryderAdminAddress;

    uint public constant apeSalePrice = 0.15 ether;
    uint public constant maxRsvpsPerTx = 6;
    uint public constant timeUntilUserCanCancel = 14 days;

    mapping (uint => RSVP) public apeIdsToRSVPsMapping;

    uint public ethAvailableToWithdraw;

    event RSVPCreated(uint16 indexed originalApeId, address indexed buyer, uint createdAt);
    event RSVPFulfilled(uint16 indexed originalApeId, uint16 indexed RRBAYCId, address indexed buyer, uint createdAt);
    event RSVPCanceled(uint16 indexed originalApeId, address indexed buyer, uint createdAt);
    event RefundIssued(uint indexed amount, address indexed buyer);

    event Withdraw(uint indexed total, uint paulyShare, uint middleShare, uint hwonderShare, uint ryderShare);
    event FailsafeWithdraw(uint indexed amount);

    event SeedPreviouslyMinted(uint[] originalApeIds);
    event UnSeedPreviouslyMinted(uint[] originalApeIds);
```

File 2 of 12 IERC721.sol

```
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts (last updated v4.6.0) (token/ERC721/IERC721.sol)

pragma solidity ^0.8.0;

import "../../utils/introspection/IERC165.sol";

/**
 * @dev Required interface of an ERC721 compliant contract.
 */
interface IERC721 is IERC165 {
    /**
     * @dev Emitted when `tokenId` token is transferred from `from` to `to`.
     */
    event Transfer(address indexed from, address indexed to, uint256 indexed tokenId);

    /**
     * @dev Emitted when `owner` enables `approved` to manage the `tokenId` token.
     */
    event Approval(address indexed owner, address indexed approved, uint256 indexed tokenId);

    /**
     * @dev Emitted when `owner` enables or disables (`approved`) `operator` to manage all of its assets.
     */
    event ApprovalForAll(address indexed owner, address indexed operator, bool approved);
```

File 3 of 12 ReentrancyGuard.sol

```
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts v4.4.1 (security/ReentrancyGuard.sol)

pragma solidity ^0.8.0;

/**
 * @dev Contract module that helps prevent reentrant calls to a function.
 *
 * Inheriting from `ReentrancyGuard` will make the {nonReentrant} modifier
 * available, which can be applied to functions to make sure there are no nested
 * (reentrant) calls to them.
 *
 * Note that because there is a single `nonReentrant` guard, functions marked as
 * `nonReentrant` may not call one another. This can be worked around by making
 * those functions `private`, and then adding `external` `nonReentrant` entry
 * points to them.
 *
 * TIP: If you would like to learn more about reentrancy and alternative ways
 * to protect against it, check out our blog post
 * https://blog.openzeppelin.com/reentrancy-after-istanbul/[Reentrancy After Istanbul].
 */
abstract contract ReentrancyGuard {
    // Booleans are more expensive than uint256 or any type that takes up a full
    // word because each write operation emits an extra SLOAD to first read the
    // slot's contents, replace the bits taken up by the boolean, and then write
```

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT **JTX-0157**
DATE ______________ **IDEN.**
DATE ______________ **EVID.**
BY ______________
**Deputy Clerk**

**Exhibit: 157**
**Witness: GARNER**
**Date: 3/8/23**
CSR#12019: Ashley Soevyn

File 4 of 12  Pausable.sol

```solidity
1  // SPDX-License-Identifier: MIT
2  // OpenZeppelin Contracts v4.4.1 (security/Pausable.sol)
3
4  pragma solidity ^0.8.0;
5
6  import "../utils/Context.sol";
7
8  /**
9   * @dev Contract module which allows children to implement an emergency stop
10  * mechanism that can be triggered by an authorized account.
11  *
12  * This module is used through inheritance. It will make available the
13  * modifiers `whenNotPaused` and `whenPaused`, which can be applied to
14  * the functions of your contract. Note that they will not be pausable by
15  * simply including this module, only once the modifiers are put in place.
16  */
17 abstract contract Pausable is Context {
18     /**
19      * @dev Emitted when the pause is triggered by `account`.
20      */
21     event Paused(address account);
22
23     /**
24      * @dev Emitted when the pause is lifted by `account`.
25      */
```

File 5 of 12  Context.sol

```solidity
1  // SPDX-License-Identifier: MIT
2  // OpenZeppelin Contracts v4.4.1 (utils/Context.sol)
3
4  pragma solidity ^0.8.0;
5
6  /**
7   * @dev Provides information about the current execution context, including the
8   * sender of the transaction and its data. While these are generally available
9   * via msg.sender and msg.data, they should not be accessed in such a direct
10  * manner, since when dealing with meta-transactions the account sending and
11  * paying for execution may not be the actual sender (as far as an application
12  * is concerned).
13  *
14  * This contract is only required for intermediate, library-like contracts.
15  */
16 abstract contract Context {
17     function _msgSender() internal view virtual returns (address) {
18         return msg.sender;
19     }
20
21     function _msgData() internal view virtual returns (bytes calldata) {
22         return msg.data;
23     }
24 }
```

File 6 of 12  AccessControl.sol

```solidity
1  // SPDX-License-Identifier: MIT
2  // OpenZeppelin Contracts (last updated v4.6.0) (access/AccessControl.sol)
3
4  pragma solidity ^0.8.0;
5
6  import "./IAccessControl.sol";
7  import "../utils/Context.sol";
8  import "../utils/Strings.sol";
9  import "../utils/introspection/ERC165.sol";
10
11 /**
12  * @dev Contract module that allows children to implement role-based access
13  * control mechanisms. This is a lightweight version that doesn't allow enumerating role
14  * members except through off-chain means by accessing the contract event logs. Some
15  * applications may benefit from on-chain enumerability, for those cases see
16  * {AccessControlEnumerable}.
17  *
18  * Roles are referred to by their `bytes32` identifier. These should be exposed
19  * in the external API and be unique. The best way to achieve this is by
20  * using `public constant` hash digests:
21  *
22  * ```
23  * bytes32 public constant MY_ROLE = keccak256("MY_ROLE");
24  * ```
25  *
```

File 7 of 12  Address.sol

```solidity
1  // SPDX-License-Identifier: MIT
2  // OpenZeppelin Contracts (last updated v4.5.0) (utils/Address.sol)
3
4  pragma solidity ^0.8.1;
5
6  /**
7   * @dev Collection of functions related to the address type
8   */
9  library Address {
10     /**
11      * @dev Returns true if `account` is a contract.
12      *
13      * [IMPORTANT]
14      * ====
15      * It is unsafe to assume that an address for which this function returns
16      * false is an externally-owned account (EOA) and not a contract.
17      *
18      * Among others, `isContract` will return false for the following
19      * types of addresses:
20      *
21      *  - an externally-owned account
22      *  - a contract in construction
23      *  - an address where a contract will be created
24      *  - an address where a contract lived, but was destroyed
25      * ====
```

File 8 of 12  console.sol

```solidity
1  // SPDX-License-Identifier: MIT
2  pragma solidity >= 0.4.22 <0.9.0;
3
4  library console {
5      address constant CONSOLE_ADDRESS = address(0x000000000000000000636F6e736F6c652e6c6f67);
6
7      function _sendLogPayload(bytes memory payload) private view {
8          uint256 payloadLength = payload.length;
9          address consoleAddress = CONSOLE_ADDRESS;
10         assembly {
11             let payloadStart := add(payload, 32)
12             let r := staticcall(gas(), consoleAddress, payloadStart, payloadLength, 0, 0)
13         }
14     }
15
16     function log() internal view {
17         _sendLogPayload(abi.encodeWithSignature("log()"));
18     }
19
20     function logInt(int p0) internal view {
21         _sendLogPayload(abi.encodeWithSignature("log(int)", p0));
22     }
23
24     function logUint(uint p0) internal view {
25         _sendLogPayload(abi.encodeWithSignature("log(uint)", p0));
```

YUGALABS_00030123

File 9 of 12  IERC165.sol

```solidity
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts v4.4.1 (utils/introspection/IERC165.sol)

pragma solidity ^0.8.0;

/**
 * @dev Interface of the ERC165 standard, as defined in the
 * https://eips.ethereum.org/EIPS/eip-165[EIP].
 *
 * Implementers can declare support of contract interfaces, which can then be
 * queried by others ({ERC165Checker}).
 *
 * For an implementation, see {ERC165}.
 */
interface IERC165 {
    /**
     * @dev Returns true if this contract implements the interface defined by
     * `interfaceId`. See the corresponding
     * https://eips.ethereum.org/EIPS/eip-165#how-interfaces-are-identified[EIP section]
     * to learn more about how these ids are created.
     *
     * This function call must use less than 30 000 gas.
     */
    function supportsInterface(bytes4 interfaceId) external view returns (bool);
}
```

File 10 of 12  IAccessControl.sol

```solidity
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts v4.4.1 (access/IAccessControl.sol)

pragma solidity ^0.8.0;

/**
 * @dev External interface of AccessControl declared to support ERC165 detection.
 */
interface IAccessControl {
    /**
     * @dev Emitted when `newAdminRole` is set as ``role``'s admin role, replacing `previousAdminRole`
     *
     * `DEFAULT_ADMIN_ROLE` is the starting admin for all roles, despite
     * {RoleAdminChanged} not being emitted signaling this.
     *
     * _Available since v3.1._
     */
    event RoleAdminChanged(bytes32 indexed role, bytes32 indexed previousAdminRole, bytes32 indexed newAdminRole);

    /**
     * @dev Emitted when `account` is granted `role`.
     *
     * `sender` is the account that originated the contract call, an admin role
     * bearer except when using {AccessControl-_setupRole}.
     */
```

File 11 of 12  Strings.sol

```solidity
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts v4.4.1 (utils/Strings.sol)

pragma solidity ^0.8.0;

/**
 * @dev String operations.
 */
library Strings {
    bytes16 private constant _HEX_SYMBOLS = "0123456789abcdef";

    /**
     * @dev Converts a `uint256` to its ASCII `string` decimal representation.
     */
    function toString(uint256 value) internal pure returns (string memory) {
        // Inspired by OraclizeAPI's implementation - MIT licence
        // https://github.com/oraclize/ethereum-api/blob/b42146b063c7d6ee1358846c198246239e9360e8/oraclizeAPI_0.4.25.sol

        if (value == 0) {
            return "0";
        }
        uint256 temp = value;
        uint256 digits;
        while (temp != 0) {
            digits++;
```

File 12 of 12  ERC165.sol

```solidity
// SPDX-License-Identifier: MIT
// OpenZeppelin Contracts v4.4.1 (utils/introspection/ERC165.sol)

pragma solidity ^0.8.0;

import "./IERC165.sol";

/**
 * @dev Implementation of the {IERC165} interface.
 *
 * Contracts that want to implement ERC165 should inherit from this contract and override {supportsInterface} to check
 * for the additional interface id that will be supported. For example:
 *
 * ```solidity
 * function supportsInterface(bytes4 interfaceId) public view virtual override returns (bool) {
 *     return interfaceId == type(MyInterface).interfaceId || super.supportsInterface(interfaceId);
 * }
 * ```
 *
 * Alternatively, {ERC165Storage} provides an easier to use but more expensive implementation.
 */
abstract contract ERC165 is IERC165 {
    /**
     * @dev See {IERC165-supportsInterface}.
     */
```

Settings

```json
{
    "optimizer": {
        "enabled": true,
        "runs": 200,
        "details": {
            "yul": false
        }
    },
    "outputSelection": {
        "*": {
            "*": [
                "evm.bytecode",
                "evm.deployedBytecode",
                "devdoc",
                "userdoc",
                "metadata",
                "abi"
            ]
        }
    },
    "metadata": {
        "useLiteralContent": true
    },
    "libraries": {}
}
```

YUGALABS_00030124

Contract Security Audit

- No Contract Security Audit Submitted - Submit Audit Here

Contract ABI

Export ABI

```
[{"inputs":[{"internalType":"address","name":"RRBAYCAddress","type":"address"},{"internalType":"address","name":"ryder","type":"address"},
{"internalType":"address[]","name":"admins","type":"address[]"}],"stateMutability":"nonpayable","type":"constructor"},{"anonymous":false,"inputs":
[{"indexed":true,"internalType":"uint256","name":"amount","type":"uint256"}],"name":"FailsafeWithdraw","type":"event"},{"anonymous":false,"inputs":
[{"indexed":false,"internalType":"address","name":"account","type":"address"}],"name":"Paused","type":"event"},{"anonymous":false,"inputs":
[{"indexed":true,"internalType":"uint16","name":"originalApeId","type":"uint16"},{"indexed":true,"internalType":"address","name":"buyer","type":"address"},
{"indexed":false,"internalType":"uint256","name":"createdAt","type":"uint256"}],"name":"RSVPCanceled","type":"event"},{"anonymous":false,"inputs":
[{"indexed":true,"internalType":"uint16","name":"originalApeId","type":"uint16"},{"indexed":true,"internalType":"address","name":"buyer","type":"address"},
{"indexed":false,"internalType":"uint256","name":"createdAt","type":"uint256"}],"name":"RSVPCreated","type":"event"},{"anonymous":false,"inputs":
[{"indexed":true,"internalType":"uint16","name":"originalApeId","type":"uint16"},{"indexed":true,"internalType":"uint16","name":"RRBAYCId","type":"uint16"},
{"indexed":true,"internalType":"address","name":"buyer","type":"address"},{"indexed":false,"internalType":"uint256","name":"createdAt","type":"uint256"}],"name":"RSVPFulfilled","type":"event"},
```

Contract Creation Code

Decompile ByteCode | Switch to Opcodes View

```
60a06040523480156200001157600080fd5b5060405162002e5738038062002e57833981016040819052620000349162000301565b60016000818155815460ff191690915560016001600160a01b03848116608052600380546001600160a01b03191
69185169190911790556200007590336200 00ec565b600035462000008f905000906001600160a01b0316620000ec565b60005b8151811015620000e257620000cd6000801b838381518110620000b957620000b962000375565b60200260200101
51620000ec60201b60201c565b80620000d981620003a1565b91505062000092565b50505050620003be565b620000f8828262000177565b6200017357600082815260026020908152604080832060016001600160a01b03851684529091529020805
460ff19166001179055620001323390565b6001600160a01b0316816001600160a01b0316837f2f8788117e7eff1d82e926ec794901d17c78024a50270940304540a733656f0d60405160405180910390a45b5050565b6000828152600260209 0
815260408083206001600160a01b03851684529091529020 5460ff165b92915050565b60006001600160a01b0382166200019e565b620001c181620001a4565b8114620001cd57600080fd5b50565b80516200019e81620001b6565b634e487b7
160e01b600052604160045260246000fd5b601f19601f83011681018181106001600160401b03821117156200021b576200021b620001dd565b6040525050565b60006200022e60405190565b905062000 23c8282620001f3565b919050565b60
006001600160401b038211156200025d576200025d620001dd565b5060209081020190565b60006200027e6200027884620002 41565b62000222565b83815290506020808201908402830185811115620002 9f576200029f600080fd5b835b818
11015620002c757806200 02b7888262000 1d0565b8452506020928301920162000 2a1565b5050509392505050565b600082601f830112620002e757620002e7600080fd5b8151620002f98482602086016200 0267565b94935050505050565b6000
806000606084860312156200031b576200031b600080fd5b60006200032986866200 01d0565b93505060206200033c86828701620001d0565b92505060408401516001600160401b038111156200035d576200035d600080fd5b6200036b86828
701620002d1565b9150509250925092565b634e487b7160e01b600052603260045260246000fd5b634e487b7160e01b600052601160045260246000fd5b60006000198203620003b757620003b76200038b565b5060010190565b608051612a76
```

Constructor Arguments (ABI-Encoded and is the last bytes of the Contract Creation Code above)

```
0000000000000000000000002ee6af0dff3a1ce3f7e3414c52c48fd50d73691e000000000000000000000000592814ff14e030b51f6087032db0f88f4214f2540000000000000000000000000000000000000000000000000000000000000060
0000000000000000000000000000000000000000000000000000000000000003000000000000000000000000c2172a6315c1d7f6855768f843c420ebb36eda97000000000000000000000000f9c2ba78ae44ba98888c0e9eb27eb63d576f261b00
00000000000000000000007d2550161e8a31d0b9585bb9c88e63e9644af740

-----Decoded View---------------
Arg [0] : RRBAYCAddress (address): 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e
Arg [1] : ryder (address): 0x592814FF14E030B51F6087032DB0f88F4214F254
Arg [2] : admins (address[]): 0xC2172a6315c1D7f6855768F843c420EbB36eDa97,0xF9C2Ba78aE44ba9888880e9E827EB63d576F261B,0x7D2550161E8A31D0b9585Bb9c88E63E9644af740

-----Encoded View---------------
```

A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

Preferences

Company: About Us, Contact Us, Brand Assets, Careers (Join Us), Terms of Service, Bug Bounty

Resources: API Documentation, Knowledge Base, Newsletter, Network Status, Disqus Comments

Products & Services: Advertise, Explorer-as-a-Service (EaaS), Developer APIs, Blockscan, BeaconScan

Etherscan © 2022 (A

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy. Got it

