

Exhibit: 158
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn

Wed, May 18 at 5:20 AM

0xA4695c9E5D2e3d42EBc655c29786954699eb2864

Wed, May 18 at 1:25 PM

Finished work, can't sleep, just wanna mint

Wed, May 18 at 2:50 PM

lol

u up?

Wed, May 18 at 6:33 PM

What's up, I am now haha

You minting? Should I roll thru?

ya

Gotta run one errand and I'll be On my way

Have you eaten? Should I grab some shit from the grocery store or are you all good

Can bring something from the city too

Like sushi might travel well actually lol

that would be so dank

sushi

Yeah sounds good right

Got it g

You got a favorite item? Gonna get some toro obv

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0158
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

salmon + avacado roll

cucumber avacado

ummm yeah toro

yellowtail

Wed, May 18 at 8:58 PM

iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JTX-0158.00001    RIPPSCAHEN00001287