To: Ian Garner

just start at a good one and go up

maybe

Gold?

Ok

Found a sick run for him

Sent

ty

it says 8

maybe some are still going through

nm see 10 now

accept some orders

Ok

Yeah I'm going to try to mint everything I need now for OTC and transfer after so that they can proceed, if it's possible

Waiting to hear back from Jeremy who I think is waiting to hear back from H

Mon, May 23 at 5:48 PM



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0159
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit: 159
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn

Ethereum Transaction Hash (Txhash) Details
etherscan.io

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JTX-0159.00001

RIPPSCAHEN00001293