To: Ian Garner

Oh look

Mint

> is otc fuffilled

> hey ser, havnt received the monkey pictures , just a little reminder, please take your time 😀
> 7:26 PM

No 382 left

> ok

But there's a batch of 50 and two 25s that will go fast

I can prioritize that person if you want to send me their address

And any others you'd like

> mmm
> trying to think of people i hate who have apes
> owning their apes would be good
> lets see if paris hiltons ape is taken

Jeez

Good timing

> 1294

Pauly just asked me to mint something to test the new tool

I'll let you know when they send me the new link

And mint it

> see if its free

---

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0160**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

Exhibit: 160
Witness: GARNER
Date: 3/8/23
CSR#12019: Ashley Soevyn

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   JTX-0160.00001   RIPPSCAHEN00001296