To: Ian Garner

Dude we're gonna mint 1000 today this tool is bonkers

amazing

‼️

Foundation can't keep up haha

I just hit a button that logged me out of your computer

Your main one is still logged in

Lmk if it would be ok to use it to keep minting, I can log out of kraken which appears to still be up

Sun, May 22 at 3:46 PM

0x63b41918611Becc6661E314a95FB52292423a7e8

0x4aE194318d948b51Df8a508BF1F0A859bC4c57C2

0x0B3b6C4099e3a8D8C19561F52248fF252DAcabBF

Sun, May 22 at 9:46 PM

Lmk if there's anything else

if u want something in pasta besides steak lol

Mon, May 23 at 9:46 AM

Hey I'm at the market, you want a coffee?

sure

Black drip? I'm getting an iced latte

Hazelnut



iMessage



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0161**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____
**Deputy Clerk**

Exhibit: 161
Witness: GARNER
Date: 3/8/23
JRF12019: Ashley Soevyn

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JTX-0161.00001

RIPPSCAHEN00001291