

Captured at: 2023/02/21 09:23 PM    URL: https://rrbayc-v0.netlify.app/

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT ____**JTX-0166**____

DATE _____ IDEN.

DATE _____ EVID.

BY _____
**Deputy Clerk**

**Exhibit:** 166

**Witness:** GARNER

**Date:** 3/8/23

CSR#12019: Ashley Soevyn

**JTX-0166.00001**

YUGALABS  0003659