Captured at: 2023/02/21 09:25 PM   URL: https://rrbayc-v0.netlify.app/

Connect

RR/BAYC

APE ID OR PICK A RANDOM ID FOR ME

1376

TARGET ADDRESS

Mint to Foundation

5,310/10,000

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:22-cv-04355-JFW-JEM

Yuga Labs, Inc.

vs.

Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____ JTX-0167

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

Exhibit: 167

Witness: GARNER

Date: 3/8/23

CSR#12019: Ashley Soevyn

JTX-0167.00001