To: Ian Garner

10 apes (specifically cheetahs requested try to do those mostly ):
0x6a4AA35badeb1417811Edb4D005384678f4dA79e

1) 0x99EC5FC2B35320ffB64B0ef55B231866b3Acd727

2) 0xc502dA36F3f15116da2A0f671Fd1b14e8d5E1aAA

3) 0x27D45f384c8b71fc08FB5f7Fe00F39bb93e7dFD9

^^^ distro 10 total: 3 , 3 , and 4

20 apes:0x68b6Ba6385a5d395c1ff73c79c9cB2bD2D614dBC

Split this into two wallets actually, here is the other address:
`0xf3284b154e17DE2744b895c616DC8d040707a4c6`

Should've done these with the hexagonal border

dank

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

Yuga Labs, Inc.

vs.

Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____ JTX-0169 _____

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

Exhibit: 169
Witness: GARNER
Date: 3/8/23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JTX-0169.00001    RIPPSCAHEN00001285