URL: https://rrbayc-v0.netlify.app/

TARGET ADDRESS

APE ID OR PICK A RANDOM ID FOR ME

RR/BAYC

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0171** _____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**Exhibit:** 171

**Witness:** GARNER

**Date:** 3/8/23

CSR#12019: Ashley Soevyn

JTX-0171.00001