

**Exhibit 213**
Deponent: Greg Solano
Date: January 17, 2023
CSR No: 14125

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT  JTX-213
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk