

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT  JTX-225
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Exhibit 225
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

RIPPSCAHEN00000312

