

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs. Ripps et al.
JOINT EXHIBIT JTX-235
DATE ____ IDEN.
DATE ____ EVID.
BY ____ Deputy Clerk

Exhibit 235
Deponent: Nicole Muniz
Date: January 24, 2023
CSR No: 14125

# Bored Ape Solana Club

By Bored-Ape-Solana-Club

Items 5,998 · Created Apr 2022 · Chain Solana · Category PFPs

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFT's. BASC is not...

OpenSea   Search items, collections, and accounts   Explore   Drops   Stats   Resources

| 106,558 SOL | 9 SOL | 1% | 2,110 | 35% |
|---|---|---|---|---|
| total volume | floor price | listed | owners | unique owners |

Items   Activity

Search by name or attribute   Price low to high

**Status**
- Buy Now
- On Auction

**Price**
**Rarity rank**
**Quantity**
**Currency**

**BACKGROUND** 1
**CLOTHES** 44

Search
- Prom Dress 62 ☐
- Spacesuit 60 ☐
- Caveman Pelt 58 ☐
- Hip Hop 55 ☑
- Lab Coat 55 ☐
- Tweed Suit 49 ☐
- Blue Dress 48 ☐
- Cowboy Shirt 46 ☐

**EARRING** 7
**EYES** 23

Updated 44s ago   55 items

Clothes: Hip hop ×   Clear all

Bored Ape Solana Club #2975   # 2,583
99.950 SOL
Last sale: 15.900 SOL

Bored Ape Solana Club #1076   # 664

Bored Ape Solana Club #1126   # 3,194

Bored Ape Solana Club #1300   # 1,067

Bored Ape Solana Club #1721   # 3,107

Bored Ape Solana Club #1832   # 572

FUR                          19  ∨

HATS                         37  ∧

🔍 Search

Laurel Wreath                60

Faux Hawk                    59

Prussian Helmet              59

Kings Crown                  54

Party Hat 2                  54

Police Motorcycle Helmet     53

Basc Hat Red                 50

WW2 Pilot Helm               46

MOUTH                        35  ∨

RARITY RANK                   7  ∨

Last sale: 25 SOL







Bored Ape Solana Club #1841    # 1,085

Bored Ape Solana Club #1880    # 52

Bored Ape Solana Club #1885    # 214

Last sale: 20 SOL







Bored Ape Solana Club #1900    # 2,695

Bored Ape Solana Club #1915    # 4,702

Bored Ape Solana Club #1984    # 631

Last sale: 2,500 SOL

Last sale: 20 SOL







Bored Ape Solana Club #2012    # 693

Bored Ape Solana Club #2122    # 301

Bored Ape Solana Club #2132    # 2,941

Last sale: 37 SOL

Last sale: 5 SOL







Bored Ape Solana Club #2208    # 2,184

Bored Ape Solana Club #2210    # 4,971

Bored Ape Solana Club #2237    # 1,794