

# WELCOME TO THE BORED APE YACHT CLUB

BAYC is a collection of 10,000 Bored Ape NFTs—unique digital collectibles living on the Ethereum blockchain. Your Bored Ape doubles as your Yacht Club membership card, and grants access to members-only benefits, the first of which is access to THE BATHROOM, a collaborative graffiti board. Future areas and perks can be unlocked by the community through roadmap activation.




USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-252
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

DEPOSITION EXHIBIT
Atalay 252
1/30/23



## FAIR DISTRIBUTION
### (BONDING CURVES ARE A PONZI)

There are no bonding curves here. Buying a Bored Ape costs 0.08 ETH. There are no price tiers; BAYC membership costs the same for everyone.

*Note: Thirty apes are being withheld from the sale. These will be used for giveaways, puzzle rewards—and for the creators' BAYC memberships.*

## BUY AN APE

The initial sale has sold out. To get your Bored Ape, check out the collection on OpenSea.

**BUY AN APE ON OPENSEA**

## THE SPECS

Each Bored Ape is unique and programmatically generated from over 170 possible traits, including expression, headwear, clothing, and more. All apes are dope, but some are rarer than others.

The apes are stored as ERC-721 tokens on the Ethereum blockchain and hosted on IPFS. (See Record and Proof.) Purchasing an ape costs 0.08 ETH.

To access members-only areas such as THE BATHROOM, Apeholders will need to be signed into their Metamask Wallet.



## WELCOME TO THE CLUB

When you buy a Bored Ape, you're not simply buying an avatar or a provably-rare piece of art. You are gaining membership access to a club whose benefits and offerings will increase over time. Your Bored Ape can serve as your digital identity, and open digital doors for you.


10,000 Provably-rare Bored Ape tokens


Fair Launch, fair distribution: All apes cost 0.08 ETH


Ownership and commercial usage rights given to the consumer over their NFT


The Bathroom: A member's-only graffiti board


Gain additional benefits through roadmap activations

# THE BATHROOM

The BAYC Bathroom will become operational once the presale period is over. It contains a canvas accessible only to wallets containing at least one ape. Like any good dive bar bathroom, this is the place to draw, scrawl, or write expletives.

Each ape-holder will be able to paint a pixel on the bathroom wall every fifteen minutes. Think of it as a collaborative art experiment for the cryptosphere. A members-only canvas for the discerning minds of crypto twitter.

We're pretty sure it's going to be full of dicks.



# ROADMAP ACTIVATIONS

We're in this for the long haul.

We've set up some goalposts for ourselves. Once we hit a target sell through percentage, we will begin to work on realizing the stated goal.

| | |
|---|---|
| 10% | ~~We pay back our moms.~~ |
| 20% | ~~We release the Caged Apes. 5 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders.~~ |
| 40% | ~~BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Shitcoins To.~~ |
| 60% | ~~Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies.~~ |
| 80% | ~~The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape.~~ |
| 90% | ~~The Bored Ape liquidity pool is initiated.~~ |
| 100% | ~~The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends.~~ |



## COMMUNITY TOOLS

Here are some helpful tools created by the Bored Ape Yacht Club community. Please note that these are unofficial in nature. Every assignment of an ape's overall value or rarity is inherently subjective.

**NFTEXP.IO**

**RARITY.TOOLS**

## THE TEAM

BAYC was created by four friends who set out to make some dope apes, test our skills, and try to build something (ridiculous).

**GARGAMEL.** *STARCRAFT OBSESSED. EATS SMURFS.*

**GORDON GONER.** *REFORMED LEVERAGE ADDICT.*

**EMPEROR TOMATO KETCHUP.** *SPENT ALL THEIR MONEY ON FIRST PRESSES AND PET-NAT.*

**NO SASS.** *HERE FOR THE APES. NOT FOR THE SASS.*

VERIFIED SMART CONTRACT ADDRE A7647A8aB7C2061c2E118A18a936f13D

BORED APE YACHT CLUB

GET ON THE LIST

Email Address →

© 2021 Yuga Labs LLC

BAYC Terms & Conditions
MAYC Terms & Conditions