

**Bored Ape Yacht Club** ✅
@BoredApeYC

The Bored Ape Yacht Club #NFT Pre-Sale is now LIVE!

Gas is cheap. Come ape with us. 

(Update your cache if it doesn't show up for you.)

boredapeyachtclub.com/#/home



2:59 PM · Apr 23, 2021

27 Retweets    43 Quote Tweets    149 Likes


