

**Yuga Labs** ✓
@yugalabs



(1/2) The outpouring of support from our community today has been overwhelming. We will continue to be transparent with our community as we fight these slanderous claims. In order to put a stop to the continuous infringement, and other illegal attempts to bring harm to…

6:39 PM · Jun 24, 2022

**655** Retweets  **256** Quote Tweets  **4,523** Likes



**Yuga Labs** ✓ @yugalabs · Jun 24, 2022
Replying to @yugalabs
(2/2) … us and the BAYC community, we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal.

 374   432   2,782

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-255
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

DEPOSITION EXHIBIT
Malay 255
1/30/23