PENGAD 800-631-6989
EXHIBIT
282

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-282
DATE ____________ IDEN.
DATE ____________ EVID.
BY ____________
Deputy Clerk

## Bored Ape Solana Club

By Bored-Ape-Solana-Club

Items 5,998 · Created Apr 2022 · Chain Solana · Category PFPs

The intention was always set to be an elite NFT community made up of 6001 Solana BASC NFT's, all hand drawn with unique trait combination not matching any Ethereum BAYC NFT's. BASC is not...

OpenSea | Search items, collections, and accounts | Explore | Drops | Stats | Resources

| 106,558 SOL | 9 SOL | 1% | 2,110 | 35% |
|---|---|---|---|---|
| total volume | floor price | listed | owners | unique owners |

Items | Activity

Search by name or attribute | Price low to high

**Status**
- Buy Now
- On Auction

**Price**
**Rarity rank**
**Quantity**
**Currency**

**BACKGROUND** 1

**CLOTHES** 44

Search

| Trait | Count |
|---|---|
| Prom Dress | 62 |
| Spacesuit | 60 |
| Caveman Pelt | 58 |
| Hip Hop | 55 ☑ |
| Lab Coat | 55 |
| Tweed Suit | 49 |
| Blue Dress | 48 |
| Cowboy Shirt | 46 |

**EARRING** 7

**EYES** 23

Updated 44s ago | 55 items

Clothes: Hip hop ✕ | Clear all

Bored Ape Solana Club #2975 — # 2,583
99.950 SOL
Last sale: 15.900 SOL

Bored Ape Solana Club #1076 — # 664

Bored Ape Solana Club #1126 — # 3,194

Bored Ape Solana Club #1300 — # 1,067

Bored Ape Solana Club #1721 — # 3,107

Bored Ape Solana Club #1832 — # 572

FUR                          19  ∨

HATS                         37  ∧

🔍 Search

Laurel Wreath              60
Faux Hawk                  59
Prussian Helmet            59
Kings Crown                54
Party Hat 2                54
Police Motorcycle Helmet   53
Basic Hat Red              50
WW2 Pilot Helm             46

MOUTH                        35  ∨

RARITY RANK                  7  ∨



Last sale: 25 SOL

| | | |
|---|---|---|
| Bored Ape Solana Club #1841   # 1,085 | Bored Ape Solana Club #1880   # 52 | Bored Ape Solana Club #1885   # 214 |

Last sale: 20 SOL

| | | |
|---|---|---|
| Bored Ape Solana Club #1900   # 2,695 | Bored Ape Solana Club #1915   # 4,702 | Bored Ape Solana Club #1984   # 631 |

Last sale: 2,500 SOL          Last sale: 20 SOL

| | | |
|---|---|---|
| Bored Ape Solana Club #2012   # 693 | Bored Ape Solana Club #2122   # 301 | Bored Ape Solana Club #2132   # 2,941 |

Last sale: 37 SOL          Last sale: 5 SOL

| | | |
|---|---|---|
| Bored Ape Solana Club #2208   # 2,184 | Bored Ape Solana Club #2210   # 4,971 | Bored Ape Solana Club #2237   # 1,794 |

Last sale: 3.890 SOL



Bored Ape Solana Club #2303          # 5,083



Bored Ape Solana Club #2310          # 2,624

