

JTX-287, page 1 of 1