

# Bored Apes desecrated a famous piece of New York NY graffiti art

Exhibit # Berger 28

News Report



📰 **Metaverse Newsletter**

email... [Subscribe]

by **Valeria Goncharenko**
⏱ Published: Jun 14, 2022 at 10:50 am    Updated: Jul 18, 2022 at 12:16 pm

🌟 **Follow us**

**The Trust Project** — The Trust Project is a worldwide group of news organizations working to establish transparency standards.




🔥 **Latest News**

 OpenAI and Slack Partner for a ChatGPT-Powered Workspace
March 8, 2023

 Andrew Chen and Robin Guo of a16z Invest $55M in the Open-World Game Studio Believer
March 8, 2023

 Candy Digital and Getty Images Release First Ever NFTs of 1970s Music Icons
March 8, 2023

 Sotheby's and Unicorn DAO Auction NFTs by Noted Female Artists to Celebrate Women's Day
March 8, 2023

 Soci Secures $120 Million in Funding to Enhance Its AI Capabilities and Digital Marketing Platform
March 8, 2023

Yuga Labs hired street artists to paint the Bored Ape Yacht Club logo in the streets of New York City. The company used a guerrilla marketing strategy to gain attention before its ApeFestival, which will take place in New York on June 20-23.

They messed up.

Yuga Labs' painters painted over a historical piece of graffiti art by Nekst (real name Sean Griffin). The legendary piece is located at 190 Bowery Street aka the old Germania Bank building and is known for NFT Sean Griffin's tag, which he first painted in 2007 and then refreshed in 2012 before his death.





🔥 **Most Read**

 Guild of Guardians VP & Game Director Derek Lau Believes That Web3 Features Will Become As Ubiquitous As Mobile Gaming
March 8, 2023

 Gaming Studio Illuvium Launches "Beyond," an Interactive Collectible Card-Powered Game
March 7, 2023

 Soundscape VR's Scott Kenley Discusses the Future of Live Music and Opportunities in the Music Metaverse
March 7, 2023

 Brave Launches AI-powered Summarizer in its Search Engine
March 3, 2023

The Amount of Intelligence in the Universe Will Double Every 18 Months, Says Sam Altman
March 2, 2023

Twitter users started a debate. Some of them claimed that Yuga Labs did not paint the image themselves. BAYC fans also believe that the painter used chalk, and can be wiped off easily. The community then discovered that the painters were supposed to draw on the sidewalks only.

The community then discovered that Yuga Labs hired Collective Media to place BAYC logos around the city. The company's founder Tariq explained the situation in an Instagram post.



By the moment of writing, a Twitter user named strictlysam "fixed" Nekst's legendary graffiti, spraying black paint over the BAYC logo.

Nevertheless, the Twitter debate keeps raging. Yuga Labs did not comment on the incident.



**Read related posts:**

- $154M Burned in Gas Fees During Otherside Lands Minting
- Yuga Labs refunds gas fees for failed Otherdeed NFT transactions
- How to avoid NFT scams

[Share on Facebook]  [Tweet]

BAYC, Bored Ape Yacht Club, Festival, New York, NFT, Twitter, Yuga Labs

**Disclaimer**

Any data, text, or other content on this page is provided as general market information and not as investment advice. Past performance is not necessarily an indicator of future results.

### Valeria Goncharenko

Valeria is an Italian writer passionate about Web3 and innovation. She is getting her second Major in International Business Management while dedicating her spare time to photography and fashion.

More Articles →

**Follow Author**

## Read More

| OpenAI and Slack Partner for a ChatGPT-Powered Workspace | Andrew Chen and Robin Guo of a16z Invest $55M in the Open-World Game Studio Believer | Candy Digital and Getty Images Release First Ever NFTs of 1970s Music Icons |
|---|---|---|
| by Valeria Goncharenko — March 8, 2023 | by Valeria Goncharenko — March 8, 2023 | by Cindy Tan — March 8, 2023 |



Exploring - and explaining - brave new worlds.

We use cookies   Privacy Policy    [Settings]  [Accept]