*Highly Confidential*
*ATTORNEYS' EYES ONLY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YUGA LABS, INC.,

       Plaintiff and
Counterclaim Defendant,

      v.

RYDER RIPPS, JEREMY CAHEN,

       Defendants and
Counterclaim Plaintiffs.

Case No. 2:22-cv-04355

# EXPERT REPORT OF LAURA O'LAUGHLIN
## FEBRUARY 6, 2023





*Highly Confidential*
*ATTORNEYS' EYES ONLY*

# TABLE OF CONTENTS

I.   INTRODUCTION AND QUALIFICATIONS ...............................................1

  A.  Qualifications...........................................................................1

  B.  Assignment ..............................................................................2

  C.  Materials Considered ...............................................................3

II.  BACKGROUND...............................................................................4

  A.  Parties .....................................................................................4

  B.  Yuga Labs' BAYC Marks ........................................................6

  C.  Allegations...............................................................................6

III. SUMMARY OF OPINIONS ...........................................................12

IV.  ASSESSMENT OF LIKELIHOOD OF CONSUMER CONFUSION ...................................................................................14

  A.  Evaluation of Potential Confusion in the NFT Marketplace...................14

  B.  Foundation Eveready Survey ..................................................20

      1.  Foundation Survey Design, Stimuli, and Pretesting.................20

      2.  Foundation Survey Target Population, Sample, and Screening Criteria ................................................................30

      3.  Foundation Survey Main Questionnaire ...............................35

      4.  Foundation Survey Data Analysis and Results.......................42

  C.  OpenSea Squirt Survey...........................................................49

      1.  OpenSea Survey Design, Stimuli, and Pretesting....................49

      2.  OpenSea Survey Target Population, Sample, and Screening Criteria ................................................................58

      3.  OpenSea Survey Main Questionnaire......................................59

      4.  OpenSea Survey Data Analysis and Results............................67

JTX-310, page 2 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## I.   INTRODUCTION AND QUALIFICATIONS

### A.   Qualifications

1.   I am a Vice President at Analysis Group, Inc., a consulting firm headquartered in Boston, Massachusetts that specializes in providing economic, financial, statistical, and business strategy consulting to law firms, corporations, and government agencies. I have an M.Sc. in economics from the Université de Montréal and a B.A. in international affairs from the University of Colorado. My curriculum vitae and my list of testimony in the past four years is attached as **Appendix A**.

2.   I have extensive experience in the design, development, administration, and analysis of surveys and experiments in a variety of matters, including antitrust, consumer protection, false advertising, trademark infringement, and patent infringement. I have served as an expert and have supported experts in designing, administering, and analyzing rigorous surveys to assess consumer understanding, preferences, and behavior. I have also served as an expert and have supported experts in numerous matters to assess the reliability and validity of survey design and analyses. I have authored articles and book chapters and spoken on market research studies and consumer behavior, such as in the *Handbook of Marketing Analytics* and for the Canadian and American Bar Associations.

1

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

3.     In the course of my career, I have applied an array of complex research methods and economic analyses to both non-litigation and litigation matters, spanning matters such as false advertising, intellectual property, merger review, antitrust litigation, competition policy, labor relations, finance, and valuation. I have conducted analyses and supported academic experts in a broad range of industries, including media, technology, consumer products, food and beverage products, financial services, and transportation services.

4.     Analysis Group is being compensated at a rate of $795 per hour for my time on this matter. Research and analysis for this report was also performed by Analysis Group personnel under my direction and guidance. Rate for other staff working on this matter range from $415 to $750 per hour. Neither my compensation nor that of Analysis Group is contingent upon my findings, the testimony I may give, or the outcome of this litigation.

## B.     Assignment

5.     I have been engaged by counsel for Yuga Labs, Inc. ("Yuga Labs") to provide expert testimony on whether or not consumer confusion exists as a result of Ryder Ripps' and Jeremy Cahen's use of Yuga Labs' Bored Ape Yacht Club

2

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

trademarks ("BAYC Marks").[1] Specifically, I have been asked to conduct consumer research to analyze the likelihood of consumer confusion in the market for non-fungible tokens ("NFTs"). To fulfill my assignment, I conducted two online consumer surveys, my Foundation Eveready survey and my OpenSea Squirt survey, following best practices for survey research conducted in a litigation context.

### C.    Materials Considered

6.    In forming my opinions, I have reviewed documents and other materials provided to me by counsel for Yuga Labs or obtained from public sources. These materials include, among others, court documents and deposition testimony produced in this litigation, academic articles related to survey design, and publicly available information regarding the NFT market. The sources on which I rely are identified in this report and the accompanying exhibits or listed in the attached **Appendix B**.

7.    I understand that discovery is ongoing. Should additional relevant documents or information be made available to me, I may adjust or supplement my opinions as appropriate.

---

[1] The BAYC Marks include: BORED APE YACHT CLUB, BAYC, BORED APE, APE, BA YC Logo, BA YC BORED APE YACHT CLUB Logo, and Ape Skull Logo.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## II.   BACKGROUND

### A.   Parties

8.      Plaintiff Yuga Labs is a Delaware corporation that in 2021 created the
well-known NFT collection named Bored Ape Yacht Club ("BAYC").[2]
Specifically, Yuga Labs developed a smart contract, which, when executed by
licensees or "minted," consists of a token referencing a unique BAYC work of
digital art (each an NFT) on the Ethereum blockchain.[3] Holders of BAYC NFTs
hold certain commercial rights to the digital art featured on their NFT, as well as
rights to exclusive benefits which include access to Yuga Labs' virtual clubhouse,
private forums on the BAYC Discord channel, and the ApeFest festival.[4] BAYC
NFT holders also have and continue to receive additional benefits, including "the
ability to 'mutate' their Bored Ape, resulting in an entirely new and valuable
[Mutant Ape Yacht Club] NFT," or access to Yuga Labs' forthcoming "NFT
metaverse ('Otherside') that ties directly into Bored Ape Yacht Club NFTs."[5]
Since its launch, BAYC has gained substantial attention, including coverage in the
popular press, including Rolling Stone magazine, CNET, WIRED, and The New

---

[2] Complaint For False Designation of Origin, *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355, United States District Court, Central District of California, June, 24, 2022 ("Complaint"), ¶ 1.

[3] Complaint, ¶ 16.

[4] Complaint, ¶¶ 16-17.

[5] Complaint, ¶ 18.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

York Times; publicly-noted celebrity ownership, including Jimmy Fallon, Justin Bieber, Madonna, Snoop Dogg, Eminem, Stephen Curry, Serena Williams, and Shaquille O'Neal; and collaborations with well-known brands, like Adidas, Universal Music Group, and Arizona Iced Tea.[6]

9.     Defendant Ryder Ripps, a self-described "conceptual artist," along with co-Defendant Jeremy Cahen (together, "Ripps and Cahen")[7] are involved in the promotion and sale of an NFT collection named "RR/BAYC" ("at-issue RR/BAYC NFT collection").[8] Specifically, in May 2022, Ripps began minting RR/BAYC NFTs that resemble BAYC NFTs.[9] The RR/BAYC NFTs are "exact replicas" of Yuga Labs' BAYC NFTs and bear the same unique number identifier as their BAYC NFT counterpart (the "Ape Id").[10] Since minting, Ripps and Cahen have sold the RR/BAYC NFTs through various channels which include sales pages

---

[6] Complaint, ¶¶ 19-22.

[7] I understand Yuga Labs has also filed suit against Thomas Lehman and Ryan Hickman for their role in the alleged infringing sales of RR/BAYC NFTs.  *See* "Complaint For False Designation of Origin and Cybersquatting, *Yuga Labs v. Thomas Lehman*, Case No. 01:23-cv-00085-MAD-TWD, United States District Court Northern District of New York, January 20, 2023 and Complaint for False Designation of Origin and Cybersquatting, *Yuga Labs v. Ryan Hickman*, Case No. 2:23-cv-00111-JCM-NJK, United States District Court District of Nevada, January 20, 2023, respectively. Although I understand that Lehman and Hickman were participants in the accused activity, their participation or lack thereof in that activity is not relevant to my opinions as set forth herein.

[8] Complaint, ¶¶ 9-12.

[9] Complaint, ¶ 52.

[10] Complaint, ¶¶ 48, 52; *see also* "RR/BAYC," *rrbayc.com*, available at https://rrbayc.com.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

on NFT marketplace platforms such as Foundation and OpenSea, as well as via the website https://rrbayc.com/.[11]

## B.     Yuga Labs' BAYC Marks

10.     I understand that Yuga Labs has pending trademark applications for the registration of several marks and/or common law trademark rights, including the BAYC Marks.[12] It is my understanding that Yuga Labs has used the BAYC Marks since at least April 2021 "in connection with advertising, marketing, and promoting its products and services nationwide and internationally through multiple platforms, including but not limited to the Bored Ape Yacht Club website; NFT markets such as OpenSea; and social media such as Facebook, Instagram, and Twitter."[13] As a result of the advertisement and promotion of the BAYC Marks, Yuga Labs has gained a strong recognition for its products and services.[14]

## C.     Allegations

11.     Yuga Labs alleges that Ripps deliberately used "the very same trademarks that Yuga Labs uses to promote and sell authentic Bored Ape Yacht

---

[11] Complaint, ¶¶ 34-41.

[12] Complaint, ¶¶ 24-30; Yuga Labs Inc.'s Second Supplemental Response to Ryder Ripps and Jeremy Cahen's First Set of Interrogatories (Nos. 1-14), *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division – Los Angeles, January 31, 2023, (Rog. 9).

[13] Complaint, ¶¶ 23, 31.

[14] Complaint, ¶ 32.

JTX-310, page 8 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

Club NFTs" to promote and sell his very own RR/BAYC NFTs, which as a result causes confusion in the marketplace.[15] Yuga Labs further alleges that Ripps' and Cahen's actions create confusion about whether the RR/BAYC NFTs are connected to, affiliated with, or sponsored by Bored Ape Yacht Club and consequently, Yuga Labs.[16] Specifically, the alleged confusion stems from Ripps' and Cahen's use of the  BAYC Marks alongside the at-issue RR/BAYC NFT collection during the promotion and sale of such NFTs.

12.     Ripps launched his at-issue RR/BAYC NFT collection on Foundation in May 2022.[17] Foundation is a web3 site that allows individuals to create their own smart contracts and "mint" their own NFTs (i.e., create a collection), while also allowing creators to sell their NFTs on the Foundation marketplace.[18] When he first launched his collection, Ripps used Yuga Labs' BA YC BORED APE YACHT CLUB Logo, "BAYC" mark, and "Bored Ape Yacht Club" mark.[19] He

---

[15] Complaint, ¶ 2.

[16] Complaint, ¶ 2.

[17] Based on my review of publicly available Etherscan data, Ripps's RR/BAYC NFT collection began listing on Foundation as early as May 14, 2022. *See*, "Transaction Details," *Etherscan*, available at https://etherscan.io/tx/0x0bbe02be57b17239238d3026a71380137723942ac49eea74473057975e0e9cba. *See also*, Ryder Ripps and Jeremy Cahen's Answer, Defenses, and Counterclaims to Complaint, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division, December 27, 2022 ("Counterclaims"), ¶ 52 ("The entire RR/BAYC Project started on the Foundation marketplace, where no Yuga assets exist, as Foundation does not support programmatically generated NFTs (and associated images) like the BAYC NFT collection.")

[18] "How to Create a Collection and Mint an NFT on Foundation," *Foundation*, available at https://help foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation; "How to sell NFTs on Foundation," *Foundation*, available at https://help foundation.app/hc/en-us/articles/4562018706459-How-to-Sell-NFTs-on-Foundation.

[19] "Ryder Ripps Bored Ape Yacht Club Foundation Collections Page," YUGALABS_00015424.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

later changed the BA YC BORED APE YACHT CLUB Logo to a distorted version of the BA YC BORED APE YACHT CLUB Logo,[20] but the Foundation sales page continued to use Yuga Labs' BORED APE YACHT CLUB trademark as the title of the page, as well as its BAYC trademark in an unauthorized hyperlink labeled "BAYC" and in the URL of the page (https://foundation.app/collection/bayc).[21] In addition, when a user hovered over the RR/BAYC NFTs on this Foundation page, the page displayed a miniature version of the distorted BA YC BORED APE YACHT CLUB Logo mark.[22] **Figure 1** below displays a screenshot of the RR/BAYC collection when launched and the later distorted version.

---

[20] Complaint, ¶ 36.

[21] *See, e.g.,* Foundation page as of May 19, 2022, "Bored Ape Yacht Club," *Foundation*, May 19, 2022, available at https://web.archive.org/web/20220519154852/https://foundation.app/collection/bayc; and as of June 21, 2022, "Bored Ape Yacht Club," *Foundation*, June 21, 2022, available at https://web.archive.org/web/20220621151323/https://foundation.app/collection/bayc.

[22] Complaint, ¶ 37.

**Figure 1: Comparison of RR/BAYC NFT Collection Pages on Foundation**



13.     Ripps and Cahen also created other sales pages on the popular NFT marketplace OpenSea. OpenSea is the "world's first and largest digital marketplace" for NFTs.[23] On OpenSea, users are able to buy, sell, and discover NFTs from a wide variety of categories.[24] With regard to selling, users are able to sell by listing their NFT through a collection page created by the owners of the collection.[25]  Ripps' and Cahen's "[f]irst OpenSea page used Yuga Labs' BAYC trademark in the title of the page, in the cover photo of the page, and in the

---

[23] "OpenSea Learn," *OpenSea*, available at https://opensea.io/learn.

[24] "OpenSea Learn," *OpenSea*, available at https://opensea.io/learn.

[25] "How do I sell an NFT," *OpenSea Help Center*, https://support.opensea.io/hc/en-us/articles/360063498333-How-do-I-sell-an-NFT-; "How do I create a collection," *OpenSea Help Center*, https://support.opensea.io/hc/en-us/articles/4407762843155-How-do-I-create-a-collection-.

*Highly Confidential*
ATTORNEYS' EYES ONLY

webpage URL (https://opensea.io/collection/ryderripps-bayc)."[26] Ripps' and

Cahen's subsequent OpenSea page "likewise used Yuga Labs' BAYC trademark in

the title of the page ('RR/BAYC'), in the cover photo of the page (an image stating

'RRBAYC.com'), and in the webpage URL

(https://opensea.io/collection/rrbayc)."[27]

14.     Moreover, when Ripps created the smart contract for his RR/BAYC

NFT collection, Ripps labeled the collection name "Bored Ape Yacht Club," and

the collection symbol "BAYC," which is very similar to Yuga Labs' collection

name "BoredApeYachtClub" and identical to the collection symbol "BAYC."[28]

These meta-data are publicly available on Etherscan, a platform that allows

consumers to access information within the Ethereum network, as well as other

blockchain explorers, which display the marks as a token tracker.[29] Consumers

---

[26] Complaint, ¶ 35.

[27] Complaint, ¶ 36.

[28] *See*, YUGALABS_00031370; "How to Create a Collection and Mint an NFT on Foundation," *Foundation*, available at https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation; ryder-ripps.eth Contract, "Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e," *Etherscan*, available at https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e; Authentic Bored Ape Yacht Club Contract, "Contract 0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D," *Etherscan*, available at https://etherscan.io/address/0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D. *See also*, ryder-ripps.eth #1956 Contract, "#1956," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319; Authentic Bored Ape Yacht Club #1956 Contract, "BoredApeYachtClub #1956," *Etherscan*, available at https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/1956; Declaration of Thomas Lehman, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, February 3, 2023 ("Lehman Declaration"), ¶ 8 ("In the RR/BAYC Contract, the return value of the name() function is "Bored Ape Yacht Club" and the return value of the symbol() function is "BAYC." The return values of these functions were determined by values that Ripps typed when creating the RR/BAYC Contract.").

[29] "About Etherscan," *Etherscan*, available at https://etherscan.io/aboutus.

10

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

may use the symbols and labels associated with the token to verify its authenticity.[30] Regardless of whether a consumer purchases an RR/BAYC NFT on Foundation, OpenSea, or elsewhere, I understand that Etherscan and other blockchain explorers will display the collection name as "Bored Ape Yacht Club" and the collection symbol as "BAYC."[31]

15.    I understand that Ripps and Cahen claim that consumer confusion between Yuga Labs' BAYC NFT collection and the at-issue RR/BAYC NFT collection was "impossible" for various reasons, including the "project's request-to-mint process through Twitter, the reservation and disclaimer process on https://rrbayc.com, and Foundation's exclusion of any Yuga NFTs."[32] Additionally, Ripps and Cahen claim that "*ryder-ripps.eth is clearly shown as the creator of the RR/BAYC NFTs (based on the tokens smart contract), which appears next to the token tracker."[33] Ripps and Cahen also claim that "collectors understood the satirical message of the project and that they were not purchasing a

---

[30] Choi, Kaven, "How to determine the correct token contract address on Etherscan," *Medium*, July 24, 2018, available at https://medium.com/etherscan-blog/how-to-determine-the-correct-token-contract-address-on-etherscan-31df6c2ac12d; Complaint, ¶¶ 39-40.

[31] Other websites also use the "Bored Ape Yacht Club" collection name and "BAYC" symbol to identify the RR/BAYC NFTs, possibly indicating that, like Etherscan, they gather this metadata from Ripps' NFT contract. For example, the cryptocurrency data aggregator CoinGecko uses the "BAYC" collection symbol for the RR/BAYC NFT collection, and NFT marketplace NFTx refers to the collection by the name "Bored Ape Yacht Club." *See, e.g.*, YUGALABS00000631; YUGALABS00000653.

[32] Counterclaims, ¶ 51.

[33] Counterclaims, ¶ 51.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

BAYC NFT."[34] I understand that since June 25, 2022, Ripps and Cahen modified some of the marks used in the promotion and sale of their at-issue RR/BAYC NFT collection, for example, changing "RR/BAYC" to "RR/Redacted."[35]

## III.   SUMMARY OF OPINIONS

16.    Based on my expertise and experience, my review of the relevant materials produced in this matter, and the results of the two likelihood of confusion studies I designed, conducted, and analyzed, I have reached the following opinions:

a.  There is a meaningful likelihood of confusion for consumers who saw the BAYC Marks used in connection with the at-issue RR/BAYC NFT collection on the Foundation marketplace. Using an appropriately designed Eveready survey with relevant marketplace context and control stimuli, I find a net confusion rate of 40.4%. That is, using an experimental design to control for any potential survey

---

[34] Counterclaims, ¶¶ 48, 53. In other contexts, Ripps and others appear to acknowledge that confusion exists and may not be curable. *See, e.g.,* a tweet from @RR_BAYC, "I am glad to say SOME people will never know what RR/BAYC stands for no matter how hard we try." May 28, 2022, YUGALABS 00000560.

[35] Ola, "X2Y2 NFT Marketplace Delists & Relists Ryder Ripps' NFT Collection," *NFT Evening*, June 27, 2022, available at https://nftevening.com/x2y2-nft-marketplace-delists-relists-ryder-ripps-nft-collection/; "Tweet from @the_x2y2," *Twitter*, June 25, 2022, available at https://twitter.com/the_x2y2/status/1540682072678731776; "Tweet from @the_x2y2," *Twitter*, June 25, 2022, available at https://twitter.com/the_x2y2/status/1540781789169467394. *See also*, "Thomas Lehman Text Messages," May 18, 2023 to September 26, 2022, LEHMAN0000013-066, at 047-049. I understand that the at-issue RR/BAYC collection name and collection symbol continue to use the BAYC Marks.

*Highly Confidential*
ATTORNEYS' EYES ONLY

noise or bias, I find that 49.2% of respondents in the BAYC Group
(test group) associated the at-issue RR/BAYC NFT collection with
Bored Ape Yacht Club, and 8.8% of respondents in the CGBC Group
(control group) associated the at-issue RR/BAYC NFT collection with
Bored Ape Yacht Club. The net effect demonstrates likelihood of
confusion among relevant consumers on the Foundation marketplace.

b. There is also a meaningful likelihood of confusion for consumers who
saw the BAYC Marks used in connection with the at-issue RR/BAYC
NFT collection on the OpenSea marketplace. Using an appropriately
designed Squirt survey with relevant marketplace context and control
stimuli, I find a net confusion rate of 20.0%. That is, using an
experimental design to control for any potential survey noise or bias, I
find that 21.2% of respondents in the BAYC Group (test group)
associated the at-issue RR/BAYC NFT collection with Bored Ape
Yacht Club, and 1.2% of respondents in the CGBC Group (control
group) associated the at-issue RR/BAYC NFT collection with Bored
Ape Yacht Club. The net effect demonstrates likelihood of confusion
among relevant consumers on the OpenSea marketplace.

c. With the strong overlap and similarities in Ripps' and Cahen's use of
the BAYC Marks and Ripps' and Cahen's claim that NFT consumers

13

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

are aware of the "satirical" nature of the project, I took additional measures to ensure that my net confusion findings were not an artifact of guessing or weakly held beliefs. I find the majority of confused respondents exhibited strongly held beliefs as to the source of the at-issue RR/BAYC NFT collection. These results confirm my findings of a meaningful likelihood of confusion in both the Foundation and OpenSea contexts and undermine Ripps' and Cahen's claims that confusion was "impossible."

17.     Taken together, my likelihood of confusion studies support Yuga Labs' allegations of consumer confusion in this matter.

## IV.   ASSESSMENT OF LIKELIHOOD OF CONSUMER CONFUSION

### A.   Evaluation of Potential Confusion in the NFT Marketplace

18.     As discussed above, Yuga Labs alleges that the at-issue RR/BAYC NFT collection creates a likelihood of forward confusion among consumers shopping for NFTs in the same and adjacent marketplaces.[36] Forward confusion occurs when a new brand or mark enters the marketplace and consumers

---

[36] Complaint, ¶¶ 2, 4.

14

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

mistakenly believe it is made by or associated with a pre-existing brand.[37] Testing for a likelihood of forward confusion entails determining whether consumers are likely to be confused that Ripps' and Cahen's (junior user) at-issue RR/BAYC NFT collection come from the same or an associated/related source as the Yuga Labs BAYC NFT collection (senior user).[38] In my review of the materials available in this case, I found multiple examples of varying types of forward confusion by consumers, including "initial interest confusion" and "point of sale confusion:"[39]

- A Twitter user commented: "for 1/1000th of a second I myself thought this was a real bayc listed cheap as a gift by Ryder. If I had .5 eth in my wallet on foundation I would've bought […] so fast."[40]

- One consumer reported on Twitter that they "bought an rr bayc because [they] thought it was made by yuga."[41]

---

[37] "'Forward confusion' occurs when the use of a trademark by a second party (a junior user) is likely to lead consumers to mistakenly believe the junior user's goods originate from or are associated with the first (or senior) user of the mark." Jacoby, Jacob, *Trademark Surveys Volume 1: Designing, Implementing, and Evaluating Surveys*, American Bar Association, 2013 ("Jacoby (2013)"), p. 23.

[38] In evaluating forward confusion, it is important to focus on the potential consumers of the junior user's products or services. McCarthy, Thomas, *McCarthy on Trademarks and Unfair Competition*, Fifth Edition, Thomson Reuters, 2020, Vol. 6, § 32:159.

[39] Initial interest confusion occurs where there is temporary confusion during the consumer purchase process, and that confusion is dispelled before the purchase is made. Point of sale confusion occurs where there is confusion at the point of sale (where the product's name, logo or other identifying indicia may be available) and the purchase is finalized. *See*, Jacoby (2013), pp. 119-120, 294.

[40] "Tweet from @Joey_tartz," May 16, 2022, YUGALABS_00027693.

[41] "Tweet from @streetoshi," June 21, 2022, YUGALABS_00015411.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

- A consumer tweeted that they "just bought BAYC #4255 but now [is] thinking that it could be fake?"[42]

19.   I also observed evidence of "post-sale confusion" among consumers outside the direct purchasing context.[43] For example, observers in the NFT marketplace appear to have confused the at-issue RR/BAYC NFT collection as associated with the Yuga Labs BAYC collection. Consumer confusion in the post-sale context is likely higher, given that any blockchain details that might help dispel confusion are less readily available to casual observers, than what would be expected in the point of sale context.[44]

- Twitter bot @0xGem, which reports on NFT transactions, tweeted "New Purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH," only to have some Twitter users then identify it as "a Ryder."[45] One of the Twitter commenters (@0xToven) replied to this thread, "…I looked on chain and didn't even realize it was RR."[46] Among many replies, one Twitter

---

[42] "Tweet from @johnny0x_," June 22, 2022, YUGALABS_00027491.

[43] Post-sale confusion occurs where a prospective purchaser sees a product in a post purchase environment (where the product's name, logo or other identifying indicia may not be available) and is confused. Jacoby (2013), p. 119; McCarthy, Thomas, *McCarthy on Trademarks and Unfair Competition*, Fifth Edition, Thomson Reuters, 2020, Vol. 6, §23:7.

[44] *See, e.g.*, Lehman Declaration, ¶ 25.

[45] "Tweet from @0xToven," YUGALABS_00000570; "Tweet from @0xGem," July 8, 2022, YUGALABS_00002625-634, at 625, 627, 631-632.

[46] "Tweet from @0xToven," YUGALABS_00000570.

16

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

user stated "What a gold ape sold for 6eth must be a glitch!,"[47] and another tweeted "damn I could have afforded this."[48]

- There are other examples of the @0xGem bot reporting on RR/BAYC NFT transactions that were misidentified as Yuga Labs BAYC NFT transactions,[49] as well as reporting on what appear to be official BAYC NFT transactions around the same time.[50]

- A potential RR/BAYC purchaser, aware of Ripps's "approach," asked Ripps, "if I own [your] nft will people know the difference or just think I own a BAYC and support […] them?"[51]

- Bloomberg mistakenly referenced Ripps' at-issue RR/BAYC NFT collection as "Bored Ape Yacht Club V3" in a list of Top NFT Collections during a Bloomberg Crypto segment from June 21, 2022.[52]

---

[47] "Tweet from @apeuniverse_eth," July 8, 2022, YUGALABS_00002625-634, at 631.

[48] "Tweet from @NFTBuffet," July 8, 2022, YUGALABS_00002625-634, at 628.

[49] *See, e.g.*, "Tweet from @0xGem," June 23, 2022, YUGALABS_00031601-602; "Tweet from @0xGem," June 25, 2022, YUGALABS_00031603-604; "Tweet from @0xGem," August 13, 2022, YUGALABS_00031605-609; "Tweet from @0xGem," December 28, 2022, YUGALABS_00031610-611.

[50] *See, e.g.*, "Tweet from @0xGem," June 15, 2022, YUGALABS_00031596; "Tweet from @0xGem," June 18, 2022, YUGALABS_00031597.

[51] "Email from Zachary Filtness to rrbayc@protonmail.com," June 20, 2022, RIPPSCAHEN00001560.

[52] "Screenshot of Bloomberg Top NFT collections," YUGALABS_00031204; "Bloomberg Crypto Full Show (06_21_2022)," YUGALABS_00030243.

17

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

- Icy Tools, an NFT analytics platform, made the same mistake in June 2022, when it mistakenly listed Ripps' at-issue RR/BAYC NFT collection as "Bored Ape Yacht Club V3" on its trending page.[53]

20.    In assessing whether there is likelihood of confusion stemming from Ripps' and Cahen's use of the BAYC Marks in the point of sale context, I first tested whether there was evidence of confusion as it relates to the Foundation marketplace, which is where I understand Ripps and Cahen initially minted and sold the at-issue RR/BAYC NFT collection.[54] I also understand that Ripps and Cahen have claimed that confusion was not possible in this marketplace because of "Foundation's exclusion of any Yuga NFTs."[55] Foundation (https://foundation.app) is a popular NFT marketplace where NFT collectors would have encountered Ripps' and Cahen's at-issue RR/BAYC NFT collection.[56] Even though Yuga Labs does not have, and has not had, a branded collection page on Foundation, I

---

[53] "Discord Chat Logs," RIPPSCAHEN00000001 at 6/13/2022 9:41:24 AM (row 82428).

[54] *See* Deposition of Ryan Hickman, December 7, 2022, pp. 42-43, 76-79.

[55] "Ryder Ripps and Jeremy Cahen's Answers, Defenses, and Counterclaims to Complaint," December 27, 2022, Counterclaims ¶¶ 51, 52. Others appear to acknowledge or demonstrate that confusion exists. *See, e.g.*, Lehman Declaration, ¶ 25. *See also*, Deposition of Ryan Hickman, December 7, 2022, pp. 149-150. Hickman initially believes that a Foundation page is Bored Ape Yacht Club's, but then corrects himself and identifies the page as "Ryder's page." ("Q: What is Exhibit 28 an image of? A. This is the Foundation website. Q: For what? A: Looks to be Bored Ape Yacht Club. No, this is the -- this is the -- it looks like it's Ryder's page. Yeah. This is the Foundation of Ryder's.")

[56] Trinetra Paul, "The 8 Most Popular NFT Marketplaces in the World," *Prestige*, February 3, 2022, available at https://www.prestigeonline.com/th/pursuits/tech/8-most-popular-nft-marketplaces/; Rivera-Herrera, Daniela, "10 Best NFT Marketplaces," *Nasdaq*, October 27, 2022, available at https://www.nasdaq.com/articles/10-best-nft-marketplaces; "Ryder Ripps Bored Ape Yacht Club Foundation Collections Page," May 21, 2022, YUGALABS_00030104.

18

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

understand that users can make offers on individually held official BAYC NFTs through Foundation.[57] I test for likelihood of confusion on the Foundation marketplace using an Eveready survey design, described in more detail below as my "Foundation Eveready Survey."[58]

21.    I also understand that the at-issue RR/BAYC NFTs were subsequently sold on the secondary market between individual consumers on various NFT marketplaces. For example, at various points in time, consumers on the OpenSea website (http://opensea.io), another popular NFT marketplace, would have observed both the Yuga Labs BAYC collection and the at-issue RR/BAYC NFT collection available and even directly next to each other on OpenSea's "Top Collections" leaderboard.[59] Because both collections were available in the same marketplace, I also test for likelihood of confusion in this context using a Squirt

---

[57] "How to sell NFTs on Foundation," Foundation, available at https://help foundation.app/hc/en-us/articles/4562018706459-How-to-Sell-NFTs-on-Foundation. Moreover, I understand that the entire (or near entire) collection of BAYC NFTs can be seen on Foundation where users can place an offer on BAYC NFTs. "BoredApeYachtClub," *Foundation*, available at https://foundation.app/collection/bayc-574a.

[58] In Eveready format surveys involving forward confusion, respondents are presented with only the allegedly infringing mark and asked open-ended questions to assess confusion. *See* Diamond, Shari Seidman, Jerre B. Swann, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2012 ("Diamond and Swann (2012)"), pp. 56-57.

[59] "Why Did OpenSea Become the Most Widely Used NFT Marketplace?" *Crypto Conduct Authority*, August 18, 2022, available at https://cryptoconductauthority.com/tips-for-all/why-did-opensea-become-the-most-widely-used-nft-marketplace/; Trinetra Paul, "The 8 Most Popular NFT Marketplaces in the World," *Prestige*, February 3, 2022, available at https://www.prestigeonline.com/th/pursuits/tech/8-most-popular-nft-marketplaces/; "OpenSea Top collections over last 24 hours," YUGALABS_00015425.

19

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

survey design, which is described in more detail below as my "OpenSea Squirt Survey."[60]

### B.  Foundation Eveready Survey

####  1.  *Foundation Survey Design, Stimuli, and Pretesting*

22.     In designing the Foundation Eveready Survey, I adhered to best practices for surveys used in litigation.[61] The Foundation Eveready Survey employs a test/control experimental design, which is a reliable method to evaluate causal relationships. In an experimental design, respondents are randomly assigned to one of two groups and exposed to stimuli which are identical but for the at-issue characteristic being tested. As a result, any differences in confusion between the two groups can be attributed to the at-issue characteristic. In the Foundation Eveready Survey, I tested for differences between two groups, the Bored Ape Yacht Club ("BAYC") Group, who saw stimuli that included the at-issue RR/BAYC NFT collection, and the Chill Gorilla Boat Crew ("CGBC") Group,

---

[60] In Squirt format surveys involving forward confusion, respondents are presented with both parties' marks and asked closed-ended questions to assess confusion. Diamond, Shari Seidman, Jerre B. Swann, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2022 ("Diamond and Swann (2022)"), pp. 72-73.

[61] Federal Judicial Center's Manual for Complex Litigation, *Federal Judicial Center*, 2004, available at https://www.uscourts.gov/sites/default/files/mcl4.pdf.

20

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

who saw modified stimuli with the at-issue RR/BAYC NFT collection, modified to remove references to BAYC.[62]

23.     For my Foundation Eveready Survey, respondents were guided through a simulated purchase flow of Foundation webpages, as this replicates what a consumer would experience when purchasing an at-issue RR/BAYC NFT on the Foundation website. Depending on the device used to enter the survey, respondents were presented with either the mobile or desktop version of Foundation webpages.

24.     In my research, I identified two versions of Ripps' Bored Ape Yacht Club Foundation collection page on the Wayback Machine website. On May 19, 2022 the Foundation collection page contained the official BA YC BORED APE YACHT CLUB Logo as the collection marker.[63] However, by June 21, 2022 the collection marker was changed to the distorted BA YC BORED APE YACHT CLUB Logo.[64] **Figure 2** below shows the title section for both versions of the collection page as displayed on the Wayback Machine.

---

[62] For example, the control version of the Bored Ape Yacht Club Foundation Collection page is exactly the same in all respects to the test version, but for the following: 1) Ripps' distorted BA YC Bored Ape Yacht Club Logo replaced with an image featuring Ripps' own character logo; 2) Collection symbol altered to read CGBC rather than BAYC 3) Collection name changed from "Bored Ape Yacht Club" to "Chill Gorilla Boat Crew."; 4) Ape Skull Logo on Ape #57's sweater replaced with Ripps' own character logo; 5) Design on Ape #1956's hat changed from "BA YC" with the Ape Skull Logo to "CG BC" with Ripps' own character logo; 6.) "bayc" acronym in URL address revised to "cgbc."

[63] This version was accessed using the Wayback Machine. *See* "Bored Ape Yacht Club," *Foundation*, May 19, 2022, available at https://web.archive.org/web/20220519154852/https://foundation.app/collection/bayc.

[64] This version was accessed using the Wayback Machine. *See* "Bored Ape Yacht Club," *Foundation*, June 21, 2022, available at https://web.archive.org/web/20220621151323/https://foundation.app/collection/bayc.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 2: Ripps' Bored Ape Yacht Club Foundation Collections as of May 19, 2022 and June 21, 2022**

 

25.     In developing my stimuli, I chose the June 21, 2022 version of Ripps' Bored Ape Yacht Club collection page on Foundation as the beginning of the purchase flow.[65]  This choice is more conservative because the collection marker as of June 21, 2022 is a distorted BA YC BORED APE YACHT CLUB Logo.[66] In other words, using the June 21, 2022 Foundation collection page will likely result in lower levels of confusion than using the May 19, 2022 version.

---

[65] Etherscan data also point to several RR/BAYC transactions on Foundation on this date. *See* Ryder Ripps Transaction Data, *Etherscan*, available at
https://etherscan.io/address/0x592814ff14e030b51f6087032db0f88f4214f254.

[66] "The Complaint also repeatedly alleges facts showing that RR/BAYC NFTs were differentiated from Yuga's NFTs in the marketplace… Paragraph 37 alleges that the Foundation page contained differentiating features including the RR/BAYC satirical logo." Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division, October 3, 2022, pp. 15-16.

JTX-310, page 24 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

26.     Given the experimental approach I described above, a modified purchase flow was created for CGBC Group respondents. In developing the control condition, I followed best practices to ensure that my control stimulus "share[d] as many characteristics with the experimental stimulus as possible, with the key exception of the characteristic whose influence is being assessed."[67]

27.     Accordingly, CGBC Group respondents were guided through an identical purchase flow except all mentions of Bored Ape Yacht Club were replaced with "Chill Gorilla Boat Crew," and in the appropriate format. I chose "Chill Gorilla Boat Crew" as my control because it contains the same number of words as Bored Ape Yacht Club, each word is of similar length, and the combination of words communicates a similar meaning.[68] In addition, all allegedly infringing logos were replaced with a logo previously used by Ripps on the Foundation website.[69] To illustrate the modifications, **Figure 3** and **Figure 5** present reduced size desktop and mobile versions of Ripps' and Cahen's at-issue RR/BAYC NFT collection page as shown on the Foundation website, while **Figure 4** and **Figure 6** indicate in blue the areas where revisions were made to

---

[67] Diamond and Swann (2012), p. 210.

[68] "Trademark infringement involves allegations of defendant's mark being likely to cause confusion as a result of its being unacceptably similar in visual appearance, sound, or meaning to plaintiff's mark. When the allegation concerns one of these three factors, it is best to keep the other two factors constant (that is the same, or virtually the same across both test and control) and modify only the third factor." Jacoby (2013), p. 513.

[69] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps.

23

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

create the desktop and mobile control versions of same collections pages on Foundation, respectively. Full sized images containing modifications made to all desktop and mobile purchase flow stimuli are included in **Appendix D.1**.

24

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 3: BAYC Group: Foundation Collection Page (Desktop)**



25

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 4: CGBC Group: Modified Foundation Collection Page (Desktop)**



26

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 5: BAYC Group: Foundation Collection Page (Mobile)**



27

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 6: CGBC Group: Modified Foundation Collection Page (Mobile)**



*Highly Confidential*
*ATTORNEYS' EYES ONLY*

28.     In order to ensure that the questions in my Foundation Eveready Survey were "clear and unambiguous," a team under my supervision conducted 10 pretests on January 19 and January 20, 2023 with respondents from the target population described below.[70] Independent moderators, unaware of the purpose or sponsor of the survey, conducted pretests via Zoom, by providing respondents with a link to the online questionnaire and requesting that they share the contents of their screen and think out loud when taking the survey. Moderators asked respondents a series of questions after the survey was completed to assess if the respondent understood all instructions, questions, and answer options that were presented to them during the survey, as well as, whether the respondent was able to see all images clearly.[71] Based on feedback received from conducting the pretests, I made minor changes to the survey instrument.[72]

---

[70] "Texts on survey research generally recommend pretests as a way to increase the likelihood that questions are clear and unambiguous, and some courts have recognized the value of pretests." Diamond, Shari S., "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, 2011, pp. 359-423 ("Diamond (2011)"), pp. 388-389.

[71] *See* Appendix C for pretest moderator instructions.

[72] The minor modification made to the Foundation Eveready Survey included updating the screening questions to allow respondents to qualify as either a past or potential NFT purchaser. Initially, respondents that indicated that they purchased cryptocurrency in the past, but not an NFT in particular, were terminated from the survey. The adjustments made to the screener allow such respondents the opportunity to instead qualify if they were also considering purchasing cryptocurrency, and in particular an NFT, in the future.

29

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

2.   *Foundation Survey Target Population, Sample, and Screening Criteria*

29.    As discussed in the Federal Judicial Center's *Reference Manual on Scientific Evidence*, a survey's target population "consists of all elements (i.e., individuals or other units) whose characteristics or perceptions the survey is intended to represent."[73] A crucial "first step[] in designing a survey […] is to identify the target population (or universe)."[74] Here, Yuga Labs alleges forward confusion by arguing that Ripps' and Cahen's unauthorized use of the BAYC Marks to "promote and sell their RR/BAYC NFTs is likely to cause confusion and mislead consumers into thinking the RR/BAYC NFTs are in some way sponsored, affiliated, or connected with Yuga Labs' Bored Ape Yacht Club."[75] In forward confusion cases, the appropriate target population to survey is past and potential buyers of the junior user's goods or services.[76] Accordingly, the target population in my Foundation Eveready Survey is past and potential purchasers of RR/BAYC NFTs. It is my understanding that in most circumstances a consumer must use cryptocurrency to buy an NFT and Ethereum in particular to purchase an

---

[73] Diamond (2011), pp. 376.

[74] Diamond (2011), pp. 376-377.

[75] Complaint, ¶ 47.

[76] McCarthy, Thomas, *McCarthy on Trademarks and Unfair Competition*, Fifth Edition, Thomson Reuters, 2020, Vol. 6, § 32:159.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

RR/BAYC NFT.[77] It is also my understanding that consumers who collect digital

art are also likely to purchase NFTs.[78] Accordingly, the target population for my

Foundation Eveready Survey are individuals who indicate that they (i) have

purchased an NFT in the past year using Ethereum, or (ii) are considering

purchasing an NFT using cryptocurrency in the next year. Additionally, individuals

who indicate that they either (iii) have purchased digital art as a collectible in the

past year, or (iv) are considering doing so in the next year are also part of the target

population as they too are likely prospective purchasers of the at-issue RR/BAYC

NFTs. As discussed below, my Foundation Eveready Survey employs a screener to

qualify the appropriate target population before asking the main Eveready

confusion questions.

30.     I relied on Schlesinger Group ("Schlesinger"), a marketing research

company, to recruit respondents from a national panel of individuals 18 or older to

participate in my survey.[79] The introduction to my survey instructed respondents to

not reference any materials or look up information while taking the survey, and to

---

[77] Adams, Michael, Powell, Farran, "How To Buy NFTs," *Forbes Advisor*, August 12, 2022, available at
https://www.forbes.com/advisor/investing/cryptocurrency/how-to-buy-nfts/. *See also*, ryder-ripps.eth Contract,
"Contract 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e," *Etherscan*, available at
https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e.=

[78] McAndrew, Clare, "A Survey of Global Collecting in 2022," *Art Basel and UBS*, 2022, available at
https://www.ubs.com/global/en/our-firm/art/collecting/art-market-survey/download-survey-report-
2022 html?campID=NL-AMS2022-GLOBAL-ENG-ANY-ANY-ANY.

[79] *See* "Who We Are," *Schlesinger Group*, available at https://www.schlesingergroup.com/en/company/purpose/;
*see also,* Schlesinger Panel Book.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

take the survey on their own without consulting anyone else.[80] In the next set of questions, respondents were asked to complete a CAPTCHA exercise and to wear eyeglasses or contact lenses for the remainder of the survey if they typically would.[81] Respondents that did not complete the CAPTCHA or did not agree to wear eyeglasses or contact lenses for the remainder of the survey were excluded from the survey.

31.     My survey then asked respondents standard demographic questions regarding their age and gender.[82] Respondents' answers to the age and gender questions were compared to their panel profile information for verification. Respondents who provided the incorrect age or gender information were terminated from the survey. Next, respondents were asked to indicate their state of residence.[83] To ensure that the sample for my survey is representative of the target population, Schlesinger used answers to the age, gender, and state question to track and balance incoming sample in a manner that matches U.S. Census demographic data.

---

[80] Appendix D.2, QS0.

[81] Appendix D.2, QS1-QS3.

[82] Appendix D.2, QS4, QS5.

[83] Appendix D.2, QS6.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

32.      As a quality control measure, respondents were then shown a question that instructed them to select the word "Second" from a list of answer options shown in randomly-assigned ascending or descending order.[84] Respondents that failed to select the correct answer option were excluded. Next, respondents were asked about the type of company they and their household members have worked for.[85] Respondents who indicated that they worked for, or anyone in their household worked for, a "company in the blockchain industry" or a "market research or advertising agency" were excluded from the survey as they may have specialized knowledge about the subject matter which in turn could bias their responses.[86]

33.      Respondents were next asked a series of questions related to their past purchase behavior and expected future purchases.[87] Only respondents that met one of the following criteria qualified for the main questionnaire.

    a.  Have purchased an NFT in the past year using Ethereum;[88]

---

[84] Appendix D.2, QS7.

[85] Appendix D.2, QS8.

[86] Appendix D.2, QS8.

[87] Appendix D.2, QS9a and QS9b.

[88] Appendix D.2, QS9a, QS10, and QS11.

33

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

b.  Are considering purchasing an NFT using cryptocurrency in the next year;[89]

c.  Have purchased digital art as a collectible within the past year;[90]

d.  Are considering purchasing digital art collectibles in the next year.[91]

**Figure 7** below illustrates the different pathways that respondents could take to qualify for the survey.

## Figure 7: Flowchart of Paths for Qualification



---

[89] Appendix D.2, QS9b, and QS12.

[90] Appendix D.2, QS9a, Q13.

[91] Appendix D.2, QS9, Q13.

34

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

3.    *Foundation Survey Main Questionnaire*

34.    As described above, I adopted a test/control experimental design for

my Foundation Eveready Survey, as such a design allows me to isolate the

likelihood of confusion, if any, due to Ripps' and Cahen's use of the BAYC Marks

in connection with the at-issue RR/BAYC NFT collection. Accordingly, qualified

respondents were assigned to either the BAYC Group (test group) or CGBC Group

(control group) at the beginning of the main questionnaire. Respondents were then

provided with the following instructions[92]:

> Q1. This survey is about shopping for NFTs online. Next you will see
> images that will take you through a purchasing process. Please
> maximize your browser for optimal viewing and review the images
> carefully **[IF ON MOBILE VERSION, REPLACE SENTENCE
> WITH** "Please review the images carefully"**].** After, you will be
> asked to answer a few questions. The images will remain available to
> you while you answer questions.
>
> Please do not use your browser's "Back" button.
>
> If you do not know the answer to a question or if you don't have an
> opinion, simply indicate this in your response by selecting the "Don't
> know / Unsure" option. There are no right or wrong answers.

35.    After clicking the continue button, respondents were taken through a

purchase flow comprised of three sets of images with accompanying instructions.

The images presented to respondents were full-sized versions of webpages from

---

[92] Appendix D.2, Q1.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

the Foundation marketplace website and respondents were able to zoom into the

images if desired. The set of images and accompanying instructions are presented

below in **Figure 8** and in **Appendix D.3a** and **Appendix D.3b**.

36

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 8: Purchase Flow Instructions and Stimuli**

| Q1IMAGE1. Imagine you are looking to purchase an NFT from the collection below. *Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.* | Q1IMAGE2. Then, you decide on this NFT. *Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.* | Q1IMAGE3. You decide to click "view on Etherscan" to see more details, before finishing your purchase. *Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.* |
|---|---|---|

**BAYC Group – Original RR/BAYC NFT Foundation Purchase Flow**

  

**CGBC Group – Modified RR/BAYC NFT Foundation Purchase Flow**

  

37

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

36.     Each image with accompanying instructions was shown on the page

for at least 15 seconds.[93] After reviewing all three images, respondents were asked

the following question:[94]

> **Q3.** Were you or were you not able to see the webpages in the
> previous screens clearly?
> ❏ Yes, I was able to see the webpages in the previous screens clearly.
> ❏ No, I was <u>not</u> able to see the webpages in the previous screens
> clearly.
> ❏ Don't know/Unsure

Respondents were terminated from the survey if they indicated that they were not

able to see the webpage stimuli in the survey clearly.

37.     Next, respondents were asked the first key confusion question:[95]

> **Q4.** Who or what entity do you believe puts out the NFT collection
> you saw? (*Please type in your response. If you do not know the
> answer or are unsure, please select "Don't know / Unsure"*)

Respondents were able to answer in their own words who they believe puts out the

NFT collection shown or to select "Don't know/Unsure." An instruction and

answer option for "Don't know/Unsure" was included to indicate to respondents

that it is appropriate to not have an opinion and to discourage guessing.[96]

---

[93] Appendix D.2, Q1. Stimuli images were available to respondents in Q3-Q9 as clickable thumbnail images. *See* Appendix D.1.

[94] Appendix D.2, Q3.

[95] Appendix D.2, Q4.

[96] Diamond (2011), p. 390.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

Respondents that selected "Don't know/Unsure" skipped to Q7, while all other

respondents continued to Q5, which asked:[97]

> **Q5.** In the previous question, you said you believe **[PIPE IN
> ANSWER FROM Q4]** puts out the NFT collection you saw. Why do
> you say that? (*Please type in your response. If you do not know the
> answer or are unsure, please select "Don't know / Unsure"*)

Respondents were able to answer in their own words why they believe the person

or entity that they indicated in Q4 puts out the NFT collection shown or to select

"Don't know/Unsure."

38.     With the strong overlap and similarities in Ripps' and Cahen's use of

the BAYC Marks, as well as Ripps' and Cahen's claim that NFT consumers are

aware of the "satirical" nature of the project, I asked respondents about the strength

of their belief in their response to the source confusion question. Asking about

strength of belief is also helpful in this context as there are numerous NFT

collections on Foundation, including some related to apes and other non-human

primates, and respondents may be providing a particular answer simply due to the

appearance of an ape or other non-human primate within the stimulus.[98]

---

[97] Appendix D.2, Q5.

[98] Appendix D.2, Q6. *See, e.g.*, "AI Punk Primates," *Foundation*, https://foundation.app/collection/aipp; "Gronk Gorillas," *Foundation*, https://foundation.app/collection/gronkgorillas; and "Chimpers," *Foundation,* https://foundation.app/collection/chimpers.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Q6**. In a previous question, you said you believe **[PIPE IN ANSWER FROM Q4]** puts out the NFT collection you saw. How likely do you think that your answer is correct? (*Select one only*)

❒ Just guessing
❒ Somewhat likely correct
❒ Very likely correct
❒ Definitely correct

39.     After answering, all respondents were asked the second set of key confusion questions related to whether or not the source of the NFT collection shown has any business relationships with other entities.[99]

**Q7.** Do you believe whoever puts out the NFT collection you saw…
(*Select one only. If you do not know the answer or are unsure, please select "Unsure / No opinion"*)

❒ Has a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
❒ Does not have a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
❒ Unsure / No opinion

Respondents that selected "Does not have a business relationship…" or "Unsure / No opinion" skipped to QF1. All other respondents continued.

40.     Next, respondents that continued were asked:[100]

**Q8.** What other entity or entities do you believe have a business relationship (e.g. affiliation, sponsorship, or other connection) with whoever puts out the NFT collection you saw? (*Please type in your*

---

[99] Appendix D.2, Q7.

[100] Appendix D.2, Q8.

40

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

*response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

Respondents were able to answer in their own words what other entity or entities they believe have a business relationship with whoever puts out the NFT collection shown or to select "Don't know/Unsure." Respondents that selected "Don't know/Unsure" skipped to QF1. All other respondents were asked the following question to again account for strength of belief:[101]

> **Q9.** How likely do you think that your answer is correct? (*Select one only*)
> ☐ Just guessing
> ☐ Somewhat likely correct
> ☐ Very likely correct
> ☐ Definitely correct

41.     After completing the main questionnaire, all respondents were asked a series of follow-up questions, which were included as a quality control measure and to conduct sensitivity analyses on my results.[102] The first two follow-up questions gathered information about whether the respondent was aware of any litigation involving NFTs, while the third question asked respondents to confirm that they did not consult any materials or discuss the questions with anyone else when taking the survey.

---

[101] Appendix D.2, Q9.

[102] Appendix D.2, QF1-QF3.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

### 4.    *Foundation Survey Data Analysis and Results*

42.    Schlesinger recruited respondents to take part in the Foundation Eveready Survey. The survey script for the Foundation Eveready Survey is attached as **Appendix D.2**, and screenshots of the survey as it appeared to respondents are attached as **Appendix D.3a** and **Appendix D.3b**.

43.    The Foundation Eveready Survey was administered online from January 23, 2023 to January 31, 2023. A total of 505 respondents qualified for and completed my survey, with 254 and 251 respondents randomly assigned to the BAYC and CGBC Groups, respectively.[103] **Exhibit 1** provides a detailed summary of the Foundation Eveready Survey response statistics and **Exhibit 2** provides demographics for the 505 qualified and completed survey respondents.[104]

44.    With my Foundation Eveready Survey, I assessed likelihood of confusion by analyzing respondents' answers to the key confusion questions, **Q4** and **Q8**, both of which reflect open-ended questions. Because an analysis of open-ended answers requires human review and judgment, I relied on independent coders who were unaware of the purpose of the survey to ensure that the responses

---

[103] Prior to receiving the data, Schlesinger independently reviewed for quality control and removed respondents from the dataset by following a standard data cleaning process.

[104] The demographic characteristics of the final sample are consistent with NFT purchasers. *See* "NFTs: Who's buying them and why? – All questions answered!" *bitsCrunch*, August 12, 2022, available at https://bitscrunch.com/blogs/know-whos-buying-nfts.

JTX-310, page 44 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

in my survey data were interpreted and analyzed in an unbiased manner. Under my direction, the two coders reviewed and coded responses to open-ended questions **Q4**, **Q5**, and **Q8** of my survey.[105] The independent coders were provided with a list of categories for each open-ended question (and could add additional categories as needed) and were responsible for classifying each respondent's answer into such categories. The coders met after the initial round of coding and settled any disagreements in categorization. For my analysis, I used the final consolidated coding of the responses.[106] **Appendix D.4** includes the set of instructions provided to the independent coders.[107]

45.     To measure confusion as to the source of the NFT collection shown, I analyzed the coded responses to **Q4** ("Who or what entity do you believe puts out the NFT collection you saw?"). In response to **Q4**, 46.1% percent of respondents assigned to the BAYC Group and 7.2% percent of respondents assigned to the CGBC Group identified Bored Ape Yacht Club as the source of the NFT collection

---

[105] For completeness, I also asked the independent coders to code Q5 responses and that coding is provided in "Blind Coding Sheet – Final.xlsx."

[106] *See* Exhibit 3.

[107] The resulting coded data is provided in "Blind Coding Sheet – Final.xlsx." Coders were also instructed to propose and/or add additional categories if they thought it was appropriate to do so.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

shown.[108] In comparing the results between the experimental groups, I find a net source confusion rate of 38.9% percent.

46.     To measure confusion as to business relationships, I analyzed coded responses to **Q8** ("What other entity or entities do you believe have a business relationship (e.g. affiliation, sponsorship, or other connection) with whoever puts out the NFT collection you saw?"). In response to **Q8**, 5.9% percent of respondents assigned to the BAYC Group and 2.8% percent of respondents assigned to the CGBC Group identified Bored Ape Yacht Club as having a business relationship with whoever puts out the NFT collection shown.[109] In comparing the results between the experimental groups, I find a net business relationship confusion rate of 3.1% percent.

47.     To determine the overall likelihood of confusion in my Foundation Eveready Survey, I combined the total number of unique respondents that were confused in **Q4** and **Q8**. Across the two questions, I identified 49.2% percent of respondents assigned to the BAYC Group and 8.8% percent of respondents

---

[108] Coders were instructed to categorize "BAYC," "Bored Ape," "Yuga Labs," "Mutant Ape Yacht Club" as mentions of Bored Ape Yacht Club. There are only two instances where respondents indicated that the source of the NFT collection was related to Yuga Labs, and I consider these respondents as also confused as to the source of the RR/BAYC (or RR/CGBC) NFT collection as Bored Ape Yacht Club.

[109] Coders were instructed to categorized "BAYC," "Bored Ape," "Yuga Labs," "Mutant Ape Yacht Club" as mentions of Bored Ape Yacht Club. There are three instances where respondents indicated that Yuga Labs or Mutant Ape Yacht Club has a business relationship with the NFT collection, and I consider these respondents as also confused as to a business relationship between the RR/BAYC (or RR/CGBC) NFT collection and Bored Ape Yacht Club.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

assigned to the CGBC Group as confused to source and/or business relationships.
In comparing the results between the experimental groups, I find an overall net
confusion rate of 40.4% percent, which is indicative of a meaningful likelihood of
confusion due to Ripps' and Cahen's use of the BAYC Marks on the Foundation
marketplace. **Figure 9** below provides a summary of overall confusion when
aggregating results for key confusion questions **Q4** and **Q8**.[110]

**Figure 9: Net Confusion in Foundation Eveready Survey**

| | BAYC Group | | CGBC Group | | Net Confusion BAYC Group - CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 254 | | 251 | | |
| **Confusion as to Source** | 117 | 46.1% | 18 | 7.2% | 38.9% |
| **Confusion as to Business Relationship** | 15 | 5.9% | 7 | 2.8% | 3.1% |
| **Overall Confusion** | 125 | 49.2% | 22 | 8.8% | 40.4% |

48.     Recent research on trademark surveys in litigation contexts discusses
the role that uncertainty may play in survey evidence and warns that if likelihood
of confusion findings are based primarily on weakly held beliefs, the survey
findings may be less meaningful.[111] That is, even as trademark surveys typically
test for whether consumers hold particular beliefs, they generally do not test for the
strength or certainty of such beliefs.

---

[110] Exhibit 4.

[111] Beebe, Barton, Roy Germano, Christopher Jon Sprigman, and Joel Steckel, "The Role of Consumer Uncertainty in Trademark Law: An Experimental and Theoretical Investigation," *New York University School of Law*, May 2021, pp. 1-52.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

49.     To minimize the risk of putting too much weight on respondents' weakly held beliefs, I included in my Foundation Eveready Survey questions that measure each respondent's certainty of the answers they provided to the key questions about source and business relationship confusion. The following question was asked in **Q6**[112] and **Q9**[113] to measure each respondent's certainty of their answers to **Q4** and **Q8** respectively:

> How likely do you think that your answer is correct? (*Select one only*)
> ❒ Just guessing
> ❒ Somewhat likely correct
> ❒ Very likely correct
> ❒ Definitely correct

50.     I find that approximately 78% of the "confused" respondents in the BAYC Group expressed certainty in their beliefs as to the source of the NFT collection (**Q4**), based on their responses to **Q6**. These results point to strongly held beliefs as they relate to confusion as to the source of the NFT collection, which is the dominant form of confusion in my Foundation Eveready Survey.[114] By comparison, I find that approximately 33% of the "confused" respondents in the BAYC Group expressed certainty in their beliefs as to business relationships

---

[112] Q6. In a previous question, you said you believe [PIPE IN ANSWER FROM Q4] puts out the NFT collection you saw. How likely do you think that your answer is correct? *See* Appendix D.2.

[113] Q9. How likely do you think that your answer is correct? *See* Appendix D.2.

[114] 47 respondents (40%) indicated they were "definitely correct" and 44 respondents (38%) indicated they were "very likely correct" while only 24 respondents (21%) indicated they were only "somewhat likely correct" and 2 respondents (2%) indicated they were "just guessing."

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

(**Q8**), based on their responses to **Q9**.[115] The relatively lower rate of certainty with respect to this question is consistent with a relatively higher share of respondents indicating that they were "unsure" to questions about the existence of business relationship (**Q7 / Q8**).[116] Overall, the results show that respondents are more certain about the source of the NFT collection than about the existence of other business relationships.

51.     I ran a sensitivity that *excludes* from the net confusion rate respondents that were confused as to the source and/or business relationship of the NFT collection they viewed but did *not* answer "very likely correct" or "definitely correct" to **Q6** or **Q9** as the follow-up certainty questions. Overall, I identified 36.2% percent of respondents assigned to the BAYC Group, and 6.4% percent of respondents assigned to the CGBC Group as confused to source and/or business relationships. In comparing the results between experimental groups, I find a net overall confusion rate of 29.8% percent in this sensitivity. This net confusion rate is indicative of a likelihood of confusion due to Ripps' and Cahen's use of the

---

[115] 1 respondent (7%) indicated they were "definitely correct" and 4 respondents (27%) indicated they were "very likely correct" while 9 respondents (60%) indicated they were only "somewhat likely correct" and 1 respondent (7%) indicated they were "just guessing."

[116] There were 234 respondents (46%) across both the BAYC and CGBC Groups who selected "Don't know / Unsure" to Q7 or Q8, compared to 115 respondents (23%) who selected "Don't know / Unsure" to Q4.

JTX-310, page 49 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

BAYC Marks on the Foundation marketplace. **Figure 10** below provides a
summary of the confusion results based on this sensitivity.[117]

**Figure 10: Sensitivity: Net Confusion with Certainty in Foundation Eveready**

| | BAYC Group | | CGBC Group | | Net Confusion<br>BAYC Group -<br>CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 254 | | 251 | | |
| **Confusion as to Source** | 91 | 35.8% | 13 | 5.2% | 30.6% |
| **Confusion as to Business Relationship** | 5 | 2.0% | 6 | 2.4% | -0.4% |
| **Overall Confusion with Certainty** | 92 | 36.2% | 16 | 6.4% | 29.8% |

52.     I also ran two additional sensitivities, testing for the impact of
speeders and laggards and for the impact of respondents who indicate they are
aware of any lawsuits related to NFTs. Neither sensitivity changes my finding of a
likelihood of confusion based on Ripps' and Cahen's use of the BAYC Marks on
the Foundation marketplace.[118]

---

[117] Exhibit 5.

[118] Specifically for the speeders and laggards, I excluded respondents who took less than 3.5 minutes or more than
30 minutes to complete the Foundation Eveready Survey. For this sensitivity, I find a net confusion rate of 41.4%.
*See* Exhibit 6. For the litigation awareness sensitivity, I excluded respondents who indicated that they were aware of
at least one lawsuit related to NFTs. For this sensitivity, I find a net confusion rate of 40.5%. *See* Exhibit 7.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

C.      **OpenSea Squirt Survey**

1.      *OpenSea Survey Design, Stimuli, and Pretesting*

53.      In designing the OpenSea Squirt Survey, I adhered to best practices
for surveys used in litigation.[119] Similar to my Foundation Eveready Survey, my
OpenSea Squirt Survey also employs a test/control experimental design, which is a
reliable method to evaluate causal relationships. In the OpenSea Squirt Survey, I
tested for differences between two groups: the Bored Ape Yacht Club ("BAYC")
Group, who saw an array stimulus that included the at-issue RR/BAYC NFT
collection, and the Chill Gorilla Boat Crew ("CGBC") Group, who saw a modified
array stimulus that included a modified NFT collection that does not use the
BAYC Marks.

54.      In my research, I identified a tweet by @Pauly0x from June 20, 2022,
which includes a screenshot of an NFT collection leaderboard from OpenSea
displaying the "Top [NFT] collections over last 24 hours."[120] The NFT collection
leaderboard displayed includes not only the at-issue RR/BAYC NFT collection,
but also shows it in close proximity to the Yuga Labs BAYC NFT collection.
**Figure 11** below shows the screenshot shared in the @Pauly0x tweet.

---

[119] Federal Judicial Center's Manual for Complex Litigation, *Federal Judicial Center*, 2004, available at
https://www.uscourts.gov/sites/default/files/mcl4.pdf.

[120] "Tweet from @Pauly0x," June 20, 2022, https://twitter.com/Pauly0x/status/1539086806167298048; "OpenSea
Top collections over last 24 hours," YUGALABS_00015425.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 11: Top Collections Leaderboard Displayed in June 20, 2022 @Pauly0x tweet[121]**



55.     In developing my stimulus for the OpenSea Squirt Survey, I found that during the relevant period, the OpenSea home page typically included a "Top collections" leaderboard, similar to the one from Pauly0x's June 20, 2022 tweet. Accordingly, I created the OpenSea stimulus based on the Wayback Machine website record of the June 20, 2022 OpenSea home page and the image from Pauly0x's tweet. The inclusion of the "Top Collections" image, specifically from Pauly0x's tweet, is conservative as respondents may focus their attention on relationships that fall outside of confusion at issue in this litigation, thus reducing observed confusion levels. For example, a respondent may believe there is a

---

[121] "Tweet from @Pauly0x," June 20, 2022, https://twitter.com/Pauly0x/status/1539086806167298048/; "OpenSea Top collections over last 24 hours," YUGALABS_00015425.

JTX-310, page 52 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

relationship between ArtBlocks Curated and Chromie Squiggle due to the similar logo, RR/BAYC and Primates due to the ape nature of the NFT collection, CryptoPunks and CryptoPunks v1 due to the similarity in name, or Yeah Tigers and Okay Bears due to the animal nature of both NFT collections. The Wayback Machine website record is shown below in **Figure 12.**[122]

---

[122] "Discover, collect, and sell extraordinary NFTs," *OpenSea*, June 20, 2022, available at https://web.archive.org/web/20220620010931/https://opensea.io/.

51

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 12: Wayback Machine Record of June 20, 2022 OpenSea Home Page**



56.    For my OpenSea Squirt Survey, respondents were first presented with the OpenSea home page containing an array of NFT collections, as this replicates what a consumer would experience when visiting the OpenSea website to purchase

52

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

an NFT. Respondents were then asked to focus on the NFT collection array specifically. Depending on the device used to enter the survey, respondents were presented with either the mobile or desktop version of OpenSea home page and NFT collection array.

57.     Given the experimental approach I described above, a modified OpenSea homepage and NFT collection array was created for CGBC Group respondents. In developing the control, I followed best practices to ensure that my control stimulus "share[d] as many characteristics with the experimental stimulus as possible, with the key exception of the characteristic whose influence is being assessed."[123]

58.     CGBC Group respondents were shown an identical OpenSea home page containing the NFT collection array, except the mention of "RR/BAYC" was replaced with "RR/CGBC." In addition, the distorted BA YC BORED APE YACHT CLUB Logo for the RR/BAYC collection was replaced with a different logo previously used by Ripps.[124] To illustrate the modifications, **Figure 13** and **Figure 15** present reduced size desktop and mobile versions of the main OpenSea NFT collection array, while **Figure 14** and **Figure 16** indicate in blue the areas

---

[123] Diamond and Swann (2012), p. 210.

[124] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps**.**

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

where revisions were made to create the desktop and mobile control versions of the same OpenSea NFT collection array. Full sized images containing modifications made to both the desktop and mobile OpenSea home page stimuli are included in **Appendix E.1**.

### Figure 13: BAYC Group: OpenSea NFT Collection Array (Desktop)



*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 14: CGBC Group: Modified OpenSea NFT Collection Array (Desktop)**



*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 15: BAYC Group: OpenSea NFT Collection Array (Mobile)**



56

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

**Figure 16: CGBC Group: Modified OpenSea NFT Collection Array (Mobile)**



57

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

59.     In order to ensure that the questions in my OpenSea Squirt Survey were "clear and unambiguous," a team under my supervision conducted 9 pretests on January 25, 2023 with respondents from the target population in the same manner as described for my Foundation Eveready Survey.[125] Based on feedback received from conducting the pretests, I made minor changes to the survey instrument.[126]

### 2.    *OpenSea Survey Target Population, Sample, and Screening Criteria*

60.     As discussed in the Federal Judicial Center's *Reference Manual on Scientific Evidence*, a survey's target population "consists of all elements (i.e., individuals or other units) whose characteristics or perceptions the survey is intended to represent."[127] A crucial "first step[] in designing a survey […] is to identify the target population (or universe)."[128] Here, given that the same set of allegations apply to Ripps' and Cahen's allegedly infringing use of the BAYC Marks in both the Foundation and OpenSea marketplaces, I chose the same target

---

[125] "Texts on survey research generally recommend pretests as a way to increase the likelihood that questions are clear and unambiguous, and some courts have recognized the value of pretests." Diamond (2011), pp. 388-389.

[126] The minor modifications made to the OpenSea Squirt Survey include changing all "company" references in the main questionnaire to "entity" for clarity; increasing the number of available Q6 answers from 5 to 10 as a few respondents specified wanting additional opportunities to indicate relationships; and adjusting the presentation of NFT collections displayed in Q6 to minimize confusion.

[127] Diamond (2011), pp. 376.

[128] Diamond (2011), pp. 376-377.

JTX-310, page 60 of 339

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

population as my Foundation Eveready Survey for my OpenSea Squirt Survey. Accordingly, the target population in my OpenSea Squirt Survey is past and potential purchasers of RR/BAYC NFTs, which are individuals who indicate that they (i) have purchased an NFT in the past year using Ethereum, or (ii) are considering purchasing an NFT using cryptocurrency in the next year. Additionally, individuals who indicate that they either (iii) have purchased digital art as a collectible in the past year, or (iv) are considering doing so in the next year are also part of the target population as they too are likely prospective purchasers of the at-issue RR/BAYC NFTs. Accordingly, my OpenSea Squirt Survey employs the same screener as my Foundation Eveready Survey to qualify the appropriate target population before asking the main Squirt confusion questions. I also relied on Schlesinger to recruit respondents from a national panel of individuals 18 or older to participate in my OpenSea Squirt Survey. The inbound sample was click balanced on the U.S. census.

### 3.    *OpenSea Survey Main Questionnaire*

61.    As described above, I adopted a test/control experimental design for my OpenSea Squirt Survey, as such design allows me to isolate the likelihood of confusion, if any, due to Ripps' and Cahen's use of the BAYC Marks in connection with the at-issue RR/BAYC NFT collection. Upon entering the main

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

questionnaire, qualified respondents were assigned to either the BAYC Group (test group) or CGBC Group (control group). Respondents were then provided with the following instructions:[129]

> Q1. On the next screen you will see some images of NFT collections on an NFT marketplace. Please take the time to review the NFT collections. We will then ask you several questions about the NFT collections.
>
> Please do not use your browser's "Back" button.
>
> If you do not know the answer to a question or if you don't have an opinion, simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.
>
> When you are ready to continue, please click the "*Continue*" button.

62.     After clicking the continue button, respondents were shown the OpenSea home page in its entirety with an accompanying instruction. Respondents were presented with a full-sized version of the webpage and were able to zoom into the image if desired. An image of the OpenSea home page and accompanying instruction shown to BAYC Group is presented below in **Figure 17** and in **Appendix E.3a**.[130]

---

[129] Appendix E.2, Q1.

[130] Appendix E.2, Q2.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## Figure 17: BAYC Group OpenSea Home Page Instructions and Stimulus

Q2. Please review the images of the NFT collections shown below as you would if you were considering purchasing **[PIPE IN "an NFT" IF RESPONDENT SELECTS "NFT purchase" IN QS11 OR QS12. ELSE PIPE IN "digital art"]**. You can look at the NFT marketplace page for as long as you like.



*Highly Confidential*
*ATTORNEYS' EYES ONLY*

63.     The image of the OpenSea home page with accompanying
instructions was shown for at least 15 seconds.[131] After reviewing the image,
respondents were asked the following question:[132]

> **Q3.** Were you or were you not able to view the previous image clearly?
> ❒ Yes, I was able to view the previous image clearly.
> ❒ No, I was not able to view the previous image clearly.
> ❒ Don't know/Unsure

Respondents were terminated from the survey if they indicated that they were not
able to see the OpenSea home page stimulus in the survey clearly.

64.     Next, respondents were shown the NFT collection array that appeared
in the OpenSea home page along with an accompanying instruction. Respondents
were presented with a full-sized version of the NFT collection array were able to
zoom into the image if desired. An image of the NFT collection array and
accompanying instruction shown to the BAYC Group or CGBC Group is presented
below in **Figure 18** and in **Appendix E.3a** and **Appendix E.3b**.

---

[131] Stimuli images remained available to respondents in Q3-Q8 as clickable thumbnail images. *See* Appendix E.1.

[132] Appendix E.2, Q3.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

## Figure 18: NFT Collection Array and Instructions

Q4. Please review the NFT collections below, which were previously shown on the NFT marketplace page.

### BAYC Group – Original RR/BAYC NFT Collection on OpenSea Home Page



### CGBC Group – Modified RR/BAYC NFT Collection on OpenSea Home Page



63

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

65.     Next, respondents were asked the first key confusion question:[133]

> **Q4.** Do you think that each of these NFT collections are from a
> separate entity, or do you think that two or more are from the same
> entity or are from affiliated or connected entities? If you don't know
> or are unsure, please feel free to say so. *(Select one only)*
> - ⊙ Each of the NFT collections are made or put out by separate
>   entities that are neither affiliated nor connected
> - ⊙ At least two of the NFT collections are made or put out by the
>   same entity or are from affiliated or connected entities
> - ⊙ Don't know/Unsure

66.     Respondents that selected "Each of the NFT collections are made or

put out by separate entities…" or "Don't know/Unsure" skipped to **QF1**.  All other

respondents were shown the NFT collection array again and asked **Q5**:[134]

> **Q5.** You indicated that at least two of the NFT collections are from
> the same entity or affiliated or connected entities.
>
> Which two or more NFT collections do you believe are from the same
> entity or are from affiliated or connected entities? *(Select all that
> apply)*

67.     Respondents were allowed to select any combination of NFT

collections as their answer to the question. Respondents that selected only

"RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht Club" skipped to **Q7**.

Respondents that selected a different combination of two NFT collections or

---

[133] Appendix E.2, Q4.

[134] Appendix E.2, Q5.

64

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

"Don't know/Unsure" skipped to **QF1**. Respondents that selected more than two

NFT collections continued to **Q6** which asked:[135]

> **Q6.** You selected three or more NFT collections that you believe are from the same entity or are from affiliated or connected entities.
>
> Please use the dropdown menus below to indicate each individual relationship. You have the option to indicate up to ten relationships, if needed.

68.     Respondents were presented with the NFT collections they selected in

**Q5** and were allowed to select specific pairings of NFT collections that they

believe are from the same entity or are from affiliated or connected entities.

Respondents that paired "RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht

Club" together as an answer choice continued to **Q7**. All other respondents skipped

to **QF1**. Respondents that continued to **Q7** were presented with images of the

"RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht Club" collections from the

array and were asked:[136]

> **Q7.** Why do you believe these NFT collections are from the same entity or are from affiliated or connected entities? (*Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure"*)

---

[135] Appendix E.2, Q6.

[136] Appendix E.2, Q7.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

69.     Respondents were able to answer in their own words why they believe
the "RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht Club" NFT collections
are from the same entity or affiliated or connected entities or to select "Don't
know/Unsure." Given the strong overlap and similarities in Ripps' and Cahen's use
of the BAYC Marks and Ripps' and Cahen's claim that NFT consumers are aware
of the "satirical" nature of the project, I took additional measures to ensure that my
net confusion findings were not an artifact of guessing or weakly held beliefs.
Therefore, respondents that selected "RR/BAYC" (or "RR/CGBC") and "Bored
Ape Yacht Club" NFT collections were presented with images of the "RR/BAYC"
(or "RR/CGBC") and "Bored Ape Yacht Club" collections from the array and
were asked:[137]

> **Q8**. In a previous question, you said you believe these NFT
> collections are from the same entity or are from affiliated or
> connected entities. How likely do you think that your answer is
> correct? *(Select one only)*
> ❏ Just guessing
> ❏ Somewhat likely correct
> ❏ Very likely correct
> ❏ Definitely correct

70.     After completing the main questionnaire, all respondents were asked a
series of follow-up questions, which were included as a quality control measure

---

[137] Appendix E.2, Q8.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

and to conduct sensitivity analyses on my results.[138] The first two follow-up questions gathered information about whether the respondent was aware of any litigation involving NFTs, while the third question asked respondents to confirm that they did not consult any materials or discuss the questions with anyone else when taking the survey.

### 4.   *OpenSea Survey Data Analysis and Results*

71.     Schlesinger recruited respondents to take part in the OpenSea Squirt Survey. The survey script for the OpenSea Squirt Survey is attached as **Appendix E.2**, and screenshots of the survey as it appeared to respondents are attached as **Appendix E.3a** and **Appendix E.3b**.

72.     The OpenSea Squirt Survey was administered online from January 26, 2023 to January 31, 2023. 505 respondents qualified for and completed my survey, with 250 and 255 respondents assigned to the BAYC and CGBC Groups, respectively.[139] **Exhibit 8** provides a detailed summary of the OpenSea Squirt

---

[138] Appendix E.2, QF1-QF3.

[139] Prior to receiving the data, Schlesinger independently reviewed for quality control and removed respondents from the dataset by following a standard data cleaning process.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

response statistics and **Exhibit 9** provides demographics for the 505 qualified and completed survey respondents.[140]

73.    With my OpenSea Squirt Survey, I assessed likelihood of confusion by analyzing each respondent's answer to key confusion questions. Confused respondents include those who explicitly indicated in **Q5** or **Q6** that they believe "RR/BAYC" (or "RR/CGBC") and either "Bored Ape Yacht Club," "Mutant Ape Yacht Club," or "Otherdeed" are from the same or affiliated/connected sources.[141] Specifically, in response to **Q5** and **Q6**, 21.2% percent of respondents assigned to the BAYC Group and 1.2% percent of respondents assigned to the CGBC Group identified "RR/BAYC" (or "RR/CGBC") and either "Bored Ape Yacht Club," "Mutant Ape Yacht Club," or "Otherdeed" as being from the same or affiliated/connected sources. In comparing the results between the experimental groups, I find a net confusion rate of 20.0% percent, which is indicative of a likelihood of confusion due to Ripps' and Cahen's use of the BAYC Marks on the OpenSea marketplace. **Figure 19** below provides a summary of net confusion

---

[140] The demographic characteristics of the final sample are consistent with NFT purchasers. *See* "NFTs: Who's buying them and why? – All questions answered!" *bitsCrunch*, August 12, 2022, available at https://bitscrunch.com/blogs/know-whos-buying-nfts.

[141] Mutant Ape Yacht Club and Otherdeed are two other NFT collections related to Yuga Labs as part of the "ape" ecosystem and were included as part of the OpenSea Squirt array as "Top Collections" as of June 20, 2022. *See* Deposition of Nicole Muniz (Rough), January 4, 2023, pp. 171-172; Deposition of Greg Solano, January 17, 2023, pp. 23-24; Deposition of Kerem Atalay (Rough), January 30, 2023, pp. 8-9, 120-121, 136. I considered respondents who connected these collections to the RR/BAYC (or RR/CGBC) collection as confused. I  also understand that the Defendants intend to create similar RR collections for these other Yuga Labs' collections. *See*, *e.g.*, "Tweet from @ryder_ripps," May 16, 2022, YUGALABS_00031324; "Tweet from @ApeMarketplace," June 20, 2022, YUGALABS_00003335; Deposition of Ryan Hickman, December 7, 2022, pp. 144-146.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

between "RR/BAYC" (or "RR/CGBC") and either "Bored Ape Yacht Club,"

"Mutant Ape Yacht Club," or "Otherdeed."[142]

### Figure 19: Net Confusion in OpenSea Squirt Survey

| | BAYC Group | | CGBC Group | | Net Confusion BAYC Group - CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 250 | | 255 | | |
| **Confusion** | 53 | 21.2% | 3 | 1.2% | 20.0% |

74.     As discussed above, recent literature on trademark survey evidence

has suggested that testing for respondent certainty provides an additional measure

of confidence in likelihood of confusion measures. I included in my OpenSea

Squirt Survey a question that measures respondents' certainty in the answers they

provided to key confusion questions. A robustness test is particularly appropriate

here as experts have raised the possibility of respondents engaging in a "similarity

analysis" in Squirt surveys involving arrays.[143] To minimize this risk, I asked

respondents about the certainty of their answer if they indicated in **Q5** or **Q6** that

the RR/BAYC (or RR/CGBC) and Bored Ape Yacht Club collections are from the

---

[142] Exhibit 10.

[143] Diamond and Swann (2022), p. 72.

69

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

same entity or from affiliated or connected entities.[144] Specifically, the following question was asked in **Q8** to measure respondents' certainty regarding their belief that the RR/BAYC (or RR/CGBC) and Bored Ape Yacht Club collections are from the same entity or from affiliated or connected entities, as shown in **Figure 20**:[145]

**Figure 20: Q8 Image and Certainty Question Shown to BAYC Group and CGBC Group**



---

[144] Respondents that selected only RR/BAYC and Bored Ape Yacht Club in Q5 or indicated that RR/BAYC and Bored Ape Yacht Club have a relationship in Q6, were asked the follow up certainty question.

[145] Appendix E.2, Q8.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

75.     Due to the lower risk of respondents engaging in a similarity analysis between "RR/BAYC" (or "RR/CGBC") and other NFT collections in the array, respondents were not asked **Q8** if they did not explicitly indicate in **Q5** or **Q6** that the "RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht Club" collections were from the same entity or from affiliated or connected entities.

76.     I find that approximately 77% of the "confused" respondents in the BAYC Group of the OpenSea Squirt Survey expressed certainty in their beliefs that the RR/BAYC collection is from the same or an affiliated or connected source as Bored Ape Yacht Club, based on their responses to **Q8**.[146] These results point to respondents' strongly held beliefs as they relate to confusion.

77.     I ran a sensitivity that *excludes* from the net confusion rate respondents that were confused as to source or connection/affiliation between "RR/BAYC" (or "RR/CGBC") and "Bored Ape Yacht Club" but did *not* answer "very likely correct" or "definitely correct" to **Q8** as the follow-up certainty question.[147] I find that 16.8% percent of respondents assigned to the BAYC Group and 1.2% percent of respondents assigned to the CGBC Group identified

---

[146] 12 respondents (24%) indicated they were "definitely correct" and 26 respondents (53%) indicated they were "very likely correct" while only 10 respondents (20%) indicated they were only "somewhat likely correct" and 1 respondent (2%) indicated they were "just guessing."

[147] In this sensitivity, I did not exclude the four respondents that indicated they believe RR/BAYC and either Mutant Ape Yacht Club or Otherdeed are from the same entity or from affiliated or connected entities. These respondents were not asked Q8 because their identification of the relationship to Mutant Ape Yacht Club or Otherdeed in Q5 or Q6 likely reflects a stronger awareness of the Yuga Labs' affiliated NFT collections.

71

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

"RR/BAYC" (or "RR/CGBC") and either "Bored Ape Yacht Club," "Mutant Ape

Yacht Club," or "Otherdeed" as being from the same or affiliated/ connected

source. In comparing the results between experimental groups, I find a net source

confusion rate of 15.6% percent in this sensitivity, which is still indicative of a

likelihood of confusion due to Ripps' and Cahen's use of the BAYC Marks on the

OpenSea marketplace. **Figure 21** below provides a summary of the confusion

results based on this sensitivity.[148]

**Figure 21: Sensitivity: Net Confusion with Certainty in OpenSea Squirt
Survey**

| | BAYC Group | | CGBC Group | | Net Confusion BAYC Group - CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 250 | | 255 | | |
| **Confusion with Certainty** | 42 | 16.8% | 3 | 1.2% | 15.6% |

78.     I also ran two additional sensitivities, testing for the impact of

speeders and laggards and for the impact of respondents who indicate they are

aware of any lawsuits related to NFTs. Neither sensitivity changes my finding of a

---

[148] Exhibit 11.

*Highly Confidential*
*ATTORNEYS' EYES ONLY*

likelihood of confusion based on Ripps' and Cahen's use of the BAYC Marks on

the OpenSea marketplace.[149]


Laura O'Laughlin
February 6, 2023

---

[149] Specifically for the speeders and laggards, I excluded respondents who took less than 2 minutes or more than 25 minutes to complete the OpenSea Squirt Survey. For this sensitivity, I find a net confusion rate of 20.6%. *See* Exhibit 12. For the litigation awareness sensitivity, I excluded respondents who indicated that they were aware of at least one lawsuit related to NFTs. For this sensitivity, I find a net confusion rate of 21.3%. *See* Exhibit 13.

73

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 1**

**Foundation Eveready Survey
Response Statistics**

| Status | Number of Respondents |
|---|---|
| **Total Survey Starts** | **7,663** |
| **Screened out of survey, due to:** | **5,694** |
| *CAPTCHA* [1] | 475 |
| *Eyeglasses* [2] | 111 |
| *Eyeglasses (refused to wear)* [3] | 126 |
| *Age* [4] | 58 |
| *Age (Did not match panel provider records)* [5] | 338 |
| *Gender* [6] | 5 |
| *Gender (Did not match panel provider records)* [7] | 60 |
| *State of Residence* [8] | 85 |
| *Attention Check* [9] | 125 |
| *Household Employment* [10] | 175 |
| *Enrolled in Government Protection Program* [11] | 329 |
| *Did not (or does not plan to) buy cryptocurrency and/or collectibles* [12] | 2,206 |
| *Purchased cryptocurrency but not ETH* [13][14] | 127 |
| *Purchased ETH but not NFTs* [15] | 44 |
| *Not considering NFT purchase* [16] | 532 |
| *Failed Quality Control* [17] | 36 |
| *Purchased collectibles but not Digital Art* [18] | 145 |
| *Not considering Digital Art purchase* [19] | 514 |
| *Did not see images clearly* [20] | 10 |
| *Validation Statement* [21] | 4 |
| *Overquota* | 189 |
| **Self-Terminates** | **1,464** |
| **Completed Survey** | **505** |
| **Completion Rate** | **6.6%** |

**Notes:**

[1] QS1 ("Captcha")

[2] QS2 ("Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?")

[3] QS3 ("Will you please wear your eyeglasses or contact lenses for the remainder of the survey?")

[4] QS4 ("Into which of the following categories does your age fall?")

[5] Respondents were terminated if the age they indicated did not match the panel providers' records.

[6] QS5 ("Are you…?")

[7] Respondents were terminated if the gender they indicated did not match the panel providers' records (unless "other" was selected).

[8] QS6 ("In which state do you live?")

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 1**

**Foundation Eveready Survey**
**Response Statistics**

[9] QS7 ("For quality control purposes, please select "Second" from the list below)

[10] QS8 ("Have you or any member of your household ever worked for any of the following types of companies?")

[11] Respondents were terminated if they indicate that they have enrolled in (or plan to enroll in) a government protection program such as WPP or WITSEC.

[12] QS9a&b ("Which of the following activities, if any, did you participate in within the past year, or would consider participating in within the next year?")

[13] QS10 ("You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the past year?")

[14] Respondents were also terminated in QS10 if they indicated that they purchased Bluesteel (BSTL).

[15] QS11 ("You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the past year?")

[16] QS12 ("You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the next year?")

[17] A nonsense option (Flagpole toppers) was added to QS13 and QS14 to screen out innatentive respondents.

[18] QS13 ("You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the past year?")

[19] QS14 ("You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the next year?")

[20] Q3 ("Were you or were you not able to view the previous image clearly?")

[21] QF3 ("Please select which option best describes how you feel about the validation statement below")

**Source:**

Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 2**
**Foundation Eveready Survey**
**Respondent Demographics**
*All Survey Completes*

| | BAYC Group | | CGBC Group | |
|---|---|---|---|---|
| | Number of Respondents | % of Respondents | Number of Respondents | % of Respondents |
| **Age** | | | | |
| 18-29 | 68 | 27% | 64 | 25% |
| 30-39 | 81 | 32% | 60 | 24% |
| 40-49 | 63 | 25% | 72 | 29% |
| 50-59 | 28 | 11% | 37 | 15% |
| 60 or older | 14 | 6% | 18 | 7% |
| | | | | |
| **Region** | | | | |
| Midwest | 51 | 20% | 58 | 23% |
| Northeast | 54 | 21% | 45 | 18% |
| South | 93 | 37% | 90 | 36% |
| West | 56 | 22% | 58 | 23% |
| | | | | |
| **Gender** | | | | |
| Female | 90 | 35% | 103 | 41% |
| Male | 164 | 65% | 148 | 59% |
| **Total** | 254 | 100% | 251 | 100% |

**Source:**
Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 3**

**Foundation Survey Responses About Source and Business Relationship of the NFT Collection (Q4/Q8)**

| | BAYC Group | | CGBG Group | |
|---|---|---|---|---|
| | **N** | **%** | **N** | **%** |
| *# of Respondents* | 254 | | 251 | |
| **Bored Ape Yacht Club:** | | | | |
| Q4. | 117 | 46% | 18 | 7% |
| Q8. | 15 | 6% | 7 | 3% |
| Overall | 125 | 49% | 22 | 9% |
| **Ryder Ripps:** | | | | |
| Q4. | 28 | 11% | 50 | 20% |
| Q8. | 5 | 2% | 9 | 4% |
| Overall | 32 | 13% | 59 | 24% |
| **Other[3]:** | | | | |
| Q4. | 43 | 17% | 117 | 47% |
| Q8. | 58 | 23% | 47 | 19% |
| Overall | 85 | 33% | 143 | 57% |

**Notes:**

[1] Percentages are calculated as the percentage of respondents within each group.

[2] Open-ended responses were coded by two independent coders blind to the purpose and sponsor of the study.

[3] "Other" refers to answers given by respondents that were other entities outside of Bored Ape Yacht Club and Ryder Ripps. Respondents who indicated that they don't know or gave unrelated answers are not included in this exhibit.

[4] "Overall" (Bored Ape Yacht Club) represents the number of respondents who mentioned Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q4, Q8, or both. "Overall" (Ryder Ripps) indicates the number of respondents who mentioned Ryder Ripps or variations thereof in Q4, Q8, or both. "Overall" (Other) indicates the number of respondents who mentioned other responses in Q4, Q8, or both, as discussed in note [3] above.

[5] Q4 reads "Who or what entity do you believe puts out the NFT collection you saw?" and Q8 reads "What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?"

**Source:**

Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

# Exhibit 4
## Net Confusion in Foundation Eveready Survey

| | BAYC Group | | CGBC Group | | Net Confusion<br>BAYC Group -<br>CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 254 | | 251 | | |
| | | | | | |
| **Confusion as to Source[1]** | 117 | 46.1% | 18 | 7.2% | 38.9% |
| **Confusion as to Business Relationship[2]** | 15 | 5.9% | 7 | 2.8% | 3.1% |
| **Overall Confusion** | 125 | 49.2% | 22 | 8.8% | 40.4% |

**Notes:**

[1]  Confusion as to Source is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q4 ("Who or what entity do you believe puts out the NFT collection you saw?")

[2]  Confusion as to Business Relationship is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q8 ("What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?")

[3]  Percentages are calculated as the percent of respondents within each group.

[4]  Open-ended responses were coded by two independent coders blind to the purpose and sponsor of the study.

**Source:**
Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 5**
**Sensitivity: Net Confusion with Certainty in Foundation Eveready Survey**

| | BAYC Group | | CGBC Group | | Net Confusion<br>BAYC Group -<br>CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents* | 254 | | 251 | | |
| | | | | | |
| **Confusion as to Source[1]** | 91 | 35.8% | 13 | 5.2% | 30.6% |
| **Confusion as to Business Relationship[2]** | 5 | 2.0% | 6 | 2.4% | -0.4% |
| **Overall Confusion with Certainty** | 92 | 36.2% | 16 | 6.4% | 29.8% |

**Notes:**

[1] Confusion as to Source is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q4 ("Who or what entity do you believe puts out the NFT collection you saw?")

[2] Confusion as to Business Relationship is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q8 ("What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?")

[3] Percentages are calculated as the percent of respondents within each group.

[4] Open-ended responses were coded by two independent coders blind to the purpose and sponsor of the study.

[5] Q6 asks "In a previous question, you said you believe [PIPE IN ANSWER FROM Q4] puts out the NFT collection you saw. How likely do you think that your answer is correct?" and Q9 asks "How likely do you think that your answer is correct?" Both of these questions have the following answer options: "Definitely correct," "Very likely correct," "Somewhat likely correct," and "Just guessing."

[6] Respondents who indicated that they were "just guessing" or only "somewhat likely" to believe the accuracy of their responses in Q4 or Q8, as reported in Q6 or Q9, respectively are treated as "not confused" in this sensitivity.

**Source:**
Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 6**

**Sensitivity: Net Confusion in Foundation Eveready Survey, Excluding Speeders and Laggards**

| | BAYC Group | | CGBC Group | | Net Confusion BAYC Group - CGBC Group |
|---|---|---|---|---|---|
| | **N** | **%** | **N** | **%** | **%** |
| *# of Respondents Excluding Speeders & Laggards* | 234 | | 232 | | |
| **Confusion as to Source**[1] | 110 | 47.0% | 17 | 7.3% | 39.7% |
| **Confusion as to Business Relationship**[2] | 15 | 6.4% | 7 | 3.0% | 3.4% |
| **Overall Confusion Excluding Speeders and Laggards** | 118 | 50.4% | 21 | 9.1% | 41.4% |

**Notes:**

[1] Confusion as to Source is based on respondents mentioning Bored Ape Yacht Club or variations thereof in Q4 ("Who or what entity do you believe puts out the NFT collection you saw?")

[2] Confusion as to Business Relationship is based on respondents mentioning Bored Ape Yacht Club or variations thereof in Q8 ("What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?")

[3] Percentages are calculated as the percent of respondents within each group.

[4] Open-ended responses were coded by two independent coders blind to the purpose and sponsor of the study.

[5] Respondents who completed the survey in under 3.5 minutes or over 30 minutes are excluded in this sensitivity.

**Source:**

Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 7**
**Sensitivity: Net Confusion in Foundation Eveready Survey, Excluding Litigation Aware**

| | BAYC Group | | CGBC Group | | Net Confusion BAYC Group - CGBC Group |
|---|---|---|---|---|---|
| | N | % | N | % | % |
| *# of Respondents Excluding "Litigation Aware"* | 178 | | 180 | | |
| | | | | | |
| **Confusion as to Source[1]** | 82 | 46.1% | 12 | 6.7% | 39.4% |
| **Confusion as to Business Relationship[2]** | 10 | 5.6% | 6 | 3.3% | 2.3% |
| **Overall Confusion Excluding "Litigation Aware"** | 87 | 48.9% | 15 | 8.3% | 40.5% |

**Notes:**

[1] Confusion as to Source is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q4 ("Who or what entity do you believe puts out the NFT collection you saw?")

[2] Confusion as to Business Relationship is based on respondents mentioning Bored Ape Yacht Club, other Bored Ape Yacht Club-related entities (such as Mutant Ape Yacht Club, Yuga Labs), or variations thereof in Q8 ("What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?")

[3] Percentages are calculated as the percent of respondents within each group.

[4] Open-ended responses were coded by two independent coders blind to the purpose and sponsor of the study.

[5] QF1 asks "Are you or are you not aware of any lawsuits related to NFTs? "This question has the following answer options: "Yes, I am aware of at least one lawsuit," "No, I am not aware of any lawsuit," and "Don't know / Unsure."

[6] Respondents who indicated that "Yes, I am aware of at least one lawsuit" in QF1 are excluded from this sensitivity.

**Source:**
Foundation Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 8**
**OpenSea Squirt Survey**
**Response Statistics**

| Status | Number of Respondents |
|---|---|
| **Total Survey Starts** | **4,822** |
| **Screened out of survey, due to:** | **3,435** |
| *CAPTCHA [1]* | 421 |
| *Eyeglasses [2]* | 68 |
| *Eyeglasses (refused to wear) [3]* | 83 |
| *Age [4]* | 36 |
| *Age (Did not match panel provider records) [5]* | 217 |
| *Gender [6]* | 6 |
| *Gender (Did not match panel provider records) [7]* | 39 |
| *State of Residence [8]* | 72 |
| *Attention Check [9]* | 72 |
| *Household Employment [10]* | 112 |
| *Enrolled in Government Protection Program [11]* | 231 |
| *Did not (or does not plan to) buy cryptocurrency and/or collectibles [12]* | 1,205 |
| *Purchased cryptocurrency but not ETH [13][14]* | 78 |
| *Purchased ETH but not NFTs [15]* | 30 |
| *Not considering NFT purchase [16]* | 344 |
| *Failed Quality Control [17]* | 17 |
| *Purchased collectibles but not Digital Art [18]* | 73 |
| *Not considering Digital Art purchase [19]* | 266 |
| *Did not see images clearly [20]* | 4 |
| *Validation Statement [21]* | 0 |
| *Overquota* | 61 |
| **Self-Terminates** | **882** |
| **Completed Survey** | **505** |
| **Completion Rate** | **10.5%** |

**Notes:**

[1] QS1 ("Captcha")

[2] QS2 ("Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?")

[3] QS3 ("Will you please wear your eyeglasses or contact lenses for the remainder of the survey?")

[4] QS4 ("Into which of the following categories does your age fall?")

[5] Respondents were terminated if the age they indicated did not match the panel providers' records.

[6] QS5 ("Are you…?")

[7] Respondents were terminated if the gender they indicated did not match the panel providers' records (unless "other" was selected).

[8] QS6 ("In which state do you live?")

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 8**
**OpenSea Squirt Survey**
**Response Statistics**

[9] QS7 ("For quality control purposes, please select "Second" from the list below)

[10] QS8 ("Have you or any member of your household ever worked for any of the following types of companies?")

[11] Respondents were terminated if they indicate that they have enrolled in (or plan to enroll in) a government protection program such as WPP or WITSEC.

[12] QS9a&b ("Which of the following activities, if any, did you participate in within the past year, or would consider participating in within the next year?")

[13] QS10 ("You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the past year?")

[14] Respondents were also terminated in QS10 if they indicated that they purchased Bluesteel (BSTL).

[15] QS11 ("You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the past year?")

[16] QS12 ("You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the next year?")

[17] A nonsense option (Flagpole toppers) was added to QS13 and QS14 to screen out innatentive respondents.

[18] QS13 ("You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the past year?")

[19] QS14 ("You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the next year?")

[20] Q3 ("Were you or were you not able to view the previous image clearly?")

[21] QF3 ("Please select which option best describes how you feel about the validation statement below")

**Source:**
OpenSea Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 9**

**OpenSea Squirt Survey**

**Respondent Demographics**

*All Survey Completes*

| | BAYC Group | | CGBC Group | |
|---|---|---|---|---|
| | **Number of Respondents** | **% of Respondents** | **Number of Respondents** | **% of Respondents** |
| **Age** | | | | |
| 18-29 | 68 | 27% | 73 | 29% |
| 30-39 | 61 | 24% | 67 | 26% |
| 40-49 | 73 | 29% | 63 | 25% |
| 50-59 | 36 | 14% | 35 | 14% |
| 60 or older | 12 | 5% | 17 | 7% |
| | | | | |
| **Region** | | | | |
| Midwest | 59 | 24% | 59 | 23% |
| Northeast | 43 | 17% | 45 | 18% |
| South | 103 | 41% | 97 | 38% |
| West | 45 | 18% | 54 | 21% |
| | | | | |
| **Gender** | | | | |
| Female | 90 | 36% | 89 | 35% |
| Male | 160 | 64% | 166 | 65% |
| **Total** | 250 | 100% | 255 | 100% |

**Source:**

OpenSea Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 10**
**Net Confusion in OpenSea Squirt Survey**
*Including BAYC, MAYC, and Otherdeed*

| | | | | | Net Confusion |
|---|---|---|---|---|---|
| | **BAYC Group** | | **CGBC Group** | | **BAYC Group - CGBC Group** |
| | N | % | N | % | % |
| *# of Respondents* | 250 | | 255 | | |
| **Confusion** | 53 | 21.2% | 3 | 1.2% | 20.0% |

**Note:**

[1]  This analysis includes all respondents who identified the RR/BAYC collection (or RR/CGBC collection) as an affiliated or related entity to Bored Ape Yacht Club, Mutant Ape Yacht Club, and/or Otherdeed collections.

**Source:**
OpenSea Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

## Exhibit 11
## Sensitivity: Net Confusion with Certainty in OpenSea Squirt Survey
*Including BAYC, MAYC, and Otherdeed*

|  | BAYC Group | | CGBC Group | | Net Confusion |
|---|---|---|---|---|---|
|  | | | | | BAYC Group - CGBC Group |
|  | **N** | **%** | **N** | **%** | **%** |
| *# of Respondents* | 250 | | 255 | | |
| **Confusion with Certainty** | 42 | 16.8% | 3 | 1.2% | 15.6% |

**Note:**

[1] This analysis excludes respondents who indicated that they were just "just guessing" or only "somewhat likely" believe that the RR/BAYC collection (or RR/CGBC collection) is from the same or an affiliated/connected entity as the Bored Ape Yacht Club collection, as confused.

**Source:**
OpenSea Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

**Exhibit 12**

**Sensitivity: Net Confusion in OpenSea Squirt Survey, Excluding Speeders and Laggards**

*Including BAYC, MAYC, and Otherdeed*

| | | | | | Net Confusion |
|---|---|---|---|---|---|
| | BAYC Group | | CGBC Group | | BAYC Group - CGBC Group |
| | N | % | N | % | % |
| *# of Respondents Excluding Speeders and Laggards* | 234 | | 249 | | |
| **Confusion Excluding Speeders and Laggards** | 51 | 21.8% | 3 | 1.2% | 20.6% |

**Note:**

[1] Respondents who completed the survey in under 2 minutes or over 25 minutes are excluded from this sensitivity.

**Source:**
OpenSea Likelihood of Confusion Survey.

Highly Confidential
ATTORNEYS' EYES ONLY

## Exhibit 13
### Sensitivity: Net Confusion in OpenSea Squirt Survey, Excluding Litigation Aware Respondents
*Including BAYC, MAYC, and Otherdeed*

| | | | | | Net Confusion |
|---|---|---|---|---|---|
| | BAYC Group | | CGBC Group | | BAYC Group - CGBC Group |
| | N | % | N | % | % |
| *# of Respondents Excluding "Litigation Aware"* | 188 | | 196 | | |
| | | | | | |
| **Confusion Excluding "Litigation Aware"** | 41 | 21.8% | 1 | 0.5% | 21.3% |

**Notes:**

[1] QF1 asks "Are you or are you not aware of any lawsuits related to NFTs?" This question includes the following answer options: "Yes, I am aware of at least one lawsuit," "No, I am not aware of any lawsuit," and "Don't know / Unsure."

[2] Respondents who indicated "Yes, I am aware of at least one lawsuit" are excluded from this sensitivity.

**Source:**
OpenSea Likelihood of Confusion Survey.

# APPENDIX A
# CURRICULUM VITAE AND TESTIMONY

## LAURA A. O'LAUGHLIN
### Vice President

Phone: 514 394 4438

Fax: 514 394 4461

laura.olaughlin@analysisgroup.com

1190 avenue des Canadiens-de-Montréal,

Tour Deloitte, Suite 1500

Montreal, Quebec H3B 0G7

Ms. O'Laughlin works with clients on both litigation and non-litigation matters. In the litigation context, she has served as an expert witness and testified at trial, and conducts economic analyses and manages case teams in support of academic and industry experts in a broad range of matters throughout the US and Canada. She has assisted clients in all phases of the litigation process, and has supported expert witnesses in the preparation of reports and other testimony in matters involving merger reviews, antitrust litigation, competition policy, labor relations, false advertising, finance, valuation, trademark, intellectual property (IP), and patent infringement. Ms. O'Laughlin also has experience with allegations of exclusionary conduct in various industries, including agricultural products, finance, retail, telecommunications, and technology. She has developed, administered, and analyzed surveys in trademark, IP, antitrust, consumer protection, and false advertising matters. In the non-litigation context, Ms. O'Laughlin uses complex research methods and modelling and applies innovative analytical approaches to provide new insights on the competitive and market challenges that clients face in managing and expanding their businesses. She publishes regularly on issues related to marketing, economics, litigation, and public policy. Ms. O'Laughlin is bilingual in both of the official languages of Canada, French and English.

## EDUCATION

| | |
|---|---|
| 2006 | M.Sc., economics, Université de Montréal |
| 2001 | B.A., international affairs, University of Colorado |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007–Present | Analysis Group, Inc. |
| | *Vice President (2017–Present)* |
| | *Senior Economist (2012–2017)* |
| | *Economist (2007–2012)* |
| 2006–2007 | Institute for Research on Public Policy |
| | *Research Assistant* |
| 2005–2006 | Université de Montréal |
| | *Teaching Assistant* |

**TESTIFYING EXPERIENCE**

- ***Mobile Equity Corp v. Walmart, Inc***
  *US District Court, Eastern District of Texas*
  Testified at deposition on behalf of Walmart. Designed and implemented a survey in response to Mobile Equity Corp's claim that the at-issue features contributed to the commercial success of Walmart and the at-issue technology.

- ***Skyhawke Technologies LLC v. GolfzonDeca Inc.***
  *US District Court, Central District of California*
  Testified at deposition on behalf of GolfzonDeca. Designed and implemented a survey in rebuttal of Skyhawke's claim that all sales of at-issue products were due to an allegedly false advertising claim.

- ***MV3 Partners LLC v. Roku, Inc.***
  *US District Court, Western District of Texas*
  Testified at deposition and trial on behalf of Roku. Designed and implemented a survey in rebuttal of MV3's survey-based claims purporting to show that consumers cared about at-issue features that allegedly violated MV3's patents. The jury found no infringement.


**SELECTED CONSULTING EXPERIENCE**

**Merger Analyses, Consumer Protection, and Antitrust Litigation**

- ***State of Washington v. Comcast, Inc.***
  Supported marketing experts Ravi Dhar and John Hauser in designing and implementing surveys to evaluate the materiality of protection plans and guarantees offered to Comcast customers. Supported Professor Hauser's rebuttal of opposing expert surveys. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions. The work of both Professor Dhar and Professor Hauser was credited in the judge's decision.

- ***Consumer Financial Protection Bureau v. Weltman, Weinberg & Reis***
  Supported marketing expert Ronald Goodstein in designing and implementing a survey to evaluate consumer understanding of debt collection notices. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions.

- **Student loans litigations**
  Supported marketing experts and industry experts in multiple student loan related litigations on behalf of various enforcement agencies. Constructed survey-based experiments to evaluate consumer understanding of various borrower communications, evaluated industry dynamics, coded communications data. Supported experts in deposition.

- **Air cargo litigations**
  Evaluated industry dynamics, transaction data, and damages exposure for several air cargo defendants. Supported expert in econometric analysis and rebuttal of plaintiffs' affirmative damages model.

- **Agricultural products industry in Canada**
  Conducted economic analysis related to market definition in an M&A review related to divestment and remedies. Prepared a report on competition issues. Presented results of analyses to competition authorities.

- **Fertilizer industry in Canada**
  Supported antitrust expert Roger Ware in economic analysis related to market definition in an M&A review. Assisted Professor Ware in preparing a report on competition issues. Presented results of analyses to competition authorities.

- **Large price-fixing cases in IT manufacturing industries**
  Assisted in quantitative analysis and industry research to evaluate competition, pricing, and outputs in connection with two separate international price-fixing investigations in IT manufacturing industries.


**False Advertising, Trademark, and Intellectual Property Litigations**

- **Rewards Points Credit Card Trademark matter**
  Supported marketing expert David Reibstein in assessing the likelihood of confusion and fame on behalf of a rewards point company and credit card company. Supported the design and implementation of two surveys and market overlap analysis, while assisting in rebuttal of opposing expert. Supported counsel at depositions of opposing expert on likelihood of confusion topics.

- **Dating Application Trademark and IP matter**
  Supported multiple marketing experts in assessing the likelihood of confusion, fame, and usage intent in the dating application market. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts. Supported counsel at depositions of opposing experts on likelihood of confusion and secondary meaning.

- ***Animal Legal Defense Fund v. Hormel Food Corp.***
  Retained by the defendants in a false advertising litigation brought by a non-profit advocacy group involving allegations that Hormel misled consumers through the advertising of its "Natural Choice" brand of food products. Supported marketing expert Ravi Dhar to rebut a consumer perception survey.

- **Consumer beverage false advertising matter**
  Supported marketing expert Joel Steckel in designing and implementing two surveys pertaining to an alleged country-of-origin representation on a beverage package. The first survey tested the materiality of the at-issue marketing claim on consumer purchase decisions, while the second study tested consumer reasons for purchasing the at-issue product. Both studies showed that the at-issue claim had no impact on consumer decision-making. Case was dismissed on summary judgement.

- ***Fox Broadcasting Company, et al. v. DISH Network LLC, et al.***
  Supported marketing expert John Hauser in designing and implementing two surveys pertaining to use of television services, as well as in analyzing an array of industry data. After more than two years of litigation, a California federal judge found that Analysis Group client DISH's Hopper DVR did not infringe Fox's copyrights.

- **Assessing false advertising claims on behalf of a major retailer**
  Supported marketing expert John Hauser in the defense of a major online and brick-and-mortar retailer against allegations of false advertising. The plaintiff, a luxury goods manufacturer, claimed that an email advertisement's use of the plaintiff's brand deceived the defendant's customers.

- **False advertising cases in the food and beverage industry**
  Supported expert Ravi Dhar with evaluating the design and interpretation of studies conducted by class action plaintiffs; the feasibility of assessing consumer perceptions and claim impact using

common evidence and methods; and the damages, if any, from alleged label omissions.

- **False advertising matter involving an online consumer products retailer**
  Supported marketing expert Joel Steckel in conducting two experiments on behalf of a major e-retailer accused of using misleading reference price terms. In the first study, consumers visiting the defendant's website were randomly assigned to view the reference price labels as either "MSRP" (manufacturer's suggested retail price) or "compare" throughout their shopping session and subsequent website visits. No difference in the sales conversion rate was found. A separate survey of consumers who made purchases during the study period showed no difference in recall of the product price, the reference price, or the term used with the reference price. Supported counsel in all phases of trial, including the development of direct testimony, trial demonstratives, and cross-examination questions.

- **Class action matters involving consumer transportation applications**
  Assisted in survey development and design to evaluate consumer reaction to different marketing messages, and assessed both comprehension of allegedly false representations and the impact of the alleged representations on consumer choice. Supported experts in preparation of reports.

- ***YETI Coolers, LLC v. RTIC Coolers, LLC***
  Supported multiple marketing experts, including Tülin Erdem, Peter Golder, Catherine Tucker, and Rebecca Kirk Fair, in assessing the likelihood of confusion, fame, and causality in the high-end cooler market. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts. Supported counsel at depositions of opposing experts on likelihood of confusion, fame, and secondary meaning.

- **Trade dress infringement matter involving consumer products**
  Supported multiple marketing experts in a trade dress infringement case, assessing likelihood of confusion, fame, and causality. Supported the design and implementation of several surveys, and assisted in rebuttal of opposing experts.

- **Various payment card litigations in various forums, including the US and Canada**
  Assisted in economic analysis and in preparing a report on competition issues related to payment cards. Supported the design and analysis of consumer survey regarding the use of various payment methods.

- **Multiple intellectual property cases involving smartphone technologies**
  Assisted clients in several patent disputes in design, development, and analysis of conjoint surveys evaluating consumer valuation of product attributes. Assisted experts in analysis of the effects of product attributes on consumer demand.

- **Multiple intellectual property cases involving online technologies**
  Assisted clients in several patent disputes in design, development, and analysis of experimental designs to evaluate consumer valuation and impact of accused technologies. Assisted experts in analysis of the effects of the accused technology on consumer demand and utilization.

- **Multiple class action matters v. Philip Morris, et al.**
  Assisted plaintiffs' experts in design, development, and analysis of conjoint surveys evaluating consumer valuation of product attributes.

*Laura A. O'Laughlin, Page 5 of 7*

**Strategy Consulting**

▪ **Industry study for a Canadian trade association**
Authored a report on industry sustainability and economic pressures, as well as industry contribution to Canadian economy. The report was based on an independent, newly designed survey of trade association members, as well as on publicly available Canadian macroeconomic data.

▪ **Various consulting engagements in telecommunications industry in Canada**
Supported an academic expert's analysis of spectrum auctions and wireless communication policy. Analyzed competition issues regarding the dissemination and adoption of high-speed internet services.

▪ **Examining global and country-level economic impacts of WhatsApp**
Studied the global economic activity associated with the use of the communication application, with a particular focus on four countries with significant WhatsApp usage (Brazil, India, Germany, and Spain) to estimate its economic contributions.

▪ **Low-cost airline carrier pricing and market study**
Retained by a potential new entrant airline to examine and monitor the air transportation market for anticompetitive conduct. Project required an extensive data collection process, scraping daily flight fares from travel websites for over 100 one-directional routes, and resulted in an analysis of pricing, avoidable costs, and capacity. Findings presented to a competition authority, identifying important competitive concerns for the airline industry.

## SELECTED PRESENTATIONS AND SPEAKING ENGAGEMENTS

"Big Data – International Trends in Market Definition," Canadian Bar Association (October 24, 2018)

"Improving the Effectiveness of Your Trademark Survey Evidence: Know How to Proceed," The Knowledge Group (August 22, 2018)

"From the Office to the Stand: Practice Points on Expert Witnesses in Competition Matters," Canadian Bar Association Young Lawyer's Half-Day Symposium (April 28, 2017)

"Commentaires sur le portrait des tous-petits du Québec," Conférence de lancement de la grande semaine des tous-petits (November 21, 2015)

## ARTICLES AND PUBLICATIONS

### Surveys, Economics, and Litigation

"Which Method Is for You? Not All Surveys Are Made the Same," with Harriet Ho and Duy (Joey) Duong, *Law Journal Newsletters: The Intellectual Property Strategist* (September 2020)

"How Surveys Can Affirm Materiality in Consumer Cases," with Anne Cai, Harriet Ho, and Rebecca Kirk Fair, *Law360* (August 27, 2019)

"Avoiding Bias: Ensuring Validity and Admissibility of Survey Evidence in Litigations," with Rebecca Kirk Fair, *Handbook of Marketing Analytics* (March 2018)

"What Consumers Really Think About Reference Price Labels," with Joel Steckel, Kristina Shampanier, Jesse Shea, and Rebecca Kirk Fair, *Law360* (March 21, 2017)

"Ensuring Validity and Admissibility of Consumer Surveys," with Rebecca Kirk Fair, *American Bar Association Section of Antitrust Law Consumer Protection Committee Newsletter* (March 2017)

"Will Expanded EEO-1 Data Collection Yield New Insights?" with Shannon Seitz, *Law360* (September 7, 2016)

"3 Questions To Ask When Using Surveys In Litigation," with Rebecca Kirk Fair, *Law360* (May 15, 2015)

**Public Policy**

"Les participants à l'économie circulaire sont plus riches qu'ils ne le croient," *Les affaires* (October 5, 2019)

"Le système financier n'est pas prêt à affronter les changements climatiques," *Les affaires* (August 24, 2019)

"L'inflation est-elle réellement morte," *Les affaires* (May 18, 2019)

"Le prix « unique » est mort, vive le prix personnalisé !" *Les affaires* (April 6, 2019)

"La taxe fédérale sur le carbone est-elle efficace ?" *Les affaires* (February 9, 2019)

"Trois pièges pour le nouveau gouvernement," *Les affaires* (October 13, 2018)

"Un moment « Boucle d'or » pour les travailleurs québécois," *Les affaires* (September 15, 2018)

"Un divorce tranquille pour le libre-échange nord-américain," *Les affaires* (July 28, 2018)

"Protection des données personnelles : ce que nous apprend l'économie," *Les affaires* (May 19, 2018)

"Pour que le bitcoin devienne une vieille blague de mononcle," *Les affaires* (March 24, 2018)

"Ce qu'il faut faire pour éviter d'être dépassé par les robots," *Les affaires* (November 25, 2017)

"Quand le gouvernement essaie d'être « cool » ?" *Les affaires* (October 14, 2017)

"Existe-t-il un type d'immigrant « juste » ?" *Les affaires* (September 16, 2017)

"Pour que l'innovation soit plus qu'un slogan," *Les affaires* (May 20, 2017)

"Faire de l'équité entre les sexes plus qu'un voeu pieux," *Les affaires* (March 25, 2017)

"Être 'aussi Canadien que possible dans les circonstances'," *Les affaires* (January 28, 2017)

"Jeunes et aînés : entre les deux, la richesse balance," with Alexis Gagné, Isabelle Fontaine, Maripier Isabelle, and Julien McDonald-Guimond, *L'état du Québec 2017*, Institut du Nouveau Monde, 2016

"Indice québécois d'équité entre les générations," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *L'actualité*, a French-language national Canadian news magazine (March 2016)

"Budgets fédéral et provincial : un contraste saisissant," invited commentary, *Bulletin des budgets 2016*, Institut du nouveau monde (March 2016)

"Les lucides : 10 ans plus tard," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *Les affaires* (October 2015)

"Le budget des jeunes," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of article in *L'actualité* (March 2015)

*Laura A. O'Laughlin, Page 7 of 7*

"Indice québécois d'équité entre les générations," with Christian Bélair, Alexis Gagné, Isabelle Fontaine and Maripier Isabelle, subject of cover article in *L'actualité* (March 2014)

**LANGUAGES**

English (fluent), French (fluent)

Highly Confidential –
ATTORNEYS' EYES ONLY

# APPENDIX B

# DOCUMENTS CONSIDERED

1

## Academic Articles and Textbooks

Beebe et al, "The Role of Consumer Uncertainty in Trademark Law: An Experimental and Theoretical Investigation," *NYU Law and Economics Research Paper Series*, May 2021, pp. 1-52.

Diamond, Shari S., "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, 2011, pp. 359-423.

Diamond, Shari Seidman, Jerre B. Swann, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2012.

Diamond, Shari Seidman, Jerre B. Swann, *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2022.

Federal Judicial Center's Manual for Complex Litigation, *Federal Judicial Center*, 2004, available at https://www.uscourts.gov/sites/default/files/mcl4.pdf.

Jacoby, Jacob, *Trademark Surveys Volume 1: Designing, Implementing, and Evaluating Surveys*, American Bar Association, 2013.

McCarthy, Thomas J., "McCarthy on Trademarks and Unfair Competition § 23:7 (5th ed.)," *Thomson Reuters*, 2020.

McCarthy, Thomas J., "McCarthy on Trademarks and Unfair Competition § 32:159 (5th ed.)," *Thomson Reuters*, 2020.


## Articles, Websites, and Other Publicly Available Information

"#1547 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1032.

"#1956 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319.

"#1956 | BoredApeYachtClub," Etherscan, available at https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/1956

"#2173 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3698.

"#3372 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3397.

"#3588 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/4912.

"#57 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3841.

2

"#6626 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/2906.

"#6726 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1073.

"About Us," *Etherscan*, available at https://etherscan.io/aboutus.

"AI PUNK PRIMATES," *Foundation*, available at https://foundation.app/collection/aipp.

"Ape #8774," *Foundation*, January 19, 2023, available at
https://foundation.app/@ryder_ripps/foundation/114817.

"Bored Ape Yacht Club," *Foundation*, June 21, 2022, available at
https://web.archive.org/web/20220621024032/https://foundation.app/collection/bayc.

"Bored Ape Yacht Club," *Foundation*, May 19, 2022, available at
https://web.archive.org/web/20220519094624/https://foundation.app/collection/bayc.

"BoredApeYachtClub," *Foundation*, available at https://foundation.app/collection/bayc-574a.

"Chimpers," *Foundation*, available at https://foundation.app/collection/chimpers.

"Discover, collect, and sell extraordinary NFTs," *OpenSea*, June 20, 2022, available at
https://web.archive.org/web/20220620010931/https://opensea.io/.

"Explore Photography," *OpenSea*, June 10, 2022, available at
https://web.archive.org/web/20220610034533/https://opensea.io/category/photography-category.

"GRONK GORILLAS," *Foundation*, available at
https://foundation.app/collection/gronkgorillas.

"How to create a Collection and mint an NFT on Foundation," *Foundation*, available at
https://help.foundation.app/hc/en-us/articles/4419002081051-How-to-create-a-Collection-and-mint-an-NFT-on-Foundation.

"How to sell NFTs on Foundation," *Foundation*, available at https://help.foundation.app/hc/en-us/articles/4562018706459-How-to-Sell-NFTs-on-Foundation.

"NFTs: Who's buying them and why? – All question answered!" *Bitscrunch*, August 12, 2022,
available at https://bitscrunch.com/blogs/know-whos-buying-nfts.

"How do I create a collection," *OpenSea Help Center*, available at
https://support.opensea.io/hc/en-us/articles/4407762843155-How-do-I-create-a-collection-.

"How do I sell an NFT," *OpenSea Help Center*, available at https://support.opensea.io/hc/en-us/articles/360063498333-How-do-I-sell-an-NFT-.

"OpenSea Learn," *OpenSea*, available at https://opensea.io/learn.

"OpenSea: The Reasonable Revolutionary," *The Generalist*, October 10, 2021, available at
https://www.generalist.com/briefing/opensea.

"RR/BAYC," *rrbayc.com*, available at https://rrbayc.com.

3

"Ryder Ripps Eth Contract," *Etherscan*, available at
https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e.

"Ryder Ripps Transaction Data," *Etherscan*, available at
https://etherscan.io/address/0x592814ff14e030b51f6087032db0f88f4214f254.

"ryder ripps," *Foundation*, available at
https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps.

"Transaction Details," *Etherscan*, available at
https://etherscan.io/tx/0x0bbe02be57b17239238d3026a71380137723942ac49eea74473057975e0
e9cba.

"Tweet from @Barren_Wuffet_," *Twitter*, June 16, 2022, available at
https://twitter.com/Barren_Wuffet_/status/1537395507231866881?cxt=HHwWgoCy_a_E9tUqA
AAA.

"Tweet from @MetaArtClub," *Twitter*, May 7, 2022, available at
https://twitter.com/MetaArtClub/status/1522879825345941504.

"Tweet from @Pauly0x," *Twitter*, June 20, 2022, available at
https://twitter.com/Pauly0x/status/1539086806167298048.

"Tweet from @seymourpheus," *Twitter*, June 20, 2022, available at
https://twitter.com/seymourpheus/status/1538769836532060160?s=46&t=jzY9Nsg5Rjs6JxOcBL
0HrQ.

"Tweet from @the_x2y2," *Twitter*, June 25, 2022, available at
https://twitter.com/the_x2y2/status/1540781789169467394.

"Tweet from @the_x2y2," *Twitter*, June 25, 2022, available at
https://twitter.com/the_x2y2/status/1540682072678731776.

"Who We Are," *Schlesinger Group*, available at
https://www.schlesingergroup.com/en/company/purpose/.

"Why Did OpenSea become the Most Widely Used NFT Marketplace?" *Crypto Conduct
Authority*, August 18, 2022, available at https://cryptoconductauthority.com/tips-for-all/why-did-
opensea-become-the-most-widely-used-nft-marketplace/.

"WorldofWomen," *OpenSea*, available at https://opensea.io/collection/world-of-women-nft.

Adams, Michael, Powell, Farran, "How To Buy NFTs," *Forbes Advisor*, August 12, 2022,
available at https://www.forbes.com/advisor/investing/cryptocurrency/how-to-buy-nfts/.

Authentic Bored Ape Yacht Club Contract, "Contract
0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D," *Etherscan*, available at
https://etherscan.io/address/0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D.

Choi, Kaven, "How to determine the correct token contract address on Etherscan," *Medium*, July
24, 2018, available at https://medium.com/etherscan-blog/how-to-determine-the-correct-token-
contract-address-on-etherscan-31df6c2ac12d

4

McAndrew, Clare, "A Survey of Global Collecting in 2022," *Art Basel and UBS*, 2022, available at https://www.ubs.com/global/en/our-firm/art/collecting/art-market-survey/download-survey-report-2022.html?campID=NL-AMS2022-GLOBAL-ENG-ANY-ANY-ANY.

Ola, "X2Y2 NFT Marketplace Delists & Relists Ryder Ripps' NFT Collection", *NFT Evening*, June 27, 2022, available at https://nftevening.com/x2y2-nft-marketplace-delists-relists-ryder-ripps-nft-collection/.

Rivera-Herrera, Daniela, "10 Best NFT Marketplaces," *Nasdaq*, October 27, 2022, available at https://www.nasdaq.com/articles/10-best-nft-marketplaces.

Schlesinger Panel Book.

Trintera, Paul, "The 8 Most Popular NFT Marketplaces in the World," *Prestige*, February 3, 2022, available at https://www.prestigeonline.com/th/pursuits/tech/8-most-popular-nft-marketplaces/.


## Legal Documents

Complaint for False Designation of Origin and Cybersquatting, *Yuga Labs Inc., v. Ryan Hickman*, Case No. 2:23-cv-00111-JCM-NJK, United States District Court District of Nevada, January 20, 2023.

Complaint for False Designation of Origin and Cybersquatting, *Yuga Labs Inc., v. Thomas Lehman*, Case No. 1:23-cv-00085-MAD-TWD, United States District Court Northern District of New York, January 20, 2023.

Complaint for False Designation of Origin, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355, United States District Court for the Central District of California, June 24, 2022.

Consent Judgment and Order for Permanent Injunction Against Thomas Lehman*, Yuga Labs, Inc., v. Thomas Lehman*, Case No. 1:23-cv-00085-MAD-TWD, dated February 6, 2023.

Declaration of Thomas Lehman, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California, February 3, 2023.

Notice of Motion; Anti-Slapp Motion to Strike and Motion to Dismiss, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen, and Does 1-10*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division, October 3, 2022.

Ryder Ripps and Jeremy Cahen's Answer, Defenses, and Counterclaims to Complaint, *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division, December 27, 2022.

Yuga Labs Inc.'s Second Supplemental Response to Ryder Ripps and Jeremy Cahen's First Set of Interrogatories (Nos. 1-14), *Yuga Labs, Inc., v. Ryder Ripps, Jeremy Cahen*, Case No. 2:22-

5

cv-04355-JFW-JEM, United States District Court for the Central District of California Western Division – Los Angeles, January 31, 2023.

**Deposition Transcripts and Exhibits**

Deposition of Greg Solano, Yuga Labs, January 17, 2023, and related exhibits.

Deposition of Jeremy Cahen, January 11, 2023, and related exhibits.

Deposition of Karem Atalay (rough), January 30, 2023, and related exhibits.

Deposition of Nicole Muniz as 30(b)(6) Witness for Yuga Labs (rough), January 24, 2023, and related exhibits.

Deposition of Ryan Hickman, December 7, 2022, and related exhibits.

Deposition of Ryder Ripps, January 12, 2023, and related exhibits.

**Bates Stamped Documents**

CLINE00000035.

LEHMAN0000001.

LEHMAN0000013-066.

LEHMAN0000294.

LEHMAN0000302.

RIPPSCAHEN00000001.

RIPPSCAHEN00000850.

RIPPSCAHEN00001560.

YUGALABS_00000535.

YUGALABS_00000537.

YUGALABS_00000538.

YUGALABS_00000539.

YUGALABS_00000541.

YUGALABS_00000545.

YUGALABS_00000554.

6

Highly Confidential
ATTORNEYS' EYES ONLY

YUGALABS_00000560.

YUGALABS_00000565.

YUGALABS_00000567.

YUGALABS_00000570.

YUGALABS_00000571-573.

YUGALABS_00000580.

YUGALABS_00000594.

YUGALABS_00000620.

YUGALABS_00000629.

YUGALABS_00000631.

YUGALABS_00000636.

YUGALABS_00001978.

YUGALABS_00002041.

YUGALABS_00002279.

YUGALABS_00002334.

YUGALABS_00002370.

YUGALABS_00002625-634.

YUGALABS_00002708.

YUGALABS_00003335.

YUGALABS_00014079-082.

YUGALABS_00015411.

YUGALABS_00015423.

YUGALABS_00015424.

YUGALABS_00015425.

YUGALABS_00015439.

YUGALABS_00027491.

YUGALABS_00027516.

YUGALABS_00027520.

7

Highly Confidential –
ATTORNEYS' EYES ONLY

YUGALABS_00027523.

YUGALABS_00027686.

YUGALABS_00027690.

YUGALABS_00027693.

YUGALABS_00029080.

YUGALABS_00029089.

YUGALABS_00029092.

YUGALABS_00029097.

YUGALABS_00029098.

YUGALABS_00029099.

YUGALABS_00029812.

YUGALABS_00029813.

YUGALABS_00030050.

YUGALABS_00030053.

YUGALABS_00030061.

YUGALABS_00030081-082.

YUGALABS_00030088-089.

YUGALABS_00030104.

YUGALABS_00030223-230.

YUGALABS_00030236.

YUGALABS_00030238.

YUGALABS_00030243.

YUGALABS_00030244-337.

YUGALABS_00031203.

YUGALABS_00031204.

YUGALABS_00031205.

YUGALABS_00031324.

YUGALABS_00031325.

8

Highly Confidential
ATTORNEYS' EYES ONLY

YUGALABS_00031331.

YUGALABS_00031332.

YUGALABS_00031357.

YUGALABS_00031359.

YUGALABS_00031367.

YUGALABS_00031368.

YUGALABS_00031370.

YUGALABS_00031432.

YUGALABS_00031433.

YUGALABS_00031434.

YUGALABS_00031435.

YUGALABS_00031436.

YUGALABS_00031596.

YUGALABS_00031597.

YUGALABS_00031598-600.

YUGALABS_00031601-602.

YUGALABS_00031603-604.

YUGALABS_00031605-609.

YUGALABS_00031610-611.

9

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX C
# PRETEST MODERATOR SCRIPT

## Pretest Moderator Instrument

[Blind-to-the-purpose interviewer conducts interview over video conference while respondent takes the survey online. Respondent shares screen with moderator.]

Q0-1. Hello **[NAME]**. We have a survey session that we scheduled with you. Is now still a good time?

&#9744; Yes
&#9744; No **[RESCHEDULE]**

I would like to let you know that this call may be monitored for quality assurance purposes. **[DO NOT WAIT FOR AN ANSWER, CONTINUE WITH THE SURVEY UNLESS THE RESPONDENT SAYS OTHERWISE.]**

Q0-2. **[NAME]**, thank you for your time in taking this survey with us today. To start, are you on your [computer or cellular device right now]? **[DEVICE THEY SHOULD BE JOINING ON SHOULD BE IN THE INVITE. NOTETAKER TO NOTE WHICH DEVICE THEY ARE PARTICIPATING]**

&#9744; Computer
&#9744; Cellular device

Q0-3. Thank you! In the email you received from us, there is a link to the website you need to go to. Please click on that link. **[IF NEEDED, REMIND RESPONDENT OF THE SENDER OF THE EMAIL, OR RESEND LINK]**.

Please share you screen before you start. I will be here with you the entire time while you are taking the survey. Please feel free to "think out loud" or bring up anything you would like while you are taking the survey. There is no correct or incorrect way to take this survey. Please be thorough in your response and take as much time as you need. We would like you to approach this exercise as realistically as possible.

You can begin the survey whenever you are ready.

2

Highly Confidential
ATTORNEYS' EYES ONLY

**[LET THE RESPONDENT TAKE THE SURVEY AND COMPLETE IT. DIRECT CERTAIN QUESTIONS AS NEEDED – AGE/GENDER/REGION/ETC., IN ORDER TO GET TO MAIN QUESTIONNAIRE]**

**[ASK THE FOLLOWING QUESTIONS AFTER THE RESPONDENT HAS FINISHED THE SURVEY. NOTETAKER TO RECORD ANSWERS.]**

Q1. Did you have any issues while taking the survey?

- 

Q2. Did you think any questions were unclear? If so, which ones and why?

- 

Q3. Did you think any answer options were unclear? If so, which ones and why?

- 

Q4. Did you or did you not have any issues viewing the survey or images in the survey?

- 

Q5. Did you think that the text guiding you through the survey was clear?

- 

Q6. Did you or did you not feel that the survey wanted you to respond in any particular way?

- 

3

Q7. Did you or did you not feel that the survey put undue emphasis on anything? If so, what do you think the emphasis was on?

- 

Q8. What do you think might be the purpose for conducting this survey?

- 

Q9. What makes you think so?

- 

Q10. Is there anything else you would like to say about the survey?

- 

Thank you very much for your time. We greatly appreciate your help, and we will ensure that you get credit for taking this survey.

4

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX D.1

# EVEREADY SURVEY STIMULI

1

Highly Confidential –
ATTORNEYS' EYES ONLY

# Test Group Stimuli

2

Highly Confidential
ATTORNEYS' EYES ONLY





3

Highly Confidential –
ATTORNEYS' EYES ONLY





4

**Notes:**

[A] Template for Ryder Ripps' Bored Ape Yacht Club Foundation Collection page was obtained from the June 21, 2022 version of the webpage via the Wayback Machine.

[B] Images of apes were selected based on the following criteria: (1) Etherscan indicated that the apes were minted by Ryder Ripps; (2) Etherscan data indicated that the apes were transferred to "Foundation: Market" on June 21, 2022.

**Sources:**

[1] "Bored Ape Yacht Club," *Foundation*, June 21, 2022, available at https://web.archive.org/web/20220621151323/https://foundation.app/collection/bayc.

[2] The NFT image and accompanying information are sourced from "#6626 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/2906.

[3] The NFT image and accompanying information are sourced from "#57 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3841.

[4] The NFT image and accompanying information are sourced from "#3372 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3397.

[5] The NFT image and accompanying information are sourced from "#1547 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1032.

[6] The NFT image and accompanying information are sourced from "#1956 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319.

[7] The NFT image and accompanying information are sourced from "#6726 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1073.

[8] The NFT image and accompanying information are sourced from "#2173 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3698.

[9] The NFT image and accompanying information are sourced from "#3588 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/4912.

5



6



7

**Notes:**

[A] Template for Ryder Ripps' Ape #1956 Foundation page was obtained from Ryder Ripps' Ape #8774 on Foundation. Modifications were made to the template to reflect what a consumer would have encountered on June 21,2022. For example, I replaced the "More from this creator section" and associated images with the appropriate "More from this collection" section with ape images. In addition, transaction information was updated to reflect the current holder of the NFT as of June 21, 2022, and excluded all purchase/sales occurring after that date.

[B] Images of apes were selected based on the following criteria: (1) Etherscan indicated that the apes were minted by Ryder Ripps; (2) Etherscan data indicated that the apes were transferred to "Foundation: Market" on June 21, 2022.

**Sources:**

[1] "Ape #8774," *Foundation*, available at
https://foundation.app/@ryder_ripps/foundation/114817.

[2] The NFT image and accompanying information are sourced from "#1956 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319.

[3] The NFT image and accompanying information are sourced from "#6626 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/2906.

[4] The NFT image and accompanying information are sourced from "#57 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3841.

[5] The NFT image and accompanying information are sourced from "#3372 | Bored Ape Yacht Club," *Etherscan*, available at
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3397.

[6] Information related to the template for "More from this collection" section is sourced from "#1956 | BoredApeYachtClub," *Foundation*, available at
https://foundation.app/collection/bayc-574a/1956.

8

Highly Confidential –
ATTORNEYS' EYES ONLY

❶

https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319

Etherscan

Eth: $1,124.90 (-0.18%) | 25 Gwei

All Filters | Search by Address / Txn Hash / Block / Token / Ens

Home | Blockchain | Tokens | Resources | More | Sign In

## #1956

Bored Ape Yacht Club

Chat with Owner

| Min. Price | Last Sale (Item) | Last Sale (Contract) |
|---|---|---|
| N/A | N/A | N/A |

**Details**

| | |
|---|---|
| Owner: | 0x9d8fef7b595c9f1ea30d6fb4d85b655011c63e47 |
| Contract Address: | 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e |
| Creator: | *ryder-ripps.eth |
| Token ID: | 3319 |
| Token Standard: | ERC-721 |
| Marketplaces: | |

**Item Activity**

A total of 3 records found

First | < | Page 1 of 1 | > | Last

| Txn Hash | Age | Action | Price | From | | To |
|---|---|---|---|---|---|---|
| 0xdcd2fb9c27d271bc2d1... | 12 hrs ago | Transfer | | 0x9d8fef7b595c9f1ea30... | → | Foundation: Market |
| 0xd1d4997fa3b6252810... | 27 days 9 hrs ago | Transfer | | *ryder-ripps | → | 0x9d8fef7b595c9f1ea30... |
| 0x5157c5b4a35011c125... | 27 days 9 hrs ago | Mint | | Null Address: 0x000...000 | → | *ryder-ripps |

Show 25 Records

First | < | Page 1 of 1 | > | Last

The NFT page displays details such as properties and trading history for a specific token ID in an NFT contract. Learn more about this page in our Knowledge Base.

Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

Preferences

| Company | Resources | Products & Services |
|---|---|---|
| About Us | API Documentation | Advertise |
| Contact Us | Knowledge Base | Explorer-as-a-Service (EaaS) |
| Brand Assets | Newsletter | Developer APIs |
| Careers Join Us | Network Status | Blockscan |
| Terms of Service | Disqus Comments | BeaconScan |
| Bug Bounty | | |

Etherscan © 2022 (C1) | Donate

Highly Confidential
ATTORNEYS' EYES ONLY



10

Highly Confidential
ATTORNEYS' EYES ONLY

**Notes:**

[A] Template for Ryder Ripps' Ape #1956 Etherscan page was obtained from Etherscan. Transaction information was updated to reflect the current holder of the NFT as of June 21, 2022, and excluded all purchase/sales occurring after that date.

**Source:**

[1] The NFT image and accompanying information are sourced from "#1956 | Bored Ape Yacht Club," *Etherscan*, available at https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319.

11

Highly Confidential –
ATTORNEYS' EYES ONLY

# Control Group Stimuli

12



13





14

Highly Confidential
ATTORNEYS' EYES ONLY

**Notes:**

[A] The control version of the Bored Ape Yacht Club Foundation Collection page is exactly the same in all respects to the test version, but for the following. To create the control version, I replaced Ripps' distorted BA YC Bored Ape Yacht Club Logo with Ripps' own character logo. Furthermore, the collection symbol was altered to read CGBC rather than BAYC, and the name of the collection changed from "Bored Ape Yacht Club" to "Chill Gorilla Boat Crew." Other alterations include the following: the same character logo that replaced the distorted BA YC Bored Ape Yacht Club Logo was also used to replace the Ape Skull Logo that was originally positioned on Ape #57's sweater. In addition, the design on Ape #1956's hat was modified. Previously, it read "BA YC," with the Ape Skull Logo in the middle. It now reads "CG BC" and features the same Ripps' character logo. Lastly, the portion of the URL address which previously included the acronym "bayc" now states "cgbc."

[B] Template for Ryder Ripps' Bored Ape Yacht Club Foundations Collections page was obtained from the June 21, 2022 version of the webpage via the Wayback Machine.

[C] Images of apes were selected based on the following criteria: (1) Etherscan indicated that the apes were minted by Ryder Ripps; (2) Etherscan data indicated that the apes were transferred to "Foundation: Market" on June 21, 2022.


**Source:**

[1] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps

15



16



17

**Notes:**

[A] The control version of Ryder Ripps' Ape #1956 Foundation page is exactly the same in all respects to the test version, but for the following. To create the control version, I replaced Ripps' allegedly infringing modified BAYC Bored Ape Yacht Club logo with Ripps' own character logo. Furthermore, the collection symbol was altered to read CGBC rather than BAYC, and the name of the collection changed from "Bored Ape Yacht Club" to "Chill Gorilla Boat Crew." Other alterations include the following: the same character logo that replaced the distorted BA YC Bored Ape Yacht Club logo was also used to replace the Ape Skull Logo that was originally positioned on Ape #57's sweater. In addition, the design on Ape #1956's hat was modified. Previously, it read "BA YC," with the Ape Skull Logo in the middle. It now reads "CG BC" and features the same character logo that Ripps has used. Lastly, the portion of the URL address which previously included the acronym "bayc" now states "cgbc."

[B] Template for Ryder Ripps' Ape #1956 Foundation page was obtained from Ryder Ripps' Ape #8774 on Foundation. Modifications were made to the template to reflect what a consumer would have encountered on June 21, 2022. For example, I replaced the "More from this creator section" and associated images with the appropriate "More from this collection" section with ape images. In addition, transaction information was updated to reflect the current holder of the NFT as of June 21, 2022, and excluded all purchase/sales occurring after that date.

[C] Images of apes were selected based on the following criteria: (1) Etherscan indicated that the apes were minted by Ryder Ripps; (2) Etherscan data indicated that the apes were transferred to "Foundation: Market" on June 21, 2022.

**Source:**

[1] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at
https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps

18

https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/3319
Etherscan
All Filters
Search by Address / Txn Hash / Block / Token / Ens
Home
Blockchain
Tokens
Resources
More
Sign In
#1956
Chill Gorilla Boat Crew
Chat with Owner
CC BC
1
Min. Price N/A
Last Sale (Item) N/A
Last Sale (Contract) N/A
Details
Owner: 0x9d8fef7b595c9f1ea30d6fb4d85b655011c63e47
Contract Address: 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e
Creator: *ryder-ripps.eth
Token ID: 3319
Token Standard: ERC-721
Marketplaces:
Item Activity
A total of 3 records found
Txn Hash | Age | Action | Price | From | To
0xdcd2fb9c27d271bc2d1... | 12 hrs ago | Transfer | | 0x9d8fef7b595c9f1ea30... | Foundation: Market
0xd1d4997fa3b6252810... | 27 days 9 hrs ago | Transfer | | *ryder-ripps | 0x9d8fef7b595c9f1ea30...
0x5157c5b4a35011c125... | 27 days 9 hrs ago | Mint | | Null Address: 0x000...000 | *ryder-ripps
Show 25 Records
The NFT page displays details such as properties and trading history for a specific token ID in an NFT contract. Learn more about this page in our Knowledge Base.
Powered by Ethereum
Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.
Company
About Us
Contact Us
Brand Assets
Careers
Terms of Service
Bug Bounty
Resources
API Documentation
Knowledge Base
Newsletter
Network Status
Disqus Comments
Products & Services
Advertise
Explorer-as-a-Service (EaaS)
Developer APIs
Blockscan
BeaconScan
Etherscan © 2022 (C1) | Donate

Highly Confidential
ATTORNEYS' EYES ONLY



20

Highly Confidential
ATTORNEYS' EYES ONLY

**Notes:**

[A] The control version of Ryder Ripps' Ape #1956 Etherscan page is exactly the same in all respects to the test version, but for the following. To create the control version, I changed the name of the collection from "Bored Ape Yacht Club" to "Chill Gorilla Boat Crew." In addition, the design on Ape #1956's hat was modified. Previously, it read "BA YC," with the Ape Skull Logo in the middle. It now reads "CG BC" and features Ripps' own character logo.

[B] Template for Ryder Ripps' Ape #1956 Etherscan page was obtained from Etherscan. Transaction information was updated to reflect the current holder of the NFT as of June 21, 2022, and excluded all purchase/sales occurring after that date.

**Source:**

[1] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps

21

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX D.2
# EVEREADY SURVEY SCRIPT

1

## NFT Foundation Survey Instrument
## Programmer Instructions

[NATIONAL 18+ SAMPLE; INBOUND SAMPLE MATCHED ON AGE/GENDER/REGION TO CENSUS]

[TARGET [500] COMPLETES, WITH 250 PER GROUP (TEST, CONTROL). NO MORE THAN 200 COMPLETES QUALIFED THROUGH QS13 OR QS14, WITH 100 PER GROUP (TEST, CONTROL)]

[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]

[FORCE RESPONSES TO ALL QUESTIONS]

### Introduction and Screening

[NO SURVEY TITLE AND NO QUESTION NUMBER TO BE DISPLAYED TO RESPONDENTS]

[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]

[PANEL MEMBERS SHOULD BE MATCHED TO THE CENSUS ON AGE, GENDER, AND REGION. THAT IS, THE SCREENER SHOULD BE APPLIED TO A SAMPLE REPRESENTATIVE OF THE GENERAL POPULATION IN THE UNITED STATES SO THAT THE FINAL SAMPLE IS REPRESENTATIVE OF THE TARGET POPULATION FOR THE SURVEY (BASED ON ACTUAL QUALIFICATION)]

QS0.   Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

Your answers will be kept in strict confidence and the results of this study will not be used to try

2

Highly Confidential
ATTORNEYS' EYES ONLY

to sell you anything.

Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.

If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.

**[TEXT FOR TERMINATES: "Thank you for your interest in our study. We are no longer looking for people who match your characteristics. We appreciate your time."]**

**[NEXT PAGE]**

QS1.    Captcha

**[INSERT CAPTCHA]**

**[NEXT PAGE]**

QS2.    Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen? *(Select one only)*
**[RANDOMIZE; EXCLUSIVE]**
- ⊙ Yes, I do usually wear eyeglasses or contact lenses
- ⊙ No, I do not usually wear eyeglasses or contact lenses
- ⊙ Don't know / Unsure **[TERMINATE; ANCHOR]**

**[IF "Yes, I do usually wear eyeglasses or contact lenses," IS SELECTED CONTINUE TO QS3. IF "No, I do not usually wear eyeglasses or contact lenses," IS SELECTED SKIP TO QS4.]**

**[KEEP ORDER OF "YES" AND "NO" OPTIONS THE SAME FOR THE REMAINDER OF THE SURVEY]**

**[NEXT PAGE]**

QS3.    Will you please wear your eyeglasses or contact lenses for the remainder of the survey? *(Select one only)*
**[MATCH QS2 ORDER]**
- ⊙ Yes, I will wear my eyeglasses or contact lenses
- ⊙ No, I will not wear my eyeglasses or contact lenses **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**[NEXT PAGE]**

3

Highly Confidential –
ATTORNEYS' EYES ONLY

QS4.    Into which of the following categories does your age fall? (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙ Under 18 **[TERMINATE]**
- ⊙ 18 - 29
- ⊙ 30 - 39
- ⊙ 40 - 49
- ⊙ 50 - 59
- ⊙ 60 or older
- ⊙ Prefer not to answer **[ANCHOR; TERMINATE]**

**[TERMINATE IF AGE DOES NOT MATCH THE CATEGORY PASSED BY PANEL
PROVIDER]**

**[NEXT PAGE]**

QS5.    Are you…? (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙ Male
- ⊙ Female
- ⊙ Other **[ANCHOR]**
- ⊙ Prefer not to answer **[ANCHOR; TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL
PROVIDER ONLY IF "MALE" OR "FEMALE" IS SELECTED]**

**[NEXT PAGE]**

QS6.    In which state do you live? (*Select one only*)
**[DROP DOWN MENU OF 50 STATES + DISTRICT OF COLUMBIA; HIDDEN VARIABLE
FOR REGION; DETERMINE US CENSUS REGION BASED ON STATE SELECTED. ADD
"PREFER NOT TO ANSWER" AND "DON'T KNOW/UNSURE" OPTIONS BELOW DROP
DOWN MENU]**
- ⊙ Prefer not to answer **[ANCHOR; TERMINATE]**
- ⊙ Don't know / Unsure **[ANCHOR; TERMINATE]**

**[NEXT PAGE]**

4

QS7. For quality control purposes, please select "Second" from the list below. (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙ First
- ⊙ Second
- ⊙ Third
- ⊙ Fourth
- ⊙ None of the above **[ANCHOR]**

**[TERMINATE IF "SECOND" IS NOT SELECTED]**

**[NEXT PAGE]**

QS8.   Have you or any member of your household ever worked for any of the following types of companies? (*Select all that apply*)
**[RANDOMIZE LIST]**
- ❑ Real estate agency
- ❑ Department store
- ❑ Manufacturer of mobile phones
- ❑ Restaurant
- ❑ Credit card company
- ❑ Government employee
- ❑ Company in the blockchain industry **[TERMINATE]**
- ❑ Market research or advertising agency **[TERMINATE]**
- ❑ None of the above **[ANCHOR LAST; EXCLUSIVE]**

**[NEXT PAGE]**

QS9a.   Which of the following activities, if any, did you participate in within the <u>past year</u>? (*Select all that apply*)
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❑ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)
- ❑ Purchased collectibles (e.g., sneakers, wristwatch)
- ❑ Purchased a house (e.g., primary home, investment property)
- ❑ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)
- ❑ Ate dinner at a restaurant (e.g., Italian, Mexican)
- ❑ Applied for a new credit card (e.g., Visa, American Express)
- ❑ Enrolled in a government protection program (e.g., WPP, WITSEC) **[TERMINATE]**
- ❑ None of the above **[EXCLUSIVE, ANCHOR]**

**[NEXT PAGE]**

5

QS9b.   Which of the following activities, if any, are you considering participating in within the next year? *(Select all that apply)*

**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❐ Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)
- ❐ Purchase collectibles (e.g., sneakers, wristwatch)
- ❐ Purchase a house (e.g., primary home, investment property)
- ❐ Upgrade a mobile phone (e.g., iPhone, Samsung, LG)
- ❐ Eat dinner at a restaurant (e.g., Italian, Mexican)
- ❐ Apply for a new credit card (e.g., Visa, American Express)
- ❐ Enroll in a government protection program (e.g., WPP, WITSEC) **[TERMINATE]**
- ❐ None of the above **[EXCLUSIVE, ANCHOR]**


**[IF RESPONDENT SELECTED "Purchased Cryptocurrency", IN QS9a CONTINUE. IF NOT, BUT RESPONDENT SELECTED "Purchase Cryptocurrency" IN QS9b SKIP TO QS12.**
**IF RESPONDENT DID NOT SELECT THE CRYPTOCURRENCY ANSWER IN EITHER QS9a or QS9b, BUT SELECTED "Purchased Collectibles" in QS9a, SKIP TO QS13. IF NOT, BUT RESPONDENT SELECTED "Purchased Collectibles" in QS9b, SKIP TO QS14.**
**OTHERWISE TERMINATE]**


**[NEXT PAGE]**


QS10.   You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the past year? *(Select all that apply)*

**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❐ Ethereum (ETH)
- ❐ Bitcoin (BTC)
- ❐ XRP (XRP)
- ❐ Tether (USDT)
- ❐ Dogecoin (DOGE)
- ❐ Cardano (ADA)
- ❐ Polygon (MATIC)
- ❐ Bluesteel (BSTL) **[TERMINATE]**
- ❐ Other
- ❐ None of the above **[EXCLUSIVE, ANCHOR]**


**[IF "Ethereum" SELECTED, CONTINUE. IF "Ethereum" NOT SELECTED BUT RESPONDENT SELECTED "Purchase Cryptocurrency", IN QS9b SKIP TO QS12.**
**OTHERWISE TERMINATE]**


**[NEXT PAGE]**

6

QS11.    You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the <u>past year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**

❐   NFT purchase (e.g., PFP or virtual land)
❐   Exchange for another cryptocurrency (e.g., ETH for BTC)
❐   Conversion to cash (e.g., ETH for USD)
❐   Payment for a service (e.g., hotel or flight)
❐   Payment for a physical good (e.g., car or house)
❐   None of the above **[EXCLUSIVE, ANCHOR]**


**[IF RESPONDENT SELECTS "NFT purchase" SKIP TO MAIN QUESTIONNAIRE. IF "NFT purchase" NOT SELECTED BUT RESPONDENT SELECTED "Purchase Cryptocurrency", IN QS9b CONTINUE TO QS12. OTHERWISE TERMINATE]**


**[NEXT PAGE]**


QS12.    You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the <u>next year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**

❐   NFT purchase (e.g., PFP or virtual land)
❐   Transfer to a hardware wallet (e.g., Ledger or Trezor)
❐   Gift to someone else (e.g., friend or family member)
❐   Payment for a service (e.g., hotel or flight)
❐   Payment for a physical good (e.g., car or house)
❐   None of the above **[EXCLUSIVE, ANCHOR]**


**[IF RESPONDENT SELECTS "NFT purchase" SKIP TO MAIN QUESTIONNAIRE. OTHERWISE TERMINATE]**


**[NEXT PAGE]**


QS13.    You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the <u>past year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**

❐   Digital art
❐   Sneakers
❐   Trading cards
❐   Action figures
❐   Wristwatches
❐   Flagpole toppers **[TERMINATE]**
❐   Other
❐   None of the above **[EXCLUSIVE, ANCHOR]**

7

**[IF RESPONDENT SELECTS "Digital Art" SKIP TO MAIN QUESTIONNAIRE. IF "Digital art"
NOT SELECTED BUT RESPONDENT SELECTED "Purchase Collectibles", IN QS9b
CONTINUE TO QS14. OTHERWISE TERMINATE]**

**[NEXT PAGE]**

QS14.     You indicated that you are considering purchasing collectibles in the next year. Which of the
following collectibles, if any, are you considering purchasing in the <u>next year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❒  Digital art
- ❒  Sneakers
- ❒  Trading cards
- ❒  Action figures
- ❒  Wristwatches
- ❒  Flagpole toppers **[TERMINATE]**
- ❒  Other
- ❒  None of the above **[EXCLUSIVE, ANCHOR]**

**[IF RESPONDENT SELECTS "Digital Art" CONTINUE. OTHERWISE TERMINATE]**

**[NEXT PAGE]**

**Main Questionnaire**

**[PRESENT  RESPONDENTS  WITH  A  FLOW  THROUGH  THE  [FOUNDATION]  WEBSITE
STARTING ON THE LANDING PAGE THROUGH TO PURCHASE.]
[RANDOMLY ASSIGN RESPONDENTS TO TEST OR CONTROL GROUP]**

Q0.     Based on your answers to the previous questions, you have qualified for this survey.

**[NEXT PAGE]**

Q1.     This survey is about shopping for NFTs online. Next you will see images that will take you through
a purchasing process. Please maximize your browser for optimal viewing and review the images
carefully **[IF ON MOBILE VERSION, REPLACE SENTENCE WITH** "Please review the
images carefully"**].** After, you will be asked to answer a few questions. The images will remain
available to you while you answer questions.

Please do not use your browser's "Back" button.

If you do not know the answer to a question or if you don't have an opinion, simply indicate this in
your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

8

Highly Confidential
ATTORNEYS' EYES ONLY

[NEXT PAGE]

[PRESENT FOUNDATION PURCHASE PROCESS IMAGES TO THE RESPONDENT. THE PURCHASE PROCESS IMAGES WILL BE SHOWN ONE BY ONE ON SEPARATE PAGES. RESPONDENTS MUST VIEW EACH IMAGE FOR AT LEAST 15 SECONDS BEFORE NAVIGATING TO THE NEXT IMAGE. MAKE THE CONTINUE BUTTON INACTIVE FOR 15 SECONDS. WHILE THE CONTINUE BUTTON IS INACTIVE, SHOW A COUNTDOWN TIMER BELOW THE IMAGE THAT SAYS: "The "Continue" button will become active after you spend X seconds on this page." WHERE X IS A COUNTDOWN FROM 15. ONCE THE CONTINUE BUTTON BECOMES ACTIVE, REMOVE THE TEXT.

THE IMAGES WILL BE SHOWN IN THE ORDER AND WITH THE ACCOMPANYING TEXT AS SEEN BELOW.

IMMEDIATELY ABOVE EACH IMAGE, INSERT THE INSTRUCTION "To enlarge, click on the image." IF THE IMAGE IS CLICKED, THE IMAGE SHOULD APPEAR IN A POP-UP WINDOW AND ALLOW RESPONDENT TO SCROLL UP AND DOWN.

9

Highly Confidential –
ATTORNEYS' EYES ONLY

**[TEST]**

Q1IMAGE1. Imagine you are looking to purchase an NFT from the collection below.

*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



**[NEXT PAGE]**

10

Highly Confidential
ATTORNEYS' EYES ONLY

Q1IMAGE2. Then, you decide on this NFT.

*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



**[NEXT PAGE]**

11

Highly Confidential
ATTORNEYS' EYES ONLY

Q1IMAGE3. You decide to click "view on Etherscan" to see more details, before finishing your purchase. *Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



[NEXT PAGE]

12

Highly Confidential
ATTORNEYS' EYES ONLY

**[CONTROL]**

Q1IMAGE1. Imagine you are looking to purchase an NFT from the collection below.

*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



**[NEXT PAGE]**

13

Highly Confidential
ATTORNEYS' EYES ONLY

Q1IMAGE2. Then, you decide on this NFT.

*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



**[NEXT PAGE]**

14

Q1IMAGE3. You decide to click "view on Etherscan" to see more details.
*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*



[NEXT PAGE]

**[THUMBNAIL IMAGES SHOULD BE AVAILABLE FOR QUESTIONS 3-9 AT THE BOTTOM OF THE PAGE SO THAT THE RESPONDENT CAN VIEW THE IMAGES IF THEY WISH. SHOW THE INSTRUCTION "***To view the images again, click on the thumbnail images above***" BELOW THE THUMBNAILS. ALLOW RESPONDENTS TO VIEW THE THUMBNAIL IMAGES WITHOUT A MINIMUM VIEWING TIME. THERE SHOULD BE ONE SET OF THREE THUMBNAIL IMAGES PER PAGE]**

15

Highly Confidential –
ATTORNEYS' EYES ONLY

Q2.    Please answer the following questions based on the images you just viewed.

**[NEXT PAGE]**

Q3.    Were you or were you not able to see the webpages in the previous screens clearly? (*Select one only*)
    **[MATCH QS2 ORDER]**
    ⊙   Yes, I was able to see the webpages in the previous screens clearly.
    ⊙   No, I was <u>not</u> able to see the webpages in the previous screens clearly. **[TERMINATE]**
    ⊙   Don't know/Unsure **[ANCHOR, TERMINATE]**

**[NEXT PAGE]**

Q4.    Who or what entity do you believe puts out the NFT collection you saw? *(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

┌─────────────────────────────────────────────────────────────┐
│                                                             │
└─────────────────────────────────────────────────────────────┘

**[OPEN-ENDED TEXT BOX, LIMITING TO 1000 CHARACTERS]**

**[REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS LESS THAN 4 CHARACTERS]**

    ❐   Don't know / Unsure **[EXCLUSIVE] [GO TO Q7]**

**[NEXT PAGE]**

Q5.    In the previous question, you said you believe **[PIPE IN ANSWER FROM Q4]** puts out the NFT collection you saw. Why do you say that? *(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

┌─────────────────────────────────────────────────────────────┐
│                                                             │
└─────────────────────────────────────────────────────────────┘

**[OPEN-ENDED TEXT BOX, LIMITING TO 1000 CHARACTERS]**

**[REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS LESS THAN 4 CHARACTERS]**

    ❐   Don't know / Unsure **[EXCLUSIVE]**

**[NEXT PAGE]**

16

Q6.   In a previous question, you said you believe **[PIPE IN ANSWER FROM Q4]** puts out the NFT collection you saw. How likely do you think that your answer is correct? (*Select one only*)
**[RANDOMIZE AS IS AND REVERSE; EXCLUSIVE]**
- ⊙ Just guessing
- ⊙ Somewhat likely correct
- ⊙ Very likely correct
- ⊙ Definitely correct

**[NEXT PAGE]**

Q7.   Do you believe whoever puts out the NFT collection you saw… (*Select one only. If you do not know the answer or are unsure, please select "Unsure / No opinion"*)
**[RANDOMIZE; EXCLUSIVE]**
- ⊙ Has a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
- ⊙ Does not have a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
- ⊙ Unsure / No opinion **[ANCHOR]**

**[IF "Has a business relationship with any other entity or entities." IS SELECTED, GO TO Q8, OTHERWISE GO TO QF1]**

**[NEXT PAGE]**

Q8.   What other entity or entities do you believe have a business relationship (e.g. affiliation, sponsorship, or other connection) with whoever puts out the NFT collection you saw? (*Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

|  |
|---|
|  |

**[OPEN-ENDED TEXT BOX, LIMITING TO 1000 CHARACTERS]**

**[REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS LESS THAN 4 CHARACTERS]**

- ❑ Don't know / Unsure **[EXCLUSIVE] [GO TO QF1]**

**[Q9 APPEARS BELOW Q8 AFTER RESPONDENTS CLICK THE CONTINUE BUTTON. DISPLAY Q8 WITH THE ANSWER TYPED BY RESPONDENTS BUT DO NOT ALLOW RESPONDENTS TO BE ABLE TO EDIT THEIR SELECTED ANSWER TO Q8.]**

**[NEXT PAGE]**

17

Highly Confidential
ATTORNEYS' EYES ONLY

Q9.   How likely do you think that your answer is correct? (*Select one only*)
   **[MATCH Q6 ORDER; EXCLUSIVE]**
   ⊙ Just guessing
   ⊙ Somewhat likely correct
   ⊙ Very likely correct
   ⊙ Definitely correct

**[NEXT PAGE]**

**Follow-Up Questions**

QF1.  Are you or are you not aware of any lawsuits related to NFTs? (*Select one only*)
   **[MATCH QS2 ORDER]**
   ⊙ Yes, I am aware of at least one lawsuit
   ⊙ No, I am not aware of any lawsuit
   ⊙ Don't know / Unsure

**[IF "Yes, I am aware of at least one lawsuit," IS SELECTED CONTINUE TO QF2. OTHERWISE GO TO QF3.]**

**[NEXT PAGE]**

QF2.  Briefly, in your own words, what is the lawsuit regarding NFTs about? (*Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure"*)

|  |
|--|

**[OPEN-ENDED TEXT BOX, LIMITING TO 1000 CHARACTERS]**

**[REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS LESS THAN 4 CHARACTERS]**

   ❏   Don't know / Unsure **[EXCLUSIVE]**

**[NEXT PAGE]**

QF3.  Please select which option best describes how you feel about the validation statement below. *(Select one only)*

*During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey.*
   ⊙ I have read and agree with the above validation statement
   ⊙ I do not agree with the above validation statement **[TERMINATE]**

**[GO TO PANEL THANK YOU PAGE]**

18

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX D.3a

# EVEREADY SURVEY SCREENSHOTS

# (TEST GROUP, DESKTOP)

1

## QS0

> 0%
>
> Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.
>
> It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.
>
> Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.
>
> Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.
>
> ☐ If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.
>
> Continue »
>
> Privacy Policy - Help

## QS1



> 0%
>
> ☐ I'm not a robot    reCAPTCHA
>                      Privacy - Terms
>
> Continue »
>
> Privacy Policy - Help

2

Highly Confidential
ATTORNEYS' EYES ONLY

## QS2

---

Please **login** to see additional testing features

Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?
*(Select one only)*

○ Yes, I do usually wear eyeglasses or contact lenses

○ No, I do not usually wear eyeglasses or contact lenses

○ Don't know / Unsure

3%

Continue »

Privacy Policy - Help

---

## QS3

---

Will you please wear your eyeglasses or contact lenses for the remainder of the survey?
*(Select one only)*

○ Yes, I will wear my eyeglasses or contact lenses

○ No, I will not wear my eyeglasses or contact lenses

○ Don't know / Unsure

6%

Continue »

Privacy Policy - Help

---

3

## QS4

|  | 9% |
| --- | --- |

Into which of the following categories does your age fall?
*(Select one only)*

○ 60 or older

○ 50 - 59

○ 40 - 49

○ 30 - 39

○ 18 - 29

○ Under 18

○ Prefer not to answer

Continue »

Privacy Policy - Help

## QS5

|  | 11% |
| --- | --- |

Are you…?
*(Select one only)*

○ Female

○ Male

○ Other

○ Prefer not to answer

Continue »

Privacy Policy - Help

4

QS6



QS7



5

Highly Confidential
ATTORNEYS' EYES ONLY

QS8

Have you or any member of your household ever worked for any of the following types of companies?
*(Select all that apply)*

☐ Market research or advertising agency

☐ Company in the blockchain industry

☐ Credit card company

☐ Restaurant

☐ Department store

☐ Government employee

☐ Manufacturer of mobile phones

☐ Real estate agency

☐ None of the above

Continue »

Privacy Policy - Help

6

Highly Confidential —
ATTORNEYS' EYES ONLY

QS9a

Which of the following activities, if any, did you participate in within the past year?
*(Select all that apply)*

☐ Applied for a new credit card (e.g., Visa, American Express)

☐ Enrolled in a government protection program (e.g., WPP, WITSEC)

☐ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Purchased collectibles (e.g., sneakers, wristwatch)

☐ Purchased a house (e.g., primary home, investment property)

☐ Ate dinner at a restaurant (e.g., Italian, Mexican)

☐ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)

☐ None of the above

26%

Continue »

Privacy Policy - Help

7

Highly Confidential
ATTORNEYS' EYES ONLY

## QS9b

Which of the following activities, if any, are you considering participating in within the next year?
*(Select all that apply)*

☐ Purchase a house (e.g., primary home, investment property)

☐ Purchase collectibles (e.g., sneakers, wristwatch)

☐ Apply for a new credit card (e.g., Visa, American Express)

☐ Upgrade a mobile phone (e.g., iPhone, Samsung, LG)

☐ Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Enroll in a government protection program (e.g., WPP, WITSEC)

☐ Eat dinner at a restaurant (e.g., Italian, Mexican)

☐ None of the above

29%

Continue »

Privacy Policy - Help

8

Highly Confidential
ATTORNEYS' EYES ONLY

## QS10

You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the <u>past year</u>?
*(Select all that apply)*

- [ ] Cardano (ADA)
- [ ] XRP (XRP)
- [ ] Dogecoin (DOGE)
- [ ] Tether (USDT)
- [ ] Ethereum (ETH)
- [ ] Polygon (MATIC)
- [ ] Bitcoin (BTC)
- [ ] Bluesteel (BSTL)
- [ ] Other
- [ ] None of the above

Continue »

Privacy Policy - Help

9

## QS11

| | 34% |
|---|---|

You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the past year?
*(Select all that apply)*

☐ Payment for a physical good (e.g., car or house)

☐ Conversion to cash (e.g., ETH for USD)

☐ Payment for a service (e.g., hotel or flight)

☐ Exchange for another cryptocurrency (e.g., ETH for BTC)

☐ NFT purchase (e.g., PFP or virtual land)

☐ None of the above

Continue »

Privacy Policy - Help

## QS12

| | 40% |
|---|---|

You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the next year?
*(Select all that apply)*

☐ Payment for a physical good (e.g., car or house)

☐ NFT purchase (e.g., PFP or virtual land)

☐ Transfer to a hardware wallet (e.g., Ledger or Trezor)

☐ Payment for a service (e.g., hotel or flight)

☐ Gift to someone else (e.g., friend or family member)

☐ None of the above

Continue »

Privacy Policy - Help

10

Highly Confidential
ATTORNEYS' EYES ONLY

## QS13

32%

You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the <u>past year</u>?

*(Select all that apply)*

☐ Sneakers

☐ Digital art

☐ Trading cards

☐ Action figures

☐ Flagpole toppers

☐ Wristwatches

☐ Other

☐ None of the above

Continue »

Privacy Policy - Help

11

## QS14



## Q0



12

Highly Confidential
ATTORNEYS' EYES ONLY

# Q1

44%

This survey is about shopping for NFTs online. Next you will see images that will take you through a purchasing process. Please maximize your browser for optimal viewing and review the images carefully. After, you will be asked to answer a few questions. The images will remain available to you while you answer questions.

Please do not use your browser's "Back" button.

If you do not know the answer to a question or if you don't have an opinion, simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Continue »

Privacy Policy - Help



Highly Confidential
ATTORNEYS' EYES ONLY

## Q1IMAGE1



Highly Confidential
ATTORNEYS' EYES ONLY

## Q1IMAGE2



Highly Confidential
ATTORNEYS' EYES ONLY

## Q1IMAGE3



Highly Confidential
ATTORNEYS' EYES ONLY

## Q2



## Q3



JTX-310, page 167 of 339

Highly Confidential –
ATTORNEYS' EYES ONLY

<u>Q4</u>



Highly Confidential –
ATTORNEYS' EYES ONLY

## Q5



To view the images again, click on the thumbnail images above.

19

Highly Confidential –
ATTORNEYS' EYES ONLY

Q6



*To view the images again, click on the thumbnail images above.*

20

# Q7

82%

Do you believe whoever puts out the NFT collection you saw…

*(Select one only. If you do not know the answer or are unsure, please select "Unsure / No opinion")*

- ◯ Has a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
- ◯ Does not have a business relationship (e.g. affiliation, sponsorship, or other connection) with any other entity or entities
- ◯ Unsure / No opinion

*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help



Highly Confidential
ATTORNEYS' EYES ONLY

## Q8

Highly Confidential
ATTORNEYS' EYES ONLY

## Q9



What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?

Test

How likely do you think that your answer is correct?
*(Select one only)*

○ Just guessing
○ Somewhat likely correct
○ Very likely correct
○ Definitely correct

*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

23

Highly Confidential –
ATTORNEYS' EYES ONLY

## QF1

Are you or are you not aware of any lawsuits related to NFTs?
*(Select one only)*

○ Yes, I am aware of at least one lawsuit

○ No, I am not aware of any lawsuit

○ Don't know / Unsure

Continue »

Privacy Policy - Help

## QF2

Briefly, in your own words, what is the lawsuit regarding NFTs about?
*(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

☐ Don't know / Unsure

Continue »

Privacy Policy - Help

24

Highly Confidential
ATTORNEYS' EYES ONLY

## QF3

                                                                                    97%

Please select which option best describes how you feel about the validation statement below.
*(Select one only)*

*During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey.*

○ I have read and agree with the above validation statement

○ I do not agree with the above validation statement

Continue »

Privacy Policy - Help

## Panel Thank You Page

Thank you for your participation and sharing your opinions with us! Your efforts are greatly appreciated. You may close your browser window now.

Privacy Policy - Help

25

Highly Confidential –
ATTORNEYS' EYES ONLY

# APPENDIX D.3b
# EVEREADY SURVEY SCREENSHOTS
# (CONTROL GROUP, MOBILE)

1

Highly Confidential
ATTORNEYS' EYES ONLY

Mobile Device Display Message

0%

**Please login to see additional testing features**

Please note that some questions may display better if you rotate your phone.



Continue »

Privacy Policy - Help

2

Highly Confidential
ATTORNEYS' EYES ONLY

## QS0

```
[                              ]  0%
```

Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.

Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.

☐ If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.

Continue »

Privacy Policy - Help

3

Highly Confidential
ATTORNEYS' EYES ONLY

## QS1

| | 0% |
|---|---|

I'm not a robot

reCAPTCHA
Privacy - Terms

Continue »

Privacy Policy - Help

4

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS2</u>

3%

**Please <u>login</u> to see additional testing features**

## Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?
*(Select one only)*

○ Yes, I do usually wear eyeglasses or contact lenses

○ No, I do not usually wear eyeglasses or contact lenses

○ Don't know / Unsure

Continue »

<u>Privacy Policy</u> - <u>Help</u>

5

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS3

6%

## Will you please wear your eyeglasses or contact lenses for the remainder of the survey?

*(Select one only)*

○ Yes, I will wear my eyeglasses or contact lenses

○ No, I will not wear my eyeglasses or contact lenses

○ Don't know / Unsure

Continue »

Privacy Policy - Help

6

Highly Confidential

ATTORNEYS' EYES ONLY

<u>QS4</u>

9%

## Into which of the following categories does your age fall?
*(Select one only)*

○ 60 or older

○ 50 - 59

○ 40 - 49

○ 30 - 39

○ 18 - 29

○ Under 18

○ Prefer not to answer

Continue »

<u>Privacy Policy</u> - <u>Help</u>

7

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS5</u>

11%

## Are you…?
*(Select one only)*

◯ Female

◯ Male

◯ Other

◯ Prefer not to answer

Continue »

<u>Privacy Policy</u> - <u>Help</u>

8

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS6</u>



14%

In which state do you live?
*(Select one only)*

Select one...   ⌄

☐ Prefer not to answer

☐ Don't know / Unsure

Continue »

<u>Privacy Policy</u> - <u>Help</u>

9

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS7</u>

17%

## For quality control purposes, please select "Second" from the list below.

*(Select one only)*

◯ Fourth

◯ Third

◯ Second

◯ First

◯ None of the above

[ Continue » ]

<u>Privacy Policy</u> - <u>Help</u>

10

Highly Confidential
ATTORNEYS' EYES ONLY

QS8

20%

## Have you or any member of your household ever worked for any of the following types of companies?
*(Select all that apply)*

☐ Department store

☐ Company in the blockchain industry

☐ Real estate agency

☐ Manufacturer of mobile phones

☐ Restaurant

☐ Government employee

☐ Market research or advertising agency

☐ Credit card company

☐ None of the above

Continue »

Privacy Policy - Help

11

Highly Confidential
ATTORNEYS' EYES ONLY

## QS9a

26%

### Which of the following activities, if any, did you participate in within the past year?

*(Select all that apply)*

☐ Purchased a house (e.g., primary home, investment property)

☐ Ate dinner at a restaurant (e.g., Italian, Mexican)

☐ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)

☐ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Enrolled in a government protection program (e.g., WPP, WITSEC)

☐ Purchased collectibles (e.g., sneakers, wristwatch)

☐ Applied for a new credit card (e.g., Visa, American Express)

☐ None of the above

Continue »

Privacy Policy - Help

12

Highly Confidential
ATTORNEYS' EYES ONLY

QS9b

29%

## Which of the following activities, if any, are you considering participating in within the next year?
*(Select all that apply)*

☐ Purchase a house (e.g., primary home, investment property)

☐ Eat dinner at a restaurant (e.g., Italian, Mexican)

☐ Purchase collectibles (e.g., sneakers, wristwatch)

☐ Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Apply for a new credit card (e.g., Visa, American Express)

☐ Enroll in a government protection program (e.g., WPP, WITSEC)

☐ Upgrade a mobile phone (e.g., iPhone, Samsung, LG)

☐ None of the above

Continue »

Privacy Policy - Help

13

Highly Confidential
ATTORNEYS' EYES ONLY

## QS10

████████░░░░░░░░░░░░░  32%

You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the <u>past year</u>?

*(Select all that apply)*

☐ Cardano (ADA)

☐ Polygon (MATIC)

☐ Bluesteel (BSTL)

☐ Bitcoin (BTC)

☐ Dogecoin (DOGE)

☐ Tether (USDT)

☐ Ethereum (ETH)

☐ XRP (XRP)

☐ Other

☐ None of the above

**Continue »**

Privacy Policy - Help

14

Highly Confidential
ATTORNEYS' EYES ONLY

## QS11

34%

You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the <u>past year</u>?

*(Select all that apply)*

☐ Payment for a service (e.g., hotel or flight)

☐ Conversion to cash (e.g., ETH for USD)

☐ NFT purchase (e.g., PFP or virtual land)

☐ Exchange for another cryptocurrency (e.g., ETH for BTC)

☐ Payment for a physical good (e.g., car or house)

☐ None of the above

Continue »

<u>Privacy Policy</u> - <u>Help</u>

15

Highly Confidential
ATTORNEYS' EYES ONLY

## QS12

40%

You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the <u>next year</u>?
*(Select all that apply)*

☐ Payment for a physical good (e.g., car or house)

☐ Transfer to a hardware wallet (e.g., Ledger or Trezor)

☐ NFT purchase (e.g., PFP or virtual land)

☐ Gift to someone else (e.g., friend or family member)

☐ Payment for a service (e.g., hotel or flight)

☐ None of the above

Continue »

<u>Privacy Policy</u> - <u>Help</u>

16

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS13

[===========                                    ] 32%

You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the past year?

*(Select all that apply)*

☐ Action figures

☐ Sneakers

☐ Flagpole toppers

☐ Wristwatches

☐ Trading cards

☐ Digital art

☐ Other

☐ None of the above

**Continue »**

Privacy Policy - Help

17

Highly Confidential
ATTORNEYS' EYES ONLY

## QS14

36%

You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the <u>next year</u>?
*(Select all that apply)*

☐ Action figures

☐ Sneakers

☐ Flagpole toppers

☐ Wristwatches

☐ Trading cards

☐ Digital art

☐ Other

☐ None of the above

Continue »

<u>Privacy Policy</u> - <u>Help</u>

18

Highly Confidential
ATTORNEYS' EYES ONLY

## Q0



37%

Based on your answers to the previous questions, you have qualified for this survey.

Continue »

Privacy Policy - Help

Highly Confidential
ATTORNEYS' EYES ONLY

## Q1

**44%**

This survey is about shopping for NFTs online. Next you will see images that will take you through a purchasing process. Please review the images carefully. After, you will be asked to answer a few questions. The images will remain available to you while you answer questions.

Please do not use your browser's "Back" button.

If you do not know the answer to a question or if you don't have an opinion, simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Continue »

Privacy Policy - Help

20

Highly Confidential –
ATTORNEYS' EYES ONLY

# Q1IMAGE1

47%

Imagine you are looking to purchase an NFT from the collection below.
*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*

To enlarge, click on the image.

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q1IMAGE1 – Continued







22

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q1IMAGE1 – Continued



Highly Confidential
ATTORNEYS' EYES ONLY

## Q1IMAGE2

50%

Then, you decide on this NFT.
*Please wait for the image to load and
scroll down to view the entire image. The
continue button can be found at the
bottom of the page.*

*To enlarge, click on the image.*



# #1956

**Minted on May 25, 2022** ↗

24

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q1IMAGE2 – Continued



25

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q1IMAGE2 – Continued



Continue »

Privacy Policy - Help

26

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q1IMAGE3

52%

You decide to click "view on Etherscan" to see more details, before finishing your purchase.
*Please wait for the image to load and scroll down to view the entire image. The continue button can be found at the bottom of the page.*

*To enlarge, click on the image.*



27

Highly Confidential –
ATTORNEYS' EYES ONLY

# Q1IMAGE3 – Continued

Chat with Owner

Min. Price
N/A
Last Sale (Item)
N/A

Last Sale (Contract)
N/A

**Details**

| | |
|---|---|
| Owner: | 0x9d8fef7b595c9f1ea3… |
| Contract Address: | 0x2ee6af0dff3a1ce3f… |
| Creator: | *ryder-ripps.eth |
| Token ID: | 3319 |
| Token Standard: | ERC-721 |
| Marketplaces: | |

**Item Activity**

A total of 3 records found

First < Page 1 of 1 > Last

| | Txn Hash | Age |
|---|---|---|
| | 0xdcd2fb9c27d271bc2d1… | 12 hrs |
| | 0xd1d4997fa3b6252810… | 27 days 9 hrs |
| | 0x5157c5b4a35011c125… | 27 days 9 hrs |

Show 25 Records

First < Page 1 of 1 > Last

The NFT page displays details such as properties and trading history for a specific token ID in an NFT contract. Learn more about this page in our Knowledge Base.

Powered by Ethereum



Highly Confidential
ATTORNEYS' EYES ONLY

## Q1IMAGE3 – Continued



JTX-310, page 204 of 339

Highly Confidential
ATTORNEYS' EYES ONLY

## Q2



55%

Please answer the following questions
based on the images you just viewed.



Continue »

Privacy Policy - Help

30

Highly Confidential
ATTORNEYS' EYES ONLY

## Q3

58%

Were you or were you not able to see the
webpages in the previous screens
clearly?
*(Select one only)*

○ No, I was <u>not</u> able to see the webpages in
the previous screens clearly.

○ Yes, I was able to see the webpages in the
previous screens clearly.

○ Don't know/Unsure



31

Highly Confidential
ATTORNEYS' EYES ONLY

## Q3 – Continued



32

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q3 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

33

Highly Confidential –
ATTORNEYS' EYES ONLY

<u>Q4</u>

64%

Who or what entity do you believe puts
out the NFT collection you saw?

*(Please type in your response. If you do not know
the answer or are unsure, please select "Don't
know / Unsure")*

☐ Don't know / Unsure



34

Highly Confidential
ATTORNEYS' EYES ONLY

## Q4 – Continued



35

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q4 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

36

<u>Q5</u>

70%

In the previous question, you said you believe **Test** puts out the NFT collection you saw. Why do you say that?
*(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

☐ Don't know / Unsure



37

Highly Confidential
ATTORNEYS' EYES ONLY

## Q5 – Continued



Highly Confidential
ATTORNEYS' EYES ONLY

## Q5 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

39

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q6

76%

In a previous question, you said you believe **Test** puts out the NFT collection you saw. How likely do you think that your answer is correct?
*(Select one only)*

○ Definitely correct

○ Very likely correct

○ Somewhat likely correct

○ Just guessing



40

Highly Confidential
ATTORNEYS' EYES ONLY

## Q6 – Continued



41

Highly Confidential
ATTORNEYS' EYES ONLY

## Q6 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

42

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q7

82%

Do you believe whoever puts out the NFT
collection you saw…

*(Select one only. If you do not know the answer or
are unsure, please select "Unsure / No opinion")*

○ Has a business relationship (e.g. affiliation,
sponsorship, or other connection) with any
other entity or entities

○ Does not have a business relationship (e.g.
affiliation, sponsorship, or other
connection) with any other entity or entities

○ Unsure / No opinion



43

Highly Confidential
ATTORNEYS' EYES ONLY

## Q7 – Continued



44

## Q7 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

45

Highly Confidential
ATTORNEYS' EYES ONLY

## Q8

88%

What other entity or entities do you believe have a business relationship (e.g. affiliation, sponsorship, or other connection) with whoever puts out the NFT collection you saw?

*(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure)*

☐ Don't know / Unsure



46

## Q8 – Continued



47

## Q8 – Continued



*To view the images again, click on the thumbnail
images above.*

Continue »

Privacy Policy - Help

48

Highly Confidential
ATTORNEYS' EYES ONLY

## Q9



88%

What other entity or entities do you
believe have a business relationship with
whoever puts out the NFT collection you
saw?

Test

How likely do you think that your answer
is correct?
*(Select one only)*

○ Definitely correct

○ Very likely correct

○ Somewhat likely correct

○ Just guessing



49

Highly Confidential

ATTORNEYS' EYES ONLY

## Q9 – Continued



Highly Confidential
ATTORNEYS' EYES ONLY

## Q9 – Continued



*To view the images again, click on the thumbnail images above.*

Continue »

Privacy Policy - Help

51

Highly Confidential –
ATTORNEYS' EYES ONLY

## QF1



93%

Are you or are you not aware of any lawsuits related to NFTs?

*(Select one only)*

◯ Yes, I am aware of at least one lawsuit

◯ No, I am not aware of any lawsuit

◯ Don't know / Unsure

Continue »

Privacy Policy - Help

52

Highly Confidential –
ATTORNEYS' EYES ONLY



### QF2

**95%**

Briefly, in your own words, what is the
lawsuit regarding NFTs about?

*(Please type in your response. If you do not know
the answer or are unsure, please select "Don't
know / Unsure")*

☐ Don't know / Unsure

Continue »

Privacy Policy - Help

53

Highly Confidential
ATTORNEYS' EYES ONLY

## QF3

97%

Please select which option best
describes how you feel about the
validation statement below.
*(Select one only)*

*During this session I have recorded a
truthful and complete account of my
answers to this survey. I have not looked
up any information online, discussed the
questions with anyone else, or consulted
any other sources about the survey.*

○ I have read and agree with the above
validation statement

○ I do not agree with the above validation
statement

Continue »

Privacy Policy - Help

54

Highly Confidential
ATTORNEYS' EYES ONLY

<u>Panel Thank You Page</u>

Thank you for your participation and sharing
your opinions with us! Your efforts are greatly
appreciated. You may close your browser
window now.

<u>Privacy Policy</u> - <u>Help</u>

55

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX D.4

# EVEREADY BLIND CODING INSTRUCTIONS

1

Highly Confidential –
ATTORNEYS' EYES ONLY

Thank you for agreeing to participate in the independent coding of survey responses. This document will provide guidance about the coding exercise you are being asked to conduct. You may be asked to conduct additional review of other survey questions in the future.

**Survey Overview**

1) You are being asked to be one of two coders for an online survey conducted for market research. In this study, respondents were shown a purchasing flow and subsequently asked a series of closed-ended and open-ended questions. Your role is to carefully review and characterize their open-ended responses.

2) Each respondent was assigned to one of two groups and was shown an NFT image depending on their group designation.

3) Respondents were then asked a series of questions about their understanding of who puts out the product, and who they think whoever puts out the product has a business relationship with and why.

4) You are initially being asked to code open-ended answers for 4 questions:

    a. **Question 4**

        i. Who or what entity do you believe puts out the NFT collection you saw?

    b. **Question 5**

        i. In the previous question, you said you believe [[answer from Q4]] puts out the NFT collection you saw. Why do you say that?

    c. **Question 8**

        i. What other entity or entities do you believe have a business relationship (e.g., affiliation, sponsorship, or other connection) with whoever puts out the NFT collection you saw?

**Instructions**

1) You will be responsible for categorizing the open-ended answers that respondents provided to the four survey questions above. The following pages contain coding instructions.

2) You will be given a spreadsheet with separate tabs for each of the seven questions listed above. Each tab will include the open-ended answers for the relevant questions and space for you to categorize the responses.

2

3) Your job is to categorize each open-ended answer into the categories we have developed and provided to you. Please follow the steps explained below to develop/code categories.

## Coding of Answers

1) Coders will independently review the open-ended answers to each question and assign responses to one of the defined categories.
2) Please use your best judgment to assign each open-ended answer to a category. To assign an answer to a category, please assign the value of "1" to that category and a value of "0" in all other categories. Please assign each answer to only one category and do not leave any answer/category blank.
   a. Please assign open-ended answers based on the order of priority listed below under "Categories." (i.e., if Bored Ape Yacht Club and Ethereum are both mentioned in the response, please assign a value of "1" to the Bored Ape Yacht Club category and a value of "0" in all other categories).
3) Responses should be placed in the category or categories that best fit.
4) Do not rush – take your time. Please read the question and answer twice before deciding on a code.
5) Responses may include words that are misspelled. For example, a respondent might type "New Yark" when they meant "New York." Coders are to use their best judgment of what the respondent intended to write when typing their answer.
6) Coders are to use their own judgment – do NOT consult with anyone else. This is very important.
7) After both coders have categorized the responses using the finalized list of categories, they will meet to resolve any differences in coding. In the case of disagreement, please jointly recode the response.

## Categories

*Q4 / Q8: Who or what entity do you believe puts out the NFT collection you saw? / What other entity or entities do you believe have a business relationship with whoever puts out the NFT collection you saw?*

3

Highly Confidential
ATTORNEYS' EYES ONLY

1. Bored Ape Yacht Club (including BAYC, Bored Ape, Yuga Labs, Mutant Ape Yacht Club, etc.)
2. Ryder Ripps (including @ryderripps, ryder, ripps, etc.)
3. Chill Gorilla Boat Crew (including Chill Gorilla, CGBC, etc.)
4. Ethereum or Etherscan (including Etherwallet, Ether, etc.)
5. Other
6. Unrelated (junk, gibberish, not answering the question)
7. Don't know/Not sure

*Q5: In the previous question, you said you believe [XX] puts out the NFT collection you saw. Why do you say that?*

1. Stated on Webpage (including URL, title of the collection, author information, etc.)
2. Artwork shown on Webpage (references pictures of apes or famous NFTs, etc.)
3. Other reasons
4. Unrelated (junk, gibberish, not answering the question)
5. Don't know/Not sure

4

Highly Confidential –
ATTORNEYS' EYES ONLY

# APPENDIX E.1
# SQUIRT SURVEY STIMULI

1

Highly Confidential
ATTORNEYS' EYES ONLY

# Test Group Images

2





3

1
OpenSea
Discover, collect, and sell extraordinary NFTs
OpenSea is the world's first and largest NFT marketplace
Explore
Create
3
Peripheral Illusion
Learn more about OpenSea
Explore
Notable Drops
4
Cryptoverse
2
Top collections over last 24 hours
Go to Rankings

6
Trending in all categories
Create and sell your NFTs
Set up your wallet
Create your collection
Add your NFTs
List them for sale
Browse by category
Art
Collectibles
Domain Names
Music

7
Photography
Sports
Trading Cards
Utility
Virtual Worlds
Meet OpenSea
The NFT marketplace with everything for everyone
Explore the marketplace
Stay in the loop
Sign up
Join the community

OpenSea
Marketplace
My Account
Stats
Resources
Company

Highly Confidential –
ATTORNEYS' EYES ONLY

**Notes:**
[A] Template for Opensea.io homepage was obtained from the June 20, 2022
version of the webpage via the Wayback Machine.
[B] Images and relative rankings of NFT collections, along with information on
floor price, total volume of cryptocurrency included within a collection, and
change in volume over the past 24 hours, were obtained from a tweet containing a
screenshot from user @Pauly0x, dated June 20, 2022.

**Sources:**
[1] "Discover, collect, and sell extraordinary NFTs", *OpenSea*, June 20, 2022,
available at https://web.archive.org/web/20220620010931/https://opensea.io/.
[2] "Tweet from @Pauly0x", Twitter, June 20, 2022, available at
https://twitter.com/Pauly0x/status/1539086806167298048;
YUGALABS_00015425.
[3] The logo from the "WorldofWomen" NFT collection is sourced from
"WorldofWomen", OpenSea, available at https://opensea.io/collection/world-of-
women-nft.
[4] The mobile template for the Notable Drops section is sourced from "Tweet
from @MetaArtClub", *Twitter*, May 7, 2022, available at
https://twitter.com/MetaArtClub/status/1522879825345941504.
[5] The collections and images in the Trending in all categories section are sourced
from "Tweet from @seymourpheus", Twitter, June 20, 2022, available at
https://twitter.com/seymourpheus/status/1538769836532060160?s=46&t=jzY9Nsg
5Rjs6JxOcBL0HrQ.
[6] The mobile template for the Trending in all categories section is sourced from
"Tweet from @Barren_Wuffet_", *Twitter*, June 16, 2022, available at
https://twitter.com/Barren_Wuffet_/status/1537395507231866881?cxt=HHwWgo
Cy_a_E9tUqAAAA.
[6] The imagery from the Browse by category section is sourced from "OpenSea:
The Reasonable Revolutionary", *The Generalist*, October 10, 2021, available at
https://www.generalist.com/briefing/opensea.
[7] The imagery from the Photography category is sourced from "Explore
Photography", *OpenSea*, June 10, 2022, available at
https://web.archive.org/web/20220610034533/https://opensea.io/category/photogra
phy-category.

5

1
Top collections over last 24 hours
2
1 CryptoPunks Floor price: – -57.29% 2,908.63
2 RR/BAYC Floor price: 1.1 +19830.61% 1,684.67
3 Bored Ape Yacht Cl... Floor price: 91.99 -10.33% 1,681.58
4 Art Blocks Curated Floor price: – +108.07% 943.15
5 Otherdeed for Other.. Floor price: 2.4 -7.49% 706.84
6 CLONE X - X TAKASH... Floor price: 10.8 +163.91% 695.38
7 Primates Floor price: 23 -41.29% 20,482.39
8 Udder Chaos Floor price: 3.99 – 17,774.61
9 Mutant Ape Yacht Club Floor price: 18.27 -19.87% 513.8
10 Chromie Squiggle b... Floor price: 8.97 +308.49% 512.13
11 Azuki Floor price: 11 +89.22% 404.74
12 CryptoPunks V1 (wr... Floor price: 9 -2.03% 400.57
13 Doodles Floor price: 13.48 +76.99% 386.75
14 Yeah Tigers Floor price: 3 -68.87% 9,979.38
15 Okay Bears Floor price: 115 +89.12% 9,462.61



1

**Top collections over last 24 hours**

2

| Rank | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/BAYC | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |

Highly Confidential
ATTORNEYS' EYES ONLY

**Notes:**

[A] Template for OpenSea Top collections over last 24 hours page was obtained
from the June 20, 2022 version of the webpage via the Wayback Machine.

[B] Images and relative rankings of NFT collections, along with information on
floor price, total volume of cryptocurrency included within a collection, and
change in volume over the past 24 hours, were obtained from a tweet containing a
screenshot from user @Pauly0x, dated June 20, 2022.

**Sources:**

[1] "Discover, collect, and sell extraordinary NFTs", *OpenSea*, June 20, 2022,
available at https://web.archive.org/web/20220620010931/https://opensea.io/.

[2] "Tweet from @Pauly0x", *Twitter*, June 20, 2022, available at
https://twitter.com/Pauly0x/status/1539086806167298048;
YUGALABS_00015425.

8

Highly Confidential –
ATTORNEYS' EYES ONLY

# Control Group Images

9





10

OpenSea
Discover, collect, and sell extraordinary NFTs
OpenSea is the world's first and largest NFT marketplace
Explore
Create
Peripheral Illusion
WorldofWomen
Learn more about OpenSea
Solana is in beta on OpenSea
Explore
Notable Drops
Live
Cryptoverse
Top collections over last 24 hours
1
CryptoPunks
RR/CGBC
Bored Ape Yacht Cl...
Art Blocks Curated
Otherdeed for Other...
CLONE X - X TAKASH...
Primates
Udder Chaos
Mutant Ape Yacht Club
Chromie Squiggle b...
Azuki
CryptoPunks V1 (wr...
Doodles
Yeah Tigers
Okay Bears
Go to Rankings

Trending in all categories
Screens by Thomas Lin...
Screens by Thomas Lin Pedersen - Art Blocks Curated
Create and sell your NFTs
Set up your wallet
Once you've set up your wallet of choice, connect it to OpenSea by clicking the wallet icon in the top right corner. Learn about the wallets we support.
Create your collection
Click My Collections and set up your collection. Add social links, a description, profile & banner images, and set a secondary sales fee.
Add your NFTs
Upload your work (image, video, audio, or 3D art), add a title and description, and customize your NFTs with properties, stats, and unlockable content.
List them for sale
Choose between auctions, fixed-price listings, and declining-price listings. You choose how you want to sell your NFTs, and we help you sell them!
Browse by category
Art
Collectibles
Domain Names
Music

Photography
Sports
Trading Cards
Utility
Virtual Worlds
Meet OpenSea
The NFT marketplace with everything for everyone
Meet OpenSea
Watch on YouTube
Explore the marketplace
andreessen horowitz
Paradigm
Y Combinator
COATUE
FOUNDERS FUND
BLOCKCHAIN CAPITAL
Stay in the loop
Join our mailing list to stay in the loop with our newest feature releases, NFT drops, and tips and tricks for navigating OpenSea.
Your email address
Sign up
Join the community

OpenSea
The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.
Marketplace
All NFTs
Solana NFTs
Art
Collectibles
Domain Names
Music
Photography
Sports
Trading Cards
Utility
Virtual Worlds
My Account
Profile
Favorites
Watchlist
My Collections
Settings
Stats
Rankings
Activity
Resources
Help Center
Platform Status
Partners
Gas-Free Marketplace
Taxes
Blog
Docs
Newsletter
Company
About
Careers
Ventures
Grants
© 2018 - 2022 Ozone Networks, Inc
Privacy Policy
Terms of Service

Highly Confidential –
ATTORNEYS' EYES ONLY

**Notes:**

[A] The control version of the Opensea home page is exactly the same in all respects to the test version, but for the following. The control version of the stimulus replaced the distorted BA YC Bored Ape Yacht Club Logo with Ripps' own character logo. Furthermore, the collection name was modified to read RR/CGBC rather than RR/BAYC.

[B] Template for Opensea.io homepage was obtained from the June 20, 2022 version of the webpage via the Wayback Machine.

[C] Images and relative rankings of NFT collections, along with information on floor price, total volume of cryptocurrency included within a collection, and change in volume over the past 24 hours, were obtained from a tweet containing a screenshot from user @Pauly0x, dated June 20, 2022.

**Sources:**

[1] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at
https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps

12

Top collections over last 24 hours

| # | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/CGBC (1) | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |



Highly Confidential
ATTORNEYS' EYES ONLY

Top collections over last 24 hours

| Rank | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/CGBC | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |

Highly Confidential –
ATTORNEYS' EYES ONLY

**Notes:**

[A] The control version of Opensea Top collections over last 24 hours page is exactly the same in all respects to the test version, but for the following. The control version of the stimulus replaced the distorted BA YC Bored Ape Yacht Club Logo with with Ripps' own character logo. Furthermore, the collection name was modified to read RR/CGBC rather than RR/BAYC.

[B] Template for OpenSea Top collections over last 24 hours page was obtained from the June 20, 2022 version of the webpage via the Wayback Machine.

[C] Images and relative rankings of NFT collections, along with information on floor price, total volume of cryptocurrency included within a collection, and change in volume over the past 24 hours, were obtained from a tweet containing a screenshot from user @Pauly0x, dated June 20, 2022.

**Sources:**

[1] Ripps' own character logo obtained from "@ryder_ripps Foundation Page," *Foundation*, January 20, 2022, available at https://web.archive.org/web/20220120051600/https://foundation.app/@ryder_ripps

15

Highly Confidential –
ATTORNEYS' EYES ONLY

# APPENDIX E.2
# SQUIRT SURVEY SCRIPT

1

<div align="center">

**NFT OS Survey Instrument**
**Programmer Instructions**

</div>

**[NATIONAL 18+ SAMPLE; INBOUND SAMPLE MATCHED ON AGE/GENDER/REGION TO CENSUS]**

**[TARGET [500] COMPLETES, WITH 250 PER GROUP (TEST, CONTROL). NO MORE THAN 200 COMPLETES QUALIFED THROUGH QS13 OR QS14, WITH 100 PER GROUP (TEST, CONTROL)]**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ALL QUESTIONS]**

**Introduction and Screening**

**[NO SURVEY TITLE AND NO QUESTION NUMBER TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[PANEL MEMBERS SHOULD BE MATCHED TO THE CENSUS ON AGE, GENDER, AND REGION. THAT IS, THE SCREENER SHOULD BE APPLIED TO A SAMPLE REPRESENTATIVE OF THE GENERAL POPULATION IN THE UNITED STATES SO THAT THE FINAL SAMPLE IS REPRESENTATIVE OF THE TARGET POPULATION FOR THE SURVEY (BASED ON ACTUAL QUALIFICATION)]**

QS0.   Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

Your answers will be kept in strict confidence and the results of this study will not be used to try

<div align="center">

2

</div>

to sell you anything.

Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.

If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.

**[TEXT FOR TERMINATES: "Thank you for your interest in our study. We are no longer looking for people who match your characteristics. We appreciate your time."]**

**[NEXT PAGE]**

QS1.   Captcha

**[INSERT CAPTCHA]**

**[NEXT PAGE]**

QS2.   Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen? *(Select one only)*
**[RANDOMIZE; EXCLUSIVE]**
- ⊙ Yes, I do usually wear eyeglasses or contact lenses
- ⊙ No, I do not usually wear eyeglasses or contact lenses
- ⊙ Don't know / Unsure **[TERMINATE; ANCHOR]**

**[IF "Yes, I do usually wear eyeglasses or contact lenses," IS SELECTED CONTINUE TO QS3. IF "No, I do not usually wear eyeglasses or contact lenses," IS SELECTED SKIP TO QS4.]**

**[KEEP ORDER OF "YES" AND "NO" OPTIONS THE SAME FOR THE REMAINDER OF THE SURVEY]**

**[NEXT PAGE]**

QS3.   Will you please wear your eyeglasses or contact lenses for the remainder of the survey? *(Select one only)*
**[MATCH QS2 ORDER]**
- ⊙ Yes, I will wear my eyeglasses or contact lenses
- ⊙ No, I will not wear my eyeglasses or contact lenses **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**[NEXT PAGE]**

3

QS4.    Into which of the following categories does your age fall? (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙  Under 18 **[TERMINATE]**
- ⊙  18 - 29
- ⊙  30 - 39
- ⊙  40 - 49
- ⊙  50 - 59
- ⊙  60 or older
- ⊙  Prefer not to answer **[ANCHOR; TERMINATE]**

**[TERMINATE IF AGE DOES NOT MATCH THE CATEGORY PASSED BY PANEL
PROVIDER]**

**[NEXT PAGE]**

QS5.    Are you…? (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙  Male
- ⊙  Female
- ⊙  Other **[ANCHOR]**
- ⊙  Prefer not to answer **[ANCHOR; TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL
PROVIDER ONLY IF "MALE" OR "FEMALE" IS SELECTED]**

**[NEXT PAGE]**

QS6.    In which state do you live? (*Select one only*)
**[DROP DOWN MENU OF 50 STATES + DISTRICT OF COLUMBIA; HIDDEN VARIABLE
FOR REGION; DETERMINE US CENSUS REGION BASED ON STATE SELECTED. ADD
"PREFER NOT TO ANSWER" AND "DON'T KNOW/UNSURE" OPTIONS BELOW DROP
DOWN MENU]**
- ⊙  Prefer not to answer **[ANCHOR; TERMINATE]**
- ⊙  Don't know / Unsure **[ANCHOR; TERMINATE]**

**[NEXT PAGE]**

4

Highly Confidential
ATTORNEYS' EYES ONLY

QS7. For quality control purposes, please select "Second" from the list below. (*Select one only*)
**[RANDOMIZE ORDER AS IS AND REVERSE]**
- ⊙ First
- ⊙ Second
- ⊙ Third
- ⊙ Fourth
- ⊙ None of the above **[ANCHOR]**
**[TERMINATE IF "SECOND" IS NOT SELECTED]**

**[NEXT PAGE]**

QS8.   Have you or any member of your household ever worked for any of the following types of companies? (*Select all that apply*)
**[RANDOMIZE LIST]**
- ❑ Real estate agency
- ❑ Department store
- ❑ Manufacturer of mobile phones
- ❑ Restaurant
- ❑ Credit card company
- ❑ Government employee
- ❑ Company in the blockchain industry **[TERMINATE]**
- ❑ Market research or advertising agency **[TERMINATE]**
- ❑ None of the above **[ANCHOR LAST; EXCLUSIVE]**

**[NEXT PAGE]**

QS9a.   Which of the following activities, if any, did you participate in within the <u>past year</u>? (*Select all that apply*)
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❑ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)
- ❑ Purchased collectibles (e.g., sneakers, wristwatch)
- ❑ Purchased a house (e.g., primary home, investment property)
- ❑ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)
- ❑ Ate dinner at a restaurant (e.g., Italian, Mexican)
- ❑ Applied for a new credit card (e.g., Visa, American Express)
- ❑ Enrolled in a government protection program (e.g., WPP, WITSEC) **[TERMINATE]**
- ❑ None of the above **[EXCLUSIVE, ANCHOR]**

**[NEXT PAGE]**

5

QS9b.   Which of the following activities, if any, are you considering participating in within the <u>next year</u>? *(Select all that apply)*

**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**

- ❐   Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)
- ❐   Purchase collectibles (e.g., sneakers, wristwatch)
- ❐   Purchase a house (e.g., primary home, investment property)
- ❐   Upgrade a mobile phone (e.g., iPhone, Samsung, LG)
- ❐   Eat dinner at a restaurant (e.g., Italian, Mexican)
- ❐   Apply for a new credit card (e.g., Visa, American Express)
- ❐   Enroll in a government protection program (e.g., WPP, WITSEC) **[TERMINATE]**
- ❐   None of the above **[EXCLUSIVE, ANCHOR]**

**[IF RESPONDENT SELECTED "Purchased Cryptocurrency", IN QS9a CONTINUE. IF NOT, BUT RESPONDENT SELECTED "Purchase Cryptocurrency" IN QS9b SKIP TO QS12.**
**IF RESPONDENT DID NOT SELECT THE CRYPTOCURRENCY ANSWER IN EITHER QS9a or QS9b, BUT SELECTED "Purchased Collectibles" in QS9a, SKIP TO QS13. IF NOT, BUT RESPONDENT SELECTED "Purchased Collectibles" in QS9b, SKIP TO QS14.**
**OTHERWISE TERMINATE]**

**[NEXT PAGE]**

QS10.   You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the <u>past year</u>? *(Select all that apply)*

**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**

- ❐   Ethereum (ETH)
- ❐   Bitcoin (BTC)
- ❐   XRP (XRP)
- ❐   Tether (USDT)
- ❐   Dogecoin (DOGE)
- ❐   Cardano (ADA)
- ❐   Polygon (MATIC)
- ❐   Bluesteel (BSTL) **[TERMINATE]**
- ❐   Other
- ❐   None of the above **[EXCLUSIVE, ANCHOR]**

**[IF "Ethereum" SELECTED, CONTINUE. IF "Ethereum" NOT SELECTED BUT RESPONDENT SELECTED "Purchase Cryptocurrency", IN QS9b SKIP TO QS12.**
**OTHERWISE TERMINATE]**

**[NEXT PAGE]**

6

QS11.    You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the <u>past year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
   ❒   NFT purchase (e.g., PFP or virtual land)
   ❒   Exchange for another cryptocurrency (e.g., ETH for BTC)
   ❒   Conversion to cash (e.g., ETH for USD)
   ❒   Payment for a service (e.g., hotel or flight)
   ❒   Payment for a physical good (e.g., car or house)
   ❒   None of the above **[EXCLUSIVE, ANCHOR]**


**[IF RESPONDENT SELECTS "NFT purchase" SKIP TO MAIN QUESTIONNAIRE. IF "NFT purchase" NOT SELECTED BUT RESPONDENT SELECTED "Purchase Cryptocurrency", IN QS9b CONTINUE TO QS12. OTHERWISE TERMINATE]**


**[NEXT PAGE]**


QS12.    You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the <u>next year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
   ❒   NFT purchase (e.g., PFP or virtual land)
   ❒   Transfer to a hardware wallet (e.g., Ledger or Trezor)
   ❒   Gift to someone else (e.g., friend or family member)
   ❒   Payment for a service (e.g., hotel or flight)
   ❒   Payment for a physical good (e.g., car or house)
   ❒   None of the above **[EXCLUSIVE, ANCHOR]**


**[IF RESPONDENT SELECTS "NFT purchase" SKIP TO MAIN QUESTIONNAIRE. OTHERWISE TERMINATE]**


**[NEXT PAGE]**


7

QS13.   You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the <u>past year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❏   Digital art
- ❏   Sneakers
- ❏   Trading cards
- ❏   Action figures
- ❏   Wristwatches
- ❏   Flagpole toppers **[TERMINATE]**
- ❏   Other
- ❏   None of the above **[EXCLUSIVE, ANCHOR]**

**[IF RESPONDENT SELECTS "Digital Art" SKIP TO MAIN QUESTIONNAIRE. IF "Digital art" NOT SELECTED BUT RESPONDENT SELECTED "Purchase Collectibles", IN QS9b CONTINUE TO QS14. OTHERWISE TERMINATE]**

**[NEXT PAGE]**

QS14.   You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the <u>next year</u>? *(Select all that apply)*
**[RANDOMIZE LIST; KEEP "NONE OF THE ABOVE" LAST]**
- ❏   Digital art
- ❏   Sneakers
- ❏   Trading cards
- ❏   Action figures
- ❏   Wristwatches
- ❏   Flagpole toppers **[TERMINATE]**
- ❏   Other
- ❏   None of the above **[EXCLUSIVE, ANCHOR]**

**[IF RESPONDENT SELECTS "Digital Art" CONTINUE. OTHERWISE TERMINATE]**

**[NEXT PAGE]**

**Main Questionnaire**

**[RANDOMLY ASSIGN QUALIFIED RESPONDENTS TO ONE OF THE TWO EXPERIMENTAL CONDITIONS: "ORIGINAL" OR "AMENDED." BOTH CONDITIONS WILL PRESENT OPENSEA MAIN PAGE AND THEN NFT COLLECTIONS ARRAY]**

**[OPENSEA MAIN PAGE WILL BE SHOWN FOR AT LEAST 15 SECONDS BEFORE NAVIGATING TO THE NEXT PAGE. MAKE THE CONTINUE BUTTON INACTIVE FOR 15 SECONDS. WHILE THE CONTINUE BUTTON IS INACTIVE, SHOW A COUNTDOWN**

8

TIMER BELOW THE IMAGE THAT SAYS: "The "Continue" button will become active after
you spend X seconds on this page." WHERE X IS A COUNTDOWN FROM 15. ONCE THE
CONTINUE BUTTON BECOMES ACTIVE, REMOVE THE TEXT.]

[THUMBNAIL IMAGE OF OPENSEA MAIN PAGE SHOULD BE AVAILABLE FOR
QUESTIONS 3-8 AT THE BOTTOM OF THE PAGE SO THAT THE RESPONDENT CAN
VIEW THE OPENSEA MAIN PAGE AGAIN IF THEY WISH. WHEN RESPONDENTS CLICK
ON THE THUMBNAIL, SHOW "*To view the image again, click on the thumbnail image above*"
BELOW THE THUMBNAIL. ALLOW RESPONDENTS TO VIEW THE THUMBNAIL IMAGE
WITHOUT A MINIMUM VIEWING TIME.]

Q0.   Based on your answers to the previous questions, you have qualified for this survey.

[NEXT PAGE]

Q1.   On the next screen you will see some images of NFT collections on an NFT marketplace. Please
      take the time to review the NFT collections. We will then ask you several questions about the NFT
      collections.

      Please do not use your browser's "Back" button.

      If you do not know the answer to a question or if you don't have an opinion, simply indicate this in
      your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

      When you are ready to continue, please click the "*Continue*" button.

[NEXT PAGE]

Q2.   Please review the images of the NFT collections shown below as you would if you were
      considering purchasing [PIPE IN "an NFT" IF  RESPONDENT SELECTS "NFT purchase"
      IN QS11 OR QS12. ELSE PIPE IN "digital art"]. You can look at the NFT marketplace page for
      as long as you like.

[INSERT OPENSEA MAIN PAGE WHICH INCLUDES AN ARRAY OF TOP NFT
COLLECTIONS.]

[FOR THE "ORIGINAL" GROUP, DISPLAY THE IMAGE OF THE OPENSEA PAGE
CONTAINING THE TOP NFT COLLECTION ARRAY WITH THE "ORIGINAL" RR/BAYC
NFT COLLECTION.]

9

Highly Confidential
ATTORNEYS' EYES ONLY

**[ORIGINAL OPENSEA MAIN PAGE (TEST)]**



**[FOR THE "AMENDED" GROUP, DISPLAY THE OPENSEA MAIN PAGE IMAGE WITH "AMENDED" TOP COLLECTIONS SECTION]**

10

Highly Confidential —
ATTORNEYS' EYES ONLY

**[AMENDED OPENSEA MAIN PAGE (CONTROL)]**



**[AFTER THE STIMULUS IS BROUGHT UP ON THE SCREEN, THERE SHOULD BE A 15 SECOND DELAY BEFORE A "CONTINUE" BUTTON APPEARS. A COUNTDOWN SHOULD BE PRESENTED WITH THE FOLLOWING TEXT: "***The 'Continue' button will appear in X seconds.***" (THIS TEXT SHOULD BE REMOVED WHEN X=0.)]**

11

**[THE OPENSEA MAIN PAGE WILL REMAIN AVAILABLE TO THE RESPONDENT UNTIL
THE END OF THE MAIN QUESTIONNAIRE IN THE FORM OF CLICKABLE THUMBNAIL
IN EACH QUESTION SCREEN, ABOVE THE QUESTION TEXT. IF THE THUMBNAIL IS
CLICKED, THE IMAGE SHOULD APPEAR IN A POP-UP WINDOW.  IMMEDIATELY
BELOW THE THUMBNAIL AND ABOVE EACH QUESTION WHERE THE THUMBNAIL IS
DISPLAYED, INSERT THE INSTRUCTION "To enlarge, click on the image."]**

**[NEXT PAGE]**

Q3.    Were you or were you not able to view the previous image clearly? *(Select one only)*
       **[RANDOMIZE ORDER; KEEP** "Don't know/Unsure**" LAST]**
   ⊙  Yes, I was able to view the previous image clearly.
   ⊙  No, I was not able to view the previous image clearly. **[TERMINATE]**
   ⊙  Don't know/Unsure **[ANCHOR, TERMINATE]**

**[NEXT PAGE]**

Please review the NFT collections below, which were previously shown on the NFT marketplace page.

**[INSERT ARRAY IMAGE.]**

**[TEST ARRAY]**



12

Highly Confidential
ATTORNEYS' EYES ONLY

**[CONTROL ARRAY]**



**[IMMEDIATELY ABOVE THE ARRAY, INSERT THE INSTRUCTION "To enlarge, click on the image."]**

Q4.   Do you think that each of these NFT collections are from a separate entity, or do you think that two or more are from the same entity or are from affiliated or connected entities? If you don't know or are unsure, please feel free to say so. *(Select one only)*
      **[RANDOMIZE ORDER, KEEP "Don't know/Unsure" LAST]**

⊙ Each of the NFT collections are made or put out by separate entities that are neither affiliated nor connected **[SKIP TO F1]**

⊙ At least two of the NFT collections are made or put out by the same entity or are from affiliated or connected entities

⊙ Don't know/Unsure **[SKIP TO F1]**

**[NEXT PAGE]**

Q5.   You indicated that at least two of the NFT collections are from the same entity or affiliated or connected entities.

      Which two or more NFT collections do you believe are from the same entity or are from affiliated or connected entities? *(Select all that apply)*

      **[INSERT ARRAY. ALLOW RESPONDENT TO SELECT IMAGES FROM THE ARRAY; MUST SELECT AT LEAST TWO IMAGES FROM THE ARRAY TO CONTINUE, OR SELECT "Don't know/Unsure." IMMEDIATELY ABOVE THE ARRAY, INSERT THE INSTRUCTION "To enlarge, click on each image."]**

⊙ Don't know/Unsure **[SKIP TO F1]**

**[NEXT PAGE]**

13

**[IF MORE THAN TWO IMAGES ARE SELECTED IN Q5, CONTINUE TO Q6. ELSE SKIP TO Q7]**

Q6.   You selected three or more NFT collections that you believe are from the same entity or are from affiliated or connected entities.

Please use the dropdown menus below to indicate each individual relationship. You have the option to indicate up to ten relationships, if needed.

**[SHOW Q5 SELECTIONS AS IMAGES. ALLOW RESPONDENT TO INDICATE INDIVIDUAL RELATIONSHIPS BY PROVIDING DROPDOWN MENUS POPULATED WITH SELECTIONS FROM THE ARRAY; DO NOT ALLOW RESPONDENT TO SELECT SAME COLLECTION ON SAME LINE OR SAME RELATIONSHIP MORE THAN ONCE;RESPONDENT MUST INDICATE AT LEAST TWO RELATIONSHIPS TO CONTINUE, OR SELECT** "Don't know/Unsure." **IMMEDIATELY ABOVE THE Q5 SELECTIONS, INSERT THE INSTRUCTION "To enlarge, click on each image."]**

**[DROPDOWN MENU]** and **[DROPDOWN MENU]** are from the same entity or are from affiliated or connected entities.

**[DROPDOWN MENU]** and **[DROPDOWN MENU]** are from the same entity or are from affiliated or connected entities.

**[DROPDOWN MENU]** and **[DROPDOWN MENU]** are from the same entity or are from affiliated or connected entities.

**[DROPDOWN MENU]** and **[DROPDOWN MENU]** are from the same entity or are from affiliated or connected entities.

**[DROPDOWN MENU]** and **[DROPDOWN MENU]** are from the same entity or are from affiliated or connected entities.

⊙   Don't know/Unsure **[SKIP TO F1]**

**[NEXT PAGE]**

**[IF ONLY "BAYC" AND "RR/BAYC" IMAGES ARE SELECTED IN Q5, OR "BAYC" AND "RR/BAYC" SELECTED ON THE SAME LINE IN Q6, THEN ASK Q7. ELSE SKIP TO F1]**

**[SHOW "BAYC" AND "RR/BAYC" IMAGES. IMMEDIATELY ABOVE THE IMAGES, INSERT THE INSTRUCTION "To enlarge, click on each image."]**

14

Q7.   Why do you believe these NFT collections are from the same entity or are from affiliated or connected entities? (*Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure"*)

┌─────────────────────────────────────────────────────────────────────┐
│                                                                       │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘

**[PROVIDE RESPONSE BOX LIMITING TO 1000 CHARACTERS; REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS LESS THAN 4 CHARACTERS OR SELECT "Don't know/Unsure" TO CONTINUE. ]**

⊙  Don't know/Unsure

**[NEXT PAGE]**

**[SHOW "BAYC" AND "RR/BAYC" IMAGES. IMMEDIATELY ABOVE THE IMAGES, INSERT THE INSTRUCTION "To enlarge, click on each image."]**

Q8.   In a previous question, you said you believe these NFT collections are from the same entity or are from affiliated or connected entities. How likely do you think that your answer is correct? *(Select one only)*
**[ROTATE BETWEEN THIS ORDER WITH THE REVERSE]**
⊙  Just guessing
⊙  Somewhat likely correct
⊙  Very likely correct
⊙  Definitely correct

**[REMOVE STIMULI]**

**[NEXT PAGE]**

**Follow-Up Questions**

QF1.  Are you or are you not aware of any lawsuits related to NFTs? (*Select one only*)
⊙  Yes, I am aware of at least one lawsuit
⊙  No, I am not aware of any lawsuit
⊙  Don't know / Unsure

**[IF "Yes, I am aware of at least one lawsuit," IS SELECTED CONTINUE TO QF2. OTHERWISE GO TO QF3.]**

**[NEXT PAGE]**

15

Highly Confidential –
ATTORNEYS' EYES ONLY

QF2. Briefly, in your own words, what is the lawsuit regarding NFTs about? (*Please type in your
response. If you do not know the answer or are unsure, please select "Don't know / Unsure"*)

┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                                                             │
│                                                             │
└─────────────────────────────────────────────────────────────┘

**[OPEN-ENDED TEXT BOX, LIMITING TO 1000 CHARACTERS]**

**[REQUIRE AT LEAST 4 CHARACTERS; SHOW ERROR "Please be thorough in your
response." IF ENTRY IS LESS THAN 4 CHARACTERS]**

❑   Don't know / Unsure **[EXCLUSIVE]**

**[NEXT PAGE]**

QF3.  Please select which option best describes how you feel about the validation statement below. *(Select
one only)*

*During this session I have recorded a truthful and complete account of my answers to this survey. I have
not looked up any information online, discussed the questions with anyone else, or consulted any other
sources about the survey.*
    ⊙ I have read and agree with the above validation statement
    ⊙ I do not agree with the above validation statement**[TERMINATE]**

**[GO TO PANEL THANK YOU PAGE]**

16

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX E.3a
# SQUIRT SURVEY SCREENSHOTS
# (TEST GROUP, MOBILE)

1

Highly Confidential
ATTORNEYS' EYES ONLY

<u>Mobile Device Display Message</u>

| | 0%

**Please [login](#) to see additional testing features**

Please note that some questions may display better if you rotate your phone.



Continue »

[Privacy Policy](#) - [Help](#)

2

Highly Confidential
ATTORNEYS' EYES ONLY

## QS0

0%

**Please login to see additional testing features**

Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.

Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.

☐ If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.

Continue »

Privacy Policy - Help

3

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS1</u>

1%

I'm not a robot

reCAPTCHA

Privacy - Terms

Continue »

<u>Privacy Policy</u> - <u>Help</u>

4

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS2</u>

5%

**Please login to see additional testing features**

Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?

*(Select one only)*

◯ Yes, I do usually wear eyeglasses or contact lenses

◯ No, I do not usually wear eyeglasses or contact lenses

◯ Don't know / Unsure

**Continue »**

<u>Privacy Policy</u> - <u>Help</u>

5

Highly Confidential
ATTORNEYS' EYES ONLY

<u>QS3</u>



9%

## Will you please wear your eyeglasses or contact lenses for the remainder of the survey?

*(Select one only)*

◯ Yes, I will wear my eyeglasses or contact lenses

◯ No, I will not wear my eyeglasses or contact lenses

◯ Don't know / Unsure

Continue »

<u>Privacy Policy</u> - <u>Help</u>

6

Highly Confidential –
ATTORNEYS' EYES ONLY

QS4

13%

## Into which of the following categories does your age fall?

*(Select one only)*

○ Under 18

○ 18 - 29

○ 30 - 39

○ 40 - 49

○ 50 - 59

○ 60 or older

○ Prefer not to answer

Continue »

Privacy Policy - Help

7

Highly Confidential –
ATTORNEYS' EYES ONLY

QS5

15%

## Are you...?
*(Select one only)*

○ Male

○ Female

○ Other

○ Prefer not to answer

Continue »

Privacy Policy - Help

8

Highly Confidential
ATTORNEYS' EYES ONLY

QS6



19%

# In which state do you live?
*(Select one only)*

| Select one...          ⌄ |

☐ Prefer not to answer

☐ Don't know / Unsure

**Continue »**

Privacy Policy - Help

9

Highly Confidential
ATTORNEYS' EYES ONLY

QS7

━━━━━━━━━━━━━━━━━━━━━━  23%

# For quality control purposes, please select "Second" from the list below.

*(Select one only)*

○ First

○ Second

○ Third

○ Fourth

○ None of the above

Continue »

Privacy Policy - Help

10

Highly Confidential
ATTORNEYS' EYES ONLY

## QS8

28%

### Have you or any member of your household ever worked for any of the following types of companies?

*(Select all that apply)*

☐ Government employee

☐ Credit card company

☐ Real estate agency

☐ Market research or advertising agency

☐ Company in the blockchain industry

☐ Restaurant

☐ Department store

☐ Manufacturer of mobile phones

☐ None of the above

**Continue »**

Privacy Policy - Help

11

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS9a

37%

### Which of the following activities, if any, did you participate in within the past year?

*(Select all that apply)*

☐ Purchased collectibles (e.g., sneakers, wristwatch)

☐ Purchased a house (e.g., primary home, investment property)

☐ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Applied for a new credit card (e.g., Visa, American Express)

☐ Enrolled in a government protection program (e.g., WPP, WITSEC)

☐ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)

☐ Ate dinner at a restaurant (e.g., Italian, Mexican)

☐ None of the above

Continue »

Privacy Policy - Help

12

Highly Confidential
ATTORNEYS' EYES ONLY

## QS9b

41%

## Which of the following activities, if any, are you considering participating in within the <u>next year</u>?
*(Select all that apply)*

☐ Purchase collectibles (e.g., sneakers, wristwatch)

☐ Eat dinner at a restaurant (e.g., Italian, Mexican)

☐ Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Upgrade a mobile phone (e.g., iPhone, Samsung, LG)

☐ Purchase a house (e.g., primary home, investment property)

☐ Apply for a new credit card (e.g., Visa, American Express)

☐ Enroll in a government protection program (e.g., WPP, WITSEC)

☐ None of the above

**Continue »**

<u>Privacy Policy</u> - <u>Help</u>

13

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS10

45%

You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the past year?

*(Select all that apply)*

☐ Ethereum (ETH)

☐ Bluesteel (BSTL)

☐ Dogecoin (DOGE)

☐ XRP (XRP)

☐ Tether (USDT)

☐ Polygon (MATIC)

☐ Bitcoin (BTC)

☐ Cardano (ADA)

☐ Other

☐ None of the above

Continue »

Privacy Policy - Help

14

Highly Confidential
ATTORNEYS' EYES ONLY

## QS11

49%

You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the <u>past year</u>?

*(Select all that apply)*

☐ Payment for a physical good (e.g., car or house)

☐ Exchange for another cryptocurrency (e.g., ETH for BTC)

☐ Conversion to cash (e.g., ETH for USD)

☐ Payment for a service (e.g., hotel or flight)

☐ NFT purchase (e.g., PFP or virtual land)

☐ None of the above

**Continue »**

<u>Privacy Policy</u> - <u>Help</u>

15

Highly Confidential
ATTORNEYS' EYES ONLY

## QS12

55%

You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the next year?

*(Select all that apply)*

☐ Transfer to a hardware wallet (e.g., Ledger or Trezor)

☐ Gift to someone else (e.g., friend or family member)

☐ Payment for a service (e.g., hotel or flight)

☐ NFT purchase (e.g., PFP or virtual land)

☐ Payment for a physical good (e.g., car or house)

☐ None of the above

**Continue »**

Privacy Policy - Help

16

Highly Confidential
ATTORNEYS' EYES ONLY

## QS13

45%

You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the past year?

*(Select all that apply)*

☐ Digital art

☐ Trading cards

☐ Flagpole toppers

☐ Sneakers

☐ Wristwatches

☐ Action figures

☐ Other

☐ None of the above

**Continue »**

Privacy Policy - Help

17

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS14

51%

You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the <u>next year</u>?

*(Select all that apply)*

☐ Flagpole toppers

☐ Digital art

☐ Trading cards

☐ Wristwatches

☐ Action figures

☐ Sneakers

☐ Other

☐ None of the above

**Continue »**

<u>Privacy Policy</u> - <u>Help</u>

18

Highly Confidential
ATTORNEYS' EYES ONLY

Q0



50%

Based on your answers to the previous questions, you have qualified for this survey.

Continue »

Privacy Policy - Help

19

<u>Q1</u>

61%

On the next screen you will see some images of NFT collections on an NFT marketplace. Please take the time to review the NFT collections. We will then ask you several questions about the NFT collections.

Please do not use your browser's "Back" button.

If you do not know the answer to a question or if you don't have an opinion, simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

When you are ready to continue, please click the *"Continue"* button.

Continue »

<u>Privacy Policy</u> - <u>Help</u>

20

Highly Confidential
ATTORNEYS' EYES ONLY

## Q2

65%

Please review the images of the NFT collections shown below as would if you were considering purchasing an NFT. You can look at the NFT marketplace page for as long as you like.

*To enlarge, click on the image.*



21

Q2 – Continued

**Top collections over last 24 hours**

| # | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/BAYC | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |

Go to Rankings



Highly Confidential —
ATTORNEYS' EYES ONLY

## Q2 – Continued



**Trending in all categories ⌄**

Screens by Thomas Lin... ✔
by ArtBlocks_Admin ✔

Screens by Thomas Lin Pedersen -
Art Blocks Curated

**Create and sell your NFTs**

**Set up your wallet**

Once you've set up your wallet of
choice, connect it to OpenSea by
clicking the wallet icon in the top right
corner. Learn about the wallets we
support.

**Create your collection**

Click My Collections and set up your
collection. Add social links, a
description, profile & banner images,
and set a secondary sales fee.

**Add your NFTs**

Upload your work (image, video,
audio, or 3D art), add a title and
description, and customize your NFTs
with properties, stats, and unlockable
content.

**List them for sale**

Choose between auctions, fixed-price
listings, and declining-price listings.
You choose how you want to sell your
NFTs, and we help you sell them!

**Browse by category**

23

Highly Confidential
ATTORNEYS' EYES ONLY

## Q2 – Continued



24

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q2 – Continued



Highly Confidential
ATTORNEYS' EYES ONLY

## Q2 – Continued



26

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q3

69%

Were you or were you not able to view
the previous image clearly?
*(Select one only)*

○ No, I was not able to view the previous
  image clearly.

○ Yes, I was able to view the previous image
  clearly.

○ Don't know/Unsure



27

## Q3 – Continued



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

28

Highly Confidential
ATTORNEYS' EYES ONLY

## Q4

77%

Please review the NFT collections below, which were previously shown on the NFT marketplace page.

*To enlarge, click on the image.*



29

Highly Confidential
ATTORNEYS' EYES ONLY

## Q4 – Continued

Do you think that each of these NFT collections are from a separate entity, or do you think that two or more are from the same entity or are from affiliated or connected entities? If you don't know or are unsure, please feel free to say so.

*(Select one only)*

○ Each of the NFT collections are made or put out by separate entities that are neither affiliated nor connected

○ At least two of the NFT collections are made or put out by the same entity or are from affiliated or connected entities

○ Don't know/Unsure



30

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q4 – Continued



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

31

# Q5

85%

You indicated that at least two of the NFT collections are from the same entity or affiliated or connected entities.

Which two or more NFT collections do you believe are from the same entity or are from affiliated or connected entities?

*(Select all that apply)*

*To enlarge, click on each image.*

| Collection | Floor price | Change | Volume |
|---|---|---|---|
| CryptoPunks | – | -57.29% | 2,908.63 |
| RR/BAYC | 1.1 | +19830.61% | 1,684.67 |
| Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| Art Blocks Curated | – | +108.07% | 943.15 |
| Otherdeed for Other... | 2.4 | -7.49% | 706.84 |
| CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| Primates | 23 | -41.29% | 20,482.39 |
| Udder Chaos | 3.99 | – | 17,774.61 |
| Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| Azuki | 11 | +89.22% | 404.74 |
| CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| Doodles | 13.48 | +76.99% | 386.75 |
| Yeah Tigers | 3 | -68.87% | 9,979.38 |
| Okay Bears | 115 | +89.12% | 9,462.61 |

Don't Know/Unsure

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q5 – Continued



# Q5 – Continued

**Top collections over last 24 hours**

| | | | |
|---|---|---|---|
| 1 | CryptoPunks<br>Floor price: – | -57.29% | 2,908.63 |
| 2 | RR/BAYC<br>Floor price: 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl...<br>Floor price: 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated<br>Floor price: – | +108.07% | 943.15 |
| 5 | Otherdeed for Other..<br>Floor price: 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH...<br>Floor price: 10.8 | +163.91% | 695.38 |
| 7 | Primates<br>Floor price: 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos<br>Floor price: 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club<br>Floor price: 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b...<br>Floor price: 8.97 | +308.49% | 512.13 |
| 11 | Azuki<br>Floor price: 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr...<br>Floor price: 9 | -2.03% | 400.57 |
| 13 | Doodles<br>Floor price: 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers<br>Floor price: 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears<br>Floor price: 115 | +89.12% | 9,462.61 |

Go to Rankings

*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q6



85%

You selected three or more NFT collections that you believe are from the same entity or are from affiliated or connected entities.

Please use the dropdown menus below to indicate each individual relationship. You have the option to indicate up to ten relationships, if needed.

*To enlarge, click on each image.*





Select one... ▾

and

Select one... ▾

are from the same entity or are from affiliated or connected entities.

Select one... ▾

and

Select one... ▾

are from the same entity or are from affiliated or connected entities.

Select one... ▾

and

Select one... ▾

are from the same entity or are from affiliated or connected entities.

35

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Select one...

and

Select one...

are from the same entity or are from affiliated or connected entities.

Don't Know/Unsure

## Q6 – Continued



JTX-310, page 302 of 339

Highly Confidential –
ATTORNEYS' EYES ONLY

## Q6 – Continued



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

38

## Q7

85%

*To enlarge, click on each image.*



**RR/BAYC**
Floor price: ♦ 1.1                    +19830.61%    ♦ 1,684.67

**Bored Ape Yacht Cl...**
Floor price: ♦ 91.99                  -10.33%       ♦ 1,681.58

Why do you believe these NFT
collections are from the same entity or
are from affiliated or connected entities?
*(Please type in your response. If you do not know
the answer or are unsure, please select "Don't
know / Unsure")*

☐ Don't know / Unsure

39

## Q7 – Continued

**Top collections over last 24 hours**

| | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/BAYC | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |

Go to Rankings

*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

## Q8



In a previous question, you said you believe these NFT collections are from the same entity or are from affiliated or connected entities. How likely do you think that your answer is correct?
*(Select one only)*

○ Definitely correct

○ Very likely correct

○ Somewhat likely correct

○ Just guessing



41

Highly Confidential
ATTORNEYS' EYES ONLY

## Q8 – Continued



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

42

Highly Confidential –
ATTORNEYS' EYES ONLY

<u>QF1</u>



85%

Are you or are you not aware of any lawsuits related to NFTs?
*(Select one only)*

○ Yes, I am aware of at least one lawsuit

○ No, I am not aware of any lawsuit

○ Don't know / Unsure

**Continue »**

<u>Privacy Policy</u> - <u>Help</u>

43

Highly Confidential –
ATTORNEYS' EYES ONLY

<u>QF2</u>



**Briefly, in your own words, what is the lawsuit regarding NFTs about?**

*(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

☐ Don't know / Unsure

Continue »

Privacy Policy - Help

44

Highly Confidential —
ATTORNEYS' EYES ONLY

<u>QF3</u>

95%

Please select which option best
describes how you feel about the
validation statement below.
*(Select one only)*

*During this session I have recorded a
truthful and complete account of my
answers to this survey. I have not
looked up any information online,
discussed the questions with anyone
else, or consulted any other sources
about the survey.*

○ I have read and agree with the above
validation statement

○ I do not agree with the above validation
statement

Continue »

<u>Privacy Policy</u> - <u>Help</u>

45

Highly Confidential
ATTORNEYS' EYES ONLY

## Panel Thank You Page

Thank you for your participation and sharing
your opinions with us! Your efforts are greatly
appreciated. You may close your browser
window now.

Privacy Policy - Help

46

Highly Confidential
ATTORNEYS' EYES ONLY

# APPENDIX E.3b
# SQUIRT SURVEY SCREENSHOTS
# (CONTROL GROUP, DESKTOP)

1

## QS0

0%

**Please login to see additional testing features**

Thank you for your willingness to participate in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.

Please do not use the "Back" button of your browser while taking the survey. This survey will take less than 15 minutes of your time.

☐ If you understand these instructions and agree to participate in this survey, please check this box and click "Continue" button.

Continue »

Privacy Policy - Help

## QS1

1%

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

Continue »

Privacy Policy - Help

## QS2

5%

**Please login to see additional testing features**

Do you or do you not usually wear eyeglasses or contact lenses when reading material on a computer screen?
*(Select one only)*

- Yes, I do usually wear eyeglasses or contact lenses
- No, I do not usually wear eyeglasses or contact lenses
- Don't know / Unsure

Continue »

Privacy Policy - Help

## QS3

9%

Will you please wear your eyeglasses or contact lenses for the remainder of the survey?
*(Select one only)*

- Yes, I will wear my eyeglasses or contact lenses
- No, I will not wear my eyeglasses or contact lenses
- Don't know / Unsure

Continue »

Privacy Policy - Help

## QS4

> 13%
>
> Into which of the following categories does your age fall?
> *(Select one only)*
>
> ○ Under 18
> ○ 18 - 29
> ○ 30 - 39
> ○ 40 - 49
> ○ 50 - 59
> ○ 60 or older
> ○ Prefer not to answer
>
> Continue »
>
> Privacy Policy - Help

## QS5

> 15%
>
> Are you...?
> *(Select one only)*
>
> ○ Female
> ○ Male
> ○ Other
> ○ Prefer not to answer
>
> Continue »
>
> Privacy Policy - Help

4

Highly Confidential –
ATTORNEYS' EYES ONLY

## QS6



## QS7

JTX-310, page 316 of 339

Highly Confidential
ATTORNEYS' EYES ONLY

## QS8

28%

Have you or any member of your household ever worked for any of the following types of companies?
*(Select all that apply)*

☐ Manufacturer of mobile phones

☐ Market research or advertising agency

☐ Company in the blockchain industry

☐ Credit card company

☐ Restaurant

☐ Department store

☐ Real estate agency

☐ Government employee

☐ None of the above

Continue »

Privacy Policy - Help

## QS9a

37%

Which of the following activities, if any, did you participate in within the past year?
*(Select all that apply)*

☐ Ate dinner at a restaurant (e.g., Italian, Mexican)

☐ Purchased cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Enrolled in a government protection program (e.g., WPP, WITSEC)

☐ Purchased collectibles (e.g., sneakers, wristwatch)

☐ Purchased a house (e.g., primary home, investment property)

☐ Applied for a new credit card (e.g., Visa, American Express)

☐ Upgraded a mobile phone (e.g., iPhone, Samsung, LG)

☐ None of the above

Continue »

Privacy Policy - Help

6

## QS9b

41%

Which of the following activities, if any, are you considering participating in within the next year?
*(Select all that apply)*

☐ Purchase cryptocurrency (e.g., Bitcoin, Dogecoin)

☐ Apply for a new credit card (e.g., Visa, American Express)

☐ Enroll in a government protection program (e.g., WPP, WITSEC)

☐ Purchase a house (e.g., primary home, investment property)

☐ Upgrade a mobile phone (e.g., iPhone, Samsung, LG)

☐ Eat dinner at a restaurant (e.g., Italian, Mexican)

☐ Purchase collectibles (e.g., sneakers, wristwatch)

☐ None of the above

Continue »

Privacy Policy - Help

7

Highly Confidential
ATTORNEYS' EYES ONLY

## QS10

45%

You indicated that you purchased cryptocurrency in the past year. Which of the following cryptocurrencies, if any, did you purchase in the <u>past year</u>?
*(Select all that apply)*

☐ Cardano (ADA)

☐ XRP (XRP)

☐ Bitcoin (BTC)

☐ Dogecoin (DOGE)

☐ Bluesteel (BSTL)

☐ Polygon (MATIC)

☐ Ethereum (ETH)

☐ Tether (USDT)

☐ Other

☐ None of the above

Continue »

Privacy Policy - Help

## QS11

49%

You indicated that you purchased ETH in the past year. Which of the following transactions, if any, did you use ETH for in the <u>past year</u>?
*(Select all that apply)*

☐ Conversion to cash (e.g., ETH for USD)

☐ Payment for a physical good (e.g., car or house)

☐ Exchange for another cryptocurrency (e.g., ETH for BTC)

☐ NFT purchase (e.g., PFP or virtual land)

☐ Payment for a service (e.g., hotel or flight)

☐ None of the above

Continue »

Privacy Policy - Help

8

Highly Confidential
ATTORNEYS' EYES ONLY

## QS12

You indicated that you are considering purchasing cryptocurrency within the next year. Which of the following transactions, if any, are you considering using cryptocurrency for in the next year?
*(Select all that apply)*

49%

☐ Gift to someone else (e.g., friend or family member)

☐ Transfer to a hardware wallet (e.g., Ledger or Trezor)

☐ Payment for a physical good (e.g., car or house)

☐ Payment for a service (e.g., hotel or flight)

☐ NFT purchase (e.g., PFP or virtual land)

☐ None of the above

Continue »

Privacy Policy - Help

## QS13

You indicated that you purchased collectibles in the past year. Which of the following collectibles, if any, did you purchase in the past year?
*(Select all that apply)*

45%

☐ Sneakers

☐ Wristwatches

☐ Trading cards

☐ Flagpole toppers

☐ Action figures

☐ Digital art

☐ Other

☐ None of the above

Continue »

Privacy Policy - Help

9

Highly Confidential
ATTORNEYS' EYES ONLY

## QS14

51%

You indicated that you are considering purchasing collectibles in the next year. Which of the following collectibles, if any, are you considering purchasing in the next year?
*(Select all that apply)*

☐ Action figures

☐ Digital art

☐ Trading cards

☐ Wristwatches

☐ Sneakers

☐ Flagpole toppers

☐ Other

☐ None of the above

Continue »

Privacy Policy - Help

## Q0

50%

Based on your answers to the previous questions, you have qualified for this survey.

Continue »

Privacy Policy - Help

10

## Q1



61%

On the next screen you will see some images of NFT collections on an NFT marketplace. Please take the time to review the NFT collections. We will then ask you several questions about the NFT collections.

Please do not use your browser's "Back" button.

If you do not know the answer to a question or if you don't have an opinion, simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

When you are ready to continue, please click the *"Continue"* button.

Continue »

Privacy Policy - Help

11

Highly Confidential
ATTORNEYS' EYES ONLY

## Q2



12

Highly Confidential
ATTORNEYS' EYES ONLY

## Q2 – Continued



Highly Confidential –
ATTORNEYS' EYES ONLY

## Q2 – Continued



Highly Confidential
ATTORNEYS' EYES ONLY

### Q2 – Continued



JTX-310, page 326 of 339

Highly Confidential
ATTORNEYS' EYES ONLY

## Q3



Q4

77%

Please review the NFT collections below, which were previously shown on the NFT marketplace page.

*To enlarge, click on the image.*

**Top collections over last 24 hours**

| # | Collection | Floor price | Change | Volume |
|---|---|---|---|---|
| 1 | CryptoPunks | – | -57.29% | 2,908.63 |
| 2 | RR/CGBC | 1.1 | +19830.61% | 1,684.67 |
| 3 | Bored Ape Yacht Cl... | 91.99 | -10.33% | 1,681.58 |
| 4 | Art Blocks Curated | – | +108.07% | 943.15 |
| 5 | Otherdeed for Other.. | 2.4 | -7.49% | 706.84 |
| 6 | CLONE X - X TAKASH... | 10.8 | +163.91% | 695.38 |
| 7 | Primates | 23 | -41.29% | 20,482.39 |
| 8 | Udder Chaos | 3.99 | – | 17,774.61 |
| 9 | Mutant Ape Yacht Club | 18.27 | -19.87% | 513.8 |
| 10 | Chromie Squiggle b... | 8.97 | +308.49% | 512.13 |
| 11 | Azuki | 11 | +89.22% | 404.74 |
| 12 | CryptoPunks V1 (wr... | 9 | -2.03% | 400.57 |
| 13 | Doodles | 13.48 | +76.99% | 386.75 |
| 14 | Yeah Tigers | 3 | -68.87% | 9,979.38 |
| 15 | Okay Bears | 115 | +89.12% | 9,462.61 |

Do you think that each of these NFT collections are from a separate entity, or do you think that two or more are from the same entity or are from affiliated or connected entities? If you don't know or are unsure, please feel free to say so.

*(Select one only)*

- ◯ Each of the NFT collections are made or put out by separate entities that are neither affiliated nor connected
- ◯ At least two of the NFT collections are made or put out by the same entity or are from affiliated or connected entities
- ◯ Don't know/Unsure

## Q4 - Continued

Do you think that each of these NFT collections are from a separate entity, or do you think that two or more are from the same entity or are from affiliated or connected entities? If you don't know or are unsure, please feel free to say so.
*(Select one only)*

○  Each of the NFT collections are made or put out by separate entities that are neither affiliated nor connected

○  At least two of the NFT collections are made or put out by the same entity or are from affiliated or connected entities

○  Don't know/Unsure



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

18

# Q5

85%

You indicated that at least two of the NFT collections are from the same entity or affiliated or connected entities.

Which two or more NFT collections do you believe are from the same entity or are from affiliated or connected entities?

*(Select all that apply)*

*To enlarge, click on each image.*

| | | |
|---|---|---|
| CryptoPunks Floor price: – -57.29% 2,908.63 | CLONE X - X TAKASH... Floor price: 10.8 +163.91% 695.38 | Azuki Floor price: 11 +89.22% 404.74 |
| RR/CGBC Floor price: 1.1 +19830.61% 1,684.67 | Primates Floor price: 23 -41.29% 20,482.39 | CryptoPunks V1 (wr... Floor price: 9 -2.03% 400.57 |
| Bored Ape Yacht Cl... Floor price: 91.99 -10.33% 1,681.58 | Udder Chaos Floor price: 3.99 – 17,774.61 | Doodles Floor price: 13.48 +76.99% 386.75 |
| Art Blocks Curated Floor price: – +108.07% 943.15 | Mutant Ape Yacht Club Floor price: 18.27 -19.87% 513.8 | Yeah Tigers Floor price: 3 -68.87% 9,979.38 |
| Otherdeed for Other.. Floor price: 2.4 -7.49% 706.84 | Chromie Squiggle b... Floor price: 8.97 +308.49% 512.13 | Okay Bears Floor price: 115 +89.12% 9,462.61 |

Don't know/Unsure

Highly Confidential –
ATTORNEYS' EYES ONLY

Q5 – Continued



To view the image again, click on the thumbnail image above.

Continue »

Privacy Policy - Help

20

# Q6

85%

You selected three or more NFT collections that you believe are from the same entity or are from affiliated or connected entities.

Please use the dropdown menus below to indicate each individual relationship. You have the option to indicate up to ten relationships, if needed.

*To enlarge, click on each image.*

| | | |
|---|---|---|
| **RR/CGBC** Floor price: ♦ 1.1 +19830.61% ♦ 1,684.67 | **Bored Ape Yacht Cl...** Floor price: ♦ 91.99 -10.33% ♦ 1,681.58 | **Otherdeed for Other..** Floor price: ♦ 2.4 -7.49% ♦ 706.84 |
| **Mutant Ape Yacht Club** Floor price: ♦ 18.27 -19.87% ♦ 513.8 | | |

| | | | |
|---|---|---|---|
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |
| Select one... | and | Select one... | are from the same entity or are from affiliated or connected entities. |

Don't Know/Unsure ☐



## Q6 – Continued



*To view the image again, click on the thumbnail image above.*

22

Highly Confidential
ATTORNEYS' EYES ONLY

## Q7



Highly Confidential –
ATTORNEYS' EYES ONLY

## Q7 – Continued



*To view the image again, click on the thumbnail image above.*

Continue »

Privacy Policy - Help

24

Highly Confidential
ATTORNEYS' EYES ONLY

Q8

91%

*To enlarge, click on each image.*

| | |
|---|---|
| **RR/CGBC** Floor price: ♦ 1.1 +19830.61% ♦ 1,684.67 | **Bored Ape Yacht Cl...** Floor price: ♦ 91.99 -10.33% ♦ 1,681.58 |

In a previous question, you said you believe these NFT collections are from the same entity or are from affiliated or connected entities. How likely do you think that your answer is correct?

*(Select one only)*

- Definitely correct
- Very likely correct
- Somewhat likely correct
- Just guessing



## Q8 – Continued



QF1



26

QF2

94%

Briefly, in your own words, what is the lawsuit regarding NFTs about?
*(Please type in your response. If you do not know the answer or are unsure, please select "Don't know / Unsure")*

Don't know / Unsure

Continue »

Privacy Policy - Help

QF3

95%

Please select which option best describes how you feel about the validation statement below.
*(Select one only)*

*During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey.*

I have read and agree with the above validation statement

I do not agree with the above validation statement

Continue »

Privacy Policy - Help

Highly Confidential
ATTORNEYS' EYES ONLY

## Panel Thank You Page

Thank you for your participation and sharing your opinions with us! Your efforts are greatly appreciated. You may close your browser window now.

Privacy Policy - Help

28