

JTX-0311.00001