**streetoshi**
@streetoshi

Replying to @ade__87 @yugalabs and @ryder_ripps

damn! thats so fucked up!




8:39 AM · Jun 25, 2022 · Twitter for iPhone




RIPPSCAHEN00015349