

      

Grandpa Ape #1601 — Price 0.5 | Grandpa Ape #4483 — Price 0.5, Last sale 0.3700 | Grandpa Ape #3108 — Price 0.5 | Grandpa Ape #4794 — Price 0.5 | Grandpa Ape #1826 — Price 0.5 | Grandpa Ape #3909 — Price 0.5 | Grandpa Ape #4675 — Price 0.5

      

Grandpa Ape #4474 — Price 0.5 | Grandpa Ape #4351 — Price 0.5 | Grandpa Ape #4580 — Price 0.5 | Grandpa Ape #2318 — Price 0.521 | Grandpa Ape #4385 — Price 0.54 | Grandpa Ape #386 — Price 0.54 | Grandpa Ape #517 — Price 0.54, Ends in 7 days

      

Grandpa Ape #1045 — Price 0.55, Ends in a day | Grandpa Ape #3491 — Price 0.55, Ends in 6 hours | Grandpa Ape #1873 — Price 0.55, Ends in 5 days | Grandpa Ape #1608 — Price 0.55 | Grandpa Ape #1810 — Price 0.55, Ends in 6 days | Grandpa Ape #2553 — Price 0.55, Ends in 10 hours | Grandpa Ape #7223 — Price 0.55, Ends in 12 hours

      

Grandpa Ape #1508 — Price 0.55, Ends in 5 days | Grandpa Ape #2280 — Price 0.55, Ends in 9 days | Grandpa Ape #430 — Price 0.555 | Grandpa Ape #4704 — Price 0.58, Last sale 0.41 | Grandpa Ape #4776 — Price 0.589, Ends in 3 days | Grandpa Ape #1837 — Price 0.59 | Grandpa Ape #4429 — Price 0.59, Ends in 2 days

      

Grandpa Ape #1805 — Price 0.599 | Grandpa Ape #779 — Price 0.599 | Grandpa Ape #2021 — Price 0.599 | Grandpa Ape #2082 — Price 0.599 | Grandpa Ape #4317 — Price 0.6 | Grandpa Ape #2755 — Price 0.6 | Grandpa Ape #4221 — Price 0.6

      

Grandpa Ape #2987 — Price 0.6, Ends in 2 days | Grandpa Ape #4635 — Price 0.6, Ends in 6 days | Grandpa Ape #2554 — Price 0.6, Ends in 8 days | Grandpa Ape #4442 — Price 0.6, Last sale 0.55 | Grandpa Ape #4414 — Price 0.6, Ends in 5 hours | Grandpa Ape #4982 — Price 0.6 | Grandpa Ape #4864 — Price 0.6

      

Grandpa Ape #3958 — Price 0.6 | Grandpa Ape #625 — Price 0.6 | Grandpa Ape #4968 — Price 0.63 | Grandpa Ape #3876 — Price 0.63 | Grandpa Ape #1666 — Price 0.63, Ends in 10 hours | Grandpa Ape #4295 — Price 0.64 | Grandpa Ape #383 — Price 0.64

      

RIPPSCAHEN00000760

JTX-318, page 2 of 68



RIPPSCAHEN00000761

JTX-318, page 3 of 68









Grandpa Ape #3536
Price
0.88
Ends in a days

Grandpa Ape #2471
Price
0.88

Grandpa Ape #4622
Price
0.89

Grandpa Ape #1935
Price
0.89
Ends in 10 hours

Grandpa Ape #3941
Price
0.89
Ends in 5 days

Grandpa Ape #844
Price
0.899
Last sale 0.4

Grandpa Ape #2270
Price
0.9









Grandpa Ape #3564
Price
0.9

Grandpa Ape #4543
Price
0.9
Last sale 0.2070

Grandpa Ape #1270
Price
0.9
Ends in 3 days

Grandpa Ape #2662
Price
0.9

Grandpa Ape #4713
Price
0.9
Ends in 6 hours

Grandpa Ape #1572
Price
0.9
Ends in 4 hours

Grandpa Ape #1138
Price
0.9
Ends in 5 days









Grandpa Ape #1127
Price
0.9
Ends in 8 hours

Grandpa Ape #642
Price
0.9
Ends in 5 days

Grandpa Ape #1061
Price
0.93

Grandpa Ape #1612
Price
0.9421

Grandpa Ape #4565
Price
0.949
Ends in 8 hours

Grandpa Ape #4361
Price
0.95
Ends in 6 days

Grandpa Ape #125
Price
0.96









Grandpa Ape #355
Price
0.96

Grandpa Ape #2250
Price
0.98
Last sale 0.5

Grandpa Ape #1310
Price
0.99

Grandpa Ape #371
Price
0.99
Ends in a day

Grandpa Ape #2408
Price
0.99
Ends in a day

Grandpa Ape #1204
Price
0.99
Last sale 0.35

Grandpa Ape #3540
Price
0.99
Ends in 8 hours









Grandpa Ape #2555
Price
0.99
Ends in 3 days

Grandpa Ape #4333
Price

Grandpa Ape #1117
Price

Grandpa Ape #617
Price

Grandpa Ape #894
Price
1

Grandpa Ape #2154
Price
1
Ends in 3 days

Grandpa Ape #4630
Price
1
Ends in 5 days









Grandpa Ape #1898
Price
1
Ends in 2 days

Grandpa Ape #2336
Price
1
Ends in 5 days

Grandpa Ape #174
Price
1
Ends in 5 days

Grandpa Ape #788
Price
1
Ends in 5 days

Grandpa Ape #1580
Price
1

Grandpa Ape #4602
Price
1
Last sale 0.4

Grandpa Ape #3686
Price
1









Grandpa Ape #2765
Price
1
Last sale 0.445

Grandpa Ape #4511
Price
1

Grandpa Ape #3849
Price
1

Grandpa Ape #1459
Price
1
Ends in 3 days

Grandpa Ape #1438
Price
1

Grandpa Ape #3850
Price
1

Grandpa Ape #4637
Price
1









RIPPSCAHEN00000762

JTX-318, page 4 of 68



RIPPSCAHEN00000763

JTX-318, page 5 of 68

      

| Grandpa Ape #4513 | Grandpa Ape #1704 | Grandpa Ape #3806 | Grandpa Ape #3624 | Grandpa Ape #1731 | Grandpa Ape #3865 | Grandpa Ape #548 |
|---|---|---|---|---|---|---|
| Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 |
| | | | Ends in 2 days | Ends in 4 days | | Ends in a day |

      

| Grandpa Ape #1215 | Grandpa Ape #1922 | Grandpa Ape #3542 | Grandpa Ape #402 | Grandpa Ape #3449 | Grandpa Ape #668 | Grandpa Ape #93 |
|---|---|---|---|---|---|---|
| Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 | Price 1.5 |
| Ends in 5 days | Ends in a day | Last sale 0.8 | Ends in 3 days | Ends in 2 days | Ends in 6 days | Ends in 5 days |

      

| Grandpa Ape #2293 | Grandpa Ape #300 | Grandpa Ape #811 | Grandpa Ape #3195 | Grandpa Ape #517 | Grandpa Ape #3953 | Grandpa Ape #4912 |
|---|---|---|---|---|---|---|
| Price 1.5 | Price 1.5 | Price 1.5 | Price 1.58 | Price 1.59 | Price 1.59 | Price 1.6 |
| | Last sale 0.3 | Ends in 3 days | | Ends in a day | | |

      

| Grandpa Ape #2076 | Grandpa Ape #4533 | Grandpa Ape #1316 | Grandpa Ape #2391 | Grandpa Ape #2794 | Grandpa Ape #2403 | Grandpa Ape #976 |
|---|---|---|---|---|---|---|
| Price 1.6 | Price 1.6 | Price 1.6 | Price 1.69 | Price 1.75 | Price 1.75 | Price 1.75 |
| | | Ends in 3 days | | | | Ends in a day |

      

| Grandpa Ape #2108 | Grandpa Ape #487 | Grandpa Ape #2851 | Grandpa Ape #2614 | Grandpa Ape #3053 | Grandpa Ape #473 | Grandpa Ape #4186 |
|---|---|---|---|---|---|---|
| Price 1.75 | Price 1.75 | Price 1.8 | Price 1.8 | Price 1.8 | Price 1.8 | Price 1.88 |
| Ends in 5 days | | | | Last sale 1.89 | | Ends in a day |

      

| Grandpa Ape #4537 | Grandpa Ape #4831 | Grandpa Ape #608 | Grandpa Ape #552 | Grandpa Ape #3850 | Grandpa Ape #4603 | Grandpa Ape #1331 |
|---|---|---|---|---|---|---|
| Price 1.89 | Price 1.9 | Price 1.94 | Price 1.97 | Price 1.99 | Price 1.99 | Price 1.99 |
| | | Ends in 7 days | | | | |

      

| Grandpa Ape #1166 | Grandpa Ape #3402 | Grandpa Ape #4095 | Grandpa Ape #3755 | Grandpa Ape #2338 | Grandpa Ape #1554 | Grandpa Ape #1171 |
|---|---|---|---|---|---|---|
| Price 1.99 | Price 2 | Price 2 | Price 2 | Price 2 | Price 2 | Price 2 |
| Ends in 8 hours | | Ends in a day | | Last sale 0.6 | | |

      

RIPPSCAHEN00000764

JTX-318, page 6 of 68



RIPPSCAHEN00000765

JTX-318, page 7 of 68

| Grandpa Ape #3250 | Grandpa Ape #1191 | Grandpa Ape #4962 | Grandpa Ape #3379 | Grandpa Ape #3818 | Grandpa Ape #3763 | Grandpa Ape #1532 |
|---|---|---|---|---|---|---|
| Price 3.33 | | Price 3.5 | Price 3.5 | Price 3.75 | | Price 4 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #78 | Grandpa Ape #346 | Grandpa Ape #4027 | Grandpa Ape #4171 | Grandpa Ape #2492 | Grandpa Ape #3816 | Grandpa Ape #2447 |
|---|---|---|---|---|---|---|
| Price 4 | Price 4.2069 | Price 4.2069 | Price 4.2069 | Price 4.209 | Price 4.44 | Price 4.5 |
| | | | Ends in 2 days | | Last sale: 0.5 | |

| Grandpa Ape #1218 | Grandpa Ape #2797 | Grandpa Ape #4396 | Grandpa Ape #1657 | Grandpa Ape #878 | Grandpa Ape #1271 | Grandpa Ape #4647 |
|---|---|---|---|---|---|---|
| Price 4.5 | Price 5 | Price 5 | Price 5 | Price 5 | Price 5 | Price 5 |
| Last sale: 4.5 | Last sale: 0.475 | | Last sale: 0.299 | Last sale: 0.75 | Ends in 6 days | Last sale: 0.355 |

| Grandpa Ape #875 | Grandpa Ape #2372 | Grandpa Ape #2095 | Grandpa Ape #1447 | Grandpa Ape #2710 | Grandpa Ape #4556 | Grandpa Ape #4960 |
|---|---|---|---|---|---|---|
| Price 5 | Price 5 | Price 5 | Price 5 | Price 5 | Price 5 | Price 5 |
| Last sale: 0.6 | Last sale: 0.55 | | Last sale: 0.53 | | Last sale: 0.55 | Last sale: 0.95 |

| Grandpa Ape #2177 | Grandpa Ape #2644 | Grandpa Ape #1015 | Grandpa Ape #3327 | Grandpa Ape #1851 | Grandpa Ape #1540 | Grandpa Ape #1774 |
|---|---|---|---|---|---|---|
| Price 5 | Price 5.4 | Price 5.5 | Price 5.55 | Price 6 | Price 6 | Price 6 |
| Last sale: 0.432 | | Ends in 4 days | Last sale: 0.5 | | | |

| Grandpa Ape #3032 | Grandpa Ape #2663 | Grandpa Ape #2748 | Grandpa Ape #2449 | Grandpa Ape #3796 | Grandpa Ape #3981 | Grandpa Ape #3980 |
|---|---|---|---|---|---|---|
| Price 6.69 | Price 6.9 | Price 7 | Price 7.5 | Price 7.5 | Price 7.7 | Price 8 |
| Buy now | | Ends in 3 days | | Ends in 4 days | | |

| Grandpa Ape #2979 | Grandpa Ape #3696 | Grandpa Ape #3189 | Grandpa Ape #3023 | Grandpa Ape #4787 | Grandpa Ape #3372 | Grandpa Ape #2209 |
|---|---|---|---|---|---|---|
| Price 9 | | Price 9.9 | Price 9.97 | Price 10 | Price 10 | Price 10 |
| | | Ends in 10 hours | | Last sale: 0.515 | Last sale: 0.56 | |

RIPPSCAHEN00000766

RIPPSCAHEN00000767

JTX-318, page 9 of 68

Price
💰 50

Price
💰 55

Price
💰 77.5

Price
💰 88.88

Price
💰 100

Price
💰 100
Ends in 7 days

      

Grandpa Ape #823
Price
💰 26.6942

Grandpa Ape #3
Price
💰 30

Grandpa Ape #4838
Price
💰 31
Last sale: 💰 0.5

Grandpa Ape #4088
Price
💰 34.069

Grandpa Ape #4823
Price
💰 42.069

Grandpa Ape #3895
Price
💰 42.069
Ends in 6 days

Grandpa Ape #3426
Price
💰 50

      

Grandpa Ape #744
Price
💰 50

Grandpa Ape #1631
Price
💰 55

Grandpa Ape #2249
Price
💰 77.5

Grandpa Ape #2317
Price
💰 88.88

Grandpa Ape #6
Price
💰 100

Grandpa Ape #4959
Price
💰 100

Grandpa Ape #4245
Price
💰 100
Ends in 7 days

      

Grandpa Ape #823
Price
💰 26.6942

Grandpa Ape #3
Price
💰 30

Grandpa Ape #4838
Price
💰 31
Last sale: 💰 0.5

Grandpa Ape #4088
Price
💰 34.069

Grandpa Ape #4823
Price
💰 42.069

Grandpa Ape #3895
Price
💰 42.069
Ends in 6 days

Grandpa Ape #3426
Price
💰 50

      

Grandpa Ape #744
Price
💰 50

Grandpa Ape #1631
Price
💰 55

Grandpa Ape #2249
Price
💰 77.5

Grandpa Ape #2317
Price
💰 88.88

Grandpa Ape #6
Price
💰 88.88

Grandpa Ape #4959
Price
💰 100

Grandpa Ape #4245
Price
💰 100
Ends in 7 days

      

Grandpa Ape #823
Price
💰 26.6942

Grandpa Ape #3
Price
💰 30

Grandpa Ape #4838
Price
💰 31
Last sale: 💰 0.5

Grandpa Ape #4088
Price
💰 34.069

Grandpa Ape #4823
Price
💰 42.069

Grandpa Ape #3895
Price
💰 42.069
Ends in 6 days

Grandpa Ape #3426
Price
💰 50

      

Grandpa Ape #744
Price
💰 50

Grandpa Ape #1631
Price
💰 55

Grandpa Ape #2249
Price
💰 77.5

Grandpa Ape #2317
Price
💰 88.88

Grandpa Ape #6
Price
💰 88.88

Grandpa Ape #4959
Price
💰 100

Grandpa Ape #4245
Price
💰 100
Ends in 7 days

     

RIPPSCAHEN00000768

JTX-318, page 10 of 68

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4345 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4345 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4345 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale 0.5 | | | Ends in 6 days | |

RIPPSCAHEN00000769

JTX-318, page 11 of 68

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249

Grandpa Ape #2317
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4688
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3426
Price
50

      

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249

Grandpa Ape #2317
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4688
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3426
Price
50

      

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249

Grandpa Ape #2317
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4688
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3426
Price
50

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249

Grandpa Ape #2317
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

RIPPSCAHEN00000770



RIPPSCAHEN00000771

JTX-318, page 13 of 68

     

Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price 77.5
Grandpa Ape #2317 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 Ends in 7 days

      

Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069
Grandpa Ape #3435 — Price 50

      

      

      

      

    

RIPPSCAHEN00000772

JTX-318, page 14 of 68



RIPPSCAHEN00000773

JTX-318, page 15 of 68

Price
26.6942

Price
30

Last sale 0.5

Price
31

Price
34.069

Price
42.069

Price
42.069
Ends in 8 days

Price
50










Grandpa Ape #744

Grandpa Ape #1631

Grandpa Ape #2249

Grandpa Ape #2317

Grandpa Ape #6

Grandpa Ape #4959

Grandpa Ape #4245

Price
50

Price
55

Price
77.5

Price
88.88

Price
100

Price
100
Ends in 7 days








Grandpa Ape #823

Grandpa Ape #3

Grandpa Ape #4838

Grandpa Ape #4088

Grandpa Ape #4823

Grandpa Ape #3895

Grandpa Ape #3428

Price
26.6942

Price
30

Price
31
Last sale 0.5

Price
34.069

Price
42.069

Price
42.069
Ends in 8 days

Price
50









Grandpa Ape #744

Grandpa Ape #1631

Grandpa Ape #2249

Grandpa Ape #2317

Grandpa Ape #6

Grandpa Ape #4959

Grandpa Ape #4245

Price
50

Price
55

Price
77.5

Price
88.88

Price
100

Price
100
Ends in 7 days









Grandpa Ape #823

Grandpa Ape #3

Grandpa Ape #4838

Grandpa Ape #4088

Grandpa Ape #4823

Grandpa Ape #3895

Grandpa Ape #3428

Price
26.6942

Price
30

Price
31
Last sale 0.5

Price
34.069

Price
42.069

Price
42.069
Ends in 8 days

Price
50









Grandpa Ape #744

Grandpa Ape #1631

Grandpa Ape #2249

Grandpa Ape #2317

Grandpa Ape #6

Grandpa Ape #4959

Grandpa Ape #4245

Price
50

Price
55

Price
77.5

Price
88.88

Price
100

Price
100
Ends in 7 days









Grandpa Ape #823

Grandpa Ape #3

Grandpa Ape #4838

Grandpa Ape #4088

Grandpa Ape #4823

Grandpa Ape #3895

Grandpa Ape #3428

Price
26.6942

Price
30

Price
31
Last sale 0.5

Price
34.069

Price
42.069

Price
42.069
Ends in 8 days

Price
50








RIPPSCAHEN00000774



RIPPSCAHEN00000775

JTX-318, page 17 of 68



RIPPSCAHEN00000776

JTX-318, page 18 of 68






















RIPPSCAHEN00000777



RIPPSCAHEN00000778

JTX-318, page 20 of 68

     

Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100, Ends in 7 days

      

Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31, Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069, Ends in 6 days
Grandpa Ape #3426 — Price 50

      

Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price 77.5
Grandpa Ape #2317 — Price 88.88
Grandpa Ape #6 — Price 100
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Ends in 7 days

      

Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31, Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069
Grandpa Ape #3426 — Price 50

      

Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price 77.5
Grandpa Ape #2317 — Price 88.88
Grandpa Ape #6 — Price 100
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Ends in 7 days

      

Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31, Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069, Ends in 6 days
Grandpa Ape #3426 — Price 50

    

Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price 77.5
Grandpa Ape #2317 — Price 88.88
Grandpa Ape #6 — Price 100
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100, Ends in 7 days

RIPPSCAHEN00000779

JTX-318, page 21 of 68



RIPPSCAHEN00000780

JTX-318, page 22 of 68















RIPPSCAHEN00000781

JTX-318, page 23 of 68



RIPPSCAHEN00000782

JTX-318, page 24 of 68

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price 26.6942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 8 days | Price 50 |

     

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2397 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price 26.6942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 9 days | Price 50 |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2397 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price 26.6942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 9 days | Price 50 |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2397 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price 26.6942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 8 days | Price 50 |

      

RIPPSCAHEN00000783

JTX-318, page 25 of 68

 

Grandpa Ape #744 · Grandpa Ape #1631 · Grandpa Ape #2249 · Grandpa Ape #2317 · Grandpa Ape #6 · Grandpa Ape #4959 · Grandpa Ape #4245

Price 50 · Price 55 · Price 77.5 · Price 88.88 · Price 100 · Price 100

Ends in 7 days

      

Grandpa Ape #823 · Grandpa Ape #3 · Grandpa Ape #4838 · Grandpa Ape #4088 · Grandpa Ape #4823 · Grandpa Ape #3895 · Grandpa Ape #3426

Price 26.6942 · Price 30 · Price 31 · Price 34.069 · Price 42.069 · Price 42.069 · Price 50

Last sale 0.5 · Ends in 6 days

      

Grandpa Ape #744 · Grandpa Ape #1631 · Grandpa Ape #2249 · Grandpa Ape #2317 · Grandpa Ape #6 · Grandpa Ape #4959 · Grandpa Ape #4245

Price 50 · Price 55 · Price 77.5 · Price 88.88 · Price 100 · Price 100

Ends in 7 days

      

Grandpa Ape #823 · Grandpa Ape #3 · Grandpa Ape #4838 · Grandpa Ape #4088 · Grandpa Ape #4823 · Grandpa Ape #3895 · Grandpa Ape #3426

Price 26.6942 · Price 30 · Price 31 · Price 34.069 · Price 42.069 · Price 42.069 · Price 50

Last sale 0.5 · Ends in 6 days

      

Grandpa Ape #744 · Grandpa Ape #1631 · Grandpa Ape #2249 · Grandpa Ape #2317 · Grandpa Ape #6 · Grandpa Ape #4959 · Grandpa Ape #4245

Price 50 · Price 55 · Price 77.5 · Price 88.88 · Price 100 · Price 100

Ends in 7 days

      

Grandpa Ape #823 · Grandpa Ape #3 · Grandpa Ape #4838 · Grandpa Ape #4088 · Grandpa Ape #4823 · Grandpa Ape #3895 · Grandpa Ape #3426

Price 26.6942 · Price 30 · Price 31 · Price 34.069 · Price 42.069 · Price 42.069 · Price 50

Last sale 0.5 · Ends in 6 days

     

Grandpa Ape #744 · Grandpa Ape #1631 · Grandpa Ape #2249 · Grandpa Ape #2317 · Grandpa Ape #6 · Grandpa Ape #4959 · Grandpa Ape #4245

Price 50 · Price 55 · Price 77.5 · Price 88.88 · Price 100 · Price 100

Ends in 7 days

      

RIPPSCAHEN00000784

JTX-318, page 26 of 68

RIPPSCAHEN00000785

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 — Ends in 7 days

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4839 | Grandpa Ape #4089 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426

Price 26.6942 | Price 30 | Price 31 — Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 — Ends in 6 days | Price 50

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 — Ends in 7 days

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4839 | Grandpa Ape #4089 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426

Price 26.6942 | Price 30 | Price 31 — Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 — Ends in 6 days | Price 50

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 — Ends in 7 days

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4839 | Grandpa Ape #4089 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426

Price 26.6942 | Price 30 | Price 31 — Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 — Ends in 6 days | Price 50

     

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 — Ends in 7 days

RIPPSCAHEN00000786

JTX-318, page 28 of 68



RIPPSCAHEN00000787

JTX-318, page 29 of 68















RIPPSCAHEN00000788

JTX-318, page 30 of 68

Price
🖼 50

Price
🖼 55

Price
🖼 77.5

Price
🖼 88.88

Price
🖼 100

Price
🖼 100
Ends in 7 days

      

Grandpa Ape #823
Price
🖼 26.6942

Grandpa Ape #3
Price
🖼 30

Grandpa Ape #4838
Price
🖼 31
Last sale 🖼 0.5

Grandpa Ape #4088
Price
🖼 34.069

Grandpa Ape #4833
Price
🖼 42.069

Grandpa Ape #3895
Price
🖼 42.069
Ends in 6 days

Grandpa Ape #3435
Price
🖼 50

      

Grandpa Ape #744
Price
🖼 50

Grandpa Ape #1631
Price
🖼 55

Grandpa Ape #2249
Price
🖼 55

Grandpa Ape #2397
Price
🖼 77.5

Grandpa Ape #6
Price
🖼 88.88

Grandpa Ape #4959
Price
🖼 100

Grandpa Ape #4245
Price
🖼 100
Ends in 7 days

      

Grandpa Ape #823
Price
🖼 26.6942

Grandpa Ape #3
Price
🖼 30

Grandpa Ape #4838
Price
🖼 31
Last sale 🖼 0.5

Grandpa Ape #4088
Price
🖼 34.069

Grandpa Ape #4833
Price
🖼 42.069

Grandpa Ape #3895
Price
🖼 42.069
Ends in 6 days

Grandpa Ape #3435
Price
🖼 50

      

Grandpa Ape #744
Price
🖼 50

Grandpa Ape #1631
Price
🖼 55

Grandpa Ape #2249
Price
🖼 55

Grandpa Ape #2397
Price
🖼 77.5

Grandpa Ape #6
Price
🖼 88.88

Grandpa Ape #4959
Price
🖼 100

Grandpa Ape #4245
Price
🖼 100
Ends in 7 days

      

Grandpa Ape #823
Price
🖼 26.6942

Grandpa Ape #3
Price
🖼 30

Grandpa Ape #4838
Price
🖼 31
Last sale 🖼 0.5

Grandpa Ape #4088
Price
🖼 34.069

Grandpa Ape #4833
Price
🖼 42.069

Grandpa Ape #3895
Price
🖼 42.069
Ends in 6 days

Grandpa Ape #3435
Price
🖼 50

      

Grandpa Ape #744
Price
🖼 50

Grandpa Ape #1631
Price
🖼 55

Grandpa Ape #2249
Price
🖼 55

Grandpa Ape #2397
Price
🖼 77.5

Grandpa Ape #6
Price
🖼 88.88

Grandpa Ape #4959
Price
🖼 100

Grandpa Ape #4245
Price
🖼 100
Ends in 7 days

     

RIPPSCAHEN00000789

JTX-318, page 31 of 68





      

      

RIPPSCAHEN00000791

JTX-318, page 33 of 68



RIPPSCAHEN00000792

JTX-318, page 34 of 68









Grandpa Ape #744   Grandpa Ape #1631   Grandpa Ape #2249   Grandpa Ape #2317   Grandpa Ape #6   Grandpa Ape #4959   Grandpa Ape #4245

Price 50   Price 55   Price   Price 77.5   Price 88.88   Price 100   Price 100 Ends in 7 days









Grandpa Ape #823   Grandpa Ape #3   Grandpa Ape #4836   Grandpa Ape #4088   Grandpa Ape #4823   Grandpa Ape #3895   Grandpa Ape #3426

Price 26.9942   Price 30   Price 31 Last sale: 9.5   Price 34.069   Price 42.069   Price 42.069 Ends in 6 days   Price 50









Grandpa Ape #744   Grandpa Ape #1631   Grandpa Ape #2249   Grandpa Ape #2317   Grandpa Ape #6   Grandpa Ape #4959   Grandpa Ape #4245

Price 50   Price 55   Price 77.5   Price 88.88   Price 100   Price 100 Ends in 7 days









Grandpa Ape #823   Grandpa Ape #3   Grandpa Ape #4836   Grandpa Ape #4088   Grandpa Ape #4823   Grandpa Ape #3895   Grandpa Ape #3426

Price 26.9942   Price 30   Price 31 Last sale: 9.5   Price 34.069   Price 42.069   Price 42.069 Ends in 6 days   Price 50









Grandpa Ape #744   Grandpa Ape #1631   Grandpa Ape #2249   Grandpa Ape #2317   Grandpa Ape #6   Grandpa Ape #4959   Grandpa Ape #4245

Price 50   Price 55   Price 77.5   Price 88.88   Price 100   Price 100 Ends in 7 days









Grandpa Ape #823   Grandpa Ape #3   Grandpa Ape #4836   Grandpa Ape #4088   Grandpa Ape #4823   Grandpa Ape #3895   Grandpa Ape #3426

Price 26.9942   Price 30   Price 31 Last sale: 9.5   Price 34.069   Price 42.069   Price 42.099 Ends in 6 days   Price 50







Grandpa Ape #744   Grandpa Ape #1631   Grandpa Ape #2249   Grandpa Ape #2317   Grandpa Ape #6   Grandpa Ape #4959   Grandpa Ape #4245

Price 50   Price 55   Price 77.5   Price 88.88   Price 100   Price 100 Ends in 7 days

RIPPSCAHEN00000793



RIPPSCAHEN00000794

JTX-318, page 36 of 68

      

      

      

      

      

      

     

RIPPSCAHEN00000795

JTX-318, page 37 of 68

Price
 50

Price
 55

Price
 77.5

Price
 88.88

Price
 100

Price
 100
Ends in 7 days



Grandpa Ape #823
Price
 26.6942

Grandpa Ape #3
Price
 30

Grandpa Ape #4838
Price
 31
Last sale: 0.5

Grandpa Ape #4088
Price
 34.069

Grandpa Ape #4823
Price
 42.069

Grandpa Ape #3895
Price
 42.069
Ends in 6 days

Grandpa Ape #3435
Price
 50

Grandpa Ape #744
Price
 50

Grandpa Ape #1631
Price
 55

Grandpa Ape #2249


Grandpa Ape #2397
Price
 77.5

Grandpa Ape #6
Price
 88.88

Grandpa Ape #4959
Price
 100

Grandpa Ape #4245
Price
 100
Ends in 7 days

Grandpa Ape #823
Price
 26.6942

Grandpa Ape #3
Price
 30

Grandpa Ape #4838
Price
 31
Last sale: 0.5

Grandpa Ape #4088
Price
 34.069

Grandpa Ape #4823
Price
 42.069

Grandpa Ape #3895
Price
 42.069
Ends in 6 days

Grandpa Ape #3435
Price
 50

Grandpa Ape #744
Price
 50

Grandpa Ape #1631
Price
 55

Grandpa Ape #2249


Grandpa Ape #2397
Price
 77.5

Grandpa Ape #6
Price
 88.88

Grandpa Ape #4959
Price
 100

Grandpa Ape #4245
Price
 100
Ends in 7 days

Grandpa Ape #823
Price
 26.6942

Grandpa Ape #3
Price
 30

Grandpa Ape #4838
Price
 31
Last sale: 0.5

Grandpa Ape #4088
Price
 34.069

Grandpa Ape #4823
Price
 42.069

Grandpa Ape #3895
Price
 42.069
Ends in 6 days

Grandpa Ape #3435
Price
 50

Grandpa Ape #744
Price
 50

Grandpa Ape #1631
Price
 55

Grandpa Ape #2249
Price
 77.5

Grandpa Ape #2397
Price
 88.88

Grandpa Ape #6
Price
 100

Grandpa Ape #4959
Price
 100
Ends in 7 days

RIPPSCAHEN00000796

JTX-318, page 38 of 68



RIPPSCAHEN00000797

JTX-318, page 39 of 68

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249
Price
77.5

Grandpa Ape #2917
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4088
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3426
Price
50

     

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249
Price
77.5

Grandpa Ape #2917
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

      

Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4088
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3426
Price
50

      

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249
Price
77.5

Grandpa Ape #2917
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days

     

RIPPSCAHEN00000798

JTX-318, page 40 of 68



RIPPSCAHEN00000799

      

Grandpa Ape #744 — Price — 50
Grandpa Ape #1631 — Price — 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price — 77.5
Grandpa Ape #6 — Price — 88.88
Grandpa Ape #4959 — Price — 100
Grandpa Ape #4245 — Price — 100 — Ends in 7 days

      

Grandpa Ape #823 — Price — 26.9942
Grandpa Ape #3 — Price — 30
Grandpa Ape #4838 — Price — 31 — Last sale 0.5
Grandpa Ape #4088 — Price — 34.069
Grandpa Ape #4323 — Price — 42.069
Grandpa Ape #3895 — Price — 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price — 50

      

Grandpa Ape #744 — Price — 50
Grandpa Ape #1631 — Price — 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price — 77.5
Grandpa Ape #6 — Price — 88.88
Grandpa Ape #4959 — Price — 100
Grandpa Ape #4245 — Price — 100 — Ends in 7 days

      

Grandpa Ape #823 — Price — 26.9942
Grandpa Ape #3 — Price — 30
Grandpa Ape #4838 — Price — 31 — Last sale 0.5
Grandpa Ape #4088 — Price — 34.069
Grandpa Ape #4323 — Price — 42.069
Grandpa Ape #3895 — Price — 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price — 50

      

Grandpa Ape #744 — Price — 50
Grandpa Ape #1631 — Price — 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price — 77.5
Grandpa Ape #6 — Price — 88.88
Grandpa Ape #4959 — Price — 100
Grandpa Ape #4245 — Price — 100 — Ends in 7 days

      

Grandpa Ape #823 — Price — 26.9942
Grandpa Ape #3 — Price — 30
Grandpa Ape #4838 — Price — 31 — Last sale 0.5
Grandpa Ape #4088 — Price — 34.069
Grandpa Ape #4323 — Price — 42.069
Grandpa Ape #3895 — Price — 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price — 50

    

Grandpa Ape #744 — Price — 50
Grandpa Ape #1631 — Price — 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price — 77.5
Grandpa Ape #6 — Price — 88.88
Grandpa Ape #4959 — Price — 100
Grandpa Ape #4245 — Price — 100 — Ends in 7 days

RIPPSCAHEN00000800



RIPPSCAHEN00000801

JTX-318, page 43 of 68









Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days








Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price 50









Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days









Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price 50









Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249 — Price
Grandpa Ape #2317 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days









Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3425 — Price 50








Grandpa Ape #744
Grandpa Ape #1631
Grandpa Ape #2249
Grandpa Ape #2317
Grandpa Ape #6
Grandpa Ape #4959
Grandpa Ape #4245

RIPPSCAHEN00000802

JTX-318, page 44 of 68

Case 2:22-cv-04355-JFW-JEM Document 377-38 Filed 07/27/23 Page 45 of 68 Page ID #:26984

Price
50

Price
55

Price
77.5

Price
88.88

Price
100

Price
100
Ends in 7 days

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4836 | Grandpa Ape #4086 | Grandpa Ape #4623 | Grandpa Ape #3895 | Grandpa Ape #3425 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

       

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4836 | Grandpa Ape #4086 | Grandpa Ape #4623 | Grandpa Ape #3895 | Grandpa Ape #3425 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2245 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4836 | Grandpa Ape #4086 | Grandpa Ape #4623 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

     

RIPPSCAHEN00000803



RIPPSCAHEN00000804

JTX-318, page 46 of 68



RIPPSCAHEN00000805

JTX-318, page 47 of 68



RIPPSCAHEN00000806

JTX-318, page 48 of 68

      

Grandpa Ape #744 — Price 50
Grandpa Ape #1931 — Price 55
Grandpa Ape #2249
Grandpa Ape #2397 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4345 — Price 100 — Ends in 7 days

      

Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31 — Last sale 9.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3420 — Price 50

      

      

      

      

    

RIPPSCAHEN00000807

JTX-318, page 49 of 68

Case 2:22-cv-04355-JFW-JEM   Document 377-38   Filed 07/27/23   Page 50 of 68   Page ID #:26989









Grandpa Ape #823    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3426

Price 26.6942    Price 30    Price 31    Price 34.069    Price 42.069    Price 42.069    Price 50

Last sale 0.5      Ends in 6 days









Grandpa Ape #744    Grandpa Ape #1651    Grandpa Ape #2249    Grandpa Ape #2387    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price 50    Price 55      Price 77.5    Price 88.88    Price 100    Price 100

Ends in 7 days









Grandpa Ape #823    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3426

Price 26.6942    Price 30    Price 31    Price 34.069    Price 42.069    Price 42.069    Price 50

Last sale 0.5      Ends in 6 days









Grandpa Ape #744    Grandpa Ape #1651    Grandpa Ape #2249    Grandpa Ape #2387    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price 50    Price 55      Price 77.5    Price 88.88    Price 100    Price 100

Ends in 7 days









Grandpa Ape #823    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3426

Price 26.6942    Price 30    Price 31    Price 34.069    Price 42.069    Price 42.069    Price 50

Last sale 0.5      Ends in 6 days









Grandpa Ape #744    Grandpa Ape #1651    Grandpa Ape #2249    Grandpa Ape #2387    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price 50    Price 55      Price 77.5    Price 88.88    Price 100    Price 100

Ends in 7 days








Grandpa Ape #823    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3426

Price    Price    Price    Price    Price    Price

RIPPSCAHEN00000808

JTX-318, page 50 of 68

      

Grandpa Ape #744    Grandpa Ape #1631    Grandpa Ape #2249    Grandpa Ape #2317    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price: 50    Price: 55    Price: 77.5    Price: 88.88    Price: 100    Price: 100 (Ends in 7 days)

      

Grandpa Ape #623    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3420

Price: 26.6942    Price: 30    Price: 31 (Last sale: 0.5)    Price: 34.069    Price: 42.069    Price: 42.069 (Ends in 6 days)    Price: 50

      

Grandpa Ape #744    Grandpa Ape #1631    Grandpa Ape #2249    Grandpa Ape #2317    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price: 50    Price: 55    Price: 77.5    Price: 88.88    Price: 100    Price: 100 (Ends in 7 days)

      

Grandpa Ape #623    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3420

Price: 26.6942    Price: 30    Price: 31 (Last sale: 0.5)    Price: 34.069    Price: 42.069    Price: 42.069    Price: 50

      

Grandpa Ape #744    Grandpa Ape #1631    Grandpa Ape #2249    Grandpa Ape #2317    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

Price: 50    Price: 55    Price: 77.5    Price: 88.88    Price: 100    Price: 100 (Ends in 7 days)

      

Grandpa Ape #623    Grandpa Ape #3    Grandpa Ape #4838    Grandpa Ape #4088    Grandpa Ape #4823    Grandpa Ape #3895    Grandpa Ape #3420

Price: 26.6942    Price: 30    Price: 31 (Last sale: 0.5)    Price: 34.069    Price: 42.069    Price: 42.069 (Ends in 6 days)    Price: 50

     

Grandpa Ape #744    Grandpa Ape #1631    Grandpa Ape #2249    Grandpa Ape #2317    Grandpa Ape #6    Grandpa Ape #4959    Grandpa Ape #4245

RIPPSCAHEN00000809

JTX-318, page 51 of 68

      

Price 50 | Price 55 | | | Price 77.5 | Price 88.88 | Price 100 | Price 100 (Ends in 7 days)

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436

Price 26.6942 | Price 30 | Price 31 (Last sale 0.5) | Price 34.069 | Price 42.069 | Price 42.069 (Ends in 6 days) | Price 50



      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 (Ends in 7 days)

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436

Price 26.6942 | Price 30 | Price 31 (Last sale 0.5) | Price 34.069 | Price 42.069 | Price 42.069 (Ends in 6 days) | Price 50

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 (Ends in 7 days)

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436

Price 26.6942 | Price 30 | Price 31 (Last sale 0.5) | Price 34.069 | Price 42.069 | Price 42.069 (Ends in 6 days) | Price 50

     

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | | Price 77.5 | Price 88.88 | Price 100 | Price 100 (Ends in 7 days)

RIPPSCAHEN00000810

JTX-318, page 52 of 68



RIPPSCAHEN00000811

JTX-318, page 53 of 68

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 50 | 🖼 55 | | 🖼 77.5 | 🖼 88.88 | 🖼 100 | 🖼 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 26.6942 | 🖼 30 | 🖼 31 | 🖼 34.069 | 🖼 42.069 | 🖼 42.069 | 🖼 50 |
| | | Last sale: 🖼 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 50 | 🖼 55 | | 🖼 77.5 | 🖼 88.88 | 🖼 100 | 🖼 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 26.6942 | 🖼 30 | 🖼 31 | 🖼 34.069 | 🖼 42.069 | 🖼 42.069 | 🖼 50 |
| | | Last sale: 🖼 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 50 | 🖼 55 | | 🖼 77.5 | 🖼 88.88 | 🖼 100 | 🖼 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3426 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 26.6942 | 🖼 30 | 🖼 31 | 🖼 34.069 | 🖼 42.069 | 🖼 42.069 | 🖼 50 |
| | | Last sale: 🖼 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
|---|---|---|---|---|---|---|
| Price | Price | Price | Price | Price | Price | Price |
| 🖼 50 | 🖼 55 | | 🖼 77.5 | 🖼 88.88 | 🖼 100 | 🖼 100 |
| | | | | | | Ends in 7 days |

      

RIPPSCAHEN00000812



RIPPSCAHEN00000813

JTX-318, page 55 of 68

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | Price 77.5 | Price 88.88 | Price 100 | Price 100 

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3428

Price 26.9942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 8 days | Price 50 

      

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | Price 77.5 | Price 88.88 | Price 100 | Price 100 

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3428

Price 26.9942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 8 days | Price 50

       

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | Price 77.5 | Price 88.88 | Price 100 | Price 100 Ends in 7 days

      

Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3428

Price 26.9942 | Price 30 | Price 31 Last sale 0.5 | Price 34.069 | Price 42.069 | Price 42.069 Ends in 8 days | Price 50

    

Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245

Price 50 | Price 55 | Price 77.5 | Price 88.88 | Price 100 | Price 100 Ends in 7 days

RIPPSCAHEN00000814

JTX-318, page 56 of 68

      

Grandpa Ape #823 · Price · 26.6942
Grandpa Ape #3 · Price · 30
Grandpa Ape #4838 · Price · 31 · Last sale 5.5
Grandpa Ape #4088 · Price · 34.069
Grandpa Ape #4823 · Price · 42.069
Grandpa Ape #3895 · Price · 42.069 · Ends in 6 days
Grandpa Ape #3420 · Price · 50

      

Grandpa Ape #744 · Price · 50
Grandpa Ape #1631 · Price · 55
Grandpa Ape #2249 · Price
Grandpa Ape #2317 · Price · 77.5
Grandpa Ape #6 · Price · 88.88
Grandpa Ape #4959 · Price · 100
Grandpa Ape #4345 · Price · 100 · Ends in 7 days

      

Grandpa Ape #823 · Price · 26.6942
Grandpa Ape #3 · Price · 30
Grandpa Ape #4838 · Price · 31 · Last sale 5.5
Grandpa Ape #4088 · Price · 34.069
Grandpa Ape #4823 · Price · 42.069
Grandpa Ape #3895 · Price · 42.069 · Ends in 6 days
Grandpa Ape #3420 · Price · 50

      

Grandpa Ape #744 · Price · 50
Grandpa Ape #1631 · Price · 55
Grandpa Ape #2249 · Price
Grandpa Ape #2317 · Price · 77.5
Grandpa Ape #6 · Price · 88.88
Grandpa Ape #4959 · Price · 100
Grandpa Ape #4345 · Price · 100 · Ends in 7 days

      

Grandpa Ape #823 · Price · 26.6942
Grandpa Ape #3 · Price · 30
Grandpa Ape #4838 · Price · 31 · Last sale 5.5
Grandpa Ape #4088 · Price · 34.069
Grandpa Ape #4823 · Price · 42.069
Grandpa Ape #3895 · Price · 42.069 · Ends in 6 days
Grandpa Ape #3420 · Price · 50

      

Grandpa Ape #744 · Price · 50
Grandpa Ape #1631 · Price · 55
Grandpa Ape #2249 · Price
Grandpa Ape #2317 · Price · 77.5
Grandpa Ape #6 · Price · 88.88
Grandpa Ape #4959 · Price · 100
Grandpa Ape #4345 · Price · 100 · Ends in 7 days

     

Grandpa Ape #823 · Price
Grandpa Ape #3 · Price
Grandpa Ape #4838 · Price
Grandpa Ape #4088 · Price
Grandpa Ape #4823 · Price
Grandpa Ape #3895 · Price
Grandpa Ape #3420 · Price

RIPPSCAHEN00000815

JTX-318, page 57 of 68
















Grandpa Ape #744     Grandpa Ape #1631     Grandpa Ape #2249     Grandpa Ape #2317     Grandpa Ape #6     Grandpa Ape #4959     Grandpa Ape #4245

Price     Price     Price     Price     Price     Price     Price
50        55                   77.5      88.88     100       100

Grandpa Ape #823     Grandpa Ape #3     Grandpa Ape #4836     Grandpa Ape #4088     Grandpa Ape #4823     Grandpa Ape #3895     Grandpa Ape #3426

Price     Price     Price     Price     Price     Price     Price
26.6942   30        31        34.069    42.069    42.069    50









Grandpa Ape #744     Grandpa Ape #1631     Grandpa Ape #2249     Grandpa Ape #2317     Grandpa Ape #6     Grandpa Ape #4959     Grandpa Ape #4245

Price     Price     Price     Price     Price     Price     Price
50        55                   77.5      88.88     100       100










Grandpa Ape #823     Grandpa Ape #3     Grandpa Ape #4836     Grandpa Ape #4088     Grandpa Ape #4823     Grandpa Ape #3895     Grandpa Ape #3426

Price     Price     Price     Price     Price     Price     Price
26.6942   30        31        34.069    42.069    42.069    50










Grandpa Ape #744     Grandpa Ape #1631     Grandpa Ape #2249     Grandpa Ape #2317     Grandpa Ape #6     Grandpa Ape #4959     Grandpa Ape #4245

Price     Price     Price     Price     Price     Price     Price
50        55                   77.5      88.88     100       100









Grandpa Ape #823     Grandpa Ape #3     Grandpa Ape #4836     Grandpa Ape #4088     Grandpa Ape #4823     Grandpa Ape #3895     Grandpa Ape #3426

Price     Price     Price     Price     Price     Price     Price
26.6942   30        31        34.069    42.069    42.069    50








Grandpa Ape #744     Grandpa Ape #1631     Grandpa Ape #2249     Grandpa Ape #2317     Grandpa Ape #6     Grandpa Ape #4959     Grandpa Ape #4245

RIPPSCAHEN00000816

      

      

      

      

      

      

      

RIPPSCAHEN00000817

JTX-318, page 59 of 68



Grandpa Ape #823
Price
26.6942

Grandpa Ape #3
Price
30

Grandpa Ape #4838
Price
31
Last sale: 0.5

Grandpa Ape #4088
Price
34.069

Grandpa Ape #4823
Price
42.069

Grandpa Ape #3895
Price
42.069
Ends in 6 days

Grandpa Ape #3435
Price
50

Grandpa Ape #744
Price
50

Grandpa Ape #1631
Price
55

Grandpa Ape #2249
Price
31

Grandpa Ape #2317
Price
77.5

Grandpa Ape #6
Price
88.88

Grandpa Ape #4959
Price
100

Grandpa Ape #4245
Price
100
Ends in 7 days














RIPPSCAHEN00000818

JTX-318, page 60 of 68

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4823 | Grandpa Ape #3895 | Grandpa Ape #3436 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| --- | --- | --- | --- | --- | --- | --- |
| Price | Price | | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

RIPPSCAHEN00000819

JTX-318, page 61 of 68



RIPPSCAHEN00000820

JTX-318, page 62 of 68

      

| Grandpa Ape #764 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

     

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4833 | Grandpa Ape #3895 | Grandpa Ape #3426 |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4833 | Grandpa Ape #3895 | Grandpa Ape #3426 |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.5 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

      

| Grandpa Ape #823 | Grandpa Ape #3 | Grandpa Ape #4838 | Grandpa Ape #4088 | Grandpa Ape #4833 | Grandpa Ape #3895 | Grandpa Ape #3426 |
| Price | Price | Price | Price | Price | Price | Price |
| 26.6942 | 30 | 31 | 34.069 | 42.069 | 42.069 | 50 |
| | | Last sale: 0.0 | | | Ends in 6 days | |

      

| Grandpa Ape #744 | Grandpa Ape #1631 | Grandpa Ape #2249 | Grandpa Ape #2317 | Grandpa Ape #6 | Grandpa Ape #4959 | Grandpa Ape #4245 |
| Price | Price | Price | Price | Price | Price | Price |
| 50 | 55 | | 77.5 | 88.88 | 100 | 100 |
| | | | | | | Ends in 7 days |

RIPPSCAHEN00000821

JTX-318, page 63 of 68






RIPPSCAHEN00000822

JTX-318, page 64 of 68











Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249
Grandpa Ape #2397 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days









Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31 — Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3420 — Price 50









Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249
Grandpa Ape #2397 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days









Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31 — Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3420 — Price 50









Grandpa Ape #744 — Price 50
Grandpa Ape #1631 — Price 55
Grandpa Ape #2249
Grandpa Ape #2397 — Price 77.5
Grandpa Ape #6 — Price 88.88
Grandpa Ape #4959 — Price 100
Grandpa Ape #4245 — Price 100 — Ends in 7 days








Grandpa Ape #823 — Price 26.6942
Grandpa Ape #3 — Price 30
Grandpa Ape #4838 — Price 31 — Last sale 0.5
Grandpa Ape #4088 — Price 34.069
Grandpa Ape #4823 — Price 42.069
Grandpa Ape #3895 — Price 42.069 — Ends in 6 days
Grandpa Ape #3420 — Price 50

Grandpa Ape #744
Grandpa Ape #1631
Grandpa Ape #2249
Grandpa Ape #2397
Grandpa Ape #6
Grandpa Ape #4959
Grandpa Ape #4245

RIPPSCAHEN00000823

JTX-318, page 65 of 68

      

Grandpa Ape #823 — 26.6942 | Grandpa Ape #3 — 30 | Grandpa Ape #4838 — 31 | Grandpa Ape #4088 — 34.069 | Grandpa Ape #4823 — 42.069 | Grandpa Ape #3895 — 42.069 | Grandpa Ape #3426 — 50

      

Grandpa Ape #744 — 50 | Grandpa Ape #1651 — 55 | Grandpa Ape #2249 | Grandpa Ape #2397 — 77.5 | Grandpa Ape #6 — 88.88 | Grandpa Ape #4959 — 100 | Grandpa Ape #4245 — 100

      

      

      

      

      

RIPPSCAHEN00000824

JTX-318, page 66 of 68



RIPPSCAHEN00000825

JTX-318, page 67 of 68



RIPPSCAHEN00000826

JTX-318, page 68 of 68