

# #The Bestt Boredd Apee Yacht Clubb

Items 8 · Created Feb 2022 · Creator earnings 10% · Chain Polygon

Welcome to the home of #The Bestt Boredd Apee Yacht Clubb on OpenSea. Discover the best items in this collection.

See more

| 0 ETH | -- | -- | 0% | 1 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owner | unique owners |

**Items** · Analytics · Activity

**Status**
- Buy Now
- On Auction

**Price**
**Quantity**
**Currency**

● Live data BETA · 3 items



Bored Ape Yacht Club Playful | Bored Ape Yacht Club The Cool | Bored Ape Yacht Club

Sweep · Make collection offer






**Sweep**

JTX-320, page 2 of 2