Exhibit 0524
3/24/2023
Jason Cline

**Jason.ip** 🚀
@Jclineshow

I can't believe of all people @ryder_ripps finally bought a BAYC. What is happening 😂

2:24 PM · May 13, 2022

3 Retweets   40 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-0524
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Tweet your reply     **Reply**

**aua8291.eth** ✅ @aua8291 · May 14
Replying to @Jclineshow and @ryder_ripps
need to get a bayc v3. @ryder_ripps sir will u make another one?

♡ 1

💀 **Metacon | 💎00.eth | 💎⛏️➡️SOON** @metacon68 · May 13
Replying to @Jclineshow and @ryder_ripps
Pretty sure he just right click saved that shit 🤣

💬 1    ♡ 1

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @metacon68 and @ryder_ripps
But it has the hex?

💬 3    ♡ 5

Show replies

**cb** @web3cb · May 13
Replying to @Jclineshow and @ryder_ripps
It's not a real BAYC, Jason.

💬 5  🔁  ♡ 1  ⬆

**Lylythabeast.eth** ➡️ @business_kelly · May 13
Replying to @web3cb @Jclineshow and @ryder_ripps
he has a hexe gone though ....

💬 2  🔁  ♡ 1  ⬆

Show replies

**Lylythabeast.eth** ➡️ @business_kelly · May 13
Replying to @Jclineshow and @ryder_ripps
😂

💬  🔁  ♡ 1  ⬆

**davila** 🖐️ @0xDavila · May 13
Replying to @Jclineshow and @ryder_ripps
It's fake check the contract haha

💬 1  🔁  ♡ 1  ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @0xDavila and @ryder_ripps
It has the hex tjough?

💬 1  🔁  ♡ 5  ⬆

Show replies

**MIKΞG.IP** 🚀 @MetaMikeG · May 13
Replying to @Jclineshow and @ryder_ripps
And a real one too! Ya just never know what the day will bring

JTX-0524.00002                                          YUGALABS_00029077

💬   🔁   ♡ 1   ⬆️

**MAXIMAXIMAXIMAXIMAXIMAXI...** @MAXIMUM... · May 13
Replying to @Jclineshow and @ryder_ripps
I bet @moonpay airdropped it, no way he's got bags for that.

💬 1   🔁   ♡ 8   ⬆️

**MoonPay** ✓ @moonpay · May 14
Replying to @MAXIMUMWAGMI @Jclineshow and @ryder_ripps

[GIF: Keeping Up With The Kardashians]

💬 3   🔁 1   ♡ 13   ⬆️

Show replies

**-969.eth** @sheeptweetZ · May 13
Replying to @Jclineshow and @ryder_ripps
😂😂

💬 1   🔁   ♡ 3   ⬆️


**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @sheeptweetZ and @ryder_ripps

Holy 👀

♡ 1