U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-0605
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



**Bored Ape Yacht Club** ✓
@BoredApeYC

Apes, our BAYC x @McBess x @DudesFactory collab goes live on Wednesday, Oct. 26th at noon ET. This BAYC/MAYC-exclusive drop will be at store.boredapeyachtclub.com when live, with payments in @apecoin only. 🧵 for more info.



9:01 AM · Oct 19, 2022

855 Retweets    143 Quote Tweets    2,378 Likes