

JTX-0606.00001  YUGALABS_00002244