Namecheap Order Summary (Order# 86236770) > Inbox x

**Namecheap Support** <support@namecheap.com>   Wed, Dec 22, 2021, 1:00 PM
to Ryder

**Namecheap Order Summary**
Date: Dec 22, 2021 03:56:13 PM EST

Dear Ryder,

Thank you for choosing Namecheap. Here's a summary of your order.

**Order Details**

| | | | |
|---|---|---|---|
| Order Date: | Dec 22, 2021 03:56:09 PM | Payment Source: | Credit Card ***(* * * * 2003) |
| Order Number: | 86236770 | Initial Charge: | $2888.00 |
| Transaction ID: | 100590909 | Final Cost: | $2888.00 |
| User Name: | okfocus | | |
| Address: | 11-11 44th Rd. #201 | Total Refund: | N/A |
| | Long Island City | Refund Transaction ID: | N/A |
| | NY,11101 | Refunded To: | N/A |
| | US | | |

| TITLE | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|
| | | | | $2888.00 |
| Premium Domain apemarket.com | 1 | 1 year | $2888.00 | Setup $0.00 |
| | | | Sub Total | $0.00 |
| | | | TOTAL | **$2888.00** |

**Additional Transaction Details**

Order Ref #   okfocus-108.185.23.142-fd0f2acb9000455b9cfd5751d0e5787e
Approval #   ch_3K9br1I2aKwfvOvn1Vusmrn2

**Hosting:**
If you've purchased a hosting plan, its activation and setup will start soon →. Once both are complete, we'll send you a welcome email with your IP address and hosting account information.

**SSL Certificates:**
If you've purchased an SSL certificate, you will need to enable the SSL on your server. However, if you purchased a renewal PositiveSSL or EssentialSSL for a domain on Namecheap Shared Hosting, it should be installed automatically within an hour of the purchase.

**Premium domains:**
Please note that the premium purchase may take 24-72 hours to complete. We might get in touch with you to confirm purchase details. Please see our Knowledgebase for more information.

**Transfers:**
If you are transferring domains that require an Auth Code (or "EPP code"), we'll let you know. If it's required, please obtain the Auth Code from your previous registrar and enter it via your Account Panel.

**Renewals:**
We strongly encourage you to select auto-renewal for your domains and other products, whenever the option is available. We offer a variety of payment options for auto-renewals.

Feel free to contact our Customer Service team if you have any questions or concerns. They're available 24/7.

Regards,
Team Namecheap
https://www.namecheap.com/

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0627
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk