

**Tom iPhone 14:** 6/24/22, 7:06 PM
This is more up to date than listings and looks cool

**Tom iPhone 14:** 6/24/22, 7:07 PM
Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

**Tom iPhone 14:** 6/24/22, 7:17 PM
We also need new logo and branding direction in light of the trademark thing

**Pauly Shore:** 6/24/22, 7:17 PM
Dis ked "Asking in the rD scord, trying to find that out, but I found an example where it's an hour"

**Tom iPhone 14:** 6/24/22, 7:18 PM
My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

**Pauly Shore:** 6/24/22, 7:18 PM
Liked an image

**Tom iPhone 14:** 6/24/22, 7:18 PM
Collection name could be rendered as "RR/****" or something

**Tom iPhone 14:** 6/24/22, 7:18 PM
"Yuga doesn't want you to know the name of this collection"

**Pauly Shore:** 6/24/22, 7:18 PM
Ok I will talk to ryder about that

253
CONFIDENTIAL



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-0630
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

LEHMAN0000047

JTX-0630.00001

6/24/22, 7:19 PM
Tom iPhone 14



Like in a menu like this I think RR should look very distinct (strictly my opinion!)

6/24/22, 7:19 PM
Pauly Shore



6/24/22, 7:19 PM
Pauly Shore

I agree

6/24/22, 7:19 PM
Tom iPhone 14

Haha, I think that's very funny but we are past it IMO

6/24/22, 7:19 PM
Tom iPhone 14

Past that stage

6/24/22, 7:20 PM
Tom iPhone 14

Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

254
CONFIDENTIAL                    LEHMAN0000048

JTX-0630.00002

**Tom iPhone 14** — 6/24/22, 7:20 PM
> Whereas now with the logo thing we don't look sympathetic to everyone

**Tom iPhone 14** — 6/24/22, 7:20 PM
> Anyway you feel me on this, it's my meme

**Pauly Shore** — 6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
> For sure

**Pauly Shore** — 6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)
> Wym

**Tom iPhone 14** — 6/24/22, 7:21 PM
> Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logo is to theirs"

**Tom iPhone 14** — 6/24/22, 7:21 PM
> Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

**Pauly Shore** — 6/25/22, 4:48 AM
> Sorry I fell asleep

**Pauly Shore** — 6/25/22, 4:49 AM
> And woke up to chaos

**Tom iPhone 14** — 6/25/22, 10:01 AM
> 5 mins

**Pauly Shore** — 6/25/22, 10:01 AM
> I'm not ready for team call yet

**Pauly Shore** — 6/25/22, 10:01 AM
> [Screenshot of iMessage: "Hi Jeremy, I'm a reporter at The Daily Beast. Just wanted to check if you had any thoughts or comment on the Yuga Labs lawsuit? Thanks!"]

**Pauly Shore** — 6/25/22, 10:01 AM
> Curious your thoughts

CONFIDENTIAL   LEHMAN0000049

JTX-0630.00003