> **Tom iPhone 14** — 5/25/22, 2:19 PM
> Ryder mints then

> **Tom iPhone 14** — 5/25/22, 2:19 PM
> This is a pre pay system

**5/25/22, 2:24 PM**
This is quite crazy definitely some people will buy thinking they are buying originals!

> **Tom iPhone 14** — 5/25/22, 2:24 PM
> Bro there is a checkbox

> **Tom iPhone 14** — 5/25/22, 2:24 PM
> On the site

5/25/22, 2:24 PM (Viewed 5/25/22, 2:25 PM)
Im talking about the foundation site

> **Tom iPhone 14** — 5/25/22, 2:25 PM
> Ah true

> **Tom iPhone 14** — 5/25/22, 2:26 PM
> Well ppl should do their Researxh!

> **Tom iPhone 14** — 5/25/22, 2:26 PM
> Foundation is weird tho bc Someone can sell something they didn't create

> **Tom iPhone 14** — 5/25/22, 2:26 PM
> So yeah idk

> **Tom iPhone 14** — 5/25/22, 2:26 PM
> Check the chain

> **Tom iPhone 14** — 5/25/22, 2:26 PM
> I'm a bro

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
Check the chain>

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)
?

5/25/22, 2:34 PM (Viewed 5/25/22, 2:35 PM)

CONFIDENTIAL

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-0631** _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

LEHMAN0000077

JTX-0631.00001