



JTX-0669.00001

YUGALABS_00030121