Captured at: 01/05/2023, 01:47 PM
URL: http://web.archive.org/web/20220521085131/https:/foundation.app/collection/bayc?tab=artworks





BAYC

# Bored Ape Yacht Club

 @ryder_ripps

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 1,063 | 389 | 0.12 ETH | 85.07 ETH |

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0670**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-0670.00001                           YUGALABS_00030104