U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:22-cv-04355-JFW-JEM

Yuga Labs, Inc.

vs.

Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____**JTX-0671**_____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**



**RYDER RIPPS** 🔜 ✅
@ryder_ripps

## foundation.app/collection/bayc

BAYC ⧉

# Bored Ape Yacht Club

@ryder_ripps    Edit Collection

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 253 | 168 | 0.10 ETH | 28.14 ETH |

NFTs   Description   Activity

Live Auction 0   Buy Now 49   Reserve Price 11   Active Offers 13   Price ⌄

3:06 AM · May 17, 2022

**5** Retweets   **1** Quote Tweet   **50** Likes

YUGALABS_00031325