

JTX-0673.00001

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____**JTX-0673**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

YUGALABS_00015424