

**PAULY** ✓
@Pauly0x

···

RR/BAYC is now #4 on @opensea's 24 hour chart.

They have tried to ban the project multiple times in the last month. Nice try!

The only projects that have done more volume in the last 24 hours are CryptoPunks, BAYC and the entire ArtBlocks Curated collection.

Probably nothing.



6:02 PM · Jun 20, 2022

**20** Retweets   **1** Quote Tweet   **66** Likes



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0682** _____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**