Case 2:22-cv-04355-JFW-JEM   Document 377-68   Filed 07/27/23   Page 1 of 3   Page ID #:27073

# Twitter

## Explore
## Settings

← Tweet

**PAULY** ✓
@Pauly0x

RR/BAYC is officially the highest 24h volume on @opensea...

IN THE WORLD! 🚀

We passed BAYC in the middle of Apefest! 😂

(*Punks volume is not on OS, it's on the LL marketplace.)

[Image: Top collections over last 24 hours chart showing CryptoPunks, RR/BAYC, Bored Ape Yacht Cl..., Art Blocks Curated, Otherdeed for Other..., CLONE X - X TAKASHI..., Primates, Udder Chaos, Mutant Ape Yacht Club, Chromie Squiggle b..., Azuki, CryptoPunks V1 (wr..., Doodles, Yeah Tigers, Okay Bears]

11:24 PM · Jun 20, 2022

**34** Retweets   **3** Quote Tweets   **168** Likes

---

**D34thSt4lker** @D34thSt4lker · Jun 20, 2022
Replying to @Pauly0x and @opensea
Cool story bro

💬 1    🔁 1    ♥ 1

**PAULY** ✓ @Pauly0x · Jun 20, 2022
Replying to @D34thSt4lker and @opensea
Facts > stories

💬 1    🔁 1    ♥ 1

Show replies

---

**-69.eth** ✓ @_etheth · Jun 20, 2022
Replying to @Pauly0x and @opensea
➡️➡️➡️➡️
SOON SOON SOON SOON

🔁    ♥ 6

---

**Zorta** @zortastore

😔Unfortunately, we will close properly soon.

We can no longer afford to rent our business. The Travel Cosmetic Bag in our shop has a 50% discount! If our financial situation improves in the future, we will definitely open up again.

🛒Get Here👉  zorta.co/cosmetic-bag

---

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own pers...

[ G Sign up with G... ]
[  Sign up with A... ]
[ Create accoun... ]

By signing up, you agree to the Te... Privacy Policy, including Cookie U...

**Relevant people**

**PAULY** ✓
@Pauly0x
Founder @NotLarva... FUNGIBLE TOKEN: a... identifier that canno... substituted, or subc... Merriam-Webster D...

**What's happening**

NHL · Starts at 3:00 PM
**Metropolitan Division at A... Division**

Politics · Trending
**The Chinese**
Trending with  Surfside Beach

Trending in United States
**F-22**
11.1K Tweets

Trending in United States
**Top Gun 3**

Sports · Trending
**Brian Schottenheimer**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT_____**JTX-0683**_____
DATE_____ IDEN.
DATE_____ EVID.
BY_____
**Deputy Clerk**

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]

2/4/23, 3:20 PM                PAULY on Twitter: "RRYBAYC is officially the highest 24h volume on @opensea... IN THE WORLD 🌎 We passed BAYC in the mi…

Case 2:22-cv-04355-JFW-JEM  Document 377-68  Filed 07/27/23  Page 2 of 3  Page ID #:27074



# Explore

## Settings

🔍

💬 50    🔁 30    ♡ 388    📊 1.3M    ⬆️

⬈ Promoted

---

**Juice** 🕯️ ✓  @Juicetin_420 · Jun 20, 2022                    …
Replying to @Pauly0x and @opensea
Zoos and BAYC both don't own their apes 👀

💬    🔁    ♡ 1    📊    ⬆️

---

**MM** ✓  @morellifit · Jun 21, 2022                          …
Replying to @Pauly0x and @opensea
I am confused. You passed them with the same exact art for 1/90th of the price?

I am always happy to see people win, I am just not sure this is brag worthy?

Perhaps I am missing some important details?

💬 1    🔁 1    ♡ 2    📊    ⬆️

---

**Collin collinnft.eth metameta.eth**  @CollinsCustomIP · Jun 20, 2022    …
Replying to @Pauly0x and @opensea
congrats dood, see u husslin!

💬    🔁 1    ♡    📊    ⬆️

---

**Tom** 🛠️  @thomasjeans · Jun 20, 2022                      …
Replying to @Pauly0x and @opensea
it's stolen art and a lot of people will get wrecked when the price tanks, congrats!

💬 1    🔁 1    ♡ 1    📊    ⬆️

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

- # Explore
- ⚙ Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in