



JTX-0684.00001　　　　　　　　　　　　　　　　　　　　　　　　　YUGALABS_00015425