







JTX-0696.00004

YUGALABS_00014082