

JTX-0701.00001

YUGALABS_00040375