

**GemBot** 💎🧹🤖
@0xGem

New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH etherscan.io/tx/0x0fad43802...



3:34 PM · Jul 8, 2022 · Zapier.com

14 Retweets  17 Quote Tweets  72 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT  JTX-0705
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



JTX-0705.00002                                            YUGALABS_00002626



Replying to @0xGem
Decimal

**Buffet | NFTBuffet.eth** @NFTBuffet · Jul 8
Replying to @0xGem
damn i could have afforded this

2    4

**16** @Josh_IK · Jul 8
Replying to @NFTBuffet and @0xGem
Looks like a shady deal

1    1

Show replies

👎👎👎👎👎**.eth** @from42c · Jul 8
Replying to @0xGem
hahaha

**Danny Kass** @dannygkass · Jul 8
Replying to @0xGem
Here we go again 👀

**⚜BANANATASKFORCEAPE#GALA #BTFA ...** @FTMROSE... · Jul 8
Replying to @0xGem
How did we get here?

**weezyapebaby.eth** @twallace1010 · Jul 8
Replying to @0xGem
🥺



JTX-0705.00005

YUGALABS_00002629



YUGALABS_00002630



**mikerosko.eth** ❓ @Mike_Rosko_ · Jul 8
Replying to @0xGem
👀

**01.eth | kreeznotic** 🕳 **| kreez.og** @kreeznotic · Jul 8
Replying to @0xGem
@oksoonbot stamp

1

**apeuniverse.eth** (🦍,🥖) @apeuniverse_eth · Jul 8
Replying to @0xGem
What a gold ape sold for 6eth must be a glitch!

♡ 1

**owsteen.eth** @AstroImpulse · Jul 8
Replying to @0xGem
Even as an RR ape. 6 eth pretty insane

**W3nzel.eth** @thisiswenzel · Jul 8
Replying to @0xGem
It's a RR ape.

**Andy00** @beef1218 · Jul 8
Replying to @0xGem
Something must be terribly wrong with this...

**Simon** @joergloo · Jul 8
Replying to @0xGem
steel

**Rosario** @bakenfts · Jul 8
Replying to @0xGem
#RRBAYC

**HAYA META** @HAYA_META · Jul 9
Replying to @0xGem
RRBAYC > BAYC

**CK.ETH**🎩🐱🐻🇬🇧 @inquisitivemove · Jul 8
Replying to @0xGem
Can't be rite



JTX-0705.00008

YUGALABS_00002632



JTX-0705.00009

YUGALABS_00002633



YUGALABS_00002634