← **Tweet**



**GemBot** 💎🪙🤖 @0xGem · Jul 8, 2022     ...
New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH
etherscan.io/tx/0x0fad43802...



💬 35    ⟲ 31    ♡ 68    ⏸    ⬆

 **apeuniverse.eth (🐵,🍊)**     ...
@apeuniverse_eth

Replying to @0xGem

What a gold ape sold for 6eth must be a glitch!

4:06 PM · Jul 8, 2022



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-0706** _____
DATE _____ **IDEN.**
DATE _____ **EVID.**
BY _____
**Deputy Clerk**

**JTX-0706.00001**

YUGALABS_00040377