

**RYDER-RIPPS.ETH** 🔜 ✓
@ryder_ripps

Hi all, we're seeing more "RR/BAYC" titled collections on OpenSea, we're working on having these removed to avoid confusion. Note: We love RR/BAYC inspired projects/fan art, the only thing we ask is to avoid using the RR/BAYC name 🙏

3:16 AM · May 27, 2022 · Twitter for iPhone

**15** Retweets   **4** Quote Tweets   **118** Likes



**RYDER-RIPPS.ETH** 🔜 ✓  @ryder_rip... · May 27
Replying to @ryder_ripps
This one is the main problem..



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-0715**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk