

Direct Messages
Group / Team ApeMarket

**Pauly Shore** 18-May-22 06:39 PM
Hey gang

@hwonder right now Tom is working on a helper contract to mint the 8R BAYC and we wanted to ask you a technical question or two if you don't mind...

@middlemarch.eth feel free to lay it out and if we are lucky our guy H will bless us with some knowledge



**middlemarch.eth** 18-May-22 06:40 PM
Hii!!

So basically the Foundation CollectionContract has a "mint" function that can be called by the owner

👍 2

**Pauly Shore** 18-May-22 06:41 PM
This will be good to write down anyways so I can share with ryder

**middlemarch.eth** 18-May-22 06:41 PM
And the idea is to write a helper contract that does something like this

```
function mint() external payable {
    uint minted = foundationContract.mint('ipfs://');
    foundationContract.safeTransferFrom(address(this), msg.sender, minted);
}
```

Helper contract would figure out what the URI should be etc

But to call mint() the helper contract needs to be the owner of the collection

And changing owner is an onlyOperator function

```
/* Profile: Allow an NFT owner or Creator and Recoverer Trustee account or admin to update the content
 * to a new account with a [        ] of [] as their account.
 * @param signature Message [                ] to identify to [                    ]
 * @param originAddress the original content
 * Note: This will primarily only sig NFTs that have been deleted without ....
 */
function AdmiRecoverSignature{
    uint256[] collating newtoTokenIds,
    address originalAddress,
    address payable newAddress,
    bytes calldata signature
} public( no operator ) {
    originalAddress.requireAuthorizedAddminSignature(newAddress, signature);

    for (uint256 i = 0, i < newtoTokenIds.length; i++) {
        uint256 tokenId = newtoTokenIds[i];
        //-- [                                                  ]
        //-- so that if recovering a particular tokenId n if the case has deleted it on chain
        if (_atList(tokenId) && newtof(tokenId) == originalAddress) {
            _transfer(originalAddress, newAddress, tokenId);
            emit NFTransferRecover(tokenId, originalAddress, newAddress);
        }
    }

    if (owner_ == originalAddress) {
        owner_ = newAddress;
        emit CreatorMigrate(originalAddress, newAddress);
    }
}
```

And the operator is Foundation

So basically it seems like we need to get Foundation's help to transfer ownership, which I'm sure they would do under normal circumstances, but might not want to do here

The only other option I can think of would be to keep Ryder as the owner but then write a script to programmatically mint all the tokens and transfer them to the helper contract

Which would of course require a lot of gas and also the use of Ryder's private key (or someone's private key maybe we could transfer ownership to another wallet first) :unamused:

**hwondr** 18-May-22 06:43 PM
the alt would be to do it all server side, let ryder deploy, use an ENV var of key which ryder would control and make calls that way

would be light way

*weight

⚪ @middlemarch.eth The only other option I can think of would be to keep Ryder as the owner but then write a script to programmatically mint all the tokens and transfer them to the helper contract
**hwondr** 18-May-22 06:45 PM
ah, I seen you wrote that here

👍 1

**middlemarch.eth** 18-May-22 06:45 PM
No you make a good point I was thinking of doing them in bulk, but we could do them one at a time

I'm just always scared of the private key thing but if Ryder is the deployer that could work!

👍 1

**hwondr** 18-May-22 06:46 PM
heroku would make it cakewalk ... vercel also, would make it cakewalk

**Pauly Shore** 18-May-22 06:46 PM
Thank you for the insight here H!

💯 1

**hwondr** 18-May-22 06:46 PM
ryder is skilled enough to do that

i was working on it . waiting for foundation approval (which i got today. then they opened for everyone.. lol)

👍 1

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-0801**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

didn't know there was others working on it



**middlemarch.eth** 18-May-22 08:47 PM
Still would probably be good to transfer to a single-use owner wallet
Just for peace of mind haha

> hwonder didn't know there was others working on it
**Pauly Shore** 18-May-22 08:47 PM
Mm just started looking at this an hour or two ago
Fwiw

**hwonder** 18-May-22 08:48 PM
flexible to approach however

**middlemarch.eth** 18-May-22 08:49 PM
I think yours is probably the best way

**hwonder** 18-May-22 08:49 PM
when thinking of technique, consider the charts and how things rank as well ... don't want something that is merky looking

👍 1

there is need for following

1. server (simple, functioning as ryder proxy)
2. web3 mint page
we can divide and conquer

**middlemarch.eth** 18-May-22 08:52 PM
From a user standpoint it would be good to get my ape in the same tx as I send my money, so would "Robo Ryder" still mint in advance?
Like the person would "reserve" the ape and Ryder would mint and then there would be an exchange?
I wonder if it would be possible to literally script Foundation
Like do the exact thing he's doing now
I mean I understand it's cool to have a nice mint page etc

**hwonder** 18-May-22 08:54 PM
thats all possible as well

**middlemarch.eth** 18-May-22 08:54 PM
But there does need to some "offer / acceptance" step like today I htink

**hwonder** 18-May-22 08:54 PM
the admin view could be the thing

**middlemarch.eth** 18-May-22 08:57 PM
So basically User says "I want #456", that triggers robo ryder to mint #456, once minted ryder comes back and says "okay now pay and I'll transfer to you"
And we'd need to be okay with paying some of this gas even in the case the user didn't do the second tx

**Pauly Shore** 18-May-22 08:58 PM
Do we even need a front end if we do this? It would all be on foundation no?

**hwonder** 18-May-22 09:00 PM
best mechanism may just be an admin w/ a soft front end to coordinate in more streamlined way
dancing around foundation can be easily for us... but really taxing and tedious for end user

**Pauly Shore** 18-May-22 09:01 PM
For sure
I hear that part
Clunky af

**middlemarch.eth** 18-May-22 09:03 PM
Yeah I think a box you could put the ape # in and click "create" and it would do the transaction without you using foundation

**hwonder** 18-May-22 09:03 PM
how are people paying today ... walk me through

**middlemarch.eth** 18-May-22 09:03 PM
And then another button to like "accept all offers" or something
Basically Ryder mints th eape and then someone makes an offer on it
And Ryder accepts
Or actually it looks like he's setting "buy now" now
The way I got it was by making an offer he accepted
So yeah if you can do buy now then you can just list them all for sale
Just have to make sure you mint hte ones ppl want

**hwonder** 18-May-22 09:04 PM
yea that seems best...
in the grand scheme of things, you can't skip that step
there is man-in-middle regardless unless you skip foundation

> middlemarch.eth Or actually it looks like he's setting "buy now" now
**Pauly Shore** 18-May-22 09:05 PM
Both
Sometimes he'll list a random one

**hwonder** 18-May-22 09:06 PM
but foundation is essential to story

👍 1

**Pauly Shore** 18-May-22 09:06 PM
They are getting sniped immediately

**middlemarch.eth** 18-May-22 09:06 PM
How does the buy now thing work like is that a transaction on a different contract?
I guess I can just check
Yes it is
Ok so yeah, UI to mint and set buy now in one click
Input the id fo the ape or "random"
Checks whether the id is taken

**hwonder** 18-May-22 09:07 PM
so the real challenge isn't make a UX... it's to bulk gen the tokens
esp if they are getting sniped

**middlemarch.eth** 18-May-22 09:08 PM
Yeah I think if you can reduce the total number of transactions (if the my contract owner thing-y worked) then it's worth a big change
Otherwise yeah I think Foundation is as good as it's going to get
Plus essential to the story!

**JTX-801.00002**

**hwonder** 18-May-22 09:08 PM
very essential
the other irony is that the requests via twitter are bigger than a UI
👍 1
twitter amplifies visibility



can get pretty... but its actually not a better UX
the tweets are a better UX

**middlemarch.eth** 18-May-22 09:09 PM
I was thinking more that Ryder (or someone) would click the button

↳ 🔴 hwonder the other irony is that the requests via twitter are bigger than a UI
**Pauly Shore** 18-May-22 09:09 PM
It would be amazing if ryder could still continue his manual mints while the helper contract does as well
And it's a fomo mechanism

**middlemarch.eth** 18-May-22 09:09 PM
Bc if it's the user the ambiguity about "reserving" v. "paying" could be annoying

**Pauly Shore** 18-May-22 09:10 PM
If people are choosing apes manually and risk of them being minted by helper
We are actually invented a very different and interesting mint model potentially

**hwonder** 18-May-22 09:10 PM
there is nuance... it's ryder brand... the "real" artist...

**middlemarch.eth** 18-May-22 09:10 PM
Like I don't think the user should be able to trigger a mint just by clicking and without paying
💯 2   👍 2

**hwonder** 18-May-22 09:10 PM
vs cash grabby contract

↳ 🔴 hwonder there is nuance... it's ryder brand... the "real" artist...
**Pauly Shore** 18-May-22 09:10 PM
Having contract and ryder mint side by side is a fun concept
Could also potentially try to tag ones that are hand minted
Vs batch minted

**middlemarch.eth** 18-May-22 09:12 PM
If we can get Foundation to let us use the contract
Which seems maybe unlikely? IDK what their policy is
Or whether they'd treat this differently

**hwonder** 18-May-22 09:13 PM
im testing web3 calls rn

↳ 🟣 middlemarch.eth If we can get Foundation to let us use the contract
**Pauly Shore** 18-May-22 09:13 PM
I can have ryder email them now
If it's a good idea

**middlemarch.eth** 18-May-22 09:13 PM
Personally I think it's worth finding out

**hwonder** 18-May-22 09:13 PM
If you can make that happen, its another level
🔥 2

**middlemarch.eth** 18-May-22 09:13 PM
If we could hook up a contract you could get a real mint experience
Where you pay and get in same tx
That would be a real first too
I think!

**Pauly Shore** 18-May-22 09:13 PM
He is the top collection by far
Ok what should he email them
I'll have him send the email now
I just need the basic ask
Wording wise

**middlemarch.eth** 18-May-22 09:14 PM
I would just be upfront and say "Hey, I'd like to transfer ownership of this collection to a contract that can mint for me in order to handle the volume".
"Is that possible"

**Pauly Shore** 18-May-22 09:14 PM
Ok

**middlemarch.eth** 18-May-22 09:14 PM
He can mention the contract function adminAccountMigration if he wants but I think the sentence should work

**JTX-801.00003**



**Pauly Shore** 18-May-22 09:15 PM
Ok
Perfect

**hwonder** 18-May-22 09:15 PM
its a factory... this is going to be interesting...
🦍 1

**Pauly Shore** 18-May-22 09:15 PM
He has connections there I believe as well

**middlemarch.eth** 18-May-22 09:15 PM
I think the only question is whether they'll do it

**Pauly Shore** 18-May-22 09:15 PM
Let's see what we can do!

**middlemarch.eth** 18-May-22 09:15 PM
I tested it and it seems like it wokrs
But we see

**Pauly Shore** 18-May-22 09:15 PM
Network = power
Decentralized community = power
We get shit done here boys.

**middlemarch.eth** 18-May-22 09:17 PM
The thing is the mint function does safeTransfer

**Pauly Shore** 18-May-22 09:17 PM
How can I explain to Ryder why we need them to transfer

**middlemarch.eth** 18-May-22 09:17 PM
So obviously they thought about a contract minting

**Pauly Shore** 18-May-22 09:17 PM
In simple terms

**middlemarch.eth** 18-May-22 09:17 PM
because we need the helper contract to mint from the collection and transfer to buyer in same transaction

**Pauly Shore** 18-May-22 09:17 PM
Roger that

**middlemarch.eth** 18-May-22 09:17 PM
You can only mint to the collection owner

**Pauly Shore** 18-May-22 09:18 PM

**hwonder** 18-May-22 09:19 PM
its expensive

~$100k+ in gas
to get it minted up

**Pauly Shore** 18-May-22 09:20 PM
They're .1 eth per mint
And moving

**hwonder** 18-May-22 09:20 PM
sure, still significant gas

**middlemarch.eth** 18-May-22 09:20 PM
Shouldn't be too bad relative to normal mint I think
Just one extra transfer

> **hwonder** sure, still significant gas
**Pauly Shore** 18-May-22 09:20 PM
Absolutely

**middlemarch.eth** 18-May-22 09:20 PM
But as a whole yes
If we can skip the "list for sale" tx that saves a lot
Listing is 100k gas each time
When we know we are selling instantly!

> **middlemarch.eth** Listing is 100k gas each time
**Pauly Shore** 18-May-22 09:21 PM
Crazy

**hwonder** 18-May-22 09:26 PM
that base URI is problematic ....

**middlemarch.eth** 18-May-22 09:27 PM
Yeah the "helper contract" would need to know the right URI to mint based on what has already been minted even tho the token ids don't match up

👍 1

Not really for sure

**Pauly Shore** 18-May-22 09:28 PM
Sounds tricky

**middlemarch.eth** 18-May-22 09:28 PM
I didn't test it haha I just tested the very basics

I think we can figure it out

**hwonder** 18-May-22 09:28 PM
actually... base URI... is just ipfs...

so can be prefixed

base_uri: ipfs://

token_uri: path/to/wherever

╰ **hwonder** base_uri: ipfs:// token_uri: path/to/wherever
**Pauly Shore** 18-May-22 09:31 PM



😂 2

**Pauly Shore** 18-May-22 09:42 PM
Ryder is saying that he is the owner of the contract so he can send it

They can transfer ownership of a collection and that is a different contract?

**hwonder** 18-May-22 09:45 PM
its factory

its a little hairy

factory + suite

but i am almost complete in new test

👍 1

**Pauly Shore** 18-May-22 09:47 PM
I can have him email them or try to reach his contact there

He just doesn't understand what the ask is

**middlemarch.eth** 18-May-22 09:55 PM
Ryder is the owner of the BAYC contract which allows him (and only him) to mint

We can make another contract the owner, which sounds kind of weird I admit, and then that contract can mint

Ryder cannot transfer ownership himself, which is annoying

**Pauly Shore** 18-May-22 09:56 PM
Copy that

**middlemarch.eth** 18-May-22 09:56 PM
Bc of what h is saying

**Pauly Shore** 18-May-22 09:56 PM
Got it

**middlemarch.eth** 18-May-22 09:57 PM
The normal way is the owner has the power, so this does raise questions about foundation as the best place to generate your contracts

**Pauly Shore** 18-May-22 09:57 PM
Right

**hwonder** 18-May-22 09:59 PM
timing gwei it's all relative ... simply web3 call from ryders end, he could mint them up in a multi call



we use multi call wrapper ... this will get job done

**middlemarch.eth** 18-May-22 10:01 PM
That's a good point I hadn't thought about making him the operator!
Could it be packaged with the users payment somehow?

**Pauly Shore** 18-May-22 10:04 PM
It's extremely entertaining watching you guys problem solve life like this, I LOVE IT

**hwonder** 18-May-22 10:05 PM
thinking through the easiest approach ... meta tx / escrow may be only way... but then the tx data would be merky
a relay could work
Oooooooo
👀 1
Yas !!!
👀 1

**middlemarch.eth** 18-May-22 10:06 PM
Booom
I have never used one! Interesting

**Pauly Shore** 18-May-22 10:07 PM
How does the relay work?

**hwonder** 18-May-22 10:09 PM
im checking inbound payment mech first
👍 1
all the back end... calkwalk with relay
👍 1
can do by code or better by open zeplin



**Pauly Shore** 18-May-22 10:23 PM
GIGABRAINS

**middlemarch.eth** 18-May-22 10:23 PM
But IF we could get the contract, would we do it that way or this way do you think?

**hwonder** 18-May-22 10:23 PM
if we get contract we can just mint freely
but at that point, foundation is no longer relevant

**middlemarch.eth** 18-May-22 10:24 PM
It will still show up on their website I think
But maybe they don't let us to begin with
So if we get the contract we use it, otherwise we go with RSVP system

> **hwonder** but at that point, foundation is no longer relevant
**Pauly Shore** 18-May-22 10:25 PM
He dmd his contact there already
We shall see

**hwonder** 18-May-22 10:27 PM
thinking about it from back... like a meta tx
its messy because key here is recording the sale on foundation
👍 1

**Pauly Shore** 18-May-22 10:34 PM
Is it possible to test that?

**hwonder** 18-May-22 10:35 PM



flipping it this way, still makes foundation pointless
and clunky

**middlemarch.eth** 18-May-22 10:38 PM
In that though the user isn't certain they are getting the ape after sending .1, no? I mean like counterparty risk of Relay breaking or something

**Pauly Shore** 18-May-22 10:53 PM
Lmaooo funny idea
What if the real BAYC collection can also trade on apemarket for 0 royalties
"Enter Nazi Version"

**hwonder** 18-May-22 10:59 PM
counter party risk of front run...
solution is a temp middleware not the actual collection contract
some middleware to streamline Ryder workflow
it's all very inefficient though

**Pauly Shore** 18-May-22 11:01 PM
Hmm

**hwonder** 18-May-22 11:01 PM
for foundation data and ranking to matter, the transfer needs to happen through their market contracts
those additional tx mount gas , not certain that's efficient
then the latency

**Pauly Shore** 18-May-22 11:02 PM
Foundation sounds like a very weak system

**hwonder** 18-May-22 11:07 PM
it's not that it's weak it's just not designed for a 10k lol

**Pauly Shore** 18-May-22 11:08 PM
For sure

**hwonder** 18-May-22 11:08 PM
think about the big picture here
perhaps there is a better method to map to that has greater impact

> **hwonder** perhaps there is a better method to map to that has greater impact
**Pauly Shore** 18-May-22 11:18 PM
Map which aspect?

> **Pauly Shore** Map which aspect?
**hwonder** 18-May-22 11:24 PM
the work to make this solution may be better directed in a way to create more value
like a marketplace

> **hwonder** the work to make this solution may be better directed in a way to create more value
**Pauly Shore** 18-May-22 11:25 PM
For sure
I agree
How would that look different to you?

**hwonder** 18-May-22 11:28 PM
if you want to make a marketplace... go all the way

> **hwonder** if you want to make a marketplace... go all the way
**Pauly Shore** 18-May-22 11:30 PM
Does NLL not go all the way by that measure?



**hwonder** 18-May-22 11:38 PM
nll does ... but requires manual integration of each contract vs factory
or general order book

**Pauly Shore** 18-May-22 11:38 PM
For sure
I think that I like the idea of this as another standalone market that is also meaningful about copyright and IP and troll culture
I want to make a marketplace like you describe as well though
For sure

**hwonder** 18-May-22 11:57 PM
there are many solutions to this, but they introduce new issues... im going to keep noodling
the last solution i have is 2 multi calls
type in the ids
345, 566, 2212, 6666, 9424
script fetches meta. creates a single tx wrapper that would then mint these individual tokens

**Pauly Shore** 19-May-22 12:00 AM
> hwonder there are many solutions to this, but they introduce new issues... im going to keep noodling
awesome
middlemarch may have knocked out
not sure

**Pauly Shore** 19-May-22 12:00 AM
> hwonder type in the ids 345, 566, 2212, 6666, 9424 script fetches meta. creates a single tx wrapper that would then mint these individual tokens
would the end user be able to type in numbers like that ?

**hwonder** 19-May-22 12:01 AM
only ryder can mint

**Pauly Shore** 19-May-22 12:01 AM
right

**hwonder** 19-May-22 12:01 AM
if we allowed a user to do that, it would create a risk

**Pauly Shore** 19-May-22 12:01 AM
for sure
so the users would not be able to choose what they mint anymore
it would just be random
and ryder would be no longer able to mint manually

**hwonder** 19-May-22 12:02 AM
they could choose, but ryder would fire them off

**Pauly Shore** 19-May-22 12:02 AM
i see
thats pretty dope!

**hwonder** 19-May-22 12:02 AM
it would be a bionic solution ... admin tool so he can scale himself

**Pauly Shore** 19-May-22 12:13 AM
ah interesting

**Pauly Shore** 19-May-22 03:42 AM
So fellas I assume we will resume tomm

**middlemarch.eth** 19-May-22 07:59 AM
Hiiii!! My latest thought here, jumping off from h I think, is what about deploying a copy-paste of CryptoPhunksMarket and the NLL front end and using the offerPhunkForSaleToAddress function
So basically user reserves. Robo Ryder mints. RR puts up for sale to the address that reserved it, reserver can go to front end to buy, in an hour RR takes it off the market and does offerPhunkForSale to let anyone buy it
Basically my feeling is there should be an intermediate contract so that the final sale of the ape can happen in a super familiar marketplace context and in one tx
Plus you can approve the marketplace in the mint transaction as RR has been doing already with the Foundation market
Also great to provide a smooth transition to the long-term website / marketplace (edited)
Harder than it looks I'm sure but don't kill me for saying CryptoPhunksMarket looks pretty easy to copy-paste
NLL I haven't seen the code so I don't know
"for foundation data and ranking to matter, the transfer needs to happen through their market contracts" -> This I did not know. Having seen FND pieces on OpenSea I sort of assumed the result would be the same wherever it was sold but this is a consideration for sure

**Pauly Shore** 19-May-22 10:07 AM
Good morning

**hwonder** 19-May-22 10:07 AM
it makes it extraordinarily complex
great day

**Pauly Shore** 19-May-22 10:10 AM
I think that Ryder would prefer to use rrbayc.com for the mint and then roll out apemarket.com after

**hwonder** 19-May-22 10:10 AM
correct

**Pauly Shore** 19-May-22 10:24 AM


**middlemarch.eth** 19-May-22 10:26 AM
Sure that's fine, simpler, my main idea was just it being better to use a real contract to facilitate the actual sale so that the payment and transfer happen at the same time in a familiar away.

**hwonder** 19-May-22 10:25 AM
you have two too

**middlemarch.eth** 19-May-22 10:26 AM
Sure that's fine, simpler, my main idea was just it being better to use a real contract to facilitate the actual sale so that the payment and transfer happen at the same time in a familiar way

**Pauly Shore** 19-May-22 10:26 AM
For sure

**middlemarch.eth** 19-May-22 10:26 AM
Maybe there's an easier contract for this than PhunksMarket IDK

I think that one's pretty simple

**middlemarch.eth** 19-May-22 10:26 AM
So basically user reserves, Robo Ryder mints, RR puts up for sale to the address that reserved it, reserver can go to front end to buy. in an hour RR takes it off the market and does offerPhunkForSale to let anyone buy it

**middlemarch.eth** 19-May-22 10:26 AM
So what about this flow

"reserver can go to front end to buy" -> can be Ryder's site or anything

**hwonder** 19-May-22 10:26 AM



boils down to which problem are you really trying to solve

**middlemarch.eth** 19-May-22 10:32 AM
So basically user reserves, Robo Ryder mints, RR puts up for sale to the address that reserved it, reserver can go to front end to buy. in an hour RR takes it off the market and does offerPhunkForSale to let anyone buy it

**Pauly Shore** 19-May-22 10:32 AM
I think the functionality we seek ideally is one where ryder can still continue his artistic mint one by one

But with a front end that allows users to random mint them up to x amount

And tonight we would host a big space etc

**hwonder** 19-May-22 10:33 AM
explain "random mint them up to x amount"

**Pauly Shore** 19-May-22 10:33 AM
One moment

so

i would be able to still order from ryder the OG way

but i could also go to rrbayc.com

and mint like a normal front end nft style

where i enter how many i want to randomly mint

(we decide a max number)

and i just enter say 10

and click mint

and i get 10 random RR apes

**hwonder** 19-May-22 10:34 AM
ah! okay... i see...

**Pauly Shore** 19-May-22 10:34 AM
this is not a requirement persay, but its what ryder likes as a structure

**hwonder** 19-May-22 10:34 AM
how important is the random element

**Pauly Shore** 19-May-22 10:35 AM
its not that important

but i think its nice

its not a non-starter requirement

but i think we actually all actually dig the idea of ryder literally hand minting these things

its quite funny and artistic

so if hes able to still do that in conjuction with our robo ryder

its quite cool

well default to the best and safest solution i feel ultimately

but i think its good to lay out the ideal structure, without getting too technical about it

**middlemarch.eth** 19-May-22 10:36 AM
So then user "reserves" what they want and Ryder clicks MINT instead of it auto mintin?

Do then we care about the user paying to reserve?

If Ryder is "vetting" them?

**Pauly Shore** 19-May-22 10:37 AM
the reservation thing is a bit confusing to me

but if we have a simple way to do it that would be interesting to understand better

**middlemarch.eth** 19-May-22 10:37 AM
"Reserve" just meaning "trigger a mint" basically

**Pauly Shore** 19-May-22 10:37 AM
i think simply put we just need a front end that allows user to mint up to x amount

and if the structure allows ryder to keep hand minting

that is ideal

**middlemarch.eth** 19-May-22 10:38 AM
The issue is that, unless we control the contract, the user cannot mint and buy in one tx

So "reserve" prevents the user from triggering a mint and not buying (vetted)

**Pauly Shore** 19-May-22 10:38 AM
right

**middlemarch.eth** 19-May-22 10:38 AM
That's the concept at least

We don't have to call it reserve of course

So what about two boxes for RR: Ape # and buyer address

And he puts those in and clicks "go"

And then the buyer can go to some basic UI and buy the minted ape

But RR has to take a "leap of faith" on the mint cost (which isn't so great anyway given the $ we're talking about overall)

**hwonder**  19-May-22 10:39 AM
it can be sniped.

**middlemarch.eth**  19-May-22 10:40 AM
Right sorry the "helper contract" would only let the one address buy
Like offerPhunkForSaleToAddress

↳ **hwonder** it can be sniped.
**Pauly Shore**  19-May-22 10:40 AM
that is a thing
the snipe is real here
demand is on that level atm

**hwonder**  19-May-22 10:40 AM
but mm is right... if pushing to right func then its cool

**middlemarch.eth**  19-May-22 10:41 AM
And then if we use the full blown PhunkContract (which is still pretty simple) that wudl allow RR to later open it up to anyone to buy without transferring it to a new contract

**Pauly Shore**  19-May-22 10:42 AM
i think what makes sense to me is you guys decide what you agree is the best model for roborodye so to speak

**middlemarch.eth**  19-May-22 10:42 AM
BUT still might be better to use a simpler purpose-built thing

**Pauly Shore**  19-May-22 10:42 AM
and just keep in mind we would like to have it so people can still mint the way they have been minting currently

**middlemarch.eth**  19-May-22 10:42 AM
Is the idea that transferring ownership of the Ape contract to a contract we control is 100% impossible?

**Pauly Shore**  19-May-22 10:42 AM
so its an additional utility on top of making ryder click buttons all day

**middlemarch.eth**  19-May-22 10:42 AM
And yes I think first goal should be preserve the exact thing today with less work

↳ **middlemarch.eth** Is the idea that transferring ownership of the Ape contract to a contract we control is 100% impossible?
**Pauly Shore**  19-May-22 10:42 AM
we havent heard back from his contact

**middlemarch.eth**  19-May-22 10:42 AM
Before making things cooler

↳ **middlemarch.eth** And yes I think first goal should be preserve the exact thing today with less work
**Pauly Shore**  19-May-22 10:43 AM
makes sense to me

↳ **middlemarch.eth** Is the idea that transferring ownership of the Ape contract to a contract we control is 100% impossible?
**hwonder**  19-May-22 10:43 AM
i am not certain they are going to transfer that contract

↳ **hwonder** i am not certain they are going to transfer that contract
**Pauly Shore**  19-May-22 10:43 AM
i highly doubt it

↳ **hwonder** i am not certain they are going to transfer that contract.
**middlemarch.eth**  19-May-22 10:43 AM
I agree, probably should proceed with plan B
It was a beautiful dream

**Pauly Shore**  19-May-22 10:43 AM
but if we cannot make it happen, i think no one can

↳ **middlemarch.eth** It was a beautiful dream
**Pauly Shore**  19-May-22 10:43 AM
indeed it was

**middlemarch.eth**  19-May-22 10:43 AM
I mean TBH they really should...

**Pauly Shore**  19-May-22 10:43 AM
i agree

**middlemarch.eth**  19-May-22 10:43 AM
In terms of Ryder owning it etc etc
It's not some crazy request

**Pauly Shore**  19-May-22 10:43 AM
yes.

**hwonder**  19-May-22 10:43 AM
the thing is , they don't know what it will break. and have to test around that. its a liability thing

**middlemarch.eth**  19-May-22 10:43 AM
But yeah probably they won't
True

↳ **hwonder** the thing is , they don't know what it will break. and have to test around that. its a liability thing
**Pauly Shore**  19-May-22 10:43 AM
big time.

**hwonder**  19-May-22 10:44 AM
we can always orchestrate an automated migration

**Pauly Shore**  19-May-22 10:44 AM
lets work under murphys law here
and assume not possible

**hwonder**  19-May-22 10:44 AM
while collections small

**Pauly Shore**  19-May-22 10:44 AM
i am a big fan of murphys law, especially from my film days
i think its a legit approach
assume the worst case scenario and plan for that
if things end up turning in our favor re ownership of the contract

we can assess from there

**middlemarch.eth** 19-May-22 10:44 AM
True!

**Pauly Shore** 19-May-22 10:45 AM
but lets build with the idea in mind that we cannot do it.
that is my MO
the limitations dont sound horrible
but basically once we have solidified a blueprint for this
we can get on a 4 way call with us all, if you guys are able to
and gameplan as a team



**hwonder** 19-May-22 10:46 AM
im going to circulate up a diagram and we should have discussion around it
give me 15m

**Pauly Shore** 19-May-22 10:46 AM
fantastic
im going to go walk to get some coffee

**middlemarch.eth** 19-May-22 10:46 AM
I'll also try to write something

**Pauly Shore** 19-May-22 10:46 AM
i will be responding thoughj
SUPER STOKED about this you guys
dream team here.
and @middlemarch.eth Ryder has agreed to offer hwonder the exact same partnership as us
💗 3
fyi
so we are all equally incentivized 15 percent of mint + 15 percent for ryders share of royalties
and we will help with the marketplace and royalty distribution mechanism as well
on going
so i expect multiple middle march marketplaces within a week basically lmao
after this you will be a marketplace ninja i have a feeling

**middlemarch.eth** 19-May-22 10:50 AM
Lol I do want to become that! Mint sounds good, on the marketplace side let's discuss further the on-going commitment Ryder has in mind. but I think we should move forward and learn more as we work
💯 2
I'm sure we'll figure out something good

**Pauly Shore** 19-May-22 10:50 AM
i wouldnt worry too much about it

**middlemarch.eth** 19-May-22 10:50 AM
Agreed

**Pauly Shore** 19-May-22 10:50 AM
that is just the general expectation
and we can clarify any details as needed

**middlemarch.eth** 19-May-22 10:50 AM
My philosophy is to not worry about these details TOO much until we've made some tangible progress / sold one ape

**Pauly Shore** 19-May-22 10:51 AM
really if we launch the thing it will be pretty set and forget like NLL i feel

> **middlemarch.eth** My philosophy is to not worry about these details TOO much until we've made some tangible progress / sold one ape
**Pauly Shore** 19-May-22 10:51 AM
i feel that

**middlemarch.eth** 19-May-22 10:51 AM
We're all reasonable ppl. I'm sure it'll be fine

**Pauly Shore** 19-May-22 10:51 AM
i agree, my concern is just that we all have the same understanding and expectation
as i consider us all friends and fellow builders in our own ways
and i want us all to be on the best terms
so we can continue collaborating
and participating in legendary innovation
as we are now

**hwonder** 19-May-22 10:53 AM
this is also a thing


Today RR Apes do NOT have trait metadata

> **hwonder** this is also a thing
**Pauly Shore** 19-May-22 10:52 AM
yes

**middlemarch.eth** 19-May-22 10:52 AM
I think no traits is good tbh
And also easier haha

**Pauly Shore** 19-May-22 10:52 AM
yes
i love it
it puts the primary focus on the art

**middlemarch.eth** 19-May-22 10:52 AM
Really doubles down on the conceptuality
Yeah

**Pauly Shore** 19-May-22 10:52 AM
and is a conceptual commetary
yesssssss

**middlemarch.eth** 19-May-22 10:52 AM
ANd honestly I like that it's not a COMPLETE clone
I mean sorry I'm old fashioned

**Pauly Shore** 19-May-22 10:52 AM
it makes a strong statement
this is art
not pokemon cards
im almost certain ryder agrees
will confirm today

**hwonder** 19-May-22 10:53 AM



Conceptual art statement

so THAT is our thing
the focus is the conceptual art

**Pauly Shore** 19-May-22 10:54 AM   *hwonder Click to see attachment* 🖼
this diagram requires small explanation for my understanding
i dont fully grasp it

**hwonder** 19-May-22 10:54 AM
its about focus ... hahahha

**Pauly Shore** 19-May-22 10:55 AM
i understand the squiggles being organized
but what does the green represent

**hwonder** 19-May-22 10:55 AM
attrition...
(technically the lack of green... )
more less... if we prioritize everything, nothing will be priority
👍 1   👍 1

**middlemarch.eth** 19-May-22 10:59 AM
https://docs.google.com/document/d/1qUgXMO0ayIg67qKdYeqmQGhn5Eo70fTUa_wocuzGWfs/edit

Ape Minting Workflow

Note: I'm assuming we have a web server below as I'm not
familiar with Relay. If we could go serverless that might be
better. I imagine Helper Contract as copy-paste of
CryptoPhunksMarket. Ryder Ripps goes to Mint Website and
sees two boxes: Minter address Ape Number], Ryder enters the
address...

Here's a sketch
Trying to spell out a bit more fully what i was saying before
👍 1

**Pauly Shore** 19-May-22 11:01 AM   *middlemarch.eth https://docs.google.com/document/d/1qUgXMO0ayIg67qKdYeqmQGhn5Eo70fTUa_wocuzGWfs/edit*
This looks great to me
It will automatically prevent duplicates right @middlemarch.eth ?

**middlemarch.eth** 19-May-22 11:02 AM
Yes the server will check on what has been minted before minting a new one
👍 1
I don't think there is any chain-level way to validate this, but as everything is minting serially through Ryder's wallet there should be no conflicts
Good point on gas, I added a thing at the very top for that
If this is going to get hot we need to put some real ETH in there

**Pauly Shore** 19-May-22 11:04 AM   *middlemarch.eth If this is going to get hot we need to put some real ETH in there*
We can do that
No problem

**middlemarch.eth** 19-May-22 11:05 AM
Tho I guess Ryder will be getting th epayments
From the sales
So actually if it's selling in roughly real time then it shouldn't be too bad
But good not to risk
Actually Ryder needs to WITHDRAW the sales on the Phunk contract if we do that haha
So that's another twist

**Pauly Shore** 19-May-22 11:05 AM   *middlemarch.eth Actually Ryder needs to WITHDRAW the sales on the Phunk contract if we do that haha*
Sketchy
Instantly people will look to exploit

**middlemarch.eth** 19-May-22 11:05 AM
I'm saying if we used a copy-paste of the Phunk one that's how it works

**Pauly Shore** 19-May-22 11:06 AM
Guaranteed

> **middlemarch.eth** I'm saying if we used a copy-paste of the Phunk one that's how it works
**Pauly Shore** 19-May-22 11:06 AM
For sure

**middlemarch.eth** 19-May-22 11:06 AM
But the benefit of Phunks contract is it's battle-tested
👍 1

**hwonder** 19-May-22 11:06 AM
in all cases, there is a gas requirement
the more fragmented, the more gas

**Pauly Shore** 19-May-22 11:06 AM
No doubt

**middlemarch.eth** 19-May-22 11:06 AM
Yes I would recommend not trying to withdraw from the contract during this
👍 1
And probably we want to over-spend on gas to get these done quickly

**Pauly Shore** 19-May-22 11:07 AM
Maybe we can establish a simple priorities list here

**middlemarch.eth** 19-May-22 11:07 AM
Lot of transactions
If 10 ppl try at once

**Pauly Shore** 19-May-22 11:07 AM
And work within that shared understanding

**hwonder** 19-May-22 11:07 AM
it WILL be front loaded with demand, that is without a doubt
💯 1
> 1000 mints in an hour is expected initially

**Pauly Shore** 19-May-22 11:08 AM
I think so
I would be a bit surprised if it didn't mint out within 24 hours
If theres batch mint possible

**middlemarch.eth** 19-May-22 11:09 AM
I don't think we can do the straight batch mint
But there's always the option to mint a bunch in advance
And let ppl buy them in parallel
The method in the doc will not do well with 1k per hour, I don't think because it requires two txs from Ryder for each ape
So it will be a serial process
Not sure we can improve without minting in advance
But I think we should consider that

> **middlemarch.eth** The method in the doc will not do well with 1k per hour, I don't think because it requires two txs from Ryder for each ape
**Pauly Shore** 19-May-22 11:10 AM
This is not the solution we are striving for it then
What we need to deliver somehow
Is a bulk mint mechanism

**middlemarch.eth** 19-May-22 11:10 AM
So what about minting in advance?

**Pauly Shore** 19-May-22 11:10 AM
First and foremost imo
If we just had a simple# front end

**middlemarch.eth** 19-May-22 11:11 AM
If we have the liquidity and we're confident in this volume

**Pauly Shore** 19-May-22 11:11 AM
Enter how many apes to mint
And execute
That would be fine

**middlemarch.eth** 19-May-22 11:11 AM
That will work with this plan it will just take a long time if there are 20 ppl in front of you
Because everyone is two transactions and every tx is serial

**Pauly Shore** 19-May-22 11:11 AM
Right
We could do a loading animation
Or something

**hwonder** 19-May-22 11:12 AM
there are ~9500 left ...
its ~$25 at mid-high gwei to mint and list
if we batch in 1k...
it's $25K min in gas reserves for every 1k run (edited)

**Pauly Shore** 19-May-22 11:12 AM
People having to wait isn't bad persay

> **hwonder** there are ~9500 left ... its ~$25 at mid-high gwei to mint and list if we batch in 1k... it's $25k min in gas reserves for every 1k run (edited)
**Pauly Shore** 19-May-22 11:12 AM
Not an issue imo
Wifiii
It's a bit of an issue
I spoke too soon
That's A LOT hahahah

**hwonder** 19-May-22 11:13 AM
at degen hours, it's ~$14 for both steps
still

**middlemarch.eth** 19-May-22 11:14 AM
1000 per hour is 17 per minute or one every 3.5 seconds
Given each is two transactions that's one tx every 1.75 seconds

**Pauly Shore** 19-May-22 11:14 AM
I'd like to go get my coffee but maybe we can do a 3 way call in 30-45 min

**middlemarch.eth** 19-May-22 11:14 AM
Which I don't think is possible here

**Pauly Shore** 19-May-22 11:14 AM
I think this would help

**middlemarch.eth** 19-May-22 11:14 AM
If we are comfortable with fewer then we can m ake something work, I'm just saying 1k per hour is a lot

**hwonder** 19-May-22 11:15 AM
the first hour is going to get pressed
💯 1

**middlemarch.eth** 19-May-22 11:15 AM
Is there some kind of MEV bot thing-y where you can do both of these transactions in the same block?
Learn the id of the minted ape and list it for sale?

**hwonder** 19-May-22 11:16 AM
not that we can battle test in under a few days
a conceptual one could be stood up quick. but the edge case will eat it alive

**Pauly Shore** 19-May-22 11:16 AM
Can we get a call in together in the next hour?

**middlemarch.eth** 19-May-22 11:17 AM
I'm free!

**Pauly Shore** 19-May-22 11:17 AM
Me too.
I think it will make this easier

**hwonder** 19-May-22 11:17 AM
yes. im really going to go get coffee this time
hahaha

**Pauly Shore** 19-May-22 11:17 AM
↳ hwonder yes. im really going to go get coffee this time
ME TOO



Im ii dragging the founder of CMC with me too
He's my good luck charm 🍀

**middlemarch.eth** 19-May-22 11:19 AM
Tell him to give me my LUNA back!
His website ate it!

**Pauly Shore** 19-May-22 11:19 AM
Lmaooooo
I will

**Pauly Shore** 19-May-22 11:31 AM
https://twitter.com/paulyOx/status/1527310990475374597?s=21&t=HiwItHdxBavR8cH6OVPmkg

PAULY (@PaulyOx)
Never fade decentralization.
🐦 Twitter • 19-May-22 11:31 AM

**Pauly Shore** 19-May-22 11:48 AM
https://twitter.com/degenspartan/status/1527275263212308482?s=21&t=pVOy4lEzws-KWfqBJk2Kf.g

利 G 蓝 ㄴ Goblin **Seapai** of the **Heatai** (@DegenSpartan)
whats going on at foundation?
Likes
106

## Bored Ape Yacht Club

● @ryder_ripa

| Collection of | Owned by | Floor Price | Total Sales |
|---|---|---|---|
| 550 | 321 ●●● | 0.15 ETH | 58.28 ETH |

🐦 Twitter • 19-May-22 09:09 AM

**middlemarch.eth** 19-May-22 11:51 AM
I mean how do they not shut this down at some point haha
🙇





middlemarch.eth  19-May-22 12:17 PM
Yeah my intent here was basically "simplest possible thing that will work for the mint"
I think for the general market we just abandon this one entirely

hwonder  19-May-22 12:17 PM
okay cool... im was like... where the payables and withdraws ...
all good. i see intent... contract name through me off

middlemarch.eth  19-May-22 12:18 PM
OHHh good call let me change that
Withdraw is on line 75, right now just sends to "seller"
We could ahve it split the payment though
Hold on I'll update

hwonder  19-May-22 12:19 PM
this makes my mind go 🤯

middlemarch.eth  19-May-22 12:19 PM
Haha in good way?

hwonder  19-May-22 12:19 PM
yes
because the turnaround time to receive your rr is relative
👀 1

middlemarch.eth  19-May-22 12:19 PM
Sweet! (edited)

hwonder  19-May-22 12:19 PM
the shape of this could be a "pre-sale" contract
which has never been seen before

middlemarch.eth  19-May-22 12:20 PM
Yes that's right
Forced into it by FND but maybe cool anyway!

hwonder  19-May-22 12:25 PM
https://twitter.com/tropoFarmer/status/1525704412991213574

tropoFarmer ≈ (.@tropoFarmer)
why don't NFT projects start taking preorders for their mints? change a
boninfundable fee of ~20% of mint cost, get a guaranteed spot.
Likes                         Retweets
1472                          109
🐦 Twitter · 15-May-22 01:07 AM
😂 1

it feels like the realization of this 👆 but better on a better "artist-first" use case
primed!

Pauly Shore  19-May-22 12:27 PM
I'm back at my battle stations in 5

middlemarch.eth  19-May-22 12:28 PM
Agreed! In this specific implementation the user isn't paying the downpayment (bc Ryder is going to choose), but we could add that
Also ideally the artist would mint and reserve in the same tx argh FND
At least they have mint and approve in one tx
That is actually pretty nice

hwonder  19-May-22 12:30 PM
seeing in this light, is pretty powerful
🔥 1

middlemarch.eth I mean how do they not shut this down at some point haha
hwonder  19-May-22 12:30 PM
they cant.

middlemarch.eth  19-May-22 12:31 PM
Then this is going to be huge!
NON flipper friend of mine

Did you get a Ryder ape?

middlemarch  Today at 12:12 PM
Yes
Sold one this morning for .375 or smth (edited)

😂 1
Ppl are losing it
😂 1

hwonder  19-May-22 12:32 PM
yea. the ripples are real..
the de-list.. re-list action... creates validation
ryders strong arming the performance art side
😂 1

middlemarch.eth  19-May-22 12:33 PM
Yeah true once it got relisted it was game over I guess
I was like "damn" when I saw that, I must admit
👍 1

hwonder  19-May-22 12:34 PM
people dont fully grasp dmca .... faux lawyers on twitter haven't the slightest
👍 1

📞 Pauly Shore started a call that lasted 108 minutes.  19-May-22 12:35 PM

**JTX-801.00017**



**hwonder** 19-May-22 01:27 PM
hWonderOfTheWorld

**Pauly Shore** 19-May-22 02:06 PM
https://opensea.io/franklinisbored

franklinisbored - Profile | OpenSea
Check out franklinisbored's NFTs at OpenSea, the largest marketplace for crypto collectibles.



**middlemarch.eth** 19-May-22 02:17 PM
https://docs.google.com/document/d/1qUgXMODoyIg67qKdYeqmQGhhSE670fTUa_wocuzGWfs/edit

Ape Minting Workflow
Economics - Mint 15% of full mint proceeds for Pauly, H, Tom
55% for Ryder Split in contract using this way and get rest from
Ryder's share later) Marketplace: deliver working two collection
contracts and front end. Launch it, good faith maintenance, not
being "the devs" long-term We agree on s...

⚡ **Pauly Shore** pinned a message to this channel. 19-May-22 02:17 PM

**middlemarch.eth** 19-May-22 02:17 PM

### Economics

- Mint
  - ○ 15% of full mint proceeds for Pauly, H, Tom
  - ○ 55% for Ryder
  - ○ Split in contract using this way and get rest from Ryder's share later

- Marketplace: deliver working two collection contracts and front end. Launch it, good faith maintenance, not being "the devs" long-term
  - ○ We agree on **very good** for customers royalty rate, 1%, 1.5% etc. Can make a strong pitch about the value we are providing to both communities.
  - ○ Ryder gets 50% of royalties going forward
  - ○ Pauly, H, Tom split the other 50% equally



**Pauly Shore** 19-May-22 02:23 PM



**middlemarch.eth** 19-May-22 02:29 PM
Send me your preferred addresses when you have a moment
Good to get it out of the way

**Pauly Shore** 19-May-22 02:30 PM
Yes
Probably makes sense to have it be a clean wallet
💬 2
Any suggestions @hwonder

**Pauly Shore** 19-May-22 02:42 PM
ryders question is do we need to put ape market under an entity

**Pauly Shore** 19-May-22 02:51 PM
like an LLC
I made a clean wallet on MM but not sure if that cuts the mustard or not
please advise

**hwonder** 19-May-22 02:55 PM
no, if decentralized
if operating as corp, then laws apply in US
this is why people use these "dao-like" structures
others do development bounties ... that are in perpetuity to avoid conflicts like these (another decentralization angle)
others create "foundations"

**middlemarch.eth** 19-May-22 02:57 PM
NLL is under an LLC, no? How has that been?
But yeah I my impulse is probably need some entity or a good plan for how to avoid needing one, sigh
Hate this stuff

**hwonder** 19-May-22 03:21 PM
foundation for upkeep and positioning as development is always been fren
NLL is decentralized ... all community...
fact no royalty insulates further

**middlemarch.eth** 19-May-22 03:23 PM
Ah that's a good point
We will not have that benefit
https://github.com/RoperPodacter/RRBAYC
I added you H
Nothing in here really worth lookin gat rn

I'm going to start building out the flow
I have a mock of hte Foundation contracts in there though, as well as the new minter helper
I think I can build something where the user can initiate the transactions and maybe you can give me the data for that (the ape IPFS and a method for telling whether the ape ahs been minted0?)

**hwonder**  19-May-22 03:24 PM
god bless yarn! ty ty ty
im going to make some commits to this over the next hour or so which will help guide that

**middlemarch.eth**  19-May-22 03:25 PM
Ok cool, right now the functionality is in this thing called "messageForm.js" whihc is a hold over from a message-related project haha
I'm going to start a new component
Two I guess, one for Ryder, one for the person claiming
Anyway I'll keep you posted, let me do some things and bring this to life  (edited)

**hwonder**  19-May-22 03:26 PM
im checkin hook structures ...
seeing how this is arranged....
i may abstract ABIs a bit.. so we can have gas checks, etc...

**middlemarch.eth**  19-May-22 03:27 PM
Boom
Basically there is this readContracts object and also a writeContracts one that gives you the info
Wrapper around ethers
The contracts themselves are deployed in a script called like "deploy your contracts" or something
Right now there's no transaction stuff though

> middlemarch.eth NLL is under an LLC, no? How has that been?

**hwonder**  19-May-22 03:26 PM
(also doing things as open source has a position in itself)

> middlemarch.eth Right now there's no transaction stuff though

**hwonder**  19-May-22 03:28 PM
i see...

**middlemarch.eth**  19-May-22 03:29 PM
I mean I haven't written code to do one
There's a helper that does the little floating "your tx is processing" thing
I can show you more clearly

**hwonder**  19-May-22 03:29 PM
toast lib
modals

**middlemarch.eth**  19-May-22 03:29 PM
Yeah

**hwonder**  19-May-22 03:29 PM
i have a few things i can add to this
i do a airline ticket toast 😀
I like to have fun!
😀 1

> middlemarch.eth NLL is under an LLC, no? How has that been?

**Pauly Shore**  19-May-22 03:34 PM
I just registered it for the fun of it
we dont use it for anything actually
i just didnt know what i was doing

**hwonder**  19-May-22 03:36 PM
we'll benefit treating this as open source in how we manage dev w/ issues / tasks in git directly
along with licensing
dont need mit can use others
just a thought

**Pauly Shore**  19-May-22 03:38 PM
im sidetracked be back here in 5-10

**Pauly Shore**  19-May-22 03:46 PM
catching up here, sorry

> hwonder (also doing things as open source has a position in itself)

**Pauly Shore**  19-May-22 03:47 PM
for sure
we can do a group call when this is all closer to execution
and we can explain to ryder the outlook on that part
https://www.coindesk.com/layer2/2022/05/19/ryder-ripps-bored-apes-and-owning-an-nft/

**Ryder Ripps, Bored Apes and 'Owning' an NFT**
A debate over fair use and copyright in the NFT age ensues.

**hwonder**  19-May-22 03:50 PM
dan wrote that... oh im pluggin

**Pauly Shore**  19-May-22 03:51 PM
pluggin?

**middlemarch.eth**  19-May-22 03:55 PM
Ok so I think I have something decent
https://share.getcloudapp.com/YEukgDOZ

**Screen Recording 2022-05-19 at 03.54.10 PM**
Shared with CloudApp

Kind of hard to interpret maybe
The screencast
But really it's just one button
Because we can initiate the second transaction automatically
It's in this file  https://github.com/RogerPodacter/RRBAYC/blob/main/packages/react-app/src/views/MintApe.js

```
const handleMintSubmit = async (event) => {
  event.preventDefault()

  var res = await window.tx(window.writeContracts.CollectionContract.mintAndApprove(
    "fake URI" + (+ new Date),
    window.readContracts.RRBAYCMintHelper.address
  ))
```

```
    var waited = await res.wait()

    var mintedId = waited.events[0].args.tokenId.toNumber()

    var res2 = await window.tx(window.writeContracts.RRBAYCMintHelper.offerRRBAYCForSaleToAddress(
      mintedId,
      1000,
      "0x3b612a5049e025a6e4ba4ee4fb1ef46d13588039"
    ))
  }
}
```

Basically just need to map the desired Ape Id to an IPFS URI and also to see whether it has been minted already

Also I'll bump up the gas a little bit

The limit estimate

👍 2

---

🟢 **middlemarch.eth** https://share.getcloudapp.com/YEukgDOZ

🔴 **Pauly Shore** 19-May-22 03:59 PM
dope

🔴 **Pauly Shore** 19-May-22 04:21 PM
im around guys keep me posted if theres any time frames

🔴 **hwonder** 19-May-22 04:43 PM
1.2g for all ape files
may compress for local
typical 500gb slug... IPFS gateway will be slow load...
so this may be better

🟢 **middlemarch.eth** 19-May-22 04:45 PM
Wow that's huge!
Does that include the actual images though?

🔴 **hwonder** 19-May-22 04:45 PM
yes, that is specifically all images
for visual reference

🟢 **middlemarch.eth** 19-May-22 04:52 PM
If we have the IPFS hashes though I can use those directly in the front end I think?
Also, now you can buy!



If there is an ape available for you to buy, you will see a button

🔴 **hwonder** 19-May-22 04:52 PM
let me finish cleaning this up... hbranch commiting shortly

🟢 **middlemarch.eth** 19-May-22 04:52 PM
The mint form will only show up for Ryder, the buy only for ppl who can buy
Can be the same single appe thing
I used this gas nightmare to get the buyable ids

```
function openBuyableBy(address buyer) external view returns (uint256[] memory){
    uint supply = RRBAYCContract.totalSupply();
    uint buyableApeCount;

    for (uint i = 1; i <= supply; i++) {
        if (apeIsAvailableToBuyer(i, buyer)) {
            buyableApeCount++;
        }
    }

    uint256[] memory buyableApes = new uint256[](buyableApeCount);
    uint256 currentTokenId = 1;
    uint256 buyableApesTokenIndex = 0;

    while ( buyableApesTokenIndex < buyableApeCount && currentTokenId <= supply ) {
        if (apeIdAvailableToBuyer(currentTokenId, buyer)) {
            buyableApes[buyableApesTokenIndex] = currentTokenId;
            unchecked{ buyableApesTokenIndex++;}
        }
        unchecked{ currentTokenId++;}
    }
    return buyableApes;
}
```

We could store them but I think this is fine for reading? Or will it work for 10k? IDK
I'll push my commit
Ok it's out

**hwonder**  19-May-22 05:06 PM
we can.. smaller footprint this way



could even K/V it

6.4 MB   JSO
849 KB   JSO

the optimized version
and if we go KV, its smaller footprint... negligible thou

6.4 MB
669 KB
849 KB

CDN may fire off IPFS faster not to kill UX

**middlemarch.eth**  19-May-22 05:06 PM
Looks good! Can even leave off the "ipfs://" to save a few bytes I guess
I mean I can add it on my end

**hwonder**  19-May-22 05:06 PM
very much cool

**middlemarch.eth**  19-May-22 05:07 PM
For each ID I need one hash to send to Foundation to mint and then another one (or a URL or whatever) for the ape image

**hwonder**  19-May-22 05:07 PM
yes, im wrapping that general hash now

**middlemarch.eth**  19-May-22 05:07 PM
Haha this is cool, maybe ppl will use this for other Foundation things
One thing is I guess Foundation is not available on Rinkeby so we should probably start like a test thing on main
First let's get it working locally

👍 2

**hwonder**  19-May-22 05:09 PM

killing it... so its all good...

**middlemarch.eth**  19-May-22 05:11 PM
Boooom it adds up!



**hwonder** 19-May-22 05:21 PM
can u confirm u see this (running local IPFS node rn)

nm. preview is showing it.

**Pauly Shore** 19-May-22 05:25 PM

**middlemarch.eth** 19-May-22 05:31 PM
Damn am I going to have to familiarize myself with all the traits now?

I know the Punks quite well actually..

> middlemarch.eth Damn am I going to have to familiarize myself with all the traits now?

**Pauly Shore** 19-May-22 05:31 PM
Well not since Ryders don't have traits

But shit

Now I need to learn this crap too lmao

**middlemarch.eth** 19-May-22 05:52 PM
Added a withdraw function

```
function withdraw() external {
    uint balance = address(this).balance;

    require(balance > 0, "Nothing to withdraw");

    uint paulyShare = (balance * 15) / 100;
    uint middleShare = (balance * 15) / 100;
    uint hwonderShare = (balance * 15) / 100;
    uint ryderShare = balance - paulyShare - middleShare - hwonderShare;

    Address.sendValue(payable(paulyAddress), paulyShare);
    Address.sendValue(payable(middleAddress), middleShare);
    Address.sendValue(payable(hwonderAddress), hwonderShare);
    Address.sendValue(payable(ryderAddress), ryderShare);
}
```

👍 1   🔥 1

> @hwonder I looke at the Safe Math thing but the one I foun dseems like it's just "math" now?

```
*/
    function add(uint256 a, uint256 b) internal pure returns (uint256) {
        return a + b;
    }
}
```

https://github.com/OpenZeppelin/openzeppelin-contracts/blob/master/contracts/utils/math/SafeMath.sol

openzeppelin-contracts/SafeMath.sol at master ·
OpenZeppelin/openze...
OpenZeppelin Contracts is a library for secure smart contract
development. - openzeppelin-contracts/SafeMath.sol at master ·
OpenZeppelin/openzeppelin-contracts

**middlemarch.eth** 19-May-22 06:17 PM
One unresolved thing is the royalties on the Foundation contract

💯 1

Ie people will always be able to use that, whether we have a marketplace or not, correct?

Seems like decent volume even right now

> middlemarch.eth Ie people will always be able to use that, whether we have a marketplace or not, correct?

**Pauly Shore** 19-May-22 06:19 PM
That would be great for sure still want them to be on FnD

But royalties on our market will not be affected right?

**middlemarch.eth** 19-May-22 06:20 PM
I guess I'm not too familiar with how FND works but is their creator royalty thing at the contract-level?

**Pauly Shore** 19-May-22 06:20 PM
Maybe @hwonder knows this

**middlemarch.eth** 19-May-22 06:32 PM
Looking at the contract it seems like we are fine for our thing, just need to figure out how to handle the 10% per tx on FND that I don't *think* we can re-route (at least not without their help)



**middlemarch.eth** Looking at the contract it seems like we are fine for our thing, just need to figure out how to handle the 10% per tx on FND that I don't *thin* we can re-route (at least not without their help)

**Pauly Shore** 19-May-22 06:37 PM
Copy that

**middlemarch.eth** 19-May-22 06:37 PM
I have to go to a dinner thing now, I'll be online a bit later and I have all day tomorrow

**Pauly Shore** 19-May-22 06:37 PM
Ok great

**middlemarch.eth** 19-May-22 06:37 PM
This weekend becomes tricky, visiting the wife's parents etc etc
But I think we can get it out tomorrow

**Pauly Shore** 19-May-22 06:37 PM
For sure
So no robo Ryder tonight it looks like
@hwonder any thoughts?

**middlemarch.eth** 19-May-22 06:38 PM
Haha maybe I can work a bit when I'm back from the dinner

**middlemarch.eth** Haha maybe I can work a bit when I'm back from the dinner
**Pauly Shore** 19-May-22 06:38 PM
Ok

**hwonder** 19-May-22 06:38 PM
it can.. but we should very very veyr very very much test e2e
💯 1
the e2e is critical
💯 1

**middlemarch.eth** 19-May-22 06:38 PM
Yeah agreed

**hwonder** 19-May-22 06:38 PM
(end to end testing)
💯 1

**Pauly Shore** 19-May-22 06:38 PM
Agreed

**middlemarch.eth** 19-May-22 06:38 PM
I don't want to be a roadblock but also testing is key

**hwonder** 19-May-22 06:39 PM
if broken, we failed IMO
💯 1

**middlemarch.eth** 19-May-22 06:39 PM
That's the issue when you do something no one has done!.

**Pauly Shore** 19-May-22 06:39 PM
Yeah I got that one

**middlemarch.eth** 19-May-22 06:39 PM
You have to test
💯 1
It sucks!

**hwonder** 19-May-22 06:39 PM
i am a testing manic

**Pauly Shore** 19-May-22 06:39 PM
Nah i know this
And I support it 100000%

**middlemarch.eth** 19-May-22 06:39 PM
Booooommm
Ok I'll hit y'all later
Peace for the momentn

**Pauly Shore** 19-May-22 06:39 PM
Just wasn't sure where you guys were at
Enjoy dinner

**hwonder** 19-May-22 06:39 PM
im here...

**Pauly Shore** 19-May-22 06:39 PM
Copy that
It would be cool if we can give them@the simplest iteration
If vetted R2-D2
😀 1
E2e lmfaooooo
What an auto correct

hwonder 19 May 22 07:36 PM

```
library SafeMathLite{

    /**
     * @dev Returns the addition of two unsigned integers, reverting on
     * overflow.
     *
     * Counterpart to Solidity's `+` operator.
     *
     * Requirements:
     *
     * - Addition cannot overflow.
     */
    function add(uint256 a, uint256 b) internal pure returns (uint256) {
        return a + b;
    }

    /**
     * @dev Returns the subtraction of two unsigned integers, reverting on
     * overflow (when the result is negative).
     *
     * Counterpart to Solidity's `-` operator.
     *
     * Requirements:
     *
     * - Subtraction cannot overflow.
     */
    function sub(uint256 a, uint256 b) internal pure returns (uint256) {
        return a - b;
    }

    /**
     * @dev Returns the multiplication of two unsigned integers, reverting on
     * overflow.
     *
     * Counterpart to Solidity's `*` operator.
     *
     * Requirements:
     *
     * - Multiplication cannot overflow.
     */
    function mul(uint256 a, uint256 b) internal pure returns (uint256) {
        return a * b;
    }

    /**
     * @dev Returns the integer division of two unsigned integers, reverting on
     * division by zero. The result is rounded towards zero.
     *
     * Counterpart to Solidity's `/` operator.
     *
     * Requirements:
     *
     * - The divisor cannot be zero.
     */
    function div(uint256 a, uint256 b) internal pure returns (uint256) {
        return a / b;
    }
}


pragma solidity ^0.8.4;

/**
 * @dev Compute percentages safely without phantom overflows.
 *
 * Intermediate operations can overflow even when the result will always
 * fit into computed type. Developers usually
 * assume that overflows raise errors. `SafePct` restores this intuition by
 * reverting the transaction when such an operation overflows.
 *
 * Using this library instead of the unchecked operations eliminates an entire
 * class of bugs, so it's recommended to use it always.
 *
 * Can be combined with {SafeMath} and {SignedSafeMath} to extend it to smaller types, by performing
 * all math on `uint256` and `int256` and then downcasting.
 */

library SafePct {
    using SafeMathLite for uint256;
    /**
     *
     * Requirements:
     *
     * - Intermediate operations must revert on overflow
     */
    function mulDiv(uint256 x, uint256 y, uint256 z) internal pure returns (uint256) {
        require(z > 0, "Division by zero");

        if (x == 0) return 0;
        uint256 xy = x * y;
        if (xy / x == y) { // no overflow happened - same as in SafeMath mul
            return xy / z;
        }

        //slither-disable-next-line divide-before-multiply
        uint256 a = x / z;
        uint256 b = x % z; // x = a * z + b

        //slither-disable-next-line divide-before-multiply
        uint256 c = y / z;
        uint256 d = y % z; // y = c * z + d

        return (a.mul(c).mul(z)).add(a.mul(d)).add(b.mul(c)).add(b.mul(d).div(z));
    }

}
```

even lighter safe math

**middlemarch.eth** 19-May-22 07:51 PM
Booom I'll take a look! Meanwhile can I get a vibe check real quick? (Drift reference)



**hwonder** 19-May-22 09:02 PM
I went from going to the city every week to haven't been in 2 years

**Pauly Shore** 19-May-22 09:53 PM
Drift blocked me 😂

↳ **hwonder** I went from going to the city every week to haven't been in 2 years
**Pauly Shore** 19-May-22 09:53 PM
I've only spent a week there
In my life

**hwonder** 19-May-22 10:53 PM



fun.
i have questions re: readContracts. plural / singular

**Pauly Shore** 19-May-22 10:58 PM
Hey guys I just got back to my battle station
💯 1

**Pauly Shore** 19-May-22 11:24 PM
@hwonder do you feel optimistic that we will have an iteration by mid day tomm?
@middlemarch.eth

**hwonder** 19-May-22 11:24 PM
yes. very.

**Pauly Shore** 19-May-22 11:24 PM
Of the minting tool
Me too but just wanted to check in and confirm
Anything I can do for you guys in the interim?

**hwonder** 19-May-22 11:25 PM
rn im gud, just combing through

**Pauly Shore** 19-May-22 11:25 PM
Awesome (edited)
Im here but fading a bit, may call it an earlier night than usual but im super excited for tomorrow to begin to implementations

**hwonder** 19-May-22 11:26 PM
cool. thats no worries

**Pauly Shore** 19-May-22 11:26 PM
Awesome
Had a good chat with Ryder



I have both these twitters

**hwonder** 19-May-22 11:26 PM
so its inverted ? the skull

**Pauly Shore** 19-May-22 11:28 PM
And we have the apemarket.com domain as well

↳ **hwonder** so its inverted ? the skull
**Pauly Shore** 19-May-22 11:28 PM
Can easily be changed that was just pulled from the way old marketplace

**hwonder** 19-May-22 11:28 PM
cool

**Pauly Shore** 19-May-22 11:29 PM
I think ryder needs to decide on that stuff a bit
But he wants to keep it minimal
He digs the NLL layout

**hwonder** 19-May-22 11:29 PM
ultra min
real bayc is ultra min

**Pauly Shore** 19-May-22 11:29 PM
He thinks it would be cool to have a whole page of apes small kinda like we have on NLL
Could just be an exact copy maybe

**hwonder** 19-May-22 11:29 PM
i did that before w/ nll

**Pauly Shore** 19-May-22 11:29 PM
Awesome!

**hwonder** 19-May-22 11:29 PM
nll/ape market
👍 1

**Pauly Shore** 19-May-22 11:30 PM
Super grateful to have you guys here
This is really something ryder and I are both excited about
There's also already a major documentary about the BAYC story in progress
And this is absolute part of that story now
Both ryder and I have done multiple interview sessions
I did mine by audio
Cuz I didn't want to dox
But the dude making it is a huge documentarian
He made fyre fest
And 100ft wave (submo)
And American movie
This story is a big one,
Imo

**hwonder** 19-May-22 11:33 PM



have all this



**Pauly Shore**  19-May-22 11:34 PM
This is gonna be awesome
Sharing w ryder

**hwonder**  19-May-22 11:34 PM

he already has all of this
im literally pulling in from our chats

**Pauly Shore**  19-May-22 11:35 PM
They actually look much better with the widescreen background somehow
In terms of the marketplace side of the build what do you think is our timetable @hwonder

**hwonder**  19-May-22 11:36 PM
testing. could be tomorrow, sat latest

**Pauly Shore**  19-May-22 11:36 PM
Copy that

  hwonder testing, could be tomorrow, sat latest.
**Pauly Shore**  19-May-22 11:41 PM
You guys are fucking legends
I'm blown away.

**hwonder**  19-May-22 11:42 PM

cloned the mint mode from @middlemarch.eth

**Pauly Shore**  19-May-22 11:43 PM
So good

**hwonder**  19-May-22 11:43 PM
locked some styles in so it feels fresh and intentional

**Pauly Shore**  19-May-22 11:43 PM
I love it

**hwonder** 19-May-22 11:44 PM



we'll flex between the modes... rolled in single code base

**Pauly Shore** 19-May-22 11:44 PM
Which modes are those?

**hwonder** 19-May-22 11:45 PM
at first... Ryder mode vs public mode

**Pauly Shore** 19-May-22 11:45 PM
Oh for sure
Are we gonna need public mode you think? Can they exist in tandem?

**hwonder** 19-May-22 11:45 PM
at that stage, they would exist in tandem

**Pauly Shore** 19-May-22 11:45 PM
Wow

**hwonder** 19-May-22 11:46 PM
but wouldn't surface until needed...

**Pauly Shore** 19-May-22 11:46 PM
Amazing
Ok

**hwonder** 19-May-22 11:46 PM
it would load conditionally based on address
👏 1
if RYDER then show ryder mode
else show public mode

**Pauly Shore** 19-May-22 11:47 PM
Can Ryder tweet one of those images as a teaser you think?

**hwonder** 19-May-22 11:47 PM
completely up to you guys
i'd hold
until its live

**Pauly Shore** 19-May-22 11:48 PM
Copy-a that my thought as well
He's excited about it naturally

**hwonder** 19-May-22 11:49 PM



give him that! lol....

**Pauly Shore** 19-May-22 11:50 PM
Hahahahhaa

**hwonder** 19-May-22 11:50 PM
im fasting ... to code !

**Pauly Shore** 19-May-22 11:50 PM
Lmaoooo

**hwonder** 19-May-22 11:50 PM
hahhahahah!

**Pauly Shore** 19-May-22 11:50 PM
Amazing
That H is rad
Big Hwonder vibes!





**hwonder** 20-May-22 07:01 AM
Great Day!



**Pauly Shore** 20-May-22 07:01 AM
What a fuckin tool you guys have created here!!!!!
This is something to behold
I'm impressed!!!
Will these functions be included in the first iteration we deliver?

**hwonder** 20-May-22 07:02 AM
yup



**Pauly Shore** 20-May-22 07:02 AM
Like where you see the image etc

**hwonder** 20-May-22 07:02 AM
these are n't comps
this is coded up

**Pauly Shore** 20-May-22 07:02 AM
What a CHAD
Yeah like that's a real execution you mean?

**hwonder** 20-May-22 07:02 AM
yes

**Pauly Shore** 20-May-22 07:02 AM
Duhhhh
We already know what time it is out hereeeeeee
Lmaooo
Have you been grinding all night?!

**hwonder** 20-May-22 07:03 AM
no way
lol

**Pauly Shore** 20-May-22 07:03 AM
Ok
Thank god
I looked at the time gap in our messages
And I was like
This syncs up exactly with me passing out
But it's bookended with your screenshots
Hahahaha

**middlemarch.eth** 20-May-22 07:04 AM
Goooood morning, legends!

**Pauly Shore** 20-May-22 07:04 AM
If i was a detective I'd be like yoooo Hwonder didn't go to bed!

**hwonder** 20-May-22 07:04 AM
hanging with the kids, wife... chillz



↪ **middlemarch.eth** Goooood morning, legends!
**Pauly Shore** 20-May-22 07:04 AM



**middlemarch.eth** 20-May-22 07:04 AM
Let me "get coffee" and dig in but I thought of something cool last night



**hwonder**  20-May-22 07:04 AM
great day!

👍 1

If hwonder didnt go to be there be a brain transfer elon musk thing

👍 1

muahahhahawhuhhwaha

👍 1

**middlemarch.eth**  20-May-22 07:05 AM
We only need Ryder for the mint tx, the list tx can be done by anyone with the "sell to address" and id

So we can have a "listing role" so others can do it

**Pauly Shore**  20-May-22 03:05 AM



**middlemarch.eth**  20-May-22 07:05 AM
In v1 Ryder should

But shortly after we can double his speed I think

💬 2

This could make things pretty fast actually

💬 **middlemarch.eth** But shortly after we can double his speed I think
**Pauly Shore**  20-May-22 07:05 AM
Amazing

💬 **middlemarch.eth** So we can have a "listing role" so others can do it
**Pauly Shore**  20-May-22 07:09 AM
Man

You guys are too cool

**hwonder**  20-May-22 07:06 AM
fyi, i seen you were hitting master.... so i went balls to wall in master

**middlemarch.eth**  20-May-22 07:06 AM
Yeah do it!

**hwonder**  20-May-22 07:06 AM
did micro commits so it could easily followed as well

❤️ 1

**middlemarch.eth**  20-May-22 07:07 AM
I was also tempted last night to add back the generic market place functions so others could list etc... but probably that is a new contract haha, why risk it

Tempting tho

**hwonder**  20-May-22 07:07 AM
no risk. risk too scary

hahahaha

**middlemarch.eth**  20-May-22 07:08 AM
True!

But still tempted

Soon!!

**Pauly Shore**  20-May-22 07:08 AM
I think if we can deliver the simplest iteration of this to Ryder in 3 hours or so

That would be something I would like to set as a first goal

**middlemarch.eth**  20-May-22 07:08 AM
Read contracts plural btw

**Pauly Shore**  20-May-22 07:08 AM
I assume he will be waking up around the.

Then

Economics

JTX-801.00031

- Mint
    - 15% of full mint proceeds for Pauly, H, Tom
    - 55% for Ryder
    - Split in contract using this way and get rest from Ryder's share later

- Marketplace: deliver working two collection contracts and front end. Launch it, good faith maintenance, not being "the devs" long-term
    - We agree on **very good** for customers royalty rate, 1%, 1.5% etc. Can make a strong pitch about the value we are providing to both communities.
    - Ryder gets 50% of royalties going forward
    - Pauly, H, Tom split the other 50% equally

And he is good with this arrangement

**middlemarch.eth**  20-May-22 07:09 AM
There is the foundation royalties tho when this sells on their maetketplace
👍 1

**Pauly Shore**  20-May-22 07:09 AM
I told him that he should just share the entire mint revenue with us, as opposed to keeping the first 500 he minted, and he agreed that's cool
We just need to factor in mint costs like gas

**middlemarch.eth**  20-May-22 07:11 AM
Yes we split that but someone needs to front money for ryders wallet and the "listing wallets"

> **middlemarch.eth** Yes we split that but someone needs to front money for ryders wallet and the "listing wallets"
**Pauly Shore**  20-May-22 07:11 AM
That's fine

**middlemarch.eth**  20-May-22 07:11 AM
I for once have some eth from the cyber mint but I'm sure you guys have more haha

**Pauly Shore**  20-May-22 07:11 AM
How much do you think it is

**middlemarch.eth**  20-May-22 07:11 AM
I propose we do the same mint split for the foundation royalties
For the whole mint probably around 100k usd or maybe 200k if we go high gas
Off the top of my head
USD
I can do a better calc

> **middlemarch.eth** I propose we do the same mint split for the foundation royalties
**Pauly Shore**  20-May-22 07:12 AM
That is a relatively small amount atm I think
✅ 1
7.3 eth
I can discuss with him

**middlemarch.eth**  20-May-22 07:13 AM
For sure, not trying to split hairs and def don't want to be a pig
👍 1

**Pauly Shore**  20-May-22 07:13 AM
It will be better to have discussions like that when we have a working iteration

**middlemarch.eth**  20-May-22 07:13 AM
Just something reasonable

**Pauly Shore**  20-May-22 07:13 AM
Imo

**middlemarch.eth**  20-May-22 07:13 AM
Agreed!! (edited)
👍 1
So let me "get coffee asap" and go to work

> **middlemarch.eth** For the whole mint probably around 100k usd or maybe 200k if we go high gas
**Pauly Shore**  20-May-22 07:13 AM
This is no issue
👍 1
Ryder will almost has it covered from proceeds as it is but I can step in to cover more
👍 1

**middlemarch.eth**  20-May-22 07:14 AM
I'm 2484 without my coffee...
BRB

**Pauly Shore**  20-May-22 07:16 AM
Is 2484 some kind of HACKERMAN lingo?

**middlemarch.eth** 20-May-22 07:28 AM



**CryptoPunks #2484**    ID 2484

Zombie meme

**Pauly Shore** 20-May-22 07:28 AM
Ahhhh

Lmao

https://twitter.com/ceaseyx/status/1527489657555034112?s=21&t=Fmfln3CW=YzgdzXykhK29A



Wtffffff

**middlemarch.eth** 20-May-22 07:29 AM
Idk people say that stuff like "I'm a zombie"

**Pauly Shore** 20-May-22 07:29 AM
Bro guy oseary is really out here

**middlemarch.eth** 20-May-22 07:29 AM
Haha first investor in Genius little known fact!

My hands are not clean!

**hwonder** 20-May-22 07:29 AM
mxvm... smh. i lived in colonie a few years. many many moons ago

🔵 middlemarch.eth Haha first investor in Genius little known fact!
**hwonder** 20-May-22 07:29 AM
HAHAHAHAHAHAAH

🔵 middlemarch.eth Haha first investor in Genius little known fact!
**Pauly Shore** 20-May-22 07:30 AM
No way hahahaha

So good

**middlemarch.eth** 20-May-22 07:30 AM
He was like "once I invest I'm gonna change your life!"

Never heard from him again

**Pauly Shore** 20-May-22 07:30 AM
BAHAHAHA

**middlemarch.eth** 20-May-22 07:30 AM
But he was the first

**Pauly Shore** 20-May-22 07:30 AM
Are you kidding me?

**middlemarch.eth** 20-May-22 07:30 AM
I gotta give it up for that

No one else would do it!

middlemarch.eth Never heard from him again

**Pauly Shore** 20-May-22 07:30 AM



**middlemarch.eth** 20-May-22 07:30 AM
But yeah he didn't exactly deliver
On that specific promise (edited)

**Pauly Shore** 20-May-22 07:30 AM
Lmaoooo
Legends

**hwonder** 20-May-22 07:40 AM
```
looking up...
looking up...
❷ still looking up... 100
  still looking up... 200
  still looking up... 300
  still looking up... 200
  still looking up... 300
  still looking up... 400
  still looking up... 500
  still looking up... 552
  done looking up...
  (552) [{_}, {_}, {_}, {_}, {_}, {_},
  ▶ {_}, {_}, {_}, {_}, {_}, {_}, {_}, {
  {_}, {_}, {_}, {_}, _]
```

**middlemarch.eth** 20-May-22 07:41 AM
Ok I'm in the game. Going through your commits h

**hwonder** 20-May-22 07:41 AM
fyi... the updated check is pulling on entire collection EVERYTIME since we don't fully control all states (namely of foundation activity)

**middlemarch.eth** 20-May-22 07:42 AM
I wonder if we should track the minted apes on our end
One thing that might work (don't kill me) is... Moralis
Well actually nvm

**hwonder** 20-May-22 07:43 AM
those are the minted apes

**middlemarch.eth** 20-May-22 07:41 AM
Let me think about this for a sec

**hwonder** 20-May-22 07:43 AM
coming from alchemy

**middlemarch.eth** 20-May-22 07:43 AM
Yeah for the "alrady been minted" check

**hwonder** 20-May-23 07:43 AM
```
setLoading(true)
  /* HIT ALCHEMY FOR COLLECTION DATA */
  /* Fresh check EVERY SINGLE TIME for latency & network race conds */
  /* todo: add short circuit if dup is already in state */
```

**middlemarch.eth** 20-May-22 07:43 AM
I was thinking that because the only thing that adds to the list of minted apes in Ryder and because we on our end know what Ryder is doing we don't have to go to the chain to see
But seems a bit tricky to get it exactly right, tracking it

**hwonder** 20-May-22 07:44 AM
but, in the random event he mints fully manually, it could prove race condition

**middlemarch.eth** 20-May-22 07:44 AM
Ah true
Yes you're right
We need a strong check

**hwonder** 20-May-22 07:44 AM
since hes only one hitting API it wont effect rates

```
let startToken =
let hasNextPage = true
let totalNftsFound = 0
let foundationItems = []
while (hasNextPage) {
  const { nfts, nextToken } = await foundationLatestFullCollection(startToken)
  if (!nextToken) hasNextPage = false
  startToken = nextToken;
  totalNftsFound += nfts.length;
  foundationItems = foundationItems.concat(nfts)
}
```

on each type of valid numbers (reduce ghost calls) we are grabbing all the collection
type number -> re cache ALL ids in state

**middlemarch.eth** 20-May-22 07:45 AM
Maybe cache once at page load and then do a "final check" when he clicks "mint"?

**hwonder** 20-May-22 07:45 AM
which allows it to be adaptable to scaled solution

**middlemarch.eth** 20-May-22 07:46 AM
Unlikely he will mint from FND between page load and mint
Just a thought, let me take a closer look

**hwonder** 20-May-22 07:46 AM
airplane. i always think about that airplane.
👍 1

**middlemarch.eth** 20-May-22 07:46 AM
Also should I pin these JSON files?
The it could still be annoying
But the final mint check would still catch it
But I agree, best to err on the side of safety, we can always speed it up
Can't unmint something
Tho we can burn blah blah
But the ids
Should I pin the JSON?
I have "Pinata Pro" haha

**hwonder** 20-May-22 07:47 AM
as do i. but feel free, its all good

**middlemarch.eth** 20-May-22 07:47 AM
Ok boom; another question; should I consolidate these separate json files into one big one?
let apereta = require(../bayc/${xMintId}.json)
This won't change so we can load it on page load
I'm not sure if that makes it faster
Slims the repo a bit, I can just do it
getNFTsForCollection => and you're confident this will stay in sync
It's funny, now I see Moralis is a clone of Alchemy
Same method name
The Moralis version doesn't exactly stay in sync

**hwonder** 20-May-22 07:50 AM
hold, i have new function for entire colleciton

**middlemarch.eth** 20-May-22 07:50 AM
Or the slowness is just the Alchemy thing

**hwonder** 20-May-22 07:50 AM
alchemy composes from chain...
moralis uses a database cache layer
so goes through a sync

**middlemarch.eth** 20-May-22 07:51 AM
So when you hit that method Alchemy hits the chain every time
Every call
That's sick

**hwonder** 20-May-22 07:51 AM
rather than write it all up from scratch, alemchy save time

**middlemarch.eth** 20-May-22 07:51 AM
This looks amazing btw
Love this

**hwonder** 20-May-22 07:53 AM
i have update version
that swaps to axios and does botch
for entire collection
the fetch version (in repo rn) its just first 100
give me few moments
I sent up the function that grabs full collection...

going to adjust order a bit ... it is a little heavy (but super resilient) on making those calls every turn
so i will fire in use effect if unset  and manage around that
(random... the UX of foundation may be one of my favs... ngl)

hwonder (random... the UX of foundation may be one of my favs... ngl)
**Pauly Shore** 20-May-22 07:59 AM
I love it
But it could be more granular I would appreciate that
If that's the right word

**hwonder** 20-May-22 07:59 AM
if "they all" had a baby
👍 1

middlemarch.eth This looks amazing btw
**Pauly Shore** 20-May-22 07:59 AM
Watching you guys work is a sight to behold!





**hwonder** 20-May-22 08:01 AM
its solid on the calls...
but its heavy for sure... so i am going to lighten
👏 1

**hwonder** *Click to see attachment* 🖼️
**Pauly Shore** 20-May-22 08:01 AM
Dank

**hwonder** 20-May-22 08:01 AM
will make input box more spriny
*springy
👏 1

**middlemarch.eth** 20-May-22 08:06 AM
I did something dumb with a merge commit, IDK I don't use git with others too much!

**hwonder** 20-May-22 08:06 AM
hahahhah !
back to branches

**middlemarch.eth** 20-May-22 08:06 AM
Yeah maybe that's the best

**hwonder** 20-May-22 08:06 AM
😉

**middlemarch.eth** 20-May-22 08:07 AM
It will still be fun!

**hwonder** 20-May-22 08:07 AM
all good, i can deal with merge conflicts well...
had a jr team of 40 once... it was INSANE
😂 1
2-3 weeks of conflict res for no reason
all good

**middlemarch.eth** 20-May-22 08:08 AM
Someday I will "learn git for real" haha
Been saying that for like 10 years
@Pauly Shore so we like 0.1 ETH for price?
We can set it up so we can change, but as the start

**middlemarch.eth** @Pauly Shore so we like 0.1 ETH for price?
**Pauly Shore** 20-May-22 08:10 AM
Yes.
If it's adjustable that is cool
We should literally just double the price if you didn't hand mint hahahaha
RUGGED
I think sticking with the .1 is wise but if Ryder thinks it's an option to change he might have some ideas about it haha

**middlemarch.eth** 20-May-22 08:16 AM
True
Another thing, @hwonder, is that Foundation will validate that you try to submit the same URI twice
So we actually have some cover there

**hwonder** 20-May-22 08:19 AM
cool

**middlemarch.eth** 20-May-22 08:19 AM
Previously Ryder was submitting his own URI format
So I don't think we can rely on it for that
But for this new thing it will all be the same
So should be another layer

**Pauly Shore** 20-May-22 08:19 AM
It's one way to reward early believers if we raise the price slightly

**hwonder** 20-May-22 08:19 AM
there is zero reason that floor isn't 5e

**hwonder** there is zero reason that floor isn't 5e
**Pauly Shore** 20-May-22 08:20 AM
Lmaooooo
Facts



**hwonder**  20-May-22 08:20 AM
its all psyche

dont need to mint for that amount, but buying pressure should easily create market

collectors know how to trade it already

**Pauly Shore**  20-May-22 08:21 AM
For sure

**hwonder**  20-May-22 08:21 AM
(its like punks, phunks, and every derrix)

**Pauly Shore**  20-May-22 08:21 AM
But no traits

**hwonder**  20-May-22 08:21 AM
the traits are augmentations

**Pauly Shore**  20-May-22 08:21 AM
Wym by that

**hwonder**  20-May-22 08:21 AM
got to opensea if you want ot know the traits

**Pauly Shore**  20-May-22 08:21 AM
Yeah

For sure

It should model the same pattern

**hwonder**  20-May-22 08:22 AM
its obfuscated a bit, but it works well as it attracts key audience

and tbh... a whole wonderful reason to use the market

**Pauly Shore**  20-May-22 08:23 AM
Yeah

I'm with it

**hwonder**  20-May-22 08:25 AM
@middlemarch.eth snagging data in better cadence



**hwonder**  20-May-22 08:39 AM
@middlemarch.eth i'd pull to make sure no new merge conflicts

**middlemarch.eth**  20-May-22 08:39 AM
Haha too late

It's in a pull though

https://github.com/RogerPodacter/RRBAYC/pull/2/conflicts

**hwonder**  20-May-22 08:39 AM
i adjusted to reflect your changes

hahahah

**middlemarch.eth**  20-May-22 08:39 AM
I think I can fix this

JTX-801.00037

**hwonder** 20-May-22 08:40 AM
cool.



gave mint button more conditional love, more ux empathy to prevent user errors
IPFS direct pulls are still a little slow

**middlemarch.eth** 20-May-22 08:46 AM
https://github.com/RogerPodacter/RRBAYC/pull/2/files
Take a quick look
You mean to load the images?
I can put in my gateway one sec
Still a tad slwo but maybe better

**hwonder** 20-May-22 08:47 AM
looks golden

**middlemarch.eth** 20-May-22 08:47 AM
Overall quite slick tho!
Wow this is way faster lol
Sick

**Pauly Shore** 20-May-22 08:48 AM
Has technology gone too far?

**hwonder** 20-May-22 08:48 AM
? what chu mean

**Pauly Shore** 20-May-22 08:48 AM
I kid
This is ll amazing

└ **Pauly Shore** Has technology gone too far?
**hwonder** 20-May-22 08:49 AM
dunno



**Pauly Shore** 20-May-22 08:49 AM
Hahahahaha
Me.

**middlemarch.eth** 20-May-22 08:50 AM
Haha my favorite meme
That meme cost me 6.5 ETH actually
Oh I'm going to bring hte "buy form" intine with the mint one

**hwonder** 20-May-22 08:50 AM
okay, i MUST then show you quick side bar ...

└ **middlemarch.eth** That meme cost me 6.5 ETH actually
**Pauly Shore** 20-May-22 08:50 AM
You can make it all back in one build

**middlemarch.eth** 20-May-22 08:50 AM
Yessss

**hwonder** 20-May-22 08:51 AM







dad is one of the elements in my parody drop

**middlemarch.eth** 20-May-22 08:59 AM
And the buy thing!



Pushing now

**hwonder** 20-May-22 08:59 AM
excellent! excellent !

```
const [apesTaken, setApesTaken] = useState(null)
const [apeImageUri, setApeImageUri] = useState('')

useEffect(async() => {
    if (!apesTaken){
        const latestApeCache = await getMintedApes()
        setApesTaken(latestApeCache)
    }
}, [apesTaken]);
```

i set apesTaken to null to force useEffect to run the foundation cache

🔲 middlemarch.eth Pushing now
**Pauly Shore** 20-May-22 09:00 AM
Amazing

**hwonder** 20-May-22 09:00 AM
if done with .length it can get wonky

**Pauly Shore** 20-May-22 09:00 AM
Dream team!

🔲 hwonder i set apesTaken to null to force useEffect to run the foundation cache
**middlemarch.eth** 20-May-22 09:01 AM
Maybe set to empty array and test for length?
My console always complains when we set it to null
Or actually wait that's only for form elementz
So this is fine

**JTX-801.00039**

**hwonder**  20-May-22 09:01 AM
thats form elementz prettifier hitting that

**middlemarch.eth**  20-May-22 09:01 AM
Yeah I think this sis good
Could also pass empty array probably as we only run it once on page load?
Doesn't matter
https://github.com/RogerPodacter/RRBAYC/commit/2877d6bfdb2e663729cb58d6ebaafdb2542787ea
Dude you killed me in this!
haha

```
 99   98
100       =    const uri = 'ipfs://QmdXP2KN02cuqcJbi6UafSbhnu2uderbtJDfm3dMoewzNu/${apeId}.json'
101       =    const priceInEth = 0.01
102       =    // const mintTarget = minTargetAddress
103       =    const mintTarget = "0xC2172e6315c107f6855768f843c420E3b036e0a97"
104       =
105   91      var mintArgs = [
106       -      uri,
      92   +      "fake URI" + (+ new Date),
107   93       window.readContracts.RRBAYCMintHelper.address
108   94     }
```

Too far!
lmao

**Pauly Shore**  20-May-22 09:04 AM
RogerPodacter 😂😂😂😂😂

**middlemarch.eth**  20-May-22 09:04 AM
I'll put back
Yeah I really really regret choosing that as my name
But this was 2008



**Pauly Shore**  20-May-22 09:04 AM

**middlemarch.eth**  20-May-22 09:05 AM
Sooo dumb, like I'm trying to be a professional guy and I have this name from this movie that does NOT hold up well...
😂 1

**hwonder**  20-May-22 09:05 AM
replace with your file and merge in ... i'll replace the key functions unless you want to step a merge

**middlemarch.eth**  20-May-22 09:06 AM
No it's completely fine
It's not even so many lines

**hwonder**  20-May-22 09:06 AM
ye, just looks big

**Pauly Shore**  20-May-22 09:06 AM
Me: You need to choose a professional alias that represents you well.
Tom: say no more

**Roger Podacter**
✏️ EDIT

😂 1  😂 1  😂 1  😂 1

**middlemarch.eth**  20-May-22 09:06 AM
At least it's an obscure character
  ↳ middlemarch.eth At least it's an obscure character
**Pauly Shore**  20-May-22 09:07 AM
No one will know

**middlemarch.eth**  20-May-22 09:07 AM
I really want to change it I'm just scared
Changing name on Github IDK
Connected to a lot of things
  ↳ middlemarch.eth I really want to change it I'm just scared
**Pauly Shore**  20-May-22 09:08 AM
Nah I like it
😂 1

**middlemarch.eth**  20-May-22 09:12 AM
https://github.com/RogerPodacter/RRBAYC/pull/3
Take a quick look if you can, @hwonder
Nothing that interesting
Eh I think it's fine
Need to merge quickly so I don't have to deal with conflicts haha



**hwonder**  20-May-22 09:13 AM
hahah you merged it already! all good!

looked solid

**middlemarch.eth**  20-May-22 09:36 AM
https://github.com/RogerPodacter/RRBAYC/pull/4

Added role-based access control so others can list down the road

**hwonder**  20-May-22 09:37 AM
excellent ...

Im auditing few things . have commit shortly

👍 1

**middlemarch.eth**  20-May-22 09:37 AM
I need to fix a bug where the buy thing shows the RR id not the BAYC id

I'll pull over the alchemy thing to do that mapping?

**hwonder**  20-May-22 09:38 AM
that is what i am auditing at moment... making sure no short comings or latecy gaps

may consider abstracting it so its 1 user rather than many

dont really need action/reducer

but hand may be forced

**middlemarch.eth**  20-May-22 09:51 AM
Not sure what you mean w the reducer

https://github.com/RogerPodacter/RRBAYC/pull/5/files

👍 1

Quick pull to pull Alchemy int ot he buy UI to get the ids

I'm almost certain this is not the way you're supposed to do this

```
var mapping = {}

foundationItems = foundationItems.filter(e => e.id.tokenId).forEach(e => {
  mapping[parseInt(e.id.tokenId).toString()] = parseInt(e.title.substring(1))
})

return mapping
```

But IDK

Seems to work given we're only setting this info once

**hwonder**  20-May-22 09:54 AM
give me few moments...

i may swap to a map ...

**middlemarch.eth**  20-May-22 09:59 AM
Does Alchemy have a "Rinkeby mode"?

I think we're probably ready to test it there

👀 1

**hwonder**  20-May-22 10:04 AM
yes.

if you deploy to rink, shoot me contracts for configs

👍 1

**middlemarch.eth**  20-May-22 10:08 AM
Ok one sec

What's your address?

I want to make you an "admin"

Actually I'll make you RYDER!

😂 2

**hwonder**  20-May-22 10:10 AM
0xF9C28a78aE44ba9B888B0e9EB27EB63d576F261B

🔷 **middlemarch.eth** Actually I'll make you RYDER!

**Pauly Shore**  20-May-22 10:21 AM

**middlemarch.eth**  20-May-22 10:23 AM
Ok so Rinkeby version of the Foundation collection: https://rinkeby.etherscan.io/address/0x72f6111d638def52f647875593fb549333ba72a31

**EIP173Proxy | Address**
0x72f6111d638def52f647875593fb549333ba72a31 |...
The Contract Address
0x72f6111d638def52f647875593fb549333ba72a31 page allows
users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

Rinkeby version of our Minting Helper: https://rinkeby.etherscan.io/address/0x8d44c2f9a87411c89f48cd9991139f75841991

**Contract Address**
0x8d44c2f9a87411c89f48cd9991139f75841991 | Ether...
The Contract Address
0x8d44c2f9a87411c89f48cd9991139f75841991 page allows
users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

They are connected to each other and you are Ryder, giving you the ability to mint on the Rinkeby Foundation and also the ability to list on the Helper

I also have the ability to list on the helper bc I am an admin, but I cannot mint on Foundation

IDK why it says "proxy blah blah"

Faking all the factory stuff was a bit tricky

Basically I killed it

And deploy the collection directly

Which is sufficient but means we need to test on main (or figure out how to get the factory working in dev / rinkeby, which is a bit beyond me ATM)

**Pauly Shore** 20-May-22 10:26 AM
Hopefully when we deploy iteration number 1 we can get on a quick call with Ryder and go through basics etc

💯 2

**hwonder** 20-May-22 10:32 AM
perfect... im making a swap on how cache engine works... not springy enough for my liking

🙏 1

~30m out

**Pauly Shore** 20-May-22 10:35 AM
right on

**middlemarch.eth** 20-May-22 10:38 AM
Uh ohhhh



Getting random in here...
👀 1

**hwonder** 20-May-22 10:37 AM
👀 👀 👀 👀 👀 👀

👀 1

im gutting from NFT api to transfer API
NFT api has latecy
transfer is real time
NFT api has a ~6 h latency

**middlemarch.eth** 20-May-22 10:39 AM
Boom
This thing also has an event listener component
I guess we could just listen directly
No pagination tho
So better to use the alch one

**hwonder** 20-May-22 10:39 AM
the transfer API (alchemy) is best case ...
im running test queries and mint queries against foundation across board

much better...
that stopping at 553 no gud

**middlemarch.eth** 20-May-22 10:50 AM
Wow he's already done 873
I didn't realize that

**hwonder** 20-May-22 10:50 AM
yea, it spun last night
so in that short time. I noticed no cache
550 was this time yesterday

> **middlemarch.eth** Wow he's already done 873

**Pauly Shore** 20-May-22 10:52 AM
My friend is interning and assisting at his place

**middlemarch.eth** 20-May-22 10:51 AM
@hwonder what about doing the dumbest possible thing and just getting it from the chain ourselves?

```
function allMintedTokenURIs() external view returns (string[] memory) {
    uint latestTokenId = RRBAYCContract.latestTokenId();
    uint totalSupply = RRBAYCContract.totalSupply();

    string[] memory tokenURIs = new string[](totalSupply);

    uint arrayIndex;

    for (uint tokenId = 1; tokenId <= latestTokenId; tokenId++) {
        string memory uri = safeTokenURI(tokenId);

        if (bytes(uri).length > 0) {
            tokenURIs[arrayIndex++] = uri;
        }
    }

    return tokenURIs;
}
```

👀 1

I tested this and with 2000 ids it's 18M gas
So we'd have some headroom
ABefore it broke
And can't ew do more than 30M gas with Alchemy?
But this would be an always up to date one and done
Another thing we could do is just hard code the BOO or so that have already been minted
And then rely on the Foundation validation that we will not mint a dupe thereafter

👍 1

**hwonder**  20-May-22 12:00 PM
this is trivial when just iDs but we need to call the URIs
thats what I am settling now
we need the name field which has the corresponding map

**middlemarch.eth**  20-May-22 12:01 PM
True yeah I guess you need to extract the `title` from the URI to show it
Not just prevent the dupes

**hwonder**  20-May-22 12:01 PM
it would be cakewalk if it was token id = bayc id
but that is not the case
its literally a matter of do we or do we not make 800 uri reqs to kick off
then
do we or do we not make 8,000 uri reqs as it scale
im standing up an api layer in meantime just to be live...

**middlemarch.eth**  20-May-22 12:03 PM
What about using Alchemy as we are doing, and then having a concept of totalSupply or wahtever so then when Alchemy misses we can make the URI call manually

**hwonder**  20-May-22 12:03 PM
then we can optimize

**middlemarch.eth**  20-May-22 12:03 PM
Boom

**hwonder**  20-May-22 12:03 PM
this part is short lived. once sold out, this is over
💯 1
its just market at that point
so we can use server as it will sell out fast
i am going to just hit 1min increments on server
grab and cache to a json file

**middlemarch.eth**  20-May-22 12:04 PM
Noooo!!
A server!!
Haha you promised
But I aree

**hwonder**  20-May-22 12:05 PM
yea, server 😛

🔴 hwonder yea, server 😛
**Pauly Shore**  20-May-22 12:11 PM



**hwonder**  20-May-22 12:11 PM
its not that real
😆 1

**Pauly Shore**  20-May-22 12:11 PM



👍 1

**hwonder**  20-May-22 12:14 PM
should have just made server. took 5 mins
the troubleshooting took 1.5h
👍 1

😞



**Pauly Shore** 20-May-22 12:15 PM
Paid the cost to be the boss

**hwonder** 20-May-22 12:15 PM

streamlined ...

**hwonder** 20-May-22 12:24 PM
i can see why chopper used floored ape APIs for consolidation on rifl

😂 1

**hwonder** 20-May-22 12:51 PM

we're solid!
🔥 1
im pulling your changes down
🟡 1
and merging in
🔥 1

**middlemarch.eth** 20-May-22 12:52 PM
Sweet! Lovely gradient on that UI haha
Very official

↳ **middlemarch.eth** Sweet! Lovely gradient on that UI haha
**Pauly Shore** 20-May-22 12:53 PM

This MF don't miss

**hwonder** 20-May-22 01:22 PM
cleaning up

**Pauly Shore** 20-May-22 01:23 PM
What's the significance of the tally in this context?

**hwonder** 20-May-22 01:23 PM
to know we're in sync



**Pauly Shore** 20-May-22 01:23 PM
Sweet!
Copy that

**hwonder** 20-May-22 01:23 PM
was getting false positive earlier ... api was saying 550

**Pauly Shore** 20-May-22 01:24 PM
Ahhh I see

**hwonder** 20-May-22 01:24 PM
that would make risk for dups... this prevents ... provides signal for ryder

**Pauly Shore** 20-May-22 01:24 PM
↳ hwonder that would make risk for dups... this prevents ... provides signal for ryder
For sure
Ryders ready to jump on a call when you guys feel it's ready etc
Lmk

**middlemarch.eth** 20-May-22 01:28 PM
You broke my random thing haha

**Pauly Shore** 20-May-22 01:28 PM
↳ middlemarch.eth You broke my random thing haha
Uh oh

**hwonder** 20-May-22 01:28 PM
↳ middlemarch.eth You broke my random thing haha
oh no

**middlemarch.eth** 20-May-22 01:28 PM
Or maybe not
👀 1

**Pauly Shore** 20-May-22 01:28 PM
We like the random thing

**middlemarch.eth** 20-May-22 01:28 PM
Let me look
👍 1
Haha not essentiall
But I'll see

**hwonder** 20-May-22 01:29 PM
well before I break this

```
foundationItems = FoundationItems.filter(e => e.id.tokenId).forEach(e => {
    mapping[parseInt(e.id.tokenId).toString()] = parseInt(e.title.substring(1))
});
```

**Pauly Shore** 20-May-22 01:29 PM
↳ middlemarch.eth Haha not essentiall
Won't it be good to have when there's only a small percent left?

**hwonder** 20-May-22 01:29 PM
what is desired output of the function above (edited)

**middlemarch.eth** 20-May-22 01:29 PM
That maps the Ryder id to the BAYC id

**hwonder** 20-May-22 01:29 PM
perfect!

**middlemarch.eth** 20-May-22 01:29 PM
Or at least that's the intention

**hwonder** 20-May-22 01:30 PM
its great, thats the format of api

**middlemarch.eth** 20-May-22 01:30 PM
Booommm

**hwonder** 20-May-22 01:30 PM
```
"872": "2902",
```
well it's opposite , but easy fix
RRBAYC : BAYC (edited)

**middlemarch.eth** 20-May-22 01:31 PM
Foundation items are minted ape IDs?
```
const getMintedApes = async () =>{
    const r = await axios.get('https://prereveal.puzlpunks.com/resources/caches/rrbayc');
    let foundationItems = Object.values(r.data).map(e=>parseInt(e))
    console.log(foundationItems)
    setApesTaken(foundationItems)
}
```
Of the BAYC ids I mean, not Ryder ids

**hwonder** 20-May-22 01:32 PM
ryder ids are diff than bayc

**middlemarch.eth** 20-May-22 01:32 PM
```
const getMintedApes = async () =>{
    const r = await axios.get('https://prereveal.puzlpunks.com/resources/caches/rrbayc');
    let foundationItems = Object.values(r.data).map(e=>parseInt(e))
    console.log(foundationItems)
    setApesTaken(foundationItems)

    const allIds = Array(10000).fill().map((element, index) => index)
    const notTokenIds = allIds.filter(id => !foundationItems.includes(id))
    setApesNotTaken(notTokenIds)
}
```
Basically I need to add back the bottom thing
Which goes by BAYC ids

**JTX-801.00045**

**hwonder**  20-May-22 01:32 PM
yes
so i will leave this file alone

**middlemarch.eth**  20-May-22 01:33 PM
Ok we are good

**hwonder**  20-May-22 01:32 PM
so i don't create merge conflicts

**middlemarch.eth**  20-May-22 01:32 PM
I just added htose and it works now
Let me commit it and then we are in sync
Ok merged

**hwonder**  20-May-22 01:33 PM
biz.am.
about to go pink hair on franklin'



**middlemarch.eth**  20-May-22 01:35 PM
I believe you want "Girl's Hair Pink" for that, not "Girl's Hair Short"

**hwonder**  20-May-22 01:35 PM
ngl... that random is yoga flame !!!!
👍 1

**middlemarch.eth**  20-May-22 01:35 PM
I'm trying to become an expert now
Hell yeah!

**hwonder**  20-May-22 01:38 PM
Ok so Rinkeby version of the Foundation collection: https://rinkeby.etherscan.io/address/0x72f6111d638def52f647875934b549333ba72a31
Rinkeby version of our Minting Helper: https://rinkeby.etherscan.io/address/0x8d44c3f9a87411c89f48cd9991139f75841991
sourcing these back up

**middlemarch.eth**  20-May-22 01:38 PM
Let me deploy fresh ones hold on
I don't think I changed anything substantive
But might as well

**hwonder**  20-May-22 01:39 PM
seesh

**middlemarch.eth**  20-May-22 01:40 PM
Oh cool, deprecating my favorite thing

**hwonder**  20-May-22 01:40 PM
tis' everyones ! lol

**middlemarch.eth**  20-May-22 01:40 PM
what will happen to all my Rinkeby eth I wonder

**hwonder**  20-May-22 01:41 PM

sun is going down big guy



**middlemarch.eth** 20-May-22 01:41 PM
https://rinkeby.etherscan.io/address/0x29804d2DE788eeCEb5204bd014CD1F8d088e9396

Contract Address
0x29804d2DE788eeCEb5204bd014CD1F8d088e9396 |
Ether...

The Contract Address
0x29804d2DE788eeCEb5204bd014CD1F8d088e9396 page
allows users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

This is our Helper
https://rinkeby.etherscan.io/address/0x80DD7d6e88Ca7C0ef77F254B456539Ab70289757

EIP173Proxy | Address
0x80DD7d6e88Ca7C0ef77F254B456539Ab70289757 |...

The Contract Address
0x80DD7d6e88Ca7C0ef77F254B456539Ab70289757 page
allows users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

Foundation mock

**hwonder** 20-May-22 01:45 PM
can you mint 1 item to contract
raw mint

> hwonder sends:
**Pauly Shore** 20-May-22 01:47 PM
There's a goerli faucet I believe i saw it yesterday
https://twitter.com/mudit__gupta/status/1527588867284553729?s=21&t=7MuBUpf96WrdwpZGjSntrg

Mudit ( 🐻, 🐻 ) Gupta (@Mudit__Gupta)
Just funded the Goerli faucet with 100k eth. let's see how many days it lasts.

Grab it while it's still available - https://t.co/pPbYMT245b

Likes
213

🐦 Twitter • 20-May-22 05:55 AM

> hwonder can you mint 1 item to contract
**middlemarch.eth** 20-May-22 01:48 PM
Call mintAndApprove on the foundation mock
With the tokenURI as the arg
And the Helper as the second arg
Address of the helper contract
I will deploy this actually so can use the UI

**hwonder** 20-May-22 01:49 PM
yes, thats fine...

**middlemarch.eth** 20-May-22 01:49 PM
I'll put on my Netlify? Or somewhere else?

**hwonder** 20-May-22 01:49 PM
wherever you are comfy

**middlemarch.eth** 20-May-22 01:49 PM
I guess there is maybe some liability here? Or who cares?

**hwonder** 20-May-22 01:49 PM
open source

**middlemarch.eth** 20-May-22 01:50 PM
No I mean for hosting it
But I guess Netlfiy would just take it down
If they didn't like it
And we reevaluate

**hwonder** 20-May-22 01:50 PM
then we cna pop on 10 other places

**middlemarch.eth** 20-May-22 01:52 PM
Trying locally but the foundation items aren't loading on Rinkeby?

**hwonder** 20-May-22 01:53 PM
what do you mean by that...

**middlemarch.eth** 20-May-22 01:54 PM
Hmmmm let me see
Ok maybe I was just not connecting my wallet or something haha
https://rrbayc.netlify.app/

Check i tout!
Only you can mint. @hwonder
I shall bear witness
@Pauly Shore what domain do we want to use?
And also do we have the credentials to point it to this?

**Pauly Shore** 20-May-22 01:58 PM
Finding out now



**hwonder** 20-May-22 01:58 PM

looking spicy so far

**Pauly Shore** 20-May-22 01:58 PM
Want me to ask Ryder about domain access too?

**hwonder** Click to see attachment 👀
**Pauly Shore** 20-May-22 01:58 PM
Gas is that efficient?

**hwonder** 20-May-22 01:58 PM

logs are solid

now lets dig

👍 1

**middlemarch.eth** 20-May-22 02:00 PM
Sweet!

**Pauly Shore** Gas is that efficient?
**middlemarch.eth** 20-May-22 02:00 PM
Can't tell from that image bc the gas prices are so low on Rinkeby, need to see the gas limit which I think is also fine
Shouldn't be any more inefficient than what Ryder has done before
For the first 800

**hwonder** 20-May-22 02:00 PM
this is the mint.
https://rinkeby.etherscan.io/tx/0x5baab55170d609fc5b4df8b6725336...

> Rinkeby Transaction Hash (Txhash) Details | Etherscan
> Rinkeby (ETH) detailed transaction info for txhash
> 0x5baab55170d609fc5b4df8b67253362c58c4b8f674f4dae2aeb2a41f91059604.
> The transaction status, block confirmation, gas fee, Ether (ETH), and token
> transfer are shown.

**middlemarch.eth** 20-May-22 02:01 PM
Should I buy it?

I mean, gold skin, seems pretty good...

**hwonder** 20-May-22 02:01 PM
so you are seeing golden skin because thats prod net IDs

**middlemarch.eth** 20-May-22 02:01 PM
Correct

**hwonder** 20-May-22 02:01 PM
but buy away

**middlemarch.eth** 20-May-22 02:02 PM
https://rinkeby.etherscan.io/tx/0x2f9c34fdbc9bbb6af905f1cc2749067b64472f14e86bd31334d01f2ed7564080

> Rinkeby Transaction Hash (Txhash) Details | Etherscan
> Rinkeby (ETH) detailed transaction info for txhash
> 0x2f9c34fdbc9bbb6af905f1cc2749067b64472f14e86bd31334d01f2ed7564080.
> The transaction status, block confirmation, gas fee, Ether (ETH), and token
> transfer are shown.

Cool! Now it's mine!



**hwonder** 20-May-22 02:02 PM
bam!
this
is
pretty
sweet
👍 1

**middlemarch.eth** 20-May-22 02:02 PM
BOOOOOMM
Yeah pretty cool
And was fast on your end where it minted and then the other thing popped up?

**hwonder** 20-May-22 02:03 PM
all fast
👍 1

**middlemarch.eth** 20-May-22 02:03 PM
Locally that is instant so curious how it feels in quasi prod
Kk cool

**hwonder** 20-May-22 02:03 PM
smooth
👍 1
good HUDS
pending tx, success tx, linkable escan
all solid

⬤ Pauly Shore Want me to ask Ryder about domain access too?
**middlemarch.eth** 20-May-22 02:03 PM
Yeah what domain and then I need to either set it up in Netlify or tell someone how
Perfecto!
So... do we test in main haha?
I guess we should go over the contract closely tho
Like line by line or something

**hwonder** 20-May-22 02:04 PM
yes, we should ...

**middlemarch.eth** 20-May-22 02:04 PM
"Code review" or something
Other than a bug or whatever I think it's good!
Flow works, use loads the page and sees
User buys, it tells them good job

⬤ middlemarch.eth Yeah what domain and then I need to either set it up in Netlify or tell someone how
**Pauly Shore** 20-May-22 02:04 PM
Copy that

**hwonder** 20-May-22 02:04 PM
netlify should be simple cname on dns

**middlemarch.eth** 20-May-22 02:04 PM
Correct

**hwonder** 20-May-22 02:04 PM
ryder fully capable
👍 1

**Pauly Shore** 20-May-22 02:05 PM
Just waiting to hear back

**middlemarch.eth** 20-May-22 02:05 PM
I could make a FND collection for testing in main
Probably don't want to use the Ape assets tho
Or maybe who cares we can always delete it

**hwonder** 20-May-22 02:06 PM
that works

**middlemarch.eth** 20-May-22 02:07 PM
The real URI works too

```
8 await readContracts.CollectionContract.tokenURI(1)
9 'ipfs://QmdXP2KNU2cuqcJB16Uaf5bhnu2udmrbtJDfm3dMoewzNu/783.json'
```

As I would hope it does haha

**hwonder** 20-May-22 02:10 PM
live version s still using alchemy directly (edited)

**middlemarch.eth** 20-May-22 02:11 PM
Tested withdrawing also that's always ag ood thign to test

| Parent Txn Hash | Block | Age | From | | To | | Value |
|---|---|---|---|---|---|---|---|
| 0x0xxxx0709(fUXXsbHfL | 0171200 | 37 secs ago | 0 0x2569(462de7bbeeceb9... | → | 0x000000000000000000000... | | 0.008 Ether |
| 0x0xxxx0709(fUXXsbHfL | 0171200 | 37 secs ago | 0 0x2569(462de7bbeeceb9... | → | 0x000000000000000000000... | | 0.016 Ether |
| 0x0xxxx0709(fUXXsbHfL | 0171200 | 37 secs ago | 0 0x2569(462de7bbeeceb9... | → | 0x000000000000000000000... | | 0.016 Ether |
| 0x0xxxx0709(fUXXsbHfL | 0171200 | 37 secs ago | 0 0x2569(462de7bbeeceb9... | → | 0x000000000000000000000... | | 0.016 Ether |

⬤ hwonder live version s still using alchemy directly (edited)
**middlemarch.eth** 20-May-22 02:12 PM
I thought https://prereveal.puclpunks.com/resources/caches/rrbayr1 ?
Or on your end you're using ALchemy
As a safeguard let's just copy in all the ones he did on Foundation
And then everythign new we can hit the contract
Because there is no URI duplication

**hwonder** 20-May-22 02:13 PM
hit that url it will give you that json file

📄 cache.json
10.91 KB



**middlemarch.eth**  20-May-22 02:13 PM
So then this is fine!
This has all the old things
Let's try to keep it in sync the best we can
But for a new thing there's a validation already
I mean famous last words but I don't think we need to worry about dupes given this set up
👍 2  ✦✦ 1
Now the "random buttoN"
That requires a real list
🙌 1

**hwonder**  20-May-22 02:14 PM
every 60 sec job runs

**middlemarch.eth**  20-May-22 02:14 PM
So that's not ideal
But yeah 60 seocnds

**hwonder**  20-May-22 02:14 PM
we can increase

**middlemarch.eth**  20-May-22 02:14 PM
We can always improve this for sure
But I think now it's good!
I mean if it works as intended

**hwonder**  20-May-22 02:15 PM
i can always use relay
watch chain
see tx
run cache
i like event driven stuff  (edited)

**middlemarch.eth**  20-May-22 02:15 PM
Yes agreed ideally we would consume all the events and update like that

**hwonder**  20-May-22 02:16 PM
when cron you have to write back off's ... when rate limit isn't elastic

**middlemarch.eth**  20-May-22 02:17 PM
True!
Should I deploy a version w Ryder as Ryder?
Then we can demo it for him?
@Pauly Shore
Or do you want to play Ryder, Pauly?

**Pauly Shore**  20-May-22 02:17 PM
What do you mean w ryder as ryder

**middlemarch.eth**  20-May-22 02:17 PM
I've done it locally, H did it on Rinkeby
You haven't done it
We have been testing it with us as the "ryder person"
Because only that person can mint

**Pauly Shore**  20-May-22 02:17 PM
Yes

**middlemarch.eth**  20-May-22 02:17 PM
So I have to redeploy

**Pauly Shore**  20-May-22 02:17 PM
I'm calling hik@
Him

**middlemarch.eth**  20-May-22 02:18 PM
I should probably build a way to change it...
Whatever
In real life Itere is only one

**hwonder**  20-May-22 02:18 PM
IRL... onle 1

**Pauly Shore**  20-May-22 02:18 PM
He needs to add rinkby

**middlemarch.eth**  20-May-22 02:18 PM
I'll take the address from the contract
One sec

**Pauly Shore**  20-May-22 02:18 PM
I'll send him the link qwes?
He wants to start with rrbayc.com and then move the apemarket as a big surprise

**middlemarch.eth**  20-May-22 02:19 PM
Hold on re: the link
I need to deploy a version where he will see the right thing

**Pauly Shore**  20-May-22 02:19 PM
Copy that
He is gonna add rinkby

**middlemarch.eth**  20-May-22 02:19 PM
I used 0x592814FF14E030B53F6087032DB0f83F4214F254
How does he not have Rinkeby lol

**Pauly Shore**  20-May-22 02:19 PM
I don't known

**middlemarch.eth**  20-May-22 02:19 PM
It's good aculally it's deprecated

He won't be as sad this way

Here are the DNS instructions



The second one is probably easier lol

A record

**Pauly Shore**  20-May-22 02:20 PM

Ok

Thank you

**middlemarch.eth**  20-May-22 02:21 PM

https://nfsisyc.netlify.app/



Ok you can send, it should work

The styling of the buttons got messed up somehow, not on brand at the moment

But minor

We can fix

**hwonder**  20-May-22 02:23 PM

easy fixes

meta data action will be good to for twitter

**middlemarch.eth**  20-May-22 02:24 PM

Oh yeah there is no metadata good call

Need to get text from Ryder for that

We have the social image asset in the skull I believe

Also the favicon

And I need final payment addresses haha

 1

⤷ **middlemarch.eth**  The styling of the buttons got messed up somehow, not on brand at the moment

**Pauly Shore**  20-May-22 02:25 PM

He's gonna be 5-10 min so

**middlemarch.eth**  20-May-22 02:25 PM

Right now it's going to address(0)

 1

Do NOT let me forget that

 1

⤷ **middlemarch.eth**  And I need final payment addresses haha

**Pauly Shore**  20-May-22 02:25 PM

THIS

**hwonder**  20-May-22 02:26 PM

we dont do no address(0)

catch that error

**middlemarch.eth**  20-May-22 02:26 PM

I can of course user Ryder's main thing for htat

But I broke it out

In case he want sto withdraw to a different one

**Pauly Shore**  20-May-22 02:26 PM

So it will split up the revenue according to this?

### Economics

- Mint
  - 15% of full mint proceeds for Pauly, H, Tom
  - 55% for Ryder
  - Split in contract using this way and get rest from Ryder's share later

- Marketplace: deliver working two collection contracts and front end. Launch it, good faith maintenance, not being "the devs" long-term
  - We agree on **very good** for customers royalty rate, 1%, 1.5% etc. Can make a strong pitch about the value we are providing to both communities.
  - Ryder gets 50% of royalties going forward
  - Pauly, H, Tom split the other 50% equally



**middlemarch.eth**  20-May-22 02:26 PM

This was the test

Yeah

**middlemarch.eth**  *Click to see attachment* 🖼️

**Pauly Shore**  30-May-22 02:26 PM
Hell yeah

**middlemarch.eth**  20-May-22 02:26 PM
Again all zeros in the To, you don't want to see that on main

But otherwise looks good

**Pauly Shore**  30-May-22 02:27 PM
Can you guys jump on a call?

**middlemarch.eth**  20-May-22 02:27 PM
Yes

**hwonder**  20-May-22 02:27 PM
yup

**Pauly Shore**  20-May-22 02:27 PM
Cool I'll jump in in the next 5

**middlemarch.eth**  20-May-22 02:37 PM
Ryder also gets any left over pennies caused by weird math

```
uint paulyShare = (balance * 15) / 100;
uint middleShare = (balance * 15) / 100;
uint hwonderShare = (balance * 15) / 100;
uint ryderShare = balance - paulyShare - middleShare - hwonderShare;
```

**hwonder**  20-May-22 02:27 PM
https://cards-dev.twitter.com/validator

**Pauly Shore**  20-May-22 02:27 PM
Then we can add ryder

**middlemarch.eth**  20-May-22 02:27 PM
So that's another benefit to being the artist

**Pauly Shore**  30-May-22 02:28 PM
I'll add him to our dev chat here

> **middlemarch.eth** Ryder also gets any left over pennies caused by weird math

**hwonder**  30-May-22 02:28 PM
there is an intention and transparency about this that works

**middlemarch.eth**  20-May-22 02:29 PM
Yeah always good for any minor ambiguities to go in favor of the person not programming

I have all the stubs for the social things

Just need the copy

Unless we want to roll with "RRBAYC is an NFT collection that allows you to own any of the 2,091,094 pixels in the original CryptoPunks."

**hwonder**  20-May-22 02:30 PM
lol

**middlemarch.eth**  20-May-22 02:30 PM
Because that's what my crude find replace left us iwth

**hwonder**  20-May-22 02:30 PM
cant do the data on rinkeby

they really deprecatin'

**middlemarch.eth**  20-May-22 02:30 PM
Dang!

hwonder  20-May-22 02:30 PM
ard preview



current details

middlemarch.eth  20-May-22 02:30 PM
It's funny they still have that copy
I feel like that's pretty old

hwonder  20-May-22 02:31 PM
"swamp club for apes"
thats their current site

middlemarch.eth  20-May-22 02:31 PM
Sounds almost charming in a way after everything that has happened
👍 1
Like some kids putting up a swamp club!
You can see why it was surprising to many that these are worth $250k
👍 1   😂 1

hwonder  20-May-22 02:32 PM
nft anon hit me, said they were going to zero
30 mins later he sold
sold below floor
community pissed

Pauly Shore  20-May-22 02:32 PM
Yeah I saw that
Off-ramp = apemarket
Lol

middlemarch.eth  20-May-22 02:33 PM
IDK I'm bullish
👍 1
At some point it becomes a piece of pop art!
👍 1   👍 1
Like it's iconic, come on
👍 1
Given all the memes etc

hwonder  20-May-22 02:33 PM
it can't fail. it fail, it kills space

middlemarch.eth  20-May-22 02:33 PM
Then again there are racist etc pop art elements from the past you wouldn't want to own
💯 1

Pauly Shore  20-May-22 02:34 PM
That part

hwonder  20-May-22 02:34 PM
it can be polarizing ... thats fine... but it can't fail
👍 1

middlemarch.eth  20-May-22 02:34 PM
Agreed
I mean this literal Ryder thing is what I'm saying basically haha

hwonder  20-May-22 02:34 PM
(says the black jewish guy, who is very race sensitive)  (edited)
😆 1

middlemarch.eth  20-May-22 02:34 PM
True!

hwonder  20-May-22 02:35 PM
oh very bullish on RRBAYC
👍 1

└ hwonder  oh very bullish on RRBAYC
Pauly Shore  20-May-22 02:35 PM
FR FR

**middlemarch.eth**  20-May-22 02:35 PM
I tried to pick the least offensive possible one



For my RRBAYC

**hwonder**  20-May-22 02:35 PM
the positioning on it is very well timed
👍 7

**middlemarch.eth**  20-May-22 02:35 PM
But now I wish I had just ogtten the ranest

**Pauly Shore**  20-May-22 02:26 PM
the world isn't RREADY

↳ **middlemarch.eth** I tried to pick the least offensive possible one
**Pauly Shore**  20-May-22 02:35 PM
Ryder is bullish on the more offlersive ones
Irony
Etc

**hwonder**  20-May-22 02:36 PM
because it creates the tension

**Pauly Shore**  20-May-22 02:36 PM
The Prussian helmet is his fav trait
Yeah

**middlemarch.eth**  20-May-22 02:36 PM
I mean my guy has the boating uniform
So it's also like pure in that way
Childlike
"Yacht"

**Pauly Shore**  20-May-22 02:36 PM
I bought a lot

**middlemarch.eth**  20-May-22 02:36 PM
Yeah I need more haha

**hwonder**  20-May-22 02:36 PM
who goes to scrimmage football games... no  one
who goes to team rival games... even pre season EVERYONE

**middlemarch.eth**  20-May-22 02:36 PM
Or maybe that's bad since we're the devs

**Pauly Shore**  20-May-22 02:36 PM
I'm bullish

**middlemarch.eth**  20-May-22 02:36 PM
Yeah true!

**Pauly Shore**  20-May-22 02:37 PM
I don't think it's bad I'm already his top collector!

**middlemarch.eth**  20-May-22 02:37 PM
Which is why if any BAYC person thinks this is bad they are incredibly dumb

**Pauly Shore**  20-May-22 02:37 PM
Since last June I've been collecting his work

**middlemarch.eth**  20-May-22 02:37 PM
Like, this is the opposite of what Ryder has been doing so far
I mean still that stuff was arguably good
But this is DEF good
Shit apes
You should do a thread, Pauly
I guess there are the left-facing ones

**hwonder**  20-May-22 02:37 PM
people will talk nutty and troll, "paully inside... blah blah... "
but then you have receipts ....
and fill up a space with 3k people to tell an amazing story
👍 1

**middlemarch.eth**  20-May-22 02:37 PM
Not so interesting

**hwonder**  20-May-22 02:37 PM
THAT is what gets the people going !
whats the famous news quote they tell you in media training ?

**middlemarch.eth**  20-May-22 02:38 PM
Answer the question you wanted to be asked haha



📞 **Pauly Shore** started a call that lasted 27 minutes.   20-May-22 02:38 PM

**middlemarch.eth**   20-May-22 02:38 PM
That's the one I always remember

**hwonder**   20 May 22 02:38 PM

> When a dog bites a man that is not news, but when a man bites a dog that is news.
>
> ~ Charles A. Dana
>
> AZ QUOTES

**Pauly Shore**   20-May-22 02:47 PM
0x7D255016E8A3DD0b9585Bb9c88E63E9644af740
ryder-ripps.eth
that me and ryders addresses.

**middlemarch.eth**   20-May-22 02:48 PM
@hwonder using 0xF9C28a78aE44ba9888880e9E827EB63d576F2678 as your pament
👍 1
Using 0x592B14fF14E030B51f6087032D80f88f4214f254 for Ryder

**middlemarch.eth**   20-May-22 02:56 PM

> **DNS configuration**
>
> Point www CNAME record to rrbayc.netlify.app
>
> Log in to the account you have with your DNS provider, and add a CNAME record for www pointing to rrbayc.netlify.app.
>
> www CNAME rrbayc.netlify.app.
>
> If you've already done this, allow us to 24 hours for the changes to propagate, or check our documentation for more information.
>
> **Use Netlify DNS**
>
> To make sure you get the best possible performance, use Netlify's high-performance, managed DNS service. Netlify DNS automatically creates optimal records for all hostnames, and also allows easier use of our branch subdomain feature.
>
> Set up Netlify DNS for rrbayc.com →
>
> Close

**Pauly Shore**   20-May-22 02:57 PM
DNS configuration
Nothif.
Point www NAME record to rrbayc.netlify.app
Log in to the account you have with your DNS provider, and add a CNAME record for www pointing to rrbayc.netlify.app.
www NAME rrbayc.netlify.app.
If you've already done this, allow up to 24 hours for the changes to propagate, or check our documentation for more information.
Use Netlify DNS
To make sure you get the best possible performance, use Netlify's high-performance, managed DNS service. Netlify DNS automatically creates optimal records for all hostnames, and also allows easier use of our branch subdomain feature.
Set up Netlify DNS for rrbayc.com →
can we take the voice call to telegram?
ryder is having troubles with discord

**middlemarch.eth**   20-May-22 03:00 PM
Sure

**Pauly Shore**   20-May-22 03:00 PM
whats your guys telegrams
if it works for you both
i am @Pauly Shore
@paulyshore
@Hwonder

**middlemarch.eth**   20-May-22 03:02 PM
@dumbnamenumbers

**hwonder**   20-May-22 03:03 PM
https://t.me/OxHwonderOfTheWorld

**middlemarch.eth**   20-May-22 04:04 PM
Want to do a quick recap?

📞 **middlemarch.eth** started a call that lasted 70 minutes.   20-May-22 04:04 PM

**middlemarch.eth**   20-May-22 04:22 PM
1) Make the changes we need to create the worst thing that's better than the status quo. Paragraph, centered test, font, colors, etc. Deploy it and do at least 10 mints with it (wimo)

**hwonder**   20-May-22 04:22 PM

| Test Foundation Minting Engine | Launch Pre-RSVP Contract | Collect 9k Pre-RSVPs | Sell it out | Use Minting Engine to deliver the items |

**middlemarch.eth**  20-May-22 04:22 PM
2) Once we launch, go to work on a mechanism that will allow the user to "pre-order"
User can pay in advance (maybe they get a token for this, maybe their funds are locked up on NLL as a bid), their bid expires in a certain time period, and their bid can only go to Ryder's wallet in the same tx as the NFT is transferred  (edited)
3) Write script to fill the pre-orders, batch mint overnight
Right grid is part of (2)
In my 1,2,3

**hwonder**  20-May-22 04:49 PM



**Pauly Shore**  20-May-22 04:50 PM
1) roll out the bionic tool with ryders spec - tell
2) launch pre-order mechanism
3) write script to fill orders-batch mint overnight

(what is more important of the narrative hand painting vs mass production)
i got to rrbayc.com i either click the apes i want, or i enter the amount i want max 10  (edited)
gonna call ryder
thanks fellas!!

**hwonder**  20-May-22 05:19 PM

[second image — RR BAYC LOGO / NFT's can't be copied / Pick your Ape]

**middlemarch.eth**  20-May-22 05:23 PM
Perfect!
How do you make that??
I mean the gif
Very cool
ALso curious how you make the RSVP system...
But that's partially mine to answer

**hwonder**  20-May-22 05:24 PM
keynote
😉

**middlemarch.eth**  20-May-22 05:25 PM
Booooom wow that thing does everything!
I mostly use it for the "Anvil" effect
Eating some quick food and thne I'll be back in 5
For the audit

**middlemarch.eth**  20-May-22 05:34 PM
Ok should we do it?

📞 **middlemarch.eth** started a call that lasted 0 minutes.  20-May-22 05:34 PM

📞 **middlemarch.eth** started a call that lasted 0 minutes.  20-May-22 05:35 PM

📎 **hwonder** Click to see attachment 📎
**Pauly Shore**  20-May-22 05:35 PM
this is dope

📞 **middlemarch.eth** started a call that lasted 6 minutes.  20-May-22 05:35 PM

**Pauly Shore**  20-May-22 05:36 PM
On June 14th, 2021 Ryder Ripps minted CryptoPunk #3100 on Foundation, an image whose original token attached sold for $7.58M USD on March 11th, 2021. Ryders Alien 3100 mint tested the boundaries and meaning of IP law, copyright and Non-Fungible Tokens. The work was delisted from foundation after he received a Digital Millennium Copyright Act (DMCA) notice from the original creator LarvaLabs LLC. He successfully countered the DMCA and his work was subsequently re-listed.

Ryders recent NFT work has created bold provocations and inquiries regarding the nature of NFT, provenance and ownership. His work helps establishes that provenance is the definitive aspect of art. The technology of NFTs is widely misunderstood and bastardized in its current iteration. However Ryders conceptual work in the space has helped to bring light to many important ideological discussions and understandings. NFT technology is revolutionary and paramount in establishing the true significance of provenance.

Since December of 2021, Ryder has been deeply investigating the BAYC subculture and underpinnings. His research has led him to discover extensive  links to internet/4chan troll culture. See the research at GordonGoner.com

Beginning on Wednesday, May 18th of 2022, Ryder, in the spirit of his historic alien #3100 mint began creating new works based on the BAYC genesis collection, these new works recontextualize the originals, illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censorship components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure.

JTX-801.00056

This work falls within the framework of satire, provocation, fair use and protest.

This collection has already been delisted and relisted from the Foundation marketplace twice and YugaLabs LLC has formally withdrawn their DMCA takedown request via Foundation. (admin)

**middlemarch.eth**  20-May-22 05:39 PM
https://genius.zoom.us/my/tomlehman

Join our Cloud HD Video Meeting
Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud platform for video and audio conferencing, chat, and webinars across mobile, desktop, and room systems. Zoom Rooms is the original software-based conference room solution used around the world in board, conference, huddle, and training rooms, as well as ex...

If you want to look at the code
or @theoonder LMK what you think the best way to do it is
Zoom is pretty corporate...
But I can't get this thing to work!

**Pauly Shore**  20-May-22 05:41 PM
> middlemarch.eth But I can't get this thing to work!
Discord drives me nutty sometimes dude
I had to enable permissions for the screen share on mac and then reload the app

**middlemarch.eth**  20-May-22 05:43 PM
I thought I did that!
IDK
We'll figure it out

**Pauly Shore**  20-May-22 05:44 PM
Kk

**middlemarch.eth**  20-May-22 05:44 PM
This statement seems quite long, no?
What about the "you can't copy an NFT" thing?

**Pauly Shore**  20-May-22 05:44 PM
Yes it's long
I literally wrote it with ryder in 5 minutes

**middlemarch.eth**  20-May-22 05:44 PM
Also I personally wouldn't get so much into the 3100 thing

**Pauly Shore**  20-May-22 05:44 PM
Will cut it down and refine

**middlemarch.eth**  20-May-22 05:44 PM
Like this current thing stands on its own

**Pauly Shore**  20-May-22 05:44 PM
But I need food quickly

**middlemarch.eth**  20-May-22 05:44 PM
Of course!

**Pauly Shore**  20-May-22 05:44 PM
I think the 3100 is a good reference point but @@@ agree to not harp @ on it
That's great feedback
I dig

**middlemarch.eth**  20-May-22 05:45 PM
I think it really should just say "you can't copy an NFT, here is why, this isn't a copy"
I mean easy for me to type that haha

**Pauly Shore**  20-May-22 05:45 PM
We got a dream team lineup here

**middlemarch.eth**  20-May-22 05:45 PM
Respecting the challenging of craftin ga short good thing
😄 1

**Pauly Shore**  20-May-22 05:45 PM
I feel like this would take normies months
We're doing it like a day lmaooo

**Pauly Shore**  20-May-22 05:46 PM
> middlemarch.eth Respecting the challenging of craftin ga short good thing
Yes I need a food break then ill @ come @ back to @ this

**middlemarch.eth**  20-May-22 05:46 PM
"an image whose original token attached sold for $7.58M USD" => also it's not really like it's "original token"
An image popularly known best for its association with token blah
Or something

**Pauly Shore**  20-May-22 05:46 PM
Agreed

**middlemarch.eth**  20-May-22 05:46 PM
I guess it was "original"
In that it was first
But that's not really on-chain

**Pauly Shore**  20-May-22 05:46 PM
I like where your head is at

**middlemarch.eth**  20-May-22 05:46 PM
You need Etherscan to determine that

**Pauly Shore**  20-May-22 05:46 PM
For sure

**middlemarch.eth**  20-May-22 05:46 PM
It's in the land of humans

**Pauly Shore**  20-May-22 05:46 PM
At the end of the day his statement may be somewhat technically incorrect who knows?
I feel it's part of his artistic expression here
So I'll try to let him run with it
But this is all super helpful

I fuck with it heavily myself

**middlemarch.eth**  20-May-22 05:47 PM
My issue isn't that it's technically incorrect, I just don't want him to subvert any of his own points

But I think it's fine

**Pauly Shore**  20-May-22 05:47 PM
I think save some of the thoughts till we refine more

**middlemarch.eth**  20-May-22 05:48 PM
✔️

**Pauly Shore**  20-May-22 05:48 PM
We literally Shat that out hahaha

Just a placeholder

**hwonder**  20-May-22 05:49 PM
im back

**Pauly Shore**  20-May-22 05:48 PM
Yeeeee

**hwonder**  20-May-22 05:48 PM
whoa there is a lot

**Pauly Shore**  20-May-22 05:48 PM
Lmao

**hwonder**  20-May-22 05:48 PM
there is a zoom here?!?

whoa

**middlemarch.eth**  20-May-22 05:48 PM
Haha you can see my headshot yeah

I was going to screenshare the code

I couldn't get Discord to work

**hwonder**  20-May-22 05:48 PM
okay...

**middlemarch.eth**  20-May-22 05:48 PM
Corporate, I know

⬤ hwonder there is a zoom here?!?
**Pauly Shore**  20-May-22 05:48 PM
ngmi

**hwonder**  20-May-22 05:49 PM
hahahhaha
🔥 1

📞 **Pauly Shore** started a call that lasted 109 minutes.  20-May-22 05:49 PM

**hwonder**  20-May-22 06:14 PM



🔥 1

⬤ hwonder Click to see attachment 🖼️
**Pauly Shore**  20-May-22 06:35 PM
Selection overlay should probably be a different shade then red maybe green

Same color would be confusing

**hwonder**  20-May-22 06:38 PM
migrating to white ... almost done.

**middlemarch.eth**  20-May-22 06:38 PM
https://rrbayc.com/

**hwonder**  20-May-22 06:49 PM

Autoshow

test proofs





**Pauly Shore**  20-May-22 11:42 PM
Yeah
Smart
AF
We figure tool and grid ready by Sunday
?

**hwonder**  20-May-22 11:43 PM
soooo... we accepting ape coin
lol
j.k

**Pauly Shore**  20-May-22 11:44 PM
That was brought up
We could ofc
But like



**hwonder**  20-May-22 11:44 PM
no. i traded ape, don't touch it
😂 1

**Pauly Shore**  20-May-22 11:44 PM
I have no interest

**hwonder**  20-May-22 11:44 PM
i pumped 10BTC into it, and it jumped so high, there is no real TVL
i was shocked
i dumped at 26 and watched it fall to 22 almost instantly
those are small trades

**Pauly Shore**  20-May-22 11:45 PM
Ggwp
I remember you mentioned

**hwonder**  20-May-22 11:45 PM
for that to rekt like that... means its weak
😂 1  👍 1

**Pauly Shore**  20-May-22 11:46 PM



What about my apecoin
Now it's like 4 dollars

**Pauly Shore**  21-May-22 12:00 AM
@hwonder ryder is asking if there is any way to limit the amount a wallet can mint

**hwonder**  21-May-22 12:07 AM
yes, thats standard

**Pauly Shore**  21-May-22 12:07 AM
It won't let it hold more than a certain amount
I know of course we can limit the batch size

**hwonder**  21-May-22 12:07 AM
in that case, someone can use multiple wallets
its not that crazy

**Pauly Shore**  21-May-22 12:07 AM
Yes
I think Ryder may want to do that
To help distribution

**hwonder**  21-May-22 12:14 AM
you want balance 35-50+% unique

**Pauly Shore**  21-May-22 12:14 AM
So 3500-5000

**hwonder**  21-May-22 12:14 AM
yes... good ratio

**Pauly Shore**  21-May-22 12:14 AM
Right now we are on a good track

**hwonder**  21-May-22 12:14 AM
good realistic ratio

**Pauly Shore**  21-May-22 12:15 AM
For sure
Do you think we need someone like Franklin to market make it

**hwonder**  21-May-22 12:16 AM
if franklin did, it would drive FAST

**Pauly Shore**  21-May-22 12:17 AM
Yeah
That's what I'm saying to ryder
He doesn't realize that Franklin is the key market maker
He's like you gotta try and get Pranksy ahhahaha
I don't think Franklin would do it though
Maybe he would

**hwonder**  21-May-22 12:18 AM
nah, pransky is different... copycat traded

**Pauly Shore**  21-May-22 12:18 AM
I don't know the backstory about him but I'm def blocked lol

**hwonder**  21-May-22 12:18 AM
franklin , coco bear, dingbatx
coco and dig are the dawn of the space
listen, you would be shocked what these influencers are doing
0.1 - 0.2 they will post ANYTHING

**Pauly Shore**  21-May-22 12:19 AM
Lmaooooo

**hwonder**  21-May-22 12:20 AM
(i learned this the hard way)

**Pauly Shore**  21-May-22 12:20 AM
I don't think anyone wants to deal with that
I've dealt with it a bit
When I had a shitcoin
The best is
I didn't know anything about crypto
You know this guy bitlord?

**hwonder**  21-May-22 12:20 AM
hahaha yes

**Pauly Shore**  21-May-22 12:20 AM
Bruhhh

**hwonder**  21-May-22 12:20 AM
shitcoin is ALL about those influencres

**Pauly Shore**  21-May-22 12:20 AM
This was incredible
Yes
For sure
I made a bsc shitcoin
Called elonmaxxx

**hwonder**  21-May-22 12:21 AM
hahahha...

**Pauly Shore**  21-May-22 12:21 AM
When I was like 6 months in
And it MOONED
hahahahaha
But this is the best bro
I had no clue what was going on
But it was my project
Some kid was just like i wanna start a coin

**hwonder**  21-May-22 12:21 AM
they all moon ...

**Pauly Shore**  21-May-22 12:21 AM
Right

**hwonder**  21-May-22 12:21 AM
and then CRASSSSSHHHHH

**Pauly Shore**  21-May-22 12:21 AM
Yes
But this was so funny dude
Everyone in my group was like brooo you gotta get bitlord
Over and over
And I was like I have no clue who that is
And they ended up getting me a call with him

**hwonder**  21-May-22 12:22 AM
dxtale ... all the way

**Pauly Shore**   21-May-22 12:22 AM
And I'm like ok @whateve some shitcoin shiller
I'm gonna steamroll this dude
And out negotiate him
And like within seconds of being on the phone
I was like yoooo I can tell this @mf is a samurai
He is razor sharp
No point fucking with him
We just talked for an hour and became buds
And he shilled it
For half of what we agreed
And avajt hslf the work too lol



Me telling him about Phunks last July
He finally bought some a month ago hahaha

**hwonder**   21-May-22 12:26 AM
the transaction from defi to nft is a heavy one

**Pauly Shore**   21-May-22 12:26 AM
Yeah a lot of people were late
Which gives something like rrbayc extra legs
Imo
I gotta knock out my dude I'm spent right now

**hwonder**   21-May-22 12:27 AM
it all goes through waves
chill. get rest

**Pauly Shore**   21-May-22 12:27 AM
Gonna be back full steam in the am
Lmk if you need anything!
You guys are legends!

**hwonder**   21-May-22 12:28 AM
awesome !

**Pauly Shore**   21-May-22 12:28 AM
Thanks bro° (wibe)

**hwonder**   21-May-22 12:28 AM
i'll be cleaning this all up
seen u am
😑 1

**Pauly Shore**   21-May-22 12:34 AM
Gn 😑
🙏 1

**Pauly Shore**   21-May-22 06:33 AM
https://twitter.com/chaosfiji/status/1527879493834231808?s=21&t=8VWf3SLc4uJiyte9xQTvSg

chaosbeings.nft (.)chaosfiji)
@ryder_ripps if somebody tops this id be proud, watch till the
end it progressively gets better 😂
🐦 Twitter • 21-May-22 01:10 AM

Hahahahahaha

**middlemarch.eth**   21-May-22 07:59 AM
LOL inspiring to see someone really run with the concept!
😂 1
I have a few things I want to do to the RSVP contract, I can add the thing Ryder asked about being able to see the wallet of the owner
The syncing issue I think is on H's end

**Pauly Shore**   21-May-22 07:59 AM
Ok

**middlemarch.eth**   21-May-22 07:59 AM
Then I have the car ride to DC, after which I will be back in the game

📞 **Pauly Shore** started a call that lasted 14 minutes.   21-May-22 08:01 AM

JTX-801.00063

**middlemarch.eth** 21-May-22 08:04 AM
@hwonder could I get an email so I can give you the ability to deploy to Netlify



**middlemarch.eth** 21-May-22 08:16 AM
Also @hwonder one thing I was thinking, curious for your thoughts, do we want to have like an informal external "audit" of this contract where maybe we put out like a $5k bug bounty and see what ppl come up with
Could do it just to a select few
Basically I'm thinking about that dievardump guy in our chat—not sure your experience with him but I think he's pretty sharp on the contract thing. Would be cool to have him look, I'm sure there are other ppl
Just a thought

**Pauly Shore** 21-May-22 08:18 AM
There's a handful of devs that I could reach out to do a sort of run and gun informal audit
I'm not sure who the best would be for this sort of thing tho
I'll put feelers out

↳ ● **middlemarch.eth** I have a few things I want to do is the RSVP contract, I can add the thing Ryder asked about being able to see the wallet of the owner
**Pauly Shore** 21-May-22 08:20 AM
This is a secondary concern imo
I think core functionality should be prioritized
Especially since this whole thing will be deprecated within 72 hours probably

**middlemarch.eth** 21-May-22 08:21 AM
Sorry I mean the thing we are trying to launch, the v2, not the v1
They are small changes in any case, just edge cases I thought of overnight

**Pauly Shore** 21-May-22 08:21 AM
Awesome
Yeah I just mean seeing who has what

↳ ● **middlemarch.eth** Sorry I mean the thing we are trying to launch, the v2, not the v1
**Pauly Shore** 21-May-22 08:27 AM
So frank NFT might be a good set of eyes
He made the v1punk wrapper used nown
And the marketplace contract
I believe

**middlemarch.eth** 21-May-22 08:30 AM
Haha he might not be my biggest fan since I've been calling the v1 wrapper out a lot for the smoke issue.
But I do like the contract!
I copied it

**Pauly Shore** 21-May-22 08:31 AM
Well then he can apologize to you

**middlemarch.eth** 21-May-22 08:31 AM
lmao

**Pauly Shore** 21-May-22 08:31 AM
As he would be your@subordinate
Hahahahaha
REKTD

**middlemarch.eth** 21-May-22 08:31 AM
I think he can still hcarge it btw
He still owns the contract
😀 1

**Pauly Shore** 21-May-22 08:31 AM
Game changes fast here

**middlemarch.eth** 21-May-22 08:31 AM
Anyway we will find iota...

**Pauly Shore** 21-May-22 08:31 AM
Middle March is the Pauly of the dev realm
Steamrolling fools
Kicking the door down

**middlemarch.eth** 21-May-22 08:32 AM
I've really been on this smoke thing for a minute

**Pauly Shore**  21-May-22 08:32 AM



**middlemarch.eth**  21-May-22 08:32 AM
Getting it resolved would be a big win!
Not the priority here...

**Pauly Shore**  21-May-22 08:32 AM
I think @he is a good option in terms of easy to incentivize and I already know him
👍 1
He might do it just for il me getting him#a bulk,il order

**middlemarch.eth**  21-May-22 08:33 AM
If we can swing it a "bounty" might be better than rewards someone for finding an issue
IDK we have some time to figure it out

**Pauly Shore**  21-May-22 08:33 AM
Perfect
I could also offer someone like iope the sales bot role
He runs the Phunk bot
I would love it if he could do it
Sales bot is important i.d think

**Pauly Shore**  21-May-22 09:15 AM



**middlemarch.eth**  21-May-22 09:36 AM
Haha
@Hwonder there was some issue last night with the hook useUserProviderAndSigner that gets the user's signer and address
The function stopped working suddenly after working perfectly this whole itm
I think I found and merged a workaround but I'm hesitant to deploy it before I hit the orad
But I think we should be good
And now I'm out for a few
I didn't get a chance to do the thing Ryder asked for where it shows the address unofortunately
This bug was driving me crazy

**middlemarch.eth**  21-May-22 09:49 AM
@Pauly Shore what's yoru email:?
I'll give you admin on th spap so you can add H

**Pauly Shore**  21-May-22 09:00:02 AM
Can it be any burner?

**middlemarch.eth**  21-May-22 09:50 AM
Yeah

**Pauly Shore**  21-May-22 09:50 AM
ionlyeatatmcdonalds@gmail.com

**middlemarch.eth**  21-May-22 09:51 AM
Dude, come on, this is Netlify! Be professional!
At his works
Invited

**Pauly Shore**  21-May-22 09:51 AM
Lmfaoooo
I got donaldtrump.cia.gov@gmail.com
If that's better

**middlemarch.eth**  21-May-22 09:52 AM
Ok let's go with that one
The invite shoudl be otu!

**Pauly Shore**  21-May-22 09:52 AM
Lmaoooo

**middlemarch.eth**  21-May-22 09:53 AM
Take a look
BOOM



**Pauly Shore**  21-May-22 09:53 AM
I think they rugged me on that one
It was too dank

**middlemarch.eth**  21-May-22 09:53 AM
Meaning DON'T use that meal?

**Pauly Shore**  21-May-22 10:25 AM
yes lol

**middlemarch.eth**  21-May-22 10:25 AM
Ok so use McDonald's??
Are you sure??

**Pauly Shore**  21-May-22 10:25 AM
im in there already
LMAOOO you actually added trump email
hahahahaha

**middlemarch.eth**  21-May-22 10:26 AM
BOOOOMMM

**Pauly Shore**  21-May-22 10:27 AM
https://twitter.com/PaulyOs/status/1528009343882387456?s=20&t=NRiZsSGMLtanOvt2npsy7g

PAULY (≈PaulyOs)
Had a great chat w.a young innovator & builder @Mrr_Gruu.

I am gifting him Phunk #186. This young man is going to help us build a better future.

The last person to receive a Phunk from me happens to be @iamtexture, a founder of Ethereum.

You're in good company 😀 let's build!

Twitter · 21-May-22 09:46 AM

young builder! he phunky now
!
how are we looking with repairing the functionality of v1 @middlemarch.eth

**middlemarch.eth**  21-May-22 10:35 AM
Due to the bug I wasn't able to add the name thing in time
About to get on the road but will be avail after
The syncing thing is separate from the site code so it should be fixable without me
And you can give H the ability to deploy the site as well

**Pauly Shore**  21-May-22 10:36 AM
amazing
thanks tom!
remind me what the name thing was
im juggling a few things
atm

**middlemarch.eth**  21-May-22 10:41 AM
Showing the address / ENS of the person who has the ape
In the case it is taken

**Pauly Shore**  21-May-22 10:43 AM
ah yes
as long as it shows taken
its fine
that is lower tier priority for sure

**middlemarch.eth**  21-May-22 10:46 AM
Boom ok I'm officially driving now ttyl!

**Pauly Shore**  21-May-22 10:47 AM
awesome safe travels!

**Pauly Shore**  21-May-22 10:54 AM
@hwonder great day to you sir. im around, holla at me if you pop back online!

**hwonder**  21-May-22 11:19 AM
im back online

**Pauly Shore**  21-May-22 11:31 AM
Yo yoooo
Wanna jump on a call and sync up?
I'm here anytime Lmk

**hwonder**  21-May-22 11:32 AM
give me ~ 2h ... im writing tests for the code i wrote yesterday and want to get down stream while its still quiet

**Pauly Shore**  21-May-22 11:32 AM
perfect
ping me if need be
thanks!

**hwonder**  21-May-22 12:26 PM
tool will be down ~20m ... making adjustment to API

**Pauly Shore**  21-May-22 12:30 PM
perfect

**Pauly Shore**  21-May-22 12:43 PM
is the tool still down @hwonder ?



**middlemarch.eth** 21-May-22 04:46 PM
So the idea would be to have the image ready when the src changes versus currently on the live site how there is a small delay while the browser loads it
Definitely need this for more images.
Should I work against what you have there? (edited)
Or I could start a new branch

**hwonder** 21-May-22 04:47 PM
i have to commit...

**middlemarch.eth** 21-May-22 04:47 PM
Haha yes that is the first step

**hwonder** 21-May-22 04:47 PM
we should use branches
or we're going to be in merge conflict city

**middlemarch.eth** 21-May-22 04:48 PM
Right so commit yours and I'll branch from it

**hwonder** 21-May-22 04:48 PM
they are already using it again, they have already added 6 more

### Mint Apes 1140/10,000

**middlemarch.eth** 21-May-22 04:48 PM
Haha you need to pull my changes!
There should be a comma there 1,140!
Altho on the live site it says 1132

### 1,132/10,000

(I added the comma I mean)

**hwonder** 21-May-22 04:49 PM
that is live API
refresh

**middlemarch.eth** 21-May-22 04:49 PM
Ok got it

**hwonder** 21-May-22 04:49 PM
(its not sockets... )

**middlemarch.eth** 21-May-22 04:49 PM
toLocaleString() my classic trick for adding the comma

**hwonder** 21-May-22 04:49 PM
classic!

**middlemarch.eth** 21-May-22 04:49 PM
But yea this is great

**hwonder** 21-May-22 04:50 PM

### Mint Apes 1141/10,000



```
onClick={() => {
  rsvpApe(ap);
}}
```

my func structure is different so I believe its causing the latency on my end...
im going to remove the es6 fun stuff

**middlemarch.eth** 21-May-22 04:51 PM
I think maybe there needs to be an async in ther esomewhere?
Unless rsvp is async
Great function name tho!
Haha
It's really more a pre-order than an RSVP, but RSVP sounds more true to the classic "Swamp club" spirit of BAYC

📞 **Pauly Shore** started a call that lasted 7 minutes. 21-May-22 04:52 PM

**middlemarch.eth** 21-May-22 04:55 PM
Live site is https://nfbayc-v0.netlify.app/
Same exact thing as last night but better syncing of what has been minted

**Pauly Shore** 21-May-22 05:01 PM
@middlemarch.eth he should be fine to use the tool to mint aswell now yeah?
or would you suggest he just uses it to dupe check

**middlemarch.eth** 21-May-22 05:02 PM
I would suggest just dupe checking for the moment

**Pauly Shore** 21-May-22 05:02 PM
ok great thanks

**middlemarch.eth** 21-May-22 05:09 PM
I am going to an early family dinner but will be online later

**hwonder** 21-May-22 05:09 PM
all good
im grinding... we'll switch shifts
🫡 1





**Pauly Shore** 21-May-22 05:45 PM
I'll just ask him now

**hwonder** 21-May-22 05:45 PM
context is different when you are playing with the selector

**Pauly Shore** 21-May-22 05:46 PM
Yeasssssss
I'll show him that
And ask him about it

> **hwonder** context is different when you are playing with the selector
**Pauly Shore** 21-May-22 05:46 PM
That part

**hwonder** 21-May-22 05:46 PM
thats just functionality.. still undergoing styling
maintaining this "thoughtless" navigation UX

**Pauly Shore** 21-May-22 05:49 PM
Notes:
Make the grid smaller
And question: how many apes at once

**hwonder** 21-May-22 05:49 PM

**Apes I want to Reserve**

**Max Reserve 0.5 Ξ**

it's configurable ...

```
const rsvpApe = async (aid) =>{
    if (apecart.length === maxMint) return
    let newcart = [...apecart]
        newcart.push(aid)
    setApecart(newcart)
}
```

```
const [maxMint, setMaxMint] = useState(5)
```

UI side, we're setting it
it will need to be set in contract as well

**middlemarch.eth** 21-May-22 05:50 PM
Keep in mind that some might fail if there are a lot of ppl, so higher max might be good
Request 10, get 5

**hwonder** 21-May-22 05:50 PM
exactly
it's like a dutch auction rsvp
its fun!

> **hwonder** it's configurable ..
**Pauly Shore** 21-May-22 05:55 PM
Awesome
Let's make it a touch smaller
On the grid
So we can a see a bit more

**hwonder** 21-May-22 05:55 PM
cool... i'll zoom in on styles shortly

**Pauly Shore** 21-May-22 05:58 PM
Great
And he is down for your idea @hwonder

**hwonder** 21-May-22 05:56 PM
I'll make this conditional as well..

**RR/BAYC**

On June 14th, 2021 Ryder Ripps minted CryptoPunk #3100 on Foundation, testing the boundaries and meaning of IP law, copyright and Non-Fungible Tokens. His work was deleted from foundation after he received a Digital Millennium Copyright Act (DMCA) notice from the original Creative LarvaLabs LLC. He successfully countered the DMCA and his work was subsequently re-listed. Ryders recent NFT work has created bold provocations and inquiries regarding the nature of NFT, provenance and ownership. His work helps establishes that provenance is the definitive aspect of art. The technology of NFTs is widely misunderstood and bastardized in its current iteration. However Ryders conceptual work in the space has helped to bring light to many important ideological discussions and understanding. NFT technology is revolutionary and paramount in establishing the true significance of provenance. Since December of 2021, Ryder has been deeply investigating the BAYC subculture and undercomings. His research has led him to discover a deep and undeniable link to internet/4chan troll culture. See the research at QuickonServer.com Beginning on Wednesday, May 19th of 2022, Ryder, in the spirit of his historic alias #3100 mint began creating new works based on the BAYC genesis collection. Ryder now works recontextualize the originals. Illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censoring components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure. This work falls within the framework of satire, arporiation, fair use and protest.

JTX-801.00070

**middlemarch.eth** 21-May-22 05:56 PM
Another question is how good does this need to be on mobile

**hwonder** 21-May-22 05:56 PM
once you integrate... remove

> **middlemarch.eth** Another question is how good does this need to be on mobile

**hwonder** 21-May-22 05:56 PM
its ALL about mobile wen done

👍 1

**Pauly Shore** 21-May-22 05:56 PM
Maybe increase of .01 per additional rsvp

😂 2

**middlemarch.eth** 21-May-22 05:57 PM
Wow great call that's a big change!

> **middlemarch.eth** Wow great call that's a big change!

**Pauly Shore** 21-May-22 05:57 PM
It's bullish

**hwonder** 21-May-22 05:57 PM
its very bullish
its a flex

**Pauly Shore** 21-May-22 05:57 PM
Yeah it is
I said we gotta do it
And he capitulated

**hwonder** 21-May-22 05:57 PM
its a curb on demand

😀 1

**Pauly Shore** 21-May-22 05:57 PM
Lmao

**hwonder** 21-May-22 05:57 PM
its 100%

> **hwonder** its 100%

**Pauly Shore** 21-May-22 05:58 PM
Thug lyfe

**hwonder** 21-May-22 05:58 PM



**Pauly Shore** 21-May-22 05:58 PM
Can we move this

**hwonder** 21-May-22 05:58 PM
I need this detail

**Pauly Shore** 21-May-22 05:58 PM

> **Pauly Shore** Click to see attachment 🖼
**Pauly Shore** 21-May-22 05:58 PM
Above the grid

> **Pauly Shore** Click to see attachment 🖼
**hwonder** 21-May-22 05:58 PM
yes.

😀 1

the checkbox details
need em

**Apes I want to Reserve**





**hwonder** 21 May 22 06:12 PM



thats the updated one

**Pauly Shore** 21-May-22 06:13 PM
By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new a mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary on the nature of NFT. You cannot copy a NFT. Please see the RR/BAYC contract here to verify provenance: "link to etherscan contract"

I fixed a typos as well

We gotta hyperlink to the foundation contract too

**hwonder** 21-May-22 06:14 PM
i did that already

 1

🖼️ **hwonder** *Click to see attachment* 🖼️
**Pauly Shore** 21-May-22 06:14 PM
Can we make it so the standalone image isn't so mammoth sized when you click the first one

Maybe make it uniform?

If you got the update screen cap please share  @hwonder

This is exciting!

**hwonder** 21-May-22 06:15 PM
hahahhaha i think someone is trying to hack contract

👀 1

**Pauly Shore** 21-May-22 06:15 PM
Of course they are

Can they lol

It's probably Yuga themselves lololli

🖼️ **Pauly Shore** Can we make it so the standalone image isn't so mammoth sized when you click the first one
**hwonder** 21-May-22 06:38 PM
yea... but once it's mobile... the screenshot will be priceless hitting twitter

😂 1   🔥 1



thats going to be majority of people

it's a meme, but it's also the provenance (claiming your ape)

the checkbox text is power



It says "i am a baller"



i think i did too much. no. pn.
☝️ that's attitude and vibe of culture

**Pauly Shore** 21-May-22 06:20 PM
Pn?

**hwonder** 21-May-22 06:20 PM
(prolly nothin)
📸 1
or the "did i break it... ?"

*dear rr...*
*i think i broke it.*
*rsvp. too many*
*no?*

thats the energy



check terms action / button activation

**Pauly Shore** 21-May-22 06:25 PM
Guys ryder is thinking that he may want to reserve some for promotion and marketing purposes
And I am not sure if this is an issue with the build

**hwonder** 21-May-22 06:35 PM
okay... does he want to reserve them random

**Pauly Shore** 21-May-22 06:26 PM
Asking
Can we change apes i want to reserve
To Ryder Ripps artwork I want to reserve
He said 500 random
To reserve

**hwonder** 21-May-22 06:26 PM
cool...

**Pauly Shore** 21-May-22 06:27 PM
I told him this is a change from our agreement and maybe we need to have a call about it

**hwonder** 21-May-22 06:27 PM
thought... to write up why... to put on site... speculation

**Pauly Shore** 21-May-22 06:27 PM
But imo this will only allow us power to evelable the value

**hwonder** 21-May-22 06:27 PM
dunno if primature or not
but strong

**Pauly Shore** 21-May-22 06:27 PM
Of the collection

  🔴 hwonder thought... to write up why... to put on site... speculation
**Pauly Shore** 21-May-22 06:27 PM
Why to put what?

**hwonder** 21-May-22 06:27 PM
500 RSVP for a IRL event

**Pauly Shore** 21-May-22 06:27 PM
Oh
I think it's not needed

**hwonder** 21-May-22 06:28 PM
cool

**Pauly Shore** 21-May-22 06:28 PM
I would just add 500 to what's minted
And it will be clear to@end user

**hwonder** 21-May-22 06:28 PM
cool... very simple

**Pauly Shore** 21-May-22 06:28 PM
" ryder ripps artwork I want to reserve
"
Instead of apes

**hwonder** 21-May-22 06:28 PM



yes... but ripps... will add

Ryder Ripp's
actually.. thats weird punc
going to kill the '

**Pauly Shore** 21-May-22 06:29 PM
Ripps'
Yes
Let's just cut the text above
Sorry
Iterations here
🔥

**hwonder** 21-May-22 06:31 PM
what text
the "story"

**Pauly Shore** 21-May-22 06:31 PM
Above grid
No
Reserve text
Above

**hwonder** 21-May-22 06:31 PM
the terms?

**Pauly Shore** 21-May-22 06:31 PM
That we just changed to ryder ripps

**hwonder** 21-May-22 06:31 PM
oh

**Pauly Shore** 21-May-22 06:31 PM

**Ryder Ripp's artwork I want to reserve**



Cut that

**hwonder** 21-May-22 06:32 PM
cool

**Pauly Shore** 21-May-22 06:32 PM
Thanks!



**hwonder** 21-May-22 06:32 PM
but some text ...

RRBAYC

Apes I want to reserve

there are 3 layers

**Pauly Shore** 21-May-22 06:32 PM
He wants to have no text above let's demo that please

**hwonder** 21-May-22 06:33 PM
you need context first
1. apes i want to reserve that only shows up once you begin rsvp (add to card)
2. apes that i RSVP and can see when i return to site later time; that have claim button
3. apes to search through and select
so you need the headers

**Pauly Shore** 21-May-22 06:33 PM

RRBAYC

He requested something like that
Try RR/BAYC I want to reserve.
Screen it and I'll push it to him

**hwonder** 21-May-22 06:34 PM

RRBAYC

**Pauly Shore** 21-May-22 06:34 PM
I agree with you &h wonder
I think it's better with the header like you said

**hwonder** 21-May-22 06:35 PM

RRBAYC I want to reserve

**JTX-801.00076**



you will need to differentiate the stages

**Pauly Shore** 21-May-22 06:36 PM


> hwonder you will need to differentiate the stages
**Pauly Shore** 21-May-22 06:36 PM
That image does so adequately I feel don't you?
The most recent one

**hwonder** 21-May-22 06:36 PM
this is good for the cart

**Pauly Shore** 21-May-22 06:36 PM
Ok

**hwonder** 21-May-22 06:36 PM
but also selection AND the actual rsvp in queue

**Pauly Shore** 21-May-22 06:36 PM
Can you add the ":"

**hwonder** 21-May-22 06:36 PM
multiple states

**Pauly Shore** 21-May-22 06:37 PM
For sure

**hwonder** 21-May-22 06:38 PM



still haven't styled yet
im just placing element
i'll pixel push at END

**Pauly Shore** 21-May-22 06:28 PM
"RR/BAYC I want to reserve:"

**hwonder** 21-May-22 06:38 PM
ah

> hwonder still haven't styled yet
**Pauly Shore** 21-May-22 06:38 PM
I don't follow but keep going
You guys are in the zone I feel
Send that last screen and I'm gonna ghost for a bit so you can jam on
I feel the energy!



**hwonder** 21-May-22 06:39 PM
im in go mode
so we
are golden





**hwonder** im in go mode

**Pauly Shore** 21-May-22 06:39 PM



**hwonder** 21-May-22 06:40 PM
i am likely to go to the strip tonight..... so around 11p PST i will turn into pumpkin

**Pauly Shore** 21-May-22 06:40 PM
Ok cool

**hwonder** 21-May-22 06:40 PM
i may even leave around 12a... so we'll see

**Pauly Shore** 21-May-22 06:40 PM
No worries man
In terms of the V1 bionic tool

**hwonder** 21-May-22 06:42 PM
tbh... i would stop minting until we calculate queue 500 extras
and do rest through site following launch

**Pauly Shore** 21-May-22 06:42 PM
Are we just bailing on the mint aspect of that tool?

**hwonder** 21-May-22 06:42 PM
just my opinion
that tool will continue to be used as an admin tool

**Pauly Shore** 21-May-22 06:42 PM
hwonder tbh... i would stop minting until we calculate queue 500 extras
We have orders to fulfill still
Thag they are expecting tonight

**hwonder** 21-May-22 06:42 PM
okay cool
knock them out in that case

**Pauly Shore** 21-May-22 06:43 PM
Ok
Change: By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is new a mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance. "link to etherscan contract"
I shortened it a bit

**hwonder** 21-May-22 06:44 PM
cool

**Pauly Shore** 21-May-22 06:44 PM

He just made that LMFAOOO

**hwonder**  21-May-22 06:45 PM
lol
use this?

**Pauly Shore**  21-May-22 06:45 PM
No no hahahaha
Just a joke for now I said save it
It is a card up the sleeve to me

**middlemarch.eth**  21-May-22 06:45 PM
I'm back in the game!
👍 1   🔥 1   😂 1

**Pauly Shore**  21-May-22 06:45 PM
For later

**middlemarch.eth**  21-May-22 06:45 PM
I have a thing in the contract for reserving
So we're good there, though the way it's set up doing 500 might be a lot of gas, but we can see
👀 1   👍 1

**hwonder**  21-May-22 06:46 PM

RR/BAYC I want to reserve:

Reserve 0.1 $

updated

**middlemarch.eth**  21-May-22 06:46 PM
I'll add a new thing to the contract that spits out the cost to reserve based on the number of apes
👍 1
LGTM!

> middlemarch.eth So we're good there, though the way it's set up doing 500 might be a lot of gas, but we can see
**Pauly Shore**  21-May-22 06:47 PM
Ok
It will ultimately add a lot of value lmo

> middlemarch.eth LGTM!
**Pauly Shore**  21-May-22 06:48 PM
What's that one mean

> hwonder Click to see attachment 🖼
**Pauly Shore**  21-May-22 06:49 PM
Can we make reserve text above image 1 click smaller font
👍 1

> Pauly Shore What's that one mean
**middlemarch.eth**  21-May-22 06:50 PM
"Looks good to me" -> annoying code review / sv jargon meme
😂 1

**Pauly Shore**  21-May-22 06:50 PM
Cool
I dig it

> Pauly Shore Can we make reserve text above image 1 click smaller font
**hwonder**  21-May-22 06:50 PM
the terms text or the button text
@middlemarch.eth im going to get the infinate scroll in with an intersection observer

> hwonder the terms text or the button text
**Pauly Shore**  21-May-22 06:54 PM

### Ryder Ripp's artwork I want to reserve

That font

**hwonder**  21-May-22 06:54 PM
cool

**Pauly Shore**  21-May-22 06:54 PM
I wanna pause on silly little d.changes and get out of you guys way

> hwonder @middlemarch.eth im going to get the infinate scroll in with an intersection observer
**middlemarch.eth**  21-May-22 06:58 PM
I think that's a good call, simpler than pagination, more artistic in a way
💯 2

**Pauly Shore**  21-May-22 06:58 PM
I do think it would be great if we were able to use the bionic tool to mint orders while you guys are sleeping

**hwonder**  21-May-22 06:58 PM
let me get infinty scroll then i will add in

**Pauly Shore**  21-May-22 06:58 PM
But maybe it's not possible

**middlemarch.eth**  21-May-22 06:58 PM
I guess we need a way to filter out taken ones
Maybe you can sort by BAYC rarity haha?

> **Pauly Shore** But maybe it's not possible
**hwonder**  21-May-22 06:58 PM
painting and moving walls same time ... 😄  all good

**middlemarch.eth**  21-May-22 06:58 PM
Or too vulgar

> **middlemarch.eth** Maybe you can sort by BAYC rarity haha?
**Pauly Shore**  21-May-22 06:58 PM
That's funny
But he probably doesn't want that

> **middlemarch.eth** I guess we need a way to filter out taken ones ...
**hwonder**  21-May-22 06:58 PM
these dont have traits
💯 1
i started down that path and then was like... wait... these dont have traits
🐵 1

**middlemarch.eth**  21-May-22 06:59 PM
I mean the ones that the user can't click

**Pauly Shore**  21-May-22 06:59 PM
I like the No traits

**middlemarch.eth**  21-May-22 06:59 PM
Yeah no traits was definitely the right call
👍 1

**Pauly Shore**  21-May-22 06:59 PM
I am describing this as intentional

**hwonder**  21-May-22 07:03 PM



14px



13px

> 🔴 **hwonder** 13px
**Pauly Shore**  21-May-22 07:02 PM
This is the gwei
I don't even know both look great

> 🔴 **hwonder** *Click to see attachment* 🖼
**Pauly Shore**  21-May-22 07:04 PM
He wants to drop in the new logo and replace with an unminted ape
And he's gonna tweet it out



**hwonder**  21-May-22 07:04 PM
hahhaha ... cool
😂 1

**Pauly Shore**  21-May-22 07:04 PM
Svg is in the Tg chat

**hwonder**  21-May-22 07:05 PM
SVG! thank you !!!
😀 1

**Pauly Shore**  21-May-22 07:14 PM
Second line of the checkbox text has a typo

**hwonder**  21-May-22 07:15 PM
send me accurate ... im going off whats pasted

**Pauly Shore**  21-May-22 07:15 PM
That this is a new mint"
My mistake!

**hwonder**  21-May-22 07:15 PM
no worries

> By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance:

what should it say

**Pauly Shore**  21-May-22 07:16 PM

> By purchasing this Ryder Ripps artwork in the form of an NFT, you understand that this is a new mint of BAYC imagery, re-contextualizing it for educational purposes, as protest and satirical commentary. You cannot copy an NFT. Please see the RR/BAYC contract here to verify provenance:

(edited)

**hwonder**  21-May-22 07:17 PM
infinity scroll looking NIICE
👀 1
code bloat ... but doesn't matter
👍 1
its too sexy
🔥 2

**middlemarch.eth**  21-May-22 07:20 PM
So I think this usa-nft package is causing some problems
I *THINK*
It is that at least
Do we need that?

**hwonder**  21-May-22 07:20 PM
no i dont
sorry about that. i didn't remove

**middlemarch.eth**  21-May-22 07:21 PM
All good I didn't think it would cause problems!

**hwonder**  21-May-22 07:21 PM
do not need it (great lib btw) but not for us
😔

**middlemarch.eth**  21-May-22 07:21 PM
We are very dependent on specific versions of these specific libraries
And I guess also waht else is installed
it's fine

**hwonder**  21-May-22 07:21 PM
oh. i learned that the hard way in this codebase
all good!

**middlemarch.eth**  21-May-22 07:21 PM
Haha it's copied and pasted like 5 times but I call that 'battle tested'
For the market we can do the clean version
Oh sweet you pushe dit!
I see it now



**hwonder**  21-May-22 07:35 PM

going to improve culling on observer ...

**middlemarch.eth**  21-May-22 07:35 PM
Wow this looks sick!

**hwonder**  21-May-22 07:35 PM
this is gonna be fun

**middlemarch.eth**  21-May-22 07:35 PM
By cull you mean removing the things that are out of view?
Seems like yeah it might get slow if the person scrolls far
Really makes me want sorting / filtering tho
Like by background color or something

**hwonder**  21-May-22 07:36 PM
light sorting would be smart

**middlemarch.eth**  21-May-22 07:36 PM
Not by vulgar rarity, but like something visual
In touch with the pure visual nature of the NFT
Once we get it working
Like what is the ANTI NFT sorting
Like the anti-rarity, the deconstruction
IDK
I'll start hooking it up to the contract

**hwonder**  21-May-22 07:45 PM

**Mint Apes 1,213/10,000**

ngl... the "skateboard" is working ...

the "skateboard"

**middlemarch.eth**  21-May-22 07:46 PM
Yesss exactly!
Do we want htis texzt at the top still @Pauly Shore
Or like what is at the top when you arrive

> @middlemarch.eth Do we want htis texzt at the top still @Pauly Shore

**Pauly Shore**  21-May-22 07:46 PM
Where?

**middlemarch.eth**  21-May-22 07:46 PM

**Pauly Shore**  21-May-22 07:47 PM
Yeah let's leave for niwn

**middlemarch.eth**  21-May-22 07:47 PM
Basically I'd like to delete this text for the moment
Haha
Opposite

**Pauly Shore**  21-May-22 07:47 PM
Ok

**middlemarch.eth**  21-May-22 07:47 PM
Unless we really want it or something htat long I don't think we shoudl design around it rn

**Pauly Shore**  21-May-22 07:47 PM
What does it helo with?

**middlemarch.eth**  21-May-22 07:48 PM
Like the interaction of what happens with this text when the user starts filling the cart
It's not a big deal I can leave it
👍 1
But if we have a sense for how important it is or what Ryder wants the user to see when they first hit the page, that woudl be good at this stage to have
Doesn't have to be the final final of course

**hwonder**  21-May-22 07:49 PM



man they took the first apes ... lol ...

**middlemarch.eth**  21-May-22 07:49 PM
ALl the good oens are gone...
All the dank ones I mean
😂 1

**hwonder**  21-May-22 07:49 PM
im telling you... we HAVE to direct RSVP
so we don't stall out 50% way

**middlemarch.eth**  21-May-22 07:50 PM
100%!

**hwonder**  21-May-22 07:56 PM
its so interesting where our mindspaces are shared
we adjust same things... its fasinating
👍 1

**Pauly Shore**  21-May-22 07:56 PM

yeah, this is big brain time

**hwonder**  21-May-22 07:57 PM
@middlemarch.eth check that current commit
i accepted changes 100% on both so no gaps
im throwing errors on readContracts

**middlemarch.eth**  21-May-22 07:59 PM
Kk one sec
Works for me on the latest commit
Maybe try deleting your node_modules folder and reinstalling all fo them?
I really think it's a node module issue
The contract deploys fine?

**hwonder**  21-May-22 08:01 PM
ah, ur connecting to contract...
whats ur build command & which directory
im in react-app$ yarn start

**middlemarch.eth**  21-May-22 08:02 PM
yarn deploy in the root should work

yarn deploy --reset for good measure maybe

This spot in app.jsx controls which network the site uses in dev and prod

```
 97        const { Header, Footer, Sider, Content } = Layout
 98
 99        const [injectedProvider, setInjectedProvider] = useState();
100        window.injectedProvider = injectedProvider
101        const [address, setAddress] = useState();
102        const [selectedNetwork, setSelectedNetwork] = useState(networkOptions[
103          process.env.NODE_ENV === 'development' ? 0 : 1
104        ]);
105        const location = useLocation();
106
107        const targetNetwork = NETWORKS[selectedNetwork];
108        window.targetNetwork = targetNetwork
```

I have it set to 0 in dev which means it will look for local contracts

**hwonder**  21-May-22 08:03 PM
so this is full cycle... i see what you did

**middlemarch.eth**  21-May-22 08:03 PM
And yeah the deploy command should write the config files the app needs
Now the config file itself probablys houldn't be in git
Bc it's going to have our specific local addresses

**hwonder**  21-May-22 08:04 PM
hahah no

**middlemarch.eth**  21-May-22 08:04 PM
But whatever we can always clobber it

**hwonder**  21-May-22 08:05 PM
what are you firing ? ganache?
i want identical setup so i don't have gaps

**middlemarch.eth**  21-May-22 08:05 PM
hardhat
yarn chain
In the root should get it going
There's also yarn fork for forking main
Notably the app will NOT stop you from doing a transaction on the wrong network
I am up to 0.15 ETH wasted this way, an dI'm trying to cap it at that!

**hwonder**  21-May-22 08:09 PM

```
src/views/MintApePublic.js
  Line 138:26:  'readContracts' is not defined  no-undef

  Search for the keywords to learn more about each error.
```

im no dice

```
eth_chainId
eth_accounts (2)
eth_call
  Contract call:      RRBAYCRSVP#getTotalRSVPCost
  From:               0xf39fd6e51aad88f6f4ce6ab8827279cfffb92266
  To:                 0xcf7ed3acca5a467e9e704c703e8d87f634fb0fc9
```

meanwhile...
im roky

```
window.readContracts
> {ReflectionContract_Implementation: Contract, CollectionContract_Proxy: Contract, CollectionContracts: Contract, RRBAYCRSVP: Contract}
```

i am all rekt

```
useEffect(() => {
  const updateCost = async () => {
    const { readContracts } = window
    const cost = await readContracts.RRBAYCRSVP.c
    setTotalCostToReserve(cost)
```

going to use this temp... just to continue work... placing it here in case oyu have different intent or syntax

**middlemarch.eth**  21-May-22 08:17 PM
Yes that's good I'm doing the same thing
It' sjank
I should pass it in from App

**hwonder**  21-May-22 08:19 PM
all good.. we're in now !

**middlemarch.eth**  21-May-22 08:20 PM
Booom
I got basic RSVP going
I'm sending a pull for that in a moent

**hwonder**  21-May-22 08:21 PM
sweely baby rays bbq !
🙌 1
im in mobile queries while i prepare to lay in iDs and some UX around infinity scroll
eth gas station is a bottle neck

**middlemarch.eth**  21-May-22 08:36 PM
What is it doing? I dont' think you should need that?
I thought I killed it

**hwonder** 21-May-22 06:26 PM
page load hags on it like depedency

all good

im in ... just experienced it once

**Pauly Shore** 21-May-22 06:32 PM
The memes are going offff already on twitter

**hwonder** 21-May-22 06:58 PM
in mobile only... moved to space between



mobile: side spacing
line height could be adjusted

mobile: css adjustments for RSVP single
getting the skeleton loader in is a must
to manage user UX expectations

yea... thats spicy

JTX-801.00085

**middlemarch.eth**  21-May-22 08:49 PM
Looks great! Should we kill the "blockies" avatar ens thing?
I would guess not in keeping w Ryder's minimalistic thing

**hwonder**  21-May-22 08:49 PM
keep it
its sexy for the screenshots
when people post

**middlemarch.eth**  21-May-22 08:49 PM
👍

**hwonder**  21-May-22 08:56 PM



mobile grid

change text to feeling lucky

**Pauly Shore**  21-May-22 09:03 PM
i would just do "randomize selection" or something less playful
its looking great

**hwonder**  21-May-22 09:24 PM

that one is calling !
i dont like apes at all
😂 1
but that shirt is pretty dope







mobile action

hwonder but that shirt is pretty dope

**Pauly Shore** 21-May-22 09:30 PM
I like that shirt

**hwonder** 21-May-22 09:31 PM
tis fresh

## Mint Apes 8,215 Remaining

### Randomize Selection



adjusted
rather than list from 10k ...
10k + 500 = minted
it will likely need to adjust to RSVPd
nonetheless

**middlemarch.eth** 21-May-22 09:38 PM
Yes great call

**hwonder** 21-May-22 09:38 PM
im overloading dom rn
almost done optimizing
👀 1

**middlemarch.eth** 21-May-22 09:49 PM
One issue with this variable cost thing is that (I think) we would have to fulfill the entire order at once for the payment to make sense
👀 1
ie when we fulfill an order the cost of that order becomes available for us to withdraw
So if there is a 3 ape order and we fulfill it all at once we withdraw the full amount
But if we fulfill only one of the three apes, how much is then available to withdraw
Because they didn't all cost the same

**hwonder** 21-May-22 09:50 PM
yea, i see

**middlemarch.eth** 21-May-22 09:52 PM
We could withdraw just .1 but then we need the contract to know how many apes are in that "order"
Whereas now the contract just treats each individual rsvp as completely independent
Anyway you get it

**hwonder** 21-May-22 09:52 PM
.1 keep it simple
it would be cool, but its all good
unless all refunds are .1

**middlemarch.eth** 21-May-22 09:52 PM
Yeah plus canceling too!
Even worse
Force ppl to cancel in batches

**hwonder** 21-May-22 09:53 PM
lets keep it simple

**middlemarch.eth** 21-May-22 09:53 PM
Yeah true

**Pauly Shore** 21-May-22 10:32 PM
It would be good if we can alleviate some tediousness with the minting tool
V1 somehow

**middlemarch.eth** 21-May-22 10:37 PM
https://rrbayc-v1.netlify.app/
Okay this is the new version of v1
I left the old one where it was
This shoud! let Ryder mint

JTX-801.00087



**Pauly Shore** 21-May-22 10:38 PM
Cool
Let's test it

**middlemarch.eth** 21-May-22 10:39 PM
Happy to do a call but I would like to get to bed soon if we want to really push tomorrow

**hwonder** 21-May-22 10:39 PM
im grinding for a push for tomororw
👍 1

**middlemarch.eth** 21-May-22 10:39 PM
I'm a BIG fan of iterating on the working V1 to incrementally improve, but we are also working on something 10x better

**hwonder** 21-May-22 10:39 PM
the 10x is WAY more critical
👍 1

**Pauly Shore** 21-May-22 10:39 PM
> middlemarch.eth Happy to do a call but I would like to get to bed soon if we want to really push tomorrow
Me too

**middlemarch.eth** 21-May-22 10:39 PM
> hwonder the 10x is WAY more critical
Agreed

**Pauly Shore** 21-May-22 10:40 PM
I think just 15 min to see if we can get him in a slight reduction in strain is a good idea
Via a test

**middlemarch.eth** 21-May-22 10:40 PM
Sure I'm fine to do that

**Pauly Shore** 21-May-22 10:40 PM
If it works well enough he can use it
Cool
I'll share the link in there

**middlemarch.eth** 21-May-22 10:41 PM
kk

**Pauly Shore** 21-May-22 10:41 PM
@middlemarch.eth
can i just have him try to mint some
do we need to jump on the call?

**middlemarch.eth** 21-May-22 10:41 PM
No call just have him try one

**Pauly Shore** 21-May-22 10:41 PM
ok great
will let you know

**middlemarch.eth** 21-May-22 10:42 PM
Again, there will be IPFS issues, even if this works
So be prepared for that
Not our fault

**Pauly Shore** 21-May-22 10:42 PM
right
so the v1 is just minting to foundation but not transferring

**middlemarch.eth** 21-May-22 10:46 PM
Correct
We coudl activate it to let the user claim it on the website
Which was the initial plan
But then we decided the user-facing thing hsould have the array so we scrapped it
Did it work?
https://foundation.app/@ryder_ripps/bayc/1300

> #4589 | Foundation
> Foundation is a creative playground for artists, curators and
> collectors to experience the new creative economy.

Seems like it did!

**Pauly Shore** 21-May-22 10:50 PM
yeah it worked
i think they will just use the tool and mint a few hundred more tonight
its a slow grind haha

**middlemarch.eth** 21-May-22 10:51 PM
Ok cool, glad the minting helps a bit
It will be annoying to get to v2 but the good news is there will be no v3 haha
Or I guess that's the marketplace but no v3 mint thing
Now I really should sleep to be ready for tomorrow
BOoommm
TTYS!

**hwonder** 21-May-22 10:52 PM
💯

**Pauly Shore** 21-May-22 10:53 PM
yeah man i am friend
fried
gonna call it a night
talk to you guys in the am

**middlemarch.eth** 21-May-22 10:54 PM
Last thing @hwonder I started working on a test for the contract, it's in mytest.js and you can run it by doing yarn test

**hwonder** 21-May-22 10:54 PM
excellent

**middlemarch.eth** 31-May-22 10:53 PM
I never really write tests but this is a big one so I figured I'd try
It's basic run but I will build on it tomorrow
Bye for now!

**Pauly Shore** 31-May-22 10:56 PM
Goodnight gang
Thanks for a super great day
We are crushing it

**hwonder** 31-May-22 10:56 PM
💯
👍 1

**Pauly Shore** 31-May-22 11:56 PM
😀 😀 😀
😴

**hwonder** 22-May-22 12:14 AM
wrote an entirely new lazy loader
avoided modules at all cost

**hwonder** 22-May-22 02:17 AM



images are lazy loading ...

still culling on the divs... but its NIICe

**hwonder** 22-May-22 03:29 AM

i like this mod better

6 would then become new max
either 4 or 6

**hwonder** 22-May-22 03:50 AM



number

**Pauly Shore**  22-May-22 07:29 AM
I like 6 more than 4

**middlemarch.eth**  22-May-22 07:37 AM
Good morning!
"Getting coffee" and then I will continue work finalizing the contract
👍 2
Also we should discuss this "bug bounty" concept. I think it is important if we want to launch on such short notice and I think it's also a cool thing people don't do but should
👍 2
It can wait for the moment though
My nightmare is that recent mint where the devs couldn't withdraw 30m because of a pretty simple bug haha

**Pauly Shore**  22-May-22 07:53 AM
Gm Gm!!!

↳ middlemarch.eth My nightmare is that recent mint where the devs couldn't withdraw 30m because of a pretty simple bug haha
**Pauly Shore**  22-May-22 07:53 AM
This

**hwonder**  22-May-22 08:54 AM
ngl...the withdraw function is the function i test most.
😂 1
gm/gn ... which is which
i just got in !

**Pauly Shore**  22-May-22 08:55 AM
Gm

**hwonder**  22-May-22 08:55 AM
great night it was!
😄 1
oddly i only had 1 drink
😄 1

**Pauly Shore**  22-May-22 08:55 AM
Big time
I find I don't consume much substance when I'm this focused on work

**hwonder**  22-May-22 08:55 AM
my adrenaline is just way too high
😄 1

**Pauly Shore**  22-May-22 08:55 AM
Relatable
Exciting times
It would be stupendous if we can get something live with the grid this evening
My fingers are crossed!

**middlemarch.eth**  22-May-22 08:57 AM
For withdraw function and also the thing that marks funds available to withdraw
That was broken by variable cost

**hwonder**  22-May-22 08:57 AM
lets keep things simple

**middlemarch.eth**  22-May-22 08:57 AM
Would be funny to do variable cost and we can only withdraw .1 per
😂 1
Yeah I killed

↳ hwonder lets keep things simple
**Pauly Shore**  22-May-22 08:57 AM
This always

**hwonder**  22-May-22 08:57 AM
there is a demand for sure
💯 1
i wonder if rrbayc anticipation is suffocating bayc volume

↳ hwonder i wonder if rrbayc anticipation is suffocating bayc volume
**Pauly Shore**  22-May-22 08:58 AM
Probably a bit yes
It's definitely sucking some liquid out of phunks as well

**hwonder**  22-May-22 08:59 AM
thats the law of numbers





•• 1

its pretty interesting ...

"I thought u hate those apes, what are you building rn?"

- my wife

**Pauly Shore**  22-May-22 09:02 AM
Hahahaha

The path may be confusing

But the destination is real

**hwonder**  22-May-22 09:11 AM
i prey to discover a better non-module pollyfill for culling these divs

images are fully under control

but the divs... while it works, i don't want a 6, i want a 10

**middlemarch.eth**  22-May-22 09:14 AM
It does feel a bit heavy

Can we load the divs lazily as well?

**Pauly Shore**  22-May-22 09:14 AM
https://twitter.com/saranonymous/status/1527839900069875713?s=21&t=__A6lf4luj-L7ve20xX6hw





Twitter • 20-May-22 10:35 PM

**middlemarch.eth**  22-May-22 09:14 AM
On the contract side should I keep track of the count of RSVPs? Or should we do it with events

↳ middlemarch.eth Can we load the divs lazily as well?
**hwonder**  22-May-22 09:14 AM
suspense is supposed to do that... but it doesnt... im going to cull with a polyfill

↳ middlemarch.eth On the contract side should I keep track of the count of RSVPs? Or should we do it with events
**hwonder**  22-May-22 09:15 AM
we should do in contract

↳ middlemarch.eth On the contract side should I keep track of the count of RSVPs? Or should we do it with events
**hwonder**  22-May-22 09:15 AM
it's not many ... and is arguably for one time use

guy oseary is not going to be happy... lol...

😅 1

**middlemarch.eth**  22-May-22 09:17 AM
Ok boom

**hwonder**  22-May-22 09:17 AM
we're code splitting and using suspense... that should work vanilla out of react

ofc it doesn't though.. the images do... but putting 10k divs doesn't .. so must cull

if i can't get it by 7a then i am going to add a module...

**middlemarch.eth**  22-May-22 09:27 AM
👍

The values of https://prereveal.pzlpunks.com/resources/caches/rrbayc are already minted apes,c orrect/

For seeding the contract?

↳ middlemarch.eth 👍
**hwonder**  22-May-22 09:29 AM
those are the already minted... yes

**middlemarch.eth**  22-May-22 09:29 AM
Want to test with the latest data

Boom

**hwonder**  22-May-22 09:29 AM
listening to scroll and extrapolating height in a virtual list is how react native would work... but in web its not built in (silly) ... since we're already using props will add lightest module...

**middlemarch.eth**  22-May-22 09:46 AM
Makes sense! Though I think it's also fine to do traditional infinite scroll with a non-virtual list that just gets bigger

"Simpler" I mean to do that

That + some light filters might be easiest given turnaround

Virtual list is the best though?



🔴 middlemarch.eth The values of https://prereveal.puilpunks.com/resources/caches/rrbayc are the already minted apes,correct/

**middlemarch.eth**  22-May-22 09:48 AM
There are some duplicate values in this, is that a problem? I'm filtering them out on my end, just heecking

**hwonder**  22-May-22 09:50 AM
it reads chain, gets tokenid, uses token id, gets metadata, saves id from metadata

filter them out and lets have look

remember. the list is just a signal... there isn't a trustless mechanism in place (until pre-order system live) that captures this

human can in fact write ID #1 direct to foundation or via the v1 tool endlessly

**middlemarch.eth**  22-May-22 09:56 AM
Yup agreed, just using this as placeholder for now, we can fix this later
Though it is going to cost A LOT of gas to do this
To do 1800 entries in a mapping (minted + reserved)
I could figure out a way to do this with SSTORE2 for much cheaper but probably not worth it
But could be like $5k total
Maybe less

**hwonder**  22-May-22 09:57 AM
its mapping addresses as well isn't it?
the addresses are what run that cost up
significantly

**middlemarch.eth**  22-May-22 09:58 AM
I am just updating the record's status

```
function seedPreviouslyMinted(uint[] memory originalApeIds) public onlyRole(DEFAULT_ADMIN_ROLE) {
    for (uint i = 0; i < originalApeIds.length; i++) {
        uint apeId = originalApeIds[i];
        RSVP storage rsvp = apeIdsToRSVPsMapping[apeId];

        require(rsvp.status == RSVPStatus.NEW_RECORD, "Ape is already marked as pre-ordered");

        rsvp.status = RSVPStatus.PREVIOUSLY_MINTED;
    }

    previouslyMintedCount += originalApeIds.length;
}
```

I am not saying who minted it
Unless we want that information, which as you say will cost more

**hwonder**  22-May-22 09:58 AM
no, we do not need that info
so ~.9-1.3e sounds about right ...
1300 entries ... rn

**middlemarch.eth**  22-May-22 09:59 AM
+ the 500 reserved which is the same thing basically
In terms of per unit costs

**hwonder**  22-May-22 09:59 AM
ah... yes... SPIKE!

**middlemarch.eth**  22-May-22 09:59 AM
These will also have to be batched, the minted one is 5 transactions
I could get it to fewer
But can't do one bc it's over 30M gas
Not a big deal, just makes deployment a bit more touchy

**hwonder**  22-May-22 09:59 AM
it 100% has to be batched

**middlemarch.eth**  22-May-22 10:00 AM
I always like a few transactions as possible, for me with a lot my script always fails midway and I have to piece it together
But it will be fine
@Pauly Shore will Ryder give us the list of 500 to reserve?
Or should we pick 500 randomly

**Pauly Shore**  22-May-22 10:00 AM
Random

**middlemarch.eth**  22-May-22 10:03 AM
👍

**hwonder**  22-May-22 10:35 AM
so much better

**Pauly Shore**  22-May-22 10:52 AM
I figure Ryder will be back online in the next hour or two if I can get a status update for him at some point

**hwonder**  22-May-22 10:56 AM
@middlemarch.eth does getTotalRSVPCost want a hex?
or do i need to redeploy contact

**middlemarch.eth**  22-May-22 11:06 AM
It wants a BigNumber I guess yeah, I could make it take a uint16 but I think ethers should handle it? Maybe you need to toString() the number?
Also now that we're doing the simple version you can just do count * .1 client-side if you want
And then we fix later

**hwonder**  22-May-22 11:16 AM
there are a LOT of bad looking apes

🔴 hwonder there are a LOT of bad looking apes
**Pauly Shore**  22-May-22 11:59 AM
Define bad lol

**middlemarch.eth**  22-May-22 11:19 AM
The beauty of putting them in a more "artistic" setting!
🔥 1
I threw up a quick skeleton "fulfillment page"

🟩 middlemarch.eth



**hwonder** 22-May-22 10:15 AM
ugly af

**middlemarch.eth** 22-May-22 10:19 AM
It pulls the data from the contract which won't work in real life but good for testing.

> **middlemarch.eth** I threw up a quick skeleton "fulfillment page"

**hwonder** 22-May-22 10:19 AM
NOW YOU SPEAK ME DUOLINGO!!

**middlemarch.eth** 22-May-22 10:19 AM
Haha
If you deploy now you'll also get a bunch of test data
Already minted ids, reserved ids, and RSVPs
Including RSVPs which won't fully succeed bc they overlap with reserved ones etc
Now to test the actual flow

**hwonder** 22-May-22 11:23 AM

the cost is firing back nuts in every instance
i may be too frosty eyed
i am going to lay down an hour

i tried all ethers utils, tostring, and hex using parseInt

**middlemarch.eth** 22-May-22 11:34 AM
Weird[]
I get this

```
289 await readContracts.RRBAYCRSVP.getTotalRSVPCost(1)
298 ▸ BigNumber {_hex: '0x016345785d8a0000', _isBigNumber: true}
217 (await readContracts.RRBAYCRSVP.getTotalRSVPCost(1)).toString()
224 '100000000000000000'
```

I'm on a branch that's up to date w main

**Pauly Shore** 22-May-22 11:47 AM
Let me know if you guys can jump in a voice chat soon with just me
I had a call with ryder and I said best to let you guys focus on your build and continue with the tedious form of minting for today

**JTX-801.00093**



**hwonder** 22-May-22 11:53 AM
try to hold long as possible w/ tedious inint

**Pauly Shore** 22-May-22 11:54 AM
Yes this is my statement to him and he's ok with it

**hwonder** 22-May-22 11:54 AM
cool...

**Pauly Shore** 22-May-22 11:54 AM
It's a grind so naturally they want a way out

**hwonder** 22-May-22 11:54 AM
we're very very close to testing and the rest is just optimization

👍 1

**Pauly Shore** 22-May-22 11:54 AM
But I said in our best interest to stay on task
Amazing
It would definitely be epic if we can deliver something tonight but I will assume tomorrow

**middlemarch.eth** 22-May-22 12:29 PM
Oh god

> the **tom branch** on **RogerRodactor/RRBAYC**

**These conflicts are too complex to resolve in the web editor**

**flicts that must**     Resolve conflicts ⑦

•• 1
Never seen that before, I must admit

**Pauly Shore** 22-May-22 12:29 PM
New achievement unlocked!

**hwonder** 22-May-22 12:29 PM
i use vscode

**middlemarch.eth** 22-May-22 12:30 PM
Doesn't seem actually complicated, I don' tget it

**Pauly Shore** 22-May-22 12:30 PM
Roger Podactor has reached LVL 6

**hwonder** 22-May-22 12:30 PM
might have more than one <<<<HEAD

**middlemarch.eth** 22-May-22 12:30 PM
I use vscode too but I'm too scared for the git
part of it

**hwonder** 22-May-22 12:31 PM
https://www.youtube.com/watch?v=ry6jCkw3Jfg

BoneCrusherVEVO
Bone Crusher - Never Scared (Official Video) ft. Killer Mike, T.I.

Video unavailable
Watch on YouTube

🙈 2
hahahhaha!!!!

**Pauly Shore** 22-May-22 12:32 PM
That was definitely on the Madden or NFL 2k OST

**hwonder** 22-May-22 12:38 PM
hahhaha

**middlemarch.eth** 22-May-22 12:39 PM
OKAY I merged it!
Might be a good time to check in, I can show you how the back end works basically

**hwonder** 22-May-22 12:40 PM
30a?
(20 minutes from now...im PST)

**middlemarch.eth** 22-May-22 12:40 PM
👍



**hwonder** 22-May-22 12:46 PM
https://twitter.com/hWonderofWorld/status/1528416684481988849

> hwonder.eth ✳ (.e.hWonderofWorld)
>
> never forget ... the 'art' you are trading on your favorite marketplace like opensea & looksrare is right clicked saved
>
> wnk

🐦 Twitter · 22-May-22 12:45 PM

🔥 1   💬 1   ⋯ 1   ⭐ 1   👍 1

#mood

**Pauly Shore** 22-May-22 12:03 PM
What is orok?

**hwonder** 22-May-22 12:59 PM
only real ones know
🐶 1

📞 **hwonder** started a call that lasted 0 minutes.  22-May-22 01:00 PM
📞 **middlemarch.eth** started a call that lasted 39 minutes.  22-May-22 01:01 PM

**hwonder** 22-May-22 01:55 PM
testing with no images.. night and day

**middlemarch.eth** 22-May-22 02:05 PM
Booooommm
Uploading now
20 threads, will take about 7 mins

**middlemarch.eth** 22-May-22 02:16 PM

Okay boom
https://res.cloudinary.com/middlemarch/image/upload/c_scale,f_auto,q_auto,w_150/v1663242644/rrbayc/0.png

**hwonder** 22-May-22 02:16 PM
excellent!

**middlemarch.eth** 22-May-22 02:16 PM
Can mess with those other params of course
But the rrbayc/0.png thing
Is the key
Damn I can't believe I have all of these now...
👍 1

**hwonder** 22-May-22 02:19 PM
ape base.
👍 1

**middlemarch.eth** 22-May-22 03:05 PM
Checking now it seems snappy!
What's the next step on the main page, how can I be helpful?
I also want to get some feedback on this contract
So mabye you and i could walk through that first

**hwonder** 22-May-22 03:50 PM
back. took quick nama. needed it
feel fresh

**middlemarch.eth** 22-May-22 03:50 PM
Booooomm
I've been playing with the page ab it
I wonder if we can just throw everything into the dom
With the smaller images
!DK

**hwonder** 22-May-22 03:50 PM
10k images?
on an android

**middlemarch.eth** 22-May-22 03:50 PM
Maybe load the images lazily but not the divs?
This is the NLL approach I think

**hwonder** 22-May-22 03:51 PM
need divs for onClick

**middlemarch.eth** 22-May-22 03:51 PM
No I mean like all the divs are there on page load
And the iages in the divs lazy load

**hwonder** 22-May-22 03:51 PM
ah, we could...
you mean observe / show / hide

**middlemarch.eth** 22-May-22 03:52 PM
https://notlarvalabs.com/cryptophunks/all
Same as this basically
I mean same technique
Give m ea minute and maybe I can show this works or deosn't

**middlemarch.eth**  22-May-22 04:07 PM
So yeah a bit slow
How does NLL fing do it??
I guess they are actually lazy loading the divs too?

**hwonder**  22-May-22 04:07 PM
they are lazy loading
since its angular ... we can't use same lib

**middlemarch.eth**  22-May-22 04:07 PM
Damn it's pretty smooth

**hwonder**  22-May-22 04:08 PM
i think the library in use rn suc
i was looking for lightest possible version
but we just want sexy

**middlemarch.eth**  22-May-22 04:08 PM
https://bvaughn.github.io/react-virtualized/#/components/Collection
I was thinknig this looked pretty good

**hwonder**  22-May-22 04:08 PM
i PROMISE you ... it will be ryders #1 point
💯 2

**middlemarch.eth**  22-May-22 04:08 PM
Also a more recently updated lib than ours

**hwonder**  22-May-22 04:09 PM
yes, its olde
*older

**middlemarch.eth**  22-May-22 04:09 PM
But still made my head hurt looking at the docs

**hwonder**  22-May-22 04:09 PM
(and light weight)

**middlemarch.eth**  22-May-22 04:09 PM
Like this should be super easy when we have all the data in memory!
Wtf

**hwonder**  22-May-22 04:09 PM
lol. odd right?
i tried traditional observer and it was working horrible
going to add https://bvaughn.github.io/react-virtualized/#/components/Collection
i like
i did a 100k test... flawless
(however no images) but still

**middlemarch.eth**  22-May-22 04:10 PM
So I think this then
https://github.com/bvaughn/react-virtualized/blob/master/source/Collection/Collection.example.js



react-virtualized/Collection.example.js at master ·
bvaughn/react-v...
React components for efficiently rendering large lists and tabular
data - react-virtualized/Collection.example.js at master ·
bvaughn/react-virtualized

**hwonder**  22-May-22 04:11 PM
yes.

**middlemarch.eth**  22-May-22 04:19 PM
Ok Im back to looking
I can't with this
Ok I think I might have something!
One sec...

**hwonder**  22-May-22 04:36 PM
im over here adding and removing modules
terrified at each term because strict packaging

**middlemarch.eth**  22-May-22 04:53 PM
Never mind argh
https://react-window.vercel.app/#/examples/grid/fixed-size
This looked so good!
But I can't get it to work
Anything where you have to hard code all these pixel values scares me anyway

**hwonder**  22-May-22 04:54 PM
yes, this is the part that makes it complex... hence that window listener
have to dedicate to a w/h
and then support sizing for mobile

**middlemarch.eth**  22-May-22 04:54 PM
I refuse to believe we have to calculate that
Very hard to do that!

**hwonder**  22-May-22 04:54 PM
very
in raw JS
its easy
i've done time and again
but this particular case, its hard

**middlemarch.eth**  22-May-22 04:58 PM
Ok this website seems fancy: https://react-virtual.tanstack.com/examples/fixed

Examples: Fixed
Thumbnail

I'm going to try it



**middlemarch.eth** 22-May-22 05:40 PM
Oooo
But is this a thing where it's like simulating it or whatever?
Also btw NLL only has 2k on one page
So that's a little trick to copying them
Makes me feel better

**hwonder** 22-May-22 05:41 PM
yes those are tiny images
you can scale pixel art easy

**middlemarch.eth** 22-May-22 05:41 PM
They actually recently replaced them with SVGs it seems
Probably related to the metadata SVG thing
W the borders

**hwonder** 22-May-22 05:42 PM
tiny

**middlemarch.eth** 22-May-22 05:42 PM
I mean mayb eit caches well or something



But SVG > PNG!
IDK
Not sure why they did this

**hwonder** 22-May-22 05:43 PM
devs being devs

**middlemarch.eth** 22-May-22 05:43 PM
Greater in size I mean
Yeah
Still works
And is the "Right answer" I guess

**hwonder** 22-May-22 05:44 PM
dev1: "you ever work with svgs?"
dev2: "i found this library thing..."
dev1: "send me the link"
24 hours later
dev2: "ooooo.... niice"
pm: "guys... wtf?!?!?"
boss: "how many hours left"
hahahahhahhahah

**middlemarch.eth** 22-May-22 05:44 PM
I also don't think they're loading th DOM lazily
LOL
They are literally using GRID to lay this out!
Not absolute pixel values
Like we are being humiliated into using
I guess this is why OPenSea is worth billions...
And even theirs isn't that smooth or attracgive
But it works

**middlemarch.eth** 22-May-22 05:46 PM
Right I'm saying they load the SVGs lazily but into a fixed dom
Whereas for 10k you can't do that



**hwonder**  22-May-22 05:46 PM
most on page ...

**middlemarch.eth**  22-May-22 05:46 PM
So we could paginate or something
Only have 2k or something
I mean is there any site that simulates 10k on the page?

**hwonder**  22-May-22 05:47 PM
we can do that...

**middlemarch.eth**  22-May-22 05:47 PM
From the user standpoint?

**hwonder**  22-May-22 05:47 PM
that is the easy way
merge

**middlemarch.eth**  22-May-22 05:47 PM
I mean it'd be cool to be the first

**hwonder**  22-May-22 05:47 PM
we'll paginate
i am git stashing

`$ git stash`

**middlemarch.eth**  22-May-22 05:47 PM
Haha, byeeeee
I guess you can get it back
I never do
But the thing I'd merge is the other approach, the ifinite one

**hwonder**  22-May-22 05:48 PM
NO ONE in their right mind is going to scroll to 10k

**middlemarch.eth**  22-May-22 05:48 PM
But it's a powerful vibe
TO try
But we are on Planet Earth here

**hwonder**  22-May-22 05:48 PM
its a vibe

**middlemarch.eth**  22-May-22 05:48 PM
Trying to sell things

**hwonder**  22-May-22 05:48 PM
exactly

**middlemarch.eth**  22-May-22 05:49 PM
Or infinite scroll maybe
It's weird it seems easier to do infinite scroll than this virtual list thing
Even though infinite scroll typically requires a server request
Maybe we can do that with the in-memory object

**hwonder**  22-May-22 05:49 PM
server req is just an async func
faux the func

**middlemarch.eth**  22-May-22 05:50 PM
So we could have it serve up the next batch from mem
Yeah

**hwonder**  22-May-22 05:50 PM
lets do

**middlemarch.eth**  22-May-22 05:51 PM
Ok cool, in that case I'd say disregard that branch
I don't think that lib will help for the infinite scroll case

**hwonder**  22-May-22 05:51 PM
o

**middlemarch.eth**  22-May-22 05:51 PM
And there's a lot of junk in it too

**hwonder**  22-May-22 05:51 PM
yea that is why i stashe
i had WAY to much junk

**middlemarch.eth**  22-May-22 05:51 PM
Ok I'm stashed now too
It's all gone
Which library for this now tho haha
Again it never stops

**hwonder**  22-May-22 06:52 PM
yes. i HATE tons of libs

**middlemarch.eth**  22-May-22 06:52 PM
For this there needs to be just like a total drop in no work thing
I mean come on
This is so common!

**hwonder**  22-May-22 06:52 PM
this is how i feel

**middlemarch.eth**  22-May-22 06:53 PM
It's so funny bc people THINK the contract is the hardest part, like the fancy solidity blah blah
But really it's infinite scroll and pagination
Every time

**hwonder**  22-May-22 06:55 PM
HAHAHHAHAHAHAHHAHAAH
its built into react native

**middlemarch.eth**  22-May-22 06:05 PM
So insane
https://github.com/onderonur/react-infinite-scroll-hook

GitHub - onderonur/react-infinite-scroll-hook: A simple hook to cre...
A simple hook to create infinite scroll list components - GitHub - onderonur/react-infinite-scroll-hook: A simple hook to create infinite scroll list components

https://github.com/wellyshen/react-cool-virtual

GitHub - wellyshen/react-cool-virtual: 😎 🐑 A tiny React hook for r...
😎 🐑 A tiny React hook for rendering large datasets like a breeze. - GitHub - wellyshen/react-cool-virtual: 😎 🐑 A tiny React hook for rendering large datasets like a breeze.

These seem recently updated and decent, IDK
https://github.com/onderonur/react-infinite-scroll-hook

GitHub - onderonur/react-infinite-scroll-hook: A simple hook to cre...
A simple hook to create infinite scroll list components - GitHub - onderonur/react-infinite-scroll-hook: A simple hook to create infinite scroll list components

This one seems like the simplest

**Pauly Shore**  22-May-22 06:06 PM
Update
Ryder doesn't want to do the increase in price when you mint more
But we are going to raise the mint price to .15 when we launch the tool.

**middlemarch.eth**  22-May-22 06:07 PM
Boooorrmm

**Pauly Shore**  22-May-22 06:07 PM
@hwonder @middlemarch.eth
I told him I wanted to do .2 but he wants it to still be accessible to people

**middlemarch.eth**  22-May-22 06:08 PM
I'll make the change now

**Pauly Shore**  22-May-22 06:08 PM
So we agreed to meet halfway

**middlemarch.eth**  22-May-22 06:08 PM
👍

**Pauly Shore**  22-May-22 06:10 PM
@hwonder you dig?

**middlemarch.eth**  22-May-22 06:11 PM
Actually @hwonder I don't think I understand that lib
Maybe "Cool Virtual" is the way to go after all
Never midn they don't do window scrolling
https://github.com/danbovey/react-infinite-scroller

GitHub - danbovey/react-infinite-scroller: ♾ Infinite scroll compon...
♾ Infinite scroll component for React in ES6. Contribute to danbovey/react-infinite-scroller development by creating an account on GitHub.

Ok so mayb ethis

**hwonder**  22-May-22 06:45 PM
this last lib seems best
im testing around it

**middlemarch.eth**  22-May-22 06:47 PM
Yeah I think I have something
Let me push a branch
https://github.com/RogerPodacter/RRBAYC/pull/33
Take a look
Works quite fast!
Same issue as the virtual one except now it's the user's fault for putting too much in the DOM
Also we can use flexbox

**hwonder**  22-May-22 06:51 PM
merge it!

**middlemarch.eth**  22-May-22 06:52 PM
Lol it's a work in progress!! How can I merge to main this is insanity
Ok I do it

**hwonder**  22-May-22 06:52 PM
i can merge if u want
either way

**middlemarch.eth**  22-May-22 06:52 PM
I did it
It's fun to click that button

**hwonder**  22-May-22 06:53 PM
reciting the new modules prayer... 🙏
plz no break
its lightening
GREASE LIGHTING !

**middlemarch.eth**  22-May-22 06:58 PM
Lmao
sick😂
And here is the cherry on top...



**hwonder**  22-May-22 06:59 PM
hahahahah

**middlemarch.eth**  22-May-22 06:59 PM
This way no one can complain that they can't see all the apes!
WE SHUFFLE IT
Honestly this is what the user shuld see when the land on the site
Not some big text thing
SORRY to cross Ryder on this one!

**hwonder**  22-May-22 06:59 PM
hahahah

**middlemarch.eth**  22-May-22 06:59 PM
Just full bleed images
Like that's sick
It's deconstructing the thing
Seeing all of them renders them meaningless to e
It's just colors
I like that lime green bg tho
The disclaimer ALOS sick
That's where to put the text IMO
Like right when the user is about to buy
It's funny to try to stop them from buying
Not at the door tho
IDK
ANwyay le tnee push this
Ok pushed
I have to step away for a few for dinner

**hwonder**  22-May-22 07:03 PM
cool

**middlemarch.eth**  22-May-22 07:03 PM
But I think we are making good progress
!

**hwonder**  22-May-22 07:03 PM
im styling and we can approach testing

> **middlemarch.eth** But I think we are making good progress
**hwonder**  22-May-22 07:03 PM
yes! that hardest part done.
infi scrool !
hahahhaha

**hwonder**  22-May-22 07:13 PM
👋 bye grids ...

**hwonder** 22-May-22 07:22 PM
onyl reason not to bump edges is need number



if number taken... it to is faded out

**middlemarch.eth** 22-May-22 07:28 PM
Could the number overlay?
The image?

**hwonder** 22-May-22 07:28 PM
then we would need to check them all maek sure they can be seen
but they very muhc could

**middlemarch.eth** 22-May-22 07:29 PM
Like top left maybe
A small black square w white text of number?
There's nothi kg up there
Would be cool to be super clean idk
Also I wonder if we should cut off the rounded corners from the images
Or does Ryder like them

**hwonder** 22-May-22 07:30 PM
the apes also do have border round

**middlemarch.eth** 22-May-22 07:30 PM
I hate them
True
Rounded looks good when you are seeing 1 IMO but in grid I think it looks weird
But the last screenshot you posted is good so we could just do that for now to be simple

**hwonder** 22-May-22 07:32 PM
i'll do it up... and have a class on it

different blend modes
not sure

JTX-801.00102



**middlemarch.eth**  22-May-22 07:30 PM
Looks sick to me!

**hwonder**  22-May-22 07:35 PM
going to elevate

**middlemarch.eth**  22-May-22 07:39 PM

**hwonder**  22-May-22 07:40 PM
overlay it is
done deal!

**middlemarch.eth**  22-May-22 07:40 PM
Yes!!!
Ryder likes it!
Phew
glad I don't have to threaten to quit

**hwonder**  22-May-22 07:49 PM

yes, pretty fresco

**middlemarch.eth**  22-May-22 07:50 PM
Booooommmm
Love it
Maybe a little higher contrast but this is sweet

**hwonder**  22-May-22 07:51 PM
have to do the top ones now (in cart)

its nice



6067 said it's fffffffffffffhhhhhh ire [

**middlemarch.eth**  22-May-22 03:58 PM
Lol yeah I guess that's one of the "Phoneme"s. I need to learn the traits!

**hwonder**  22-May-22 07:59 PM

tightened space... but a nice vibe
well played

**middlemarch.eth**  22-May-22 08:00 PM
Looks amazing!
Damn ppl are going to like playing with this I think

**hwonder**  22-May-22 08:00 PM
yes.
this is gonna take attention of the goblins

**Pauly Shore**  22-May-22 08:28 PM
> middlemarch.eth Damn ppl are going to like playing with this I think
Absolutely

**Pauly Shore**  22-May-22 08:28 PM
> hwonder This is gonna take attention of the goblins
Yeah it is
This is minesweeper on crack

**hwonder**  22-May-22 08:35 PM

might be the only one I can dig

is that a dress....
wtf ?!?!
commited latest
next test?

**middlemarch.eth**  22-May-22 08:38 PM
Finishing up dinner and then boom!

**middlemarch.eth**  22-May-22 08:55 PM
Ok I'm back in the game
Let me pull in your changes an dlook

**hwonder**  22-May-22 09:00 PM



general... need to push data in

**middlemarch.eth**  22-May-22 09:02 PM
This looks great!
It's still a bit overflow-y on left and right bc of the hack we're using to make it full-width
I will look at that

**hwonder**  22-May-22 09:03 PM
let me take look

**middlemarch.eth**  22-May-22 09:03 PM
Also the buttons to randomize should be sticky IMO
So you can always click
I will check that

**hwonder**  22-May-22 09:07 PM
im going to be afk  (edited)
for a bit
need a few mental moments

**middlemarch.eth**  22-May-22 09:08 PM
👍
🔥 1

○ hwonder  is that a dress....
**Pauly Shore**  22-May-22 09:13 PM
Yes those are so demeaning and weird

○ hwonder  need a few mental moments
**Pauly Shore**  22-May-22 09:14 PM
Take your time sir!

**middlemarch.eth**  22-May-22 09:18 PM
Boooommm

Sticky buttons

**Pauly Shore**  22-May-22 09:24 PM
🔥🔥🔥
Where are we at in our process gents?
How are we feeling?
Vibe check!

**middlemarch.eth**  22-May-22 09:32 PM
1 sec

**middlemarch.eth**  22-May-22 09:42 PM
OKAY
The front end is looking pretty cool now!
Want to see it?

**Pauly Shore**  22-May-22 09:42 PM
Yes give me 10 min

yo yo

ready!

📞 **middlemarch.eth** started a call that lasted 34 minutes.  22-May-22 09:46 PM

**Pauly Shore**  22-May-22 10:36 PM
It's gonna be a moment tom it sorry

I have to butter them up a bit

**middlemarch.eth**  22-May-22 10:39 PM
Haha

Im' ready

**Pauly Shore**  22-May-22 10:40 PM
we are gonna add you

**middlemarch.eth**  22-May-22 10:40 PM
Oh wow on Discord

I thought this was the gram

Ok boom

📞 **middlemarch.eth** started a call that lasted 78 minutes.  22-May-22 11:00 PM

**Pauly Shore**  22-May-22 11:03 PM
https://twitter.com/ryder_ripps/status/1528568791872860160?s=20&t=xACaLPUCyJRdVfW4kd8TBA

RYDER-RIPPS.ETH ( @ryder_ripps)
OTC orders of RR/BAYC and in 4 hours - midnight pst

🐦 Twitter · 22-May-22 10:49 PM

**middlemarch.eth**  22-May-22 12:10 AM



**Pauly Shore**  23-May-22 12:23 AM
@hwonder i want to get your order in

**Pauly Shore**  23-May-22 12:44 AM
Thank you guys both for an amazing day!

Goodnight

@hwonder please leave your otc order in the telegram chat with Ryder

I tagged you

**hwonder**  23-May-22 12:45 AM
💯

👍 1

**Pauly Shore**  23-May-22 12:50 AM
It's unclear what he means by this to me but the only thing ryder said was:

"id say just make ape id part more narrow...match size of other buttons"

Besides that

We love it

I think besides that it is pretty much locked

⤷ 🔴 Pauly Shore "id say just make ape id part more narrow...match size of other buttons"
**hwonder**  23-May-22 12:51 AM
small style change

⤷ 🔴 hwonder small style change
**Pauly Shore**  23-May-22 12:51 AM
Yes

Hopefully easy

I just didn't know what he meant myself in terms of the specific change

If you do...good!!!

😂

Gn my g!

See you in the am





**Pauly Shore** 23-May-22 10:12 AM
Yes!!!
We will lock the mint total@today before we proceed
Should be a few hours

**middlemarch.eth** 23-May-22 10:10 AM
👍

> middlemarch.eth Wow is this true??

**hwonder** 23-May-22 10:35 AM
this is very true
👍 1

**Pauly Shore** 23-May-22 10:36 AM
Gm Gm (edited)
Today is gonna be LIT!!!!!!!!!!!!

ITS

**hwonder** 23-May-22 10:39 AM
**100**

**middlemarch.eth** 23-May-22 10:39 AM
Some todos as I see it:

1) Contract strategy (failsafe) and audit
2) Error handling for when tx fails
3) Tighten up availability checking (maybe do tokenURI at check out?) to limit failed transactions
4) Finalize already-minted list and then reserved list (reserved list takes 2 seconds once we have the already minted list)
5) Deploy contracts and migrate data asap (this could take longer than we expect, always good to leave extra time). We can "pause" the contract once deployed to prevent reservatoins
6) Mobile minting testing (this is maybe actually #2)
7) End-to-end live test w Ryder
👍 1

**hwonder** 23-May-22 10:41 AM
re: #3... using a hook & a memory instance in contract, no?

**middlemarch.eth** 23-May-22 10:42 AM
Meaning we're looking at the events, correct? Not sure what you mean by memory instance. My thinking was that our current method is perfect for browsing but can be slightly behind a straight existence check at the last second (edited)
But if we're "close enough" then it might not be worth focusing on until it becomes a problem
Failed tx isn't the end of the world

**hwonder** 23-May-22 10:43 AM
failed tx isn't end of world... demand will be there ... people will want same (rarer) things
😎 1

**middlemarch.eth** 23-May-22 10:43 AM
True, ok we forget about that for now
Hopefully the aggressive ppl request 6 and at least 1 is reserved (edited)
Ok so then (1) and (2) I think are good to start with
Maybe I can take a look at (2) and give you a chance to look at (1)? Or want to go over (1) together?
I guess we should say exactly what we want to do with the failsafe also as the first step
Like do we want it to literally just say "any admin can withdraw the full balance at any time"
Or it could say like "after 30 days any admin can withdraw everything"
But then that condition adds room for error

**hwonder** 23-May-22 10:47 AM
no conditions... conditions create risk

**middlemarch.eth** 23-May-22 10:47 AM
True! Argh if I were a nerd programmer customer of this I would want to see conditions haha
I need to get out of that mindset

**hwonder** 23-May-22 10:48 AM
this is different case. its ULTRA RARE

**middlemarch.eth** 23-May-22 10:48 AM
So we just say "ok, there is the normal withdraw function, expect us to use that, if we use the failsafe you will know something is wrong and you will see the history, and we will be able to explain"
BTW I did find a bug in this vein haha
We have a fallback to receive eth and there was no way to get that out of the contract
Unlikely to become an issue but still the type of scary thing
Anyway I fixed that

```
function failsafeWithdraw() external onlyRole(DEFAULT_ADMIN_ROLE) {
    uint currentBalance = address(this).balance;

    Address.sendValue(payable(msg.sender), currentBalance);

    emit FailsafeWithdraw(currentBalance);
}
```

**hwonder** 23-May-22 10:58 AM
BOOM
require(payable(msg.sender).send(address(this).balance));
im the one liner but same thing

**middlemarch.eth** 23-May-22 11:01 AM
Ah yes true I'm not checking for whether it succeeds tho if the failsafer fails I don't want to know...
But let's go with your version

**JTX-801.00108**



hwonder  require(payable(msg.sender).send(address(this).balance)); on the one liner but same thing

**hwonder**  23-May-22 11:02 AM
i've used this in production on project with LOT of money withdrawn

```
function withdrawAll() public onlyOwner {
    uint256 balance = address(this).balance;
    require(balance > 0);
    _widthdraw(creatorAddress, address(this).balance);
}

function _widthdraw(address _address, uint256 _amount) private {
    (bool success, ) = _address.call{value: _amount}("");
    require(success, "Transfer failed.");
}
```

I also use this one, pretty regularly to withdraw eth, its a bit more bloat for sure

**middlemarch.eth**  23-May-22 11:03 AM
Yeah that's the .call() thing which is the approach Address.sendValue uses also
I put in yours whichh uses send() (edited)
IDK the difference really
Something with gas limits (edited)

**hwonder**  23-May-22 11:03 AM
library nuance really

**middlemarch.eth**  23-May-22 11:04 AM
BOooom
So I think we're good then
I merged

**hwonder**  23-May-22 11:05 AM
(side note: open sea struggling... curious if people will really use seaport?)

**middlemarch.eth**  23-May-22 11:06 AM
Which is seaport?

**hwonder**  23-May-22 11:06 AM
quasi open source open sea

**middlemarch.eth**  23-May-22 11:06 AM
Also I added the todos to the meme doc as a starting point: https://docs.google.com/document/d/1aUqXMODayiq67qKdYeqmQGhnSEo70fTUa_wocuzGWfs/edit

**Ape Minting Workflow**
Launch Todos: Contract audit Error handling for when tx fails
Finalize already-minted list and then reserved list (reserved list
takes 2 seconds once we have the already minted list) Deploy
contracts and migrate data asap (this could take longer than we
expect, always good to leave extra time)...

You mean to create your own marketplace?

hwonder  middlemarch.eth  You mean to create your own marketplace?

**hwonder**  23-May-22 11:07 AM
quasi

**middlemarch.eth**  23-May-22 11:07 AM
Oh wow Googling this seems pretty cool!
Like a drop-in way to do ERC20 transactions and swaps etc?
Tho can OS censor you I guess or is it truly open
Would we consider this for our marketplace?

**hwonder**  23-May-22 11:09 AM
no
i don't trust it yet

**middlemarch.eth**  23-May-22 11:10 AM
True, would be cool to deliver something that has wETH bidding etc which I'm less familiar with now (versus the NLL one which does not), but I'm sure we can find a different starting point to copy / paste from
Not everything can be a Punk deriv I guess haha
So what's next from here; I can look at the front end error-handling situation, I can check mobile, the data import stuff I feel pretty good about once we get the info
What do you feel

**hwonder**  23-May-22 11:12 AM
at very second i am error handling user cancel tx
and was going to fire up webhook (which i can punt ot later) (edited)
we can do contract walk

**middlemarch.eth**  23-May-22 11:13 AM
👍

**hwonder**  23-May-22 11:16 AM
these are nice HUDs ...



**hwonder** 23-May-22 02:46 PM
new Date(....)

**hwonder** 23-May-22 03:25 PM
Date.UTC(....)

**Pauly Shore** 23-May-22 03:25 PM
https://twitter.com/flatpunks/status/1528817034473226241?s=21&t=wsMj7uO9mkNHbt0omfsKw

> FlatPunks.eth (@FlatPunks)
> @axidenf4i @jsobos_efik @PaulyO: @Jdofcolumbo @raywaveth @J3FFJuNK
> @BloomCapital They are pumping his own auctions.
> Ryder has 10% royalties on RR/BAYC on Foundation & written into the contract.
> His wallet has 13 ETH in it.
> He is scamming all those fools in broad daylight.
> 🖼 Image
> 🐦 Twitter • 23-May-22 03:15 PM

Lolllll

**hwonder** 23-May-22 04:14 PM
https://twitter.com/lasvegaslocally/status/1528791397040JR038407x=21&t=IEltKwoTkGFST1fvlOniiq

> Twitter 🛎 Las Vegas Locally 🎰
> 'It's a boned ape!'
> https://t.co/MbASDtiI8u
> 🐦 Twitter • 23-May-22 01:42 PM

👍 1

EDC

**Pauly Shore** 23-May-22 04:15 PM
Wow lol

**hwonder** 23-May-22 04:19 PM



**hwonder** 23-May-22 04:26 PM
1. Explore apes
2. Shuffle or random selection to make exploration more accessible
3. Adding selections to RSVP (no longer says cart, says rsvp)
4. Subtle prompt indicating selection
5. Complete tx based on selections *.15
6. Open wallet, complete tx
7. Notification on success (we also handle error or user cancel)
8. RSVP success message
9. Adding new RSVPs to users total list of RSVPs

note: total list of RSVPs is loaded on page load keeping tracking for user

👍 1

**hwonder** 23-May-22 04:43 PM
Go Live Checklist:
1. Final inspection of IDs
2. Confirm 500 random IDs
3. Create final list of OTC + 500 Random Reserved
4. Deploy Contract to Prod
5. Verify Contract for Transparency
6. Deploy web to staging (random domain)
7. Test integrations with production contract  (rsvp, rsvp fulfillment , withdraw, emergency withdraw)
8. Seed previous IDs into contract (from step 3)
9. Deploy web to Production
10. Update DNS for new production server
11. Live (edited)

👍 1

**Pauly Shore** 23-May-22 04:48 PM
LPGGGG

his assistant is getting through the mint faster than anticipated

it should be done in 1.5 hrs i expect

rough estimate

**middlemarch.eth** 23-May-22 04:52 PM
Great!!

**hwonder** 23-May-22 04:52 PM
pauly can u hop in phone real quick

on this call

@Pauly Shore

**Pauly Shore** 23-May-22 04:59 PM




**Pauly Shore** 23-May-22 05:59 PM
hey gang
@hwonder @middlemarch.eth
i am wondering if ryders assistant can mind out the remainder that he has to fill for OTCs
and then he can finish transferring them after that
so we can move on with our locking of the contract

📞 **Pauly Shore** started a call that lasted 1 minutes.  23-May-22 06:00 PM

**middlemarch.eth** 23-May-22 06:03 PM
I think this is fine; i.e., that Ryder or his assistant can transfer them at any time and just we need the list of minted ids and ape ids to seed the contract but good to have a quick @hwonder sanity check

**Pauly Shore** 23-May-22 06:03 PM
we love the sanity check

**hwonder** 23-May-22 06:06 PM
exactly

📞 **Pauly Shore** started a call that lasted 0 minutes.  23-May-22 06:22 PM

**Pauly Shore** 23-May-22 06:22 PM
Accidental

**hwonder** 23-May-22 06:22 PM
cool

**Pauly Shore** 23-May-22 06:22 PM
@hwonder did you get a chance to call ryder yet?

**hwonder** 23-May-22 06:23 PM
i didn't yet, was speaking with my wife

**Pauly Shore** 23-May-22 06:23 PM
No sweat!
Would you mind giving him a ring when you free up?

**hwonder** 23-May-22 06:24 PM
yes. i'll fire up now
👍 1

**middlemarch.eth** 23-May-22 06:31 PM
Also I don't think Ryder even needs to mint everything
He just needs to say what he intends to mint
So we can present ppl from reserving them
↪ Pauly Shore

**Pauly Shore** 23-May-22 06:32 PM
Ok
His assistant is working on it now

↪ **middlemarch.eth** He just needs to say what he intends to mint
**Pauly Shore** 23-May-22 06:35 PM
If he can tell you how many remain to mint we will be good yeah?

**middlemarch.eth** 23-May-22 06:36 PM
Not how many, what ape ids
From the original collection I mean

**Pauly Shore** 23-May-22 06:36 PM
I think it will be a mess

**middlemarch.eth** 23-May-22 06:36 PM
Ok so we wait
That's fine too

**Pauly Shore** 23-May-22 06:36 PM
That is a better solution

**hwonder** 23-May-22 06:36 PM
a google sheet would solve it..

**Pauly Shore** 23-May-22 06:37 PM
If you can give me specific simple instructions for his assistant then yes
But if not
I think we run the risk of confusion and chaos
Because of his assistant etc
More last minute changes = more potential mistakes
Imo
Let me know the ask and I can coordinate

**middlemarch.eth** 23-May-22 06:38 PM
What's the eta on the mint now?
If we proceed w the current plan?
Roughly speaking

**Pauly Shore** 23-May-22 06:38 PM
90 min I think
Maybe less
If you tell me what to ask him re id numbers and a googke@sheet
I will be able to help more

**middlemarch.eth** 23-May-22 06:40 PM



#8824

That's the BAYC id

**Pauly Shore** 23-May-22 06:40 PM
Kk

**hwonder** 23-May-22 06:40 PM

| To address | BAYC ID |
|---|---|
| 0x...123 | 98 |
| 0x...123 | 98 |
| 0x...abc | 4267 |

**middlemarch.eth** 23-May-22 06:40 PM
It's fine if there are duplicate BAYC ids, we can filter that out. But we don't want to offer for rsvp one that will be minted

**hwonder** 23-May-22 06:41 PM
i deleted because i thought you were communizing something different ... didnt want to cause confusion

**middlemarch.eth** 23-May-22 06:41 PM
So important to give us all the BAYC ids we shouldn't do
You call on how to play it, Pauly
Of course
If we coudl move faster without causing problems it's worth something
👍 1

**Pauly Shore** 23-May-22 06:41 PM
Right on

**middlemarch.eth** 23-May-22 06:41 PM
But 90 mins isn't the end of the world, tho if it drags...
Unknown unknowns, etc

**Pauly Shore** 23-May-22 06:42 PM
This is what I need
A list of what you ask
That I can deliver to a 15 year old
In simple terms.

**middlemarch.eth** 23-May-22 06:42 PM
Are they minting from the tool?
Or from Foundation?

**Pauly Shore** 23-May-22 06:42 PM
Yes
No im not sure

📞 **Pauly Shore** started a call that lasted 4 minutes. 23-May-22 06:41 PM

**hwonder** 23-May-22 06:43 PM
if there still are mints OTC remaining ... we need the orders of what remain (chain tracks everything else)
👍 1

| To address | BAYC ID |
|------------|---------|
| 0x...123 | 98 |
| 0x...123 | 98 |
| 0x...abc | 4267 |

**Pauly Shore** 23-May-22 06:46 PM
https://twitter.com/ryder_ripps/status/1528868419482767361?s=21&t=HeT5V87H68WDGCgGMx3-5A



RYDER-RIPPS.ETH (.ryder_ripps)

when the new site drops, collectors will be able to make requests and reserve works directly on it! this will help current issues of people getting front run and the shit show of people requesting the same number

🐦 Twitter • 23-May-22 06:40 PM

❤️ 1

**middlemarch.eth** 23-May-22 06:46 PM
Instructions:

1) When mint a new RRBAYC you put the bored ape id into this box

2) We need to make sure that when people use the new RSVP system they do not reserve an ape that has already been taken

3) We can get the bored ape ids of all previous mints, but it would help if you could tell us the bored ape ids of the mints you plan to do



My explanation #WIW
Again, happy to wait if this change will lead to a higher stress level overall

**Pauly Shore** 23-May-22 06:47 PM
Ok

📞 **Pauly Shore** started a call that lasted 34 minutes. 23-May-22 06:51PM

**Pauly Shore** 23-May-22 07:00 PM
How do you want the ape IDs formatted

**middlemarch.eth** 23-May-22 07:00 PM
Just the number

**Pauly Shore** 23-May-22 07:00 PM
Thanks

**middlemarch.eth** 23-May-22 07:00 PM
No "#" or comma or aything

👍 1

**Pauly Shore** 23-May-22 07:02 PM
Just a list in a google sheet right

**middlemarch.eth** 23-May-22 07:02 PM
Correct

**Pauly Shore** 23-May-22 07:19 PM
List incoming

**Pauly Shore** 23-May-22 07:28 PM
https://docs.google.com/spreadsheets/d/1mHD8Grj6LjweeWLFQCfck6Gn3w2zw4scsrsDLz77BPU/edit?usp=sharing

**Google Sheets - create and edit spreadsheets online, for free.**
Create a new spreadsheet and edit with others at the same time – from your computer, phone or tablet. Get stuff done with or without an internet connection. Use Sheets to edit Excel files. Free from Google.

**middlemarch.eth** 23-May-22 07:30 PM
Need accesss (edited)

**Pauly Shore** 23-May-22 07:30 PM
Told this assitant thanks!

❤️ 2

**hwonder** 23-May-22 07:31 PM
excellent !!

**Pauly Shore**  23-May-22 07:34 PM
Try now

**middlemarch.eth**  23-May-22 07:34 PM
In! (edited)

📞 **middlemarch.eth** started a call that lasted 165 minutes.  23-May-22 07:35 PM

**hwonder**  23-May-22 07:36 PM
be on it 2 mins

**middlemarch.eth**  23-May-22 07:41 PM
@Pauly Shore could you jump in for a moment?

**hwonder**  23-May-22 08:09 PM
8200 - not minting

**Pauly Shore**  23-May-22 08:11 PM
Yes

**middlemarch.eth**  23-May-22 08:23 PM
@here IT'S ALIVEEEE https://rrbayc-v2.netlify.app/
STILL NEED TO TEST IT
But it's getting much closer

**Pauly Shore**  23-May-22 08:26 PM
soooooo dank
you guys are geniuses.
incredible.

**hwonder**  23-May-22 08:29 PM



houston...
☑ change 'add to cart' to 'add to reservation'
👍 1

**hwonder**  23-May-22 08:47 PM
apesRSVPuser.length > 0

conditioned on page refresh

**middlemarch.eth**  23-May-22 08:50 PM
@Pauly Shore need to understand from Ryder what the Twitter social image and text should be

**Pauly Shore**  23-May-22 08:50 PM
Ok
Have a small revision of the main large body of text as well

**middlemarch.eth**  23-May-22 08:51 PM
✅

**hwonder**  23-May-22 08:51 PM
https://cards-dev.twitter.com/validator

Login on Twitter / Twitter





What should this image be

What should this text be

 **Pauly Shore** 23-May-22 08:53 PM

thanks

 **Pauly Shore** 23-May-22 09:57 PM

On June 14th, 2021 I minted CryptoPunk #3100 (https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum Blockchain, an image whose token sold for a record $7.58M USD on March 11th, 2021.

My Alien 3100 mint tested the boundaries and meaning of digital images within a new paradigm of IP law, copyright, computer generated images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received a Digital Millennium Copyright Act (DMCA) (https://foundation.app/@ryder_ripps/foundation/551151) notice from the original creator: LarvaLabs LLC. I successfully countered the DMCA and 3100 was subsequently re-listed, sending a strong message that you can't copy an NFT. (https://foundation.app/@ryder_ripps/foundation/601121)

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and ownership. Provenance has always been the definitive aspect in establishing an artworks meaning and value. The technology of NFTs is widely misunderstood, in its greatest form, it enables an immutable trace of origin in time to the creator of a digital work.

**CryptoPunk #3100 | Foundation**
Link

**Larva Labs LLC. Takedown Notice Email | Foundation**
LFG

**CryptoPunk #3100 – Rebirth | Foundation** 
After fighting a DMCA notice served to me by Larva Labs on July 1st 2021, I won and on July 16th, Foundation reinstated my work (CryptoPunk #3100) – unequivocal...

Since December of 2021, I have been investigating the most valuable NFT project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through months of intensive research within my community, myself and others have discovered extensive links to 4chan subversive troll culture. You can read the findings at http://GordonGoner.com, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of remint, the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFT to change meaning, establish provenance and evade censorship.

RR/BAYC use satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the nature of NFT. The work is an extension of and in the spirit of other artists who have worked within the field of appropriation art. (https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was been delisted from the platform Foundation marketplace on May 17th 2022 when Yuga Labs sent a DMCA take down request, two hours later Yuga Labs LLC has formally withdrawn their initial DMCA takedown request (EMBED LETTER JPG HERE), perhaps siding with me that this is fair use. The current terms of ownership from Yuga Labs LLC to BAYC holders are unclear and do not meet current Copyright standards in several respects. Defining what we are buying with an NFT is one of the goals of this artwork.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at rrbayc@protonmail.com

**Appropriation (art)** 
Appropriation in art is the use of pre-existing objects or images with little or no transformation applied to them. The use of appropriation has played a significant role in the history of the arts (literary, visual, musical and performing arts). In the visual arts, to appropriate means to properly adopt, borrow, recycle or sample aspects (or th...

the words in parentheses should be a hyperlink "art"

 **hwonder** 23-May-22 09:58 PM

this is too long

remember, mobile frist

meta mask mobile is where we're going to see most activitiy

this is a doom scroll (edited)



this is how much text right now... and it's less text

**middlemarch.eth**  23-May-22 10:01 PM
What about after a screen on mobile the rest you have to click a "read more" link to see?

It wouldn't take you to a new page of course, but would expand the rest of the text inline.

● hwonder  this is too long

**Pauly Shore**  23-May-22 10:09 PM
copy that

can we make the line height less on mobile?

and we need the paragraph breaks

**hwonder**  23-May-22 10:11 PM
yes

**Pauly Shore**  23-May-22 10:11 PM
ryder likes the text

im on the phone with him right now finalizing this stuff

and he is working on logo designs for the card

**middlemarch.eth**  24-May-22 10:11 PM
And "EMBED LETTER JPG HERE"?

**Pauly Shore**  23-May-22 10:13 PM
whats that?

**middlemarch.eth**  23-May-22 10:14 PM
https://rbayc-v2.netlify.app/

Here's the latest

[long body text block]

Please have a look at the works available and reserve what you like.

I you have any questions feel free to contact me at rbayc@protonmail.com

**hwonder**  23-May-22 10:14 PM
which line height for mobile

**20px**        **22px**        **24px**

**Pauly Shore**  23-May-22 10:15 PM
Asking

20

Thank you H!

**middlemarch.eth**  23-May-22 10:16 PM
And the embed jpg meme

From my image

**Pauly Shore**  28-May-22 10:59 PM
Card text

Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork

Can we jump in the tg with ryder for a moment

☎ **Pauly Shore** started a call that lasted 41 minutes.  23-May-22 10:58 PM

**JTX-801.00117**







**middlemarch.eth** 24-May-22 01:53 AM
@Pauly Shore we did the mint button!
Should we show it to you / Ryder?
Also did you reserve? Or was tha tsomoen else?

**middlemarch.eth** Also did you reserve? Or was the tsomoen else?

**Pauly Shore** 24-May-22 01:58 AM
I did not

**middlemarch.eth** 24-May-22 01:58 AM
Then that is quite curious!

**Pauly Shore** 24-May-22 02:01 AM
https://twitter.com/xrppossum/status/1528970769111273472?s=21&t=EfzBd8DDHjtH48efzaU6kg



A Conceptual Artwork NFT"

**Pauly Shore** 24-May-22 02:13 AM
Thank you fellas for a great day today!

**middlemarch.eth** 24-May-22 02:14 AM
It was fun!

**Pauly Shore** 24-May-22 02:14 AM
Yes

**middlemarch.eth** 24-May-22 02:14 AM
Argh I wish the final demo worked haha

**Pauly Shore** 24-May-22 02:14 AM
I'm quite tired

**middlemarch.eth** 24-May-22 02:14 AM
The events!

**Pauly Shore** 24-May-22 02:14 AM
It's no worries too
Tom

**middlemarch.eth** 24-May-22 02:14 AM
We'll fix it tomorrow

**Pauly Shore** 24-May-22 02:14 AM
We will fix it first thing
Yes



**hwonder** 24-May-22 02:14 AM
rest.
1... events / sync
2.... topics / alenchmy
3.... final copy updates
amazing!

**middlemarch.eth** 24-May-22 02:14 AM
BOOOOMMMM

**Pauly Shore** 24-May-22 02:14 AM
Is it an issue if oeoooe figure out the contract
Peolfe*
People

**hwonder** 24-May-22 02:15 AM
the contract isn't verified yet (or shouldbt be at least)

**Pauly Shore** 24-May-22 02:15 AM
Ryder asked in the Tg

**middlemarch.eth** 24-May-22 02:15 AM
Contract is not verified

**hwonder** 24-May-22 02:15 AM
so they wouldbt be able to unterface

**middlemarch.eth** 24-May-22 02:15 AM
I deletd rrbayc.com

**Pauly Shore** 24-May-22 02:15 AM
Ks
But the contract
Please respond to him in Tg
Before we call it

**JTX-801.00120**

**middlemarch.eth**  24-May-22 02:18 AM
Ok contract is paused, no one can create new requests (tho it was unlikely otherwise anyway)
Night night!!
TTYL

**Pauly Shore**  24-May-22 02:18 AM
Great!!!

**middlemarch.eth**  24-May-22 02:18 AM
🤙🤙

**Pauly Shore**  24-May-22 02:19 AM
Goodnight ser

**hwonder**  24-May-22 02:19 AM
good night . I'm going to write api and then pass out

**Pauly Shore**  24-May-22 02:20 AM
Let's get a good nights rest for sure!
The marathon continues!
🙌🙌🙌

📞 **Pauly Shore** started a call that lasted 0 minutes.  24-May-22 09:01 AM

**Pauly Shore**  24-May-22 09:01 AM
gm gm!

**middlemarch.eth**  24-May-22 09:02 AM
Hiiii!!

**Pauly Shore**  24-May-22 09:02 AM
how are you tom
I was real tired last night im kinda glad we gave ourselves the extra time!
for today
it will be more fair and we give it a nice amount of time to create more hype around

**middlemarch.eth**  24-May-22 09:04 AM
For sure! Feel much more functional now and less irritable
7pm is also very good time
Not too early not too late!

> 🔵 **middlemarch.eth** For sure! Feel much more functional now and less irritable
**Pauly Shore**  24-May-22 09:04 AM
same here man
its harder when we are past the 12 hour mark of grinding haahaha!
but thanks for being such a champ here,
we are all for sure busting our asses for this
and it really shows in the quality of what we have created in such a short window of time
i really dont think theres anyone else in our space that can do this like us
its quite remarkable to me
WERE THE NAVY SEALS OF JPEGS

**middlemarch.eth**  24-May-22 09:06 AM
Hell yeah!
Lol

**Pauly Shore**  24-May-22 09:06 AM
too hard core lol

**middlemarch.eth**  24-May-22 09:07 AM
How could that be memed

**Pauly Shore**  24-May-22 09:07 AM


**middlemarch.eth**  24-May-22 09:07 AM
Like what is the knife and cut of this
Yeah less violent

**Pauly Shore**  24-May-22 09:07 AM
BAYC: MODERN WARFARE
i dunno ill probably start bragging about how we are the coolest people in crypto after we successfully launch and sell out hahahaha
i think ive called enough shots here for now haha

**middlemarch.eth**  24-May-22 09:08 AM
Haha but we have to do the market first!
1k eth on original ape volume



**middlemarch.eth** Haha but we have to do the market first!

**Pauly Shore**   24-May-22 09:09 AM



**middlemarch.eth**   24-May-22 09:09 AM
Then we brag

**Pauly Shore**   24-May-22 09:09 AM
yeah

**middlemarch.eth**   24-May-22 09:09 AM
Haha

**Pauly Shore**   24-May-22 09:09 AM
marketplace we got that easy
i wannat have this mint tool thing behind us!
then we cruising in a different atmosphere

**middlemarch.eth**   24-May-22 09:09 AM
Yeah true "big bang" launch is always bad lol
I would never do that in web2

**Pauly Shore**   24-May-22 09:09 AM
were in a great position here
for sure

**middlemarch.eth**   24-May-22 09:09 AM
But web3 is diff
Market can be more chill roll out

**Pauly Shore**   24-May-22 09:10 AM
were like the buzz aldrin and neil artmstrongs of web 3
in so far as we are faking a moon landing

**middlemarch.eth**   24-May-22 09:10 AM
Haha

**Pauly Shore**   24-May-22 09:10 AM
using the help of stanley kubrick

**middlemarch.eth**   24-May-22 09:10 AM
Yeah the pressure they must have felt to convincingly fake that

**Pauly Shore**   24-May-22 09:10 AM
hahahaha

**middlemarch.eth**   24-May-22 09:10 AM
Relatable

**Pauly Shore**   24-May-22 09:10 AM
dont fuck this up buzz!!!!
WERE ROLLING



**Pauly Shore** *Click to see attachment* 📧

**Pauly Shore**   24-May-22 09:11 AM
aright im going to chill before i put on my tin foil yarmulke over here
hahahah

**middlemarch.eth**   24-May-22 09:11 AM
Booommm

**hwonder**   24-May-22 09:38 AM
great morning !

**Pauly Shore** 24-May-22 09:39 AM



**hwonder** 24-May-22 10:00 AM
my son is beast mode !

https://twitter.com/hwonderofworld/status/1529102070766153728?s=21&t=pvuNZsvE8IvIDbDMZRhV7Q

> **hwonder.eth ⬥** (@hWonderofWorld)
> gm !
>
> 🐦 Twitter • 24-May-22 10:08 AM

👍 1

13

👍 1

that detail is nuts

👍 1

**Pauly Shore** 24-May-22 10:10 AM
He is the PHUTURE

**middlemarch.eth** 24-May-22 10:14 AM
Damn the lasting influence of the LL bros!

👍 1

Very cool
What software?

**middlemarch.eth** 24-May-22 10:27 AM
Ok I
'm going to dig into this admin UI
Try to have it not crash Ryder's browser
On a bigger level we are going to run into issues with trying to re-create the state of the contract from the events for things like making the list of reserved apes go down when one is fulfilled as discussed last night but I think I can make some progress here

**hwonder** 24-May-22 10:30 AM
that subtle latency based on those events are problematic for sure

**middlemarch.eth** 24-May-22 10:30 AM
Right—"here are the create RSVP events, here are the fulfill events, how can we make sure both are in sync and subtract one from the other"
Also hard to test
I did a really dumb n' 2 thing last night hhat really blew up in prod
But I think I can  fix

> middlemarch.eth I did a really dumb n' 2 thing last night hhat really blew up in prod

**Pauly Shore** 24-May-22 10:31 AM



**hwonder** 24-May-22 10:41 AM
fyi... i had to extend the Public (view) component
in case you see some dark magic

**middlemarch.eth** 24-May-22 10:46 AM
Ok I will pull

**hwonder** 24-May-22 10:50 AM
going to capture those providers ... they give false negative if not connected

`rrbaycbtn schoolBus seatTakenForrest`

😂 1

this is fun!
not sure you noticed





that is so gud though

**italic or not**

**middlemarch.eth** 24-May-22 11:16 AM
Haha I think not but it's funny
Should we say it's non-transferrable??
Probablhy don't need to
I wish it were transferrable in a way
Sigh

**Pauly Shore** 24-May-22 11:16 AM
Is it redundant to say by purchasing and by reserving again at the end
I think no italics but it's funny yes

**hwonder** 24-May-22 11:16 AM
cool

**Pauly Shore** 24-May-22 11:17 AM
This is such a cool art piece that you guys have created here
This is the real art

**hwonder** 24-May-22 11:17 AM

just hitting on ryders notes
hovers

**Pauly Shore** 24-May-22 11:17 AM
Fire

**hwonder** 24-May-22 11:17 AM

desktop alignments

**middlemarch.eth** 24-May-22 11:17 AM
Ah but did you do the transition: all 1s?
For the background opacity thing

**hwonder** 24-May-22 11:17 AM
will add the transactions

**middlemarch.eth** 24-May-22 11:17 AM
He definitely said that

**hwonder** 24-May-22 11:17 AM



**RR/BAYC**



**middlemarch.eth**   24-May-22 11:17 AM
Wish the due didn't know css

**hwonder**   24-May-22 11:17 AM
click and bring paragrapg back

**Pauly Shore**   24-May-22 11:18 AM
Erase cart / restore text

**hwonder**   24-May-22 11:18 AM
yes. click logo, empty RSVP cart

**middlemarch.eth**   24-May-22 11:18 AM
I think it just has to reload the page to do that
href="/"

⤷   middlemarch.eth I think it just has to reload the page to do that

**hwonder**   24-May-22 11:18 AM
no, I did differently
using useImperativeHandle

**middlemarch.eth**   24-May-22 11:18 AM
Ah yes the "high effort version"
EVen better!

**hwonder**   24-May-22 11:19 AM

```
    <img
    onClick={() => publicViewRef.current.emptyRsvp()}
    src="logo.svg" className="logorr" />
    <div className='rrbayclogotx'>RR/BAYC</div>
```

**middlemarch.eth**   24-May-22 11:19 AM
Higher at least

**hwonder**   24-May-22 11:19 AM
in home...

**middlemarch.eth**   24-May-22 11:19 AM
Why do you need the ref thoi?

**hwonder**   24-May-22 11:19 AM
child

**middlemarch.eth**   24-May-22 11:19 AM
Can't you just setState?
Or am I tripping
I don't TOTALLY understand refs, keep that in mind

**hwonder**   24-May-22 11:19 AM

we're in home...
mintapepublic has conditions that control it's rendering
which has latency

**middlemarch.eth**   24-May-22 11:20 AM
Ohhhh

**hwonder**   24-May-22 11:20 AM
if we nest logo in mistapepublic then screen white

**middlemarch.eth**   24-May-22 11:20 AM
Right we are in a diff component



**hwonder**  24-May-22 11:20 AM
exactly.

```
function MintApePublic({loadWeb3Modal}, ref) {
    const { readContracts, injectedProvider, address } = window
```

**middlemarch.eth**  24-May-22 11:20 AM
Right so imperative is just "clear it now, no state, just do it"

**hwonder**  24-May-22 11:21 AM
so..

1. we turn to normal func
pass ref in func

2... we ref those window objs top of func (removed the redundancies)

3... and then export with a forward

```
}

export default React.forwardRef(MintApePublic)
```

**middlemarch.eth**  24-May-22 11:22 AM
Damn ANOTHER ref meme
forwardRef

**hwonder**  24-May-22 11:22 AM
so it's can be extended (otherwise we get rekt)

**middlemarch.eth**  24-May-22 11:22 AM
I need to crack open a book on this one

**hwonder**  24-May-22 11:22 AM
hahahah
refs are POWER!

**middlemarch.eth**  24-May-22 11:22 AM
Yeah I like imperative
Takes me back to my jQuery days

**hwonder**  24-May-22 11:23 AM
JQUERY! LFG!

**middlemarch.eth**  24-May-22 11:23 AM
One of the funniest things to me in web dev was when ppl were like (pre react still) "let's get rid of jQuery, you don't need it! Why type $ when you can just do document.querySelectorAll ?"

**hwonder**  24-May-22 11:23 AM
those transactions are in there...

**middlemarch.eth**  24-May-22 11:23 AM
And I was always like uhhh it's a lot shorter?
https://docs.google.com/document/d/1qUgXM00lxylg67qKdYeymQGhn5Eo70fTUa_wocuzGWhs/edit

Ape Minting Workflow
Ryder notes:  Update text from latest RR telegram message
Make the reserved apes small  Center them  Keep the text there
when reserved apes are there  Make sure you can't try to reserve
the same thing twice  Transition background  NEED TO TEST!
Back and with mint button  When your thing is appro...

I typed in some notes from last night

**hwonder**  24-May-22 11:23 AM
document.querySelectorAll wasn't in original spec i believe

**middlemarch.eth**  24-May-22 11:23 AM
We've done a bunch already
Correct, they added it and that was what made ppl dislike jQuery
But it still sucks to type!
And now you don't need it anyway
Because REACT

**hwonder**  24-May-22 11:24 AM
$ = document.querySelectorAll
lol

**middlemarch.eth**  24-May-22 11:25 AM
OSHHHH
No, ppl want to suffer
They will not go for that
IDK why
What does red mean?
In the doc

**hwonder**  24-May-22 11:26 AM
i just seen your method
changing

**middlemarch.eth**  24-May-22 11:26 AM
OSHHHH
Yes perfect
I'm basic

**hwonder**  24-May-22 11:26 AM
a vertical kanban
lol
love it

**middlemarch.eth** 24-May-22 11:26 AM
EXACTLY

So pausing, do we need any additional server api thing or Alchemy or whatever?

Like do we need to change the approach to do this "approved" section on the home page

ANd actually to do this fulfill section FOR REAL

**hwonder** 24-May-22 11:27 AM
im going to give alchemcy api shortly...

needed some small mental wins

**middlemarch.eth** 24-May-22 11:27 AM
To support an arbitrary number of RSVPs

**hwonder** 24-May-22 11:27 AM
before i go back to that dark place

**middlemarch.eth** 24-May-22 11:28 AM
Honestly I think Moralis might help

IDK why I'm always pumkping them

I will check

**hwonder** 24-May-22 11:28 AM
it will... it just can't be trusted as 100% accurate

it VERY MUCH has latency

**middlemarch.eth** 24-May-22 11:29 AM
True, tho with these events now it's almost TOO real time

Or that's not the right word but it's a lot of traffic on the live RRBAYC contract

**hwonder** 24-May-22 11:29 AM
moralis is great, just has latency

so it doesn't exactly solve

**middlemarch.eth** 24-May-22 11:30 AM
True

**hwonder** 24-May-22 11:36 AM



that image

**middlemarch.eth** 24-May-22 11:36 AM
OHHH

He wants it inline?

I thought it was a link

**hwonder** 24-May-22 11:37 AM
yup

nope

**middlemarch.eth** 24-May-22 11:37 AM
Holy sh*t

Wall of text inside a wall of text

😆 1

Galaxy brain sh*t right here

**hwonder** 24-May-22 11:37 AM
that IS the art

**middlemarch.eth** 24-May-22 11:37 AM
"but but no one will read it!!"

Not the point haha

**hwonder** 24-May-22 11:37 AM
exactly

okay... moving into these events now

everything left is mapped to the events (and mint button)

**middlemarch.eth** 24-May-22 11:40 AM
Booooomm

**hwonder** 24-May-22 11:47 AM
something i know i can do in ~2h...

1. stand up strapi as a cache server
2. use alchemy and feed 60 seconds to cache, add new to cache server , track block to reduce rate
3. add socket to react
4. read socket for this alchemy data from strapi cache
5. from client have socket trigger events to run cache script to update (on cart add, etc)
i know this is resolute and not dependent on the web3 session
i used this approach to build a web3 google docs tool



init the socket on page

```
88    useEffect(() => {
89      const s = io("http://localhost:5001")
90      s.auth = { account };
91      setSocket(s)
92
93      return () => {
94        s.disconnect()
95      }
96    }, [])
97

      socket.once("load-orders", order => {
        //do something with the orders
      })
```

and TBH... we can skip the db... and go 100% socket... and flat file / in memory instance to speed up and reduce silent errors

**middlemarch.eth**  24-May-22 11:56 AM
Interesting!
How in this case would we though take the created RSVPs and subtract the fulfilled ones
Would that happen on the client still/
The ideal thing would be something that queries the apeIdxToRSVPsMapping mapping from the contract constantly
And provides an API into that state versus an API into the events
But that's a lot of queries I guess
To get all 10k
I wish I had done a contract-side pagination thing, o well

**hwonder**  24-May-22 12:00 PM
we'd be rolling up the events log into one set of calls

**middlemarch.eth**  24-May-22 12:02 PM
And the logic to do that would live in Strapi

**hwonder**  24-May-22 12:02 PM
we can easily skip strapi
its just a BI

**middlemarch.eth**  24-May-22 12:05 PM
I think this makes sense and would not crash the browser which is good but I worry that we do it and then at the end it's just a littleeeee too slow to be "fun"
Hmmm
Maybe I'll take a crack at just doing this client-side and we also explore the server way
Try testing both
IDK

**Pauly Shore**  24-May-22 12:05 PM
Here comes bitlord

**middlemarch.eth**  24-May-22 12:05 PM
More important to not crash browser or run out of gas in the admin ui

**Pauly Shore**  24-May-22 12:05 PM
https://twitter.com/crypto_bitlord7/status/1529131116661202946?s=21&t=E6xCGwNQUwDNJQiLhDsNSA

Sir Bitlord على تويتر
@ryder_ripps Omg! Can't believe i won 🙌🙌🙌
Uhhh yes sir I would love a dope and rare AF one something mental what can we do?

🐦 Twitter • 24-May-22 12:04 PM

**middlemarch.eth**  24-May-22 12:06 PM
Mr. Next Best Thing himself!
🚨 1

🗨 middlemarch.eth More important to not crash browser or run out of gas in the admin ui
**hwonder**  24-May-22 12:06 PM
then going to write to go direct

**middlemarch.eth**  24-May-22 12:07 PM
Ok I'll try the browser way and we can see how bad that is
The initial focus here ist or the admin ui? Or showing the right list of pending RSVPs
Or is there another thing we need this for
I'lls tart w the admin ui
Keep the boss happy
OR actually the other one is an active bug
Anyway I can figure htis out

**middlemarch.eth**  24-May-22 12:22 PM
Right so you removed all the localProvider references
Will this cause problems when there is no wallet connected?
Or will it just fail silently

**middlemarch.eth**  24-May-22 12:40 PM
https://github.com/RogerPodacter/RRBAYC/pull/52
Okay check it out
I think this might work

**hwonder**  24-May-22 12:43 PM
merge, lets try it...
im deploying a testnet script rn

**middlemarch.eth**  24-May-22 12:44 PM
To test we need to create a lot of reservations I guess
Kind of annoying
I'm setting it up on admin thing now so we can se

**hwonder**  24-May-22 12:45 PM
excelletn
as long as we have redudency we'll be great!





**middlemarch.eth**  24-May-22 01:04 PM
And the wallet is connected and you reserved one

**hwonder**  24-May-22 01:05 PM
yes.

**middlemarch.eth**  24-May-22 01:06 PM
Try doing a console log of `pendingUserReservations`
And `apesUserReserved`
In the main function body
I think the first is already there

**hwonder**  24-May-22 01:07 PM
`pendingUserReservations ▶ []`

**middlemarch.eth**  24-May-22 01:09 PM
And `apesUserReserved`? The suspense is killing me
Might as well do events as well as that's the original source

**hwonder**  24-May-22 01:17 PM
im getting nothing

**middlemarch.eth**  24-May-22 01:17 PM
Events is also empty?
That's very weird I didn't change that part / we were already relying on it before this change

**hwonder**  24-May-22 01:18 PM
`pendingUserReservations ▶ []`
`apesUserReserved ▶ []`

```
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
apesUserReserved 0xF9C2Ba78aE44ba988888e9E827E863d576F261B ▶ (25) [(_), (_), (_), (_), (_), (_)
pendingUserReservations ▶ []
apesUserReserved ▶ []
```

race condition

**middlemarch.eth**  24-May-22 01:23 PM
Is that bc events is getting zeroed out? Or bc of a condition in the reduce

**hwonder**  24-May-22 01:24 PM
you know... im slow

**middlemarch.eth**  24-May-22 01:24 PM
Want to jump on the horn?

**hwonder**  24-May-22 01:24 PM
testnet contrcts these are
i dont have order
FNFNFNFNNFNFNFNF

my brain is mainnet
my env is local

**middlemarch.eth**  24-May-22 01:25 PM
Haha
Yes it's all extremely confusing rn

**hwonder**  24-May-22 01:26 PM
hence the counts
🙂 (edited)

**middlemarch.eth**  24-May-22 01:26 PM
We need to test w rbder oj main
I don't care if he's the client
There's just no other way
He has the keys!

**hwonder**  24-May-22 01:26 PM
pair code may be wise... delicate rn

**middlemarch.eth**  24-May-22 01:27 PM
I'm down!
Let me finish lunch real quick and we can get into it

**hwonder**  24-May-22 01:28 PM
cool
getting hot in that phunkytown ↗↗



**middlemarch.eth** 24-May-22 01:10 PM
Lmao haha you're in there?? I didn't know that!
Yeah I'm in trouble

**hwonder** 24-May-22 01:11 PM
hahahah im the secret meme god

**middlemarch.eth** 24-May-22 01:11 PM
I was joking! But I guess I knew it was a bit risqué...
But rug my phunk borders and there will be risqué action!
But I'll behave from now on
We have bigger fish
Really it's Safari's fault
I don't know why I should have to pay

**hwonder** 24-May-22 01:15 PM
hahahhaah

**middlemarch.eth** started a call that lasted 24 minutes.  24-May-22 01:19 PM

**middlemarch.eth** 24-May-22 01:43 PM
https://rrbayc-v2.netlify.app/

RR/BAYC
Ryder Ripps / Bored Ape Yacht Club: A Conceptual Artwork
NFT.

**hwonder** 24-May-22 01:45 PM

My Fulfilled RR/BAYC Reservations:

Mint Apes (7,030 Remaining)

Select Random          Shuffle Apes

the grail of holys

**middlemarch.eth** 24-May-22 01:46 PM
https://rrbayc-v2.netlify.app/?fulfill

RR/BAYC
Ryder Ripps / Bored Ape Yacht Club: A Conceptual Artwork
NFT.

**Pauly Shore** 24-May-22 02:02 PM
Confirming we have 500 reserved

**hwonder** 24-May-22 02:03 PM
im wrapping those metrics in soapn

> **Pauly Shore** Confirming we have 500 reserved
**hwonder** 24-May-22 02:03 PM
confirmed
👍 1

**Pauly Shore** 24-May-22 02:35 PM
Ryder asking about front end
He is nervous it's not going to sell-it-out

**middlemarch.eth** 24-May-22 02:41 PM
What does he want to know? How can we help

**hwonder** 24-May-22 02:41 PM
its natural to be nervous

**Pauly Shore** 24-May-22 02:42 PM
For sure
He just wants to see the latest push please
Can I let him know
That we are up to date

**middlemarch.eth** 24-May-22 02:44 PM
Give me a few mins? I want to adjust something with the text on the home page

**Pauly Shore** 24-May-22 02:44 PM
Ok great

**middlemarch.eth** 24-May-22 02:47 PM
Basically I'm going to make the words into hyperlinks and get rid of the URLs

images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received a Digital Millennium Copyright Act
(DMCA) (https://foundation.app/@ryder_ripps/foundation/55161) notice from the original creator: LarvaLabs LLC. I successfully countered the
DMCA and 3100 was subsequently re-listed, sending a strong message that you can't copy an NFT
(https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and ownership.
Provenance has always been the definitive aspect in establishing an artworks meaning and value. The technology of NFTs is widely
🔥 2
Look weird with the justified text



**Pauly Shore** 24-May-22 02:47 PM
Perfect
I let him know

**middlemarch.eth** 24-May-22 02:47 PM
I'll give you a link in 4 mins

**Pauly Shore** 24-May-22 02:47 PM
Kk

**middlemarch.eth** 24-May-22 02:55 PM
Ok: https://rrbayc-v2.netlify.app/

> RR/BAYC
> Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT.
> RYDER RIPPS BORED APE YACHT CLUB

He can also check out the new fulfillment page: https://rrbayc-v2.netlify.app/?fulfill

> RR/BAYC
> Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT.
> RYDER RIPPS BORED APE YACHT CLUB

**Pauly Shore** 24-May-22 02:55 PM
Thanks!

**middlemarch.eth** 24-May-22 02:55 PM
Though it is still a work in progress
ANd we hsould sit with him to test at smoe point

**Pauly Shore** 24-May-22 02:56 PM
Yes
How can I phrase work in progress in a positive way
Negativity is not acceptable at this stage Imo
Everything must be framed positively
He will unravel if we are too technical
And negative
This is key.
Imo

**middlemarch.eth** 24-May-22 02:57 PM
We are working on making the design more pleasing, but the functionality is ready to go
Maybe don't even sauy that

**Pauly Shore** 24-May-22 02:57 PM
Thanks!

**middlemarch.eth** 24-May-22 02:57 PM
Just say it's good
Hhaha

**Pauly Shore** 24-May-22 02:57 PM
Ok

**middlemarch.eth** 24-May-22 02:57 PM
Yesterday it crashe dhis browser

**Pauly Shore** 24-May-22 02:57 PM
This.

**middlemarch.eth** 24-May-22 02:57 PM
Now we do need to test

**Pauly Shore** 24-May-22 02:57 PM
For sure

**middlemarch.eth** 24-May-22 02:57 PM
There is no way to deliver him a perfect thing because we cna't test without him

**Pauly Shore** 24-May-22 02:57 PM
When are we ready to test and not scare him?

**middlemarch.eth** 24-May-22 02:58 PM
What do you think, @hwonder
Basically whenever he's feeling the most chill

**Pauly Shore** 24-May-22 02:58 PM
3 hrs till launch

**middlemarch.eth** 24-May-22 02:58 PM
4 no?

**Pauly Shore** 24-May-22 02:58 PM
He will become more and more agitated as we get closer
For sure
4 hrs sorry

**hwonder** 24-May-22 02:58 PM
4:00 launch is in 3 hours
the most important thing to test.... is him clicking the mint button

**Pauly Shore** 24-May-22 02:58 PM
Ok

**middlemarch.eth** 24-May-22 02:59 PM
Yeah let's do it asap

**Pauly Shore** 24-May-22 02:59 PM
I can't do this time zone thing right now

**hwonder** 24-May-22 02:59 PM
tbh... the fullfill logic should be ... if ryder show admin if not ryder show public view

**Pauly Shore** started a call that lasted 243 minutes. 24-May-22 02:59 PM

**hwonder** 24-May-22 02:59 PM
so that he's not mentally wearing both hats







**Pauly Shore** 24-May-22 05:05 PM
Oh boy
It looks great
We need to do a 5 min review together first thing
Tho.
Is that cool?

**middlemarch.eth** 24-May-22 05:01 PM
Sure!JJ

**middlemarch.eth** 24-May-22 05:16 PM
https://docs.google.com/document/d/1qUgXMO0aytg67q4KdYeqmQGhi55Eo70fTUe_wocu2GWfs/edit

**Ape Minting Workflow**
Ryder notes:   NEED TO TEST: Back end with mint button
DONE: When your thing is approved it should go into an
"approved" (or something) section on the main page - (events)
DONE: Make sure you can't try to reserve the same thing twice
(events) DONE: Keep the test there when reserved apes are ...

**Pauly Shore** 24-May-22 05:29 PM
can you push that text in the google doc
we are ready to test now

**middlemarch.eth** 24-May-22 05:29 PM
So you want the text before you test?

**Pauly Shore** 24-May-22 05:29 PM
yes

**middlemarch.eth** 24-May-22 05:29 PM
Ok on it

**Pauly Shore** 24-May-22 06:30 PM
thanks
also, these 3 requests that are in the system, are any of them from us?
if not i will encourage him to cancel them

**middlemarch.eth** 24-May-22 05:37 PM
Ok we're five
Oeri is from me
6473 is mine (exited)

**Pauly Shore** 24-May-22 05:37 PM
ok

**middlemarch.eth** 24-May-22 05:37 PM
The other two we don't know

**Pauly Shore** 24-May-22 05:37 PM
i will mint that

**middlemarch.eth** 24-May-22 05:37 PM
Boom!

**Pauly Shore** 24-May-22 05:39 PM
https://rrbayc-v2.netlify.app/

RR/BAYC
Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork
NFT.

https://rrbayc-v2.netlify.app/?fulfill

RR/BAYC
Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork
NFT.

these are the two links

**middlemarch.eth** 24-May-22 05:39 PM
Correct

**Pauly Shore** 24-May-22 05:40 PM
10 dollars in gas to mint
he screenshotted it
the mm gas part
tom please confirm you received it
@imiddlemarch.eth

**middlemarch.eth** 24-May-22 05:41 PM
Confirmed!
And the id?? The Ryder id?? 2484!! My zombie!
You can't make this up



**Pauly Shore**  24-May-22 05:42 PM
amazing

**middlemarch.eth**  24-May-22 05:42 PM
Boooorrrmmmm!!

**Pauly Shore**  24-May-22 05:44 PM
we just canceled one
contract balance didnt update until i reloaded
it went from .45 to .3 though
after i reloaded
MINT WORKED

**middlemarch.eth**  24-May-22 05:44 PM
BOOOM

**Pauly Shore**  24-May-22 05:44 PM
which is keeeeeeeyyyyyy

**middlemarch.eth**  24-May-22 05:44 PM
ALso it should update without reloading

**Pauly Shore**  24-May-22 05:44 PM



**middlemarch.eth**  24-May-22 05:44 PM
It might be a bit delayed
But yes mint is all we need

**hwonder**  24-May-22 05:44 PM
its all about that mint

**middlemarch.eth**  24-May-22 05:45 PM
Saw ni my screen you canceled the other
WITHOUT RELOADING
There might actually be a bug with the balance updating without reload
BUT IT'S FINE
$5 in gas to reserve btw
VERY good for users

**Pauly Shore**  24-May-22 05:47 PM
are you using cloudflare

**middlemarch.eth**  24-May-22 05:48 PM
We are using Netlify which is not exactly the same thing but will work

**hwonder**  24-May-22 05:48 PM
https://www.netlify.com/security/

**Security at Netlify**
We're trusted by millions of companies and developers to run
secure, performant sites and applications



**Pauly Shore**  24-May-22 05:50 PM
talk in the telegram
pelase
wait
he is going to buy another one from his wallet using the front end now
and do another full test of mint and fulfill

**middlemarch.eth**  24-May-22 05:50 PM
kk

**Pauly Shore**  24-May-22 05:52 PM
the bar across balance and all those
they only refresh the data upon reloading
all those metrics up top
so he is going to mint 832 the old way
so chris the documentarian can film



**middlemarch.eth** 24-May-22 05:58 PM
kk

**Pauly Shore** 24-May-22 06:09 PM
we LOVE it!!!!!
i finalized the main body text tom
in the google doc.
thank god he is with this documentarian LMFAOOOO

**middlemarch.eth** 24-May-22 06:12 PM
Booom
Keep in mind we need to change teh DNS at some point
And that process might take a few mins to go live
And we can't predict exactly when it will

**Pauly Shore** 24-May-22 06:18 PM
the goal here was not to make it entirely trustless, the goal was the to create a tool that was transparent

**hwonder** 24-May-22 06:21 PM
~$24m

**Pauly Shore** 24-May-22 06:22 PM
we have the failsafe in place so that we do not lock eth into the smart contract, like the recent project that got 34 million dollars stuck in their smart contract.

**Pauly Shore** 24-May-22 06:36 PM
ryder seems quite preoccupied with the director but i think we look good to roll here without him yeah?
@middlemarch.eth @hwonder

**middlemarch.eth** 24-May-22 06:37 PM
le launch the site?
Yes
I need to verify the contract
And the domain is still not working
Two final things
Jk domain is working
Going to verify the contract now

**Pauly Shore** 24-May-22 06:43 PM
ok great!

**middlemarch.eth** 24-May-22 06:41 PM
When does minting officially start? Like when can I tell my hyped up friend he can mint
Without it being weird of me to say
*reserve

**Pauly Shore** 24-May-22 06:51 PM
yo yo
looks live
rrbayc.com

**Pauly Shore** 24-May-22 07:00 PM
he is going to tweet the link
lets make this baby live

**Pauly Shore** 24-May-22 07:22 PM
i think it makes more sense to host a space
than to talk to a director
myself

**middlemarch.eth** 24-May-22 07:23 PM
Haha
Especially for us at this moment

**Pauly Shore** 24-May-22 07:23 PM
we can have this conversation anywhere

**middlemarch.eth** 24-May-22 07:23 PM
We can watch the doc later

**Pauly Shore** 24-May-22 07:23 PM
yes

**middlemarch.eth** 24-May-22 07:23 PM
Some ppl are saying it says "loading"
on Twiter

**Pauly Shore** 24-May-22 07:23 PM
yes i am seeing that

**middlemarch.eth** 24-May-22 07:23 PM
I think there MIGHT be an issue where, if everything they want is taken while they are requesting, the feedback might not be so great
Very hard to coordinate this

**hwonder** 24-May-22 07:23 PM
ah! so need an error trap

📞 **hwonder** started a call that lasted 62 minutes.  24-May-22 07:24 PM





middlemarch.eth  *Click to see attachment* 📷
**Pauly Shore**  24-May-22 07:42 PM
What is this

🌐 Pauly Shore  What in this
**hwonder**  24-May-22 07:43 PM
that is an error message that now appears when 2 people try to get same ape same time
one gets ape, other gets error message
👍 1

**Pauly Shore**  24-May-22 07:45 PM
Perhaps the text could be more clear?

**hwonder**  24-May-22 07:45 PM
we updated text and its going live shortly
👍 1

**Pauly Shore**  24-May-22 07:46 PM
@Pauly Shore  @Unknown  You could probably send #8398 to Seth Green, as his 8398 is MIA
Lmfaooo
Not a bad idea

**hwonder**  24-May-22 07:59 PM
parseInt(·····,36,)

**hwonder**  24-May-22 08:22 PM
https://twitter.com/mentalist420/status/1529256357051830272

**NFT ART** 🖋 ⁑ pe Twitter
been stalking @ryder_ripps since the #RRBAYCREQUEST hashtag went live to
the point that he muted me...

but finally was able to reserve my new simians and the minting experience was
very smooth

big ups to the devs @HWondersofWorld x @dumbnamenumbers

https://t.co/sUgsfilB9v

🐦 Twitter • 24-May-22 08:21PM

shout out mentalist !

**Pauly Shore**  24-May-22 08:26 PM
do you guys have that screen shot of the DMCA
i want to tweet it
oh nevermind
stupid question
drrrrr

**Pauly Shore**  24-May-22 08:44 PM
how goes it fellas?

**middlemarch.eth**  24-May-22 08:52 PM
Lookin good!

**Pauly Shore**  24-May-22 08:52 PM
Sweet!!!!

**middlemarch.eth**  24-May-22 08:52 PM
What's this space migration thing?
There's a new one?

**Pauly Shore**  24-May-22 08:52 PM
We had scheduled one
With 300 reservations

**middlemarch.eth**  24-May-22 08:53 PM
Ohhh the reservations
That makes sense
And that's in 10 mins?

**Pauly Shore**  24-May-22 08:53 PM
Yeah we don't want to rug the scheduled space
Yes

**middlemarch.eth**  24-May-22 08:54 PM
BOooomm

**Pauly Shore**  24-May-22 08:54 PM
How do you guys feel about the volume so far?

**middlemarch.eth**  24-May-22 08:54 PM
Site seems to be holdin gup
We're going to do a few more optimizations

**Pauly Shore**  24-May-22 08:55 PM
I told Ryder he should start minting orders live and I can help fulfill them as well

**middlemarch.eth**  24-May-22 08:55 PM
Ohhh good call

**Pauly Shore**  24-May-22 08:55 PM
Oh shit
If I fulfill
I pay gas
Right?

**middlemarch.eth**  24-May-22 08:55 PM
Correct

**Pauly Shore**  24-May-22 08:55 PM
Ok

**middlemarch.eth**  24-May-22 08:55 PM
So keep the receipts!

**Pauly Shore**  24-May-22 08:55 PM
I don't know how to account for that lol



middlemarch.eth  24-May-22 08:55 PM
Cost me almost 1 eth to deploy this contract, so I'm into receipts!

😆 1

Haha

Pauly Shore  24-May-22 08:55 PM
I sent Ryder 12 eth yesterday to cover mint costs

middlemarch.eth  24-May-22 08:56 PM
Niceeee

Pauly Shore  24-May-22 08:56 PM
Thanks for covering that

middlemarch.eth  24-May-22 08:56 PM
Yeah the good news is that it's cheap for the user to reserve!

Pauly Shore  24-May-22 08:56 PM
Awesome

middlemarch.eth  24-May-22 08:56 PM
but yeah we have to mint and transfer

BUT we can schedule that to when gas is cheap

😆 1

Pauly Shore  24-May-22 08:56 PM
AMAZING JOB GANG!!!

middlemarch.eth  24-May-22 08:56 PM
BUTTTT we want to go fastg

Pauly Shore  24-May-22 08:56 PM
For sure

middlemarch.eth  24-May-22 08:56 PM
Hell yeah

Lot of fun

I'll get into this next space

😆 1

Maybe say a few words about the nerd shit

I can't not talk in a space, LET ALONE one where you're kissing our asses

hwonder  24-May-22 09:08 PM
lol

middlemarch.eth  24-May-22 09:01 PM
Admin UI is basically f-d

OR maybe our label is wrong

> middlemarch.eth Admin UI is basically f-d
Pauly Shore  24-May-22 09:11 PM
Oh no

middlemarch.eth  24-May-22 09:11 PM
Because the number has stopped moving... but it's O

There's just too many items on the page

We need to fix, shouldn't be so bad

Didn't realize how slow it would get

Taking a look

Pauly Shore  24-May-22 09:20 PM
Well we are nice and busy

middlemarch.eth  24-May-22 09:32 PM
Ok admin UI looking better now

Set a 100 ape limit on it

Just can't be so crazy

Pauly Shore  24-May-22 09:32 PM
Ok

100 limit affects what

middlemarch.eth  24-May-22 09:32 PM
The rest will come in as yo ulfliil

There are 100 apes at a time on the page

I could make it a bit bigger maybe

But there are 730 unfulfilled pre orders

Which is too much to put on the page

I'll make it 300 I think that should still work

Pauly Shore  24-May-22 09:35 PM
Oh ok

Will it still show metics?

middlemarch.eth  24-May-22 09:36 PM
Yes metrics should still work

Pauly Shore  24-May-22 09:38 PM
111.5 eth sold so far

ARE WE GONNA MAKE IT?!

hwonder  24-May-22 09:42 PM
this is a mint

this is a reservation of artisan ... custom art

😆 1

Pauly Shore  24-May-22 09:43 PM
Good point

I'm using dusty nomenclature

middlemarch.eth  24-May-22 09:44 PM
Booommm

I'm just eating sushi w the Wife, catching up on the latest Miladi news

**hwonder**  24-May-22 10:02 PM
should cache again
im fielding crazy inflow of messages
im not sure @middlemarch.eth if you are getting them
in twitter inbox
but mines is loaded

**middlemarch.eth**  24-May-22 10:03 PM
I get nothing!

**hwonder**  24-May-22 10:03 PM
love & hate

**middlemarch.eth**  24-May-22 10:03 PM
Ok I actually wrote a thing to improve this
One sec let me get back into the command center

**hwonder**  24-May-22 10:05 PM
fire cache, go back and chill w/ wife
its wise

📞 **middlemarch.eth** started a call that lasted 63 minutes.  24-May-22 10:06 PM

**middlemarch.eth**  24-May-22 10:06 PM
Not for you @Pauly Shore

**Pauly Shore**  24-May-22 10:06 PM
kk

**hwonder**  24-May-22 10:27 PM
https://twitter.com/hWonderofWorld/status/1529287854857146368

> **hwonder** ✪ (@hWonderofWorld)
> RR/BAYC isn't a mmL.
> RR/BAYC is a reservation system built in web3, facilitating the fulfillment of a hand minted collection.
> https://t.co/Ici5Guzfz1
> 🐦 Twitter • 24-May-22 10:26 PM

↩ hwonder https://twitter.com/hWonderofWorld/status/1529287854857146368
**Pauly Shore**  24-May-22 10:33 PM
Pinned in the space

**hwonder**  24-May-22 10:34 PM
sweet!

**Pauly Shore**  24-May-22 10:44 PM
Ethereum cofounder in the space nbd

**hwonder**  24-May-22 10:44 PM
yes. we hear

**Pauly Shore**  24-May-22 10:53 PM
so cool!
are you on a burner h?

**hwonder**  24-May-22 10:53 PM
listening by proxy

**Pauly Shore**  24-May-22 10:53 PM
i cant see you
oh for sure

**hwonder**  24-May-22 10:53 PM
we're on voice (discord)

**Pauly Shore**  24-May-22 11:00 PM
oh nice!
what do you guys think about using with with drawal periodically?

**hwonder**  24-May-22 11:02 PM
lets stay in sales mode
😀 1
hit more milestones
calculate the delta between v1 and hand to hand
and then we'll regroup and start first draw

↩ hwonder lets stay in sales mode
**Pauly Shore**  24-May-22 11:08 PM
Ok

**hwonder**  24-May-22 11:08 PM
im all over dms and groups
rn

**Pauly Shore**  24-May-22 11:10 PM
For sure
Should I let ryder know to not withdraw?

**hwonder**  25-May-22 12:06 AM
not withdraw yet

**Pauly Shore**  25-May-22 12:06 AM
Ok

**middlemarch.eth**  25-May-22 12:10 AM
And iwth that I'm OUT!
Much love to you both

**hwonder**  25-May-22 12:15 AM
current event ready ...

Loading post for this number to stop changing hotlink using text: 2000

@Pauly Shore as a note... if that number is climbing... that means it's still grabbing data

**Pauly Shore** 25-May-22 12:16 AM
Copy

middlemarch.eth Much love to you both
**Pauly Shore** 25-May-22 12:16 AM
Gn bro

**hwonder** 25-May-22 12:16 AM
once it stops, then you can bust moves (ryder can mint, any of use can full fill)

**Pauly Shore** 25-May-22 12:22 AM
Ok for sure

**Pauly Shore** 25-May-22 12:38 AM



Ryder said this number isn't updating
We can work on it tomrn
If need be

**hwonder** 25-May-22 12:38 AM
its going... just slow rn capturing events.

**Pauly Shore** 25-May-22 12:38 AM
Ok

**hwonder** 25-May-22 12:38 AM
we dont have server ... we're 100% web3
reading events from chain
we're going to continue to improve it

**hwonder** 25-May-22 07:49 AM
had to take a nap. whew... feeling so much better
great day!

**Pauly Shore** 25-May-22 08:38 AM
Amazing
Good morning
Do you have that Tropo tweet?

**middlemarch.eth** 25-May-22 09:01 AM
Damn it killed my Infura account
1M requests per day was not enough!
Upgrading

**hwonder** 25-May-22 09:01 AM
yes, the 400's going nuts
ahahhahaha

**middlemarch.eth** 25-May-22 09:01 AM
$1k / month plan now
Baller
Plan is activated, now doing the cache thing

**hwonder** 25-May-22 09:05 AM
also, which side is 'cached' data loading on?
the event or async ingeneral

**middlemarch.eth** 25-May-22 09:06 AM
Not sure what you mean
It happens in useEffect on page load
It is an async function but that should be fine
Ok deployed!
Still takes about 5-10 seconds to be fully up to date on the front end, but the cache is pretty close
Ideally would be faster
But for the moment I think this is fine
I can update the cache again soon now that the plan is pumepd!
Also in about 3 hours I have to drive back to NYC
So that will put me out of commission

**hwonder** 25-May-22 09:11 AM
can you send screenshot of infura over the limit
either the emails or ui
it will be a good tweet
"looks like we broke the internet"



middlemarch.eth  25-May-22 09:52 AM
Haha let me check one sec
Sadly I don't have the "you're over" thing

REQUESTS  VOLUME ⓘ

LAST 24 HOURS TOTAL
2,586,447

But here's the graph
Limit was 1M
I guess they gave us a bit of a grace period
This shows a lot of failed requests

REQUESTS  ACTIVITY ⓘ

| METHOD | NETWORK | REQUESTS VOLUME | SUCCESSFUL REQUESTS (%) | FAILED REQUESTS (%) |
|---|---|---|---|---|
| eth_blockNumber | Mainnet | 158,684 | 100.00% | 0.00% |
| eth_call | Mainnet | 541,754 | 0.38% | 99.84% |
| eth_blockNumber | Mainnet | 136,966 | 100.00% | 0.00% |
| eth_call | Mainnet | 131,312 | 100.00% | 0.00% |
| eth_call | Mainnet | 128,389 | 0.11% | 99.89% |
| eth_blockNumber | Mainnet | 121,385 | 100.00% | 0.00% |
| eth_blockNumber | Mainnet | 116,841 | 100.00% | 0.00% |
| eth_call | Mainnet | 111,087 | 0.26% | 99.74% |
| eth_call | Mainnet | 109,277 | 100.00% | 0.00% |
| eth_call | Mainnet | 108,710 | 0.31% | 99.89% |

THis one might be better tho it outs me as a Gmail user...

Your usage for the day has reached 100% of your plan's daily limit

Infura <notificataions@infura.io>
to me ▾                                                                  12:10 AM (3 hours ago)   ☆   ↩ Reply   ⋮

You're getting close to your daily request limit.

You have reached 100% of your daily requests for today.

Review Pricing Details

Damn I can't believe we hit the limit at 12:10am ET
Now I'm actually shocked it didn't break worse than it idd!
We still got a bunch of orders after this
Really didn't anticipate this

middlemarch.eth  THis one might be better tho it outs me as a Gmail user...
hwonder  25-May-22 09:56 AM
this I

middlemarch.eth  25-May-22 09:56 AM
Damn I have some good emails in here!

☐  ☆  »  LinkedIn                    Tom, you're on a roll with your career! ⟩

hwonder  25-May-22 09:53 AM
in the tg chat... it's important we give ryder meme ammo in our technical explanation... i found it's magical

middlemarch.eth  25-May-22 10:02 AM
Haha like the email?
In the end I'm not sure that was the error tho
I mean that caused a lot of problems too
But there seems to be something else as well
IDK, complicated system!

hwonder  25-May-22 10:03 AM
I find when the cache is loading up isn't almost or near instant
take that back. latest version, disconnect, it moves !!

middlemarch.eth  25-May-22 01:42 PM
I'm adding the Ryder LLC message and updating the cache
Still messages saying something is broken on the front end. IDK what
I have to drive from DC to NYC and will be offline for about 4-5 hours starting soon
Everything is updated on Github

**JTX-801.00143**

**hwonder**  25-May-22 02:07 PM
can i be added to deployment
i'd like to test, but i dont want to do so blindly

**Pauly Shore**  25-May-22 02:08 PM
Hey guys I just finished a meeting with someone I'll be home in like 15
All good over here ?

**middlemarch.eth**  25-May-22 02:09 PM
Yea tho I will need an email to add you to Netlify

**Pauly Shore**  25-May-22 02:25 PM
ionlyeatatmcdonalds@gmail.com

**middlemarch.eth**  25-May-22 02:29 PM
You are in there
But to get H access to deploy
He needs to be
You can add him
I'm about to hit the road

**Pauly Shore**  25-May-22 02:51 PM
Ok
Thanks!

**hwonder**  25-May-22 04:21 PM
gas estimation

**Pauly Shore**  25-May-22 04:43 PM
?

**hwonder**  25-May-22 04:52 PM



RR/BAYC



RR/BAYC I want to reserve:

whats so special about #452? a dozen people trying to reserve the same one?
(edited)

**Pauly Shore**  25-May-22 04:53 PM
Maybe I'll add something like: y'all are overloading the site trying to pick the same apes!!!
👍 1
Or something
Or i can retweet and add that
Thanks dude!!!

**hwonder**  25-May-22 04:53 PM
yes!

**Pauly Shore**  25-May-22 04:59 PM
If we need to mint some of our 500 apes to give to marketing people what is the best approach, is it possible? @hwonder

**hwonder**  25-May-22 05:02 PM
it can be done from contract directly...
there isn't a UI for it ... but the contract has it setup

**Pauly Shore**  25-May-22 05:02 PM
So if I need you to mint some you can do it?
Or Ryder

**hwonder**  25-May-22 05:03 PM
ONLY ryder can mint

**Pauly Shore**  25-May-22 05:03 PM
Ok that's right my bad

**hwonder**  25-May-22 05:03 PM
so ... we'll need to do UI for it...
simple, because its data is hard coded

**Pauly Shore**  25-May-22 05:04 PM
Ok

**hwonder**  25-May-22 05:52 PM
people haven't a vlue
*clue

**Pauly Shore**  25-May-22 07:07 PM
About what haha
One thing we can do to stimulate the rsvp completing is to tease apemarket.com
We could tweet a screen shot or we could put a meme on a blank page on the site and have ryder tweet it

**Pauly Shore**  25-May-22 08:13 PM
In terms of the marketplace @hwonder maybe I can show ryder a demo of whatever front end you have so he can start pushing pixels in advance

**middlemarch.eth** 25-May-22 08:13 PM
Yooo just got back

🔥 1

What'd I miss

**Pauly Shore** 25-May-22 08:14 PM



He's back!

> **middlemarch.eth** What'd I miss
**Pauly Shore** 25-May-22 08:14 PM
Bro we are literally just vibing

**middlemarch.eth** 25-May-22 08:14 PM
Everything is good?
I guess ppl are still complaining about the site?

**Pauly Shore** 25-May-22 08:14 PM
Seems good to me
Yes
That part though
I'm not sure why they are complaining
Lots of emails and people saying it's loading
Etc

**middlemarch.eth** 25-May-22 08:16 PM
Yeah, I was trying to think on the ride about how we might really fix this stuff but it would be a lot of work I think haha
We could do it
I was just thinking like, think about the amount of information the normal site needs to mint; basically just whether there is at least one token left to mint
We need to know the state of every token!
And it's not even am int!
Anyway looks like Rider is making good progress on fulfillment
Maybe script isn't as urgent?

**Pauly Shore** 25-May-22 08:17 PM
He seems to want one

**middlemarch.eth** 25-May-22 08:17 PM
Ok no problem

**Pauly Shore** 25-May-22 08:17 PM
Who knows

**middlemarch.eth** 25-May-22 08:17 PM
I'm down
That is straightforward

**Pauly Shore** 25-May-22 08:17 PM
Could he deploy it himself?

**middlemarch.eth** 25-May-22 08:57 PM
I can write something that he can use himself, yes
He would have to sit with me on the phone and work with me to test to some extent hough
Or the "H goes to his house in person" meme would also work

📷 1

But I can't deliver osmething 100% done without some testing
The fulfillment script is easy bc I can test mysef
Honestly tbh if this is important I can start on this and see how far I get, maybe the testing would be minimal
I can create a setup where I can "pretend to be Ryder" in the dev environment
Biggest thing for me, and tbh I'm not sure how much I have in me for tonight, but for tomorrow
What is the top priority
From your POV
On the tech isde
And @hwonder 's POV
To think about

**Pauly Shore** 25-May-22 09:20 PM
I would love to hear Hwonder's thoughts
He'll be back soon I imagine

**Pauly Shore** 25-May-22 09:30 PM
https://twitter.com/dovetailnft/status/1524122795898249216?s=21&t=Hbvybq-3f_ewuyvdVnfiXQ

> **dovetail** 🐦 🔓 (14colors.eth) さんは Twitter を使っています
> I would just like to remind everyone that i own the #2 rarity cryptophunk. only 2
> phunks utilize 14 colors and this one is also a rare 5-trait. 14dth sale minimum
> 🐦 Twitter • 10-May-22 04:22 PM

Ryder wants to be able to sort the apes by funny metrics like that
On the marketplace eventually
And yes @middlemarch.eth a script would be good he said

**middlemarch.eth** 25-May-22 09:42 PM
lmao well he has come to the right place
I COMPUTED THE 14 COLOR MEME

> **middlemarch.eth** I COMPUTED THE 14 COLOR MEME
**Pauly Shore** 25-May-22 09:43 PM
I know
I was like bro
Tom is gonna geek out hard
This is his passion
Cuz he asked to be able to search/sort in weird ways



**Pauly Shore** 25-May-22 08:51 PM
Hell no
Never
Lmfao

**middlemarch.eth** 25-May-22 08:51 PM
Wow

**Pauly Shore** 25-May-22 08:51 PM
I mint stuff for myself sometimes
Often honestly

**middlemarch.eth** 25-May-22 08:51 PM
To get the timestamp?

**Pauly Shore** 25-May-22 08:51 PM
I'm just like

**middlemarch.eth** 25-May-22 08:51 PM
Official timestmap not bad

**Pauly Shore** 25-May-22 08:51 PM
I need this

**middlemarch.eth** 25-May-22 08:51 PM
Need WHAT?
It's not on chain!
But you do get timestmap
Which is chill

**Pauly Shore** 25-May-22 08:51 PM
I own a token
To own*

**middlemarch.eth** 25-May-22 08:52 PM
Plus opton to sell
True
But if it's just for you

**Pauly Shore** 25-May-22 08:52 PM
This

**middlemarch.eth** 25-May-22 08:52 PM
Yeah I mean it's cool

**Pauly Shore** 25-May-22 08:52 PM
I'm bullish on myself

**middlemarch.eth** 25-May-22 08:52 PM
I do it!~

**Pauly Shore** 25-May-22 08:52 PM
As a human
So I mint my own shit

**middlemarch.eth** 25-May-22 08:52 PM
Ah so you don't want to sell too early
🐸 1
Basically

**Pauly Shore** 25-May-22 08:52 PM



**middlemarch.eth** 25-May-22 08:52 PM
Haha

**Pauly Shore** 25-May-22 10:39 PM
https://etherscan.io/tx/0x04ddf83514d1c54528558996f6894f0146f95a73ac68d26a8c49f560e4a42922


**Ethereum Transaction Hash (Txhash) Details | Etherscan**
Ethereum (ETH) detailed transaction info for txhash
0x04ddf83514d1c54528558996f6894f0146f95a73ac68d26a8c49f560e4a42922.
The transaction status, block confirmation, gas fee, Ether (ETH), and token transfer
are shown.

This guy sent eth but didn't get a reservation or refund I think
Per ryder in Tg (online)

**Pauly Shore** 26-May-22 12:13 AM
I'm gonna knock out guys catch you in the am 👋

**middlemarch.eth** 26-May-22 04:41 AM
.

 **Pauly Shore** This guy sent eth but didn't get a reservation or refund I think
**middlemarch.eth** 26-May-22 09:03 AM
That reservation is still makred "pre-order" meaning it needs to be fulfilled
Probably some hiccup on the front end
GM!

Thinking about this overnight I actually think we can / should improve the buying thing

If we want this to mint out on that page it's only going to get slower as people buy more with the current implementation

Not easy but I want to take a look

Then there's also the scrip

t

**hwonder**  26-May-22 09:54 AM

great morning

picking through scraps on the way

**Pauly Shore**  26-May-22 09:58 AM

Good morning!

> 🌐 middlemarch.eth  That reservation is still makred "pre-order" meaning it needs to be fulfilled

**Pauly Shore**  26-May-22 09:58 AM

Thanks Tom

How are you guys?

**middlemarch.eth**  26-May-22 09:58 AM

The system is strong haha

I feel good!

**Pauly Shore**  26-May-22 09:59 AM

Excellent

You guys are the best!

**middlemarch.eth**  26-May-22 09:59 AM

I'm not saying scraps exactly, basically just finding a better way of getting in those past events

I mean, is the site an issue?

It feels slow to me

**Pauly Shore**  26-May-22 09:59 AM

I was talking to H last night and I was like damn it's amazing to get to watch you guys work

**middlemarch.eth**  26-May-22 09:59 AM

Not like terrible or whatever

Haha

Thank yoU!

**Pauly Shore**  26-May-22 09:59 AM

The backend is slow but

Is it the end of the world?

Legit question

**middlemarch.eth**  26-May-22 09:59 AM

I was talking about front end

The uesr trying to giv emoney

**Pauly Shore**  26-May-22 10:00 AM

Ah

**hwonder**  26-May-22 10:00 AM

im referring to picked over inventory

**middlemarch.eth**  26-May-22 10:00 AM

Back end we should script

OHHHH

SCRAPSSS

**hwonder**  26-May-22 10:00 AM

yes

**middlemarch.eth**  26-May-22 10:00 AM

So even with a faster buying experience ppl don't like scraps, basically

I do get the "Loading..." issue when I try the site

It works after 5 seoonds or so

Maybe we just put in a loading animaiton or something

**hwonder**  26-May-22 10:01 AM

a spinner is always useful ... manages user expectations

**middlemarch.eth**  26-May-22 10:01 AM

But to your point, are we trying to sell out the remaining 5.7k apes through this UI

If we are then investing could be worth a lot

If we need to change the approach to sell the scraps maybe not

**hwonder**  26-May-22 10:02 AM

im thinking through marketplace mechanics

as there may be a driver with it

**middlemarch.eth**  26-May-22 10:03 AM

I mean we could just mint these out and put them on the marketplace

Migrate the entire experience there

Build the future!

"Just" mint these out

**hwonder**  26-May-22 10:04 AM

and 'flip' them you are saying?

**middlemarch.eth**  26-May-22 10:04 AM

Yea basically

Same price, but in differnt UI

United with the already-minted oens

Get more eyeballs on them

More things to do on the site

> 🌐 middlemarch.eth  I mean we could just mint these out and put them on the marketplace

**Pauly Shore**  26-May-22 10:04 AM

I think this is a very good idea

**middlemarch.eth**  26-May-22 10:05 AM

Basically it would be nice for us also to work on" one thing"

Rather than the old site which is dead anyway soon



**Pauly Shore** 26-May-22 10:05 AM
Yes

**middlemarch.eth** 26-May-22 10:08 AM
And the new thing
BOOOOMMM

**Pauly Shore** 26-May-22 10:05 AM
YES



**hwonder** 26-May-22 10:05 AM
the marketplace has to make sense
💜 1

**Pauly Shore** 26-May-22 10:05 AM
I just have to talk to Ryder

**middlemarch.eth** 26-May-22 10:05 AM
Would it be bad for Ryder to be on there with 5000 apes
Selling them all

**Pauly Shore** 26-May-22 10:06 AM



**middlemarch.eth** 26-May-22 10:06 AM
Or actually it could just be this contract

 middlemarch.eth  Would it be bad for Ryder to be on there with 5000 apes
**Pauly Shore** 26-May-22 10:06 AM
Yes

**middlemarch.eth** 24-May-22 10:06 AM
That way Ryder could have a personal account

 middlemarch.eth  Or actually it could just be this contract
**Pauly Shore** 26-May-22 10:06 AM
This

**middlemarch.eth** 26-May-22 10:06 AM
Which would probably be good honestly
So he could also buy ppl's stuff etc

**hwonder** 26-May-22 10:06 AM
we do not want a 2e total volume marketplace

**middlemarch.eth** 26-May-22 10:06 AM
Yes true

**hwonder** 26-May-22 10:06 AM
ppl can trade on xyxZ and oother places today
so it HAS to make sense for user to see a greater benefit
💜 1
with phunks... 0 fee drew ppl in ... and early on the cargo back end made it a 1 time cost
it was because perfect storm

**middlemarch.eth** 26-May-22 10:07 AM
What was cargo backend?
That's an existing market?
So basically you didn't have to re-approve

**hwonder** 26-May-22 10:09 AM
yup.
no cost for listing
none of it.

**middlemarch.eth** 26-May-22 10:09 AM
0 fee is also amazing marketing. It's true
Like elevator pitch of NLL
"0 fee"
That's the pitch

**hwonder** 26-May-22 10:09 AM
zero fee isn't sustainable

**middlemarch.eth** 26-May-22 10:09 AM
Agreed

**hwonder** 26-May-22 10:09 AM
zero fee isn't worth it

**middlemarch.eth** 26-May-22 10:10 AM
Agreed
So what's the value!
Making it feel customized, content-y things like the filtering / sorting idea Pauly mentioned last night
Better grid
More artistic presentation

**hwonder** 26-May-22 10:10 AM
its not functionality that makes it better

**Pauly Shore** 26-May-22 10:10 AM
I think that stuff is nice but it won't bring users

**hwonder** 26-May-22 10:11 AM
it's about money

**Pauly Shore** 26-May-22 10:11 AM
Yes

**middlemarch.eth** 26-May-22 10:11 AM
So how does listing here make me more money

**Pauly Shore** 26-May-22 10:11 AM
The thing is people will definitely want to flip their assets

**hwonder** 26-May-22 10:11 AM



models like this

**middlemarch.eth** 26-May-22 10:11 AM
Cool!

**Pauly Shore** 26-May-22 10:12 AM
Size representing the most significant aspects?

**hwonder** 26-May-22 10:12 AM
left to right

**Pauly Shore** 26-May-22 10:12 AM
Yeah

**hwonder** 26-May-22 10:12 AM
I didn't add arrows or anything ... 1/2 baked ... clay ...

**Pauly Shore** 26-May-22 10:12 AM
Haha
For sure

**hwonder** 26-May-22 10:13 AM
incentivizing / encouraging people to market make is valuable

**Pauly Shore** 26-May-22 10:13 AM
> hwonder incentivizing / encouraging people to market make is valuable
For sure
Any suggestions on ways to do that?

**hwonder** 26-May-22 10:13 AM
that is what this model is based on

**Pauly Shore** 26-May-22 10:13 AM
We could literally implement a bounty system too somehow
If people have 5 sales on the marketplace maybe they get a free ape
Or something

**hwonder** 26-May-22 10:14 AM
that is what i mean... you are calling it bounty

**middlemarch.eth** 26-May-22 10:14 AM
LOOKS meme
?

**Pauly Shore** 26-May-22 10:14 AM
> middlemarch.eth LOOKS meme
Something like that

**hwonder** 26-May-22 10:14 AM
that is what the model is but with eth... not tokens

**Pauly Shore** 26-May-22 10:14 AM
> hwonder that is what i mean... you are calling it bounty
Yes incentivize market making

**Pauly Shore** 26-May-22 10:15 AM
> hwonder that is what the model is but with eth... not tokens
Yes

**middlemarch.eth** 26-May-22 10:15 AM
Yeah I hate tokens
Why did they do tokens?
I guess bc they wanted to speculate on them too?

**JTX-801.00150**

**hwonder** 26-May-22 10:15 AM
tokens are the only way to extract millions without people calling you out

tokens are obfuscation



with arrows

and more details

**middlemarch.eth** 26-May-22 10:18 AM
Why BAYC question mark?

Does that help with the energy? Or ist hat an add on

I mean maybe it should be 0% fee for BAYC?

There's our 0%

**hwonder** 26-May-22 10:18 AM
the yuga collection... it's a do we or do we not

**middlemarch.eth** 26-May-22 10:18 AM
I guess we could be giving up a lot...

**hwonder** 26-May-22 10:18 AM
no way 0%

**middlemarch.eth** 26-May-22 10:18 AM
Haha

**hwonder** 26-May-22 10:19 AM
thats also a market cost ... they pay it because its about charts

and discovery

**middlemarch.eth** 26-May-22 10:19 AM
BTW average mint price over last 4 days is $7.50

Minting out the rest would belike $45k

Could probably even get that cost lower if we were more strategic about gas

**hwonder** 26-May-22 10:20 AM
the idea here is ..

take franklin....
he loves making money and sharing 'alfa'

franklin lists his apes here to benefit from pool size of listing royalties

he then takes some eth and buys apes

he makes royalties simply by being in pool

he promotes, people follow is calls

he makes more royalties from their volume
so market makers get rewarded
🦍 1

(the fundamentals of any market/exchange)

**middlemarch.eth** 26-May-22 10:21 AM
And the idea is that the overall drain from wash trading and other gaming isn't enough to drag down the system

**hwonder** 26-May-22 10:22 AM
its how exchanges work

| Fee Rate | | | | | |
| --- | --- | --- | --- | --- | --- |
| Spot Trading | Margin Borrow Interest | USDⓈ-M Futures Trading | COIN-M Futures Trading | Cross Collateral Interest | Swap Farming  P2P |
| Level | 30d trade volume(BUSD) | & BNB | 30d Broker | Maker / Taker | Maker / Taker (USDⓈ-M) |
| Regular User | < 1,000,000 BUSD | or | > 0 BNB | 0.1000% / 0.1000% | 0.0740% / 0.0740% |
| VIP 1 | ≥ 1,000,000 BUSD | and | ≥ 25 BNB | 0.0900% / 0.1000% | 0.0675% / 0.0750% |
| VIP 2 | ≥ 5,000,000 BUSD | and | ≥ 100 BNB | 0.0800% / 0.1000% | 0.0600% / 0.0750% |
| VIP 3 | ≥ 20,000,000 BUSD | and | ≥ 250 BNB | 0.0700% / 0.1000% | 0.0500% / 0.0750% |

this is binance (largest volume exchange in world)

**middlemarch.eth** 26-May-22 10:22 AM
Ohr ight eevn Coinbase has this

**hwonder** 26-May-22 10:22 AM
yvp

all exchanges

**middlemarch.eth** 26-May-22 10:23 AM
Not Opensea tho?

**Pauly Shore** 26-May-22 10:23 AM
So basically make the end user get lower fees if they do numbers?

**hwonder** 26-May-22 10:23 AM
opensea rapes you with 2.5%

> **Pauly Shore** So basically make the end user get lower fees if they do numbers?
**hwonder** 26-May-22 10:23 AM
lower fees / amd/or  royalties



**Pauly Shore** 26-May-22 10:23 AM
We could make both sides of the market around 1%

**hwonder** 26-May-22 10:24 AM

opensea

**Pauly Shore** 26-May-22 10:24 AM
Lmao
Disaster

**middlemarch.eth** 26-May-22 10:24 AM
Haha

**hwonder** 26-May-22 10:24 AM
exchanges ... encourage volume and coupon using a mechanism

**middlemarch.eth** 26-May-22 10:24 AM
But ppl use it bc Monopoly meme

**hwonder** 26-May-22 10:24 AM
binance uses BNB

> 🦍 middlemarch.eth But ppl use it bc Monopoly meme

**hwonder** 26-May-22 10:24 AM
use what ?

**middlemarch.eth** 26-May-22 10:25 AM
OpenSea

**hwonder** 26-May-22 10:25 AM
they use opensea for charts and discovery

**middlemarch.eth** 26-May-22 10:25 AM
Right and that's cheaper for OS than giving money
So OS is a great business basically

**hwonder** 26-May-22 10:25 AM
very much!

**middlemarch.eth** 26-May-22 10:25 AM
Damn
Plus good website
I guess that's discovery

**hwonder** 26-May-22 10:26 AM
charts are fragmented ... sales don't get aggregated
phunk REAL volume is not on opensea
bayc total volume is not on looks rare
etc.

**middlemarch.eth** 26-May-22 10:27 AM
Ok so upstart market needs to give rewards

**hwonder** 26-May-22 10:27 AM
people are buying the 'money' ...

**middlemarch.eth** 26-May-22 10:27 AM
Especially when we are only two collections
That's the bottom line
LR did it
What about dydx?
I guess same playbook?

**hwonder** 26-May-22 10:27 AM

Top collections over last 24 hours ~

**middlemarch.eth** 26-May-22 10:27 AM
I don't know so much about them

> 🦍 hwonder Click to see attachment 📷

**hwonder** 26-May-22 10:27 AM
buying the trend...

**middlemarch.eth** 26-May-22 10:27 AM
Wow trippin' apes down bad
That's unfortuante
I had such high hopes...

**hwonder**  26-May-22 10:27 AM
lol

**middlemarch.eth**  26-May-22 10:28 AM
Sold my Okay Bear for 120 SOL
Too early
Ok yes the power of charts
I can't help but get sucked in

**hwonder**  26-May-22 10:28 AM
naw., your gud

**middlemarch.eth**  26-May-22 10:28 AM
Inspiring the Punks are so high
After all the FUD
I'm proud of those little guys

**hwonder**  26-May-22 10:29 AM
punks on opensea are hacked into the code
lol

**middlemarch.eth**  26-May-22 10:29 AM
They do sell the un-wrapped ones there?
Or just they pull in the charts
From LL

**hwonder**  26-May-22 10:29 AM
from LL the data is

Solana Price (SOL)

## $44.64   ▼7.99%

0.00153 BTC   ▼5.91%
0.02421 ETH   ▼1.31%

you did good exiting 120

**middlemarch.eth**  26-May-22 10:29 AM
Haha I converted to USD
Too scary to be in SOL

**hwonder**  26-May-22 10:30 AM
smart

**middlemarch.eth**  26-May-22 10:30 AM
But then I converted to ETH!
To buy NFTs!

**hwonder**  26-May-22 10:30 AM
o
m
g

**middlemarch.eth**  26-May-22 10:30 AM
My wife overheard the snippet where you said it's better to be a dev than to collect

**hwonder**  26-May-22 10:30 AM
hahahahhha

**middlemarch.eth**  26-May-22 10:30 AM
Presents a challenge for me
But she reserved an ape!
MetaMask mobile just like you said
Ok so baseline
You sell things, you buy things you get an eth transfer
You wash trade you also get an eth transfer

**hwonder**  26-May-22 10:31 AM
marketmaker
attracting listings is valuable
okay... I have an idea

# MIN FLOOR .2

👀 1

**middlemarch.eth**  26-May-22 10:33 AM
Haha

**hwonder**  26-May-22 10:33 AM
oh.. im serious

**middlemarch.eth**  26-May-22 10:33 AM
Love the presentation
I mean I'm down!
Price keeps going up
But what about the 5k unminted

**hwonder** 26-May-22 10:34 AM
they would move rapid
because of this

**middlemarch.eth** 26-May-22 10:34 AM
And we sell them through the original site? Or we mint and sell them through marketplace
In your vision

**hwonder** 26-May-22 10:34 AM
you leave on original site and create revs while you make this happen
once ready with market
make a last call
move to market

**middlemarch.eth** 26-May-22 10:36 AM
le mint out ourselves
To a contract or osmeThing

**hwonder** 26-May-22 10:36 AM
minting out ourselves is last step
after market is live

# AMM LIKE CASE
# FOR NFT FLOORS?

shocked

**middlemarch.eth** 26-May-22 10:38 AM
haha but all the NFTs are different!
How could you automate it

**hwonder** 26-May-22 10:38 AM
talking only about floor
the global floor

**middlemarch.eth** 26-May-22 10:38 AM
Okay yeah true

**Pauly Shore** 26-May-22 10:38 AM
How does the min price .2 work

**hwonder** 26-May-22 10:38 AM
you can't list on this market for less than .2

**Pauly Shore** 26-May-22 10:40 AM
So good haha
I love that
You can't list for less than 10 eth!!



**hwonder** 26-May-22 10:41 AM
so that is what i mean by amm...

**Pauly Shore** 26-May-22 10:42 AM
Ah so that mechanism is the amm aspect in a way right?

**hwonder** 26-May-22 10:42 AM
amm is the most basic formula

**Pauly Shore** 26-May-22 10:42 AM
People can use the other markets but they will get Rektd by rydtiles
Royalties

**hwonder** 26-May-22 10:42 AM
exactly

**Pauly Shore** 26-May-22 10:43 AM
I wonder what royalty percentage makes sense

**hwonder** 26-May-22 10:44 AM
amm is x * Y = E

> **What is the purpose of a floating floor?**
>
> Laminate flooring: The prime example of a floating floor is laminate flooring, which is almost never glued down to the subfloor. The floating method **allows the flooring to respond to changes in a room's relative humidity by expanding and contracting without buckling.**
>
> Dec 15, 2021

im brainstorming... bare with me

👁 1



**middlemarch.eth** 26-May-22 10:45 AM
Damn the more I think about this the harder it seems! Taking a step back, Question: would laser-focusing on making this project mint but not be an easier way for the RR/BAYC team to make money?
Like, 750 ETH in there
Or are scraps too hard to mint

**hwonder** 26-May-22 10:45 AM
making it mint out is all marketing
💯 1

**Pauly Shore** 26-May-22 10:46 AM
I think we have to pay influencers

**middlemarch.eth** 26-May-22 10:46 AM
So the tech is good enough basically

**hwonder** 26-May-22 10:47 AM
yes. its not a tech solve any more unless the tech message is STRONG
require(payable > .2, 'too low'
THAT is easy... but need discovery on will it create crazy momentum
it's "fat finger" protection

**middlemarch.eth** 26-May-22 10:49 AM
Yeah no more "are you sure"
It's no, you can't do this

**hwonder** 26-May-22 10:49 AM

# FAT FINGER PROTECTION



**middlemarch.eth** 26-May-22 10:49 AM
BUT what about the "last 5k"!
Sorry I'm obsessed with this

**hwonder** 26-May-22 10:49 AM
its all marketing

**middlemarch.eth** 26-May-22 10:49 AM
But that's .15

**hwonder** 26-May-22 10:49 AM
the 5k move because of hype
a tech innovation lasts days
then. its all about money again
goooooooglOOOOoooleelllly gobinZ..... thE Toootop iiiiSIIIIIIZ ins ......

**middlemarch.eth** 26-May-22 10:51 AM
Haha
They did have a cool site I guess
But now it's over!
it minted
But we haven't minted
But yeah marketing
@Pauly Shore I think there are some bugged orders still "stuck"

**hwonder** 26-May-22 10:52 AM
that had a space last night with 2k people live... 30k people total speaking in goblin

**middlemarch.eth** 26-May-22 10:52 AM
Is Ryder trying to mint those?
Or is he holding
My friend is hitting me up
Wow

**middlemarch.eth** Is Ryder trying to mint those?
**hwonder** 26-May-22 10:52 AM
there are a handful of orders I can see in contract that do not load from events

**middlemarch.eth** 26-May-22 10:52 AM
Agreed

**hwonder** 26-May-22 10:52 AM
i even tried hard codeding them to filter in object...

**middlemarch.eth** 26-May-22 10:52 AM
I was thinking of hard coding them into the UI or something
Haha
Yeah

**hwonder** 26-May-22 10:52 AM
full hard code = problem solved
nex
*next

**middlemarch.eth** 26-May-22 10:53 AM
Agreed
Plus fulfillment events should work
Just don't rely on create or cancel events

**JTX-801.00155**



**hwonder**  26-May-22 10:54 AM
we can publish update and remove
its temp
they are older orders, its odd
...
1. fat finger protection - .2 min floor on marketplace
2. shared royalties for market makers... earn % of royalty when you are buying x% above floor
3. 10% for takers (selling below floor) 2% for makers (selling above floor)
...
which model to zoom in on
maker taker is actually pretty powerful
or....
3. 10% for takers (selling below floor) 0% for makers (selling above floor)
it rewards long term positions

**middlemarch.eth**  26-May-22 10:59 AM
So in all this where does our cut from theoretically in terms of the value we are providing
We are providing a vibrant market
And extract value on that basis
?
I.e., what makes it so when we do all of this ppl use the site and also there is enough left over for us

**hwonder**  26-May-22 11:01 AM
10% royalties will create 2eth total sales, of which 1e will be test eth.
0% royalty marketplace makes zero sense to put live
.2min floor is incredibly easy to implement
that is where my head is at rn
if we add BAYC and just one... just one sells... its a win  [edited]

● hwonder  Click to see attachment 🖼
**Pauly Shore**  26-May-22 11:03 AM
This is fire

**middlemarch.eth**  26-May-22 11:03 AM
So what's our cut then?

**hwonder**  26-May-22 11:04 AM
on a maker taker model (which i personally think is strongest)

10% for takers (selling below floor) 0% for makers (selling above floor)
or
10% for takers (selling below floor) 1% for makers (selling above floor)
it rewards a healthy market which in terms means volume
(small % of larger volume)
or
it penalizes unhealthy market (lower volume, negative volume)
(larger % on smaller volume)

**Pauly Shore**  26-May-22 11:06 AM
Anything complicated for end users will also be difficult

**middlemarch.eth**  26-May-22 11:06 AM
What does LR take again?
2% + creator's fee?

**Pauly Shore**  26-May-22 11:06 AM
If we want ti deliver something for ryder it will have to be streamlined

**middlemarch.eth**  26-May-22 11:06 AM
So 10% is high regardless?

**hwonder**  26-May-22 11:07 AM
10% is too high
for a fixed royalty
you go right to xy+2 or looks or whereever

↑ **Share**
Earn 1%

wow.

● hwonder  you go right to xy+2 or looks or whereever
**Pauly Shore**  26-May-22 11:09 AM
Yes

● hwonder  Click to see attachment 🖼
**Pauly Shore**  26-May-22 11:09 AM
Interesting

**hwonder**  26-May-22 11:09 AM
thats foundation

**Pauly Shore**  26-May-22 11:09 AM
Priority: resolve stuck rsvps
That's important

**hwonder**  26-May-22 11:09 AM
could literally add a link on site and make 1% on apes for sale on foundation rn. lol.

**Pauly Shore**  26-May-22 11:10 AM
How does that work?

**middlemarch.eth**  26-May-22 11:10 AM
Ok I can resolve the stuck ones
One sec

● middlemarch.eth  Ok I can resolve the stuck ones
**Pauly Shore**  26-May-22 11:10 AM
Thanks!



**hwonder** 26-May-22 11:11 AM

https://foundation.app/collection/bayc?ref=0xF9C2...261B

not my address of course
but link to the page

**Share**

https://foundation.app/@ryder_ripps/bayc/3732?ref=0xF9C2...261B

the specific ID
and give away that eth or use for some purpose

| Floor Price | Total Sales |
| --- | --- |
| 0.14 ETH | 131.77 ETH |

or literally... manually test the logic
this charts... and has wider discovery
home site doesn't have that...
the 1% is ... foundation giving up % of their action
or... we can literally check for sales above a point and give those sales % of royalty
...
right now. makes no sense for a buyer to RSVP one. unless its rare
why mint for .15 if you can buy .14 ... gold apes all gone

**middlemarch.eth** 26-May-22 11:15 AM
Or unless they think the overall floor will be higher than .15
Right true
.14 isn't great

**hwonder** 26-May-22 11:15 AM
people who bought at .1 are listing .14 to exit... they likely have a few of them

**Pauly Shore** 26-May-22 11:02 AM
hmm
having trouble loading this site
https://rrbayc-v2.netlify.app/?fulfill

RR/BAYC
Ryder Ripps / Bored Ape Yacht Club . A Conceptual Artwork
NFT.

**middlemarch.eth** 26-May-22 11:24 AM
Yes one second
Working on it
Unsticking

**Pauly Shore** 26-May-22 11:25 AM
kk

**middlemarch.eth** 26-May-22 11:25 AM
@hwonder look okay to you?

[raw JSON data block]

**hwonder** 26-May-22 11:25 AM
yes. thats all it needs!

**Pauly Shore** 26-May-22 11:26 AM
i think it is a good idea to mint the 500 that we have on reserve as well
so that they show as part of the total collection on foundation
market conditions are disastrous right now

**hwonder** 26-May-22 11:31 AM
we can. it doesnt hurt
yes. they are murder
that is why i am in thinking mode



**CryptoHydrate** Today at 8:30 AM
Just had coffee with John Murphy
They forked phunks marketplace

and then this
lol

**Pauly Shore** 26-May-22 11:32 AM
who is john murphy

**hwonder** 26-May-22 11:32 AM
i dunno

**Pauly Shore** 26-May-22 11:32 AM
is that an issue?
seems fine to me

**hwonder** 26-May-22 11:32 AM
nothing is wrong with it... its just a dynamic

**Pauly Shore** 26-May-22 11:32 AM
right on

**middlemarch.eth** 26-May-22 11:33 AM
Deploy is taking forever, I wonder if Netlify is having an issue

**Pauly Shore** 26-May-22 11:38 AM
hmmm

**middlemarch.eth** 26-May-22 11:40 AM
Driving me crazy wtf
Robots have been busy since 11:30

So we have the market conditions, IDK
If we sold out the remaining 5k that's 750 ETH
To make 750 even at hte full 10% that's 7500 ETH in marketplace volume
Scraps are hard to sell in either case
But getting even the golds to generaet that kind of volume
"in this economy"
IDK

**hwonder** 26-May-22 11:42 AM
need the market making mechanics
think of an order book

**middlemarch.eth** 26-May-22 11:42 AM
Like does the lift from it being non scraps counter the drag of it being only 10%
I get what you're saying in the case where we're trying to make a great marketplace 100%
But like we have 5k unsold apes
What is the ROI of investing in selling them, even if it's primarily a marketing lift
Even if tech is not primary, we get 100% of the sale!

**hwonder** 26-May-22 11:43 AM
in general... not talking about building anything... talking about lack of market making
hype and/or marketing making

**middlemarch.eth** 26-May-22 11:43 AM
But when someone buys fgor .15 they might just like the art, no?

**hwonder** 26-May-22 11:44 AM
no

**middlemarch.eth** 26-May-22 11:44 AM
Haha

**hwonder** 26-May-22 11:44 AM
nothing is about art

**middlemarch.eth** 26-May-22 11:44 AM
Everyone trying to flip
I bought my first one for the art
I didn't know there was going to be interest

**hwonder** 26-May-22 11:44 AM
flips.

**middlemarch.eth** 26-May-22 11:44 AM
I guess I did buy the 100 for a combination of art and flip haha

**hwonder** 26-May-22 11:44 AM
the 'i like the art' is cope





would be funny to send this one to him
to martin shkreli

**Pauly Shore**  26-May-22 03:23 PM
we dont own it tho sadly
nevermind

**Pauly Shore**  26-May-22 03:40 PM
@middlemarch.eth any update re backend?

**hwonder**  26-May-22 07:31 PM
okay. im up for air.... trying to do cargo-like backend
its hard because signatures have to be stored in a data source
so it looks like im going to run the full source i already have
part of me wants to migrate to react (its pretty effortless for me) vs using nuxt
it makes it an effort
vs a fork

**middlemarch.eth**  26-May-22 07:34 PM
Sick! I don't know next but I'm sure I can pick it up. Whatever gets us going the fastest is maybe the best?

**Pauly Shore**  26-May-22 11:31 PM
I'm not sure what this dev speak means in pleb
ryder keeps asking about the withdrawal @middlemarch.eth @hwonder
what are your thoughts (edited)

**hwonder**  27-May-22 04:40 AM
we can fire it in morning
👍 1

**middlemarch.eth**  27-May-22 08:28 AM
If we distribute this cash ryder needs to send us out share of the cash he collected on the mint before this contract started
And I need to be reimbursed for the gas I spent deploying
And I expect both of those to happen on the same day ryder withdraws
Sorry to get like this but I take this very seriously
Ryder can't withdraw from one place and not from another
We all need to withdraw from all places equally and simultaneously
Again, I don't see a rush here and I'm not trying to be an asshole
But it is not okay to treat the contract cash different!

**middlemarch.eth**  27-May-22 09:03 AM
Ok having thought about this for a moment, I do not have any problem with Ryder withdrawing, the contract was purposely written to have anyone withdraw at any time. I also do not need to be paid "the same day" Ryder withdraws, but we do need to have a conversation the same day. The rest is more complicated than the contract so I will put together a proposal for review

┌ ● middlemarch.eth Ok having thought about this for a moment, I do not have any problem with Ryder withdrawing, the contract was purposely written to have anyone withdraw at any time. I also do not need to be paid "the same day" Ryder withdraws, but we do need to have a conversation the...
**Pauly Shore**  27-May-22 09:04 AM
I tend to agree
What I would suggest if you want to go that route is to prepare a tool or some kind of method to easily calculate what needs to be distributed

**middlemarch.eth**  27-May-22 09:05 AM
Yes I will do a spreadsheet to start

**Pauly Shore**  27-May-22 09:05 AM
Amazing
That will make it easy

**middlemarch.eth**  27-May-22 09:05 AM
I will do proceeds from both mints, minus Ryder gas, minus my gas, split according to splits
This is a start. This is also the cash paid in excess of the .1 mint cost on the initial (hard to calculate, probably fine with me for Ryder to keep), there's the Foundation royalties (I will try to see whether these are big enough to be worth attention), and there is the 500 set aside (some of which would have definitely sold by now if they were for sale, the intended use of these is worth a convo IMO)

**Pauly Shore**  27-May-22 09:10 AM
For sure
I also sent 12 eth to cover gas

**middlemarch.eth**  27-May-22 09:10 AM
Boom good call

**Pauly Shore**  27-May-22 09:10 AM
I've given out some apes but I can deal with it later

**middlemarch.eth**  27-May-22 09:11 AM
Yeah I think some kind of ape marketinb budget is definitely fine
So maybe the 500 is fine, IDK

**Pauly Shore**  27-May-22 09:11 AM
Ryder will be happy about exciting the withdrawal so I think it's good to provide a simple distribution of all funds

**middlemarch.eth**  27-May-22 09:11 AM
But there are some golds i there haha
That would have IMO sold night-of
ANd still

┌ ● middlemarch.eth So maybe the 500 is fine, IDK
**Pauly Shore**  27-May-22 09:11 AM
We can always decide how to go about it later on

**middlemarch.eth**  27-May-22 09:11 AM
But I am happy for them to be used to market

**Pauly Shore**  27-May-22 09:11 AM
It's good tk have a reserve
It gives us a lot of flexibility

**middlemarch.eth**  27-May-22 09:11 AM
If we discuss how and think it's going to make the pie bigger
100% down for that

**Pauly Shore**  27-May-22 09:28 AM
I think that the number is too high to keep on reserve
But at the moment we aren't selling out fast so we have time to strategize
What Ryder and I were able to do with distributing my Phunks to people was very impressive
We got a crazy amount of big names in which adds major credibility to Phunks
And no one was paid, not one.



**middlemarch.eth**  27-May-22 09:36 AM
True! I'm down for all of this
Seems lik eyou guys are already getting some good steam rolling with the SOON meme

**Pauly Shore**  27-May-22 09:36 AM
Yes that was my idea yesterday

**middlemarch.eth**  27-May-22 09:36 AM
Great to have a meme to push\,
For ppl to put in their thing

**Pauly Shore**  27-May-22 09:36 AM
I just said hey we have to remember to play to OUR strengths
We are gonna win doing this their way
Ryder settled on the soon meme
We talked about a few other ideas but the thing was
We have to use meme power

**middlemarch.eth**  27-May-22 09:40 AM
Yeah like when you own this what does that mean about you
I PERSONALLY am more on the conceptual art is cool side than the "kill al6z" side, but it's a big tent haha
🌞 1
I'm also thinking a lot about content on the marketplace, which I KNOW doesn't sell ahah
But like okay, what about sorting by number of colors, the amoutn of red in the picture, etc etc
What about finding only ida that are prime numbers
Like REALLY deconstructing it
To me I find it very funny
Like this is how you sort conceptual art

**Pauly Shore**  27-May-22 09:47 AM
Yesssss!
I would suggest going to town on that aspect. I'm sure ryder will have his own ideas about it too but it's a very cool and fun idea that will invite more fun ideas
Tom do you think you can have a breakdown ready for the distribution of our funds thus far in an hour or 2?

**middlemarch.eth**  27-May-22 09:49 AM
I have a call in 10 mins with PIV
But will work on it after
That's my only call

**Pauly Shore**  27-May-22 09:50 AM
Ok sweet!!
Thank you!
That will help make the withdrawal happen how we would like it to
A lot!

**middlemarch.eth**  27-May-22 09:51 AM
Booooommmmm
So you sent 12 eth for gas and that has been spent?
Or I guess I'll jsut calcualte what has been spent
Never midn

**Pauly Shore**  27-May-22 09:51 AM
I have no accounting of gas myself
Yeah!
Just wanted to help make sure we had enough

**middlemarch.eth**  27-May-22 09:52 AM
✔️

**Pauly Shore**  27-May-22 09:52 AM
Took a nice L having to convert from stables too lol
But it's fine

**middlemarch.eth**  27-May-22 09:52 AM
lmao
So crazy to watch this thing in the contract

**Pauly Shore**  27-May-22 09:52 AM
How so

**middlemarch.eth**  27-May-22 09:52 AM
I was like wait, what happened tot he ETH??
And then it was oh ok ETH is down

**Pauly Shore**  27-May-22 09:53 AM
Lmaooo

**middlemarch.eth**  27-May-22 09:53 AM
Makes a difference with this amount of money!
When you have 2 eth you don't notice

**Pauly Shore**  27-May-22 09:53 AM
You mean cuz we have to use a lot for gas?

**middlemarch.eth**  27-May-22 09:53 AM
No bc it went fro 2k to 1.7k! (soltred)

**Pauly Shore**  27-May-22 09:53 AM
Yes

**middlemarch.eth**  27-May-22 09:53 AM
Exchange rate I mean

**Pauly Shore**  27-May-22 09:53 AM
Sucks!

**middlemarch.eth**  27-May-22 09:53 AM
So the same pot of eth went down in value, which was unfortunate
Bc usually I don't think about that

**Pauly Shore**  27-May-22 09:53 AM
But we might get a nice scam pump
Look for a bounce to 22-2500

**JTX-801.00162**



**middlemarch.eth** 27-May-22 09:54 AM
Whoa
Ok then sweet
Let's put more into the contract

**Pauly Shore** 27-May-22 09:54 AM
Pentoshi expects one
And he is on point

**middlemarch.eth** 27-May-22 09:54 AM
Or just hold it ourselves

**Pauly Shore** 27-May-22 09:54 AM
Generally
He said last night
Think of support as a rubber band more then a brick wall
It can slingshot back

**middlemarch.eth** 27-May-22 09:56 AM
So are you not going back to stables then?

**Pauly Shore** 27-May-22 09:55 AM
I'm all stables
It depends what level eth is at
I will probably sit on the eth until we get some kind of bounce
I want a quick bounce then exit but I dunno
I'm no trader
@theonder is the trader here!!!
I just listen to a few sharp people
And cross my fingers lol
But it's crazy like Pentoshi's tweets have an immediate impact on markets
He was saying something about a 7-10 percent swing on average

**middlemarch.eth** 27-May-22 09:59 AM
Who is that?
I need to follow

**Pauly Shore** 27-May-22 09:59 AM
Pentoshi

**middlemarch.eth** 27-May-22 09:59 AM
I am becoming a trader now!
Because of this big eth position

**Pauly Shore** 27-May-22 10:00 AM
Hung out with him yesterday

> **middlemarch.eth** Because of this big eth position
**Pauly Shore** 27-May-22 10:00 AM
Be careful about that
This market will eat people alive

**middlemarch.eth** 27-May-22 10:00 AM
So I exit?

**Pauly Shore** 27-May-22 10:00 AM
The market is brutal

**middlemarch.eth** 27-May-22 10:00 AM
But that's a trade! (edited)

**Pauly Shore** 27-May-22 10:00 AM
I can't give financial advice but I think much of these things depend on our financial conditions individually (edited)

**middlemarch.eth** 27-May-22 10:02 AM
I know I know I just find it funny that I can't not be a trader right now

**Pauly Shore** 27-May-22 10:02 AM
I know lol!!!

**Pauly Shore** 27-May-22 10:17 AM
Maybe we should send an ape to moonpay

**middlemarch.eth** 27-May-22 11:20 AM
Haha
I guess that's one thing we have in common w BAYC
Justin Bieber didn't buy our NFT either

**Pauly Shore** 27-May-22 11:20 AM
lmfao

**Pauly Shore** 27-May-22 11:46 AM
https://rrbayc.com/?fulfill

> **RR/BAYC**
> Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT.                    RYDER RIPPS BORED APE YACHT CLUB

for some reason on this page i cannot scroll down through the orders
i only see 2 gold ones at the top

**middlemarch.eth** 27-May-22 11:47 AM
Let me take a look, I think I hard coded the things before to start it to work
I can fix it today
Working on accounting right now
Yes that's what it is
I need to re-add them manually
I will do it in a few

**Pauly Shore** 27-May-22 11:49 AM
ok for sure
i think we should pause accounting to prioritize backend functionality so ryder can keep fulfilling

**middlemarch.eth** 27-May-22 11:49 AM
Ok give me a few mins



**Pauly Shore** 27-May-22 11:49 AM
kk
thanks!!

**middlemarch.eth** 27-May-22 11:54 AM
Ok check now (edited)

**hwonder** 27-May-22 11:55 AM
macro economics

middlemarch.eth Ok check now (edited)
**Pauly Shore** 27-May-22 11:57 AM
works like a charm!!

hwonder macro economics
**Pauly Shore** 27-May-22 11:57 AM
what about em

**hwonder** 27-May-22 11:58 AM
systems are correlated ... that is how you call markets ... esp ones you can script

**Pauly Shore** 27-May-22 11:58 AM
for sure

**hwonder** 27-May-22 11:59 AM
~$30m moves etherum +- 2% just in the trade alone

**Pauly Shore** 27-May-22 11:59 AM
right

**hwonder** 27-May-22 11:59 AM
1 trade. BOOM

**Pauly Shore** 27-May-22 11:59 AM
thats crazy

**hwonder** 27-May-22 12:02 PM
set a yield goal.
if you have a target ~10% APY ... conservatively speaking ... swing into stables... play it safe anon or not

if you want 20%+ APY ... dollar cost average on quarterly candles of eth

if you want high accumulation low correlation to BTC... grab BNB... it's almost 1:1 given the utility of bnb macro is coupon to largest BTC volume globally
global economic recession is inevitable
3m - 18m window
the window will be largely based on what culture pumps (sad)

**Pauly Shore** 27-May-22 12:05 PM
ALPHA LEAK

hwonder global economic recession is inevitable 3m - 18m window the window will be largely based on what culture pumps (sad)
**Pauly Shore** 27-May-22 12:06 PM
this part i dont understand

Pauly Shore this part i dont understand
**hwonder** 27-May-22 12:10 PM
globally we're overextended in every industry... waste everywhere. more millionaires than ever.

and recession draws that back like an aging mans hairline lol

incentives are created to redirect investments and cash (example ... fed raises rates, which in term reduces lending... increases savings.. better bank rates, etc... it's like a 'staking' construct in crypto)

when there is less lending, then less car sales, less mortgages, less supply shock on lumber / construction... it's a reduction to reel things back in
car stock --> less auto loans --> less sales --> lower projects --> pulls stock prices back

**Pauly Shore** 27-May-22 12:11 PM
the cascade

**hwonder** 27-May-22 12:11 PM
exactly

**Pauly Shore** 27-May-22 12:11 PM
lll
eth to $700

**hwonder** 27-May-22 12:12 PM
ultimately, perhaps...
before that, there will be a bull-fake-pump to squeeze a last round

**Pauly Shore** 27-May-22 12:12 PM
yeah

**hwonder** 27-May-22 12:12 PM
we've been ded cat bouncing since russian invaded ukrain

**Pauly Shore** 27-May-22 12:12 PM
thats wen i want to exit the rest of my eth
hopefully

**hwonder** 27-May-22 12:13 PM
watch the futures .... that signals everything
now... the oddest thing will happen when 2024 us election canidates start showing up
NFTs will become the new SPAC
think about the purist DAO principals...
then effectively think about that in correlation to SPAC
then think about lack of regulation
and resolve at how these together are a legit corruption just waiting to happen

**Pauly Shore** 27-May-22 12:17 PM
lmfaoooo
yeah election pump
THE ECONOMY IS BOOMINGGGGG

**hwonder** 27-May-22 12:17 PM
dude. they are gonna raise insane money with NFTs

**Pauly Shore** 27-May-22 12:17 PM
yes
NFT run will be parabolic
so bullish lol

bullish for illegitimate reasons

**hwonder** 27-May-22 12:18 PM
nft defi tools will surface...

and P-U-M-P

**Pauly Shore** 27-May-22 12:18 PM
that will be dope

**hwonder** 27-May-22 12:18 PM
wholesale NFT is coming (if they call that or not... it's coming)

**Pauly Shore** 27-May-22 12:18 PM
its interesting to think about the best nfts to own for that cycle

**middlemarch.eth** 27-May-22 12:24 PM
Ok check it out, my accounting

https://docs.google.com/spreadsheets/d/1K5qOyjXyoQAhUeKYQRMmW3BucH6FriO3L4AhnxpePwA/edit#gid=1050836812

RR/BAYC Accounting

Summary

Eth
Previously minted:246.R,<— based on 2.468 put into contract
Contract Rev (net of refunds),210.3
Total Rev,457.1
BAYC Contract Gas,18.171
RSVP Contract Gas,6.679
Total gas,19.850
Revenue share,Already distributed
Ryder split,251.405.246.8
Pauly split,68.565.0.00
H split,68.565.0.00...

As with everything it's actually a BIT hard than it looks (for me) to come up with the right thing haha

Simple in theory

| | Eth | |
|---|---|---|
| Previously minted | 246.8 | <— based on 2.468 put into contract |
| Contract Rev (net of refunds) | 210.3 | |
| Total Rev | 457.1 | |
| | | |
| BAYC Contract Gas | 13.171 | |
| RSVP Contract Gas | 6.679 | |
| Total gas | 19.850 | |

| Revenue share | | Already distributed |
|---|---|---|
| Ryder split | 251.405 | 246.8 |
| Pauly split | 68.565 | 0.00 |
| H split | 68.565 | 0.00 |
| Tom Split | 68.565 | 0.00 |
| Total | 457.1 | 246.80 |

| Gas Share | | Already paid |
|---|---|---|
| Ryder split | 4.962981129 | 5.604 |
| Pauly split | 4.962981129 | 12 |
| H split | 4.962981129 | 0 |
| Tom Split | 4.962981129 | 2.106 |
| Total | 19.85036852 | 19.650 |

| Profit share | | Current | Owed |
|---|---|---|---|
| Ryder | 246.4436078 | 241.196 | 5.357 |
| Pauly | 63.60240767 | -12.00 | 75.60 |
| H | 63.60240767 | 0.00 | 63.60 |
| Tom | 63.60240767 | -2.10 | 65.70 |
| | 437.2496315 | 226.900 | 210.300 |

Here's the bottom line I think

One question is how much revenue was made before the contract

We put 2468 ids into the contract as previously minted, so I used that number for the moment

**hwonder** 27-May-22 12:25 PM
500 of which don't count.

1,968

**middlemarch.eth** 27-May-22 12:25 PM
No this excludes that

**hwonder** 27-May-22 12:25 PM
ah.

**middlemarch.eth** 27-May-22 12:26 PM

14. notAvailableForPreOrderCount

500 :uint256

15. paulyPaymentAddress

16. paused

17. preOrderCanceledCount

18. preOrderCount

19. preOrderFulfilledCount

20. preOrdersToFulfill

21. previouslyMintedCount

2468 :uint256

We should double check though, just putting this in now to show you guys something

**hwonder** 27-May-22 12:26 PM
want to dial at test and step it

**middlemarch.eth** 27-May-22 12:27 PM
bOoom

Let's say 1:30?

**hwonder** 27-May-22 12:27 PM
cool. thats fine for me

**Pauly Shore** 27-May-22 12:28 PM
this is fantastic tom!!!

thank you!

i will talk to ryder and i will say that we should do a withdrawal and do the first team distribution

and he should be distributing to us the remainder, yes?

**middlemarch.eth** 27-May-22 12:29 PM
Sure, or we could hold some back or something if we wanted to for some reason

Gas or something

But yeah, probably distribute everything

Also good to talk about the next step, like what is Ryder's POV on whether to push to the marketplace asap or do more things iwth the xisting site

We've talked about it here but I at least haven't heard from him

> middlemarch.eth  Also good to talk about the next step, like what is Ryder's POV on whether to push to the marketplace asap or do more things iwth the xisting site

**Pauly Shore** 27-May-22 12:30 PM
Agreed

I want to go through things I stages with him

**hwonder** 27-May-22 12:31 PM
marketplace is on deck... i am just torn around market conditions... marketing making needs

**Pauly Shore** 27-May-22 12:29 PM
Let's get the withdrawal complete

👍 2

> hwonder  marketplace is on deck... i am just torn around market conditions... marketing making needs

**Pauly Shore** 27-May-22 12:31 PM
This

> Pauly Shore  Let's get the withdrawal complete

**Pauly Shore** 27-May-22 12:31 PM
And disbursement

Bringing him too much at once is counterproductive

We have the best people on our team here

**middlemarch.eth** 27-May-22 12:31 PM
Boooommm

**Pauly Shore** 27-May-22 12:32 PM
We are like the best boat in the water

But sometimes the storm needs to be waited out

That's my outlook

But figuring things out etc

Always wanted to be flexible and ready to pivot

**hwonder** 27-May-22 12:32 PM
you know the best thing to create isn't a marketplace ... its a media entity

> hwonder  you know the best thing to create isn't a marketplace ... its a media entity

**Pauly Shore** 27-May-22 12:33 PM
That could get interesting real fast.

**hwonder** 27-May-22 12:33 PM
i was going through my git and i have SOOO MUCH CODE you have no idea

**Pauly Shore** 27-May-22 12:33 PM
The irony here is that I'm the only one of us four that hasn't already run a company



**middlemarch.eth** 27-May-22 12:33 PM
lmao that makes you the best person to do it haha

😂 1

**hwonder** 27-May-22 12:33 PM
and i came across a news app i did and got board

**middlemarch.eth** 27-May-22 12:33 PM
You aren't scarred

😺 1

middlemarch.eth lmao that makes you the best person to do it haha

**Pauly Shore** 27-May-22 12:33 PM



middlemarch.eth You aren't scarred
**hwonder** 27-May-22 12:34 PM
this?!

middlemarch.eth You aren't scarred
**Pauly Shore** 27-May-22 12:34 PM
Well I'm smart enough to know that I should be!!!!
😂😂😂

**middlemarch.eth** 27-May-22 12:34 PM
I agree tho
Especially w conceptual art

Pauly Shore Well I'm smart enough to know that I should be!!!!
**hwonder** 27-May-22 12:34 PM
you are a masterful delegator. that is weight in gold

**middlemarch.eth** 27-May-22 12:34 PM
I mean Phunks kind of is that
Not centralized or whatever

hwonder you are a masterful delegator. that is weight in gold
**Pauly Shore** 27-May-22 12:34 PM
Thank you ser

**middlemarch.eth** 27-May-22 12:34 PM
But that's how I found it

**Pauly Shore** 27-May-22 12:34 PM
WIP

**middlemarch.eth** 27-May-22 12:34 PM
Through a media-type experience (edited)

**hwonder** 27-May-22 12:35 PM
MASTERFUL.
👀 1   🐸 1

middlemarch.eth Through a media-type experience (edited)
**hwonder** 27-May-22 12:35 PM
exactly!
👀 1

**Pauly Shore** 27-May-22 12:35 PM
I will get wayyyy better
I know my ceiling and I am in my infancy at what I do here
I learn fast and this is the most dynamic learning environment imaginable

hwonder MASTERFUL.
**Pauly Shore** 27-May-22 12:35 PM
Thank you 🙏
I'll take it!

**hwonder** 27-May-22 12:35 PM
dunning-kruger effect is my weakness

hwonder dunning-kruger effect is my weakness
**Pauly Shore** 27-May-22 12:36 PM
It's many of ours
I think we have great team dynamics here
If we keep communication at a high caliber
I think we can PHUCK SHIT UP
In a major way

**middlemarch.eth** 27-May-22 12:36 PM
🚀🚀🚀



**Pauly Shore** 27-May-22 12:36 PM

I'm obsessed with that gif now
I tried to make the founder of coinmarketcap watch training day with me but he rugged me
😂

**hwonder** 27-May-22 12:38 PM
a close friend of mine made that film.
hits close to home.

**middlemarch.eth** Through a media-type experience (edited)
**middlemarch.eth** 27-May-22 01:15 PM
It's also why I was down to be exit lpudity!

📞 **middlemarch.eth** started a call that lasted 5 minutes. 27-May-22 01:31 PM

**middlemarch.eth** 27-May-22 01:33 PM
For M only
Unless you want to join, Pauly

**Pauly Shore** 27-May-22 01:33 PM
All good!!

**hwonder** 27-May-22 01:34 PM
need 10 mins
AFK

**hwonder** 27-May-22 01:49 PM
almost back home .. update

**middlemarch.eth** 27-May-22 01:49 PM
Boooom
I'm taking this time to calculate which ape has the most unique colors
Any guesses?

**Pauly Shore** 27-May-22 02:02 PM
https://twitter.com/0xSlykx/status/1530247572526288897

Kinjo [Slykx.eth] [.e.0xSlykx]
@ryder_ripps I did some checking and it looks like I reserved 2 of the KR/BAYCs while I was charged for four. Happy to connect to get this whole thing cleared up. Here's the link:
https://t.co/rKKp9RoCeQ
Twitter • 27-May-22 02:00 PM

**middlemarch.eth** Any guesses?
**Pauly Shore** 27-May-22 02:02 PM
No clue

**Pauly Shore** https://twitter.com/0xSlykx/status/1530247572526288897
**Pauly Shore** 27-May-22 02:03 PM
I think this person is mistaken.

**middlemarch.eth** 27-May-22 02:03 PM
That tx link is for 2

📞 **hwonder** started a call that lasted 269 minutes. 27-May-22 02:03 PM

**Pauly Shore** 27-May-22 02:03 PM
Yes

**middlemarch.eth** 27-May-22 02:03 PM
If you click internal transactions

You'll see that in that tx he was refunded .15
Because one of this things was taken

**Pauly Shore**  27-May-22 02:07 PM
Thank you! I replied

**middlemarch.eth**  27-May-22 02:07 PM
Most colors



Fewest colors



middlemarch.eth Most colors
**Pauly Shore**  27-May-22 02:08 PM
Fire!!!!!!!
I think we should tweet about it

**middlemarch.eth**  27-May-22 02:08 PM
5486 and 3291

**Pauly Shore**  27-May-22 02:09 PM
One of our in house gigabrains, MiddleMarch has run full color analytics on the RR/BAYC collection and we have already discovered the following:

The most colors present in an ape: #5846

The fewest colors: #3291
Draft of a tweet
How many colors present?

**middlemarch.eth**  27-May-22 02:10 PM
53416 and 4011

**Pauly Shore**  27-May-22 02:11 PM
53416 colors?!!!!
Dank

**middlemarch.eth**  27-May-22 02:11 PM
Noise fur bro
Plus tie dye

**Pauly Shore**  27-May-22 02:11 PM
Yes
Wild

**middlemarch.eth**  27-May-22 02:11 PM
What do you expect??
Haha

**Pauly Shore**  27-May-22 02:11 PM
I know haha!
Epic metrics

**middlemarch.eth**  27-May-22 02:11 PM
Wiat before you tweet
Let me do a histogram
Here is ah istogram

Ape color count v. ape count
2900



Not super well formatted
But can't finish at the moment

**Pauly Shore**  27-May-22 02:16 PM
That's ok
I can say here is a preliminary graph of the color distribution

**middlemarch.eth**  27-May-22 02:17 PM
It's the real distro I just wish the x-axis didn't have extra 00s

**Pauly Shore**  27-May-22 02:17 PM
For sure we can always share more later no rush at all
It's amazing data to have to share!!!!
Bullish

**middlemarch.eth**  27-May-22 03:46 PM
Proposal: blank white page with "SOON" emoji centered and some kind of basic logo like this



**RR/BAYC**

Just soon
Fine

**Pauly Shore**  27-May-22 03:58 PM
He's good with it
If we can give him dns instructions asap thug would be dope
He has client work he has to do for tyga rn
But I get him for 10-15 min rn
@middlemarch.eth

**hwonder**  27-May-22 03:59 PM
https://codepen.io/hwonder/pen/RwQxdpd

| hwonder | |
|---|---|
| Soon. | |
| - | |

going to keep it SUPER SIMPLE

**middlemarch.eth**  27-May-22 03:59 PM
On the withdraw, he should click withdraw and then fro the proceeds send:

**Pauly Shore**  27-May-22 03:59 PM
Can we do black and white?

**middlemarch.eth**  27-May-22 03:59 PM
42.242 to 0x7D25D0161E8A31D0b95858b9c88E63f9644af740
30.242 to 0xF9C28a78aE44ba9888880e9E827E863d576f261B
32.398 to 0xC2172e6315c1D7f6855768F843c420Eb836eDa97

**Pauly Shore**  27-May-22 03:59 PM
Great!

○ hwonder https://codepen.io/hwonder/pen/RwQxdpd

**Pauly Shore**  27-May-22 04:00 PM
Black and white here plz

○ Pauly Shore Black and white here plz
**hwonder**  27-May-22 04:00 PM
yes.

**Pauly Shore**  27-May-22 04:00 PM
Oops
It is!!
Preview is blue haha
Just need the dns
Instructions

**middlemarch.eth**  27-May-22 04:00 PM
Ok 2 seconds
apemarket.com?
We need to get it live before he links to it tho
But one sec I cna get instructions



the team doesn't miss.

👍 1

**Pauly Shore** 27-May-22 04:16 PM



**hwonder** 27-May-22 04:16 PM
powermove

👍 1

**Pauly Shore** 27-May-22 04:16 PM

I like this a bit more

**hwonder** 27-May-22 04:17 PM
*100*

😍 1

**Pauly Shore** 27-May-22 04:17 PM
Any preferences?
Yeeeee
A few*
If you boys care to add soon to your twitter names I encourage it!



👍 1  🔥 1  👍 1

**middlemarch.eth** 27-May-22 04:23 PM
I think that is funny, though do we really want to make this so purely an anti-a16z play?
I mean you know how I feel about this haha

**Pauly Shore** 27-May-22 04:23 PM
Good thing to consider
You know IM DOWN

**middlemarch.eth** 27-May-22 04:24 PM
Right yes, I see the other thread
I think playign with it is fun, but to really tease the big meme we're doing w anti-a16z, IDK


> 🔘 **middlemarch.eth** I think playign with it is fun, but to really tease the big meme we're doing w anti-a16z, IDK

**Pauly Shore** 27-May-22 04:25 PM
Agreed







**middlemarch.eth**  27-May-22 05:08 PM
https://docs.google.com/spreadsheets/d/18Ez8xzby4XMsliE_LaLiar6VAsAtMDAMVCha44ytvbQ/edit#gid=48638856

**FINAL: First Draw RR/BAYC Accounting**

Summary

Eth
Previously minted,246.8 <-- based on 2.468 pot into contract
Contract Rev (net of refunds),1,205.5
Total Rev,452.3
BAYC Contract Gas,20.434
RSVP Contract Gas,6,679
Total,gas,27.154
Revenue share,Already Distributed
Ryder split,248.765,246.8
Pauly split,67.845,0.00
H split,67.845,0.00...

Final accounting of first draw btw
Happy to go over it with Ryder or anyone



**middlemarch.eth**  27-May-22 05:42 PM
https://akfoc.us/9000/typpsite/3d2/





**middlemarch.eth** 27-May-22 06:25 PM

**Pauly Shore** 27-May-22 06:27 PM
weird
my shit is fucked

Only works like this
Should I tweet it with www.
?

**middlemarch.eth** 27-May-22 06:33 PM
What about apemarket. com?'s
No space
The dot come plus ?s
That's another option
Www will work too

**Pauly Shore** 27-May-22 06:33 PM
Looks terrible haha
I'm gonna tweet it like this

**middlemarch.eth** 27-May-22 06:34 PM
Maybe do both?? Www and the s?
Jk

**Pauly Shore** 27-May-22 06:35 PM
I really hate having to add www
Working on it
wow
what a joke
i cannot fucking tweet apemarket.com
trash.
even on my computer it doesnt work

**middlemarch.eth** 27-May-22 06:41 PM
Try the desktop mac app haha
It worked there for me

**Pauly Shore** 27-May-22 06:41 PM
https://twitter.com/apemarketplace/status/1530318281885814785?s=21&t=WxvNG3GOE6D_aCx9SDfZng

> Ape Market 🦍 (@ApeMarketplace)
> https://t.co/pOD3xcRUYN 🔽 We don't miss.
> Royalties will be drastically reduced. 🚀
> ... and yes, we've got a few surprises for you.
> 🐦 Twitter · 27-May-22 06:41 PM

I just tweeted it fuck it

**middlemarch.eth** 27-May-22 06:42 PM
Looks 100% good to me
3d looks amazing :hwunder
👍 1

**Pauly Shore** 27-May-22 06:43 PM
Can we change the card to this





**hwonder** 28-May-22 01:31 AM
its nuts
weird jealous behavior

**Pauly Shore** 28-May-22 01:31 AM
Yeah man
Obsessive
They got caught doing shady shit, what does that have to do with me in any way lol

**hwonder** 28-May-22 01:33 AM
😁 1

**Pauly Shore** 28-May-22 02:00 PM
the site takes a while to load and looks broken kinda maybe a loader for the ape section
Not from ryder

> **Pauly Shore** the site takes a while to load and looks broken kinda maybe a loader for the ape section
**hwonder** 28-May-22 02:01 PM
its going to range from user to user

**hwonder** 28-May-22 02:23 PM
https://twitter.com/hWonderofWorld/status/1530615768424951808

hwonder.eth ✅ (:/hWonderofWorld)
🐌💫❄️🏁 ➡️ SOON

➡️ SOON

🐦 Twitter · 28-May-22 02:23 PM

**Pauly Shore** 28-May-22 02:33 PM
Ok
Thanks

**hwonder** 29-May-22 04:15 AM
the unsolved myster music ... so gud

**Pauly Shore** 29-May-22 04:16 AM
Lmfao

LADIES AND GENTLEMAN, WE GOT HIM

**Pauly Shore** 29-May-22 12:47 PM
https://twitter.com/jackbutcher/status/1530936205881352196?s=21&t=F4m-dUbacVicd--i_C-Ibw

jckbtchr (@jackbutcher)
often, the more proud you are of an idea is an indication of how much of a departure it is from common conception
do not expect the market to agree on day one

🐦 Twitter · 29-May-22 11:36 AM

**hwonder** 29-May-22 05:41 PM
https://twitter.com/hWonderofWorld/status/1531027707105931265

hwonder.eth ✅ (:/hWonderofWorld)
we don't have grass in vegas. touching water instead.
casually sitting in a cabana at the pool building a new blockchain ...

🟢 Blockchain API: http://0.0.0.0:1317
🟢 Token faucet: http://0.0.0.0:4500

🐦 Twitter · 29-May-22 05:40 PM

😂 1

**Pauly Shore** 29-May-22 10:31 PM
Hope you guys had a great weekend!
Let's talk to in the AM
Wanna finish our brainstorm @hwonder and start talking to Ryder about some ideas

**hwonder** 29-May-22 11:04 PM
sweet!
the phunk vault ... perhaps would be best as a leading vault

**middlemarch.eth** 30-May-22 10:12 AM
Hiii!
I'm back
Catching up

**JTX-801.00178**



**Pauly Shore** 30-May-22 10:12 AM
Good morning!
I'm just waking up
I'm in a space

**middlemarch.eth** 30-May-22 10:12 AM
Dude that's ceO WITH attribution come on

haha
Should I join?

**Pauly Shore** 30-May-22 10:12 AM
I dunno I just wanted to say to a few buds

**middlemarch.eth** 30-May-22 10:13 AM
Alright I'm in

**Pauly Shore** 30-May-22 10:13 AM
Sick

No clue what this means

**middlemarch.eth** 30-May-22 10:14 AM
Right now I am manually updating the fulfilment UI
Which I can do again right now actually
Not great, but seems to work okay given the promised turnaround and other priorities
But we can fix this

**Pauly Shore** 30-May-22 10:14 AM
I think we should fix that

**middlemarch.eth** 30-May-22 10:14 AM
More important to the extent we're working on this site is probably fixing the user-facing thing
Which would also be annoying to do, but if we're going to be using this thing to mint out the remaining 5k is probably worth some effort
Let me update the UI manually now in any case
👍 1

> middlemarch.eth Which would also be annoying to do, but if we're going to be using this thing to mint out the remaining 5k is probably worth some effort
**Pauly Shore** 30-May-22 10:15 AM
This is my thought

**middlemarch.eth** 30-May-22 10:22 AM
Ok it's updated
I am going to take a look att he user-facing thing

**Pauly Shore** 30-May-22 10:22 AM
Cool

**middlemarch.eth** 30-May-22 10:22 AM
We should also have a convo about the marketplace scope
If we went the NLL route, we would have a true web3, serverless thing that would probably be pretty low maintenance
And we could copy and paste

**Pauly Shore** 30-May-22 10:23 AM
Yes

**middlemarch.eth** 30-May-22 10:23 AM
But if we want social features like Ryder mentioned (even if we don't personally build them, but just to have the capability), then we need to do a web2 / web3 hybrid

**Pauly Shore** 30-May-22 10:24 AM
For sure

**middlemarch.eth** 30-May-22 10:24 AM
Also things like free listing / bids, collection bids, sweeping
These all require something bigger
Also being able to aggregate / see items on other markets
I think these are all features that people sort of expect in a top tier new marketplace. IDK
Of course this is a lot more work
@rwinder have you heard of this thing? https://github.com/reservoirprotocol/marketplace

GitHub - reservoirprotocol/marketplace
Contribute to reservoirprotocol/marketplace development by
creating an account on GitHub.

Some kind of "out of the box" solution for this, though probably complicated, and locks you in to their platform
https://bayc.reservoir.market/collections/0xbc4ca0eda7647a8ab7c2061c2e1f8a18a936f13d
Here's one of their examples







## Market Dominance

- OpenSea: 95.57%
- Rarible: 0.50%
- LooksRare: 3.07%
- Foundation: 0.41%
- SuperRare: 0.45%

## Marketplaces Total Sales Without OpenSea

## Market Dominance Without OpenSea

- Rarible: 11.23%
- LooksRare: 69.32%
- Foundation: 9.24%
- SuperRare: 10.21%

## Value Innovation Model

**Pauly Shore** 20-May-22 11:26 AM
Reserve Apes (5,856 Remaining)
@middlemarch.eth
This number isn't changing on the site
If we can't update it live we should remove it imo
@twonder @middlemarch.eth we need to figure out how to mint some out of our reserve so we can use them for promotion and giveaways

That's super important and we definitely need to do this today imo

I owe one person 5 apes right now

**Pauly Shore** If we can't update it live we should remove it imo

**middlemarch.eth** 30-May-22 11:32 AM
Done!

👍 1

**Pauly Shore** 30-May-22 11:32 AM
Sorry about my connection

Sweet

In terms of the marketplace I think delivering a clean market that works just like NLL with lower royalties on rrbayc and BAYC is very good

We like the idea of innovating adjacent to it

But I think simple is fine in terms of the marketplace itself

I don't see great value in trying to reinvent the wheel @there

**middlemarch.eth** 30-May-22 11:35 AM
Boom

**Pauly Shore** 30-May-22 11:40 AM
We can always add more features to the marketplace down the rowd

Road

In terms of getting Ryder apes to use for marketing

What is the best solution you think?

**middlemarch.eth** 30-May-22 11:40 AM
I am owrking on something

**Pauly Shore** 30-May-22 11:40 AM
@hwonder @middlemarch.eth

Ok fantastic!!!

I think if we give him 30-50 that will be more than adequate for at least 2 weeks

Probably longer

Also, I have already distributed 4 so far so those will be reimbursed by the treasury as long as you guys agree that is ok

But it would be good to be able to use treasury for that ongoing

Not our personals

**Pauly Shore** 30-May-22 11:52 AM
@hwonder I would like to have Ryder start pushing pixels on the marketplace design today

Is there a way we can begin that process?

**middlemarch.eth** Sweep UI

**Pauly Shore** 30-May-22 11:58 AM
This is cool



I want to share this with ryder @hwonder

**middlemarch.eth** 30-May-22 12:10 PM
https://docs.google.com/spreadsheets/d/1WcfDtTimIgQk2FEfWJV02VvnieWRgDvb-I8aHkygFQ8/edit?usp=sharing







Reserved Ape Ids

Reserved ids (editable)

Ape id,Already Minted?
50
62
67
71
79
94
97
146
165
194
256
273
281
290
297
306
310
345
353
367
373
381
385
388
409
423
426
440
448
454
460
462
472
492
494
503
578
549
551
595
610

638
680
662
664
671
678
688
700

Ok ehre are all the reserved ids

None of them have been taken

You can now mint them with the V1 tol

If it's only 20 or 30 I suggest marking which one you have reserved on the Google Sheet in column B

I don't know if the dupe detection of the V1 tool is still 100%

And it's probably not worth making this completely solid unless we're doing a lot of mints

https://rrbays-v1.netlify.app/

V1 tool

As always with this, we can make it easier, but I think doing something for the end user is more important

📞 **hwonder** started a call that lasted 0 minutes.  30-May-22 12:16 PM

**hwonder**  30-May-22 12:16 PM

back

📞 **middlemarch.eth** started a call that lasted 67 minutes.  30-May-22 12:16 PM

**Pauly Shore**  30-May-22 12:20 PM
Thank you @middlemarch.eth

**hwonder**  30-May-22 12:37 PM



current

**Pauly Shore**  30-May-22 12:38 PM
1) lock royalties for both collections - I think very low is wise
2) lock design elements / pixel pushing for hte marketplace
3) announce royalties + price increase with a teaser media element or two, screenshots or screen recording
4) maybe you can only use the marketplace if you own a rr/bayc
5) improve functionality of rrbayc.com  (edited)

**hwonder**  30-May-22 12:46 PM

backfilling is via that api is a beaut

sweep

Total Price    +1.368

Buy Now







**Pauly Shore** 30-May-22 03:53 PM
Real time counter
Of how much saved vs opensea or if looks rare
On the ape side

**Pauly Shore** 30-May-22 04:08 PM
Ryder wants to release bayc & mutants on the marketplace
And I think it's a great idea for the accoucement
@hwonder ryder said to share whatever we can with him and he can mess with css design stuff etc
Demo site tonight?

**Pauly Shore** 30-May-22 04:25 PM



**middlemarch.eth** 30-May-22 04:00 PM
Ok I think I'm ready to pus hthis
@Pauly Shore can we have Ryder try fulfilling once it's out?
To make sure it works?
Try minting I mean
We can fulfill
I've tested cancelling

**Pauly Shore** 30-May-22 04:52 PM
yes
i will tell him
@middlemarch.eth bm
lmk

**middlemarch.eth** 30-May-22 04:54 PM
Ok one sec
Ok check it out: https://rrbayc.com/?fulfill

> **RR/BAYC**
> Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork
> NFT.

And also the main site: https://rrbayc.com/

> **RR/BAYC**
> Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork
> NFT.

Should be a lot faster
But maybe there are some subtle bugs, be on the look out!
Pretty big change

**Pauly Shore** 30-May-22 05:09 PM
ok great
@middlemarch.eth can we have it shuffle by default? since all the top apes are now taken
its bearish to have to scroll down imo

**middlemarch.eth** 30-May-22 05:11 PM
Yes one sec

**Pauly Shore** 30-May-22 05:11 PM
he just fulfilled 20 he said @middlemarch.eth

**middlemarch.eth** 30-May-22 05:11 PM
Sweet! In that case I guess it worked!
Ok shuffling by default now

**Pauly Shore** 30-May-22 05:16 PM
Awesome!
Hoping that we can start working on some design stuff tonight and then announce rovalties
Ryder is happy with .69
%

**hwonder** 30-May-22 05:17 PM
im circling in a bit

**middlemarch.eth** 30-May-22 05:17 PM
Lol must we haha?



**Pauly Shore** 30-May-22 05:17 PM
Ok

**middlemarch.eth** 30-May-22 05:17 PM
Makes it even harder to explain to my mother

**Pauly Shore** 30-May-22 05:17 PM
Lol

**middlemarch.eth** 30-May-22 05:17 PM
But whatever gets ppl going
@hwonder check out the site I think I made it fast!😂

**Pauly Shore** 30-May-22 05:20 PM
It's awesome!

🔴 hwonder im circling in a bit
**Pauly Shore** 30-May-22 05:20 PM
I have a meeting I'll be back in 90 minutes or so

@middlemarch.eth @hwonder check out the site I think I made it fast!😂
**hwonder** 30-May-22 05:32 PM
grease lighting

**Pauly Shore** 30-May-22 07:30 PM
yo yo!

**hwonder** 30-May-22 07:30 PM
yo !

**Pauly Shore** 30-May-22 07:33 PM
how goes it sir

**Pauly Shore** 30-May-22 07:58 PM
do you think we can get a demo site up tonight @hwonder ?

**hwonder** 30-May-22 07:58 PM
yes. im testing contracts

**Pauly Shore** 30-May-22 07:59 PM
sweeeeeet!!!

**hwonder** 30-May-22 08:49 PM

indexing is heavy but solid (for market data)

**hwonder** 30-May-22 09:48 PM

Buying on NLL                    Buying on h contracts w/ real time royalty

List on NLL                      List on h contracts

doing comps on contracts

🔍 Contract 0xa109c3c2ecafaaaa09a85b83873a870ee49ad2c7  ✅  📋
  └ TRANSFER 0.000002 Ether From 0xa109c3c2ecafaaaa09a85b83...  To → 0x38327c7587c1b0327c430e9f...
  └ TRANSFER 0.000998 Ether From 0xa109c3c2ecafaaaa00a85b83...  To → 0xf9c2ba78ao44bd988880e0e...

the real time royalties / payment lifecycle feels valuable









Pauly Shore 30-May-22 10:53PM
Maybe just have the drop down left aligned?
Would it be weird to have it that way on a mobile too you think?
He likes the idea of logo being less intrusive

# ApeMarket™

You like the Gm in the corner?

hwonder 30-May-22 11:05 PM
the gm is culty
i did that before
not bad look



Pauly Shore 30-May-22 11:11 PM
Oh nice

hwonder 30-May-22 11:20 PM
if you can get a hard list, i can iterate and put live

Pauly Shore 30-May-22 11:23 PM
Hard list of changes

hwonder 30-May-22 11:23 PM
like bullets of feedback

Pauly Shore 30-May-22 11:23 PM
I think it's probably best to go live with how you have it
And he will have plenty of notes from@there I imagine.

hwonder 30-May-22 11:23 PM
oh.

JTX-801.00190

**Pauly Shore**  30-May-22 11:23 PM
Does that work?
Like live for demo

**hwonder**  20-May-22 11:23 PM
i can do that, not most efficient
but i will proceed

**Pauly Shore**  30-May-22 11:24 PM
Ok
Sorry for all the inefficiency!

**hwonder**  31-May-22 12:33 AM
all good
people are NUTS
N-U-T-S-SSSSSSSS

**Pauly Shore**  31-May-22 12:34 AM
Lmaooo
What's the happenings

**hwonder**  31-May-22 12:35 AM
people have monster envy

**Pauly Shore**  31-May-22 12:40 AM
About this project?
Dev groups talking shit?

**hwonder**  31-May-22 12:55 AM
people just have so many thoughts about things they have clue about it
they do not stop

**Pauly Shore**  31-May-22 12:56 AM
Dunning Freddie kruger

**hwonder**  31-May-22 12:56 AM
Hahahahaha
scary terry !

**Pauly Shore**  31-May-22 01:09 AM



**Pauly Shore**  31-May-22 01:52 AM
I'm probably gonna knock out sooner than later
If you like let's resume in the am?
@hwonder

**hwonder**  31-May-22 02:16 AM
im none stop. mind = blown

**Pauly Shore**  31-May-22 02:16 AM
Why mind blown?

**hwonder**  31-May-22 02:16 AM
omakasee hypes these folks up
its fun to see

**Pauly Shore**  31-May-22 02:16 AM
Lmao

**hwonder**  31-May-22 02:16 AM
morgan joined

**Pauly Shore**  31-May-22 02:19 AM
Lmaooo
I'm doing some research about Warhol
Your mind is blown by how omak gets people hyped?

**hwonder**  31-May-22 02:20 AM
yes, its fascinating

**Pauly Shore**  31-May-22 02:20 AM
Haha
He's fun and has a lot of energy and he's sharp
I have fun in his rooms

**middlemarch.eth**  31-May-22 08:10 AM
GM!!!!

JTX-801.00191

Market looks amazing!
This was a funny exchange haha



🤣 1

Tough question, my immediate reaction is that they can't have the same art on the site, like maybe the RRs have an overlay or something like Getty Images
IDK
But if we are actually trying to provide a non-troll good service ppl will use, it's just insane to have the same art
And also hilarious
BTW check out this ser: https://etherscan.io/address/0x55907ee56z1232c508ce0a7c1df962f1e406f217



**Address 0x55907ee56z1232c508ce0a7c1df962f1e406f217 | Etherscan**

The Address 0x55907ee56z1232c508ce0a7c1df962f1e406f217 page allows users to view transactions, balances, token holdings and transfers of ERC-20, ERC-721 and ERC-1155 (NFT) tokens, and analytics.

Reserved 30 last night
Bought 7 on Foundation
New wallet funded by https://etherscan.io/address/0xc440e04f48497084f1971a754f003fe2fd2093a3

**Address 0xc440e04f48497084f1971a754f003fe2fd2093a3 | Etherscan**

The Address 0xc440e04f48497084f1971a754f003fe2fd2093a3 page allows users to view transactions, balances, token holdings and transfers of ERC-20, ERC-721 and ERC-1155 (NFT) tokens, and analytics.

Which has has 3 Punks. 7 apes, and oh, no big deal, 51 Otherdeeds
I guess not as valuable as the apes of course, but still impactful
Anyway, bullish!
I reserved another one for myself in honor of this

 **Pauly Shore** 31-May-22 08:58 AM
Wowwwwww

**middlemarch.eth** 31-May-22 08:59 AM
Bro I know we've had some second thoughts about the price increase over the past few days
But if we sell out at .15, you are a legend
Let me just say that right now
30 reservations at .15
Come on
I reserved another one

 **Pauly Shore** 31-May-22 09:00 AM
This is who bought those Tom



**middlemarch.eth** 31-May-22 09:00 AM
Damn
That should be a stat for the ipae bot
How many ppl have blocked Pauly

 **Pauly Shore** 31-May-22 09:01 AM
Dude we are definitely going to sell this out
The fact that we sold basically a million dollars worth during the bear market
Is powerful Af

**middlemarch.eth** 31-May-22 09:02 AM
Yeah but come on, this influencer reserving 30 in one night



middlemarch.eth  Are we cutting the Yuga to 0?

**Pauly Shore**  31-May-22 09:12 AM
We should definitely yes

**middlemarch.eth**  31-May-22 09:13 AM
Do you think that will make them more antagonistic?

**Pauly Shore**  31-May-22 09:13 AM
Watch Yuga try to buy us out lmaoooo

No

**middlemarch.eth**  31-May-22 09:13 AM
Like ultimately they could shut our website down

**Pauly Shore**  31-May-22 09:13 AM
People in the community don't care

**middlemarch.eth**  31-May-22 09:13 AM
Or at least they could say we can't display the images on the website

**Pauly Shore**  31-May-22 09:13 AM
Shut us down for giving utility to 20k holders to save money?

**middlemarch.eth**  31-May-22 09:13 AM
I mean probably doesn't matter if we're not taking significant volume
No I mean Yuga wouldn't want to get cut out of making money on secondary
Like I bet they are down to cut out OpenSea

**Pauly Shore**  31-May-22 09:14 AM
I mean it's totally fine to build what we are building
If they take action against us now it looks even more stupid hahaha

**middlemarch.eth**  31-May-22 09:15 AM
Ok so previously it was 5%, now it is .69%?
Can we do .68?
Haha
For my mother
Ok fine .69

**Pauly Shore**  31-May-22 09:16 AM
Lmao

**middlemarch.eth**  31-May-22 09:16 AM
Ok so in last 30 days, it would be $3.9M difference
5% => .69%
On OS volume

**Pauly Shore**  31-May-22 09:16 AM
Just tell your mother we charge .7

**middlemarch.eth**  31-May-22 09:16 AM
Haha yeah round up is a good call

middlemarch.eth  Ok so in last 30 days, it would be $3.9M difference
**Pauly Shore**  31-May-22 09:16 AM
That's how much it would have saved?

**middlemarch.eth**  31-May-22 09:16 AM
In aggregate yeah
(46,471.9803 * 5%) − (46,471.9803 * .69%) eth in usd
That's the 30 day volume

**Pauly Shore**  31-May-22 09:17 AM
Wow
How much would it have saved all time?

**middlemarch.eth**  31-May-22 09:17 AM
(87.427 * 5%) − (87.427 * .69%) eth in usd = 7400
That's for floor

**Pauly Shore**  31-May-22 09:17 AM
Ryder was saying we should have a counter on the site
That calculates how much you save versus other merketplaces

**middlemarch.eth**  31-May-22 09:17 AM
All-time on OS would be $50M
•• !
Yeah that's a good call

**Pauly Shore**  31-May-22 09:17 AM
Like OS LR AND X2y2

**middlemarch.eth**  31-May-22 09:18 AM
Haha could probably just do OS
It ahs more marketshare than Lowes and Home Depot!
Come on

**Pauly Shore**  31-May-22 09:18 AM
Yeah it used to for sure
Fine by me

**middlemarch.eth**  31-May-22 09:18 AM
Used to??
H was just showing slides
LR is like 3%

**Market Dominance**





**Pauly Shore** 31-May-22 09:20 AM
Ooooh
Wow opensea still full monopoly

**middlemarch.eth** 31-May-22 09:20 AM
Bro watch your video!
And LR still makes a lot haha

middlemarch.eth Bro watch your video!
**Pauly Shore** 31-May-22 09:21 AM
I know
That was last year
That chart doesn't even show Coinbase lol
I wonder how much volume Coinbase has done
Vs NLL
NLL
https://twitter.com/wilfredogomez/status/15316271215877652517s=21&t=FDrhQECWoIkApsweCDxvNA

> Phrando 🍃 (@WilfredoGomez)
> @PaulyOx @opensea You gotta add NLL to the chart!
>
> 🐦 Twitter • 31-May-22 09:22 AM

Facts

**middlemarch.eth** 31-May-22 09:23 AM
I can't believe they blew it so badly!

**Pauly Shore** 31-May-22 09:23 AM
Dude what if NLL has like 5x the volume of Coinbase
The design and branding of ape market is suuuuuper important

**middlemarch.eth** 31-May-22 09:23 AM
Seems like they have $55 in 7 day on the flowers
I guess they will have the meme ones

**Pauly Shore** 31-May-22 09:24 AM
If we can really nail that
We will crush

**middlemarch.eth** 31-May-22 09:24 AM
I agree. the art must change!
Sorry
Ppl making mistakes with apes is already a huge meme
We have to be the "anti-mistake" marketplace
Which means we cannot sell a conceptual collection with the same art
It's actually insane to do that
Remember the "average joes"?

**Pauly Shore** 31-May-22 09:24 AM
I mean that is unavoidable
Right now the price difference is 1/1000th
Lol

**middlemarch.eth** 31-May-22 09:25 AM
Yeah but ppl sell apes for 1/1000th! (edited)

**Pauly Shore** 31-May-22 09:25 AM (edited)
Or 500th

**middlemarch.eth** 31-May-22 09:25 AM
By mistake
What about Getty Images?

middlemarch.eth Yeah but ppl sell apes for 1/1000th! (edited)
**Pauly Shore** 31-May-22 09:25 AM
😂
I'll default to ryder on how he wants to handle it
As it's part of the artistic statement

**middlemarch.eth**  31-May-22 09:31 AM
Bad pitch



Anyway yeah let the artist say
But I would not in the marketing show screenshots like the ones H showed
Because it is too confusing to the "average joe"
IMO
STRICTLY IMHO

**Pauly Shore**  31-May-22 09:32 AM
Lmao

💬 middlemarch.eth Because it is too confusing to the "average joe"
**Pauly Shore**  31-May-22 09:33 AM
I think we could also have a label under the logo
That denotes which collection you are viewing or something

**middlemarch.eth**  31-May-22 09:33 AM
Or it could be a different color or something
IDK, my only vibe from last night is that we should not under-estimate how confusing it is

**Pauly Shore**  31-May-22 09:33 AM
Yeah

**middlemarch.eth**  31-May-22 09:33 AM
But we can iterate and come up with something
But if the message is "this is legit good for ape holders," that will be hurt by full on troll

**Pauly Shore**  31-May-22 09:34 AM
I agree but I'm prioritizing Ryder making it an artistic statement

**middlemarch.eth**  31-May-22 09:34 AM
Ppl already will not trust us

**Pauly Shore**  31-May-22 09:34 AM
Because that's where the real importance lies
Rrbayc truly is very important conceptual art imo
And now we are all helping shape that art further
I legit think it's modern Warhol shit
Straight up
Ryders ideas and visions are usually like 5-10 years ahead of general public

**middlemarch.eth**  31-May-22 09:35 AM
IDK was Andy such an outspoke critic of the elements of Americana he depicted?
Maybe it's BETTER haha

💬 middlemarch.eth IDK was Andy such an outspoke critic of the elements of Americana he depicted?
**Pauly Shore**  31-May-22 09:36 AM
At the end of the day is ryder such a critic?
He is really just elucidating
But what he is elucidating is quite ugly

**middlemarch.eth**  31-May-22 09:36 AM
Tewet it!

## Cloudinary Account Usage Nearing Plan Limits

**Pauly Shore**  31-May-22 09:36 AM
The reaction of others is much stronger than his reaction

💬 middlemarch.eth Tewet it!
**Pauly Shore**  31-May-22 09:36 AM
Lmao what does it meannnn

**middlemarch.eth**  31-May-22 09:37 AM
Ppl have downloaded a lot of images!
This is how we made the images fast

**Pauly Shore**  31-May-22 09:37 AM
Oh damn

**middlemarch.eth**  31-May-22 09:38 AM
Another interesting thing about the art is that it doesn't fully "fit together"
Like there are semi-transparent pixels within the image
👍 1

Like you can kind of see the checkberboard pattern



Here it is with pink under the image

So the actual face of the ape will be affected by the color of the page where the PNG is shown
Very ewird

**Pauly Shore** 31-May-22 09:40 AM
https://twitter.com/paulyOx/status/1531631550466506754?s=21&t=FDrhQECWoikApsweCDsvNA

> **PAULY⭐️ (◎PaulyOx)**
> Fun fact: RR/BAYC will have more utility within 2 weeks of being created than any NFT in the entire @yugalabs ecosystem.
>
> **→**
> SOON

🐦 Twitter • 31-May-22 09:39 AM

> ◎ middlemarch.eth *So the actual face of the ape will be affected by the color of the page where the PNG is shown*

**Pauly Shore** 31-May-22 09:40 AM
So low quality
That is insane
You should tweet that!!!!!
It's an amazing find
As usual

**middlemarch.eth** 31-May-22 09:41 AM
Haha ok let me find a good visual

**Pauly Shore** 31-May-22 09:41 AM

YESSSSSSS!!



@ryder_ripps

Current bid          Ends in
• 2.20 ETH         19h 31m 56s

Dude the utility alone should make these 10x
There's 19k holders of mutants and BAYC
And only 10k of these available
Maybe we can do something that creates a need for everyone to tweet
Like maybe if you tweet about the marketplace you get early access or something

**middlemarch.eth**  10-May-22 09:50 AM
There's also the contest meme
I'm not so good at these

**Pauly Shore**  31-May-22 09:51 AM
For sure

**middlemarch.eth**  31-May-22 09:51 AM
What is the plan for the 500?

**Pauly Shore**  31-May-22 09:51 AM
I think a chunk of it should be used to give out to prominently placed people

**middlemarch.eth**  31-May-22 09:51 AM
I guess we wan tto give them away pretty quickly?

**Pauly Shore**  31-May-22 09:51 AM
And build up hype and visibility like we did with phunks
Pay influencers
Also maybe do an event with hypebeast
Where people can still-d mint some
As like a raffle or whatever
That treasury is just like the marketing wallet essentially
One thing we thought of that would be hilarious
Is to buy the bored and hungry ape
It's like a burger restaurant in Long Beach
And hire someone to make an RR/BAYC hotdog stand in front
Then hire an actor to pay Rodman law
Pfp attorney

**middlemarch.eth**  31-May-22 09:53 AM
Haha did they name it after the one?

**Pauly Shore**  31-May-22 09:22 AM
And stage an arrest

└ ● middlemarch.eth Haha did they name it after the one?
**Pauly Shore**  31-May-22 09:53 AM
Yeah the ape is like their logo
I need to reserve it before someone else does
https://twitter.com/croissanteth/status/1517940784317837318?s=21&t=Z_T62Vcw70N8_wNz5hR_Jg

   🥐 croissant (✪CroissantEth)
   Coinbase NFT and ENS are about to completely flip the script.
   I found recent smart contract deployments with some crazy  details,
   L2 + counterfactual wallet season is here... (1/x) 🚀
   Likes                    Retweets
   3870                     915
   🐦 Twitter • 23-Apr-22 02:57 PM
   @middlemarch.eth I'm 12 what is this

**middlemarch.eth**  31-May-22 09:59 AM
Something about registering ENS sub-domains with only L2 transactions
Cool idea!
Cheaper
I don't know that much abotu L2  (edited)
Haven't used it so much
But I should use more ENS sub domains
Like, here's a question
How do you find all assets on a wallet?
Like if you start a new thing with the wallet, and you add a new address, POOF the existing assets pop up
If they are there
So what you add like 1000 addresses just to see?

**Pauly Shore**  31-May-22 10:04 AM
interesting
i just reserved the bored and hungry ape lol

**Pauly Shore**  31-May-22 10:44 AM
@middlemarch.eth can we add a button to order sequentially now that it's random by default to avoid scrolling?

**middlemarch.eth**  31-May-22 10:47 AM
Hmmm another button?
Can I just remove random by default?
I'd prefer to not add buttons



**Pauly Shore** 31-May-22 10:49 AM
i think random by default is good, ryder asked for a sequential button but if its a huge lift ill tell him

**middlemarch.eth** 31-May-22 10:50 AM
It's not like a huge lift, it will just look bad
The design is based around two button
Also no one clicks buttons
Just pick the default we like and roll w that
That's what ppl will see
Mobile UI with 2 buttons



We could add a third there but then it's 3 smaller buttons, which IMO is less usable and nice, plus does the text fill, etc
No buttons!
Resist the urge

**Pauly Shore** 31-May-22 10:51 AM
yeah

**middlemarch.eth** 31-May-22 10:51 AM
No one clicks

**Pauly Shore** 31-May-22 10:59 AM
ok
i think for now just put them back in sequential order

**middlemarch.eth** 31-May-22 11:03 AM
Kk
Done!

**Pauly Shore** 31-May-22 11:05 AM
https://twitter.com/paulyOx/status/1531653172552515586?s=21&t=Z_T62Vcw7ON8_wNz5hR_Jg

> **PAULY ☒ (@PaulyOx)**
> Our devs @WWonderofWorld & @dumbnamesnumbers are
> simply the best in the game! 👏👏👏
>
> 🐦 Twitter • 31-May-22 11:05 AM

GIGACHADS!

**middlemarch.eth** 31-May-22 11:08 AM
Haha "I'd wager to guess it doesn't look anything like most NFT minting contracts." 😂😂😂 hmm yes I think pretty different actually!
Still waiting for someone to recognize the setSomeApesAside joke
https://foundation.app/@middlemarch/code/3

> **Set some Bored Apes aside | Foundation**
> An excerpt from the BoredApeYachtClub contract at line 1935

@BurnableLabs...
This function allows Yuga to mint unlimited BAYC at any time haha

**Pauly Shore** 31-May-22 11:22 AM
Lmao

**middlemarch.eth** 31-May-22 11:25 AM
Weird, link doesn't work
They are not owned by a16z lol
This is hyperbole!





**middlemarch.eth** 31-May-22 11:47 AM
Back in the game!

**Pauly Shore** 31-May-22 11:47 AM
Lol

**middlemarch.eth** 31-May-22 11:47 AM
Proud of them

**Pauly Shore** 31-May-22 11:47 AM
Which project is that

**middlemarch.eth** 31-May-22 11:48 AM
Oh I was just saying BAYC is back on top

**Pauly Shore** 31-May-22 11:48 AM
Lol

**middlemarch.eth** 31-May-22 11:48 AM
But yeah #6 buy or I'll do it
Wow
But yes, I guess RR/BAYC is low effort art / scam

**Pauly Shore** 31-May-22 11:48 AM
So dumb

**middlemarch.eth** 31-May-22 11:48 AM
Chimpers tho, own marketplace
Popping off

**Pauly Shore** 31-May-22 11:48 AM
Yeah
We can do the same

**Pauly Shore** 31-May-22 12:02 PM
1) .69% royalties
2) exclusive for RR/BAYC holders
3) launching with BAYC + mutant collections
4) LOOK AT HOW MUCH YOU SAVE + data!

Some fly screenshots of marketplace + maybe one that shows the savings calculator



SLIDE TIME

**Pauly Shore** 31-May-22 01:14 PM
@middlemarch.eth what metrics do you think would be most powerful
Maybe we do a second slide for them?
Show savings on a mutant + a BAYC

**middlemarch.eth** 31-May-22 01:16 PM
Ok let me see
Should we accept $APE in the marketplace haha/

**Pauly Shore** 31-May-22 01:17 PM
I don't think so
Maybe we accept donations in apecoin

**middlemarch.eth** 31-May-22 01:17 PM
But that would be funny, no?

**Pauly Shore** 31-May-22 01:18 PM
It would be but I'm not sure if it makes business sense to support that currency

**middlemarch.eth** 31-May-22 01:38 PM
IDK something like this?



|  | BAYC | MAYC |
|---|---|---|
| 30 day vol | $93M | $75M |
| OS Royalties | $4.7M | $3.7M |
| RR Royalties | $640k | $520k |
| Savings | $4M | $3.2M |

A bit tighter

|             | BAYC   | MAYC   |
|-------------|--------|--------|
| 30 day vol  | $93M   | $75M   |
| OS Royalties| $4.7M  | $3.7M  |
| RR Royalties| $640k  | $520k  |
| Savings     | $4M    | $3.2M  |



**Pauly Shore** 31-May-22 01:28 PM
Wow!!!!
That's powerful

**middlemarch.eth** 31-May-22 01:30 PM
Yeah we should raise our royalty rate lol

**Pauly Shore** 31-May-22 01:30 PM
7.2 million dollars would have been saved for their community

**middlemarch.eth** 31-May-22 01:30 PM
OS makin ga killing!
Nooo we need to sell

**Pauly Shore** 31-May-22 01:30 PM
I like having it low!

**middlemarch.eth** 31-May-22 01:30 PM
We are the "upstart"

**Pauly Shore** 31-May-22 01:30 PM
It's more powerful
And will help us cannabalize their market hard

**Pauly Shore** 31-May-22 02:53 PM
https://twitter.com/paulyOx/status/1531709312036483072?s=21&t=5N_NFgWqvM9RMaywIvtm3Q

PAULY 🎬 (@PaulyOx)
I think we might accidentally make the entire BAYC ecosystem GIGASEND by accident.

🐦 Twitter • 31-May-22 02:48 PM

**middlemarch.eth** 31-May-22 02:54 PM
Damn bro you've been getting a lot of followers lately!
I feel like it was 16k like two days ago

**Pauly Shore** 31-May-22 02:54 PM
I was like 17k
Zagabond thing sent me
I am pretty elite at getting engagement on twitter
Jason who has 4m followers on tik tok figured I got like 1-3 million interactions a month

Or engagements rather

**middlemarch.eth** 31-May-22 02:55 PM
Damn I gotta Tweet more!

**Pauly Shore** 31-May-22 02:55 PM
Impressions
Yeah tweeting is fun!



middlemarch.eth  31-May-22 02:56 PM
This was today's banger

What about a space!
I was on that one
That was good how you ended your speech right asw the sound effect ended

Pauly Shore  31-May-22 02:56 PM
Gotta try and time it lol
Spaces are great

middlemarch.eth  31-May-22 02:57 PM
Hell yeah thanks for RT!
Haha
PUMP IT

Pauly Shore  31-May-22 02:57 PM
I turned notifications on!
We should definitely host a dev space with you guys!!!
We can talk about our approach and journey etc
Would be fun

middlemarch.eth  31-May-22 02:58 PM
Bro help us set it up!
It's my dream!

Pauly Shore  31-May-22 02:58 PM
Ryder and I are recording a podcast tonight
Yeah I'll host one soon

middlemarch.eth  31-May-22 02:58 PM
Like that tweet where it's like 'this seems kind of different from a normal mint contract'

Pauly Shore  31-May-22 02:58 PM
Yes!
Exactly

middlemarch.eth  31-May-22 02:58 PM
I need to explain what I did to my body to create it haha
NOT USUAL

middlemarch.eth  31-May-22 03:11 PM
Shaping up to be a big day!

| Date | Revenue (ETH) |
| --- | --- |
| 2022-05-24 | 84.9 |
| 2022-05-25 | 126.3 |
| 2022-05-26 | 17.55 |
| 2022-05-27 | 8.1 |
| 2022-05-28 | 5.25 |
| 2022-05-29 | 4.95 |
| 2022-05-30 | 5.7 |
| 2022-05-31 | 11.4 |
| Grand Total | 264.15 |

Pauly Shore  31-May-22 03:11 PM
Yes!

middlemarch.eth  31-May-22 03:11 PM
Damn the speed upgrade doubled sales? I gotta remember to put this on my quarterly self-review!

hwonder  31-May-22 03:52 PM
ecommerce 101
•• )
but not in total
i am litterally hand ot hadn selling lol

middlemarch.eth  31-May-22 03:53 PM
So do we turn this revenue report into a dashboard and review it at the daily standup??
Also strictly speaking this is BOOKINGS, not revenue
Because it counts unfulfilled orders

JTX-801.00204

🔴 hwonder i am litterally hard ot hadn selling lol

**Pauly Shore** 31-May-22 03:13 PM
?

**middlemarch.eth** 31-May-22 03:13 PM
At Genius you would get in a LOT of trouble for confusing those two...

👍 1

**Pauly Shore** 31-May-22 03:14 PM
I think if we can put together a great announcement and some compelling visual assets along with it
We can send this today
https://twitter.com/paulyOx/status/1531716438679080960?s=21&t=Tf9a8PwBxxa7m0tb7p_7Uw



Maybe smart to leak to Farokh

**middlemarch.eth** 31-May-22 03:20 PM
So we like that guy?
I thought ppl hated him

**Pauly Shore** 31-May-22 03:20 PM
He's like a classic influencer
But he's nice I get along with him
And he is one of the few who wouldn't block me
Lmaooo

**Pauly Shore** 31-May-22 06:14 PM
Everyone
Go get your free money
Just made $500
I made a consolidated claim tutorial:

New $OP airdrop on Optimism, an Ethereum L2 , steps to claim:

1. Check eligibility here: https://app.optimism.io/airdrop/check

2. If eligible, add Optimism to your MetaMask by:
- Network Name: Optimism
- URL: https://opt-mainnet.g.alchemy.com/v2/PD4y8Vi8jl5XhiJsX8cgP9iyiH94A_tc
- Chain ID: 10
- Currency: ETH

3. Bridge some ETH (~0.01 ETH) with this link: https://app.optimism.io/bridge
(or ask GOAT lantai for some gas money :lmao: )

4. Claim on https://app.optimism.io/airdrop/check

5. Hodl/trade on dex, whatever you wish to do

Token address of $OP on Optimism: 0x4200000000000000000000000000000000000042
Matcha Dex $OP trade link: https://matcha.xyz/markets/10/0x4200000000000000000000000000000000000042

FYI, I claimed 243 $OP and traded on MEXC @$1.91 USD

So its around a $500 USD free claim for me

**Explore the Optimism Collective**
Learn about OP and get started using applications on Optimism.

**Explore the Optimism Collective**
Learn about OP and get started using applications on Optimism.

**Matcha - Simple crypto trading for everyone**
Matcha is your home for fast, secure crypto trading. Trade peer-to-peer, directly from your own wallet. Trade in seconds, no sign ups or registration required.

this worked for me i got a free 1750
and not I did not get hacked
LOL
free money have to share

**middlemarch.eth** 31-May-22 06:27 PM
But above you say 500!
And then 1750??

**Pauly Shore** 31-May-22 06:32 PM
i copy pasted it from phunks chat
jason shared it and he got 500

🔴 **hwonder** 31-May-22 06:41 PM
i open discrod. see this.
lol.
discord.



coming in for landing

need some copy

**Pauly Shore**  31-May-22 06:44 PM
that looks awesome
what is that for exactly?

hwonder I open discord. see this.
**Pauly Shore**  31-May-22 06:45 PM
lmao
just the general landing page

**hwonder**  31-May-22 06:45 PM
homepage

**Pauly Shore**  31-May-22 06:45 PM
ok

**hwonder**  31-May-22 06:45 PM
and container (minus shadow)

**Pauly Shore**  31-May-22 06:46 PM
i dig the shadow but who knows what ryder will say

**hwonder**  31-May-22 06:46 PM
@middlemarch.eth I had to go vanilla
I'm bridging contract and then just ... works

**middlemarch.eth**  31-May-22 06:47 PM
Haha what do you mean exactly?
Also dev tools on the right side?? ngmi
(I do bottom)
Then again for mobile which should be first side is good

**Pauly Shore**  31-May-22 06:48 PM
Trade NFTs at 85% less fees than Opensea

**middlemarch.eth**  31-May-22 06:49 PM
Wait his OP was at 1.9??
It's down to 1.36!
Rug

**Pauly Shore**  31-May-22 06:49 PM
lol
everyone dumping
obv

**middlemarch.eth**  31-May-22 06:49 PM
How'd you claim this exactly?
Just the ETH pair?
Like how do you get it back to L1
Ok I can figure this out I think haha
I'm a geek

**Pauly Shore**  31-May-22 06:50 PM
i followed the steps above
and sold on matcha after turning up slippage

**middlemarch.eth**  31-May-22 06:51 PM
What bridge did you use to get it back?

**Pauly Shore**  31-May-22 06:51 PM
hop

**hwonder**  31-May-22 06:54 PM
this is the copy ->Trade NFTs at 85% less fees than Opensea

**Pauly Shore**  31-May-22 06:54 PM
"Trade your NFTs at a fraction of the cost"
we will have to work on that for sure
Trade your NFTs at 85% reduced fees
lets just use that for now as a place holder
Trade NFTs,
Save 85% on fees
thats better i think
then for the text below: Exclusively For RR/BAYC Collectors  (edited)

**hwonder**  31-May-22 06:59 PM
is it trading NFTs or trading specifically these collections (messaging wise)

**middlemarch.eth**  31-May-22 07:05 PM
Boom made $450
GOOD CALL PAULY
Wow

**Pauly Shore** 31-May-22 07:05 PM
Trade BAYC & MAYC
Save 85% On Fees (rolled)

**middlemarch.eth** 31-May-22 07:05 PM
This is the first time I've made money in NFTs.
Aside from the Creyzie

**hwonder** 31-May-22 07:05 PM
okay. so now i have to do it. principal

**Pauly Shore** 31-May-22 07:05 PM
lmao
chopper got like over 2 grand worth i think

**hwonder** 31-May-22 07:05 PM
what r u doing to me

**middlemarch.eth** 31-May-22 07:05 PM
Exactly yeah philosophically we can't turn down free money
Bad karma

🔴 hwonder what r u doing to me
**Pauly Shore** 31-May-22 07:06 PM
the long con
ITS WORKING

**hwonder** 31-May-22 07:06 PM
oh this is the optimism airdrop... lol... smh

**Pauly Shore** 31-May-22 07:06 PM
FFS



**middlemarch.eth** 31-May-22 07:06 PM
BTW when I bridged there I got this nice message, but it worked

The L2 thing maybe isn't quite there yet

👍 1  😀 1

🔴 middlemarch.eth BTW when I bridged there I got this nice message, but it worked
**Pauly Shore** 31-May-22 07:06 PM
disaster
we should advertise that our fees are like a million times lower than every marketplace
maybe vs foundation vs OS vs LR and vs x2y2
@hwonder is the royalty in our contract adjustable if we decide we want to change it?
this is interesting x2y2 fees are .5% just for the month of May

**hwonder** 31-May-22 07:14 PM
smart strategy
yes.

**Pauly Shore** 31-May-22 07:05 PM
ok
we could copy their strategy
i am finding out what it will go up to in June

**middlemarch.eth** 31-May-22 07:16 PM
Wow that's a pretty bold move

**Pauly Shore** 31-May-22 07:17 PM
I mean i am quite sure they will raise their royalties
im in their discord trying to find out what it goes up to in 24 hours
we have to be positioned as the cheapest option for sure IMO
of any major marketplace
otherwise we dont have that swag!
its incredible deceptive that their royalties change



**hwonder** 31-May-22 07:18 PM
xyx2 is 🐸 z

**Pauly Shore** 31-May-22 07:18 PM
i would play hard on the fact that we dont do that potentially
yeah
i mean we could just ignore it as a competitor
but its potential fud
HEY ITS CHEAPER ON x2Y2
our sell is that we are the cheapest quality marketplace to sell BAYC and MAYC
and that is incentive to own nr bayc
on top of having a great marketplace just for them

**middlemarch.eth** 31-May-22 07:19 PM
I mean what about making it free?
I know thats a bad idea
But if we'r'eracing to the bottom anyway
Like we're gosin to make money with .49% fee?

**Pauly Shore** 31-May-22 07:19 PM
yes
its a balancing act
we need a very delicious value proposition
to bring in users

**hwonder** 31-May-22 07:19 PM
THIS PART

**Pauly Shore** 31-May-22 07:20 PM
but not so low that we dont make anything
i think it has to be super compelling
if we can take 5 percent of BAYC volume
that is MAJOR

**middlemarch.eth** 31-May-22 07:20 PM
And the idea is that we are hoping the RRB tokens go up in value also

**Pauly Shore** 31-May-22 07:20 PM
if we can take 1 percent even
that is big
ofc
if the demand to use our market is high
and reliant on ownership

**middlemarch.eth** 31-May-22 07:20 PM
So like in your mind is the appreciation there more important than the fees?

**Pauly Shore** 31-May-22 07:20 PM
we have achieved the magic

**middlemarch.eth** 31-May-22 07:20 PM
Or like what is the relative value between those two things

**Pauly Shore** 31-May-22 07:20 PM
appreciation in what sense

**middlemarch.eth** 31-May-22 07:21 PM
Because they are opposed
I'm saying making fees low makes the RR go up
Because it's utility meme
So RR becomes more valuable, which is good
But then you get less fee

**Pauly Shore** 31-May-22 07:21 PM
yes

**middlemarch.eth** 31-May-22 07:21 PM
So what balance are we targeting there is my question
In your head roughly

**Pauly Shore** 31-May-22 07:21 PM
priorities: getting RRBAYC to sell out by creating demand + getting BAYC and MAYC users to call our marketplace their new home
and collecting royalties at a fraction of what the other big dogs are charging
which will be considerable passive income if we strike the right balance

**middlemarch.eth** 31-May-22 07:22 PM
So yeah then I guess just "lower than any othe rlace you can trade this"
Is the new "zero"

**Pauly Shore** 31-May-22 07:23 PM
we have to have a JUICY royalty fee
it is absolutely a race to the bottom
but the key is onboarding users in the meantime

**hwonder** 31-May-22 07:23 PM
game of chicken. im 100% in agreement

**Pauly Shore** 31-May-22 07:24 PM
yes
it says alot about x2y2 that their documentation doesnt even cover royalty fees
that is grade A fuckery
https://docs.x2y2.io/search?q=fees
call me crazy
i dont see it her
here

**hwonder** 31-May-22 07:26 PM
removal of creator royalties is SUPER controversial

**Pauly Shore** 31-May-22 07:26 PM
yeah
its controversial to people who actually know what is going on
and considering that BAYC makes a million dollars a day or wohtever in royalties
and is completely anti web 3

i think its a powerful symbolic act to create a structure that removes them entirely
and furthermore
the reality is that we can
i am not interested in every taking any actions that i cannot publicly stand behind
💯 2
and defend

**middlemarch.eth** 31-May-22 07:29 PM
Yeah I mean it's not like the royalties are in the contract
(Right/)
Like we're circumventing anything
The creator ones I mean

**hwonder** 31-May-22 07:29 PM
says a LOT about expertise

**Pauly Shore** 31-May-22 07:30 PM
@middlemarch.eth why did i just get money from you?

🔴 hwonder says a LOT about expertise
**Pauly Shore** 31-May-22 07:30 PM
can you elaborate?

🟢 Pauly Shore @middlemarch.eth why did i just get money from you?
**middlemarch.eth** 31-May-22 07:31 PM
I am very confused
I think I outbid you on Dove's thing-y but I don't see it in FOundation
But the tx succeeded

**hwonder** 31-May-22 07:32 PM
lol.

**middlemarch.eth** 31-May-22 07:32 PM
So you got refunded
WTF

**Pauly Shore** 31-May-22 07:32 PM
SONOFA BITCH

**middlemarch.eth** 31-May-22 07:32 PM
Same ppl trying to buy everything

**Pauly Shore** 31-May-22 07:32 PM
lmao

**middlemarch.eth** 31-May-22 07:32 PM
WHAT? You won??
LMAO

**Pauly Shore** 31-May-22 07:32 PM
LMFAOOOOO
foundation rugged you bro
im out of here i quit this project
FREE MONEYYYYY



**middlemarch.eth** 31-May-22 07:33 PM
I'm in shock

**Pauly Shore** 31-May-22 07:34 PM
foundation is not the business
that is actually insane
it took your eth too
huge fail

**middlemarch.eth** 31-May-22 07:35 PM
Well I logged a ticket
So there's that
So humiliating
To have to log a ticket
The whole POINT of the thing is that this shouldn't be possible!

**Pauly Shore** 31-May-22 07:36 PM
i know
so insane
low tech fail
Rebels,

With so much talks about a bear market potentially being around the corner, we've decided to keep X2Y2 fees to 0.5% for this coming month of June 🎉 🔥

As many of you have seen we have experienced tremendous growth both in terms of transaction volumes as well a number of daily users, to the extent NFT influencers have officially started to take notice and are now branding X2Y2 as the #2 NFT Marketplace 🚀 🔥

As a reference for you guys, yesterday we peaked at 4,625 unique users 🔥 which is rather impressive considering we were in the mid 1k only a couple weeks back ➕➕

As you will have also noticed we have been much more active on the social front, interacting with the wider nft community and it is clearly paying off 😎

Having said this, none of this could happen without your continued support. All the messages of love and support for x2y2 you guys post on twitter and the positive words you spread are what I personally believe strongly contribute to the massive success we are experiencing at the moment... and for this, we genuinely thank you! 😊 ❤️

On this note, enjoy the continued June low fees, we hope you will make amazing NFT trades this month and for our part we continue pushing and developing forward 🖼️ ✏️

We have many exciting AMAs and partnerships coming up next month, stay tuned!
so their royalties are going to be .5% for the month of June

**middlemarch.eth**  31-May-22 07:36 PM
"Rebels"

**Pauly Shore**  31-May-22 07:36 PM
LMFAO

**middlemarch.eth**  31-May-22 07:37 PM
No creator's fees also on there for BAYC

**Pauly Shore**  31-May-22 07:37 PM
on x2y2?

**middlemarch.eth**  31-May-22 07:38 PM
I think so



"Not Set"

**Pauly Shore**  31-May-22 07:39 PM
i mean the thing that we have to take into account here is that we have to play a longer game here imo
we dont want to just fleece people on a short term time frame
we want to build something that is excellent and onboard users

**hwonder**  31-May-22 07:40 PM
i dont consider yxy2 a fleece... just not best execution
trying to be waaay to much

**Pauly Shore**  31-May-22 07:40 PM
yeah me neither
i dont consider it a fleece
but im saying we want to avoid a short term cash grab optic
we build with highest quality and execution and design
and create a lasting value prop for our users

**hwonder**  31-May-22 07:41 PM
agree

**Pauly Shore**  31-May-22 07:41 PM
@hwonder how difficult is it to add kennel club and otherside land

**hwonder**  31-May-22 07:41 PM
easy
0.01 or something like that

**Pauly Shore**  31-May-22 07:41 PM
wym

**hwonder**  31-May-22 07:41 PM
thats all it takes... to add the contract to the registry

**Pauly Shore**  31-May-22 07:42 PM
for sure
and what about displaying properties

**hwonder**  31-May-22 07:42 PM
the registry allows the factory contracts to have their own markets

**Pauly Shore**  31-May-22 07:42 PM
the marketplace will already do so?

**hwonder**  31-May-22 07:42 PM
properties is an indexing script
all automatically done

**Pauly Shore**  31-May-22 07:42 PM
wow
so this marketplace we are creating
can basically list like 1000 projects
out of the gate

**hwonder**  31-May-22 07:42 PM
yes

**Pauly Shore**  31-May-22 07:42 PM
if we wanted to
WOW

**hwonder**  31-May-22 07:42 PM
which is different beast





**Pauly Shore**  01-Jun-22 12:21 AM
yo yo
just finished this podcast

**Pauly Shore**  01-Jun-22 12:32 AM
Let's circle back in the morning and iron out details for our announcement
The marketplace looks fucking 🔥🔥🔥🔥🔥🔥🔥
Amazing work @hwonder

**Pauly Shore**  01-Jun-22 12:56 AM
I spoke to ryder and we both actually like the idea of 0 royalties, I'm going to sleep on it!
Have a good night fellas and thank you for a super productive day ❤️

**hwonder**  01-Jun-22 09:49 AM
great morning
zero royalties
makes little sense

**middlemarch.eth**  01-Jun-22 09:50 AM
Hiiii!!
Maybe we could do like 0 royalties on BAYC, something small on rest of Yuga, and something medium on RR/BAYC
I'm also down for the referral thing!
I'm trying to get some stats on the Foundation sale activity
To try to estimate just how much we want to optimize for selling out now versus having a shot at real marketplace revenue
I guess Foundation is probably hot rn because of the uncertainty about what we're going to do, to some extent

**hwonder**  01-Jun-22 09:52 AM
its good its hot
need speculation on the asset
need volume

⤷ *hwonder makes little sense*
**Pauly Shore**  01-Jun-22 10:14 AM
I tend to agree
Ryder is not keen on the referral system
I think that idea can be out to good use tho

⤷ *hwonder great morning*
**Pauly Shore**  01-Jun-22 10:16 AM
Good morning!

**middlemarch.eth**  01-Jun-22 10:20 AM
Running some numbers
Guess what % of OpenSea X2 gets

**Pauly Shore**  01-Jun-22 10:20 AM
Numbers are helpful

**middlemarch.eth**  01-Jun-22 10:20 AM
Of BAYC 30 day vol
GUESS DUDE
Sorry

**Pauly Shore**  01-Jun-22 10:20 AM
.0002

**middlemarch.eth**  01-Jun-22 10:20 AM
I have the numbers, you have to guess now
13%

**Pauly Shore**  01-Jun-22 10:21 AM
Whaaaaaaat
Noooo wayyyyyy

**middlemarch.eth**  01-Jun-22 10:21 AM
6229 v 46,614
I mean according to my jank way of getting this
They don't give you stats

**Pauly Shore**  01-Jun-22 10:21 AM
They get 6229 eth in sales?!
That's insane

**middlemarch.eth**  01-Jun-22 10:22 AM
Maybe I'm being dumb!
https://x2y2.io/collection/boredapeyachtclub/activities

> **Bored Ape Yacht Club activities - x2y2.io**
> Activities of Bored Ape Yacht Club on X2Y2.

Scroll down and see
I am hacking

**Pauly Shore**  01-Jun-22 10:23 AM
I bet opensea doesn't show this data lol cuz it makes the floor price look lower

**middlemarch.eth**  01-Jun-22 10:23 AM
Floor is lower on X2?

**Pauly Shore**  01-Jun-22 10:23 AM
Yes

**middlemarch.eth**  01-Jun-22 10:23 AM
Should I literally buy an ohter deed lol

**Pauly Shore**  01-Jun-22 10:23 AM
For sure
No lmfao

**middlemarch.eth**  01-Jun-22 10:23 AM
Like is it correct to have ZERO exposure to Yuga?
I know they are bad or whatever
But from a diversification perspective

**Pauly Shore**  01-Jun-22 10:23 AM
Buy a v1punk if you wanna play that



**hwonder** 01-Jun-22 10:24 AM
no, market isn't there do not buy lol

**Pauly Shore** 01-Jun-22 10:24 AM
For sure

**middlemarch.eth** 01-Jun-22 10:24 AM
Oh tha's a good point
V1 Punk = Yuga exposure
Smart

**Pauly Shore** 01-Jun-22 10:24 AM
At least that is historical
Yes V1 is a smart hedge to me
Plus I just dig them
But we digress!

**middlemarch.eth** 01-Jun-22 10:24 AM
Sorry ooking at all these deed sales
Is making me thing...

**hwonder** 01-Jun-22 10:24 AM
rnadom... what is/was v1 volume on n9

**middlemarch.eth** 01-Jun-22 10:24 AM
LOT OF DEED SALES

**Pauly Shore** 01-Jun-22 10:24 AM
I really want to figure out this royalty thing

**middlemarch.eth** 01-Jun-22 10:25 AM
Why do you think I'm checking the deeds bro!

> ● hwonder rnadom... what is/was v1 volume on n9

**Pauly Shore** 01-Jun-22 10:25 AM
It's hard to tell because they had V1punks.io using the same contact for a while
I think the volume is next to nothing

> ● middlemarch.eth Why do you think I'm checking the deeds bro!

**hwonder** 01-Jun-22 10:25 AM
link deeds

**Pauly Shore** 01-Jun-22 10:25 AM
People hardly use it
But also chopper has essentially stopped working on NLL
There's small things that need to be done
That are important
And he doesn't get to them
For example the enter marketplace button takes you to ohunks
Which is basically a UI insult
To the only other collection on the site

> ● hwonder link deeds

**middlemarch.eth** 01-Jun-22 10:27 AM
https://x2y2.io/collection/otherdeed/activities

Otherdeed for Otherside activities • x2y2.io
Activities of Otherdeed for Otherside on X2Y2.

**Pauly Shore** 01-Jun-22 10:28 AM
Wow.

**middlemarch.eth** 01-Jun-22 10:28 AM
20,985 in 30 day vol
BOOOOOMM
19% of OS

**Pauly Shore** 01-Jun-22 10:28 AM
I think we can do this

**middlemarch.eth** 01-Jun-22 10:29 AM
Ok so BAYC is free, everythign else .5%
Done
BAYC is low volume anyway
The DEEDSSS are where the $$$ is
Deeds plus future memes

**Pauly Shore** 01-Jun-22 10:28 AM
Make apemarket.com useable by anyone at a certain royalty
And then make it so you get a severe discount if you own an RR/BAYC

**hwonder** 01-Jun-22 10:29 AM
what does 'anyone' mean

**Pauly Shore** 01-Jun-22 10:29 AM
Anyone who owns a Yuga assst

**hwonder** 01-Jun-22 10:29 AM
got it

**Pauly Shore** 01-Jun-22 10:29 AM
It's an idea
I think if we really want to ensure that the collection mints out

**hwonder** 01-Jun-22 10:30 AM
whats in it... for the RRBAYC holder to speculate they want to buy more RR/BAYC

**Pauly Shore** 01-Jun-22 10:30 AM
We should launch with all assets

**hwonder** 01-Jun-22 10:30 AM
communicating THAT is power

**middlemarch.eth** 01-Jun-22 10:30 AM
Yes the "MORE" RR/BAYC is not solved by this

**JTX-801.00213**



middlemarch.eth Yes the "MORE" RR/BAYC is not solved by this
**hwonder** 01-Jun-22 10:30 AM
correct

middlemarch.eth Yes the "MORE" RR/BAYC is not solved by this
**Pauly Shore** 01-Jun-22 10:30 AM
Selling more?

**middlemarch.eth** 01-Jun-22 10:30 AM
Woudl be good tos ay "buy more than one"
Not just one and you get everything

Pauly Shore We should launch with all assets
**hwonder** 01-Jun-22 10:40 AM
each day, launch new asset so there is more news ...
monday "bayc"

**Pauly Shore** 01-Jun-22 10:30 AM
Yes could be done that way

**hwonder** 01-Jun-22 10:30 AM
tuesday "mayc"
etc

hwonder each day, launch new asset so there is more news ... monday "bayc"
**Pauly Shore** 01-Jun-22 10:39 AM
Smart.
Using this strategy we should be able to stay super relevant
The question is how to structure the royalty / token gate

**hwonder** 01-Jun-22 10:31 AM
but nonetheless.. WHY do people mint remainder of collection
100% X2Y2 rebates
rebate is slick

**middlemarch.eth** 01-Jun-22 10:32 AM
What are those rebates anyway exactly
I don't totally understand
At all

**Pauly Shore** 01-Jun-22 10:32 AM
They pay back the royalties
I don't like x2y2
Ryder likes the interface tho

**hwonder** 01-Jun-22 10:32 AM
but clearly other people like x2y2 😵

**middlemarch.eth** 01-Jun-22 10:32 AM
So they take .5% AND pay it back?

hwonder but clearly other people like x2y2 😵
**Pauly Shore** 01-Jun-22 10:32 AM
This
It's marketing fuckery
We could make it so that it's 0% royalties for the first 2 weeks if you own an rr
That's kinda smart
Cuz we really want to put all our weight on selling out the mint and onboarding users
I'm going to go get some coffee I'll be back on here in 20-30 are you guys down for a group call around then?
🍵 1

**middlemarch.eth** 01-Jun-22 10:50 AM
Any guesses as to NLL May volume?
"Buy now" volume only
Bids are harder for me to compute

**Pauly Shore** 01-Jun-22 10:52 AM
https://dune.com/Confucius/CryptoPhunks
Dune
Blockchain ecosystem analytics by and for the community.
Explore and share data from Ethereum, xDai, Polygon, Optimism,
BSC and Solana for free.

**middlemarch.eth** 01-Jun-22 10:53 AM
Lmao how can I restrict this to 30 days!
I guess there's weekly

**Pauly Shore** 01-Jun-22 10:53 AM
I have no idea man
Numbers and metrics are not my strong point
That's the best resource I have
You would think that someone in the community would help with this sort of stuff
But it hasn't been the case

**middlemarch.eth** 01-Jun-22 10:54 AM
This is actually fine

**Pauly Shore** 01-Jun-22 10:54 AM
Ok
Great!

**middlemarch.eth** 01-Jun-22 10:54 AM
Better to see it this way actually
Because of that big outlier
What happened that week lol









**middlemarch.eth** 05-Jun-22 01:35 PM
In this instance

**Pauly Shore** 05-Jun-22 01:35 PM
Simpler is better for marketing the remainder

**middlemarch.eth** 05-Jun-22 01:36 PM
Ppl need a game!
Name one game that is "simple"
ANyway I don't want to have a philosophy thing or whatever, but I'm just throwing it out there

**Pauly Shore** 05-Jun-22 01:36 AM
For sure
And I take it to heart

**middlemarch.eth** 05-Jun-22 01:36 PM
Wait why does call of duty have so many guns?



So complicated!
They should simplify and have one gun
WAIT, why does BAYC have so many traits? They should simplify and have fewer traits...
These are obsessive degens we are targeting

**Pauly Shore** 05-Jun-22 01:37 PM
we removed all the traits
lol

**middlemarch.eth** 05-Jun-22 01:37 PM
Yes which is why we need our own version of a game
It was a good call not to copy their exact version
Forget the traits even
https://twitter.com/dumbnamenumbers/status/1532051426192637953

> **middlemarch.eth / 7715.eth / 🔁 {:rdumbnamenumbers}**
> Of all the @RR_BAYC apes, #2790 (whose art is identical to that of BAYC #501)
> contains the most non-background pixels
>
> 🐦 Twitter · 05-Jun-22 01:28 PM

I'm doing marketing btw

**Pauly Shore** 05-Jun-22 01:38 PM
@hwonder are those last two images not hte same comp?

**hwonder** 05-Jun-22 01:39 PM
ppl dont want games..its crazy

> **Pauly Shore** @hwonder are those last two images not hte same comp?
**hwonder** 05-Jun-22 01:40 PM
font size is different.

**Pauly Shore** 05-Jun-22 01:40 PM
ok
we could have it be 1% or .5% royalties for normal users and 0% for pro users
maybe keep .5% on rrbayc aswell?

**hwonder** 05-Jun-22 01:43 PM
THIS part

**Pauly Shore** 05-Jun-22 01:44 PM
i think it makes sense to have .5% for normal users and 0% for pro, but we leave .5% royalty on rrbayc:
or 1% for normal users
0% for pro
.5% rrbayc

**middlemarch.eth** 05-Jun-22 01:44 PM
Not sure it makes sense to have rr low royalty

**Pauly Shore** 05-Jun-22 01:44 PM
yeah
maybe its just 1% vs 0% then



**middlemarch.eth** 01-Jun-22 01:44 PM
If anything higher royalty would make ppl want to buy now direct
Versus saying "don't worry, low royalty even if you wait!"

**Pauly Shore** 01-Jun-22 01:44 PM
i like those numbers
its very simple and easy to market

**middlemarch.eth** 01-Jun-22 01:45 PM
Why not 2.5% v 0%?
Or 2%

**Pauly Shore** 01-Jun-22 01:45 PM
i think we want to position lower than those marketplaces existing no?

**middlemarch.eth** 01-Jun-22 01:45 PM
Yeah it's freaking ZERO!
A lot lower
But you have to buy the pass

**Pauly Shore** 01-Jun-22 01:45 PM
if you own an rrbayc!
yes

**middlemarch.eth** 01-Jun-22 01:45 PM
So the proposition is "save A LOT of money by buying the pass"

**Pauly Shore** 01-Jun-22 01:45 PM
and we can also create other models to have users go pro in the future

**middlemarch.eth** 01-Jun-22 01:46 PM
"versus save a little without and more with"

**Pauly Shore** 01-Jun-22 01:46 PM
save alot of money by buying the pass
have an amazing marketplace to trade your existing assets on

**middlemarch.eth** 01-Jun-22 01:46 PM
Maybe if the buyer OR seller has the pass it's still 0%?
Or deos the buyer have to have?

**Pauly Shore** 01-Jun-22 01:46 PM
with fat finger protection (if we like)
i think the seller needs the pass
buyer side is interesting

**middlemarch.eth** 01-Jun-22 01:47 PM
I think the positioning should be "if you want to use this, buy a pass. ALSO you can still do some stuff without the pass, as a courtesy"
Not "this is a great marketplace"
"That includes an upgrade"
A thought

**Pauly Shore** 01-Jun-22 01:48 PM
ryder wants to join this chat

📞 **Pauly Shore** started a call that lasted 0 minutes.   01-Jun-22 01:49 PM

⤷ 🌑 middlemarch.eth I think the positioning should be "if you want to use this, buy a pass. ALSO you can still do some stuff without the pass, as a courtesy"
**Pauly Shore** 01-Jun-22 01:51 PM
i think having it open and desirable is good no?

**middlemarch.eth** 01-Jun-22 01:52 PM
I mean anyone can buy for free
If the seller has it
I just don't think we should go half way in the pro thing

**Pauly Shore** 01-Jun-22 01:54 PM
we want people to be able to buy for free!
thats how we get volume

**middlemarch.eth** 01-Jun-22 01:54 PM
So seller should buy a pass!

**Pauly Shore** 01-Jun-22 01:54 PM
yes

**middlemarch.eth** 01-Jun-22 01:54 PM
Makes buyers pay less

**Pauly Shore** 01-Jun-22 01:54 PM
if they do they save big

**middlemarch.eth** 01-Jun-22 01:54 PM
More likely to sell

**Pauly Shore** 01-Jun-22 01:54 PM
one pass pays for itself

**middlemarch.eth** 01-Jun-22 01:54 PM
Right'
So if someone doesn't buy a pass they are a moron!

**Pauly Shore** 01-Jun-22 01:55 PM
agreed

**middlemarch.eth** 01-Jun-22 01:55 PM
And should not get benefits haha
"One pass pays for itself"
And more even!
Good line

**Pauly Shore** added a recipient.   01-Jun-22 01:57 PM

**Pauly Shore** 01-Jun-22 01:57 PM
welcome @ryder 🫶
thanks for joining us



hwonder *Click to see attachment* 🖼️

**Pauly Shore** 01-Jun-22 02:05 PM
i personally love this

**middlemarch.eth** 01-Jun-22 02:05 PM
This is great! The news is multiple collections, and so let's roll that out. Other parts don't need to be perfect IMO
👍 1

Just a screenshot, ppl will scan quickly and say damn; they're selling the kennel?
To that end maybe the other collections should be bigger
The CTAs

**Pauly Shore** 01-Jun-22 02:07 PM
i agree with this, we do not have to announce the benefits of being pro necessarily
but i think its more powerful if we do

**hwonder** 01-Jun-22 02:08 PM



generally speaking

**middlemarch.eth** 01-Jun-22 02:09 PM
My vote would be to do a slow roll on the pro thing. Socialize the concept with ppl, get feedback, "leak it" a bit (h and I were discussing this last night), give some ppl "alpha"

**Pauly Shore** 01-Jun-22 02:10 PM
i like that idea

**middlemarch.eth** 01-Jun-22 02:10 PM
I think going out cold with a big royalty announcement is tough

**Pauly Shore** 01-Jun-22 02:10 PM
i agree
we need some time to feel out the market and develop the best approach

**middlemarch.eth** 01-Jun-22 02:10 PM
Let's do smaller memes that we can roll back
👍 1
Yeah
Maybe even get ppl on board to promote it

**Pauly Shore** 01-Jun-22 02:10 PM
but we can say that everyone who owns an rrbayc will have access to apemarketpro

**middlemarch.eth** 01-Jun-22 02:10 PM
Like ask for advice, do you want to be a launch member or whatever

**hwonder** 01-Jun-22 02:10 PM
↱ Pauly Shore but we can say that everyone who owns an rrbayc will have access to apemarketpro
this!

**middlemarch.eth** 01-Jun-22 02:10 PM
Yes!
This is there ANY benefit to owning 2?

**Pauly Shore** 01-Jun-22 02:11 PM
that is a good question

**middlemarch.eth** 01-Jun-22 02:11 PM
Last time I'll ask forever
I promise

**Pauly Shore** 01-Jun-22 02:11 PM
no its a valid ass question
and i think we have to consider how people may try to gameify the system we create
chopper may be interested in implementing floored ape into this, and we could do something like make it so if you own 1 you have access to advanced metrics and collection tools for example
maybe if you own 2 you get floored ape + lower fees
or something
total spitball
@ryder 🔫 if you can give us your notes about the design of the homepage that will be fantastic!
@middlemarch.eth i think having pro tiers is kinda dank

 hwonder  01-Jun-22 02:14 PM

 

Pauly Shore  01-Jun-22 02:14 PM
based on how many rrbayc you own

 hwonder  01-Jun-22 02:14 PM  Click to see attachment
hwonder  01-Jun-22 02:14 PM
thats the solve rn


middlemarch.eth  01-Jun-22 02:14 PM
Yeah I think for now saying everyone gets pro is good
We don't have to say the tier
We can always add the tier
You get SOMETHING

Pauly Shore  01-Jun-22 02:15 PM
I think we can announce that the royalties will be lower than OS and LR and that all RRBAYC will have access to apemarketpro
that is powerful imo

middlemarch.eth  01-Jun-22 02:16 PM
I wouldn't even say the first thing
Keep the speculation at max
And socialize / soft leak any specifics before announce
Like "get feedback from the community" is a good meme for this in itself

Pauly Shore  01-Jun-22 02:16 PM
yeah

middlemarch.eth  01-Jun-22 02:16 PM
"We talked with yuga ppl about what they wanted and blah blah"

Pauly Shore  01-Jun-22 02:16 PM
my concern is that we dont get enough of the mints moving if we dont tell everyone hey
this is going to be a place where you can trade these assets
for cheaper than anywhere else
and we made it for you
and there are secret unknown perks

middlemarch.eth  01-Jun-22 02:17 PM
Im talking about a few days here
Not so crazy

Pauly Shore  01-Jun-22 02:17 PM
for sure
maybe even less than that lol

middlemarch.eth  01-Jun-22 02:17 PM
Maybe by friday we have 100% leaked it

Pauly Shore  01-Jun-22 02:17 PM
yeah

middlemarch.eth  01-Jun-22 02:17 PM
And it's out there, ppl are buying

Pauly Shore  01-Jun-22 02:17 PM
i dig it

middlemarch.eth  01-Jun-22 02:18 PM
And the Monday or Tuesday official announcement
And by that time we have the wording perfect
For the exact plan
And we know some ppl like it
And are going to RT it!
They're already counting their money
Before our tweet is even live

Pauly Shore  01-Jun-22 02:19 PM
Introducing ApeMarket:

Trade Your NFTs, The Right Way.

All RR/BAYC holders will have access to ApeMarket Pro

JTX-801.00223





**Pauly Shore** 09-Jun-22 02:23 PM
its the idea we have talked about like fat finger protection

**middlemarch.eth** 09-Jun-22 02:23 PM
I agree that is cool but IMO we should target specifically saying the other collections news imo versus an overall home page mock up

⤷ ryder ✏ be nice if there was a sweep feature like gem
**Pauly Shore** 09-Jun-22 02:23 PM
that wouldbe cool

**middlemarch.eth** 09-Jun-22 02:23 PM
We can always show more!

**Pauly Shore** 09-Jun-22 02:23 PM
i agree with @middlemarch.eth
@ryder ✏ i think we should keep this simple as a first roll out
the primary focus here is to get a surge of buyers to come in and mint more rrbayc
👍 1
the closer we get to minting that out compeltely
the more freedom we have to focus on pure marketplace stuff
but right now we are kinda cucked by the need to sell the rest of the 10k apes

🔵 hwonder sweep
sweep is very accessible... best as a "we added new feature... now you can sweep" announcement
💯 1

**Pauly Shore** 09-Jun-22 02:24 PM
we will constantly have new upgrades and details like that to roll out
literally like what yuga does for marketing
except we are actually building shit
not just air dropping you a different snot monkey
one thing we may consider here
is that there is really no reason we have to worry about minting out the rest of the 10k
we could if we wanted
have them for sale on the marketplace
i think i prefer to finish the 10k how we have been doing it tho
but in theory we could say that reservations are now closed
we could do all sorts of things

**ryder** ✏ 09-Jun-22 02:27 PM
why dont we just say the marketplace releases when rrbayc mints out

**Pauly Shore** 09-Jun-22 02:27 PM
i dig that
i wouldnt be like the second it mints out the marketplace is live
we have to give some wiggle room dev wise
etc

⤷ ryder ✏ why dont we just say the marketplace releases when rrbayc mints out
**hwonder** 09-Jun-22 02:28 PM
powerful. simple.

**Pauly Shore** 09-Jun-22 02:28 PM
hwonder if you can work with it
i dig it

**ryder** ✏ 09-Jun-22 02:28 PM
i mean as long as its ready to go lol

**middlemarch.eth** 09-Jun-22 02:28 PM
It would be cool if it were the second tho haha

**hwonder** 09-Jun-22 02:28 PM
i can work through anything as long as i have specifics.

⤷ middlemarch.eth It would be cool if it were the second tho haha
**Pauly Shore** 09-Jun-22 02:28 PM
i know hahahaha

**middlemarch.eth** 09-Jun-22 02:28 PM
Like you went to the page and could see how many and then BOOM

⤷ middlemarch.eth Like you went to the page and could see how many and then BOOM
**Pauly Shore** 09-Jun-22 02:28 PM
i do love that
that would be exciting

**ryder** ✏ 09-Jun-22 02:28 PM
we should form some alliances too
not just be anti yuga
i say add azuki too
because they got fucked over
and we want to help them

**Pauly Shore** 09-Jun-22 02:30 PM
i dig it

**middlemarch.eth** 09-Jun-22 02:30 PM
Yeah that's a great second reveal

**Pauly Shore** 09-Jun-22 02:31 PM
we could add meebits & azuki
as ideas
all the big collections really

**middlemarch.eth** 09-Jun-22 02:31 PM
Like first reveal is yuga, then boom azuki blah blah

**Pauly Shore** 09-Jun-22 02:31 PM
we can just keep announcing more and more
and we can be like
tweeting shit like
what collections should we include on apemarket?
have people in a frenzy over it etc

1) I think we lock a homepage design + text.
2) Tease and create speculation with other collections.
3) Announce that all RR/BAYC holders will be ApeMarket Pro users
4) Marketplace will launch when Ryder has minted the final 10k Ape.

the rsvp system is perfect because then ryder can also buy hwonder time to launch if need be since it is not automatic

could launch when final ape is reserved as well



**ryder** 01-Jun-22 02:35 PM
anyone have that available ape shee handy

**Pauly Shore** 01-Jun-22 02:35 PM
the ones you can mint from treasury?

**ryder** 01-Jun-22 02:35 PM
can meebits and the dogs be in a section called "really really ugly nfts"

> **ryder** can meebits and the dogs be in a section called "really really ugly nfts"

**Pauly Shore** 01-Jun-22 02:36 PM
not if we want people to like us

lol

**ryder** 01-Jun-22 02:36 PM
i find them hard to look at

**Pauly Shore** 01-Jun-22 02:36 PM
i agree

**ryder** 01-Jun-22 02:36 PM
the dogs are really bad

**Pauly Shore** 01-Jun-22 02:36 PM
agreed

> **ryder** can meebits and the dogs be in a section called "really really ugly nfts"

**hwonder** 01-Jun-22 02:38 PM
lol... hahahahah

> **ryder** anyone have that available ape shee handy

**middlemarch.eth** 01-Jun-22 02:46 PM
Is it this? https://docs.google.com/spreadsheets/d/1WcFDtTimlgQk2FE9WJVO2Vvnie9RgDvh-l8aHkygFQ8/edit#gid=1395776802

| Reserved Ape Ids | |
|---|---|
| Reserved ids (editable) | |

Ape Id Already Minted? https://rbayc-v1.netlify.app/
50
62
67
71
79
94
97
146
165
194
256
273
281
290
297
306
310
345
355
361
372
381
385
388
409
423
426
440
448
454
460
462
473
492
494
503
538
549
551
595
613
638
660
662
664
671

**Pauly Shore** 01-Jun-22 02:46 PM
@ryder what changes do we need to make to the homepage if we want to tweet a screenshot today

**JTX-801.00226**







> ryder 🔁 what if it said "Everyone can trade NFTs for 85% less than OpenSea. RR/BAYC members trade for FREE 0%"

**Pauly Shore** 09-Jun-22 04:29 PM
I think we want to let them speculate on that a bit more
While we refine the exact details of how to structure it

**ryder** 🔁 09-Jun-22 04:30 PM
make the site background #BBBBB
i really think it should say
what ape market pro is...

**Pauly Shore** 09-Jun-22 04:33 PM
I agree that would be ideal

**ryder** 🔁 09-Jun-22 04:33 PM

**Pauly Shore** 09-Jun-22 04:33 PM
But I think we need 48 hours or so to lock that stuff in
And this is a great amount of hype and speculation
While we refine it behind the scene
I think like how we decided to raise the price

**ryder** 🔁 09-Jun-22 04:33 PM
ApeMarket Pro : Royalty free trading for RR/BAYC holders

**Pauly Shore** 09-Jun-22 04:33 PM
It was a bit hasty

**ryder** 🔁 09-Jun-22 04:33 PM
just change the line there

> ryder 🔁 ApeMarket Pro : Royalty free trading for R%/BAYC holders
**Pauly Shore** 09-Jun-22 04:34 PM
Yes I like that but we aren't sure yet

**hwonder** 09-Jun-22 04:34 PM
perfect
1 sec

**Pauly Shore** 09-Jun-22 04:34 PM
If we are comfortable with committing to 0 royalties
I love it
It's much stronger but we have some details it'll have to be ironed out
For example
How many RR/BAYC do I need to own

**hwonder** 09-Jun-22 04:35 PM
you can't go up from 0

**Pauly Shore** 09-Jun-22 04:35 PM
Juay 1
Can their be tiers?
Do I have to own it when I list it or when it sells

**hwonder** 09-Jun-22 04:35 PM
sure, but you can't go up from 0

> hwonder sure, but you can't go up from 0
**Pauly Shore** 09-Jun-22 04:35 PM
Wym

**hwonder** 09-Jun-22 04:35 PM
zero is the top if presented.

**Pauly Shore** 09-Jun-22 04:35 PM
Right

🔴 hwonder *Click to see attachment* 🖼️

**Pauly Shore** 05-Jun-22 04:36 PM
I completely fuck with this
I just think it's much wiser to tease pro
And give ourselves at least 24 hours
To consider everything
Thoughts @ryder 🚀

**ryder 🚀** 09-Jun-22 04:37 PM
mmm
i dont see the point
next announcements should be like the chart

**Pauly Shore** 05-Jun-22 04:37 PM
More time = better strategy
This is a lot for the end user to take in

**ryder 🚀** 09-Jun-22 04:37 PM



**Pauly Shore** 05-Jun-22 04:37 PM
It's exciting if there's a surprise coming
About what pro means
And users will speculate
Then we can create a second surge
When we announce the royalties and benefits
Rather than use all of the magic once
I think we save it and observe the market reaction to this initial announcement

**hwonder** 05-Jun-22 04:35 PM
the diagram is GOLDEN

**Pauly Shore** 09-Jun-22 04:39 PM

Cancel                                    **Tweet**

⚫ Introducing ApeMarket™

ApeMarket Pro: enhanced features & lower fees
exclusively for RR/BAYC holders.

ApeMarket.com will launch immediately Ryder
has minted the final piece in the 10k RR/BAYC
collection.

**hwonder** 09-Jun-22 04:40 PM
"minted" or " reserved" or "collected" ....

**Pauly Shore** 09-Jun-22 04:40 PM
Minted

**hwonder** 09-Jun-22 04:40 PM
actually, lowest common.. yah
minted
cool

**Pauly Shore** 09-Jun-22 04:40 PM
So ryder can give us some time if we need it
We have 24 hour flexibility there
After the last rsvp

**middlemarch.eth** 09-Jun-22 04:43 PM
IMO I'd leave the pro thing vaguer, but I'm down for whatever
Can always say more
But we've also been at this a while
So maybe best to just move forward

**Pauly Shore** 09-Jun-22 04:45 PM
Yeah just a spitball

middlemarch.eth So maybe best to just move forward

**Pauly Shore** 01-Jun-22 04:42 PM
We are going to soon
Final touches being made here

**middlemarch.eth** 01-Jun-22 04:42 PM
Maybe "ApeMarket Pro: Exclusively for RR/BAYC holders"
And then, very soon, we say more
But I'm down for whatever
Screenshot is good
Tweet is good
I'm into it!

**ryder** 01-Jun-22 04:44 PM
ok
i donno
id rather just decide what the pro feature is
and announce it
and get people talking
drawing it out too long isnt a great strategy
unless ur already famous
we arent that big yet
we need to make impactful hits

**middlemarch.eth** 01-Jun-22 04:45 PM
To me the impactful hit of this Tweet is that we are selling other collections
That's enough impact IMO for one tweet
But I agree we shouldn't wait long at all for the rest

⮡ ryder ⇄ drawing it out too long isnt a great strategy
**Pauly Shore** 01-Jun-22 04:45 PM
I think we announce pro features within 48 hours

**middlemarch.eth** 01-Jun-22 04:46 PM
But I also don't want to push my POV too hard here, or slow us down too much

**Pauly Shore** 01-Jun-22 04:46 PM
I want to hear feedback from @community
Maybe people @will @speculate on features we should add
We give ourselves a big advantage by not spilling that right away
Someone might literally give us ideas that we didn't think of yet

**middlemarch.eth** 01-Jun-22 04:46 PM
Right

**Pauly Shore** 01-Jun-22 04:46 PM
And if we buy 48 hours
We can think longer on it
Rushing the benefits out is a big mistake
I learned this already once so far
When we decided to raise price. It worked out fine for us
But it was hasty imo
@ryder ⇄ can we agree to hold off on releasing all details for 24/48 hours?
I personally would like it that time to consider more options
I think it is wise

⮡ ryder ⇄ Click to see attachment 🖼
**Pauly Shore** 01-Jun-22 04:49 PM
And then we announce and use this
And provide crazy data on how much money this will save people



**hwonder** 01-Jun-22 04:50 PM
looks good!

**ryder** 01-Jun-22 04:50 PM
whats bespoke
take that word out

**Pauly Shore** 01-Jun-22 04:50 PM
Jody playing with words
I need your help re final @copy

**ryder** 01-Jun-22 04:50 PM
a dank multi-NFT
?

**middlemarch.eth** 01-Jun-22 04:50 PM
I like it!



**Pauly Shore** 01-Jun-22 04:31 PM

**middlemarch.eth** 01-Jun-22 04:51 PM
Something is off w the colors in that
Can't tell if it's bc of the screenshot or the actual tweet

**ryder** ⇄ 01-Jun-22 04:51 PM
ApeMarket Pro offers enhanced features and intense money saving magic for holders of NFTs in the Yugaverse
🍑 2
i think u should be a lot more clear
about everything

**Pauly Shore** 01-Jun-22 04:51 PM
Ok

**ryder** ⇄ 01-Jun-22 04:52 PM
like it doesnt have anything thats clickbaity
basically its a screenshot

**Pauly Shore** 01-Jun-22 04:52 PM
For sure

**ryder** ⇄ 01-Jun-22 04:52 PM
that says a lot of fluff

**Pauly Shore** 01-Jun-22 04:52 PM
Let me add more
Agreed
This is a template for us to make it good

**ryder** ⇄ 01-Jun-22 04:52 PM
but it doesnt say anything interesting
it needs to just say
if u own a rr/bayc you can trade yuga products for free

**Pauly Shore** 01-Jun-22 04:53 PM
I agree but I just want to wait 24-48 hours to cover the technicals of that aspect

**ryder** ⇄ 01-Jun-22 04:53 PM
then dont release anything
just put a screen shot
with the soon emoji

**Pauly Shore** 01-Jun-22 04:53 PM
I dig that.
A lot,

**ryder** ⇄ 01-Jun-22 04:54 PM
cool
im down

**middlemarch.eth** 01-Jun-22 04:54 PM
Perfect!

**Pauly Shore** 01-Jun-22 04:54 PM
It's powerful

**ryder** ⇄ 01-Jun-22 04:54 PM
ya
i like it

**middlemarch.eth** 01-Jun-22 04:54 PM
Tho there is text in the screenshot now that says the royalty free thing

**ryder** ⇄ 01-Jun-22 04:54 PM
thats all thats needed for this purpose

**middlemarch.eth** 01-Jun-22 04:54 PM
If we want / don' want that

**Pauly Shore** 01-Jun-22 04:54 PM
I think we just change that text yes

┌─ **ryder** ⇄ thats all thats needed for this purpose
**Pauly Shore** 01-Jun-22 04:54 PM
Fantastic

**middlemarch.eth** 01-Jun-22 04:54 PM
Ok boom



**Pauly Shore**  01-Jun-22 04:54 PM
Thank you Ryder

Our lives are much harder without the visionary idea man here. Where TF have you been?!

**ryder**  01-Jun-22 04:55 PM
yah yah
lol
another scrrenshot needed?

**Pauly Shore**  01-Jun-22 04:55 PM
Yes
We have to just change the text to more basic

**ryder**  01-Jun-22 04:56 PM
gas is kinda high rn
gunna chill on minting...

**Pauly Shore**  01-Jun-22 04:56 PM
Ok
Smart

**ryder**  01-Jun-22 04:56 PM
ive spent like 1eth past couple days
minting
maybe more
its kinda crazy
should be illegal
call the head of ethereum
😂 1

**Pauly Shore**  01-Jun-22 04:57 PM
Just need to change text @hwonder and redo screenshot @ryder

**hwonder**  01-Jun-22 04:57 PM
what am i changing?

**Pauly Shore**  01-Jun-22 04:58 PM
Actually I think this is good
@ryder
@middlemarch.eth

**ryder** 01-Jun-22 04:58 PM
ship it
🔥 1

**Pauly Shore** 01-Jun-22 04:59 PM
I'm gonna include the subtweet too that links the rsvp site yeah

**ryder** 01-Jun-22 04:59 PM
?

**Pauly Shore** 01-Jun-22 04:59 PM



I think the white border is kinda thick if it's viewed in mobile it's kinda tiny

Maybe too thin but you see my poins right?

**middlemarch.eth** 01-Jun-22 05:03 PM
Looks good to me!

**Pauly Shore** 01-Jun-22 05:04 PM

https://twitter.com/apemarketplace/status/1532106441586266i147s=21&t=vw-EMaY66lEr5bb8pdPftiQ
BOOM

**ryder** 01-Jun-22 05:08 PM
https://twitter.com/ryder_ripps/status/1532106769312272384

**ryder** 01-Jun-22 05:30 PM
is the bored and hungry ape still vail
i wanna researve it

**Pauly Shore** 01-Jun-22 05:31 PM
i reserved it
so no one would take it

**hwonder** 01-Jun-22 09:00 PM
the drama. lol.

**Pauly Shore** 01-Jun-22 09:03 PM
Lmaooo

**hwonder** 01-Jun-22 09:07 PM
meanwhile i made the discovery of a lifetime

JTX-801.00234

**Pauly Shore** 01-Jun-22 09:01 PM
Hhahaha

**hwonder** 01-Jun-22 09:03 PM
got hash proofs

**Pauly Shore** 01-Jun-22 09:03 PM



**hwonder** got hash proofs
**Pauly Shore** 01-Jun-22 09:01 PM
Nooooo

**hwonder** 01-Jun-22 09:01 PM
this is certified.

**hwonder** this is certified.
**Pauly Shore** 01-Jun-22 09:11 PM
You still diagramming?

**hwonder** 01-Jun-22 09:14 PM
almost...
down rabbit hole after i finished lunch w/ friend from FBI re: discovery... i found myself in this saveweb3 chat
like WTF?!?!?

**Pauly Shore** 01-Jun-22 09:14 PM
Lmfaooo

**hwonder** 01-Jun-22 09:38 PM
gee sus h rice
them: "r sent pauly money from the multi sig so he can wash"
me: "wat?"
them: "watch, they r gonna wash trade the phunks floor and dump"
me: "wat? where do u get this info?"

**Pauly Shore** 01-Jun-22 09:39 PM
LMFAO

**hwonder** 01-Jun-22 09:39 PM
people annoy tf out of me with this stuff

**Pauly Shore** 01-Jun-22 09:39 PM
So ridiculous

**hwonder** 01-Jun-22 09:39 PM
what multi sig

**Pauly Shore** 01-Jun-22 09:39 PM
They don't even know what the multisig wallet is even though it's on twitter

**hwonder** 01-Jun-22 09:40 PM
but they share a tx.
its unbelievable

**Pauly Shore** 01-Jun-22 09:40 PM
Lmfaooooo

**hwonder** 01-Jun-22 09:40 PM
you stole my 🔜
🔜 was my idea

**Pauly Shore** 01-Jun-22 09:40 PM
Hahahahaha

**hwonder** 01-Jun-22 09:41 PM



You stole my logo bro

🤣🤣🤣

**Pauly Shore**  01-Jun-22 09:41 PM
https://twitter.com/nftsanonymous/status/1532153087430991872?s=21&t=-WI41VVzob0HOegqaY24Fg

> **NFTsAnonymous (🐢,🐢) (∴NFTsAnonymous)**
> Jr.ryder_ripps Wow this deteriorated quickly. Can't imagine it was ever authentic.
> Nobody is claiming that we started your emoji trend. Y'all basically hijacked our
> hashtag and changed its meaning. Cool. Now I know why most of Web3 hates
> both of you.
>
> 🐦 Twitter · 01-Jun-22 08:12 PM

Neither of us have ever used that hashtag
Not once.
Anywhere.



**hwonder**  01-Jun-22 09:42 PM
you can't save a technical specification
https://www.youtube.com/watch?v=I8H8cVOMtAQg



**Pauly Shore**  01-Jun-22 09:42 PM
Lmao

**hwonder**  01-Jun-22 09:42 PM
plus ... she don't wanna be saved
https://www.youtube.com/watch?v=1In87TsZF38

> **Alex Lenada**
> **Project Pat - Don't Save Her**
> [Video unavailable / Watch on YouTube]

even better
hahahah
"i love her man....imma merry her.... i done did her hair.. i done did her nails... "
hahahhahahahah 🤣



hwonder · 01-Jun-22 10:13 PM
https://twitter.com/hWonderofWorld/status/1532183309421142016

hwonder.eth 🌐 (@hWonderofWorld)
big mint tonite .. trending on icy tools .. will be number one on opensea !!

team doxxed
big influencers (only had to pay .2e per post)
free drop (just washed traded)
bots only

update: we just got zagabond as admin

#wagmi #NFTCommunity #gm #gm #SAVEWEB3 #NFTGiveaway

Twitter · 01-Jun-22 10:13 PM

big mint tonight boys!

👍 1

middlemarch.eth 02-Jun-22 06:31 AM
Lmao what did I miss??

Pauly Shore 02-Jun-22 08:21 AM
Extreme trolling

middlemarch.eth 02-Jun-22 08:35 AM
I was in that late night Spaces for about 2 mins and it seems like things were popping!
Some back and forths etc
My latest idea on royalties (nothing new really):

1) Yuga NFTs 1%
2) Free for Pro users
3) RR/BAYC 10% (sorry, we have to make money somehow, we are giving up a lot with the Pro thing—plus this encourages ppl to buy now)
4) Some concept of "Pro, Whale Edition" (bad pitch). If you own 10, you get something, even if it's purely symbolic, like some flair on your market profile page / a Discord role + private room, etc. Can just be a fun thing

Pauly Shore 02-Jun-22 08:37 AM
middlemarch.eth My latest idea on royalties (nothing new really): 1) Yuga NFTs 1% 2) Free for Pro users 3) RR/BAYC 10% (sorry, we have to make money somehow, we are giving up a lot with the Pro thing—plus this encourages ppl to buy now) 4) Some concept of "Pro, Whale Edition" (bad...
I dig this but I would much rather have the royalties on RR/BAYC be 1% also
10% is too high
Bad optics
1% on RR/BAYC will also incentivize the mint

middlemarch.eth 02-Jun-22 08:44 AM
I'm down but IMO it might be best to make that free at that price point
What ETH volume are we expecting on RR

Pauly Shore 02-Jun-22 08:45 AM
middlemarch.eth I'm down but IMO it might be best to make that free at that price point
I don't disagree

middlemarch.eth 02-Jun-22 08:45 AM
300 ETH (very good!) would be $5.5k USD
So quite small after our splits, but still something I'd like to get, BUT how much would it buy us in terms of minting out now

Pauly Shore 02-Jun-22 08:46 AM
I think rr/BAYC should be 0 if you own a certain amount maybe

😄 1

middlemarch.eth 02-Jun-22 08:46 AM
I'm just concerned about launching something with low prospect for recurring revenue

Pauly Shore 02-Jun-22 08:46 AM
I agree

middlemarch.eth 02-Jun-22 08:46 AM
Like if it's a utility token, what is wrong with 10%?
You don't want to pay it, just don't sell!

Pauly Shore 02-Jun-22 08:46 AM
Nothing is wrong with it

middlemarch.eth 02-Jun-22 08:46 AM
Keep it and use it for utility

Pauly Shore 02-Jun-22 08:46 AM
It's just going tk be tough to sell

middlemarch.eth 02-Jun-22 08:47 AM
True

hwonder 02-Jun-22 12:17 PM
great day.

Pauly Shore 02-Jun-22 12:17 PM
Yo yooo!
I think it would be amazing if we can lock a royalty structure today

hwonder 02-Jun-22 12:40 PM
that would be amazing for me personally, for sure.

Pauly Shore 02-Jun-22 12:40 PM
Yes!

JTX-801.00237



hwonder  02-Jun-22 12:41 PM
i'd like to ship
also so random... https://os.foundation.app/protocol

middlemarch.eth  My latest idea on royalties (nothing new really): 1) Yuga NFTs 1% 2) Free for Pro users 3) RR/BAYC 10% (sorry, we have to make money somehow, we are giving up a lot with the Pro thing—plus this encourages ppl to buy new) 4) Some concept of "Pro: Whale Edition" (bild ...
Pauly Shore  02-Jun-22 12:41 PM
I like this but 1% for rrbayc

hwonder  02-Jun-22 12:41 PM
the marketplaces are aware they are about to be disrupted
👍 1

hwonder  i'd like to ship
Pauly Shore  02-Jun-22 12:42 PM
Ship meaning launch?
1% fee for all collections, 0% for all other collections for holders of RRBAYC...
We could do tiers as well
But I like that basic model
It's absolutely hilarious to have a bunch of big projects volume calculated and show how much they would have saved using apemarket & apemarket pro
Like the savings on Yuga assets alone in the last 30 days would be like 30 million or something crazy

Pauly Shore  Ship meaning launch?
hwonder  02-Jun-22 12:54 PM
meaning push meaning to server

hwonder  meaning push code to server
Pauly Shore  02-Jun-22 12:59 PM
Ok
We are hosting a space but should wrap up in 30 and jump in here

middlemarch.eth  02-Jun-22 01:03 PM
I am fine w all of this
I like higher royalty on the RRs
5%, idk
But I don't know the community / vibe out there rn
And I want to sell out
💯 1
Pretty good revenue yesterday, today is looking not bad either

| Date | Revenue (ETH) |
|---|---|
| 2022-05-24 | 84.9 |
| 2022-05-25 | 126.3 |
| 2022-05-26 | 17.55 |
| 2022-05-27 | 8.1 |
| 2022-05-28 | 5.25 |
| 2022-05-29 | 4.95 |
| 2022-05-30 | 5.7 |
| 2022-05-31 | 17.25 |
| 2022-06-01 | 15.45 |
| 2022-06-02 | 6.9 |
| **Grand Total** | **292.35** |

But still will take a long time to sell out at this rate; 50-ish days

middlemarch.eth  Pretty good revenue yesterday, today is looking not bad either
Pauly Shore  02-Jun-22 01:10 PM
This is great

middlemarch.eth  02-Jun-22 01:21 PM
How tf are we going to make money from this??
Haha hearing you talk we are getting VERY anti-capitalistic

middlemarch.eth  How tf are we going to make money from this??
hwonder  02-Jun-22 01:22 PM
from?

Pauly Shore  02-Jun-22 01:22 PM
Royalties
And sales of the mint
Furthermore
If we go in the direction of less direct capital upfront, which is a question not a certainty, we should discuss equity

middlemarch.eth  02-Jun-22 01:23 PM
It's like, these giant companies have amazing businesses and make a ton of money... we on the other hand...
Hahah
I'm partially playing

middlemarch.eth  It's like, these giant companies have amazing businesses and make a ton of money... we on the other hand...
Pauly Shore  02-Jun-22 01:23 PM
Lmao

hwonder  02-Jun-22 01:23 PM
ohhhh u are in a space
i see now

Pauly Shore  02-Jun-22 01:23 PM
Getting all the users = all the value

hwonder  ohhhh u are in a space
Pauly Shore  02-Jun-22 01:23 PM
Haha yes

middlemarch.eth  02-Jun-22 01:23 PM
YES listening to Pauly preach

Pauly Shore  02-Jun-22 01:23 PM
We are gonna wrap this up in 15



**middlemarch.eth** 02-Jun-22 02:51 PM
Why not 1% default?
Seems like 0 to 1 should be bigger than 1 to 2
In terms of benefit

**Pauly Shore** 02-Jun-22 02:51 PM
1% default is cool too

**Pauly Shore** 02-Jun-22 03:04 PM
i like .5% because its the same as x2y2 with the option to go to 0

**ryder** 02-Jun-22 03:25 PM
word

🔵 hwonder https://twitter.com/GQMagazine/status/1532331455644418050 come on ...

**ryder** 03-Jun-22 03:35 PM
joke
wild lies

🔵 Pauly Shore .5% default .4% 1 RRBAYC .3% 2 RRBAYC .2% 3 RRBAYC .1% 4 RRBAYC 0% 5 RRBAYC

**Pauly Shore** 02-Jun-22 03:35 PM
do you like this structure?
i dig it
gives incremental utility

**ryder** 02-Jun-22 03:26 PM
"We think of Otherside as a digital Disney World." The difference being, of course, "the platform is designed to allow anyone to build their own 'rides' or 'attractions' in this metaverse and own the value of those for the community." A virtual amusement park in which users bring their own amusements, and pay for the privilege in ApeCoin.

👍 1

"Everyone's in a metaverse of their own making," Neil Strauss told me excitedly one afternoon over lunch on the plaza of the Los Angeles Convention Center. The author of The Game, which popularized pickup artistry for the masses, and celebrity ghostwriter to the stars (or, at least, to Marilyn Manson and Jenna Jameson), Strauss had been tapped by the team behind a Bored Ape named Jenkins the Valet to "ghostwrite" the ape's life story, complete with stories of other apes he'd encountered at the Yacht Club. Rail thin and prone to laughing easily in a mischievous sort of way, Strauss had left pickup artistry behind years ago and seemed genuinely excited by crypto's possibilities. (One wonders about the Venn diagram between the two communities.) It reminded him, he said, of pitching stories on hip-hop to skeptical editors decades ago. "People were literally saying this is just a trend that's not going to last. Whenever people say something is a trend that's not going to last, that means it's a trend that's going to last."

**Pauly Shore** 02-Jun-22 03:26 PM
lmfao
editor of rolling stone
paid off

**ryder** 02-Jun-22 03:29 PM
https://twitter.com/ryder_ripps/status/1532444204885889024

> **RYDER-RIPPS.ETH** (@ryder_ripps)
> The nepotism runs deep, Neil Strauss, who is writing a book on BAYC and is an editor at Rolling Stone who placed their cover story as well as their Seneca distraction story, has been close with Guy Oseary since the 90s, thanked in the autobiography he wrote about Marilyn Manson
>
> 
>
> 🐦 Twitter • 02-Jun-22 03:29 PM

**hwonder** 02-Jun-22 03:41 PM
dang... we can't have the shaq's ❤ ❤ 🤪









$10k fees          $0k fees



```
LEFT JOIN cryptopunk_sales cs ON ts.month=cs.month
LEFT JOIN meebits_sales mes ON ts.month=mes.month
LEFT JOIN bayc_sales bs ON ts.month=bs.month
LEFT JOIN mutants_sales mbs ON ts.month=mbs.month
LEFT JOIN baycpotions_sales bps ON ts.month=bps.month
LEFT JOIN kennel_sales ks ON ts.month=ks.month
LEFT JOIN otherdeeds_sales os ON ts.month=os.month
LEFT JOIN total_market_sales tms ON ts.month=tms.month
ORDER BY ts.month DESC
```

| Yuga-Owned-Collections Volume | Non-Yuga-Owned-Collections Volume |
|---|---|
| 5,421,078 | 17,383,129 |

```
21    bayc_sales AS
22      (SELECT date_trunc('month', block_time) AS month,
23        SUM(original_amount) AS bayc_volume
24        FROM nft.trades
25        WHERE nft_contract_address = '\xbc4ca9eda7d47a8a07c2065c2e118a18a936f19d'
26        AND nft_token_id IS NOT NULL
27        AND original_currency in ('ETH','WETH')
28        GROUP BY 1),
```

**Pauly Shore** 02-Jun-22 04:35 PM
at average price of 2700$ ETH
12 months of that volume
would save their community
$8,782,146,360

**hwonder** 02-Jun-22 04:37 PM

### Yuga Labs Marketshare

| month | Yuga-Owned-Collections Volume |
|---|---|
| 2022-06-01 00:00 | 5,421,078 |
| 2022-05-01 00:00 | 5,414,558 |
| 2022-04-01 00:00 | 4,926,722 |
| 2022-03-01 00:00 | 4,586,441 |
| 2022-02-01 00:00 | 4,225,649 |
| 2022-01-01 00:00 | 3,246,998 |
| 2021-12-01 00:00 | 1,142,199 |

**Pauly Shore** 02-Jun-22 04:38 PM
Based on quarterly volume

**ryder** 02-Jun-22 04:34 PM
Dear YugaLabs, RR/BAYC is about to save your community $8b a year.
ApeMarket, 0% Royalties. for RR/BAYC holders.
Dear YugaLabs owning RR/BAYC is about to save your community $8b a year.

**Pauly Shore** 02-Jun-22 04:35 PM



$10k fees          $0k fees

**ApeMarket**







**middlemarch.eth**  02-Jun-22 05:25 PM
Nice one from the discord



Good discord!
They are also asking when they can mutate the rr/BAYC, which.. not a bad idea lol

**ryder**  02-Jun-22 05:25 PM
whats mutate mean?

**hwonder**  02-Jun-22 05:26 PM

memes on deck
ahhahahha

**middlemarch.eth**  02-Jun-22 05:27 PM
Like our the chemistry thing on them
Like you can w normal ones
I really think you should need to have one to use the market tbh
Don't have to decide now

**ryder**  02-Jun-22 05:29 PM

**Pauly Shore**  02-Jun-22 05:30 PM



ryder · 02-Jun-22 05:32 PM



Pauly Shore · 02-Jun-22 05:32 PM



middlemarch.eth · 02-Jun-22 05:33 PM
Maybe remove the "over"?
Fewer words, implied that 8b isn't exact
It's implied I mean

ryder · 02-Jun-22 05:33 PM



middlemarch.eth · 02-Jun-22 05:33 PM
Looks great tho!

**Pauly Shore**  02-Jun-22 05:33 PM



**middlemarch.eth**  02-Jun-22 05:35 PM
What about spelling out billion?
Just a thought
More impactful?
Idk

**ryder**  02-Jun-22 05:36 PM



**middlemarch.eth**  02-Jun-22 05:37 PM
Love it!
Maybe temove "on"
Bc you have the explanation below
Kind of good mystery in a way also
"Wait how"
This is so good lol

**ryder**  *Click to see attachment*
**ryder**  02-Jun-22 05:38 PM
i think we all like this one
it read well

**Pauly Shore**  02-Jun-22 05:38 PM
we dig this

**ryder**  02-Jun-22 05:38 PM
cuz it is "on apemarket"

**Pauly Shore**  02-Jun-22 05:38 PM
my bad tom i thought you were listening
we all really love this one

**middlemarch.eth**  02-Jun-22 05:39 PM
Looks good to men
Me
Sorry I'm just typing stuff
I should be doing lights exercise



JTX-801.00250



https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e116a18a936f13d/6953

**BoredApeYachtClub #6953 | Bored Ape Yacht Club | Etherscan**
BoredApeYachtClub #6953 | Bored Ape Yacht Club | Etherscan

https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/6964

**BoredApeYachtClub #6964 | Bored Ape Yacht Club | Etherscan**
BoredApeYachtClub #6964 | Bored Ape Yacht Club | Etherscan



Bored Ape Yacht Club
#8775



Bored Ape Yacht Club
#2771



Bored Ape Yacht Club
#832



Bored Ape Yacht Club
#1024



Bored Ape Yacht Club
#5499

https://etherscan.io/nft/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/9595

**BoredApeYachtClub #9595 | Bored Ape Yacht Club | Etherscan**
BoredApeYachtClub #9595 | Bored Ape Yacht Club | Etherscan





Bored Ape Yacht Club
#5499



Bored Ape Yacht Club
#8775







**middlemarch.eth** 02-Jun-22 06:10 PM
I'm back!

**Pauly Shore** 02-Jun-22 06:14 PM





**ryder** 02-Jun-22 06:19 PM

**Pauly Shore** 02-Jun-22 06:23 PM

















**hwonder** 02-Jun-22 07:28 PM



(robot chicken)

**Pauly Shore** 02-Jun-22 07:28 PM
Lmfao

**hwonder** 02-Jun-22 07:26 PM
thats for u pauly..
u can let that one loose
or take the text off and post



**Pauly Shore** 02-Jun-22 07:30 PM



**0X_HODL** Today at 7:24 PM
Royalties or not, very few will list unless there is traffic, esp. if listing is on-chain. Just look at X2Y2 and Machi's X.xyz, very little sales despite better fees / royalties than OS.

**hwonder** 02-Jun-22 07:30 PM
its super nuanced

**Pauly Shore** 02-Jun-22 07:30 PM
Yeah

**hwonder** 02-Jun-22 07:31 PM
im going to file DMCAs for every single collection on OS

and then ... we will see

**Pauly Shore** 02-Jun-22 07:31 PM
https://twitter.com/paulyOx/status/15325051887281766656?s=21&t=21i4taP5t1bxgEF-CGpig



🐦 Twitter • 02-Jun-22 07:31 PM

**hwonder** 02-Jun-22 07:31 PM
hahahah

**JTX-801.00258**



**Pauly Shore** 02-Jun-22 08:38 PM
Crazy
Hahahahaha

**hwonder** 02-Jun-32 08:40 PM
shilling is fascinating

**middlemarch.eth** 02-Jun-22 08:41 PM
The classic move seems to be to apologize for hijacking the space and then continuing on full steam haha

**hwonder** 02-Jun-22 08:43 PM
i just got bumpped

**Pauly Shore** 02-Jun-22 08:43 PM
Space closed

**middlemarch.eth** 02-Jun-22 08:43 PM
I think we're decentralized
Just because it's not 100% free an equal for everyone doesn't mean centralsiuzed

**hwonder** 02-Jun-22 08:43 PM
yea i was going to answer that

**middlemarch.eth** 02-Jun-22 08:43 PM
It means we can't give tokens to anyone we want
They exist, and we have no power over htem
We can't give someone a "special deal"

**hwonder** 02-Jun-22 08:44 PM
i will say this is a VERY different space dynamic... random stangers

**Pauly Shore** 02-Jun-22 08:44 PM
Yeah
Weird

**hwonder** 02-Jun-22 08:44 PM
its time of day
accent says everything

**Pauly Shore** 02-Jun-22 08:57 PM



High res

**hwonder** 02-Jun-22 08:57 PM
that is power!

**ryder** 02-Jun-22 08:53 PM
https://twitter.com/peg_liquidity/status/1532519378738502272

> **Jpeg Liquidity** 🖼 Ε@jpeg_liquidity)
> Bring d BAYC holder, I fully support this. ✅
>
> People give Ryder shit, but our community needs to celebrate builders.
>
> It's honestly a great improvement on our sales mechanism that will overall increase the value of our assets. #BAYC
>
> Dear Yuga community,
> RR/BAYC is about to save you
> over $8b a year on
> **ApeMarket**
>
> 🐦 Twitter • 02-Jun-22 08:27 PM

i dont think we'll be able to sell 5000 more like this
unless we get soone giant rift influencer to talk about it
or like biden

**hwonder** 02-Jun-22 09:16 PM
biden. lol.

**ryder** 02-Jun-22 09:17 PM
should i send the tweet to guy

**middlemarch.eth** 02-Jun-22 08:57 PM
@Pauly Shore good answer haha i kind of went rogue

**Pauly Shore** 02-Jun-22 08:57 PM
All good!

**Pauly Shore** 02-Jun-22 09:23 PM
Not a bad idea to consider rolling out a way people can view their apes on apemarket.com while we wait
If that is easy
@hwonder @middlemarch.eth

**hwonder** 02-Jun-22 09:24 PM
👍 this isn't bad idea !!
i got asked question in DM
going to follow up
over the space
nm, i answered over text

**middlemarch.eth** 02-Jun-22 09:26 PM
Yes for sure, make something interactive, attra gtive
"Oh this is coming for real"
@Pauly Shore good answer haha
Keep guessing

**hwonder** 02-Jun-22 09:31 PM
power move.

**middlemarch.eth** 02-Jun-22 09:31 PM
Aggregator is such a good call
Solves the traffic issue haha

**ryder** 🔁 02-Jun-22 09:32 PM
https://twitter.com/ShortsHoward/status/1532535441215262721



Twitter • 02-Jun-22 09:31 PM
lol
does this even make sense

**hwonder** 02-Jun-22 09:32 PM
no.

**ryder** 🔁 02-Jun-22 09:32 PM
i think he means yuga?
lol

**middlemarch.eth** 02-Jun-22 09:33 PM
He's saying that our not paying Creators Fees hurts artists
I think

**ryder** 🔁 02-Jun-22 09:33 PM
https://twitter.com/smokestacks/status/1532459614859673604

smokestacks (@smokestacks)
#NewProfilePic shout out @ryder_ripps for my forever ape:

Twitter • 02-Jun-22 04:30 PM
lol hes an rr/bayc
i think hes trolling

**middlemarch.eth** 02-Jun-22 09:33 PM
Haha
"BAYC Classic" lmao (edited)

**hwonder** 02-Jun-22 09:36 PM
hahaha

**Pauly Shore** 02-Jun-22 09:38 PM
He's gotta be trolling





**Pauly Shore**  03-Jun-22 12:10 AM
Crazy
We should put their shit on apemarket immediately lol

**Pauly Shore**  03-Jun-22 12:20 AM
@ryder would be good to add @apemarketplace to your bio
We want to direct people there

**ryder**  03-Jun-22 01:33 AM
make me
😂 1
there no space for it bro

**Pauly Shore**  03-Jun-22 01:33 AM
Word

**ryder**  03-Jun-22 01:33 AM
i already have a lot of shit
I added it to my location lol

**Pauly Shore**  03-Jun-22 01:34 AM
Lol

**ryder**  03-Jun-22 01:34 AM



we have dank peeps in the community

**Pauly Shore**  03-Jun-22 01:34 AM
Yes
It's lit
This will get much bigger
It's too powerful

**ryder**  03-Jun-22 01:35 AM
35eth today
not terrible

**Pauly Shore**  03-Jun-22 01:35 AM
People will be slow to come around but it's just too undeniable
No today was great

**ryder**  03-Jun-22 01:35 AM
can buy a pretty good mutant with that

**Pauly Shore**  03-Jun-22 01:35 AM
Lmaooo

**ryder**  03-Jun-22 01:35 AM
almost past 5000

**Pauly Shore**  03-Jun-22 01:35 AM
So sick

**ryder**  03-Jun-22 01:35 AM

**Pauly Shore**  03-Jun-22 01:35 AM
Hell yeah!

**ryder**  03-Jun-22 01:36 AM
my instagram following gives 0 fucks avbout ape market

**Pauly Shore**  03-Jun-22 01:36 AM
That's dope bro

**ryder**  03-Jun-22 01:36 AM
i posted hella

**Pauly Shore** 03-Jun-22 01:36 AM
Hahaha

**ryder** 03-Jun-22 01:36 AM
like 0 engagement

**Pauly Shore** 03-Jun-22 01:36 AM
Yeah

**ryder** 03-Jun-22 01:36 AM
might take it off lol

**Pauly Shore** 03-Jun-22 01:36 AM
Lmao
I don't blame you

**ryder** 03-Jun-22 01:37 AM
whatever
ill post later
i removed

**Pauly Shore** 03-Jun-22 01:37 AM
For sure

**ryder** 03-Jun-22 01:37 AM
the rrbayc post has a lot tho
and good comments

**Pauly Shore** 03-Jun-22 01:37 AM
Which one

**ryder** 03-Jun-22 01:37 AM
https://www.instagram.com/p/CeMyr4pPbie/

**Pauly Shore** 03-Jun-22 01:38 AM
Oh yeah
Fire

**ryder** 03-Jun-22 01:38 AM
pretty sick of looking at apes tbh

**Pauly Shore** 03-Jun-22 01:39 AM
Yeah they are terrible

**ryder** 03-Jun-22 01:39 AM

**Pauly Shore** 03-Jun-22 01:39 AM
Cost of doing business
Gross lol
This shit is so wild bro

**ryder** 03-Jun-22 01:39 AM
imagine paying 300k for that

**Pauly Shore** 03-Jun-22 01:39 AM
I know

**ryder** 03-Jun-22 01:39 AM
owned by the conehead guy
lol

**Pauly Shore** 03-Jun-22 01:39 AM
A true humiliation ritual

**ryder** 03-Jun-22 01:39 AM
man the world is so wacky

**Pauly Shore** 03-Jun-22 01:39 AM
I know
Selling 10k of these in this context is an amazing feat Lmfao
This entire thing is seriously so good hahahahaha
Imagine how good this will look after Chris's entire documentary comes out
HAHAHAHAHA
Lmfaooooo
I hope it's a good doc

**ryder** 03-Jun-22 01:44 AM



thats a really good one



**ryder**  03-Jun-22 02:12 AM
no thats taking into consideration already
u wrong my guy
but
it feels like theres some momentium

**Pauly Shore**  03-Jun-22 02:13 AM
It is?
My bad
Oops

⤷ **ryder** ⇄ it feels like theres some momentium
**Pauly Shore**  03-Jun-22 02:13 AM
There is
People really don't wanna buy this
But it's free money
They will capitulate and buy it

**ryder** ⇄ 03-Jun-22 02:13 AM
lol

**Pauly Shore**  03-Jun-22 02:13 AM
It's too good bro

**ryder** ⇄ 03-Jun-22 02:14 AM
im sure many dont trust us

**Pauly Shore**  03-Jun-22 02:14 AM
They will cave

**ryder** ⇄ 03-Jun-22 02:14 AM
that we wont steal their tokens or someshit

⤷ **ryder** ⇄ im sure many dont trust us
**Pauly Shore**  03-Jun-22 02:14 AM
For sure
That's hilarious

**ryder** ⇄ 03-Jun-22 02:14 AM
im surprised nobody has said that yet
anywas its by far the dankest nft
its way too funny

**Pauly Shore**  03-Jun-22 02:16 AM
https://twitter.com/paulyOx/status/1532607112186150912?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> **PAULY** ⇄ (@PaulyOx)
> 🦍 ≡ ApeMarketplace
>
> Non ApeMarket users be like:
>
> 
>
> 🐦 Twitter · 03-Jun-22 02:16 AM

Lmfaooooooo
Bro this is the best project of all time

**ryder** ⇄ 03-Jun-22 02:17 AM
its so funny because legit anything they do we can meme

**Pauly Shore**  03-Jun-22 02:17 AM
Yes

**ryder** ⇄ 03-Jun-22 02:17 AM
they legit can do nothing but cope

**Pauly Shore**  03-Jun-22 02:17 AM
It's a check mate
I really wonder if they are just gonna not do shit
Lmfaooooooo
That is such an L it's hilarious

**ryder** ⇄ 03-Jun-22 02:17 AM
i mean
what are they gunna do
its so stupid

**Pauly Shore**  03-Jun-22 02:17 AM
Literally

**ryder** ⇄ 03-Jun-22 02:17 AM
refuse to let us sell their nfts?
they might have done that to like x2y2
if u dont give us x percentage well sue u
😭 1
etc
we should just make an llc called yugalabs
😭 1
at this point
and sue them
they are moving now

like 20 just sold in the 5 min i refreshed

👍 1

**Pauly Shore** · 09-Jun-22 02:20 AM
https://twitter.com/paulyOx/status/15326081497017712657?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> **PAULY ꕤ (@PaulyOx)**
>
> The only way to get stop @ryder_ripps is by wasting 8 billion dollars on dispensea.
>
> Please do your part and waste money today.
>
> @ApeMarketplace https://t.co/JrqUE5ggg9



🐦 Twitter · 09-Jun-22 02:30 AM

**ryder** ꕤ · 09-Jun-22 02:21 AM
lol
we really need more apes
fudding
and discussing

**Pauly Shore** · 09-Jun-22 02:21 AM
Yes
They know better

**ryder** ꕤ · 09-Jun-22 02:21 AM
how do we bait them

**Pauly Shore** · 09-Jun-22 02:21 AM
I don't know
Lmaooo
They all blocked me

**ryder** ꕤ · 09-Jun-22 02:22 AM
$100k to any ape who can prove they have a bigger dick

**Pauly Shore** · 09-Jun-22 02:22 AM
Hahahaha

**ryder** ꕤ · 09-Jun-22 02:22 AM
gary vee is the judge

**Pauly Shore** · 09-Jun-22 02:22 AM
Hahahahahaha

**ryder** ꕤ · 09-Jun-22 02:22 AM
tyga knows gary vee
i wonder if theres any play
lol
bro these are selling
10 more just went

**Pauly Shore** · 09-Jun-22 02:24 AM
https://twitter.com/paulyOx/status/15326089933776285617?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> **PAULY ꕤ (@PaulyOx)**
>
> Guys I am looking for some BAYC holders to FUD @ApeMarketplace.
>
> The only royalty free marketplace for all Yuga made NFTs.
>
> I will pay you a lot of money to FUD. Lmk.

🐦 Twitter · 09-Jun-22 02:23 AM

🗨 ryder ꕤ bro these are selling
**Pauly Shore** · 09-Jun-22 02:24 AM
LFG

**ryder** ꕤ · 09-Jun-22 02:24 AM
thats good
$eth prize
to ape with fud that gets over 1000k likes
on tweet about apemarket

JTX-801.00268



**Pauly Shore** 03-Jun-22 02:36 AM
I'll offer an APE

ape

https://twitter.com/pauly0x/status/1532609720825020417?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> **PAULY ⚡ (@Pauly0x)**
> If anyone can FUD @ApeMarketplace and get 1000 likes on their post. They will win a free RR/BAYC.
>
> Tweet must include "@ApeMarketplace" & "https://t.co/IrqUf3ggk9"
>
> 🐦 Twitter • 03-Jun-22 02:36 AM

https://twitter.com/youspittin/status/1532608289791528960?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> youspittin.eth (@youspittin)
> @Pauly0x @ryder_ripps @opensea @ApeMarketplace
>
> 🐦 Twitter • 03-Jun-22 02:21 AM

**ryder** 03-Jun-22 02:29 AM
lol

**Pauly Shore** 03-Jun-22 02:29 AM
Did we ever give that dude an ape for screaming RRBAYC?

**ryder** 03-Jun-22 02:29 AM
a free rrbayc isnt enough
u should be like 1eth prize

**Pauly Shore** 03-Jun-22 02:29 AM
https://twitter.com/paulyOx/status/1532610371919523840?s=21&t=2HuN_e-MhuJmYyQg7-c7Mg

> **PAULY ⚡ (@Pauly0x)**
> TFW you don't like conceptual art.
>
> I am never going to financially recover from this
>
> 🐦 Twitter • 03-Jun-22 02:29 AM

**ryder** 03-Jun-22 02:30 AM
thats a lot
they will actually do shit for that

> ↩ ryder u should be like 1eth prize
> **Pauly Shore** 03-Jun-22 02:30 AM
> Just rt comment and be like make it 1 eth

**JTX-801.00269**

**middlemarch.eth** 03-Jun-22 08:07 AM
GM!



Should we take out a full page ad in the nytimes?
Doing an ad that's a letter is a meme

**hwonder** 03-Jun-22 08:07 AM
that is a good one

**middlemarch.eth** 03-Jun-22 08:07 AM
I feel like ppl do this
Good day yesterday! All time PACIFIC NOW

| PT - Year-Month-Day | Revenue (ETH) |
|---|---|
| 2022-05-23 | 1 |
| 2022-05-24 | 168 |
| 2022-05-25 | 52 |
| 2022-05-26 | 11 |
| 2022-05-27 | 7 |
| 2022-05-28 | 3 |
| 2022-05-29 | 5 |
| 2022-05-30 | 6 |
| 2022-05-31 | 19 |
| 2022-06-01 | 17 |
| 2022-06-02 | 49 |
| 2022-06-03 | 8 |
| **Grand Total** | **347** |

**hwonder** 03-Jun-22 08:07 AM
great day yesterday
👍 1

**middlemarch.eth** 03-Jun-22 08:07 AM
BOOOOOMMM

**hwonder** 03-Jun-22 08:08 AM
first time i've ever seen this approach (like a saas model) associated to mint experience
its fascinating

**middlemarch.eth** 03-Jun-22 08:09 AM
Haha but it's not a mint! It's a facilitation of a hand mint process...
(Referencing your Tweet)

**hwonder** 03-Jun-22 08:09 AM
that part
😄 1

**middlemarch.eth** 03-Jun-22 08:09 AM
THAT PART
Haha
Ok I am about to MOVE to Germantown NY today
I will be afk
FOr most of it
BUt on later
Starting now
Bye everone-

**hwonder** 03-Jun-22 08:10 AM
thats the REAL DEAL living there!
❤️ 1
i know some great folks... i mean genuinely awesome people from all over that region ... hudson through rinebeck/rinecliff
❤️ 1
outside of the winter, you're gonna love it!
fo sho'
❤️ 1

↪ **middlemarch.eth** Should we take out a full page ad in the nytimes?
**Pauly Shore** 09-Jun-22 08:49 AM
Dank
Gm

↪ **hwonder** first time i've ever seen this approach (like a saas model) associated to mint experience
**Pauly Shore** 09-Jun-22 08:50 AM
It's genius

**Pauly Shore** 03-Jun-22 09:10 AM
https://twitter.com/pauly0x/status/1532711376812224512?s=21&t=5lebbP0qmq952RxcY1eVDQ

> PAULY 🔷 (@PaulyOx)
> https://t.co/puPxcv9IeR will help the NFT market save over 8
> billion dollars in fees and help prevent users from getting
> scammed in OTC trades.
>
> Change is hard, but this is a change for the best.
>
> 🐦 Twitter • 03-Jun-22 09:10 AM

We can really play up the otc factor

**Pauly Shore** Dank
**middlemarch.eth** 03-Jun-22 09:15 AM
Like this kind of meme is what I'm visualizing haha https://twitter.com/samdolnick/status/1322143720981073922?s=21&t=GueIuV7lLSISZHGaIbyQoQ

> 🦅 Sam Dolnick (@samdolnick)
> Kanye 2020 takes out two full page ads in the NYT
>
> Likes
> 136



> 🐦 Twitter • 30-Oct-20 07:10 AM

**Pauly Shore** We can really play up the otc factor
**middlemarch.eth** 03-Jun-22 09:15 AM
Also ppl don't pay royalties otc
Really this is an invite only (so to speak) peer to peer OTC platform

**Pauly Shore** 03-Jun-22 09:16 AM
Yeah

**middlemarch.eth** 03-Jun-22 09:16 AM
The contracts purely facilitate p2p
There is no third party

**Pauly Shore** 03-Jun-22 09:16 AM
Yes

**middlemarch.eth** 03-Jun-22 09:16 AM
Same exact thing as otc but safe

**Pauly Shore** 03-Jun-22 09:16 AM
Powerful!
We need to push that part to the public
Hard
Imo
There's a lot to market

**middlemarch.eth** 03-Jun-22 09:16 AM
I mean the funny thing is someone could just copy the contracts and remove the token gate haha

**Pauly Shore** 03-Jun-22 09:16 AM
Yes

**middlemarch.eth** 03-Jun-22 09:17 AM
Don't tell ppl that
Lmao

**Pauly Shore** 03-Jun-22 09:17 AM
Funny thing also is thag someone could just make a marketplace

**middlemarch.eth** 03-Jun-22 09:17 AM
Indexer also open source / transparent

**Pauly Shore** 03-Jun-22 09:17 AM
60,000 people haven't done it

WHY??!

JTX-801.00271



middlemarch.eth  03-Jun-22 09:11 AM
No I mean like a person could copy the contract for one OTC trade
Haha but yeah true

middlemarch.eth  No I mean like a person could copy the contract for one OTC trade
Pauly Shore  03-Jun-22 09:17 AM
For sure

middlemarch.eth  03-Jun-22 09:17 AM
NLL already can do this

Pauly Shore  03-Jun-22 09:17 AM
Right

middlemarch.eth  03-Jun-22 09:17 AM
It is weird no one does!

Pauly Shore  03-Jun-22 09:18 AM
Yes
Says a lot

Pauly Shore  03-Jun-22 12:29 PM
Guys we did a distribution fyi!
@middlemarch.eth  @Rwonder
I noticed some extra eth in my wallet!

ryder  03-Jun-22 01:57 PM
are there screens of the sorting page and individual item page?
if not I can do some mockups

ryder  if not I can do some mockups
Pauly Shore  03-Jun-22 01:58 PM
That's a good idea for sure

ryder  03-Jun-22 02:00 PM
https://twitter.com/gutterfim_eth/status/1532767187156084800

sexapefollowase.eth ☑ ☑ (@gutterfim_eth)
I do not give permission to use the image of my Ape, ID #1435, to use. Take it down thank you.

Thank you @elonjamimie for bringing attention to this. Just RR stealing IP from #BAYC holders, apparently.

Dear Yuga community,
RR/BAYC is about to save you
over $8b a year on
**ApeMarket**

🐦 Twitter · 03-Jun-22 12:30 PM

ryder  03-Jun-22 02:20 PM
WE'RE BACK ON OPENSEA

Pauly Shore  03-Jun-22 02:25 PM
No way
HAHAHAHA
Link?

Fwd: Ticket #563439  ➤  Inbox ×

Krystal Noga-Styron
to me ▾

--------- Forwarded message ---------
From: OpenSea T&S Team <copyright@openseahelp.zendesk.com>
Date: Thu, Jun 2, 2022 at 12:07 PM
Subject: Ticket #563439
To: Krystal Noga-Styron

Thanks for contacting OpenSea.
We truly appreciate your patience while we look into this.
– OpenSea Trust & Safety Team

ryder  03-Jun-22 02:27 PM
https://opensea.io/collection/rder-vipps-bayc
RR/BAYC - Collection | OpenSea

Pauly Shore  03-Jun-22 02:27 PM
I dig it
No rrbayc

ryder  03-Jun-22 02:28 PM
says unavailable

**Pauly Shore** 03-Jun-22 02:28 PM
Ok
I'll make the attorney demand it.

**ryder** 03-Jun-22 02:28 PM
this might pump it



**Pauly Shore** 03-Jun-22 02:28 PM
Yes it will
LETS GOOOO

**ryder** 03-Jun-22 02:29 PM
sent
https://twitter.com/ryder_ripps/status/1532791492367949824

bro
they shook
its so insane they are allowing this
i guess they realize itll look bad if they dont
because theres no formal dmca

**middlemarch.eth** 03-Jun-22 02:30 PM
I can't believe it
I have to give it up
I really can't believe it

**ryder** 03-Jun-22 02:30 PM
should i put something as the banner

**Pauly Shore** 03-Jun-22 02:31 PM
Legendary

**ryder** 03-Jun-22 02:31 PM
maybe conceptual art as utility

> **ryder** should i put something as the banner
**Pauly Shore** 03-Jun-22 02:31 PM
Apemarket

**ryder** 03-Jun-22 02:31 PM
slogan
or something

**middlemarch.eth** 03-Jun-22 02:31 PM
Why wouldn't they just say "hey, we're a private company, we don't like the confusion aspect, we don't want it"

**Pauly Shore** 03-Jun-22 02:31 PM
Yes

**middlemarch.eth** 03-Jun-22 02:31 PM
I mean I know why
But I expected them to

**Pauly Shore** 03-Jun-22 02:31 PM
BOW DOWN TO RRBAYC

**middlemarch.eth** 03-Jun-22 02:31 PM
So now I hex!

**Pauly Shore** 03-Jun-22 03:31 PM
LFGGGG

**middlemarch.eth** 03-Jun-22 02:31 PM
This truly breaks the whole Twitter thing haha
Finally

JTX-801.00273



**ryder** 03-Jun-22 02:32 PM
the apes are gunna cope soooo hard
bro they must be like freaking out
minds exploding
we miught actually take over
its insane
its also so funny to have a 10k collection w/o any traits
on opensea
lol like how do u even use it

**Pauly Shore** 03-Jun-22 02:33 PM
Yep
Lets give some apes to kenobi and his attorney friend please!!!
They made the Os shit happen
Would be nice to give them each 1-2

**ryder** 03-Jun-22 02:34 PM
do a sprcae real fast
to celebrate
i gotta go in 30

**Pauly Shore** 03-Jun-22 02:34 PM
I'm at lunch
Gimme 10 min
Start one
@ryder

whoever owns the contract, needs to go into OS and edit the collection

step 1: verify that OS account that owns the contract

step 2: submit collection verification

its all streamlined

**ryder** 03-Jun-22 02:39 PM
i dont see that option

**Pauly Shore** 03-Jun-22 02:39 PM
@ryder
Please try to claim rrbayc

**ryder** 03-Jun-22 02:39 PM
idgi

**URL**
Customize your URL on OpenSea. Must only contain lowercase letters, numbers, c

https://opensea.io/collection/**rrbayc**

✕ The URL name is already taken.

**Conceptual Art Meets Utility**

RR/BAYC

background?

**Pauly Shore** 03-Jun-22 02:41 PM
You should plug apemarket.com
.com
And say 0 royalties on
ApeMarket.com

**ryder** 03-Jun-22 02:43 PM
its not out

**Pauly Shore** 03-Jun-22 02:43 PM
Right
Maybe plug rrbayc.com
And say apemarket.com launching after final mint
We can update in a few days when it sells out

**middlemarch.eth** 03-Jun-22 02:44 PM
Good to maybe say the .15 price too bc ppl are listing higher I'm sure

**Pauly Shore**  03-Jun-22 02:45 PM
We gotta show as much info on there for now
And switch to slick design after
Maybe make it Gritty like the card
Drop a design in here ryder I can try to make it grungier

**ryder**  03-Jun-22 02:46 PM



im vibing with this
gunna keep it

**Pauly Shore**  03-Jun-22 02:46 PM
Link it thr OS?
Opensea
https://twitter.com/pauly0x/status/1532796105565650945?s=21&t=a7geHLYl6LW49rtHOMfQug

> **PAULY** (@Pauly0x)
> RR/BAYC IS BACK ON OPENSEA ALREADY
>
> Join me in my Space! https://t.co/5pDZ8dcJMW
>
> 🐦 Twitter • 03-Jun-22 02:47 PM

**ryder**  03-Jun-22 02:49 PM



or maybe the background should say
gordongoner.com



yeah

**middlemarch.eth**  03-Jun-22 02:51 PM
Speaking purely personally I'm not sure foregrounding the gordongoner narrative helps at this stage as it could perhaps increase FUD of BAYC holders who might think it's antagonistic toward them





**middlemarch.eth** 03-Jun-22 02:51 PM
Like, does it sell RR/BAYC to have that there or not
At this stage

**ryder** 03-Jun-22 02:52 PM
but they say its a cashgrab

**middlemarch.eth** 03-Jun-22 02:52 PM
To me "conceptual art meets utility" is a stronger and more positivity message

**ryder** 03-Jun-22 02:52 PM
when its education

**middlemarch.eth** 03-Jun-22 02:52 PM
Or just "utility" haha

**ryder** 03-Jun-22 02:52 PM
i mean a lot of things
ok
ill change it

**middlemarch.eth** 03-Jun-22 02:53 PM
Right I think the "save you money" thing is stronger than "education" that this tage

**ryder** 03-Jun-22 02:53 PM
i like the shortness of that

**middlemarch.eth** 03-Jun-22 02:53 PM
Just a thought

**ryder** 03-Jun-22 02:53 PM
maybe ill just put the rrbayc url

**middlemarch.eth** 03-Jun-22 02:53 PM
I think that's cool too
Tho we should update the tpage to say there is utility!
I think that page does a good job of talking about gordon goner without making it the loudest thing
But yeah we gotta say OpenSea capitulated on that
Or maybe not, but something about the utility aspect would be good i think
This was written before we invented that

**ryder** 03-Jun-22 02:57 PM



i agree with the update
about apenmarket
in the rrbayc page

 **ryder** *Click to see attachment* 📎

**Pauly Shore** 03-Jun-22 02:58 PM
Dank

**middlemarch.eth** Right I think the "save you money" thing is stronger than "education" that this tage
**Pauly Shore** 03-Jun-22 02:58 PM
Agree

**ryder** 03-Jun-22 02:58 PM
it is wild they put it back up
still cant believe it

**Pauly Shore** 03-Jun-22 02:59 PM
Let's give ourself the biggest platform and then we can educate

JTX-801.00276

 **ryder** 03-Jun-22 02:59 PM
good job pauly



why does my profile look like this lol

**Pauly Shore** 03-Jun-22 03:01 PM
I have to go to a doctors appointment right now I'll be back online in about an hour

**middlemarch.eth** 03-Jun-22 03:13 PM
My somewhat concrete suggestion would be:

1) Kill rrbayc.com, redirect everything to apemarket.com
2) When you arrive on apemarket.com, paragraph saying "free marketplace for yuga NFTs if you own one of the tokens, reserve one below"
A separate "read more" thing that gets into the context and 3100 and appropriation art etc
Like I think we've kind of moved past that as th emain point
We're back on OS
Just kicking it around
At the same time, this is a decent amount of work, and we're already selling, so perhaps best to start doing new cool stuff on apemarket to tease it
DIK

> **middlemarch.eth** At the same time, this is a decent amount of work, and we're already selling, so perhaps best to start doing new cool stuff on apemarket to tease it
**Pauly Shore** 03-Jun-22 03:16 PM
I agree
We should also have a system where holders can view their apes imo

> **middlemarch.eth** My somewhat concrete suggestion would be: 1) Kill rrbayc.com, redirect everything to apemarket.com 2) When you arrive on apemarket.com, paragraph saying "free marketplace for yuga NFTs if you own one of the tokens, reserve one below"...
**Pauly Shore** 03-Jun-22 03:16 PM
This is very smart and I agree 100%
@ryder 🏆 @hwonder

**middlemarch.eth** 03-Jun-22 03:25 PM
I wonder if there's a way to even change the name of the token on OS from RR/BAYC to something with ApeMarket
Just a crazy suggestion
RR/BAYC isn't the real name anyway
Like its the "thing we are working on" ApeMarket and therefore building that brand the most important thing
I guess we use the apemarket twitter but not rr_bayc twitter
Which is cool
The conceptual art ppl already bought haha
💯 1

**Pauly Shore** 03-Jun-22 03:27 PM
Are we getting some sales behind this?
What's the remaining count?
https://twitter.com/_theirritant/status/1532798812800032768?s=21&t=zJSZZVwnUQ8hdWyItpip1w

> aNFT The Irritant (a_TheIrritant)
> @ryder_ripps @opensea Says it's owned by Foundation-Market-Contract 🐵 🖼



> 🐦 Twitter • 03-Jun-22 02:58 PM

**Pauly Shore** 03-Jun-22 03:59 PM
Individual ones getting delisted

 **middlemarch.eth** 03-Jun-22 03:52 PM
@hwonder should we commit to / get the contract(s) audited
For the market?
Not that like auditors are going to find anything interesting, but for the "stamp of approval" that normies might want to see?

> **middlemarch.eth** Not that like auditors are going to find anything interesting, but for the "stamp of approval" that normies might want to see?
**Pauly Shore** 03-Jun-22 03:56 PM
i mean isnt the opensea contract not even verified?

 **middlemarch.eth** 03-Jun-22 03:57 PM
LMAO
Great talking point also
I just think like ppl saying "hey it's a scam"
Like what do we say to that







**middlemarch.eth** 04-Jun-22 09:09 AM
Another good day! 41 ETH

| Date | Revenue |
|---|---|
| 2022-05-23 | 1 |
| 2022-05-24 | 168 |
| 2022-05-25 | 52 |
| 2022-05-26 | 11 |
| 2022-05-27 | 7 |
| 2022-05-28 | 3 |
| 2022-05-29 | 5 |
| 2022-05-30 | 6 |
| 2022-05-31 | 19 |
| 2022-06-01 | 17 |
| 2022-06-02 | 49 |
| 2022-06-03 | 41 |
| 2022-06-04 | 3 |
| **Grand Total** | **383** |

At this rate 17 days left
Question: should I hide unavailable apes on rrbayc.com?
Make it easier to find new ones?
The full grid is impactful but less so with so many semi-transparent ones

**hwonder** 04-Jun-22 11:24 AM
great day

> **middlemarch.eth** Question: should I hide unavailable apes on rrbayc.com?
**Pauly Shore** 04-Jun-22 11:25 AM
I dig that idea

> **hwonder** great day
**Pauly Shore** 04-Jun-22 11:25 AM
Yo yo!

**hwonder** 04-Jun-22 11:25 AM
I'll be on later.... to deploy everything, resting at moment, recovering from flu and body aches (refuse to call it Covid)

> **hwonder** I'll be on later... to deploy everything, resting at moment, recovering from flu and body aches (refuse to call it Covid)
**Pauly Shore** 04-Jun-22 11:28 AM
For sure
I like toms idea of migrating to apemarket.com
It would be powerful and get people used to that domain
+ a PhunkBox type feature where people can view their rrbayc + Yuga assets
I'm going to be traveling tonight at 8pm EST

> **middlemarch.eth** Another good day! 41 ETH
**Pauly Shore** 04-Jun-22 11:35 AM
This is great!
🔥 1

> **Pauly Shore** + a PhunkBox type feature where people can view their rrbayc + Yuga assets
**middlemarch.eth** 04-Jun-22 11:36 AM
And get an authentic signed print come on
And sort maybe in cool ways
Like maybe we roll out gradually and then by the end everything is there except the list button is disabled

> **middlemarch.eth** And get an authentic signed print come on
**Pauly Shore** 04-Jun-22 11:37 AM
I love the prints

**middlemarch.eth** 04-Jun-22 11:37 AM
And then boom we enable

> **middlemarch.eth** Like maybe we roll out gradually and then by the end everything is there except the list button is disabled
**Pauly Shore** 04-Jun-22 11:37 AM
I love this idea
It's huge incentive imo (edited)

**middlemarch.eth** 04-Jun-22 11:38 AM
Or maybe you an even list but can't buy Lmao
That could be cool
To "stock the shelves" before "opening day"
So the second it launches you can buy CHEAP

> **middlemarch.eth** Or maybe you an even list but can't buy Lmao
**Pauly Shore** 04-Jun-22 12:05 PM
That is dope
I love these ideas!

**middlemarch.eth** 04-Jun-22 12:00 PM
Or maybe you can PRE ORDER lol

**Pauly Shore** 04-Jun-22 12:00 PM
Hahaha

**middlemarch.eth** 04-Jun-22 12:00 PM
You can give money
Again!

**Pauly Shore** 04-Jun-22 12:00 PM
That might get complicated
Lmao

**middlemarch.eth** 04-Jun-22 12:00 PM
But not get NFT
So it opens and boom insta NFT
Just a bid basically
Like you can bid but I cannot be accepted
Just an idea

**ryder** 04-Jun-22 12:26 PM
hey yall
be nice if there was some script to speed this up
metamask is really buggy
i get failed txs and it still costs

**middlemarch.eth** 04-Jun-22 12:34 PM
Sure I can take a look tomorrow, I'll start w something to fulfill as that's the easier side and then we can do the mint tx

↳ **ryder** hey yall
**Pauly Shore** 04-Jun-22 12:43 PM
yo yo
@ryder do you like the idea of migrating the nrbayc site to apemarket.com
i think its a very good idea and will encourage people to reserve
sort of like a more direct, you own these -> you get to use this dope marketplace

**ryder** 04-Jun-22 03:04 PM



ApeId: 5395
Buyer: 0x7CAb30Ef77345264B5D773460780da699999493c
Timestamp: 6/3/2022, 9:02:46 AM

Fulfill order    Cancel order

giving an error trying to fulfill this one
i dont really like it
i mean
maybe
if it says its opening once it mints out?
or change the page to say that
and redirect

↳ **ryder** or change the page to say that
**Pauly Shore** 04-Jun-22 03:07 PM
I think that's a good idea as well

↳ **ryder** giving an error trying to fulfill this one
**Pauly Shore** 04-Jun-22 03:08 PM
Tom is AFK for a bit but maybe we can use the V1 tool for that one in the mean time?

**Pauly Shore** 04-Jun-22 04:16 PM
The fucking collection got delisted again
HAHAHAHAHA

↳ **ryder** Click to see attachment
**middlemarch.eth** 04-Jun-22 06:31 PM
Is there a failed tx etherscan link you have for this? I can't find one. Or if it's just giving you problems on your comp I'm going to take a crack at a script tomorrow which should hopefully help

**hwonder** 04-Jun-22 07:40 PM
i can't move. this is crazy... just watching the lion watch me...

**middlemarch.eth** 04-Jun-22 07:41 PM
Dude I'm so sorry!! I had COVID-type thing and it was TERRIBLE
🙁 1
In my case it was COVID
I hope you get better soon!
I feel for you, I didn't expect it to be so bad
I thought I was "special"

**hwonder** 04-Jun-22 07:45 PM
I can't even shitpost



**hwonder** *Click to see attachment*

**Pauly Shore** 04-Jun-22 07:47 PM

Airport cattle herding

**hwonder** i can't move, this is crazy... just watching the lion watch me...

**Pauly Shore** 04-Jun-22 07:47 PM
When did you start feeling poor?

**hwonder** 04-Jun-22 07:51 PM
last night it got bAd after my sons watched the boyz

**Pauly Shore** 04-Jun-22 07:52 PM
Damn
Zinc is good if you have it
Also sweating it out in a very hot bath

**hwonder** 04-Jun-22 07:53 PM
yea.. I stepped through the processes ... I'll be cool
I did the bath ... that was home run
u need that global re entry and pre check

**Pauly Shore** 04-Jun-22 07:54 PM
Yeah you gotta do that a lot
👍 1
Bro in PR they don't even have it hahahah

**middlemarch.eth** 04-Jun-22 07:54 PM
haha
SO not a direct flight?

**Pauly Shore** 04-Jun-22 07:54 PM
It's direct
Pr to Madrid
💙 1

**middlemarch.eth** 04-Jun-22 07:55 PM
Boom that's rpetty good then!
💙 1

**ryder** 04-Jun-22 08:51 PM
how long do u thionk the marketplace build is going to actually b
*think

**hwonder** 04-Jun-22 09:02 PM
contract tests and that's it
pixel pushing you may want to do

**middlemarch.eth** 05-Jun-22 11:54 AM
@ryder finished the script: https://github.com/RogerPodacter/RRBAYC/blob/b73e50efc30a1b06f6dd28a3c8ebee00c3e5b9e2/packages/react-app/scripts/ryder_auto_fulfill.js
Probably good for me to walk you through it as I cannot of course test it with your private key
Easiest way to run it would be to pull our full repo and install the dependencies. I can add you. I assume you are https://github.com/ryderr?

**ryder - Overview**
moon. ryderr has 4 repositories available. Follow their code on GitHub.
🌟 1

**middlemarch.eth** Easiest way to run it would be to pull our full repo and install the dependencies. I can add you. I assume you are https://github.com/ryderr?

**Pauly Shore** 05-Jun-22 12:42 PM
Thanks for this Tom!
🌟 1
I'm pretty AFK until tomm still

**ryder** 05-Jun-22 06:04 PM
ya
ryderr

**middlemarch.eth** 05-Jun-22 06:12 PM
Ok I added you
You can pull the repository, then cd into it and run `yarn install`
Then you can do `node packages/react-app/scripts/ryder_auto_fulfill.js` from the project root to run the script
We can walk through it together if you want, I'm free for a few mins now or we can talk tomorrow
The script asks for your private key which you can get from MetaMask. It is stored only in memory so I think it should be fine. Typically not good to give your pk to scripts other ppl write but this one is okay haha
Currently you'll have to run the script twice: once to mint everything and then again to fulfill everything. I can improve this once we get going

**ryder** 05-Jun-22 06:29 PM
ty
maybe we release marketplace before?
it mints out

**middlemarch.eth** 06-Jun-22 06:33 PM
I think putting something out there soon is good. All we really committed to I think is withholding the ability to LIST to when rr mints out, we could have a full experience for ppl to play with
Could also turn on listing, though for that to "activate" we need people to actually do it, so not totally in our control

● ryder ⇄ maybe we reissue marketplace before?
**Pauly Shore** 06-Jun-22 09:20 PM
I think this is a good idea but we can start by just teasing certain elements
Like adding the ability to view what you own and migrating the rrbayc site to apemarket.com, if you like the idea...

**Pauly Shore** 06-Jun-22 11:55 AM
Hey gang, I'm still on the go a bit today hope you guys are well
I think it's a good idea to consider rolling out something using the apemarket.com domain in the next few days if guys like the idea
Rolling out the marketplace is super bullish even if we just show the features where you can view your rrbayc + Yuga assets
Let me know how you guys feel about doing something like that in the next 2-3 days. I think it will help keep the momentum up

**ryder** 06-Jun-22 12:21 PM
i also think allowing more stuff on the marketplace
perhaps by vote
milady, azuki
etc

● ryder ⇄ i also think allowing more stuff on the marketplace
**Pauly Shore** 06-Jun-22 12:47 PM
I definitely think this a good idea
But I feel like maybe hold off on adding more collections and use it to continue building hype in a week or two or whatever... could be the best path

**Pauly Shore** 06-Jun-22 05:55 PM
https://twitter.com/NFT2626/status/1533840513383940096?s=20&t=qQ1Jx_WgKcogUbwzyhZM8A



NFT2626 ⇄ (≉NFT2626)
Today, we are excited to unveil A16Z NFTs Marketplace, a web3-native NFT order book protocol with 0% fees.
https://t.co/luisctm8yp
🐦 Twitter • 06-Jun-22 11:57 AM
Lol

**ryder** ⇄ 06-Jun-22 08:08 PM
huh?

**ryder** ⇄ 06-Jun-22 11:37 PM
https://twitter.com/punk9059/status/1533828272307331078

NFTstatistics.eth (≉punk9059)
Wow. According to this dashboard, Yuga owns about 25% of the total NFT volume.
Reasonable to think they'll start their own exchange soon so users aren't paying 2-2.5% to marketplaces?
Likes
506

🐦 Twitter • 06-Jun-22 11:08 AM

● ryder ⇄ huh?
**Pauly Shore** 06-Jun-22 12:10 AM
Troll shit

**ryder** ⇄ 07-Jun-22 12:33 AM

ive spent 47eth on gas in my life
lol...
https://etherscan.io/address/0x592814FF14E03085F6087032DB0f88F4214F254#analytics

*ryder-ripps.eth | Address
0x592814FF14E03085F6087032DB0f88F4214F2...
The Address
0x592814FF14E03085F6087032DB0f88F4214F254 page
allows users to view transactions, balances, token holdings and
transfers of ERC-20, ERC-721 and ERC-1155 (NFT) tokens, and
analytics.

theres a new tab

**Pauly Shore** 07-Jun-22 12:34 AM
Yeah
I've probably spent 2-3x that



**ryder** 07-Jun-22 12:24 AM
something i think is wrong with the gas..
like if u look at the txs
ive spent like 5eth on theese days
minting like 300?

**Pauly Shore** 07-Jun-22 12:35 AM
That's completely normal lmo
.016 per tx

**ryder** 07-Jun-22 12:35 AM
word

ApeId: 5305
Buyer: 0x7CAb30Ef77345264B5D773460780da699999493c
Timestamp: 6/3/2022, 9:02:46 AM
[ Fulfill order ]   [ Cancel order ]

something about this apr wont let me transfer

**Pauly Shore** 07-Jun-22 12:36 AM
https://nfbayc-v1.netlify.app/
V1 tool
@middlemarch.eth @inworder
If you have any thoughts let's us know
How many remaining to reserve
https://twitter.com/zachxbt/status/1533942144989286401?s=21&t=FfKWojrxszCF4WAzKQ8JIg

ZachXBT (zachxbt)
@jf_nft @sergoldape You mean the $$$ you earned from promoting scams on ul NFT?
Likes
291

silence,
Monkey Avatar

🐦 Twitter • 06-Jun-22 06:41 PM

Lollll Ratioed so hard

**ryder** 07-Jun-22 12:40 AM
https://opensea.io/collection/boredassgoblins

boredassgoblins • Collection | OpenSea
gob bhoo Güi gu guh bored ghub ghu bAAAAAAAAA bhood guh
huooob

that zach guy followed me today

⟵ ryder 🔁 https://opensea.io/collection/boredassgoblins
**Pauly Shore** 07-Jun-22 12:41 AM
Such garbage

⟵ ryder 🔁 that zach guy followed me today
**Pauly Shore** 07-Jun-22 12:41 AM
Bullish
Apparently this is crypto888

⟵   Q   •••

Schindler's List
@longbolilun   Follows you

#web69 I come from 2077.
📅 Joined April 2020

313 Following   729 Followers

[ ✉ ]   [ Follow Back ]

**ryder** 07-Jun-22 12:45 AM
lol
why

**Pauly Shore** 07-Jun-22 12:46 AM
Why what lol

**ryder** 07-Jun-22 12:46 AM
y u think that
ive seen that account a lot

**Pauly Shore** 07-Jun-22 12:46 AM
I don't think it that
Kioshi told me

**ryder** 07-Jun-22 12:47 AM
so 888 is obsessed with phunks
and sold his alien at a loss
but has like infinite eth
makes no sense

**Pauly Shore** 07-Jun-22 12:47 AM
Makes no sense at all
He said that the alien came from his wallet
Kiosko has marked like every single wallet in rhe phunks ecosystem hahaha

**Pauly Shore** 07-Jun-22 01:32 AM
@hwonder @middlemarch.eth I think we would like to deploy this week rather than wait for the mint to finish. To avoid the risk of being front run etc. Let us know if you guys have thoughts on executing that the best way. I think we can list the remaining supply on the marketplace...

middlemarch.eth I think putting something out there soon is good. All we really committed to I think is withholding the ability to LIST to when rr mints out, we could have a full experience for ppl to play with
**ryder** 07-Jun-22 01:46 AM
i think this is very solid

middlemarch.eth I think putting something out there soon is good. All we really committed to I think is withholding the ability to LIST to when rr mints out, we could have a full experience for ppl to play with
**Pauly Shore** 07-Jun-22 03:07 AM
Yes
I think Tom has some family stuff going on for a few days but it would be great if we can get something moving in that dept in the next few days!
@middlemarch.eth @hwonder lmk what you guys think when you can
H is also recovering from being sick
Might be quiet for a few days, but honestly I need a break for a few anyways. I'm run down and running around traveling atm

Pauly Shore @hwonder @middlemarch.eth I think we would like to deploy this week rather than wait for the mint to finish. To avoid the risk of being front run etc. Let us know if you guys have thoughts on executing that the best way. I think we can list the remaining supply on the marketplace...
**hwonder** 07-Jun-22 09:55 AM
we can do this.
im sliding back into pocket
🔥 2
outside of @ryder 📷 meme which had me laugh coughing so hard i thought i may need to go to the hospital... im feeling much better

🔴 hwonder outside of @ryder 📷 meme which had me laugh coughing so hard i thought i may need to go to the hospital... im feeling much better
**Pauly Shore** 07-Jun-22 10:20 AM
Hahaha
Glad to hear it!!!

**middlemarch.eth** 07-Jun-22 10:24 AM
Yes I am currently flying to Seattle and then to Alaska. All the airport humiliations Pauly chronicled on twitter plus the incremental humiliations of dealing with 6 month old things, PLUS humiliations from ppl telling you "you're lucky you only have one kid! You are so lucky wow"
🥐 1

middlemarch.eth Yes I am currently flying to Seattle and then to Alaska. All the airport humiliations Pauly chronicled on twitter plus the incremental humiliations of dealing with 6 month old things, PLUS humiliations from ppl telling you "you're lucky you only have one kid! You are so lucky wo...
**Pauly Shore** 07-Jun-22 10:25 AM
Rektd

**middlemarch.eth** 07-Jun-22 10:25 AM
I will try to find time to work, maybe tomorrow especially, but there's "family whale watching" etc

**Pauly Shore** 07-Jun-22 10:25 AM
For sure

**middlemarch.eth** 07-Jun-22 10:25 AM
Back on Monday
But I am excited to get this out!
I had a convo w the dude who does the "soon" bgs last night. Good energy out there!
😍 1   ⭐ 1
He wants to do the wrapper, I told him I personally have wrapper fatigue but he should permissionlessly do it if he's feeling it haha
🥐 1
Would be good to have distinctive PFPs...
But then there's the fatigue
Anyway small issue
Let's rock this!!
Pretty sick rhe we are going to die thing burned the MAYC
Gotta give it up for that lol
😍 1

middlemarch.eth I think putting something out there soon is good. All we really committed to I think is withholding the ability to LIST to when rr mints out, we could have a full experience for ppl to play with
**Pauly Shore** 07-Jun-22 11:47 AM
@hwonder any work we can get going in terms of a rollout will put us ahead of the game! Let me know if you think it's possible to have something like this soon!

**ryder** 📷 changed the channel name. 07-Jun-22 01:21 PM

middlemarch.eth Probably good for me to walk you through it as I cannot of course test it with your private key
**ryder** 📷 07-Jun-22 04:14 PM
shall we try the script out

**middlemarch.eth** 07-Jun-22 04:21 PM
Yes! I'm traveling all today so to walk through it would tomorrow work? Seems like I have a pretty long layover in Seattle in a couple hours too which could work if I can find somewhere quiet

**ryder** 📷 07-Jun-22 04:29 PM
cool
i think try the shuffle thing again maybe
who knows maybe it will help
heres how u could design it
the shuffle button says "order apes"
when shuffle is toggled
then its still just one button, toggle switch

**middlemarch.eth** 07-Jun-22 04:47 PM
Right now the there's the mechanic where you can shuffle again and again until you see something you like which is kind of fun and would be lost w a toggle
To me biggest thing might be to just not show taken apes
The ppl who truly appreciate the majesty of the full grid might have already reserved

ryder  07-Jun-22 05:41 PM
https://twitter.com/ryder_ripps/status/1534288608856637440

> RYDER-RIPPS.ETH 🜲 (@ryder_ripps)
> the RR/BAYC system is unlike any other.. collectors reserve a work, then I hand mint each one. this allows my wallet (signature) to be cryptographically assigned to each work hand selected by collectors – creating a relationship with artist and buyer that is more analogous to IRL
>
> 🐦 Twitter • 07-Jun-22 05:38 PM

🔥 2

middlemarch.eth  07-Jun-22 05:43 PM
It's true! Currently you are also "hand delivering" them (by "fulfilling") which you actually don't have to do but it is cool to get the transfer from Ryder himself versus a random wallet

🔥 2

The script will allow you to continue doing this, though if volume gets huge it migh tnot make sense

Pauly Shore  07-Jun-22 05:43 PM
I think I got the Rona from this group chat

middlemarch.eth  07-Jun-22 05:44 PM
Nooooo

Pauly Shore  07-Jun-22 05:44 PM
I feel like ass

middlemarch.eth  07-Jun-22 05:44 PM
Symptoms?
Damn dude I'm sorry
I'm on a cross country flight right now, no masks aywehere.. now I'm sure I'll get it too!

Pauly Shore  07-Jun-22 05:45 PM
Just feel like I have the flu nothing crazy

middlemarch.eth  07-Jun-22 05:45 PM
At least you're in Spain

Pauly Shore  07-Jun-22 05:45 PM
Exhausted

middlemarch.eth  07-Jun-22 05:45 PM
And lw ill e in Alaska

Pauly Shore  07-Jun-22 05:45 PM
Body aches
I'm in Florence rn

middlemarch.eth  07-Jun-22 05:45 PM
Yeah dude you're fine haha

Pauly Shore  07-Jun-22 05:45 PM
With Kioskooooo

middlemarch.eth  07-Jun-22 05:45 PM
I'm jealous

😢 1

No wayyyy

Pauly Shore  07-Jun-22 05:45 PM
Kiosko is rolling a joint as we speak

middlemarch.eth  07-Jun-22 05:46 PM
Haha that must be nice
It's Europe tho so you have to put tobacco in it no?

↪ middlemarch.eth It's Europe tho so you have to put tobacco in it no?
Pauly Shore  07-Jun-22 05:46 PM
Yes

middlemarch.eth  07-Jun-22 05:46 PM
Booooommm

Pauly Shore  07-Jun-22 05:47 PM



Doxxed

middlemarch.eth  07-Jun-22 05:47 PM
LOL

Pauly Shore  07-Jun-22 05:47 PM
Kioskooooo

middlemarch.eth  07-Jun-22 05:47 PM
Looking gooddddd
The shirt.t he blue sun glasses

**Pauly Shore** 07-Jun-22 05:47 PM
Mucho italiano
Call me by your Kiosko

**ryder** 07-Jun-22 05:48 PM
u dont look sick

**Pauly Shore** 07-Jun-22 05:48 PM
I know
Im trying to play it off
But I wasn't able to leave my room till like 5pm today lol
I'll be fine

**middlemarch.eth** 07-Jun-22 05:49 PM
You flew economy what doy ou expect?
That economy photo after buying the alien for $100k
I respect it

**Pauly Shore** 07-Jun-22 05:49 PM
Bro for real
Lmfaoooo

**middlemarch.eth** 07-Jun-22 05:49 PM
Priorites!

**Pauly Shore** 07-Jun-22 05:49 PM
That shit was fucked up lol
I read the stewardess the riot act
For discriminating against plus sized men

**ryder** 07-Jun-22 05:50 PM
i hated having coviud
main reason i dont wanna travel

┌ **ryder** i hated having coviud
**Pauly Shore** 07-Jun-22 05:50 PM
Flu = Covid
I literally get sick everytime I travel@anyways

**ryder** 07-Jun-22 05:50 PM
naw

**Pauly Shore** 07-Jun-22 05:50 PM
Cuz I hate travelling

**ryder** 07-Jun-22 05:50 PM
its way shittier
for me it was at least

**middlemarch.eth** 07-Jun-22 05:50 PM
Yeah dude it was worst flu I've ever had if it was the flu (edited)

**ryder** 07-Jun-22 05:50 PM
i still feel fucked up from it i think
i swere my vision got worse

**Pauly Shore** 07-Jun-22 05:51 PM
I think I had it last year

**ryder** 07-Jun-22 05:51 PM
ud probably know

**Pauly Shore** 07-Jun-22 05:51 PM
Come to Italy bruhhh

**ryder** 07-Jun-22 05:51 PM
it doesnt feel normal

**Pauly Shore** 07-Jun-22 05:51 PM
I had gnarly chills and body aches
If I recall correctly

**ryder** 07-Jun-22 05:51 PM
i think its a lab virus because it feel very alien to me
reminds me of drugs

**Pauly Shore** 07-Jun-22 05:51 PM
Yeah

**middlemarch.eth** 07-Jun-22 05:51 PM
I agree, it had my apple tasting like gatorade

**Pauly Shore** 07-Jun-22 05:51 PM
Lmao
Dank
I think I'm just giga run down plus travel
Lethal combo
Come to sicilianoooo

**middlemarch.eth** 07-Jun-22 05:52 PM
I will probably be in London and Paris in July if you're still around

**Pauly Shore** 07-Jun-22 05:53 PM
Yes!

**middlemarch.eth** 07-Jun-22 05:53 PM
But like Ryder I am trying not to travell too much
I'm scared too

**Pauly Shore** 07-Jun-22 05:53 PM
I would definitely@meet you in either place

**middlemarch.eth** 07-Jun-22 05:53 PM
Hell yeah!



**Pauly Shore** 07-Jun-22 05:52 PM
Yeah I travel against the laws
Rogue shit
What are you doing out there Tom?

**middlemarch.eth** 07-Jun-22 05:54 PM
Wife friend wedding in London, then while going to visit my French friend Remi

**Pauly Shore** 07-Jun-22 05:55 PM
Nice

**middlemarch.eth** 07-Jun-22 05:55 PM
So there will be more things to do in Paris probably

**ryder** ⇄ 07-Jun-22 05:55 PM
milady tanking

**Pauly Shore** 07-Jun-22 05:55 PM
I want to rigo both places

**middlemarch.eth** 07-Jun-22 05:55 PM
Easier for you maybe as well

**Pauly Shore** 07-Jun-22 05:55 PM
> ryder ⇄ milady tanking
Lmao

**Pauly Shore** 07-Jun-22 05:55 PM
> middlemarch.eth Easier for you maybe as well
I'm EU so England more annoying

**middlemarch.eth** 07-Jun-22 05:55 PM
Damn I still don't know what milady is
I have to research

**Pauly Shore** 07-Jun-22 05:55 PM
> middlemarch.eth Damn I still don't know what milady is
Some garbage NFT shit

**middlemarch.eth** 07-Jun-22 05:51 PM
Like I get the shady aspects, but what is the bull case?

**Pauly Shore** 07-Jun-22 05:55 PM
Giga nazi

**middlemarch.eth** 07-Jun-22 05:55 PM
Just looks weird?

**middlemarch.eth** 07-Jun-22 05:55 PM
> Pauly Shore I'm EU so England more annoying
Yeah we do Paris

**Pauly Shore** 07-Jun-22 05:56 PM
I don't know how to describe it

**Pauly Shore** 07-Jun-22 05:55 PM
> middlemarch.eth Yeah we do Paris
There's some eth conference there
I forget when

**ryder** ⇄ 07-Jun-22 05:57 PM
whats the plan with marketplace
let me know if I can help design
👍 1

**Pauly Shore** 07-Jun-22 05:57 PM
> ryder ⇄ whats the plan with marketplace
I think it's time to begin rolling out
Start with a method to view your Yuga assets and rrbayc
And maybe being able to list
Then I think we can launch and just make the remaining rsvps available to buy

**middlemarch.eth** 07-Jun-22 05:58 PM
Yeah some funny sorting things in there too

**Pauly Shore** 07-Jun-22 05:58 PM
Perhaps with fat finger protection
If the min floor is .2 eth and .15 to buy the unclaimed ones

**middlemarch.eth** 07-Jun-22 06:00 PM
The only question with launching before sellout is whether the launch is going to make the RRs look more or less appealing in terms of the reality of the marketplace versus what people imagine
Basically there need to be real listings

**Pauly Shore** 07-Jun-22 06:00 PM
I think that the first logical step to me is migrating the rsvp site to apemarket.com + adding a PhunkBox type thing
That displays all your Yuga and RR assets
What's the remaining count at rn?
I need my hardware wallet for the admin thing and I'm on mobile

**middlemarch.eth** 07-Jun-22 06:01 PM
Let me check
4482

**Pauly Shore** 07-Jun-22 06:02 PM
Word
Thanks Tom

**ryder** ⇄ 07-Jun-22 06:03 PM
yeah i donno

**hwonder** 07-Jun-22 06:04 PM
> ryder ⇄ whats the plan with marketplace
live (preview) today

**middlemarch.eth** 07-Jun-22 06:04 PM
> Pauly Shore I think that the first logical step to me is migrating the rsvp site to apemarket.com + adding a PhunkBox type thing
I go back and forth on this; I think it might be good to put AM out ther eas only yuga

**ryder** 07-Jun-22 06:04 PM
apes probably would rather waste 10k than use it
is the truth
but

**middlemarch.eth** 07-Jun-22 06:04 PM
To limit confusion I mean

**ryder** 07-Jun-22 06:04 PM
i bet some other nft users would use it
if u list azuki
and goblin
and they might kinda normalize it a bit

**middlemarch.eth** 07-Jun-22 06:05 PM
But don't we need to sell a right click rr goblin for that though haha?
Or do we want to say the one RR is your entrypoint for all

hwonder live (preview) today
**Pauly Shore** 07-Jun-22 06:06 PM



LET'S FUCKING GO

ryder and they might kinda normalize it a bit
**Pauly Shore** 07-Jun-22 06:06 PM
I agree

**middlemarch.eth** 07-Jun-22 06:06 PM
Like we're saving the Yuga-verse $8b! Do we need to hook up the goblin-verse too on the same "utility token"
OTOH 4400 is a lot to sell

**Pauly Shore** 07-Jun-22 06:06 PM
I think we should add other stuff but strategically and gradual

**middlemarch.eth** 07-Jun-22 06:06 PM
4500 really

middlemarch.eth Like we're saving the Yuga-verse $8b! Do we need to hook up the goblin-verse too on the same "utility token"
**Pauly Shore** 07-Jun-22 06:06 PM
I would rather charge a nominal royalty
And make it so AM pro means you can trade all assets for free
If you own an rrbayc

**ryder** 07-Jun-22 06:07 PM
yes
its a shitload
i dont see it happening
before maybe the netflix movie drops
or something
which will be like 5 months
there might be some more press

ryder i dont see it happening
**Pauly Shore** 07-Jun-22 06:08 PM
I think we will gradually keep selling

**hwonder** 07-Jun-22 06:08 PM
16k humans
50% max addressable market in single project

**ryder** 07-Jun-22 06:08 PM
and that youtube guy is putting out his ape epose soon

**Pauly Shore** 07-Jun-22 06:08 PM
And get some pumps from @the new rollouts

**ryder** 07-Jun-22 06:08 PM
it wont
we have captured all we can through this method
perhaps hosting spaces 24/7
will get 1000 more people
but not 4500

**Pauly Shore** 07-Jun-22 06:09 PM
Nah i think we will sell out just gradually

**ryder** 07-Jun-22 06:09 PM
in order to get that we would need traditional methods of garbage influencers or new methods of unsourced hype from unexpected places

**Pauly Shore** 07-Jun-22 06:09 PM
Market conditions huge factor

**ryder** 07-Jun-22 06:09 PM
such as local news
controversy
umm

art press
maybe
ummm law stuff
or some unexpected event
like someone unearths a shitload of yuga dirt
thats probably most likely tbh

**Pauly Shore**  07-Jun-22 06:10 PM
Im bullish on minting out

**ryder** ⇄  07-Jun-22 06:10 PM
when

**Pauly Shore**  07-Jun-22 06:11 PM
It will be slow
30-45 days imo

**ryder** ⇄  07-Jun-22 06:11 PM
naw
it wont

**Pauly Shore**  07-Jun-22 06:11 PM
Catalysts can make it move
Releasing the market will have an effect
Imo

**ryder** ⇄  07-Jun-22 06:11 PM
if we release the marketplace

**Pauly Shore**  07-Jun-22 06:11 PM
The market is dank.

**ryder** ⇄  07-Jun-22 06:11 PM
then get some apes on it
😄 1

**Pauly Shore**  07-Jun-22 06:11 PM
Yes

**ryder** ⇄  07-Jun-22 06:11 PM
it could work

**Pauly Shore**  07-Jun-22 06:11 PM
That's the plan
😄 1
But gradual
We don't have to rush it
Over the course of the next two weeks
Imo

**ryder** ⇄  07-Jun-22 06:11 PM
eth is such a garbage chain

**middlemarch.eth**  07-Jun-22 06:12 PM
Here's revenue so far



| Date | Rev |
|------|-----|
| 2022-05-23 | 1 |
| 2022-05-24 | 168 |
| 2022-05-25 | 52 |
| 2022-05-26 | 11 |
| 2022-05-27 | 7 |
| 2022-05-28 | 3 |
| 2022-05-29 | 5 |
| 2022-05-30 | 6 |
| 2022-05-31 | 19 |
| 2022-06-01 | 17 |
| 2022-06-02 | 49 |
| 2022-06-03 | 41 |
| 2022-06-04 | 12 |
| 2022-06-05 | 5 |
| 2022-06-06 | 5 |
| 2022-06-07 | 7 |

**ryder** ⇄  07-Jun-22 06:12 PM
everything is going to 0 on it

⌐◨ ryder ⇄  eth is such a garbage chain
**Pauly Shore**  07-Jun-22 06:12 PM
Lol

⌐◨ ryder ⇄  everything is going to 0 on it
**Pauly Shore**  07-Jun-22 06:12 PM
Dump it

⌐◨ middlemarch.eth  Here's revenue so far
**ryder** ⇄  07-Jun-22 06:12 PM
for jund the website
not total

**middlemarch.eth**  07-Jun-22 06:12 PM
This is PT so June 7 looking o

⌐◨ middlemarch.eth  Here's revenue so far
**Pauly Shore**  07-Jun-22 06:12 PM
Market is bullish

**ryder** ⇄  07-Jun-22 06:12 PM
right

**middlemarch.eth** 07-Jun-22 06:12 PM
Correct
The RSVP contract
💯 1

**ryder** ⇄ 07-Jun-22 06:12 PM
right
i think this is inaccurate

**Pauly Shore** 07-Jun-22 06:12 PM
Let's let H get his demo out then we can push some pixels

**ryder** ⇄ 07-Jun-22 06:12 PM
there were 40 today

⤷ ryder ⇄ there were 40 today
**Pauly Shore** 07-Jun-22 06:13 PM
Bullish

**middlemarch.eth** 07-Jun-22 06:13 PM
THis is eth

**ryder** ⇄ 07-Jun-22 06:13 PM
and yesterday there were for sure more than 5
oh
lol

**Pauly Shore** 07-Jun-22 06:13 PM
Lmaooo
Even more bullish

**ryder** ⇄ 07-Jun-22 06:13 PM
trippin

**Pauly Shore** 07-Jun-22 06:13 PM



**ryder** ⇄ 07-Jun-22 06:13 PM
gunna figure out the gas shit?
be good to like find the best time to mint
im spending way too much $
whats the total of those numbers @middlemarch.eth

**middlemarch.eth** 07-Jun-22 06:14 PM
410
675 eth to go

**ryder** ⇄ 07-Jun-22 06:14 PM
yeah

**middlemarch.eth** 07-Jun-22 06:14 PM
So almost close to half done

**ryder** ⇄ 07-Jun-22 06:14 PM
mmmmm
some buzzy shit for nft nyc
fake my arrest
😂 1

**middlemarch.eth** 07-Jun-22 06:15 PM
Haha does seem like there's an opportunity there
I wonder what the goblings will do.
I mean what else is going on righ tnow?
Ppl hate on us but what else is out there??

**hwonder** 07-Jun-22 06:15 PM
fake
my
arrest
lol!!!
😂 1

**ryder** ⇄ 07-Jun-22 06:15 PM
lol
could stage a protest outside of apefest

**middlemarch.eth** 07-Jun-22 06:16 PM
But then also we're recruiting users there!
So we shoudl be giving out like free things to them
Very confusing

**Pauly Shore** 07-Jun-22 06:36 PM
NFT nyc is a plague upon our bloodline

**ryder** ⇄ 07-Jun-22 06:37 PM
lol

**middlemarch.eth** 07-Jun-22 06:17 PM
No way it's like $500 per ticket it must be good

**Pauly Shore**  07-Jun-22 06:17 PM



**ryder** 07-Jun-22 06:17 PM
i dont want to go because covid and also im a bit worried about getting knocked out

**Pauly Shore**  07-Jun-22 06:17 PM



Imagine paying money for this hotel room

> **ryder** i dont want to go because covid and also im a bit worried about getting knocked out
**Pauly Shore**  07-Jun-22 06:18 PM
You should just make up a rumor that you got knocked out there

**middlemarch.eth**  07-Jun-22 06:18 PM
Knocked out for saving the Yuga-verse $8b?

👀 3

No one would beleive that rumor

**Pauly Shore**  07-Jun-22 06:18 PM
Actual

> **middlemarch.eth** No one would believe that rumor
**Pauly Shore**  07-Jun-22 06:18 PM
It's believable

**middlemarch.eth**  07-Jun-22 06:18 PM
It would be great to have a strong message tho for this BS thing
Like here it is, the marketplace, it's live
The overall vision is out there

> **middlemarch.eth** It would be great to have a strong message tho for this BS thing
**Pauly Shore**  07-Jun-22 06:18 PM
Yesssss
Having the market go live right when NFT nyc happens
Is smart

**middlemarch.eth**  07-Jun-22 06:19 PM
If I talk to someone I can say "here's the story"
Not that I plan on talking to ppl

**Pauly Shore**  07-Jun-22 06:19 PM
Make it a topic of convo

**middlemarch.eth**  07-Jun-22 06:19 PM
But I did pay for a ticket!

**Pauly Shore**  07-Jun-22 06:19 PM
Bullish

> **middlemarch.eth** But I did pay for a ticket!
**Pauly Shore**  07-Jun-22 06:19 PM
NGMI

**ryder** 07-Jun-22 06:19 PM
we could prob hire an agency
to do something
w/o us
the bored and hungry hot dog stand

**middlemarch.eth**  07-Jun-22 06:20 PM
Ok plane is landing gtg for the moment!
TTYS!

**ryder** 07-Jun-22 06:20 PM
cya

middlemarch.eth Ok plane is landing gtg for the moment!

**Pauly Shore** 07-Jun-22 06:24 PM
Ok ttyl
I'm gonna try and crash myself it's late here

**hwonder** 07-Jun-22 06:24 PM
hot dog stand would be funny
where is their event? chelsea?

**Pauly Shore** 07-Jun-22 06:24 PM
Ryder if you and H get some pixel pushing done I think well be in a great position
💯 1
I'll be back in 7-8 hrs

hwonder hot dog stand would be funny

**Pauly Shore** 07-Jun-22 06:25 PM
I agree
It's fun opportunity to do something funny lmo

**hwonder** 07-Jun-22 06:25 PM
they are at peir 17

**Pauly Shore** 07-Jun-22 06:25 PM
The hotdog stand is funny but we thought better to do in front of the BAYC burger place in La

**hwonder** 07-Jun-22 06:25 PM



**Pauly Shore** 07-Jun-22 06:26 PM
That's nice looking

**hwonder** 07-Jun-22 06:26 PM



outdoor space

**ryder** 07-Jun-22 06:27 PM
mmmm
what about skywriting

**hwonder** 07-Jun-22 06:27 PM



**ryder** 07-Jun-22 06:27 PM
gordongomer.com
ahahaha

**hwonder** 07-Jun-22 06:27 PM
exactly!
hahahhaahah

**ryder** 07-Jun-22 06:27 PM
funny

ryder gordongomer.com

**Pauly Shore** 07-Jun-22 06:33 PM
That's fire
Bruhhhh
I like that idea!!!
Can we please say that someone got knocked out also tho



**Pauly Shore**  07-Jun-22 06:58 PM
I'm knocking out I'll talk to you guys later on

**hwonder**  07-Jun-22 07:44 PM
the "onion" style reporting is always incredible propaganda

**ryder**  07-Jun-22 07:56 PM
https://twitter.com/nyatsumimi/status/1534318797200539655

> **isa** (@nyatsumimi)
> Miya/Kaliacc exposed with ties to BAYC founder GORDON GONDER, who possibly gave them the idea for Milady:
>
> - miya and kaliacc (kali yuga accelerationism)
> - miya's ties to Gordon
> - Gordon's history in kaliacc
> - Kaliacc dogwhistles in BAYC
> - Grooming
> - Child pornography
>
> Twitter • 07-Jun-22 07:38 PM

essential
legit

**hwonder**  07-Jun-22 08:14 PM
WHOA

the propaganda is what makes things go ... its insane

**hwonder**  07-Jun-22 09:57 PM
https://twitter.com/telegram/status/1534263475509288961

> **Telegram Messenger** (@telegram)
> An anonymous account made a baseless claim that they were able to access the contents of private group chats on Telegram. No such vulnerability has ever been found. This is likely a hoax with the intent to get users to download malware.
>
> Likes          Retweets
> 4424           988
>
> Twitter • 07-Jun-22 03:58 PM

they are trying to distract people from the bitcoin bill
ppl so gullible

**ryder**  07-Jun-22 10:16 PM
i think it would be worth building that tech to ship out physical rrbaycs if u hold the token
interacting with a shipping api
and printing the labels

i think that tech alone is sellable

happy to see if someone else could help if u guys have ur hands full

i think its innovative tho

**hwonder** 07-Jun-22 10:17 PM

hands are full figuring out how to sell out

not build

building web3 tech isn't challenging, can always improve, improvements come with learnings

physical ship = address ... that part is heavy

the actual labeling and trafficking if you have that data, is oddly easier because of using of traditional API support

its fascinating . the more web2 you use in a web3 product, the better the UX

when you build web3 product to exist in perpetuity you build differently. it's so nuance

**hwonder** 08-Jun-22 01:07 AM

full steam indexing ... combing these results to make sure all is lovely



**hwonder** hands are full figuring out how to sell out

**Pauly Shore** 08-Jun-22 01:08 AM
That's no issue at all!

**hwonder** 08-Jun-22 01:08 AM
apes are rolling into the market

**Pauly Shore** 08-Jun-22 01:08 AM
We will take care of that part
It's a challenging sell in the short term
This is beyond most people by far
Imo
For a multitude of reasons

**hwonder** 08-Jun-22 01:08 AM
everything is beyond most people

**Pauly Shore** 08-Jun-22 01:08 AM
But I believe in it

**hwonder** everything is beyond most people

**Pauly Shore** 08-Jun-22 01:08 AM
Definitely

**hwonder** 08-Jun-22 01:09 AM
they are watching WWE thinking it's real lol

**hwonder** Click to see attachment

**Pauly Shore** 08-Jun-22 01:09 AM
Bombbbb

**hwonder** they are watching WWE thinking it's real lol

**Pauly Shore** 08-Jun-22 01:09 AM
Yep.

**hwonder** 08-Jun-22 01:09 AM
vince.mc man getting choked slammed by undertaker wild the rock looks onward

lol

**Pauly Shore** 08-Jun-22 01:09 AM
But this is a very cool way to infiltrate their minds

JTX-801.00295





**Pauly Shore** 08-Jun-22 02:26 AM
Looks amazing!
I am excited!
Video teaser will be litttt!! 🔥🔥🔥
I think that is a good play whenever you think we have something good enough for it

**hwonder** 08-Jun-22 02:26 AM
Im just sharing update. not meant ot be a teaser lol

**Pauly Shore** 08-Jun-22 02:27 AM
Yes ofc
Im just thinking that
While watching
Y'a Digg?

**hwonder** 08-Jun-22 02:52 AM
general placement which can be styled however

└ **hwonder** general placement which can be styled however
**Pauly Shore** 08-Jun-22 03:15 AM

Me trying not to say "that's a clean ape"

👍 1

**hwonder** 08-Jun-22 03:20 AM

simple sweet
moving some mobile items around
also going to live trade this ape to another account

**Pauly Shore** 08-Jun-22 03:31 AM
@ryder ✋ this is where you come in!
Design time!

**hwonder** 08-Jun-22 03:54 AM
gas is ripping right now
it may rip the next 48h
ethZ merge on rospten coming, people are gearing up their plays congesting things
ugh

└ **hwonder** gas is ripping right now
**Pauly Shore** 08-Jun-22 03:55 AM
Yowza

Eth pump?

**JTX-801.00297**



**hwonder** 08-Jun-22 03:56 AM
its hard to call
question is, the ETH pledged for validation, will ppl leave it or try to withdraw it
~$35 billion

**Pauly Shore** 08-Jun-22 03:57 AM
Lmaooo

**hwonder** 08-Jun-22 03:57 AM
which is ~10% of eth

**Pauly Shore** 08-Jun-22 03:57 AM
Giga dump incoming

**hwonder** 08-Jun-22 03:57 AM
but .... it's largely incentized for validators

**Pauly Shore** 08-Jun-22 03:57 AM
People can withdraw because of this event?

**hwonder** 08-Jun-22 03:58 AM
following this event, we're not mainnet yet

**Pauly Shore** 08-Jun-22 03:58 AM
Right right
Crazy

**hwonder** 08-Jun-22 03:58 AM
this is just to demonstrate syncro and make sure no block re order

**Pauly Shore** 08-Jun-22 03:58 AM
I was wondering if testnet meant validators can withdraw

**hwonder** 08-Jun-22 03:58 AM
block re order was a potential risk... they've addressed that

**Pauly Shore** I was wondering if testnet meant validators can withdraw
**hwonder** 08-Jun-22 03:58 AM
not yet. but the moment will come

**Pauly Shore** 08-Jun-22 03:59 AM
For sure

**hwonder** 08-Jun-22 04:00 AM

good price

**Pauly Shore** 08-Jun-22 04:00 AM
Wow
Listing is that cheap with gas this high?

**hwonder** 08-Jun-22 04:00 AM
im testing as we speak
want to make sure no stone

**hwonder** want to make sure no stone
**Pauly Shore** 08-Jun-22 04:01 AM
Respek

**hwonder** 08-Jun-22 09:55 AM

back at it. took small break... night time is HARD OUT HERE!





going to clean up appearance a bit

we can opt to show last prices or not

**.hwonder** going to clean up appearance a bit
**Pauly Shore** 08-Jun-22 11:40 AM
Looks amazing

**middlemarch.eth** 08-Jun-22 11:40 AM
This is sick!!
For eth to usd just use 2k I think, no oracle
😎 2

**.hwonder** using actions/reducers redux is well organized for better performance ... stays true to form for web3 ... data coming from chaos rather than from API
**Pauly Shore** 08-Jun-22 11:40 AM
I need to wrap my head around these technical aspects so I can explain them better

**middlemarch.eth** 08-Jun-22 11:40 AM
That's what I use in my head

**middlemarch.eth** For eth to usd just use 2k I think, no oracle
**Pauly Shore** 08-Jun-22 11:41 AM
Bullish

**middlemarch.eth** 08-Jun-22 11:41 AM
Don't want to let ppl "fat finger" into thinking ETH is worth less than 2k!
But yeah this is amazing

**hwonder** 08-Jun-22 11:41 AM
i use 10k for my eth calcuations
lol

**middlemarch.eth** 08-Jun-22 11:41 AM
Haha
Makes me feel better about my investments at 4k!
Excellent

**hwonder** 08-Jun-22 11:41 AM
fun fact. many moons ago i spent 2700 BTC on a miner.

**middlemarch.eth** 08-Jun-22 11:41 AM
Wow

**hwonder** 08-Jun-22 11:41 AM
it gave me 10 BTC a day
the miner is gone
the BTC is lost
go figure

**middlemarch.eth** 08-Jun-22 11:42 AM
That's insane! How are you so zen lol

**hwonder** 08-Jun-22 11:42 AM
time > money
time is the most valued resource ...
i am zen because of time.



we can consider alts on copy / borders / shadows / etc

**middlemarch.eth** 08-Jun-22 11:49 AM
Booooommmm
So that's a transaction basically
Web3 as discussed

**hwonder** 08-Jun-22 11:49 AM
yes this layer is all web3

👍 2

wen u type boom i get HYPED AF!
i never get fomo.
ever.
i have nyc fomo rn. wtf is the world coming too.

**middlemarch.eth** 08-Jun-22 11:57 AM
What about 3 digit ens. Any fomo there? Should I buy?

**hwonder** 08-Jun-22 11:57 AM
lol..

**middlemarch.eth** 08-Jun-22 11:57 AM
Only 9 ETH..
Okay I've come to my senses thank you!

⤷ **hwonder** fun fact, many moons ago i spent 2700 BTC on a miner..
**Pauly Shore** 08-Jun-22 11:59 AM
That's a few pizzas

⤷ **middlemarch.eth** Only 9 ETH...
**hwonder** 08-Jun-22 12:04 PM
get a mfer... flip between now and tomorrow
i dont trade or collect NFTs but i do know that hype cycle is going boom

**middlemarch.eth** 08-Jun-22 12:06 PM
Now that you mention it it would be nice to improve my average mfer cost basis haha



This purchase taught me a lot tho
After buying it I went into the discord, clicked a dm link, and got scammed for another .25
Expensive education!
At least it's "clean"

⤷ **middlemarch.eth** Expensive education!
**Pauly Shore** 08-Jun-22 12:00 PM
Brutal

JTX-801.00301





hwonder  08-Jun-22 12:16 PM
let me see if its light lift.

hwonder  let me see if its light lift
Pauly Shore  08-Jun-22 12:16 PM
I'm half kidding... but only half

ryder  08-Jun-22 12:17 PM
https://ksylvest.github.io/jquery-gridly/
basic idea

ryder  https://ksylvest.github.io/jquery-gridly/
hwonder  08-Jun-22 12:17 PM
on a 100 item gallery, easy
on scale, very difficult

ryder  08-Jun-22 12:17 PM
its actually a better layout than all of the marketplaces
its annoying how ur always having to go back

ryder  its annoying how ur always having to go back
Pauly Shore  08-Jun-22 12:18 PM
Yes I agree strongly

ryder  its annoying how ur always having to go back
hwonder  08-Jun-22 12:18 PM
deep linking

ryder  08-Jun-22 12:18 PM
can change the uri tho
hash no

hwonder  08-Jun-22 12:18 PM
absolutely

ryder  08-Jun-22 12:18 PM
u can update that with a single dom page
i dont know the latest ways
but we used to do that like 6 years ago

hwonder  08-Jun-22 12:19 PM
i like this idea... im trying to think how it be done in a 2k... 5k... 50k

ryder  08-Jun-22 12:19 PM
with like rails

hwonder  08-Jun-22 12:19 PM
its all JS... rails may have surfaced the data, but the magic show is alll css & js

ryder  08-Jun-22 12:19 PM
ya

hwonder  08-Jun-22 12:23 PM
i may need 20 mins... i took cough drops that i don't think i should have took. girl at homeopathic store was working me
https://twitter.com/hwonderofworld/status/1534571422458097665?s=21&t=3Bk6zd-1AUmWMOUY_fJDAw

hwonder.eth  (a)HWonderofWorld0
man im dizzy.... this nano technology better work... if I can't teleport today
someone's getting rest

Twitter • 08-Jun-22 12:21 PM
I am down 8888AAAAADD

ryder  08-Jun-22 12:25 PM

💬     🔁     ❤️ 2     ⬆️



**Christine Webb** @christineswebb · 8h  ···
Replying to @ryder_ripps @humblejpeg
and 3 others

Turns out @ryder_ripps has been a part of
the branding with @yugalabs this entire
time.  You outing yourself with your traits
you added to the project? I see what you
did there.

♡ 1        ↑↓         ♡ 2        ↑

this person is crazy

hwonder  08-Jun-22 12:25 PM
hahaha I kno that person ....

middlemarch.eth  08-Jun-22 12:51 PM
FWIW my recommendation would be to not do a single page app type thing for v1. I think it's very tricky to get that right with a small team, lots of room for annoying to track down bugs, and presents an additional layer of risk on top of the core value proposition
As an example, though it's not so bad to update the URL as the user interacts, you have to make sure that when someone visits that URL they get put into the same state as the user who gets there by clicking, which in my experience is complicated
Plus it makes SEO and to a lesser extent open graph more difficult
I think it's something good to target, and I think we can get there in a future version, but I think something a bit more traditional (with some of "back") could be the right move for the "skateboard" of the first step
But something slick like the grid on rrbayc.com should be not too hard
Just a thought
@ryder ⇄ I'm free to go over script in 15 mins or so if you want

● hwonder I am down BBBBAAAAADD
Pauly Shore  08-Jun-22 02:30 PM
Disaster

● ryder ⇄ this person is crazy
Pauly Shore  08-Jun-22 02:35 PM
Yes

● middlemarch.eth FWIW my recommendation would be to not do a single page app type thing for v1. I think it's very tricky to get that right with a small team, lots of room for annoying to track down bugs, and presents an additional layer of risk on top of the core value proposition
Pauly Shore  08-Jun-22 02:50 PM
I do like this approach and to scale up for sure, but it seems important to also deliver something distinctive

👍 1

Marketplaces are a dime a dozen
We have to be different somehow imo
Besides the fees
Imo having a very prominently displayed fees saving graphic is key

👍 1

● middlemarch.eth FWIW my recommendation would be to not do a single page app type thing for v1. I think it's very tricky to get that right with a small team, lots of room for annoying to track down bugs, and presents an additional layer of risk on top of the core value proposition
hwonder  08-Jun-22 02:51 PM
i'd agree.

Pauly Shore  08-Jun-22 02:51 PM
Building and adding is bullish
I very much believe in our structure being that way
In stages

hwonder  08-Jun-22 02:52 PM
id argue the 'different' that matters is financial. not visual.

Pauly Shore  08-Jun-22 02:52 PM
We are able to remain constantly more relevant that way

● hwonder id argue the 'different' that matters is financial. not visual.
Pauly Shore  08-Jun-22 02:52 PM
That's splitting hairs I'm just saying I like both
Quality will be top notch
Bullish!

hwonder  08-Jun-22 03:02 PM



Thanks.

Tell me about your theory.

10:48 AM

● hwonder Click to see attachment 🖼
ryder ⇄  08-Jun-22 03:21 PM
?

JTX-801.00304





**middlemarch.eth**  08-Jun-22 03:36 PM
Like what argument was even made??

**ryder**  08-Jun-22 03:36 PM
i give it 2hours

> **middlemarch.eth**  Like what argument was even made??
**Pauly Shore**  08-Jun-22 03:36 PM
No argument needs to be made
Our attorney just writes them for us
And they do what she says

**middlemarch.eth**  08-Jun-22 03:37 PM
Why wouldn't they just say "this is confusing, we don't want it's
How does she overcome that I mean
This lawyer must be amazing lol

> **middlemarch.eth**  Why wouldn't they just say "this is confusing, we don't want it's
**hwonder**  08-Jun-22 03:37 PM
DMCA / UGC ... the stuff dreams are made of

**ryder**  08-Jun-22 03:37 PM
i think theres 0 actual humans at opensea
and its all outsourced
and its basically bots doing stuff and like indian call centers doing stuff
and theres very little oversight

**hwonder**  08-Jun-22 03:38 PM
im dying over here
lol
😂 1

**ryder**  08-Jun-22 03:38 PM
they probably have a guideline on how to do things
and like if the lawyer asks
let it back up
then the bot takes it down
repeat

> **ryder**  i think theres 0 actual humans at opensea
**Pauly Shore**  08-Jun-22 03:38 PM
Yes

**ryder**  08-Jun-22 03:39 PM
it is funny exploit for marketing though

> **ryder**  it is funny exploit for marketing though
**Pauly Shore**  08-Jun-22 03:39 PM
Yes

**ryder**  08-Jun-22 03:39 PM
the bots vs call center beaurocracy meltdown at opensea exploit
😂 1

**middlemarch.eth**  08-Jun-22 03:39 PM
Really makes them look ridiculous

**Pauly Shore**  08-Jun-22 03:43 PM
https://twitter.com/pauly0x/status/1534622052719775745?s=21&t=Ax66Z5UIVButde7LlwchrQ

> **PAULY 🚀**  (@Pauly0x)
>
> If @opensea doesn't de-list RR/BAYC for the 4th time in 7 days within the next 2
> hours I will have no choice but to sue.
>
> We had a deal that you would give us free marketing by censoring @ryder_ripps
> art on the blockchain!
>
> I demand being delisted immediately. This is bullshit.
>
> 🐦 Twitter • 08-Jun-22 03:43 PM

**middlemarch.eth**  08-Jun-22 03:44 PM
The evolution from the beanie to the Prussian helmet in your memes is really quite funny

**ryder**  08-Jun-22 03:44 PM
wheres that
oh
u mean the beanie hat he used to use
ya
i thought u mean beaniemaxi

**hwonder**  08-Jun-22 03:44 PM
qquite funny

**ryder**  08-Jun-22 03:44 PM
whos always dming me
😂 1
he says im his only friend
lolol
after his fall from grace he dished me a buncha good yuga dirt

middlemarch.eth The evolution from the beanie to the Prussian helmet in your memes is really quite funny

**Pauly Shore** 08-Jun-22 03:47 PM
Lmfaoooo



Lolololollll

**ryder** ⇄ 08-Jun-22 03:47 PM
lol

**Pauly Shore** 08-Jun-22 03:48 PM
He gets it obv

**ryder** ⇄ 08-Jun-22 03:48 PM
cityvibez

**Pauly Shore** 08-Jun-22 03:48 PM
Rrbayc is the gift that keeps on giving
Much like Phunks

**ryder** ⇄ 08-Jun-22 03:48 PM
has zach ever shilled an nft

**Pauly Shore** 08-Jun-22 03:48 PM
I doubt it

**ryder** ⇄ 08-Jun-22 03:49 PM
i mean
its pretty huge
"rr/bayc, the choice of scam stoppers"
like..
its the only nft that isnt a scam
ironically

**Pauly Shore** 08-Jun-22 03:54 PM
There's a duplicate out there
https://foundation.app/@ryder_ripps/bayc/231

#9361 | Foundation
Foundation is a web3 destination.

**ryder** ⇄ 08-Jun-22 03:55 PM
there are a few

Pauly Shore There's a duplicate out there
**middlemarch.eth** 08-Jun-22 03:55 PM
Can't copy an NFT!
👀 1

**ryder** ⇄ 08-Jun-22 03:55 PM
in the beginning i was sloppy

ryder ⇄ in the beginning i was sloppy
**Pauly Shore** 08-Jun-22 03:55 PM
Lol
https://foundation.app/@ryder_ripps/bayc/70

#9361 | Foundation
Foundation is a web3 destination.

**ryder** ⇄ 08-Jun-22 03:55 PM
https://foundation.app/@ryder_ripps/bayc/38

#3905 | Foundation
Foundation is a web3 destination.

this one is too

**Pauly Shore** 08-Jun-22 03:55 PM
Lol

ryder ⇄ https://foundation.app/@ryder_ripps/bayc/38
**middlemarch.eth** 08-Jun-22 03:55 PM
Damn nice one
👀 1

**Pauly Shore** 08-Jun-22 03:55 PM
Maybe we should just make it so you can mint dupes lmfaoooo
👀 1

**ryder** ⇄ 08-Jun-22 03:56 PM
the guy who owns the other one pointed it out

**Pauly Shore** 08-Jun-22 03:56 PM
Any image you want

**ryder** 08-Jun-22 03:56 PM
i offered to swap another gold and 2 regular ones

**Pauly Shore** 08-Jun-22 03:56 PM
Lmaoooo

**ryder** 08-Jun-22 03:56 PM
he was gunna go it
then 2 days after he was like.. i think i like that its a duplicate
lol...

**Pauly Shore** 08-Jun-22 03:56 PM
Lol
Im gonna rek him
👍 1

**ryder** 08-Jun-22 03:56 PM
i actually think its hysterical the rarest ones are duplicated

> **ryder** then 2 days after he was like.. i think i like that its a duplicate

**Pauly Shore** 08-Jun-22 03:56 PM
Who is it
Im gonna rek him
😂 1

**ryder** 08-Jun-22 03:56 PM
https://twitter.com/Brojito2

> Brojito (@Brojito2)
> Thumbnail
> Followers  Tweets
> 524        1995
> 🐦 Twitter

**Pauly Shore** 08-Jun-22 03:56 PM
The one above I said I'd give him an ape

**middlemarch.eth** 08-Jun-22 03:57 PM
I agree I think the ethos of the project is that it's fine

**ryder** 08-Jun-22 03:57 PM
hes been a supporter for like a year

**middlemarch.eth** 08-Jun-22 03:57 PM
Also cool not to have it
And have a "real 10k"
Idk

**ryder** 08-Jun-22 03:57 PM
https://foundation.app/@ryder_ripps/bayc/3

> #1726 | Foundation
> Foundation is a web3 destination.

he owns the 3rd one

> **middlemarch.eth** And have a "real 10k"

**Pauly Shore** 08-Jun-22 03:57 PM
This.

**ryder** 08-Jun-22 03:57 PM
hes kinda a legend
🔥 2

> **middlemarch.eth** I agree I think the ethos of the project is that it's fine

**ryder** 08-Jun-22 03:57 PM
"hand minted"
i set the token limit to 10k

**middlemarch.eth** 08-Jun-22 03:58 PM
Oh wow lol

**Pauly Shore** 08-Jun-22 03:58 PM
We should be like for the next hour you can mint duplicates :

**middlemarch.eth** 08-Jun-22 03:58 PM
So not just dupes but missing

**Pauly Shore** 08-Jun-22 03:58 PM
Lmfao

**middlemarch.eth** 08-Jun-22 03:58 PM
That's cool

> **middlemarch.eth** That's cool

**Pauly Shore** 08-Jun-22 03:58 PM
Y'all wildin

**middlemarch.eth** 08-Jun-22 03:58 PM
Yes to ram home that rarity doesn't matter

**Pauly Shore** 08-Jun-22 03:58 PM
I prefer a traditional robot minted perfection

**middlemarch.eth** 08-Jun-22 03:58 PM
Or maybe too chaotic

> **middlemarch.eth** Or maybe too chaotic

**Pauly Shore** 08-Jun-22 03:58 PM
Too chaotic





**ryder** 08-Jun-22 04:01 PM
it makes it more human
well what can u do

> **ryder** "when the project started there was so much demand I had no good way to check for duplicates, and got a bit sloppy the first day"
**middlemarch.eth** 08-Jun-22 04:01 PM
"And there are no duplicates bc the ids are different. ..."
👍 2

**ryder** 08-Jun-22 04:01 PM
should we spend 100eth on the gold one
👍 1

thats for sale rn
lol

> **ryder** well what can u do
**Pauly Shore** 08-Jun-22 04:01 PM



👍 2
😂

**middlemarch.eth** 08-Jun-22 04:02 PM
I mean what is in our treasury!
Probably some golds
Or you mean original

**ryder** 08-Jun-22 04:02 PM
only ones minted through foundation are showing on opensea

**hwonder** 08-Jun-22 04:02 PM
the free mint wave sucked life out of space
👍 1

> **ryder** only ones minted through foundation are showing on opensea
**Pauly Shore** 08-Jun-22 04:02 PM
Weird

**hwonder** 08-Jun-22 04:02 PM
it's a giant zombie

> **hwonder** the free mint wave sucked life out of space
**Pauly Shore** 08-Jun-22 04:03 PM
Yeah

**ryder** 08-Jun-22 04:03 PM
https://twitter.com/MadiCoopXXX/status/1534624609810714624

**middlemarch.eth** 08-Jun-22 04:03 PM
Yeah it was funny when we were concerned about merely goblins
Now it's 10x that!

**ryder** 08-Jun-22 04:03 PM
pauly can u find this porn chick an rrbayc

> **ryder** pauly can u find this porn chick an rrbays.
**Pauly Shore** 08-Jun-22 04:03 PM
Wym find her one

**ryder** 08-Jun-22 04:03 PM
she wants a girl one
i donno
find one with pink hear and respond
*hair

**Pauly Shore** 08-Jun-22 04:03 PM
Ok
Just to reserve?
I don't know which ones we have minted from our stash yet

**ryder** ⇄ 08-Jun-22 04:04 PM
actually guys

is there a way u can figure out all the duplicates
im sure if u put it in a sheet whats minted
then just order numbered
prob a regular expression to find duplicates
i used to know someone who was so insane at regular expressions

**middlemarch.eth** 08-Jun-22 04:05 PM
I can do a sheet of the status of each ape

**ryder** ⇄ 08-Jun-22 04:05 PM
it was the most wild shit

ever use that shit

**middlemarch.eth** 08-Jun-22 04:05 PM
I am also very good with regular expressions

**ryder** ⇄ 08-Jun-22 04:05 PM
wild

praise be

**middlemarch.eth** 08-Jun-22 04:05 PM
But I won't need that for this I have a simpler meme

**ryder** ⇄ 08-Jun-22 04:05 PM
im a bit scared

**middlemarch.eth** 08-Jun-22 04:05 PM
Actually I do kind of use them

**ryder** ⇄ 08-Jun-22 04:05 PM
ur gunna be like 1000 of them are duplicates
12 orders since opensea thing
the marketing works lol
maybe they will just do this everyday
we should sue them
that would get attention
legit
i think maybe we sue someone
can we sue yuga?



maybe jason
can sue them
with us
for not disclosing the hidden meanings
and fucking up his money

**hwonder** 08-Jun-22 04:11 PM
it's a can of worms no doubt

**ryder** ⇄ 08-Jun-22 04:11 PM
when this shit comes out
they gunna get sued
cuz heres the thing
nobody wants to throw the first rock
but the first rock that actually breaks the window
everyone will be hurling
thats why they didnt wanna sue us
cuz they know...
its a can of worms
and could lead to a spiral of lawsuits and inquiry
we shouldnt have raised the price
its too expensive

**hwonder** 08-Jun-22 04:17 PM
the free mint wave even at .1 is high in current climate

people are minting free or 0.001 its nuts
im still bullish...



**middlemarch.eth** 08-Jun-22 04:33 PM
Here are the dupes: https://docs.google.com/spreadsheets/d/1WcFDtTimIgQk2FEfWJV02Vvnie98gDvb-18aHkygFQ8/edit#gid=671551796&range=A1:B38

Tho this doesn't count burns , annoyingly
So some have been burned

↳ **middlemarch.eth** Here are the dupes: https://docs.google.com/spreadsheets/d/1WcFDtTimIgQk2FEfWJV02Vvnie98gDvb-18aHkygFQ8/edit#gid=671551796&range=A1:B38
**Pauly Shore** 08-Jun-22 04:33 PM
No way lmfao

**middlemarch.eth** 08-Jun-22 04:33 PM
I can account for burns too but not at this moment

**Pauly Shore** 08-Jun-22 04:34 PM
There are thag many dupes
?!

**middlemarch.eth** 08-Jun-22 04:34 PM
18
That paste is weird
It's showing also the Foundation ids in one mix

**Pauly Shore** 08-Jun-22 04:34 PM



**middlemarch.eth** 08-Jun-22 04:34 PM
18 ape ids have been duped, but some have been burned
There is one TRIPLICATE!
But one has been burned
So its' only a mere dupe now

↳ **middlemarch.eth** There is one TRIPLICATE!
**Pauly Shore** 08-Jun-22 04:34 PM





**middlemarch.eth** 08-Jun-22 04:36 PM
Damn 3.9 orders in last 30 mins
Bullish!


middlemarch.eth Damn 3.9 orders in last 30 mins.
**Pauly Shore** 08-Jun-22 04:36 PM
Epic

**middlemarch.eth** 08-Jun-22 04:37 PM
5 in past hour, probably the better stat
That's fomo come on
You only need 2!
One to use the market and one to flip

**Pauly Shore** 08-Jun-22 04:40 PM
https://twitter.com/paulyOx/status/1534636339247808512?s=21&t=Phsd5_nFG4a3sRqLiLQkWA

> **PAULY 🏴 (@PaulyOx)**
> BR/BAYC is officially a historical NFT, we have the most @opensea delistings in a week in the history of mankind.
>
> And @Matt_OpenSea assured me that he will make sure we got delisted again ASAP.
>
> 🐦 Twitter · 08-Jun-22 04:39 PM

**hwonder** 08-Jun-22 05:01 PM
means ppl really all want the 'rares'

**ryder** 🏴 08-Jun-22 05:01 PM
r u hitler.eth
there are 20 dups?

ryder 🏴 r u hitler.eth
**middlemarch.eth** 08-Jun-22 05:04 PM
Some have been burned. 18 were minted. I had to step out for a moment so I can verify which still exist
👍 1
Not to many to test

ryder 🏴 r u hitler.eth
**Pauly Shore** 08-Jun-22 05:05 PM
No
I'm derfuhrer
And neonazi



**ryder** 🏴 08-Jun-22 05:07 PM
im going to wait till tn to mint
its like half as much

**hwonder** 08-Jun-22 05:08 PM
smart
💯 1

**Pauly Shore** 08-Jun-22 05:08 PM
Def do it that

**ryder** 🏴 08-Jun-22 05:08 PM
whos hitler.eth

ryder 🏴 whos hitler.eth
**Pauly Shore** 08-Jun-22 05:08 PM
We have no clue yet

**ryder** 🏴 08-Jun-22 05:08 PM
i remember they used to have a funny twitter too



**Pauly Shore** 08-Jun-22 05:08 PM
I can try to find out
Not

**ryder** 08-Jun-22 05:08 PM
they still have that?

**Pauly Shore** 08-Jun-22 05:08 PM
Ohh
Meta Hitler
Lmaooo

**ryder** 08-Jun-22 05:08 PM
they had some banger tweets like 3 months ago

**ryder** 08-Jun-22 05:20 PM
https://foundation.app/@ryder_ripps/bayc/67

#197 | Foundation
Foundation is a web3 destination.

**ryder** 08-Jun-22 06:31 PM
i just sent someone a gold one
in exchange for a dup

↳ **ryder** in exchange for a dup

**Pauly Shore** 08-Jun-22 06:32 PM
Whyyy loll

**ryder** 08-Jun-22 06:32 PM
https://foundation.app/@ryder_ripps/bayc/5

#528 | Foundation
Foundation is a web3 destination.

if someone requests this ill do it
why not

**Pauly Shore** 08-Jun-22 06:32 PM

**ryder** 08-Jun-22 06:32 PM
u mad cuz u dont have any dups
😂 2
lol

**hwonder** 08-Jun-22 06:33 PM
lol

**ryder** 08-Jun-22 06:33 PM
i could just keep all the dupes in my wallet
👏 1
or should i burn it
💀 1
i told him i would burn it
💀 1

**Pauly Shore** 08-Jun-22 06:33 PM
DupeGod.eth

**ryder** 08-Jun-22 06:33 PM
burn?



**Pauly Shore** 08-Jun-22 06:33 PM
Yes lol
Lmfao

**ryder** 08-Jun-22 06:34 PM

👍 1

done
https://foundation.app/@ryder_ripps/bayc/5

**#528 | Foundation**
Foundation is a web2 destination.

kinda sucks
its #5

😂 2

> **ryder** its #5
**Pauly Shore** 08-Jun-22 06:35 PM

LET IT BURN

**ryder** 08-Jun-22 06:35 PM
vitalic can get the private key for the burn addy tho
and sell it
https://x2y2.io/eth/0x2EE6AF0dFf3A1CE8F7E3414C52c48fd50d73691e/5

**#528 - Bored Ape Yacht Club - x2y2.io**
Owner: 0x0000...0000

**Pauly Shore** 08-Jun-22 06:35 PM
Lmao

> **ryder** vitalic can get the private key for the burn addy tho
**hwonder** 08-Jun-22 06:36 PM
omg!

😂 1

**Pauly Shore** 08-Jun-22 06:36 PM



**ryder** 08-Jun-22 06:36 PM
https://twitter.com/ryder_ripps/status/1529223310889713664?s=21&t=L8tEIBAMWe6ykSI2VC0ciw



RYDER-RIPPS.ETH (@ryder_ripps)
MEME CONTEST FOR RR/BAYC #2485 BAYC #832 - SUBMIT YOUR MEMES
NOW!!! CONTEST LASTS 30 MIN...! LAST MINT BEFORE SITE GOES LIVE!!!
Likes
126

Twitter • 24-May-22 06:10 PM

fuck
i have to send this one to vard
this is one of the best ones
lol

**Pauly Shore** 08-Jun-22 06:36 PM
Loll
We never sent the meme contest winners before!
For the two memes

**ryder** 08-Jun-22 06:37 PM
ill send it thend push an offer for .5
😂 2
lolll



| | Ape id | Foundation Id | CO |
|---|---|---|---|
| 1 | | | |
| 2 | 7495 | 17 | |
| 3 | | 151 | |
| 4 | | 760 | |
| 5 | 9449 | 12 | |
| 6 | | 145 | |

lol
760 was burned

**middlemarch.eth** 08-Jun-22 06:39 PM
760 is burned!

**ryder** 08-Jun-22 06:39 PM
i just checked
lol
one of these guys is willing to accept one in a trade
😂 1

**Pauly Shore** 08-Jun-22 06:40 PM
Bullish

**ryder** 08-Jun-22 06:40 PM
brojito will be the only guy with a dupe
hes smart
😂 1









(45, 85, 255, 0.5);
or 0.7

im vibing w this color
for buttons and such

👍 1

might not be super needed
but for places that require a lot of attention

**hwonder** 08-Jun-22 08:20 PM

**ryder** 08-Jun-22 08:20 PM
that looks great
make offer button looks 4px larger than other button
maybe 6px

**hwonder** 08-Jun-22 08:20 PM
cool!

**ryder** 08-Jun-22 08:20 PM
height wise
also
try breaking the buy button out of border box
and having it full width
heel border box for price info
'keep

**hwonder** 08-Jun-22 08:24 PM

like that?

**ryder** 08-Jun-22 08:24 PM
yep
looks solid

👍 2

is there a limit to amount a wallet can buy
if so i think remove it
also remove the 6 per
who cares

⤷ ryder ⇄ who cares
**Pauly Shore** 08-Jun-22 08:26 PM
Facts

**ryder** 08-Jun-22 08:27 PM
twitter space?

**middlemarch.eth** 08-Jun-22 08:38 PM
There is no limit to the amount a wallet can buy but unfortunately the 6 per 1x is a constant we cannot change
In retrospect we could have made that higher but a lot happens with refunds etc in the reservation function and good for it not to be too complicated

**JTX-801.00320**

ryder ⛓ twitter space?

**Pauly Shore** 08-Jun-22 08:28 PM
Sure



hwonder 08-Jun-22 08:33 PM

i think we
ready
had to add the final touches
🤣

❤️ 1

**Pauly Shore** 08-Jun-22 08:35 PM
I need a few min to do a space @ryder ⛓

🔴 hwonder *Click to see attachment* 📎

ryder ⛓ 08-Jun-22 08:40 PM
I vibe in this
💜 1
i think we should have a messageboard for each nft
for holders
that be dank

hwonder 08-Jun-22 08:43 PM
i just put ol' school geocities stuff on there. for a smile. its good to smile.
😄 1

**Pauly Shore** 08-Jun-22 09:05 PM
I think it's very smart to release a video clip like what @hwonder shared
And to announce that we will be going live in the next (we decide time)
Strategize on rollout
Execute
In next 48-72 hours
https://twitter.com/franklinisbored/status/1534687700203839488?s=21&t=F5qScBGVl8YvBbFncxzpbw

🐦 Franklin ( 🔴 uilding 53 apps) (@franklinisbored)
Presented without comment (I own the ape on the right):
Likes
146

🐦 Twitter • 08-Jun-22 09:44 PM

LMFAOOOO

ryder ⛓ 08-Jun-22 09:14 PM
https://twitter.com/ryder_ripps/status/1534705244696739840

RYDER-RIPPS.ETH ⛓ (@ryder_ripps)
everyone in RR/BAYC community, please inspire the BAYC to get Yuga Labs to do something!! We cant keep getting away with this!!
🐦 Twitter • 08-Jun-22 09:13 PM

😄 1

ryder ⛓ 08-Jun-22 09:37 PM
pauly u should sue guy for using ur ape

**Pauly Shore** 08-Jun-22 09:37 PM
Hahahaha

ryder ⛓ *pauly u should sue guy for using ur ape*
**Pauly Shore** 08-Jun-22 09:37 PM
That is not someone I want to be in an ongoing legal battle with
But I like the idea

JTX-801.00321



**hwonder** 08-Jun-22 10:45 PM



i see the sleek nature of this UX pattern though

**middlemarch.eth** 08-Jun-22 10:55 PM
I think it's cool! Quick view
But then direct nav could go to the stand alone page

**hwonder** 08-Jun-22 10:56 PM
yes
or you would jeopardize page load time

**middlemarch.eth** 08-Jun-22 10:56 PM
Right plus SEO
Idk how important SEO is
In my past it was always beryblimportnst

**hwonder** 08-Jun-22 10:57 PM
sem > seo

**middlemarch.eth** 08-Jun-22 10:57 PM
I'm moreso just saying having a really optimized site
Structure
Like all the logical pages having the right tags and exact right content for google
Can we hope to get search traffic

**hwonder** 08-Jun-22 10:58 PM
search is VERY VERY real
opensea is smart and spends on it



**middlemarch.eth** 08-Jun-22 10:59 PM
Damn what does that cost I wonder
Would be cool to snag that haha
👍 1

**hwonder** 08-Jun-22 10:59 PM
2-3 a click
if that



**middlemarch.eth** 08-Jun-22 11:01 PM
Damn what's bay car??
We should get that too
But yeah this is not so bad

**hwonder** 08-Jun-22 11:02 PM
bay car is like.. bay area car sales lol

**middlemarch.eth**  08-Jun-22 11:02 PM
LOL
Damn that's more expensive than BAYC??
We are so early!!
🐶 1
A mere car

**hwonder**  09-Jun-22 11:02 PM
$1 CPC is CHHHHHEEEAAAAAPPPPPP
@ryder 🔁 should add a controversy entry https://en.wikipedia.org/wiki/Bored_Ape

**ryder**  🔁  09-Jun-22 01:35 AM



0x2131d6916dc d9Cf4a2D9O83C8Of169Bf9928F5a5
this seems legit
might be worth looking into

⤷ 🟢 ryder 🔁 might be worth looking into
**Pauly Shore**  09-Jun-22 01:35 AM
Ask for the rsvp tx

**ryder**  🔁  09-Jun-22 01:35 AM
its in there
i already ethercanned it

**Pauly Shore**  09-Jun-22 01:35 AM
Ok

**ryder**  🔁  09-Jun-22 01:35 AM
its legit
he paid .3
but got 1

**Pauly Shore**  09-Jun-22 01:36 AM
No internal tx?!

**ryder**  🔁  09-Jun-22 01:36 AM
look for urself
i thought u were sleeping

**Pauly Shore**  09-Jun-22 01:36 AM
I'm about to sleep now

**ryder**  🔁  09-Jun-22 01:36 AM
u closed that space

**Pauly Shore**  09-Jun-22 01:36 AM
I did yes

**ryder**  🔁  09-Jun-22 01:36 AM
cuz i was calling u out on ur scams
everyone knows ur zagabond

⤷ 🟢 ryder 🔁 cuz i was calling u out on ur scams
**Pauly Shore**  09-Jun-22 01:36 AM

**ryder**  🔁  09-Jun-22 01:37 AM
ur zagabong and that old ladyt with the large nose who thinks im yuga

**middlemarch.eth**  09-Jun-22 01:37 AM
He got the .35 refund in the same tx
😂 1

⤷ 🟢 middlemarch.eth  Hn got the .35 refund in the same tx
**Pauly Shore**  09-Jun-22 01:37 AM
Knew it.

middlemarch.eth  09-Jun-22 01:37 AM
Check "Internal Txns" (classic meme)

ryder  09-Jun-22 01:37 AM
mmm
wonder why

Pauly Shore  09-Jun-22 01:37 AM



ryder  09-Jun-22 00:37 AM
no memes in this chat

ryder  wonder why
Pauly Shore  09-Jun-22 01:37 AM
Ape was already taken
👍 2

ryder  09-Jun-22 01:47 AM
take that shit to the r/bayc discord
😂 3

Pauly Shore  09-Jun-22 01:37 AM
Gn

ryder  09-Jun-22 01:37 AM
lolll
❤️
❤️ 1

he got a refund thio?
can u send a tx of refund

people be sending long ass emails

middlemarch.eth  09-Jun-22 01:38 AM
If he clicks this

So here's the link basically: https://etherscan.io/tx/0x8ecee928dcbb5e2c61e19ed785fa099930142a99b50646b3b6d2c31c73b865844internal

Ethereum Transaction Hash (Txhash) Details | Etherscan
Ethereum (ETH) detailed transaction info for txhash
0x8ecee928dcbb5e2c61e19ed785fa099930142a99b50646b3b6d2c31c73b865844.
The transaction status, block confirmation, gas fee, Ether (ETH), and token
transfer are shown.

It's in the same transaction, just have to go to the different "tab"

Or if he goes to the Internal Txns thing of his account he'll see it: https://etherscan.io/address/0x213fd6916dcd9cf4a2d908fc80f69bf9928f5a5#internaltx



**middlemarch.eth** 09-Jun-22 01:40 AM · *Click to see attachment* 🔗
Yeah DaoBao is a meme
Hits me up too
Bought PIV's latest piece
It's funny bc he's basically saying "did your assistant do this?? With your Metamask?"

**ryder** 09-Jun-22 01:40 AM
hes nuts?

**middlemarch.eth** 09-Jun-22 01:41 AM
ANd it's like yes, but that' sfine
He's a bit nuts yes

**ryder** 09-Jun-22 01:41 AM
i get the feeling of ocd asian guy
esl

**middlemarch.eth** 09-Jun-22 01:41 AM
esl for sure
But has spent a lot on secondary I believe
Passionate supporter

**ryder** 09-Jun-22 01:41 AM
yes
im down
i dont understand his email
"yes I anything under 100 is a great rr/bayc mint
..
can i just respond that?

**middlemarch.eth** 09-Jun-22 01:42 AM
LOL well yes you're the artist
He shouldn't be asking you this
He should be asking ME this
Haha

**ryder** 09-Jun-22 01:42 AM
lol
lots of people email that email
im also not used to proton mail
it works kinda weird

**middlemarch.eth** 09-Jun-22 01:43 AM
I guess you did tweet that lower ids were good
So you put yourself into the conversation
So you do have to respond I guess
Ppl took a lot from that tweet lol

**ryder** 09-Jun-22 01:43 AM



**middlemarch.eth** 09-Jun-22 00:41AM
Even I did!
Damn this is another way higher level of service than the typical mint!

**ryder** 09-Jun-22 06:44 AM
conceptualART123!

**middlemarch.eth** 09-Jun-22 06:44 AM
Like you don't see the "talk to the artist" email on the globlins page

**ryder** 09-Jun-22 06:44 AM
save that p987239e
incase u wanna log in

**middlemarch.eth** 09-Jun-22 06:44 AM
I wonder if the person really did receive a different one than they asked for
I think it's basically impossible that someone didn't get a refun or whatlever, but might be slightly possible someone got the wrong ape
IDK
Still probably not possible

**ryder** 09-Jun-22 06:45 AM

From    ntbuyc@protonmail.com    ☆ 🔒 8:31 PM
To

Hey, I'm trying to buy a used car so I can move to Oakland to be with a girl I'm in love with. Heard about you through the Contain podcast. Just a shot in the dark but I was wondering if you could give/lend me $3000. I have $2000 saved up so far but I need $5000 cause I'm looking to get a used Subaru.

ETH address:
0x9e6c97l3A5BC57f036260a2c660f5638b6dc9201

BTC address:
bc1ezSewmcrlmikqxvxz3d5drzsesoixergy2ucqzge

Sent from ProtonMail mobile

**middlemarch.eth** pinned a message to this channel. 09-Jun-22 06:45 AM

**middlemarch.eth** 09-Jun-22 06:46 AM
LOL this is the buycar thing!
The expensive keyword

**ryder** 09-Jun-22 06:46 AM
one time someone asked me for money and i ignored him and he spent months dragging me
saying im racist
it was actually pretty bad
in 2017
i was racist because i didnt give him 5k
it was a similar email

**middlemarch.eth** 09-Jun-22 06:46AM
Pretty much empty wallet
Tho 660 days old hmmm
This person should not need money!
ETH was under $500 when they started
I guess it's still pretty low now

**ryder** 09-Jun-22 06:47 AM

From    mike wenz
To    ntbuyt@protonmail.com    ☆ 🔒 3:08 PM

Hey,
I would greatly enjoy the physical copies of my #6/BAYC Apes, I have numbers: 2747, 3120, and 6288. I can your paid on the physical apes and they have been on my mind since. So stellar that you are creating them. Thanks in advance!
Best Regards,
Michael

From    ntbuyt@protonmail.com
To    mike wenz    ☆ 🔒 11:47 AM

I have no great way to do this rn. but if u want them i will send you copies if you send $30 to ryder-tipx.eth and your address in this email
Sent with Proton Mail secure email.

**middlemarch.eth** 09-Jun-22 06:47 AM
Damn can I do that/
That image was amazing
With the stamp

**ryder** 09-Jun-22 06:47 AM
i really think the physical idea is pithy

**JTX-801.00327**

**middlemarch.eth**  09-Jun-22 01:47 AM
Ppl were like "is this super expensive paper??"

**ryder**  09-Jun-22 01:48 AM
oh yeah ive been using that stamp for a while
send what apes u want and your addy
ill send u

**middlemarch.eth**  09-Jun-22 01:48 AM
Perfect stamp for the occasion!
Oh hell yeah

**ryder**  09-Jun-22 01:48 AM
ive been using the stamp for 10 years
same one
i would like to use "expensive paper"
💯 1

**middlemarch.eth**  09-Jun-22 01:48 AM
Damn pressure I have a lot of them, maybe I'll do the "least colors one"
😀 1
No the fake expesnive apper is good

**ryder**  09-Jun-22 01:48 AM
maybe just weather computer paper

**middlemarch.eth**  09-Jun-22 01:48 AM
Or real expensive too

**ryder**  09-Jun-22 01:49 AM
whatever u want

**middlemarch.eth**  09-Jun-22 01:49 AM
But the look of that photo you posted was very good

**ryder**  09-Jun-22 01:49 AM
happy to send

**middlemarch.eth**  09-Jun-22 01:49 AM
Ok let me dig up this ape
I appreciate it!

**ryder**  09-Jun-22 01:49 AM
i also was thinking of doing paintings
👀 1
i think id be a bit picky about what i paint tho
the one vard got is really choice..

**middlemarch.eth**  09-Jun-22 01:49 AM
Haha seems high-effort!

**ryder**  09-Jun-22 01:49 AM
kinda mad i gave it up tbh
lol

**middlemarch.eth**  09-Jun-22 01:49 AM
To paint

**ryder**  09-Jun-22 01:49 AM
just like the gordon goner mint..

**middlemarch.eth**  09-Jun-22 01:49 AM
Why is Vard's so good?
Just like all the different memes combined?
The grill etc

**ryder**  09-Jun-22 01:50 AM
i cant believe i let it go.. i guess sometimes im just in moods where i dont care

**middlemarch.eth**  09-Jun-22 01:50 AM
Or is it famous osmehow

**ryder**  09-Jun-22 01:50 AM
the vard one was used in the hitler meme video
its a classic

**middlemarch.eth**  09-Jun-22 01:50 AM
Ohhhh of course

**ryder**  09-Jun-22 01:50 AM
it was used to show all the combined racist traits

**middlemarch.eth**  09-Jun-22 01:50 AM
Is that the best one tho? It isn't "Hip Hop" is it?

**ryder**  09-Jun-22 01:51 AM
its also just fucking insane

**middlemarch.eth**  09-Jun-22 01:51 AM
Or maybe it is I can't remember

**ryder**  09-Jun-22 01:51 AM
i mean there are so many fucked up ones..
but that one is used in the video
and stands out to me
there are some others that were used in images i dont have



https://twitter.com/ryder_ripps/status/1480759418325143553

RYDER-RIPPS.ETH 🔁 (@ryder_ripps)

@FreddieGibbs

Likes

174

like this one

i should have kept all these

**middlemarch.eth** 09-Jun-22 01:52 AM

Yeah that is the most fucked up one I think

When I am asked to explain it casually to someone I pull up that one

Using "hip hop" + "grill" (edited)

**ryder** 🔁 09-Jun-22 01:52 AM

he prussian helmet ones are fucked

"the

people dont get how fucked the prussian helmets are..

its such a give away that its a troll..

like nobody uses those hats

its not a common ref

in anything

in 2022

the other shit u could argue exists much easier..

who fucking has a "prussian helmet"

its completely rediculous

**middlemarch.eth** 09-Jun-22 01:54 AM

It's funny to me tho at first glance it does look just kind of "historical" or whatever haha

Versus 3721 which looks instantly messed up

But then when you think about it, I agree

It is just very weird

**ryder** 🔁 09-Jun-22 01:56 AM

like.. any marvel comics with that?

maybe one from 1960..

**middlemarch.eth** 09-Jun-22 01:54 AM

Also callin git "Prussian"

**ryder** 🔁 09-Jun-22 01:55 AM

yeah its fucking stupid

calling that prussian but then calling the kamikazi headband "sushi chef"

**middlemarch.eth** 09-Jun-22 01:55 AM

EXACTLY

**ryder** 🔁 09-Jun-22 01:55 AM

its so clearly trolling

**middlemarch.eth** 09-Jun-22 01:55 AM

Right

**ryder** 🔁 09-Jun-22 01:55 AM

i really hate these people

they are really fucked up tbh

**middlemarch.eth** 09-Jun-22 01:55 AM

They should have called it something more faux-playful to stay in character

Very weird!

It's all just very weird

**ryder** 🔁 09-Jun-22 01:56 AM

I mean..

**middlemarch.eth** 09-Jun-22 01:56 AM

And then for il to become the most prominent NFT out of all of them!

Quite a wild story

**ryder** 🔁 09-Jun-22 01:56 AM

Gargamel: Ever since the Bored Ape Yacht Club, we've seen like 1,000 different avatar collections come up, and a lot of them are really cool. But what we think was special – and what people could kind of read on top of ours – is that we didn't just throw 3D glasses onto apes. And we didn't have a long essay on what exactly that was. But we knew what it was. It's like Wittgenstein's "let the unutterable be conveyed unutterably," or Hemingway's iceberg theory. We knew all about what this world was, and why these apes are this way. And that somebody else might get a little tingle on their neck looking at it, thinking, "Yeah, this is kind of different. This isn't just random."

just read this 3 times

**middlemarch.eth** 09-Jun-22 01:56 AM

"We are fucking w youuuuu"

👍 1

But that doesn't explain how they got it to be #1



ryder  09-Jun-22 01:56 AM
its very very clear
why

middlemarch.eth  09-Jun-22 01:57 AM
Like did the troll aspect help with that??

ryder  09-Jun-22 01:57 AM
my understanding is crypto is very cliquey and a lot of major peeps came out of chan world/telegram cryptochats
😄 1

middlemarch.eth  09-Jun-22 01:57 AM
Or I guess it motivated them to know they were getting one over and they pushed it?

ryder  09-Jun-22 01:57 AM
they helped eachother in the beginning

middlemarch.eth  09-Jun-22 01:57 AM
Why BOTH troll AND get to #1

ryder  09-Jun-22 01:57 AM
and it was one of the first 10k projects that like.. had a real website

middlemarch.eth  09-Jun-22 01:57 AM
Doing either one seems very difficult
That's true
Plus will you could draw on
https://foundation.app/@zryder_rippz/bayc/3905

#329! | Foundation
Foundation is a web3 destination.

ryder  09-Jun-22 01:58 AM
when they started the market isnt what it is now

middlemarch.eth  09-Jun-22 01:58 AM
Here's my desired ape BTW
I own it certified

ryder  09-Jun-22 01:58 AM
I think they were half trolling idiots and half nodding to people they wanted to impress with their troll

middlemarch.eth  09-Jun-22 01:58 AM
Tom Lehman 228 Park Ave S. PMB 73991, NYC 10003

ryder  09-Jun-22 01:59 AM
I think in the end its probably like 50 people they impressed with their troll

middlemarch.eth  09-Jun-22 01:59 AM
And then Post Malone
That's how I heard about it haha

ryder  09-Jun-22 01:59 AM
who are still in it

middlemarch.eth  09-Jun-22 01:59 AM
I was not in NFTs

ryder  09-Jun-22 01:59 AM
and then like a buncha idiots started getting involved
i know its annoying

middlemarch.eth  09-Jun-22 01:59 AM
I wouldn't say I'm IMPRESSED by it, but I am fascinated

ryder  09-Jun-22 01:59 AM
but can u email me

middlemarch.eth  09-Jun-22 01:59 AM
Sure

ryder  09-Jun-22 01:59 AM
itll be easier for me

middlemarch.eth  09-Jun-22 01:59 AM
Proton mail thing?

ryder  09-Jun-22 01:59 AM
████████ )

middlemarch.eth  09-Jun-22 01:59 AM
OSHHH
Real mail I ove it

ryder  09-Jun-22 02:00 AM
just easier for me to keep track of

middlemarch.eth  09-Jun-22 02:00 AM
This is the ape w the fewest colors
So might actually be worth something
Sorry Vard
It's mine

ryder  09-Jun-22 02:00 AM
i thought dovetail got that one

middlemarch.eth  09-Jun-22 02:00 AM
He as most colors

ryder  09-Jun-22 02:00 AM
ah
i think...

middlemarch.eth  09-Jun-22 02:00 AM
Just like with Phunks

**JTX-801.00330**



**ryder** 09-Jun-22 02:00 AM
mmmm
I think

**middlemarch.eth** 09-Jun-22 02:00 AM
Tho there are of course 24 that are tied for fewest there and I have only two

**ryder** 09-Jun-22 02:00 AM
if u have a bayc

**middlemarch.eth** 09-Jun-22 02:00 AM
He has half of the 14 colors

**ryder** 09-Jun-22 02:00 AM
u can claim rr/ape coin
lol
or something
we need these people to get some shit for free

**middlemarch.eth** 09-Jun-22 02:01 AM
Yeah for sure
Plus mutant thing
That could even be the first step
Serum or something
Maybe even some new art, IDK
Whole can of worms there
Forget that
But something to mimic the serum maybe
Or screw it the full coin
Overall I agree, the troll x commentary x next best thing nexus of rr/bayc points toward free things for holders
👍 1
Ok I sent the email this is sick!
Coudl be a good hotdog stand idea for NFT NYC
👍 1
Show up with your print, RR puts the stamp on it
IDK
I'd do it
Ok I should go to sleep now like @Pauly Shore
In Alaska but still on east coast time
PEACE

**ryder** 09-Jun-22 02:57 AM
pz
can we figure the gas thing

**Pauly Shore** 09-Jun-22 04:24 AM
Yo yo
It's super Bullish that Ryder is mad he doesn't own all of these apes lmfao
😂 1

**hwonder** 09-Jun-22 11:11 AM
my man who painted himself is real!?!
😂 1
o
•• 1
m
g

**middlemarch.eth** 09-Jun-22 11:16 AM
On gas: https://docs.google.com/spreadsheets/d/1HuqcUNWGhOVTbxTYVCKoRrKRqUDSN0T2KrAutn4zlmB/edit#gid=630227782 (edited)

| RR/BAYC 2nd gas | |
|---|---|
| Calculations | |
| | |
| Collection,19,79646284 | |
| RSVP,11.55058737 | |
| Total,31.34705121 | |
| Owes,Paid,Diff | |
| Tom,7.836762803,0,7.837 | |
| H,7.836762803,0,7.837 | |
| Pauly,7.836762803,0,7.837 | |
| Ryder,7.836762803,31.34705121,-23.510 | |

Someone should check my math
But calculating mints + fulfills since the block of the first withdraw
I get that we owe Ryder 7.837 eth
To make him whole on the 31.347 he fronted
Seems like a lot haha but I guess it's the math!
I wonder if we can reduce the gas

**hwonder** 09-Jun-22 11:17 AM
foundation contract sgh

**middlemarch.eth** 09-Jun-22 11:18 AM
Average mint cost 0.007
Average fulfillment 0.004
.011 in gas for us total
.199 net for each
Seems good when you look at it that way!
And yet 31 eth in gas paid since first draw seems like a lot (edited)
Paradox

**hwonder** 09-Jun-22 11:21 AM
minting top gwei
disabled = { gwei > 40 }
hahahahahah

**middlemarch.eth** 09-Jun-22 11:22 AM
Average RSVP cost 0.005
And some of those are multiple
So we pay more than double
But for real
We should script it out
Still have so many to go, could save thousands of dollars



why? because i asked each of them, how many ladies did u invite.. they thought long and hard... and all said 1... ONE... O-N-E

pass

3:1 ratios only..

**Pauly Shore**  09-Jun-22 06:05 PM
Lmfao

**ryder**  09-Jun-22 06:05 PM
lol
"Hi Ryder will you be at NFT NYC? Want to invite you to a private party on 19th evening, it is Snoop's son's private party and we are the co-host"

**hwonder**  09-Jun-22 06:08 PM
every party like that 😄 will take all the ladies from the other events lol

**Pauly Shore**  09-Jun-22 06:08 PM
I got invited to see method man play a private party at sothebys lol

**hwonder**  09-Jun-22 06:08 PM
method man will be an all bros affair
💀 1

**Pauly Shore**  09-Jun-22 06:08 PM



💙 2

**hwonder**  09-Jun-22 06:08 PM
they might re-open the tunnel for meth ... lol

**ryder**  ⤴ 09-Jun-22 06:08 PM
h ill go to nft nyc if u do
i think im gunna come to vegas this weekend
👍 2

● ryder ⤴ h ill go to nft nyc if u do
**Pauly Shore**  09-Jun-22 06:09 PM

**hwonder**  09-Jun-22 06:10 PM
its hot a fugg re .. its 110! at nightfall im going out
EVERYWHERE is gonna be 🔥

● ryder ⤴ h ill go to nft nyc if u do
**hwonder**  09-Jun-22 06:11 PM
i may take u up on this
i want to go to storms party
😄 1

**ryder**  ⤴ 09-Jun-22 06:51 PM
https://twitter.com/dylnphillips/status/1535028074466754560

DYLN ⤴ (@dylnphillips)
@GoingParabolic @ryder_ripps @PaulyOs 🔜
🖼️ Image

🐦 Twitter • 09-Jun-22 06:36 PM

● ryder ⤴ https://twitter.com/dylnphillips/status/1535028074466754560
**Pauly Shore**  09-Jun-22 06:51 PM
I assume he just made that

**hwonder**  09-Jun-22 07:26 PM
man made.

**ryder**  ⤴ 09-Jun-22 10:07 PM
https://opensea.io/blog/safety-security/were-improving-the-opensea-verification-process/

Anne Fauvre-Willis
We're Improving the OpenSea Verification Process - OpenSea Blog
🖼️ Thumbnail
Discover unique NFTs and receive news, updates, tips, and tricks on the world's first and largest NFT marketplace. Welcome to the OpenSea's Blog.

i think the collection needs 100eth
to be verified
through opensea

**ryder** ⇄ i think the collection needs 100eth
**Pauly Shore** 09-Jun-22 10:47 PM
If you start with verifying your acct I can probably make it happen

**ryder** 09-Jun-22 11:06 PM
i cant verify my account
read that thing
they dont do it anymore
unless u make a collection worth 100eth

**Pauly Shore** 09-Jun-22 11:06 PM
Got it
My bad I thought that was for the collection itself
That's what it used to be

**ryder** ⇄ https://opensea.io/blog/safety-security/were-improving-the-opensea-verification-process/
**hwonder** 09-Jun-22 11:15 PM
many collections don't have that 100eth min get verified. its nuts. there are no rules.

**Pauly Shore** 09-Jun-22 11:15 PM
Correct
They do whatever they want
Without fail
The rules are an actual joke

**hwonder** 09-Jun-22 11:16 PM
i have a collection over 100eth direct on my account and they removed my verification
its all a joke

**Pauly Shore** 09-Jun-22 11:16 PM
Yep
It's really gross

**Pauly Shore** 10-Jun-22 01:02 AM
https://twitter.com/rrbaycbot/status/1535125076173111297?s=21&t=UQRW1ZUP4DkV17sVLD6t-g

**RR/BAYC** bot (@RRBAYCBot)
Auction settled for RR/BAYC #2514. Winner was bobby.zoo.eth with their bid of
20.97 ($1737.75).

https://t.co/xSdw4jod6
https://t.co/s8b9fXgNOy
#RRBAYC #NFTs https://t.co/sQbqBfuhL3



🐦 Twitter • 10-Jun-22 01:01 AM

**middlemarch.eth** 10-Jun-22 10:43 AM
Should I hide reserved apes on rrbayc.com?
Lolf of them now

**middlemarch.eth** 10-Jun-22 04:48 PM
Downtown Juneau, turning around, don't want to run into ape market "critics" in 11 mins!

**hwonder** 10-Jun-22 05:46 PM
just hit up cope park
live it up there
hahahhaha

JTX-801.00334

**Pauly Shore** 10-Jun-22 05:46 PM



💎 2

**hwonder** 10-Jun-22 05:47 PM
i think both of these pics are low key in vegas
hahahah
for sure the bottom 😌
let me find out !

**Pauly Shore** 10-Jun-22 05:49 PM
Me on LSD at the Vatican making sure no kids score any goals with the crushed up Gatorade bottle they are playing soccer with



**middlemarch.eth** Should I hide reserved apes on nrbayc.com?
**Pauly Shore** 10-Jun-22 05:58 PM
I think so

**Pauly Shore** 10-Jun-22 09:04 PM








hwonder  10-Jun-22 09:05 PM
Hahahahaa


Pauly Shore  10-Jun-22 09:05 PM
Disasssterrrrerrrrrrr

The waiter: how much Parmesan sir?
Me:




This place is impossible!


Have you been here @hwonder ?
Bruhhhhhh
It's 3am m and I feel like I need to go back
To the Vatican
To look at it more

**Pauly Shore** 10-Jun-22 10:05 PM



**hwonder** 10-Jun-22 10:05 PM
hhahahahaah
👍 1

**Pauly Shore** 10-Jun-22 10:06 PM
Heavy meme magick



**Pauly Shore** 10-Jun-22 11:40 PM



▶ 0:00 / 0:13   🔊 ⛶ ⋮

**Pauly Shore** 11-Jun-22 04:47 AM
https://twitter.com/rrbaycbot/status/1535525538294640642?s=21&t=Ul5ZYeNfT8_bwL2yMn3BmA


🐵 **RR/BAYC (bot (@RRBAYCBot)**
RR/BAYC #21 has a new bid of 27.01 ($3683.98) placed by 0x5090...F217

https://t.co/9DENNKsw
https://t.co/D1C1hmXz0O
#RRBAYC #NFTs https://t.co/sQbuBFu6L3

🐦 Twitter • 11-Jun-22 03:33 AM

**Pauly Shore** 11-Jun-22 02:44 PM
Hey y'all how are you guys?



**middlemarch.eth** 11-Jun-22 02:57 PM
Hola!!
Last day in Juneau
Hiking

👍 1

💬 middlemarch.eth Last day in Juneau
**Pauly Shore** 11-Jun-22 02:59 PM
Nice!
I'm curious when you think we can implement a roll out of a V1 feature set on AM.com

**middlemarch.eth** 11-Jun-22 03:15 PM
It knows better but I think we can have something quite nice this week

**Pauly Shore** 11-Jun-22 03:16 PM
Awesome
I think it would be lovely to enjoy the rest of our weekends and then get into action starting Monday or Tuesday if you guys can

**middlemarch.eth** 11-Jun-22 03:26 PM

**ryder** 11-Jun-22 04:40 PM
i sorta like seeing ones that are sold
on rrbayc

**Pauly Shore** 11-Jun-22 04:40 PM
Ok

**ryder** 11-Jun-22 04:40 PM
now it looks like there are none that are sold

**Pauly Shore** 11-Jun-22 04:40 PM
Maybe a tab to show/hide

**ryder** 11-Jun-22 04:40 PM
ya

**Pauly Shore** 11-Jun-22 04:40 PM
I think not showing will help us Mint faster maybe

**ryder** 11-Jun-22 04:48 PM
https://foundation.app/@ryder_ripps/bayc/1

#8824 | Foundation
Foundation is a web3 destination.

how much is this worth

**Pauly Shore** 11-Jun-22 04:49 PM
Right now probably 5eth
In the future alot more

**ryder** 11-Jun-22 04:49 PM
https://x2y2.io/eth/0x2EE6AF0dF33A1CE3F7E3414C52c48fd50d73691e/2488

#8664 - Bored Ape Yacht Club - x2y2.io
1 ETH. Owner: 0x4364...89E3

**Pauly Shore** 11-Jun-22 04:49 PM
lmo

**ryder** 11-Jun-22 04:49 PM
someone bought this gold for 1

**Pauly Shore** 11-Jun-22 04:50 PM
Crazy
I seriously can't believe how big of a percentage of these big influencers have blocked us dude
So insane

**Pauly Shore** 11-Jun-22 05:06 PM
@hwonder @middlemarch.eth @ryder
Thoughts on tweeting a video preview from AM twitter

**hwonder** 11-Jun-22 09:41 PM
we can do leak tomorrow
Im running around on a date day

💬 hwonder we can do leak tomorrow
**Pauly Shore** 11-Jun-22 10:07 PM
Amazing

💬 hwonder Im running around on a date day
**Pauly Shore** 11-Jun-22 10:07 PM
Enjoy your date! Talk soon



JTX-801.00339



JTX-801.00340



**Pauly Shore**  12-Jun-22 05:09 PM
@hwonder we think that this is a bit too sparse, we should show some sort functions
To avoid the inevitable scrutiny
And add the correct numbers

**ryder**  12-Jun-22 05:26 PM
rr# bayc# search and sort
👍 1

**Pauly Shore**  13-Jun-22 06:02 AM



**Pauly Shore**  13-Jun-22 03:15 PM
https://twitter.com/bobby.zoo_ba/status/1536417137245437956?s=21&t=EjlBQkcK7-owD+FTwIT_ig



Good find @ryder 🍰



**Pauly Shore**  13-Jun-22 04:51 PM
https://twitter.com/apemarketplace/status/1532512296177631255?s=21&t=GuDyLuleaoWKNqEifFZzVQ

ApeMarket™ ☰ (@ApeMarketplace)
Meme contest! 2 RR/BAYC's! 🐵🙏🐵🙏

Rules: Follow us, like/RT this & join our discord: https://t.co/JSIHjvoII89

The best ApeMarket™ meme will win 1 RR/BAYC 🖼

The best ApeMarket™ video meme will win 1 RR/BAYC 🎞

Reply with your submissions! 👇

Likes
122

I believe we need to pay these out as well
For the meme contest
Plus that who made a video of himself yelling LONG LIVE CONCEPTUAL ART

**Pauly Shore**  13-Jun-22 05:14 PM
https://twitter.com/autopsyop/status/1536456666488569974?s=21&t=GuDyLuleaoWKNqEifFZzVQ

Autopsy OP 📸🖼🔴💀 (@autopsyop)
ALL YOUR APES ARE BELONG TO US

**Pauly Shore**  13-Jun-22 07:00 PM
https://opensea.io/collection/rrbayc

RR/BAYC - Collection | OpenSea
you can't copy an NFT.

conceptual art by Ryder Ripps

learn about the truth of BAYC at https://gordongoner.com

owning a RR/BAYC will allow you to trade Yuga Labs assets without fees.

claim yours at https://rrbayc.com

We got the slug back
Url etc

**hwonder**  13-Jun-22 07:01 PM
how did they change the slug in first place

**Pauly Shore**  13-Jun-22 07:01 PM
We should def hook up kenobi

> 💬 hwonder how did they change the slug in first place
**Pauly Shore**  13-Jun-22 07:03 PM
No clue!
I think when we were delisted it became an issue
How goes it @hwonder

**hwonder**  13-Jun-22 07:11 PM
we;re going to leak screenshot
👍 1
ryder is at my house rn art directing screen

**Pauly Shore**  13-Jun-22 07:11 PM
Siiiick!

**hwonder**  13-Jun-22 07:17 PM
you know nick (13 year old)

**Pauly Shore**  13-Jun-22 07:17 PM
I don't think so
Why

**hwonder**  13-Jun-22 07:17 PM
we were talking about it



**hwonder** 13 Jun 22 07:26 PM

let's leak this

**Pauly Shore** 13 Jun 22 07:27 PM
Done and done!

Get Ready.

**middlemarch.eth** 13 Jun 22 07:30 PM
Looks sick!
👍 1

**Pauly Shore** 13 Jun 22 07:30 PM
If you have any code you can share with Tom maybe he can get a jump on reviewing etc
I'm gonna tweet it
https://twitter.com/apemarketplace/status/1536491647273472001?s=21&t=8z8slhCy9W33yO82XX_I-g

Twitter • 13 Jun 22 07:32 PM

**hwonder** 13 Jun 22 11:16 PM
It's ELECTRIC
👀 1

**Pauly Shore** 13 Jun 22 11:15 PM
Wym

**middlemarch.eth** 13 Jun 22 11:19 PM
Ok I tweeted
Bed time!

**Pauly Shore** 13 Jun 22 11:21 PM
Gn

**Pauly Shore** 14 Jun 22 10:37 AM
Just checking in gang hope you guys are having fun

JTX-801.00343



**Pauly Shore**  14-Jun-22 11:19 AM
@ryder 👍

**hwonder**  14-Jun-22 12:22 PM
hahahahh
👍 1

**ryder**  14-Jun-22 09:15 PM
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/5363

**Bored Ape Yacht Club #5363 | Bored Ape Yacht Club | Etherscan**
Bored Ape Yacht Club #5363 | Bored Ape Yacht Club | Etherscan

any way to get the pic here?

**hwonder**  14-Jun-22 09:16 PM
yes
need to claim contract via etherscan
not sure if deployer or 'owner' must do this though
i always forget this is a foundation contract

**middlemarch.eth**  14-Jun-22 09:17 PM
https://etherscan.io/nft/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e/1

**#8824 | Bored Ape Yacht Club | Etherscan**
#8824 | Bored Ape Yacht Club | Etherscan

Some apparently work

**ryder**  14-Jun-22 09:18 PM

should I do this
only that first one does
wonder why

**middlemarch.eth**  14-Jun-22 09:19 PM
No Verify is something different

**ryder**  14-Jun-22 09:21 PM

**[2] Inquiry from Bloomberg Businessweek writer re BAYC**

From    Zeke Faux <zdfaux@gmail.com>
To      mbayc@protonmail.com

Hi Ryder, I am a writer for Bloomberg Businessweek and I'm working on a book about crypto for Crown Publishing. (Building on a skeptical cover story I did about Tether last year.) I am working on a chapter about BAYC and I would love to interview you. Do you have anything cool planned for APE FEST? - Zeke

**middlemarch.eth**  14-Jun-22 09:22 PM
If I had to guess on the Etherscan thing I would say they use OpenSea and take a minute to update after being relisted
IDK why the first one shows though
I'm down to go to AF haha

    **middlemarch.eth** I'm down to go to AF haha
**hwonder**  14-Jun-22 09:23 PM
hahahahha

**JTX-801.00344**





**Pauly Shore** 15-Jun-22 11:35 AM
Lmfaoooo

**hwonder** 15-Jun-22 11:35 AM
bro i am ded serious

**Pauly Shore** 15-Jun-22 11:35 AM
That's so funny
https://youtu.be/B5Ng5bZxnDI

Tai Lopez
Fortune favors the bold...

He is so full@of it hahaha
But he has 100s of millions of views on YouTube
Fascinating
NLP shit

**hwonder** 15-Jun-22 11:36 AM
i told trust old dudes who have big muscles
lol

**Pauly Shore** 15-Jun-22 11:36 AM
Lmaooo
Maybe we should launch this bad boy soon then
Maybe we can do a call in a bit when @ryder 🍄 and @middlemarch.eth March are around
It's 5:40 here in Italy
Pm
I figure after lunch your time might be good
After dinner here

**hwonder** 15-Jun-22 11:40 AM
i have no idea what he saying
he confusing

**Pauly Shore** 15-Jun-22 11:40 AM
Exactly

**hwonder** 15-Jun-22 11:42 AM
https://twitter.com/hWonderofWorld/status/1537098187021766656

hwonder.eth ✓ (@hWonderofWorld)
i was asked about @ApeMarketplace royalties.

for clarity: on ape market the royalties set in the collection contracts are fully supported.

apemarket does not collect royalties that are not programmed in collection contracts.

🐦 Twitter · 15-Jun-22 11:42 AM
👍 1

**Pauly Shore** 15-Jun-22 12:12 PM
Thanks @hwonder
👍 1

**middlemarch.eth** 15-Jun-22 12:56 PM
I swear I'm getting pretty fed up with sheepl rn
Wait a contrac towner can't demand any percentage of sales at any time??
You're not friendly to creators!!
If it were me I'd say you get to set the royalty rate ONCE
And then it's LOCKED
Pauly once quote-tweeted me about this

**hwonder** 15-Jun-22 12:59 PM
https://twitter.com/hWonderofWorld/status/1537117422871662592

hwonder.eth ✓ (@hWonderofWorld)
bill & jeff's excellent adventure

the websters definition of economics is greater fools theory.

🐦 Twitter · 15-Jun-22 12:58 PM
😂 2

uh oh

**hwonder** 15-Jun-22 01:26 PM
i know how to sell rest of collection

🔴 hwonder i know how to sell rest of collection
**Pauly Shore** 15-Jun-22 02:11 PM
Whatcha got?!

**hwonder** 15-Jun-22 02:11 PM
https://www.youtube.com/watch?app=desktop&v=1IkrpZe8PU8I

MemeRegime
Take Anything You Want - Spare Me My Life

Take Anything You Want - Spare ...

Spare me my life!





**Pauly Shore** 15-Jun-22 07:16 PM
I think that's a great idea
Also I think it's fine to have you announce the launch while you are at apermarket

**middlemarch.eth** 15-Jun-22 07:17 PM
Lots of exciting stuff here! I've been running around this afternoon and tonight is "Date Night" but I will reply to all of this asap!
💯 1

**Pauly Shore** 15-Jun-22 07:18 PM
No worries

**ryder** 15-Jun-22 07:19 PM
https://rrbayc.com/logo.svg
where should I list this 1/1

**Pauly Shore** 15-Jun-22 07:19 PM
Foundation

**ryder** 15-Jun-22 07:20 PM
i dont wanna do it there
they make u make a new collection
im done with foundation

**Pauly Shore** 15-Jun-22 07:20 PM
For sure

**ryder** 15-Jun-22 07:20 PM
i was thinking maybe getting zora

**Pauly Shore** 15-Jun-22 07:20 PM
Maybe make it an open edition

**ryder** 15-Jun-22 07:20 PM
maybe they can use some of their pr money

**Pauly Shore** 15-Jun-22 07:20 PM
And airdrop it to everyone who bought a RR/BAYC

**middlemarch.eth** 15-Jun-22 07:21 PM
Perhaps it could be an on-chain thing

**ryder** 15-Jun-22 07:21 PM

**Pauly Shore** 15-Jun-22 07:21 PM
That's a great idea

**ryder** 15-Jun-22 07:21 PM
100% needs to be on chain
its an svg

**middlemarch.eth** 15-Jun-22 07:21 PM
We could make something custom for it where there's a mechanic  the RRs

**Pauly Shore** 15-Jun-22 07:21 PM
Yes

**ryder** 15-Jun-22 07:21 PM
i could get it down much smaller too

> **middlemarch.eth** We could make something custom for it where there's a mechanic the RRs.
**Pauly Shore** 15-Jun-22 07:21 PM
That would be amazing



**middlemarch.eth**  15-Jun-22 07:21 PM
If you have one you can mint it free or whatever

**Pauly Shore**  15-Jun-22 07:21 PM
I like the idea of open edition more
Than a 1/1

**middlemarch.eth**  15-Jun-22 07:22 PM
If you have one you can minted UNLIMITED free
Haha or whatever

**ryder**  15-Jun-22 07:22 PM
or what if its the RR/APE COIN

**middlemarch.eth**  15-Jun-22 07:22 PM
That's smart!

**Pauly Shore**  15-Jun-22 07:22 PM
Yes

**ryder**  15-Jun-22 07:22 PM
could make it look like a coin

**Pauly Shore**  15-Jun-22 07:22 PM
That would be sick
A black coin
Maybe we should just make the coin lolll
Everyone who mints an RR/BAYC get a a certain amount and everyone who already minted gets a certain amount more
The coin doesn't even need to have utility lol
Just minting it and giving it out to people is funny
Also guys we are doing a Reddit AMA on
Reddit 6/25 8pm est
For /cryptocurrency
I hope you guys can join us, I'll also ask chopper and maybe kenobi as well

**Pauly Shore**  15-Jun-22 07:22 PM
And we definitely want to execute the physicals with the stamp

📌 **Pauly Shore** Hey guys so I spoke to Ryder, regarding the eth for gas, ryder said he is happy to carry it forward at their will be more gas fees to come, we can subtract what is owned back from the balance of that works for you guys, and I will still owe him what I owe plus the added fees...

**ryder**  15-Jun-22 07:33 PM
yeah ahppy to send it back doesnt matter but it is a bit easier if we just put it towards next round maybe?
💯 1
tbh id have to buy eth back i think or wait for some more rrbaycs to sell lol
ive been selling it as fast as i get it

**Pauly Shore**  15-Jun-22 07:34 PM
For sure

**ryder**  15-Jun-22 07:34 PM
trying to buy back at 500

**Pauly Shore**  15-Jun-22 07:34 PM
I can send them what I owe you if they want us to
No biggie

**ryder**  15-Jun-22 07:34 PM
oh right
that works

**Pauly Shore**  15-Jun-22 07:35 PM
Details for AMA

June 25, 2022 8pm Eastern Time

Monthly NFT roundup on r/cryptocurrency

Through reddit app, go to r/cryptocurrency and click pinned link to the audio room

Functions like Twitter spaces, just via Reddit app

Estimated audience 100-300 people

Run by John Murphy, lead mod of r/cryptocurrency (4 million subs)

John runs Art101.io, CartylsMe is the artist. Warhol / Duchamp influenced NFTs

We can have NotLarvaLabs, RRBAYC and discuss anything with any format. Marketplaces, phunks story, RRBAYC angle, etc.

I previously discussed the Azuki scandal and phunks valiant recovery of funds and contract on the May NFT Roundup.

Ryder has agreed to attend.
Chopper is in!!

**ryder**  15-Jun-22 07:35 PM
mmm
ok...
i feel i should do less

**Pauly Shore**  15-Jun-22 07:36 PM
Do less what?

**ryder**  15-Jun-22 07:36 PM
nm
its fine

**Pauly Shore** pinned a message to this channel.  15-Jun-22 07:26 PM

**ryder**  15-Jun-22 07:36 PM
i just think this person is shiulling his dumb project
i seen it
its crypto urinal
let all these people shill

**Pauly Shore**  15-Jun-22 07:36 PM
Hydrate?





ryder  15-Jun-22 07:43 PM
i mean can be a dick in a nice way
like u should really be hitting all these people up
and trying to get me to speak
"can u add ryder as a panelist"
etc
hit up critical
help him place that great writing he did

Pauly Shore  15-Jun-22 07:43 PM
Yeah I'm working on it but it's too late for NFT NYC
Ok

middlemarch.eth  15-Jun-22 07:47 PM
My friend texted me this (Guy < Guy Oseary), idk

Today 6:51 PM

Hello sir! Random question for
you do you happen to have
Tom Legman's info? I saw you
two were connected on
LinkedIn

Thank you either way!

Yeah! About what?
Delivered

Funny enough Guy was asking
for his info!

Not sure why!

But he hit me up ha

Seems like Guy should have my # as he literally invested in genius! I'm insulted
🏆 1  😀 1

Pauly Shore  15-Jun-22 07:48 PM
Lmfaoooooo
I wonder why

ryder  15-Jun-22 07:49 PM
take the call
report back lol

middlemarch.eth  15-Jun-22 07:49 PM
No clue, we haven't spoken in a decade
😀 1
For sure!

ryder  15-Jun-22 07:49 PM
"Ill give you 2m in apecoin to not release apemarket and to get me dirt on ryder"
😀 1
its 100% about this

Pauly Shore  15-Jun-22 08:12 PM
Lmao

ryder  15-Jun-22 08:47 PM
should i have someone buff each bayc stencil
"Hey Ryder.

Doing some numbers here. It would be $15 per stencil to scribble out and put your website over it.

$400 for rush stencil production and to ship. If you want to make the stencil design yourself, send us the file. Otherwise we will make it.

If you want the billboards extinguished, that would be $1k per billboard.

Our team in NY is ready to go. "

ryder  15-Jun-22  "Hey Ryder. Doing some numbers here. It would be $15 per stencil to scribble out and put your website over it. $400 for rush stencil production and to ship. If you want to make the stencil design yourself, send us the file. If you want the billboards extingus...
Pauly Shore  15-Jun-22 08:49 PM
Hahahaha
I like it
You should tell Chris if you do it lollll
That's very bullish imo
Should get news
I def like it

Pauly Shore  16-Jun-22 03:21 PM
Hey  @rwonder  let's get a demo site up when you are ready to!

ryder  16-Jun-22 04:56 PM

## My Reserved RR/BAYC:



possible to fix this css

👍 1

**middlemarch.eth** 16-Jun-22 05:02 PM
I'll take a look!

**ryder** ⇄ 16-Jun-22 05:10 PM



i think he has like 5

https://fgmayc.com/

For Good Mutant Ape Yatch Club | FG/MAYC
This project is a continuation of the groundbreaking and exploratory work that
Ryder Ripps has initiated with the RR/BAYC.
This is not the RR/BAYC.
This is the FG/MAYC.

some obsessed person made this

📷 1  👍 1

**middlemarch.eth** 16-Jun-22 05:19 PM
WOW! I love it
At least the images don't load as fast as on ours so we still have an edge over random fans
But this is impressive
I fixed the CSS I think
Just made it look like the shopping cart, which I think works well
Can't seem to connect to mint from this tho

⤷ 💬 ryder ⇄ some obsessed person made this
**Pauly Shore** 16-Jun-22 05:38 PM
That is dope lol

**ryder** ⇄ 16-Jun-22 09:06 PM
can we do the discount thing
for nft nyc

**middlemarch.eth** 16-Jun-22 09:11 PM
Is the idea that you can generate a single-use code for that allows the holder to get 50% off on one ape or one order?

**ryder** ⇄ 16-Jun-22 09:12 PM
something like that

**middlemarch.eth** 16-Jun-22 09:17 PM
It's tough because the reservation contract always requires a fixed price, so we would need a new contract, and the logic to get the discount code to the contract in a secure way (edited)
Could we fulfill these OTC?

**ryder** ⇄ 16-Jun-22 09:43 PM

i could hand mint somewhere in nyc
for discount
kinda dank idea

**middlemarch.eth**  16-Jun-22 09:44 PM
Yeah I think that's cool and also makes it seem less like some secret online thing that ppl were dumb not to have access to
Also lol @ "either is a good choice"
The ppl love you!
😄 1

**Pauly Shore**  17-Jun-22 04:31 AM
I think the easiest thing to do would be to make it a discount for the day of release
@ryder 🔁

**ryder** 🔁  17-Jun-22 02:00 PM
hey i think the mint site is down
https://rrbayc-v1.netlify.app/

**middlemarch.eth**  17-Jun-22 02:04 PM
Seems to work for me! Maybe try disconnecting and connecting wallet? You have to be connected with your main account for it to show up
💯 1

**ryder** 🔁  17-Jun-22 03:13 PM
yeah
i restarted the browser
and it worked
😄 1

**ryder** 🔁  17-Jun-22 04:52 PM
is there a good way to see how many bayc sales ended in .88 or .14
i think there have been a silly number of them
like 85.88 eth for instance

**middlemarch.eth**  17-Jun-22 05:03 PM
Like on Foundation secondary?
I don't think easily unfortunately, they don't have an export thing
Also Guy just called me, said I shouldn't be working with you haha
So you were right about that!
No $2M offer tho

┌ **middlemarch.eth** Also Guy just called me, said I shouldn't be working with you haha

**Pauly Shore**  17-Jun-22 05:03 PM
Hahahaha

**middlemarch.eth**  17-Jun-22 05:03 PM
Please don't tell ppl he did that tho

**Pauly Shore**  17-Jun-22 05:03 PM
What was his reasoning

**middlemarch.eth**  17-Jun-22 05:03 PM
I don't want to be like saying "oh Guy called me, he's bad"
He was not being mean or whatever
He was basically saying, Ryder is calling my partners Nazis, it's not cool to call someone a Nazi, it's toxic
And I was saying I don't think Ryder is doing that exactly, I don't know or agree with everything Ryder has done, but what I am interested in is working on a free marketplace that will help your community a lot
Who knows

**Pauly Shore**  17-Jun-22 05:05 PM
For sure

**middlemarch.eth**  17-Jun-22 05:05 PM
Anyway I am NOT trying to be personal enmies w this dude (or friends with him), but I did want to report to you guys

**ryder** 🔁  17-Jun-22 05:06 PM
did u ask him why he partnered with someone named after child pornography? and mention how damon dash and about 1000+ other black people find it racist?

**middlemarch.eth**  17-Jun-22 05:06 PM
He had to go, said he was going to call me back, maybe I'll do that then
I was trying to focus on the marketplace / future aspect, I'm not fluent enough in the GG stuff to make the full argument

**ryder** 🔁  17-Jun-22 05:07 PM
also ask him what the wittgenstein quote gargamel said means..
im not calling them nazis btw

**middlemarch.eth**  17-Jun-22 05:07 PM
I know I said that

**ryder** 🔁  17-Jun-22 05:07 PM
i have no idea what they are

**middlemarch.eth**  17-Jun-22 05:07 PM
I said you were calling them torlls

**ryder** 🔁  17-Jun-22 05:07 PM
i am calling them creative writers.. which they call themselves
yeah
i mean they use 4chan, the early bayc reddit account has 4chan screenshots
its pretty clear , i think a lot of people dont realize theres a direct lineage from shitcoin world to nfts
shitcoin culture came from /biz
the whole "yuga" labs thing is pretty silly when they embedded the name guenon into a puzzle
ever look at that puzzle?
they arent dumb.

**middlemarch.eth**  17-Jun-22 05:11 PM
The other side would be like "okay, the early story of lots of successful things are weird, founders say and do weird things when they don't think anyone will care, what, if anything, should be the reckoning once these things are found out if they don't currently embody the spirit of the project"
I guess no one will admit ANY of the trolling is present
Which is kind of funny

**ryder** 🔁  17-Jun-22 05:12 PM
the issue isnt about writing about nazis or making art about them
i played wolfenstein a lot
its lying and gaslighting and roping people into it who have no idea about the subtext
and financially incentivizing them to promote something they dont understand

there are things in the project that are blatently offensive and they are normalizing it through creating an army of people whos bags are attached to it to defend fucked up behavior

including guy

**middlemarch.eth**  17-Jun-22 05:15 PM
I mean it's true, the gold grille apes, yoo don't have to know the Hess death year to think those are messed up

**ryder**  17-Jun-22 05:15 PM
yeah

**middlemarch.eth**  17-Jun-22 05:15 PM
But I guess with those you know what you're getting in a way
Like anyone who buys that deserves it

**ryder**  17-Jun-22 05:15 PM
"sushi chef headband" that actually says kamakazi
when they clearly know enough about history to properly label it a "prussian helmet"
why is the kamikazi headband "sushi chef" ?
also the logo is just flatly a ref to the totenkopf
if uve ever designed anything u know there no way thats chance

**middlemarch.eth**  17-Jun-22 05:17 PM
But there are a bunch of non-BAYC things with problematic elements...
Like a ton of terrible NFTs
Famoulsy the Punks had apes

**ryder**  17-Jun-22 05:17 PM
also given the fact the skull just doesnt even look like the apes its supposed to represent

**middlemarch.eth**  17-Jun-22 05:18 PM
Like what merits the levle of obsession
Perhaps the amount that must be unpacked and explained

**ryder**  17-Jun-22 05:18 PM
the punks didnt have an intricate plan to interweave racist and nazi things throughout it
if the apes were problematic in the punks it was much more innocent
these guys are writers, with mfas
who have admitted to the subtext and layers of hidden meaning and created extremely complex puzzles with half a million dollar prizes that display their desire to embed fucked up things through cypher
he studied bolano in college who also is interested in this type of thing
they are thumbing their nose at society
and fucking with the fabric of morality in art
through commercial means
the amount of lies they continue to tell is sickening
most recently, the graffiti is chalk

**middlemarch.eth**  17-Jun-22 05:21 PM
So do you think it is part of the plan to do all this stuff or that it was some dumb stuff in epast they regret
I mean not regret because you found them out but just they now think is childish or something

**ryder**  17-Jun-22 05:22 PM
im not sure
i think they are very smart and into accelerationism
like many others in tech
and have some type of agenda
not sure what it is

**middlemarch.eth**  17-Jun-22 05:23 PM
BEYOND making millions and millions as the #1 NFT company?
That's what's hard for me to believe

**ryder**  17-Jun-22 05:23 PM
why?
thats like saying people who make movies just want to make money
usually people who make stuff want to say something with the stuff they make

**middlemarch.eth**  17-Jun-22 05:23 PM
I mean I think they probably like making NFTs

**ryder**  17-Jun-22 05:23 PM
unless they work at costco or something

**middlemarch.eth**  17-Jun-22 05:24 PM
But like that they want to say some wild subtext thing they cannot talk about anywhere
In large part to fuck with the ppl giving them millions of dollars

**ryder**  17-Jun-22 05:24 PM
yeah

**middlemarch.eth**  17-Jun-22 05:24 PM
That's pretty unusual no?!  (edited)
People who make tons of money on movies aren't doing (this)
Except the dicks in Disney movies

**ryder**  17-Jun-22 05:25 PM
not sure, i personally think these guys are very interested in exercising what they believe to be their high intelligence
film makers and script writers like telling stories
ya
not a wild thought
people who write books want the words to mean stuff

**middlemarch.eth**  17-Jun-22 05:26 PM
Yeah but to what audience
.0001% of ppl buying the book?
I guess most ppl don't understand all the references in Middlemarch
But the hopefully get the overall "point of it"

**ryder**  17-Jun-22 05:26 PM
u clearly havent read any fantasy
the amount of subtext and layers in that stuff is wild
like harry potter is pretty popular
most regular consumers dont understand all the subtext

**middlemarch.eth**  17-Jun-22 05:27 PM
But is the subtext in that wildly different from / contradictory to the text?

Like in BAYC the idea is that the subtext is on a different planet
Even on a different planet than the "problematic grilles"

**ryder** ⇄   17-Jun-22 05:29 PM
https://time.com/5431298/are-the-smurfs-communist/

> **What to Know About the Rise and Fall of the Theory That the
> Smurfs …**
>
> As far as their creator was concerned, the Smurfs had nothing to
> do with politics.

this is pretty common
stories having subtext
people say disney has a lot of racist subtext
https://www.nbcnews.com/news/nbcblk/reckoning-dr-seuss-racist-imagery-has-been-years-making-n1259330

> **Why 'cancel culture' doesn't apply to the reckoning with Dr.
> Seuss'…**
>
> Critics are condemning a decision to stop publishing six Dr.
> Seuss books, as experts say a reckoning with his racist works is
> long overdue.

its really not anything that new
whats new
is this 4chan cultural element
and the ability nft has to create cults
and brainwash
its not a different planet
surf the kali yuga was a giant meme
its just not a language u speak
like maybe japanese isnt a language u speak
it doesnt mean japan doesnt exist

**middlemarch.eth** 17-Jun-22 05:34 PM
True, still this would be a pretty extreme example in the last many years
Plus as you say crossed with NFT culture which amplifies all the problems

**ryder** ⇄   17-Jun-22 05:34 PM
well yeah thats why this is significant and worth spending time on

**middlemarch.eth** 17-Jun-22 05:34 PM
I guess that's why it's pretty interesting

**ryder** ⇄   17-Jun-22 05:34 PM
because its something new

**middlemarch.eth** 17-Jun-22 05:35 PM
Ok guy is calling me back lol
Here we go!

**ryder** ⇄   17-Jun-22 05:35 PM
nothing exactly like this has existed

**ryder** ⇄   17-Jun-22 06:07 PM
get that $2m offer yet? lol

> ⊕ middlemarch.eth Ok guy is calling me back lol
**Pauly Shore** 17-Jun-22 06:19 PM
Lmao

**middlemarch.eth** 17-Jun-22 06:33 PM
Haha longer one, still no hofer
Ignoring the actual contents of the call and his argument which I basically disagree with, I must admit that the experience did cause me to reflect on whether the project of outing the scam / troll nature of BAYC is overall helpful in trying to build a marketplace that holders
of the scam / troll project will want to use
Like if the perception is that we are "rooting for BAYC to fail," does that make people want to use the marketplace more or less?

**ryder** ⇄   17-Jun-22 07:43 PM
i saw this as a web3 project that embraces decentralization, employing new forms of expression through economics and galvanizing community through meaning of token
is there a way to see the most recent token id minted?
the best way to make a marketplace they will like is to work for yuga and make that
anything short of that is not something yuga will like
or opensea
or a16z
or any of the other billionares with invested intest in this
*interest
this is a historic project because of our approach
working for yuga nobody will care about

> ⊕ ryder ⇄   is there a way to see the most recent token id minted?
**middlemarch.eth** 18-Jun-22 09:26 AM
Go here: https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d7369f1#readContract and click the "latestTokenId" box

11. latestTokenId

5486 *uint256*

**CollectionContract | Address**
0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73...

The Contract Address
0x2ee6af0dff3a1ce3f7e3414c52c48fd50d7369f1e page allows
users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

On the market I'm just saying that we fill the remaining 4k RR/BAYCs and to deliver on what we promised to the people who bought RR/BAYCs after the AM announcement we should deliver something genuinely useful
That saves Yuga holders fees etc, etc, all the stuff we said we would do

**Pauly Shore** 18-Jun-22 09:28 AM
Yes we are going to do so
Waiting for hwonder to get a demo site up soon and then we will get close to going live
I think it's not a bad idea to announce the rest of the Yuga assets that they bought... punks meebits auto glyphs v1punks

**Pauly Shore**  19-Jun-22 10:42 AM
Hey @hwonder, good morning! can we can get a demo site up today?

**ryder**  19-Jun-22 01:56 PM
https://decrypt.co/102602/bored-ape-yacht-club-nft-ownership

Bored Ape Yacht Club and the Limitations of NFT Ownership -
Decrypt
As NFT fanatics head to New York for NFT NYC, prices have
cooled, but new entrants are buying in. Do they seek profit, or
utility?

👍 1

**Pauly Shore**  19-Jun-22 03:37 PM
https://twitter.com/ryder_ripps/status/1538360541025996801?s=21&t=8eQR1q_Q78Dz4sNAl3kDMw

RYDER-RIPPS.ETH ⬛ (@ryder_ripps)
pretty good i think
Likes
162



Twitter · 18-Jun-22 11:58 PM

Lmaoooo

**ryder**  20-Jun-22 12:43 PM
could we figure out the script
lots in cue

┌ **ryder** ⬛  could we figure out the script
**middlemarch.eth**  20-Jun-22 01:01 PM
I can run through it with you if you're free!

😊 2

**Pauly Shore**  20-Jun-22 01:02 PM
Also, had a great chat with @hwonder and he will put a demo site up today. Hoping that he can rendezvous with us in NYC too!
@hwonder let us know if you can come link up and share the demo site URL
When ready
It would be super dope to get the whole squad together for a dinner in NYC! @ryder ⬛ @middlemarch.eth @hwonder!

📞 **middlemarch.eth** started a call that lasted 188 minutes.  20-Jun-22 01:59 PM

**middlemarch.eth**  20-Jun-22 01:59 PM
Just for me and Ryder

**middlemarch.eth**  20-Jun-22 02:08 PM
node packages/react-app/scripts/ryder_auto_fulfill.js

**ryder**  20-Jun-22 02:14 PM



ryder    20-Jun-22 02:33PM



ryder    20-Jun-22 02:59 PM



middlemarch.eth    20-Jun-22 03:01 PM



40 on the top

JTX-801.00357



**ryder** ⇄  20-Jun-22 04:03 PM
didnt we say we will launch ape market

when it mints out..

its minting out today

theres no way its not

⟳ **ryder** ⇄  didnt we say we will launch ape market
**Pauly Shore**  20-Jun-22 04:04 PM
Within 24 hours

**middlemarch.eth**  20-Jun-22 04:17 PM
Also 24 hours after RYDER MINTS the final ape haha

It is not going to be easy to mint these quickly!

But yeah soon

"soon"

**Pauly Shore**  20-Jun-22 04:18 PM
Yes

⟳ **middlemarch.eth**  Also 24 hours after RYDER MINTS the final ape haha
**Pauly Shore**  20-Jun-22 04:18 PM
Facts

⟳ **middlemarch.eth**  It is not going to be easy to mint these quickly!
**Pauly Shore**  20-Jun-22 04:18 PM
Script no luck?

**middlemarch.eth**  20-Jun-22 04:18 PM
Script is working, still just takes a while

**Pauly Shore**  20-Jun-22 04:18 PM
For sure

**middlemarch.eth**  20-Jun-22 04:18 PM
6 per minute or so

**Pauly Shore**  20-Jun-22 04:19 PM
Can it do em within 24 hours?

**middlemarch.eth**  20-Jun-22 04:19 PM
Maybe not that slow

**Pauly Shore**  20-Jun-22 04:19 PM
That's not bad at all!

**middlemarch.eth**  20-Jun-22 04:19 PM
Sorry that's one tx

Need to fulfill too

So like 3 per mijute

**Pauly Shore**  20-Jun-22 04:19 PM
Word

That's more than fast enough

**middlemarch.eth**  20-Jun-22 04:06:19 PM
But yes we can do in 24 hours

**Pauly Shore**  20-Jun-22 04:19 PM
Perfecto!

So we are golden!

**middlemarch.eth**  20-Jun-22 04:19 PM
There's also a gas question tho

**Pauly Shore**  20-Jun-22 04:20 PM
For sure

**middlemarch.eth**  20-Jun-22 04:20 PM
How much do we want to optimize for that

Gas is low now so we're good going fast

**Pauly Shore**  20-Jun-22 04:20 PM
As much as we can imo

Perfect!



I think this is a good idea

**middlemarch.eth**  20-Jun-22 04:27 PM
https://etherscan.io/address/0xee969b688442c2d5843ad75f9117b3ab04b14960



RRBAYCRSVP | Address
0xee969b688442c2d5843ad75f9117b3ab04b14960 | E...

The Contract Address
0xee969b688442c2d5843ad75f9117b3ab04b14960 page
allows users to view the source code, transactions, balances, and
analytics for the contract address. Users can also interact and
make transactions to the contract directly on Etherscan.

ryder ⇄ 20-Jun-22 04:44 PM

Waiting for eth-mainnet.gateway.pokt.network...

▶ Video    💻 Screen

middlemarch.eth 20-Jun-22 04:00 PM
Congratulations gentlemen!

ryder ⇄ 20-Jun-22 04:12 PM
sorry for doubting u pauly on .JS

🙂

ryder ⇄ sorry for doubting u pauly on .JS
Pauly Shore 20-Jun-22 04:54 PM
ALL GOOD MY DUDE

middlemarch.eth 20-Jun-22 04:54 PM
12362

Pauly Shore 20-Jun-22 04:54 PM
Can I tweet from @apemarketplace

ryder ⇄ Click to see attachment 📎
middlemarch.eth 20-Jun-22 04:55 PM
This one

ryder ⇄ 20-Jun-22 05:03 PM
tweet from ape market
maybe
when should we launch

Pauly Shore 20-Jun-22 05:03 PM



Let's give ourselves the full time allotted and we can see if we want to pull the trigger sooner
But we have 24 hours from the final mint
So technically 47 hours and change from right now!
@fwonder we should probably redirect rrbayc.com to apemarket.com soon too!!!
I am going to tweet
@ryder ⇄



**middlemarch.eth** 20-Jun-22 05:33 PM
Updated rrbayc.com to show the full array of greyed out apes

**Pauly Shore** 20-Jun-22 05:23 PM
CONGRATS TEAM @hwonder @middlemarch.eth @ryder
I am so stoked!!!!!

**middlemarch.eth** 20-Jun-22 05:23 PM
1 eth floor on OS!
Too fast

**Pauly Shore** 20-Jun-22 05:24 PM
Unreal
No we are gonna go higher imo
This is gigabullish
There will be downward pressure when supply comes out
I would try to make it take the full 24 hours
So we encourage a stable floor

**ryder** 20-Jun-22 05:29 PM





**middlemarch.eth** 20-Jun-22 06:31 PM
Fixed!
We keep going over capacity on Infura
Hopefully will cool down now
@ryder I think we shoudl cancel this one

| | |
|---|---|
| | **ApeId: 5395**<br>**Buyer:** 0x7CAb30Ef77345264B5D773460780da699999493c<br>**Timestamp:** 6/3/2022, 12:02:46 PM<br>[Fulfill order] [Cancel order] |













**Pauly Shore**  20-Jun-22 11:00 PM
Lmaoooo

middlemarch.eth Seems like creator's feess are still on an LR/

**Pauly Shore**  20-Jun-22 11:00 PM
Oh shit
10 % lolll
@ryder 🔁
We should take that off

**middlemarch.eth**  20-Jun-22 11:07 PM
Damn yacht looks amazing! And shot with such a great camera too!
KIDDINGGGG
But it does look sick
Can't believe it's real!



OMG
I guess they had a sale age out of the 24 hour window

**Pauly Shore**  20-Jun-22 11:09 PM
ITS OVER

**middlemarch.eth**  20-Jun-22 11:09 PM
Their number just dropped by like 100

**Pauly Shore**  20-Jun-22 11:09 PM
Imagine the smelllllll
We are about to flip them
In 10 minutes

**middlemarch.eth**  20-Jun-22 11:10 PM
Damn terrible break for them that the sale aged out!
Lol

**Pauly Shore**  20-Jun-22 11:19 PM



**middlemarch.eth**  20-Jun-22 11:20 PM
FLipped

**Pauly Shore**  20-Jun-22 11:24 PM
AMAZING

**middlemarch.eth**  20-Jun-22 11:25 PM
Astute point about the Punk thing b eing imported
Funny they do that

**Pauly Shore**  20-Jun-22 11:31 PM
I think we should consider adding more collections, we can charge .25% royalties and 0 if you own an nrbayc... for non Yuga collections
Let me know what you guys think
We're in such a crazy position rn I feel. if we make a splash right now I think it can propel us to another level
We should just offer it for every top collection on opensea
And vampire attack all their volume
/ revenue

**ryder**  20-Jun-22 07:43 AM

this is huge guys

**Pauly Shore**  21-Jun-22 03:44 AM
Hahahaha
No clue who it that is
My flight is about to take off



**middlemarch.eth**  21-Jun-22 08:42 AM
Amazing!! Gotta do Paris IMO

I'm going to eat breakfast but seems like things are good!

Script is "chugging along"

🟨 1

Maybe a tad slower than we would like

**ryder**  21-Jun-22 09:26 AM
the script is kinda slow

**middlemarch.eth**  21-Jun-22 09:26 AM
Has it been running non stop since last night?

**ryder**  21-Jun-22 09:26 AM
yeah
i restarted it once

**middlemarch.eth**  21-Jun-22 09:27 AM
The only thing I can think of would be to go into the script and comment out or remove the 'console.log' lines I feel like there is a lot of logger output

Shouldn't have too much of an effect though

I'm not sure why it slowed down since last night, gas is the same

Logger thing is worth a shot though, i left it verbose for testing, should have probably killed it when we got it working

Could also bump gas but it's quite high now to begin with

Ethereum might also be busier

Separately I finally finished the doc! Mentioned this last night but I found the explication of the puzzle to be the most persuasive part. It's like "oh you think these are all stretches? No one would encode such an obscure message without there being a smoking gun in an NFT? Well can you even imagine creating or solving a puzzle at this level of complexity / ingenuity? It's a different world!"

I knew about the puzzle already but found the Medium article too complicated to go through, so the video adds a lot there

IMO we should stop minting until gas goes down

It's like 80+ right now and probably rising

Alternatively if we want to keep doing something, at least kill and restart the script so it fulfills instead of mints

Which is less gas (and there are plenty to fulfill)

**middlemarch.eth**  21-Jun-22 11:16 AM
@ryder gas is quite high now (latest fulfill at 150), unless there's a strong reason to go as fast as possible id suggest stopping for now

At this level it's like a 20-25% haircut from the purchase price

**ryder**  21-Jun-22 02:55 PM
ok
people are harrassing me to mint

**middlemarch.eth**  21-Jun-22 03:04 PM
Ok now is a good time to start, however I'd like to make a change to the script

Right now at the top it says const provider = new ethers.providers.StaticJsonRpcProvider("https://mainnet.infura.io/v3/8d1aee2fae6b4df2a54742c49b510a20");

Could you replace that with const provider = new ethers.providers.StaticJsonRpcProvider("https://mainnet.infura.io/v3/13760a4ab414a018ad1c67867d95037");

The only thing changing is the long string of hex characters at the end of the URL

I can do it and you can pull the change or you can do it locally

I think you have other changes in there like the gas price thing that I don' thave so might be easier for you to do it

I could also take a moment to update the script to pause if the gas gets too high, but that might require more back and forth for us to test

**ryder**  21-Jun-22 03:32 PM



**ryder**  21-Jun-22 06:32 PM
its hanging on getting data again

**middlemarch.eth**  21-Jun-22 05:32 PM
And you made the change I mentioned above?

I will be at a computer in a few mins to check

**ryder**  21-Jun-22 05:47 PM
we need to launch ape market
asap
we got delisted from opensea again
i didnt make the change

**middlemarch.eth**  21-Jun-22 05:56 PM
It should work if you make the change

**Pauly Shore**  21-Jun-22 06:18 PM
This is crazy lmaoooo

**Pauly Shore**  21-Jun-22 07:07 PM
Just got to NYC

https://twitter.com/rrbayc_/status/1539377610110771201?s=21&t=laeT7HGOGX8Xvhvm-EVgQA

🐵 RYDER RIPPS Bored Ape Yacht Club (#RRBAYC_)
1000 RR/BAYC's Minted and ready to be claimed.

rest ~2000 hopefully get done within today , if not ttmrrw.. the process of this
mint is more like art collecting in real world.

you can at : https://t.co/k9MmvCCPy

🐦 Twitter · 21-Jun-22 06:39 PM

Scam



**middlemarch.eth** 21-Jun-22 08:20 PM
@ryder there's an issue with the script, I'm looking into it

**Pauly Shore** 21-Jun-22 08:20 PM
Copy that

**middlemarch.eth** 21-Jun-22 08:40 PM
@ryder I pushed a updated version so you can git stash && git pull origin main

This should fix the bug but we should test

**Pauly Shore** 21-Jun-22 08:40 PM
Ok
https://twitter.com/ryder_ripps/status/1539406610354913281?s=21&t=laeT7HGDGXRXvhvrio-EVgQA

RYDER-RIPPS.ETH ✝ (@ryder_ripps)
these are RR/BAYCs now. GOOD TO SEE MY BUDDY @PaulyOk 💯🔜🔜🔜

🐦 Twitter • 21-Jun-22 08:35 PM

**middlemarch.eth** 21-Jun-22 08:41 PM
Cute!!

**ryder** ✝ 22-Jun-22 01:01 AM
hey

**Pauly Shore** 22-Jun-22 02:19 AM
I think the dev gang is sleep mode rn @ryder ✝

**ryder** ✝ 22-Jun-22 06:53 AM
script isnt working

**ryder** ✝ 22-Jun-22 07:01 AM

need to fix this asap
tried a few things
not working

**middlemarch.eth** 22-Jun-22 07:23 AM
Checking

You pulled the latest version?

⤷ **middlemarch.eth** @ryder ✝ I pushed a updated version so you can git stash && git pull origin main
**middlemarch.eth** 22-Jun-22 07:23 AM
Doing this?

**middlemarch.eth** 22-Jun-22 07:34 AM
The problem seems to be with this ape

ApeId: 3683
Buyer: 0x5a375e92D0724EA7E39181439bA423AFBaFBA9d9
Timestamp: 6/20/2022, 3:44:07 PM

[ Fulfill order ]  [ Cancel order ]

Our system thinks this order is ready to be fulfilled to 0x5a375e92D0724EA7E39181439bA423AFBaFBA9d9
But the ape is currently owned by mikethree
Did someone transfer this ape manually to mikethree?
I can cancel this order which will refund 0x5a375e92D0724EA7E39181439bA423AFBaFBA9d9 and should be fine
But want to see if you knew anything about what is going on
Looking more this was a manual transfer so I think we should be good to cancel the reservation @ryder ✝ just want to confirm this if you remember anything about this ape

⤷ **middlemarch.eth** Did someone transfer this ape manually to mikethree?
**Pauly Shore** 22-Jun-22 08:34 AM
Ryder may have for him judging some contests

**middlemarch.eth** 22-Jun-22 08:42 AM
Ok so we cancel and Ryder re runs the script. I will cancel
👍 1
Having some problems doing it on mobile, I should be back at computer shortly, or one of you guys can cancel if you want to run script now

**JTX-801.00367**



middlemarch.eth  22-Jun-22 09:18 AM
Ok it's canceled! @ryder 🦊 re-run the script when you have a moment
I'm also going to see if I can make a few changes to speed it up

ryder 🦊  22-Jun-22 12:27 PM
can u paste the new js here
having a merge issue

ryder 🦊  22-Jun-22 12:38 PM
gas is high
but i have to mint these

Pauly Shore  22-Jun-22 12:39 PM
@ryder 🦊 did we remove the royalty from looksrare?

ryder 🦊  22-Jun-22 12:58 PM
i tried
its not letting me
script broke again

↳ ryder 🦊 its not letting me
Pauly Shore  22-Jun-22 01:02 PM
That's not good, I wonder if it is because of the contract ownership thing @middlemarch.eth ?

middlemarch.eth  22-Jun-22 01:11 PM
Let me send a link with the new js, one second. @ryder 🦊 can you paste the error screenshot again? Is it the same?
It looks like it is working now?
You are submitting transactions, @ryder 🦊
However, I would like to make a change here. I would like to focus on minting out the collection first instead of fulfilling orders. I have a plan for fulfilling orders extremely quickly once it is minted out
Can you replace the script with this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d35354a4/raw/35e180538aee6f174e08fde0192f5d66740f194b/new_script.js
And then re-run it?
This will do minting only
Ok it looks like it's minting now which is correct. Not sure if you swapped out the script or not but if you didn't you probably don't have to
I believe it will continue to mint until it is done minting
However if you have to restart the script, please replace it with the gist I linked above, we do not want to fulfill any of these until we are done minting
It is possible to fulfill these in large batches (say 1000), so once it is minted we should be able to fulfill everything quickly. However this is more complicated and we should do it over the phone to make sure there is no issue
👍 1

middlemarch.eth  22-Jun-22 02:02 PM
Is there an issue with the script? It seems to have stopped but there is no error

Pauly Shore  22-Jun-22 02:03 PM

🔒

**The NFT has received a DMCA takedown notice.**

Complaint submitted by

Trademark Infringement filed by Yuga Labs, Inc.

Learn about the DMCA process →

middlemarch.eth  22-Jun-22 02:03 PM
Oh
Not sure that would affect the script tho
Unfortunate!

Pauly Shore  22-Jun-22 02:06 PM
Yes that is my thought

Pauly Shore  22-Jun-22 02:52 PM
https://twitter.com/pauly0x/status/1539677636682719232?s=21&t=gjyJEV4LDWGTkhjgQX9TYA

PAULY 🦊 (@Pauly0x)
So @yugalabs has issued a 2nd DMCA takedown request for RR/BAYC on
@foundation
Their 6th attempt to delist our collection from a marketplace.
RR/BAYC is currently #1 on the charts globally.
All they can do is try to censor us, this will backfire.
Web2 boomers run rampant.

🔒
The NFT has received a
DMCA takedown notice.

Trademark Infringement filed by Yuga Labs, Inc.

🐦 Twitter · 22-Jun-22 02:52 PM

middlemarch.eth  22-Jun-22 02:50 PM
@ryder 🦊 can you replace the script with this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d35354a4/raw/35e180538aee6f174e08fde0192f5d66740f194b/new_script.js
And re-run it please?

middlemarch.eth  22-Jun-22 03:20 PM
Boom things look good. Thank you!

**ryder** ⏩ 22-Jun-22 03:22 PM
0xEa0f9F6D35A10C627f17a6f8B09D147FC4a9Ff02
new script?

**middlemarch.eth** 22-Jun-22 03:24 PM
Current script just removes the one-by-one fulfillment logic.

There is also a new function in there to fulfill 1000 in a single transaction, but I want to go over that with you on the phone before using it (and after minting everything out)
Basically once we mint out we should be able to fulfill everything in 15 minutes
Right now it's minting only
Actually shit it looks like there was just an error
Do you see a message?

**ryder** ⏩ 22-Jun-22 03:29 PM
script keeps failing



**middlemarch.eth** 22-Jun-22 03:29 PM
Can you replace with this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d353541a4/raw/5171c0e3959b30f59d8679ff9aa5368e21df0ff/new_script.js
Try replacing with this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d353541a4/raw/5171c0e3959b30f59d8679ff9aa5368e21df0ff/new_script.js

**ryder** ⏩ 22-Jun-22 03:30 PM
ok running now
same issue

**middlemarch.eth** 22-Jun-22 03:32 PM
Shit
Ok let me look
I thought it was just that one

**ryder** ⏩ 22-Jun-22 03:32 PM
just that ape? or wdym

**middlemarch.eth** 22-Jun-22 03:33 PM
Try this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d353541a4/raw/e8a3b47ad13d02c87d3d5aaefc9b6cb86a74049e/new_script.js

**ryder** ⏩ 22-Jun-22 03:34 PM
worked now
what did you change?

**middlemarch.eth** 22-Jun-22 03:35 PM
Previously there was logic to say "if it has already been minted, fulfill it."

I tried to say "if it has already been minted, skip it" but instead I said "if it has already been minted, try minting again"
Fortunately there is logic that throws an error to prevent duplicates, and that's what we were seeing

**ryder** ⏩ 22-Jun-22 05:52 PM
can someone hit withdrawl
need gas money

**middlemarch.eth** 22-Jun-22 05:52 PM
Oh 1 min
Done!

**middlemarch.eth** 22-Jun-22 06:51 PM
@ryder ⏩ seems like the script stopped running! Is there an error on your end?

**ryder** ⏩ 22-Jun-22 08:26 PM

was at dinner

**middlemarch.eth** 22-Jun-22 08:41 PM
Looks like the thing that calculates the gas price didn't work on that request

Can you replace this with this: https://gist.githubusercontent.com/RogerPodacter/f29051836a44b54e3e8fc50d353541a4/raw/2667c1e7a526a21ff2eef41efe3fceddc64588e8/new_script.js
This way it won't stop the whole process if it breaks again


ryder ⇄  23-Jun-22 12:11 AM
need marketplace

ryder ⇄  need marketplace

**Pauly Shore**  23-Jun-22 01:11 AM
Yes I just spoke to H and he said he will have the demo site in a few hours here

**middlemarch.eth**  23-Jun-22 01:16 AM
Should finish minting between 8-10 hours from now, fulfilling will take another hour or so, so per our 24 hour commitment Friday afternoon would be the release

**Pauly Shore**  23-Jun-22 01:17 AM
I think it makes sense to launch a bit esrlier imo if we are comfortable doing so

Let's assess as we go

ryder ⇄  23-Jun-22 02:19 AM



got an error

**Pauly Shore**  23-Jun-22 02:56 AM
I forwarded to tom re script but he is sleeping

Will be 4-5 hours I think

Till he is;l back

**Pauly Shore**  23-Jun-22 06:21 AM

## Does DMCA apply outside of the USA?

No, the DMCA is part of the United States copyright law, therefore is applicable only to the websites hosted in the US. All sites hosted in the US are bound to obey the law. Therefore even if the copyright owner is outside of the US, they can still issue DMCA notice if the hosting website is located in the US.


ryder ⇄  got an error
**middlemarch.eth**  23-Jun-22 09:12 AM
Does it work if you re-run it ?

middlemarch.eth Can you replace the script with this: https://gist.githubusercontent.com/RogerPodacter/f29051836e44b54e3e0fc50d353541a4/raw/2867cfe7a526a2ff2eef41efe3fcedde64588eI8/new_script.js
**middlemarch.eth**  23-Jun-22 09:13 AM
Are you using this version?

Seems like another error with gas estimation which I thought I fixed on the latest version of the script

Weird!

**Pauly Shore**  25-Jun-22 11:00 AM
https://tekramepa.herokuapp.com/

**ApeMarket**
Ape NFT Market



@hwonder the goat!

**ApeMarket**   Conne



**Pauly $hore** 23-Jun-22 12:57 PM
Whole gang in the mixxxxx

LFG

**middlemarch.eth** 23-Jun-22 12:59 PM
I am not at my computer at the moment, but if you uncomment out these lines (remove the "//" from the start) and re run it should start fulfilling again

```
for (const order of needsFulfillment) {
    if (apeIdsToNRids(order.apeId)) {
        // var gasPrice = await
provider.getGasPrice();
        // var newPrice =
gasPrice.mul(125).div(100)

        // var finalCheck = await
rsvpContract.apeIdsToNUPAMapping(order.apeId)

        // if (finalCheck.status == 1) {
        //   console.log(finalCheck)
        //   console.log("Fulfilling order:",
order.apeId)

        //   var res = await
rsvpContract.batchFulfillRSVP(
        //     [order.apeId],
        //     [apeIdsToNRids(order.apeId)],
        //     {
        //       gasLimit: 1e6,
        //       gasPrice: newPrice
        //     }
        //   )

        //   var waited = await res.wait()

        //   console.log("Done! Tx receipt:")

        //   console.log(waited)
    } else {
```

**Pauly $hore** 23-Jun-22 12:59 PM
https://trademarks.ipo.gov.uk/ipo-tmcase/page/Results/1/UK00003718333

**middlemarch.eth** 23-Jun-22 01:00 PM
I will be back at a computer shortly and can walk you through it as well

**Pauly $hore** 23-Jun-22 01:00 PM
Amazing

I see you have an AMA today too!

**middlemarch.eth** 23-Jun-22 01:00 PM
I do! I wonder what ppl will want to talk about? The #1 NFT world wide maybe?

**Pauly $hore** 23-Jun-22 01:01 PM
HAHAHAHA

They want to talk about YOU!



RR/BAYC going as much volume as the rest of the top 10 combined.

Un fucking believable
I really think we could consider listing a bunch more top projects
.25% royalty
0 if you own RR/BAYC
Cheapest marketplace in the game to begin with
And free if you have the token
We have the spotlight right now
Why not have a grand slam?!
I really think we can take a massive chunk of volume from everyone
.25% will add up fast if we get users

**Pauly $hore** 23-Jun-22 01:47 PM
We could also let Yuga owners list for .25% as well
0 if holding



**ryder** 23-Jun-22 02:20 PM
gas is insane right now
and i have a hanging tx
having trouble sending to myself to clear it

**ryder** ⇄ having trouble sending to myself to clear it
**Pauly Shore** 23-Jun-22 02:01 PM
Did you try the duplicate nonce thing?

**ryder** 23-Jun-22 03:21 PM
https://twitter.com/ryder_ripps/status/1540052388282769409

> ⓦ RYDER-RIPPS.ETH ⇄ (.@ryder_ripps)
> imagine culling a project a rug pull where the creator is willing to BUY BACK the
> NFTs sold at the price they sold them for. lol i think im the first person to ever
> offer this. its hysterical
>
> 🐦 Twitter • 23-Jun-22 03:21 PM

we should make a system to do this
its really funny
and bold

**hwonder** 23-Jun-22 03:23 PM
there is a 72%refund contract
that does this

**ryder** 23-Jun-22 03:23 PM
can we host ape market outside of us

**hwonder** 23-Jun-22 03:34 PM
nftx is a "form" of this

**ryder** 23-Jun-22 03:39 PM
can the script work the old way
where it does transfers first
then mints

**middlemarch.eth** 23-Jun-22 03:40 PM
Yes gtive me 1 min

**ryder** ⇄ can the script work the old way
**middlemarch.eth** 23-Jun-22 03:47 PM
Try this: https://gist.githubusercontent.com/RogerPodacter/129051836a44b54e3e8fc50d353541a4/raw/6d228f2824c4e6253575075d5663bd33f94374dc/new_script.js

**ryder** ⇄ can we host ape market outside of us
**Pauly Shore** 23-Jun-22 04:47 PM
this is a good question

**hwonder** 23-Jun-22 04:48 PM
we can place ape market on any server
we can also place mirrors
while it would be slightly slower, we could host it on IPFS as well
@middlemarch.eth and i are on a dev call as we speak stepping through few things
we'll have a significant update to share soon

**ryder** 23-Jun-22 07:06 PM
script not loading now
just hanging

```
Hello Mr. Ripps. Wha
Getting data...
Done!
```

nm.u it !!!
sorrry new script works

**middlemarch.eth** 23-Jun-22 07:16 PM
BOOOMMM

**hwonder** 23-Jun-22 07:23 PM
BOOM
@middlemarch.eth keep my looped in
if tonite or tomorrow

**hwonder** if tonite or tomorrow
**middlemarch.eth** 23-Jun-22 07:53 PM
Realistically let's say tomorrow
Power day

**hwonder** 23-Jun-22 11:53 PM
coolio
im also configuring on digital ocean > heroku for the alt

**middlemarch.eth** 24-Jun-22 05:30 AM
STILL MINTING!!
(The script)

**hwonder** 24-Jun-22 05:54 AM
great day! red.e.

activating indexing re: OS, Foundation. Looks APIs using res indexer

https://ape-mktg-frontend-vv3kl.ondigitalocean.app/
v3.market

https://jellyfish-app-yunhj.ondigitalocean.app/
v3.api
we will need to multisig it soon | NEXT_PUBLIC_FEE_RECIPIENT | | | the address that will receive marketplace fees. as incoming fees will be directed to said multisig
out of box. zero base points set for fees.

| NEXT_PUBLIC_OPENSEA_API_KEY | ab890 |
|---|---|
| NEXT_PUBLIC_COMMUNITY | apemarket |



**ryder** 24-Jun-22 12:37 PM
the mark guy not knowing about kali yuga immediately discredits him
tbh

**Pauly Shore** 24-Jun-22 12:37 PM
Yes

**ryder** 24-Jun-22 12:37 PM
its widely discussed

**Pauly Shore** 24-Jun-22 12:49 PM
@hwonder do you recommend a resource for volume of RR/BAYC as a temp measure?

**hwonder** 24-Jun-22 12:49 PM
like ... total volume ?
or you mean buying

**Pauly Shore** 24-Jun-22 12:49 PM
Yeah / 24hr
Like what was removed from Os

**hwonder** 24-Jun-22 12:50 PM
best place is dune analytics

**Pauly Shore** 24-Jun-22 12:50 PM
Word that's what I thought

**hwonder** 24-Jun-22 12:57 PM



shortly 24h vulume will show on ape market v3

**ryder** 24-Jun-22 12:58 PM
are they minted out

**middlemarch.eth** 24-Jun-22 12:58 PM
I believe so yes

**ryder** 24-Jun-22 12:58 PM
h i didn't understand ur dm
https://twitter.com/joedidonato94/status/15403780664548065337s=21&t=CZk44dMOLC13zkhvHbq3Ng

> **KingFUD (@JoedidonatoJr94)**
> @ryder_ripps Almost 5 days and my mint still not sent to me lmao
> 🐦 Twitter · 24-Jun-22 12:55 PM

pauly can u deal w stuff like this

> ⤷ ryder  h i didn't understand ur dm
**hwonder** 24-Jun-22 12:58 PM
I was sharing to visit this chat here, with these tweets / responses (given GG blocked)

**middlemarch.eth** 24-Jun-22 12:59 PM
We can fulfill them all right now, or you an re run the script to go one by one again
To fulfill all of them I should do some testing and we should do a call
💯 1

> ⤷ ryder  pauly can u deal w stuff like this
**Pauly Shore** 24-Jun-22 12:59 PM
Replied

**middlemarch.eth** 24-Jun-22 12:59 PM
One by one is easy (but of course a lot slower)

**ryder** 24-Jun-22 01:54 PM
based on wylies response i dont think they want to go to court
their evidence is legit terrible

> ⤷ ryder  based on wylies response i dont think they want to go to court
**Pauly Shore** 24-Jun-22 01:55 PM
Extremely unlikely
Still working on finding some attorneys regardless
Just in case

**ryder** 24-Jun-22 02:01 PM
floor falling hard

**Pauly Shore** 24-Jun-22 02:01 PM
Yes supply went up drastically
Totally to be expected
Distribution is excellent
OS delisting certainly killed momentum

**hwonder** 24-Jun-22 02:02 PM
distribution is EXCELLENT

**Pauly Shore** 24-Jun-22 02:02 PM
lmo



**ryder** 🔁 24-Jun-22 09:54 PM
https://twitter.com/yugalabs/status/1540509852702851072

> ✘ Yuga Labs (@yugalabs)
> (2/2) … us and the BAYC community. we have filed a lawsuit against the responsible parties. We will continue exploring and pursuing all legal options at our disposal
> 🐦 Twitter • 24-Jun-22 09:39 PM

**ryder** 🔁 24-Jun-22 10:19 PM
hello??

**middlemarch.eth** 24-Jun-22 10:42 PM
Whoa, just seeing this!
Crazy, let's see what they actually send us I guess

**ryder** 🔁 added a recipient.   24-Jun-22 10:44 PM

**arze** 24-Jun-22 10:47 PM
hey guys
who is pinning the data on IPFS?
could they attack that
should i set up pinning outside of usa

**ryder** 🔁 24-Jun-22 10:52 PM
its still falling past the mint number

**middlemarch.eth** 24-Jun-22 11:01 PM
According to the site it's done! Congrats!!
I will double check manually when I get home

● **arze** who is pinning the data on IPFS?
**middlemarch.eth** 24-Jun-22 11:05 PM
I am pinning the metadata JSON on piñata. It points to an image that presumably yuga is pinning. Would definitely be good to have a layer of redundancy there, good call!

**arze** 24-Jun-22 11:05 PM
ok ill work on it
do u have a list of all ipfs hashes so i dont have to scrape it?

**middlemarch.eth** 24-Jun-22 11:17 PM
The ones minted through the reservation contract look like this: QwdXP26NJ2cuqc3B1d6lwf3bhnu2uderbt30fm3d9oeuz9u/${apeId}_.json , the Foundation ones are a bit more random, but this is a start I think

**middlemarch.eth** 24-Jun-22 11:16 PM
Basically looks like we're done

| Status | Count | Unit price | Revenue |
|---|---|---|---|
| Fulfilled | 7,028 | 0.15 | 1054.2 |
| Set aside | 500 | | |
| Minted pre-contract | 2,467 | 0.1 | 246.7 |
| **Total** | **9,995** | | **1,301** |

We've handled all but 5 apes which i need to investigate (they were probably minted pre-contract but not in the list)
Total revenue 1300 eth
The "missing apes" are ids:
811
2089
3683
5395
8775
I'm going to withdraw

**arze** 25-Jun-22 12:10 AM
Okay no problem i will scrape them
i'll figure out a way to pin them outside of US
thanks for the help with foundation though

**hwonder** 25-Jun-22 01:23 AM
ipfs data is the actual BAYC data

**arze** 25-Jun-22 01:24 AM
the images yes, not the metadata

**hwonder** 25-Jun-22 01:28 AM
correct. that's pinned currently on piñata

**arze** 25-Jun-22 01:29 AM
yes. couldn't they in theory take down the only pinner
DMCA laws only apply within USA
so i'm saying pin it for a second time

**hwonder** 25-Jun-22 01:36 AM
pinning additional times is solid

**arze** 25-Jun-22 01:36 AM
you're saying it's been done or agreeing with me?

**hwonder** 25-Jun-22 01:44 AM
i am agreeing with you.

**arze** 25-Jun-22 01:46 AM
Okay i'll work on it tmr

**Pauly Shore** 25-Jun-22 02:49 AM
I was asleep at quite a moment
i am catching up right now
https://trblaw.com/wp-content/uploads/2022/06/6.24.2022-Yuga-Labs-v-Ryder-Ripps-Complaint.pdf

**Pauly Shore** 25-Jun-22 04:54 AM
Let me know if you guys are available for a group call tomorrow.

**hwonder** 25-Jun-22 04:54 AM
In 30 mins. Driving rn (edited)



Pauly Shore  25-Jun-22 04:55 AM
can i call you H?

side note: we still have to mint the apes remaining in the treasury i believe.

Pauly Shore  25-Jun-22 05:07 AM
ill circle back tomorrow

Pauly Shore  25-Jun-22 06:06 AM
https://twitter.com/paulyOs/status/1540632816282738688?s=21&t=DL-Xy7ZAmax-xxQ208c8QQ

PAULY☑️ (@PaulyOs)
My real name is Jeremy Cohen, but most of you know me as Pauly.

Twitter • 25-Jun-22 05:47 AM

Doxxed.

hwonder  25-Jun-22 06:23 AM
irony @Pauly Shore u look like my brother

Pauly Shore  25-Jun-22 06:23 AM
I am your brother in another dimension!

Our actions in the coming days will play a huge role in our public perception.

I want to have a team meeting today so we can all talk to begin with and I think we should start from there

It may be wise to not participate in recorded spaces for the time being
I think it was a strong move to dox myself officially and my face

I expect the media will cover this heavily
So interviews will be asked for
I respect each individuals approach but it felt right for me

hwonder  25-Jun-22 06:26 AM
I almost did and stopped.  no immediate posts or noise at moment

hwonder I almost did and stopped. no immediate posts or noise at moment
Pauly Shore  25-Jun-22 06:28 AM
I think that is another good approach
My name and handle was doxxed in their filing

hwonder  25-Jun-22 06:32 AM
their filing is pretty poorly done

Pauly Shore  25-Jun-22 06:32 AM
I agree
It's actually kinda shocking
It feels very rushed

hwonder  25-Jun-22 06:34 AM
it seems like a media response over anything else.

however the "rushed" feeling of it is either ignorance or extremely high emotional intelligence

Pauly Shore  25-Jun-22 06:34 AM
Yes
That's hard to parse

hwonder  25-Jun-22 06:36 AM
in the case of high emotional intelligence.. it seems they are playing dumb (we didn't do these things) and method acting it via a lawsuit

Pauly Shore  25-Jun-22 06:47 AM
Yes



Trends for you

Sports · Trending
Westbrick
6,343 Tweets

Business & finance · Trending
Ryder Ripps
5,869 Tweets

Business & finance · Trending
#Polygon
31.6K Tweets

Business & finance · Trending
Yuga
8,882 Tweets



The sender is not in your contact list.
**Report Junk**

@ryder ⇄
https://twitter.com/the_x2y2/status/1540684220627947521?s=21&t=ul-NT9nGJtFQdihmon-AVQ

X2Y2 ◆ #2 NFT Marketplace (x-the_x2y2)
@ryder , ripps could you please follow us back so we can DM
🐦 Twitter • 25-Jun-22 09:11 AM

**Pauly Shore** 25-Jun-22 11:57 AM
Hey @hwonder @ryder ⇄, @middlemarch.eth
Lmk if you can jump in a call in 15!

**middlemarch.eth** 25-Jun-22 11:57 AM
👍

**Pauly Shore** 25-Jun-22 11:59 AM
@middlemarch.eth if it works for you maybe we can jump in whenever @hwonder surfaces so we can do a 3 way and discuss some dev stuff
I know we mentioned hosting
Someone mentioned AWS as a weak point that Yuga could go at
For apemarket.com
Apemarket.us and Apemarket.biz are available btw
Maybe I should grab them just in case
Thoughts @middlemarch.eth

**middlemarch.eth** 25-Jun-22 12:12 PM
Let's discuss on the call!

**Pauly Shore** 25-Jun-22 12:13 PM
Ok great

**ryder** ⇄ 25-Jun-22 12:32 PM



someone is trying to sell me this

**middlemarch.eth** We've handled all but 5 apes which I need to investigate (they were probably minted pre-contract but not in the list)

**middlemarch.eth** 25-Jun-22 12:51 PM
I've accounted for all the "missing" apes and they are fine. In addition there are 10 unburned dupes out there. 478 ape ids remain unminted (of the 500 we set aside)
@arze here are the metadata URIs: https://gist.github.com/RogerPodacter/8d5b8e189feaff9409b456bc0881a32

rrbayc_minted.json
GitHub Gist: instantly share code, notes, and snippets.

(Second element of each array)

**arze** 25-Jun-22 12:52 PM
great thank you

**arze** 25-Jun-22 10:40 PM
how's the marketplace going
u guys need any work on it?

**Pauly Shore** 25-Jun-22 10:42 PM
We are strategizing re lawsuit atm

**arze** 25-Jun-22 10:43 PM
is the marketplace still happening?

**Pauly Shore** 25-Jun-22 10:43 PM
That's the plan sir

**ryder** ⚎ 26-Jun-22 02:11 PM
i think remove the logo from the website ?

**Pauly Shore** 26-Jun-22 02:59 PM
@middlemarch.eth @Rwonder

**middlemarch.eth** 26-Jun-22 05:36 PM
I can do that in a few. What should I replace it with? Should I change the name per the x2y2 change?

> ⬤ middlemarch.eth I can do that in a few. What should I replace it with? Should I change the name per the x2y2 change?

**Pauly Shore** 26-Jun-22 05:37 PM



Lol

Stock monkey skull

@ryder ⚎ do you wanna just replace it with all black?
@middlemarch.eth I think just black it out for now until Ryder chimes in

**ryder** ⚎ 28-Jun-22 11:00 AM
can the original terms appear if u click on an ape
but the reservation button says "already reserved"

**middlemarch.eth** 28-Jun-22 12:59 PM
Let me check

**middlemarch.eth** 28-Jun-22 02:36 PM
Ok this is done @ryder ⚎

**ryder** ⚎ 28-Jun-22 02:40 PM
put the logo back maybe
that shit is bullshit

**ryder** ⚎ 28-Jun-22 03:13 PM
deal with it monkeys
bored apes with it glasses meme as gif over it
cheap mint
like 0.01
itll sell out

**ryder** ⚎ 28-Jun-22 06:33 PM
📄 Yuga_Labs_LOA_1.pdf
500.72 KB





**ryder** 30-Jun-22 01:42 PM
Hey, I paid for 2 apes and received one.
I heard mint has stopped and that we are eligible of a refund.
This is my txn
0x220b4b676ec9e498cc08272425441d5ed875826565775fee5f7bc6bcb83a0ab2
https://etherscan.io/tx/0x220b4b676ec9e498cc08272425441d5ed875826565775fee5f7bc6bcb83a0ab2
Will love to hear back from you soon.

**Ethereum Transaction Hash (Txhash) Details | Etherscan**
Ethereum (ETH) detailed transaction info for txhash
0x220b4b676ec9e498cc08272425441d5ed875826565775fee5f7bc6bcb83a0ab2.
The transaction status, block confirmation, gas fee, Ether (ETH), and token transfer
are shown.

**Pauly Shore** 30-Jun-22 01:43 PM

| | Value | Gas Limit |
|---|---|---|
| 56de952298e2… | 0.15 Ether | 49,976 |

**ryder** 30-Jun-22 01:43 PM
ty

**Pauly Shore** 30-Jun-22 01:43 PM
Internal tx
No

**Pauly Shore** 30-Jun-22 10:10 PM
https://twitter.com/mjoh090/status/1542691101991002113?s=21&t=VOil4Aeal HDVfxZiWoNjw

**mjoh090** (:#mjoh090)
@RR_BAYC @ryder_ripps @PaulyOx These token id's appear to have identical
hash codes on the BAYC provenance page:
1110
3178
3180
3185
3187
3188
3190
3380
3282
3384
3287
3602
3404
3405
3406
3411
3413
3414
3419
3422
3427
3429
3433
3435
3446
3448
3492
3493
3596
4476
7543
3435
3446
3448
3492
3493
3596
4476
7543

🐦 Twitter • 30-Jun-22 10:06 PM
Thoughts @middlemarch.eth @hwonder

**arze** 30-Jun-22 10:26 PM
what does he even mean

**Pauly Shore** 30-Jun-22 11:01 PM
not sure what he is getting at



**arze** 30-Jun-22 11:09 PM
hash codes?

ipfs?

**middlemarch.eth** 01-Jun-22 09:00 AM
Not sure what this is exactly but it appears to be a reference to the meme that the Yuga BAYC provenance hash is messed up. The meme is that it was added after mint (which defeats the purpose) and also that it doesn't even work; that if you hash all the images you don't get it

This was most recently discussed when someone raised to Ryder that Yuga could have chosen specifically which apes were in meme numbers like #6969

👍 1

This was in a Telegram chat / I haven't really investigatedit

Bottom line is I don't think the tweet is about RR/REDACTED

👍 2

**Pauly Shore** 01-Jul-22 11:35 AM
Thanks!

**Pauly Shore** 01-Jul-22 02:54 PM
https://twitter.com/paulyOx/status/15429440919141335047s=21&t=DZ7ATtQQZUnVHlzJWwRu_g

PAULY 🎤 (@PaulyOx)

Check out the new @Timbaland BAYC music video featuring @BillGates 😂😂

😂😂😂

The lyrics are literally "Everything Has A Meaning".

I could not agree more.

https://t.co/a9Rq7WFpRt

🐦 Twitter · 01-Jul-22 02:51 PM

**middlemarch.eth** 06-Jul-22 04:24 PM
Ok I did the gas calculations for the last round!

I looked at Ryder's transactions since 14931238 which was the last block considered for the previous calc

In total it was 44.52 gas paid, so 11.13 each

H and I overpaid last time by 3.2, so we owe Ryder 7.93. Pauly either owes the full 11.13 or something else based on what he paid or didn't pay last time

In addition we incurred $3,243.15 in infrastructure costs for Infura and Cloudinary and Pauly owes me $810 for that

Here are all the calculations: https://docs.google.com/spreadsheets/d/1I8vMOmbDRrUkDlS2-ShYCSUO_IGrl1ibDfKQB9lloxx/edit#gid=1450147469

> RR/BAYC 3rd gas
>
> Summary
>
> Total gas paid,44.52
> CREDIT,Owes Ryder
> R,11.13
> H,11.13,3.2,7.93
> P,11.13,11.13
> T,11.13,3.2,7.93
> Total infra cost,$3,243.15
> Owes Tom
> R,$810.79,$810.79
> H,$810.79,$810.79
> P,$810.79,$810.79
> T,$810.79

Take a look as I made a mistake last time and this is a big one!

Hosting the images on the site is still costing us $549 / Month ongoing

So that's something to watch for the future unless traffic goes down

**Pauly Shore** 06-Jul-22 06:37 PM
Ok

Thanks dude

**ryder** 06-Jul-22 04:45 PM
cool

why is the hosting so much?

maybe just make it static

**Pauly Shore** 06-Jul-22 05:59 PM
https://twitter.com/paulyOx/status/15447969326477516807s=21&t=18TUYQAOEEOJnvzXoSRP_w

PAULY 🎤 (@PaulyOx)

➡️ SOON

Registering peniswall.com...

🐦 Twitter · 06-Jul-22 05:34 PM

**middlemarch.eth** 06-Jul-22 05:59 PM
It's just the images, everything else is static

If people stop going to the site it will go down

But it's a lot right now

If we could take off the images it would be basically free to host

✅ 2

**arze** 06-Jul-22 08:23 PM
what if you guys put IPFS in the browser site to make users pin the apes if they want

it runs in background as webworker afaik



**arze**  06-Jul-22 08:56 PM
could add to the decentralized aspect

**ryder**  06-Jul-22 08:59 PM
images off site? or token

**Pauly Shore**  07-Jul-22 01:06 PM
not sure what you mean by that q ryder
I still strongly feel that we should release apemarket.com under a different brand or domain, I think we we can include other projects so that we do not have to worry about being yuga specific. And it could still be token gated.

**arze**  07-Jul-22 01:08 PM
u guys need to be careful about having any link to it

**Pauly Shore**  07-Jul-22 01:09 PM
well we are allowed to continue to build and release products, i just think that we have to be careful about the link to their alleged trademark for "Ape"
thats my thought

**arze**  07-Jul-22 01:10 PM
well is it illegal with a different name but same product only doing yuga/rrbayc

**Pauly Shore**  07-Jul-22 01:10 PM
But what we built is really important and significant to the NFT space at large, and I feel that putting that into use and on display for the community to see and use is powerful.
I keep thinking about that.

**arze**  07-Jul-22 01:10 PM
can you dmca a marketplace for using a collections logo?
but actually i guess it's different because the owner uploads a logo to a marketplace

**Pauly Shore**  07-Jul-22 01:30 PM
you can basically dmca whoever you want is how i look at it

**arze**  07-Jul-22 01:20 PM
yeah but will it stand
they are a public company
you can use their logo legally

**Pauly Shore**  07-Jul-22 01:20 PM
yeah the issue they are bringing up is the word ape

**arze**  07-Jul-22 01:20 PM
and if you do 0 fee it's not for monetary gain

**Pauly Shore**  07-Jul-22 01:20 PM
correct
but i think its neither here nor there
all other marketplaces charge service fees
and display the logos for the collections

**arze**  07-Jul-22 01:21 PM
but yuga uploaded those logos

**Pauly Shore**  07-Jul-22 01:21 PM
right i see your point
i believe that is accurate

**arze**  07-Jul-22 01:22 PM
but they don't own the word ape
do they even have any trademark claims with it

**Pauly Shore**  07-Jul-22 02:13 PM
yeah a pending trademark claim

**Pauly Shore**  10-Jul-22 11:29 PM
https://twitter.com/fr_brennan/status/1546329945223401472?s=21&t=-vYvVvYnv9CS0mviLI_2sQ

> **Fredrick Brennan** @copypaste @mastodon.online
> (@fr_brennan)
> im convinced
> i did not voice skepticism of BAYC racism despite having it in spades
> that's gone, @thirdeyeoftruth, @ryder_ripps, @yyolk etc are TOTALLY right about the idea that BAYC is racist af
> owning an ape is like owning a Klan uniform.
> sorry for saying nothing for so long.
>
> 🐦 Twitter • 10-Jul-22 11:06 PM

Founder of 8chan

**arze**  10-Jul-22 11:30 PM
what discord is that ss from

**Pauly Shore**  10-Jul-22 11:30 PM
No idea
https://twitter.com/fr_brennan/status/1546336388534226944?s=21&t=-vYvVvYnv9CS0mviLI_2sQ

> **Fredrick Brennan** @copypaste @mastodon.online
> (@fr_brennan)
> aа i have a lot to tell you but
> another point made by @thirdeyeoftruth
> ok
> the fact that the founders are Cuban, Turkish etc TRACKS FOR ME big time
> 8chan /pol/'s original "Board Owners" were ALL from Latin America/other countries not typically called "white"
>
> 🐦 Twitter • 10-Jul-22 11:31 PM

Bruhhh





middlemarch.eth @hwonder @Pauly Shore y'all owe me the 810 USD when you have a moment; I accept eth, stable coins, land, whatever

**hwonder**  27-Jul-22 11:54 AM
did stables. hope cool.

👍 1

**hwonder**  27-Jul-22 12:10 PM
need icon for this chat. its lost in my ... far too many group chats

middlemarch.eth changed the channel icon.  27-Jul-22 12:13 PM

**middlemarch.eth**  27-Jul-22 12:13 PM
Done!

**hwonder**  27-Jul-22 12:13 PM
bam!

middlemarch.eth Done!

**hwonder**  27-Jul-22 12:14 PM
friendly reminder "Prop-9-payouts-over-time" would love some feedback in phunks discord.

**middlemarch.eth**  27-Jul-22 12:15 PM
I'll take a look! Walking on egg shells over there now lmao. Did just report a bug on the Auction House tho so maybe I'm back in the game

👍 1

I'll check

**hwonder**  27-Jul-22 12:15 PM
no eggs shells... who giving you issue... you are gud!

middlemarch.eth @hwonder @Pauly Shore y'all owe me the 810 USD when you have a moment; I accept eth, stable coins, land, whatever

**Pauly Shore**  27-Jul-22 06:24 PM
Hey sorry just seeing this

Can you deduct it from what you owe ryder?

And I can pay you direct

**Pauly Shore**  27-Sep-22 03:22 PM
hey guys per our attorney we are collecting some documents that we can share with our counsel

this is his request

"We basically need everything: code, communications with collaborators, notes, plans, etc. "

if there is any suggestions or items @hwonder or @middlemarch.eth can share please let me know

Exported 11,216 message(s)