# Trial Exhibit JTX-0802

Lodged with Court as a native file on CD