# RRBAYC

20 May 2022

Pauly Shore created group «RRBAYC» with members Pauly Shore, Hwonder, Ryder Ripps and Tom

**PS**  **Pauly Shore**                                                                              15:05
yo yooooo

**H**  **Hwonder**                                                                              15:05
added.

Pauly Shore started voice chat

**T**  **Tom**                                                                              15:08
www CNAME rrbayc.netlify.app.

**RR**  **Ryder Ripps**                                                                              15:08



**PS**  **Pauly Shore**                                                                              15:14



**T**  **Tom**                                                                              15:21
https://rrbayc.com/

**PS**  **Pauly Shore**                                                                              15:24
https://umbria.network/connect/ethereum-testnet-rinkeby

**RR**  **Ryder Ripps**                                                                              15:24
0x592814FF14E030B51F6087032DB0f88F4214F254

**T**  **Tom**                                                                              15:25
0xC2172a6315c1D7f6855768F843c420EbB36eDa97

**PS**  **Pauly Shore**                                                                              16:03
we can hear you h

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT  _____JTX-0803_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-0803.00001

youre good                                                      16:03



LETS GOOO                                                       16:04

hwonder is already almost done with the grid                   16:05

**Ryder Ripps**                                                16:19



this vibe                                                       16:19

**Tom**                                                        16:19

Boom and that's Helvetica?

**Ryder Ripps**                                                16:19

just default

                                                               16:19

**Tom**                                                        16:19

kk

**Ryder Ripps**

**RR**                                                                   16:19
ill do some more and send

**Pauly Shore**                                                          16:20
In reply to this message
DANK

**Ryder Ripps**                                                          16:22
should taken be lower opacity

or opposite                                                             16:22

can u send a request through the site too?                              16:23

**Pauly Shore**                                                          16:32
which request would that by @ryderripps

**Pauly Shore**                                                          16:50



**Tom**                                                                  17:14
"should taken be lower opacity" => IMO taken should be higher transparency because we are FILLING IN the new collection, not TAKING FROM the "original"

**Ryder Ripps**                                                          17:15
cool

looks good                                                              17:15

i like seeing the number tho                                            17:15

so people can type it in                                                17:15

or maybe if u click it it will populate the form with the number        17:16

**Tom**                                                                  17:16
Higher opacity I meant argh

I think ppl should be able to type as well                              17:16

**Ryder Ripps**                                                          17:23
cool

**Pauly Shore**                                                          17:29
On June 14th, 2021 Ryder Ripps minted CryptoPunk #3100 on Foundation, testing the boundaries and meaning of IP law, copyright and Non-Fungible Tokens. His work was delisted from foundation after he received a Digital Millennium Copyright Act (DMCA) notice from the original creator LarvaLabs LLC. He successfully countered the DMCA and his work was

subsequently re-listed and purchased by Jason Williams aka "Going Parabolic"

Ryders recent NFT work has created bold provocations and inquiries regarding the nature of NFT, provenance and ownership. His work helps establishes that provenance is the definitive aspect of art. The technology of NFTs is widely misunderstood and bastardized in its current iteration. However Ryders conceptual work in the space has helped to bring light to many important idealogical discussions and understanding. NFT technology is revolutionary and paramount in establishing the true significance of provenance.

Since December of 2021, Ryder has been deeply investigating the BAYC subculture and underpinnings. His research has led him to discover a deep and undeniable link to internet/4chan troll culture. See the research at GordonGoner.com

Beginning on Wednesday, May 18th of 2022, Ryder, in the spirit of his historic alien #3100 mint began creating new works based on the BAYC genesis collection, these new works recontextualize the originals, illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censorship components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure.

This work falls within the framework of satire, provocation, fair use and protest.

This collection has already been delisted and relisted from the Foundation marketplace twice and YugaLabs LLC has formally withdrawn their DMCA takedown request via Foundation.

@ryderripps                                              17:30

**Ryder Ripps**                                         17:30
no need to mention jason i think is there?

**Pauly Shore**                                         17:30
no sweat

i just threw pen to paper on it fast to have something to work off   17:30

ill cut it                                              17:30

On June 14th, 2021 Ryder Ripps minted CryptoPunk #3100 on   17:30
Foundation, testing the boundaries and meaning of IP law, copyright and Non-Fungible Tokens. His work was delisted from foundation after he received a Digital Millennium Copyright Act (DMCA) notice from the original creator LarvaLabs LLC. He successfully countered the DMCA and his work was subsequently re-listed.

Ryders recent NFT work has created bold provocations and inquiries regarding the nature of NFT, provenance and ownership. His work helps establishes that provenance is the definitive aspect of art. The technology of NFTs is widely misunderstood and bastardized in its current iteration. However Ryders conceptual work in the space has helped to bring light to many important idealogical discussions and understanding. NFT technology is revolutionary and paramount in establishing the true significance of provenance.

Since December of 2021, Ryder has been deeply investigating the BAYC subculture and underpinnings. His research has led him to discover a deep and undeniable link to internet/4chan troll culture. See the research at GordonGoner.com

Beginning on Wednesday, May 18th of 2022, Ryder, in the spirit of his historic alien #3100 mint began creating new works based on the BAYC genesis collection, these new works recontextualize the originals, illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censorship components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure.

This work falls within the framework of satire, provocation, fair use and protest.

This collection has already been delisted and relisted from the Foundation marketplace twice and YugaLabs LLC has formally withdrawn their DMCA takedown request via Foundation.

**Ryder Ripps**                                                    17:31

Ryder Ripps minted the Larva Labs CryptoPunk #3100, an image whos original token attached sold for $7.XM

*thats                                                             17:31

**Pauly Shore**                                                    17:31

copy that

**Ryder Ripps**                                                    17:31

something like that

**Pauly Shore**                                                    17:31

yes

adding                                                             17:31

will look up the exact sale as well                               17:31

**Ryder Ripps**                                                    17:31

his sold for 2.1eth

blah blah                                                         17:31

**Pauly Shore**                                                    17:31

was it 2.1 eth

and was it after the delisting that it sold?                      17:31

ill check                                                         17:32

nevermind                                                         17:32

**Ryder Ripps**                                                    17:32

is research has led him to discover links to internet/4chan troll culture. See the research at GordonGoner.com

**Pauly Shore**                                                    17:34

On June 14th, 2021 Ryder Ripps minted CryptoPunk #3100 on Foundation, an image whose original token attached sold for $7.58M USD on March 11th, 2021. Ryders Alien 3100 mint tested the boundaries and meaning of IP law, copyright and Non-Fungible Tokens. The work was delisted from foundation after he received a Digital Millennium Copyright Act (DMCA) notice from the original creator LarvaLabs LLC. He successfully countered the DMCA and his work was subsequently re-listed.

Ryders recent NFT work has created bold provocations and inquiries regarding the nature of NFT, provenance and ownership. His work helps establishes that provenance is the definitive aspect of art. The technology of NFTs is widely misunderstood and bastardized in its current iteration. However Ryders conceptual work in the space has helped to bring light to many important idealogical discussions and understandings. NFT technology is revolutionary and paramount in establishing the true significance of provenance.

Since December of 2021, Ryder has been deeply investigating the BAYC subculture and underpinnings. His research has led him to discover a deep and undeniable link to internet/4chan troll culture. See the research at GordonGoner.com

Beginning on Wednesday, May 18th of 2022, Ryder, in the spirit of his historic alien #3100 mint began creating new works based on the BAYC genesis collection, these new works recontextualize the originals, illuminating truths about the project specifically as well as the nature of web 3 and its allegedly anti-censorship components. The true purpose and utility of NFTs lies in establishing provenance and creating an immutable record of ownership, not in its ability to function as visual infrastructure.

This work falls within the framework of satire, provocation, fair use and protest.

This collection has already been delisted and relisted from the Foundation marketplace twice and YugaLabs LLC has formally withdrawn their DMCA takedown request via Foundation.

Feel free to add notes                                                        17:37

**Ryder Ripps**                                                              17:37



this is the kinda vibe im thinking                                            17:37

just really simple                                                           17:37

makes it more art feeling imo                                                17:37

**Pauly Shore**                                                              17:39

yes i like the minimalist aesthetic                                          17:39

JTX-0803.00006

| | |
|---|---|
| text seems a bit chunky up top | 17:40 |
| maybe we can shorten it | 17:40 |
| im gonna go grab some tacos will be back at my battle station here in like an hour | 17:40 |

**Hwonder** 18:33

what is border radius on those apes?

nm. radius built in. 18:34

**Pauly Shore** 18:34

Yeee

I think Ryder snoozed for a min 18:34

I got his assitant on deck if need be 18:34

**Ryder Ripps** 18:36



something like this 18:36

https://okfoc.us/9000/rrbayc/ 18:48

**Pauly Shore** 19:39

hop in voice @ryderripps

**Tom** 19:39

https://rrbayc.com/

Tom: 0xC2172a6315c1D7f6855768F843c420EbB36eDa97 19:40
h: 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B

**Ryder Ripps** 19:44

https://etherscan.io/tx/0x3c6ab9e210116084bcc152913edf0e889a16c0ae8bf4ac9c9c42376048d962cd

https://etherscan.io/tx/0xce5f7a32b5f912d04180a5c07f75777bbf579cf70eba2188e2be74115065239d 19:46

https://foundation.app/@ryder_ripps/bayc/946 19:46

19:48

Mint to Foundation
904/10,000



JTX-0803.00007

https://foundation.app/@ryder_ripps/bayc/946          19:52

#F79985          20:00

.btnarea          20:04

**Hwonder**          20:09



tests on CSS values          20:10

          20:10

tests on css          20:10

          20:10

**Ryder Ripps**          20:13

form input {
width: 100%;
outline: 0;
background: #fff;
border: 1px solid;
border-radius: 5px;
font-size: 50px;
margin-bottom: 10px;
text-align: center;
font-weight: 300;

**JTX-0803.00008**

```
border: 1px solid black!important;
border-radius: 5px!important;
font-size: 14px!important;
}
```

```
label.text-gray-100 {
color: black;
text-transform: uppercase;
font-size: 10px;
font-weight: 600;
}
```
20:14

**Hwonder**    20:15



edits based on those style changes


20:18

subtle adjustments    20:18

**Ryder Ripps**    20:19
cool

**Tom**    20:21
https://rrbayc-v0.netlify.app/

New site    20:21
Not updated with design changes yet    20:21
But this is the URL    20:21

**Hwonder**    20:24
@me !

bring me the trolls    20:24

**Pauly Shore**

JTX-0803.00009

**PS**    YEEEEEE                                                                  20:24

**RR**    **Ryder Ripps**                                                          20:24
lolol

dope                                                                              20:24

**H**    **Hwonder**                                                              20:24



**RR**    **Ryder Ripps**                                                         20:25
looks good

**H**    **Hwonder**                                                             20:25
perfect!

im CCS ing                                                                        20:37

**PS**    **Pauly Shore**                                                         20:38
roger that

**H**    **Hwonder**                                                             20:40



to fix width                                                                      20:40

**RR**    **Ryder Ripps**                                                         20:40
sick

perfect                                                                           20:40

JTX-0803.00010

looks great                                                                    20:40

**Hwonder**                                                                    20:43

checkbox is BRILLIANT !

yes, its conditional bug... small...                                           20:44

**Ryder Ripps**                                                                20:45

ya

**Pauly Shore**                                                                20:45



**Ryder Ripps**                                                                20:49

📄 **Yuga_Labs_LOA (1) (5) (1).pdf**
526.7 KB

**Hwonder**                                                                    20:50

the error handler version                                                      20:50

**Ryder Ripps**                                                                20:52

📄 **OKFocus_Mail_Foundation_Re_A_Message_from_Foundation_Trust_&_Safety.**
213.8 KB

JTX-0803.00011

**Hwonder**                                                                    20:53

i'll align

is there an order we want to follow ... sequential ?                          20:59

                                                                              20:59



these will turn into the pics of apes                                         21:00

**Ryder Ripps**                                                               21:04

https://foundation.app/@ryder_ripps/bayc/972

invalid ipfs path: invalid path "/ipfs/null": invalid CID: selected           21:06
encoding not supported

**Tom**                                                                       21:07

                                                                              21:07

ipfs://QmdXP2KNU2cuqcJBi6Uaf5bhnu2udmrbtJDfm3dMoewzNu/154                      21:08
9.json

**Hwonder**                                                                   21:08

https://ipfs.io/ipfs/QmdXP2KNU2cuqcJBi6Uaf5bhnu2udmrbtJDfm3dMoewz
Nu/1549.json

**Tom**                                                                       21:09

https://looksrare.org/collections/0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50
d73691e/972

**Ryder Ripps**                                                               21:18



weird                                                                      21:18

**Pauly Shore**                                                           21:21



**Hwonder**                                                              21:33

ids below ? or above... or best to follow style guide

21:33





**Ryder Ripps**                                                         21:34

apes 6500 - 6521 are free

it shows that                                                           21:34

https://twitter.com/ryder_ripps/status/1527825240146866178              21:35

**Pauly Shore**                                                         21:35

Hahahahhaa

**Ryder Ripps**                                                         21:44

lets get video of tool up

or wait till it works with the address?                                 21:45

**Ryder Ripps**

JTX-0803.00013

**RR**                                                                    22:36
can u put the app back

were using it to check taken numbers                                      22:36

**PS**    **Pauly Shore**                                                 22:36
@dumbnamenumbers @OxHwonderOfTheWorld

**H**    **Hwonder**                                                       22:37
finishing these apes and I'll shoot new video

**T**    **Tom**                                                           22:37
Yes I will look give me a few

**PS**    **Pauly Shore**                                                 22:37
Thanks!

**T**    **Tom**                                                           22:52
https://rrbayc-v0.netlify.app/

Ok try this                                                               22:52

I need to figure out why the minting isn't working, but since you're     22:52
using it to look up ids this should help

**PS**    **Pauly Shore**                                                 22:52



The ipfs thing is so bizarre                                             22:52

**T**    **Tom**                                                           22:52
It's publicly-accessible, but the URL is obscure

**PS**    **Pauly Shore**                                                 22:52
That's perfect

The randomizer is great                                                 22:53

**T**    **Tom**                                                           22:57
Fixing a few style thigns

**RR**    **Ryder Ripps**                                                  23:01
https://twitter.com/ryder_ripps/status/1527847027077304320

bro                                                                       23:01

**PS**    **Pauly Shore**                                                 23:01
Lmfaooooooo

Wtfffff                                                                   23:01

**Ryder Ripps**                                                               23:11
https://twitter.com/ryder_ripps/status/1527849591789432832

**Pauly Shore**                                                              23:12
Hahahhh

**Tom**                                                                     23:13
😂

**Ryder Ripps**                                                             23:17
u make a video

or should i                                                                23:17

**Pauly Shore**                                                             23:17
Wym

**Ryder Ripps**                                                             23:17
of tool

i wanted to post                                                           23:18

**Pauly Shore**                                                             23:18
I think it's good if you do but I'm open to ideas

It could be strong if I do it too                                          23:18

And you retweet                                                            23:18

**Ryder Ripps**                                                             23:18
it doesnt matter who makes the video

its like the one hwonder already did                                       23:18

**Pauly Shore**                                                             23:19
I don't have access to the front end I would just use that

I could put music on it or something                                       23:19

Make it funny                                                              23:19

**Ryder Ripps**                                                             23:19
nah

**Pauly Shore**                                                             23:20
I say just post it keep it simple

Hype is already brewing and we can just start trickling out bits           23:20

Tweet from apemarketplace eventuallt                                       23:20

Would be lit                                                              23:20

We are dropping a mega bomb rapidly                                        23:21

The marketplace is gonna be wild                                          23:21

**Ryder Ripps**

JTX-0803.00015

**RR** i was just asking if wonder could screen grab again                                    23:21

**Pauly Shore**                                                                               23:21
Ahhh

**Ryder Ripps**                                                                               23:21
or tom

**Pauly Shore**                                                                               23:21
I see

I'll do that one sec                                                                          23:21

I misunderstood                                                                               23:22

I'm tired I've been working since 7am lol                                                     23:22

And it's almost midnight here                                                                 23:22

                                                                                              23:22



I asked if there's another version like this                                                  23:22

Cropped                                                                                       23:23

                                                                                              23:23



                                                                                              23:26

JTX-0803.00016



This is just like to make it look snazzier — 23:26

That's not the actual took i just added the grid at the bottom — 23:26

Tool* — 23:26

Kinda looks cooler — 23:27

**Ryder Ripps** — 23:27

**Pauly Shore** — 23:28

I dig it myself

They're down they said — 23:28

For the haters — 23:28

Ditch the extra comma — 23:29

**Ryder Ripps** — 23:29

i tweeted

i always do lots of commas — 23:29

**Pauly Shore** — 23:29

For sure

https://twitter.com/davidtamargo/status/1527851368525881344?s=21&t=zFRE_V0vRo5s7YiedMC4IQ — 23:30

Man people paying ceazy 4x — 23:30

**RR** **Ryder Ripps**                                    23:30

yep

**PS** **Pauly Shore**                                    23:30

So lit bro

**RR** **Ryder Ripps**                                    23:48

In reply to this message

this sale is from a friend who works with 11 nightclub

he bought their ape for them                             23:48

**PS** **Pauly Shore**                                    23:51

Oh word

**RR** **Ryder Ripps**                                    23:56

can u make a 5 ape mint max

for each wallet                                          23:56

21 May 2022

**PS** **Pauly Shore**                                    00:00

i will check

may be difficult                                         00:00

one way to help prevent massive supply in concentration is to have    00:01
the max amount you can mint at once be lower

**RR** **Ryder Ripps**                                    01:23

tools been lagging

**PS** **Pauly Shore**                                    01:24

In what aspect

Pulling images                                           01:24

Overall performance                                      01:24

**RR** **Ryder Ripps**                                    01:24

its saying we can mint ones that have been minted

**PS** **Pauly Shore**                                    01:24

@0xHwonderOfTheWorld do you know what could be causing this?

https://foundation.app/@ryder_ripps/bayc/273              01:25

This one is so dank lol                                   01:25

**RR** **Ryder Ripps**                                    01:26

please dont talk about "dank" apes

they all suck                                            01:26

**PS** **Pauly Shore**                                    01:26

I think that the boys may have gone to sleep my dude

**JTX-0803.00018**

We had a fucking grind of a day                                              01:26

**Ryder Ripps**                                                             01:26

np

**Pauly Shore**                                                             01:26

I'm about to knock out myself

But in the morning we will fix this                                          01:26

First iteration usually has a few kinks                                      01:26

This will be jamming soon                                                    01:26

**Ryder Ripps**                                                             01:26

https://foundation.app/collection/rrbayc

people                                                                       01:26

**Pauly Shore**                                                             01:27

The fakes 😵

Will you be ok to keep knocking some out the old way for now?               01:27

Can always pause too                                                         01:27

The demand is here bro it's not gonna really matter when breaks             01:27
have to happen

How deep is the queue right now?                                            01:28

https://rrbayc-v0.netlify.app/                                              01:29

On this page the total minted is less than the total on foundation          01:30

Ah the bottom of the rrbayc tool page                                       01:30

I'll make sure we get to it first thing                                     01:30

Gonna knock out                                                             01:30

Gn dude                                                                      01:30

**Ryder Ripps**                                                             03:03

it be cool if the ape is taken it gives u the option to open the wallet of
person who owns it

**Pauly Shore**                                                             06:42

In reply to this message

Ok cool

I agree I think it's a cool feature                                         06:42

I'll be back to work in 30-hr, just opened my eyes lol                      06:43

https://twitter.com/chaosfiji/status/1527879493834231808?                   06:53
s=21&t=8VWf35Lc4uJIyte9xQTvSg

HAHAHAHAHAHHAHAHA                                                           06:53

**Ryder Ripps**                                                             18:43

📄 **logo.svg**

50.7 KB



18:45

lets try this logo on the site                                    18:45

**Hwonder**                                                       19:06

we doing SVG! we winnin!

**Pauly Shore**                                                   19:06



In reply to this message                                          19:06

Adding now

**Hwonder**                                                       19:10



tg eats the bandwidth                                             19:10

**Ryder Ripps**

**RR**  tweeted                                                                      19:10

**Pauly Shore**                                                                       19:10
In reply to this message
Wym?
Dank                                                                                  19:10

**RR**  **Ryder Ripps**                                                               19:11
it should say the ape number
and rr number                                                                         19:11
somewhere                                                                             19:11

**PS**  **Pauly Shore**                                                               19:11
Ok

**H**  **Hwonder**                                                                    19:11
yes, we're adding that in after infinity scroll... we were pixel pushing

**PS**  **Pauly Shore**                                                               19:11
Good idea
In reply to this message                                                              19:11
🎖️

**RR**  **Ryder Ripps**                                                               19:12
https://twitter.com/ryder_ripps/status/1528151371190374401
https://twitter.com/ryder_ripps/status/1528155096705470464                            19:25
Small typo: 'this is a new mint" not this is new a mint                               19:26

**RR**  **Ryder Ripps**                                                               19:42
i think it should show the ape number

**PS**  **Pauly Shore**                                                               19:43
In reply to this message
Fixed already

**RR**  **Ryder Ripps**                                                               21:39
https://twitter.com/fubuloubu/status/1528179581974417414?s=21&t=-
RvlHyV42qm1_7vY8BJUSQ

**RR**  **Ryder Ripps**                                                               22:17
whens the tool ready
minting is hard this way                                                              22:17

**PS**  **Pauly Shore**                                                               22:17
@dumbnamenumbers @0xHwonderOfTheWorld
Any thoughts?                                                                         22:17

**Tom**  22:20

I think it will be tough to launch the version where everyone can pre-order tomorrow, but it should not take too much longer. If we want to improve things in the short term we could bring back the feature where you can mint from the v1 in addition to looking up the ids

However if we brought back minting from the v1 there would be the issue of the Foundation IPFS delay again, which could be annoying  22:21

**Pauly Shore**  22:22

We were hoping to have the minting tool ready for tomorrow night to host a space

But I understand that it may take a bit longer  22:22

Is it possible to test the functionality of the V1 again  22:23

As a stop gap measure  22:23

?  22:23

**Tom**  22:25

Yes give me a few mins I'll reenable it

**Pauly Shore**  22:25

Fantastic

If we can do a group call and test it here they would be excellent  22:25

@ryderripps @OxHwonderOfTheWorld  22:25

**Pauly Shore**  22:40

https://rrbayc-v1.netlify.app/

22 May 2022

**Hwonder**  02:44



i dont like apes... but i sure do like this  02:44

**Pauly Shore**  09:01



**Ryder Ripps**

**RR**                  11:34

lol                     11:34

whats the status on the tool          11:34

should i hold off minting more        11:35

itll make it much easier              11:35

**PS**    **Pauly Shore**             11:35

Good morning

We are still working on the main tool with the grid selector    11:35

**RR**    **Ryder Ripps**             11:35

what about one with address input

**PS**    **Pauly Shore**             11:36

I can have them work on it but I think overall it's better to prioritize the main iteration

And keep slowly minting the orders    11:36

My prediction is that the entire mint will be complete within 48 hours    11:36

It will mint out very fast once we launch it    11:37

**H**    **Hwonder**                  19:39



which layout             19:39

the left (overlaid ids) or right (where the ID is placed below)    19:39

**RR**    **Ryder Ripps**             19:40

a

**H**    **Hwonder**                  19:40

cool

**RR**    **Ryder Ripps**             19:40

what u think

**H**    **Hwonder**                  19:40

a it is!

**Ryder Ripps**

**RR**  i still think it should list both nobers                      19:40

for ones that are taken                      19:40

rr and bayc                      19:40

**H**  **Hwonder**                      19:41

cool... we have the data... we'll come up with layout for it...

**RR**  **Ryder Ripps**                      19:42

RR#5/YL#492

**H**  **Hwonder**                      19:59

perfect

**PS**  **Pauly Shore**                      20:05

I agree ryder I like A and I think having both numbers is dope

It's gonna be 🔥                      20:05

**RR**  **Ryder Ripps**                      20:52

is batch minting possible

might save gas?                      20:52

**PS**  **Pauly Shore**                      20:55

Do you mean currently @ryderripps or on the tool we are testing with the grid for public mint?

**RR**  **Ryder Ripps**                      20:55

both

**PS**  **Pauly Shore**                      20:56

Up to 6 at a time on the grid tool

**RR**  **Ryder Ripps**                      20:56



what a joke                      20:56

**PS**  **Pauly Shore**                      20:56

But for now it's individual minting on the V1 tool

**RR**  **Ryder Ripps**                      20:56

i bought it back from this guy for 1eth

**PS**  **Pauly Shore**                      20:56

LMFAOOOO

Doxhim                      20:56

What an insult to art                      20:56

**Ryder Ripps**                                                        20:58

and to bean culture worldwide

**Pauly Shore**                                                        21:03

Yes

I want those beans bro                                                 21:03

🎥 **Animation**                                                        21:03
229.5 KB

23 May 2022

**Pauly Shore**                                                        00:20

yo yo

@ryderripps can you jump in voice for a moment just want to show      00:21
you the tool

**Pauly Shore**                                                        00:44

@0xHwonderOfTheWorld please leave your OTC order in here when you
get a chance...

You can send the eth to ryder-ripps.eth and let's us know which wallets you
would like your NFTs sent to!

I'm gonna get some rest fellas! Goodnight! Thanks for a great day!

**Ryder Ripps**                                                        22:08

📄 **RR_BAYC_CARD.png**
89.8 KB

Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork             22:19

hey guys                                                              22:21

**Hwonder**                                                            22:21

yo

**Pauly Shore**                                                        22:21

yo yo

**Tom**                                                                22:21

Heyyy

**Ryder Ripps**                                                        22:21

is there anything shady people can get from email headers

22:22



**Tom**                                                                        22:22

I don't think so

**Hwonder**                                                                    22:23

its fine

**Ryder Ripps**                                                                22:24

link to this

**Hwonder**                                                                    22:24

unless a pgp key or similar was exposed, then it would be issue

**Ryder Ripps**                                                                22:24

**BAYC_LETTER.gif**
414.6 KB

actually                                                                       22:24

rename it                                                                      22:24

**Hwonder**                                                                    22:24

is it hosted somewhere?

**Ryder Ripps**                                                                22:24

Yuga_Labs_Ryder_Ripps_DMCA_Letter.gif

no                                                                             22:25

should i                                                                       22:25

**Tom**                                                                        22:25

I can host

W the rest                                                                     22:25

**Ryder Ripps**                                                                22:25

just host it wherever ur hosting this stuff

**Pauly Shore**                                                                22:25

sick!

**Ryder Ripps**                                                                22:25

if u want i can upload it to s3

**JTX-0803.00026**

**PS** **Pauly Shore**                                                22:25

thanks tom

**RR** **Ryder Ripps**                                               22:25

or on ryder-ripps.com or something

its better if its like rrbayc.com/image.gif                          22:25

📄 **Yuga_Labs_Ryder_Ripps_DMCA_Letter.gif.gif**                     22:26
414.6 KB

fuck take out the .gif.gif                                           22:26

lol                                                                  22:26

that looks so stupid                                                 22:26

**PS** **Pauly Shore**                                               22:26

Hahah

**RR** **Ryder Ripps**                                               22:27

is the plane txt weird

with all the =                                                      22:27

caould do the regular email                                         22:27

**H** **Hwonder**                                                    22:29

plain txt would be weird

**T** **Tom**                                                        22:29

https://rrbayc-v2.netlify.app/

Ok check it out                                                      22:29

Intro text with this addition, plus social tags should good         22:30

Card preview                                                        22:30



**PS** **Pauly Shore**                                               22:30

@ryderripps

Logo?                                                                22:30

**H** **Hwonder**                                                    22:30

that will be perfect on twitter

a feed of those                                                      22:30

JTX-0803.00027

**Pauly Shore**                                        22:31

Yes

He made a bunch of different logos                     22:31

**Hwonder**                                            22:31

that was well played @ryderripps in that chat

**Pauly Shore**                                        22:31

They're 🔥 🔥 🔥 🔥

                                   22:34

                                   22:35

**Hwonder**                                            22:35

these are options or is one of these the official

**Tom**                                                22:35

Sick

**Hwonder**                                            22:36

In reply to this message

on dark mode... twitter... this will be insane feed

**Pauly Shore**                                        22:36

@ryderripps what do you think for the logo choice

                                   22:36

Hardcore                                               22:36

Too much probz                                         22:36

But the design is 🔥 🔥 🔥                              22:36

**JTX-0803.00028**



**Hwonder**                                                                 22:36

that is HARD CORE

**Pauly Shore**                                                             22:36



Ryder design master                                                        22:37

In reply to this message                                                   22:37

This one is so fire

So we have the text pretty solid                                           22:37

Just need ryder to sign off on which logo                                  22:37

   **Ryder Ripps**                                     22:57

On June 14th, 2021 I minted CryptoPunk #3100 (https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum Blockchain, an image whose token sold for a record $7.58M USD on March 11th, 2021.

My Alien 3100 mint tested the boundaries and meaning of digital images within a new paradigm of IP law, copyright, computer generated images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received a Digital Millennium Copyright Act (DMCA) (https://foundation.app/@ryder_ripps/foundation/55151) notice from the original creator: LarvaLabs LLC. I successfully countered the DMCA and 3100 was subsequently re-listed, sending a strong message that you can't copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and ownership.  Provenance has always been the definitive aspect in establishing an artworks meaning and value. The technology of NFTs is widely misunderstood, in its greatest form, it enables an immutable trace of origin in time to the creator of a digital work.

Since December of 2021, I have been investigating the most valuable NFT project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through months of intensive research within my community, myself and others have discovered extensive links to 4chan subversive troll culture. You can read the findings at http://GordonGoner.com, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of remint, the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFT to change meaning, establish provenance and evade censorship.

JTX-0803.00029

RR/BAYC use satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the nature of NFT. The work is an extension of and in the spirit of other artists who have worked within the field of appropriation art.
(https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was been delisted from the platform Foundation marketplace on May 17th 2022 when Yuga Labs sent a DMCA take down request, two hours later Yuga Labs LLC has formally withdrawn their initial DMCA takedown request (EMBED LETTER JPG HERE), perhaps siding with me that this is fair use. The current terms of ownership from Yuga Labs LLC to BAYC holders are unclear and do not meet current Copyright standards in several respects. Defining what we are buying with an NFT is one of the goals of this artwork.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at rrbayc@protonmail.com

| | |
|---|---|
| my friend says this is really good | 22:58 |
| im cool with it | 22:58 |

**Pauly Shore**  22:58
The text?

We just need to choose the logo you want @ryderripps  22:59

**Ryder Ripps**  23:09
what logo

In reply to this message  23:09
i like this

**Pauly Shore**  23:09
In reply to this message  23:09
For this

Ok great!  23:09

Locked!  23:09

**Ryder Ripps**  23:09
Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork

**Pauly Shore**  23:10
Yes perfect

**Ryder Ripps**  23:10
for the txt

maybe  23:10

Ryder Ripps / Bored Ape Yacht Club : A Conceptual Artwork NFT  23:10

yeah  23:10

add NFT  23:10

**Pauly Shore**                                                    23:10

We just sucessfully tested the front end of the mint tool

Ian minted one                                                    23:10

And Hwonder owns it now!!!!                                        23:10

**Ryder Ripps**                                                   23:10

dope

**Pauly Shore**                                                   23:10

🔥🔥🔥🔥🔥🔥🔥

**Ryder Ripps**                                                   23:10

which one

hope its a good one                                               23:10

**Pauly Shore**                                                   23:10

https://foundation.app/@ryder_ripps/bayc/2481

**Ryder Ripps**                                                   23:10

boring

**Pauly Shore**                                                   23:10

CLEAN

**Ryder Ripps**                                                   23:10

"clean ape"

when i hear that its so cringe                                    23:10

sounds antabellum                                                 23:11

**Pauly Shore**                                                   23:11

lmao

Sorry we were laughing about it                                   23:11

**Tom**                                                           23:11

https://rrbayc-v2.netlify.app/

**Pauly Shore**                                                   23:11

They were like "so it begins"

**Ryder Ripps**                                                   23:11

https://foundation.app/@ryder_ripps/bayc/1560

**Tom**                                                           23:11

Site live with updated text

**Ryder Ripps**                                                   23:14



people are wild                                          23:14

how does that make any sense                            23:14

they are the same but one has a cigarette?              23:14

can the cigarette nft owner sue the other guy?          23:14

**Tom**                                                 23:15

This is a good example haha

You can't copy an NFT and also you can't have commercial rights    23:15

**Pauly Shore**                                         23:15

In reply to this message

Lmfaoooo

**Ryder Ripps**                                         23:18





**Pauly Shore**                                         23:26

By reserving your Ryder Ripps NFTs, you are purchasing an advance order which entitles you to the corresponding ape number(s) chosen.

**Ryder Ripps**                                         23:27



JTX-0803.00032

**Tom**                                                          23:28
https://rrbayc-v2.netlify.app/?fulfill

**Pauly Shore**                                                  23:33
https://rrbayc-v1.netlify.app/

By reserving your Ryder Ripps NFTs, you are purchasing an advance   23:42
order which entitles you to the corresponding ape number(s) chosen.

**Ryder Ripps**                                                  23:43

, your order will be fulfilled within 24h, Ryder is hand minting each NFT.

a:active, a:hover {                                              23:50
text-decoration: underline;
outline: 0px;
}
a:hover {
/* color: rgb(255, 240, 240); */
}
.info a {
font-weight: 500;
color: #000;
font-weight: 600;
text-decoration: none;
}

**Pauly Shore**                                                  23:50
By reserving your Ryder Ripps NFTs, you are purchasing an advance order
which entitles you to the corresponding Ape number(s) chosen, your order
will be fulfilled within 24h, Ryder is minting each NFT.

**Ryder Ripps**                                                  23:50



i think this link style looks better                            23:50

24 May 2022

**Pauly Shore**                                                  00:06
By reserving your RR/BAYC, you are purchasing a hold for an order that will
be fulfilled or rejected/refunded by Ryder within 24h. (Depending on the
vibe of your wallet and the mood of Ryder at the time.)

**Ryder Ripps**                                                 00:10
NFT(s)

RR/BAYC                                                         00:22

(Depending on the vibe of your wallet and the mood of Ryder at the   00:25
time.)

this is hysterical                                              00:25

should 100% keep it                                             00:25

JTX-0803.00033

**PS**    **Pauly Shore**                                                                  00:25

agreed

its the best LMFAO                                                                          00:25

**RR**    **Ryder Ripps**                                                                  00:25

#WALLETVIBES

**PS**    **Pauly Shore**                                                                  00:26

hahahahahaha

yessss                                                                                     00:26

**RR**    **Ryder Ripps**                                                                  00:26

dosnt need the period at end

**PS**    **Pauly Shore**                                                                  00:26

ok

**RR**    **Ryder Ripps**                                                                  00:26

By reserving your RR/BAYC, you are purchasing a hold for an order that will be fulfilled or rejected/refunded by Ryder within 24h (depending on the vibe of your wallet and the mood of Ryder at the time).

**PS**    **Pauly Shore**                                                                  00:26

i jsut cut the period you like that better?

**RR**    **Ryder Ripps**                                                                  00:27

i think its grammatically correct like that

**PS**    **Pauly Shore**                                                                  00:27

ok great

**RR**    **Ryder Ripps**                                                                  00:27

RR/BAYC added to reservation

dont need that in the tool tip                                                              00:27

i think just                                                                               00:27

Added #56645                                                                               00:27

in bold                                                                                     00:27

**PS**    **Pauly Shore**                                                                  00:30

in the pop up in the corner?

@ryderripps                                                                                00:30

*Pauly Shore started voice chat (293108 seconds)*

**RR**    **Ryder Ripps**                                                                  00:59

add the new txt in if u can

**Pauly Shore**

**PS**  He's pushing updates                                                    00:59

**PS**  **Pauly Shore**                                                          01:57
@ryderripps

*Pauly Shore started voice chat*

**T**  **Tom**                                                                   01:57
https://rrbayc-v2.netlify.app/?fulfill
New version                                                                      01:57

**PS**  **Pauly Shore**                                                          01:57
Mint button is ready!

**T**  **Tom**                                                                   01:57



**RR**  **Ryder Ripps**                                                          01:57
a conceptual artwork NfT
add nft                                                                          01:57

**PS**  **Pauly Shore**                                                          01:58
Ok to the card

**RR**  **Ryder Ripps**                                                          01:58
i like the big txt tho

**PS**  **Pauly Shore**                                                          01:58
🔥
@ryderripps do you want to join this audio chat                                  01:59

**T**  **Tom**                                                                   02:01
https://twitter.com/xrppossum/status/1528970769111273472?
s=21&t=Efz8d8DDHjtH4BefzaU6kg

https://rrbayc-v2.netlify.app/?fulfill                                           02:03

**RR**  **Ryder Ripps**                                                          02:05
whats the url

**T**  **Tom**                                                                   02:05
https://rrbayc-v2.netlify.app/

**RR**  **Ryder Ripps**                                                          02:13
https://twitter.com/ryder_ripps/status/1528982405104562176

Pauly Shore started voice chat (975 seconds)

**Ryder Ripps**                                                    02:14

people will figure out the contract

before then                                                       02:14

because u can track my wallet transactions                       02:14

i sent money to a wallet that interacted with it                 02:14

**Tom**                                                           02:16

The contract is not verified so it will be hard to use but we should also have the abiliyt to "pause" it which I will do now

**Ryder Ripps**                                                   02:16

cool

**Pauly Shore**                                                   02:16

Perfect!

Goodnight fellas 💪 ⚡ 💪                                           02:16

**Hwonder**                                                       02:27

ha!

                                              02:27

**Ryder Ripps**                                                   02:27

people love it

**Pauly Shore**                                                   02:27

Yea

Epic                                                              02:27

**Ryder Ripps**                                                   02:28

JTX-0803.00036



i love this                                                    02:28

so good                                                       02:28

**Pauly Shore**                                              02:28
Yes

                                         02:28

**Ryder Ripps**                                             02:29
maybe that should be the background twitter card thing?

**Pauly Shore**                                             02:29
I like your design dude

It's really powerful                                          02:29

Imo                                                          02:29

I prefer yours for sure                                      02:29

Minimal and iconic                                           02:29

**Ryder Ripps**                                             05:04
On June 14th, 2021 I minted CryptoPunk #3100
(https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum
Blockchain, an image whose token sold for a record $7.58M USD on March
11th, 2021.

The Alien 3100 mint tested the boundaries and meaning of digital images
within a new paradigm of IP law, copyright, computer generated images
and Non-Fungible Tokens. The work was delisted from the platform
Foundation after I received a Digital Millennium Copyright Act (DMCA)
(https://foundation.app/@ryder_ripps/foundation/55151) notice from the
original creator: LarvaLabs LLC. I successfully countered the DMCA and
3100 was subsequently re-listed, sending a strong message that you can't
copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries
regarding the nature of NFT, provenance and ownership.  Provenance has

always been the definitive aspect in establishing an artworks meaning and value. The technology of NFTs is widely misunderstood, in its greatest form, it enables an immutable trace of origin in time to the creator of a digital work.

Since December of 2021, I have been investigating the most valuable NFT project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through months of intensive research within my community, myself and others have discovered extensive links to 4chan subversive troll culture. You can read the findings at http://GordonGoner.com, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of remint, the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFT to change meaning, establish provenance and evade censorship.

RR/BAYC uses satire and appropriation to protest and educate people regarding The Bored Ape Yacht Club and the nature of NFT. The work is an extension of and in the spirit of other artists who have worked within the field of appropriation art. (https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was been delisted from the platform Foundation marketplace on May 17th 2022 when Yuga Labs sent a DMCA take down request, two hours later Yuga Labs LLC formally withdrew their DMCA takedown request (EMBED LETTER JPG HERE), perhaps siding with me that this is fair use. The current terms of ownership from Yuga Labs LLC to BAYC holders are unclear and do not meet current Copyright standards in several respects. Defining what we are buying with an NFT is one of the goals of this artwork.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at rrbayc@protonmail.com

some typos fixed                                                                    05:05

**Ryder Ripps**                                                                     14:37

can i see latest

is it pushed                                                                        14:37

**Pauly Shore**                                                                      14:37

@0xHwonderOfTheWorld @dumbnamenumbers

They're still grinding away but we will push a update in 5-10 min          14:44

I will ping you Ryder!                                                               14:45

@ryderripps https://rrbayc-v2.netlify.app/                                          14:55

https://rrbayc-v2.netlify.app/?fulfill                                              14:56

Second link is new fulfillment page                                                 14:56

**Ryder Ripps**                                                                      15:42

https://foundation.app/@ryder_ripps/bayc/2483

JTX-0803.00038

|  | sorry | 15:42 |

**PS** **Pauly Shore** 15:46

all good!!

no biggie 15:46

just good to be synced up re that 15:46

**RR** **Ryder Ripps** 17:07

hey guys

should we do a call in like 30 to go over everything 17:07

**PS** **Pauly Shore** 17:08

I'm going to do that shortly with you

**RR** **Ryder Ripps** 17:08



this might be better as a link 17:08

also i like the links font-weight:600 17:08

and no underline till hover 17:08

This collection was been delisted from the platfor 17:08

someone copy edit this 17:09

On June 14th, 2021 I minted CryptoPunk #3100 17:11
(https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum
Blockchain, an image whose token sold for a record $7.58M USD on March
11th, 2021.

The Alien 3100 mint tested the boundaries and meaning of digital images
within a new paradigm of IP law, copyright, computer generated images
and Non-Fungible Tokens. The work was delisted from the platform
Foundation after I received a Digital Millennium Copyright Act (DMCA)
(https://foundation.app/@ryder_ripps/foundation/55151) notice from the
original creator: LarvaLabs LLC. I successfully countered the DMCA and
3100 was subsequently re-listed, sending a strong message that you can't
copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries
regarding the nature of NFT, provenance and ownership.  Provenance has
always been the definitive aspect in establishing an artworks meaning and

JTX-0803.00039

value. The technology of NFT is widely misunderstood, in its greatest form,
it enables an immutable trace of origin in time to the publisher/creator of a
digital work.

Since December of 2021, I have been investigating the most valuable NFT
project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through
months of intensive research within my community, myself and others
have discovered extensive links to 4chan subversive troll culture. You can
read the findings at http://GordonGoner.com, warning this website
contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of
NFTs, based on the BAYC images. Through the process of remint, the
original BAYC images are recontextualized – illuminating truths about their
origins and meanings as well as the nature of Web3 – the power of NFT to
change meaning, establish provenance and evade censorship.

RR/BAYC uses satire and appropriation to protest and educate people
regarding The Bored Ape Yacht Club and the nature of NFT. The work is an
extension of and in the spirit of other artists who have worked within the
field of appropriation art.
(https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was delisted from the Foundation marketplace on May 17th
2022 when Yuga Labs sent a DMCA take down request, two hours later
Yuga Labs LLC formally withdrew their DMCA takedown request (EMBED
LETTER JPG HERE), perhaps siding with me that this is fair use. The current
terms of ownership from Yuga Labs LLC to BAYC holders are unclear and
does not meet current Copyright standards in several respects. Defining
what we are buying when we buy an NFT is one of the goals of this work.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me
at rrbayc@protonmail.com

**Pauly Shore**                                           17:12
Is this locked Ryder?

**Ryder Ripps**                                           17:12
can u give it a careful read for errors

it reads fine for me                                      17:12

**Pauly Shore**                                           17:12
Yes I will

**Ryder Ripps**                                           17:12
thnx ❤️

**Pauly Shore**                                           17:16
no sweat

gonna proof this                                          17:16

and then call you to test                                 17:16

5-10 min                                                  17:16

**Ryder Ripps**                                               17:22

send me info on this ape for the give away

**Pauly Shore**                                               17:23

I'm going to call you in 2 minutes

Just finishing proof                                         17:23

What info?                                                   17:23

On June 14th, 2021 I minted CryptoPunk #3100        17:25
(https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum
Blockchain, an image whose token sold for a record $7.58M USD on March
11th, 2021.

The Alien 3100 mint tested the boundaries and meaning of digital images
within a new paradigm of IP law, copyright, computer generated images
and Non-Fungible Tokens. The work was delisted from the platform
Foundation after I received a Digital Millennium Copyright Act (DMCA)
(https://foundation.app/@ryder_ripps/foundation/55151) notice from the
original creator: LarvaLabs LLC. I successfully countered the DMCA and
3100 was subsequently re-listed, sending a strong message that you can't
copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries
regarding the nature of NFT, provenance and ownership. Provenance has
always been the definitive aspect in establishing an artworks meaning and
value. The technology of NFTs is widely misunderstood, in its greatest form,
it enables an immutable trace of origin in time to the publisher/creator of a
digital work.

Since December of 2021, I have been investigating the most valuable NFT
project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through
months of intensive research within my community, myself and others
have discovered extensive links to subversive 4chan troll culture. You can
read the findings at http://GordonGoner.com, warning this website
contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of
NFTs, based on the BAYC images. Through the process of reminting, the
original BAYC images are recontextualized – illuminating truths about their
origins and meanings as well as the nature of Web3 – the power of NFTs to
change meaning, establish provenance and evade censorship.

RR/BAYC uses satire and appropriation to protest and educate people
regarding The Bored Ape Yacht Club and the framework of NFTs. The work
is an extension of and in the spirit of other artists who have worked within
the field of appropriation art.
(https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was delisted from the Foundation marketplace on May 17th,
2022 when Yuga Labs sent a DMCA take down request, two hours later
Yuga Labs LLC formally withdrew their request (EMBED LETTER JPG HERE),
perhaps siding with me that this is fair use. The current terms of ownership
from Yuga Labs LLC to BAYC holders are unclear and do not meet current
Copyright standards in mutiple respects. Clearly defining what we are
buying when we purchase an NFT is one of the primary goals of this work.

Please have a look at the works available and reserve what you like.

**JTX-0803.00041**

If you have any questions feel free to contact me at rrbayc@protonmail.com

this is my final pass                                                                                      17:25

On June 14th, 2021 I minted CryptoPunk #3100                                                 17:28
(https://foundation.app/@ryder_ripps/foundation/52921) on the Ethereum
Blockchain, an image whose token sold for a record $7.58M USD on March
11th, 2021.

The Alien 3100 mint tested the boundaries and meaning of digital images
within a new paradigm of IP law, copyright, computer generated images
and Non-Fungible Tokens. The work was delisted from the platform
Foundation after I received a Digital Millennium Copyright Act (DMCA)
(https://foundation.app/@ryder_ripps/foundation/55151) notice from the
original creator: LarvaLabs LLC. I successfully countered the DMCA and
3100 was subsequently re-listed, sending a strong message that you can't
copy an NFT. (https://foundation.app/@ryder_ripps/foundation/60312)

My recent NFT work has been centered around provocations and inquiries
regarding the nature of NFT, provenance and ownership. Provenance has
always been the definitive aspect in establishing an artwork's meaning and
value. The technology of NFTs is widely misunderstood, in its greatest form,
it enables an immutable trace of origin in time to the publisher/creator of a
digital work.

Since December of 2021, I have been investigating the most valuable NFT
project, Bored Ape Yacht Club NFT and its creators, Yuga Labs. Through
months of intensive research within my community, myself and others
have discovered extensive links to subversive 4chan troll culture. You can
read the findings at http://GordonGoner.com, warning this website
contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of
NFTs, based on the BAYC images. Through the process of "re-minting", the
original BAYC images are recontextualized – illuminating truths about their
origins and meanings as well as the nature of Web3 – the power of NFTs to
change meaning, establish provenance and evade censorship.

RR/BAYC uses satire and appropriation to protest and educate people
regarding The Bored Ape Yacht Club and the framework of NFTs. The work
is an extension of and in the spirit of other artists who have worked within
the field of appropriation art.
(https://en.wikipedia.org/wiki/Appropriation_(art))

This collection was delisted from the Foundation marketplace on May 17th,
2022 when Yuga Labs sent a DMCA take down request, two hours later
Yuga Labs LLC formally withdrew their request (EMBED LETTER JPG HERE),
perhaps siding with me that this is fair use. The current terms of ownership
set forth from Yuga Labs LLC to BAYC holders are unclear and do not meet
current Copyright standards in multiple respects. Clearly defining what we
are buying when we purchase an NFT is one of the primary goals of this
work.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at rrbayc@protonmail.com

**Hwonder**  17:40



cant wait to mint this!

🥳 #1 open sea !!!  17:40

**Ryder Ripps**  17:46

lolol

u guys using cloudflare?  17:46

can u make the links not underlined  17:49

and font-weight:600  17:50

and on hover underline  17:50

**Hwonder**  17:50

using netlify

17:50

super solid.  17:50

**Ryder Ripps**  17:51

cool

same type of thing?  17:51

**Tom**  17:51

I will update the links

**Hwonder**  17:51

In reply to this message

yes. DDOS mitigation, elastic scale.

**Ryder Ripps**

JTX-0803.00043

**RR** nice                                                          17:52

theres an ape i can handf mint                                      17:53

i want to do it on camera                                           17:53

the old way                                                         17:53

**T**  **Tom**                                                      17:54

Links are updated

**H**  **Hwonder**                                                  17:54

In reply to this message

its wise to do it on camera the old way. it supports "the art"

if we know the IDs we can add them to the tool. the tool / contract is    17:54
flexible in that way

**RR**  **Ryder Ripps**                                             17:54



when i type a number here it doesnt show up                          17:54

**H**  **Hwonder**                                                  17:55

there are 4 ideas floating that we will add to tool once we're green lit.

only want to add once, because it cost gas

there are 4 BAYC IDs                                                 17:55

**RR**  **Ryder Ripps**                                             17:55

got it

minting 832 through foundation                                      17:55

**T**  **Tom**                                                      17:55

In reply to this message

It will show up when you click "reserve," the thought was to not have it
push down the grid and that someone who knows the number doesn't
need to see it unitl it's int he cart

But we can add it                                                   17:55

**PS**  **Pauly Shore**                                             18:37

its fine we discussed this

thanks tom!!                                                        18:37

Pauly Shore started voice chat

**Ryder Ripps**                                                                 19:02
https://twitter.com/ryder_ripps/status/1529236520116228096

**Pauly Shore**                                                                 19:03
https://rrbayc-v2.netlify.app/?fulfill

**Tom**                                                                         19:04
https://rrbayc.com/?fulfill

**Ryder Ripps**                                                                 19:10
https://twitter.com/cryptodistrikt/status/1529237127883538433

**Ryder Ripps**                                                                 20:16
is the site fine

havent seen a new order in a sec                                               20:16

**Pauly Shore**                                                                 20:16
Yes they are pushing a few changes as we speak they are grinding watching
everything

**Hwonder**                                                                     20:17
orders are coming in.

admin page may be a little behind because its getting hammered                  20:17

**Tom**                                                                         20:17
We have put in better messaging now, so it won't be as frustrating

But still people are trying to compete                                          20:17

**Ryder Ripps**                                                                 20:18
seems good

**Tom**                                                                         20:18



This is what it looks like now

**Ryder Ripps**

JTX-0803.00045

**RR** is that ok?                                                                    20:18

**Hwonder**                                                                            20:19
yup. its a gold. people are racing to get gold same time

**Ryder Ripps**                                                                        20:19
ya

where do u think we should point people for secondary?                                 20:19

**Hwonder**                                                                            20:20
foundation rn (that is what powers the contract)

**Ryder Ripps**                                                                        20:21
ok

can u add - Ryder Ripps                                                                20:35

at end of the text                                                                     20:35

**Tom**                                                                                20:35
Yes

**Ryder Ripps**                                                                        20:35
i dealized it doesnt even say my name lol nobody would know its from me
unless they knew lol

If you have any questions feel free to contact me at                                   20:35
rrbayc@protonmail.com.

-Ryder Ripps                                                                           20:35

might be cool to put a signature on it                                                 20:36

could look good                                                                        20:36

**Tom**                                                                                20:39
I agree! It's up

**Ryder Ripps**                                                                        20:39
ty

**Ryder Ripps**                                                                        21:12
would be cool to see total owners

https://gordongoner.net/                                                               21:12

ha maybe this does just as good of a job?                                              21:12

**Pauly Shore**                                                                        21:14
@ryderripps if you pick a 3rd cohost I can add an extra person thag ape
holder was good Dave diamond

I don't wanna kick someone                                                             21:14

He should be a cohost lol                                                              21:14

That's fire                                                                            21:14

**JTX-0803.00046**

**Ryder Ripps**                                      21:40

going to hit 800 soon

**Pauly Shore**                                      21:40

800?

**Tom**                                              21:41

800 items added to cart

**Pauly Shore**                                      21:41

Oh nice!!!

**Ryder Ripps**                                      21:51

the card isnt coming up on twitter

not sure why                                         21:51

**Tom**                                              21:54

Still validates correctly in their debug tool. Do you have an example where it doesn't work?

**Hwonder**                                          22:04

twitter is weird with caching, but debug twitter tool shows it

                                                     22:04



**Ryder Ripps**                                      22:05

❤️

**Hwonder**                                          22:05

as more are picked over

there will be increase in competition

**Ryder Ripps**                                      22:08

over 800

congrats fellas                                      22:12

i think we'll hit over 1000 tn                       22:12

**Pauly Shore**                                      22:12

🔥🔥🔥🔥

Crushing it!!!                                       22:12

**Ryder Ripps**                                    22:12

i havent posted this yet on instagram

most my engagement is there                        22:12

**Hwonder**                                        22:21

this isn't a mint.

this is a reservation system built in web3 to facilitate the fulfillment of a
hand minted collection.

**Pauly Shore**                                    22:22
In reply to this message

What context are we using mint too much

I probably have a bad habit of using that word too much    22:22

**Ryder Ripps**                                    22:22

should i tweet that

u can u                                            22:23

ill retweet it                                     22:23

**Hwonder**                                        22:23

cool.. tweeting...

**Pauly Shore**                                    22:23

🔥🔥🔥

**Hwonder**                                        22:25



any tweaks before i let it fly....                 22:26

shipping                                           22:26

                                                   22:28



a friend sent this                                 22:28

JTX-0803.00048

**PS**  **Pauly Shore**                                    22:28

Lol what does it mean

**H**  **Hwonder**                                          22:30

there aren't traits. he's saying on the marketplace... create a single trait for every item in collection called "art"

                                        22:30

do we give seth his ape? lol                               22:30

https://twitter.com/tropoFarmer/status/1525704412991213574   22:31

                                        22:31

this would be poetic to respond to @ryderripps           22:31

**PS**  **Pauly Shore**                                    22:31

Yes

He blocked me                                              22:31

**H**  **Hwonder**                                          22:31

lol.

**PS**  **Pauly Shore**                                    22:32

Imagine the smell

I pinned your tweet in the space                           22:32

25 May 2022

**RR**  **Ryder Ripps**                                    00:36



JTX-0803.00049

this number isnt updating | 00:36

**Pauly Shore** | 00:36
@OxHwonderOfTheWorld

**Ryder Ripps** | 00:37
great job guys btw

congrats | 00:37

**Pauly Shore** | 00:37
Thanks man!

**Ryder Ripps** | 00:37
maybe mint out by friday

lets hope | 00:37

**Pauly Shore** | 00:37
Too crashed

Tom | 00:37

It's been a long day I'll forward that note to them though | 00:37

Since we are 100 percent web 3 it's just reading that data from the chain @ryderripps | 00:39

We will refine it more but it's just a bit slow updating per H | 00:39

**Ryder Ripps** | 00:55
be cool if it showed the # of owners

**Hwonder** | 00:56
will take note

**Pauly Shore** | 00:56
Thanks!

**Ryder Ripps** | 02:48



02:50



getting lots of messages like this                                    02:50

kinda weird                                                           02:50

**Pauly Shore**                                                       02:51

Seems like a scam

**Ryder Ripps**                                                      02:51

u wanna help with emails

**Pauly Shore**                                                       02:52

I'm about to sleep right now but let's go over this in the am

I'm real tired lol                                                    02:52

Gn dude                                                               02:52

Today was great!                                                      02:52

**Ryder Ripps**                                                      02:52

conceptualART123!

**Pauly Shore**                                                       02:52

Congrats man

**Ryder Ripps**                                                      02:53

if anyone here wants to log into the email

**Pauly Shore**                                                       02:53

Thanks man goodnight

**Ryder Ripps**                                                      02:53



**Pauly Shore**                                                       02:54

So weird

**Ryder Ripps**

JTX-0803.00051



reservation                                                                                  02:56

From  🔒 Gabriel Pevide <gabrielpevide@gmail.com>
To    rrbayc@protonmail.com

hey friend, a question, how do i access this token?
I still don't quite understand how it works.
Can it show up in my wallet? Will it show up later or later?

Thanks.

**Pauly Shore**                                                                              02:57

Bots

**Ryder Ripps**                                                                              02:58

ur trippin

**Pauly Shore**                                                                              02:58

I'm so tired lol

**Ryder Ripps**                                                                              02:58

sleep bro

pz                                                                                           02:58

**Pauly Shore**                                                                              02:59

I'm gonna log off so I can tbink clear in the am

Gn my dude ✌️                                                                                02:59

**Ryder Ripps**                                                                              03:07



getting tons of messages like this                                                           03:07

**Ryder Ripps**                                                                              08:34



@OxHwonderOfTheWorld any ideas?                                    08:35

**H**   **Hwonder**                                                08:36

once Tom is online, we'll review before taking action. we'll force a cached reference which improves this.

**RR**   **Ryder Ripps**                                           08:37

ya i cant replicate but many are saying they are all displaying as unavailable

**PS**   **Pauly Shore**                                           08:40

We will fix it

Ryder did you see TropofArmer tweeT about how someone should    08:41
make a reservation system

**RR**   **Ryder Ripps**                                           08:41

he blocked me

screengrab it                                                     08:41

ill tweet it                                                      08:41

**PS**   **Pauly Shore**                                           08:41

Same

Kk                                                                08:42

**RR**   **Ryder Ripps**                                           08:42

we might get half way today

then we need a push, ill seed to press, itll need a headline for  08:43
normies

"you wont believe how this jew made half a million right click saving"  08:43

                                                                  08:51



08:51



**Tom**                                                                   08:57

I'm up! Going to look into the "everything reserved" issue

Ok fix is out!                                                            09:08

**Ryder Ripps**                                                          09:19



this could be preventing tons of sales                                   09:19

this just came in                                                        09:19

**Tom**                                                                   09:21

As of 10 minutes ago we should be in good shape on this. I know you don't want to play "customer support," but if it's possible to get the id they were trying to reserve but couldn't that would be helpful

Meanwhile we will keep looking on our end    09:21

But there was a substantial issue to be fixed, which is that we went    09:21
over the limit on my subscription plan to the thing that talks to Ethereum

Now we have a 5x higher limit and should be in good shape    09:22

**Ryder Ripps**    09:22

do we need a new level one blockchain?

we're out growing eth    09:22

**Tom**    09:22

Lmao we should tweet that!

It honestly is slow, now I understand where they were coming from    09:22

So first we build the marketplace for the original BAYC to help the    09:23
community and also troll them, and then after that we build them a new L1
to REALLY troll

**Ryder Ripps**    09:23

https://twitter.com/ryder_ripps/status/1529453138721157121?
s=21&t=eIqPuxolcBPyz4_eve0thg

https://twitter.com/ryder_ripps/status/1529453908778622978?    09:26
s=21&t=eIqPuxolcBPyz4_eve0thg

**Tom**    09:28

Ppl should be able to get a painting of the ape

**Ryder Ripps**    09:28

yeah

im down    09:28

**Tom**    09:28

We'd have to change the checkbox warning

But I guess they already checked so we're fine    09:28

**Ryder Ripps**    09:28

ill provide anyone with a token with a signed printout

for free    09:29

**Tom**    09:29

No Etherscan link

Damn    09:29

That's a nice offer!    09:29

I'll take one    09:29

**Ryder Ripps**    09:29

be cool if there was a backend for that

**Tom**  09:29

Haha we could build it!

**Ryder Ripps**  09:29

u put ur id in then submit ur addresss

**Tom**  09:29

Need to make sure it's one per person not per id I guess

Or maybe ppl get one per id why not  09:29

**Ryder Ripps**  09:30

could be one per token

it doesnt matter  09:30

the cost of ink and paper is fine  09:30

or they can pay like $20  09:30

per  09:30

**Tom**  09:31

I like it! I got my The Currency print out and honestly it was a really cool experience

I guess ppl think that project is corny or something  09:31

But I loved it  09:31

**Ryder Ripps**  09:33

https://twitter.com/prisonlunchlady/status/1529455431017431040?
s=21&t=eIqPuxolcBPyz4_eve0thg

**Tom**  09:34

Checking

**Ryder Ripps**  09:44



is this person legit  09:44

they are liking my tweets  09:44

**Hwonder**                                                                 09:49



we had to upgrade to $1k / month plan                                       09:49

**Tom**                                                                     09:50

Ok I deployed a fix                                                         09:50

Basically the issue is that they are seeing the wrong error message         09:50

That ape is available                                                       09:50

So we need to see the actual error message basically                        09:50

Annoying I know, but maybe the error is on their end somehow and            09:51
this will help them

**Hwonder**                                                                 09:55

tropoFarmer @tropoFarmer · May 14
why don't NFT projects start taking preorders for their mints? charge a
nonrefundable fee of ~20% of mint cost, get a guaranteed spot.

This but charging 100% I guess haha                                         10:01

**Tom**                                                                     10:01

Tho it is refundable                                                        10:01

**Ryder Ripps**                                                             12:37

thats an old tweet

i think we should add on the site somewhere                                 12:43

LIVE9000 LLC                                                                12:43

i dont want to get sued personally                                          12:44

ARTWORK BY RYDER RIPPS FOR LIVE9000 LCC                                     12:44

LLC                                                                         12:44

like on the bottom is fine                                                  12:44

after all the apes                                                          12:44

i get a lot of failed transactions                                          12:50

basically each one has to be done individually                              12:51

cant stack them                                                             12:51

**Tom**                                                                     13:01

I will add the LLC

Is it the mint transaction or the fulfill or both?                          13:01

JTX-0803.00057

**Ryder Ripps**  13:01

https://twitter.com/smu66x60dd/status/1529506841213943812?s=21&t=eIqPuxolcBPyz4_eve0thg

both  13:01

@0xHwonderOfTheWorld maybe ill come to u  13:03

and we can work on the script  13:03

**Ryder Ripps**  13:20

https://twitter.com/ryder_ripps/status/1529511976354783232?s=21&t=eIqPuxolcBPyz4_eve0thg

https://twitter.com/crypto_sherpa/status/1529460655639736321?s=21&t=eIqPuxolcBPyz4_eve0thg  13:28

https://twitter.com/NFT_AlexDee/status/1529517513704411137  13:39

this is a bummer  13:39

i wonder how many sales we missed out on  13:40

**Tom**  14:02

I added the LLC. I am driving from DC to NYC now so I will be out of communication for about 4 hours. I will look into these issues further, though I suspect some of them are related to people competing for apes that would have sold anyway

**Ryder Ripps**  14:02

i see

**Tom**  14:02

If we can take their request on Twitter can of course fulfill it manually if the ape is free

Though we will have to do it the old way  14:02

Probably less risk of sniping now though  14:02

Not ideal but for the moment the best approach  14:02

I will discuss next steps with @0xHwonderOfTheWorld when I'm in NYC, and I agree automating fulfillment is an im,portant next step  14:03

I can write a script do the fulfillment pretty easily, though the minting will require more testing and interaction from Ryder, as discussed  14:03

Talk to you all soon!  14:03

**Ryder Ripps**  14:17

cool cool

yo @0xHwonderOfTheWorld  14:21

**Pauly Shore**  14:32

In reply to this message

lmfao

**Ryder Ripps**  14:32

https://twitter.com/VoldiemortEth/status/1529529699528998912'

good thread                                                          14:32

**Pauly Shore**                                                     14:33

awesome

**Ryder Ripps**                                                     14:33

i think this is the guy who made cryptoskulls

**Pauly Shore**                                                     14:33

interesting

**Ryder Ripps**                                                     14:33

which is one of the earliest nfts

**Pauly Shore**                                                     14:34

for sure

i think its a great idea to give lauren a budget of 15 apes and see what    14:35
she can do to help promote this and get the rsvps filled

**Ryder Ripps**                                                     14:35

good

paying in apes legit is free                                        14:35

untill it mints out                                                 14:35

**Pauly Shore**                                                     14:36

awesome

her name is lauren adelstein, she lives in PR and she works at       14:36
fractionalized right now

she doesnt like it                                                  14:36

and they hardly have her doing anything so she has time for this     14:36

we just had an hour meeting and it was fucking great                14:36

i think she is a very passionate go getter                          14:37

she is very intelligent, well connected, understands the space       14:37
intimately and all players

and we have a great connection already                              14:37

very bullish                                                        14:37

**Ryder Ripps**                                                     14:39

cool

good job                                                            14:39

**Pauly Shore**                                                     14:46

i am stoked

karbonbased.eth - this guy is helping promote so far the only guy we   14:46
are using, he has been tweeting - we owe him 5 apes

i think it would be a good idea to hook him up today                14:46

@ryderripps can you maybe dm them and help with that?    14:46

**Ryder Ripps**    14:47

where are the 500

i dont really understand how that works    14:48

**Pauly Shore**    14:48

Yeah we have to figure that out we just reserved the numbers randomly so they can't be sold

**Ryder Ripps**    14:51



from a pr person    14:51

**Pauly Shore**    14:53

For sure

Good to know    14:53

**Ryder Ripps**    14:53

jeson asked me about a gold one

**Pauly Shore**    14:54

I have some

**Ryder Ripps**    14:54

offer him

for a tweet    14:54

"new bayc"    14:54

**Pauly Shore**    14:54

amazing

**Ryder Ripps**    14:54

"the next bayc"

that would be a big tweet i think    14:55

**Pauly Shore**

JTX-0803.00060

PS    yes for sure    14:55

**Ryder Ripps**    14:55
"better bayc"

**Pauly Shore**    14:55
one sec

**Ryder Ripps**    14:55
something along those lines

**Pauly Shore**    14:55
i think it might land better if you ask him

**Ryder Ripps**    14:55
"bayc fixed"

**Pauly Shore**    14:55
but let me find one i can hook him up with

one second    14:55

**Ryder Ripps**    14:55
he fully seems worried about his bayc position

based on the phone call    14:55
i think hes gunna sell    14:55
he knows the doc is coming out    14:55

**Pauly Shore**    14:55
for sure

he is smart bro    14:55
did i miss anything interesting after i had to go to my meeting?    14:56
https://foundation.app/@ryder_ripps/bayc/481    14:56

**Ryder Ripps**    14:57
so ugly

**Pauly Shore**    14:57
I know

I have others that are more rare    14:57
Let me offer him some choices    14:57

**Ryder Ripps**    14:57
even bayc people hate those eyes

they done make sense    14:57
wouldnt they be going down    14:57

**PS**  **Pauly Shore**  14:58

i know

i mean its a gold one though  14:58

**RR**  **Ryder Ripps**  14:58

yeah

offer him  14:58

prob could sell like 500 from that tweet  14:58

**PS**  **Pauly Shore**  14:59

ok

**RR**  **Ryder Ripps**  15:00

try to get j1mmy

**PS**  **Pauly Shore**  15:00

i messaged him

**RR**  **Ryder Ripps**  15:00

i want to give him this art work

tell him my work sells for a lot  15:00

i wanna give him that print out lol  15:00

**PS**  **Pauly Shore**  15:01

J1MMY?

**RR**  **Ryder Ripps**  15:03

the person who i took my icon from

seriously try to get him on the phone  15:03

its so funny  15:03

**PS**  **Pauly Shore**  15:03

Lmaooo

Bro he hates me  15:03

**RR**  **Ryder Ripps**  15:03

lol

**PS**  **Pauly Shore**  15:03

Lauren can make shit like that happen though

**RR**  **Ryder Ripps**  15:03

offer him 100k

tell him ill kill myself if he promotes the nft  15:03

**PS**  **Pauly Shore**  15:04

im offering jason shit out of my collection that i bought so if i can get
reimbured by our vault that would be cool

lmfaoooo                                                                    15:04

i think if we want to create a healthy market me way want to consider  15:07
having lower royalties than 10 percent on our rrbayc side of marketplace

**Ryder Ripps**                                                            15:08

i agree

**Pauly Shore**                                                            15:09

we should have a discussion about that

it will drastically effect optics                                          15:09

@ryderripps reminder that we are supposed to fill the rsvps within 24   15:12
hours, not sure if ian is working with you rn

                                                       15:13

lol                                                                        15:13

**Ryder Ripps**                                                            15:52

lol

gas is so insane rn                                                        15:58

its like not worth doing                                                   15:58

its tripple the regular amount                                            15:58

https://twitter.com/pesharpe/status/1529552919313498112                  16:00

please help guys                                                           16:00

this is happening a lot                                                    16:00

**Hwonder**                                                                16:18

optimizing...

https://twitter.com/tracyleephotos/status/1529238791130451968            16:18
sidenote:

**Ryder Ripps**                                                            16:18

lol

**Hwonder**                                                                16:21

gas estimation is why people see 'loading...'

**JTX-0803.00063**

**Ryder Ripps**                                                                16:21

gas is crazy rn

**Hwonder**                                                                    16:21

yes

when they click, we get estimated price.                                       16:22
then prepare tx
when gas (therefore demand) low
its solid

when gas all over ... takes longer for tx                                      16:22

**Photo**                                                                      16:22
1280×181

sits on pending due to gas                                                     16:22

**Hwonder**                                                                    21:48



(its toll / meme )                                                             21:49

**Pauly Shore**                                                                21:49

Hahahahaha

**Tom**                                                                        21:57

**Voice message**
00:01

**Ryder Ripps**                                                               21:58

In reply to this message

lol wut

**Hwonder**                                                                    21:58

In reply to this message

its troll juice... i made it for fun. letting brain decompress

                                                                              22:01

JTX-0803.00064



@dumbnamenumbers the test apes got delisted                              22:02

**Ryder Ripps**                                                          22:02

lol

**Pauly Shore**                                                          22:12

Lmfao

Rugged                                                                   22:12

**Ryder Ripps**                                                          22:23

backend not loading

**Hwonder**                                                              22:29

just let it sit, it may take longer than normal... eth is congesting at moment...

you will see the 'orders' load in a bit slower than normal, then the counter will fill up... its directly calling chain       22:29

**Ryder Ripps**                                                          22:38

https://etherscan.io/tx/0x04ddf83514d1c545285589969b894f0146f95a73ac68d26a8c49f560e4a42922

this guy sent eth but no reservation                                    22:38

and didnt get refunded                                                  22:38

**Pauly Shore**                                                          22:39

@dumbnamenumbers

@0xHwonderOfTheWorld                                                    22:39

**Hwonder**                                                              22:48

he has a order in.                                                      22:48

do you want me to refund him ?                                          22:48

JTX-0803.00065

**Pauly Shore**                                                                    22:48
https://twitter.com/apemarketplace/status/1529653095302676482?
s=21&t=j_f-vC9W_w-klEey-6fMuw

**Ryder Ripps**                                                                    22:48
id like to fuffill the order

**Hwonder**                                                                        22:49
hes in the list, just need to wait for it to load up

**Ryder Ripps**                                                                    22:49
ok

**Ryder Ripps**                                                                    23:14
i dont see it

**Hwonder**                                                                        23:15
let me see in ui how far it is

**Photo**                                                                          23:22
716×80

its on there. there is a limit so not to crash page at 300. let me see if i        23:22
can force it to top

**Ryder Ripps**                                                                    23:22
?

mmm                                                                                23:22

but it days there are only 170 left                                                23:22

sorry for the ?                                                                    23:22

it was to the code                                                                 23:22

                                                                                   23:23

Unfulfilled Pre Order

# 170

**Hwonder**                                                                        23:23
give sec. going to pop to top

they unverified me on opensea                                                      23:34

lol                                                                                23:34

**Ryder Ripps**                                                                    23:34
lol what

we really need to get rid of opensea                                               23:34

apemarket should just be an opensea clone                                          23:35

JTX-0803.00066

with .5%                                                                23:35

**Pauly Shore**                                                        23:35
In reply to this message

Wtf

In reply to this message                                               23:35

Lol

That would be dank                                                     23:35

We can add that feature                                                23:35

#roadmap                                                               23:35

**Ryder Ripps**                                                        23:40
used 10 eth today minting

**Pauly Shore**                                                        23:40
Sounds about right

**Hwonder**                                                            23:43
solid.

26 May 2022

**Ryder Ripps**                                                        00:30
people r complaining they didnt get their shit

**Next messages**