## RRBAYC

### Previous messages

26 May 2022

**H**    **Hwonder**            00:42



all of these marked fulfilled need fulfilled     00:43

i can do it, just need confirmation its okay     00:43

**Photo**     00:43
1280×193

it will indicate that i fulfilled     00:43

alternatively if you knock out fulfill that would deliver apes and clear queue for older olders to show up     00:44

**RR**    **Ryder Ripps**            01:02

sorry i dont follow

**H**    **Hwonder**            01:05

if you are minting... i can fulfill (which sends them ape)     01:05

there is list that need fulfilled     01:05

once fulfilled, lists makes room for more (older) orders     01:05

**Ryder Ripps**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT     **JTX-0804**

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**





01:11

im getting a lot of stuff like this                                          01:12

i think there's something wrong                                             01:12

its going to be hard for me to do tech support all day                       01:12

https://twitter.com/brianaverse/status/1529692532317339649?                  01:16
s=21&t=cm4KlJLrzd0xCLiErUZWpg



**Ryder Ripps**                                                              03:52

this guy sent 2 eth                                                          

thats not in there                                                           03:52

this is important                                                            03:52

Ryder Ripps invited Fit Binex



**Fit Binex**                                                                04:01



are these "16 unfulfilled" our mysterious unsatisfied patrons                04:01

find out next time on "the market's collapsing on us toppling a              04:06
mischevious regime"

**Ryder Ripps**                                                              05:39

https://etherscan.io/tx/0x98e41c878ded1f7ba6498c9c0c576a3afbdef2fefee        
16a84eb428b2f913837f5

https://twitter.com/Ricky_Breeze/status/1529758683311349760                  05:39

**Fit Binex**



https://etherscan.io/token/0x2ee0a0ddff3a1ce3f7e3414c52c48fd50d73691e?a=3077   05:44



**Hwonder**                                                                              06:02

this is not wrong.

                                                                     06:03

Briana sent a request for 1758                                                           06:03

                                                                     06:04

you sent her 1758                                                                        06:04

                                                                     06:05

#1758                                                            Minted

people believe the tokenId should match the RR ID. that is where they                    06:06
get confused.

look in URL (RRID)                                                                       06:06
vs
what's displayed (BAYC ID)

**Tom**                                                                                  09:07

GM everyone! I'm back in the game!

**Ryder Ripps**                                                                          11:26

sites down for me

**JTX-0804.00003**

**Tom**                                                                11:26
Deploying a fix now

**Pauly Shore**                                                        11:36
Market conditions are very poor right now

Eth 1850                                                               11:37

**Ryder Ripps**                                                        11:37
ya

**Pauly Shore**                                                        11:37
I think we could go much lower

Not sure                                                               11:38

**Ryder Ripps**                                                        11:38
600

**Pauly Shore**                                                        11:38
Will be tough to mint during that period for sure

Lmao                                                                   11:38

Literally                                                              11:38

**Ryder Ripps**                                                        11:38
never forget crypto is worthless speculative asset

its inefficient for use for everything                                 11:38

**Pauly Shore**                                                        11:41
We are in the middle of deploying the fix

**Ryder Ripps**                                                        11:41
which fix

**Pauly Shore**                                                        11:42
Just pushing a minor update

Fix not the right word                                                 11:42

https://twitter.com/decenteco/status/1529850552963694594?              11:43
s=21&t=0TVjuwES7No6jlyFmFCedw

**Ryder Ripps**                                                        11:52
how much longer for deployment

**Tom**                                                                11:53
Sorry there might be an issue with our host here

I'm investigating                                                      11:53

Should take about 30s to deploy, it is stuck somehow                                        11:53

 **Pauly Shore**                                                        11:53

**Deploy in progress for rrbayc-prod**

⚙ Netlify's robots are busy deploying your site to our CDN.

Today at 11:30 AM
Production

[ Cancel deploy ]   [ ⚙ Deploy settings ]

**Ryder Ripps**                                                                             12:04

cancel it?

its been like 30min                                                                         12:04

**Tom**                                                                                     12:12

Ok we should be in better shape now, still diagnosing the issue

Still a bit degraded                                                                        12:12

Working on it                                                                               12:12

**Ryder Ripps**                                                                             13:18

https://etherscan.io/tx/0x70a98c00cd2a36a81dc8cdf22f10f55aa88a8ca2f0
2a28038a2ad66c74defab9

this guy says he never got it                                                               13:18

do refunds work                                                                             13:18

backend is down                                                                             13:19

**Tom**                                                                                     13:19

I am working on back end, front end should be working for users

I will check this tx                                                                        13:19

**Ryder Ripps**                                                                             13:20

ty

**Tom**                                                                                     13:21

You fulfilled that order in

https://etherscan.io/tx/0xd9617d74e4acd11034526368f4571bb656e6ea12
585d69cd34284dd3fef207d0

https://foundation.app/@ryder_ripps/bayc/3222                                               13:21

You can see here that that address owns the correct ape                                     13:22

**Ryder Ripps**                                                                             13:58

https://etherscan.io/tx/0xd432362f82ebcf265824acc09da4e565eb3a98f07c
8de19c75d25bac32bbfe73

**Tom**                                                          13:59

Fulfilled in
https://etherscan.io/tx/0xd9ed7d3e1b47c275349fbe313cbc28dc860fd3291
f893db35cbc01b144cf1f72

https://foundation.app/@ryder_ripps/bayc/3160                   13:59

**Ryder Ripps**                                                  14:02

where can u find the fuffilled ones

**Tom**                                                          14:04



I will export you a list. For any individual one you can typically find it by
going to "ERC721 txns" on someone's Etherscan

                                                                 14:04

Once in there if you "decode transaction data" you will see this; the fulfilled
ape id and the Ryder id that fulfilled it

Still working on fixing the admin UI                             14:04

**Ryder Ripps**                                                  14:20

ty

**Tom**                                                          14:20

https://docs.google.com/spreadsheets/d/1dNA7Src4i1u1Cj9hITEFsYHHTtZ1
k-mahe847H8Az_4/edit#gid=1094101704

First sheet here is every fulfilled one                          14:20

Second sheet has everything                                      14:20

0 status = un reserved, 1 = reserved, 2 = fulfilled, 3 and 4 are pre-          14:21
minted and reserved by us

**Ryder Ripps**                                                  14:21

helpful

**Tom**                                                          14:22

Boom, I'll make something more comprehensive once I fix this issue

**Ryder Ripps**

**RR**

sometimes the site takes a while to load                                                              14:22

maybe it should have a loader                                                                        14:22

so it doesnt look broken                                                                             14:22

**T** **Tom**                                                                                        14:23

Yes I am going to add

**T** **Tom**                                                                                        14:44

Ok admin UI should be in better shape                                                                

Now there are two numbers you must watch                                                             14:44

**RR** **Ryder Ripps**                                                                               14:45

should we withdrawl

i think so                                                                                           14:45

**T** **Tom**                                                                                        14:45

I put in the remaining orders to fulfill manually, there is a bug with the automated tracking of orders that have been reserved => canceled => reserved, which is a challenging issue and probably not worth an automated solution at the moment

Re: withdrawing, I'm not opposed (and we designed the system purposely so anyone could), but I don't need the money at this second and I wonder if keeping it in is a better look or otherwise will give us further energy to sell                                                                             14:46

Just my thought                                                                                      14:46

Actually I'd say we shouyld fulfill everything we have before withdrawing                             14:47

At the least                                                                                         14:47

That's my minimum thought                                                                            14:47

I could also see letting it sit for more                                                             14:47

We have a very good system and I'm 100% confident we aren't taking anyone's money, but someone watching could still FUD   14:47

**PS** **Pauly Shore**                                                                               14:47

I agree

**T** **Tom**                                                                                        14:47

Especially as there are only 38 left

**PS** **Pauly Shore**                                                                               14:47

I would be patient about withdrawing

**Tom**

**JTX-0804.00007**

**T**  Agreed    14:49

**PS**  **Pauly Shore**    14:50
https://foundation.app/@ryder_ripps/bayc/101

**RR**  **Ryder Ripps**    14:50
the mel brooks memes i just posted are good

the producers should be a touchstone for the project    14:50

**PS**  **Pauly Shore**    14:50
Yes

I wanna send one to shkreli    14:51

**RR**  **Ryder Ripps**    14:51
send it

that ones kinda boring tho    14:51

**PS**  **Pauly Shore**    14:51
Cool

**RR**  **Ryder Ripps**    14:51
send him a turnt one

    14:51



**PS**  **Pauly Shore**    14:52
https://foundation.app/@ryder_ripps/bayc/576

This one is good because it's owned by Andre cronje on the original collection    14:52

Huge defi byilder    14:52

Bullish    14:52

**RR**  **Ryder Ripps**    14:56
thats a good one

**Pauly Shore**

JTX-0804.00008

**PS**

Yes                                                                      14:57

Gonna send now                                                           14:57

Which twitter?                                                           14:57

doesnt he have some burner or some shit                                  14:58

https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2    15:03
e118a18a936f13d/7025

original                                                                 15:03

**RR**  **Ryder Ripps**                                                  15:03

https://twitter.com/zkEnrique7

**PS**  **Pauly Shore**                                                  15:03

thank you!

**RR**  **Ryder Ripps**                                                  15:03

if he switches his milady out it be big

i think hes prob friends with someone there                              15:03

he might burn the rr/bayc                                                15:03

but thats good too                                                       15:03

if he tweets about it                                                    15:03

**PS**  **Pauly Shore**                                                  15:04

i want to announce it

do you wanna tweet it @ryderripps ?                                      15:04

or me                                                                    15:04

**RR**  **Ryder Ripps**                                                  15:04

i should

**PS**  **Pauly Shore**                                                  15:04

yes

i agree                                                                  15:04

**RR**  **Ryder Ripps**                                                  15:04

ill just send it

and see what he says                                                     15:04

or i mean                                                                15:04

u send it                                                                15:04

**PS**  **Pauly Shore**                                                  15:04

the link?

**JTX-0804.00009**

**RR**  **Ryder Ripps**                                                    15:04

and ill tell him

**PS**  **Pauly Shore**                                                    15:04

i sent the ape already

**RR**  **Ryder Ripps**                                                    15:04

u transfer it?

**PS**  **Pauly Shore**                                                    15:04

he owns it now

In reply to this message                                                  15:05

tell him that andre cronje owns the original

**RR**  **Ryder Ripps**                                                    15:05

whats Andre cronje tw

**PS**  **Pauly Shore**                                                    15:07

i think he scammed so hard that he is off twitter atm

**RR**  **Ryder Ripps**                                                    15:07

lol

**PS**  **Pauly Shore**                                                    15:07

finding out more now

i already knew he was probably off twitter                                15:08

but its hilarious                                                         15:08

that they both own the same ape                                           15:08

both have a gnarly reputation                                             15:08

he made Yearn Finance which started defi summer basically                 15:09

**RR**  **Ryder Ripps**                                                    15:09

when i backend back up

**PS**  **Pauly Shore**                                                    15:09

we are working on it its a technical issue with the netlify

@ryderripps maybe i should also give him one that franklin owns           15:10

i think its a good idea                                                   15:10

i could give him one that jimmy owns                                      15:11

or that franklin owns                                                     15:11

piss off two people                                                       15:11

it would also be really funny to give him the one that seth green owns    15:12

**JTX-0804.00010**

so we can meme that like crazy | 15:12

and be like martin shkreli stole seth greens ape and ruined the movei | 15:13

we dont have it sadly, the seth green one | 15:25

https://twitter.com/pauly0x/status/1529908864996483072?s=21&t=pfhr-2MY_qS6iFAhRW0Aww | 15:35

**Tom** | 15:51

Sorry back end has been up for a few mins

**Pauly Shore** | 15:52

Awesome!

**Ryder Ripps** | 15:52

not here

**Pauly Shore** | 15:52

Weird

**Ryder Ripps** | 15:52



**Tom** | 15:52

https://rrbayc.com/?fulfill

Sorry it's this one | 15:52

I should delete that old app | 15:52

**Ryder Ripps** | 15:52

shall we withdrawl

**Pauly Shore** | 15:52

Ok

**Ryder Ripps** | 15:53

the marketplace should have a chatroom built in

fuck discord | 15:53

woud be more lit | 15:53

if its in the website | 15:53

**Pauly Shore**     15:53

Yes

    15:54



Going to meet him in person right now     15:54

Will be afk for a while     15:55

@ryderripps no tweet about shkreli?     15:55

**Ryder Ripps**     15:58

withdrawl?

**Pauly Shore**     15:59

Let's hold off until we can have a longer discussion lmo

I have to go meet this guy rn small window big opportunity     15:59

He will like what we are doing he is very anti vc     15:59

**Ryder Ripps**     16:00

cool gl

id like to withdrawl     16:00

**Fit Binex**     16:13

just had a brief discussion with ryder regarding this gold #2089, i minted but cancelled the fulfilment, just a heads up @dumbnamenumbers not sure if thats gonna cause you issues

this ape is to go in the proverbial treasury     16:13

**Tom**     16:30

Shouldn't be a problem on my end, I"m sure the reserver isn't happy haha

**Fit Binex**     16:35

theyve got plenty, i accidently minted and cancelled another one from them, theyre meuleman.eth, if they want to say something we can relist the 2nd one i cancelled on em for them or w/e if that isnt too much issue for you, or i can handle it personally

JTX-0804.00012

another gold one they reqeusted                                      16:35

**Tom**                                                              16:36

Ah ok I actually know that guy, supporter of the project, if you could give
him one back that'd be nice I think

**Fit Binex**                                                        16:37

Got it

**Ryder Ripps**                                                      16:58

https://twitter.com/Cryptopathic

talking to path                                                      16:58

hes in                                                               16:58

ill send him something dank                                          16:58

from my wallet                                                       16:59

**Pauly Shore**                                                      17:21

Hell yea

That's awesome!                                                      17:21

**Ryder Ripps**                                                      17:22

he said hes gunna buy one

i offered to send him a bunch                                        17:22

but he said hell buy                                                 17:22

not sure what that means                                             17:22

**Fit Binex**                                                        17:27

He's gonna reserve

He wants to use the app                                              17:27

It's bullish                                                         17:27

**Tom**                                                              17:27

Oh he wants it

Haha                                                                 17:27

Definitely bullish                                                   17:27

**Pauly Shore**                                                      17:55

Dank AF

Glad to have you in here @FBinex                                     17:56

Guys fit is Ryders assistant on this project and my IRL friend ❤️    17:56

Thanks for helping us crush this @FBinex                             17:56

**JTX-0804.00013**

**Fit Binex**                                          17:57

Lets gooooo

Honored                                                17:57

**Tom**                                                18:23

Hell yeah great to meet you!

And thanks for helping pump V2 Punks                   18:24

**Fit Binex**                                          18:32

Oh yeah my pleasure

You're on that team?                                   18:32

**Tom**                                                18:32

No just have a bunch of them haha

Think they are cool                                    18:32

**Fit Binex**                                          18:34

Ryder and I were just checking out their site

> designed to close the gap between V1 and V3. We      18:35
> believe that original CryptoPunks are undeservedly
> called «V2» (the grain of truth is in the recognition
> of people, and not in the entry on the blockchain),

How are they recognizing people                        18:35

Or am I entirely missing the point                     18:35

**Pauly Shore**                                        18:37

I think the point is to not worry about other projects

So yes                                                 18:37

➡️                                                     18:37

**Tom**                                                18:37

It's also saying "the name we are using isn't taken, despite what people
sometimes say"

So we will take the free name                          18:37

**Pauly Shore**                                        18:37

Lmao

**Tom**                                                18:37

Still confusing

**Fit Binex**                                          18:38

It's a coup

JTX-0804.00014

I support it                                                                              18:38

Hey that sheet you guys made with the wallet addresses is fire        18:51
@dumbnamenumbers @0xHwonderOfTheWorld thanks a mil

**Tom**                                                                                   19:14

Boooommm!

Glad it helps!                                                                            19:14

**Ryder Ripps**                                                                           19:14

can everyone join the soon movement

i think its a good show of force                                                          19:15

simple thing that could have big legs                                                     19:15

its not even about rr/bayc                                                                19:15

**Fit Binex**                                                                             19:15

im petitioning for a 'wen' emoji

**Ryder Ripps**                                                                           19:15

lol

**Fit Binex**                                                                             19:15

down with the soon patriarchy

**Ryder Ripps**                                                                           19:15

wen -> soon

**Pauly Shore**                                                                           19:22

➡️
SOON

**Hwonder**                                                                               23:10



that was ... not . smart .                                                                23:10

**PS**        **Pauly Shore**                                              23:51

Oof

**RR**        **Ryder Ripps**                                              23:51

scary

https://twitter.com/ryder_ripps/status/1530031375075618817     23:56

burn milady to the ground                                       23:56

27 May 2022

**PS**        **Pauly Shore**                                              00:04

psycho stuff

@ryderripps no tweet about shkreli?                              00:05

**RR**        **Ryder Ripps**                                              00:05

i dont know

**PS**        **Pauly Shore**                                              00:05

i asked about the withdrawal but i havent heard back yet

**RR**        **Ryder Ripps**                                              00:05

go for it

ill retweet it                                                  00:05

**PS**        **Pauly Shore**                                              00:05

ok

**RR**        **Ryder Ripps**                                              00:05

he prob wont do anything

cuz hes a milady                                                00:05

**PS**        **Pauly Shore**                                              00:05

right

**RR**        **Ryder Ripps**                                              00:05

and a pedo

**PS**        **Pauly Shore**                                              00:05

but whatever

its still good buzz                                             00:05

**RR**        **Ryder Ripps**                                              00:05

if we were pedos the nft might do better

JTX-0804.00016

**Pauly Shore**                                                                00:05
yes

https://twitter.com/zkEnrique7                                                00:07

this account got suspended lol                                                00:07

or "restricted"                                                               00:07

https://twitter.com/Pauly0x/status/1530039124803080192?                       00:12
s=20&t=nUnijcsP19oDLNC6zZeAVA

@ryderripps                                                                   00:12

**Ryder Ripps**                                                               00:13
he didnt ask me

i offered him one                                                             00:13

**Pauly Shore**                                                               00:14
oh

should i change it?                                                           00:14

i can delete and repost                                                       00:14

**Fit Binex**                                                                 01:33
That 8860 burn tweet is false

https://etherscan.io/tx/0x67d37acd9bcaec9ca245bdb3e27bbd5ca7a4                01:33
72a7b28230772186bd206c3db44

That shit was burned a year ago                                               01:33

**Ryder Ripps**                                                               14:01
https://twitter.com/0xSlykx/status/1530247572526288897

**Pauly Shore**                                                               14:02
Replied

Draft of a cool tweet for @ryderripps or myself:                             14:12

**Ryder Ripps**                                                               14:12
ty for replying

**Pauly Shore**                                                               14:13
One of our in house gigabrains, MiddleMarch has run full color analytics on
the RR/BAYC collection and we have already discovered the following:

Most colors (53416 colors!): #5846
Fewest colors (4011 colors!): #3291

                                                                              14:13





14:13

No problem ryder! 14:13

**Ryder Ripps** 14:13

niceee

**Pauly Shore** 14:13

That's a cool tweet and will encourage people to speculate on those metrics imo

And sort of teases added sort functionality that Tom is already well underway with! 14:14

I also told prego who made the bot that we should add a link to RR/BAYC to the bot 14:15

I think we should make sure we follow him and give him some apes! 14:15

His twitter: 14:15
https://twitter.com/pedropregueiro/status/1527278832251637762?s=21&t=xl6zpTttZimnvPu-F1i2gw

Tom made this graph of color distribution as well 14:16

14:16

**JTX-0804.00018**





14:19

Can tease the domain and add to bio today if we like                                14:19

**Ryder Ripps**                                                                      14:20

should have different image

lets copy opensea                                                                    14:20

**Pauly Shore**                                                                      14:20

Could you make an image for it?

**Ryder Ripps**                                                                      14:39

sure

i think the hex wrapper would really help                                           14:39

if people can make their rr/bayc's hex                                              14:39

like mine                                                                            14:39

**Pauly Shore**                                                                      14:39

I agree!

Maybe we make a border customizer option too                                        14:39

So oeoooe could visually mark their rrbaycs                                         14:39

**Ryder Ripps**                                                                      14:39

eh

i dont think it matters                                                              14:40

**Pauly Shore**                                                                      14:40

Or something that's a variation on that

**JTX-0804.00019**

| | | |
|---|---|---|
| I think it's effective | | 14:40 |
| And gives people some room for play and expression | | 14:40 |
| It's not major impact but it's a small value add | | 14:40 |
| Every little thing helps | | 14:40 |
| Keeping the attention of community in small ways that seems insignifiant to us | | 14:40 |
| Is powerful | | 14:41 |
| A little goes a long way Imo | | 14:41 |
| Imo you should<br>Tweet the color thing it will land more effectively on your side | | 14:41 |
| Collectors will speculate | | 14:41 |

**Pauly Shore**                                                                                       15:13

Have we fulfilled all rsvps @ryderripps ?

**Ryder Ripps**                                                                                      15:29

https://twitter.com/azchilly/status/1530269773874884608?s=21&t=ZNxvlzqgy7eG5vbqnScjVQ

**Pauly Shore**                                                                                      15:31

These people just don't know how to use blockchain

I replied                                                                                            15:31

**Ryder Ripps**                                                                                      15:31

ty

**Pauly Shore**                                                                                      15:32

Np

Are you gonna do with withdrawal today and distribution?                                              15:32

**Ryder Ripps**                                                                                      15:55

hey guys

https://okfoc.us/9000/tygasite/3d2/                                                                   15:55

i was working on this                                                                                 15:55

i think for the soon landing it should be a rotating soon                                            15:55

**Tom**                                                                                              15:55

Sick!

I'm down                                                                                             15:56

**Ryder Ripps**                                                                                      16:10

https://twitter.com/ryder_ripps/status/1530280206845349888

JTX-0804.00020

**Pauly Shore**                                    16:14

@ryderripps dns instructions

apemarket.com A 75.2.60.5                           16:14

www CNAME ape-market-v1.netlify.app.               16:14


                                                    16:14


                                                    16:14

**Ryder Ripps**                                    16:17

what about a wrapper for hex

i think that would do well                          16:17

**Pauly Shore**                                    16:17

We can work on that no problem

But I want to knock off a few tasks at a time        16:17

I love that idea                                    16:18

We have the power to execute stuff like that very very easily   16:18

I just want to keep focusing on trickling our hype   16:18

**Ryder Ripps**                                    16:18

dns done

**Pauly Shore**                                    16:18

Tom be like:

                                                    16:18



**Animation**
105.8 KB

**Tom**                                                                          16:18
Boooommm

**Pauly Shore**                                                                  16:18
Did someone say WRAPPER?!

**Tom**                                                                          16:18
I like also the physical print idea, let's not forget about that one!

**Pauly Shore**                                                                  16:18

**Animation**
58.7 KB

**Tom**                                                                          16:19
Boom

**Pauly Shore**                                                                  16:19
In reply to this message
This is a BANGER 🔥 🔥 🔥

I want my @ryderripps physicalssssss                                             16:19



16:19

**Ryder Ripps**                                                                  16:21



---

**Pauly Shore**                                          16:21

HAHAHAHHAHAA

Maybe soon underneath?                                   16:22

@ryderripps                                              16:22

That is dank AF I love that image                        16:22

Meme power                                               16:22

**Ryder Ripps**                                          16:23



**Pauly Shore**                                          16:23

I like the white

It doesn't lock us in to a color palette                 16:23

**Ryder Ripps**                                          16:24

JTX-0804.00023



i like the coinbase color                                                      16:24

**Pauly Shore**                                                                16:24

Do we want to pigeonhole ourselves to be anti A16z?

**Ryder Ripps**                                                                16:24

no

its just a meme                                                                16:24

its funny                                                                      16:24

**Pauly Shore**                                                                16:24

Oh ok

I love it but I'm thinking for a teaser on apemarket.com                       16:24

Are you good with just the 🔜                                                  16:24

I tbink that is the move here                                                  16:25

**Ryder Ripps**                                                                16:25



**Pauly Shore**                                                                16:25

Dank

For the card                                                                   16:26

What font is used there ryder?                                                 16:27

https://twitter.com/pauly0x/status/1530285604575105028?                        16:31
s=21&t=XBy3Fw0xf305_gft_qHiCg

**Tom**                                                                          16:32

Love it! The noisy skin seen through the semi-transparent eye laser thing
creates a lot of unique colors!

**Pauly Shore**                                                                  16:33

Amazing stuff tom!!!!

All this maniacal digging you've done can be put to great use here!          16:33
You love to see it!!!!

Apemarket.com                                                                    16:36

**Ryder Ripps**                                                                  16:36

i actually like that just like that

when happens when u connect                                                      16:36

can it send someone free apemarket token                                        16:37

if they connect                                                                  16:37

**Pauly Shore**                                                                  16:37

Not today but we can talk about adding

Do you want the crop marks on the image?                                         16:37

And what font are u using?                                                       16:37

Right now nothing happens re connection                                          16:38

**Ryder Ripps**                                                                  16:38

its better black bg

                                                                                 16:38



**Pauly Shore**                                                                  16:38

Ok

**Ryder Ripps**                                                                  16:38

what do u think

maybe not                                                                        16:38

the markup is really hard for me lol                                             16:38

**Pauly Shore**

JTX-0804.00025

PS    I like white                                                              16:38

**Ryder Ripps**                                                                 16:38

so many elements and css for this page

lol                                                                             16:39

**Pauly Shore**                                                                 16:39

Lol

**Ryder Ripps**                                                                 16:39

sorry the frontend dev in me is bugging out

**Pauly Shore**                                                                 16:39

I feel you

We can tinker hard for sure                                                     16:39

**Ryder Ripps**                                                                 16:39

https://news.artnet.com/style/yves-saint-laurents-jardins-marjorelle-
market-2121732

**Pauly Shore**                                                                 16:39

I just want to give attention

In reply to this message                                                        16:39

Do you want this image as is for the preview card

I think it looks fire just like that                                            16:39

I love it                                                                       16:39

Wow that house is soooo sick                                                    16:40

**Ryder Ripps**                                                                 16:48

📄 **soon.gltf**
443.2 KB

could embed this                                                                16:48

its 3d                                                                          16:48

**Hwonder**                                                                     16:48

cool

**Pauly Shore**                                                                 16:49

Can you send a ss of that 3d image ryder

I'm on mobile rn                                                                16:49

H got it                                                                        16:49

Nvm                                                                                16:49

 **Hwonder**                                                   16:49



may need to kill shadow                                                            16:50

**Pauly Shore**                                                                    16:57

Withdrawal instructions: click withdraw button for auto distribution and then for the remaining proceeds send:

42.242 eth to: 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740

30.242 eth to: 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B

32.398 eth to: 0xC2172a6315c1D7f6855768F843c420EbB36eDa97

Pauly Shore pinned this message

**Pauly Shore**                                                                    16:57

@ryderripps

**Ryder Ripps**                                                                    17:03

i dont really get the breakdown

will send now                                                                      17:03

ok all sent                                                                        17:05

**Pauly Shore**                                                                    17:05

Awesome! Thanks dude! And congrats to everyone for good work so far!

Job far from done!                                                                 17:06

The grind continues!!!!!                                                           17:06

**Tom**                                                                            17:10

BOOM! Only the beginning!

JTX-0804.00027

**Pauly Shore**                                                          17:11

@ryderripps we can go over the breakdown anytime

What about it doesn't make sense?                                        17:12

We split the gas evenly 4 ways not according to the percent splits       17:12

But if there is any issue of course we can get it sorted, I didn't do a   17:12
deep dive but it seems accurate to me

**Tom**                                                                  17:53



Had to do it!

**Pauly Shore**                                                          17:53

Lmfao

**Ryder Ripps**                                                          17:53

lolol

**Tom**                                                                  17:54

Now I gotta do an updated export so this can be fulfilled

good to put myself in the shoes                                          17:54

https://apemarket.com/                                                   17:58

**Pauly Shore**                                                          18:00

I love it

**Pauly Shore**                                                          18:41

https://twitter.com/apemarketplace/status/1530318281885814785?
s=21&t=WovNG3GOE6D_aCx95OfZng

**Ryder Ripps**                                                          18:49

i think we should change the icon

**Pauly Shore**

**JTX-0804.00028**

PS

Which icon                                                                                  18:49

Twitter or site?                                                                            18:49

RR    **Ryder Ripps**                                                                       18:50



twitter                                                                                     18:50

try that                                                                                    18:50

u can zoom in a bit                                                                         18:50

so it fits                                                                                  18:50

https://twitter.com/Clover_1987/status/1530320222338572288                                  18:50

FB    **Fit Binex**                                                                         18:51

**Animation**
77.2 KB

PS    **Pauly Shore**                                                                       18:58

Will fix

RR    **Ryder Ripps**                                                                       18:59

i also dont like that card image                                                            18:59

i just sent that as like i donno                                                            18:59

wasnt done                                                                                  18:59

PS    **Pauly Shore**                                                                       18:59

Ok

That was not clear to me                                                                    19:00

Sorry for the mixup                                                                         19:00

I asked you to make a card image and that is what you sent me                               19:00

Please let me know if you aren't set next time and I will make sure                         19:00

We will update it                                              19:00

But I need you to tell me which one                           19:01

@ryderripps                                                   19:01

**RR**  **Ryder Ripps**                                       19:38

card looks good                                               19:38

i think change the twitter icon                               19:38

to just the txt                                               19:38

19:44



**RR/BAYC**

**RR/BAYC I want to reserve:**

#341  By purchasing this Ryder Ripps artwork in the form of an NFT, you
understand that this is a new mint of BAYC imagery, re-
contextualizing it for educational purposes, as protest and satirical
commentary. You cannot copy an NFT. Please see the RR/BAYC
contract here to verify provenance: Etherscan. By reserving your
RR/BAYC, you are purchasing a hold for an order that will be
fulfilled or rejected/refunded by Ryder within 24h (Depending on
the vibe of your wallet and the mood of Ryder at the time).

Reserve 0.15 Ξ

**Reserve Apes (5,856 Remaining)**

Enter Ape Id

sometimes takes a while to load image                         19:45

and it just looks liek this                                   19:45

**PS**  **Pauly Shore**                                       19:50

Ok                                                            19:51

https://twitter.com/apemarketplace/status/1530335753926070274?   19:51
s=21&t=JpP_lHTLqPxCX1sgepmbvw

**RR**  **Ryder Ripps**                                       19:51

cool

**PS**  **Pauly Shore**                                       19:52

https://daobao.substack.com/p/ryder-ripps-bored-ape-yacht-club?
token=eyJ1c2VyX2lkIjo5MzIxMTEzNSwicG9zdF9pZCI6NTY4NDk1NDAsII8iOiJ
0OFhLbyIsImlhdCI6MTY1MzY5NDcxNiwiZXhwIjoxNjUzNjk4MzE2LCJpc3MiOi
JwdWItODE0Njc1Iiwic3ViIjoicG9zdC1yZWFjdGlvbiJ9.itgSRWLSbb8VTx8g7sm
5NPiD6Oy1YeYWMG2NZf0_9wQ&s=r

**RR**  **Ryder Ripps**                                       19:56

is there a good method of me transferring to people apes

for promo                                                     19:56

**Pauly Shore**

**PS**  @OxHwonderOfTheWorld can you reccomend anything?                                          20:00

@ryderripps I def think we need a breather on our side soon, we got     20:01
a lot of shit to keep working on and we have to take some breaks to make
it sustainable

**FB  Fit Binex**                                                                                20:01

Yeah do it man, I took the day today and I'm already feeling recharged                            20:01

Crushed a huge hole                                                                               20:01

Hike lmao                                                                                         20:02

**RR  Ryder Ripps**                                                                               20:02

cool i was thinking if i just reserve with my own wallet than transfer using                      20:02
foundation

**PS  Pauly Shore**                                                                               20:02

You could do that but we have numbers already set aside                                           20:02

**FB  Fit Binex**                                                                                 20:03

I can cross check the sheets they made when I get back tmrw                                        20:03

Unless there's a more sensible way devs can come up w                                             20:03

Give me a call if u wanna rap about it                                                            20:03

**PS  Pauly Shore**                                                                               20:03

bro                                                                                               20:03

there is a way                                                                                    20:03

i just need some time to get the answer                                                           20:03

i need a break for a while but i will let you guys know                                            20:03

the second i know                                                                                 20:04

**RR  Ryder Ripps**                                                                               20:04

i cant believe eth price                                                                          20:04

**FB  Fit Binex**                                                                                 20:04

Kk                                                                                                20:04

**PS  Pauly Shore**                                                                               20:04
In reply to this message

and fit, i wasnt asking you if it was ok to take a break                                           20:04

fyi                                                                                               20:04

i appreciaite it                                                                                   20:04

im real pissed off right now                                                                      20:04

REAL PISSED                                                                                       20:04

**JTX-0804.00031**

becaues of phunk shit                                                                    20:04

**Ryder Ripps**                                                                          20:04

what happened

**Pauly Shore**                                                                          20:04

i just found out all these shady people tried to steal the entire fucking joint

all these fucking pieces of shit                                                         20:04

from the og discord                                                                      20:04

i cannot fuckibg believe these assholes                                                  20:04

people in crpyot                                                                         20:04

are the scum of all scum                                                                 20:05

FR FR                                                                                    20:05

20:05



this was in the chat with zagabond                                                       20:05

before chopper and i were even in the chat                                               20:05

**Ryder Ripps**                                                                          20:06

whos that

**Fit Binex**                                                                            20:08

Yikes man so sorry you're having to deal w that rn, lmk if I can do anything

**Ryder Ripps**                                                                          20:40

i just tried to reserve an ape under my own wallet id

i donno if i fucked it up                                                                20:40

but i cant click buttons in backend                                                      20:40

**Pauly Shore**                                                                          20:40

You gotta wait dude

JTX-0804.00032

**Ryder Ripps**                                                  20:40

ok

actually i can click buttons now                                 20:40

**Pauly Shore**                                                  21:04

Ok cool

It would be better for all of us if you can wait but if it has to happen    21:04
now go for it

**Ryder Ripps**                                                  21:27

basically

i think ape market should have some social features              21:27

and be more socialnetworky than anything else                    21:28

like the built in chatroom                                       21:28

if u hold a collection                                           21:28

**Pauly Shore**                                                  21:28

For sure

**Ryder Ripps**                                                  21:28

and maybe a general classified section

28 May 2022

**Tom**                                                          10:52

Just update fulfillment UI with all pending orders!

Including my order for the ape with the fewest colors...         10:53

**Ryder Ripps**                                                  13:55

https://twitter.com/reeyawd/status/1530605786056929280?
s=21&t=yi1pYwk4wrn-_LtGd0TbeQ

                                                                 13:58



the site takes a while to load and looks broken kinda maybe a loader    13:58
for the ape section

**Fit Binex**                                                          13:58

Yeah they just got one but sent .3

Testing in prod                                                        13:59

**Ryder Ripps**                                                        13:59

yeah

**Pauly Shore**                                                        13:59

In reply to this message

Check internal tx

In reply to this message                                               13:59

It's working fine on my end fwiw

**Fit Binex**                                                          14:00

In reply to this message

Yo wtf

That's weird af                                                        14:00

**Pauly Shore**                                                        14:00

It's a refund for already taken ape

Automatic refund                                                       14:00

Everyone keeps asking the same question                                14:00

**Fit Binex**                                                          14:00

Nice man

**Pauly Shore**                                                        14:00



**Fit Binex**                                                          14:01

Nice save

You see that @ryderripps                                               14:01

**Pauly Shore**                                                        14:03

https://twitter.com/pauly0x/status/1530610632978051078?
s=21&t=g7FFBgeyfGn6sEjk0XGVWw

**Ryder Ripps**                                                    18:10

i need a method to give these away

to get more people involved                                        18:10

**Pauly Shore**                                                    18:15

I am hoping to hear from my friend who has a list of people

Shilling is not our teams strong suit, for obvious feasons         18:16

**Fit Binex**                                                      18:17

The marketplace drop will drive demand

If we pump it'll drive it harder too                               18:17

Holiday weekend woes                                               18:17

As long as we're building I don't see why it won't mint out        18:18

                          29 May 2022

**Pauly Shore**                                                    12:47

https://twitter.com/jackbutcher/status/1530936205881352196?
s=21&t=F4m-dUbacVicd--i_C-fbw

**Ryder Ripps**                                                    12:48

get this man an rr/ape

he owns my work                                                    12:48

**Pauly Shore**                                                    12:48

Obvvvv

Reply to that and offer him one!                                   12:49

**Ryder Ripps**                                                    12:49

https://foundation.app/@ryder_ripps/foundation/60312

he bought this                                                     12:49

**Pauly Shore**                                                    12:49

Yes

**Ryder Ripps**                                                    13:09

rrbayc should have a way to print ur ape on a rolex               13:09

for $50k                                                           13:09

even if its a joke                                                 13:09

lots of people asking for hex wrapper                              13:23

**JTX-0804.00035**

**Pauly Shore**                                                                 13:24

We can create a wrapper this week easy!

**Fit Binex**                                                                   15:08

Didn't omakasea work one up for the RR apes

**Ryder Ripps**                                                                 15:12

he said

but i havent seen                                                              15:12

**Fit Binex**                                                                   15:13

Ah bummer

**Ryder Ripps**                                                                 17:59

new orders arent coming up in backend

**Tom**                                                                         18:01
In reply to this message

Checking

Ok try now                                                                      18:04

**Ryder Ripps**                                                                 19:35

https://github.com/MetaMask/metamask-extension/issues/4050

perhaps theres a way to fix this                                               19:35

the last post sorta works                                                      19:35

**Pauly Shore**                                                                 20:16

@dumbnamenumbers @0xHwonderOfTheWorld

**Hwonder**                                                                     20:58
In reply to this message

this is destine to lead to out of gas error

**Ryder Ripps**                                                                 23:50

is there a way to push preorders so they show

on this end                                                                     23:51

30 May 2022

**Pauly Shore**                                                                 11:14

Right now Tom has to manually push them, they are up to date now

I think it's less than perfect having to have him manually push them          11:16
but I think it works well enough for the time being, we can fix it but I would
rather focus energy on user side / marketplace building

**Ryder Ripps**                                          11:21

just push them some specific time everyday

so i know..                                              11:21

**Pauly Shore**                                          11:21

Ok

**Ryder Ripps**                                          11:22

i also need a way to gift these

asap                                                     11:22

we we releasing the marketplace before it mints out      11:22

it might be wise to release it when it mints out          11:22

**Pauly Shore**                                          11:23

I think there's two different paths we could go about that

I agree about way to gift                                11:23

**Ryder Ripps**                                          11:24

i need it to be able to promote this

**Pauly Shore**                                          11:24

For sure

**Ryder Ripps**                                          11:24

Reserve Apes (5,856 Remaining)

this number isnt changing                                11:24

i think just remove it                                   11:24

**Pauly Shore**                                          11:25

Ok

Discussing now                                           11:26

Number should be removed now @ryderripps                 11:34

**Ryder Ripps**                                          11:35

cool thnx

**Pauly Shore**                                          11:39

No problem

Working on a solution to get you apes to distribute asap  11:39

**Ryder Ripps**                                          11:42

cool

ill proibably wanna give away like 50                    11:42

**Pauly Shore**                                                   11:42

Yes that is the number I said

**Ryder Ripps**                                                   11:42

to artist friends who will post about it

etc                                                              11:42

**Pauly Shore**                                                   11:42

30-50 should help us in the short term

**Ryder Ripps**                                                   11:42

press people

**Pauly Shore**                                                   11:42

Yes!

Absolutely                                                       11:42

**Ryder Ripps**                                                   11:42

gunna just do it w/o asking for anything

thats how i did with anika                                       11:43

and she posted                                                  11:43

and is trying to get press now                                  11:43

**Pauly Shore**                                                   11:43

I do think ryder that we should start trying to lock a design for the marketplace

Because we can tease a screenshot or two                        11:43

People need something visual                                    11:43

Saying we have the thing ready is great                         11:43

**Ryder Ripps**                                                   11:43

i dont think the marketplace will do anything for this mint

0                                                               11:43

**Pauly Shore**                                                   11:43

I think shilling will be more impactful for sure

**Ryder Ripps**                                                   11:43

maybe itll sell like 20 more

**Pauly Shore**                                                   11:43

But I think both are helpful

**Ryder Ripps**                                                                  11:43

it wont

people dont care about tech                                                      11:44

they care about hype                                                             11:44

**Pauly Shore**                                                                  11:44

I agree

But both together is more powerful                                               11:44

And we are building the thing anyways                                            11:44

**Ryder Ripps**                                                                  11:44

the best part of the marketplace is the cheaper ape royalty for bayc

**Pauly Shore**                                                                  11:44

So it doesn't make sense to not leverage it for added hype and attention

**Ryder Ripps**                                                                  11:44

because thats buzzy

**Pauly Shore**                                                                  11:44

I agree

I think we should consider a good strategy for teasing that                      11:44

Teasing features + stimulating hype by giving them to influencers +              11:45
visual demos starting with screenshots

People definitely care about money                                               11:46

And the marketplace will help everyone make money                                11:46

Lower royalties being s key reason why                                           11:46

The BAYC collection being on the site is a great thing to use to                 11:46
generate buzz

I think including that and leaking it                                            11:55

Will open us up to more shillers who are already BAYC cucks                      11:55

And it will help open up the echo chamber                                        11:56

Too much of it his conversation is contained in a bubble                         11:56

We will get you apes to distribute today but I think another good goal           11:57
to have is to get a design in place that you dig ryder

**Pauly Shore**                                                                  12:21

@ryderripps here is a list of the reserved tokens

You can use the V1 tool to mint them to your wallet                              12:21

https://rrbayc-v1.netlify.app/                                                   12:21

**JTX-0804.00039**

Please just mark the ones you have minted on that sheet          12:21

 **Ryder Ripps**          13:29

https://etherscan.io/address/0x745Cc0EE5F409Ab9580c5E14300320f5d92d
D7A8

          13:29

from omakase team          13:29

 **Pauly Shore**          13:31

We should just get the collection relisted on opensea

I already have an attorney that can help us          13:31

Same one who did Phunks          13:31

 **Ryder Ripps**          13:33

they wont do it

0 chance          13:33

this is funnier anyways          13:33

 **Pauly Shore**          13:33

opensea will do it

 **Ryder Ripps**          13:33

i like being banned on opensea

fuck them          13:33

 **Pauly Shore**          13:33

and if they dont

we have a powerful call to action          13:33

 **Ryder Ripps**          13:34

i dont want to be on opensea

**Pauly Shore**                                             13:34

i like being delsited on opensea too

**Ryder Ripps**                                             13:34

its way funnier to keep making wrapers

**Pauly Shore**                                             13:34

but its going to strangle our market

**Ryder Ripps**                                             13:34

and keep people engaged

**Pauly Shore**                                             13:34

if its not on opensea

**Ryder Ripps**                                             13:34

nah

**Pauly Shore**                                             13:34

plebs think it doesnt exist

**Ryder Ripps**                                             13:34

it doesnt matter

**Pauly Shore**                                             13:34

yes it does

for sure                                                   13:34

**Ryder Ripps**                                             13:34

being back on opensea didnt help phunks

**Pauly Shore**                                             13:34

it matters a huge amount

yes it did!                                                13:34

**Ryder Ripps**                                             13:34

i was there

it didnt                                                   13:34

**Pauly Shore**                                             13:34

the opensea api is very important

**Ryder Ripps**                                             13:34

maybe increated the floor by .1 for a day

*increased                                                 13:35

**JTX-0804.00041**

**Pauly Shore**      13:35

you cant say it didnt help because of a one day assesment

opensea is still the most used marketplace      13:35

and the most used api      13:35

**Ryder Ripps**      13:35

i actually think its still hurting

**Pauly Shore**      13:35

we have to realize that our concerns are so far removed from the concerns of the market we are trying to engage with

not being on opensea i agree iwth completely      13:35

from an idealogical standpoint      13:35

100 percent agree      13:35

its just terrible for the business aspect of this      13:36

when people connect their wallet to opensea      13:36

which they do everyday      13:36

they cant see their apes      13:36

that is a major L      13:36

MAJOR L      13:36

     13:36



my opinion is that we should have the attorney file the letter to opensea      13:37

but i think that we can discuss that or whtaever      13:37

i think this slide above is what we should really focus on      13:37

**Ryder Ripps**      13:37

i dont like the way that looks

its confusing      13:37

**PS**  **Pauly Shore**                                                    13:37

i know

**RR**  **Ryder Ripps**                                                    13:37

i can redesign or something

**PS**  **Pauly Shore**                                                    13:37

its an internal document

ofc                                                                        13:37

it needs to be redsigned                                                   13:37

i just wanted to show you where the thinking is at                         13:37

hwonder is working on deploying a demosite                                 13:37

on a slash apemarket.com                                                   13:38

so we can start deciding on how we want the design elements to look  13:38

and i think that we should announce a locked royalty structure            13:38

**RR**  **Ryder Ripps**                                                    13:38

u wanna keep raising the price

**PS**  **Pauly Shore**                                                    13:38

and announce at least that we will include the apes

i think it makes sense to provide a timetable                              13:38

**RR**  **Ryder Ripps**                                                    13:38

i think the price should have stayed at .1

**PS**  **Pauly Shore**                                                    13:38

when we announce this

**RR**  **Ryder Ripps**                                                    13:38

no

i dont want that                                                           13:38

**PS**  **Pauly Shore**                                                    13:38

its an idea

thats fine                                                                 13:38

there is some logic behind it                                              13:38

**RR**  **Ryder Ripps**                                                    13:38

the price increases are so cony

we should just focus on minting out                                        13:38

and engaging with more people                                              13:39

JTX-0804.00043

**Ryder Ripps**                                                          14:19

how does the hex thing work

**Pauly Shore**                                                          14:33

it is reliant on openseas api

twitter verifies ownership of a users nft                               14:33

via their api                                                           14:33

which is fully centralized                                              14:33

**Pauly Shore**                                                          15:07

@ryderripps let me know if you mint some of those apes and please just
notate them in the sheet if you do

**Ryder Ripps**                                                          15:08

i dont see the sheet

**Pauly Shore**                                                          15:08

we should send 5 apes to **karbonbased.eth**

**Ryder Ripps**                                                          15:08

whats the process

**Pauly Shore**                                                          15:08

https://docs.google.com/spreadsheets/d/1WcFDtTimlgQk2FEfWJV02Vvnie9
RgDvb-18aHkygFQ8/edit?usp=sharing

Pauly Shore pinned this message

**Ryder Ripps**                                                          15:08

i see

**Pauly Shore**                                                          15:08

https://rrbayc-v1.netlify.app/

**Ryder Ripps**                                                          15:08

like put the wallet id of a person maybe next to it

**Pauly Shore**                                                          15:08

use that tool to mint whichever on the list

**Ryder Ripps**                                                          15:09

or how does it work

**Pauly Shore**                                                          15:09

yeah just do an X next to it

**RR** **Ryder Ripps**                                    15:09

what tool

**PS** **Pauly Shore**                                    15:09

so we know you minted it

see my link aove                                          15:09

above                                                     15:09

its the v1 tool                                           15:09

where you enter the number you want to mint               15:09

and it mints to your wallet                               15:09

then you can send it to whoever                           15:09

**RR** **Ryder Ripps**                                    15:09

i dont see a link to any tool

just the sheet                                            15:09

**PS** **Pauly Shore**                                    15:09

In reply to this message

this

**RR** **Ryder Ripps**                                    15:09

ok cool thnx

**PS** **Pauly Shore**                                    15:10

no worries

should be very straightfoward                             15:10

mint the number you want from the list and if you can just check it off  15:10
that helps

also can be good to add the wallet of whoever it went to so wwe have  15:10
a record of it

but yeah basedkarbon.eth needs 5 so far                   15:10

**PS** **Pauly Shore**                                    17:10

https://rrbayc.com/?fulfill

we pushed an update to the backend so it should load much faster  17:10

**RR** **Ryder Ripps**                                    17:10

im messing w it now

**PS** **Pauly Shore**                                    17:10

when you get a chance @ryderripps can you please mint one  17:10

ok great                                                  17:11

**JTX-0804.00045**

**RR** | **Ryder Ripps** | 17:11
i just fuffilled like 20

**PS** | **Pauly Shore** | 17:11
oh awesome

so its working great then | 17:11

**RR** | **Ryder Ripps** | 17:11
21eth in contract

not bad | 17:11

**PS** | **Pauly Shore** | 17:11
amazing

should be much snappier now thanks to @dumbnamenumbers | 17:11

| 17:11



**RR** | **Ryder Ripps** | 17:11
dankness

**PS** | **Pauly Shore** | 17:12
whatsup with those gold ones?

**RR** | **Ryder Ripps** | 17:12
uhh

i have to use them | 17:12

**PS** | **Pauly Shore** | 17:12
ok

**RR** | **Ryder Ripps** | 17:12
one person has a double

he agreed to burn it if i send him another gold one | 17:12

and some random one | 17:12

**Pauly Shore**

JTX-0804.00046

**PS**                    can they send it back to you?                                    17:12

**RR**  **Ryder Ripps**                                                                    17:12
        gunna have him burn

**PS**  **Pauly Shore**                                                                    17:12
        probably best if you burn it yourself
        imo                                                                                17:12

**RR**  **Ryder Ripps**                                                                    17:12
        i mean if he burns it i can see

**PS**  **Pauly Shore**                                                                    17:13
        right but for the sake of the contract

**RR**  **Ryder Ripps**                                                                    17:13
        ok

**PS**  **Pauly Shore**                                                                    17:13
        i dont know if you have already tried having someone else burn it
        its a risk                                                                         17:13

**RR**  **Ryder Ripps**                                                                    17:13
        yeah

**PS**  **Pauly Shore**                                                                    17:13
        i would make sure he sends it back to you

**RR**  **Ryder Ripps**                                                                    17:13
        we burned hella apes

**PS**  **Pauly Shore**                                                                    17:13
        contract creator should burn
        not owner                                                                          17:13

**RR**  **Ryder Ripps**                                                                    17:13
        ok

**PS**  **Pauly Shore**                                                                    17:13
        for safety

**RR**  **Ryder Ripps**                                                                    17:13
        i see

**Pauly Shore**

JTX-0804.00047

**PS**    dont want to end up with 10001    17:13

bearish    17:13

**RR**    **Ryder Ripps**    17:13

also

it be cool if in the marketplace even if its just a form w/o real functionality    17:13

theres a burn thing    17:13

**PS**    **Pauly Shore**    17:13

for sure

**RR**    **Ryder Ripps**    17:13

burn one bayc for 50 rr/bayc

its just good marketing    17:14

and funny    17:14

people like it    17:14

**PS**    **Pauly Shore**    17:14

what i would like to do is solidify the very basic structure

but then we can implement a feature like that    17:14

i think we will have something to demo and work off tonight    17:14

kenobi is helping take care of the opensea shit cuz he did it already for phunks and he knows a lawyer friend that will help for free    17:14

so we can offer him and the attorney some apes, they will send me a letter to proof and then send it to opensea    17:15

ill show you when i get it    17:15

im gonna be busy for like an hour and a half talk to you in a bit    17:15

31 May 2022

**T**    **Tom**    08:16

GM!

Big night last night w 0x55907ee5621232c508ce0a7c1df96211e406f217 reserving 30!    08:16

My friend 0x00bD310B27c509C1dA4893D5C3F39Acd27A154DA asked me about whether he can have one of his unfulfilled gold ones. I think we said we'd give him one of the two he reserved, but if something came up and that changed I can tell him    08:16

Big supporter of the project etc etc    08:16

Seems like the speed upgrade is working well but LMK if you notice          08:17
bugs / weirdness; it was a big change

**Pauly Shore**                                                            09:27

Crazy lol

@ryderripps you should offer that dude apes                                09:28

**Ryder Ripps**                                                            10:43

is it doing random by default?

**Pauly Shore**                                                            10:43

Yes

Because all the ones at the top                                            10:44

**Ryder Ripps**                                                            10:44

is that better

**Pauly Shore**                                                            10:44

Are taken

Yes                                                                        10:44

**Ryder Ripps**                                                            10:44

ok

**Pauly Shore**                                                            10:44

It prevents people from having to scroll down a ton

**Ryder Ripps**                                                            10:44

maybe a way to order sequentially?

**Pauly Shore**                                                            10:44

Ok

**Ryder Ripps**                                                            10:44

i really like just seeing them all in order for some reason

**Pauly Shore**                                                            10:44

For sure

**Ryder Ripps**                                                            10:44

mostly because if u actually gave a fuck about the art thats how ud do it

**Pauly Shore**                                                            10:44

I dig it too but the doom scroll was tough

**Ryder Ripps**

RR    and nobody offers that                                              10:45

PS    **Pauly Shore**                                                     10:45
      Yes I agrrr

      I let Tom know                                                      10:45

                                                                          10:45



      We gotta get this guy to promote                                    10:45

      He bought 37 last night                                             10:45

      He owns 3 punks 7 apes and 50 Otherside lands                       10:45

      Lmfao                                                               10:45

      We should send 5 to Karbonbased.eth today                           10:46

RR    **Ryder Ripps**                                                     10:46
      lol

      he blocked u                                                        10:46

PS    **Pauly Shore**                                                     10:46
      Yes

      A long time ago                                                     10:46

RR    **Ryder Ripps**                                                     10:46
      if he bought 37 ghes prob already gunna promote

PS    **Pauly Shore**                                                     10:46
      Yes

RR    **Ryder Ripps**                                                     10:46
      to make his investment go up

PS    **Pauly Shore**                                                     10:46
      For sure

**JTX-0804.00050**

Maybe no need to                                                    10:46

**RR**  **Ryder Ripps**                                            10:47

once this mints out i think itll go way up

**PS**  **Pauly Shore**                                            10:47

Yes

I really want to announce the royalties and utility today          10:47

https://twitter.com/pauly0x/status/1531631550466506754?            10:47
s=21&t=Z_T62Vcw70N8_wNz5hR_Jg

This is hilarious and a fact                                       10:47

19k holders of apes and MAYC                                       10:48

Only 5k rrbayc available                                           10:48

Bullish                                                            10:48

@ryderripps it would be easier to remove random by default, can we 10:49
just do that or what do you think

adding the sequential button will be a bit difficult, would rather avoid 10:50
if possible

i reserved the restaurant one                                      10:50

https://twitter.com/EddOpensea/status/1531646290051866624?         10:54
s=20&t=MzoqIUeOnFxyMTQVAPtsjw

https://twitter.com/Pauly0x/status/1531650349077041153?            10:56
s=20&t=MzoqIUeOnFxyMTQVAPtsjw

**PS**  **Pauly Shore**                                            13:29

|              | BAYC   | MAYC   |
| ------------ | ------ | ------ |
| 30 day vol   | $93M   | $75M   |
| OS Royalties | $4.7M  | $3.7M  |
| RR Royalties | $640k  | $520k  |
| Savings      | $4M    | $3.2M  |

For slide:                                                         13:29

1) .69% royalties                                                  13:29
2) exclusive for RR/BAYC holders
3) launching with BAYC + mutant collections
4) LOOK AT HOW MUCH YOU SAVE + data!

Some fly screenshots of marketplace + maybe one that shows the savings
calculator

@ryderripps                                                        13:29

Some ideas                                                         13:30

**Fit Binex**

**JTX-0804.00051**

FB    Lmk if you guys need a hand w anything                                  14:39

PS    **Pauly Shore**                                                          14:39
      Thanks!

PS    **Pauly Shore**                                                          15:03
      @ryderripps thoughts on making the above info into a slide? I think it
      would be good to announce this stuff soon…

      And reminder we have podcast at 6pm pst                                  15:03

      https://twitter.com/farokh/status/1531709589883957248?                  15:05
      s=21&t=rCEVPvN9nBhZddBVwLKiBg

RR    **Ryder Ripps**                                                          17:12
      https://rrbayc.com/?fuffill

      just goes to homepage now                                               17:12

T     **Tom**                                                                  17:17
      That will happen if you are not connected

      If you connect wallet on home page and try again on admin page it        17:17
      should work

RR    **Ryder Ripps**                                                          17:17
      i am tho

      oh now it works                                                         17:18

      maybe was just a bug                                                    17:18

T     **Tom**                                                                  17:18
      Booooom

RR    **Ryder Ripps**                                                          17:18
      i just went to it again and it worked

      nice                                                                    17:18

PS    **Pauly Shore**                                                          17:21
      🍌

      @ryderripps can you tell us how you feel about announcing our            17:22
      royalties and utility tonight?

      I think it's a good idea                                                17:23

RR    **Ryder Ripps**                                                          17:23
      yeah

      im down                                                                 17:23

      with the graphic                                                        17:23

JTX-0804.00052

looking slick                                                           17:23

 **Pauly Shore**                                    17:23

|              | BAYC   | MAYC   |
|--------------|--------|--------|
| 30 day vol   | $93M   | $75M   |
| OS Royalties | $4.7M  | $3.7M  |
| RR Royalties | $640k  | $520k  |
| Savings      | $4M    | $3.2M  |

**Ryder Ripps**                                                         17:23

nah

**Pauly Shore**                                                         17:23

I just mean that data

**Ryder Ripps**                                                         17:23

its gotta look like something out of yugalabs deck

yeah                                                                    17:23

**Pauly Shore**                                                         17:23

Yes

The design is irrelevant there                                          17:23

**Ryder Ripps**                                                         17:23

for sure

**Pauly Shore**                                                         17:23

But it's powerful data

**Ryder Ripps**                                                         17:23

i like the chart i made

concept of it                                                           17:23

is funny                                                                17:24

**Pauly Shore**                                                         17:24

Which chart? The flowchart?

**Ryder Ripps**                                                         17:24

ya

**Pauly Shore**                                                         17:24

---

**JTX-0804.00053**



**RR**  **Ryder Ripps**                                                   17:24

yes

**PS**  **Pauly Shore**                                                   17:24

Example

Yes                                                                        17:24

**RR**  **Ryder Ripps**                                                   17:24

its funny

**PS**  **Pauly Shore**                                                   17:24

Yes I think so too

But maybe for the initial announcement less of a meme?         17:24

Thoughts?                                                                  17:24

I dig your idea of making it seem super pro                       17:25

**RR**  **Ryder Ripps**                                                   17:25

i thionk the cost saving is very good to show

its strongest                                                              17:25

**PS**  **Pauly Shore**                                                   17:25

Yes absolutely

Have to show that                                                          17:25

But perhaps it's better as less of a meme in the flowchart style is my  17:25
thought

We can ofc meme it to Lyell                                            17:25

Hell                                                                       17:25

But maybe for the initial presentation more serious?           17:26

**Ryder Ripps**

**RR**

ok                                                                                      17:27

what u thinking                                                                          17:27

**PS**  **Pauly Shore**                                                                  17:28

To me it makes sense to present those three or four bullet points on a very
clean slide as well as the value savings on another slide. Clean professional
and designed to your spec makes sense to me

I think making it very professional is wise                                              17:29

**RR**  **Ryder Ripps**                                                                  17:29

https://www.instagram.com/p/CePEoDBAhjR/

rrbayc is at frieze                                                                      17:29

nft people are probably too art illiterate to know what that is                          17:29

but its cool                                                                             17:30

**PS**  **Pauly Shore**                                                                  17:30

Yeah

For sure they are                                                                        17:30

**RR**  **Ryder Ripps**                                                                  17:31

"mona lisa"

**PS**  **Pauly Shore**                                                                  17:31

Lol

**RR**  **Ryder Ripps**                                                                  17:31

is nft communities understanding of art

**PS**  **Pauly Shore**                                                                  17:31

Yes

**RR**  **Ryder Ripps**                                                                  17:31

"banksy is anon"

"mona lisa"                                                                              17:31

17:32

JTX-0804.00055





17:33

**Pauly Shore**                                                   17:34

Lmao

In reply to this message                                          17:34

Dank

@ryderripps can you provide the design you like for two slides    17:37

**Pauly Shore**                                                   18:45



JTX-0804.00056

we need to populate this page with some copy                          18:45

for the homepage                                                      18:45

JTX-0804.00057