# Trial Exhibit JTX-0805

Lodged with Court as a native file on CD