


9:57 PM · May 15, 2022 · Twitter Web App

17 Retweets  4 Quote Tweets  95 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-0814
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk