

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JTX-0817.00001

RIPPSCAHEN00002252

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT **JTX-0817**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk