

**RYDER-RIPPS.ETH...** @ryder_ri... · May 18

whos making the RR/BAYC twitter bot? will give 5 of them.

hey man, I setup a tw bot like the phunk stats to track bids, mints and sales of RR/BAYC: @RRBAYCBot

in response to this: twitter.com/ryder_ripps/st...

still WIP. lmk if anything you wanna add later

May 22, 2022, 10:17 AM

May 22, 2022, 3:55 PM

**VARD** @VardCrypto · May 21
RR/BAYC discord: discord.gg/wGYUpfnE

@ryder_ripps
Show this thread

May 22, 2022, 4:18 PM

yep, done. I'm still ironing out a few things but it should now be properly tracking the important stuff: bids, sales, and new mints.

fyi, props to @CryptoTbird for pinging me on this

May 23, 2022, 12:42 AM

btw, my address is prego.eth (0x4977A4b74D3a81dB4c462d9073E10796d0cEE33 3) whenever you wanna send those bad boys for building the bot.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    JTX-0831.00001    RIPPSCAHEN00000304

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ **JTX-0831**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**