

YUGALABS_00029814



YUGALABS_00029815



YUGALABS_00029816

**Captured at:** 01/05/2023, 08:11 PM
**URL:** https://etherscan.io/tx/0x0b232522992110c99d21c0e9edcfb53b1dff8b046ef3a24d5addf3a43644ff4e



YUGALABS_00029817



YUGALABS_00029818

**Captured at: 01/05/2023, 08:09 PM**

**URL: https://etherscan.io/tx/0x72d5e9e1a27569c4dad4aaa1331d614a4b35ddb1c94ccdac7654493a8b6b9999**



JTX-0832.00006

YUGALABS_00029819