

Yuga Labs v. Ripps
PLAINTIFF'S TRIAL EXHIBIT
JTX-841



**RYDER-RIPPS.ETH** → ✓ SOON
@ryder_ripps

to clarify any confusion, the RR/BAYC apes minted on @foundation are the originals, after i began, @Omakasea_ spun up a contract as a supported offshoot of my original for new BAYCs and MAYCs which both minted out at 0.001 mint price, these are cool too but different

3:24 PM · May 18, 2022 · Twitter for iPhone

7 Retweets   3 Quote Tweets   61 Likes