

**RYDER RIPPS** SOON
@ryder_ripps

Replying to @larfboyscapital

i think the 1.2m i just made creating conceptual art and upheaving the entire nft world is a bit more relevant but if u think that random pic of ye is relevant than cool good for u

11:37 AM · Jun 16, 2022

15 Likes

