

**RYDER RIPPS** SOON ✓
@ryder_ripps

over $1.2 million dollars has made from RR/BAYC and YugaLabs nor the BAYC holders arent going to do anything about it? Absolute 🧢. No IP is owned, liars/scammers.

7:54 AM · Jun 16, 2022

**17** Retweets   **1** Quote Tweet   **106** Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT         JTX-0860
DATE                           IDEN.
DATE                           EVID.
BY
Deputy Clerk

JTX-0860.00001                    YUGALABS_00030128