**RYDER RIPPS** 🔜 ✓
@ryder_ripps

just bought @PaulyOx 10,000 followers to get him banned from @erik_udahl list , delete this fool erik hes got fake followers

10:26 PM · Dec 10, 2021

1 Retweet   2 Quote Tweets   36 Likes

**Zain** @NotZainAgain · Dec 11, 2021
Replying to @ryder_ripps @PaulyOx and @erik_udahl
how do you know his followers are fake?

1    1

**RYDER RIPPS** 🔜 ✓ @ryder_ripps · Dec 11, 2021
Replying to @NotZainAgain @PaulyOx and @erik_udahl
i bought them

2    6

Show replies

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-0874
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-0874.00001                                    YUGALABS_00030233