U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-0906
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

1/7/23, 1:49 PM    *ryder-ripps.eth | Address 0x592814ff14e030b51f6087032db0f88f4214f254 | Etherscan

## Address 0x592814FF14E030B51F6087032DB0f88F4214F254

### Overview

| | |
|---|---|
| Balance: | 0.793859034402146083 Ether |
| Value: | $1,003.28 (@ $1,263.80/ETH) |
| Token: | |

### More Info

⟨⟩ *ryder-ripps.eth

My Name Tag: Not Available, login to update

---

**Transactions** | Internal Txns | Erc20 Token Txns | Erc721 Token Txns | Erc1155 Token Txns | Analytics | Comments

Latest 25 from a total of 20,394 transactions

| Txn Hash | Method | Block | Date Time (UTC) | From | | To |
|---|---|---|---|---|---|---|
| 0x45768a6f10cc8155011… | Buy And Redeem | 16356535 | 2023-01-07 17:55:47 | ryder-ripps.eth | OUT | 0x0fc584529a2aefa997… |
| 0x1c02c5a3751b8654b2… | Buy Phunk | 16282461 | 2022-12-28 9:49:59 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0x3dd002f09ebaa36e68… | Phunk No Longer … | 16274780 | 2022-12-27 8:06:11 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0xa7e75ce3a38a8ea209… | Withdraw | 16165564 | 2022-12-12 2:12:23 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0x79531f82e8e02c12b3… | Safe Transfer Fr… | 16151116 | 2022-12-10 1:47:47 | ryder-ripps.eth | OUT | 0x07141cff9826179c83f… |
| 0xd985711a45ab62288e… | Transfer | 16064577 | 2022-11-27 23:23:59 | ryder-ripps.eth | OUT | Centre: USD Coin |
| 0x5fe7d69211dc6cbf48b… | Transfer | 16064417 | 2022-11-27 22:51:35 | ryder-ripps.eth | OUT | Centre: USD Coin |
| 0x712dcda9a9a78c6441… | Transfer | 15935477 | 2022-11-09 22:34:59 | ryder-ripps.eth | OUT | 0x750728d2621880369… |
| 0xbdb86dabaf428fa32bd… | Swap | 15934849 | 2022-11-09 20:28:23 | ryder-ripps.eth | OUT | Metamask: Swap Route |
| 0xad6c985ae17035220a… | Approve | 15934849 | 2022-11-09 20:28:23 | ryder-ripps.eth | OUT | Wrapped Ether |
| 0xe9c37686f5b5f939b53… | Withdraw | 15799220 | 2022-10-21 21:39:27 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0x6563d56c103d90578a… | Transfer | 15666589 | 2022-10-03 8:59:47 | ryder-ripps.eth | OUT | 0x456875babd932ef871… |
| 0x7d326f58bcd1a08865… | Offer Phunk For … | 15666519 | 2022-10-03 8:45:47 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0xaf8de41cd17d91fdf72… | Withdraw | 15666483 | 2022-10-03 8:38:35 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0xa6164308f3468b53c1… | Set Approval For… | 15665882 | 2022-10-03 6:37:23 | ryder-ripps.eth | OUT | 0xefed2a58cc6a5b81f9… |
| 0xfc19317805f3fb01bc7… | Offer Phunk For … | 15665633 | 2022-10-03 5:47:23 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0x2fa0fefafceaf1aa833b… | Offer Phunk For … | 15665531 | 2022-10-03 5:26:47 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0xbeee69b18936ffd78e3… | Offer Phunk For … | 15665523 | 2022-10-03 5:25:11 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0x5b82c59864939dcc4e… | Offer Phunk For … | 15665520 | 2022-10-03 5:24:23 | ryder-ripps.eth | OUT | 0xd6c037be7fa60587e1… |
| 0xcf6d61d1a4a28189bfe… | Transfer | 15641223 | 2022-09-29 19:56:11 | ryder-ripps.eth | OUT | 0x456875babd932ef871… |



JTX-0906.00002                                                                       YUGALABS_00030153