# Trial Exhibit JTX-0915

Lodged with Court as a native file on CD