U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-0917**_____
DATE _____ **IDEN.**
DATE _____ **EVID.**
BY _____
**Deputy Clerk**

**JTX-0917.00001**  YUGALABS_00015423