Pauly Shore ▓▓▓▓▓▓▓

5/16/22, 6:16 PM



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT **JTX-0918**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**



CONFIDENTIAL

LEHMAN0000013

CONFIDENTIAL

**JTX-0918.00001**

LEHMAN0000013

5/18/22, 6:16 PM

Pauly Shore ▮▮▮▮▮▮



CONFIDENTIAL

**JTX-0918.00002**

LEHMAN0000014

5/18/22, 6:16 PM

Pauly Shore



CONFIDENTIAL

**JTX-0918.00003**

LEHMAN0000015

Pauly Shore ▮▮▮▮▮▮▮
5/18/22, 6:17 PM



5/18/22, 6:30 PM

Pauly Shore ▮▮▮▮▮▮▮

File attachment with MIME type: image/vnd.microsoft.icon
https://etherscan.io/address/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e#readContract
(Sent with URL)

5/18/22, 6:30 PM

Pauly Shore ▮▮▮▮▮▮▮



CONFIDENTIAL                                    LEHMAN0000016

CONFIDENTIAL          **JTX-0918.00004**          LEHMAN0000016

**5/18/22, 6:33 PM**

Pauly Shore ████████



**5/18/22, 6:33 PM**

Pauly Shore ████████

**5/18/22, 7:19 PM**

Pauly Shore ████████

He wants it to be where you can choose the number and also have an option for a random mint

**5/18/22, 7:20 PM**

Pauly Shore ████████

So you can enter a number to see if it's available, or mint x amount rsndomly up to say 10 or 20

**5/18/22, 7:26 PM**

Pauly Shore ████████

It would also be cool to make an immutable royalty structure per your quote earlier today 😄

**5/18/22, 7:26 PM**

Tom iPhone 14 ████████

Loved "It would also be cool to make an immutable royalty structure per your quote earlier today 😄"

**5/22/22, 11:14 PM**

Tom iPhone 14 ████████

0xC650F01EB5b8f267aD3E18282e649AFA0158B188

**5/22/22, 11:14 PM**

Tom iPhone 14 ████████

0xe64f07D9d151eA7286B8470C8F38691bAF2c146E

CONFIDENTIAL                                    LEHMAN0000017

CONFIDENTIAL                                    LEHMAN0000017

**JTX-0918.00005**

**5/22/22, 11:18 PM**

Tom iPhone 14



**5/22/22, 11:18 PM**

Tom iPhone 14



https://etherscan.io/address/0x592814FF14E030B51F6087032DB0f88F4214F254
(Sent with URL)

**5/22/22, 11:18 PM**

Tom iPhone 14

File attachment with MIME type: image/vnd.microsoft.icon

**5/22/22, 11:19 PM**

Pauly Shore

0x592814ff14e030b51f6087032db0f88f4214f254

**5/22/22, 11:19 PM**

Tom iPhone 14

File attachment with MIME type: image/vnd.microsoft.icon
https://etherscan.io/
tx/0xa0941e86bbbe178bc47fb200604c00899a7b724d3ac3d38021f98c90cad06128
(Sent with URL)

CONFIDENTIAL                    **JTX-0918.00006**                    LEHMAN0000018

LEHMAN0000018

**5/22/22, 11:19 PM**

Tom iPhone 14 ▊▊▊▊▊▊



**5/22/22, 11:20 PM**

Tom iPhone 14 ▊▊▊▊▊▊

Wallet 1) 0xC650F01EB5b8f267aD3E18282e649AFA0158B188 2) 0xe64f07D9d151eA7286B8470C8F38691bAF2c146E

**5/22/22, 11:26 PM**

Tom iPhone 14 ▊▊▊▊▊▊

jimdrang Today at 11:25 PM
side note, are you the founder of genius.com?

BOOOOMM

**5/23/22, 12:36 AM**

Tom iPhone 14 ▊▊▊▊▊▊

Actually can you do half in my main wallet (0xC2172a6315c1D7f6855768F843c420EbB36eDa97) and then split the other half between the two above ones?

**5/23/22, 12:37 AM**

Tom iPhone 14 ▊▊▊▊▊▊

Thank you dude!!

**5/23/22, 12:37 AM**

Pauly Shore ▊▊▊▊▊▊

Yes

**5/23/22, 12:37 AM**

Tom iPhone 14 ▊▊▊▊▊▊

Loved "Yes"

CONFIDENTIAL  LEHMAN0000019

CONFIDENTIAL  **JTX-0918.00007**  LEHMAN0000019



**5/23/22, 8:46 AM**
Tom iPhone 14

Jim got back with this, nothing major which is good!

**5/23/22, 8:46 AM**
Tom iPhone 14

I'm not going to share with H until he reviews so that he is not biased

**5/23/22, 8:49 AM (Viewed 5/23/22, 8:52 AM)**
Pauly Shore

Let's see here

**5/23/22, 8:49 AM (Viewed 5/23/22, 8:52 AM)**
Pauly Shore

Thank you!

**5/24/22, 10:15 AM**
Tom iPhone 14

I know you have a LOT on your plate, and absolutely zero pressure whatsoever, but curious if you knew the status of my 100 RR/BAYC order and whether I can do anything to help get it over the line before or in conjunction w the launch

**5/24/22, 10:15 AM**
Tom iPhone 14

Thank you dude!

**5/24/22, 10:18 AM**
Pauly Shore

Was it not?

**5/24/22, 10:18 AM**
Pauly Shore

Should be filled

**5/24/22, 10:19 AM**
Tom iPhone 14

Oh lol look at that

**5/24/22, 10:19 AM**
Tom iPhone 14

Ok let me check

**5/24/22, 10:19 AM**
Tom iPhone 14

I guess you can't see on your OS profile, maybe OS is not the ultimate truth about the NFTs you own!

CONFIDENTIAL                    LEHMAN0000020

CONFIDENTIAL          **JTX-0918.00008**                    LEHMAN0000020

**5/24/22, 10:19 AM**
Tom iPhone 14 ███████████

This Etherscan thing seems promising

**5/24/22, 10:23 AM**
Tom iPhone 14 ███████████

Ok boom I checked and they're all there!

**5/24/22, 10:23 AM**
Tom iPhone 14 ███████████

You are a true pro thank you dude

**5/24/22, 10:23 AM**
Pauly Shore ███████████

OS is delisted

**5/24/22, 10:24 AM**
Tom iPhone 14 ███████████

Intellectually I know that but when I go to the profile my lizard brain still thinks it's authoritative

**5/24/22, 10:24 AM**
Tom iPhone 14 ███████████

That's their power

**5/24/22, 10:24 AM**
Tom iPhone 14 (tom.s.lehman@gmail.com)

Even I cannot escape

**5/24/22, 10:24 AM**
Pauly Shore ███████████

For sure

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

Damn this is sick!

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

You hooked me up dude

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

I was going to get 10 but you were like do 100

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

Happy I did

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

EVEN IF THEY GO DOWN

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

I'm still appreciative

**5/24/22, 10:25 AM**
Tom iPhone 14 ███████████

Good spot to be in rn

CONFIDENTIAL                                        LEHMAN0000021

CONFIDENTIAL          **JTX-0918.00009**          LEHMAN0000021

**5/24/22, 10:25 AM**

Pauly Shore ▮

They aren't gonna be worth less than we paid

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

I know, I know, I'm just saying like I am ready to roll the dice

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

I'm liking my odds of a socre

**5/24/22, 10:26 AM**

Pauly Shore ▮

I'm in a meeting right now

**5/24/22, 10:26 AM**

Pauly Shore ▮

I'll be free in like an hour

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

Okok yeah get back into ti

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

I have a few things to do as well haha

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

Yeah lets' check in then

**5/24/22, 10:26 AM**
Tom iPhone 14 ▮

Peace my dude

**5/24/22, 10:26 AM**

Pauly Shore ▮

Awesome!

**5/26/22, 2:50 PM**
Tom iPhone 14 ▮

Unspoken thing here is that withdrawing will create convo about the previous mint funds and also expenses

**5/26/22, 2:50 PM**

Pauly Shore ▮

Yes

**5/26/22, 2:50 PM**
Tom iPhone 14 ▮

Which is fine / I'm down to have it, just could use up time

**5/26/22, 2:50 PM**

Pauly Shore ▮

I don't wanna deal with it rn

**5/26/22, 2:50 PM**
Tom iPhone 14 ▮

Agreed

**5/26/22, 2:50 PM**

Pauly Shore

Bearish on withdrawal

**5/26/22, 2:50 PM**

Pauly Shore

My concern is security

**5/26/22, 2:50 PM**

Pauly Shore

If the contract can get drained

**5/26/22, 2:51 PM**

Tom iPhone 14

Ah you mean the failsafe3

**5/26/22, 2:51 PM**

Pauly Shore

Not by us

**5/26/22, 2:51 PM**

Tom iPhone 14

It could be by us if one of us got hacked

**5/26/22, 2:51 PM**

Pauly Shore

Possible exploit always worries me

**5/26/22, 2:51 PM**

Pauly Shore

Yes

**5/26/22, 2:51 PM**

Tom iPhone 14

I agree it's not good to have an open failsafe on 200 eth

**5/26/22, 2:51 PM**

Tom iPhone 14

That's a good popint

**5/26/22, 2:51 PM**

Pauly Shore

Lets let him fulfill and then withdraw

**5/26/22, 2:51 PM**

Pauly Shore

Imo

**5/26/22, 2:51 PM**

Tom iPhone 14

So when we need to have the convo

**5/26/22, 2:51 PM**

Tom iPhone 14

Which is fine

**5/26/22, 2:52 PM**

Tom iPhone 14

But from an expectations standpoint, if ppl are putting money from the mint in their pockets, it should be pro rata from all the money

CONFIDENTIAL

LEHMAN0000023

CONFIDENTIAL

**JTX-0918.00011**

LEHMAN0000023

**5/26/22, 2:52 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

Including what Ryder already has

**5/26/22, 2:52 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

And Ryder should be compensated for gas at this point too, etc

**5/26/22, 2:53 PM**

Pauly Shore ▓▓▓▓▓

Yes

**5/26/22, 2:53 PM**

Pauly Shore ▓▓▓▓▓

Pro rata means what again

**5/26/22, 2:53 PM**

Pauly Shore ▓▓▓▓▓

I need to figure out this Martin shkreli

**5/26/22, 2:53 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

Means if we take out x% it should come evenly from all sources of revenue

**5/26/22, 2:53 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

Basically we shouldn't just withdraw from the money in this contract

**5/26/22, 2:54 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

My POV is that if we want to do this, which I agree is very reasonable given the failsafe, we write down all the money that came into this

**5/26/22, 2:54 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

And all the expenses

**5/26/22, 2:54 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

And then we figure it all out

**5/26/22, 2:55 PM**

Pauly Shore ▓▓▓▓▓

Ok let me finish this one task then we discuss

**5/26/22, 2:55 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

Take your time!

**5/26/22, 2:55 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

I have no rush on my end

**5/26/22, 2:55 PM**

Tom iPhone 14 ▓▓▓▓▓▓▓▓

Tho I do feel you about the failsafe

**5/26/22, 3:00 PM**

Pauly Shore ▓▓▓▓▓

Yeah

CONFIDENTIAL                **JTX-0918.00012**                LEHMAN0000024

**5/26/22, 4:04 PM**

Tom iPhone 14

If you can call Ryder

**5/26/22, 4:04 PM**

Tom iPhone 14

Otherwise I'm going to have to start bringing the other stuff

**5/26/22, 4:04 PM**

Tom iPhone 14

Which is maybe fine

**5/26/22, 4:04 PM**

Tom iPhone 14

But IDK I think it's good when you talk to him versus free for all

**5/26/22, 4:04 PM**

Tom iPhone 14

Maybe I'm overstating this tho, IDK

**6/14/22, 10:35 AM**

Tom iPhone 14

> **Pauly Shore** Yesterday at 7:00 PM
> If you have any code you can share with Tom maybe he can get a jump on reviewing etc

Bro no need! I don't want him to think I snitched haha

**6/14/22, 10:35 AM**

Tom iPhone 14

I'm not a snitch, FYI

**6/14/22, 10:36 AM**

Pauly Shore

Ok

CONFIDENTIAL

**JTX-0918.00013**

LEHMAN0000025



**6/14/22, 10:36 AM**

Pauly Shore ▮▮▮▮

Not a problem

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

Haha it's probably fine

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

I'm probably over-sensitive

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

Don't want to piss of h

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

He's my dude

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

But I do want the code lol

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

But it's fine

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

He's w Ryder

**6/14/22, 10:36 AM**

Pauly Shore ▮▮▮▮

It's def fine!!!

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

They're in Vegas

**6/14/22, 10:36 AM**

Pauly Shore ▮▮▮▮

Sweet!

**6/14/22, 10:36 AM**
Tom iPhone 14 ▮▮▮▮

Anyway overall I think it's all good!

**6/14/22, 10:37 AM**
Tom iPhone 14 ▮▮▮▮

Oh another thing: my gas calculations were wrong haha

**6/14/22, 10:37 AM**
Tom iPhone 14 ▮▮▮▮

We overpaid Ryder

**6/14/22, 10:37 AM**
Tom iPhone 14 ▮▮▮▮

I am going to post in the channel

**6/14/22, 10:37 AM**

Pauly Shore ▮▮▮▮

Ok

**6/14/22, 10:37 AM**

Pauly Shore ▮▮▮▮

Did we already pay?

**6/14/22, 10:37 AM**

Tom iPhone 14 ▮▮▮▮

H and I paid, not sure if you paid

**6/14/22, 10:37 AM**

Pauly Shore ▮▮▮▮

Oh ok cool

**6/14/22, 10:37 AM**

Pauly Shore ▮▮▮▮

I didn't pay him yet myself

**6/14/22, 10:37 AM**

Tom iPhone 14 ▮▮▮▮

That's good then! One fewer transaction

**6/14/22, 10:37 AM**

Pauly Shore ▮▮▮▮

I'll take care of it but if you can give me updated total that would help

**6/14/22, 10:37 AM**

Tom iPhone 14 ▮▮▮▮

Sure I'll post in the chat

**6/14/22, 10:37 AM**

Tom iPhone 14 ▮▮▮▮

I have it calculated

**6/14/22, 10:38 AM**

Tom iPhone 14 ▮▮▮▮

Basically I did gas from the wrong starting point

**6/14/22, 10:38 AM**

Pauly Shore ▮▮▮▮

Ok thanks for letting me know

**6/14/22, 10:38 AM**

Tom iPhone 14 ▮▮▮▮

Loved "Ok thanks for letting me know "

**6/14/22, 10:38 AM**

Pauly Shore ▮▮▮▮

I think all is well though we are just slowing down now that it's market bear time

**6/14/22, 10:38 AM**

Pauly Shore ▮▮▮▮

Hibernation builders market

**6/14/22, 10:38 AM**

Tom iPhone 14 ▮▮▮▮

For real

CONFIDENTIAL
LEHMAN0000027

CONFIDENTIAL   **JTX-0918.00015**   LEHMAN0000027

6/14/22, 10:38 AM

Tom iPhone 14

I feel energized haha

6/14/22, 10:38 AM

Pauly Shore

I like it but it's such a shock to not be working full steam ahead

6/14/22, 10:38 AM

Tom iPhone 14

Now that I'm out of eth

6/14/22, 10:38 AM

Pauly Shore

18 hours a day

6/14/22, 10:38 AM

Pauly Shore

Hahah

6/14/22, 10:38 AM

Pauly Shore

For sure

6/14/22, 10:38 AM

Tom iPhone 14

"Hardest working memer in web3"

6/14/22, 10:39 AM

Tom iPhone 14

Might be hardest working overall

6/14/22, 10:39 AM

Tom iPhone 14

Up there at least, good that you're seeing Europe

6/14/22, 10:39 AM

Pauly Shore

I'm trying to slow down a bit

6/14/22, 10:39 AM

Pauly Shore

It's more sustainable

CONFIDENTIAL

LEHMAN0000028

CONFIDENTIAL

**JTX-0918.00016**

LEHMAN0000028

**6/14/22, 10:43 AM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

When RR sells out

**6/14/22, 10:43 AM**

Pauly Shore ▮▮▮▮



**6/14/22, 10:43 AM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

BOOOOM

**6/14/22, 10:43 AM**

Pauly Shore ▮▮▮▮

Fixed it

**6/20/22, 12:06 PM (Viewed 6/20/22, 12:07 PM)**

Pauly Shore ▮▮▮▮

I've decided go come to New York!

**6/20/22, 12:07 PM**

Pauly Shore ▮▮▮▮

I'll be there tomorrow night.

**6/20/22, 12:07 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

No wayyyy!!

**6/20/22, 12:07 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

Huge twist

**6/20/22, 12:07 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

Amazing!!

**6/20/22, 12:07 PM**

Pauly Shore ▮▮▮▮

PLOT TWIST… BOOM

**6/20/22, 12:07 PM**

Pauly Shore ▮▮▮▮

See you there?

CONFIDENTIAL

LEHMAN0000029

**JTX-0918.00017**

CONFIDENTIAL

LEHMAN0000029

**6/20/22, 12:10 PM**

Pauly Shore ▮▮▮▮▮▮▮



**6/20/22, 12:10 PM**

Pauly Shore ▮▮▮▮▮▮▮

BOOM

**6/20/22, 12:10 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮

Yeah BIG day

**6/20/22, 12:10 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮

Nutsssss

**6/20/22, 12:11 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮

The doc?

**6/20/22, 12:11 PM**

Pauly Shore ▮▮▮▮▮▮▮

Yes

**6/20/22, 12:11 PM**

Pauly Shore ▮▮▮▮▮▮▮

Huge catalyst

234
CONFIDENTIAL                                   LEHMAN0000030



**6/20/22, 12:11 PM**

Pauly Shore

This is partly why I want to come to New York

**6/20/22, 12:11 PM**

Pauly Shore

I spoke to ryder last night for a bit and he mentioned that he is a bit concerned about the whole guy oseary thing

**6/20/22, 12:12 PM**

Pauly Shore

Maybe we can do a short call at some point today

**6/20/22, 12:12 PM**

Pauly Shore

To sync up

**6/20/22, 12:12 PM**

Pauly Shore

Or we can just chat in NYC too!

**6/20/22, 12:12 PM**

Tom iPhone 14

Yeah sure happy to do a call!

**6/20/22, 12:12 PM**

Pauly Shore

Ok great

**6/20/22, 12:12 PM**

Pauly Shore

I can chat for a few right now if you can

**6/20/22, 12:12 PM**

Pauly Shore

I'm still on the move

**6/20/22, 12:13 PM**

Tom iPhone 14

Yes give me 5 mins?

**6/20/22, 12:13 PM**

Pauly Shore

Perfect!

**6/20/22, 12:59 PM**

Tom iPhone 14

Hey man, I spoke with Pauly and just wanted to say I wish I had communicated better surrounding the whole Guy thing. I'm all-in on this project and it has been a blast working on it with you! Let's grab a drink in NYC!

**6/20/22, 12:59 PM**

Tom iPhone 14

Good?

**6/20/22, 1:00 PM**

Pauly Shore

Yeah maybe say I had a great chat

CONFIDENTIAL                                          LEHMAN0000031

CONFIDENTIAL

**JTX-0918.00019**

LEHMAN0000031



**6/20/22, 1:00 PM**
Tom iPhone 14

Liked "Yeah maybe say I had a great chat"

**6/20/22, 1:00 PM**
Pauly Shore

I think it's great

**6/20/22, 1:00 PM**
Tom iPhone 14

Boom thank you!

**6/20/22, 1:04 PM**
Tom iPhone 14

DMed it

**6/20/22, 1:04 PM**
Tom iPhone 14

Twitter

**6/20/22, 1:04 PM**
Tom iPhone 14

Boom

**6/20/22, 1:04 PM**
Pauly Shore

Awesome!

**6/20/22, 1:04 PM**
Pauly Shore

Thanks man

**6/20/22, 1:04 PM**
Pauly Shore

Great chatting with you

**6/20/22, 1:04 PM**
Tom iPhone 14

Loved "Great chatting with you"

**6/20/22, 1:04 PM**
Pauly Shore

I really hope we can figure out a team dinner in NYC

**6/20/22, 1:05 PM**
Pauly Shore

But something giga expensive and on me!

**6/20/22, 1:05 PM**
Tom iPhone 14

OOOO

**6/20/22, 1:05 PM**
Pauly Shore

###

**6/20/22, 1:05 PM**
Tom iPhone 14

Careful with that talk lol

CONFIDENTIAL LEHMAN0000032

CONFIDENTIAL **JTX-0918.00020** LEHMAN0000032

**6/20/22, 1:05 PM**

Pauly Shore

I'll be careful with no one!

**6/20/22, 1:05 PM**
Tom iPhone 14

I'll see if Per Se has anything available

**6/20/22, 1:05 PM**

Pauly Shore

BOOK IT!

**6/20/22, 1:05 PM**

Pauly Shore

Ask if they accept RR/BAYC

**6/20/22, 1:05 PM**
Tom iPhone 14

What night?

**6/20/22, 1:05 PM**

Pauly Shore

let's give h a couple hours

**6/20/22, 1:05 PM (Delivered 6/20/22, 1:06 PM)**
Tom iPhone 14

Haha no the main logo thing is the coin

**6/20/22, 1:06 PM**

Pauly Shore

To figure out if he can come

**6/20/22, 1:06 PM**

Pauly Shore

Loved "Haha no the main logo thing is the coin"

**6/20/22, 1:06 PM**

Pauly Shore

I think the 23rd

**6/20/22, 1:06 PM**

Pauly Shore

Cuz he has to be back the 24th

**6/20/22, 1:06 PM**

Pauly Shore

He should let us know in an hour or 2

**6/20/22, 1:06 PM**
Tom iPhone 14

Kk

**6/20/22, 1:06 PM (Viewed 6/20/22, 1:24 PM)**

Pauly Shore

Ask in the chat!

**6/20/22, 1:06 PM (Viewed 6/20/22, 1:24 PM)**

Pauly Shore

Tag ryder and h

CONFIDENTIAL                    LEHMAN0000033

**JTX-0918.00021**

CONFIDENTIAL                                                      LEHMAN0000033

**6/20/22, 1:07 PM (Viewed 6/20/22, 1:24 PM)**

Pauly Shore

Tell them Pauly wants to buy us all dinner

**6/20/22, 1:07 PM (Viewed 6/20/22, 1:24 PM)**

Pauly Shore

FACTS

**6/20/22, 1:24 PM**
Tom iPhone 14

Per se… Weds 815pm… its open

**6/20/22, 1:24 PM**
Tom iPhone 14

A mere $355 per person what a joke I thought thi swas an expesnive city!

**6/20/22, 1:24 PM**

Pauly Shore

Child's play

**6/20/22, 1:24 PM**
Tom iPhone 14

It's a tasting menu and I typically think tasting menus are pretentious garbage but this place is pretty good

**6/20/22, 1:25 PM**
Tom iPhone 14

Lots of other options tho

**6/20/22, 1:25 PM**
Tom iPhone 14

But when you sayd "giga expesnive"

**6/20/22, 1:25 PM**

Pauly Shore

I can do it but let's confirm with the boys

**6/20/22, 1:25 PM**
Tom iPhone 14

This isn't even that bad!

**6/20/22, 1:25 PM**
Tom iPhone 14

This is the most expensive one I can think of

**6/20/22, 1:25 PM**

Pauly Shore

I'm down for a great meal anywhere

**6/20/22, 1:25 PM**

Pauly Shore

I told Hwonder to let us know if he can make it

**6/20/22, 1:25 PM**

Pauly Shore

In the discord

**6/20/22, 7:12 PM (Viewed 6/20/22, 7:13 PM)**

Pauly Shore

Is the admin tool gone now?

LEHMAN0000034

**JTX-0918.00022**

LEHMAN0000034



6/20/22, 7:13 PM
Tom iPhone 14

Damn it we are above the limit on my plan again!

6/20/22, 7:13 PM
Tom iPhone 14

I will fix one sec

6/20/22, 7:13 PM
Pauly Shore

Wym

6/20/22, 7:13 PM
Tom iPhone 14

So annoying

6/20/22, 7:13 PM
Pauly Shore

Hahaha

6/20/22, 7:13 PM
Pauly Shore

Oh I see

6/20/22, 7:13 PM
Pauly Shore

Dude this is nuts!!!!

6/20/22, 7:13 PM
Tom iPhone 14

This really shouldn't happen

6/20/22, 7:13 PM
Pauly Shore

.8 eth floor

6/20/22, 7:13 PM
Tom iPhone 14

It shouldn't go this high, the usage

6/20/22, 7:13 PM
Pauly Shore

Lmfao

6/20/22, 7:13 PM
Tom iPhone 14

Yeah bro I wish I had got 200!

6/20/22, 7:13 PM
Tom iPhone 14

I'll never defy you again

6/20/22, 7:14 PM
Tom iPhone 14

100 is still good

6/20/22, 7:14 PM
Pauly Shore

It's ok we will make more money on the marketplace lmo

CONFIDENTIAL
LEHMAN0000035

CONFIDENTIAL
LEHMAN0000035

**6/20/22, 7:14 PM**

Pauly Shore ▮▮▮▮▮

I think pro should be 0 royalties for everything

**6/20/22, 7:14 PM**

Pauly Shore ▮▮▮▮▮

And I think that regular should be like .25%

**6/20/22, 7:14 PM**

Pauly Shore ▮▮▮▮▮

For everything besides the Yuga stuff

**6/20/22, 7:15 PM**

Tom iPhone 14 ▮▮▮▮▮

Yeah in retrospect we didn't have to promise so much utility!

**6/20/22, 7:15 PM**

Pauly Shore ▮▮▮▮▮

But the utility is good

**6/20/22, 7:15 PM**

Tom iPhone 14 ▮▮▮▮▮

Haha

**6/20/22, 7:16 PM**

Tom iPhone 14 ▮▮▮▮▮

The conceptual art side was enough Maybe

**6/20/22, 7:16 PM**

Tom iPhone 14 ▮▮▮▮▮

But no the combination good

**6/20/22, 7:16 PM**

Pauly Shore ▮▮▮▮▮

We are in a great position

**6/20/22, 7:16 PM**

Pauly Shore ▮▮▮▮▮

Doing this under these market conditions

**6/20/22, 7:16 PM**

Pauly Shore ▮▮▮▮▮

Is unreal.

**6/20/22, 7:16 PM**

Pauly Shore ▮▮▮▮▮

Simply unbelievable

**6/20/22, 7:16 PM**

Pauly Shore ▮▮▮▮▮

We are onto something here my dude!

**6/20/22, 7:17 PM**

Pauly Shore ▮▮▮▮▮

530 eth volume on OS now

**6/20/22, 7:17 PM**

Tom iPhone 14 ▮▮▮▮▮

Good call on the price raise lol

CONFIDENTIAL                                      LEHMAN0000036

CONFIDENTIAL                **JTX-0918.00024**                LEHMAN0000036

**6/20/22, 7:17 PM**

Tom iPhone 14 ███████████████

Should I list??

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

Yes

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

Absolutely

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

You have 100?

---

Tom iPhone 14 ███████████████

**6/20/22, 7:17 PM**

Yeah

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

I would stagger listings

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

But I would sell into this pulp

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

Pump

---

Tom iPhone 14 ███████████████

**6/20/22, 7:17 PM**

How do I decide the price?

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

Anhtbint below .8 is instantly sniped

---

Pauly Shore ███████████

**6/20/22, 7:17 PM**

Anything

---

Pauly Shore ███████████

**6/20/22, 7:17 PM (Viewed 6/20/22, 7:18 PM)**

I would sell at least 20

---

Pauly Shore ███████████

**6/20/22, 7:18 PM**

Between .75-1eth

---

Pauly Shore ███████████

**6/20/22, 7:18 PM**

Cover your entire cost immediately

---

Pauly Shore ███████████

**6/20/22, 7:18 PM**

I truly think these will go higher

---

CONFIDENTIAL
LEHMAN0000037

CONFIDENTIAL     **JTX-0918.00025**     LEHMAN0000037

**6/20/22, 7:18 PM**

Pauly Shore

But it doesn't matter

**6/20/22, 7:18 PM**

Pauly Shore

You sell into the pump

**6/20/22, 7:18 PM**

Pauly Shore

Right now the supply is choked

**6/20/22, 7:18 PM (Viewed 6/20/22, 7:19 PM)**

Pauly Shore

Once they all mint out they will sell for less imo

**6/20/22, 7:18 PM (Viewed 6/20/22, 7:19 PM)**

Pauly Shore

It's not certain

**6/20/22, 7:19 PM**

Pauly Shore

Cuz we are truly delivering real value

**6/20/22, 7:19 PM**
Tom iPhone 14

But don't sell the rare ones?

**6/20/22, 7:19 PM**

Pauly Shore

And these are legendary imo

**6/20/22, 7:19 PM**
Tom iPhone 14

And do it on OS?

**6/20/22, 7:19 PM**

Pauly Shore

Rares are good

**6/20/22, 7:19 PM**

Pauly Shore

OS or looksrare

**6/21/22, 8:08 PM**
Tom iPhone 14

Bro should we kick it? Or what's the plan

**6/21/22, 8:08 PM**
Tom iPhone 14

Was the flight good??

**6/21/22, 8:08 PM**
Tom iPhone 14

Hope you didn't get bored looking at the ceiling

**6/21/22, 8:08 PM**
Tom iPhone 14

(Lie flat meme)

CONFIDENTIAL

**JTX-0918.00026**

LEHMAN0000038

**6/23/22, 2:40 AM (Viewed 6/23/22, 9:10 AM)**

Pauly Shore ▐▬▬▬▬▬▬▌

The script stopped working per Ryder

**6/23/22, 3:08 PM**

Pauly Shore ▐▬▬▬▬▬▬▌

9pm pier 62, RR/BAYC yacht party

**6/23/22, 3:09 PM**

Pauly Shore ▐▬▬▬▬▬▬▌

Small thing tonight

**6/23/22, 3:09 PM**

Pauly Shore ▐▬▬▬▬▬▬▌

Come through

**6/23/22, 3:09 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

Lmao

**6/23/22, 3:09 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

Sounds fun!

**6/23/22, 3:15 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

Just realized I have this SPACE at 5pm, so I'll head your way after that

**6/23/22, 3:15 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

Maybe we go together to the yacht

**6/23/22, 3:15 PM**

Pauly Shore ▐▬▬▬▬▬▬▌

Oh that's right!!!

**6/23/22, 3:18 PM (Viewed 6/23/22, 4:59 PM)**

Pauly Shore ▐▬▬▬▬▬▬▌

Loved "Maybe we go together to the yacht"

**6/23/22, 4:59 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

Feel free to shout my space after your space is over!

**6/23/22, 4:59 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

NO PRESSURE

**6/23/22, 5:47 PM (Viewed 6/23/22, 6:39 PM)**

Pauly Shore ▐▬▬▬▬▬▬▌

Yooo sorry I did not see this fuck

**6/23/22, 5:47 PM (Viewed 6/23/22, 6:39 PM)**

Pauly Shore ▐▬▬▬▬▬▬▌

I should have done that ugh

**6/23/22, 6:39 PM**

Tom iPhone 14 ▐▬▬▬▬▬▬▬▬▌

All good!! It's going great!

CONFIDENTIAL

LEHMAN0000039

CONFIDENTIAL

**JTX-0918.00027**

LEHMAN0000039



**6/23/22, 6:39 PM**
Tom iPhone 14

Might be messing us up for the meeting

**6/23/22, 6:39 PM**
Tom iPhone 14

Given Ryder meme

**6/23/22, 6:39 PM**
Tom iPhone 14

ARgth

**6/23/22, 6:39 PM**
Tom iPhone 14

Still on it!

**6/23/22, 6:41 PM (Viewed 6/23/22, 6:48 PM)**
Pauly Shore

I'm just walking around now

**6/23/22, 6:42 PM (Viewed 6/23/22, 6:48 PM)**
Pauly Shore

I can come meet you and we can go to the boat together

**6/23/22, 6:42 PM (Viewed 6/23/22, 6:48 PM)**
Pauly Shore

Lmk

**6/23/22, 6:48 PM**
Tom iPhone 14

OOOOOO

**6/23/22, 6:48 PM**
Tom iPhone 14

Want to come here?

**6/23/22, 6:48 PM**
Tom iPhone 14

Do you have a colored shirt?

**6/23/22, 6:49 PM**
Pauly Shore

No I don't

**6/23/22, 6:49 PM**
Pauly Shore

I'm down to meet you there tho

**6/23/22, 6:49 PM**
Tom iPhone 14

collared?

**6/23/22, 6:49 PM**
Tom iPhone 14

Is that how you say it

**6/23/22, 6:49 PM**
Pauly Shore

No I don't have one on

CONFIDENTIAL
LEHMAN0000040

**JTX-0918.00028**

CONFIDENTIAL
LEHMAN0000040



**6/23/22, 8:44 PM**
Tom iPhone 14

Or we can order together as bros

**6/23/22, 8:44 PM**
Tom iPhone 14

Either way we'd be bros

**6/23/22, 8:44 PM**
Tom iPhone 14

Id also have a slice of pizza lol

**6/23/22, 8:44 PM**

Pauly Shore

Open bar here I'll grab you one

**6/23/22, 8:44 PM**
Tom iPhone 14

Haven't eaten

**6/23/22, 8:44 PM**

Pauly Shore

Ok

**6/23/22, 8:44 PM**
Tom iPhone 14

Booom I'll do a Manhattan

**6/23/22, 8:44 PM**
Tom iPhone 14

Plus New York pizza is a meme!

**6/23/22, 8:44 PM**
Tom iPhone 14

Love doing the memes

**6/23/22, 8:45 PM**

Pauly Shore

I don't know if they can make one is more like vodka soda style

**6/23/22, 8:45 PM**
Tom iPhone 14

Ok whisky soda then

**6/23/22, 8:45 PM**

Pauly Shore

Done

**6/23/22, 8:45 PM**
Tom iPhone 14

Whiskey? I guess is the spelling

**6/23/22, 8:45 PM**
Tom iPhone 14

Boom I'm 2 min

**6/24/22, 1:41 PM**

Pauly Shore

Can you execute the contract withdrawal, I'm unable to do so on my admin tool

CONFIDENTIAL
LEHMAN0000041

CONFIDENTIAL
**JTX-0918.00029**
LEHMAN0000041



**6/24/22, 1:41 PM**

Pauly Shore ▮▮▮

Not sure why

**6/24/22, 1:43 PM**
Tom iPhone 14 ▮▮▮

Running

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

Thanks!

**6/24/22, 1:43 PM**
Tom iPhone 14 ▮▮▮

Admin UI is slow rn, I'm doing it from Etherscan

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

Ah word

**6/24/22, 1:43 PM**
Tom iPhone 14 ▮▮▮

DONE!

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

Boom!

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

Thank you!

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

I'm exiting at this eth price

**6/24/22, 1:43 PM**
Tom iPhone 14 ▮▮▮

Damn

**6/24/22, 1:43 PM**
Tom iPhone 14 ▮▮▮

Ok me too

**6/24/22, 1:43 PM**

Pauly Shore ▮▮▮

Could go higher but I'm comfortable taking profit here

**6/24/22, 1:44 PM**

Pauly Shore ▮▮▮

Don't have to copy trade me

**6/24/22, 1:44 PM**

Pauly Shore ▮▮▮

I just am good with the R/R here

**6/24/22, 1:44 PM**

Pauly Shore ▮▮▮

So much bearishness on the horizon imo

**6/24/22, 1:45 PM**
Tom iPhone 14

You mean you're selling more RR?

**6/24/22, 1:45 PM**
Tom iPhone 14

Or just cashing out eth

**6/24/22, 1:45 PM**
Tom iPhone 14

To USD

**6/24/22, 1:46 PM (Viewed 6/24/22, 1:50 PM)**
Pauly Shore

No

**6/24/22, 1:46 PM (Viewed 6/24/22, 1:50 PM)**
Pauly Shore

Eth

**6/24/22, 1:46 PM (Viewed 6/24/22, 1:50 PM)**
Pauly Shore

To usdc

**6/24/22, 1:50 PM**
Tom iPhone 14

Loved "To usdc"

**6/24/22, 2:07 PM (Viewed 6/24/22, 2:08 PM)**
Pauly Shore

Def a chance that eth continues running

**6/24/22, 2:24 PM**
Tom iPhone 14

No I like your call, this is close enough

**6/24/22, 2:24 PM**
Tom iPhone 14

Plus there's still a bunch left in the contract so we have that long position as a hedge

**6/24/22, 2:24 PM**
Pauly Shore

Yep

**6/24/22, 4:44 PM**
Tom iPhone 14



https://am-dev.vercel.app/
(Sent with URL)

CONFIDENTIAL

LEHMAN0000043

CONFIDENTIAL

**JTX-0918.00031**

LEHMAN0000043

**6/24/22, 4:44 PM**
Tom iPhone 14

Proof of concept of the new concept

**6/24/22, 4:44 PM**
Tom iPhone 14

Not for Ryder consumption at the moment

**6/24/22, 4:44 PM**
Tom iPhone 14

Home page isn't working but try the "Collections" dropdown at the top

**6/24/22, 6:54 PM**
Pauly Shore

Thank you

**6/24/22, 6:55 PM**
Pauly Shore

I love this!!!

**6/24/22, 6:55 PM (Viewed 6/24/22, 6:59 PM)**
Pauly Shore

What do you think?

**6/24/22, 7:00 PM**
Tom iPhone 14

I think the Reservoir model of a decentralized (arweave) off-chain order book that aggregates orders of all platforms is the best approach I've seen for "the future of NFT marketplaces," so I'm with it at that level

**6/24/22, 7:01 PM**
Tom iPhone 14

Right now we are using Reservoir's API to get order data and place orders etc. This is very easy, but we could get turned off, in which case we'd have to launch a self-hosted version of this API which is possible but would be a challenge, so that's one risk

**6/24/22, 7:01 PM**
Pauly Shore

I personally don't mind that we are using a backend but from the dev side pov I can def understand the hang up

**6/24/22, 7:01 PM**
Pauly Shore

Why would we get shut off?

**6/24/22, 7:01 PM**
Pauly Shore

Dmca?

**6/24/22, 7:01 PM**
Tom iPhone 14

Right I think there is also some PR risk of "the baller devs" taking an out of the box thing

**6/24/22, 7:01 PM**
Tom iPhone 14

I really don't know, I mean we're getting data FROM their API

**6/24/22, 7:02 PM**
Tom iPhone 14

So if anything their API should get shut off

**6/24/22, 7:02 PM**
Tom iPhone 14

But who knows, we're a target

**6/24/22, 7:02 PM**
Pauly Shore

Yep

**6/24/22, 7:02 PM**
Pauly Shore

Murphy's law

**6/24/22, 7:02 PM**
Tom iPhone 14

Basically it's decentralized but in practice a lot of work to really get there

**6/24/22, 7:02 PM**
Pauly Shore

For sure

**6/24/22, 7:02 PM**
Tom iPhone 14

There are also some data delay issues, gem is superior in that way now

**6/24/22, 7:02 PM**
Pauly Shore

What data is slow

**6/24/22, 7:02 PM**
Tom iPhone 14

Gem reports RR floor at .28, we have it at .3

**6/24/22, 7:02 PM**
Pauly Shore

Volume etc

**6/24/22, 7:02 PM**
Pauly Shore

Right

**6/24/22, 7:02 PM**
Tom iPhone 14

X2Y2 listings appear on ours slower than on gem

**6/24/22, 7:03 PM**
Pauly Shore

How much delay we talking

**6/24/22, 7:03 PM**
Pauly Shore

That's not that bad Imo

**6/24/22, 7:03 PM**
Pauly Shore

Depending on the latency we are talking ofc

**6/24/22, 7:03 PM**
Tom iPhone 14

Asking in their Discord, trying to find that out, but I found an example where it's an hour

**6/24/22, 7:03 PM**
Tom iPhone 14

We are also experiencing high volume of (probable) bot activity on X2

**6/24/22, 7:03 PM**
Tom iPhone 14

So that confuses their thing as well

**6/24/22, 7:03 PM**
Tom iPhone 14

For something like OG BAYC should be better

**6/24/22, 7:04 PM**
Tom iPhone 14

Might even be a bit slow for BAYC

**6/24/22, 7:04 PM**
Tom iPhone 14

IDK I'll figure it out, can't expect us to be as good as gem from day 1 really

**6/24/22, 7:05 PM**
Tom iPhone 14



https://am-dev.vercel.app/collections/0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e?
tab=activity
(Sent with URL)

**6/24/22, 7:05 PM**
Tom iPhone 14

**RRBAYC.com**

**6/24/22, 7:05 PM**
Tom iPhone 14

You do get a good activity report though

CONFIDENTIAL
LEHMAN0000046

CONFIDENTIAL **JTX-0918.00034** LEHMAN0000046

**6/24/22, 7:05 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮



This is more up to date than listings and it looks cool

**6/24/22, 7:07 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮

Anyway maybe next step is to present to Ryder and come up with steps necessary to launch? Design basically

**6/24/22, 7:17 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮

We also need new logo and branding direction in light of the trademark thing

**6/24/22, 7:17 PM**
Pauly Shore ▮▮▮▮▮▮

Disliked "Asking in their Discord, trying to find that out, but I found an example where it's an hour"

**6/24/22, 7:18 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮

My personal POV is that we should go hard toward something that is clearly non-infringing and also abstract. E.g the logo could be "RR" or something instead of a picture

**6/24/22, 7:18 PM**
Pauly Shore ▮▮▮▮▮▮

Liked an image

**6/24/22, 7:18 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮

Collection name could be rendered as "RR/****" or something

**6/24/22, 7:18 PM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮

"Yuga doesn't want you to know the name of this collection"

**6/24/22, 7:18 PM**
Pauly Shore ▮▮▮▮▮▮

Ok I will talk to ryder about that

CONFIDENTIAL
LEHMAN0000047

CONFIDENTIAL          **JTX-0918.00035**                          LEHMAN0000047

6/24/22, 7:19 PM

Tom iPhone 14 ▆▆▆▆▆▆▆▆



✉️ Like in a menu like this I think RR should look very distinct (strictly my opinion!)

6/24/22, 7:19 PM

Pauly Shore ▆▆▆▆▆▆



6/24/22, 7:19 PM

Pauly Shore ▆▆▆▆▆▆

I agree

6/24/22, 7:19 PM

Tom iPhone 14 ▆▆▆▆▆▆▆▆

Haha, I think that is very funny but we are past it IMO

6/24/22, 7:19 PM

Tom iPhone 14 ▆▆▆▆▆▆▆▆

Past that stage

6/24/22, 7:20 PM

Tom iPhone 14 ▆▆▆▆▆▆▆▆

Also I don't want to get sued, OR, if we do get sued, for us to look really sympathetic to everyone

CONFIDENTIAL                    LEHMAN0000048

CONFIDENTIAL          **JTX-0918.00036**          LEHMAN0000048

**6/24/22, 7:20 PM**
Tom iPhone 14

Whereas now with the logo thing we don't look sympathetic to everyone

**6/24/22, 7:20 PM**
Tom iPhone 14

Anyway you feel me on this, it's my meme

**6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)**
Pauly Shore

For sure

**6/24/22, 7:20 PM (Viewed 6/24/22, 7:21 PM)**
Pauly Shore

Wym

**6/24/22, 7:21 PM**
Tom iPhone 14

Like a normal person could be like "I see where Yuga is coming from, it's confusing how close your logo is to theirs"

**6/24/22, 7:21 PM**
Tom iPhone 14

Whereas if Yuga came at us it would be ideal for the normal person to say "WTF they are doing something messed up"

**6/25/22, 4:48 AM**
Pauly Shore

Sorry I fell asleep

**6/25/22, 4:49 AM**
Pauly Shore

And woke up to chaos

**6/25/22, 10:01 AM**
Tom iPhone 14

5 mins

**6/25/22, 10:01 AM**
Pauly Shore

I'm not ready for team call yet

**6/25/22, 10:01 AM**
Pauly Shore



**6/25/22, 10:01 AM**
Pauly Shore

Curious your thoughts

CONFIDENTIAL

**JTX-0918.00037**

LEHMAN0000049

**6/25/22, 4:48 PM**

Pauly Shore ████████████

https://www.linkedin.com/in/aettinger
(Sent with URL)

**6/25/22, 4:49 PM**

Tom iPhone 14 ████████████



**6/25/22, 5:10 PM**

Pauly Shore ████████████

Dubin, Daniel
1:33 PM (3 hours ago)
to me, Yuri

Ryder – Great speaking to you. This email will summarize what we discussed on our call this
morning.

Yuri and I are attorneys in the Los Angeles office of the international law firm, Alston & Bird
LLP. Yuri is recognized as one of the best intellectual property litigators in the country, and
has been handling trademark matters for over 20 years. She is also the president of the
Federal Bar Association, Los Angeles Chapter, giving her insights into the potential judges
that may be assigned to the case. Important to you, Yuri has successfully litigated a similarly
contentious case against Eric Ball, who is the lead attorney for Yuga Labs in this case. You
can find her bio here.

I have significant experience in the interplay between NFTs and intellectual property law,
probably more than anyone else in the country. I have written articles and have been quoted
in Bloomberg and BuzzFeed on the topic. I also was awarded NFT.NYC 2022's Most Expert
Handling of the Law and NFTs. Apart from my legal expertise, I know the NFT world better

CONFIDENTIAL                                           LEHMAN0000050

CONFIDENTIAL                    **JTX-0918.00038**                    LEHMAN0000050

than almost any other attorney, and I am familiar with the Nazi/4Chan Bored Ape imagery, which is highly relevant to the issues.

Together, Yuri and I are well-equipped to represent you in this case, which as we said on our call may move very quickly, especially if Yuga Labs files a request for a temporary restraining order (a request that you cease using the allegedly infringing works, all contested trademarks and NFTs, immediately). Eric Ball is an aggressive attorney, and he likely will move the case fast and hard. It is critical that we have a plan in place ASAP, and as we said on the call, we have strong arguments and strategies for defending you against the claims (the commentary, parody, educational purposes of the RR-BAYC NFTs). Candidly, it is also beneficial for you (both inside and outside the courtroom) to have diverse attorneys given the alt right/ white supremacy issues, which will be newsworthy (Yuri is an AAPI female lawyer and I am Jewish).

We propose the following:

An initial analysis;
(If a request for a temporary restraining order is filed) – Respond and oppose the request;
Respond to the Complaint;
Litigate the case and file a motion for summary judgment on your behalf (a motion for a summary judgment is a motion asking the Court to throw away the case before trial).
Trial (If necessary).

We can discuss a financial arrangement that works for you. Our firm typically bills hourly, but we can likely do a flat rate for the initial analysis and response to a request for a temporary restraining order, if one is filed.

Regardless of what you decide, we want to stress the urgency of the situation. It is imperative that you quickly retain aggressive counsel who are experienced in intellectual property law and NFTs, so that you are prepared for taking on Yuga Labs.

Call me anytime at 818-331-9797. I am also in Los Angeles, and can meet you in-person when you are back.

Daniel

---

Daniel Dubin

Alston & Bird LLP

333 South Hope Street, 16th Floor

Los Angeles, CA 90071

Direct: 213-576-1156

Fax: 213-576-1100

daniel.dubin@alston.com

CONFIDENTIAL                                                    LEHMAN0000051

CONFIDENTIAL                    **JTX-0918.00039**                    LEHMAN0000051

**6/25/22, 6:53 PM**

Pauly Shore

I'm sonotdown

**6/25/22, 6:53 PM**

Pauly Shore

I added you

**6/25/22, 6:54 PM**

Tom iPhone 14



Here's my ceramics one. I rarely post but let me add you!

**6/26/22, 6:45 PM**

Pauly Shore

Is there anyway to scrape for copycats collections? I think it provides strong evidence that the average NFT consumer is saavy

**6/26/22, 6:46 PM**

Pauly Shore

Like that there is proof that our collection is not a normal just pretendo one

**6/29/22, 8:26 PM (Viewed 6/29/22, 8:27 PM)**

Pauly Shore

Guy hit up my sister

**6/29/22, 8:26 PM (Viewed 6/29/22, 8:27 PM)**

Pauly Shore

He wants to talk to me

CONFIDENTIAL
LEHMAN0000052

CONFIDENTIAL
**JTX-0918.00040**
LEHMAN0000052

**6/29/22, 8:27 PM**

Pauly Shore

He hit up a client of hers rather

**6/29/22, 8:27 PM**

Tom iPhone 14

Wow crazy. I guess you're the last of the three he hasn't met

**6/29/22, 8:27 PM**

Pauly Shore

He knows H too?

**6/29/22, 8:28 PM**

Pauly Shore

I'm not acting on this rn I'm too tired and overwhelmed rn

**6/29/22, 8:28 PM**

Tom iPhone 14

No yeah good point there is H!

**6/29/22, 8:28 PM**

Tom iPhone 14

I think it's fine to wait before doing anything

**6/29/22, 8:29 PM**

Pauly Shore

It's required for me

**6/29/22, 8:29 PM**

Pauly Shore

To pause

**6/29/22, 8:29 PM**

Pauly Shore

When emotional logic goes out the door

**6/29/22, 8:29 PM**

Pauly Shore

Never good to act in that state

**6/29/22, 8:29 PM**

Tom iPhone 14

Traditional school of thought might even say that it's not good to talk to him directly at all

**6/29/22, 8:29 PM**

Pauly Shore

Ok

**6/29/22, 8:29 PM**

Tom iPhone 14

Just through an intermediary or lawyer. But that might be too conservative, idk

**6/29/22, 8:29 PM**

Pauly Shore

Good points

**6/29/22, 8:32 PM**

Tom iPhone 14

How are you holding up overall?

**6/29/22, 8:32 PM (Viewed 6/29/22, 8:34 PM)**

Pauly Shore

Im overwhelmed for sure

**6/29/22, 8:32 PM (Viewed 6/29/22, 8:34 PM)**

Pauly Shore

But im holding up ok too

**6/29/22, 8:32 PM (Viewed 6/29/22, 8:34 PM)**

Pauly Shore

Need a break that I don't feel like I can take

**6/29/22, 8:34 PM**

Tom iPhone 14

Loved "But im holding up ok too"

**6/29/22, 8:36 PM**

Tom iPhone 14

I feel you dude! Happy to jump on a call whenever if I can be helpful!

**6/29/22, 9:01 PM (Viewed 6/29/22, 9:02 PM)**

Pauly Shore

Oh for sure man

**6/29/22, 9:01 PM (Viewed 6/29/22, 9:02 PM)**

Pauly Shore

Thank you

**6/29/22, 9:02 PM**

Pauly Shore

The guy thing is a trip

**7/3/22, 2:35 PM (Viewed 7/3/22, 3:44 PM)**

Pauly Shore



I think your biggest issue to solve is that you built your brand rallying against something

And you have to flip it into what you're for in a way that rallies the same group

Bayc isn't really the most evil force in crypto and you guys had to come up with a pretty intense narrative to make them a bad guy. If they disappeared tomorrow what would you be doing

What's the goal

**7/3/22, 5:03 PM**

Tom iPhone 14

I feel him! Shall we check in tomorrow?

**7/3/22, 5:03 PM**

Tom iPhone 14

Hope things are good!

**7/3/22, 5:08 PM**

Pauly Shore

Yeah

**7/3/22, 5:08 PM**

Pauly Shore

Things are alright

CONFIDENTIAL                    **JTX-0918.00042**                    LEHMAN0000054

**7/9/22, 7:12 PM (Viewed 7/9/22, 7:16 PM)**

Pauly Shore

We'll chat whenever

**7/9/22, 7:12 PM (Viewed 7/9/22, 7:16 PM)**

Pauly Shore

Wanted to give you the update we hired an epic lawyer

**7/9/22, 7:16 PM**

Tom iPhone 14

Loved "Wanted to give you the update we hired an epic lawyer "

**7/11/22, 3:15 PM (Viewed 7/11/22, 3:25 PM)**

Pauly Shore

https://t.co/EJ8bh3U6wR
(Sent with URL)

**7/11/22, 3:18 PM (Viewed 7/11/22, 3:25 PM)**

Pauly Shore



https://twitter.com/pauly0x/status/1546384635357106177?
s=21&t=vkaLJYN6yn5rsbSSpayyZw
(Sent with URL)

**7/11/22, 3:18 PM (Viewed 7/11/22, 3:25 PM)**

Pauly Shore



**7/11/22, 9:24 PM (Viewed 7/11/22, 9:25 PM)**

Pauly Shore

Hey Tom, our friend is working on this project and I am curious if you can give me any feedback on it...

**7/11/22, 9:24 PM (Viewed 7/11/22, 9:25 PM)**

Pauly Shore

He happens to be one of our lawyers and I want to help him out...

**7/11/22, 9:25 PM (Viewed 7/11/22, 9:27 PM)**

Pauly Shore

This is what he shared with me:

**7/11/22, 9:25 PM (Viewed 7/11/22, 9:27 PM)**

Pauly Shore

On a totally unrelated note, I do have an NFT project launching soon, and only if you think it's cool you can mint a few and tweet about it.  Cost is almost nothing—0.00001 ETH x tokenID, so it goes very slowly up as people mint up to 10,000 max. This is a link to what the image

will look like. 100% on chain. Colors and text determined by ETH address. Hit "css burner" a few times to see example results.  Text will probably be Georgia. Still working on formatting.

**7/11/22, 9:26 PM (Viewed 7/11/22, 9:27 PM)**
Pauly Shore

https://alfred-words-proto.vercel.app/
(Sent with URL)

**7/11/22, 9:27 PM**
Pauly Shore

"The link I sent just shows the functionality of the image output. "he mint website will be totally different/slicker and will explain all the details. "

**7/12/22, 8:40 AM**
Tom iPhone 14

Cool!

**7/12/22, 8:40 AM**
Tom iPhone 14

"determined by ETH address" that's my meme!

**7/12/22, 8:41 AM**
Tom iPhone 14

I'd love to see the contract to really understand the mechanics of having this on-chain

**7/12/22, 2:02 PM (Viewed 7/12/22, 2:18 PM)**
Pauly Shore

Ok ill ask him for it

**7/27/22, 1:55 AM (Viewed 7/27/22, 7:17 AM)**
Pauly Shore

Hey Tom can you send Ryder his gas reimbursement when you get a chance, unless you already have

**7/27/22, 8:07 AM**
Tom iPhone 14

Yes! Let me follow up with H on this I'd like him to take a look since I made a mistake last time

**7/27/22, 8:07 AM**
Tom iPhone 14

But I will send it today

**7/27/22, 3:05 PM (Viewed 7/27/22, 3:18 PM)**
Pauly Shore

Ok thanks dude!

**7/27/22, 3:05 PM (Viewed 7/27/22, 3:18 PM)**
Pauly Shore

Much appreciated

**7/27/22, 6:34 PM**
Tom iPhone 14

Send 810 usdc to 0xC2172a6315c1D7f6855768F843c420EbB36eDa97

**7/27/22, 6:50 PM**
Pauly Shore

You can get data on NFT ownership overlap. If there are alt-right collections, like say, the Hitler Hippos, any you could show that 879 of them also own BAYCs….

Pauly Shore ▮▮▮▮▮▮

**7/27/22, 6:51 PM**



**7/27/22, 7:39 PM (Viewed 7/27/22, 8:56 PM)**

Pauly Shore ▮▮▮▮▮▮

Gave you number to Ben Freemantle

**7/27/22, 7:39 PM (Viewed 7/27/22, 8:56 PM)**

Pauly Shore ▮▮▮▮▮▮

Producer

**7/27/22, 8:56 PM**

Tom iPhone 14 ▮▮▮▮▮▮

Loved "Gave you number to Ben Freemantle"

**7/28/22, 12:16 AM**

Pauly Shore ▮▮▮▮▮▮

File attachment with MIME type: image/vnd.microsoft.icon
https://etherscan.io/
tx/0x8e9fee6547f1dcf1818841a28b86149d49328eca5923b3792987ba81266ed7c3
(Sent with URL)

CONFIDENTIAL   LEHMAN0000057

CONFIDENTIAL   **JTX-0918.00045**   LEHMAN0000057

**7/28/22, 12:16 AM**

Pauly Shore ███████

Sent

**7/28/22, 12:16 AM**

Pauly Shore ███████



**7/31/22, 9:49 PM**

Pauly Shore ███████

https://twitter.com/waveninja1/status/1553910146480214017?
s=20&t=w6f8ratZiuuDAsPNwzTILw
(Sent with URL)

**8/1/22, 9:15 AM**
Tom iPhone 14 ███████

Wow quite a reversal haha

**8/1/22, 9:16 AM**
Tom iPhone 14 ███████

I can barely keep up with these twists!

**8/1/22, 9:16 AM**
Tom iPhone 14 ███████

Love it

**8/1/22, 9:16 AM**
Tom iPhone 14 ███████

BTW check this out:

CONFIDENTIAL
LEHMAN0000058

CONFIDENTIAL
**JTX-0918.00046**
LEHMAN0000058

**8/1/22, 9:16 AM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮▮▮



https://testnets.opensea.io/assets/
rinkeby/0x533ac514d80f60dffce5eab33c6ffddbcddc030f/1274
(Sent with URL)

**8/1/22, 9:16 AM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮▮▮

Click the squares

**8/1/22, 9:16 AM**
Tom iPhone 14 ▮▮▮▮▮▮▮▮▮▮

Is it "DANK"?

**8/15/22, 5:10 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

Hey dude

**8/15/22, 5:10 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

I don't know how I missed these last message s

**8/15/22, 5:10 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

Sorry about that

**8/15/22, 5:11 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

I heard you are on vacation but wanted to ask you about an addition to rrbayc.com

**8/15/22, 5:11 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

We wanted to add our just published legal response filing to the site

**8/15/22, 5:11 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

And right now it looks like no one has the proper credential to do so.

**8/15/22, 5:11 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

Let's figure out a solution when you have time.

**8/15/22, 5:11 PM (Viewed 8/15/22, 6:20 PM)**
Pauly Shore ▮▮▮▮▮▮

Gimme a ring if you have time ☎

CONFIDENTIAL
LEHMAN0000059

CONFIDENTIAL

**JTX-0918.00047**

LEHMAN0000059

**8/16/22, 8:12 AM**
Tom iPhone 14 ███████████

> Dude!! Congrats on striking back. I am in France yes running around a bit AFK but should have some time tomorrow to discuss! Maybe morning ET? I can also just put it on the site if you have a definite idea of how you want it to look. Boooooom

**8/16/22, 1:05 PM**
Pauly Shore ███████████

Easiest thing is to share a credential with Ryder probably

**8/16/22, 1:05 PM**
Tom iPhone 14 ███████████

> Ok I can invite him. What email?

**8/16/22, 1:06 PM (Viewed 8/16/22, 1:07 PM)**
Pauly Shore ███████████

r@okfoc.us

**8/16/22, 1:07 PM**
Tom iPhone 14 ███████████

> Ok give me a few

**8/16/22, 1:07 PM (Viewed 8/16/22, 1:32 PM)**
Pauly Shore ███████████

No rush thanks dude!

**8/16/22, 1:34 PM**
Tom iPhone 14 ███████████

> Booomm

**8/16/22, 1:34 PM**
Tom iPhone 14 ███████████

> I added Ryder as a collaborator on Netlify

**8/16/22, 1:34 PM**
Tom iPhone 14 ███████████

> He already has access to the Github repo

**8/16/22, 1:34 PM**
Pauly Shore ███████████

Awesome

**8/16/22, 1:34 PM**
Tom iPhone 14 ███████████

> This is the file he should edit:

**8/16/22, 1:34 PM**
Pauly Shore ███████████

Thank you!

**8/16/22, 1:34 PM**
Tom iPhone 14 ███████████

> https://github.com/RogerPodacter/RRBAYC/blob/main/packages/react-app/src/views/MintApePublic.js
> (Sent with URL)

**8/16/22, 1:38 PM**
Tom iPhone 14 ███████████

> "yarn start" will run it locally, then he can do "yarn build" and drag the build folder into Netlify to deploy it

CONFIDENTIAL
LEHMAN0000060

CONFIDENTIAL
**JTX-0918.00048**
LEHMAN0000060

**8/16/22, 1:38 PM (Viewed 8/16/22, 1:39 PM)**

Pauly Shore ▮▮▮▮▮▮

Ok thank you!

**8/16/22, 1:39 PM**

Pauly Shore ▮▮▮▮▮▮

Can we add H too

**8/16/22, 1:39 PM**

Pauly Shore ▮▮▮▮▮▮

Just realized

**8/16/22, 1:39 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

What's his email?

**8/16/22, 1:40 PM (Viewed 8/16/22, 1:43 PM)**

Pauly Shore ▮▮▮▮▮▮

Asking

**8/16/22, 3:55 PM (Viewed 8/16/22, 6:00 PM)**

Pauly Shore ▮▮▮▮▮▮

hwonderoftheworld@gmail.com

**8/16/22, 6:01 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

Invitation sent!

**8/16/22, 6:01 PM**

Pauly Shore ▮▮▮▮▮▮

Thanks

**8/23/22, 4:40 PM (Viewed 8/23/22, 5:09 PM)**

Pauly Shore ▮▮▮▮▮▮

We should do something about this V1punks thing hahahaha

**8/23/22, 5:11 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

Yes! Sad it had to happen during my "NFT DETOX" (NFTOX) or I would have been popping off on spaces or at least knowing more about what it was. Detox ends tomorrow tho so we can finally eat them for breakfast!

**8/23/22, 6:38 PM (Viewed 8/23/22, 6:48 PM)**

Pauly Shore ▮▮▮▮▮▮

I just rektd them

**8/24/22, 1:40 PM**

Tom iPhone 14 ▮▮▮▮▮▮▮▮

Boooommm. Ok I'm back! I read everything. Still confusing. Can we make money from this? How are you otherwise? I don't see the response on rrbayc.com yet but happy to help there (or in any other way) if I can.

**8/24/22, 3:23 PM (Viewed 8/24/22, 3:24 PM)**

Pauly Shore ▮▮▮▮▮▮

Too tired to explain this to you

**8/24/22, 3:23 PM (Viewed 8/24/22, 3:24 PM)**

Pauly Shore ▮▮▮▮▮▮

It's all on twitter

CONFIDENTIAL

LEHMAN0000061

CONFIDENTIAL

**JTX-0918.00049**

LEHMAN0000061

**8/24/22, 3:24 PM**

Pauly Shore ▉▉▉▉▉▉

I need a break for a bit so gonna try and chill

**8/24/22, 3:24 PM**

Pauly Shore ▉▉▉▉▉▉

Been nonstop

**8/31/22, 2:59 PM (Viewed 8/31/22, 3:05 PM)**

Pauly Shore ▉▉▉▉▉▉

Hey Tom, let me know if you are able to help us with a basic accounting of what we made in RR BAYC

**8/31/22, 2:59 PM (Viewed 8/31/22, 3:05 PM)**

Pauly Shore ▉▉▉▉▉▉

It keeps coming up

**8/31/22, 3:06 PM**

Tom iPhone 14 ▉▉▉▉▉▉

Sure! What specifically do we need? I can show the revenue going into the contract, the gas cost we paid. I also know the gas cost Ryder paid to mint independently, but I don't know the revenue he got

**8/31/22, 3:06 PM**

Tom iPhone 14 ▉▉▉▉▉▉

Getting his Foundation royalties is another thing which is pretty difficult I think

**8/31/22, 3:06 PM**

Pauly Shore ▉▉▉▉▉▉

Yeah it doesn't have to be exact exact whatever you think shows our rough revenue from sales

**8/31/22, 3:07 PM**

Pauly Shore ▉▉▉▉▉▉

Not from royalties

**8/31/22, 3:07 PM**

Pauly Shore ▉▉▉▉▉▉

Just mint revenue overall

**8/31/22, 3:07 PM**

Pauly Shore ▉▉▉▉▉▉

And maybe gas estimates

**8/31/22, 3:07 PM**

Tom iPhone 14 ▉▉▉▉▉▉

I mean the true rough version is (2,500 * .1 + 7,000 * .15) = 1300 eth

**8/31/22, 3:08 PM**

Pauly Shore ▉▉▉▉▉▉

Ok

**8/31/22, 3:08 PM**

Tom iPhone 14 ▉▉▉▉▉▉

I can add precision though if that's helpful

**8/31/22, 3:08 PM**

Pauly Shore ▉▉▉▉▉▉

If we have something a bit more official I can share with attorneys that will come in handy

273

LEHMAN0000062

**JTX-0918.00050**

LEHMAN0000062

**8/31/22, 3:09 PM**

Pauly Shore ▮▮▮▮▮

Yes that would help, or if we have a link to something on etherscan that shows our total intake etc

**8/31/22, 3:09 PM**

Pauly Shore ▮▮▮▮▮

Whatever you think, it will be super helpful!

**8/31/22, 3:09 PM**

Tom iPhone 14 ▮▮▮▮▮▮

Ok let me see what I can do

**8/31/22, 3:09 PM**

Tom iPhone 14 ▮▮▮▮▮▮

Of course!

**8/31/22, 3:09 PM**

Pauly Shore ▮▮▮▮▮

Thanks Tom!

**8/31/22, 3:58 PM**

Tom iPhone 14 ▮▮▮▮▮▮

| | Mint Count | Rev per mint | Total rev |
|---|---|---|---|
| Through contract | 7274 | 0.15 | 1091.1 |
| Manual | 2468 | 0.1 | 246.8 |
| Total | 9742 | | 1337.9 |
| **Total Gas** | | | |
| 85.5 | | | |
| # of 500 reserved that are minted | | | |
| 129 | | | |

What about this?

**8/31/22, 3:58 PM**

Tom iPhone 14 ▮▮▮▮▮▮

1338 eth revenue, 129 eth gas cost

**8/31/22, 3:58 PM**

Pauly Shore ▮▮▮▮▮

That is super helpful

**8/31/22, 3:58 PM**

Tom iPhone 14 ▮▮▮▮▮▮

Ryder I think minted 129 after the project ended (or otherwise the numbers don't quite add up)

**8/31/22, 3:58 PM**

Tom iPhone 14 ▮▮▮▮▮▮

Loved "That is super helpful "

**8/31/22, 3:58 PM**

Pauly Shore ▮▮▮▮▮

I can always crop that part out

**8/31/22, 3:58 PM**

Pauly Shore ▮▮▮▮▮

Thanks Tom!

**8/31/22, 3:59 PM**

Pauly Shore ▮▮▮▮▮

It's my bday today I wish you were in LA!

CONFIDENTIAL

**JTX-0918.00051**

LEHMAN0000063



8/31/22, 3:59 PM
Tom iPhone 14

No wayyy!!

8/31/22, 3:59 PM
Tom iPhone 14

Happy bday dude!

8/31/22, 3:59 PM
Pauly Shore

To have dinner and some drinks

8/31/22, 3:59 PM
Tom iPhone 14

Me too!

8/31/22, 3:59 PM
Pauly Shore

Thanks bro

8/31/22, 3:59 PM
Tom iPhone 14

Yeah we'd go to Malibu Nobu for sure

8/31/22, 3:59 PM
Tom iPhone 14

That is my promise

8/31/22, 3:59 PM
Pauly Shore

I need Peter Lugers haha!

8/31/22, 3:59 PM
Tom iPhone 14

Ah true even better!

8/31/22, 3:59 PM
Pauly Shore

There's so many good places to eat out here

8/31/22, 3:59 PM
Pauly Shore

I'm gonna go to this little seafood place and get some drinks with friends after

8/31/22, 4:00 PM
Tom iPhone 14

Sounds bomb! Enjoy it!

8/31/22, 4:00 PM
Tom iPhone 14

Come back East some time

8/31/22, 4:00 PM
Pauly Shore

Thanks homie

8/31/22, 4:00 PM
Pauly Shore

If I do you will be first to know about it

CONFIDENTIAL

LEHMAN0000064

CONFIDENTIAL

**JTX-0918.00052**

LEHMAN0000064

**8/31/22, 4:00 PM**

Pauly Shore ▮▮▮▮▮

Gotta love the total revenue of 1337 lmfaooo

**8/31/22, 4:00 PM**

Tom iPhone 14 ▮▮▮▮▮

Sadly it rounds to 1338 BUT STILL

**8/31/22, 4:00 PM**

Tom iPhone 14 ▮▮▮▮▮

"ELITE"

**8/31/22, 4:01 PM**

Pauly Shore ▮▮▮▮▮

Disliked "Sadly it rounds to 1338 BUT STILL"

**9/8/22, 3:36 PM**

Pauly Shore ▮▮▮▮▮

Looks like Yuga will be subpoenaing you and H for some informstion

**9/8/22, 3:38 PM**

Tom iPhone 14 ▮▮▮▮▮

Repo:

**9/8/22, 3:38 PM**

Tom iPhone 14 ▮▮▮▮▮

email: tom.s.lehman@gmail.com

**9/8/22, 3:38 PM**

Tom iPhone 14 ▮▮▮▮▮

Ah sorry wrong text!

**9/8/22, 3:38 PM**

Tom iPhone 14 ▮▮▮▮▮

LOL

**9/8/22, 3:38 PM**

Pauly Shore ▮▮▮▮▮

Hahah

**9/8/22, 3:38 PM**

Tom iPhone 14 ▮▮▮▮▮

Understood on the subpoena

**9/8/22, 3:38 PM**

Pauly Shore ▮▮▮▮▮

I was like sheeeeesh

**9/8/22, 3:38 PM**

Pauly Shore ▮▮▮▮▮

THE GITHUB!

**9/8/22, 3:38 PM**

Pauly Shore ▮▮▮▮▮

Liked "Understood on the subpoena"

**9/26/22, 4:22 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮

We have an interview with decrypt tomorrow where we will be discussing the IP issues about
bayc

**9/26/22, 4:23 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮

im curious if you have any interest in digging into that a bit, maybe making it into a thread

**9/26/22, 4:23 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮

Sort of a data driven take on the differences being incredible minute between apes, example: there are 112 duplicates, including a set of triples

**9/26/22, 4:24 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮

But we are also curious to dig into how there are some apes that are identical besides small traits like a cigarette

**9/26/22, 4:24 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮

Or an earring

**9/26/22, 8:07 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮



https://m.youtube.com/watch?v=OBct0iWJ9j8
(Sent with URL)

**9/26/22, 8:07 PM (Viewed 9/26/22, 8:11 PM)**

Pauly Shore ▮▮▮▮▮▮



3114 total messages and 248 total images.

CONFIDENTIAL

LEHMAN0000066

CONFIDENTIAL

LEHMAN0000066

**JTX-0918.00054**