**PAULY** 🠒 @Pauly0x · 21h
Replying to @warrbo @crypt0_malone and 7 others
If someone can't figure out the difference between contracts they shouldn't be investing in crypto assets. Full stop.

💬 1    🔁    ♡ 3    ⬆

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT **JTX-0919**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-0919.00001                    YUGALABS_00000610