

**PAULY**
@Pauly0x

I own the most valuable collection of fake crypto punks in the world

7:06 PM · Jul 20, 2021

4 Retweets   2 Quote Tweets   59 Likes



JTX-0922.00001                                           YUGALABS_00029821