U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT     JTX-0938
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk


