To: Ian Garner

False alarm I got it

Mon, May 23 at 7:02 PM

DO THE R R B A Y C

Justice came back on



Oh look

Mint

is otc fuffilled

Yesterday, 8:01 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JTX-0958.00001
RIPPSCAHEN00001295