# Trial Exhibit JTX-0970

Lodged with Court as a native file on CD