

**6/20/22, 10:23 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

We should have done the off-chain indexer bro

**6/20/22, 10:23 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

YOu're being hilarious haha

**6/20/22, 10:23 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

With the 3 digit ENS dude

**6/20/22, 10:24 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

THat had me going

**6/20/22, 10:24 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Bc I'm secretly thinking "WHOA he's getting a 3 digit??"

**6/20/22, 10:24 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Because as you know that's all I think aobut

**6/20/22, 10:24 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Attachment with type image/jpeg
https://t.co/lCppjkEDUe

**6/20/22, 10:24 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Keep in mind, the most expesnive plan is 5M per 24 hours

**6/20/22, 10:25 PM**

hwonder | axel foley | # (hWonderofWorld)

that is nuts … im shocked OS isn't freezing it

**6/20/22, 10:26 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

So should I start dumping?

**6/20/22, 10:26 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Or hold this all the way to the top

**6/20/22, 10:26 PM**
middlemarch.eth ⚏ (dumbnamenumbers)

Jk I've been dumping

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1023**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____
**Deputy Clerk**

2