6/20/22, 10:25 PM
middlemarch.eth 🔜 (dumbnamenumbers)

> But now I'm scared I dunped too soon1

6/20/22, 10:26 PM

hwonder | axel foley | # (hWonderofWorld)

hahahhahahahahaa. please be dumping

6/20/22, 10:27 PM

hwonder | axel foley | # (hWonderofWorld)



Attachment with type image/png
please understand it's gonna flip it https://t.co/oEijOkUK51

6/20/22, 10:30 PM

hwonder | axel foley | # (hWonderofWorld)

https://twitter.com/0xBender/status/1539073231616737282
Link title: bender on Twitter
Link description: "@GonzoXrp @hWonderofWorld I am looking at the collection and can literally see them lmfao"
https://t.co/7TtX8O97Lc

6/20/22, 10:31 PM

hwonder | axel foley | # (hWonderofWorld)

this is hilarious

6/20/22, 10:31 PM

hwonder | axel foley | # (hWonderofWorld)

im dying over here

6/20/22, 10:44 PM
middlemarch.eth 🔜 (dumbnamenumbers)

> INSANE

6/20/22, 10:44 PM

hwonder | axel foley | # (hWonderofWorld)

im having fun. so i don't mind

6/20/22, 10:44 PM

hwonder | axel foley | # (hWonderofWorld)

lol

6/20/22, 10:45 PM
middlemarch.eth 🔜 (dumbnamenumbers)

> At the same time I agree w the original post of that guy about this being pretty nuts

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT      JTX-1024
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk