

quit.q00t.eth
@0xQuit

The confusion in these comments will be prime evidence in the RR v Yuga case.



GemBot 💎 🧹 🤖 @0xGem · Jul 8
New purchase! 1 Bored Ape Yacht Club bought for 5.99 ETH
etherscan.io/tx/0x0fad43802...

JTX-1029.00001

YUGALABS_00002683

3:46 PM · Jul 8, 2022 · Twitter for Android

**1** Retweet   **78** Likes

Tweet your reply

Reply

**ꓶ•ꓶ.eth** @Sisa_eth · Jul 8
Replying to @0xQuit
Is this a Ryder

💬 1      ♡ 3

**quit.q00t.eth** @0xQuit · Jul 8
Replying to @Sisa_eth
Yes

💬 1

Show replies

**W3nzel.eth** @thisiswenzel · Jul 8
Replying to @0xQuit
And who pays 6E for this? WTF?

💬 4

**quit.q00t.eth** @0xQuit · Jul 8
Replying to @thisiswenzel
🤷 Fools

💬 2      ♡ 5

Show replies

**quandary.eth** @quandaryeth · Jul 8
Replying to @0xQuit



Show more replies

JTX-1029.00004

YUGALABS_00002686