

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____**JTX-1030**_____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**

YUGALABS_00000570