

**AriZona Iced Tea** ✔
@DrinkAriZona

· · ·

BIG NEWS, ZONIE'S! AriZona APED into the @BoredApeYC - We're stoked to introduce our Bored Ape #NFT & have some huge things planned!

Shout out to @BoredApeComic & check out BoredApeComic.com Issue #1 for a huge surprise reveal. #NFTcommunity #BAYC #BoredApeYC #NFT



12:45 PM · Aug 20, 2021 · Twitter Web App

**811** Retweets    **1,123** Quote Tweets    **2,774** Likes



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1038** ____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**JTX-1038.00001**

YUGALABS_00002247