

**XRPwh4le.eth**
@Joey_tartz

Replying to @Jclineshow and @ryder_ripps

Absolutely, but for 1 /1000th of a second I myself thought this was a real bayc listed cheap as a gift by Ryder. If I had .5 eth in my wallet on foundation I would've bought that shit so fast I would've got finger burn from touching my screen so fast 😂😂😂😂😂😂😂

1:39 PM · May 16, 2022

1 Like



