# Trial Exhibit JTX-1049

## Lodged with Court as a native file on CD

THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1049** _____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**