

**RYDER RIPPS** SOON
@ryder_ripps

RR/BAYC is just getting started.. planning to create an OTHERSIDE as well for the community and have dank events

5:27 PM · May 16, 2022

14 Retweets   1 Quote Tweet   96 Likes



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT      JTX-1054
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk