

New purchase! 1 Bored Ape Yacht Club bought for
137.0 ETH etherscan.io/tx/0x893c81deb...



3:46 PM · Jun 15, 2022

**8** Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____ **JTX-1055**
DATE _____ **IDEN.**
DATE _____ **EVID.**
BY _____
**Deputy Clerk**

YUGALABS_00031326