
JTX-1057.00001

JTX-1057.00001                                                                                                          YUGALABS_00031328