

JTX-1058.00001

YUGALABS_00031329