

**GemBot** 💎🧹🤖
@0xGem

⋯

Gem Sweep! 17 Bored Ape Yacht Club bought for 1.555 ETH etherscan.io/tx/0xb5a158d9f...



1:36 PM · Aug 13, 2022

**9** Retweets   **9** Quote Tweets   **42** Likes

💬          ⇄          ♡          ⬆️

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
**vs.**
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1060**___
DATE _____**IDEN.**
DATE _____**EVID.**
BY _____
**Deputy Clerk**