



JTX-1064.00001

YUGALABS_00031367