U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____JTX-1065_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Captured at: 2023/01/29 03:26 PM  URL: https://esos.nv.gov/EntitySearch/BusinessInformation

**SilverFlume**
NEVADA'S BUSINESS PORTAL

BUSINESSINFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| Entity Name: | LIVE9000 LLC | Entity Number: | E7671322020-4 |
| Entity Type: | Domestic Limited-Liability Company (86) | Entity Status: | Default |
| Formation Date: | 07/07/2020 | NV Business ID: | NV20201828585 |
| Termination Date: | Perpetual | Annual Report Due Date: | 7/31/2022 |
| Series LLC: | ☐ | Restricted LLC: | ☐ |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name of Individual or Legal Entity: | LEGALCORP SOLUTIONS, LLC | Status: | Active |
| CRA Agent Entity Type: | | Registered Agent Type: | Commercial Registered Agent |
| NV Business ID: | NV20161358582 | Office or Position: | |
| Jurisdiction: | NEVADA | | |
| Street Address: | 2831 ST ROSE PARKWAY SUITE 200-400, Henderson, NV, 89052, USA | | |
| Mailing Address: | | | |
| Individual with Authority to Act: | | | |
| Fictitious Website or Domain Name: | | | |

### OFFICER INFORMATION

VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | Ryder Ripps | 2300 West Sahara Avenue, Suite 800, Las Vegas, NV, 89102, USA | 07/07/2020 | Active |
| Managing Member | Rodney Ripps | 2300 West Sahara Avenue, Suite 800, Las Vegas, NV, 89102, USA | 07/07/2020 | Active |

Page 1 of 1, records 1 to 2 of 2

Filing History | Name History | Mergers/Conversions

Return to Search | Return to Results