

**GemBot** 💎🧹🤖
@0xGem

New purchase! 1 Bored Ape Yacht Club bought for 137.0 ETH etherscan.io/tx/0x893c81deb...



3:46 PM · Jun 15, 2022

8 Likes

