

**GemBot** 💎🧹🤖
@0xGem

New purchase! 1 Bored Ape Yacht Club bought for 83.0 ETH etherscan.io/tx/0x8f6cc4e86...



10:42 PM · Jun 18, 2022

4 Likes

