

**GemBot** 💎🧹🤖
@0xGem

Gem Sweep! 14 Bored Ape Yacht Club bought for 6.0446 ETH etherscan.io/tx/0x4579820a6...



8:59 AM · Jun 23, 2022

10 Retweets   5 Quote Tweets   58 Likes

**Cyber Humanoid** ✓ @cyber_humanoid · Jun 23, 2022
Replying to @0xGem
I'm so hurt I can't pay taxes 😂😂



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____JTX-1070_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-1070.00001                    YUGALABS_00031601

