

**GemBot** 💎🧹🤖
@0xGem

Gem Sweep! 16 Bored Ape Yacht Club bought for 2.9787 ETH etherscan.io/tx/0xff0315025...



7:43 AM · Jun 25, 2022

**1** Quote Tweet  **4** Likes

**Jonathan Shecter** ✓ @SheckyGreen · Jun 25, 2022
Replying to @0xGem
Yipes! 👀



JTX-1071.00001　　　　　　　　　　　　　　　　　　　　　YUGALABS_00031603

**jareynlds** @jareynlds · Jun 25, 2022
Replying to @0xGem
Huh?

1    1

**kuro**🔚 🦇🔊📚🏁 ✓   @kurogod5 · Jun 25, 2022
Replying to @jareynlds and @0xGem
It's the Ryder grifts bullshit

3