

JTX-1072.00001

YUGALABS_00031605



**KidAli.eth** @ayoakh · Aug 13, 2022
Replying to @0xGem





 **Daniela** @bittybags · Aug 13, 2022
Replying to @0xGem



JTX-1072.00002                                                                                          YUGALABS_00031606



jpgy 👀 ✓ @jpgy_eth · Aug 13, 2022
Replying to @0xGem
🤮

Ferokzy☠️TheRoyaLand @AshaFeranmi · Aug 13, 2022
Replying to @0xGem
Wtf 🤣

AY?? @araoluwaa_ · Aug 13, 2022
Replying to @0xGem
Wtff

NFT Hunter @HunterLabs_ 🧪 pushch... @cryptoL... · Aug 13, 2022
Replying to @0xGem
what happened here?

🥷iamolusegun|❤️🔥.did @iamolusegun__ · Aug 13, 2022
Replying to @0xGem
What?

Ibrahim Oladega(💙,🧡) @oladegaibrahim · Aug 13, 2022
Replying to @0xGem
Haaa!!!

COMETHAZINE @M8N4CE · Aug 13, 2022
Replying to @0xGem
Issa Ryder's bayc

**Luke Gr1ndhouse (💙,🧡)** @da_f3nix · Aug 13, 2022
Replying to @0xGem
Had to read it three times.

**CryptoFit (I will not DM you asking or off...** @Cryp... · Aug 13, 2022
Replying to @0xGem
WTF 👀, Can I buy one too?

**cats** @catsncraft_ · Aug 13, 2022
Replying to @0xGem
Taxes baby taxes

♡ 1

**Shoyo** @shoyo_nft · Aug 13, 2022
Replying to @0xGem
Well you know why…

**0xhams** @0xhams_eth · Aug 13, 2022
Replying to @0xGem
@Pauly0x @ryder_ripps

**TotheHell.wtf** @tothe_n · Aug 13, 2022
Replying to @0xGem
$34. The gas is too expensive, I'm not interested 🥲

**jen** @nigs_nvm · Aug 13, 2022
Replying to @0xGem
wtf?

**DaMMiN.og** @DanielBuksa · Aug 13, 2022
Replying to @0xGem

YUGALABS_00031608

Real bear market 😂

**Beri/cocobear.btc/murder.btc/percen...** @Aber12... · Aug 13, 2022
Replying to @0xGem
Wut

**SHODI™** @OshodiMr · Aug 13, 2022
Replying to @0xGem
.09eth per ape. Insane!

✌️ @snipervip3r · Aug 13, 2022
Replying to @0xGem
huh 🤔

**degen** @degen3557 · Aug 13, 2022
Replying to @0xGem
Excuse me

**rogmaxi.eth**🐧🎣 @NSurf904 · Aug 13, 2022
Replying to @0xGem
Fat fingers ooof

**emazz** @emazingtaz_ · Aug 13, 2022
Replying to @0xGem
Sell your BAYC for a 80 Eth loss -> write off and profit.

Show more replies