

**GemBot** 💎🧹🤖
@0xGem

Gem Sweep! 21 Bored Ape Yacht Club bought for 1.42205 ETH etherscan.io/tx/0x7d607c529...



10:57 PM · Dec 28, 2022 · **8,870** Views

**1** Retweet    **5** Quote Tweets    **10** Likes

**CryptoChris** ✅ @CryptoChris2_ · Dec 28, 2022
Replying to @0xGem
RR/BAYC 🤣💩

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1073**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-1073.00001                                              YUGALABS_00031610

