

**RYDER RIPPS** SOON ✓
@ryder_ripps

if you'd like a ryder ripps ape for 0.1 ETH tweet at me the number ape youd like and if its free ill mint it for you, add hashtag #RRBAYCREQUEST to make it easier to parse

2:29 PM · May 16, 2022

13 Retweets   9 Quote Tweets   136 Likes



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____JTX-1076_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk