

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        JTX-1145.00001        YUGALABS_00027472