Sign Up

Log In

Instagram

**Sorry, this page isn't available.**

The link you followed may be broken, or the page may have been removed. Go back to Instagram.

Q Search

instagram.com/__yugalabs/

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ JTX-1157 _____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**JTX-1157.00001**

YUGALABS_00029507