

JTX-1158.00001                                    YUGALABS_00031402



JTX-1158.00002                                                                                    YUGALABS_00031403





JTX-1158.00004

YUGALABS_00031405



**RYDER RIPPS** @ryder_ripps · May 15, 2022
Replying to @0xDuplo
someone minted 4665, let me know if you'd like any of the others for 0.1eth

Show replies

**Reckless** @NftReckless · May 15, 2022
Replying to @ryder_ripps
9361 please

**RYDER RIPPS** @ryder_ripps · May 15, 2022
Replying to @NftReckless

foundation.app
DMCA Takedown Notice | Foundation
Foundation is a web3 destination.

Show replies

**ARISTHODLE LABS** @aristhodle · May 15, 2022
Replying to @ryder_ripps
Can I scoop 2306 or 6723 or 1294

**RYDER RIPPS** @ryder_ripps · May 15, 2022
Replying to @aristhodle
which one just LMK!



JTX-1158.00006    YUGALABS_00031407





JTX-1158.00008

YUGALABS_00031409



YUGALABS_00031410







YUGALABS_00031413



Replying to @ryder_ripps
Lulz

**Mike Three** @enjoyoor · May 15, 2022
Replying to @ryder_ripps
dope bcuz i cant have anyone mistaking my pfp for actual bayc

♡ 8

**NFT 🗝 ARTe ✣ ™** @mentalist420 · May 15, 2022
Replying to @ryder_ripps
hook me up with #1475 Pham

minted by @j1mmyeth





**Marcotic #CURATIO** @marcotic12 · May 16, 2022
Replying to @ryder_ripps
PLZ mint 5343 for me

**Robapuros** @robapuros · May 15, 2022
Replying to @ryder_ripps
#3184 pls

**Antonio G** @Grey_Shadowz · May 21, 2022
Replying to @ryder_ripps
Are any still available? What do I do?

**goodthings** 🍌 @Goodthings · May 15, 2022
Replying to @ryder_ripps
8877 available?

**alessandra** @bIiccy · May 15, 2022
Replying to @ryder_ripps
What if I trade u A piece of bubblegum

**Reckless** @NftReckless · May 15, 2022
Replying to @ryder_ripps
8633 please someone sniped the other one from me

**alabamobarak** @ALABAMOBARAK · May 15, 2022

Replying to @ryder_ripps
#1

**Alao** @Arelowo · May 15, 2022
Replying to @ryder_ripps
Yo sir win the internet for today

**acidman.eth | New Mints on Februa...** @mirocalde... · May 15, 2022
Replying to @ryder_ripps
can I do a collab one? Just send you the jpeg/png...

@0x_wh04m1 · May 15, 2022
Replying to @ryder_ripps
69

@0x_wh04m1 · May 15, 2022
Replying to @ryder_ripps
1234

**Allen Salkin** @allensalkin · May 15, 2022
Replying to @ryder_ripps
Make me one at random please.
♡ 2

**Brian Mark** @_briiian_ · May 15, 2022
Replying to @ryder_ripps
8774 pls - it's the adidas ape ///
♡ 1



JTX-1158.00017

YUGALABS_00031418

**CryptoJudge.eth| +250 featured .ETH d...** @Crypt... · May 15, 2022
Replying to @ryder_ripps
cryptojudge.eth RYDER RIPPS BAYC 4980

**alex.pcc.eth** @subversieve · May 15, 2022
Replying to @ryder_ripps
#3562

Legendary 🧵

**phunk4413** @4413Phunk · May 15, 2022
Replying to @ryder_ripps
3562 sir ;)

**Satosushi Nakaboato II** 🛸 @NLConcaveEcho · May 16, 2022
Replying to @ryder_ripps
Hole on, let me get this straight, you as a self proclaimed jew was riling up the community to realise the overt nazi/racist cartoons and now youre selling them to your followers?

**f3manifesto.eth // f3manifesto.lens** @f3manifesto · May 15, 2022
Replying to @ryder_ripps
13 please!

**Bored Ape Yacht Club #4665** @paskalETH · May 15, 2022
Replying to @ryder_ripps
#3439
0x8bfd6D50f3336A4402EbADc15bddCbEd682F6cf7



JTX-1158.00019

YUGALABS_00031420



YUGALABS_00031421