

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT     JTX-1168
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



Bored Ape Yacht Club
@BoredApeYC

APE FEST 2021 - Details ☠️🦍⛵



7:26 PM · Oct 28, 2021

589 Retweets   203 Quotes   2,582 Likes   109 Bookmarks

twitter.com/BoredApeYC/status/1453911020137816068?lang=en
4/24/2023 8:50:08 PM