

**RYDER RIPPS** SOON
@ryder_ripps

you can read my senior thesis from 2008 if you like, its about how in the future people will only respond to lowest common denominator clickbait because they wont read or look into anything, so anyone will be able to get famous online by just making garbage like this.

5:25 PM · Jun 20, 2022

4 Quotes   16 Likes

twitter.com/ryder_ripps/status/1539041819606102016
4/24/2023 8:56:09 PM



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1170
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-1170.00001                    YUGALABS_00043485