



JTX-1194.00001

YUGALABS_00042499