

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1233**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____
**Deputy Clerk**



JTX-1233.00002

YUGALABS_00041355



JTX-1233.00003

YUGALABS_00041356



**JTX-1233.00004**

YUGALABS_00041357



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041358



JTX-1233.00006

YUGALABS_00041359



**JTX-1233.00007**

YUGALABS_00041360



JTX-1233.00008

YUGALABS_00041361



YUGALABS_00041362



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00010**

YUGALABS_00041363



JTX-1233.00011

YUGALABS_00041364



**JTX-1233.00012**

YUGALABS_00041365



**JTX-1233.00013**

YUGALABS_00041366



JTX-1233.00014

YUGALABS_00041367



JTX-1233.00015

YUGALABS_00041368



JTX-1233.00016

YUGALABS_00041369



JTX-1233.00017

YUGALABS_00041370



JTX-1233.00018

YUGALABS_00041371



JTX-1233.00019

YUGALABS_00041372



JTX-1233.00020

YUGALABS_00041373



JTX-1233.00021

YUGALABS_00041374



**JTX-1233.00022**

YUGALABS_00041375



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041376



JTX-1233.00024

YUGALABS_00041377



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00025**

YUGALABS_00041378



JTX-1233.00026

YUGALABS_00041379



**JTX-1233.00027**

YUGALABS_00041380



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041381



JTX-1233.00029

YUGALABS_00041382



**JTX-1233.00030**

YUGALABS_00041383



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041384



**JTX-1233.00032**                                            YUGALABS_00041385



**JTX-1233.00033**

YUGALABS_00041386



JTX-1233.00034

YUGALABS_00041387



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041388



JTX-1233.00036

YUGALABS_00041389



YUGALABS_00041390



YUGALABS_00041391



JTX-1233.00039

YUGALABS_00041392



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041393



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041394



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00042**

YUGALABS_00041395



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041396



JTX-1233.00044

YUGALABS_00041397



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00045**

YUGALABS_00041398



JTX-1233.00046

YUGALABS_00041399



YUGALABS_00041400



JTX-1233.00048
YUGALABS_00041401



JTX-1233.00049

YUGALABS_00041402



JTX-1233.00050

YUGALABS_00041403



**JTX-1233.00051**

YUGALABS_00041404



JTX-1233.00052

YUGALABS_00041405



JTX-1233.00053

YUGALABS_00041406



YUGALABS_00041407



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

**JTX-1233.00055**

YUGALABS_00041408





YUGALABS_00041410



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041411



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041412



**JTX-1233.00060**

YUGALABS_00041413



**JTX-1233.00061**

YUGALABS_00041414



JTX-1233.00062                                    YUGALABS_00041415



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041416



Captured: 31 March 2023, 14:40:19
https://twitter.com/search?q=(from:BoredApeYC)&src=typed_query&f=live

YUGALABS_00041417



JTX-1233.00065                                                    YUGALABS_00041418