

Page 2
6520 - Bored Ape Yacht Club | OpenSea
https://web.archive.org/web/20220621085507/https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/6520
04-25-2023

| Photography | Stats | Docs |
| --- | --- | --- |
| Sports | | Newsletter |
| Trading Cards | Rankings | |
| Utility | Activity | |
| Virtual Worlds | | |

© 2018 - 2022 Ozone Networks, Inc.    Privacy Policy   Terms of Service

JTX-1236.00002

YUGALABS_00043526