

Page 2
8357 - Bored Ape Yacht Club | OpenSea
https://web.archive.org/web/20220729101400/https://opensea.io/assets/ethereum/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/8357
04-25-2023

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

| | | | |
|---|---|---|---|
| Solana NFTs | Favorites | Platform Status | Careers |
| Art | Watchlist | Partners | Ventures |
| Collectibles | My Collections | Gas-Free Marketplace | Grants |
| Domain Names | Settings | Taxes | |
| Music | | Blog | |
| Photography | | Docs | |
| Sports | **Stats** | Newsletter | |
| Trading Cards | Rankings | | |
| Utility | Activity | | |
| Virtual Worlds | | | |

© 2018 - 2022 Ozone Networks, Inc.

Privacy Policy    Terms of Service