

JTX-1243.00001    YUGALABS_00043540