ETH Price: $1,869.97 (+1.89%) | Gas: 37 Gwei

Search by Address / Txn Hash / Block / Token / Domain Name

**Etherscan**

Home   Blockchain   Tokens   NFTs   Resources   Developers   More   Sign In

API Plans
API Documentation

Verify Contract
Smart Contract Search
Contract Diff Checker
Vyper Online Compiler
Bytecode to Opcode
Broadcast Transaction

Contract 0xEE969B688442C2d5843ad75f9117b3ab04b14960

Sponsored: CryptoSlots - $1,000,000 Jackpot & Provably Fair Casino Games Click for games!

Source Code

**Overview**
ETH BALANCE
0 ETH
ETH VALUE
$0.00

**More Info**
PRIVATE NAME TAGS
+ Add
CONTRACT CREATOR
*middlemarch-deplo... at txn 0x795fe07f2314c5363...

**Multi Chain**
MULTICHAIN ADDRESSES
3 addresses found via

Blockscan
Wallet-to-wallet instant messaging platform.   Start Chat

Transactions   Internal Transactions   Token Transfers (ERC-20)   Contract   Events   Analytics   Comments

Ether Balance   Transactions   TxnFees   Ether Transfers   Txn Heatmap

**Time Series: Ether Balance**                           Mon 23, May 2022 - Fri 26, Aug 2022

**ETH Highest Balance**    **ETH Lowest Balance**    **USD Highest Value**    **USD Lowest Value**
On Sun 19, Jun 2022       On Fri 24, Jun 2022        On Sun 19, Jun 2022       On Fri 24, Jun 2022
588.15 ETH                0 ETH                      USD 662,839.17            USD 0

Ether Balance for 0xee969b688442c2d5843ad75f9117b3ab04b14960
Source: Etherscan.io

Zoom   1m   6m   1y   All                                 May 23, 2022 — Aug 27, 2022

ETH Account Balance   Historic USD Val   Current USD Val   Txn Count

A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

Back to Top

**Powered by Ethereum**

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

**Company**
About Us
Brand Assets
Contact Us
Careers We're Hiring!
Terms of Service
Bug Bounty

**Community**
API Documentation
Knowledge Base
Network Status
Newsletters
Disqus Comments

**Products & Services**
Advertise
Explorer-as-a-Service (EaaS)
API Plans
Priority Support
Blockscan
Blockscan Chat

Etherscan © 2023 (A1)                                    Donations: 0x71c765...d897fd

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1272** _____

DATE _____ IDEN.

DATE _____ EVID.

BY _____

**Deputy Clerk**

**JTX-1272.00001**

YUGALABS_00043509