# Trial Exhibit JTX-1273

Lodged with Court as a native file on CD