# Trial Exhibit JTX-1293

