

**PAULY**
@Pauly0x

15/ To the scammers:

I'm not better than you.

We are not different.

I have scammed people before. I have stolen from my family, friends, employers & strangers.

But, I've been humbled & lived the consequences.

And those who still scam truly have no idea how severe they are.

1:27 PM · May 13, 2022

2 Retweets   5 Quote Tweets   60 Likes

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1296 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk