U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT        JTX-1298
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk





Sponsored by



Day 1
# Mon, 6/20
## LCD Soundsystem
## Questlove

Day 2
# Tue, 6/21
## Haim
## Lil Baby
Special guest: Timbaland

Day 3
# Wed, 6/22
## The Roots
## Future

Day 4
# Thu, 6/23
## Lil Wayne
## Snoop Dogg
## & Eminem





Treats from fellow apes: Bored & Hungry, Champ Medici's Bored Taco, and Dr. Bombay's Sweet Exploration



# Shop merch

The online merch store is open! Open to BAYC/MAYC holders only (not +1s) once you've attended ApeFest.

Shop





# No Sleep til Apefest

Pier 17, New York City

## FAQs

See all

Who can I bring as my +1?  +

What's tokenproof?  +

Is there a secondary market for tickets?  +

How does the waitlist work? +

Will I be able to exchange my ticket for a different date? +



FAQ
Covid-19
Privacy Policy
Terms of Service

**Merch support:** merchsupport@yugalabs.io & at the Pier 17 merch shop
**Tokenproof support:** support@tokenproof.xyz
**All other support:** support@apefest.com
**Day-of support:** Info kiosks outside the entrance

© 2023 YUGA LABS INC.

visit : yuga.com