# Trial Exhibit JTX-1299

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Yuga Labs v.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1299 _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk







Sponsored by



Day 1
**Mon, 6/20**

**LCD Soundsystem
Questlove**

Day 2
**Tue, 6/21**

**Haim
Lil Baby**

Special guest: Timbaland

ApeFest 2022 in NYC

https://apefest.com/



Day 3
**Wed, 6/22**

**The Roots
Future**

Day 4
**Thu, 6/23**

**Lil Wayne
Snoop Dogg
& Eminem**

# 4 Days. 5-10pm daily.
# Pier 17, New York City.

# BAYC, MAYC, & guests 

## 18+ to enter, 21+ for open bar

## Music, merch, art, open bar, free food before, during & after

## New performers each night (no spoilers)

## Treats from fellow apes: Bored & Hungry, Champ Medici's Bored Taco, and Dr. Bombay's Sweet Exploration



The online merch store is open! Open to BAYC/MAYC holders only (not +1s) once you've attended ApeFest.

JTX-1299.00005

YUGALABS_00033314

ApeFest 2022 in NYC                                              https://apefest.com/






# No Sleep til Apefest

JTX-1299.00006                                    YUGALABS_00033315

ApeFest 2022 in NYC                                                                 https://apefest.com/



# FAQs

See all

Who can I bring as my +1?                                                                +

JTX-1299.00007                                                                      YUGALABS_00033316

What's tokenproof?  +

Is there a secondary market for tickets? +

How does the waitlist work? +

Will I be able to exchange my ticket for a different date? +



FAQ
Covid-19

ApeFest 2022 in NYC                                                                 https://apefest.com/

Privacy Policy
Terms of Service



**Merch support:** merchsupport@yugalabs.io & at the Pier 17 merch shop
**Tokenproof support:** support@tokenproof.xyz
**All other support:** support@apefest.com
**Day-of support:** Info kiosks outside the entrance

© 2023 YUGA LABS INC.                                                visit : yuga.com