

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____ JTX-1302
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

YUGALABS_00014135





YUGALABS_00014137



YUGALABS_00014138



⟲ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · 23h
Ape #5718 was purchased for 350.0 ETH
opensea.io/assets/ethereu...

♡ 107      ⟲ 251      ♡ 964      ⬆

⟲ Bored Ape Yacht Club Retweeted
**aguyong.eth** @aguyong · Nov 5
GM

@BoredApeYC

♡ 53      ⟲ 43      ♡ 237      ⬆

**JTX-1302.00005**                    YUGALABS_00014139



JTX-1302.00006                                    YUGALABS_00014140



YUGALABS_00014141



YUGALABS_00014142



YUGALABS_00014143



↻ Bored Ape Yacht Club Retweeted
**JBond** @jbondwagon · Nov 4
This full-set friday, I just wanted to remind @BoredApeYC that this piece exists 🔥 ⚡ ⚫

Now let's hang it in Louvre! GM!

○ 32      ↻ 54      ♡ 226      ⬆

↻ Bored Ape Yacht Club Retweeted
**Cypher** 🇫🇷 @CypherGlaze · Nov 3
Another boring evening 🍷 🇮🇹

VLOZANO.ETH ⚡ and 3 others
○ 12      ↻ 50      ♡ 165      ⬆



YUGALABS_00014145



YUGALABS_00014146



YUGALABS_00014147





⟲ Bored Ape Yacht Club Retweeted

**Lilou** 🦋 @iamlilou5 · Nov 1

GM IT'S MY BIRTHDAY 🎂

Appreciate all the love and support from the community 🐵 love u mfers

@BoredApeYC

♡ 359        ⟲ 65        ♡ 983        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1

Take a dive into the small McCapsule below 🐵. McCapsules will be available for order until Nov. 2nd at 11:59 pm ET

⟲ Bored Ape Yacht Club Retweeted

🐵 @BoredApeConrad · Nov 1

Hot off the press!

♡ 47        ⟲ 49        ♡ 266        ⬆

JTX-1302.00015                                    YUGALABS_00014149



⏱ Bored Ape Yacht Club Retweeted

**Vissyarts** @vissyarts · Nov 1

Happy to share that I have been included in Tatlers 2022 Asia's most
influential list of Hong Kong, Singapore, Malaysia, the Philippines and
Taiwan, under the arts category. I made sure I repped @BoredApeYC who
also represent a significant number of my collector family

POWER & PURPOSE | ASIA'S MOST INFLUENTIAL HK

# Visithra Manikam

NFT artist

○ 72      ⏱ 63      ♡ 287      ⬆

Show this thread

⏱ Bored Ape Yacht Club Retweeted

**Magu.Eth** @Magu_eth · Nov 1

My door bell was ringing and finally my toy has arrived ✦✦! @BoredApeYC

#bayc #curtis

**BAYC**

○ 41      ⏱ 36      ♡ 159      ⬆



YUGALABS_00014151



⟲ Bored Ape Yacht Club Retweeted

**Rug Radio**🎙 @RugRadio · Oct 29

All creatives have 'someone' they are creating for, usually it's a reflection of ourselves and our experiences. Hear who @GordonGoner is creating the otherside for. This and more from @CryptoGarga, co-founders of @BoredApeYC. A thread 🧵 ☀ #RugRadio🎙

### GM NFTs

Ft. Guest @Gordongoner

⟲ Bored Ape Yacht Club Retweeted

**///Steki.eth** @stekisteks · Oct 29

GM from an Ape in the Desert 🌵 @BoredApeYC

Yuga Labs and Bored Ape Yacht Club

♡ 52          ⟲ 50          ♡ 359          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29

Large McCapsule breakdown by The Dudes below 👇 🔥

> 🐕 **The Dudes** @DudesFactory · Oct 29
> APE IN BEFORE THE STORE CLOSES!
> The large @BoredApeYC X @mcbess X The Dudes capsule ($500) is up for grabs for a limited time only! Score it and enjoy the abundance below:
> Show this thread

♡ 23          ⟲ 57          ♡ 220          ⬆

⟲ Bored Ape Yacht Club Retweeted

**The Dudes** @DudesFactory · Oct 29

APE IN BEFORE THE STORE CLOSES!
The large @BoredApeYC X @mcbess X The Dudes capsule ($500) is up for grabs for a limited time only! Score it and enjoy the abundance below:

♡ 30          ⟲ 43          ♡ 211          ⬆

Show this thread



⇆ Bored Ape Yacht Club Retweeted
**Jearbear** @jeromechua88 · Oct 29
Just hang in there! Almost done painting 🦍 MAYC @BoredApeYC @oneinaneillion @bayckada

○ 15    ⇄ 45    ♡ 188    ⬆

⇆ Bored Ape Yacht Club Retweeted
**H-Man | Harrison** 🔵 ⊛ @Harrisonds97 · Oct 29
Attention Mutants, this is your Captain speaking:

Get after it this weekend 🦍

○ 13    ⇄ 26    ♡ 142    ⬆

Show this thread

🔁 Bored Ape Yacht Club Retweeted
**Bored Jerky** @BoredJerky · Oct 29
Spicy



💬 52          🔁 102          ♡ 747          ⬆️

🔁 Bored Ape Yacht Club Retweeted
**fred ming** @freddming · Oct 29
Hot like summer!!!

#hongkong
#BoredApeYachtClub
@BoredApeYC

> The following media includes potentially sensitive content.
> Change settings                                    **View**

💬 35          🔁 7          ♡ 90          ⬆️

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 29
Reminder – We will NEVER DM you first or request sensitive information.
The survey can only be accessed via the in server Miami-Poll channel for
verified members til Nov 2nd. Direct link to the survey can be found here:
discord.com/channels/83128...

💬 34          🔁 47          ♡ 147          ⬆️

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 29
Hey Apes, we're hosting a quick poll in the Miami-Poll channel of the BAYC
discord to see who's planning on attending Art Basel or will be in Miami in
early December. Full transparency, this isn't for a full on ApeFest level
event, but there are a few things cooking.

💬 146          🔁 289          ♡ 1,140          ⬆️



JTX-1302.00021

YUGALABS_00014155



YUGALABS_00014156

⊔ Bored Ape Yacht Club Retweeted

**gayboredape.eth** ✎ @gayboredape · Oct 25
I don't quit representing
@BoredApeYC



○ 28          ⊔ 23          ♡ 124          ⬆

 **Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 25          ...
Heads up Apes, the detailed FAQ for the BAYC x McBess x The Dudes
merch drop can be found at store.boredapeyachtclub.com/faq. An official
announcement will be sent out from this account and posted in the official
BAYC discord when the drop goes live on Oct. 26th at noon ET.



mcbess and The Dudes

○ 139          ⊔ 235          ♡ 841          ⬆



YUGALABS_00014158



YUGALABS_00014159







⟲ Bored Ape Yacht Club Retweeted
**Aaron Haber** @AaronHaber · Oct 21
Repping @BoredApeYC and OG Ape #2960 on all my on cam calls
@NFTCARVER

♡ 167   ⟲ 90   ♡ 340   ⬆

⟲ Bored Ape Yacht Club Retweeted
**Jason Au** @JasonJape · Oct 20
Taking my @BoredApeYC to Germany.

Nothing beats a German beer with the pork knuckle and Sausages in
Frankfurt. Great I can train my German.

@EliteApesHK

♡ 87   ⟲ 71   ♡ 145   ⬆

**JTX-1302.00028**                    YUGALABS_00014162



⟲ Bored Ape Yacht Club Retweeted

**BoredCoffee.eth** @BoredCoffee_ · Oct 20 · · ·
Thank you founders for everything you have done so far 🧡

@CryptoGarga @GordonGoner @TomatoBAYC @SassBAYC

Bored Ape Yacht Club

💬 114      ⟲ 140      ♡ 485      ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted

**Caleb** @CalebTennenbaum · Oct 20 · · ·
Apes taking over. First time meeting a fellow ape randomly irl @BoredApeYC

💬 96      ⟲ 56      ♡ 223      ⬆

Show this thread

JTX-1302.00029                                    YUGALABS_00014163



⟲ Bored Ape Yacht Club Retweeted
**Lilou** 🦋 @iamlilou5 · Oct 20
Classic 🍷 @BoredApeYC

···

Adam Bomb Squad

♡ 118   ⟲ 53   ♡ 406   ⬆

⟲ Bored Ape Yacht Club Retweeted
**Arcade Apes** @arcadeapes · Oct 20
Excited to announce we'll be displaying 5 mega mutants thanks to @ptmNFT and also doing something really special for everyone attending the week of NFT london. 😊

···

♡ 102   ⟲ 97   ♡ 291   ⬆

⟲ Bored Ape Yacht Club Retweeted
**jackie.eth** @JackieLeeETH · Oct 20
What an Unreal Fest 2022!! Hangout near the yacht #UnrealFest @UnrealEngine @BoredApeYC

···

♡ 83   ⟲ 38   ♡ 115   ⬆

**JTX-1302.00030**                                    YUGALABS_00014164



⟲ Bored Ape Yacht Club Retweeted

**BlockchainMac** ✔ @BlockChainMac · Oct 19
Framed up and ready to hang!

MAYC #8069 🔗🦍

@drawn_nfts @BoredApeYC

〇 149    ⟲ 80    ♡ 157    ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted

**Bicycle Cards** @bicyclecards · Oct 19
It's official. We aped in. See you on the moon. 🚀 (1/3)
decrypt.co/112202/why-137...

🅑 · News · NFTs

## Why 157-Year-Old Brand Bicycle is Making Bored Ape NFT Playing Cards

Bicycle will use its Ethereum NFT artwork to sell decks of Ape-branded cards, with plans to collaborate with other owners.

By Andrew Hayward    🗓 Oct 18, 2022    ⏱ 4 min read

Bicycle will release Bored Ape Yacht Club themed playing cards. Image: Bicycle

〇 660    ⟲ 1,251    ♡ 4,349    ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 19
Reminder: official announcements will be crossposted from this Twitter account, the official BAYC discord, and the BAYC Instagram. We will never DM you first or ask for personal info. For questions, head over to the official BAYC discord at discord.gg/bayc

〇 64    ⟲ 47    ♡ 140    ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 19
A change for international customers since our last drop: this time around, you will pay for customs duties and related fees at checkout, so no surprises from the customs office later. We'll share more info in a FAQ before the drop.

〇 54    ⟲ 48    ♡ 171    ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
To access the drop members will need to sign a gasless signature from the wallet holding a BAYC/MAYC while the sale is live. Items are made to order, so they'll be available until the drop ends at 11:59pm ET on Wednesday, Nov. 2nd.

○ 54          ↻ 38          ♡ 132          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
For more details on the capsule drop, check out the official blog here:

yuga.com
BAYC x McBess x The Dudes : Fall Capsules Drop the 26th
Yuga Labs Blog

○ 42          ↻ 46          ♡ 176          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 19
Apes, our BAYC x @McBess x @DudesFactory collab goes live on Wednesday, Oct. 26th at noon ET. This BAYC/MAYC-exclusive drop will be at store.boredapeyachtclub.com when live, with payments in @apecoin only. █ for more info.

○ 420          ↻ 892          ♡ 2,428          ⬆

Show this thread

**JTX-1302.00032**          YUGALABS_00014166



YUGALABS_00014167



YUGALABS_00014168



YUGALABS_00014169



↻ Bored Ape Yacht Club Retweeted
**Dr. Novo** @novocrypto · Oct 17
Happy #MutantMonday builders 🔬🦍🖐️

What's brewing in your Lab? ××

Dr. Novo and Bored Ape Yacht Club

♡ 130          ↻ 36          ♡ 194          ⬆️

↻ Bored Ape Yacht Club Retweeted
**VickiJ** 🌐💕✨📧 @VickiJEth · Oct 17
gm Happy Mutant Monday 🌐💕 @BoredApeYC

♡ 165          ↻ 34          ♡ 275          ⬆️

**JTX-1302.00036**                                    YUGALABS_00014170



⟲ Bored Ape Yacht Club Retweeted

**Caleb** @CalebTennenbaum · Oct 17 · ✏️
Gmgmgmgm 🔆 🇮🇹 @BoredApeYC

○ 108      ⟲ 34      ♡ 243      ⬆️

⟲ Bored Ape Yacht Club Retweeted

**warrenhimself** ⌐◨-◨ ◆ @nullinger · Oct 16
„Bigger is better" is also true for Apes. @BoredApeYC

0:04 / 20.1K views

○ 159      ⟲ 110      ♡ 627      ⬆️

Show this thread

**JTX-1302.00037**                    YUGALABS_00014171



← **Bored Ape Yacht Club** ✓
7,174 Tweets

Ape #3942 was purchased for 140.0 ETH
x2y2.io/eth/0xbc4ca0ed...

**Follow**

○ 148    ⇄ 119    ♡ 578    ⬆

⇄ Bored Ape Yacht Club Retweeted

**BoredCoffee.eth** @BoredCoffee_ · Oct 14

GM from the Meta Café ☕

Orangutan Outreach 🐵❤️🦧🐵🐵 and 2 others

○ 97    ⇄ 70    ♡ 346    ⬆

JTX-1302.00038                          YUGALABS_00014172



YUGALABS_00014173







YUGALABS_00014176



YUGALABS_00014177



⇅ Bored Ape Yacht Club Retweeted

**BrandonKangFilms** @BrandonKangFilm · Oct 9 · · ·
Thank you @BoredApeYC x @RollingStone for the custom IO and signed print! Temporary frame for now but will cherish these for generations!

Can we talk about @GordonGoner's signature though?!

○ 38    ⇅ 60    ♡ 386    ⬆

Show this thread

⇅ Bored Ape Yacht Club Retweeted

**AnSᴇn** 🦍 @AnsenOx · Oct 9 · · ·
Ape in Napa Valley ☀️ GM! @BoredApeYC_ #BAYC

○ 53    ⇅ 39    ♡ 302    ⬆

⇅ Bored Ape Yacht Club Retweeted

**KANᴇ** @MrDeathBot · Oct 9 · · ·
Finally met the founders... they were quite boring to hang out with.

@BoredApeYC @TheSandboxGame @GordonGoner @CryptoGarga @TomatoBAYC @SassBAYC #BAYC

Sass (Zeshan Ali) and 3 others
○ 21    ⇅ 21    ♡ 187    ⬆

JTX-1302.00044                    YUGALABS_00014178



⮔ Bored Ape Yacht Club Retweeted
**densag.eth | @rwonft** @den5ag · Oct 9
Coffee break @BoredApeYC

○ 18      ⮔ 28      ♡ 186

⮔ Bored Ape Yacht Club Retweeted
**LuckyApe** @luckyape_eth · Oct 8
Nothing is real @BoredApeYC

○ 24      ⮔ 29      ♡ 148

JTX-1302.00045                                    YUGALABS_00014179



JTX-1302.00046

YUGALABS_00014180





⟲ Bored Ape Yacht Club Retweeted
lulo.eth 🦍💉 | 🌿 @korion2525 · Oct 6
Look who I ran into at the #imaginationinaction #web3 conference ✈️✈️
#BayAreaApes @BoredApeYC #bayc

○ 11        ⟲ 26        ♡ 144        ↑

Show this thread

⟲ Bored Ape Yacht Club Retweeted
Roc Sol 🦍🎨 @rocsolmiami · Oct 6
All about the details @BoredApeYC

Bored Ape Yacht Club
○ 19        ⟲ 46        ♡ 266        ↑

⟲ Bored Ape Yacht Club Retweeted
🦍 Popil | Element Director @popilart · Oct 6        ⋯

JTX-1302.00048        YUGALABS_00014182



YUGALABS_00014183



↱ Bored Ape Yacht Club Retweeted

**Yuga Labs** ✓ @yugalabs · Oct 5    ...
Today, Yuga Labs welcomes the first BAYC community council that will
assist us in shaping the future of the Bored Ape Yacht Club. For more
details on the council head over to our official blog at

yuga.com
Meet the new BAYC community council
Yuga Labs Blog

○ 247          ↱ 576          ♡ 1,773          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
We're excited to work with this group of long standing and trusted club
members to create a better experience in the swamp for everyone. Keep
your eyes peeled for outreach initiatives by council members above

○ 73          ↱ 64          ♡ 575          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
🐵 @petersfang assisted in hosting one of the first BAYC meet-ups in
Venice, CA in July 2021 with funds provided by the first round of BAYC
grants. He has vast experience in facilitating and executing IRL community
events/experiences.

○ 53          ↱ 68          ♡ 672          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
🐵 @SeraStargirl is a skilled artist who has worked with members in the
community to help bring their IP to life through the bored salon and JBF
derivatives. She has continued to actively create and foster creative IP use
through various sub-communities within the BAYC.

○ 42          ↱ 45          ♡ 556          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
🐵 @0xEthanDG has built a reputation for being a reliable source for news
in web3. Being a community manager for DG he is no stranger to being
aware and considerate of a community's thoughts and feelings on topics.

○ 30          ↱ 33          ♡ 498          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
🐵 @negithenagi socializes with and learns from like-minded people all over
the world. They strive to become a voice for Asian apes and facilitate
cultural exchange in the club sometime in the future.

○ 35          ↱ 38          ♡ 923          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5    ...
🐵 @0xWave assisted the founders in initially getting the project and
discord off the ground. Wave is a crypto OG and a technical wizard. His
efforts in onboarding members who were first timers in NFTs and crypto set
the foundation for the community that we know today.

○ 18          ↱ 23          ♡ 558          ⬆

Show this thread

**JTX-1302.00050**                    YUGALABS_00014184

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🐸 @beijingdou who was one of the first members to take initiative on in
real life meetups for members Josh and his ape Maui prime have been
advocates for web3 and BAYC adoption through featuring in various collabs
like twitter's NFT verification roll out.

○ 29          �tl 32          ♡ 569          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
🌴 @TheMiamiApe who has been a vocal member inside the club since its
early days. She is known for being a well spoken public speaker who pushes
for inclusivity and networking opportunities through the BAYC community
and greater web3 space.

○ 42          �tl 46          ♡ 690          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
Let's introduce council members in no particular order below.



○ 42          �tl 81          ♡ 585          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
To help the community grow and thrive, we've assembled Apes with a
proven track record of proactively and positively contributing to the club
since the start. This council was formed with the intention of representing
the club at large and providing an avenue for new perspectives

○ 21          �tl 43          ♡ 566          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 5
Apes, we wouldn't be where we are today without our incredible
community. We're excited to announce the first BAYC community council
made up of 7 long standing proactive community members to work
alongside us moving forward. ▮ below

○ 505          �tl 900          ♡ 3,813          ⬆

**JTX-1302.00051**

YUGALABS_00014185



YUGALABS_00014186



YUGALABS_00014187



YUGALABS_00014188



⇄ Bored Ape Yacht Club Retweeted

**Yoony** @Cheegrita · Oct 3

Thank you @BoredApeYC Got mine
#BAYC #MAYC #apesvsmutants

○ 33    ⇄ 16    ♡ 170    ⬆

⇄ Bored Ape Yacht Club Retweeted

**NEGI the crazyeyedape.eth** @negithenagi · Oct 3

Just repping @BoredApeYC on this fine Mutant Monday at the theme park.

○ 33    ⇄ 22    ♡ 217    ⬆



⮌ Bored Ape Yacht Club Retweeted
**aguyong.eth** @aguyong · Oct 3
GM merch day

@BoredApeYC

○ 3,829          ⮌ 158          ♡ 415          ⬆

⮌ Bored Ape Yacht Club Retweeted
**ryeones.eth** 🛹 🔪 @ryeont · Oct 3
Good boringgg, repping the @BoredApeYC for interim today!

Wish me luck tyvm @JiaHo 🙏🐵

Bored Ape Singapore Club
○ 206          ⮌ 53          ♡ 183          ⬆

**JTX-1302.00056**          YUGALABS_00014190



YUGALABS_00014191



YUGALABS_00014192



⤴ Bored Ape Yacht Club Retweeted
**ΝΛΝΛ** @seannana · Sep 29
Nicky Nickels @17ikoola 🎸

@BoredApeYC

Space Dust and 2 others

◯ 33      ⤴ 42      ♡ 182      ⬆

⤴ Bored Ape Yacht Club Retweeted
**rfdz.eth** @rfdzw · Sep 29
Bored to Death @BoredApeYC

◯ 39      ⤴ 43      ♡ 242      ⬆

**JTX-1302.00059**                    YUGALABS_00014193



YUGALABS_00014194



⊥↑ Bored Ape Yacht Club Retweeted

**HoloRolnik.eth** 🍃🐵 🇩🇪🇺🇦 **Stop The War** @holorolnik · Sep 29    ···
Live with style @BoredApeYC
#bayc #mayc

○ 13          ⊥↑ 30          ♡ 147          ⬆

⊥↑ Bored Ape Yacht Club Retweeted

**boredcaviar** @boredcaviar · Sep 28    ···
🐵🛹

@artcade_gg
@Fred_Segal
@BoredApeYC

○ 85          ⊥↑ 77          ♡ 236          ⬆

⊥↑ Bored Ape Yacht Club Retweeted

**PTM** ✓ @ptmNFT · Sep 28    ···
Yep, we added Mega Noise to the @fragmentxyz team yesterday. One of my all time favorite Megas!

Our friends at @yugalabs are becoming the @Disney of web3 and we want to build the next @MarvelStudios inside the Yuga universe. The Megas are the Avengers, of course 🔥🔑😂

○ 98          ⊥↑ 141          ♡ 591          ⬆

Show this thread



↻ Bored Ape Yacht Club Retweeted
**Dr. Bombay** @TheRealDrBombay · Sep 28          ...
Still the Same Ol' @BoredApeYC #drbombay

#bayc #nft #snoopdogg

0:05 | 11.9K views

◯ 51          ↻ 75          ♡ 367          ⬆

↻ Bored Ape Yacht Club Retweeted
**Chairman Chen** @BAYC1827 · Sep 28          ...
GM fam @BoredApeYC

0:12  2.5K views

◯ 17          ↻ 39          ♡ 113          ⬆

**JTX-1302.00062**                    YUGALABS_00014196



YUGALABS_00014197



t↓ Bored Ape Yacht Club Retweeted

**Neon Ape - OG69.eth** @NeonApesYC · Sep 26
Top 4 favourite signs I've made!

(No specific order)

1. @BoredApeZombie
2. @Thenascarguru trippy BAKC
3. @MoPeet1 Cheese Head 🧀 (go @packers
4. @TaylorGerring Mega Mutant!

Let me know which one is your fave!

@BoredApeYC

◯ 29          t↓ 54          ♡ 175          ↑

t↓ Bored Ape Yacht Club Retweeted

**Richie jon Mason** @Richenks · Sep 26
A few of my Favorite Derivatives
Thankyou to the @BoredApeYC Community for the support. Means the
world to me #BAYC

◯ 19          t↓ 47          ♡ 183          ↑





ⓣ︎ Bored Ape Yacht Club Retweeted

**ALL CITY** @AllCityBAYC · Sep 25

Just bumped into my first Ape in the wild... Shout out @Snarls4651 and that fire @BoredApeYC x @thehundreds hoodie.

Great guy 💥💥

#BAYC

Bored Ape Yacht Club and Snarls Barkley

◯ 21          ⭤ 29          ♡ 229          ⬆️

ⓣ︎ Bored Ape Yacht Club Retweeted

**Estefania (:D,:D)** @NFTMami · Sep 25

The only way to travel is with @BoredApeYC swag. I don't make the rules.

◯ 37          ⭤ 42          ♡ 267          ⬆️

**JTX-1302.00066**                    YUGALABS_00014200



YUGALABS_00014201



⟲ Bored Ape Yacht Club Retweeted

**BayesianApe** @BayesianApe · Sep 25
Are you ready for Halloween? @BoredApeYC

♡ 89    ⟲ 68    ♡ 470    ⬆

← **Bored Ape Yacht Club** ✓    [ Follow ]
7,174 Tweets

gm 🟤

Happy to be headed back home after another great camp with a bunch of 6th graders. 😊 🐒 🙂

@BoredApeYC @adidasoriginals

♡ 67    ⟲ 32    ♡ 215    ⬆

**JTX-1302.00068**    YUGALABS_00014202



YUGALABS_00014203





YUGALABS_00014205



YUGALABS_00014206





YUGALABS_00014208



⟲ Bored Ape Yacht Club Retweeted

**GoboHead** @goboheadTW · Sep 16   ...
I'm "Bored to Death" some of my unopened 🖤 merchandise . Happy Friday @BoredApeYC        #BAYC

○ 70        ⟲ 59        ♡ 249        ⬆

⟲ Bored Ape Yacht Club Retweeted

**MB** @MetaBored_eth · Sep 16   ...
Touching grass, looking at art.

h/t: @MAZINGXR 🖼

○ 65        ⟲ 58        ♡ 251        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16   ...
Replying to @EverydayZukini @yugalabs and 5 others
Wen ape PFP ++ 🖤

○ 40        ⟲ 16        ♡ 343        ⬆

**Spencer Tucker** @EverydayZukini · Sep 16   ...
Thrilled to announce that I am joining @YugaLabs as their first Chief Gaming Officer. Let's get to building. LFG
@GordonGoner
@cryptogarga @vstrangeyuga @sassBAYC @TomatoBAYC. 🐒

○ 212        ⟲ 149        ♡ 1,407        ⬆

⟲ Bored Ape Yacht Club Retweeted
**DrJDR** @dyorjdr · Sep 16
My « Bored Kit » for the weekend !

@BoredApeYC @FrenchApeYC #bayc #dyorjadore



◯ 47          ⟲ 56          ♡ 223          ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted
**MorrisMustang.eth** @AviAisenberg · Sep 16
🐾 Living the dream
Nature is energizing .@BoredApeYC

◯ 44          ⟲ 40          ♡ 168          ⬆

JTX-1302.00076                              YUGALABS_00014210



YUGALABS_00014211



YUGALABS_00014212



YUGALABS_00014213



YUGALABS_00014214



⟲ Bored Ape Yacht Club Retweeted

**lior.eth** @lior_eth · Sep 11                                     ...

only Nalgene bottle I've managed to not lose after a week.

apechella was pretty rad @BoredApeYC

○ 28        ⟲ 104        ♡ 292        ↥

⟲ Bored Ape Yacht Club Retweeted

**GatorAPE** 🐊✕ @MHerndon37 · Sep 11                      ...

Thank you so much @officialnehs . This painting means so much to me
already. This was the best surprise I've had in a long time. GatorAPE
immortalized through your beautiful piece. @BoredApeYC

○ 42        ⟲ 117        ♡ 362        ↥



⟲ Bored Ape Yacht Club Retweeted
**Balou.eth** @BalouBAYC · Sep 11
Always an Ape state of mind, always @BoredApeYC ⚫

○ 47        ⟲ 100        ♡ 389        ⬆

⟲ Bored Ape Yacht Club Retweeted
**peakoman.eth** @Peakoman11 · Sep 11
Ape on the Cloud
@BoredApeYC

○ 27        ⟲ 91        ♡ 240        ⬆



YUGALABS_00014217



YUGALABS_00014218



YUGALABS_00014219



YUGALABS_00014220



YUGALABS_00014221



JTX-1302.00088                                    YUGALABS_00014222



⟲ Bored Ape Yacht Club Retweeted

**The Ape From Alcatraz** 🦍 @Cakes_Voice · Sep 3     ···
Just Ape'n around in 4 states at once #fourcorners

@BoredApeYC

○ 55          ⟲ 44          ♡ 261          ⬆

⟲ Bored Ape Yacht Club Retweeted

**azf.eth** 🦍 🖼 @azfnft · Sep 3     ···
Touched grass, trees and sand 🌴 @BoredApeYC

○ 56          ⟲ 52          ♡ 294          ⬆





Bored Ape Yacht Club Retweeted
WEBMYZER.ETH @webmyzer · Sep 3
Travel gear.. ✔️ 🧳
@BoredApeYC

♡ 42     ⟲ 36     ♡ 191     ⬆️

Bored Ape Yacht Club Retweeted
SEP SAUCE @sepsauce · Sep 3
Gm from Portofino, Italy. Gotta represent my mutant ape SnapBack for the yacht club.

@BoredApeYC

♡ 40     ⟲ 32     ♡ 188     ⬆️



⇄ Bored Ape Yacht Club Retweeted

**sadapeleo.eth** @sadapeleo · Sep 3
GM, have a beautiful weekend legends 🍃 @BoredApeYC

Bored Ape Yacht Club

○ 55      ⇄ 34      ♡ 244      ⬆

⇄ Bored Ape Yacht Club Retweeted

**peakoman.eth** @Peakoman11 · Sep 3
Ape on the Great wall
@BoredApeYC

○ 33      ⇄ 31      ♡ 288      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1
The email sent is ONLY asking for your phone number and shipping address.
We will never require a gas signature and never ask you for your seed
phrase in support emails. If you have any questions or concerns, please
head over to the BAYC discord discord.gg/bayc

○ 8      ⇄ 2      ♡ 80      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1
If no response is received we'll send the prize to the address provided
during the initial game registration. If you have confirmed your contact
information but have not received a shipping email we ask that you please
be patient with us as these orders are going out in batches

○ 11      ⇄ 2      ♡ 74      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1
Please note that a phone number is needed for the shipping service to use
when reaching out with updates. This does not need to be a cell phone
number, Google voice number or otherwise will work as long as you have
access to it.

♡ 2          ↻ 1          ♡ 45          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1
Attention Apes - An email was sent prior to this tweet going live to the
members who have not confirmed their shipping and contact info for the
Apes vs Mutants competition prizes. More details in ▮

♡ 62          ↻ 85          ♡ 480          ⬆

↻ Bored Ape Yacht Club Retweeted
**GordonGoner.eth (Wylie Aronow)** ✓ @GordonGoner · Sep 1
Thanks for having us on @guyraz!



🌐 **How I Built This** ✓ @HowIBuiltThis · Sep 1
This week on #howibuiltthislab, Greg Solano and Wylie Aronow recount
their whirlwind success story with @BoredApeYC in one of their first-
ever public interviews.

#crypto #boredape #nft #Bitcoin 🪙 #Ethereum

wondery.com/shows/how-i-bu...

JTX-1302.00093                                                              YUGALABS_00014227



YUGALABS_00014228



⇅ Bored Ape Yacht Club Retweeted
oxzay.eth @OxZayy · Sep 1
Travelled to Paris just go take a cool picture of me an my merch
@BoredApeYC #BoredApeYC #BAYC

♡ 42          ⇅ 39          ♡ 283          ⬆

⇅ Bored Ape Yacht Club Retweeted
benmayorwhite.eth 💎 @benmayorwhite · Sep 1
Yeaaaa boiiii! New drip 💧 just arrived from @BoredApeYC 🔥💧

♡ 26          ⇅ 27          ♡ 191          ⬆

Show this thread

JTX-1302.00095                                    YUGALABS_00014229



YUGALABS_00014230





YUGALABS_00014232



⇄ Bored Ape Yacht Club Retweeted
**Nizzar Home** @Thenizzar · Aug 29
Bold & Bored
@BoredApeYC #BAYC

♡ 46    ⇄ 91    ♡ 355    ⬆

⇄ Bored Ape Yacht Club Retweeted
**asherah.eth** @AsherahEth · Aug 29
GM and Happy First Birthday to the #MegaZombie

1 year ago today, I'll never forget.

Thank You! @BoredApeYC @GordonGoner @CryptoGarga @TomatoBAYC @SassBAYC

asherah.eth
♡ 79    ⇄ 71    ♡ 510    ⬆

**JTX-1302.00099**                    YUGALABS_00014233



JTX-1302.00100

YUGALABS_00014234





YUGALABS_00014236



YUGALABS_00014237



Bored Ape Yacht Club Retweeted
Chris 🦍 💎 @cryptochris808 · Aug 28
Good day to have a good day @BoredApeYC 🤙

◯ 63    ⇄ 37    ♡ 521    ⬆

Bored Ape Yacht Club Retweeted
Stoned Abu 🦍 @StonedAbu · Aug 28
Lemme drive the boat @BoredApeYC

◯ 20    ⇄ 24    ♡ 191    ⬆

Bored Ape Yacht Club Retweeted
Charlie_baycOG @BaycHodler · Aug 27
All dressed up, who is ready for the vma?
@Pizza_Later @BoredApeYC @SnoopDogg @Eminem

◯ 45    ⇄ 45    ♡ 331    ⬆

Bored Ape Yacht Club Retweeted
Mike T 🦍 👺 @_miketriumph_ · Aug 27
New watch alert! @BoredApeYC VMApes!

YUGALABS_00014238



YUGALABS_00014239





YUGALABS_00014241



JTX-1302.00108                                          YUGALABS_00014242



YUGALABS_00014243



↻ Bored Ape Yacht Club Retweeted
**mOpO680.Ξth** @mopo680 · Aug 24
Bored Ape in Budapest...
#Hungary @BoredApeYC #BAYC

Bored Ape Yacht Club

○ 50     ↻ 26     ♡ 289     ⬆

↻ Bored Ape Yacht Club Retweeted
**michelleviljoen.eth 9ᵐ** @mich_viljoen · Aug 24
Bored to Death dreaming of ApeFest 🖤 @BoredApeYC
#BoredApeYachtClub

○ 68     ↻ 35     ♡ 688     ⬆

**JTX-1302.00110**                                        YUGALABS_00014244



YUGALABS_00014245



YUGALABS_00014246



YUGALABS_00014247



t⊥ Bored Ape Yacht Club Retweeted
aguyong.eth @aguyong · Aug 21
Another bored weekend

@BoredApeYC

○ 69        t⊥ 46        ♡ 562        ⬆

t⊥ Bored Ape Yacht Club Retweeted
emils.eth @emils_eth · Aug 21
The only merch we need @BoredApeYC

emils.eth and 2 others

○ 19        t⊥ 17        ♡ 182        ⬆



⇅ Bored Ape Yacht Club Retweeted
**elaines.eth** @elaines_eth · Aug 21
About #vacations 🏖 @BoredApeYC

emils.eth 🦍 and Bored Ape Yacht Club

○ 9      ⇅ 12      ♡ 122      ⬆

⇅ Bored Ape Yacht Club Retweeted
**Atlas Capone** @Atlas_Capone · Aug 21
Red Rocks for Rebelution @BoredApeYC #MAYC #BAYC

○ 18     ⇅ 23      ♡ 194     ⬆

**JTX-1302.00115**                    YUGALABS_00014249



YUGALABS_00014250



YUGALABS_00014251





YUGALABS_00014253





JTX-1302.00121

YUGALABS_00014255



YUGALABS_00014256



YUGALABS_00014257



YUGALABS_00014258



JTX-1302.00125

YUGALABS_00014259



YUGALABS_00014260



⟲ Bored Ape Yacht Club Retweeted

**OKesBoss.eth** @OKesBoss · Aug 12

gm from Hong Kong 💜🦍🟥😊🙏💜 #BAYC @BoredApeYC

···

○ 127    ⟲ 73    ♡ 723    ↥

⟲ Bored Ape Yacht Club Retweeted

**A Snowflake Solidity SNOWFLAKECLA...** @DuquePawlo... · Aug 11   ···

My fist sweat pant ever in life: feeling good and cozy with @BoredApeYC merch! You made me do it!

○ 23    ⟲ 22    ♡ 107    ↥

Show this thread

**JTX-1302.00127**                                    YUGALABS_00014261





⇄ Bored Ape Yacht Club Retweeted

**Uncle'B**⬛ @B_rightBrooks · Aug 11
In the lab 🐵 🔬 @BoredApeYC

○ 24 ⇄ 19 ♡ 178 ⬆

⇄ Bored Ape Yacht Club Retweeted

**Striker6045** @striker6045 · Aug 11
Last night's match was amazing! I got to host my frens at #MLSAllStar and
we had a blast! A special thanks to all my amazing guests! @MLS

⇄ Bored Ape Yacht Club Retweeted

**Happy Dad Hard Seltzer** ✓ @happydad · Aug 11
Exclusive Limited Edition Ape Merch drop TODAY at 5:30p PST / 8:30p EST
on fullsend.com

○ 49 ⇄ 75 ♡ 360 ⬆

**JTX-1302.00129**

YUGALABS_00014263



YUGALABS_00014264



Bored Ape Yacht Club Retweeted

**DHThePhenom.eth** @DHthePhenom · Aug 11
GM~ @BoredApeYC @BoredClubCanada

♡ 33      ↻ 34      ♡ 256      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 9
It's looking like we'll hit 1 million followers soon! When we do, let's take this as a chance to get together on a Twitter Spaces and celebrate the last year and a half of the BAYC. Come share your stories with us. The founders will be there. Stay tuned for more details!

♡ 696     ↻ 1,228     ♡ 6,009     ⬆

← **Bored Ape Yacht Club** ✔          **Follow**
7,174 Tweets
It's #MutantMonday at the mutant ape wrestling club @BoredApeYC #BAYC #MAYC

YC🦍
♡ 67      ↻ 80      ♡ 330      ⬆



YUGALABS_00014266



YUGALABS_00014267



YUGALABS_00014268



⇄ Bored Ape Yacht Club Retweeted

**aguyong.eth** @aguyong · Aug 8
GM from Malaysia

@BoredApeYC

○ 75      ⇄ 20      ♡ 366      ⏱

⇄ Bored Ape Yacht Club Retweeted

**tudor** ⚡ @tudorcv · Aug 7
Hello from Big Ben 🔔 @BoredApeYC

Damn... I'm exhausted af 😩

○ 65      ⇄ 185      ♡ 393      ⏱

**JTX-1302.00135**                    YUGALABS_00014269



YUGALABS_00014270



YUGALABS_00014271



YUGALABS_00014272



⇅ Bored Ape Yacht Club Retweeted

**the tropical ape** 🌴 🐵 @PSkan3 · Aug 3
+1. Blessed. @BoredApeYC ✨❤️🙏

○ 52        ⇅ 41        ♡ 361        ⬆️

⇅ Bored Ape Yacht Club Retweeted

**Carsonturner.eth** 🐵 🦍 📍 ATL @carsonturner · Aug 3        ...
I can't wait for this to hang on my wall... So impressed with how it turned out.

The venue, performers, and city were amazing. But, it was the interactions, friendships built, and bonds strengthened that I'll remember most. Our community is amazing and like no other. #BAYC

Bored Ape Yacht Club

○ 74        ⇅ 37        ♡ 341        ⬆️

Show this thread



YUGALABS_00014274



⇅ **Bored Ape Yacht Club Retweeted**

**TrippyLasers** ✔ @TrippyLasers · Aug 3                                      ⋯
I did some framing and hanging this weekend. I think I'm going to need a
bigger wall soon. @BoredApeYC

◯ 67          ⇅ 51          ♡ 550          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2                                ⋯
Note that this email is ONLY asking you for your address and phone
number. We will never ask for your seed phrase and will never require a gas
signature in support emails. For any questions or concerns, head to the
BAYC discord (we will NOT DM you first): discord.gg/bayc

◯ 16          ⇅ 8          ♡ 125          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2                                ⋯
If you are a winner of the first place prizes, BAYC statue, and MAYC beer
mug your prizes will be sent in the next round of prizes to go out once fully
ready to ship later in the future.

◯ 13          ⇅ 10          ♡ 136          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2                                ⋯
Please note that a phone number is needed for the shipping service to use
when reaching out with updates. This does not need to be a cell phone
number, Google voice number or otherwise will work as long as you have
access to it.

◯ 4          ⇅ 3          ♡ 73          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2                                ⋯
Because supply chain issues prolonged our timeline, we have emailed
winners to confirm your shipping address and phone number. Be on the
lookout for an email we sent a few minutes prior to this thread going live to
the email address you submitted during the competition.

◯ 4          ⇅ 3          ♡ 86          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 2                                ⋯
The previous mobile game Medium post can be found here :
boredapeyachtclub.medium.com/some-updates-m...

◯ 5          ⇅ 4          ♡ 66          ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2   ···
Heads up apes, the first batch of the Apes Vs Mutants mobile competition prizes are ready to be shipped out to the winners named in our last Medium post. More details on what to look out for in the 🧵 below

○ 158        ⇄ 382        ♡ 1,531        ⬆

Show this thread

← **Bored Ape Yacht Club** ✓
7,174 Tweets                                    **Follow**

GM 💜, @arthursleepers what a @BoredApeYC slipper 👏🔥

○ 34        ⇄ 24        ♡ 213        ⬆

⇄ Bored Ape Yacht Club Retweeted

**Troutster** 🦕 @ArinTroutster · Jul 31        ···
Merch bag from apefest just landed and I'm definitely impressed ✦✦ 🧡🐵
@BoredApeYC #MAYC

○ 23        ⇄ 27        ♡ 243        ⬆

JTX-1302.00142                                    YUGALABS_00014276





⇄ Bored Ape Yacht Club Retweeted

**JOSO | NOMADblvd** @joso8181 · Jul 30
My birthday was boring af @BoredApeYC

○ 66          ⇄ 33          ♡ 342          ⬆

⇄ Bored Ape Yacht Club Retweeted

**Meta Plug** @alexlotier · Jul 30
Fuck it... Let's Cruise. 🚢
@BoredApeYC @SnoopDogg @Eminem

Chasten H, SPT and 9 others

○ 22          ⇄ 23          ♡ 225          ⬆





YUGALABS_00014280



YUGALABS_00014281



JTX-1302.00148                                                          YUGALABS_00014282





⏴ Bored Ape Yacht Club Retweeted

**Genido** ✦ @93nido · Jul 27                               ...
My barber is a crazy artist and made this for me just in time for my birthday
haircut 💇 LFGG @BoredApeYC #9930 stillllL

Genido ✦ and Bored Ape Yacht Club

💬 165          ⟲ 159          ♡ 1,535          📤

**Show this thread**

⏴ Bored Ape Yacht Club Retweeted

**Mr. Awake** ☕ @ashdrinkscoffee · Jul 27               ...
Gm! another boring day!

@BoredApeYC

0:12  12.2K views

💬 18          ⟲ 29          ♡ 177          📤

**JTX-1302.00150**                                    YUGALABS_00014284



⟲ Bored Ape Yacht Club Retweeted

**Stallionthegreat** @Bigpapastall · Jul 27                      ···
Got my @BoredApeYC snoop x Eminem merch. I am a massive hip hop head so this is a cool moment for me. Will be opening. Will be wearing! @SnoopDogg

♡ 20        ⟲ 21        ♡ 210        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 27            ···
Congratulations @Eminem & @SnoopDogg on the VMA nomination for Best Hip-Hop! Incredible to see your Apes come to life in the music video. Cast your vote with us at vote.mtv.com

🔴 **Video Music Awards** ✔ @vmas · Jul 26
#VMA Best Hip Hop Nominees

🎤 From The D 2 The LBC @Eminem @snoopdogg
🎤 WAIT FOR U @1future @Drake @temsbaby
🎤 N95 @kendricklamar
🎤 Big Energy @Latto
🎤 Do We Have A Problem? @NICKIMINAJ @lilbaby4PF
🎤 Diet Coke @PUSHA_T
Show this thread

♡ 173       ⟲ 525       ♡ 2,107       ⬆

← **Bored Ape Yacht Club** ✔                    [ Follow ]
7,174 Tweets
MAYC and Fujiyama in japan ⛰

@BoredApeYC
#BAYC #MAYC #BAKC

♡ 41       ⟲ 35       ♡ 279       ⬆

YUGALABS_00014285







YUGALABS_00014288



↻ Bored Ape Yacht Club Retweeted
**Concierge Physician** @NFTConciergeDoc · Jul 24  ···
This merch is a slam dunk @BoredApeYC and we should all Drink to that!

○ 22      ↻ 23      ♡ 212      ⬆

↻ Bored Ape Yacht Club Retweeted
**Maggie** @maggie6123 · Jul 24  ···
Time to read 📖

@BoredApeYC #BAYC #ThankYou #NFTCommmunity

○ 33      ↻ 26      ♡ 281      ⬆



YUGALABS_00014290



t⌁ Bored Ape Yacht Club Retweeted

**GregX** @pitpanther01 · Jul 22

Lfg @BoredApeYC

♡ 12   t⌁ 8   ♡ 146   ⬆

Show this thread

t⌁ Bored Ape Yacht Club Retweeted

**Michael Rusakov** ⭐ @MichaelRusakov · Jul 22

I rarely do frame by frame animation (only for my effects) but I think it's a must-have for apes cause it fits their aesthetics so well 🏠
SO I mix both motion graphics AND frame by frame for apes animation 🦧

✨Commission for @HappyBuddha99

t⌁ Bored Ape Yacht Club Retweeted

**Dribbl3r | 🟫749.eth** @Slater44 · Jul 22

No fest like apefest @BoredApeYC @BoredBreakfast

♡ 19   t⌁ 8   ♡ 166   ⬆



YUGALABS_00014292



YUGALABS_00014293



YUGALABS_00014294



YUGALABS_00014295





⇄ Bored Ape Yacht Club Retweeted

**hotinebing.eth** ✦ | O9090.eth @hotinebing_ · Jul 19
The best @BoredApeYC merch yet! 🔥

💬 20        ⇄ 19        ♡ 203        ⬆️

⇄ Bored Ape Yacht Club Retweeted

**Yuga Labs** ✓ @yugalabs · Jul 19
Our security team has been tracking a persistent threat group that targets the NFT community. We believe that they may soon be launching a coordinated attack targeting multiple communities via compromised social media accounts. Please be vigilant and stay safe.

💬 961        ⇄ 5,597        ♡ 10.7K        ⬆️

⇄ Bored Ape Yacht Club Retweeted

**DENBCN** 🇺🇦 @Chigidin · Jul 18
⚡ Sneak peek ⚡
The pink one)
Team project with @jenevaNFT
@RamonGovea
#BAYC
@BoredApeYC

jeneva and 2 others

💬 33        ⇄ 35        ♡ 190        ⬆️

⇄ Bored Ape Yacht Club Retweeted

**Kindness to the moon!** @onejosemaria · Jul 18
Progress #1 @BoredApeYC

The following media includes potentially sensitive content.    **View**
Change settings

💬 39        ⇄ 37        ♡ 372        ⬆️





⊥↑ Bored Ape Yacht Club Retweeted
**Concierge Physician** @NFTConciergeDoc · Jul 18
Happy Mutant Monday fellow #MAYC

I guess @BoredApeYC is still building!

○ 30     ⊥↑ 28     ♡ 267     ⬆

⊥↑ Bored Ape Yacht Club Retweeted
**BEEPEE** @ZEP_BEEPEE · Jul 18
Happy Mutant monday! 🍺🌱💚

@BoredApeYC #MAYC #MutantMonday

○ 15     ⊥↑ 19     ♡ 155     ⬆



YUGALABS_00014300



⇵ Bored Ape Yacht Club Retweeted

**gowsi.eth** ⚡ @gxwsi · Jul 15
Exploring Switzerland 🇨🇭 @BoredApeYC

0:06 | 34.1K views

○ 185     ⇵ 74     ♡ 781     ⬆

⇵ Bored Ape Yacht Club Retweeted

**mBMN.eth** @m_BMN_ · Jul 15
Happy Friday 🍺 #MAYC @BoredApeYC

Bored Ape Yacht Club

○ 41     ⇵ 29     ♡ 389     ⬆

⇵ Bored Ape Yacht Club Retweeted

**Art | artkaroon.eth** @ArtKaroon9 · Jul 15

JTX-1302.00167                                        YUGALABS_00014301



YUGALABS_00014302



⇄ Bored Ape Yacht Club Retweeted
**Dr. Bombay** @TheRealDrBombay · Jul 14
When Dr. Bombay steps into the building 😊 #drbombay

#nft #NFTCommmunity #BAYC #BoredApeYachtClub #rickjames

0:14 · 238.9K views

○ 321    ⇄ 439    ♡ 1,871    ⬆

⇄ Bored Ape Yacht Club Retweeted
**07068.eth** @octnandez · Jul 14
Ape merch = everyday attire @BoredApeYC

○ 35    ⇄ 17    ♡ 322    ⬆







YUGALABS_00014306



YUGALABS_00014307



YUGALABS_00014308



YUGALABS_00014309



YUGALABS_00014310



⇥ Bored Ape Yacht Club Retweeted
**Toni** @tonihotdog · Jul 8
The full set @BoredApeYC

⇥ Bored Ape Yacht Club Retweeted
**NFT CARVER** @NFTCARVER · Jul 8
Shout out to @TaylorGerring 🙏 Was a
pleasure meeting you at ApeFest 🐵
Glad to have made this epoxy layered
3D carving of your BAYC #4482 @BoredApeYC @yugalabs @OthersideMeta

tgerring.eth and Bored Ape Yacht Club

♡ 21        ⇥ 28        ♡ 213        ⬆

⇥ Bored Ape Yacht Club Retweeted
**French Ape Yacht Club** @FrenchApeYC · Jul 8
FRENCH APES MEET UP 🐵

Paris, France / July 2022 🇫🇷

@BoredApeYC #BAYC #Paris

the One and Only Mr Oufie and 9 others

♡ 50        ⇥ 60        ♡ 544        ⬆

Show this thread

YUGALABS_00014311



YUGALABS_00014312



⇄ Bored Ape Yacht Club Retweeted

**Yossy London** @yossylondon · Jul 8    ...
GM!! ⭐ ⭐ ⭐ my little model rocking the new AR technology art.... LFG!!!
🚀🦍 @BoredApeYC #BAYC

○ 68          ⇄ 73          ♡ 497          ⤴

⇄ Bored Ape Yacht Club Retweeted

**sadapeleo.eth** @sadapeleo · Jul 8    ...
GM😋 @BoredApeYC

○ 13          ⇄ 8          ♡ 133          ⤴

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 7    ...
This is bananas! Congrats to the Jenkins the Valet team.

> 🐵 **Jenkins The Valet** 🚗 **Is Exploring Azur...** ✓ @jenkinsthev... · Jul 7
> 3 months of work. 930+ HAND DRAWN Apes from the @BoredApeYC.
> Thank you to the LEGENDARY @IC4DESIGN_INC for this 34MB
> masterpiece.
>
> @othanperoni has built a web page for you to view it without losing any
> fidelity.
>
> I'm excited to share 'Where's Jenkins': jenkinsthevalet.com/wheres-
> jenkins
> Show this thread

○ 60          ⇄ 181          ♡ 990          ⤴



YUGALABS_00014314



YUGALABS_00014315



⤶ Bored Ape Yacht Club Retweeted
**jkl852** ✦ @jkl852nft · Jul 5
Early bday gift from my little brother 💜 💜 @t1mjai
@BoredApeYC @Nike #bayc #mayc #sneakerheads

○ 57      ↻ 301      ♡ 875      ⬆

Show this thread

⤶ Bored Ape Yacht Club Retweeted
**jeneva** @jenevaNFT · Jul 5
Another work from our team with @Chigidin goes to a huge collection of BAYC#4810 derivatives for @JunicsETH 💜 Thanks for your trust and patience, 🙏 💜 Take care of him ✨
@BoredApeYC #BAYC

○ 29      ↻ 37      ♡ 236      ⬆

⤶ Bored Ape Yacht Club Retweeted
**Coach** 🧢 @kriscannon99 · Jul 5
Boring weekend golfing with my fellow UK @BoredApeYC at @TheBelfryHotel ⛳

@UKApeClub run by the legend @Meekdog3000 is taking over & showing what NFT's can lead to IRL i.e - great experiences with great people!

Balou.eth and 5 others
○ 22      ↻ 19      ♡ 157      ⬆

JTX-1302.00182                                          YUGALABS_00014316



YUGALABS_00014317





⟲ Bored Ape Yacht Club Retweeted
**Conana.eth** (💜, ❤️) @conanahere · Jul 2
Repping @BoredApeYC in 🇬🇷

Have a good weekend everyone 🛫☀️🌴

#BAYC #MAYC

○ 22   ⟲ 15   ♡ 205   ⬆️

⟲ Bored Ape Yacht Club Retweeted
**BlockchainMac** 💚 @BlockChainMac · Jul 1
💀🖌️ #MAYC #8069 @BoredApeYC

○ 71   ⟲ 67   ♡ 673   ⬆️

⟲ Bored Ape Yacht Club Retweeted
**RickHerr.eth** @0xRickHerr · Jul 1
Hanging out with my kodas @BoredApeYC

JTX-1302.00185                                    YUGALABS_00014319





↱ Bored Ape Yacht Club Retweeted

**Melody Banana** 🔵 🖊 📛 @MelodyBanana2 · Jul 1
Meet BAYC star AJ Llectric and his land Koda Kogg. He loves making DJ
waves for the @BoredApeYC crowd and hanging with the @OthersideMeta
crew. Let's get this party started! Shout out for the art of @MRFLICKGOD

○ 24      ↱ 30      ♡ 197      ⬆

↱ Bored Ape Yacht Club Retweeted

**jakubx.eth** 📛 **Fancy Bears** 🐻 @jakubchmielniak · Jul 1
Finally got it, thank you @BoredApeYC 🍾

○ 28      ↱ 21      ♡ 211      ⬆



YUGALABS_00014322



tↄ Bored Ape Yacht Club Retweeted

**Cryptobeaver** @cryptobeaver3 · Jul 1
This is #building! such an amazing piece! thanks, @CalvWill for my #BoredApeYC @BoredApeYC #MAYC

○ 20    tↄ 32    ♡ 195    ⬆

tↄ Bored Ape Yacht Club Retweeted

**Rida** @RidazLP · Jul 1
Still renders of #MAYC 15232
Owner : @mutantpictures

@BoredApeYC
@yugalabs

○ 113    tↄ 101    ♡ 584    ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 30
Reminder - apes who had a ticket scanned for entry or a canceled ticket have until tomorrow July 1st at 7pm ET to order ApeFest '22 merch items from store.apefest.com

○ 97    tↄ 99    ♡ 530    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 29
There was a brief OpenSea error earlier in which they mistakenly and temporarily delisted a number of Bored Apes from their platform. The issue is now resolved with all assets showing again. We are in contact with them to ensure this doesn't happen again.

○ 381    tↄ 597    ♡ 2,888    ⬆

YUGALABS_00014323



**Bored Ape Yacht Club** ✓
7,174 Tweets

It has been nothing short of a supreme privilege to Collab with @BoredApeYC to be the exclusive Pizza suppliers for #ApeFest2022 We are so proud to be a part of this amazing community! 🍕

Bored Ape Yacht Club and 6 others

○ 19          ⟲ 22          ♡ 195          ⬆

⟲ **Bored Ape Yacht Club Retweeted**

**laricia.eth** @laricia__ · Jun 28
Did anyone else Love the merch from ? #ApeFest2022 😻 💜
@BoredApeYC

laricia.eth

○ 96          ⟲ 50          ♡ 613          ⬆

Show this thread

⟲ **Bored Ape Yacht Club Retweeted**

**Gr0wCrypt0** @Gr0wCrypt0 · Jun 28
#NFTNYC2022 was a blast. Big things are happening for Japes Bored with The Degen Trilogy. The movie blew us away and will be coming out soon. #ApeFest2022 was amazing as well. Met so many great people. The future is bright for #NFTs. @BoredApeYC @GordonGoner @TomatoBAYC

○ 13          ⟲ 14          ♡ 124          ⬆

YUGALABS_00014324



⟲ Bored Ape Yacht Club Retweeted
**FFV** ● @FFVV1211 · Jun 28
Gm I had a boring birthday

Just wanna say that I'm grateful for all of you for rocking with me this past year and making me feel at home, luv y'all ♥ @BoredApeYC

⟲ Bored Ape Yacht Club Retweeted
**Popil | Element Director** @popilart · Jun 28
You're coming home with me ♥ @BoredApeYC #BAYC

♡ 15    ⟲ 19    ♡ 211

⟲ Bored Ape Yacht Club Retweeted
**Rahim Mahtab** @Rahim_mahtab · Jun 28
Forever represent @BoredApeYC

♡ 28    ⟲ 21    ♡ 240

**JTX-1302.00191**                    YUGALABS_00014325





YUGALABS_00014327



YUGALABS_00014328



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
There were new performers each night, including Future, Haim, Lil Baby, and a guest appearance by Timbaland.

○ 36      ⟲ 48      ♡ 489      ↥

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
We're still floating from the energy of ApeFest '22. Thank you to everyone - our community, the staff, vendors, performers and our sponsor @0xPolygon - for making this year's event so memorable. Scroll the █ for some of our favorite moments and photos from last week:

0:30  246.4K views

○ 7,096      ⟲ 2,074      ♡ 6,064      ↥

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 27
Reminder: the sale for our Snoop x Eminem merch drop closes tonight, Sunday June 26th at 7pm ET: d2lbc.apefest.com

○ 71      ⟲ 75      ♡ 470      ↥



YUGALABS_00014330



YUGALABS_00014331



↻ Bored Ape Yacht Club Retweeted

**crk10.eth** @crk_NFT_ · Jun 25

I'm an engaged ape @BoredApeYC

○ 460     ↻ 251     ♡ 4,506     ⬆

↻ Bored Ape Yacht Club Retweeted

**LuckyApe** @luckyape_eth · Jun 25

Should I just wait here until ApeFest 2023 or...? @BoredApeYC

○ 82     ↻ 54     ♡ 821     ⬆





⇅ Bored Ape Yacht Club Retweeted

**hyperspaceZ.eth** @hyperspacez · Jun 25
Thanks for the skate bored collection @woundedpixel @BoredApeYC 🛹🛹

○ 30        ⇅ 38        ♡ 458        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 25
If you're here just for Snoop & Em and have no clue wtf BAYC or ApeCoin is, we've got a few FAQs here: d2lbc.apefest.com/faq

○ 21        ⇅ 46        ♡ 282        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 25
Please note that Coinbase Commerce can take up to 60 minutes to process payment. DO NOT refresh your window until you see your receipt displayed.

○ 18        ⇅ 9        ♡ 137        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 25
Reminder to merch safely. d2lbc.apefest.com is the ONLY official place to get this drop — we're not doing any other sales, and no giveaways. Do not connect your wallet to a site you don't know and trust.

○ 3        ⇅ 22        ♡ 151        ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 25
Our Snoop x Eminem merch drop is live, shop here: d2lbc.apefest.com This is a limited-run edition, available for 48 hours only, until Sunday 7pm ET. Sales in @apecoin only. Short-sleeve tee is open to everyone, long-sleeve version is just for BAYC and MAYC holders. Notes ▮

○ 349        ⇅ 794        ♡ 4,818        ⬆

Show this thread



YUGALABS_00014335



tↄ Bored Ape Yacht Club Retweeted
**Mark** @MarkNFT · Jun 24
Honestly, speechless. @BoredApeYC you've out done yourselves! Can't
wait for next year! #ApeFest2022

♡ 17    tↄ 21    ♡ 322    ⬆

tↄ Bored Ape Yacht Club Retweeted
**FRENCHIE** @thefrenchie_eth · Jun 24
Thank you @BoredApeYC 💚🙏

♡ 18    tↄ 19    ♡ 261    ⬆



YUGALABS_00014337



YUGALABS_00014338



YUGALABS_00014339



YUGALABS_00014340



YUGALABS_00014341



YUGALABS_00014342



YUGALABS_00014343



YUGALABS_00014344



YUGALABS_00014345



**Bored Ape Yacht Club** ✓
7,174 Tweets
opensea.io/assets/ethereu...

Follow

💬 32     ⇄ 75     ♡ 335     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22     ···
Rolling Stone x Bored Ape Yacht Club 2022 Collab :
opensea.io/assets/ethereu...

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22     ···
Bidding on the two 1/1 NFTs is now live on @opensea and closes Saturday
June 25 11am ET. Winner will receive the NFT as well as a signed print. Links
in the 🧵 below

💬 46     ⇄ 126     ♡ 483     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22     ···
International orders for the Rolling Stone art print sale are now being
accepted at store.boredapeyachtclub.com. To make up for the delay, we're
extending the sale to 2pm ET. Thanks for the patience while we updated our
site.

> 🐵 **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22
> Our new collab with @RollingStone is live and open to all! You've got 4
> hours to shop the prints and 3 days to bid on the two 1/1 NFTs on
> @opensea. Print shop link, auction link, and details in 🧵 — please only
> use the direct links posted here
> Show this thread

💬 30     ⇄ 49     ♡ 218     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22     ···
Safety reminder - Support and order issues are only handled through
orders@rollingstone.com. Only use links posted here and on

**JTX-1302.00212**

YUGALABS_00014346



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22
The Mutant Motorcycle Curtis 1/1 NFT will also go live later today on
@opensea for 3 days. The winner will receive both the NFT and signed
physical print as well.

0:10 | 21.3K views

○ 28    ⟲ 87    ♡ 452    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22
Curtis, Bored in a Hammock 1/1 NFT, will go live later today and will have 3
days to bid on @opensea marked by our next tweet. The auction winner will
receive both the NFT and a print of the art signed by Yuga Labs' founders,
the artist, and the CEO of Rolling Stone. Good luck

0:10 | 22.6K views

○ 28    ⟲ 77    ♡ 402    ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 22
The art print sale is live now until 1pm ET today at
store.boredapeyachtclub.com. Purchases ONLY in @apecoin. Please note
that our payment platform Coinbase Commerce can take up to 60 minutes
to process payment. DO NOT refresh your window until you see your receipt
displayed.

○ 27    ⟲ 25    ♡ 137    ⬆

Show this thread



YUGALABS_00014348





⇅ Bored Ape Yacht Club Retweeted

**Chops** 🔪 @ChoppingCrypto · Jun 22
What an amazing experience tonight! Thank you @yugalabs @BoredApeYC

💬 19    ⇄ 16    ♡ 307    ⬆

⇅ Bored Ape Yacht Club Retweeted

**EmperorTomatoKetchup (Kerem Atalay)** ✓ @TomatoBAYC · Jun 22
I'm turnt

> **GordonGoner.eth (Wylie Aronow)** ✓ @GordonGoner · Jun 22
> I kept giving tomato my snus all night which is like my nasty oral Swedish tobacco product I'm addicted to and he's texting me like "this shit got me fucked up."
>
> Welcome to the thunder dome baby.

💬 39    ⇄ 24    ♡ 289    ⬆

⇅ Bored Ape Yacht Club Retweeted

**ape6420** 🐵 @misterdushan · Jun 22
We are 🔥 @BoredApeYC

💬 16    ⇄ 25    ♡ 362    ⬆

YUGALABS_00014350



YUGALABS_00014351



YUGALABS_00014352



YUGALABS_00014353



**Bored Ape Yacht Club Retweeted**
Vera @veratheape · Jun 21
Ape sis at day 1 #ApeFest2022 @AnnieYi0304 @BoredApeYC #BAYC

○ 26     ↻ 14     ♡ 366     ⬆

**Bored Ape Yacht Club Retweeted**
Pieter @AirWalk_NFT · Jun 21
🔥🔥••••

@BoredApeYC

#ApeFest2022

○ 10     ↻ 9     ♡ 163     ⬆



YUGALABS_00014355



YUGALABS_00014356



YUGALABS_00014357

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20
For safety reasons some items — like backpacks, laptops, and bags larger than 14" x 14" x 6" — are not permitted into Pier 17. Be sure to check out the full list here ⚓ pier17ny.com/a-z/ and leave any prohibited items at home.

♡ 3          ⟲ 4              ♡ 53              ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20
To enter ApeFest, you will need your mobile device with the @tokenproof app installed and your confirmed ticket. Both you and your +1 will also need photo IDs.

♡ 1          ⟲ 2              ♡ 63              ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20
+1s must enter with the ticket holder. Guest names are not submitted or recorded, so we won't be able to verify +1s who arrive separately, and there's no re-entry, so you won't be able to meet them at the door later if you arrive first.

♡ 5          ⟲ 3              ♡ 71              ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20
Get ready - ApeFest begins tonight! BAYC and MAYC holders, stop by Pier 17 early to explore our outdoor setup and enjoy free food & drinks from your fellow apes (serving in front of the venue from 4 - 11pm, today - Thurs). Doors open @ 5pm. See event and venue rules below. 🍃



♡ 143        ⟲ 286            ♡ 1,669          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 20
The collab NFTs will go live for auction at 6/22 at 9am ET, and will be accompanied by a 4-hour sale for collectible art prints of each design. Sales will be in ApeCoin-only for the equivalent of $100, and open to the public. Links posted here when live.

♡ 30         ⟲ 49             ♡ 450            ⬆

Show this thread



YUGALABS_00014359



YUGALABS_00014360



YUGALABS_00014361



Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Jun 19
Ape #7801 was purchased for 130.0 ETH
opensea.io/assets/ethereu...

♡ 57     ⟲ 53     ♡ 576     ⬆

Bored Ape Yacht Club Retweeted
**XXgoforit.ntd | WagmiPodcast** @XXgoforit99 · Jun 19
Who's ready for apefest 😃 @BoredApeYC #ApeFest2022
#BoredApeYachtClub #MutantApeYachtClub

♡ 40     ⟲ 33     ♡ 286     ⬆



YUGALABS_00014363



YUGALABS_00014364





YUGALABS_00014366



YUGALABS_00014367



↳ Bored Ape Yacht Club Retweeted
**orawan.eth** @itsorawan · Jun 17
i think I found apeland 🐵 🏔 feat. new mutant merch

@BoredApeYC

○ 16    ↳ 12    ♡ 137    ⬆

Show this thread

↳ **Bored Ape Yacht Club Retweeted**
**Dale Williams** @Dale_Williams_9 · Jun 17
#MAYC

○ 22    ↳ 17    ♡ 183    ⬆

← **Bored Ape Yacht Club** ✓
7,174 Tweets                              Follow

push notifications will be sent out to the apes on the waitlist who receive a
newly available ticket. Keep your eyes peeled and please cancel as soon as
you know if you or your +1 can't attend!

○ 28    ↳ 21    ♡ 210    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 16    ⋯
Apes who cancel their +1's ticket, their own ticket, or both, will have the
option to grab this exclusive tee for free when the attendee-only merch
store opens (and can shop everything else in the merch store, even if they
don't attend any days).

○ 16    ↳ 17    ♡ 227    ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 16

Be a good ape! If you or your +1 can't make it to ApeFest, please cancel the ticket to give waitlisted apes a chance to get it. Cancellations will still get access to the attendee-only merch store. Plus a little something to say thanks for watching out for your fellow apes 🦍

♡ 262    ♺ 367    ♡ 1,647    ⬆

Show this thread

♺ Bored Ape Yacht Club Retweeted

**Tortugo** 🐢 @tortugo_333 · Jun 16

Rocking the old merch while I get the new.

@BoredApeYC #mayc

The following media includes potentially sensitive content.    **View**
Change settings

♡ 15    ♺ 6    ♡ 144    ⬆

♺ Bored Ape Yacht Club Retweeted

**Mr. Lawyer** 🌙 @BrandonFerrick · Jun 15

Spotted in NoMad @BoredApeYC #ApeFest2022

♡ 36    ♺ 36    ♡ 359    ⬆

YUGALABS_00014369



⟲ Bored Ape Yacht Club Retweeted
PB Drip 💧 @DripperPb · Jun 15
See you all Monday! 💚 #MAYC #BAYC #nftnyc @BoredApeYC
@dripbitsnft

○ 19      ⟲ 16      ♡ 289      ⬆

⟲ Bored Ape Yacht Club Retweeted
leftlost.eth 🌿 @LeftLost4 · Jun 15
Yoo the rest of my @BoredApeYC merch came! Stoked to check out the
blanket!

YUGALABS_00014370



⇄ Bored Ape Yacht Club Retweeted

**Silence - LFB!** @silence2083 · Jun 15

Got my MAYC merch today. 😜 #MAYC #NFTs #yugalabs

···

○ 29     ⇄ 26     ♡ 237     ⬆

⇄ Bored Ape Yacht Club Retweeted

**jaydubs.eth** 📷 @jaydubs50 · Jun 15

Got my ticket, ready to ape! SoHo, NYC @BoredApeYC

···

○ 22     ⇄ 46     ♡ 490     ⬆



YUGALABS_00014372



YUGALABS_00014373



YUGALABS_00014374



YUGALABS_00014375



YUGALABS_00014376





⤷ Bored Ape Yacht Club Retweeted

**GordonGoner.eth (Wylie Aronow)** ✔ @GordonGoner · Jun 12   ···
We've been in contact with Twitter and they confirmed that they have an active monitor on the accounts and security has been escalated. We're feeling more secure, but please stay safe everyone. And remember there will be no surprise mints.

○ 238          ⤶ 239          ♡ 1,247          ⬆

Show this thread

⤷ Bored Ape Yacht Club Retweeted

**GordonGoner.eth (Wylie Aronow)** ✔ @GordonGoner · Jun 12   ···
We've received credible information that there may soon be an attack on our social media accounts, using an inside source at @Twitter to bypass our security.

There are no surprise mints. Ever.

○ 350          ⤶ 1,178          ♡ 3,351          ⬆

Show this thread

⤷ Bored Ape Yacht Club Retweeted

**oxzay.eth** @OxZayy · Jun 11   ···
Travelled to Greece just to take a cool picture of me and my merch.
@BoredApeYC #BAYC #BoredApeYC

○ 75          ⤶ 38          ♡ 436          ⬆

JTX-1302.00244          YUGALABS_00014378



t1 Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · Jun 11

Ape #5378 was purchased for 200.0 WETH

opensea.io/assets/ethereu...

◯ 97          t1 91          ♡ 768          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 11

Safety reminder – There is no secondary market or gas fee for tickets. Please only use official links posted here or on apefest.com

◯ 13          t1 12          ♡ 86          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 11

The waitlist will stay open throughout ApeFest '22 allowing members to join for a chance of receiving a ticket upon someone's cancellation. Tickets are only found on the @tokenproof app.

◯ 11          t1 7          ♡ 85          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 11

The cancellation option will be available throughout ApeFest '22 to allow members on the waitlist to possibly be issued a ticket day of. We ask members to cancel tickets if they cannot attend at any time in hopes of allowing waitlisted users a chance to attend.

◯ 12          t1 12          ♡ 70          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 11

Cancellations are done through submitting the request at the bottom of the ticket details found in the tokenproof app. The current ticket will be canceled and issued to another person on the waitlist. You also have the option to cancel just your +1's spot.

◯ 4          t1 3          ♡ 42          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 11

When submitting an exchange request to swap the ticketed day you received for another you prefer more, the current ticket held will remain valid until exchange is confirmed. If unavailable, the previous ticket date will still stand.

◯ 7          t1 4          ♡ 41          ⬆

Show this thread

YUGALABS_00014379



YUGALABS_00014380



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 10
Again, we'll tweet once tickets have been issued — there's nothing for you to check or do yet. In the meantime, stay safe. There is no other ticket request site, and no secondary market for tickets. Only use official links posted here or on apefest.com.

⟲ 19        ⟲ 21        ♡ 165        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 10

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 10
Ticket requests for ApeFest '22 have now ended. Ticket issuance starts tomorrow, so make sure your tokenproof app is updated and push notifications are on to get updates on your ticket status. More info on the waitlist in ▮

⟲ 122      ⟲ 190      ♡ 836        ⬆

⟲ Bored Ape Yacht Club Retweeted

❤❤❤❤❤.eth @Strawberrywtf · Jun 10
Taste test before Apefest. @BoredNHngry @BoredApeYC

⟲ 161      ⟲ 230      ♡ 2,201      ⬆

⟲ Bored Ape Yacht Club Retweeted

jmt.eth 🦍 @jmt_nft · Jun 10
Noice.

#MAYC @BoredApeYC

0:07  22.2K views

⟲ 57       ⟲ 38       ♡ 452        ⬆

JTX-1302.00247        YUGALABS_00014381







⟲ Bored Ape Yacht Club Retweeted
**WiFi Will** 🤖 @TheWillRivera · Jun 9
BAYC drip just touched down 💧

S/O @BoredApeYC

0:14 | 17.5K views

○ 62    ⟲ 24    ♡ 368    ⬆

← **Bored Ape Yacht Club** ✓
7,174 Tweets
Wait for me, NYC!

#APEFEST @BoredApeYC

Follow

APEFEST2022

0:01 | 18.2K views

○ 18    ⟲ 22    ♡ 187    ⬆

YUGALABS_00014384



⤆ Bored Ape Yacht Club Retweeted
**donutqueen49** ✅ @donutqueen49 · Jun 8
To bored to be excited....sike! 😍

@BoredApeYC
#boredtodeath #MAYC #BAYC #bored

○ 30        ⤆ 11        ♡ 252        ⤴

Show this thread

⤆ Bored Ape Yacht Club Retweeted
**Vera** 🌙 💕🐵 @veratheape · Jun 8
Amazing experience of requesting ape fest ticket with @tokenproof. Thanks @BoredApeYC @tokenproof and congrats @FonzGm

0:02 | 18.9K views

○ 33        ⤆ 25        ♡ 302        ⤴

Show this thread



YUGALABS_00014386



⇄ Bored Ape Yacht Club Retweeted

**Applied Primate Engineering** @AppliedPrimate · Jun 8    ⋯
Friends - as many of you have guessed, this online experience was only the beginning of our story. Today, we're officially inviting all of you to continue the epic hunt for Doc and the missing serum in New York City during ApeFest.

◯ 4          ⇄ 24          ♡ 138          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Phew, that's all (for now). If you read this whole thread, you're the top banana in our hearts. See you tomorrow at 9am ET for ticket requests!

◯ 33         ⇄ 15         ♡ 322         ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
We recommend only joining as an ape's +1 if you know and trust them. Keep in mind that +1s must enter w/the ticket holder and guest names are not submitted or recorded, so we will not be able to verify whether you are someone's +1.

◯ 9          ⇄ 11         ♡ 140         ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Be wary of anyone sharing a tokenproof QR code with you, as they may have done so with others and only one scan will be processed per wallet. If the ape associated with a QR code is moved out of the wallet before ApeFest, the associated ticket will be deactivated.

◯ 3          ⇄ 8          ♡ 65          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Ticket safely — protect yourself from scams and scalpers. Only use links posted here and apefest.com, and keep in mind there is no official secondary market for tickets.

◯ 8          ⇄ 6          ♡ 82          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Soon after requests close, you'll get a push notif re your ticket status. You'll be automatically waitlisted for requested dates that you didn't get tickets for. Ticket holders will be able to request date exchanges.
Waitlist/exchange info in the FAQ: apefest.com/faq

◯ 2          ⇄ 5          ♡ 58          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Requests work on a first-come, first-serve basis and close 6/9 at 9pm ET or once all tickets for all dates have been requested, whichever comes first. For better odds getting your preferred date, request asap once the window opens.

◯ 3          ⇄ 8          ♡ 65          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Ticket QR codes presented at the door are dynamic and there is no way to sell/give away a ticket, including a +1, as a screenshot, attachment, or printable ticket.

◯ 12         ⇄ 22         ♡ 180         ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8    ⋯
Once you connect your wallet to tokenproof to verify that you hold an ape, you will be able to rank the days you would like to attend from 1st choice to last. If you know you can't attend ApeFest, please don't request tickets.

◯ 1          ⇄ 8          ♡ 70          ⬆

Show this thread

**JTX-1302.00253**

YUGALABS_00014387



**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8
Reminder: The ticket request window opens on 6/8 at 9am ET, only via
apefest.com (the ticketing link will take you to tokenproof, where you'll
connect your wallet). No early requests, no surprise airdrops.

♡ 3        ↻ 7        ♡ 65        ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8
The most recent version of the tokenproof app is needed to access push
notifications. If you haven't done so already, please update your tokenproof
app, then enable push notifications.

♡ 1        ↻ 4        ♡ 56        ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8
Once you've got tokenproof set up, when you reopen the app, you will be
prompted to allow push notifications. Push notifications are necessary to
get updates on your ticket request and any date exchange requests.

♡ 2        ↻ 4        ♡ 61        ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8
Reminder that downloading the tokenproof app and enrollment are
necessary to get tickets and attend ApeFest. For tokenproof setup steps,
please see our previous thread

> 🐵 **Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 1
> Hey apes! We teamed up with the crew from @tokenproof to securely
> verify ownership and distribute tickets to ApeFest '22. Details in thread
> for downloading and enrolling in tokenproof's app - we recommend
> doing so now so you're ready to go once ticketing opens. 🔋
> Show this thread

♡ 2        ↻ 5        ♡ 70        ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 8
Heads up apes! Ticket requests for ApeFest '22 go live at apefest.com at
9am ET tomorrow, June 8th, for 36 hours or while supplies last. To make
sure you have the @tokenproof app set up and ready to go, and for more
details on ticketing, please read the thread 🔋

No Sleep
Til APEFEST!
Pier 17
New York City
06.20-23.2022

♡ 145        ↻ 365        ♡ 1,129        ↥

**JTX-1302.00254**                    YUGALABS_00014388



⇄ Bored Ape Yacht Club Retweeted

**Angela Fabbri ≡ Pink Ape** @Fabbriology · Jun 7   ···
Worth the wait. Roxy approves too.

@BoredApeYC

○ 61        ⇄ 38        ♡ 496        ⤴

⇄ Bored Ape Yacht Club Retweeted

**SmokinJoe** @SmokinJoe4539 · Jun 7   ···
LFG @BoredApeYC
#MAYC #BAYC

0:10  7.7K views

○ 8        ⇄ 8        ♡ 132        ⤴



tↄ Bored Ape Yacht Club Retweeted

**hahawolf.eth** ✦ ( 🐶, 🐵 ) @hahawolf_eth · Jun 7   ···
Lindy walk with my hunny, finally feels like spring in Seattle @BoredApeYC

○ 17          tↄ 12          ♡ 205          ⬆

tↄ Bored Ape Yacht Club Retweeted

**Racs-O** 💙 🥃 🦍 💚 @racs_o · Jun 7   ···
His and hers @BoredApeYC letterman's jackets, just in time for Apefest 22.
The jackets are 🔥 the quality is top notch @RegularRuben came with the
heat. Some things are worth waiting for.

nEEnEE 💚 and 2 others

○ 27          tↄ 27          ♡ 241          ⬆

YUGALABS_00014390





JTX-1302.00258

YUGALABS_00014392



t⤳ Bored Ape Yacht Club Retweeted
**Zech** @Zech3D · Jun 5                                    ...
Idk if I'll be able to make it to APEFEST guys.. I just broke my hand 🙈🙈

Bored Ape Yacht Club

○ 29            t⤳ 21            ♡ 192            ⬆

t⤳ Bored Ape Yacht Club Retweeted
**AmericanApe.eth | AmericanLion.eth | BAYC...** @RamonG... · Jun 5   ...
A Bored Ape and his handsome Doggo... what a clean pair,
@HodlrCollective 😎

#BACK #BAYC

Myth Division

○ 64            t⤳ 44            ♡ 374            ⬆

t⤳ Bored Ape Yacht Club Retweeted
**GordonGoner.eth (Wylie Aronow)** ✔ @GordonGoner · Jun 5    ...
Yuga is hiring Creative Directors and Project Managers / Producers.

Previous experience working in web3 not required, but looking for people
who are passionate about the space and have been living and breathing in
crypto and NFTs for a while and want to work on weird shit.

○ 721            t⤳ 689            ♡ 4,535            ⬆

Show this thread

**JTX-1302.00259**                                    YUGALABS_00014393



YUGALABS_00014394



⇄ Bored Ape Yacht Club Retweeted
**LoveMake.eth** @g13m · Jun 5
GM @BoredApeYC

♡ 133      ⇄ 61      ♡ 964      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
As a reminder, we do not offer surprise mints or giveaways.

♡ 75      ⇄ 121      ♡ 853      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
Our Discord servers were briefly exploited today. The team caught and addressed it quickly. About 200 ETH worth of NFTs appear to have been impacted. We are still investigating, but if you were impacted, email us at discord@yugalabs.io.

♡ 373      ⇄ 580      ♡ 1,929      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
We're really excited to share this experience with you apes and make it one for the books. For safety, please stick to official links posted here or on the ApeFest website. For questions or concerns regarding ApeFest '22 please refer to ApeFest.com/faq for official FAQs

> apefest.com
> **ApeFest 2022 in NYC**
> The apes take over NYC June 20-23! Four wild nights of music, merch, and art, plus treats and ...

♡ 45      ⇄ 45      ♡ 287      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
To ensure everyone has a smooth time ordering merch, the online shop will accept both ApeCoin and USD (major credit cards, Shop Pay, Apple Pay, Google Pay, and Facebook Pay).

♡ 31      ⇄ 39      ♡ 253      ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
ApeFest merch will be available at Pier 17 during the event and online for members who attended ApeFest (after tickets are scanned for entry).

♡ 13      ⇄ 14      ♡ 161      ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
Downloading the @tokenproof app and enrolling will be necessary to access tickets for ApeFest. Here's our previous thread with more information on the process.

> 🅱️ **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 1
> Hey apes! We teamed up with the crew from @tokenproof to securely verify ownership and distribute tickets to ApeFest '22. Details in thread for downloading and enrolling in tokenproof's app - we recommend doing so now so you're ready to go once ticketing opens. 🎟️
> Show this thread

○ 5          ⟲ 19          ♡ 156          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
Ticketing goes live on June 8th at 9am ET. The request window will remain open for 36 hours or until all available tickets for each date have been requested, whichever comes first. +1s must arrive with the ticket holder as there are no separate tickets for +1s.

○ 12          ⟲ 13          ♡ 182          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 4
The website for ApeFest '22 is now live at apefest.com. BAYC/MAYC members this will be your home for all ApeFest info. Important reminders and notes on this year's event in the thread 🧵

○ 352          ⟲ 545          ♡ 1,715          ⬆️

Show this thread

← **Bored Ape Yacht Club** ✓          **Follow**
7,174 Tweets
Just another bored ape at the NBA Finals 🦍🦍🦍

Always thankful for my Warriors-themed @BoredApeYC x @thehundreds hoodie 🙏

○ 43          ⟲ 22          ♡ 452          ⬆️

YUGALABS_00014396



YUGALABS_00014397



YUGALABS_00014398



⟲ Bored Ape Yacht Club Retweeted
Tenacious.eth 🐵 @TenaciousEth · Jun 2
Interesting read in GQ today @BoredApeYC

♡ 39   ⟲ 51   ♡ 359   ⬆

⟲ Bored Ape Yacht Club Retweeted
creativetype · Pinar Lacroix 🔒 @CR3ATIV3_type · Jun 2
Touching grass @devinthedude07 🙏 #boredtodeath merch @BoredApeYC

♡ 11   ⟲ 8   ♡ 113   ⬆



YUGALABS_00014400



JTX-1302.00267

YUGALABS_00014401



JTX-1302.00268

YUGALABS_00014402







YUGALABS_00014405



⊓⊔ Bored Ape Yacht Club Retweeted
**BAYC4611.pcc.eth** ▨≋ @BAYC4611 · May 31
#StayBored #BAYC

♡ 25      ⊓⊔ 14      ♡ 241      ⬆

⊓⊔ Bored Ape Yacht Club Retweeted
**@@Ape** 🇮🇹 @NFApes · May 31
Ready to rep' with my #bayc bro' @thefrenchie_eth at #RolandGarros

♡ 37      ⊓⊔ 23      ♡ 239      ⬆

**JTX-1302.00272**      YUGALABS_00014406



YUGALABS_00014407



YUGALABS_00014408



YUGALABS_00014409



YUGALABS_00014410



YUGALABS_00014411



YUGALABS_00014412



JTX-1302.00279

YUGALABS_00014413



↑⊥ Bored Ape Yacht Club Retweeted

**mk1.eth** @goodluckfren · May 25
Happy birthday to me 🎉🎉 Thank you @BoredApeYC for a crazy year.
Here's to many more and I hope to see you all at ape fest this year!

○ 30      ↑⊥ 23      ♡ 236      ⬆

↑⊥ Bored Ape Yacht Club Retweeted

**Herb.eth** @Herb_Castillo · May 25
Adventures of Herb starting in London coming soon 🏆

One year ago in discord we imagined days like these. We put in work & last
Saturday celebrated + reflected on how far we've come & everything we
can't wait to do together.

Ape Fest less than 30 days out... see you soon #BAYC

Bored Ape Yacht Club and 9 others

○ 31      ↑⊥ 22      ♡ 228      ⬆



YUGALABS_00014415



⮌ Bored Ape Yacht Club Retweeted

**Gabrielesm.og** @Gabrielesm1 · May 25

bored waiting for our next flight with the @BoredApeYC hoodie 🦍 ✈️

💬 44        ⮌ 30        ♡ 393        ⬆️

⮌ Bored Ape Yacht Club Retweeted

**vngrd.eth** @ervango · May 25

Lunch time at @BoredNHngry @BoredApeYC

Red Hat and Outer Lumen (🎩 😎) 📍 NFT London

💬 57        ⮌ 53        ♡ 518        ⬆️



**Bored Ape Yacht Club** ✓
7,174 Tweets

Follow

Happy mutant Monday from the @WaldorfDubai on the palm Jumeirah @BoredApeYC #apegamestrong

○ 20    ⟲ 12    ♡ 199    ⬆

⟲ Bored Ape Yacht Club Retweeted

**BAYC VOYAGE.eth** @JosephVoyager · May 23    ···
Bored in the nature @BoredApeYC

○ 26    ⟲ 12    ♡ 291    ⬆

⟲ Bored Ape Yacht Club Retweeted

**Othersidemeta** ✓ @OthersideMeta · May 23    ···
BAYC/MAYC holders: the claim window closes tonight at 11:59pm ET.
Voyagers, the First Trip is coming, July 16th. We're working w
@Improbableio to bring Otherdeed holders the first tech demo this summer.
Stoked to step into the Otherside with you. More details to come.

○ 710    ⟲ 1,364    ♡ 4,459    ⬆

JTX-1302.00283

YUGALABS_00014417



↑↓ Bored Ape Yacht Club Retweeted

**Mark Kyriakides** @MarkKyria · May 22   ···
Gm @BoredApeYC

> The following media includes potentially sensitive content.   **View**
> Change settings

Bored Ape Yacht Club

♡ 9        ↑↓ 6        ♡ 137        ⬆

↑↓ Bored Ape Yacht Club Retweeted

**Zimmy** @Zimmy_eth · May 22   ···
Got this pic from a friend at @EDC_LasVegas · @BoredApeYC



♡ 76        ↑↓ 131        ♡ 917        ⬆

↑↓ Bored Ape Yacht Club Retweeted

**Yossy London** @yossylondon · May 22   ···
💚🐵 + 💚🐶 = LFGGG !! 🚀🔥 @BoredApeYC #bayc

♡ 81        ↑↓ 72        ♡ 676        ⬆



↑↓ Bored Ape Yacht Club Retweeted
**Orindes# 2932** @Orindes2 · May 22
Finally have some spare time to check out NFT at k11musea.
@BoredApeYC

○ 31    ↑↓ 31    ♡ 380    ⬆

↑↓ Bored Ape Yacht Club Retweeted
**aguyong.eth** @aguyong · May 22
Again, some new toys🧸
Cup mat + Fridge Magnet 🧲

@BoredApeYC

○ 30    ↑↓ 16    ♡ 256    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 19
Otherdeed claim window for Apes is coming to a close. Full details below.

> 🔵 **Othersidemeta** ✓ @OthersideMeta · May 19
> Reminder: the period for Apes and Mutants to claim an Otherdeed ends
> this Sunday, May 22nd, at 11:59pm ET. If you're a BAYC/MAYC holder
> and haven't claimed yet, go to otherside.xyz/claim
> Show this thread

○ 114    ↑↓ 217    ♡ 862    ⬆

**JTX-1302.00286**          YUGALABS_00014420



YUGALABS_00014421





JTX-1302.00289

YUGALABS_00014423



YUGALABS_00014424



↻ Bored Ape Yacht Club Retweeted

**Mondoggg** @mondoggg · May 17
Second glass print arrived. This time for MAYC 7087. Should I keep the ape in the office and the mutant in the gym or keep them together?
@BoredApeYC



○ 168    ↻ 101    ♡ 1,066    ⬆

 ↻ Bored Ape Yacht Club Retweeted

**Julio de la Cruz 🇩🇴 @ Santo Domingo** @juliodelacruz93 · May 17
Off to Miami for a couple days. @BoredApeYC always by my side! Any Apes in Miami?



○ 80    ↻ 34    ♡ 390    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 17
Can't wait for four wild nights of unforgettable performances and hanging with you at this one-of-a-kind spot. We're going big — Pier 17 is an indoor/outdoor waterfront venue with panoramic views, an epic 1.5-acre rooftop, and a capacity of 3,400 each night (double last year's).

○ 78    ↻ 73    ♡ 795    ⬆

Show this thread

**JTX-1302.00291**    YUGALABS_00014425



YUGALABS_00014426



⤸ Bored Ape Yacht Club Retweeted

**Mondoggg** @mondoggg · May 14     ···
Home office is coming along well. Swapped out my BAYC 2802 canvas for my new forever ape BAYC 7339 in glass. Productive morning.
@BoredApeYC

💬 60    ⟲ 38    ♡ 564    ⬆

⤸ Bored Ape Yacht Club Retweeted

**Paddy.og** 🦍 @PaddyWarburton · May 14     ···
No time to look at the charts. Much more boring things going on.
@BoredApeYC

💬 49    ⟲ 37    ♡ 459    ⬆

⤸ Bored Ape Yacht Club Retweeted

**jOesdaily.eth** 🦍 ✓ @JoesDaily · May 14     ···
Any @BoredApeYC in Istanbul? Heading there now to review a new cruise.
#bayc #mayc

YUGALABS_00014427



⮌ Bored Ape Yacht Club Retweeted
**Nate Roth** 🔥 🐸 ✅ @NathanCRoth · May 14
.@BoredApeYC spotted in Whole Foods

○ 106        ⮌ 248        ♡ 1,769        ⬆

⮌ Bored Ape Yacht Club Retweeted
**Ryan Freedman** 🐸 @ryanfreedman_ · May 14
Turning 40 today! Off to see @steveaoki after dinner. #bayc @BoredApeYC

○ 189        ⮌ 67        ♡ 1,369        ⬆

Show this thread



YUGALABS_00014429



YUGALABS_00014430



YUGALABS_00014431





⇄ Bored Ape Yacht Club Retweeted

**cheftaikutsu** @cheftaikutsu · May 9

Spotted an ape 🦍 @BoredApeYC

○ 112    ⇄ 85    ♡ 1,300    ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · May 9

Bored Ape #4215 was purchased for 175.0 ETH

.opensea.io
**4215 - Bored Ape Yacht Club**
The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles living on the Ethereum blockchain, ...

○ 150    ⇄ 142    ♡ 1,021    ⬆



⤿ Bored Ape Yacht Club Retweeted
**Laura Rod** 🏁 @TheMiamiApe · May 8
F1 Miami Grand Prix & @BoredApeYC 🏁

♡ 144     ⤿ 57     ♡ 1,425     ⬆

Show this thread

⤿ Bored Ape Yacht Club Retweeted
**Nick** 📍 **NFT London** @WatchNiBe · May 8
Thanks to @woundedpixel for my @BoredApeYC skateboard.

♡ 93     ⤿ 99     ♡ 772     ⬆



YUGALABS_00014435



YUGALABS_00014436



YUGALABS_00014437



YUGALABS_00014438



JTX-1302.00305

YUGALABS_00014439





JTX-1302.00307

YUGALABS_00014441



JTX-1302.00308

YUGALABS_00014442



↱ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · May 1 · · ·
Mutant #5973 was purchased for 5500.0 APE

opensea.io
5973 - Mutant Ape Yacht Club
The MUTANT APE YACHT CLUB is a collection of up to 20,000 Mutant
Apes that can only be created by exposing an existing Bored Ape to a ...

♡ 174          ↱ 239          ♡ 1,168          ⬆

↱ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Apr 30 · · ·
Ape #2980 was purchased for 399.0 WETH

looksrare.org
BoredApeYachtClub #2980 - Bored Ape Yacht Club | LooksRare
LooksRare is a community-first marketplace for NFTs and digital
collectibles on Ethereum. Trade non-fungible tokens with crypto to ge...

♡ 185          ↱ 188          ♡ 1,224          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30 · · ·
Apes, wallet pre-approval is open now. 🌞 Remember, you don't need to
pre-approve (or KYC) to claim with your BAYC or MAYC NFT — only if you're
KYC'd and planning to mint additional Otherdeeds.

> ⓞ **Othersidemeta** ✔ @OthersideMeta · Apr 30
> You can now pre-approve your KYC'd wallet to spend ApeCoin at
> otherside.xyz. Pre-approval will be open until 9pm ET tonight, at which
> point minting opens. 🔳
> Show this thread

♡ 364          ↱ 358          ♡ 1,577          ⬆

**JTX-1302.00309**                    YUGALABS_00014443



YUGALABS_00014444



YUGALABS_00014445



YUGALABS_00014446



YUGALABS_00014447



YUGALABS_00014448



⇅ Bored Ape Yacht Club Retweeted

**Othersidemeta** ✓ @OthersideMeta · Apr 26
The Otherside adventure will begin on 4/30 at 12pm ET, only on
otherside.xyz. The KYC on something@brewing.xyz was to participate in
Saturday's mint — only those who KYCed can participate. More details in
the 🧵.

otherside.xyz
Enter the Otherside
Otherside is a gamified, interoperable metaverse currently under
development that blends MMORPG mechanics with web3-enabled ...

♡ 1,973        ⇅ 4,554        ♡ 10.9K        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
We will also NEVER announce mints on the BAYC or Otherside Instagram
accounts first. ever. Only obtain information from our official twitter
accounts: @BoredApeYC, @yugalabs, and @OthersideMeta. These will be
crossposted on the #announcement channel of BAYC Discord.

♡ 73        ⇅ 108        ♡ 903        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
If you were affected by the hack or have information that might be helpful,
reach out to ighack@yugalabs.io. You need to contact us first - anybody
contacting you first is not us. We will NOT reach out to anyone over email
first, and we will NEVER ask for your seed phrase.

♡ 57        ⇅ 98        ♡ 757        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
At the time of the hack, two-factor authentication was enabled and
security surrounding the IG account followed best practices. We've
regained control of the account, and are investigating how the hacker
gained access with IG's team.

♡ 15        ⇅ 43        ♡ 524        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
Immediately upon discovering the hack, we alerted our community,
removed links to the compromised IG account from our platforms and
attempted to recover the account.

♡ 12        ⇅ 27        ♡ 549        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
This morning, the official BAYC Instagram account was hacked. The hacker
posted a fraudulent link to a copycat of the BAYC website with a fake
Airdrop, where users were prompted to sign a 'safeTransferFrom'
transaction. This transferred their assets to the scammer's wallet.

♡ 618        ⇅ 1,952        ♡ 4,862        ⬆

YUGALABS_00014449

⥅ Bored Ape Yacht Club Retweeted

**Garga.eth (Greg Solano)** ✓ @CryptoGarga · Apr 25   ···
The IG hack resulted in 4 Apes, 6 Mutants, 3 Kennels, and some other assorted valuable NFTs being lost. We will be in contact with the users affected and will post a full post mortem on the attack when we can. For now I would like to stress that 2FA was enabled on the account.

> 🔵 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25
> 🚨 There is no mint going on today. It looks like BAYC Instagram was hacked. Do not mint anything, click links, or link your wallet to anything.

💬 160          ⥅ 388          ♡ 1,390          ⭫

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25   ···
🚨 There is no mint going on today. It looks like BAYC Instagram was hacked. Do not mint anything, click links, or link your wallet to anything.

💬 1,060          ⥅ 3,997          ♡ 8,985          ⭫

⥅ Bored Ape Yacht Club Retweeted

**Kevinllliano.eth** @illianokevin · Apr 25   ···
Bored Trout @BoredApeYC #BAYC #trout



💬 79          ⥅ 39          ♡ 503          ⭫

Show this thread

↻ Bored Ape Yacht Club Retweeted

**Roc Sol** 🦍🚀 @rocsolmiami · Apr 25
Ayo @highassape I think I went sicko mode on this 🦍🚀@BoredApeYC
.
.
.



♡ 75        ↻ 71        ♡ 578        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23
One year ago today, the Bored Ape Yacht Club mint began . . .

What an insane year. Here's to many more to come. Happy Birthday, apes!
🥂🍾🍸

♡ 2,644        ↻ 6,150        ♡ 29.8K        ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 23
OK but what the fuck is a Koda

> **Othersidemeta** ✔ @OthersideMeta · Apr 23
> The adventure begins. Otherside. 4/30, 12pm ET.
>
> P.S. Otherside Discord is open: discord.gg/the-otherside
>
> twitter.com/yugalabs/statu...

♡ 832        ↻ 1,534        ♡ 5,295        ⬆

YUGALABS_00014451



↻ Bored Ape Yacht Club Retweeted

**Kiels.eth** @KielSpears · Apr 21          ···

Gm from Tokyo 🔴 @BoredApeYC Enjoying the vibes while I'm here for
some business. I'll try to share some snippets from the trip 🙏



↻ Bored Ape Yacht Club Retweeted

**///Steki.eth** @stekisteks · Apr 21          ···

Fuck it, I'm a man of my word. I present to y'all my BAYC Steki tattoo
@BoredApeYC #BAYC

Artist: @tdantattoo



Bored Ape Yacht Club and 8 others

♡ 319          ↻ 291          ♡ 2,405          ⬆

Show this thread



JTX-1302.00320

YUGALABS_00014454



YUGALABS_00014455



JTX-1302.00322

YUGALABS_00014456



⇄ Bored Ape Yacht Club Retweeted

**Jonathan Nash** @offshoot3D · Apr 18
#MutantMonday

○ 32        ⇄ 22        ♡ 307        ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**Cashtronaut.eth** 🛹 @Cashtronaut_eth · Apr 18
gm and happy #mutantmonday!!! 🛹🛹🛹 #BAYC #MAYC @BoredApeYC



YUGALABS_00014458



YUGALABS_00014459



YUGALABS_00014460



⇄ Bored Ape Yacht Club Retweeted

**AgentOrange** @AgentOrangeNFT · Apr 17
Happy Easter! @BoredApeYC
#BAYC

♡ 50    ⇄ 33    ♡ 405    ⬆

⇄ Bored Ape Yacht Club Retweeted

**OregonGuy** @oregondegen · Apr 17
Had to wear my @thehundreds @BoredApeYC hoodie to the end of the
world in search of the #otherside.

♡ 35    ⇄ 23    ♡ 368    ⬆

JTX-1302.00327                                           YUGALABS_00014461





⟲ Bored Ape Yacht Club Retweeted
**caiov.eth** @caiovicentino · Apr 15
Pants ready #2203 #MAYC @BoredApeYC                    ···

The following media includes potentially sensitive content.    **View**
Change settings

○ 54          ⟲ 23          ♡ 341          ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 14          ···
The BAYC x @superplastic drop is officially live! Check it out:
superplastic.co/pages/superbor...

0:08  61.5K views

○ 290         ⟲ 445          ♡ 1,649        ⬆

⟲ Bored Ape Yacht Club Retweeted
**SUPERPLASTIC** ✔ @superplastic · Apr 14          ···
Update on Wallet Verification! ⚡

This is the only link you should be using to connect/verify your wallet prior
to purchasing a vinyl figure: superplastic.co/pages/superbor...

uestions about how long people had to verify their wallet on our website

ne has enough time to carefully verify ownership you are now able to be
c.co and verify your eligibility for each stage of the drop. This also works
the Metamask browser.

ld be connecting to for the drop is this:
co/pages/superbored

red at any point in the checkout process!

○ 59          ⟲ 27          ♡ 231          ⬆

**JTX-1302.00329**                                   YUGALABS_00014463



YUGALABS_00014464



⮌ Bored Ape Yacht Club Retweeted
felon.eth, villain.eth @carvethedegen · Apr 14
How we looking @BoredApeYC?

Got my ape engraved, painted, and coated with epoxy (:

○ 101        ⮌ 23        ♡ 562        ⬆

⮌ Bored Ape Yacht Club Retweeted
mike @mfhornjr · Apr 14
think I need this framed... #MAYC

○ 41        ⮌ 12        ♡ 249        ⬆

Show this thread

JTX-1302.00331                                    YUGALABS_00014465



YUGALABS_00014466



YUGALABS_00014467



YUGALABS_00014468



**Bored Ape Yacht Club** ✓
7,174 Tweets

Follow

Good old #MutantMonday @BoredApeYC where my #MAYC at.

○ 45        ⟲ 25        ♡ 462        ⬆

Show this thread

⟲ Bored Ape Yacht Club Retweeted

**OKesBoss.eth** @OKesBoss · Apr 11
Starting my routine hiking up to The Peak 🗻😊 . #BAYC @BoredApeYC

○ 73        ⟲ 32        ♡ 528        ⬆

JTX-1302.00335                                          YUGALABS_00014469



YUGALABS_00014470



YUGALABS_00014471



YUGALABS_00014472



YUGALABS_00014473



YUGALABS_00014474



YUGALABS_00014475



YUGALABS_00014476



⇄ Bored Ape Yacht Club Retweeted

**LoveMake.eth** @g13m · Apr 7          ···
Gm) I have combo at my place! @BoredApeYC

♡ 68          ⇄ 19          ♡ 327          ⬆

⇄ Bored Ape Yacht Club Retweeted

**Jason** @JA5ONeth · Apr 7          ···
Yep...just figure out why Clark Kent wore button downs instead of sweaters!
#MAYC

Bored Ape Yacht Club

♡ 57          ⇄ 11          ♡ 310          ⬆



Bored Ape Yacht Club Retweeted

**Dustland** @the_dustland · Apr 7
First there was Kong
Then came Cornelius
And Koko
Then Caesar
And now Buster.

Dustcaps, get your damn dirty paws ready 🙌

Buster is coming to Dustland 🌑

And yes, we bought #BAYC8222!

@BoredApeYC @buster_dustland #bayc #NFT #dustlandrunner

Bored Ape Yacht Club

○ 74          ↻ 134          ♡ 441          ⬆

Show this thread

**Bored Ape Yacht Club** ✓                    Follow
7,174 Tweets
@BoredApeYC #BtcoinMiami here I come ‼ #PIPS 😎😈

○ 35          ↻ 21          ♡ 439          ⬆



JTX-1302.00345

YUGALABS_00014479



YUGALABS_00014480



YUGALABS_00014481





YUGALABS_00014483



⤴ Bored Ape Yacht Club Retweeted
**boredkennelbot** @boredkennelbot · Apr 2          ...
Dog #7805 was purchased for 22.0 ETH

opensea.io
7805 - Bored Ape Kennel Club
It gets lonely in the swamp sometimes. That's why every ape should
have a four-legged companion. To curl up at your feet. To bring you a ...

◯ 51          ⤴ 23          ♡ 217          ⬆

⤴ Bored Ape Yacht Club Retweeted
**Neilson Paty** @JettyPro · Apr 2          ...
Anyone see a yacht club? #bayc601 #BAYC

◯ 163          ⤴ 142          ♡ 1,295          ⬆

Show this thread

⤴ Bored Ape Yacht Club Retweeted
**jeneva** @jenevaNFT · Apr 1          ...
My first Lady Ape 🐵
And already the second derivative for @CashSits ✨ Thank you for your
trust! It means a lot to me❤️

In a team with @Chigidin
#BAYC @BoredApeYC

◯ 93          ⤴ 66          ♡ 366          ⬆

**JTX-1302.00350**          YUGALABS_00014484



**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 1
Lots of scammers out there so worth repeating: we are not launching anything on 4/1. Only trust info and links that come directly from this handle or @yugalabs. Be careful out there!

◯ 33          ⇄ 55          ♡ 349          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 1
KYC closes tonight, Friday 4/1 at 11:59pm ET. Anyone, including those who aren't BAYC/MAYC members, can register before then at somethingisbrewing.xyz. Pending applications will still be reviewed after 4/1 - important thing is to submit your info by tonight if you haven't yet.

◯ 320          ⇄ 370          ♡ 1,460          ⬆

⇄ Bored Ape Yacht Club Retweeted
**FFV** ◆ @FFVV1211 · Apr 1
Gm and happy Friday from Ape FFVV1211 🍌

@BoredApeYC #BAYC

0:04 | 20.5K views

◯ 100          ⇄ 83          ♡ 588          ⬆

⇄ Bored Ape Yacht Club Retweeted
**Veg Egg** @luoshixiang3 · Apr 1
I still fall for you every day❤️ @BoredApeYC @yugalabs
#apefollowape #mayc #BAYC

◯ 47          ⇄ 31          ♡ 305          ⬆

YUGALABS_00014485



⟲ Bored Ape Yacht Club Retweeted

**Yossy London** @yossylondon · Apr 1
Happy Friday all and god bless 🙏❤️ @BoredApeYC #bayc #islandvibes #andthat

○ 63        ⟲ 21        ♡ 274        ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 1
STAY SAFE. Do not mint anything from any Discord right now. A webhook in our Discord was briefly compromised. We caught it immediately but please know: we are not doing any April Fools stealth mints / airdrops etc. Other Discords are also being attacked right now.

○ 578        ⟲ 2,980        ♡ 7,445        ⬆️

⟲ Bored Ape Yacht Club Retweeted

**Mr-Monkeyagl.eth** @Mr_Monkeyagi · Apr 1
Feeling bored @BoredApeYC sitting courtside! Bulls v Clippers #BAYC #MAYC #bullsnation 🏀

○ 110        ⟲ 58        ♡ 502        ⬆️

**JTX-1302.00352**        YUGALABS_00014486



⤺ Bored Ape Yacht Club Retweeted

**Adamantium** 🔥 ✴️ ⚔️ @AdamantiumNFT · Mar 31   ···
This Mutant taking off the Captain's Hat for some @BoredApeYC rest & relaxation in Cabo ⚓🏖️🍹

◯ 40          ⤺ 55          ♡ 449          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31          ···
And as always, please be wary of scams!

◯ 19          ⤺ 10          ♡ 144          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31          ···
When checking out, only use the automatic payment amount. Do not send more, less, or multiple payments. Once on the payment page, do not refresh until your payment is completed. If you encounter any problems, immediately contact support at merchsupport@yugalabs.io.

◯ 24          ⤺ 9          ♡ 133          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 31          ···
Reminder that the merch sale for BAYC and MAYC members closes tonight, Thurs March 31st at 11:59pm ET: store.boredapeyachtclub.com

◯ 61          ⤺ 76          ♡ 420          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 30          ···
This Friday, 4/1 is the last day to KYC. If you want to be ready for what's coming, register now. 🖐️

Also, the deadline is April Fools, so beware of scams. We are NOT launching anything Friday. If info doesn't come from our official @BoredApeYC or @yugalabs Twitter, it's not us.

> 🔵 **Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 11
> fuck it, again.
> somethingisbrewing.xyz
> Show this thread

◯ 489          ⤺ 682          ♡ 2,334          ⬆️



**Bored Ape Yacht Club** ✓
7,174 Tweets

Follow

HBD to me 🎂. #BAYC @BoredApeYC

○ 154    ⇄ 65    ♡ 807    ⬆

Show this thread

⇄ Bored Ape Yacht Club Retweeted

**ledger_MM** @ledger_MM · Mar 29
Todays fit. @BoredApeYC #degensonly

···

○ 87    ⇄ 44    ♡ 700    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Please don't refresh your page during checkout. Coinbase Commerce has upped the order timeout limit to 60 minutes, so hang tight and your transaction will go through.

···

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Only one checkout per wallet is allowed. This means you'll need to complete your entire order in a single transaction. This applies whether you visited the store yesterday or not.

···

○ 21    ⇄ 9    ♡ 118    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
We've extended the window for this merch drop until 11:59pm ET Thursday, so there's no need to rush. Everyone has an extra day to shop.

···

○ 9    ⇄ 4    ♡ 81    ⬆

**JTX-1302.00354**    YUGALABS_00014488



**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Anyone who completed a transaction in the merch store yesterday is now able to complete an additional checkout. See 🔳 for important details. 🔒

store.boredapeyachtclub.com
BAYC x McBess x The Dudes
An exclusive collaboration between Dude's Factory and Bored Ape Yacht Club

💬 158      ⟲ 111      ♡ 614      ⬆

⟲ Bored Ape Yacht Club Retweeted
**MrMiracle.eth** 🌸 · 🔵 @mrmiracle1984 · Mar 29
Cherry Blossom "Sakura" x @BoredApeYC

💬 29      ⟲ 31      ♡ 388      ⬆

⟲ Bored Ape Yacht Club Retweeted
**BenJammin.eth** 🔵 @xBenJamminx · Mar 29
Shout out to @NeonApesYC for making these dope Neon lights of my ape Johnny Altcoin 🔥🗯

💬 67      ⟲ 73      ♡ 596      ⬆



⟲ Bored Ape Yacht Club Retweeted

**supΞrbars.nft** @barsnes · Mar 29

While waiting for the bayc and mayc #merch, I got this to show off 😎 🙂
@BoredApeYC

○ 42      ⟲ 27      ♡ 444      ⬆

⟲ Bored Ape Yacht Club Retweeted

**freemOney.eth** @fvcknifty · Mar 29

Ready to represent #BAYC

○ 26      ⟲ 35      ♡ 377      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Thank you all for your patience today while we sorted things out with
Coinbase Commerce. We're working hard to make sure everyone who
needs a refund gets one immediately, and that everyone gets their merch.

○ 35      ⟲ 24      ♡ 407      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
Only one checkout per wallet is allowed, so be sure to complete your entire
order in a single transaction. Please don't refresh your page during
checkout either - your transaction will go through, it just might take some
time.

○ 22      ⟲ 13      ♡ 258      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 29
We're also going to allow people who checked out today to complete an
additional checkout, starting tomorrow at 12:00pm ET. We're extending the
window for this merch drop until 11:59pm ET Thursday, so everyone has
more time to shop open inventory items.

○ 19      ⟲ 49      ♡ 304      ⬆

Show this thread

**JTX-1302.00356**

YUGALABS_00014490

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
For people who had limited-quantity items in their shopping cart and weren't able to checkout: we'll be emailing you an invoice with a link that will allow you to checkout with those limited items. If you want to buy more regular merch, you'll have to complete another checkout.

○ 38     ↺ 83     ♡ 337     ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
Orders that were successfully completed will be fulfilled.

○ 10     ↺ 8     ♡ 210     ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 29
Apes, an update on the Coinbase Commerce issue with today's drop: those who submitted multiple payments on a single order, or received a "Late payment" or "No payment" message when in fact your payment went through, will be refunded in full (including all transaction fees).

○ 239     ↺ 286     ♡ 1,686     ⬆

↺ Bored Ape Yacht Club Retweeted

**Tilting-Shock** @TiltingS · Mar 29
Couldn't be happier with these siiick shoes custom made by @Gonz1_tyty!

#BoredApeYachtClub



○ 49     ↺ 58     ♡ 368     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 28
Hey everyone, we're aware of the Coinbase Commerce issues during merch store checkout. They are working on a resolution now. If you encountered payment problems we'll be following up with next steps soon.

○ 280     ↺ 220     ♡ 1,980     ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Mar 28
The merch store is officially open for BAYC and MAYC members: store.boredapeyachtclub.com. Happy shopping, apes!

○ 382     ↺ 394     ♡ 1,927     ⬆

YUGALABS_00014491



YUGALABS_00014492



YUGALABS_00014493



⟲ Bored Ape Yacht Club Retweeted
Halina.eth 💎 ✦ @ ETH SF @halina_eth · Mar 26
Repping BAYC in NFT LA!!

⟲ Bored Ape Yacht Club Retweeted
LuckyApe @luckyape_eth · Mar 26
An ape in Amsterdam 🦍 @BoredApeYC

○ 45        ⟲ 18        ♡ 410        ⬆

⇅ Bored Ape Yacht Club Retweeted

joga.eth 🏎️ @joganifty · Mar 26

My Skate Bored by @woundedpixel is in! Love it 👍 thanks again!

@BoredApeYC



○ 45      ⇅ 34      ♡ 363      ⬆️

⇅ Bored Ape Yacht Club Retweeted

**Murat Karademir** @muratkun · Mar 26

Wearing @BoredApeYC hoodie around

0:06  10.5K views

○ 21      ⇅ 18      ♡ 250      ⬆️

Show this thread



YUGALABS_00014496



⟲ Bored Ape Yacht Club Retweeted

**MichaelK.eth** 🐵 🍌 😎 @MichaelKdcl · Mar 26   ···
new merch dropping LFG BAYC #Ultra2022 🐵 @BoredApeYC

Bored Ape Yacht Club and 7 others

♡ 27      ⟲ 26      ♡ 324      ⬆

⟲ Bored Ape Yacht Club Retweeted

**eric56.eth** @eric56_eth · Mar 26   ···
With my mutant at the most beautiful place in Hong Kong! @BoredApeYC #BAYC #HongKong

♡ 84      ⟲ 40      ♡ 488      ⬆

JTX-1302.00363                                    YUGALABS_00014497



↑↓ Bored Ape Yacht Club Retweeted
**bobbylove.eth** @BobbyBellhop · Mar 26
Where my apes live @BoredApeYC

○ 33    ↑↓ 20    ♡ 319    ⬆

←    **Bored Ape Yacht Club** ✓    Follow
7,174 Tweets
Mutant 🦍 @BoredApeYC #MAYC #BAYC

○ 87    ↑↓ 48    ♡ 1,028    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 24
We've heard some people trying to sign up are having issues with
Blockpass. Their team is working on a solution and will be pushing an
update soon. Meantime, we're extending the registration window to April
1st. See you on the otherside.

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 11
> fuck it, again.
> somethingisbrewing.xyz
> Show this thread

○ 258    ↑↓ 288    ♡ 1,614    ⬆



YUGALABS_00014499



YUGALABS_00014500





YUGALABS_00014502



**Bored Ape Yacht Club** ✓
7,174 Tweets

Follow

Diamonds for breakfast and doubles for lunch... @BoredApeYC Ty photocred to @dbecktweets

○ 89          ⊔ 35          ♡ 428          ⬆

⊔ Bored Ape Yacht Club Retweeted

**burdenz.eth | .sol** @CryptoBurdenz · Mar 20          ...
Repped the #MAYC hoodie for 24hs from Singapore to Tokyo then Vancouver and finally San Francisco. Time to get some rest 😴
@BoredApeYC

○ 50          ⊔ 31          ♡ 458          ⬆

JTX-1302.00369

YUGALABS_00014503



YUGALABS_00014504



YUGALABS_00014505



YUGALABS_00014506



JTX-1302.00373

YUGALABS_00014507



YUGALABS_00014508



**Bored Ape Yacht Club** @BoredApeYC · Mar 16
For more details, visit apecoin.com.

apecoin.com
ApeCoin
A token made to support the evolution of art, gaming, entertainment, digital and physical events, storytelling, and everything else web3 ...

♡ 173    ⟲ 392    ♡ 1,076    ⬆

**Bored Ape Yacht Club** @BoredApeYC · Mar 16
For everyone else who wants to ape in: ApeCoin will be available to all and is expected to begin trading on major crypto exchanges soon.

♡ 58    ⟲ 133    ♡ 888    ⬆

**Bored Ape Yacht Club** @BoredApeYC · Mar 16
The airdrop claim consisting of 15% of the total supply of ApeCoin will be made available to @BoredApeYC NFT holders (Bored Apes and Mutant Apes, as well as #BAKC dogs paired with either #BAYC or #MAYC).

♡ 35    ⟲ 64    ♡ 500    ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Mar 16
Here we go. 🚀🦍⛰

   **ApeCoin** @apecoin · Mar 16
   Introducing ApeCoin ($APE), a token for culture, gaming, and commerce used to empower a decentralized community building at the forefront of web3. ▮
   Show this thread

⟲ Bored Ape Yacht Club Retweeted

**Crypto Jesus** @Crypto_Jesus_ · Mar 16
Gm from the top of Europe 🏔
@BoredApeYC

♡ 87    ⟲ 71    ♡ 786    ⬆



YUGALABS_00014510





YUGALABS_00014512

⇄ Bored Ape Yacht Club Retweeted
lulo.eth ⬛◼◻ | 🔷 @korion2525 · Mar 13
GM @BoredApeYC



○ 66      ⇄ 24      ♡ 370      ⬆

⇄ Bored Ape Yacht Club Retweeted
Captain JR @JRArtSpace_NFT · Mar 13
Just a @BoredApeYC enjoying his first ever @CheiseaFC Football Match!
🔵

#BAYC #BoredApeYachtClub



JTX-1302.00379      YUGALABS_00014513

⤸ Bored Ape Yacht Club Retweeted

**Balou.eth** @BalouBAYC · Mar 13

With new @BoredApeYC merch two weeks away - I'm REALLY hoping to finally see the red merch tee! 👇



○ 73          ⤸ 21          ♡ 563          ⬆

⤸ Bored Ape Yacht Club Retweeted

**Yieldasaurus** 🍃 💙 🍒 - The People's Ape @Yieldasaurus · Mar 13

Thank you to everyone who was able to make it out tonight. Had a great time meeting you all. #sxsw #bayc #bakc #mayc 🍒 ❤️. @LoroMasnah live painted that mural at the party. 😊🙏👐

○ 29          ⤸ 20          ♡ 216          ⬆

JTX-1302.00380          YUGALABS_00014514



YUGALABS_00014515



YUGALABS_00014516



YUGALABS_00014517





YUGALABS_00014519



YUGALABS_00014520





YUGALABS_00014522



⇄ Bored Ape Yacht Club Retweeted

**Chris** @cryptochris808 · Mar 6
You know, feeling good living better @BoredApeYC

○ 80    ⇄ 24    ♡ 820    ⬆

⇄ Bored Ape Yacht Club Retweeted

**BitSaga** @bitsaga128 · Mar 6
gm. Let's run ☀

@BoredApeYC #BAYC #MAYC

○ 54    ⇄ 15    ♡ 245    ⬆

⇄ Bored Ape Yacht Club Retweeted

**gayboredape.eth** @gayboredape · Mar 6
Livin' la vida BAYC

YUGALABS_00014523



JTX-1302.00390

YUGALABS_00014524

⟲ Bored Ape Yacht Club Retweeted

**MutantNurse.eth** @MutantNurse · Mar 6  ...
I used to be what was called a weekender nurse for a bit in my career, worked EVERY FRI/SAT/SUN for xtra 💰 & all xtra $ got taken if 1️⃣ 12hr shift missed. Now I get to hang @ the Zoo w/my Fam @FezBaycl @BoredApeYC #TakeTheDive Keep hustlin cuz nay sayers make no $/hr!#NFTCommunity



FezBAYC.eth 🏆 and 2 others

○ 36      ⟲ 20      ♡ 235      ⬆

⟲ Bored Ape Yacht Club Retweeted

**ALLFAITH.ETH** @ALLFAITHNOW · Mar 6  ...
Mutant making 💰 @BoredApeYC

○ 49      ⟲ 21      ♡ 494      ⬆

JTX-1302.00391                                    YUGALABS_00014525



⧣ Bored Ape Yacht Club Retweeted

JB 📷 @JB_nfts · Mar 6

Repped the @BoredApeYC #MAYC sweatshirt off-roading today. Not a single lizard or snake said WAGMI. We are so fucking early 🛹 🛹 🛹

○ 42    ⧣ 21    ♡ 278    ⬆

⧣ Bored Ape Yacht Club Retweeted

Ricky Sanders (rickysanders.eth) ✓ @RSandersDFS · Mar 6

Mutants in the wild @BoredApeYC

○ 61    ⧣ 52    ♡ 769    ⬆

YUGALABS_00014526



YUGALABS_00014527



YUGALABS_00014528



⮌ Bored Ape Yacht Club Retweeted

**The Desert Ape** @the_desert_ape · Mar 2

Just an Ape with his Doggo 🐶

@BoredApeYC

#BAYC #BoredApeYC #MAYC #BAKC

○ 48      ⮌ 21      ♡ 312      ⬆

⮌ Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · Mar 2

Bored Ape #4502 was purchased for 112.5 ETH

opensea.io

4502 - Bored Ape Yacht Club

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape
NFTs— unique digital collectibles living on the Ethereum blockchain. ...

○ 27      ⮌ 25      ♡ 206      ⬆



Bored Ape Yacht Club Retweeted

**boredapebot** @boredapebot · Mar 2
Swap #7929

Creator Assets:
249.5 ETH

Counterpart Assets:
Bored Ape Yacht Club #2106

NFTTRADER

Sw ▶ )29

GIF

○ 45    ♻ 46    ♡ 227    ⬆

Bored Ape Yacht Club Retweeted

**Champ Medici** ✔ @champmedici · Mar 2
I just bought my 100th NFT for 99eth #BoredApeYachtClub #ChampMedici

Bored Ape Yacht Club

○ 294    ♻ 151    ♡ 1,961    ⬆

**JTX-1302.00396**    YUGALABS_00014530



⟳ Bored Ape Yacht Club Retweeted

**DavidRGoldberg.eth** 🦍 @davidrgoldberg · Mar 2

Had a blast with my fellow @BoredApeYC at @MiamiHEAT game

♡ 89    ⟳ 62    ♡ 863    ⬆

⟳ Bored Ape Yacht Club Retweeted

**Rucio Z.** @RucioZ · Mar 2

My wife reppin the #BAYC in the Caribbean @BoredApeYC

♡ 56    ⟳ 30    ♡ 590    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Mar 1

Gordo asleep. V posts leaks.

♡ 985    ⟳ 1,654    ♡ 6,770    ⬆

YUGALABS_00014531



YUGALABS_00014532



YUGALABS_00014533



⟲ Bored Ape Yacht Club Retweeted

**The Blue Caesar** 🗡 @TheBlueCaesar · Feb 27     ···
My doggy Rey rocking her @BoredApeYC hat!
Show her some love!

◯ 59     ⟲ 27     ♡ 421     ⬆

⟲ Bored Ape Yacht Club Retweeted

🐵🐵Ape 🗡🇫🇷 @NFApes · Feb 27     ···
GM @BoredApeYC and #NFT Fam !
Wishing y'all a great sunday from a very small French village (350 souls) ☺
🇫🇷

◯ 64     ⟲ 35     ♡ 663     ⬆



YUGALABS_00014535



YUGALABS_00014536



YUGALABS_00014537



YUGALABS_00014538



YUGALABS_00014539



JTX-1302.00406                                                    YUGALABS_00014540



**Bored Ape Yacht Club** ✔ @BoredApeYC · Feb 23
.@CryptoGarga and @VStrangeYUGA are hanging out for a bit, super stoked to see the mega revealed ••🎨

🏀 **NBA Top Shot East Coast Podcast** 🎙 @NBATopShotEast · Feb 23
One for the books! Tonight's gonna be a blast. Shout out to @lior_eth And @Herb_Castillo for hosting the mega chug night for @0x_b1

Don't miss out twitter.com/i/spaces/1kvJp...

**MEGA MUTANT REVEAL & Celebrating the Community**

○ 88   ⟲ 94   ♡ 567   ⬆

**Bored Ape Yacht Club** ✔
7,174 Tweets
Sucha Boring Fridge.
@BoredApeYC

**Follow**

#smarthome #BAYC #NFT

○ 241   ⟲ 253   ♡ 2,538   ⬆

⟲ Bored Ape Yacht Club Retweeted
**Ari Gold** @AriGoldEth · Feb 20
Apes for Dinner...
@BoredApeYC #EthDenver #ETH

The following media includes potentially sensitive content.   **View**
Change settings

○ 36   ⟲ 18   ♡ 299   ⬆



⇄ Bored Ape Yacht Club Retweeted

**Laura Rod** 🦧 @TheMiamiApe · Feb 20

Perfect day in Playa Mujeres 🇲🇽 @BoredApeYC 🦍



💬 21      ⇄ 18      ♡ 290      ⬆

⇄ Bored Ape Yacht Club Retweeted

🦧-**Zone** @The_O_Zone · Feb 19

.@UKApeClub London meet-up #LFG. Nuff said. @BoredApeYC

💬 104      ⇄ 86      ♡ 747      ⬆





YUGALABS_00014545



YUGALABS_00014546



⟲ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Feb 17                                    ···
Ape #55 was purchased for 220.0 WETH

looksrare.org
BoredApeYachtClub #55 - Bored Ape Yacht Club | LooksRare
LooksRare is a community-first marketplace for NFTs and digital
collectibles on Ethereum. Trade non-fungible tokens with crypto to ge...

○ 98          ⟲ 99          ♡ 794          ↥

⟲ Bored Ape Yacht Club Retweeted
**phili.eth** 🎿 @philswallet · Feb 17                                   ···
Skiing in #BAYC Merch @BoredApeYC #MAYC

○ 48          ⟲ 26          ♡ 459          ↥

⟲ Bored Ape Yacht Club Retweeted
**boredapebot** @boredapebot · Feb 17                                   ···
Swap #7413

Creator Assets:
Bored Ape Yacht Club #5452

**JTX-1302.00413**                                    YUGALABS_00014547



YUGALABS_00014548



YUGALABS_00014549





**Bored Ape Yacht Club** ✔ @BoredApeYC · Feb 15
Looks like a dope community-run celebration - stoked for the new mega!
🎨🦍

> 🟡 **Oxb1** @Ox_b1 · Feb 15
> Official #ANN
>
> "M3 Mutant Serum Reveal Ceremony"
>
> w/ original animation from @TitmouseInc feat. @Ox_b1 & @TheChainsmokers
>
> Presented by @mutant_cartel & @FODLfi
>
> Hosted by @Herb_Castillo & @lior_eth
> 2.22.22 –23:00 UTC
>
> ++Special Guests @BoredApeYC @ohhshiny @machibigbrother
> Show this thread

○ 180   ↻ 234   ♡ 1,259   ⇪

← **Bored Ape Yacht Club** ✔    [Follow]
7,174 Tweets
This finally arrived today. Commissioned from a friend who wishes to
remain anonymous. Here's a sneak peek before it goes up in the den.
#BAYC #MMAYC #apefollowape #NFT #NFTCommunity @BoredApeYC

○ 86   ↻ 37   ♡ 479   ⇪

**JTX-1302.00417**          YUGALABS_00014551



YUGALABS_00014552



YUGALABS_00014553



ↄ⃝ Bored Ape Yacht Club Retweeted

**The Bored Ape Gazette** 🌵 @BoredApeGazette · Feb 14 ···
BORED CHAMPION » @Boredapeyc @Vonmiller And The @RamsNFL Won Super Bowl LVI

♡ 38          ↄ⃝ 124          ♡ 769          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Feb 14 ···
Replying to @eToroUS
we spied an ape 👀🔥

♡ 61          ↄ⃝ 144          ♡ 967          ⬆

ↄ⃝ Bored Ape Yacht Club Retweeted

**Sandrik.eth** @sandrikNFT · Feb 14 ···
May not have been in the halftime show, but #mayc are HERE!!!!
@BoredApeYC

♡ 40          ↄ⃝ 27          ♡ 660          ⬆

**JTX-1302.00420**          YUGALABS_00014554



YUGALABS_00014555





YUGALABS_00014557



YUGALABS_00014558



YUGALABS_00014559



↻ Bored Ape Yacht Club Retweeted

**The Desert Ape** @the_desert_ape · Feb 11
The Desert Ape is heading home to Sedona 🌵.

Will be repping all my UK Apes in the US.

@BoredApeYC #BAYC #BoredApeYachtClub #MAYC #BAKC

○ 52          ↻ 30          ♡ 455          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 6
Hey apes, meant to get this out last night but it's been kind of a wild
weekend. So here it is finally - BAYC x MAYC Mobile Game Competition
Leaderboard, Ape Fest Dates, and a lil tease. 🏁 ⚫ 🔺

boredapeyachtclub.medium.com
Some updates: Mobile Game Leaderboard, APE FEST 2022 Dates, an...
Hey Apes, meant to get the BAYC x MAYC Mobile Game Competition
leaderboard out last night but we've been having a pretty crazy ...

○ 1,646          ↻ 1,684          ♡ 5,488          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Feb 3
Replying to @phibacka31
Congrats 💜 🐵

○ 1          ↻ 1          ♡ 48          ⬆



**Bored Ape Yacht Club** ✅ @BoredApeYC · Feb 1
Great chatting with you @farokh ! 🐒 🍌 🥂

> 🐒 **Farokh** ✅ @farokh · Feb 1
> I had the chance to meet the @BoredApeYC team who doxxed themselves to me on Zoom and asked them a few questions, right before the historical 100 ETH milestone! Q&A in my first ever Medium article!
>
> 🔗 medium.com/@farokhh/the-b...
> Show this thread

RUG RADIO    BA🐒YC

○ 398      ⟲ 511      ♡ 2,396      ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · Jan 29
Replying to @BorisVagner and @DrMichelleGreen

❤️

○ 4      ⟲ 1      ♡ 48      ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · Jan 28
The mobile game competition has ended! Congrats to all winners. What an incredible experience. We'll be posting the final leaderboard after we complete our anti-cheat checks this weekend. 🐒 🍌 🥂

○ 519      ⟲ 323      ♡ 2,215      ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · Jan 27
Also, heads up, Stage 500 is the final stage of the game. Ties are broken based on how quickly someone beat the final stage. It is possible to replay stage 500 for a shorter time. 🐒 🍌 🥂

○ 18      ⟲ 17      ♡ 197      ⬆

Show this thread

**Bored Ape Yacht Club** ✅ @BoredApeYC · Jan 27
Once the competitions ends, we will be tallying scores and running anti-cheat checks. We'll post the final leaderboard this weekend. If you qualified for a prize, you will automatically be sent it once production on all prizes is completed - you don't need to do anything else.

○ 21      ⟲ 15      ♡ 166      ⬆

Show this thread

**JTX-1302.00427**                                                    YUGALABS_00014561



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 27

The fate of the BAYC x MAYC mobile game competition has been decided by the community: Due to overwhelming popular demand, the competition will end today at 7pm ET.

The final tally was 1148 in favor of vs 319 opposed.

Thanks for playing, and good luck in these final hours. 🫡

🔁 **Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 27

Seeing a lot of bloodshot eyes around the club, and know many of you have been grinding hard since Friday.
So we're asking: Should we end the BAYC x MAYC Mobile Game Competition 24-hours early? We're putting it to a community vote in the Discord: discord.gg/bayc

Hey @everyone,

Been seeing a lot of bloodshot eyes in the club and know many of you have been grinding hard since Friday on the BAYC x MAYC Mobile Game competition. While we had always planned to do a 7-day game, we wanted to give the community the option to end the contest 24 hours earlier (on Thursday, Jan 27th at 7pm ET). So, we're putting it to a community vote right here in the Discord.

Please check out #mobile-game-poll (a member's-only channel) and vote whether you want to end the competition 24 hours early or not.

The poll will close at 12pm ET on Thursday, Jan 27th, and the fate of the competition will be decided.

🖐 82   ❤ 47   👀 31   🔥 28   😺 24   🎮 20
🐶 13   ✏ 17   🗡 17   🍺 14   ✌ 13   🎵 13
🔫 11   🍎 14   🎯 13   🎲 9   🔮 11   — 11   ✏ 9
🎮 8

💬 88        🔁 105        ♡ 595        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 27

Seeing a lot of bloodshot eyes around the club, and know many of you have been grinding hard since Friday.
So we're asking: Should we end the BAYC x MAYC Mobile Game Competition 24-hours early? We're putting it to a community vote in the Discord: discord.gg/bayc

Hey @everyone,

Been seeing a lot of bloodshot eyes in the club and know many of you have been grinding hard since Friday on the BAYC x MAYC Mobile Game competition. While we had always planned to do a 7-day game, we wanted to give the community the option to end the contest 24 hours earlier (on Thursday, Jan 27th at 7pm ET). So, we're putting it to a community vote right here in the Discord.

Please check out #mobile-game-poll (a member's-only channel) and vote whether you want to end the competition 24 hours early or not.

The poll will close at 12pm ET on Thursday, Jan 27th, and the fate of the competition will be decided.

🖐 82   ❤ 47   👀 31   🔥 28   😺 24   🎮 20
🐶 13   ✏ 17   🗡 17   🍺 14   ✌ 13   🎲 13
🔫 11   🍎 14   🎯 13   🎲 9   🔮 11   — 11   ✏ 9
🎮 8

💬 182        🔁 150        ♡ 791        ⬆



←    Q   from:@BoredApeYC           ...

Top     **Latest**     People     Photos     Videos

......... ..... g y ... ...... .. ... ....... g... y.. ..... ... ... ..... .
mail address that you used in registration.

♡ 6     ↻ 9       ♡ 93       ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 21     ...
You can get in and mess around as a guest, but at 7pm ET, you will receive a
pop-up instructing you to make an account for the game, and the
competition will be live.

Some important stuff! 🔔 ➕

♡ 5     ↻ 3       ♡ 44       ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 21     ...
🔳 Good afternoon! The Apes vs Mutants mobile game competition will
begin promptly at 7pm ET (two hours from now). The game can already be
downloaded:
-iOS Apple App Store: apps.apple.com/us/app/apes-vs...
-Google Play Store: play.google.com/store/apps/det...
-Android APK: apes-apk.s3.amazonaws.com/0.4.64v1.apk

♡ 67     ↻ 164       ♡ 483       ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 21     ...
Hell yeah Snoop, LFG! See you in the DMs. 🐵🐕🔥

> 🐾 **Snoop Dogg** ✓ @SnoopDogg · Jan 21
> The Bored Ape Yacht Club is a cultural juggernaut!! Ya digg! They are
> bringing tech n media 2gether. They need holler and bring me on the
> advisory board so we can elevate this game to the next level.
> @BoredApeYC #Snoopverse #Bayc

♡ 393     ↻ 826       ♡ 4,969       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 21     ...
And... we're live on the App Store! Should be live on the Google Play Store
in a few hours. Reminder that the contest won't start until 7pm ET
tomorrow; users will get prompted to make an account then and everything
will reset. Good luck apes! 🐵🔥⬆

> 🦍 **Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20
> 🔳 Quick reminder that registration for the Apes vs Mutants mobile
> game competition closes out at 11:59pm ET tonight. 🐵🐕🔥
> Show this thread

♡ 70     ↻ 140       ♡ 634       ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20     ...
Please check out our Discord announcements channel (discord.gg/bayc)
for more info. Good luck and have fun everyone! 🐾

♡ 15     ↻ 13       ♡ 127       ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20     ...
Once the game is available on the stores, users will be able to jump in and
mess around as guests, but the competition and leaderboard will not begin
until 7pm ET tomorrow as planned. Anyone can play, but only registered
Apes and Mutants will be eligible for additional benefits.

♡ 11     ↻ 27       ♡ 169       ⬆

Show this thread

**JTX-1302.00429**           YUGALABS_00014563



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20

There's no way for us to dictate the exact moment the game is available for download, and we also need to give the game time to be indexed and propagate across all the iOS Apple App and Google Play stores all over the world.

♡ 1          ↻ 6          ♡ 98          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20

Also, heads up: the mobile game may be available as soon as 7pm ET tonight on the iOS Apple App and Google Play stores.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20

🔲 Quick reminder that registration for the Apes vs Mutants mobile game competition closes out at 11:59pm ET tonight. 🏁 🐵 ☠

♡ 120          ↻ 198          ♡ 1,069          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 20

👀

🔵 **Twitter Blue** ✓ @TwitterBlue · Jan 20

gm!

You asked (a lot), so we made it. Now rolling out in Labs: NFT Profile Pictures on iOS

Show this thread

0:56 · 9.5M views

♡ 94          ↻ 254          ♡ 2,282          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 15

Registration will close at 11:59pm ET on Thursday, January 20th. The game will go live on Friday, January 21st, and the 7-day competition will kick off then!

Check our Discord announcements channel for more info:

discord.com
**Discord - A New Way to Chat with Friends & Com...**
Discord is the easiest way to communicate over voice, video, and text. Chat, hang out, and stay ...

♡ 35          ↻ 63          ♡ 297          ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 15

OK, everyone - let's try this again!
Registration for the BAYC x MAYC Mobile Game Competition is now live (again) at: boredapeyachtclub.com/#/apesvsmutants . Note, the previous registration has been scrapped. You will need to re-register for the game if you did so previously.

0:33  172.1K views

◯ 719          ⟲ 1,217          ♡ 3,409          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 13

Stoked to announce that we have a toy in the works with the wizards over at @superplastic 🪄🔮🧙

**SUPERPLASTIC** ✓ @superplastic · Jan 13
BORED APE YACHT CLUB x SUPERPLASTIC toys dropping soon.
@BoredApeYC

⚡**SUPERPLASTIC**⚡
×
**B A 💀 Y C**

◯ 363          ⟲ 992          ♡ 3,404          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jan 12

Replying to @worldofwomennft and @guyoseary
Big congrats to @guyoseary and the @worldofwomennft team! We're excited to see your success and growth continue in the NFT world. 🪄🔮
🔺

◯ 37          ⟲ 160          ♡ 793          ⬆

**JTX-1302.00431**                    YUGALABS_00014565



**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 31, 2021 · · ·
Happy New Year, apes! Thank you for making 2021 incredible. Here's to the club having an even better 2022. 🎉🐵🥂

○ 795          ↻ 1,221          ♡ 8,832          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 23, 2021 · · ·
Hey apes, we're still working on things with Apple - the BAYC x MAYC mobile game should be up and running in about four weeks. In the meantime, happy holidays to you all and your families. Q1 is going to be insane.
🎉🐵🥂

○ 422          ↻ 961          ♡ 5,960          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 17, 2021 · · ·
We're on the line with Adidas and PV seeing if we can help.

> 🔵 **adidas Originals** ✓ @adidasoriginals · Dec 17, 2021
> Early access is not closed but minting has been paused while the developers investigate issues with Mutant Ape Yacht Club not being able to mint.
>
> We will update you as soon as we can.
>
> Show this thread

○ 193          ↻ 190          ♡ 1,587          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 15, 2021 · · ·
Replying to @emmaaaleeeee and @bejado
congrats 💜🐵

○ 2          ↻ 2          ♡ 20          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 13, 2021 · · ·
Very stoked to share that we've been working with the gigabrains over at @animocabrands on a p2e game. Can't wait to show more. 🎉🐵🥂

BA🐵YC                                                    animoca
                                                          BRANDS

animocabrands.com
Bored Ape Yacht Club and Animoca Brands join forces to make blockc...
Animoca Brands and Bored Ape Yacht Club (BAYC) today announced a partnership to develop and publish a blockchain game utilizing BAYC's...

○ 1,668          ↻ 2,438          ♡ 7,230          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021 · · ·
When we started working on the BAYC, we wanted to make an NFT where owning the token would allow you to collaboratively draw a dick on a digital bathroom wall. Pretty wild to think about that sometimes, given where we are. 🎉🐵🥂

○ 99          ↻ 246          ♡ 1,260          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Dec 7, 2021 · · ·
This is by no means a comprehensive list. There are innumerable apes in the community who contribute to this club every day, and a lot of others made a difference behind the scenes. It would be impossible to highlight every single person here, but we're grateful.

○ 15          ↻ 18          ♡ 514          ⬆

Show this thread



**Bored Ape Yacht Club** @BoredApeYC · Dec 7, 2021
Master of puzzles @greggliska stumped the world for a good 24 hours in our interactive treasure hunt, which was programmed by @bad_wolf_inc.

○ 3          ⇄ 10          ♡ 379          ⬆

Show this thread

🔍 from:@BoredApeYC                                          ···

Top        **Latest**        People        Photos        Videos

○ 4          ⇄ 12          ♡ 383          ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Dec 7, 2021
Shadowy super coders @0xKiwi_ and @0xWave have always been down to lend a hand for any sticky technical issues. Our community managers @lowbellie and @NGBxShpend are the best in the biz, and are incredible at what they do.

○ 9          ⇄ 34          ♡ 474          ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Dec 7, 2021
Some are still on the team today, while others are out there fucking killing it on other projects. The BAYC logo designer is staying a secret agent for the moment, but @1B0Oseandotcom helped dip it all in slime for MAYC.

○ 4          ⇄ 13          ♡ 434          ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Dec 7, 2021
We want to start with the incredible team of artists behind BAYC: @_migwashere, @allseeingseneca, @ThomasDagley, who crafted the apes along with two secret agents. During MAYC, the brilliant @Lovens joined in. Each of them is amazing.

○ 52          ⇄ 164          ♡ 812          ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Dec 7, 2021
The holidays have us a bit introspective over at the club. This year has been wild and we wanted to take a breath to shout out some of the people who have helped make the club what it is today.

○ 299          ⇄ 451          ♡ 3,358          ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Dec 6, 2021
Replying to @wilklee and @kurvil
congratulations! 💜 🙌

○ 5          ⇄ 3          ♡ 151          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Dec 6, 2021
Rugged by Apple. Competition start has been delayed. Sorry, apes.

Hey @everyone , unfortunately the mobile game competition start has been delayed. T put it short, our game got rugged by Apple. We have had the game previously approved for TestFlight for weeks without issue, and they have provided 0 explanation for the cause of the takedown.

We are working on a solution, and will stay in touch with the community on the new expected start date/time for the game, but it will likely be Tuesday at the earliest. Sorry everyone. Put away your redbulls for now. We'll share more details as we can.

○ 388          ⇄ 577          ♡ 3,057          ⬆

**JTX-1302.00433**                    YUGALABS_00014567



YUGALABS_00014568



YUGALABS_00014569



**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 28, 2021
/// • •

○ 1,498          ⇅ 4,450          ♡ 24.3K          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 28, 2021
Replying to @LadyApeFundy and @FundyApe3659
Happy Anniversary! ❤️

○ 5          ⇅ 1          ♡ 51          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 16, 2021
BAYC x MAYC Mobile Game Competition - a 10-day member's only event.
Soon. 🎮🐵🏆

0:33  461.8K views

○ 1,260          ⇅ 3,015          ♡ 8,656          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Nov 16, 2021
Congrats to the new owners of the @RollingStone x BAYC/MAYC Covers, @SaintBayview and @Jmogul21!

Winning bids were 100 ETH and 47 ETH respectively.

Stoked to have these first-ever @RollingStone NFT covers out in the wild. Truly historic.

○ 68          ⇅ 129          ♡ 942          ⬆

**JTX-1302.00436**          YUGALABS_00014570



← | Q from:@BoredApeYC | ...

Top | **Latest** | People | Photos | Videos

@CryptoGeisha
@claire_salvo
@Dario_Desiena
@TimpersHD
@jenevaNFT

○ 17    ⟳ 21    ♡ 198    ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 16, 2021    ...
Last minutes ticking down on the two @RollingStone x BAYC Covers on
@SuperRare. These are @RollingStone's first-ever NFTs, and it was a blast
collaborating with them on these.

BAYC: trib.al/kSI7rEa
MAYC: trib.al/y51mdPJ

○ 17    ⟳ 56    ♡ 398    ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 15, 2021    ...
Welcome to the BAYC, @PostMalone. 🍸🐵🍺

> youtube.com
> Post Malone, The Weeknd - One Right Now
> Official music video for Post Malone and The
> Weeknd's single "One Right Now" - available ...

○ 181    ⟳ 584    ♡ 2,611    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 15, 2021    ...
Six hours left on the auctions for the two @RollingStone x BAYC NFT
covers! 🍸🐵🍺

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 13, 2021
> Thrilled to have collaborated with @RollingStone on their first-ever NFT
> covers. Auctions for these two 1 of 1's close Monday on @SuperRare:
>
> BAYC: trib.al/kSI7rEa
> MAYC: trib.al/y51mdPJ

○ 46    ⟳ 71    ♡ 545    ⬆



YUGALABS_00014572



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
Auctions for the VIP Charity Dinner at Carbone on 11/6 are up! Shout out to @ohhshiny and his team at DIGITAL for all their work putting this together.

> 🦍 **OhhShiny** @ohhshiny · Nov 2, 2021
> *Ape noises*
> VIP CHARITY DINNER AUCTION IS NOW LIVE!
>
> Profits benefit @RedApes and @ProjectDrawdown. You do not need to own an ape to participate. LETS GO NFT NYC!!!!!
>
> opensea.io/collection/bor...
> Show this thread

♡ 7     ↻ 11     ♡ 115     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
p.s. - We recommend you get there early. We're moving doors an hour earlier to 7pm to make room for one more surprise performance we're squeezing in. You won't want to miss this.

♡ 21     ↻ 26     ♡ 259     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 2, 2021
Hey apes - we're giving out the last warehouse wristbands to everyone who is currently in line, but then we're unfortunately at capacity: 2,000 apes. It's going to be epic. We have some incredible surprise performances lined up. Can't wait to see you all there.

♡ 53     ↻ 91     ♡ 945     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Replying to @niftjon_eth
Yes, that's all you need for the warehouse party.

♡ 1     ↻     ♡ 10     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
If you own an Ape or Mutant and didn't get a warehouse wristband, come by the merch pop-up tomorrow starting at 11am. There will be a separate, expedited line just for warehouse wristbands. There should not be a long wait for this.

♡ 45     ↻ 36     ♡ 551     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
As of now we've given out wristbands to every ape in line. We're doing everything we can to ensure there will not be an absurd line at the warehouse. There shouldn't be. And we can't wait to see you there. Drinks on us.

♡ 21     ↻ 12     ♡ 415     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Apes, we're sorry for the long lines. We're new at this and have been doing our best, pivoting wherever we can to speed things up. It's a monumental effort getting these events together in the era of COVID and we're busting our asses. Thank you for the superhuman patience.

♡ 73     ↻ 89     ♡ 1,481     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Hey apes! All the merch being sold at the pop-up can be ordered and sent to your house so long as you show up in person any time today or tomorrow. You only need to stand in line if you're trying to grab something immediately. Everyone else, come back later when it's chill.

♡ 50     ↻ 68     ♡ 598     ⬆

YUGALABS_00014573



YUGALABS_00014574



**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
First @RollingStone NFT covers. Auctions details to come.

0:10  137.2K views

◯ 215        ⟲ 831        ♡ 4,344        ⬆

Show this thread

← | 🔍  from:@BoredApeYC | ···

Top        **Latest**        People        Photos        Videos

◯ 14        ⟲ 21        ♡ 187        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Bored Apes on the cover of @RollingStone 🐵💀⛵

Our zine collab also features other artists from the NFT community. Excited to finally share this. You can order a copy here:

shop.rollingstone.com
Rolling Stone x Bored Ape Yacht Club Limited-Editi...
Bonded by a shared love of Eighties hardcore and
Nineties hip-hop, the creators of Bored Ape Yacht ...

◯ 114        ⟲ 348        ♡ 1,206        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Thank you for such an incredible night, apes. Wednesday is going to be even better. See you at the merch pop up and the warehouse party. 🐵💀⛵

◯ 80        ⟲ 136        ♡ 1,662        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
Replying to @AirWalk_NFT
We're giving them out until capacity is reached.

◯ 4        ⟲ 2        ♡ 13        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Nov 1, 2021
No more massive lines. Yacht wristbands will be good for entry to the Warehouse Party at Brooklyn Steel on Nov 3. IDs/covid check at the door. Anyone who didn't get a Yacht wristband can claim one at the merch pop-up tomorrow. Happy Halloween, apes. 🐵💀⛵

◯ 86        ⟲ 80        ♡ 730        ⬆

YUGALABS_00014575

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
Looks like we reached capacity for Yacht wristbands with just a handful of apes who waited not making the cut. But the show goes on at Bright Moments and capacity is double for the warehouse. We're going all out for that. #apefest



rdm41.eth | 👤 @RDM_41 · Oct 31, 2021
The @BoredApeYC team is so incredibly thoughtful. Looks like merch was created for everyone who didn't make it on the yacht. Totally impressed! #apefest

♡ 28            ⇄ 38            ♡ 364            ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
If you've gotten a paper wristband with a time-slot on it, you do not need to stay standing in line. Come back during your hour slot and we'll give you a yacht wristband. Miss your hour and we'll be taking standbys though. Purple wristbands are standby only.

♡ 31            ⇄ 30            ♡ 308            ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
Why are we doing this? To break up the crowd and so apes don't have to wait in line for another several hours.
See you tonight friends.

♡ 16            ⇄ 14            ♡ 307            ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
If you get one, come on back to the gallery at your allotted time and we'll give you your real yacht wristband accordingly (we'll do the required COVID and proof of ape check at that time).

♡ 3            ⇄ 9            ♡ 226            ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
We're handing out placeholder, timed wristbands right now to everyone in line. These wristbands have an hour timeslot on them.

♡ 2            ⇄ 8            ♡ 197            ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 31, 2021 ...
Gm & holy shit apes. There's about 700 apes lined up wrapping the block surrounding the gallery on three sides. Despite pulling permits, cops are going to shut this down before noon at this rate. So here's what we're doing:

♡ 82            ⇄ 177            ♡ 1,273            ⬆

Show this thread

YUGALABS_00014576



YUGALABS_00014577



**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29, 2021 ...
@Loopifyyy - With a tease ✦✦

> 🔴 **Loopify** 🎋 @Loopifyyy · Oct 29, 2021
> You probably aren't ready.
>
> Going to leave this here, and you can speculate, a plan that has come
> into fruition.
>
> Soon.
> Show this thread

○ 9    ⟲ 16    ♡ 242    ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29, 2021 ...
@niftypins - The Bored Typist

> 🎭 **Papa Ernesto** 🖌 @papaernesto2207 · Oct 29, 2021
> 📗 Hello @BoredApeYC Fam! I am excited to premier my short film, The
> Bored Typist! 🖌 Check out the film below, then read on how you can
> get it! #BAYC #NFT #NFTs #NFTCollector @BoredApeGazette More
> info below 👇 And ofc appreciate any RT of this thread 🙏
> Show this thread

1:02   15.8K views

○ 7    ⟲ 18    ♡ 271    ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Oct 29, 2021 ...
Incredible to see BAYC members taking full advantage of commercial rights
to their apes.

Some highlights from today:

○ 99    ⟲ 288    ♡ 1,537    ⬆

Show this thread



YUGALABS_00014579



**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 12, 2021 ···
Welcome to the club, @guyoseary ! 🙌🐵🔺

variety.com
Bored Ape Yacht Club Creators Yuga Labs Sign Representation Deal ...
Bored Ape Yacht Club creators Yuga Labs have signed a representation deal with Madonna and U2 manager Guy Oseary.

♡ 103          ↻ 238          ♡ 1,179          ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 9, 2021 ···
Note that this is the same survey that was posted earlier today in the Discord; no need to take it twice.

♡ 5          ↻ 3          ♡ 90          ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 9, 2021 ···
Hey apes! If you're planning on attending Ape Fest, please fill out this survey (gated to BAYC/MAYC) to help with headcount. We want to make sure we're accommodating overflow events/spaces:
mgate.io/go/Ccx1_Z06T8o...

♡ 22          ↻ 50          ♡ 275          ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021 ···
We're assuming scammers will be out in full force looking to trick folks into buying all kinds of phony tokens. If info doesn't come from our official @BoredApeYC or @yugalabs Twitter, it's not us.

Stay safe, apes. It's going to be a wild year.

♡ 71          ↻ 145          ♡ 1,753          ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021 ···
To do this, we're working with @FenwickWest, the legal team that represents many top blockchain projects. We're also partnering with the gigabrains over at @HorizenLabs (creators of $ZEN, recently listed on @CoinbasePro). That's all we can say for now, but one note of warning:

♡ 47          ↻ 234          ♡ 1,360          ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021 ···
So, given that . . . WEN TOKEN?

Well, apes: We're currently looking at Q1 2022.

♡ 42          ↻ 361          ♡ 1,679          ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Oct 8, 2021 ···
Not to mention thoughtfully craft dope utility and governance, benefit our club members, and bring the BAYC ecosystem to a much wider audience.

For the sake of our members and the broader NFT community, we want to do this in a sound way.

♡ 10          ↻ 51          ♡ 1,011          ↥

Show this thread

YUGALABS_00014580



YUGALABS_00014581



**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
Looks like the apes have NOT been leaving Jimmy's crate tf alone.

> **xeta** @XetaDcl · Sep 16, 2021
> Jimmy's ready to dive into the #metaverse with his mech suit ⚙⚙
> @BoredApeYC @decentraland @dapp_craft #BAYC #Decentraland
> #NFT #JIMMY

♡ 12          ⟲ 25          ♡ 185          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
Who wore it better?

> **Jay** @BitBoyJay · Sep 16, 2021
> We wouldn't be here without @BoredApeYC Now it's your time to suit
> up Founders! #SUITSON4CHRISTIES #BAYC

♡ 87          ⟲ 103          ♡ 815          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 16, 2021
We clean up nice. 🍸

♡ 425          ⟲ 332          ♡ 2,676          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 15, 2021
Replying to @ProbCause
Huh, maybe we can help. DM us your size.

♡ 15          ⟲ 9          ♡ 169          ⬆

JTX-1302.00448                    YUGALABS_00014582



YUGALABS_00014583



YUGALABS_00014584



**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 5, 2021

cnn.com
Remember NFTs? They're back, big time | CNN Business
Plenty of ink was spilled earlier this year when investors, hobbyists and art enthusiasts started frantically buying up non-fungible tokens, or ...

○ 169        �17 570        ♡ 2,518        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 4, 2021
We had a shitload of winners (and def plenty of dirty cheaters). If you're unable to claim a POAP and believe you should be able to, email us with your ETH address to mutantgame@yugalabs.io . We'll cross reference and add you if there's an issue. Submissions close after 3 days.

○ 105        �17 28        ♡ 283        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 4, 2021
Those who were victorious against THE MUTANT APE and submitted their ETH address prior to midnight ET on 8/31 can now claim their POAP. Just submit your wallet address below.

poap.delivery/the-mutant-ape...

**Bored Ape Yacht Club** ✓ @BoredApeYC · Sep 1, 2021
Midnight ET tonight is the last chance to defeat THE MUTANT APE arcade game and receive a POAP for your efforts. Help Curtis escape the MAYC sewers!

2dengine.com/mutantarcade/

POAPs go out tomorrow.

○ 204        �17 140        ♡ 684        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 30, 2021
Replying to @DuncanRogoff
@woundedpixel your boards are everywhere!

○ 2        �17 1        ♡ 12        ⬆

YUGALABS_00014585



**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 30, 2021
Gave this interview back in July, so cool to see it in the magazine! Thanks @blockjournal

🅱 **Block Journal** @blockjournal · Aug 28, 2021
🦍 Planet of the Bored Apes is now available!

This month features an interview with the creators of one of the hottest NFTs: @BoredApeYC!

Download and read FREE at: blockjournal.io

○ 19     ⇄ 28     ♡ 210     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021
Work-in-progress renders BAYC x MAYC, by @polygonalmind

○ 77     ⇄ 235     ♡ 1,010     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021
Roadmap Update #6

○ 207     ⇄ 358     ♡ 1,534     ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021
Apes - THANK YOU. What an insane night. We feel incredibly blessed to be a part of this community.  And to all the new Mutants in the club: WELCOME.

Tomorrow its back to building. 🔨

○ 279     ⇄ 356     ♡ 3,029     ⬆



**Bored Ape Yacht Club** @BoredApeYC · Aug 29, 2021 · · ·
Ape Mutation is live on the site! Clear your cache or do a hard refresh if necessary. If you own a Bored Ape and a Mutant Serum, you can burn the serum to create a mutant ape. Remember that a Bored Ape can only use a serum of each type once.

> boredapeyachtclub.com
> **Bored Ape Yacht Club**
> A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

○ 33          ⟲ 43          ♡ 227          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021 · · ·
Working on the reveal and getting serum mutation set up. Less than 1 hour looks like.

○ 50          ⟲ 82          ♡ 678          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021 · · ·
Holy fucking shit, apes. Sold out. Thank you!!!!

Anyone have leads on bar space in Miami? Will need to be animal friendly.

○ 287          ⟲ 331          ♡ 3,734          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021 · · ·
The second way to acquire a Mutant is via the public sale. Please note - All Mutants will remain unrevealed until after the sale concludes to ensure a randomized distribution.

○ 42          ⟲ 41          ♡ 287          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 29, 2021 · · ·
There are two ways to acquire a Mutant. The first is by MUTATION - exposing a Bored Ape to a vial of Mutant Serum. There are three tiers of Mutant Serum - M1, M2, and Mega Mutant. MUTATION will begin after the public sale concludes.

GIF

○ 33          ⟲ 56          ♡ 355          ⬆

Show this thread

**JTX-1302.00453**          YUGALABS_00014587



**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021
Strange noises can be heard from the basement of the club. The clinking of glass and the turning of gears . . .

The Mutant Ape Yacht Club is now live. 🔧

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

○ 146    ↺ 315    ♡ 1,108    ⬆

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 29, 2021
Serum Airdrop is complete. If you aren't seeing your serums on OpenSea, check Rarible. They will still work regardless of it showing on OpenSea or not.

Launching within the hour. Sorry for the hiccup.

○ 84    ↺ 163    ♡ 1,034    ⬆

Q  from:@BoredApeYC

Top    **Latest**    People    Photos    Videos

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021
Airdrop hit a snag. We're fixing it. Will have to push back launch by a little bit. Hang in there apes.

○ 149    ↺ 179    ♡ 1,384    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021
📸 Snapshot of all Bored Apes complete. Airdrop of Mutant Serums will commence between 4:30 and 5pm ET.

○ 225    ↺ 394    ♡ 1,750    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 28, 2021
MAYC TOMORROW 8/28/21
📸 Snapshot at 4pm ET of all Bored Apes (NOTE: No benefit to dispersing apes around to multiple wallets!)
🧪 5pm ET - Airdrop of Mutant Serums (random distribution generated via Chainlink VRF)
🚀 Launch at 6pm ET

○ 319    ↺ 948    ♡ 2,308    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 24, 2021
Fuck it. Mutants Saturday.

○ 741    ↺ 1,962    ♡ 6,027    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 22, 2021
Finally verified. We made it, apes. 🎉 🐵 🍾

○ 341    ↺ 744    ♡ 6,542    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 21, 2021
Heads up apes, there's a fake instagram posing as us and scamming people. @instagram won't verify us or take the scam account down. Stay safe.

Our only official instagram page is instagram.com/boredapeyachtc...

○ 30    ↺ 83    ♡ 343    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Aug 21, 2021
. @thehundreds will go live with their own colorway at the same time, which will be open to the public. Hit up our Discord announcements for more details.

○ 4    ↺ 8    ♡ 65    ⬆

Show this thread



YUGALABS_00014589



YUGALABS_00014590



**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 11, 2021
Stay safe apes. We will never DM you links like this. We will never ask for your seedphrase.

> **BBA.eth** @ape6743 · Aug 11, 2021
> Someone is impersonating @BoredApeYC on Discord and trying to scam people.
>
> I REPEAT THIS IS A SCAM. DON'T CLICK.
>
> Ape Yacht Club
> Ape Yacht Club News!
> BAYC Community, we want to celebrate the amazing rise of Bored Apes in the NF
> ve away 20 Bored Apes on our website https://boredapeyachtclub.cc/
>
> ne has a small chance to claim one, so what are you waiting for!
>
> ed Ape Yacht Club
> miled NFT collection where the token itself doubles as your
> mbership to a swamp club for apes. The club is open! Ape in
> n us.

💬 13     🔁 79     ♡ 207     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 10, 2021
Replying to @domain
Hey we don't own that domain, but if you know who does DM us.

💬 8     🔁 6     ♡ 48     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 9, 2021
Good afternoon, apes. We just donated 66.45 ETH (~208k USD) to Orangutan Outreach - @redapes - via @TheGivingBlock. Thank you all! 🦧

> etherscan.io
> Ethereum Transaction Hash (Txhash) Details | Ethe...
> Ethereum (ETH) detailed transaction info for txhash
> 0xf9af1dce89d541da6fd01d31a70af48bb29d62c...

💬 62     🔁 296     ♡ 857     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 8, 2021
👟 ✦ 👟

> 👟 **RTFKT** ✓ @RTFKT · Aug 8, 2021
> 🦍🔺🔧

💬 80     🔁 125     ♡ 588     ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 7, 2021
Huge thank you to @decentraland and @DecentralGames for all their work making this is an incredible event. We had over 1,200 attendees! Shout out to @polygonalmind for creating the wearables as well.

💬 2     🔁 14     ♡ 95     ⬆

Show this thread



**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 7, 2021 · · ·
Thank you to all who joined us for the Riverboat opening last night in DCL!
The top 100 scorers in the free play event have each been airdropped a
Captain's Hat wearable, and the grand prize winner has received a 1/1 Skull
Crown and 1 LAND! 🎩 💀 ⛰️

market.decentraland.org/contracts/0xbf...

○ 18          ⇄ 51          ♡ 358          ⬆️

Show this thread

🔍  from:@BoredApeYC                                      · · ·

Top          **Latest**          People          Photos          Videos

play.decentraland.org
Decentraland
Decentraland is a virtual social platform built and governed by its users.
Every day, users enter the world to meet up, play games, attend live ...

○ 13          ⇄ 33          ♡ 156          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 6, 2021 · · ·
Busy day, apes! Merch drop in under an hour -- BAYC members can access
the drop by visiting our site at 1pm EST. After verifying you have an ape, you
will receive a one-time-use password and link to the drop. More details in
the Discord Announcement.

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

○ 20          ⇄ 66          ♡ 209          ⬆️

**JTX-1302.00458**                              YUGALABS_00014592



**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 4, 2021
Replying to @cobie
We offered it to you during pre-sale. And because of that, we're happy to still give to you. DM us.

♡ 18          ⟲ 8          ♡ 112          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 4, 2021
The drop will function basically the same as the first one; the site will be gated to BAYC members, and you'll need to have your ape on a metamask wallet to access the drop.

♡ 10          ⟲ 14          ♡ 164          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 4, 2021
We wanted to take a moment to shout out the independent artists who worked under our art direction to create the BAYC: @chloeyeemay, @migwashere2, and @thomasdagley. The two other artists have preferred to remain secret agents. They are all 😎

♡ 92          ⟲ 187          ♡ 821          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2, 2021
Join us Friday, August 6th for the grand opening of the BAYC Riverboat Casino in @Decentraland! Festivities begin at 6pm EST and include an epic (play money) poker tournament powered by @DecentralGames. 🃏 🐵 ⛴️

events.decentraland.org
BAYC Riverboat Casino - Grand Opening | Decentraland Events
Come on down to the Bored Ape Yacht Club Riverboat Casino!

♡ 90          ⟲ 322          ♡ 822          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 2, 2021
Thanks, mom. 🃏 🐵 ⛴️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Aug 1, 2021
Unreal. Thank you, apes! 🃏 🐵 ⛴️

| (C-721) | |
|---|---|
| pply: | 10,000 BAYC ⓘ |
| | 5,001 |
| | 35,053 |

♡ 85          ⟲ 296          ♡ 889          ⬆️

YUGALABS_00014593



YUGALABS_00014594

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 27, 2021
The NFT doubles as your access to pre-order a limited edition BAYC x round21 physical basketball. The sale is open through August 4th.

Get your password to the drop here:

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

○ 17          ⟲ 48          ♡ 184          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jul 27, 2021
Got a Club Dog? 🐕 Check your wallet. ••

We've partnered with @weareround21 to send every wallet holding a BAKC doggo a special basketball NFT 🏀



0:11  34K views

○ 97          ⟲ 356          ♡ 765          ⬆

Show this thread

YUGALABS_00014595

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 23, 2021
Congrats to all the challengers! And sorry for tomorrow. 🧟



**wave** @0xWave · Jul 23, 2021
The first annual @BoredApeYC death nut challenge was a resounding
success, and I have the sore tongue and stomach pain to prove it

Jokes aside, the #BAYC community is absolute 🔥 and I love how many
people participated in this dumb challenge I proposed

BAYC
DEATH NUTS · BORE ME
7.22.21

💬 9          ↻ 23          ♡ 160          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 23, 2021
Tonight, in the BAYC Discord @ 9 PM EST, join us for the Death Nut
Challenge. Participants in the challenge will be awarded this POAP. Proceed
at your own risk, you don't have to go all the way for the POAP. You can't
enjoy the POAP if you die. 🫠🔥

poap.gallery
BAYC Death Nut Challenge 2021
[ Supply: 27 ] The Bored Ape Yacht Club has
decided to prove our masochism to the world by ...

💬 34          ↻ 41          ♡ 148          ⬆



YUGALABS_00014597



**Bored Ape Yacht Club** @BoredApeYC · Jul 15, 2021
We're hiring! Looking for a community / social media manager to join up and help grow the club. We're still gonna party with you all in Discord all the time, but want to spend even more time building. Please DO NOT DM US, just apply via the portal.

angel.co/company/yuga-l...

♡ 23      ↻ 76      ♡ 323      ⬆

**Bored Ape Yacht Club** @BoredApeYC · Jul 14, 2021
Disclaimer - We think this might be horribly irresponsible and may have health implications, so we can't recommend anyone participate. But it's a great opportunity to listen to the BAYC devs cry/puke. This is the one we're trying:

★★★★★ 738

amazon.com
BLAZING FOODS DEATH NUT CHALLENGE (DEATH NUT CHALLENG...
The All-New Death Nut Challenge Version 3.0 You asked for it so we delivered. New peppers, improved flavor variations, triple the peanuts, ...

♡ 4      ↻ 11      ♡ 71      ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Jul 14, 2021
Lord of Chaos, @OxWave , has convinced a number of BAYC members to attempt the 🔥 DEATH NUT CHALLENGE 🔥 (v 3.0). A number of us will be ruining our digestive tracts together on the Discord voice chat - scheduled for Thursday, 7/22, at 9pm EST. 😵 🍑 🔺 🔥 ✏

♡ 29      ↻ 62      ♡ 241      ⬆

Show this thread

**Bored Ape Yacht Club** @BoredApeYC · Jul 12, 2021
Ya'll wild 😭

**friesframe** 🍟 📺 ❗ @friesframe · Jul 12, 2021
Gilbert Godfried on the Bored Ape Yacht Club - you can tell how passionate he is about this project
Show this thread

1:25   25.8K views

♡ 13      ↻ 61      ♡ 288      ⬆



**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 10, 2021

Hey apes, if you're planning on going to the Aped LA event on July 31st, they've asked for attendees to fill out this form so they can get a headcount. 🐵🦍⚠️

> 🦍 **APED** @APEDcollective · Jul 10, 2021
>
> Hello Apes! 🦍
>
> In order for us to make sure the event will run as smoothly as possible, we'd like to ask all of you to fill out this very quick survey that will allow us to gauge how many of you will be in attendance! ✨
>
> docs.google.com/forms/d/1htL1D...

💬 5    🔁 25    ♡ 143    ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 10, 2021

Replying to @bobbyhundreds

🦍🦍

💬 11    🔁 5    ♡ 77    ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 10, 2021

Quick update - The process for requesting an edit to the bandana is live on the BAKC site. boredapeyachtclub.com/#/kennel-club

💬 8    🔁 8    ♡ 52    ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 9, 2021

Happy Friday, Apes! We just got our @OpenSea trading fees for the BAKC collection, which means we just donated 11.5 ETH (~$24k) to charity via @TheGivingBlock . 😎

5.75 ETH to @Lola_ya_Bonobo 🦧- etherscan.io/tx/0x20fb4524b...

5.75 ETH to @redapes 🦧- etherscan.io/tx/0x4eb2714de...

💬 37    🔁 171    ♡ 531    ↥

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 9, 2021

° @Loopifyyy

💬    🔁    ♡ 12    ↥

Show this thread

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jul 7, 2021

Coming soon to @decentraland 🐵🦍⚠️

💬 120    🔁 392    ♡ 1,486    ↥

**JTX-1302.00465**                    YUGALABS_00014599



YUGALABS_00014600



←    Q   from:@BoredApeYC     ···

Top    **Latest**    People    Photos    Videos

funds through @TheGivingBlock

○ 76    ⟲ 282    ♡ 929    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 24, 2021    ···
Announcing a new BAYC community grant awardee: @themonarch00 AKA Stu has been spreading BAYC awareness in his "mayoral campaign" with billboards. We're providing a fresh $3k in funds for Stu's new campaign which will allow any club member potential access to billboards in Vegas.

   🏆 **TheMonarch** 🖌 @themonarch00 · Jun 19, 2021
   BILLBOARD PROJECT UPDATE: Bad/Good/Great news

   Bad news: Couldn't get a billboard in Vegas
   Good news: So we got FOUR billboards in Vegas
   Great news: And TEN digital bus shelters on the Strip

   Go get your ape (& dog) up there. Details attached. @BoredApeYC

   opensea.io/collection/the...

   The Adventures of
   **BORED STU PROJECT**
   **BILLBOARD PROJECT #1**     **Vegas Baby!**

   THE PRIZES
   · Prize #1   Your Ape featured on FOUR billboards in Las Vegas
   · Prize #2   Your Ape featured on a digital bus shelter on the Las Vegas Strip

   DETAILS

○ 27    ⟲ 58    ♡ 250    ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Jun 22, 2021    ···
Love this initiative from one of our community members. 🦍🐕🔺

   🔵 **crypt0jack.eth** @0xjck · Jun 22, 2021
   🟥 Sandbox build reveal tonight 🟥

   Announcing some big plans for a Bored Ape Community Space in the Sandbox tonight.

   If you want to take your ape project into the metaverse watch tonight for some big announcements.

   #BAYC #BoredApeYachtClub
   Show this thread

○ 9    ⟲ 18    ♡ 162    ⬆

**JTX-1302.00467**       YUGALABS_00014601



YUGALABS_00014602

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 18, 2021 ···
The Bored Ape Kennel Club is made up of 10k Club Dog NFTs. They're not for sale but free to claim (you just pay gas). Any royalties we accrue on secondary sales will be donated to charity.

Let's rescue some dogs, apes. 🐕 🐶 ⛲



♡ 54     ↻ 125     ♡ 602     ⬆

Show this thread

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 18, 2021 ···
It can get lonely in the swamp sometimes. That's why every ape should have a four-legged companion. And why we're offering up a dog for adoption to every single member of the BAYC – for free.



♡ 31     ↻ 157     ♡ 561     ⬆

Show this thread



YUGALABS_00014604



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 17, 2021          ···
Excited to see Jenkins' tale take shape -- great community project from one of our grant awardees.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 16, 2021          ···
Spent the morning going through old files and found these early concept sketches from when we were first formulating the club. Hard to believe it's only been a month and a half since we launched. 🐵💀

○ 103          ⇄ 218          ♡ 1,267          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 15, 2021          ···
Announcing the first awardees of the BAYC Community Grant Program! 🦍
🔵💀

boredapeyachtclub.medium.com/bayc-community...

○ 34          ⇄ 141          ♡ 383          ⬆

**JTX-1302.00471**

YUGALABS_00014605



Q   from:@BoredApeYC

Top        **Latest**        People        Photos        Videos

Alright guys, I said I'd do it, I did • •

♡ 27        ⇄ 43        ♡ 387

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 3, 2021
Roadmap Update #4 from the BAYC Discord

discord.gg/bayc

♡ 13        ⇄ 49        ♡ 155

**Show this thread**

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 3, 2021
Replying to @dafky2000
Hey thanks, we were just talking about this. Obviously, we're never going to call that function again and we're planning on revoking ownership in the next day or two.

♡ 39        ⇄ 49        ♡ 134

YUGALABS_00014606



**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 2, 2021
All love from the swamp. 💙 🐸 🐵 🔺

> **danny_p3d** @danny_p3d · Jun 2, 2021
> After all is said and done. We still friends @beeple 💙
>
> @BoredApeYC #BoredApeYachtClub #ApeTogetherStrong #ape600 #meebitsVsBayc

**Bored Ape Yacht Club** ✓ @BoredApeYC · Jun 1, 2021
What have you apes done? 🐵 🐵 🔺

| | | |
|---|---|---|
| 🔵 Bored Ape Yacht Cl... Ξ 1,952.51 | | 539.21% |
| 🔴 CryptoPunks | Ξ 1,875.63 | -27.17% |
| ⚪ Sorare | Ξ 1,006.23 | 17.85% |

💬 135   🔁 260   ♡ 1,179   ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 31, 2021
Unattended children at the club will be given caffeinated bananas. 🍌🍌 🐵

> **Ape Kids Club** @ApeKidsClub · May 31, 2021
> Look!!! what I found myself when I was in Bored Ape kid club.
> I was dreaming to be a president.... but what I'm now is looking for a job.....@BoredApeYC
> Show this thread

💬 10   🔁 21   ♡ 200   ⬆

YUGALABS_00014607



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 31, 2021
Replying to @RTFKT and @RTFKTstudios

GIF | ALT

○ 5          ↻ 12          ♡ 75          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 31, 2021
What a crazy day! To all the new club members: Welcome to the BAYC!

**BBA.eth** @ape6743 · May 31, 2021
It actually happened. @BoredApeYC did more sales volumes in the last
24H than any other NFT project including CryptoPunks.

#BAYC #BoredToDeath
Show this thread

| | 24 hours | 7 days | 30 days | All-time | | |
|---|---|---|---|---|---|---|
| | Product | | | | Sales | Change (24H |
| 1 | 🐵 Bored Ape YC | | | ♦ | $1,094,441 | ▲ 379.26% |
| 2 | 🟣 CryptoPunks | | | ♦ | $1,080,226 | ▲ 79.91% |
| 3 | 🏀 NBA Top Shot | | | F | $578,416 | ▼ 23.57% |
| 4 | ◉ Sorare | | | ♦ | $254,500 | ▲ 20.80% |
| 5 | R Planet | | | ⊝ | $226,627 | ▼ 11.67% |
| 6 | V Veefriends | | | ♦ | $224,984 | ▲ 153.36% |

○ 48          ↻ 107          ♡ 506          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
We're working hard tonight on the member only surprise for next week.
But we hear these unofficial ape party twitter spaces are bananas!

**AN°N** @anonscontent · May 30, 2021
twitter.com/i/spaces/1BRKj...

Get ready for the most Boring Party of our Ape lives!

"All A-Bored!"

○ 11          ↻ 28          ♡ 210          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021
A wild week in the swamp! Thanks for the recap @Accumul80r

**accumul8.eth** @Accumul80r · May 30, 2021
All Apes

Here is this week's recap! A lot has happened in this last week, so
here's a list of the highlights!

Thread
Show this thread

○ 2          ↻ 3          ♡ 80          ⬆

**JTX-1302.00474**                    YUGALABS_00014608



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021

Replying to @DylanMayoral_ @zenft_ and @securethedub

If that's the case, cool. We didn't read it as that clear. It read to us like a collab announcement.

♡ 2    ⟲    ♡ 6    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021

Replying to @zenft_ and @securethedub

Not cool for you to be announcing a collab with us when we've never interacted before.

♡ 2    ⟲ 1    ♡ 5    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021

Looks like we've found our first @TheSandboxGame Clubhouse builder. 👏👏

> 🔵 **Zon** @zon_web3 · May 29, 2021
>
> Was so hyped by the sandbox land so I made something @BoredApeYC
>
> #BAYC #NFTCommunity #apestogetherstrong

♡ 20    ⟲ 49    ♡ 340    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021

Sold Out! 🚣 🔵 ⛵

520 items in 6 minutes!

A month ago 520 seemed reasonable. Then we jumped up 2k owners! Next drop in the works, with more quantity.

Next Roadmap 1.0 milestones:

- Member's Only 5 ETH Treasure Hunt
- Breeding

Next week, get ready for a Member's Only surprise

♡ 80    ⟲ 161    ♡ 515    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 30, 2021

Drop is live!

Get your one-time password if you haven't already and then click "View the Merch." You will be prompted for your password on the next site.

If the "Buy Ape Merch" button doesn't load on webstore, trying clearing your cache and refreshing.

| | |
|---|---|
| 🖼️ | boredapeyachtclub.com<br>Bored Ape Yacht Club<br>A limited NFT collection where the token itself doubles as your membership to a swamp club for ... |

♡ 33    ⟲ 13    ♡ 70    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 29, 2021

30 minutes until the BAYC merch drop! 🚣 🔵 ⛵

♡ 18    ⟲ 19    ♡ 157    ⬆

YUGALABS_00014609



YUGALABS_00014610



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 28, 2021
Details on tomorrow's merch drop at 6pm EST.

○ 21        ↻ 54        ♡ 179        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 27, 2021
Replying to @AFuckingNobody and @AnOnym0usNobody
Banana

○ 3        ↻ 1        ♡ 23        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 25, 2021
📞⚡

> **RTFKT** ✓ @RTFKT · May 25, 2021
> 📞🔘

○ 25        ↻ 46        ♡ 198        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 24, 2021
Sneak peek at one of the items in the member's-only merch drop going live
Saturday at 6pm EST. ✖✖

Thanks @smplfd !

0:20   23.2K views

○ 100        ↻ 171        ♡ 667        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 24, 2021
We're still accepting BAYC Community Grant Proposals until 6/14. If you
have an idea that benefits the entire Bored Ape community, we'd love to
read your proposal. See our medium article for details.

boredapeyachtclub.medium.com/bored-ape-yach...

○ 10        ↻ 32        ♡ 138        ⬆

YUGALABS_00014611



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 23, 2021
Bored Ape Yacht Club is now officially at 3,000 unique owners! 🔥🔥🔥

### Bored Ape Yacht Club ✓

| 10.0K | 3.0K | Ξ0.63 | Ξ4.2K |
|-------|------|-------|-------|
| tweets | owners | average price | volume traded |

○ 41    ⟲ 117    ♡ 549    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
We're game. 🔥

> 🟣 **PUNKS Comic** ✓ @punkscomic · May 22, 2021
> Replying to @Accumul8Or and @ape6743
> There's a lot of you. What do you think of a Bored Apes edition?

○ 17    ⟲ 32    ♡ 208    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
The first Official BAYC Member's Only Merch Store drop will go live on
Saturday, May 29th at 6 PM EST.

Get ready to ape. 🐵🐒🦍

○ 77    ⟲ 181    ♡ 534    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 22, 2021
Bored Ape Yacht Club 24/7 lofi hip hop radio is now live!

🐵🐒🦍

If you're a lofi musician and you'd like to be considered to be added to the
stream, email us at:

bayclofi@gmail.com

youtube.com/watch?v=VZSdda...

○ 22    ⟲ 76    ♡ 229    ⬆

**JTX-1302.00478**                                          YUGALABS_00014612



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 21, 2021
Welcome to the Yacht Club, roham! 🛥️ 🐵 ⚓

> **roham** ✓ @roham · May 21, 2021
> better ape than never  twitter.com/nftblockchain/...

♡ 5        ⟲ 25        ♡ 191        ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 21, 2021
Excited to bring the Bored Ape Yacht Club to The Sandbox! 🛥️ 🐵 ⚓

> **The Sandbox** ✓ @TheSandboxGame · May 21, 2021
> 🟡 The Euphoria LAND sale partners:
>
> @voxodeus
> @zepeto_official
> @BoredApeYC
> @RTFKTstudios
> @art_cadaf
> @Jinkei_brk
> @MrMisang
> @skullriddim
> @Hanjintan
> @HellsKitchenFOX
> @joinrepublic
> @wivteam
>
> + 2 yet to be announced partners - stay tuned... 🙂
> Show this thread

♡ 20        ⟲ 54        ♡ 236        ⬆️



YUGALABS_00014614



←    Q   from:@BoredApeYC      ...

Top    **Latest**    People    Photos    Videos

opensea.io
5840 - Bored Ape Yacht Club
The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape
NFTs— unique digital collectibles living on the Ethereum blockchain. ...

◯ 11    ⇄ 39    ♡ 264

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 16, 2021    ...
Great opportunity to join the club! 🛥️ 🔺

● **Pranksy** 🌐 ✓ @pranksy · May 15, 2021
I'll give away 3x @BoredApeYC's to 3 random people who RT the
@nftboxes tweet quoted, and follow @pranksyNFT & @nftboxes.

Competition ends in 7 days, winners announced weekend starting May
22nd 2021.

#NFTs #NFTBoxes #Reflective #ApeOut twitter.com/pranksy/status...
Show this thread

◯ 7    ⇄ 19    ♡ 112

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 15, 2021    ...
🔥🔥🔥

GIF ALT

⌁ **RTFKT** ✓ @RTFKT · May 15, 2021
Replying to @WilliamLamkin @WakingCosmos and 34 others
Ape stuff coming soon...ish

◯ 4    ⇄ 14    ♡ 111

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 15, 2021    ...
Wonder who they're talking about? 😌

ⓢ **The Sandbox** ✓ @TheSandboxGame · May 15, 2021
Just off the phone with one of our next partners. Pack your yachts, it's
gonna be bananas!

◯ 22    ⇄ 90    ♡ 347

**JTX-1302.00481**        YUGALABS_00014615



YUGALABS_00014616



YUGALABS_00014617



YUGALABS_00014618



YUGALABS_00014619



**JTX-1302.00486**                    YUGALABS_00014620



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021

🦍🦍🦍

> 🏀 **NBA Top Shot East Coast Podca...** @NBATopShot... · May 5, 2021
>
> Try your hardest to stay bored!!
>
> I will be giving away a derivative of my #7252 Bored Ape that I am HODLing 4 Life
>
> To win
>
> 1. RT this tweet & stream the anthem on YouTube
>
> 2. Follow us and @extragramken !
>
> Prize: opensea.io/assets/0x495f9...
>
> YouTube link: youtube.com/watch?v=Pic608...
>
> 0:39  2.4K views

💬 2      🔁 6      ♡ 37      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021

We're going to need a bigger Yacht Club. The BAYC has officially reached 2.5k individual members! 🦍🦍🦍

### Bored Ape Yacht Club ✓

| 10.0K | 2.5K | Ξ0.63 | Ξ3.3K |
|-------|------|-------|-------|

💬 48      🔁 172      ♡ 547      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021

A short primer thread on liquidity pools. Reminder: only deposit apes you're comfortable losing. Almost certainly not going to get back your specific ape.

> 🌐 **dklounge.eth** @dkloungeNFT · May 5, 2021
>
> @BoredApeYC Liquidity pool -- learning notes. (Thank you to kiwi and i3 in the Discord!)
>
> 1. There are two platforms at the moment: nft20 and nftx
>
> 2. You deposit an ape into the pool in exchange for BAYC20 or BAYC coin, respectively
>
> #BAYC
>
> Show this thread

💬 4      🔁 11      ♡ 66      ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021

Thanks to the amazing mods on our team, the BAYC NFTX liquidity pool has been initiated. 🦍🦍🦍

gallery.nftx.org/funds/bored-ap...

💬 22      🔁 65      ♡ 211      ⬆

**JTX-1302.00487**                    YUGALABS_00014621

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 5, 2021
What is going on hahaha

> **bigdogbrothers.eth** 🖊 @bigdogbrothers · May 5, 2021
> Big things coming ××
>
> Imagine... Pokemon with Apes
>
> Turn based battles against randomly generated monsters to get items/ equipment, etc. ⚔
>
> Shoutout to @battleapes for adding my @BoredApeYC Apes to the game 🎮 💪 🦍



○ 17          ⊔ 16          ♡ 166          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
To be clear, we support people making art with their own NFTs, which they have commercial rights of, NOT spin off collections using other people's NFTs without permission, and NOT other images on our site.

○ 8          ⊔ 27          ♡ 91          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
We love all the projects people have been putting together with their Bored Apes. To encourage more exploration and unofficial creations while we work on our roadmap, we've started a Discord channel: The Creation Club. If you're creating, get in here: discord.gg/8tcGPjbAke

○ 12          ⊔ 28          ♡ 138          ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Replying to @diano1711
sent dm. you likely missed captcha bot. I'll get you in.

○          ⊔          ♡ 4          ⬆

YUGALABS_00014622



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Roadmap Update #1 from the BAYC Discord

💀 🐵 ⚠️

discord.gg/wjH7hGz2yS

> **GordonGoner**  December at 3:48 PM
> Roadmap Update: Going to start posting roadmap updates here for ya'll. We're trying to release the roadmaps more or less in order of its activations (while working on all of them at once behind the scenes.) The final official rarity chart was posted yesterday in the announcement channel. The gallery on the website should go live in a couple days if there's no programming hiccups. The BAYC LoFi hiphop channel is being worked on (the animated art alone is going to be sick btw). We're sourcing the right people for the merch printing as we speak. We're brainstorming the treasure hunt and might be involving some pretty experienced puzzle creators (more info on that later.) All things moving forward as fast as we can, basically. 🐵 😎
> ⚠️

○ 30          ⇄ 76          ♡ 329          ⬆️

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Amazed at everything the community is coming up with!
💀 🐵 ⚠️ ❤️

> 🏆 **Bored Ape Ladies Club** @BoredApeLadies · May 4, 2021
> 1) Alrighty! We have made a huge decision here at the Bored Ape Ladies Club! 🙋 🙋 🙋
> One of our OG lady apes has offered to be RESIDENT MODEL with female NFT artists who don't own an OG ape but like to join in the fun & make dope derivative Ape art.
> Read the thread 🧵
> RT widely 🙏
> Show this thread

○ 4          ⇄ 4          ♡ 60          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 4, 2021
Replying to @hogartisan @loomdart and @c0inalchemist
sent a dm loom 👀

○ 1          ⇄          ♡ 6          ⬆️

←    🔍   from:@BoredApeYC        ...

Top          **Latest**          People          Photos          Videos

YUGALABS_00014623



YUGALABS_00014624



YUGALABS_00014625



**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
We're working on the #BAYC Member's Only Merch Store. Posting these two mock-ups for possible limited edition tees in case ya'll hadn't seen 'em yet. 👕🐵🔥

○ 80    ↻ 79    ♡ 430    ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
Our twitter sales bot got like banned for spamming because they're selling so much now. 😅

Working on getting it back.

○ 24    ↻ 23    ♡ 255    ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
Hey apes, Gordon and I are going to jump on Clubhouse at 12 EST for a little bit. Here's the room:

clubhouse.com
Clubhouse
Join Clubhouse to find more great rooms.

○ 12    ↻ 10    ♡ 61    ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
🦍The five Caged Apes have been released! Apes #5-9 have been airdropped to random wallets. We used a snapshot of wallets that contained at least one ape at the time we hit 20% sold. 🔥

○ 14    ↻ 14    ♡ 148    ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
Can someone draw this in The Bathroom plz

○ 4    ↻ 14    ♡ 104    ⬆

**Bored Ape Yacht Club** ✅ @BoredApeYC · May 2, 2021
Replying to @RutledgeMj
tuxedo *t-shirt

○    ↻    ♡ 2    ⬆

YUGALABS_00014626



YUGALABS_00014627



YUGALABS_00014628



**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
And now we get to work. Welcome to the Yacht Club.

#BAYC

| | |
|---|---|
| 10% SOLD | We pay back our moms. |
| 20% SOLD | We release the Caged Apes. 3 Caged Apes (tokens held back from the sale) are airdropped to random Apeholders. |
| 40% SOLD | BAYC gets its own YouTube channel, BAYC LoFi Radio - Beats to Ape into Unicorns To. |
| 60% SOLD | Member-Exclusive BAYC Merch Store gets unlocked, featuring Limited Edition tees, hoodies, and other goodies. |
| 80% SOLD | The clubhouse image becomes interactive and the Mysterious Note becomes legible, beginning a treasure hunt. The first to solve the mystery will be rewarded 5 ETH and a Bored Ape. |
| 90% SOLD | The Bored Ape liquidity pool is initiated. |
| 100% SOLD | The Mutant Ape (NFT Breeding) Arcade Machine gets fixed. And we cook up new ways to ape with our friends. |

○ 24    ⟲ 36    ♡ 236    ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
WE JUST SOLD OUT

○ 132    ⟲ 199    ♡ 953    ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
lol

> **pullparadox** @pullparadox · May 1, 2021
> Welp
>
> @BoredApeYC after setting their roadmap thinking they had a bit more time...

GIF  ALT

○ 5    ⟲ 3    ♡ 48    ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
#BAYC BATHROOM UPDATE #6

The Rainbow Wang has turned into some kind of Wang Spacecraft.

And another #cryptopunk is being drawn...wonder who that could be...

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @Hindsight20_30 @gridadNFT and 6 others
This happens when you don't have enough in your wallet to cover the cost of the purchase. Put in more ETH and the gas cost comes down. 🙂

○ 2    ⟲    ♡ 6    ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @GotrillaGorilla
Hey that happens when you don't have enough to cover the cost of the purchase. Put in more ETH the gas costs come down. Common meta mask error. 🙂

○ 1    ⟲    ♡ 2    ⬆

**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @evantan
omg the dress and unshaven combo is so good.

○    ⟲    ♡ 4    ⬆



**Bored Ape Yacht Club** @BoredApeYC · May 1, 2021
Replying to @M_C_I_S and @LA_L_1
Hey you just need to go to opensea and refresh the metadata. 🐵 🦍 ⛵
Welcome to the yacht club!

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 1, 2021
Replying to @topshotfund

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 1, 2021
Replying to @ABigThingBadly and @opensea
If you own an ape in your wallet, you're a member. Welcome to the club, Vivek. 🦍 🐵 ⛵

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 1, 2021
Replying to @ABigThingBadly and @opensea
If you have the mint in your MetaMask wallet, you're good to go and can join the Bathroom! Can also join us on Discord and get Verified as a Bored Ape by typing !join in chat.

**Bored Ape Yacht Club** ✔ @BoredApeYC · May 1, 2021
So good.



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #5

Rainbow Penis remains.

Portrait almost completed.

And the Bored Apes appear to be trying to communicate with us humans. What are they saying?

boredapeyachtclub.com/#/home

♡ 4      ↻ 6              ♡ 26            ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @ZKB5NFT
Get in here! 🐵🦍❤️

♡         ↻              ♡ 1             ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @0xWave
AMAZING.

♡         ↻              ♡ 4             ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @K3n_eth
Looking good. 🦍🔥

For now, consider the OpenSea rarities as a guide post. But we'll release a full infographic with rarities on the discord in a couple of days. We'll also have the interactive gallery for all those minted on the site next week. 🐵

♡ 1      ↻ 2              ♡ 4             ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #4

It's gotten too profane to post on twitter. Just as we expected.

To see more Bathroom Updates, buy an ape and start scrawling.

| | boredapeyachtclub.com<br>Bored Ape Yacht Club<br>A limited NFT collection where the token itself doubles as your membership to a swamp club for ... |
|---|---|

♡ 1      ↻               ♡ 6             ⬆

Show this thread

YUGALABS_00014631



**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @CryptoPapi10
Just refresh the metadata on your opensea. Your ape is already revealed.

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
Replying to @Adam_Sharvit @dapperlabs and 2 others
All apes are 0.08 ETH and you can mint a random one right now on our site.

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

**Bored Ape Yacht Club** ✓ @BoredApeYC · May 1, 2021
BAYC BATHROOM UPDATE #3

#Cryptopunk outline fully formed.

The wang is diseased.

A sailboat.

And....WHAT'S HE WRITING IN THE LEFT HAND CORNER?

boredapeyachtclub.com/#/home

Show this thread

**JTX-1302.00498**          YUGALABS_00014632



YUGALABS_00014633



YUGALABS_00014634

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30, 2021
30 minutes left on the BAYC Pre-Sale!

Get your Apes and then get in The Bathroom with us! We're shortening the pixel placing lockout to 2 minutes per pixel for tonight only!!

Apes are 0.08 ETH each.

boredapeyachtclub.com/#/home



○ 3          ↺ 8          ♡ 26          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30, 2021
Hey @joeswam you won the final BAYC pre-sale giveaway! Congrats and welcome to the yacht club!

We'll DM for wallet info.

> **Bored Ape Yacht Club** ✔ @BoredYC · Apr 29, 2021
> APES REVEALED TOMORROW @ 6 PM EST
>
> 🎉 Final Pre-Sale Giveaway 🎉
>
> Come ape in with us and then become a Verified Ape in the BAYC discord. NO PRICE TIERS; all apes .08 ETH.
>
> boredapeyachtclub.com
>
> To win a Bored Ape:
> 1️⃣ Retweet
> 2️⃣ Like
> 3️⃣ Tag someone

○ 6          ↺ 3          ♡ 13          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30, 2021
Replying to @dis0ri3nted
Hahaha. Us, too.

○          ↺          ♡ 1          ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 30, 2021
Replying to @dis0ri3nted
Welcome to the BAYC!

○ 1          ↺          ♡ 1          ⬆

**JTX-1302.00501**                    YUGALABS_00014635





YUGALABS_00014637



**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Final Bored Ape Yacht Club custom ape before our reveal tonight at 6pm EST. This one's for @COinAlchemist 😎

○ 3          ↻ 7          ♡ 60          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Fixed up the Bored Ape for @girldadNFT a bit 😎

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Last Bored Ape Yacht Club variation for the night, to @beaniemaxi. 🐵🌱

○ 4          ↻ 6          ♡ 37          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @screentimes @C1207 and 2 others
@COinAlchemist's gonna be ready in the AM. It's a really sick one.

○          ↻          ♡ 2          ⬆

**Bored Ape Yacht Club** @BoredApeYC · Apr 30, 2021
Replying to @shroom_daddy
Ahhh man! It's one of our favs. We're so glad you like it. 😆🐵🔺

○          ↻          ♡ 4          ⬆

YUGALABS_00014638



YUGALABS_00014639



YUGALABS_00014640



YUGALABS_00014641





YUGALABS_00014643



YUGALABS_00014644



YUGALABS_00014645







YUGALABS_00014648



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 27, 2021

And...Another One! 🎉 We're doing a Giveaway every day until the Pre-Sale ends on Friday. 🎉

🐵 Come ape in with us and then become a Verified Ape in the BAYC discord.

🚫 NO PRICE TIERS; all apes .08 ETH.

boredapeyachtclub.com/#/home

To win a Bored Ape:
1 Retweet
2 Like
3 Tag someone

○ 182    ↻ 166    ♡ 285    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 27, 2021

Hey @D34thSt4lker you won the daily giveaway! We'll DM you for wallet details, and welcome to the Yacht Club! 🎉 🐵 ⚓

> **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021
>
> Another one! 🎉 We're doing a Giveaway every day until the Pre-Sale ends on Friday. 🎉
>
> 🐵 Come ape in with us and then become a Verified Ape in the BAYC discord.
>
> 🚫 NO PRICE TIERS; all apes .08 ETH.
>
> boredapeyachtclub.com/#/home
>
> To win a Bored Ape:
> 1 Retweet
> 2 Like
> 3 Tag someone

○ 4    ↻    ♡ 8    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 27, 2021

Replying to @prankxy @PrankxyNFT and 5 others

Seems like price ramps got people excited about NFTs when they weren't. But now we're here, and it seems like flat price collections are the future.

That's what we're doing at least, along with baking in additional utility into the token (member-only collab art board, roadmap).

○    ↻    ♡ 1    ⬆

YUGALABS_00014649



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 27, 2021

Price ramps got people excited about #NFTs when they weren't. We think having a flat price is the future.

BAYC 🐵

- All apes priced 0.08 ETH
- Narrative-based utility (Member-Only Collab Art Board + Merch + Roadmap Activations).
- Pre-Sale Ends 4/30

boredapeyachtclub.com/#/home

♡ 9          ↻ 12          ♡ 64          ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 27, 2021

Bored Ape Yacht Club #NFT Pre-Sale now in day 5!

- 🚫No Ponzi Curve here. All Bored Apes priced 0.08 ETH. ✨

- 🛁 Members-Only collaborative art experiment "THE BATHROOM" opens after Pre-Sale.

- Ape-in @ boredapeyachtclub.com/#/home

♡ 2          ↻ 13          ♡ 36          ⬆



YUGALABS_00014651



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Hey @0xPhotographer you won the daily giveaway! Congrats and welcome to the Yacht Club! Will DM for address. 🐵🍌

> 🔵 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021
> 🎉 We're doing a Giveaway every day until the Pre-Sale Ends. 🎉
>
> All apes are 0.08 ETH, because Bonding Curves = ponzi.
>
> Come ape in with us and then become a Verified Ape in the BAYC discord. 🐵🍌
>
> boredapeyachtclub.com/#/home
>
> To win a Bored Ape:
>
> 1 Retweet
> 2 Like
> 3 Tag someone

   ♡ 1    ⟲ 1    ♡ 7    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @basedkarbon
Thanks Karbon! Let us know if we can send it to ya. 😎

   ♡    ⟲    ♡ 1    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @MoonOverlord
lol glad you like it! Send us your ETH address and we'll mint and send it over for you! 🐵🍌

   ♡    ⟲    ♡ 4    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @AnonymouslyObv3
Right there on the homepage. You can mint an ape there. 😎

   ♡    ⟲ 1    ♡ 2    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Replying to @_jeffnicholas_

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021    ···
Please note - the actual Bathroom will be rate-limited so that each holder can only place a pixel every 15 minutes. This is to prevent botting and encourage collaboration between Bored Apes. 🖌

   ♡    ⟲    ♡ 5    ⬆

Show this thread

YUGALABS_00014652



YUGALABS_00014653



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 26, 2021 ···
More merch mock ups for the Members-Only store! ✦✦

The BAYC #NFT Pre-Sale is LIVE!

boredapeyachtclub.com/#/home

**1** 10k Bored Ape NFTs
**2** NO PRICE TIERS; all apes .08 ETH
**3** Collab Art Experiment "THE BATHROOM" opens Friday 4/30

♡ 4        ↻ 6        ♡ 48        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021 ···
Replying to @artguy_eth
Hell yeah! Welcome to the Yacht Club!!! 🛥 🐵 ⚓

Come get verified and hang in the Discord if ya want!

♡        ↻        ♡ 1        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021 ···
Replying to @artguy_eth
Yeah, that happens to MetaMask when you don't have enough in the wallet to cover the cost of the ape. It gives every an insanely high gas cost, that's an error. Once you put in enough for the ape, the gas should come to like .012 (right now) in gas.

♡ 1        ↻        ♡ 2        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021 ···
Replying to @artguy_eth
Hmmm. That sounds like an error. Are you sure you have enough in Metamask to cover the ape?

♡        ↻        ♡ 2        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 25, 2021 ···
🐵 We're doing a Giveaway every day until the Pre-Sale Ends. 🐵

All apes are 0.08 ETH, because Bonding Curves = ponzi.

Come ape in with us and then become a Verified Ape in the BAYC discord. 🛥 🐵 ⚓

boredapeyachtclub.com/#/home

To win a Bored Ape:

**1** Retweet
**2** Like
**3** Tag someone

♡ 212        ↻ 230        ♡ 381        ⬆

**JTX-1302.00520**                                        YUGALABS_00014654



JTX-1302.00521

YUGALABS_00014655



YUGALABS_00014656



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021

If you had trouble connecting to MetaMask on the site before, clear your cache and try again -- Should be good to go now! #NFTs

boredapeyachtclub.com

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021

Bored Ape Yacht Club #NFT Pre-Sale is ON! Come ape in with us!

boredapeyachtclub.com

♡ 2       ⇄ 2       ♡ 23

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021

Replying to @stonkin2021

Cheers Stonkin! You can purchase off our site at boredapeyachtclub.com/#/home . Will need to hit "Connect to Metamask" in the green section below "Fair Distribution". Sales from OpenSea would just be secondary sales, all the minting is happening direct through the SmartContract.

boredapeyachtclub.com
**Bored Ape Yacht Club**
A limited NFT collection where the token itself doubles as your membership to a swamp club for ...

♡ 1       ⇄       ♡ 4

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021

Replying to @Captain_PVNKS

Hell yeah! 🐵🍺🛥

♡       ⇄       ♡ 2

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021

Replying to @HanabiPlug

Thanks Hanabi! 🐵🛥❤

♡       ⇄       ♡ 4



YUGALABS_00014658





YUGALABS_00014660



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 24, 2021 ···
Replying to @ShotChewie
TOILET-APE STRONG TOGETHER! 🦧 💪 🐵 ⛵

Thanks for the support @ShotChewie!

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
The Bored Ape Yacht Club #NFT Pre-Sale is now LIVE!

Gas is cheap. Come ape with us. 🦧 🐵 ⛵

(Update your cache if it doesn't show up for you.)

boredapeyachtclub.com/#/home

○ 21    ↻ 70    ♡ 146    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
ONE HOUR UNTIL BAYC #NFT PRE-SALE BEGINS!

boredapeyachtclub.com

discord.com
Discord - A New Way to Chat with Friends & Com...
Discord is the easiest way to communicate over
voice, video, and text. Chat, hang out, and stay ...

○    ↻ 5    ♡ 8    ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
Less than two hours until the BAYC #NFT Pre-Sale begins!

🦧 🐵 ⛵

boredapeyachtclub.com

○ 6    ↻ 1    ♡ 22    ⬆



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
A custom Bored Ape for @ThisIsAlte. ♥️ 🐵 ⚠️

○ 3          ⟲ 1          ♡ 20          ↥

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
Replying to @BoredApeYC and @s_l_christopher
The competition and 1 ETH reward are real. The wallet is just part of the
story.

○ 1          ⟲          ♡ 2          ↥

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
Replying to @s_l_christopher
There's not a real wallet. There's a competition with three puzzles to guess
the final three words of an imaginary seed phrase of an imaginary wallet.
The first person to solve the three puzzles and DM us the answers in our
discord wins 1 ETH.

○ 1          ⟲          ♡ 4          ↥

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021
It can't be part of our 10k collection coming out later today, but let us know
if you'd like us to mint and send it to ya. ♥️)

○          ⟲ 1          ♡ 5          ↥

Show this thread

**JTX-1302.00528**                    YUGALABS_00014662



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021   ···
A custom Bored Ape for @basedkarbon, our favorite OG.

Cheers, 🚬🐵⛵

○ 5        ⟲ 1        ♡ 34        ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021   ···
The Bored Ape Yacht Club Pre-Sale begins in 3 hours!

🚬🐵⛵

- 10,000 Bored Ape #NFTs
- NO BONDING CURVE: Every Ape .08 ETH
- Collab Art Experiment THE BATHROOM opens after the pre-sale!

BoredApeYachtClub.com

○ 11        ⟲ 26        ♡ 61        ⬆

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021   ···
Let us know if you'd like us to mint and send you this one. (It can't be part
of our 10k collection coming out later today, though.)

○          ⟲ 1        ♡ 3        ⬆

Show this thread

**JTX-1302.00529**          YUGALABS_00014663



YUGALABS_00014664



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
We'd be happy to mint this for you if you'd like by the way -- wouldn't be
part of the 10k collection, but could make you an Honorary Member.

◯ 1          ⟲ 1                    ♡ 7                  ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
We're so stoked for the Bored Ape Yacht Club #NFT to launch tonight, we
thought we'd pass the time drawing some of our favorite traders and NFT
supporters as Bored Apes. This one goes out to @Cryptopathic.

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
The final puzzle is now live at boredapeyachtclub.com -- join us on Discord
for a text version..

```
PVTMSVUBEGPNVECWPVQBOEGTUYAEB
ZKSIZHVSTLWBTWTGRSTAQNHIPJVVGAQ
NHITDVYKUUFBXRGKBXVLHRBDOKAPRM
UDDQHYPAOIYACOHIFBBNPNSEVVJWHZ
HGTECKLTYGVUWZKZMMRTDHPEGZUBU
QZCWTAGJPRAABTLHJSQXMAHTSSRYBB
NHSXWJVYJNKRWWPBVCMEGVUEZIITM
NEOIHVSPZWHZHNSHVVUGBCHSZXSYVE
VUKOXYUZJIAWULNXIDITRAVMTEVZUOH
VPNIPZCPOVJSELSWCLQFBHRTLHPVCET
VVTWMECMEIGHPTDSMLVGPDOGOWDQC
FBHDJXPJAQASPNVLDVPTNKRTWPRVCM
WWVESQFFUBNTJOGE5OVNNUHNHZWD
QCFBNOXYUKVANGPTHEFRPOUBYIVSHYL
ZRQUTWTGEVBRJHBNJCLVVRNPNTLGJVZ
NVNUILBRULVEHNIECJOIEMTYQLBRUDQ
AHNZIRSTAQNHIWCENAGMCE
```

◯ 2          ⟲ 1                    ♡ 9                  ⬆

Show this thread

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 23, 2021 ···
🚩🚩The final puzzle will be dropping in under 15 minutes! The first to DM
us in Discord the solutions to all three puzzles will win 1 $ETH and BAYC
membership. 🐸Help Frankie get his crypto back, poor ape lost his Trezor in
the swamp....

boredapeyachtclub.com
Bored Ape Yacht Club
A limited NFT collection where the token itself
doubles as your membership to a swamp club for ...

◯ 1          ⟲                      ♡ 1                  ⬆

Show this thread

YUGALABS_00014665



YUGALABS_00014666





YUGALABS_00014668



**Bored Ape Yacht Club** ✅ @BoredApeYC · Apr 21, 2021 · · ·
🎈🐒🎈Jimmy the Monkey 🐒 has released his SECOND PUZZLE. Solve all
three puzzles, win 1 $ETH and a Bored Ape token! Join us on Discord:
discord.gg/PDeF89fd

**Bored Ape Yacht Club** ✅ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @Science_Qs
Thank you Irish! 🎨💙⛰️

◯          ⇄          ♡ 4          ⬆️

**Bored Ape Yacht Club** ✅ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
🙂❤️

◯          ⇄ 1          ♡ 3          ⬆️

**Bored Ape Yacht Club** ✅ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
Thanks so much! Good stuff coming. We're revealing the homepage soon.
And the second puzzle is going to be revealed.

◯ 1          ⇄ 1          ♡ 5          ⬆️

**Bored Ape Yacht Club** ✅ @BoredApeYC · Apr 21, 2021 · · ·
Replying to @CollectingCoin2
New giveaway going up tonight!! 🙂💸⛰️

◯ 4          ⇄ 1          ♡ 19          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 21, 2021
🐵 🖼️ ⚠️ Bored Ape Yacht Club #NFT dropping this Friday!

- 10k unique apes + membership benefits.

- No ponzi ass bonding curve.

- Join the discord and crack puzzles for 1 $ETH!

discord.gg/3P5K3dzgdB

boredapeyachtclub.com

#NFTs #nftcollector #NFTdrop



♡ 3          ⟲ 2          ♡ 21          ⬆️

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 21, 2021
Zombies, Robots, Kings . . . 10k ape tokens, sale starts Friday! Join us on
Discord: discord.gg/srmqS9SgUd

#NFT #nftcollector #NFTdrop



♡ 3          ⟲ 3          ♡ 22          ⬆️

**JTX-1302.00536**                    YUGALABS_00014670



**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 20, 2021   ···
Bored Ape Yacht Club

10,000 programmatically generated #NFT apes, every one of them unique.

- Members-Only Collaborative Pixel Board
- Roadmap Activations include Members-Only merch store, NFT Breeding Arcade Game, and more

Collection Pre-Sale starts 4/23

#nftcollectors #NFTs

○ 19      ↻ 22      ♡ 137      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 19, 2021   ···
Replying to @DugFill
Thank you! 🐵🍌🙌

○      ↻      ♡ 4      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 18, 2021   ···
Each Bored Ape #NFT is unique and programmatically generated from 172 possible traits, stored as an ERC721 token on the Ethereum blockchain and hosted on IPFS.

All Apes are rare, but some are far rarer than others.

Pre-Sale begins 4/23.

boredapeyachtclub.com

○ 4      ↻ 13      ♡ 53      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 18, 2021   ···
Replying to @GL1TCHYGL1TCH
Thank you! 🐵🍌🙌

○ 1      ↻      ♡ 9      ⬆

**Bored Ape Yacht Club** ✔ @BoredApeYC · Apr 18, 2021   ···
Replying to @NoKapRich
Pre-Sale starts 4/23! 🐵🍌

○ 7      ↻ 16      ♡ 75      ⬆

JTX-1302.00537                                    YUGALABS_00014671



**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 18, 2021
The Bored Ape Yacht Club is more than just 10,000 unique avatars. Each Bored Ape is a membership to an #NFT Club with member-exclusive features. The first of which is The Bathroom, a members-only graffiti board, and collaborative art experiment for the cryptosphere.

♡ 4       ⟳ 3       ♡ 19

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Bonding Curves are a ponzi.

All our Bored Apes #NFTs will be priced 0.1 ETH (or less, TBD prior to sale on 3/24). BAYC Membership costs the same for everyone!

#NFT #NFTcollector

♡ 6       ⟳ 15       ♡ 63

Q  from:@BoredApeYC

| Top | Latest | People | Photos | Videos |

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Replying to @nabito_eth and @HolyLars
Thank you. 😊

♡        ⟳        ♡ 8

**Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Replying to @Diamond_Cruiser and @nft_brulik
Return to monke.

♡ 1       ⟳        ♡ 17

JTX-1302.00538                    YUGALABS_00014672

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Future membership exclusives are activated via our Roadmap Activation.
The more apes sell, the more we get to work on future membership
benefits. Activations include: a member-only Merch store, member-only
giveaways, and even an interative NFT breeding arcade game: MUTANT
APES!



○ 13          ⇵ 33          ♡ 187          ⬆

Show this thread

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
The first BAYC membership exclusive will be THE BATHROOM, a communal
graffiti board where only ape-holders are allowed to draw.



○ 12          ⇵ 42          ♡ 216          ⬆

Show this thread

 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
Each Bored Ape is unique and programmatically generated from over 172
possible traits determining its rarity. But what's special about the BAYC is
that the token itself doubles as your membership to a digital club. Owning a
Bored Ape grants access to members-only benefits.



 **Bored Ape Yacht Club** ✓ @BoredApeYC · Apr 17, 2021
@AmanRaturi15 you won the first giveaway! We'll DM you.

○ 1          ⇵ 1          ♡ 7          ⬆

**JTX-1302.00539**                    YUGALABS_00014673