





















JTX-1306.00010

YUGALABS_00015404








JTX-1306.00012    YUGALABS_00015406



JTX-1306.00013

YUGALABS_00015407

**Yuga Labs** @yugalabs · Mar 16
To celebrate, we're gifting ApeCoin DAO a 1/1 NFT featuring a version of the BAYC logo. This NFT transfers full IP rights of the derivative logo to the ApeCoin DAO, who will decide how the IP should be used.

💬 34  🔁 70  ♡ 504

**Yuga Labs** @yugalabs · Mar 16
We're excited to announce we're adopting ApeCoin as the primary token for the Bored Ape Yacht Club ecosystem as well as future Yuga products and services.

> **ApeCoin** @apecoin · Mar 16
> Introducing ApeCoin ($APE), a token for culture, gaming, and commerce used to empower a decentralized community building at the forefront of web3.
> Show this thread

💬 133  🔁 624  ♡ 2,332

**Yuga Labs** @yugalabs · Mar 12
We're not in a rush to do anything but give people full commercial rights, see what they build, and listen. Learn more here:



mirror.xyz
Yuga Labs acquires CryptoPunks and Meebits and gives commercial ri...
Today we're excited to announce that Yuga has acquired the IP of the CryptoPunks and Meebits NFT collections from Larva Labs.

💬 91  🔁 302  ♡ 1,946

**Yuga Labs** @yugalabs · Mar 12
To be clear: the BAYC ecosystem will remain the center of our universe. We believe that what's good for Punks is good for Apes and the rest of the space. Likewise, what's good for Apes is good for Punks. We want to grow the pie, not fight over slices.

💬 76  🔁 298  ♡ 2,269

**Yuga Labs** @yugalabs · Mar 12
Some big news to share today: Yuga has acquired the CryptoPunks and Meebits collections from @LarvaLabs, and the first thing we're doing is giving full commercial rights to the NFT holders. Just like we did for BAYC and MAYC owners.

💬 1,684  🔁 9,915  ♡ 19.5K



JTX-1306.00015

YUGALABS_00015409