# Trial Exhibit JTX-1308

Lodged with Court as a native file on CD