# Trial Exhibit JTX-1309

Lodged with Court as a native file on CD