



4/19/2023 9:45:59 PM

YUGALABS_00041542