Page 1
Ethereum Transaction Hash (Txhash) Details | Etherscan
https://etherscan.io/tx/0x0cae66a609ae2ff22935fe767f8fc1b3244a51b6832c393bf14664b340b0c30a
04-26-2023

ETH Price: $1,953.87 (+7.07%) | Gas: 48 Gwei

**Etherscan**

Search by Address / Txn Hash / Block / Token / Domain Name

Home  Blockchain  Tokens  NFTs  Resources  Developers  More  Sign In

**Transaction Details**

Buy | Exchange | Earn | Gaming

Sponsored: CryptoSlots - $1,000,000 Jackpot & Provably Fair Casino Games Click for games!

Overview | Internal Txns | Logs (40) | State | Comments                                   More

| | |
|---|---|
| Transaction Hash: | 0x0cae66a609ae2ff22935fe767f8fc1b3244a51b6832c393bf14664b340b0c30a |
| Status: | Success |
| Block: | 15933791  1197959 Block Confirmations |
| Timestamp: | 168 days 5 mins ago (Nov-09-2022 04:54:59 PM +UTC) |
| Transaction Action: | Swap 9 RRBAYC For 0.311984643163177538 Ether On Sushiswap |
| | Transfer 10 of Bored Ape Ya... (BAYC...) |
| Sponsored: | BC.GAME — THE BEST CRYPTO CASINO — PLAY NOW |
| From: | 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 |
| Interacted With (To): | 0x0fc584529a2AEfA997697FAfAcbA5831faC0c22d (NFTX: Marketplace Zap) |
| | └ Transfer 0.311984643163177538 ETH From Wrapped Ether To SushiSwap: Router |
| | └ Transfer 0.311984643163177538 ETH From SushiSwap: Router To 0x7D2550...644af740 |
| ERC-20 Tokens Transferred: 6 | From Null: 0x000...000 To NFTX: Marketplace Zap For 10 RR/BAYC... (RRBAYC...) |
| | From NFTX: Marketplace Zap To NFTX: Simple Fee Distributor For 1 RR/BAYC... (RRBAYC...) |
| | From NFTX: Simple Fee Distributor To 0x0141Ae...F6C9e8c2 For 0.8 RR/BAYC... (RRBAYC...) |
| | From NFTX: Simple Fee Distributor To 0x845b09...4377c455 For 0.2 RR/BAYC... (RRBAYC...) |
| | From NFTX: Marketplace Zap To SushiSwap: RRBAYC For 9 RR/BAYC... (RRBAYC...) |
| | From SushiSwap: RRBAYC To SushiSwap: Router For 0.311984643163177538 $609.65 Wrapped Ethe... (WETH...) |
| ERC-721 Tokens Transferred: 10 | ERC-721 Token ID [8843] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ERC-721 Token ID [7843] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ERC-721 Token ID [708] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ERC-721 Token ID [7681] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ERC-721 Token ID [7833] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ERC-721 Token ID [4852] Bored Ape Ya... (BAYC...) |
| | From 0x7D2550...644af740 To 0xcD2e3a...1c8c3006 |
| | ⌄ Scroll for more |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.070923911799468728 ETH  $138.58 |
| Gas Price: | 64.520802808 Gwei (0.000000064520802808 ETH) |
| More Details: | + Click to show more |
| Private Note: | To access the Private Note feature, you must be Logged In |

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

↑ Back to Top

**Powered by Ethereum**
Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

Company: About Us | Brand Assets | Contact Us | Careers We're Hiring! | Terms of Service | Bug Bounty

Community: API Documentation | Knowledge Base | Network Status | Newsletters | Disqus Comments

Products & Services: Advertise | Explorer-as-a-Service (EaaS) | API Plans | Priority Support | Blockscan | Blockscan Chat

---

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT_____ **JTX-1311**
DATE_____ IDEN.
DATE_____ EVID.
BY_____
**Deputy Clerk**

Page 2
Ethereum Transaction Hash (Txhash) Details | Etherscan
https://etherscan.io/tx/0x0cae66a609ae2ff22935fe767f8fc1b3244a51b6832c393bf14664b340b0c30a
04-26-2023

Etherscan © 2023 (A1)

Donations: 0x71c765...d8976f ♥

YUGALABS_00043370