

Page 2
Ethereum Transaction Hash (Txhash) Details | Etherscan
https://etherscan.io/tx/0x42ea6aa1c4d79ab57962ee723abb43e0104fb4bea56b65cc1bf4bc6fb7982b2e
04-26-2023

| | | |
|---|---|---|
| Contact Us | Network Status | API Plans |
| Careers We're Hiring! | Newsletters | Priority Support |
| Terms of Service | Disqus Comments | Blockscan |
| Bug Bounty | | Blockscan Chat |

Etherscan © 2023 (A1)   Donations: 0x71c765...d8976f

JTX-1312.00002                    YUGALABS_00043385