Page 1
Ethereum Transaction Hash (Txhash) Details | Etherscan
https://etherscan.io/tx/0xe1a29d7df090d0c90bee1731e3af039ec333ba4ac1020666cee59f09f6dc8595
04-26-2023

ETH Price: $1,954.36 (+7.10%)   Gas: 44 Gwei

**Etherscan**

Home  Blockchain  Tokens  NFTs  Resources  Developers  More  Sign In

**Transaction Details**   Buy  Exchange  Earn  Gaming

Sponsored: CryptoSlots - $1,000,000 Jackpot & Provably Fair Casino Games **Click for games!**

ⓘ This transaction involves a token without updated info. Verify its legitimacy before interacting with the token. Read more in our Knowledge Base.   ✕

**Overview**  Internal Txns  Logs (41)  State  Comments   More ▾

| Field | Value |
|---|---|
| ⓘ Transaction Hash: | 0xe1a29d7df090d0c90bee1731e3af039ec333ba4ac1020666cee59f09f6dc8595 |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 16335955   795786 Block Confirmations |
| ⓘ Timestamp: | ⏱ 111 days 20 hrs ago (Jan-04-2023 08:56:23 PM +UTC) |
| ⚡ Transaction Action: | ▸ Swap 0.158537880062146506 Ether For 2.12 🔵 RRBAYC On 🍣 Sushiswap<br>▸ Transfer 6 of 🔵 Bored Ape Ya... (BAYC...) |
| ⓘ Sponsored: | BC.GAME — THE BEST CRYPTO CASINO — DAILY BONUS UP TO 5 BTC — SPIN NOW |
| ⓘ From: | 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 |
| ⓘ Interacted With (To): | 📄 0x83C8F28c26bF6aaca652Df1DbBE0e1b56F8baBa2 (Gem: GemSwap 2) ✅<br>└ Transfer 0.160123258862767965 ETH From Gem: GemSwap 2 To SushiSwap: Router<br>└ Transfer 0.158537880062146506 ETH From SushiSwap: Router To Wrapped Ether<br>└ Transfer 0.001585378800621459 ETH From SushiSwap: Router To Gem: GemSwap 2<br>└ Transfer 0.068 ETH From Gem: GemSwap 2 To LooksRare: Exchange<br>└ Transfer 0.068 ETH From LooksRare: Exchange To Wrapped Ether<br>└ Transfer 0.08 ETH From Gem: GemSwap 2 To LooksRare: Exchange<br>└ Transfer 0.08 ETH From LooksRare: Exchange To Wrapped Ether<br>└ Transfer 0.001585378800621459 ETH From Gem: GemSwap 2 To 0x7D2550...644af740 |
| ⓘ ERC-20 Tokens Transferred: 12 | ▸ From SushiSwap: Router To SushiSwap: RRBAYC For 0.158537880062146506 ($309.84) ⓦ Wrapped Ethe... (WETH...)<br>▸ From SushiSwap: RRBAYC To Gem: GemSwap 2 For 2.12 🔵 RR/BAYC... (RRBAYC...)<br>▸ From Gem: GemSwap 2 To Null: 0x000...000 For 2 🔵 RR/BAYC... (RRBAYC...)<br>▸ From Gem: GemSwap 2 To NFTX: Simple Fee Distributor For 0.12 🔵 RR/BAYC... (RRBAYC...)<br>▸ From NFTX: Simple Fee Distributor To 0x0141Ae...F6C9e8c2 For 0.096 🔵 RR/BAYC... (RRBAYC...)<br>▸ From NFTX: Simple Fee Distributor To 0x845b09...4377c455 For 0.024 🔵 RR/BAYC... (RRBAYC...)<br>▸ From LooksRare: Exchange To 0x5924A2...d881f3c1 For 0.00102 ($1.99) ⓦ Wrapped Ethe... (WETH...)<br>▸ From LooksRare: Exchange To 0x592814...4214F254 For 0.00034 ($0.66) ⓦ Wrapped Ethe... (WETH...)<br>▸ From LooksRare: Exchange To 0xbde93A...d4c31d21 For 0.06664 ($130.24) ⓦ Wrapped Ethe... (WETH...)<br>⤓ Scroll for more |
| ⓘ ERC-721 Tokens Transferred: 6 | 🔲 ERC-721 Token ID [4809] 🔵 Bored Ape Ya... (BAYC...)<br>From 0xcD2e3a...1c8c3006 To 0x7D2550...644af740<br>🔲 ERC-721 Token ID [5843] 🔵 Bored Ape Ya... (BAYC...)<br>From 0xcD2e3a...1c8c3006 To 0x7D2550...644af740<br>🔲 ERC-721 Token ID [1617] 🔵 Bored Ape Ya... (BAYC...)<br>From 0xbde93A...d4c31d21 To Gem: GemSwap 2<br>🔲 ERC-721 Token ID [1617] 🔵 Bored Ape Ya... (BAYC...)<br>From Gem: GemSwap 2 To 0x7D2550...644af740<br>🔲 ERC-721 Token ID [5044] 🔵 Bored Ape Ya... (BAYC...)<br>From 0x17553A...5AbA4fb2 To Gem: GemSwap 2<br>🔲 ERC-721 Token ID [5044] 🔵 Bored Ape Ya... (BAYC...)<br>From Gem: GemSwap 2 To 0x7D2550...644af740<br>⤓ Scroll for more |
| ⓘ Value: | ♦ 0.308123258862767965 ETH  $602.18 |
| ⓘ Transaction Fee: | 0.019461619191142518 ETH  $38.04 |
| ⓘ Gas Price: | 22.674638082 Gwei (0.000000022674638082 ETH) |
| More Details: | + Click to show more |
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

🔑 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1313**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

Page 2
Ethereum Transaction Hash (Txhash) Details | Etherscan
https://etherscan.io/tx/0xe1a29d7df090d0c90bee1731e3af039ec333ba4ac1020666cee59f09f6dc8595
04-26-2023



YUGALABS_00043399