**PAULY** ✅ ❌
@Pauly0x

···

My favorite feature of OpenSea Pro is that you can use it to trade NFTs that are banned on OpenSea.



II GIF ALT

11:03 AM · Apr 4, 2023 · **738** Views

3 Retweets   21 Likes


U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

**vs.**

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1318** ____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**JTX-1318.00001**

YUGALABS_00041683