

JTX-1428.00001

YUGALABS_00040593