Connect



**RR/BAYC**

On June 14th, 2021 I re-minted **CryptoPunk #3100** on the Ethereum Blockchain, an image whose original token sold for a record $7.58M USD on March 11th, 2021.

The #3100 mint tested the boundaries and meaning of digital images within a new paradigm of IP law, copyright, computer generated images and Non-Fungible Tokens. The work was delisted from the platform Foundation after I received a **Digital Millennium Copyright Act (DMCA) notice** from Larva Labs. I successfully countered the DMCA and #3100 was subsequently re-listed, sending a strong message that **you can't copy an NFT**.

My recent NFT work has been centered around provocations and inquiries regarding the nature of NFT, provenance and digital ownership. Provenance has always been the definitive aspect in establishing an artwork's meaning and value. The technology of NFTs is widely misunderstood, but in its greatest form, it enables an immutable trace of origin in time to the publisher/creator of a digital work.

Since December of 2021, I have been investigating the most prominent NFT project, Bored Ape Yacht Club and its creators, Yuga Labs. Through months of extensive research, myself and other community members have discovered extensive connections between BAYC and subversive internet nazi troll culture. You can read the findings at **http://GordonGoner.com**, warning this website contains sensitive content not suitable for children.

On Wednesday, May 13th 2022, I began creating new work in the form of NFTs, based on the BAYC images. Through the process of 're-minting', the original BAYC images are recontextualized – illuminating truths about their origins and meanings as well as the nature of Web3 – the power of NFTs to change meaning, establish provenance and enable censorship.

RR/BAYC uses satire and appropriation to protect and educate people regarding The Bored Ape Yacht Club and the framework of NFTs. The work is an extension of and in the spirit of other artists who have worked within the field of **appropriation art**.

This collection was delisted from the Foundation marketplace on May 17th, 2022 when Yuga Labs sent a DMCA takedown request. Two hours later Yuga Labs **formally capitulated, withdrawing their DMCA request**. The current terms of ownership set forth by Yuga Labs to BAYC token holders are unclear and do not meet current copyright standards. Clearly defining what we are buying when we purchase an NFT is one of the primary goals of this work.

Please have a look at the works available and reserve what you like.

If you have any questions feel free to contact me at **rrbayc@protonmail.com**.

- Ryder Ripps

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1433**

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**Reserve Apes (0 AVAILABLE)**

Sold Out

Enter Ape Id

Select Random

Shuffle Apes





YUGALABS_00030245



JTX-1433.00003

YUGALABS_00030246



YUGALABS_00030247



YUGALABS_00030248



YUGALABS_00030249



YUGALABS_00030250



YUGALABS_00030251



YUGALABS_00030252



YUGALABS_00030253



YUGALABS_00030254



YUGALABS_00030256



JTX-1433.00014

YUGALABS_00030257



YUGALABS_00030258



YUGALABS_00030259



YUGALABS_00030260



YUGALABS_00030261



JTX-1433.00019

YUGALABS_00030262



YUGALABS_00030263



YUGALABS_00030264



YUGALABS_00030265



YUGALABS_00030266



YUGALABS_00030267



YUGALABS_00030268



JTX-1433.00026

YUGALABS_00030269



JTX-1433.00027

YUGALABS_00030270



JTX-1433.00028

YUGALABS_00030271



YUGALABS_00030272



YUGALABS_00030273



YUGALABS_00030274



YUGALABS_00030275



JTX-1433.00033

YUGALABS_00030276



JTX-1433.00034

YUGALABS_00030277



YUGALABS_00030278



YUGALABS_00030279



YUGALABS_00030280



YUGALABS_00030281



YUGALABS_00030282



YUGALABS_00030283



YUGALABS_00030284



YUGALABS_00030285



JTX-1433.00043

YUGALABS_00030286



YUGALABS_00030287



YUGALABS_00030288



YUGALABS_00030289



YUGALABS_00030290



YUGALABS_00030291



YUGALABS_00030292



YUGALABS_00030293



JTX-1433.00051

YUGALABS_00030294



JTX-1433.00052

YUGALABS_00030295



YUGALABS_00030296



YUGALABS_00030297



YUGALABS_00030298



YUGALABS_00030299



YUGALABS_00030300



YUGALABS_00030301



YUGALABS_00030302



YUGALABS_00030303



YUGALABS_00030304



YUGALABS_00030305



YUGALABS_00030306



YUGALABS_00030307



JTX-1433.00065

YUGALABS_00030308



YUGALABS_00030309



YUGALABS_00030310



YUGALABS_00030311



YUGALABS_00030312



YUGALABS_00030313



YUGALABS_00030314



YUGALABS_00030315



YUGALABS_00030316



YUGALABS_00030317



YUGALABS_00030318



YUGALABS_00030319



YUGALABS_00030320



YUGALABS_00030321



JTX-1433.00079

YUGALABS_00030322



JTX-1433.00080

YUGALABS_00030323



YUGALABS_00030324



JTX-1433.00082

YUGALABS_00030325



YUGALABS_00030326



YUGALABS_00030327



YUGALABS_00030328



YUGALABS_00030329



YUGALABS_00030330



JTX-1433.00088

YUGALABS_00030331



YUGALABS_00030332



YUGALABS_00030333



YUGALABS_00030334



YUGALABS_00030335



YUGALABS_00030336



ARTWORK BY RYDER RIPPS FOR LIVE9000 LLC

**JTX-1433.00094**                                                                              YUGALABS_00030337