



JTX-1470.00001 YUGALABS_00041539