

JTX-1471.00001

YUGALABS_00041540