

YUGALABS_00030056