

**Blockworks** ✓
@Blockworks_

NEWS: Gucci strikes deal with Yuga Labs to help shape metaverse offering.



blockworks.co
**Gucci To Take 'Active Role' in Bored Ape Yacht Club Metaverse**
Gucci and BAYC's Yuga Labs are now formally working together to explore how fashion can influence the metaverse

6:36 AM · Mar 27, 2023 · **19.5K** Views

51 **Retweets**   3 **Quotes**   174 **Likes**   3 **Bookmarks**

twitter.com/Blockworks_/status/1640347122640846848
4/3/2023 12:00:14 AM

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1480**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-1480.00001          YUGALABS_00041287