## User Info

| Username<br>User ID<br>Account Locked | First Name<br>Last Name<br>Email | Support Pin<br>Pin Expiry | Signup Date<br>Signup IP | Account Balance<br>Available Balance<br>Earned Amount | Organization<br>Street Address<br>City, State | Phone<br>Fax<br>Country, Zip | Latest Transaction<br>Latest Login<br>Login IP |
|---|---|---|---|---|---|---|---|
| 1115030<br>No | Ryder<br>Ripps<br>frontdesk@okfoc.us | Reset | 3/1/2013 11:03:51 AM<br>24.39.132.246 | 3.6800<br>3.6800<br>0.0000 | OKFOCUS LLC<br>31609 2ND ST<br>Acton, CA | +1.9173180880<br>+1.5555555555<br>US, 93510 | 1/4/2023 2:00:01 AM<br>1/28/2023 8:56:39 PM<br>72.134.200.238 |

Exported on Feb/07/2023



JTX-1484.00001

NAMECHEAP0000015

namecheap

# Whois details for rrbayc.com

**Registrant Contact**

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: LIVE9000 LLC |
| Street Address: 2300 W SAHARA AVE STE 800 | Address 2: | Job Title: OWNER |
| City: las vegas | State/Province, Zip/Postal Code: NV, 89102 | Country: United States |
| Email Address: rrbayc@protonmail.com | Phone Number: +1 9173180890 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: LIVE9000 LLC |
| Street Address: 2300 W SAHARA AVE STE 800 | Address 2: | Job Title: OWNER |
| City: las vegas | State/Province, Zip/Postal Code: NV, 89102 | Country: United States |
| Email Address: rrbayc@protonmail.com | Phone Number: +1 9173180890 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: LIVE9000 LLC |
| Street Address: 2300 W SAHARA AVE STE 800 | Address 2: | Job Title: OWNER |
| City: las vegas | State/Province, Zip/Postal Code: NV, 89102 | Country: United States |
| Email Address: rrbayc@protonmail.com | Phone Number: +1 9173180890 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: LIVE9000 LLC |
| Street Address: 2300 W SAHARA AVE STE 800 | Address 2: | Job Title: OWNER |
| City: las vegas | State/Province, Zip/Postal Code: NV, 89102 | Country: United States |
| Email Address: rrbayc@protonmail.com | Phone Number: +1 9173180890 | Fax Number: |

Exported on Feb/07/2023

## Whois details for apemarket.com

### Registrant Contact

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: |
| Street Address: 31609 2ND ST | Address 2: | Job Title: |
| City: Acton | State/Province, Zip/Postal Code: CA, 93510 | Country: United States |
| Email Address: theryderproject@gmail.com | Phone Number: +1 9173180890 | Fax Number: |

### Administrative Contact

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: |
| Street Address: 31609 2ND ST | Address 2: | Job Title: |
| City: Acton | State/Province, Zip/Postal Code: CA, 93510 | Country: United States |
| Email Address: theryderproject@gmail.com | Phone Number: +1 9173180890 | Fax Number: |

### Technical Contact

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: |
| Street Address: 31609 2ND ST | Address 2: | Job Title: |
| City: Acton | State/Province, Zip/Postal Code: CA, 93510 | Country: United States |
| Email Address: theryderproject@gmail.com | Phone Number: +1 9173180890 | Fax Number: |

### Billing Contact

| | | |
|---|---|---|
| First Name: Ryder | Last Name: Ripps | Organization: |
| Street Address: 31609 2ND ST | Address 2: | Job Title: |
| City: Acton | State/Province, Zip/Postal Code: CA, 93510 | Country: United States |
| Email Address: theryderproject@gmail.com | Phone Number: +1 9173180890 | Fax Number: |

Exported on Feb/07/2023

## Login History

| Date | Success | Username | IP Address |
|---|---|---|---|
| 1/28/2023 8:56:46 PM | True | okfocus | 72.134.200.238 |
| 1/27/2023 2:00:41 AM | True | okfocus | 185.202.221.249 |
| 1/20/2023 5:11:01 PM | True | okfocus | 185.202.221.101 |
| 1/19/2023 2:10:41 PM | True | okfocus | 174.193.139.156 |
| 1/18/2023 1:48:06 AM | True | okfocus | 91.196.220.120 |
| 1/7/2023 2:40:45 AM | True | okfocus | 176.113.72.214 |
| 12/31/2022 1:08:41 AM | True | okfocus | 176.113.72.222 |
| 12/28/2022 1:36:23 PM | True | okfocus | 108.185.19.87 |
| 12/27/2022 11:16:45 PM | True | okfocus | 185.202.221.66 |
| 12/22/2022 1:36:34 PM | True | okfocus | 108.185.19.87 |
| 12/15/2022 9:07:27 PM | True | okfocus | 174.193.208.46 |
| 12/14/2022 2:09:48 PM | True | okfocus | 192.145.36.221 |
| 10/25/2022 12:03:56 AM | True | okfocus | 108.185.19.87 |
| 10/21/2022 5:52:23 PM | True | okfocus | 72.134.200.238 |
| 10/19/2022 11:59:25 AM | True | okfocus | 72.134.200.238 |
| 10/14/2022 12:58:21 AM | True | okfocus | 108.185.19.87 |
| 10/10/2022 12:21:37 AM | True | okfocus | 174.193.210.154 |
| 9/22/2022 12:16:13 AM | True | okfocus | 91.196.220.212 |
| 9/20/2022 9:50:39 PM | True | okfocus | 152.89.204.175 |
| 8/16/2022 1:42:12 PM | True | okfocus | 108.185.19.87 |
| 7/31/2022 12:39:47 PM | True | okfocus | 185.202.221.46 |
| 7/24/2022 12:11:52 AM | True | okfocus | 23.105.41.232 |
| 7/14/2022 6:28:27 PM | True | okfocus | 91.196.220.159 |
| 5/29/2022 11:15:31 PM | True | okfocus | 192.145.36.35 |
| 5/27/2022 4:14:40 PM | True | okfocus | 192.145.36.43 |
| 5/25/2022 10:39:47 PM | True | okfocus | 192.145.36.43 |
| 5/20/2022 2:49:22 PM | True | okfocus | 193.160.245.141 |
| 5/18/2022 6:05:07 PM | True | okfocus | 185.135.136.187 |
| 5/14/2022 10:58:14 PM | True | okfocus | 193.160.245.142 |
| 5/3/2022 2:29:42 AM | True | okfocus | 185.236.200.121 |
| 4/18/2022 9:44:42 PM | True | okfocus | 108.185.23.142 |
| 4/18/2022 5:27:14 PM | True | okfocus | 108.185.23.142 |
| 2/23/2022 2:17:49 PM | True | okfocus | 108.185.23.142 |
| 2/7/2022 12:13:11 PM | True | okfocus | 91.196.220.112 |
| 2/7/2022 3:42:17 AM | True | okfocus | 91.196.220.112 |
| 2/2/2022 4:12:49 PM | True | okfocus | 185.216.74.81 |
| 2/1/2022 11:47:19 PM | True | okfocus | 108.185.23.142 |
| 1/24/2022 7:44:10 PM | True | okfocus | 23.105.41.205 |
| 1/20/2022 2:03:39 PM | True | okfocus | 23.105.41.213 |
| 1/18/2022 5:50:26 PM | True | okfocus | 23.105.41.205 |
| 1/14/2022 2:45:32 PM | True | okfocus | 23.105.41.205 |
| 12/31/2021 6:49:36 PM | True | okfocus | 193.160.245.157 |
| 12/28/2021 10:00:17 PM | True | okfocus | 108.185.23.142 |
| 12/22/2021 3:52:44 PM | True | okfocus | 108.185.23.142 |
| 12/21/2021 10:39:09 PM | True | okfocus | 108.185.23.142 |
| 11/2/2021 1:04:24 PM | True | okfocus | 108.185.23.142 |
| 10/2/2021 1:06:59 AM | True | okfocus | 108.185.23.142 |
| 8/27/2021 6:39:39 AM | True | okfocus | 172.90.231.57 |
| 8/25/2021 6:10:46 PM | True | okfocus | 172.90.231.57 |
| 8/24/2021 7:55:45 PM | True | okfocus | 172.90.231.57 |
| 8/24/2021 1:41:14 AM | True | okfocus | 172.90.231.57 |
| 8/23/2021 1:26:59 PM | True | okfocus | 172.90.231.57 |
| 8/22/2021 1:25:20 AM | True | okfocus | 172.90.231.57 |
| 8/21/2021 1:57:37 AM | True | okfocus | 172.90.231.57 |
| 8/20/2021 1:07:14 AM | True | okfocus | 172.90.231.57 |
| 8/19/2021 10:38:35 PM | True | okfocus | 172.90.231.57 |
| 8/19/2021 3:25:46 PM | True | okfocus | 172.90.231.57 |
| 8/14/2021 9:41:42 PM | True | okfocus | 172.90.231.57 |
| 8/10/2021 5:58:53 PM | True | okfocus | 172.90.231.57 |
| 8/4/2021 2:07:59 PM | True | okfocus | 172.90.231.57 |
| 8/4/2021 4:34:57 AM | True | okfocus | 172.90.231.57 |
| 8/4/2021 2:17:10 AM | True | okfocus | 172.90.231.57 |
| 8/2/2021 6:10:12 PM | True | okfocus | 172.90.231.57 |
| 8/1/2021 11:53:06 PM | True | okfocus | 172.90.231.57 |
| 7/11/2021 2:45:07 AM | True | okfocus | 172.90.231.57 |
| 6/18/2021 6:41:16 PM | True | okfocus | 172.90.231.57 |
| 6/18/2021 4:59:51 PM | True | okfocus | 172.90.231.57 |
| 6/10/2021 11:27:43 AM | True | okfocus | 172.90.231.57 |
| 6/8/2021 12:48:57 PM | True | okfocus | 23.81.207.70 |
| 6/5/2021 7:40:20 PM | True | okfocus | 172.90.231.57 |
| 5/25/2021 12:39:35 PM | True | okfocus | 172.90.231.57 |
| 5/15/2021 2:01:09 PM | True | okfocus | 172.90.231.57 |
| 5/15/2021 3:50:32 AM | True | okfocus | 172.90.231.57 |
| 5/4/2021 12:59:30 PM | True | okfocus | 184.74.244.130 |
| 4/16/2021 12:30:23 PM | True | okfocus | 152.89.204.198 |
| 4/2/2021 3:25:13 PM | True | okfocus | 172.90.231.57 |

namecheap

| Date | Success | Username | IP Address |
|---|---|---|---|
| 3/29/2021 6:15:51 PM | True | okfocus | 172.90.231.57 |
| 3/25/2021 8:49:57 PM | True | okfocus | 172.90.231.57 |
| 3/25/2021 3:33:15 PM | True | okfocus | 172.90.231.57 |
| 3/25/2021 1:37:50 PM | True | okfocus | 172.90.231.57 |
| 3/25/2021 12:32:20 AM | True | okfocus | 172.90.231.57 |
| 3/9/2021 3:30:49 PM | True | okfocus | 172.90.231.57 |
| 3/8/2021 11:55:14 PM | True | okfocus | 152.89.204.161 |
| 2/26/2021 9:45:11 PM | True | okfocus | 172.90.231.57 |
| 2/26/2021 3:24:45 PM | True | okfocus | 172.90.231.57 |
| 12/28/2020 12:35:15 PM | True | okfocus | 172.90.231.57 |
| 12/21/2020 3:25:27 PM | True | okfocus | 172.90.231.57 |
| 12/18/2020 1:54:26 PM | True | okfocus | 172.90.231.57 |
| 12/7/2020 10:30:47 AM | True | okfocus | 107.77.234.177 |
| 12/5/2020 7:34:06 PM | True | okfocus | 172.90.231.57 |
| 10/28/2020 6:46:31 PM | True | okfocus | 172.90.231.57 |
| 8/30/2020 2:36:59 PM | True | okfocus | 75.85.168.98 |
| 7/2/2020 10:05:11 PM | True | okfocus | 72.132.233.48 |
| 4/30/2020 3:14:58 PM | True | okfocus | 76.93.231.118 |
| 4/13/2020 10:12:55 PM | True | okfocus | 76.93.231.118 |
| 4/13/2020 3:48:11 PM | True | okfocus | 76.93.231.118 |
| 4/10/2020 4:39:04 PM | True | okfocus | 76.93.231.118 |
| 4/10/2020 4:38:38 PM | False | okfocus | 76.93.231.118 |
| 3/31/2020 6:37:08 PM | True | okfocus | 107.210.214.195 |
| 3/10/2020 6:46:01 PM | True | okfocus | 107.210.214.195 |
| 2/11/2020 3:10:47 PM | True | okfocus | 107.210.214.195 |
| 2/3/2020 8:18:01 PM | True | okfocus | 107.210.214.195 |
| 1/23/2020 12:46:09 PM | True | okfocus | 107.210.214.195 |
| 1/22/2020 1:25:42 PM | True | okfocus | 107.210.214.195 |
| 1/2/2020 9:57:08 PM | True | okfocus | 107.210.214.195 |
| 12/29/2019 2:37:28 AM | True | okfocus | 69.26.129.86 |
| 12/7/2019 2:04:32 PM | True | okfocus | 69.26.129.86 |
| 11/22/2019 8:15:33 PM | True | okfocus | 107.210.214.195 |
| 11/18/2019 1:51:02 PM | True | okfocus | 107.210.214.195 |
| 11/4/2019 8:28:06 PM | True | okfocus | 107.210.214.195 |
| 10/27/2019 7:33:22 PM | True | okfocus | 107.210.214.195 |
| 10/21/2019 4:28:10 AM | True | okfocus | 69.26.144.92 |
| 10/18/2019 9:20:53 PM | True | okfocus | 107.210.214.195 |
| 10/6/2019 11:42:04 PM | True | okfocus | 107.77.230.210 |
| 9/12/2019 4:55:15 PM | True | okfocus | 107.210.214.195 |
| 9/10/2019 2:06:03 PM | True | okfocus | 107.210.214.195 |
| 9/10/2019 3:33:24 AM | True | okfocus | 107.77.229.183 |
| 8/26/2019 12:18:23 AM | True | okfocus | 107.210.214.195 |
| 8/25/2019 8:27:27 PM | True | okfocus | 107.210.214.195 |
| 8/18/2019 6:26:52 PM | True | okfocus | 107.210.214.195 |
| 8/18/2019 2:26:24 PM | True | okfocus | 104.175.35.99 |
| 8/8/2019 10:05:39 PM | True | okfocus | 107.210.214.195 |
| 8/6/2019 8:41:43 PM | True | okfocus | 107.210.214.195 |
| 7/18/2019 3:45:17 PM | True | okfocus | 107.210.214.195 |
| 5/19/2019 6:23:50 PM | True | okfocus | 107.210.214.195 |
| 5/16/2019 11:27:49 PM | True | okfocus | 107.210.214.195 |
| 3/24/2019 11:13:14 PM | True | okfocus | 10.20.130.175 |
| 3/17/2019 4:42:33 AM | True | okfocus | 10.20.130.176 |
| 12/4/2018 6:08:29 PM | True | okfocus | 173.224.126.52 |
| 10/26/2018 7:22:02 PM | True | okfocus | 107.199.156.139 |
| 10/25/2018 6:58:58 PM | True | okfocus | 107.199.156.139 |
| 10/8/2018 7:11:08 PM | True | okfocus | 73.51.200.197 |
| 9/19/2018 1:37:00 PM | True | okfocus | 12.18.188.154 |
| 9/14/2018 6:06:28 PM | True | okfocus | 174.56.184.240 |
| 9/10/2018 12:46:40 AM | True | okfocus | 174.56.184.240 |
| 9/2/2018 1:11:38 AM | True | okfocus | 38.106.252.246 |
| 8/7/2018 2:32:38 PM | True | okfocus | 174.56.184.240 |
| 8/6/2018 6:22:26 PM | True | okfocus | 174.56.184.240 |
| 7/30/2018 1:49:58 PM | True | okfocus | 174.56.184.240 |
| 7/24/2018 11:59:48 PM | True | okfocus | 174.56.184.240 |
| 7/16/2018 7:11:43 PM | True | okfocus | 98.148.93.129 |
| 6/7/2018 12:00:54 PM | True | okfocus | 76.169.47.31 |
| 6/5/2018 3:05:58 PM | True | okfocus | 76.169.47.31 |
| 5/15/2018 5:10:38 PM | True | okfocus | 174.56.184.240 |
| 5/14/2018 12:25:34 PM | True | okfocus | 74.66.1.66 |
| 5/14/2018 11:53:01 AM | True | okfocus | 74.66.1.66 |
| 5/14/2018 11:22:36 AM | True | okfocus | 74.66.1.66 |
| 5/7/2018 7:54:24 PM | True | okfocus | 174.56.184.240 |
| 5/7/2018 5:55:54 PM | True | okfocus | 174.56.184.240 |
| 5/7/2018 4:35:49 PM | True | okfocus | 174.56.184.240 |
| 5/7/2018 1:02:20 PM | True | okfocus | 174.56.184.240 |
| 5/4/2018 11:31:36 AM | True | okfocus | 174.56.184.240 |
| 2/28/2018 5:32:33 PM | True | okfocus | 174.56.184.240 |
| 2/20/2018 6:04:32 PM | True | okfocus | 174.56.184.240 |

namecheap

| Date | Success | Username | IP Address |
|---|---|---|---|
| 2/7/2018 5:07:03 PM | True | okfocus | 174.56.184.240 |
| 2/7/2018 4:45:21 PM | True | okfocus | 174.56.184.240 |
| 1/16/2018 1:48:46 PM | True | okfocus | 45.48.241.26 |
| 1/6/2018 1:53:25 AM | True | okfocus | 174.56.184.240 |
| 1/5/2018 11:53:23 PM | True | okfocus | 174.56.184.240 |
| 1/5/2018 5:51:28 PM | True | okfocus | 174.56.184.240 |
| 12/3/2017 12:07:24 AM | True | okfocus | 174.56.184.240 |
| 11/30/2017 3:14:06 PM | True | okfocus | 174.56.184.240 |
| 11/21/2017 10:13:51 AM | True | okfocus | 174.56.184.240 |
| 11/15/2017 9:22:36 PM | True | okfocus | 174.56.184.240 |
| 10/6/2017 2:08:54 PM | True | okfocus | 71.228.129.161 |
| 10/6/2017 2:04:57 PM | True | okfocus | 71.228.129.161 |
| 8/10/2017 5:41:48 PM | True | okfocus | 71.228.129.161 |
| 7/31/2017 10:52:35 AM | True | okfocus | 71.228.129.161 |
| 7/28/2017 9:34:18 PM | True | okfocus | 71.228.129.161 |
| 6/5/2017 1:36:32 PM | True | okfocus | 71.228.129.161 |
| 5/31/2017 4:34:46 PM | True | okfocus | 71.228.129.161 |
| 5/10/2017 7:19:29 AM | True | okfocus | 62.196.152.194 |
| 5/10/2017 4:35:53 AM | True | okfocus | 151.38.33.173 |
| 4/25/2017 5:40:45 PM | True | okfocus | 74.72.49.250 |
| 4/25/2017 5:15:00 PM | True | okfocus | 74.72.49.250 |
| 4/7/2017 5:28:42 PM | True | okfocus | 74.72.49.250 |
| 2/28/2017 12:33:23 AM | True | okfocus | 74.72.49.250 |
| 2/23/2017 5:45:59 PM | True | okfocus | 69.206.253.238 |
| 2/23/2017 7:38:06 AM | True | okfocus | 74.72.49.250 |
| 2/22/2017 11:13:48 AM | True | okfocus | 69.206.253.238 |
| 2/21/2017 9:55:07 AM | True | okfocus | 69.206.253.238 |
| 2/19/2017 4:03:11 PM | True | okfocus | 69.206.253.238 |
| 2/16/2017 11:02:19 PM | True | okfocus | 74.72.49.250 |
| 2/16/2017 12:04:58 PM | True | okfocus | 207.244.67.21 |
| 2/11/2017 12:59:05 PM | True | okfocus | 74.72.49.250 |
| 2/11/2017 12:58:53 PM | False | okfocus | 74.72.49.250 |
| 2/2/2017 4:36:24 PM | True | okfocus | 209.126.120.145 |
| 1/26/2017 11:57:39 AM | True | okfocus | 73.21.119.24 |
| 1/26/2017 11:57:15 AM | False | okfocus | 73.21.119.24 |
| 1/26/2017 11:56:54 AM | False | okfocus | 73.21.119.24 |
| 1/26/2017 11:56:40 AM | False | okfocus | 73.21.119.24 |
| 1/19/2017 11:49:06 AM | True | okfocus | 69.206.253.238 |
| 1/18/2017 3:59:04 PM | True | okfocus | 69.206.253.238 |
| 1/16/2017 6:07:18 PM | True | okfocus | 69.206.253.238 |
| 1/16/2017 6:07:05 PM | False | okfocus | 69.206.253.238 |
| 1/8/2017 1:49:25 PM | True | okfocus | 74.72.49.250 |
| 1/8/2017 1:49:06 PM | False | okfocus | 74.72.49.250 |
| 1/4/2017 1:41:09 PM | True | okfocus | 69.206.253.238 |
| 1/4/2017 1:40:59 PM | False | okfocus | 69.206.253.238 |
| 1/4/2017 10:34:25 AM | True | okfocus | 69.206.253.238 |
| 1/2/2017 10:03:24 PM | True | okfocus | 74.72.49.250 |
| 1/2/2017 10:03:15 PM | False | okfocus | 74.72.49.250 |
| 1/2/2017 10:03:06 PM | False | okfocus | 74.72.49.250 |
| 12/25/2016 3:47:26 PM | True | okfocus | 69.206.253.238 |
| 12/25/2016 3:45:54 PM | False | okfocus | 69.206.253.238 |
| 12/25/2016 3:45:49 PM | False | okfocus | 69.206.253.238 |
| 12/25/2016 3:45:41 PM | False | okfocus | 69.206.253.238 |
| 12/13/2016 4:28:03 PM | False | okfocus | 69.206.253.238 |
| 12/13/2016 1:00:26 AM | True | okfocus | 74.72.49.250 |
| 12/13/2016 1:00:15 AM | False | okfocus | 74.72.49.250 |
| 12/4/2016 11:30:08 AM | True | okfocus | 204.195.154.121 |
| 12/4/2016 11:29:45 AM | False | okfocus | 204.195.154.121 |
| 12/4/2016 11:29:32 AM | False | okfocus | 204.195.154.121 |
| 11/21/2016 8:45:15 PM | True | okfocus | 69.206.253.238 |
| 11/21/2016 3:06:53 PM | True | okfocus | 69.206.253.238 |
| 11/21/2016 3:06:43 PM | False | okfocus | 69.206.253.238 |
| 11/16/2016 9:13:20 PM | True | okfocus | 172.56.35.117 |
| 11/16/2016 6:36:10 PM | False | okfocus | 69.206.253.238 |
| 11/16/2016 6:36:03 PM | False | okfocus | 69.206.253.238 |
| 11/16/2016 6:35:27 PM | False | okfocus | 69.206.253.238 |
| 11/16/2016 3:07:33 PM | True | okfocus | 69.206.253.238 |
| 11/14/2016 2:07:23 PM | True | okfocus | 69.206.253.238 |
| 11/13/2016 5:36:02 PM | True | okfocus | 69.206.253.238 |
| 11/13/2016 5:35:50 PM | False | okfocus | 69.206.253.238 |
| 11/13/2016 5:35:37 PM | False | okfocus | 69.206.253.238 |
| 11/13/2016 12:28:11 AM | True | okfocus | 69.206.253.238 |
| 11/13/2016 12:27:29 AM | True | okfocus | 66.108.188.84 |
| 11/13/2016 12:10:50 AM | False | okfocus | 69.206.253.238 |
| 11/9/2016 3:21:13 PM | True | okfocus | 69.206.253.238 |
| 11/7/2016 11:35:05 AM | True | okfocus | 69.206.253.238 |
| 11/1/2016 3:55:50 PM | True | okfocus | 69.206.253.238 |
| 10/24/2016 3:23:56 PM | True | okfocus | 66.87.116.47 |

| Date | Success | Username | IP Address |
|---|---|---|---|
| 10/3/2016 1:35:01 PM | False | okfocus | 69.206.253.238 |
| 9/12/2016 6:24:19 PM | True | okfocus | 69.206.253.238 |
| 9/12/2016 6:23:51 PM | False | okfocus | 69.206.253.238 |
| 9/8/2016 10:45:25 AM | True | okfocus | 69.206.253.238 |
| 9/8/2016 10:42:52 AM | False | okfocus | 69.206.253.238 |
| 9/8/2016 10:42:36 AM | False | okfocus | 69.206.253.238 |
| 9/8/2016 10:42:16 AM | False | okfocus | 69.206.253.238 |
| 8/30/2016 6:35:34 AM | False | okfocus | 217.51.254.55 |
| 8/30/2016 6:35:21 AM | False | okfocus | 217.51.254.55 |
| 8/30/2016 6:35:12 AM | False | okfocus | 217.51.254.55 |
| 8/17/2016 6:24:33 PM | False | okfocus | 69.206.253.238 |
| 8/17/2016 6:23:31 PM | False | okfocus | 69.206.253.238 |
| 8/5/2016 3:56:44 PM | True | okfocus | 69.206.253.238 |
| 7/14/2016 4:12:13 PM | True | okfocus | 213.143.48.199 |
| 7/14/2016 4:11:38 PM | False | okfocus | 213.143.48.199 |
| 7/9/2016 12:47:01 PM | True | okfocus | 69.206.253.238 |
| 7/8/2016 1:48:40 PM | True | okfocus | 69.206.253.238 |
| 7/8/2016 1:46:22 PM | False | okfocus | 69.206.253.238 |
| 7/8/2016 1:46:00 PM | False | okfocus | 69.206.253.238 |
| 7/8/2016 1:45:43 PM | False | okfocus | 69.206.253.238 |
| 6/23/2016 11:50:20 AM | True | okfocus | 69.206.253.238 |
| 6/22/2016 7:05:57 PM | True | okfocus | 69.206.253.238 |
| 6/22/2016 11:48:54 AM | True | okfocus | 69.206.253.238 |
| 6/22/2016 11:46:51 AM | False | okfocus | 69.206.253.238 |
| 6/22/2016 11:46:20 AM | False | okfocus | 69.206.253.238 |
| 6/22/2016 11:46:00 AM | False | okfocus | 69.206.253.238 |
| 6/22/2016 11:45:39 AM | False | okfocus | 69.206.253.238 |
| 6/10/2016 11:13:29 AM | True | okfocus | 69.206.253.238 |
| 6/10/2016 11:13:05 AM | False | okfocus | 69.206.253.238 |
| 6/8/2016 12:33:03 AM | False | okfocus | 69.206.253.238 |
| 6/7/2016 11:05:46 AM | True | okfocus | 69.206.253.238 |
| 6/6/2016 8:59:21 PM | True | okfocus | 69.206.253.238 |
| 5/25/2016 5:02:38 PM | True | okfocus | 69.206.253.238 |
| 5/22/2016 3:12:27 PM | True | okfocus | 69.206.253.238 |
| 5/22/2016 3:12:20 PM | False | okfocus | 69.206.253.238 |
| 5/20/2016 12:54:29 PM | True | okfocus | 69.206.253.238 |
| 5/20/2016 12:52:50 PM | False | okfocus | 69.206.253.238 |
| 5/20/2016 12:52:45 PM | False | okfocus | 69.206.253.238 |
| 5/19/2016 6:54:27 PM | True | okfocus | 69.206.253.238 |
| 5/16/2016 6:30:13 PM | True | okfocus | 69.206.253.238 |
| 5/5/2016 6:03:18 PM | True | okfocus | 69.206.253.238 |
| 5/5/2016 6:03:10 PM | False | okfocus | 69.206.253.238 |
| 5/4/2016 7:48:18 PM | True | okfocus | 52.26.51.180 |
| 5/4/2016 7:48:02 PM | False | okfocus | 52.26.51.180 |
| 4/15/2016 5:23:17 PM | True | okfocus | 69.206.253.238 |
| 4/12/2016 9:00:53 PM | True | okfocus | 69.206.253.238 |
| 4/12/2016 9:00:14 PM | False | okfocus | 69.206.253.238 |
| 4/12/2016 9:00:07 PM | False | okfocus | 69.206.253.238 |
| 4/12/2016 11:17:08 AM | True | okfocus | 69.206.253.238 |
| 4/4/2016 5:21:44 PM | True | okfocus | 69.206.253.238 |
| 4/4/2016 11:33:31 AM | True | okfocus | 69.206.253.238 |
| 4/3/2016 2:12:18 PM | True | okfocus | 12.157.224.250 |
| 4/3/2016 2:12:07 PM | False | okfocus | 12.157.224.250 |
| 3/29/2016 6:56:08 PM | True | okfocus | 69.206.253.238 |
| 3/23/2016 12:36:04 PM | True | okfocus | 172.245.48.50 |
| 3/16/2016 8:23:28 PM | True | okfocus | 52.26.51.180 |
| 3/16/2016 8:23:08 PM | False | okfocus | 52.26.51.180 |
| 3/16/2016 8:22:18 PM | False | okfocus | 52.26.51.180 |
| 3/10/2016 1:24:06 PM | True | okfocus | 69.206.253.238 |
| 3/10/2016 12:48:42 PM | False | okfocus | 69.206.253.238 |
| 2/26/2016 5:26:17 PM | True | okfocus | 69.206.253.238 |
| 2/26/2016 3:14:36 PM | True | okfocus | 69.206.253.238 |
| 2/26/2016 3:14:09 PM | False | okfocus | 69.206.253.238 |
| 2/19/2016 12:02:37 PM | True | okfocus | 69.206.253.238 |
| 2/19/2016 12:02:23 PM | False | okfocus | 69.206.253.238 |
| 2/17/2016 5:24:03 PM | True | okfocus | 69.206.253.238 |
| 2/17/2016 5:23:51 PM | False | okfocus | 69.206.253.238 |
| 2/5/2016 11:39:18 AM | True | okfocus | 69.206.253.238 |
| 2/5/2016 11:39:05 AM | False | okfocus | 69.206.253.238 |
| 2/3/2016 3:48:06 PM | True | okfocus | 69.206.253.238 |
| 2/3/2016 3:47:52 PM | False | okfocus | 69.206.253.238 |
| 1/22/2016 1:05:46 PM | True | okfocus | 69.206.253.238 |
| 1/22/2016 12:52:02 PM | True | okfocus | 74.72.49.82 |
| 1/22/2016 12:51:36 AM | False | okfocus | 74.72.49.82 |
| 1/19/2016 4:22:15 PM | True | okfocus | 69.206.253.238 |
| 1/19/2016 4:22:03 PM | False | okfocus | 69.206.253.238 |
| 1/18/2016 3:54:18 PM | True | okfocus | 162.246.187.11 |
| 1/18/2016 3:53:55 PM | False | okfocus | 162.246.187.11 |

| Date | Success | Username | IP Address |
|---|---|---|---|
| 1/16/2016 3:43:27 AM | True | okfocus | 74.72.49.82 |
| 1/12/2016 11:42:10 AM | True | okfocus | 69.206.253.238 |
| 1/5/2016 4:37:18 PM | True | okfocus | 69.206.253.238 |
| 12/30/2015 3:27:39 PM | True | okfocus | 107.152.154.56 |
| 12/21/2015 4:46:31 PM | True | okfocus | 69.206.253.238 |
| 12/17/2015 12:09:15 AM | True | okfocus | 192.77.237.124 |
| 12/9/2015 4:13:23 PM | True | okfocus | 69.206.253.238 |
| 12/8/2015 1:32:58 PM | True | okfocus | 69.206.253.238 |
| 12/2/2015 6:48:02 PM | True | okfocus | 69.206.253.238 |
| 11/30/2015 12:23:36 PM | True | okfocus | 69.206.253.238 |
| 11/28/2015 7:04:35 PM | True | okfocus | 107.107.60.75 |
| 11/28/2015 7:04:16 PM | False | okfocus | 107.107.60.75 |
| 11/10/2015 12:53:47 AM | True | okfocus | 107.107.56.36 |
| 11/10/2015 12:53:30 AM | True | okfocus | 107.107.56.36 |
| 11/3/2015 1:41:23 PM | True | okfocus | 98.14.14.247 |
| 10/30/2015 12:09:15 PM | True | okfocus | 98.14.14.247 |
| 10/20/2015 11:33:00 AM | True | okfocus | 98.14.14.247 |
| 9/29/2015 1:30:40 PM | True | okfocus | 74.72.49.82 |
| 9/22/2015 1:58:12 PM | True | okfocus | 98.14.14.247 |
| 9/17/2015 7:41:00 AM | True | okfocus | 184.153.109.229 |
| 9/2/2015 4:30:09 PM | True | okfocus | 98.14.14.247 |
| 8/30/2015 11:28:52 AM | True | okfocus | 184.153.109.229 |
| 8/24/2015 3:45:54 PM | True | okfocus | 98.14.14.247 |
| 8/7/2015 6:27:49 PM | True | okfocus | 74.72.49.82 |
| 7/30/2015 2:10:20 PM | True | okfocus | 98.14.14.247 |
| 7/30/2015 1:57:48 PM | False | okfocus | 98.14.14.247 |
| 7/22/2015 1:48:32 PM | True | okfocus | 98.14.14.247 |
| 6/23/2015 6:41:30 PM | True | okfocus | 98.14.14.247 |
| 6/23/2015 2:53:18 PM | True | okfocus | 98.14.14.247 |
| 6/10/2015 12:30:07 PM | True | okfocus | 98.14.14.247 |
| 6/10/2015 12:30:01 PM | False | okfocus | 98.14.14.247 |
| 6/8/2015 11:39:36 AM | True | okfocus | 98.14.14.247 |
| 6/3/2015 7:11:12 PM | True | okfocus | 98.14.14.247 |
| 5/13/2015 4:37:01 AM | True | okfocus | 90.8.104.102 |
| 5/12/2015 10:21:17 AM | True | okfocus | 185.61.188.34 |
| 5/1/2015 4:36:06 PM | True | okfocus | 98.14.14.247 |
| 4/20/2015 3:35:02 PM | True | okfocus | 98.14.14.247 |
| 4/9/2015 3:42:15 PM | True | okfocus | 184.153.109.229 |
| 4/9/2015 1:35:10 PM | True | okfocus | 184.153.109.229 |
| 4/8/2015 12:15:54 PM | True | okfocus | 207.29.44.2 |
| 3/24/2015 2:37:28 PM | True | okfocus | 98.14.14.247 |
| 3/23/2015 9:27:30 PM | True | okfocus | 98.14.14.247 |
| 3/18/2015 12:28:26 PM | True | okfocus | 98.14.14.247 |
| 3/13/2015 5:30:16 PM | True | okfocus | 98.14.14.247 |
| 3/10/2015 5:21:11 PM | True | okfocus | 50.59.135.34 |
| 3/2/2015 6:47:13 PM | True | okfocus | 50.59.135.34 |
| 2/23/2015 5:05:16 PM | True | okfocus | 50.59.135.34 |
| 2/23/2015 2:24:03 PM | True | okfocus | 50.59.135.34 |
| 2/20/2015 3:36:28 PM | True | okfocus | 50.59.135.34 |
| 2/16/2015 12:30:54 AM | True | okfocus | 74.72.49.82 |
| 2/4/2015 2:28:49 PM | True | okfocus | 98.14.14.247 |
| 2/2/2015 12:31:24 PM | True | okfocus | 184.153.109.229 |
| 1/14/2015 1:47:47 AM | True | okfocus | 184.153.109.229 |
| 1/5/2015 4:28:32 PM | True | okfocus | 98.14.14.247 |
| 1/2/2015 8:10:36 PM | True | okfocus | 98.14.14.247 |
| 1/2/2015 5:55:13 PM | True | okfocus | 98.14.14.247 |
| 12/28/2014 4:43:06 PM | True | okfocus | 74.72.49.82 |
| 11/30/2014 10:47:25 PM | True | okfocus | 74.72.49.82 |
| 11/26/2014 2:58:59 PM | True | okfocus | 98.14.14.247 |
| 11/21/2014 9:18:32 AM | True | okfocus | 74.72.49.82 |
| 11/19/2014 1:06:53 PM | True | okfocus | 98.14.14.247 |
| 11/18/2014 3:55:55 PM | True | okfocus | 98.14.14.247 |
| 11/7/2014 3:40:37 PM | True | okfocus | 98.14.14.247 |
| 11/4/2014 11:56:09 AM | True | okfocus | 98.14.14.247 |
| 11/1/2014 9:58:05 PM | True | okfocus | 74.72.49.82 |
| 10/31/2014 2:23:38 PM | True | okfocus | 98.14.14.247 |
| 10/29/2014 4:43:10 PM | True | okfocus | 98.14.14.247 |
| 10/27/2014 6:46:44 PM | True | okfocus | 98.14.14.247 |
| 10/23/2014 10:34:53 PM | True | okfocus | 184.153.109.229 |
| 10/20/2014 11:30:39 AM | True | okfocus | 98.14.14.247 |
| 10/18/2014 11:02:01 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 11:01:11 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 11:00:45 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 11:00:37 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 11:00:25 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 11:00:21 PM | True | okfocus | 107.107.56.43 |
| 10/18/2014 10:59:17 PM | True | okfocus | 107.107.56.43 |
| 9/12/2014 2:39:25 PM | True | okfocus | 98.14.14.247 |

| Date | Success | Username | IP Address |
|---|---|---|---|
| 9/3/2014 12:49:03 AM | True | okfocus | 104.162.212.222 |
| 8/12/2014 6:31:33 PM | True | okfocus | 98.14.14.247 |
| 8/12/2014 6:31:34 PM | False | okfocus | 98.14.14.247 |
| 8/4/2014 11:32:11 AM | True | okfocus | 98.14.14.247 |
| 7/31/2014 9:10:21 PM | True | okfocus | 198.255.181.17 |
| 7/23/2014 12:32:54 PM | True | okfocus | 98.14.14.247 |
| 6/18/2014 7:13:59 PM | True | okfocus | 98.14.14.247 |
| 6/11/2014 11:40:39 PM | True | okfocus | 198.255.181.17 |
| 6/11/2014 3:38:28 PM | True | okfocus | 98.14.14.247 |
| 6/10/2014 1:01:54 PM | True | okfocus | 98.14.14.247 |
| 6/9/2014 11:17:00 AM | True | okfocus | 98.14.14.247 |
| 5/28/2014 12:36:13 AM | True | okfocus | 184.153.113.50 |
| 5/8/2014 11:54:06 AM | True | okfocus | 98.14.14.247 |
| 4/10/2014 11:01:51 PM | True | okfocus | 198.255.181.17 |
| 3/29/2014 2:17:12 AM | True | okfocus | 180.168.103.154 |
| 3/5/2014 8:38:43 PM | True | okfocus | 198.255.181.17 |
| 3/2/2014 6:11:41 PM | True | okfocus | 72.227.140.152 |
| 3/1/2014 2:27:42 PM | True | okfocus | 198.255.181.17 |
| 2/26/2014 11:10:36 PM | True | okfocus | 198.255.181.17 |
| 2/26/2014 1:08:36 PM | True | okfocus | 72.227.140.152 |
| 2/26/2014 12:52:44 PM | True | okfocus | 72.227.140.152 |
| 2/25/2014 11:00:27 PM | True | okfocus | 198.255.181.17 |
| 2/25/2014 2:24:26 PM | True | okfocus | 72.227.140.152 |
| 2/20/2014 12:35:16 PM | True | okfocus | 72.227.140.152 |
| 2/13/2014 11:42:06 AM | True | okfocus | 72.227.140.152 |
| 1/15/2014 12:53:54 PM | True | okfocus | 72.227.140.152 |
| 12/30/2013 12:15:02 AM | True | okfocus | 198.255.181.17 |
| 12/25/2013 1:10:47 PM | True | okfocus | 198.255.181.17 |
| 12/25/2013 1:10:30 PM | False | okfocus | 198.255.181.17 |
| 12/25/2013 12:41:20 PM | True | okfocus | 198.255.181.17 |
| 12/25/2013 12:40:35 PM | False | okfocus | 198.255.181.17 |
| 12/25/2013 12:40:31 PM | False | okfocus | 198.255.181.17 |
| 12/25/2013 12:40:24 PM | False | okfocus | 198.255.181.17 |
| 12/2/2013 11:43:59 PM | True | okfocus | 198.255.181.17 |
| 12/2/2013 2:37:52 PM | True | okfocus | 24.39.132.214 |
| 12/1/2013 9:59:53 PM | True | okfocus | 198.255.181.17 |
| 12/1/2013 12:20:58 PM | True | okfocus | 198.255.181.17 |
| 11/28/2013 12:46:53 AM | True | okfocus | 198.255.181.17 |
| 11/22/2013 2:10:24 PM | True | okfocus | 24.39.132.214 |
| 11/22/2013 10:19:59 AM | True | okfocus | 24.39.132.214 |
| 11/18/2013 8:45:00 PM | True | okfocus | 198.255.186.163 |
| 11/18/2013 8:44:50 PM | False | okfocus | 198.255.186.163 |
| 11/13/2013 7:56:46 PM | True | okfocus | 198.228.197.245 |
| 11/13/2013 3:07:47 PM | True | okfocus | 24.39.132.214 |
| 11/7/2013 1:57:09 PM | True | okfocus | 24.39.132.214 |
| 11/6/2013 11:42:32 AM | True | okfocus | 24.39.132.214 |
| 11/4/2013 6:20:44 PM | True | okfocus | 24.39.132.214 |
| 10/27/2013 6:18:52 AM | True | okfocus | 87.83.44.207 |
| 10/26/2013 9:28:40 PM | True | okfocus | 87.83.44.207 |
| 10/26/2013 8:05:38 PM | True | okfocus | 87.83.44.207 |
| 10/15/2013 11:25:22 PM | True | okfocus | 198.255.181.17 |
| 10/1/2013 10:45:51 PM | True | okfocus | 107.57.202.210 |
| 9/18/2013 1:18:05 PM | True | okfocus | 24.39.132.214 |
| 9/17/2013 12:53:59 AM | True | okfocus | 68.173.31.122 |
| 9/6/2013 7:51:44 PM | True | okfocus | 68.173.31.122 |
| 9/5/2013 3:33:16 PM | True | okfocus | 24.39.132.214 |
| 9/5/2013 1:13:20 PM | True | okfocus | 24.39.132.214 |
| 9/4/2013 3:19:10 PM | True | okfocus | 24.39.132.214 |
| 8/29/2013 11:24:11 PM | True | okfocus | 68.173.31.122 |
| 8/29/2013 8:12:10 PM | True | okfocus | 68.173.31.122 |
| 8/17/2013 12:39:41 PM | True | okfocus | 184.64.153.39 |
| 8/17/2013 10:23:34 AM | True | okfocus | 184.64.153.39 |
| 8/13/2013 9:27:09 PM | True | okfocus | 68.173.73.108 |
| 8/13/2013 9:01:32 PM | True | okfocus | 68.173.73.108 |
| 8/13/2013 10:43:32 AM | True | okfocus | 24.39.132.214 |
| 8/5/2013 3:24:13 PM | True | okfocus | 24.39.132.214 |
| 8/5/2013 3:24:12 PM | True | okfocus | 24.39.132.214 |
| 7/23/2013 3:36:03 PM | True | okfocus | 24.39.132.214 |
| 7/17/2013 8:02:36 PM | True | okfocus | 24.39.132.214 |
| 7/17/2013 8:02:30 PM | False | okfocus | 24.39.132.214 |
| 6/22/2013 1:12:54 PM | True | okfocus | 68.173.31.122 |
| 6/9/2013 4:31:20 PM | True | okfocus | 24.39.132.214 |
| 6/7/2013 5:48:22 PM | True | okfocus | 24.39.132.214 |
| 6/4/2013 2:56:06 PM | True | okfocus | 24.39.132.214 |
| 6/4/2013 9:47:05 AM | True | okfocus | 68.173.31.122 |
| 6/3/2013 7:33:46 PM | True | okfocus | 24.39.132.214 |
| 6/3/2013 2:08:45 PM | True | okfocus | 24.39.132.214 |
| 6/3/2013 10:06:09 AM | True | okfocus | 24.39.132.214 |

| Date | Success | Username | IP Address |
|---|---|---|---|
| 5/30/2013 5:25:33 PM | True | okfocus | 24.39.132.214 |
| 5/26/2013 12:51:54 AM | True | okfocus | 68.173.31.122 |
| 5/19/2013 11:04:00 PM | True | okfocus | 68.173.31.122 |
| 5/9/2013 8:23:28 PM | True | okfocus | 24.103.24.23 |
| 4/27/2013 7:55:47 PM | True | okfocus | 68.173.31.122 |
| 4/27/2013 7:55:39 PM | False | okfocus | 68.173.31.122 |
| 4/26/2013 3:40:34 PM | True | okfocus | 24.103.24.23 |
| 4/26/2013 1:04:01 PM | True | okfocus | 24.103.24.23 |
| 4/23/2013 4:35:41 PM | True | okfocus | 24.103.24.23 |
| 4/22/2013 9:12:15 PM | True | okfocus | 50.59.135.34 |
| 4/16/2013 11:49:53 AM | True | okfocus | 24.39.132.246 |
| 4/12/2013 3:22:31 PM | True | okfocus | 24.39.132.246 |
| 3/29/2013 4:29:27 PM | True | okfocus | 24.39.132.246 |
| 3/29/2013 2:22:28 PM | True | okfocus | 24.39.132.246 |
| 3/28/2013 6:50:11 PM | True | okfocus | 24.39.132.246 |
| 3/24/2013 11:47:41 PM | True | okfocus | 68.173.31.122 |
| 3/20/2013 6:37:16 PM | True | okfocus | 24.39.132.246 |
| 3/19/2013 1:52:14 AM | True | okfocus | 68.173.31.122 |
| 3/7/2013 10:49:04 AM | True | okfocus | 24.39.132.246 |
| 3/4/2013 2:44:18 PM | True | okfocus | 24.39.132.246 |
| 3/1/2013 5:03:46 PM | True | okfocus | 24.39.132.246 |

Exported on Feb/07/2023

namecheap

## Private Email Subscriptions

| Plan | Status | Creation | Hostname | Username | Expiration | Properties | Mailbox Count |
|---|---|---|---|---|---|---|---|
| ox-group-standard | Expired | Wed 12/25/2013 13:07:51 | bradhorenstein.com | okfocus | Thu 12/25/2014 13:07:51 | | 0 / 1 |

Exported on Feb/07/2023