Jason.ip 🚀
@Jclineshow

I'm confused. The verified profile of Ryder Ripps also has the hexagon and from some research Ryder appears to be heavily involved in the music and art industry but you're saying his BAYC isn't the real one?



2:58 PM · May 13, 2022

8 Retweets   1 Quote Tweet   71 Likes



JTX-1556.00001

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-1556
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

YUGALABS_00029080

**TopCat** @Degen_4pe · May 13
Replying to @Jclineshow
No way that's for real

💬 1    🔁    ♥ 2    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @Degen_4pe
So it's fake?

💬 3    🔁    ♥ 3    ⬆

Show replies

**TopCat** @Degen_4pe · May 13
Replying to @Jclineshow
Minted 4 hours ago

💬    🔁    ♥ 2    ⬆

**Spvce** @Spvce · May 13
Replying to @Jclineshow
You can click on it and see it's from some BAYC v3 collection lol

💬 3    🔁    ♥ 1    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @Spvce
Lol I know 😂

💬 1    🔁    ♥ 4    ⬆

Show replies

**GrumpyGramps.eth** @NFTGramps · May 13
Replying to @Jclineshow
I see you in jail!

💬 2    🔁    ♥ 2    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @NFTGramps
GRANDPAAA THATS WHERE YOU WENT

💬 1    🔁    ♡ 2    ⬆

Show replies

**Lylythabeast.eth** ➡ @business_kelly · May 13
Replying to @Jclineshow and @ryder_ripps
Oh man who could think he would turn his vest around 😨

💬    🔁    ♡ 1    ⬆

**MIKΞG.IP** 🚀 @MetaMikeG · May 13
Replying to @Jclineshow
You're killin me with this one

💬 1    🔁    ♡ 4    ⬆

**Jason.ip** 🚀 @Jclineshow · May 13
Replying to @MetaMikeG
Hehe

💬    🔁    ♡ 1    ⬆

**Sting** ❓ @StingNFT · May 13
Replying to @Jclineshow



JTX-1556.00004

YUGALABS_00029083

 🎄 PapaRadbro 🎄 100up.eth @papasmurff91 · May 14

Replying to @Jclineshow



❤ 1

 aaalex.eth @pana067 · May 13
Replying to @Jclineshow
Unbelievable!

❤ 2

 theseller.eth @theseller_eth · May 13
Replying to @Jclineshow
People spending so much brain power on this one. Ryder wins again.

❤ 2

MAXIMAXIMAXIMAXIMAXIMAXI   @MAXIMUM   May 13

MAXIMAXIMAXIMAXIMAXIMAXI... @MAXIMUM... · May 13

Replying to @Jclineshow

I think probably what happened is @j1mmyeth lost his hex when @ryder_ripps bought it and to be fair maybe he hasn't had a chance to change it? He probably should do it soon though. This is kinda illegal. Might be a grey area. Not sure.

💬 1   🔁   ♡ 8   ⬆️

**Chuch** @dlChuch · May 13

Replying to @MAXIMUMWAGMI @Jclineshow and 2 others

"illegal" lol. Not in the slightest bit

💬 2   🔁   ♡ 5   ⬆️

Show replies

**Kaneco.eth** @Web3Kaneco · May 13

Replying to @Jclineshow

Maybe ask him about the prostitutes he hires off Craigslist and charges clients for

💬 1   🔁   ♡   ⬆️

🎅 **PapaRadbro** 🎅 **100up.eth** @papasmurff91 · May 14

Replying to @Web3Kaneco and @Jclineshow

Ayeee YOOOO!

💬   🔁   ♡ 1   ⬆️

**nolanidn** @NolanIDN · May 14

Replying to @Jclineshow

Someone needs to be DMCA'd. Copying someone's non fungible token is not cool bro, not cool



♡ 1

**Donn Gregoor** 👁z @DonnGregoor69 · May 13
Replying to @Jclineshow
opensea.io/collection/bor…

♡ 2

**-969.eth** @sheeptweetZ · May 13
Replying to @Jclineshow
👀

♡ 2

Show more replies