

JTX-1557.00001

YUGALABS_00030057