

Twitter
Instagram
Mirror

Careers
Terms of Service
Privacy
Help