U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1565**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

**RYDER RIPPS** 🢂 SOON
@ryder_ripps

even though @Pauly0x and i created @apecoin , we welcome the inevitable flip from $pepe, sometimes you just let your children go..

5:57 PM · Apr 30, 2023 · 12.5K Views

101 Retweets    400 Likes

twitter.com/ryder_ripps/status/1652839521422045184?s=20
5/8/2023 10:30:52 AM