

**PAULY** ✓
@Pauly0x

A year ago @yugalabs CEO @GordonGoner was bragging in interviews about how "profitable" his company was.

New CEO @dalegre seems to be struggling with that concept...

YugaLabs will be out of business completely by 2025.

If you own Yuga assets that you can still exit, do it now!

> Founded in 2021, Yuga was last valued at $4 billion after closing a $450 million funding round in March last year. It doesn't plan to raise any additional funding this year, Alegre added, declining to reveal whether the business is profitable.

8:51 AM · Apr 28, 2023 · 20K Views

21 Retweets   3 Quotes   109 Likes   2 Bookmarks

twitter.com/Pauly0x/status/1651977338744176641?t=92KB1lkgebQ4B2_A2XMZ2w&s=09
5/8/2023 12:26:39 PM



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-1566
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

JTX-1566.00001                                    YUGALABS_00043546