U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-1567**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**PAULY** ✓
@Pauly0x

ApeCoin is powerful conceptual art.

Less artful than RR/BAYC, but it's been far more financially lucrative.

We only fly first class now. 🦧

5:59 AM · Mar 1, 2023 · 9,893 Views

23 Retweets   2 Quotes   200 Likes

twitter.com/Pauly0x/status/1630930734985691137?t=yVKOuXyo8PsjcfeC76CTjg&s=09
5/8/2023 12:29:27 PM