

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   JTX-1574.00001   RIPPSCAHEN00026004