To: Jeremy cahen

- Hahahahah
- What is that last one?

> huh?

- which ones am I supposed to bid on lol
- The gold one you linked me
- oh I see

> thats the ape that resold for 1eth lol

- 1 eth
- Yes
- Insane

> this method is actually really dank
> because it rewards early people

- How so?

> like the rare apes are harder to mint/pick as time goes on

- Yeah
- For sure
- I bid on the blue 3d glasses one
- I need to stop wasting money lol

iMessage

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JTX-1575.00001    RIPPSCAHEN00026023

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT    JTX-1575
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk