

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         JTX-1576.00001                    RIPPSCAHEN00026024

