

To: Jeremy cahen

Of course

We are way ahead of everyone else

i have 12 eth

Ready to go

Can I have them send it to you and give the orders to fit?

Aka Ian

**Bored Ape Yacht Club**
@ryder_ripps   #1

lolollolol

HAHAHAHAHAHAHAHA

im sending 12 eth soon

ryder-ripps.eth

they must be shook bro

whats going on in their office for real

they legit cannot do shit

they are shook

Yeah

iMessage



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. **2:22-cv-04355-JFW-JEM**

**Yuga Labs, Inc.**

vs.

**Ryder Ripps, Jeremy Cahen**

JOINT EXHIBIT _____ **JTX-1581** _____

DATE _____ **IDEN.**

DATE _____ **EVID.**

BY _____

**Deputy Clerk**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**JTX-1581.00001**

RIPPSCAHEN00026047