



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY — JTX-1582.00001 — RIPPSCAHEN00026048