



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1583**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    JTX-1583.00001    RIPPSCAHEN00026057