To: Jeremy cahen

> Even though it's right
>
> And makes sense
>
> I would for real just eat that
>
> I can't believe how good these guys are man
>
> It's unheard of
>
> To me
>
> In this anon space
>
> And they get the vision
>
> And are like seamlessly on the same page
>
> And I work really well with them

fine once it mints out ill pay full % of entire thing if the tool is done by sunday

> I think that's a good call bro for real

k

> I tbink you are gonna make millions too man
>
> No cap

ok cool

> This is wild

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT     JTX-1586
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      JTX-1586.00001      RIPPSCAHEN00026069