

To: Jeremy cahen

Yes

They are silent

Wed, Jun 8 at 5:59 PM

wed have to mint 140 a day to mint out in 30 days

its not happening

new strategy needed

Agreed

lower price

what happened to ur pr person

I don't think that is a good idea at all

She hasn't been responsive

Everyone too shook to touch this

lol

I think it's fine if it just takes longer to mint out

I think our new plan is to roll out the marketplace much earlier



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT _____**JTX-1591**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk