

   
   
   













