







2/6/23, 7:52  Case 2:22-cv-04355-JFW-JEM  Document 379-60  Filed 07/27/23  Page 4 of 9  Page ID
OpenSea, the largest NFT marketplace
#:29288

# Create and sell your NFTs

### Set up your wallet

Once you've set up your wallet of choice, connect it to OpenSea by clicking the wallet icon in the top right corner. Learn about the **wallets we support**.

### Create your collection

Click **My Collections** and set up your collection. Add social links, a description, profile & banner images, and set a secondary sales fee.

### Add your NFTs

Upload your work (image, video, audio, or 3D art), add a title and description, and customize your NFTs with properties, stats, and unlockable content.

### List them for sale

Choose between auctions, fixed-price listings, and declining-price listings. You

opensea.io marketplace

choose how you want to sell
your NFTs, and we help you
sell them!

**Browse by category**

Art

Collectibles

JTX-1599.00005

YUGALABS_00036416

**Domain Names**

**Music**

**Photography**

**Sports**

Trading Cards

Utility

Virtual Worlds

# Meet OpenSea

The NFT marketplace with everything for everyone

JTX-1599.00007

YUGALABS_00036418

2/6/23, 7:52 PM Case 2:22-cv-04355-JFW-JEM   Document 379-60   Filed 07/27/23   Page 8 of 9   Page ID
OpenSea, the largest NFT marketplace
 #:29292




- Art
- Collectibles
- Domain Names
- Music
- Photography
- Sports
- Trading Cards
- Utility
- Virtual Worlds

- Watchlist
- My Collections
- Settings

**Stats**
- Rankings
- Activity

**Resources**
- Help Center
- Platform Status
- Partners
- Gas Free Marketplace
- Taxes
- Blog
- Docs
- Newsletter

**Company**
- About
- Careers
- Ventures
- Grants

© 2018 - 2022 Ozone Networks, Inc

Privacy Policy   Terms of Service

JTX-1599.00009   YUGALABS_00036420