△○■

#04427  0x5928...F254

# ryder ripps
@ryder_ripps

Collected by

**28** Following   **1,989** Followers   Follow

**Followed by**

View all

**Created** 33

**Bio**

conceptual artist / designer

@ryder_ripps

ryder_ripps

ryder-ripps.eth

**Links**

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No: **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1600**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

2/5/23, 5:24 PM	ryder ripps (@ryder_ripps) | Foundation
Case 2:22-cv-04355-JFW-JEM   Document 379-61   Filed 07/27/23   Page 2 of 2   Page ID
#:29295

🌐 notlarvalabs.com
▶ YouTube

Joined	February 2021

...

Instagram	About
Twitter	Press
Blog	Careers
	Community Guidelines
	Terms of Service
	Privacy
	Help