

JTX-1602.00001　　　　　　　　　　　　　　　　　　　　　　YUGALABS_00043564