



JTX-1603.00001

YUGALABS_00043563