


U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
vs.
Ryder Ripps, Jeremy Cahen
JOINT EXHIBIT JTX-1616
DATE ______ IDEN.
DATE ______ EVID.
BY ______
Deputy Clerk



# 0.63021323 ETH

## BAYC Market Statistics

RR/BAYC Floor Price Today

| | |
|---|---|
| BAYC Floor Price | 0.118 ETH |
| Market Cap | 814.2 ETH |
| 24h Volume | 0.63021323 ETH |
| Owners | 2,964.0 0.0% |
| Total Assets | 6,900.0 |

TOP NFTS BY MARKET CAP

- Checks - VV Edition
- MineablePunks
- Sewer Pass
- R Planet - Genesis Collection
- CryptoPunks
- Bored Ape Yacht Club
- Opepen Edition
- Otherdeed for Otherside

24h | 7d | 14d | 30d | 90d | Max

This website uses cookies for functionality, analytics and advertising purposes as described in our Privacy Policy If you agree to our use of cookies, please continue to use our site.




This website uses cookies for functionality, analytics and advertising purposes as described in our Privacy Policy. If you agree to our use of cookies, please continue to use our site.

Read More

| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | OpenSea | 3,609.08 ETH | 0.899 ETH | 8 months | Buy/Sell |
| 2 | LooksRare | 0.63 ETH | 0.118 ETH | 37 minutes | Buy/Sell |

## CoinGecko Cryptocurrency Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data












Get Your API Key Now




This website uses cookies for functionality, analytics and advertising purposes as described in our Privacy Policy. If you agree to our use of cookies, please continue to use our site.

Resources

Donations

Support

About CoinGecko

Community

Interested to stay up-to-date with cryptocurrencies?

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2023 CoinGecko. All Rights Reserved.

GET IT ON Google Play
Download on the App Store

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

This website uses cookies for functionality, analytics and advertising purposes as described in our Privacy Policy
If you agree to our use of cookies, please continue to use our site.