Page 1
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 🙊
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



JTX-1617.00001

YUGALABS_00043606

Page 2
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🚨 😂
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023





YUGALABS_00043608



Page 5
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit. @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🤯 😱
https://t.co/s0ovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 6
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵 🧐
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 7
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵😈
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



Page 8
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🧵🔒
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



YUGALABS_00043613

Page 9
PAULY on Twitter: "🚨 BREAKING: In document #268-10 of our lawsuit, @YugaLabs expert witness Ms. Kindler has suggested a possible solution: To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704... 🚨 🔒
https://t.co/sOovpckdJZ" / Twitter
https://twitter.com/Pauly0x/status/1666148112090398727
06-08-2023



YUGALABS_00043614