



JTX-1618.00001

YUGALABS_00043592