


JTX-1619.00001

YUGALABS_00043593