RYDER RIPPS 🔜 Retweeted

 PAULY ✓
@Pauly0x

🚨 BREAKING:

In document #268-10 of our lawsuit.

@YugaLabs expert witness Ms. Kindler has suggested a possible solution:

To "purchase and destroy" the entire supply of RR/BAYC for $1,792,704…



> 14   a.   **Opinion from Ms. Kindler**
> 15   Based on Ms. Kindler's expertise and experience, her review of the relevant
> 16   materials produced in this matter, and an analysis of relevant transactions on the
> 17   Ethereum blockchain, she reached the opinion that Yuga Labs could, as an effort to
> 18   mitigate further harm, purchase and destroy all infringing RR/BAYC NFTs and Yuga
> 19   Labs' cost to do so would be $1,792,704. Ms. Kindler opined that this estimate is
> 20   very likely understated, as some RR/BAYC NFT owners (including the Defendants
> 21   themselves) may be "holdouts" in this hypothetical buyback effort and drive up costs
> 22   to Yuga Labs by charging above-market prices. Any increase in the value of
> 23   RR/BAYC NFTs would result in further unjust enrichment to Defendants.

2:20 PM · Jun 6, 2023 · **57.4K** Views

**54** Retweets   **8** Quotes   **253** Likes   **4** Bookmarks

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
Case No. **2:22-cv-04355-JFW-JEM**
**Yuga Labs, Inc.**
vs.
**Ryder Ripps, Jeremy Cahen**
JOINT EXHIBIT _____**JTX-1620**_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
**Deputy Clerk**

JTX-1620.00001

YUGALABS_00043594