

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:22-cv-04355-JFW-JEM

Yuga Labs, Inc.

vs.

Ryder Ripps, Jeremy Cahen

JOINT EXHIBIT _____ JTX-1621

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

YUGALABS_00043596

Hot Mints                NFT API            Docs                Blog

Whale Signals                               Metrics             Terms of Use

Market Overview          Discord Bot        Feedback            Privacy Policy

Watchlist                                   Inclusion Request   Contact Us

                                            Media Kit           We're hiring! 🔥

© 2023 NFTGo — All rights reserved.

Hot Mints                NFT API            Docs                Blog

Whale Signals                               Metrics             Terms of Use

Market Overview          Discord Bot        Feedback            Privacy Policy

Watchlist                                   Inclusion Request   Contact Us

                                            Media Kit           We're hiring! 🔥

**JTX-1621.00002**

YUGALABS_00043597