

**NFTGO**

| Sitemap | Ecosystem | Support | Company |
|---|---|---|---|
| Top Collections | NFT Research | FAQ | About Us |
| Hot Mints | NFT API | Docs | Blog |
| Whale Signals | Extension | Metrics | Terms of Use |
| Market Overview | Discord Bot | Feedback | Privacy Policy |
| Watchlist | | Inclusion Request | Contact Us |
| | | Media Kit | We're hiring! 🔥 |

© 2023 NFTGo — All rights reserved.

YUGALABS_00043599