

JTX-1626.00001

YUGALABS_00043604

JTX-1626.00002                                    YUGALABS_00043605