Captured at: 12/07/2022, 03:32 PM
URL: https://opensea.io/collection/boredapeyachtclub



# Bored Ape Yacht Club

By YugaLabs

Items **9,998** · Created **Apr 2021** · Creator fee **2.5%** · Chain **Ethereum**

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs— unique digital collectibles…
See more

| 695,035 ETH | 67.99 WETH | 64.01 WETH | 6% | 6,423 | 64% |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owners | unique owners |

**Items**   Analytics BETA   Activity

Search by name or attribute

Filters         Sort

Make collection offer

Updated 5s ago                                          10,000 items



USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2004
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

YUGALABS_00027531