# Massive thanks

**From:** jasonattar@tellyjuice.com  
**To:** rrbayc@protonmail.com  
**Date:** Jun 21, 2022

I just wanted to reach out and say F**king well done!!

You have done a very positive thing bringing attention to BAYC. These people need to be shown for what they are!

I bought one of yours on the secondary, and it is a protest purchase!

Keep going.

Cheers - Jason Attar

--

**Jason Attar | Co-Founder of TellyJuice Ltd.**
TellyJuice Ltd. | 2nd Floor | 20-24 Old Street | London | EC1V 9AB
T: 020 7490 8045 | www.tellyjuice.com

Follow us on:
Twitter | Facebook | LinkedIn | YouTube



USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2035
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          RIPPSCAHEN00001655