

# OpenSea

The world's first and largest digital marketplace for crypto collectibles and non-fungible tokens (NFTs). Buy, sell, and discover exclusive digital items.

| | | | |
|---|---|---|---|
| All NFTs | Profile | Learn | About |
| Art | Favorites | Help Center | Careers |
| Collectibles | Watchlist | Platform Status | Ventures |
| Domain Names | My Collections | Partners | Grants |
| Music | Create | Taxes | |
| Photography | Settings | Blog | |
| Sports | | Docs | |
| Trading Cards | | Newsletter | |
| Utility | Stats | | |
| Virtual Worlds | Rankings | | |
| | Activity | | |

© 2018 - 2023 Ozone Networks, Inc

Privacy Policy    Terms of Service

RIPPSCAHEN00020736