

### BoredApeYachtClub #3721

🔘 Bored Ape Yacht Club

**Min. Price** ❓
**0.0000 ETH** ($0.00)

Last Sale (Item) ❓
**30 ETH** ($50,157.30)

Last Sale (Contract) ❓
**99.99 ETH** ($167,174.28)

☰ **Details**                                  ⌃

❓ Owner:              rh0729.eth 📋
❓ Contract Address:   ✅ 0xbc4ca0eda7647a8ab7c2061c2e118... 📋
❓ Creator:            Bored Ape Yacht Club: Deployer 📋
❓ Classification:     Off-Chain (IPFS)
❓ Token ID:           3721 📋
❓ Token Standard:     ERC-721
❓ Marketplaces:       🔵 ⚫ ⚪ 🟡

📦 **Properties (6)**                          ⌄

---

**USDC CENTRAL DIST. OF CALIFORNIA**
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT **JTX-2091**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

---

### Item Activity

A total of 17 records found                                    First  <  Page 1 of 1  >  Last

| Txn Hash | Age | Action | Price | From |
|---|---|---|---|---|
| 0x29d427bee7d5da459e... | 15 days 23 hrs ago | Transfer | ◇ j17 | ◇ r |
| 0x455a8bf9e670ff6aefe2... | 164 days 13 mins ago | Transfer | 0x6b83b6084fa4c4e36d... | ◇ j |
| 0xc3a4ff069f07a53e0a4... | 208 days 2 hrs ago | Transfer | ◇ rh0729 | 0x6 |
| 0x37a845b29e85dd454c... | 250 days 22 hrs ago | Transfer | 📄 0x13d8faf4a690f5ae52e... | ◇ r |
| 0x983e8efabad861c5eb... | 250 days 22 hrs ago | Transfer | 0xabdc994eb76a3561a3... | 📄 0 |
| 0xfac0b40811500afaa71... | 259 days 13 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xa |
| 0xb64158f8c70b887b47... | 318 days 9 hrs ago | Transfer | 0xb17cf8ef22a650b6de3... | 0x1 |
| 0x091f6174692adf3bfc4... | 318 days 9 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xb |
| 0xab2054e7f71a1edb04... | 321 days 12 hrs ago | Transfer | 0xb17cf8ef22a650b6de3... | 0x1 |
| 0x4738d5b0247519e5f7... | 321 days 13 hrs ago | Transfer | 0x1844cc9d499d934271... | 0xb |
| 0x7281e2a55127bbb452... | 470 days 12 hrs ago | Transfer | 0x766e1374a0931648c2... | 0x1 |
| 0xa10a697737d866c4b3... | 470 days 12 hrs ago | Transfer | 0x1844cc9d499d934271... | 0x7 |
| 0xf5d4ed3a2b5747c5e4f... | 508 days 12 hrs ago | Transfer | 0x28fe7028375335a627... | 0x1 |

1/2

RIPPSCAHEN00020829



RIPPSCAHEN00020830