## Bored Ape Yacht Club #193

🐵 Bored Ape Yacht Club

Chat with Owner 💬 | ⋮

| Min. Price ⓘ | |
|---|---|
| 0.0001 ETH ($0.16) | |

**Last Sale (Item)** ⓘ
1 WETH ($1,641.71)

**Last Sale (Contract)** ⓘ
0.0707 ETH ($116.09)

### ☰ Details

| | |
|---|---|
| Owner: | 0x1219c0E1A487F4e707d1196C72945bBA63c90359 ⧉ |
| Contract Address: | ✅ 0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d736... ⧉ |
| Creator: | *ryder-ripps.eth |
| Token ID: | 193 ⧉ |
| Token Standard: | ERC-721 |
| Marketplaces: | 🔵 ⚫ 🔵 🟨 |

### Item Activity

A total of 4 records found

First | ‹ | Page 1 of 1 | › | Last

| ⓘ | Txn Hash | Age | Action | Price | From | | To |
|---|---|---|---|---|---|---|---|
| 👁 | 0x7efbf71b21c3f297e... | 223 days 1 hr ago | Bid Won ⚫ | 1 WETH ($1,641.71) | *GasSexy ⧉ | → | 0x1219c0...63c90359 ⧉ |
| 👁 | 0x34cc4456eb0121efd... | 253 days 2 hrs ago | Sale 🔵 | 0.888 ETH ($1,457.84) | 0xea2997...68eB52Ee ⧉ | → | *GasSexy ⧉ |
| 👁 | 0x71dde04e3c5fbb202... | 288 days 16 hrs ago | Transfer | | *ryder-ripps ⧉ | → | 0xea2997...68eB52Ee ⧉ |
| 👁 | 0x570d8bcb56560f404... | 288 days 21 hrs ago | Mint | | Null: 0x000...000 ⧉ | → | *ryder-ripps ⧉ |

Show rows: 25 ▾

First | ‹ | Page 1 of 1 | › | Last

⚙ The NFT page displays details such as properties and trading history for a specific token ID in an NFT contract. Learn more about this page in our Knowledge Base.



USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS.
Ripps et al.
JOINT EXHIBIT __JTX-2092__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

RIPPSCAHEN00025264