



RIPPSCAHEN00019015