



RIPPSCAHEN00019017