

JTX-2134, page 1 of 1