Tweet

Jason Cline 🚀 @Jclineshow · May 16, 2022
#NewProfilePic

13 5 58

XRPwh4le.eth @Joey_tartz · May 16, 2022
Replying to @Jclineshow
? I'm so confused ... this isn't real Jason ? It's a collection of 179 created by @ryder_ripps although it says "bored ape" it's not real dude

2

XRPwh4le.eth @Joey_tartz · May 16, 2022
Replying to @Joey_tartz @Jclineshow and @ryder_ripps
Lol what your doing is deceiving my guy. Not the way.

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2211
DATE ______ IDEN.
DATE ______ EVID.
BY ______ Deputy Clerk

1

**RYDER RIPPS** SOON @ryder_ripps · May 16, 2022
Replying to @Joey_tartz and @Jclineshow
find someone deceived.

3 3

**Jason Cline** 🚀 @Jclineshow · May 16, 2022
Replying to @ryder_ripps and @Joey_tartz
If someone looked at the blockchain it would be very clear where the provenance is.

3 5

**XRPwh4le.eth** @Joey_tartz · May 16, 2022
Replying to @Jclineshow and @ryder_ripps
Most NFT buyers don't have a clue too look at the chain lol

1 1 2

**Jason Cline** 🚀 @Jclineshow · May 16, 2022
Replying to @Joey_tartz and @ryder_ripps
Isn't it important that new users learn though?

1 1

**XRPwh4le.eth** @Joey_tartz · May 16, 2022
Replying to @Jclineshow and @ryder_ripps
Absolutely but not by a mistake. This ain't the way bro lol 😂 but do you, and I mean no hard feelings . Just home bored as fuckk with covid

1 1

**Jason Cline** 🚀 @Jclineshow · May 16, 2022
Replying to @Joey_tartz and @ryder_ripps
If a new person to nft has 80 eth to spend on an OG BAYC I think it would be silly for them to not make sure it's part of the BAYC collection that they

want / created by the creator they want to support. I get your argument if I used a diff project with cheap floor but

1 4

**XRPwh4le.eth**
@Joey_tartz

Replying to @Jclineshow and @ryder_ripps

Absolutely, but for 1 /1000th of a second I myself thought this was a real bayc listed cheap as a gift by Ryder. If I had .5 eth in my wallet on foundation I would've bought that shit so fast I would've got finger burn from touching my screen so fast 😂😂😂😂😂😂😂

1:39 PM · May 16, 2022

**1** Like

**acidman.eth** @acidman_eth_ · May 16, 2022
Replying to @Joey_tartz @Jclineshow and @ryder_ripps
that 1/1000th second you experienced is what proves the idea behind the project works...

1 4

**XRPwh4le.eth** @Joey_tartz · May 16, 2022
Replying to @acidman_eth_ @Jclineshow and @ryder_ripps
OOOOOFF ... in a sense this is fax

2

## More Tweets

**nelson** @madebynelson_ · 5h
love this for me



7 765 3,643 95.4K

**HeeDong** @HeeDongNFT · 4h

Join the crazy (fun) adventure of HeeDong 😉

Choose an Element to start:
💀🔥💦🧼🍬❓

👇👇👇
premint.xyz/HeeDong-public...

RIPPSCAHEN00022690



99 1,438 2,037 18.1K

**Sawyer Merritt** @SawyerMerritt · 3h

NEWS: SpaceX VP of Starlink enterprise sales Jonathan Hofeller says "Starlink now has "well over a million users," and @SpaceX is building 6 next-generation satellite per day, as well as 1000s of user terminals daily." - @thesheetztweetz



19 87 934 43.3K

Show this thread

Jono Speirs @Bitcoinfinity · 20h

Be quick. Buy #Bitcoin before monday.

The All-In Podcast and 9 others

26 38 262 16.1K

TOKYOLUV @TokyoLuv · 7h

Updated my business card!
If you know anyone who would like this kind of AR experience for their company business card, please send them this tweet.
I need to pay my rent...



18 46 224 10.4K

**1000WORDS.ETH**  **SuperRare Genesis** @1000__Words · 11h

Good morning fam!

This is my #endlessengines Challenge entry!!

"The scape"

I've been working 5 weeks on this! please give some love! :D ❤️❤️❤️

Good luck to all the artists that put their time and effort to finish the challenge!

Have an amazing week!

74 85 148 4,153

RIPPSCAHEN00022693

Goombles @Goombles_ · 1h
To celebrate the @GooblesSaleBot going live we are giving away 25 WLs to holders!
-15 COTAS @the_ape_society
-10 Staglists @StagAlliance
Join in our Discord!
COTAS & Stag WLs
+
Sales Bot Live!
32
78
146
2,509
Concrete @not_your_keys · 5h
NFT mfers when asked if they are active rn



23 12 98 2,042

EL @UnpopularEL · 5h
Should we go cross chain with the next Unpopular Opinion?👇

23 6 67 2,036

Dclay🪙 @DclayTlks · 3h
On Boarding New Users to Cardano & Retaining them should be Everyone's Priority.

From NFT Project creators to The average Only $ADA Holder.

We must all do our part, if we truly want Our Ecosystem to get the attention it deserves.

8 13 67 1,470

▒ PunksDistorted.tez | .eth | .btc | ▒ @PunksDistorted · 23h
AR 044 on @objktcom 🙌

16/20 eds

link in comments...



9 18 58 1,640

Show this thread

**ROBNESS V2** @ROBNESSOFFICIAL · 15h

WHATEVER HAPPENS TOMORROW IN THE MARKETS.....

IF YOU'RE IN CRYPTO.....NO MATTER WHAT FIELD YOU'RE IN..

IF YOU HAVEN'T READ THE DOCUMENT THAT CHANGED THE WORLD, IT'S TIME.

bitcoin.org/bitcoin.pdf

5 12 58 2,193

**Sal 🦎 $85** @Salmander0 · 2h

Bank stocks are tanking 📉

Crypto is pumping 📈

CRYPTO
BANKS
imgflip.com

4 4 49 1,106

**Kongsy** @kongsynft · 4h

de-coupling? 🤯

btc might actually be used for what it was designed for, a hedge against banking crises

RIPPSCAHEN00022697



| NAME | LAST | CHG | CHG % |
|---|---|---|---|
| First Republic Bank | $19.12 | -62.64 | -76.61% |
| Comerica Inc. | $38.41 | -20.40 | -34.69% |
| Zions Bancorp N.A. | $28.17 | -12.18 | -30.19% |
| KeyCorp | $11.14 | -4.52 | -28.86% |
| Signature Bank | $70.00 | -20.76 | -22.87% |
| Fifth Third Bancorp | $23.63 | -6.74 | -22.19% |
| Charles Schwab Corp. | $47.63 | -11.08 | -18.87% |
| Huntington Bancshares Inc. | $11.15 | -2.22 | -16.60% |
| Truist Financial Corp. | $33.25 | -5.59 | -14.39% |

| # | Coin | | Price | 1h | 24h | 7d |
|---|---|---|---|---|---|---|
| 1 | Bitcoin BTC | | $23,541.03 | 4.3% | 15.7% | 5.0% |
| 2 | Ethereum ETH | Buy | $1,651.25 | 3.4% | 13.1% | 5.7% |
| 3 | Tether USDT | Buy | $1.02 | 2.3% | 2.1% | 3.1% |
| 4 | BNB BNB | | $308.68 | 3.2% | 12.4% | 7.7% |
| 5 | USD Coin USDC | Buy | $1.00 | 0.8% | 5.4% | 0.2% |
| 6 | XRP XRP | | $0.373808 | 2.9% | 5.4% | 1.7% |
| 7 | Cardano ADA | | $0.347772 | 4.0% | 14.0% | 3.2% |
| 8 | Polygon MATIC | Buy | $1.16 | 3.5% | 7.6% | 2.3% |
| 9 | Dogecoin DOGE | Buy | $0.071988 | 3.7% | 9.1% | -3.6% |

**fungibles** @fungibIes · 3h

Bull market is back!

GM.

22 2 46 1,596

RIPPSCAHEN00022698

GUAP🐵| 4324 @guappguap · 21h

I really just won the cement 3s in a raffle I already have on my feet and they my size lmao! LETS GOOO

3 45 1,704

Farmer Nash 🍬 @FarmerNash_ · 3h

gm

Would you show your friends/family web3 in its current state?

30 2 45 3,441

kuro @kur0kamisama · 17h
This weekend has proven that my brand is priceless, I could have zero followers and I'm still the same. Appreciate everyone that recognizes my value more than I do.
10
43
1,432
Evan.pxlz @Exsky__ · 4h
Excited to watch the collapse of the banking system over the next few weeks Also GM
4
2
42
1,104
kuro @kurogod5 · 4h
gm guess who's back ?
28
1
40
1,060
MIKEGRILLMADEIT @mikegrillmadeit · 22h
Hood Morning Lord

0:24 223 views

4 5 38 798

easypeasy @easybeingpeasy · 6h
🚨Minting March Madness Month 🚨

@BraveDogsNFT - 15 March 2023
@the_ape_society - 16 March 2023
@her_monsters - 17/21 March 2023
@GGMC_nft - 18 March 2023
@StagAlliance - 22/23 March 2023
@OTKraken - 31 March 2023

Check their discord for more information about the mint details

11 10 38 1,191

NFT Freaks 🗝🏰🦸 NFT + ART MAXI @nftfreaks · 4h
Logged in ☝

Custom wholesale eCommerce build with product tracker for Wordpress coming in 30 days

5 4 36 1,422

**Keeganft.eth** @keeganft · 3h

Restfulness

🧑‍🎤🎵

7 9 34 492

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up