

RIPPSCAHEN00026242