# Trial Exhibit JTX-2278

**CONFIDENTIAL**

**REDACTED IN ITS ENTIRETY**

Conditionally Proposed to be Filed Under Seal