

# #The Bestt Boredd Apee Yacht Clubb

Items 8 · Created **Feb 2022** · Creator earnings **10%** · Chain **Polygon**

Welcome to the home of #The Bestt Boredd Apee Yacht Clubb on OpenSea. Discover the best items in this collection.

See more

| 0 ETH | -- | -- | 0% | 1 | -- |
|---|---|---|---|---|---|
| total volume | floor price | best offer | listed | owner | unique owners |

**Items**  Analytics  Activity





JTX-2280, page 1 of 2

RIPPSCAHEN00015922



Sweep

RIPPSCAHEN00015923

JTX-2280, page 2 of 2