2/28/23, 10:55 AM
Bored Ape Tron Club - Mint lot of 7,002 Apes on Tron
Case 2:22-cv-04355-JFW-JEM    Document 380-36   Filed 07/27/23   Page 1 of 8   Page ID #:29668



RIPPSCAHEN00017228

JTX-2282, page 1 of 8



perks to other platforms, airdrops, and staking features to be disclosed soon.

Everyone can get an Ape. Well, as long as you are within the first 10,000. All Apes will cost the same amount. Buying a Bored Ape costs 1,500 TRX. Proceeds from this sale will go to establishing benefits for each Ape. This can take the form of partnership deals, airdrops on sister projects, and much more. A little secret: We are already working on a partnership with an up-and-coming platform.

The Bored Ape Tron Club is an homage to Bored Ape Yacht Club and not affiliated with Yuga Labs LLC.

Note: 30 random Apes will be withheld from the sale. These will be used for giveaways, promos, and partnerships.

# Bored Ape Tron Club Minting Event

The Apes have come to Tron. Here is your chance to get the funky primates before they start pounding their chests. This is a limited NFT collection whose rarity can be verified on the blockchain. As an Ape NFT holder, you'll have special access to future features, airdrops, and more as we set up partnerships with other applications.

**ROADMAP**

## The Numbers

Each Bored Ape is inspired by its Ethereum counterpart. They all have unique traits that are made up of different characteristics such as clothing, ear size, and expressions. Keep an eye out for Tron exclusives.

VERIFIED SMART CONTRACT ADDRESS: TKzZo7c3i8AE2FE9NJcPhHVFb5Jy6e6zkR



Ape Types
Rarities

RIPPSCAHEN00017229
JTX-2282, page 2 of 8



RIPPSCAHEN00017230

JTX-2282, page 3 of 8



Some of us eat bananas while others eat tacos. Face it, some of us are straight up weird. But we have one thing in common. We are invading the Tron Blockchain and showing our counterparts how it is done!

| | |
|---|---|
| Number of Designs in Collection | 9,955 |
| Release Price per Design | 1,500 TRX |
| Rarity | Rare |

# Justin Suns

**Bored Ape Tron Club Collection**

I am a marketing beast. You love me, you hate me, you'll end up loving me. I am a master at token creation. I rub elbows with the big wigs and I love cool NFTs. You know you want me!

| | |
|---|---|
| Number of Designs in Collection | 20 |
| Release Price per Design | 1,500 TRX |
| Rarity | Very Rare |



JTX-2282, page 4 of 8

RIPPSCAHEN00017231

2/28/23, 10:55 AM
Bored Ape Tron Club - Mint of 10,000 Apes on Tron
Case 2:22-cv-04355-JFW-JEM   Document 380-36   Filed 07/27/23   Page 5 of 8   Page ID #:29672



# Tron Bulls

**Bored Ape Tron Club Collection**

Tron is a powerhouse. Tron Bull is the mascot that brings the bullishness to Tron. He is ready to rip through the cryptosphere. Tron Bull takes the form of a badass Ape who has one mission. He puts on his gear, pounds his chest, and is ready to take the Tron community to the moon.

Number of Designs in Collection · 15

RIPPSCAHEN00017232

2/28/23, 10:55 AM    Case 2:22-cv-04355-JFW-JEM    Document 380-36    Filed 07/27/23    Page 6 of 8    Page ID
Bored Ape Tron Club - Mint one of 10,002 Apes on Tron
#:29673



Rarity                                                                                                        Super Rare

# Tron Friends

**Bored Ape Tron Club Collection**

These are the guys/gals that have been an integral part of the Tron story. From before the Tron mainnet, to the niTron Conference, and up until now, these peeps have shaped Tron into one of the best blockchains in the world. Now, they lead the Ape army!

| | |
|---|---|
| Number of Designs in Collection | 9 |
| Release Price per Design | 1,500 TRX |
| Rarity | Ultra Rare |





RIPPSCAHEN00017234

JTX-2282, page 7 of 8



# Roadmap

**1  Sold Out Giveaway**
$20,000 GiveAway. Your odds of winning are based on the number of NFTs you have purchased. A randomizer will select the winner based on these odds.

**2  Marketplace**
Bored Ape Tron will have its own Marketplace where owners can list their NFTs for sale once the sale is over. The marketplace will also feature some future features.

**3  Merchandise Line**
Get ready to sport your Apes.

**4  NFT Platform Integration**
Integrate with NFT platforms that support TRC-721.

**5  ... Platform**
... NFTs is ... The NFT world is just getting started.

**6  Bored Ape Bot Support**
A Bored Ape Bot will be deployed on Twitter and Telegram that keeps track of all the Ape activity happening in the Marketplace.

**7  Ape PowerUp**
Owners will have the chance to obtain parallel universe varieties of their NFT. This includes holograms, cosmic backgrounds, and hyper prisms to name a few.

**8  NFT Fund**
Establish an NFT Fund to create the next exciting NFT project or integration.

**9  Community Portal**
The future of this project will be determined by our Apes. If the Apes want it, they will get it. Start pounding your chest, because the Apes are in full force.