

RIPPSCAHEN00017581



RIPPSCAHEN00017582

JTX-2284, page 2 of 3

Case 2:22-cv-04355-JFW-JEM   Document 380-37 - Filed 07/27/23   Page 3 of 3   Page ID #:29678

RIPPSCAHEN00017583