

RIPPSCAHEN00018460