

RIPPSCAHEN00018461