

USDC CENTRAL DIST. OF CALIFORNIA

CASE NO. 2:22-cv-04355-JFW-JEM

Yuga Labs, Inc.

VS. Ripps et al.

JOINT EXHIBIT JTX-2406

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

RIPPSCAHEN00018463