

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2410
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

RIPPSCAHEN00018467

JTX-2410, page 1 of 1