USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
_____ Yuga Labs, Inc. _____
VS. _____ Ripps et al. _____
JOINT EXHIBIT   JTX-2411
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

RIPPSCAHEN00018468