USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT   JTX-2414
DATE _____ IDEN.
DATE _____ EVID.
BY_____
Deputy Clerk

RIPPSCAHEN00018471