

RIPPSCAHEN00022706