make a donation today! linktr.ee/redapes 🦧 Bored Ape Julius #BAYC 2238

Joined June 2008 · 32.3K Followers

 Followed by Critical, The Bored Ape Gazette 🍌, and 5 others you follow

> hey there! wondering if you would like some RR/BAYC nfts as a donation
>
> May 24, 2022, 2:01 PM

> Holy shit. Are these things really selling? Wasn't sure if it was real— or even real as a fake… or just a prank or whatever…. LOL. Fascinating.
> You wanna go apeshit crazy and match the donation BAYC dropped on us last year??? That would really light shit up. Tax deductible. 😁 🦧 ❤️ 🌳
>
> Jun 21, 2022, 3:19 PM

> what did they donate
>
> Jun 21, 2022, 3:23 PM

> A few donations… The big one was 169 ETH. Back in July last year. Actually got some decent press for a few minutes. Game changer for orangutan conservation. Real world. Saving real orangutans. Growing real forests. 🦧 ❤️ 🌳
>
> Jun 21, 2022, 3:28 PM

> Honestly man— it's all totally fucking crazy. But you already know that. LOL
>
> Jun 21, 2022, 3:31 PM

> lolol
>
> Jun 21, 2022, 4:36 PM · Sent

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT  JTX-2587
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

RIPPSCAHEN00026300