

thank you for this active action art you are doing

From: arthouse_editor <editorarthouse@proton.me>
To: rrbayc@protonmail.com
May 25, 2022

I love it.

Good luck to you ser.

yours,

daoBao

Sent with Proton Mail secure email.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JTX-2589, page 1 of 1

RIPPSCAHEN00001380