**From** Berk Tarakcioglu <berktarakcioglu@gmail.com>   May 28, 2022
**To** rrbayc@protonmail.com

Hello,

I had known that BAYC had some Nazi traits but I always thought they are just a few traits for sarcasm, but then after I manage to read everything on https://gordongoner.com/ I notice that it wasn't just a couple of traits it is the whole project and its intentional.  I really believe in your cause.

I just have one question in my mind; How did you choose the price of 0.15? Because you select who mints it, so you don't need to use the price as a bumper, wouldn't you think the price should be something a little above a mint price in the foundation? Just trying to understand your mindset about it.

Sorry if I offended you by commenting about your art's price but I think this kind of project needs to be more accessible.

Thank you,

---

**From** rrbayc <rrbayc@protonmail.com>   May 29, 2022
**To** Berk Tarakcioglu

the price was from the min foundation price being 0.1 when i started foundation,, so i was just used to making things that price,, didnt expect to mint more than like 3 of these.. but there was demand,, and started working for good

then when we made the platform rrbayc.com more people were involved, and they all thought the price should increase to .15 to account for their work etc

thnx for the email!

Sent with Proton Mail secure email.

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT  JTX-2591
DATE _____ IDEN.
DATE _____ EVID.
BY_____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    RIPPSCAHEN00001397

JTX-2591, page 1 of 1