Case 2:22-cv-04355-JFW-JEM   Document 380-74   Filed 07/27/23   Page 1 of 1   Page ID #:29722

**[3] Rrbqyc**

---

**From:** 🔒 Benjamin Cook <benjamincook.art@gmail.com>   May 31, 2022
**To:** rrbayc@protonmail.com

Hey Ryder,
Hope this email convinces you to accept my reservation for rrbayc 4878. I'm an artist, professor and I've been interested in the work you've been doing. Glad you're pointing out what bayc is doing and glad you make the art you do.

Cheers,

Benjamin Cook
www.benjamincookart.com
@benjamincookart

---

**From:** 🔒 rrbayc <rrbayc@protonmail.com>   May 31, 2022
**To:** Benjamin Cook

just sent!

Sent with Proton Mail secure email.
------- Original Message -------
On Tuesday, May 31st, 2022 at 8:37 AM, Benjamin Cook <benjamincook.art@gmail.com> wrote:

> Hey Ryder,
> Hope this email convinces you to accept my reservation for rrbayc 4878. I'm an artist, professor and I've been interested in the work you've been doing. Glad you're pointing out what bayc is doing and glad you make the art you do.
>
> Cheers,
>
> Benjamin Cook
> www.benjamincookart.com
> @benjamincookart

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2592
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    RIPPSCAHEN00001408

JTX-2592, page 1 of 1