

Hey guys. First I want to start off by thanking all that are involved in this movement and the NotLarvaLabs/RRBAYC Movement. What you guys are doing is truly historic and going to go down in the books of history. You are starting something that has truth and proper work/investigation that you have spent countless days, hours, weeks, months on. Ryder I just wanted to say thank you foe the AMA last night. It's truly amazing and I am glad to have stumbled upon all of this and the first space I caught I was hooked. I went down the Ryder Ripps rabbit hole after listening to the podcast and you have done some incredible things. Your work speaks for itself and you have already and will continue to leave a mark on this space as we know it. I truly can't wait to lock up a RRBAYC! Sorry for fan boying lol but I truly respect everything you are doing. I had a similar situation in a community that was something I was deeply involved in and caused the disruption like you are doing now. I can only imagine the repercussions you guys are facing. You guys are building an army behind all of this and the end result of the amazing work you have done and the message in the end is going to be something that will change web3 as we know it imo. Just thought I would send this email as a token of my appreciation. I'm grinding to get my RRBAYC and am determined to do so before it's too late then to move down the line of the not larva labs/ape market place. Anyways I truly hope you guys remain safe and know that you guys have so many people rooting for you and I am seeing it grow daily. Before I complete this novel lol I just wanted to ask Pauly a quick question if he is able to see this or if Ryder could possibly just ask him for me if possible. My wife was chosen to draw one of his Leo's for the multiverse of Leo and we ran into a delay (I had gotten sick for a lengthy period and we both work 40 hours a week so ran into hickups that slowed us down) so the multi verse Leo was given to someone else. My wife wanted you to still have that piece at least for your own personal private collection. Would there be anyway for us to send that to you. I know it wouldn't be in the multiverse but still something she worked on for weeks and she just wants it in hands that she believes would appreciate it. Hoping this reaches you and sorry again for the Novel and thank you for what you are doing. You guys are truly iconic in my eyes and something that the true artist in this space deserve. Once I obtained my RRBAYC I plan on getting mural done somewhere on San Antonio or Austin to show the love and spread the message as well. This is truly what this space is about!

Thanks!


Sent from ProtonMail mobile



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **RIPPSCAHEN00001475**