

[2] Hey!

From: Andrew Bader <andrewsbader@gmail.com>   Jun 18, 2022
To: rrbayc@protonmail.com

First off, I love what your doing!  Great work!

It means more specifically to another member of the "tribe" such as myself. ✡

Question (stupid question) I see the collection of RR apes on the site, however how do you know how much they cost each?  Do they sell for ETH exclusively, or can you purchase with USD?  Are they sold exclusive through the .com site?

Thanks for your time, and again.. keep up the great work! ✊

Andrew Bader

rrbayc  DRAFT   Jun 18, 2022



USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2596
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**   **RIPPSCAHEN00001479**