

Hey there!

Just requested to mint one of the apes. Love what you're doing and all the research you and the team have put into exposing the reality of BAYC. Hoping this brings more light to the situation.

Much respect,
Blake
ETH wallet:
0x151611d87ff112D8e94EB03b6Bfb5E76888d0ccA



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                          RIPPSCAHEN00001523