# Trial Exhibit JTX-2672

Lodged with Court as a native file on CD