# Trial Exhibit JTX-2673

Lodged with Court as a native file on CD