# Trial Exhibit JTX-2676

## Lodged with Court as a native file on CD