

📊 Now LIVE: **2023 Q2 Crypto Industry Report**

CoinGecko

Search

Coins: 10022 Exchanges: 781 Market Cap: $1,220,957,512,934 0.8% 24h Vol: $32,867,691,921 Dominance: BTC 46.5% ETH 18.3% Gas: 5

NFT > Ethereum NFT > Bored Ape Yacht Club

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2713
DATE ______ IDEN.
DATE ______ EVID.
BY ______
Deputy Clerk

# Bored Ape Yacht Club (BAYC)

Buy / Sell

boredapeyachtclub.com | Twitter | Discord | Etherscan | PFP / Avatar

On 525 watchlists

BAYC Floor Price

## 32.31880 ETH

$60,071 -0.2%

Market Cap

## 323,123 ETH

$600,585,831 -0.2%

24h Volume

## 31.88 ETH

$59,255

# BAYC Market Statistics

Bored Ape Yacht Club Floor Price Today

| | |
|---|---|
| BAYC Floor Price | 32.31880 ETH |
| Market Cap | 323,123 ETH |
| 24h Volume | 31.88 ETH |
| Owners | 5,563   0.1% |
| Total Assets | 9,998 |

TOP NFTS BY MARKET CAP

CryptoPunks

Mutant Ape Yacht Club

Opepen Edition

Bitch Better Have My Money

Fidenza by Tyler Hobbs

Grails III Mint Pass

WHAT THE FFFF

Laelaps Master Key

24h   7d   14d   30d   90d   Max



## What is Bored Ape Yacht Club?

Bored Ape Yacht Club (BAYC) is an NFT collection. Bored Ape Yacht Club (BAYC) price floor today is $60,071, with a 24 hour sales volume of 31.88 ETH. As of today, there is a total of 9,998 NFTs minted, held by 5,563 unique owners, and has a total market cap of $600,585,831.

## What Is the Bored Ape Yacht Club NFT Collection?

The Bored Ape Yacht Club is a collection of 10,000 unique Bored Ape NFTs, which showcase a series of apes with different characteristics and expressions.

Often the face of NFTs, the BAYC collection is one of the most well-known NFT collections, with many celebrities holding the collection. Some of these celebrities include Justin Bieber, Eminem, Serena Williams, Stephen Curry, Shaquille O'Neal, and Jimmy Fallon. Celebrities and investors were not the only ones interested in the collection, even big corporate companies like Adidas purchased their own Ape.

Launched in April 2021, the project was available for mint at 0.08 ETH and was sold out within 12 hours. Less than 2 years later, the most expensive ape was sold at an astounding 3.4 Million USD.

## Who Is the Team Behind BAYC?

The NFT project was created by Yuga Labs, a team of four individuals who preferred to use their online pseudonyms and only later revealed their identities to the public. The team consists of Greg Solana (Gargamel), Wyle Aronow (Gordon Goner), Kerem (Emperor Tomato Ketchup), and Zesham (No Sass).

The artists that designed the BAYC collection are Seneca, Thomas Dagley, Migwashere, and other artists who, to this

Read More



| # | Marketplace | 24h Volume | BAYC Floor Price | Last Updated | |
|---|---|---|---|---|---|
| 1 | OpenSea | 31.88 ETH | 32.31880 ETH | 3 minutes | Buy/Sell |
| 2 | LooksRare | 0 ETH | 31.11100 ETH | 3 minutes | Buy/Sell |

Affiliate disclosures

## CoinGecko NFT Data API

Proudly powering over thousands of industry builders worldwide with accurate, live & independent data









Get Your API Key Now



CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

Resources



Case 2:22-cv-04355-JFW-JEM Document 380-85 Filed 07/27/23 Page 5 of 5 Page ID
#:29737

Donations

Support

About CoinGecko

Community

## Interested to stay up-to-date with cryptocurrencies?

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2023 CoinGecko. All Rights Reserved.

 

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.