| BTC | ETH | BNB | XRP | ADA | USDT |
|---|---|---|---|---|---|
| $29,258 | $1,862 | $238 | $0.70 | $0.305 | $1.0000 |
| +0.19% | +0.29% | +0.29% | +0.31% | +0.46% | 0.00% |

News   Markets   Magazine   People

Cryptopedia   Research   Video   Podcasts

Markets Pro



EZRA REGUERRA                                      MAY 02, 2022

# Yuga Labs' Otherdeeds NFT mint triggers backlash from community

Yuga Labs faces accusations of fraud, manipulation and preferential treatment from unhappy community members over Otherdeeds NFT mint.



**Collect article**   Collect with 40% discount from  XGO   Ad

**Join us on social networks**

The aftermath of the Otherdeeds nonfungible token (NFT) mint is filled with disgruntled community members voicing their complaints on Twitter over Yuga Labs' handling of the event.

7/26/23, 12:22 PM
Yuga Labs' Otherdeeds NFT mint triggers backlash from community
Case 2:22-cv-04355-JFW-JEM Document 380-86 Filed 07/27/23 Page 2 of 8 Page ID
#:29739

The launch of Otherdeeds NFTs gained massive support from the community, selling out almost immediately after it dropped. Because of the high demand, the launch drove up Ethereum gas fees sharply so that users pai from 2.6 Ether ETH ▲ $1,862 up to 5 ETH to complete their transactions.

However, many community members were unhappy with the event. According to Twitter user RandomGuyonct, several users have speculated that the mint was "planned to fail" so that the group can advertise launching its own blockchain as the team mentioned a chain migration in one tweet because of the event.



Apart from these, Twitter user Mark Beylin accused Yuga Labs of "revealing their true colors" and stated that he had exited all Ape-related NFT investments. Beylin also warned others to assume that the people behind Yuga Labs are "bad actors."



Advertisement

**Stay safe in Web3. Learn more about Web3 Antivirus →**



Some users who failed to complete their transactions claim to have lost their ETH in the process. However, Yuga Labs promised to refund lost gas fees from the failed transactions.

Twitter user CryptoFinally also claimed that Yuga Labs gave Bored Ape Yacht Club (BAYC) members better land than those who were not members of the group. "Non-BAYCs who want to get involved paid for far shittier land, BAYCS got the only land worthwhile," they wrote.

*Related: ApeCoin slides 40% in 3 days despite Otherside metaverse land sale — Here's why*

The Otherdeed NFT drop also pushed the burn rate of Ethereum to a new all-time high. Data from Glassnode and Data Always showed that almost 70,000 ETH was burned on the day of the mint.

Cointelegraph reached out to Yuga Labs for comments but did not get a response.



Terms of Services and Privacy Policy

#Twitter  #Community  #Proof-of-burn  #NFT

Add reaction

RELATED NEWS

 How to track and report crypto transactions for tax purposes

 Binance Blockchain Week picks Turkey to host thousands of Web3 lovers

 How to play and earn in CryptoKitties

 NFTs as micro-social networks: The path to crypto adoption

 Crypto Twitter unites to raise funds for community member's cancer treatment

 'Scammers dream' — Yuga's auction model for Bitcoin NFTs sees criticism



 TURNER WRIGHT                                    MAY 02, 2022

EU commissioner calls for global coordination on crypto regulation

Mairead McGuinness said the U.S. and the EU were both moving forward on comprehensive frameworks for crypto, with President Joe Biden's executive order and the MiCA proposal.



Join us on social networks

Mairead McGuinness, the commissioner for financial services, financial stability and capital markets union at the European Commission, is calling for global regulators to work together to address potential risks in the crypto market.

In a Sunday opinion piece in political media outlet The Hill, McGuinness said the European Union and the United States could help lead the world in a regulatory approach for cryptocurrencies that considers the benefits of the innovative technology while addressing "significant risks." The EU commissioner pointed to the volatility of certain assets, the risk of insider trading, the possibility of crypto being used by Russia to evade sanctions and environmental concerns.

"To make rules on crypto fully effective, crypto requires global coordination and joint international principles," said McGuinness, adding:

"A global agreement on crypto should first enshrine that no product remains unregulated. Second, supervisors should collect and exchange information globally. Third, any agreement must protect retail investors. Fourth, the crypto ecosystem should fully integrate environmental considerations."



According to the EU commissioner, European regulators had already moved forward in providing a comprehensive framework on crypto with the Markets in Crypto Assets, or MiCA, proposal, which essentially standardizes all rules for crypto service providers within the European Union. She also said the executive order signed by President Joe Biden in March "charts the way for U.S. regulation of crypto assets" by laying down a framework for government agencies to handle crypto-related policies and enforcement actions.

7/26/23, 12:22 PM                    Yuga Labs' Otherdeeds NFT mint triggers backlash from community
Case 2:22-cv-04355-JFW-JEM   Document 380-86   Filed 07/27/23   Page 7 of 8   Page ID
                                     #:29744

"We have no time to lose in managing this transformation for the benefit of investors, businesses and wider society," McGuinness said.

*Related: [Green 'light:' The EU's approach to crypto balances eco-values with regulatory relevance](#)*

In addition to its work on MiCA, the European Commission [called for financial services specialists](#) to weigh in on the potential rollout of a digital euro. The European Central Bank has already begun [experimental prototyping of a digital euro](#) customer interface as of April 29. McGuinness said the EU commission would "stand ready" to introduce legislation behind a central bank digital currency.



DELIVERED EVERY MONDAY

### Subscribe to the Law Decoded newsletter

Email Address

Subscribe

By subscribing, you agree to our
Terms of Services and Privacy Policy

#Cryptocurrencies    #Law    #Europe    #Bitcoin Regulation

#European Union    #MiCA

😀 Add reaction

RELATED NEWS



How to send and receive payments on the Lightning Network



Unlocking potential for Web3 creators: ReadON joins Cointelegraph Accelerator



Ethereum is going to transform investing



European Parliament postpones crypto bill vote over proof-of-work



European Parliament will hold vote on crypto bill without PoW provision



European crypto regulatory framework goes to three-way consideration without PoW ban



Are you a journalist or an editor?    Join us

COINTELEGRAPH NEWSLETTER

Email     Subscribe

Terms of services and Privacy policy

© Cointelegraph 2013 - 2023