| BTC | ETH | BNB | XRP | ADA | USDT |
|---|---|---|---|---|---|
| $29,494 | $1,879 | $239 | $0.72 | $0.308 | $1.0000 |
| +0.90% | +0.91% | +0.66% | +2.12% | +1.68% | 0.00% |

News    Markets    Magazine    People

Cryptopedia    Research    Video    Podcasts

Markets Pro





BRIAN NEWAR                                                             MAY 10, 2022

# Otherside NFTs fall below mint price while cheaper ETH sees sales volume boost

Floor prices for some of the most popular NFT collections are slipping to their lowest levels in over a week, including the top-traded Otherdeed for Otherside metaverse land.





**Collect article**    Collect with 40% discount from    Ad

**Join us on social networks**

The contentious Otherdeed for Otherside nonfungible token (NFT) floor price has dropped below its mint price to 2.45

Cointelegraph.com uses **Cookies** to ensure the best experience for you.



ACCEPT



**Advertisement**

**Stay safe in Web3. Learn more about Web3 Antivirus →**

The Otherdeed for Otherside collection from Yuga Labs, makers of the Bored Ape Yacht Club (BAYC) collection, was a highly anticipated NFT mint for land in their upcoming metaverse platform. Users paid for the land with 20 Apecoin APE ▲ $2.01 tokens and paid gas fees in Ether ETH ▲ $1,879 .



However, the hype over the fresh mint seems to have corroded already as the collection's floor price dipped to 2.45 ETH before stabilizing again, according to NFT market NFTGo. Each Otherside item cost about $6,000 to mint, or 2.5 ETH at the time of launch.

The floor price has been slipping since Wednesday when it hovered at about 3.5 ETH, which then was worth nearly $10,000.

Otherdeed caused a stir in the market during its mint day when it clogged up the ETH network and drove gas prices to astronomical levels, leading Yuga Labs to admit there was a problem as it refunded gas costs for all failed transactions.

In addition to Yuga's Otherdeed collection, the ubiquitous BAYC collection floor price has taken a big hit over the past seven days. Since Wednesday, the BAYC floor price has dropped by 15% to 91 ETH. While that still comes out to a dollar value of about $212,000, it is nearly $100,000 less than a week ago.

Another major collection that has suffered from a diminishing floor price is Azuki, the anime-inspired art NFTs. Since May 4, Azuki floor price has shrunk by over 50% from 30.5 ETH to 15 ETH.

Each of BAYC, Otherdeed and Azuki are trading among the top ten collections on the largest NFT marketplace OpenSea.

*Related: NFT market well-positioned to grow 35% into a $13.6B industry by 2027*

The major cause for the drop in floor prices may be the sluggish sales volumes across the entire NFT market. Whereas the seven-day volume for NFTs has been on a steep decline up to Monday.

The past 24 hours have seen a nearly equal and opposite reaction from the market, however. Since Monday, sales volume has spiked by 32%, according to NFTGo.

By collection, Otherdeeds 24 hour sales volume is up 52%, BAYC is up 30.5% and Azuki is up a whopping 1802%. It is possible that the lower ETH prices are signaling a deal for NFT collectors.

---

DELIVERED EVERY WEDNESDAY

## Subscribe to the Nifty Newsletter



#Transactions   #Price Analysis   #NFT

☺ Add reaction

### RELATED NEWS

 What is an atomic swap, and how does it work?

 From supply chain to DeFi: How blockchain oracles can transform industries

 How to play and earn in CryptoKitties

 What are crypto whale trackers and how do they work?

 The state of Solana: Will the layer-1 protocol rise again in 2023?

 Bitcoin hits record 44M non-zero addresses, thanks to Ordinals: Glassnode



BRIAN QUARMBY

MAY 10, 2022

# Commercial smart contract adoption next market driver — Mark Cuban

"When businesses can use smart contracts to gain a competitive advantage, they will. The chains that realize this will survive," according to Mark Cuban.



**Collect article**    Collect with 40% discount from ✕GO   Ad

**Join us on social networks**



Billionaire investor Mark Cuban has tipped commercial smart contract adoption as the next catalyst to drive the crypto and blockchain sector.

The Dallas Mavericks owner and crypto proponent was commenting on the current "lull" state of the crypto market, compared to the internet or dot-com bubble in the early 2000s that saw a lot of over-hyped and relatively similar companies collapse.

The crypto market is painting a fairly grim picture of late, with nearly all of the top 100 digital assets facing double-digit losses over the past seven days.

There are likely to be several factors behind the bearish sentiments, such as the Federal Reserve's recent policy

updates. On Twitter earlier today, however, Cuban also pointed to a current "imitation phase" in crypto/blockchain as opposed to genuine innovation.

"Crypto is going through the lull that the internet went through," he said.



In Cuban's view, the blockchain projects that purely "copy what everyone else has" by bridging over nonfungible tokens (NFTs) to decentralized finance (DeFi) protocols will die out eventually, as he argues that they are not required on every chain.

Instead, he opined that smart contract platforms geared toward commercial usage and replacing software-as-a-service (SaaS) apps will thrive long term:

> "What we have not seen is the use of Smart Contracts to improve business productivity and profitability. That will have to be the next driver. When businesses can use Smart Contracts to gain a competitive advantage, they will. The chains that realize this will survive."

In terms of recent institutional backing of smart contract platforms, CoinShares' crypto funds report for all of 2021 shows that Ether ( ETH ▲ $1,879 ), Solana ( SOL ▲ $25 ), Polkadot ( DOT ▲ $5.27 ) and Cardano ( ADA ▲ $0.308 ) were the options of choice for the heavy hitters last year.

*Related: Mark Cuban proposes using Dogecoin to solve Twitter's crypto ad problem*

According to the report, funds offering exposure to ETH were the resounding favorite, garnering a whopping $1.38 billion. Next in line were Solana funds at $219 million, while Polkadot products generated $116 million and Cardano funds also pulled in $115 million.



DELIVERED EVERY MONDAY

## Subscribe to the Markets Outlook newsletter

Email Address

Subscribe

By subscribing, you agree to our Terms of Services and Privacy Policy

#Blockchain   #Business   #Smart Contracts   #Internet   #Mark Cuban

Add reaction

## RELATED NEWS


How to actually spend your Bitcoin, Explained


Blockchain for digital inclusion? This platform makes AI accessible to everyone


Stablecoins must be programmable to counter CBDCs


Coinbase wants devs to build inflation-pegged 'flatcoins' on its new 'Base' network



$4M 'exit scam' suspected as Kokomo Finance flies off radar, token plunges



zkSync Era's 'elegant' fix for 921 ETH 'stuck forever' in smart contract



Are you a journalist or an editor?   Join us

COINTELEGRAPH NEWSLETTER

Email                    Subscribe

Terms of services and Privacy policy

© Cointelegraph 2013 - 2023