USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT **JTX-2717**
DATE _____ IDEN. _____
DATE _____ EVID. _____
BY _____
Deputy Clerk

## Advanced Filter (Beta)

▽ Filtered By     ↻ Reset Filter

Txn Type: Internal Tx ✕    From: 0xEE969B...04b14960 ✕    To: 0xEE969B...04b14960 ✕    Amount: Between 0.1-1 ✕

A total of 340 transactions found

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xf84b7ca2183ef1e3cf... | Internal Tx | Transfer* | 399 days 7 hrs ago | 0xEE969B...04b14960 | → | link13.eth | 0.15 | Ethereum (ETH) |
| 0xeefe9c5eedbebbf99... | Internal Tx | Transfer* | 400 days 20 hrs ago | 0xEE969B...04b14960 | → | nyax.eth | 0.15 | Ethereum (ETH) |
| 0xecf938457b3867927... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xCafe10...ba2c1437 | 0.45 | Ethereum (ETH) |
| 0xa025346e284e89ae... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xCafe10...ba2c1437 | 0.3 | Ethereum (ETH) |
| 0x091e26b97afd76b1e... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hot.robertclarke.eth | 0.3 | Ethereum (ETH) |
| 0x348897624a4fa5a74... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x506944...778c4916 | 0.15 | Ethereum (ETH) |
| 0x3416360b2d0289d4... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | muah.eth | 0.6 | Ethereum (ETH) |
| 0x41b75dfe05cdd655e... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xAF1CC5...7DB5793f | 0.15 | Ethereum (ETH) |
| 0xadfe4e86ca78e8c4ff... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | deemus.eth | 0.15 | Ethereum (ETH) |
| 0x7cc19c39a0fdaaac2... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xF46f50...4109Da48 | 0.15 | Ethereum (ETH) |
| 0x8f4a3a21301aef39f... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | fraerokx.eth | 0.15 | Ethereum (ETH) |
| 0x077c9105dbc793f83... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x9A55cC...74840053 | 0.45 | Ethereum (ETH) |
| 0x9ecb13f9c1a9c79ad... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | szero.eth | 0.15 | Ethereum (ETH) |
| 0x85a93b95a91c5c31... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | fatfuck.eth | 0.15 | Ethereum (ETH) |
| 0x0b2981efa3bd28fc7... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xangery.eth | 0.3 | Ethereum (ETH) |
| 0x185693ef4ad8c14e9... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | urzatron.eth | 0.45 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x1eb5349f72aa87cc6... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | truffleoil.eth | 0.15 | Ethereum (ETH) |
| 0x6721272725204569... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xe121d3...fF1034AC | 0.6 | Ethereum (ETH) |
| 0x539eeb090af8761ad... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x6F64db...2232fc77 | 0.3 | Ethereum (ETH) |
| 0x05fbead92bc23a3d5... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | vopa.eth | 0.6 | Ethereum (ETH) |
| 0xef74d0187f1c77508... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xfC05e5...18c326B8 | 0.75 | Ethereum (ETH) |
| 0xaf96c51ee6cd4567a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x5826Cd...ad3d6226 | 0.15 | Ethereum (ETH) |
| 0xae37e0277739d908... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x4aB8EC...b7826551 | 0.15 | Ethereum (ETH) |
| 0x616fef3686a931301... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | sh0ckng.eth | 0.3 | Ethereum (ETH) |
| 0xc4b226558e1d7a9c... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xE07D07...43Ac2542 | 0.15 | Ethereum (ETH) |
| 0xab929c361f288cf25... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x05A449...42Fe4EFd | 0.3 | Ethereum (ETH) |
| 0x67af5c6f6978fa9a5f... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xc2cf55...89a51ed5 | 0.15 | Ethereum (ETH) |
| 0x4fa65078995d4f966... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hot.robertclarke.eth | 0.45 | Ethereum (ETH) |
| 0xde776faaa460bc83a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xea2997...68eB52Ee | 0.15 | Ethereum (ETH) |
| 0x4727e51310b3c862... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xfC05e5...18c326B8 | 0.3 | Ethereum (ETH) |
| 0xf55f18e380f046477... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x6099ce...234Fa0B6 | 0.15 | Ethereum (ETH) |
| 0x0367c21523b4bff84... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x9Bf2d9...1dD5D9c3 | 0.15 | Ethereum (ETH) |
| 0x742518ba5a86d10fe... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xfC05e5...18c326B8 | 0.3 | Ethereum (ETH) |
| 0x01a8cee3b87d0ea1... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | mevinu.eth | 0.3 | Ethereum (ETH) |
| 0x294d67c7fa5e041a1... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | mnl11.eth | 0.15 | Ethereum (ETH) |
| 0x9b2ba01fe4de9ebf6... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hot.robertclarke.eth | 0.45 | Ethereum (ETH) |
| 0x220b4b676ec9e498... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x948Ff4...7e1b248F | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xc9bfca5af8e4c6ce4... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xc2187A...29880614 | 0.15 | Ethereum (ETH) |
| 0xfd6a67585509a6ec3... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x535950...04955621 | 0.15 | Ethereum (ETH) |
| 0xbf095a053baf953f9... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xaDba5E...e28c754c | 0.15 | Ethereum (ETH) |
| 0x5a460fcf5144a0831... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xd12916...74A957E3 | 0.15 | Ethereum (ETH) |
| 0x9f90a29a5818f350c... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | bobbyaxelrod365.eth | 0.15 | Ethereum (ETH) |
| 0xfbee3b500adc2d69a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x2e7E9E...294970a1 | 0.15 | Ethereum (ETH) |
| 0xcaa900b9fdfe61fa82... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x91364516d3cad16e... | 0.15 | Ethereum (ETH) |
| 0xbc1570d6efa187cbc... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hotsinglepotato.eth | 0.3 | Ethereum (ETH) |
| 0xf38c59cc6e237041f... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x428E56...A6d3e887 | 0.3 | Ethereum (ETH) |
| 0x492a013e6c961df69... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x6F64db...2232fc77 | 0.6 | Ethereum (ETH) |
| 0xe9003c3016f461e9a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xAa9c52...75313351 | 0.15 | Ethereum (ETH) |
| 0xf4dc906144c5435f1... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x305967...e69A02b0 | 0.15 | Ethereum (ETH) |
| 0x0da03daa2b089463... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hot.robertclarke.eth | 0.6 | Ethereum (ETH) |
| 0xca45e31812f4e263e... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | babs2thefuture.eth | 0.15 | Ethereum (ETH) |
| 0xd6d030d9d4fee9582... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xangery.eth | 0.3 | Ethereum (ETH) |
| 0x1218fcc4e890dfdec... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x70b544...af4CD78F | 0.6 | Ethereum (ETH) |
| 0x99ffcf42cfc10c7dc2... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x0000000000000000... | 0.3 | Ethereum (ETH) |
| 0x08455686c1f955fac... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xCafe10...ba2c1437 | 0.45 | Ethereum (ETH) |
| 0xaeefea5c4ec3440db... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x7c787D...27b735b3 | 0.15 | Ethereum (ETH) |
| 0x413057fe7fe4fc78c4... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | carcarly.eth | 0.15 | Ethereum (ETH) |
| 0x1ac7244724078bb0... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x41BB5A...eEf83b03 | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x4b09645d9e9d2c3c... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xe121d3...fF1034AC | 0.3 | Ethereum (ETH) |
| 0x7600b52999b89020... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | bbcstandards.eth | 0.3 | Ethereum (ETH) |
| 0x29720c1e1f2d98591... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | mosiah.eth | 0.15 | Ethereum (ETH) |
| 0x4bfa45602d46cca52... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x6C77d3...B28a5aD7 | 0.3 | Ethereum (ETH) |
| 0x02ef70433e529038e... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xyuan.eth | 0.15 | Ethereum (ETH) |
| 0x9ab9175556d42565... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | camoman.eth | 0.15 | Ethereum (ETH) |
| 0xda579d6d7a872e45... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | drdood.eth | 0.15 | Ethereum (ETH) |
| 0x31fa482263d80fddd... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | fakebusiness.eth | 0.15 | Ethereum (ETH) |
| 0x2994704993e18d86... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x9EbcA0...b017e850 | 0.3 | Ethereum (ETH) |
| 0xda372d9dea7075ccf... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | shyjke.eth | 0.3 | Ethereum (ETH) |
| 0xf579b14878335658a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x8E4638...5a5736cE | 0.15 | Ethereum (ETH) |
| 0x53b5270d543303fc5... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | pidor.eth | 0.15 | Ethereum (ETH) |
| 0x10895a8d91841af92... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xCafe10...ba2c1437 | 0.3 | Ethereum (ETH) |
| 0x0ab78462facb39b4d... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | twixynft.eth | 0.15 | Ethereum (ETH) |
| 0xfa73eb96c40092695... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x769C1f...1CF99634 | 0.15 | Ethereum (ETH) |
| 0x05be373b52c8f0524... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x6DcF1d...656dF566 | 0.15 | Ethereum (ETH) |
| 0x2359c63aa7e0a8bf3... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | hot.robertclarke.eth | 0.15 | Ethereum (ETH) |
| 0x383af70a4439db969... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x79fbC2...80bd0C81 | 0.15 | Ethereum (ETH) |
| 0xa78a64f42132c895f... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xd8102f...36ccCdC8 | 0.15 | Ethereum (ETH) |
| 0x8b5b00dfd2d93a503... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | discostew.eth | 0.15 | Ethereum (ETH) |
| 0x973abcb4447f2b696... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x62047F...eD8BA8b1 | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x93ff7c956a2ac49d6... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | mosiah.eth | 0.3 | Ethereum (ETH) |
| 0x42642b7d2801ec84... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xe121d3...fF1034AC | 0.15 | Ethereum (ETH) |
| 0xe879e3930fc5fa977... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x26B0a2...039C82C7 | 0.15 | Ethereum (ETH) |
| 0x4f02726b7309a53f8... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x4D1D23...855067B3 | 0.15 | Ethereum (ETH) |
| 0xbf891c380656ba91e... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xdDbA5B...9AE4a1f1 | 0.15 | Ethereum (ETH) |
| 0x0e13198f9ec834510... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x70b544...af4CD78F | 0.15 | Ethereum (ETH) |
| 0x86cf5f7d93808797a... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x7290bc...f6c8249E | 0.15 | Ethereum (ETH) |
| 0xd1bd690cd2cf172c3... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x5b853b...9796eAb3 | 0.15 | Ethereum (ETH) |
| 0xd7b8e39d8f3e15ff0f... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | bbcstandards.eth | 0.3 | Ethereum (ETH) |
| 0x67f7efe18c721b1f0... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | crazynorth.eth | 0.15 | Ethereum (ETH) |
| 0x2879adb1999aecea... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x9a27d5...9407BE0F | 0.45 | Ethereum (ETH) |
| 0x3c8961fa08b7391c3... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x5a7DF8...19e35f49 | 0.15 | Ethereum (ETH) |
| 0xf399b1ef6b06fa237... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xD365bd...d87882E1 | 0.15 | Ethereum (ETH) |
| 0xeac91f988587657bb... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | kingarmadillo1994.eth | 0.3 | Ethereum (ETH) |
| 0xa6138b15fb9d38f77... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x09fDAc...4cf4c12D | 0.15 | Ethereum (ETH) |
| 0xbd6d5a601361dd89... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xA1C5BB...451CddcE | 0.15 | Ethereum (ETH) |
| 0xd4208b71a283d7bff... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x70b544...af4CD78F | 0.45 | Ethereum (ETH) |
| 0xee599da47642e603... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0xD365bd...d87882E1 | 0.3 | Ethereum (ETH) |
| 0x0410e04fd6245f025... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | 0x3cA249...7822297f | 0.15 | Ethereum (ETH) |
| 0x672bc88236196943... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | apesounds.eth | 0.15 | Ethereum (ETH) |
| 0xa5ce6c0a1dbab771... | Internal Tx | Transfer* | 400 days 23 hrs ago | 0xEE969B...04b14960 | → | shebrokeimup.eth | 0.15 | Ethereum (ETH) |

Show rows: 100

First   Page 1 of 4   Last

The Advanced Filter is a Beta feature that enables thorough transaction filtering using a broad set of criteria. Learn more about it in our Knowledge Base.

Time taken to retrieve: 96 (ms) | 0.2786 sec(s)   |   Last updated at block 17779690