USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2718
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# Etherscan Advanced Filter

## Advanced Filter  Beta

Save Filter

**Filtered By**

- Txn Type: Internal Tx ✕
- From: 0xEE969B...04b14960 ✕
- To: 0xEE969B...04b14960 ✕
- Amount: Between 0.1-1 ✕

Reset Filter

A total of 340 transactions found

Columns

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x8c80d57857606ab5... | Internal Tx | Transfer* | 401 days 2 mins ago | 0xEE969B...04b14960 | → | 0x4401Be...a490C8fD | 0.15 | Ethereum (ETH) |
| 0x7ad5f86d60d1a0d27... | Internal Tx | Transfer* | 401 days 2 mins ago | 0xEE969B...04b14960 | → | metaversefarmer.eth | 0.15 | Ethereum (ETH) |
| 0xdf05e309ac40dc88d... | Internal Tx | Transfer* | 401 days 3 mins ago | 0xEE969B...04b14960 | → | 0x13aD41...3B8e3AF5 | 0.15 | Ethereum (ETH) |
| 0x153f4d60707fc5cf6... | Internal Tx | Transfer* | 401 days 3 mins ago | 0xEE969B...04b14960 | → | 0x9290a6...0dC7a5aa | 0.15 | Ethereum (ETH) |
| 0xabfe99781e3586af5... | Internal Tx | Transfer* | 401 days 3 mins ago | 0xEE969B...04b14960 | → | youspittin.eth | 0.15 | Ethereum (ETH) |
| 0x2e8ab4c3e87939e6... | Internal Tx | Transfer* | 401 days 3 mins ago | 0xEE969B...04b14960 | → | 0x79fbC2...80bd0C81 | 0.15 | Ethereum (ETH) |
| 0x2ac138eff769b1231... | Internal Tx | Transfer* | 401 days 3 mins ago | 0xEE969B...04b14960 | → | crypt0sherpa.eth | 0.15 | Ethereum (ETH) |
| 0x9f91fd20e1472cddf... | Internal Tx | Transfer* | 401 days 4 mins ago | 0xEE969B...04b14960 | → | nyny.eth | 0.3 | Ethereum (ETH) |
| 0x737efd02270067a86... | Internal Tx | Transfer* | 401 days 4 mins ago | 0xEE969B...04b14960 | → | geraldgillum.eth | 0.15 | Ethereum (ETH) |
| 0xa15d3737e2ecb7f48... | Internal Tx | Transfer* | 401 days 4 mins ago | 0xEE969B...04b14960 | → | 0x0000000000000000... | 0.45 | Ethereum (ETH) |
| 0xff0ac248fb00a953a... | Internal Tx | Transfer* | 401 days 4 mins ago | 0xEE969B...04b14960 | → | 0x09fDAc...4cf4c12D | 0.3 | Ethereum (ETH) |
| 0xd6c6565f84d666e5a... | Internal Tx | Transfer* | 401 days 4 mins ago | 0xEE969B...04b14960 | → | achimura.eth | 0.15 | Ethereum (ETH) |
| 0x176be7abb4d8e716... | Internal Tx | Transfer* | 401 days 5 mins ago | 0xEE969B...04b14960 | → | 0xAE6f9b...6aDd895b | 0.15 | Ethereum (ETH) |
| 0xf26c4fba894801f5d... | Internal Tx | Transfer* | 401 days 5 mins ago | 0xEE969B...04b14960 | → | brendanmyers.eth | 0.15 | Ethereum (ETH) |
| 0x257999c169ddaed5... | Internal Tx | Transfer* | 401 days 5 mins ago | 0xEE969B...04b14960 | → | 0xCafe10...ba2c1437 | 0.15 | Ethereum (ETH) |
| 0xc6473681335e43c3... | Internal Tx | Transfer* | 401 days 6 mins ago | 0xEE969B...04b14960 | → | paperhandedwhale.eth | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x989798df80af990e6... | Internal Tx | Transfer* | 401 days 6 mins ago | 0xEE969B...04b14960 | → | manfredicaracciolo.eth | 0.15 | Ethereum (ETH) |
| 0xb4e04eed301a8efdb... | Internal Tx | Transfer* | 401 days 6 mins ago | 0xEE969B...04b14960 | → | 0x60885A...3aF17076 | 0.15 | Ethereum (ETH) |
| 0xb5bddc5ad27d31ffd... | Internal Tx | Transfer* | 401 days 7 mins ago | 0xEE969B...04b14960 | → | richyboiee.eth | 0.15 | Ethereum (ETH) |
| 0x53bf2d88ff07d948b... | Internal Tx | Transfer* | 401 days 7 mins ago | 0xEE969B...04b14960 | → | 0x0AF778...83296286 | 0.15 | Ethereum (ETH) |
| 0x5b94912dea6c5ad8... | Internal Tx | Transfer* | 401 days 7 mins ago | 0xEE969B...04b14960 | → | 0xdc07f9...F8D7F19e | 0.15 | Ethereum (ETH) |
| 0x75c2f41282c1d2c44... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | coog.eth | 0.15 | Ethereum (ETH) |
| 0x04ef48941b3797757... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | cravingsome.eth | 0.3 | Ethereum (ETH) |
| 0x700586a6095f3ba56... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | 0x208EC5...843Cd154 | 0.15 | Ethereum (ETH) |
| 0x3fbf2e3c12ad585e0... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | trying2think.eth | 0.15 | Ethereum (ETH) |
| 0xa41d6a9aca29eb19... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | 0x26B0a2...039C82C7 | 0.15 | Ethereum (ETH) |
| 0xad57a0de32eeea07... | Internal Tx | Transfer* | 401 days 8 mins ago | 0xEE969B...04b14960 | → | bbcstandards.eth | 0.75 | Ethereum (ETH) |
| 0x43ee647ac02a3dcb... | Internal Tx | Transfer* | 401 days 9 mins ago | 0xEE969B...04b14960 | → | 0xac6B88...ABf0B3F1 | 0.15 | Ethereum (ETH) |
| 0xe0b9db8f8bc2a1559... | Internal Tx | Transfer* | 401 days 10 mins ago | 0xEE969B...04b14960 | → | vtor.eth | 0.3 | Ethereum (ETH) |
| 0xdb34ea07b53c423b... | Internal Tx | Transfer* | 401 days 10 mins ago | 0xEE969B...04b14960 | → | 0xcari.eth | 0.15 | Ethereum (ETH) |
| 0x6899573a59190ee1... | Internal Tx | Transfer* | 401 days 10 mins ago | 0xEE969B...04b14960 | → | 0xsmmy.eth | 0.15 | Ethereum (ETH) |
| 0xd67ed481f2304c0b8... | Internal Tx | Transfer* | 401 days 10 mins ago | 0xEE969B...04b14960 | → | 0x401D2c...0b7f6582 | 0.15 | Ethereum (ETH) |
| 0xbe35f5676a38cf0a5... | Internal Tx | Transfer* | 401 days 11 mins ago | 0xEE969B...04b14960 | → | 0x208EC5...843Cd154 | 0.3 | Ethereum (ETH) |
| 0xd71e69aa0f1bd10df... | Internal Tx | Transfer* | 401 days 11 mins ago | 0xEE969B...04b14960 | → | 0xcari.eth | 0.15 | Ethereum (ETH) |
| 0x63c4fbb0a5ed34541... | Internal Tx | Transfer* | 401 days 11 mins ago | 0xEE969B...04b14960 | → | tummysalumi.eth | 0.15 | Ethereum (ETH) |
| 0xe1e3d29e7ad60380... | Internal Tx | Transfer* | 401 days 13 mins ago | 0xEE969B...04b14960 | → | 3695.eth | 0.15 | Ethereum (ETH) |
| 0x8d6839e700b21f505... | Internal Tx | Transfer* | 401 days 14 mins ago | 0xEE969B...04b14960 | → | 0xf44395...B3eb4376 | 0.15 | Ethereum (ETH) |

7/26/23, 1:42 PM — Etherscan Advanced Filter

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x2447c88d10b42df55... | Internal Tx | Transfer* | 401 days 15 mins ago | 0xEE969B...04b14960 | → | moonordirt.eth | 0.15 | Ethereum (ETH) |
| 0x076036b72283a979... | Internal Tx | Transfer* | 401 days 16 mins ago | 0xEE969B...04b14960 | → | pepefun.eth | 0.15 | Ethereum (ETH) |
| 0xdbe07d85f76738b72... | Internal Tx | Transfer* | 401 days 16 mins ago | 0xEE969B...04b14960 | → | 0x79D147...d2613D7c | 0.15 | Ethereum (ETH) |
| 0xe4d974fa9d4099163... | Internal Tx | Transfer* | 401 days 19 mins ago | 0xEE969B...04b14960 | → | 3746.eth | 0.15 | Ethereum (ETH) |
| 0x9aa1ca037f2bdc42f... | Internal Tx | Transfer* | 401 days 20 mins ago | 0xEE969B...04b14960 | → | 0x5a7DF8...19e35f49 | 0.15 | Ethereum (ETH) |
| 0xd583d8522db0b732... | Internal Tx | Transfer* | 401 days 22 mins ago | 0xEE969B...04b14960 | → | 0xF3c397...c70cF742 | 0.15 | Ethereum (ETH) |
| 0x24a6f0d77deaf662b... | Internal Tx | Transfer* | 401 days 22 mins ago | 0xEE969B...04b14960 | → | blackmesa.eth | 0.15 | Ethereum (ETH) |
| 0xee808288951aea17... | Internal Tx | Transfer* | 401 days 24 mins ago | 0xEE969B...04b14960 | → | elreydel.eth | 0.15 | Ethereum (ETH) |
| 0xadeff01d9bb1cf376... | Internal Tx | Transfer* | 401 days 25 mins ago | 0xEE969B...04b14960 | → | 0x4210A2...039Efc73 | 0.3 | Ethereum (ETH) |
| 0x7d8956634aa11dce... | Internal Tx | Transfer* | 401 days 28 mins ago | 0xEE969B...04b14960 | → | 0x623417...76a91B7E | 0.15 | Ethereum (ETH) |
| 0x48892a8ace5e691e... | Internal Tx | Transfer* | 401 days 29 mins ago | 0xEE969B...04b14960 | → | 0xCC0900...D4590Bb0 | 0.15 | Ethereum (ETH) |
| 0xe6f36a43650a03230... | Internal Tx | Transfer* | 401 days 30 mins ago | 0xEE969B...04b14960 | → | mosiah.eth | 0.15 | Ethereum (ETH) |
| 0x0db8f5e77e6355477... | Internal Tx | Transfer* | 401 days 32 mins ago | 0xEE969B...04b14960 | → | 0xE06817...2372262c | 0.15 | Ethereum (ETH) |
| 0x86a864f7be61999f2... | Internal Tx | Transfer* | 401 days 33 mins ago | 0xEE969B...04b14960 | → | pax.kongz.eth | 0.3 | Ethereum (ETH) |
| 0xad1fdabb8ddb15fee... | Internal Tx | Transfer* | 401 days 34 mins ago | 0xEE969B...04b14960 | → | v1phunktreasury.eth | 0.15 | Ethereum (ETH) |
| 0x0c208e6403f8b1fbd... | Internal Tx | Transfer* | 401 days 36 mins ago | 0xEE969B...04b14960 | → | 0x0f194e...Dff82EE6 | 0.15 | Ethereum (ETH) |
| 0xc469fa290424e3ada... | Internal Tx | Transfer* | 401 days 38 mins ago | 0xEE969B...04b14960 | → | 0xcari.eth | 0.15 | Ethereum (ETH) |
| 0xd2c8684d81899f104... | Internal Tx | Transfer* | 401 days 43 mins ago | 0xEE969B...04b14960 | → | 0x0991E8...FCE47A06 | 0.15 | Ethereum (ETH) |
| 0x52de0c122cb106f86... | Internal Tx | Transfer* | 401 days 49 mins ago | 0xEE969B...04b14960 | → | 0x888142...002FFE84 | 0.15 | Ethereum (ETH) |
| 0x99dafe5b8f85357f1... | Internal Tx | Transfer* | 401 days 49 mins ago | 0xEE969B...04b14960 | → | nft.naire.eth | 0.15 | Ethereum (ETH) |
| 0x59f116604a2f86141... | Internal Tx | Transfer* | 401 days 52 mins ago | 0xEE969B...04b14960 | → | l2labs.eth | 0.3 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xaaa21336baa866d6... | Internal Tx | Transfer* | 401 days 54 mins ago | 0xEE969B...04b14960 | → | pax.kongz.eth | 0.15 | Ethereum (ETH) |
| 0xdfacc3a33500b21f6... | Internal Tx | Transfer* | 401 days 54 mins ago | 0xEE969B...04b14960 | → | 0x05A449...42Fe4EFd | 0.15 | Ethereum (ETH) |
| 0xe441a3df6894c6113... | Internal Tx | Transfer* | 401 days 55 mins ago | 0xEE969B...04b14960 | → | 0xtinka.eth | 0.15 | Ethereum (ETH) |
| 0x9f98aa760ddcc3f83... | Internal Tx | Transfer* | 401 days 55 mins ago | 0xEE969B...04b14960 | → | 0xF4Fb9F...07d51a5b | 0.15 | Ethereum (ETH) |
| 0x1f07d4c45753b3a03... | Internal Tx | Transfer* | 401 days 58 mins ago | 0xEE969B...04b14960 | → | steg.eth | 0.15 | Ethereum (ETH) |
| 0xcf9e7741d55ae27d1... | Internal Tx | Transfer* | 401 days 59 mins ago | 0xEE969B...04b14960 | → | 0x5d7d6f...2f754FAe | 0.15 | Ethereum (ETH) |
| 0x3e92564d978c7c99... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | hawkchain.eth | 0.15 | Ethereum (ETH) |
| 0x58d901dac875512c... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x5ceaCd...ce6eB6c6 | 0.3 | Ethereum (ETH) |
| 0x21fb5de880e0aceb7... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0xEEE3f7...7D709442 | 0.15 | Ethereum (ETH) |
| 0xefde12ae685916ad5... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x09fDAc...4cf4c12D | 0.3 | Ethereum (ETH) |
| 0x57ca13817930100d... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | puzzlecollector.eth | 0.15 | Ethereum (ETH) |
| 0xdb71fa0765bdb1280... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | mesos.eth | 0.15 | Ethereum (ETH) |
| 0xf1cdc4c5b46e3a987... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | precisegambler.eth | 0.15 | Ethereum (ETH) |
| 0x9494105385bc2a62... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x390485...c3300dB4 | 0.15 | Ethereum (ETH) |
| 0xb76a4bfafa7883c41... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | justfortoday.eth | 0.15 | Ethereum (ETH) |
| 0xfa902cf9ec53479ce... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x80bfFE...232061Da | 0.15 | Ethereum (ETH) |
| 0x9a8205dab7f3fa761... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x19b1F3...C1994F28 | 0.15 | Ethereum (ETH) |
| 0x950d0583be5af64e3... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | poptigi.eth | 0.15 | Ethereum (ETH) |
| 0xd4045229ff01b9480... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | moonordirt.eth | 0.15 | Ethereum (ETH) |
| 0x071c61ef69323a99c... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | bdwby.eth | 0.15 | Ethereum (ETH) |
| 0x30ee5b08e277d99c... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x8eFC35...3Dac4f65 | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x37179a47fd4841583... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | maskedlady.eth | 0.15 | Ethereum (ETH) |
| 0xa594a4e9b6961161... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0xB42604...E1022398 | 0.15 | Ethereum (ETH) |
| 0xea309bae6712aca5... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | vopa.eth | 0.15 | Ethereum (ETH) |
| 0x4c38be8266021b31... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | notype.eth | 0.15 | Ethereum (ETH) |
| 0x1b690c756169abbb... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0xcari.eth | 0.15 | Ethereum (ETH) |
| 0x44bfafe959f0eba2b... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x2b8683...992A06D0 | 0.15 | Ethereum (ETH) |
| 0xc72815c9f4e96759f... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x061a6D...B8f38f99 | 0.15 | Ethereum (ETH) |
| 0xd439caba7a82c56b... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | vopa.eth | 0.75 | Ethereum (ETH) |
| 0x6edd6c11133189ae... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x617c58...1b6452Ae | 0.15 | Ethereum (ETH) |
| 0x53447b846ce5a45c... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x6a3E21...A189a666 | 0.15 | Ethereum (ETH) |
| 0x6eb461b891f2ed75d... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | nftdenny.eth | 0.15 | Ethereum (ETH) |
| 0xf3d5316595fa86f54... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x607f3f...0f10A573 | 0.15 | Ethereum (ETH) |
| 0xc5985aa292032255f... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 718nyc.eth | 0.15 | Ethereum (ETH) |
| 0x725f3f55b4d71b164... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0x76500b...2ca476DF | 0.15 | Ethereum (ETH) |
| 0xcf3eba3b7ab8555d5... | Internal Tx | Transfer* | 401 days 1 hr ago | 0xEE969B...04b14960 | → | 0xc6335B...85779198 | 0.15 | Ethereum (ETH) |
| 0xb6b7fe6fb7ef9cef25... | Internal Tx | Transfer* | 401 days 2 hrs ago | 0xEE969B...04b14960 | → | abdullahmailman.eth | 0.15 | Ethereum (ETH) |
| 0xcc97dfb8107bd9ff9... | Internal Tx | Transfer* | 401 days 2 hrs ago | 0xEE969B...04b14960 | → | 0x86DCf9...a75747C8 | 0.15 | Ethereum (ETH) |
| 0x716df9bb95ca5171c... | Internal Tx | Transfer* | 401 days 2 hrs ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.15 | Ethereum (ETH) |
| 0x68ad0153c7a182b5... | Internal Tx | Transfer* | 401 days 3 hrs ago | 0xEE969B...04b14960 | → | 0xdBa051...E13B83F8 | 0.15 | Ethereum (ETH) |
| 0xca9b3bf8988292b9c... | Internal Tx | Transfer* | 401 days 5 hrs ago | 0xEE969B...04b14960 | → | 0xebef51...a835B344 | 0.15 | Ethereum (ETH) |
| 0xa64cfce359fa5bdff7... | Internal Tx | Transfer* | 401 days 6 hrs ago | 0xEE969B...04b14960 | → | 0x8E4638...5a5736cE | 0.15 | Ethereum (ETH) |

Show rows: 100

First    Page 2 of 4    Last

The Advanced Filter is a Beta feature that enables thorough transaction filtering using a broad set of criteria. Learn more about it in our Knowledge Base.

Time taken to retrieve: 1450 (ms) | 2.3950 sec(s)    |    Last updated at block 17779709