**Advanced Filter** Beta

USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS.
Ripps et al.
JOINT EXHIBIT JTX-2719
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Save Filter

▽ Filtered By                                                                                                                                                            ↻ Reset Filter

| Txn Type: Internal Tx × | From: 0xEE969B...04b14960 × | To: 0xEE969B...04b14960 × | Amount: Between 0.1-1 × |

A total of 340 transactions found                                                                                                                                           Columns

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x9ceb82c5561f36b18… | Internal Tx | Transfer* | 401 days 7 hrs ago | 0xEE969B...04b14960 | → | shittyjob.eth | 0.15 | ◆ Ethereum (ETH) |
| 0x39e9aa1635e7b0ae… | Internal Tx | Transfer* | 402 days 1 hr ago | 0xEE969B...04b14960 | → | 0x86dB36...e9aaeA8f | 0.15 | ◆ Ethereum (ETH) |
| 0xc58c316421a70605… | Internal Tx | Transfer* | 402 days 13 hrs ago | 0xEE969B...04b14960 | → | 0x7D2550...644af740 | 0.6075 | ◆ Ethereum (ETH) |
| 0xc58c316421a70605… | Internal Tx | Transfer* | 402 days 13 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.6075 | ◆ Ethereum (ETH) |
| 0xc58c316421a70605… | Internal Tx | Transfer* | 402 days 13 hrs ago | 0xEE969B...04b14960 | → | PuzlPunk Parts: Deploy… | 0.6075 | ◆ Ethereum (ETH) |
| 0x6de39ab241b8fb064… | Internal Tx | Transfer* | 403 days 3 hrs ago | 0xEE969B...04b14960 | → | 0x7D2550...644af740 | 0.54 | ◆ Ethereum (ETH) |
| 0x6de39ab241b8fb064… | Internal Tx | Transfer* | 403 days 3 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.54 | ◆ Ethereum (ETH) |
| 0x6de39ab241b8fb064… | Internal Tx | Transfer* | 403 days 3 hrs ago | 0xEE969B...04b14960 | → | PuzlPunk Parts: Deploy… | 0.54 | ◆ Ethereum (ETH) |
| 0x7c2aadd94b82bdcf0… | Internal Tx | Transfer* | 403 days 19 hrs ago | 0xEE969B...04b14960 | → | 0x7D2550...644af740 | 0.9675 | ◆ Ethereum (ETH) |
| 0x7c2aadd94b82bdcf0… | Internal Tx | Transfer* | 403 days 19 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.9675 | ◆ Ethereum (ETH) |
| 0x7c2aadd94b82bdcf0… | Internal Tx | Transfer* | 403 days 19 hrs ago | 0xEE969B...04b14960 | → | PuzlPunk Parts: Deploy… | 0.9675 | ◆ Ethereum (ETH) |
| 0x894b148262f0c2929… | Internal Tx | Transfer* | 414 days 1 hr ago | 0xEE969B...04b14960 | → | 0x81bf9e...4d16D677 | 0.75 | ◆ Ethereum (ETH) |
| 0xb9444e444fdb67037… | Internal Tx | Transfer* | 414 days 1 hr ago | 0xEE969B...04b14960 | → | 0x81bf9e...4d16D677 | 0.15 | ◆ Ethereum (ETH) |
| 0xcc55155e1e683300… | Internal Tx | Transfer* | 414 days 1 hr ago | 0xEE969B...04b14960 | → | 0x81bf9e...4d16D677 | 0.15 | ◆ Ethereum (ETH) |
| 0x08ef0c19527617d71… | Internal Tx | Transfer* | 414 days 16 hrs ago | 0xEE969B...04b14960 | → | 0x7CAb30...9999493c | 0.15 | ◆ Ethereum (ETH) |
| 0x5d45c6ba8fcedf9efa… | Internal Tx | Transfer* | 414 days 16 hrs ago | 0xEE969B...04b14960 | → | 0x86DCf9...a75747C8 | 0.15 | ◆ Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x7914e4bb7bcaf1921... | Internal Tx | Transfer* | 414 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xF014fA...13aC6319 | 0.15 | Ethereum (ETH) |
| 0x653a110cc405fce93... | Internal Tx | Transfer* | 416 days 19 hrs ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.15 | Ethereum (ETH) |
| 0x3d2fcfd68c81d5267... | Internal Tx | Transfer* | 416 days 19 hrs ago | 0xEE969B...04b14960 | → | 0xb100db...2Bd8febf | 0.15 | Ethereum (ETH) |
| 0x8ecee928dcbb5e2c6... | Internal Tx | Transfer* | 418 days 2 hrs ago | 0xEE969B...04b14960 | → | sumguy.eth | 0.15 | Ethereum (ETH) |
| 0xb14fee93fd725d63d... | Internal Tx | Transfer* | 418 days 13 hrs ago | 0xEE969B...04b14960 | → | 0xf1c93b...bcA04A27 | 0.15 | Ethereum (ETH) |
| 0x130b2d23968096a0... | Internal Tx | Transfer* | 418 days 15 hrs ago | 0xEE969B...04b14960 | → | fatsnorlax.eth | 0.15 | Ethereum (ETH) |
| 0x13362027d83c0ba1... | Internal Tx | Transfer* | 421 days 23 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0xd938d2f7d738f3d74... | Internal Tx | Transfer* | 421 days 23 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0xb34dc188cb02567b... | Internal Tx | Transfer* | 422 days 22 hrs ago | 0xEE969B...04b14960 | → | artofthedealer.eth | 0.3 | Ethereum (ETH) |
| 0x76cdc0cddcb98a31... | Internal Tx | Transfer* | 423 days 18 hrs ago | 0xEE969B...04b14960 | → | 0x35e5Fa...A8fD0DC4 | 0.15 | Ethereum (ETH) |
| 0x4cbf5ff41c45c8c132... | Internal Tx | Transfer* | 424 days 17 hrs ago | 0xEE969B...04b14960 | → | -x-.eth | 0.15 | Ethereum (ETH) |
| 0xc9b98fe46c7a4eb00... | Internal Tx | Transfer* | 425 days 15 hrs ago | 0xEE969B...04b14960 | → | artofthedealer.eth | 0.3 | Ethereum (ETH) |
| 0x4bda600f5cc1aa031... | Internal Tx | Transfer* | 425 days 15 hrs ago | 0xEE969B...04b14960 | → | 0xc257f7...F02612e4 | 0.15 | Ethereum (ETH) |
| 0x9040c386a5b2631e... | Internal Tx | Transfer* | 425 days 15 hrs ago | 0xEE969B...04b14960 | → | artofthedealer.eth | 0.45 | Ethereum (ETH) |
| 0x1732c2ac98d6d2eb... | Internal Tx | Transfer* | 425 days 20 hrs ago | 0xEE969B...04b14960 | → | artofthedealer.eth | 0.3 | Ethereum (ETH) |
| 0x43e3b6fa8119d2c70... | Internal Tx | Transfer* | 426 days 26 mins ago | 0xEE969B...04b14960 | → | $eth.eth | 0.15 | Ethereum (ETH) |
| 0x95dfab2131e462eb0... | Internal Tx | Transfer* | 426 days 26 mins ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.15 | Ethereum (ETH) |
| 0x12efb1e60857f2d7c... | Internal Tx | Transfer* | 426 days 30 mins ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.15 | Ethereum (ETH) |
| 0xc12bc3ed2d8dc411... | Internal Tx | Transfer* | 426 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xfB0EAE...5c5d41D6 | 0.15 | Ethereum (ETH) |
| 0x2de78bbdc3365943... | Internal Tx | Transfer* | 427 days 3 hrs ago | 0xEE969B...04b14960 | → | 0x2E4135...4DCafbF5 | 0.15 | Ethereum (ETH) |
| 0x2fba6d3864b5329fe... | Internal Tx | Transfer* | 427 days 8 hrs ago | 0xEE969B...04b14960 | → | 0x00200F...9CB1dfA2 | 0.15 | Ethereum (ETH) |

Etherscan Advanced Filter

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xf03e3e558c1f34782... | Internal Tx | Transfer* | 427 days 11 hrs ago | 0xEE969B...04b14960 | → | hihemp.eth | 0.15 | Ethereum (ETH) |
| 0x1f0e300c5083aa976... | Internal Tx | Transfer* | 427 days 11 hrs ago | 0xEE969B...04b14960 | → | nomadicframe.eth | 0.15 | Ethereum (ETH) |
| 0xaf1794e8ea031a809... | Internal Tx | Transfer* | 427 days 12 hrs ago | 0xEE969B...04b14960 | → | lazyleoni.eth | 0.15 | Ethereum (ETH) |
| 0xce9cbc6322588240... | Internal Tx | Transfer* | 427 days 15 hrs ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.15 | Ethereum (ETH) |
| 0x6875941f143cc79b3... | Internal Tx | Transfer* | 427 days 17 hrs ago | 0xEE969B...04b14960 | → | papula.eth | 0.15 | Ethereum (ETH) |
| 0xd771e2e522ffce1ee... | Internal Tx | Transfer* | 427 days 17 hrs ago | 0xEE969B...04b14960 | → | rollsroycebayc.eth | 0.15 | Ethereum (ETH) |
| 0x6ceb6a90cb520783... | Internal Tx | Transfer* | 427 days 17 hrs ago | 0xEE969B...04b14960 | → | jpegpapi.eth | 0.15 | Ethereum (ETH) |
| 0xea5d5a6e746597ea... | Internal Tx | Transfer* | 427 days 17 hrs ago | 0xEE969B...04b14960 | → | phugazi.eth | 0.15 | Ethereum (ETH) |
| 0x1acb74bc9a362725... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | color-me-gm.eth | 0.15 | Ethereum (ETH) |
| 0x560a177dabe70f699... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | phugazi.eth | 0.15 | Ethereum (ETH) |
| 0x5e3dd584e3673bfa9... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0x39a54E...4fD1D320 | 0.15 | Ethereum (ETH) |
| 0xbc5624d9da6df6541... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | artemisx.eth | 0.3 | Ethereum (ETH) |
| 0xe05a2c79c9281e77... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0x2189d7c57f1261906... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0x9c52b91d67cc6262... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0x9bd6f2e14c4781ad2... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0x0541bbc5ccd4847a... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0xac9e0123c759185a... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | darthfader41.eth | 0.15 | Ethereum (ETH) |
| 0xebc174714751a295... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | surgicalsummer.eth | 0.15 | Ethereum (ETH) |
| 0x279a11b2a2977e9c... | Internal Tx | Transfer* | 427 days 18 hrs ago | 0xEE969B...04b14960 | → | metadatamax.eth | 0.15 | Ethereum (ETH) |
| 0xcaa1190f43e1ad145... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | 0xBBE201...8eBD0fbf | 0.3 | Ethereum (ETH) |

Etherscan Advanced Filter

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xc979c213115e19b3... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | fliper.eth | 0.15 | Ethereum (ETH) |
| 0x37c7ddabc64866ac... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | 0x80bfFE...232061Da | 0.15 | Ethereum (ETH) |
| 0x1be4d4963f3a4606b... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | 99th.eth | 0.15 | Ethereum (ETH) |
| 0xbccefb58c4d940073... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | apewhalenft.eth | 0.15 | Ethereum (ETH) |
| 0xe3c8c95b5dd8019f0... | Internal Tx | Transfer* | 427 days 19 hrs ago | 0xEE969B...04b14960 | → | tokeit.eth | 0.15 | Ethereum (ETH) |
| 0x99d41f123c83e3bd8... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | meowmeowmeow.eth | 0.3 | Ethereum (ETH) |
| 0xb3bd9139c2b8b792... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | sasa.eth | 0.15 | Ethereum (ETH) |
| 0x2c4a51b70e48778e... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | BASTARD GAN PUNKS ... | 0.15 | Ethereum (ETH) |
| 0x44f6b68492e8a6251... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | thrillhouse.eth | 0.15 | Ethereum (ETH) |
| 0x708f11ab0f2ebb3cc... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0x5FFA23...915351AF | 0.15 | Ethereum (ETH) |
| 0x3bb212807f3c08d0f... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | slykx.eth | 0.15 | Ethereum (ETH) |
| 0x136bccd3fe5441772... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0x6b5dB7...e1DB520f | 0.15 | Ethereum (ETH) |
| 0x68d0264d7bf111ec0... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xD3De23...F68C3c1d | 0.15 | Ethereum (ETH) |
| 0x1f3b1de0072a4e408... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0x2D781F...E5A9e7A2 | 0.15 | Ethereum (ETH) |
| 0xfc152674df8bc5720... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0x882F48...F92EEAAD | 0.15 | Ethereum (ETH) |
| 0x7dcc660523d4a84e... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | darthfader41.eth | 0.15 | Ethereum (ETH) |
| 0x6d42c6321c18cec6... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xE7A6DB...57A97b8E | 0.15 | Ethereum (ETH) |
| 0x79b0717a332ccf997... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | schmrypto.eth | 0.15 | Ethereum (ETH) |
| 0xff4e986d4b120e6ee... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | *🐻🐻🐻🐻🐻.eth | 0.3 | Ethereum (ETH) |
| 0xd10e8f5e20e733241... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | williamwallace.eth | 0.15 | Ethereum (ETH) |
| 0x58c49bcb3d4dfbb7b... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x97e36dc8a9836f264... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.15 | Ethereum (ETH) |
| 0x78a213bc9b621e99... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | schmrypto.eth | 0.15 | Ethereum (ETH) |
| 0x1e89819d719dcec5... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.6 | Ethereum (ETH) |
| 0x984cb52be05a61f8f... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | 0xbC1B89...5e427bfb | 0.15 | Ethereum (ETH) |
| 0x76cf6e2d115c5a8bc... | Internal Tx | Transfer* | 427 days 20 hrs ago | 0xEE969B...04b14960 | → | apewhalenft.eth | 0.15 | Ethereum (ETH) |
| 0x707c53e716f9f4e6a... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x84136F...374E5378 | 0.15 | Ethereum (ETH) |
| 0xdb0c0fe72e35cbdda... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x8a4C81...bbdBFED6 | 0.45 | Ethereum (ETH) |
| 0x1e83e60b43a1924b... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | vistaglobal.eth | 0.15 | Ethereum (ETH) |
| 0x3c70403f624694942... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.15 | Ethereum (ETH) |
| 0x30866881e701f3620... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x52Ae78...75aEAf93 | 0.15 | Ethereum (ETH) |
| 0xc3eb246e2de19d84... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.15 | Ethereum (ETH) |
| 0x60dc949fc9b7ce81c... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | parachica.eth | 0.3 | Ethereum (ETH) |
| 0x818a3a3fa8077cf78... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.15 | Ethereum (ETH) |
| 0xd96168ed33f220dd2... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | niftypuly.eth | 0.15 | Ethereum (ETH) |
| 0x00ee37ed3978cff17... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | uptownphunk.eth | 0.15 | Ethereum (ETH) |
| 0x2595f9b6109866f81... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x610fF4...CeaE5c7a | 0.15 | Ethereum (ETH) |
| 0x3c35fab44a31e4916... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x208EC5...843Cd154 | 0.15 | Ethereum (ETH) |
| 0x97ac3b359d49f2aaf... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | notborad.eth | 0.45 | Ethereum (ETH) |
| 0x99f30ad1fc04d948f... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xCf8674...3e6C96C9 | 0.15 | Ethereum (ETH) |
| 0x7f82b1bc90fa002cf... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xBB33be...803139f8 | 0.15 | Ethereum (ETH) |
| 0x7215284ea99dd22b... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | blingaling.eth | 0.15 | Ethereum (ETH) |

Show rows: 100

First  Page 3 of 4  Last

💡 The Advanced Filter is a Beta feature that enables thorough transaction filtering using a broad set of criteria. Learn more about it in our Knowledge Base.

ⓘ Time taken to retrieve: 125 (ms) | 0.3181 sec(s) | ⓘ Last updated at block 17779712