USDC CENTRAL DIST. OF CALIFORNIA
CASE NO. 2:22-cv-04355-JFW-JEM
Yuga Labs, Inc.
VS. Ripps et al.
JOINT EXHIBIT JTX-2720
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# Advanced Filter  *Beta*

Save Filter

**Filtered By**

| Txn Type: Internal Tx | From: 0xEE969B...04b14960 | To: 0xEE969B...04b14960 | Amount: Between 0.1-1 |

Reset Filter

A total of 340 transactions found

Columns

| Transaction Hash | Tx Type | Method | Age | From | OR | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x3def3f8327eb0a509... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xb6ab9E...2B543730 | 0.3 | Ethereum (ETH) |
| 0x0031e746feeed33e3... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x8B0232...8f656488 | 0.45 | Ethereum (ETH) |
| 0xefe5f411d23b4b533... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x197238a25e7b7c13f... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x9ed1b2d4fb05b9bc5... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xBB33be...803139f8 | 0.15 | Ethereum (ETH) |
| 0xf6508036b05cf725d... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | rollsroycebayc.eth | 0.15 | Ethereum (ETH) |
| 0x3fe54a6b09e6d98c6... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xda8a0A...80754424 | 0.15 | Ethereum (ETH) |
| 0xc22d2693db30198c... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | rollsroycebayc.eth | 0.3 | Ethereum (ETH) |
| 0x6451f66c27a48eee1... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x1024d08b2cf549387... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0xd07233f79cce8a7af... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x160a6a818ab86e51... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0xbe9ff513a40ff3b63d... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x940881...874e1a87 | 0.3 | Ethereum (ETH) |
| 0xa279874a532637d5... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x52Ae78...75aEAf93 | 0.45 | Ethereum (ETH) |
| 0xfb3ea7c81416db0fa... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x9f533B...B3138f72 | 0.15 | Ethereum (ETH) |
| 0x3a227b4bd8065b74... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x615253...cC079ae7 | 0.15 | Ethereum (ETH) |

Etherscan Advanced Filter

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0xca3aec978eb43966... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | artofthedealer.eth | 0.6 | Ethereum (ETH) |
| 0x459cd320b9e5218d... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xAe2C26...A2920e8f | 0.15 | Ethereum (ETH) |
| 0x975b531c806b975fb... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x940881...874e1a87 | 0.15 | Ethereum (ETH) |
| 0x46dee7d4fe4cdbd37... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | rollsroycebayc.eth | 0.15 | Ethereum (ETH) |
| 0xf16ce7cdb7c1da1c5... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x1c283e...2C2A0867 | 0.15 | Ethereum (ETH) |
| 0x41e4374e826635e8... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x77e03d...6659F445 | 0.15 | Ethereum (ETH) |
| 0x71254d918c68b8d2... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xB02C07...22E91a1A | 0.15 | Ethereum (ETH) |
| 0xbc19e7aa300b93f27... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0x08Aa0A...d5B49413 | 0.6 | Ethereum (ETH) |
| 0x2671da087102a638... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | *🌴yson.eth | 0.15 | Ethereum (ETH) |
| 0xe7d1023f636968873... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | clownphunk.eth | 0.3 | Ethereum (ETH) |
| 0x11cb257884d00e77... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xb381Ca...4A568761 | 0.15 | Ethereum (ETH) |
| 0x6705df0974e201b73... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | 0xc6EEFD...51B30D21 | 0.15 | Ethereum (ETH) |
| 0xe2c228fe149b8acb0... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | c3301.eth | 0.15 | Ethereum (ETH) |
| 0x49ef67bc872a80f12... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | blingaling.eth | 0.45 | Ethereum (ETH) |
| 0x976e31cee37a3c4c... | Internal Tx | Transfer* | 427 days 21 hrs ago | 0xEE969B...04b14960 | → | meuleman.eth | 0.45 | Ethereum (ETH) |
| 0x22af11840234bae27... | Internal Tx | Transfer* | 427 days 22 hrs ago | 0xEE969B...04b14960 | → | 0x00bD31...27A154DA | 0.15 | Ethereum (ETH) |
| 0x3b10625b518b7ae6... | Internal Tx | Transfer* | 427 days 22 hrs ago | 0xEE969B...04b14960 | → | 0x00bD31...27A154DA | 0.15 | Ethereum (ETH) |
| 0x944b69c5fd8678415... | Internal Tx | Transfer* | 428 days ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x159b72abc92b7ce2f... | Internal Tx | Transfer* | 428 days ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0xd58c4e05b28e2d99... | Internal Tx | Transfer* | 428 days 56 mins ago | 0xEE969B...04b14960 | → | 0xd7D413...D23Be9DA | 0.15 | Ethereum (ETH) |
| 0xff556a82ecda9a9b6... | Internal Tx | Transfer* | 428 days 58 mins ago | 0xEE969B...04b14960 | → | 0x58Ed9C...A1B61Ed4 | 0.15 | Ethereum (ETH) |

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x19fb4ed753ed99637... | Internal Tx | Transfer* | 428 days 1 hr ago | 0xEE969B...04b14960 | → | PuzlPunk Parts: Deploy... | 0.15 | Ethereum (ETH) |
| 0xe75c46cfc8c7b2348... | Internal Tx | Transfer* | 428 days 1 hr ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |
| 0x9f3160fbf113d0316... | Internal Tx | Transfer* | 428 days 1 hr ago | 0xEE969B...04b14960 | → | middlemarch.eth | 0.15 | Ethereum (ETH) |

Show rows: 100                                    First  <  Page 4 of 4  >  Last

The Advanced Filter is a Beta feature that enables thorough transaction filtering using a broad set of criteria. Learn more about it in our **Knowledge Base**.

Time taken to retrieve: 107 (ms) | 0.2601 sec(s)  |  Last updated at block **17779715**