

JTX-2721, page 1 of 2

| Transaction Hash | Tx Type | Method | Age | From | | To | Amount | Asset |
|---|---|---|---|---|---|---|---|---|
| 0x7e76174ae2075df22... | Tx | Transfer | 432 days 12 hrs ago | ryder-ripps.eth | → | metadatamax.eth | 0.5 | Ethereum (ETH) |
| 0x32fda688c23b393d2... | Tx | Atomic Match_ | 432 days 15 hrs ago | ryder-ripps.eth | → | OpenSea: Wyvern Ex... | 0.05 | Ethereum (ETH) |
| 0xf8aa03bdb171d76cf... | Tx | Make Offer V2 | 433 days 12 hrs ago | ryder-ripps.eth | → | Foundation: Market | 0.2 | Ethereum (ETH) |
| 0x0bbb4d0ef93d11ff6... | Tx | Mint Not Okay... | 433 days 15 hrs ago | ryder-ripps.eth | → | 0xa5f1fC...6940a293 | 0.9 | Ethereum (ETH) |
| 0x57523067a81c311e... | Tx | Mint Not Okay... | 433 days 15 hrs ago | ryder-ripps.eth | → | 0xa5f1fC...6940a293 | 0.9 | Ethereum (ETH) |
| 0x4534eed8bd7099b4... | Tx | Make Offer V2 | 433 days 17 hrs ago | ryder-ripps.eth | → | Foundation: Market | 1 | Ethereum (ETH) |
| 0x11dfd682f26caac01... | Tx | Buy Phunk | 433 days 22 hrs ago | ryder-ripps.eth | → | 0xd6c037...5d2971e7 | 0.69 | Ethereum (ETH) |
| 0x11cfffe75fa61504e7... | Tx | Transfer | 434 days 15 hrs ago | ryder-ripps.eth | → | 0x750728...B7B11c71 | 0.1 | Ethereum (ETH) |
| 0x4086740362c3d00fb... | Tx | Buy Phunk | 435 days 19 hrs ago | ryder-ripps.eth | → | 0xd6c037...5d2971e7 | 0.71 | Ethereum (ETH) |

Show rows: 25     First  <  Page 1 of 2  >  Last

The Advanced Filter is a Beta feature that enables thorough transaction filtering using a broad set of criteria. Learn more about it in our **Knowledge Base**.

Time taken to retrieve: 62 (ms) | 0.1459 sec(s)  |  Last updated at block **17779773**