

# FAQ

## WHAT'S ALL THIS?

WHAT IS MADE BY APES?

WHAT DOES THE MADE BY APES LICENSE MEAN?

WHAT IS THE HANDBOOK?

WHAT IS THE BODEGA?

## REQUESTING A LICENSE

HOW DO I REQUEST A LICENSE TO USE THE MADE BY APES LOGO?

HOW LONG WILL IT TAKE TO RECEIVE AN ANSWER TO MY REGISTRATION SUBMISSION?

WHAT IF MY APE IS ON SEVERAL PROJECTS? CAN I USE THE SAME LICENSE FOR ALL?

WHAT IF MY PROJECT USES SEVERAL APES?

HOW MANY LICENSES CAN I REQUEST?

## USING YOUR LICENSE

WHAT WILL I GET WITH MY LICENSE?

WHAT CAN I REQUEST THE MADE BY APES LOGO FOR?

Home    Handbook    FAQ                                                                                          → Request License

### DOES MY LICENSE GIVE ME PERMISSION TO USE THE BAYC/MAYC SKULL OR LOGO?    +

### WHAT DOES YUGA LABS OWN?    −

Yuga grants NFT holders a broad license to use the art associated with their BAYC and MAYC NFTs. All those rights are here. But that use license doesn't mean ownership. Yuga retains ownership of all intellectual property rights in that art, and any other materials Yuga creates (like names, logos, characters, storylines, individual NFT traits, etc.). So Yuga owns all copyright, trademark, patent and other intellectual property rights to things like:

- Yuga Labs and the "Y" logo
- Bored Ape Yacht Club, Bored Ape and the BAYC abbreviation
- The BAYC skull
- Mutant Ape Yacht Club and the MAYC abbreviation
- Bored Ape Kennel Club and the BAKC abbreviation
- ApeFest

### HOW LONG IS THE MADE BY APES LICENSE FOR?    +

### CAN I TRANSFER/SELL MY MADE BY APES LICENSE?    +

### WHAT HAPPENS IF I SELL MY APE?    +

### WHAT HAPPENS IF I TRANSFER MY APE?    +

### HOW CAN I CHANGE SOMETHING IN MY LICENSE DISPLAYED IN THE BODEGA?    +

# VERIFYING A LICENSE

### HOW DO I VERIFY A PROJECT/PRODUCT HAS AN AUTHENTIC MADE BY APES LICENSE?    +

### HOW DO I REPORT IMPROPER USE OF IP?    +

### WHAT IF MY PRODUCT OR COMMUNITY LOGO CURRENTLY USES THE BAYC SKULL OR YUGA IP?    +

# SECURITY & PRIVACY

7/26/23, 2:07 AM
Made by Apes | The Licensor for BAYC & MAYC Builders
Case 2:22-cv-04355-JFW-JEM  Document 380-94  Filed 07/27/23  Page 3 of 3  Page ID #:29783

**CAN I USE DELEGATION PROTOCOLS TO STAY SAFE ON THE WEBSITE?** 

**WHAT DO YOU DO WITH THE INFORMATION ENTERED IN THE QUESTIONNAIRE TO REQUEST THE MADE BY APES LICENSE?**



## MAKE IT MADE BY APES OFFICIAL

Get verified to be listed in the official directory and receive a custom Made by Apes logo with your unique license number.

→ Request License



Privacy Policy    Terms & Conditions    Yuga Labs Made By, LLC © 2023