1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6
   ANTHONY M. FARES (CSB No. 318065)
7  afares@fenwick.com
   ETHAN M. THOMAS (CSB No. 338062)
8  ethomas@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:  415.875.2300

11 *Additional Counsel listed on next page*

12 Attorneys for Plaintiff and
13 Counterclaim Defendant
   YUGA LABS, INC.

14

15              UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17             WESTERN DIVISION – Los Angeles

18

19 YUGA LABS, INC.,                    | Case No.: 2:22-cv-04355-JFW-JEM

20            Plaintiff and            | **PLAINTIFF YUGA LABS, INC.'S**
             Counterclaim Defendant,   | **UNOPPOSED APPLICATION FOR**
21                                      | **LEAVE TO FILE CONFIDENTIAL**
                                        | **SETTLEMENT AGREEMENT**
22     v.                              | **UNDER SEAL**

23 RYDER RIPPS, JEREMY CAHEN,          | Judge:  Honorable John F. Walter

24            Defendants and
             Counterclaim Plaintiffs.
25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff and
Counterclaim Defendant
YUGA LABS, INC.

1    Pursuant to Local Rule 79-5.2.2(a), Plaintiff Yuga Labs, Inc. ("Yuga Labs")

2  respectfully requests that the Court grant leave to file under seal, in its entirety,

3  JTX-2278, which is a confidential settlement agreement between Yuga Labs and

4  Thomas Lehman in a separate litigation (the "Confidential Settlement Agreement").

5  As detailed in the accompanying Declaration of Eric Ball, compelling reasons exist

6  to seal the Confidential Settlement Agreement.

7    Defendants do not oppose this application.

8

9  Dated:  July 28, 2023                    FENWICK & WEST LLP

10

11                                          By: */s/ Eric Ball*_____

12                                               Eric Ball

13                                          Attorneys for Plaintiff
                                            YUGA LABS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW