UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S UNOPPOSED APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL** |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Unopposed Application for Leave to File Under Seal, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following document, which shall be filed UNDER SEAL, because Yuga Labs has established compelling reasons that the document should not be filed publicly:

| Document | Portions to be Sealed | Ruling |
|---|---|---|
| JTX-2278 (Confidential Settlement Agreement Between Yuga Labs and Thomas Lehman) | Entire Document | GRANTED |

Yuga Labs shall file the above document under seal.

IT IS SO ORDERED.

Date: _____

_____
Honorable John F. Walter