UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | **CV 22-4355-JFW(JEMx)** | Date | July 31, 2023 |
|---|---|---|---|
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | | |

Present: The Honorable  JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Marea Woolrich [8:00 a.m. - 2:15p.m.] <br> Suzanne McKennon [2:30 p.m. - 2:45 p.m.] |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Lead Attorney Present for Plaintiff: | Lead Attorney Present for Defendant: |
|---|---|
| Eric J. Ball | Louis W. Tompros |

X  Day 1 Court Trial

X  Court issues rulings as stated on the record

X  Witnesses called, sworn and testified.

X  Exhibits identified

X  Exhibits admitted

X  Plaintiff rests

X  Defense rests

X  Post trial designation of designation testimony with proposed ruling chart shall be filed on August 4, 2023

X  The Court will issue an order re preparation and filing of Post Trial Findings of Fact and Conclusions of Law and Post Trial Briefs in accordance with the comments made at trial

X  Filed witness/exhibit list

                                                                                  6.75 hours
                                                                                   Initials: sr