FILED
CLERK, U.S. DISTRICT COURT

8/1/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ST___ DEPUTY

## LIST OF EXHIBITS AND WITNESSES

| | |
|---|---|
| **Judge** | **JOHN F. WALTER** |
| **Case Number/Title** | **CV 22-4355-JFW(JEMx)  Yuga Labs, Inc. -*v*- Ripps, et al.** |
| **Date of Trial** | July 31, 2023 |
| **Court Reporters** | Marea Woolrich [8:00 a.m. - 2:15 p.m.] and Suzanne McKennon [2:25 p.m. - 2:45 p.m.] |
| **Deputy Clerk** | Shannon Reilly |

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| Eric J. Ball | Louis W. Tompros |
| Kimberly Irene Culp Cloyd | Derek A. Gosma |
| Molly R Melcher | |
| Anthony Michael Fares | |
| | |

| **WITNESSES** | **DATE TESTIFIED** |
|---|---|
| Gregory Solano | July 31, 2023 |
| Nicole Muniz | July 31, 2023 |
| Jonah Berger | July 31, 2023 |
| Kerem Atalay | July 31, 2023 |
| Laura O'Laughlin | July 31, 2023 |
| Lauren Kindler | July 31, 2023 |
| Ryan Hickman | July 31, 2023 |
| Jeremy Cahen | July 31, 2023 |
| Ryder Ripps | July 31, 2023 |
| | |
| | |
| | |

| **EXHIBITS** | **IDENTIFIED AND ADMITTED** |
|---|---|
| See Attached list | |
| | |
| | |
| | |
| | |

G-65

Case Title: *Yuga Labs, Inc. v. Ryder Ripps and Jeremy Cahen*
Case No: 2:22-cv-04355-JFW-JEM

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1 | 2022 02 03 Thomas Lehman Declaration (Lehman Depo Exhibit 1) | 7/31/23 | 7/31/23 |
| JTX-12 | 2022 06 21 Twitter Direct Messages (Hickman) (Hickman Depo Exhibit 12) | | |
| JTX-13 | 2022 05 16 Hickman Tweet (Hickman Depo Exhibit 13) | | |
| JTX-23 | 2022 06 15 6:08 PM Excerpts from Team ApeMarket Discord (Hickman Depo Exhibit 23) | 7/31/23 | 7/31/23 |
| JTX-25 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Hickman Depo Exhibit 25) | | |
| JTX-26 | ApeMarket Twitter Page (Hickman Depo Exhibit 26) | | |
| JTX-28 | RRBAYC Foundation webpage (Hickman Depo Exhibit 28) | 7/31/23 | 7/31/23 |
| JTX-29 | 2022 06 13 (Wayback) RRBAYC Opensea webpage (Hickman Depo Exhibit 29) | 7/31/23 | 7/31/23 |
| JTX-36 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Hickman Depo Exhibit 36) | 7/31/23 | 7/31/23 |
| JTX-42 | Excerpts from Team ApeMarket Discord - 22-May-22 08:59 AM (Hickman Depo Exhibit 42) | 7/31/23 | 7/31/23 |
| JTX-44 | 2022 05 26 5:44 RRBAYC Telegram 2 Messages (Hickman Depo Exhibit 44) | 7/31/23 | 7/31/23 |
| JTX-49 | 2022 05 30 12:58 PM Excerpts from Team ApeMarket Discord  (Hickman Depo Exhibit 49) | | |
| JTX-55 | 2022 05 26 10:06 AM Excerpts from Team ApeMarket Discord (Hickman Depo Exhibit 55) | | |
| JTX-58 | 2022 06 24 4:01 PM Excerpts from Team ApeMarket Discord  (Hickman Depo Exhibit 58) | 7/31/23 | 7/31/23 |
| JTX-72 | Etherscan - 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B (Hickman) (Hickman Depo Exhibit 72) | 7/31/23 | 7/31/23 |
| JTX-87 | ApeMarket Flow Chart (Cahen Depo Exhibit 87) | | |
| JTX-88 | 2022 06 02 ApeMarket Tweet - ApeMarket Flow Chart (Cahen Depo Exhibit 88) | | |
| JTX-90 | 2022 06 23 12:50 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 90) | 7/31/23 | 7/31/23 |
| JTX-91 | 2022 06 21 Hickman Tweet (Cahen Depo Exhibit 91) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-94 | RR/BAYC Browser Tab and Favicon (Cahen Depo Exhibit 94) | 7/31/23 | 7/31/23 |
| JTX-95 | Ape Market Browser Tab and Favicon (Cahen Depo Exhibit 95) | 7/31/23 | 7/31/23 |
| JTX-96 | RR/BAYC Revenue, Gas, and Profit Share (Cahen Depo Exhibit 96) | | |
| JTX-98 | 2022 05 30 11:42 RRBAYC Telegram 2 messages between Ryder Ripps and Pauly Shore (Cahen Depo Exhibit 98) | | |
| JTX-103 | RR/BAYC Recent Financials (Cahen Depo Exhibit 103) | 7/31/23 | 7/31/23 |
| JTX-107 | 2022 06 07 6:00 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 107) | | |
| JTX-108 | 2022 06 24 Text Messages (Lehman and Cahen) (Cahen Depo Exhibit 108) | | |
| JTX-109 | 2022 05 31 9:25 AM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 109) | 7/31/23 | 7/31/23 |
| JTX-110 | 2022 06 03 5:58 PM Excerpts from Team ApeMarket Discord (Cahen Depo Exhibit 110) | 7/31/23 | 7/31/23 |
| JTX-114 | 2022 06 09 1:52 PM Excerpts from Team ApeMarket Discord (Ripps Depo Exhibit 114) | 7/31/23 | 7/31/23 |
| JTX-117 | 2022 07 15 (Wayback) Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Ripps Depo Exhibit 117) | 7/31/23 | 7/31/23 |
| JTX-118 | Etherscan - 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e (Ripps Depo Exhibit 118) | | |
| JTX-119 | 2021 12 06 Ripps Tweet (Ripps Depo Exhibit 119) | | |
| JTX-120 | RR/BAYC #8774 on Foundation webpage (Ripps Depo Exhibit 120) | | |
| JTX-123 | 2021 12 06 Ripps Tweet (Ripps Depo Exhibit 123) | 7/31/23 | 7/31/23 |
| JTX-125 | 2022 05 17 Twitter Direct Messages (Ripps and Claire0x) (Ripps Depo Exhibit 125) | | |
| JTX-126 | 2022.05.20 Text Messages (Ripps and Ian Garner) (Ripps Depo Exhibit 126) | | |
| JTX-128 | 2022 05 16 Ripps Tweet (Ripps Depo Exhibit 128) | | |
| JTX-131 | 2022 05 16 Ripps Tweet (Ripps Depo Exhibit 131) | | |
| JTX-132 | 2022 05 16 (WayBack) Ripps Tweet (Ripps Depo Exhibit 132) | 7/31/23 | 7/31/23 |
| JTX-133 | 2022 05 21 Twitter Direct Messages (Ripps and DoTheMath) (Ripps Depo Exhibit 133) | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-136 | Redacted (RRBAYC) LooksRare webpage (captured on 2023 01 05) (Ripps Depo Exhibit 136) | | |
| JTX-137 | 2022 06 22 (Wayback) RRBAYC Looksrare webpage (Ripps Depo Exhibit 137) | 7/31/23 | 7/31/23 |
| JTX-138 | RRBAYC nftx.io webpage (Ripps Depo Exhibit 138) | 7/31/23 | 7/31/23 |
| JTX-141 | 2022 05 24 to 25 Text Messages (Garner and Ripps) (Garner Depo Exhibit 141) | | |
| JTX-147 | 2022-05-31 Twitter Direct Messages (Garner Depo Exhibit 147) | | |
| JTX-157 | Etherscan - 0xee969b688442c2d5843ad75f9117b3ab04b14960 RRBAYCRSVP) (Transactions) (Garner Depo Exhibit 157) | | |
| JTX-158 | 2022 05 18 Text Messages (Garner and Ripps) (Garner Depo Exhibit 158) | | |
| JTX-159 | 2022 05 23 Text Messages (Garner and Ripps) (Garner Depo Exhibit 159) | | |
| JTX-160 | No Date Text Messages (Garner and Ripps) (Garner Depo Exhibit 160) | | |
| JTX-161 | 2022 05 22 Text Messages (Garner and Ripps) (Garner Depo Exhibit 161) | | |
| JTX-162 | 2022 06 04 Text messages (Garner and Ripps) (Garner Depo Exhibit 162 | | |
| JTX-166 | RRBAYC Netlify (captured on 2023 02 21) (Garner Depo Exhibit 166) | | |
| JTX-167 | RRBAYC Netlify Ape #1376 (captured on 2023 02 21) (Garner Depo Exhibit 167) | 7/31/23 | 7/31/23 |
| JTX-169 | No Date Text Messages (Garner and Ripps) (Garner Depo Exhibit 169) | | |
| JTX-171 | RRBAYC Netlify (Garner Depo Exhibit 171) | 7/31/23 | 7/31/23 |
| JTX-176 | 2022 05 23 Text messages (Garner and Ripps) (Garner Depo Exhibit 176) | | |
| JTX-177 | 2022 05 24 Text messages (Garner and Ripps) (Garner Depo Exhibit 177) | | |
| JTX-209 | Solano Deposition Exhibit 209- Copy of Bored Ape Yacht Club Terms and Conditions | | |
| JTX-210* | Solano Deposition Exhibit 210- Photo of ape with bullets starpped to chest | | |
| JTX-213 | Solano Deposition Exhibit 213- Photo of a pink ape with a gold grill and chain | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-224 | Muniz Deposition Exhibits 224- Bored Ape Yacht Club webpage with Ape #150 , RIPPSCAHEN00000310-RIPPSCAHEN00000311 | 7/31/23 | 7/31/23 |
| JTX-225 | Muniz Deposition Exhibits 225- Bored Ape Yacht Club webpage with Ape #3721, RIPPSCAHEN00000312-RIPPSCAHEN00000313 | 7/31/23 | 7/31/23 |
| JTX-231* | Muniz Deposition Exhibits 231- @tsf, How Four Friends Sold $2.8M Worth of Bored Apes In Less Than 24 Hours on the Blockchain, May 6, 2021 | | |
| JTX-235 | Muniz Deposition Exhibits 235- Bored Ape Solana Club homepage on OpenSea | 7/31/23 | 7/31/23 |
| JTX-252* | Atalay Deposition Exhibit 252 - Screenshot of webpage page titled "Welcome to the Bored Ape Yacht Club" | | |
| JTX-253* | Atalay Deposition Exhibit 253 - Tweet from @BoredApeYC saying "The Bored Ape Yacht Club #NFT Pre-Sale is now LIVE!" | | |
| JTX-255* | Withdrawn. | | |
| JTX-282* | Aronow Deposition Exhibit 282 - Screenshot of webpage on OpenSea titled "Bored Ape Solana Club" | | |
| JTX-287 | Aronow Deposition Exhibit 287 - Screenshot of apeswap.finance homepage | | |
| JTX-305* | Berger Deposition Exhibit 09 - Chen and Berger, When, Why, and How Controversy Causes Conversation, Oct. 2013 | | |
| JTX-306* | Berger Deposition Exhibit 22 - Bellany et al., Cryptocurrencies Melt Down in a 'Perfect Storm' of Fear and Panic, May, 12, 2022 | 7/31/23 | 7/31/23 |
| JTX-307 | Berger/Cahen Deposition Exhibit 28 - Goncharenko, Bored Apes desecrated a famous piece of New York graffiti art, July 18, 2022 | 7/31/23 | 7/31/23 |
| JTX-308* | Kindler Deposition Exhibit 01- Expert Report of Lauren R. Kindler, Feb. 6, 2023 | | |
| JTX-310* | O'Laughlin Deposition Exhibit 01- Expert Report of Laura O'Laughlin, Feb. 6, 2023 | | |
| JTX-311 | O'Laughlin Deposition Exhibit 02- Tweet from @streetoshi saying "I bought an rr bayc because I thought it was made by yuga", June 21, 2022, YUGALABS_00015411-YUGALABS_00015411 | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-312 | O'Laughlin Deposition Exhibit 03- Tweet from @streetoshi replying to @yugalabs and @ryder_ripps, RIPPSCAHEN00015349-RIPPSCAHEN00015349 | | |
| JTX-313* | O'Laughlin Deposition Exhibit 04- Chen, Ryder Ripps: An Artist of the Internet, July 8, 2014, RIPPSCAHEN00000870-RIPPSCAHEN00000870 | | |
| JTX-314* | O'Laughlin Deposition Exhibit 05- O'Laughlin et al., Which Method is for you? Not All Surveys Are Made the Same | | |
| JTX-318* | O'Laughlin Deposition Exhibit 09- Homepage of Grandpa Ape Country Club on OpenSea with updated items | | |
| JTX-319* | O'Laughlin Deposition Exhibit 10- Webpage of Bored Ape Yacht Club on OpenSea with Ape listed for 0.05 ETH | | |
| JTX-320* | O'Laughlin Deposition Exhibit 11-Webpage of #The Best Boredd Apee Yacht Clubb on OpenSea with updated items | | |
| JTX-409 | Ehrlund Deposition Exhibit 409- Homepage of apeswap.finance with "Total Value Locked $72,368,012 and Market Cap $12,557,182" | | |
| JTX-410 | Ehrlund Deposition Exhibit 410- "Welcome all Apes" webpage discussing "$Banana meme sharing fiesta" | | |
| JTX-505* | Cline Twitter Header (Jclineshow) (Cline Depo Exhibit 505) | | |
| JTX-522* | 2022 05 16 Twitter Direct Messages (Cline and the dude_86) (Cline Depo Exhibit 522) | 7/31/23 | 7/31/23 |
| JTX-523* | 2022 05 16 Cline Tweet (Cline Depo Exhibit 523) | 7/31/23 | 7/31/23 |
| JTX-524* | 2022 05 13 Cline Tweet (Cline Depo Exhibit 524) | 7/31/23 | 7/31/23 |
| JTX-525* | 2022 05 13 Cline Tweet (Cline Depo Exhibit 525) | 7/31/23 | 7/31/23 |
| JTX-600 | Etherscan - Transaction Details 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404f015 (YUGALABS_00031370) | 7/31/23 | 7/31/23 |
| JTX-603 | Foundation Webpage - How to Create a Collection (YUGALABS_00036186 - YUGALABS_00036199) | 7/31/23 | 7/31/23 |
| JTX-604 | RRBAYC Netlify Ape #4092 (captured on 2023 02 21) (YUGALABS_00036595) | | |
| JTX-605 | 2022 10 19 BAYC Tweet (YUGALABS_00032572) | 7/31/23 | 7/31/23 |
| JTX-606 | 2021 12 02 adidasoriginals Tweet (YUGALABS_00002244) | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-607 | Yuga Labs Website - About Page (YUGALABS_00030223 - YUGALABS_00030230) | 7/31/23 | 7/31/23 |
| JTX-608 | Bored Ape Yacht Club Homepage (YUGALABS_00015993 - YUGALABS_00015995) | 7/31/23 | 7/31/23 |
| JTX-611 | Yuga Labs OpenSea Bored Ape Yacht Club Listing Page  (YUGALABS_00027531) | 7/31/23 | 7/31/23 |
| JTX-621 | 2023 02 06 [12] Consent Judgment and Order in Yuga Labs v. Lehman (Yuga Labs' Motion for Summary Judgment Exhibit 26) | 7/31/23 | 7/31/23 |
| JTX-627 | Emails re the Registration of the Domain apemarket.com (Yuga Labs' Motion for Summary Judgment Exhibit 29) | | |
| JTX-630 | 2022 06 24 Text Messages (Lehman and Cahen) (LEHMAN0000047 - LEHMAN0000049) | 7/31/23 | 7/31/23 |
| JTX-631 | 2022 05 25 Text Messages (Lehman and third party) (LEHMAN0000077) | 7/31/23 | 7/31/23 |
| JTX-669 | 2022 05 14 Ripps Tweet (YUGALABS_00030121) | 7/31/23 | 7/31/23 |
| JTX-670 | 2022 05 21 (Wayback) - RRBAYC Foundation webpage (YUGALABS_00030104) | 7/31/23 | 7/31/23 |
| JTX-671 | 2022 05 17 Ripps Tweet (YUGALABS_00031325) | 7/31/23 | 7/31/23 |
| JTX-672 | 2022 05 15 Ripps Tweet (YUGALABS_00002602) | | |
| JTX-673 | RRBAYC Foundation Webpage (YUGALABS_00015424) | 7/31/23 | 7/31/23 |
| JTX-675 | RRBAYC Foundation mobile page (YUGALABS_00030346) | | |
| JTX-677 | Google Search - BAYC Foundation.app (YUGALABS_00015439) | 7/31/23 | 7/31/23 |
| JTX-682 | 2022 06 20 Cahen Tweet (YUGALABS_00040374) | | |
| JTX-683 | 2022 06 20 Cahen Tweet (YUGALABS_00036242 - YUGALABS_00036244) | 7/31/23 | 7/31/23 |
| JTX-684 | OpenSea 24 Hour Sales Rankings (YUGALABS_00015425) | 7/31/23 | 7/31/23 |
| JTX-685 | 2022 06 21 Cahen Tweet (YUGALABS_00040429) | 7/31/23 | 7/31/23 |
| JTX-686 | Side-by-Side of BAYC #1058 and RR/BAYC #1058 on OpenSea (YUGALABS_00015999) | 7/31/23 | 7/31/23 |
| JTX-687 | RRBAYC No. 362 (YUGALABS_00000617) | 7/31/23 | 7/31/23 |
| JTX-688 | RRBAYC No. 863 (YUGALABS_00000619) | 7/31/23 | 7/31/23 |
| JTX-689 | 2022 05 13 Ripps Tweet (YUGALABS_00000541) | 7/31/23 | 7/31/23 |
| JTX-690 | 2022 05 17 Ripps Tweet (YUGALABS_00000565) | 7/31/23 | 7/31/23 |
| JTX-696 | ApeMarket Twitter Account (YUGALABS_00014079 - YUGALABS_00014082) | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-697 | 2022 06 02 ApeMarket Tweet (YUGALABS_00000536) | 7/31/23 | 7/31/23 |
| JTX-698 | Apemarket.com Webpage (YUGALABS_00000542) | | |
| JTX-701 | 2022 06 21 Bloomberg Crypto News Segment (YUGALABS_00040375) | 7/31/23 | 7/31/23 |
| JTX-705 | 2022 07 08 0xGem Tweet (YUGALABS_00002625 - YUGALABS_00002634) | 7/31/23 | 7/31/23 |
| JTX-706 | 2022 07 08 apeuniverse_eth Tweet (YUGALABS_00040377) | | |
| JTX-709 | 2022 10 21 Tom22110616 Tweet (YUGALABS_00002033) | 7/31/23 | 7/31/23 |
| JTX-710 | 2022 05 19 Cryptoverse520 Tweet (YUGALABS_00027520) | 7/31/23 | 7/31/23 |
| JTX-713 | 2022 06 22 johnny0x_ Tweet (YUGALABS_00027491) | 7/31/23 | 7/31/23 |
| JTX-715 | 2022 05 27 Ripps Tweet (YUGALABS_00027523) | | |
| JTX-719 | 2022 05 18 Ripps Tweet (YUGALABS_00040410) | 7/31/23 | 7/31/23 |
| JTX-721* | Expert Report of Laura O'Laughlin (Yuga Labs' Motion for Summary Judgment Exhibit 105) | 7/31/23 | 7/31/23 |
| JTX-722* | Expert Report of Jonah Berger (Yuga Labs' Motion for Summary Judgment Exhibit 106) | 7/31/23 | 7/31/23 |
| JTX-723* | Expert Report of Lauren Kindler (Yuga Labs' Motion for Summary Judgment Exhibit 107) | 7/31/23 | 7/31/23 |
| JTX-801 | Team ApeMarket Discord (PDF) | 7/31/23 | 7/31/23 |
| JTX-802 | RRBAYC Telegram (HTML) (LEHMAN0000314) | | |
| JTX-803 | 2022 05 20 RRBAYC Telegram Messages.html (PDF) | 7/31/23 | 7/31/23 |
| JTX-804 | 2022 05 26 RRBAYC Telegram Messages2.html (PDF) | 7/31/23 | 7/31/23 |
| JTX-805 | 10,000 Ape Images | | |
| JTX-806 | Lehman's Source Code Files (ZIP) (LEHMAN0000308) | 7/31/23 | 7/31/23 |
| JTX-807 | Lehman ApeMarket Source Code (Home) (YUGALABS_00043404) | 7/31/23 | 7/31/23 |
| JTX-808 | Lehman ApeMarket Source Code (Dropdown menu) (YUGALABS_00043484) | 7/31/23 | 7/31/23 |
| JTX-809 | Lehman ApeMarket Source Code (Bored Ape Yacht Club) (YUGALABS_00043490) | 7/31/23 | 7/31/23 |
| JTX-812 | RRBAYC X2Y2 webpage (YUGALABS_00002334) | | |
| JTX-814 | 2022 05 15 Ripps Tweet (YUGALABS_00000538) | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-817 | 2022 05 18 Messages (Ripps and baggybydesign) (RIPPSCAHEN00002252) | | |
| JTX-818 | Etherscan - Ape #8774 (YUGALABS_00030078) | | |
| JTX-831 | 2022 05 22 Twitter Direct Messages (Pregueiro and Ripps) (RIPPSCAHEN00000304) | | |
| JTX-832 | Etherscan - Ripps Transfer of 5 RR/BAYC NFTs to Pregueiro (YUGALABS_00029814 - YUGALABS_00029819) | | |
| JTX-841 | 2022 05 18 Ripps Tweet (YUGALABS_00029089) | 7/31/23 | 7/31/23 |
| JTX-857 | 2022 06 17 Ripps Tweet (YUGALABS_00030109) | 7/31/23 | 7/31/23 |
| JTX-859 | 2022 06 16 Ripps Tweet (YUGALABS_00030120) | | |
| JTX-860 | 2022 06 16 Ripps Tweet (YUGALABS_00030128) | | |
| JTX-869 | 2023 01 03 Cahen Tweet (YUGALABS_00030069) | | |
| JTX-871 | 2022 06 22 Ripps Tweet (YUGALABS_00027522) | | |
| JTX-874 | 2021 12 10 Ripps Tweet (YUGALABS_00030233) | | |
| JTX-906 | Etherscan - Address 0x592814ff14e030b51f6087032db0f88f4214f254 (ryder - ripps.eth) (YUGALABS_00030152 - YUGALABS_00030153) | | |
| JTX-915 | RR/BAYC Financials (RIPPSCAHEN00013270) | | |
| JTX-916 | Etherscan - 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 (Transactions from Ripps to Cahen) (YUGALABS_00030132) | | |
| JTX-917 | Etherscan - Comparison 0x2ee6af0dff3a1ce3f7e3414c52c48fd50d73691e and 0xBC4CA0EdA7647A8aB7C2061c2E118A18a936f13D (YUGALABS_00015423) | | |
| JTX-918 | 2022 05 18 to 2022 09 22 Text Messages (Lehman and Cahen) (LEHMAN0000013 - LEHMAN0000066) | 7/31/23 | 7/31/23 |
| JTX-919 | 2022 07 14 Cahen Tweet (YUGALABS_00000610) | | |
| JTX-922 | 2021 07 20 Cahen Tweet (YUGALABS_00029821) | | |
| JTX-938 | 2022 11 29 Cahen Tweet (YUGALABS_00029900) | 7/31/23 | 7/31/23 |
| JTX-957 | 2022 05 23 Text Messages (Garner and Ripps) (RIPPSCAHEN00001294) | | |
| JTX-958 | 2022 05 23 Text Messages (Garner and Ripps) (RIPPSCAHEN00001295) | | |
| JTX-960 | No Date Text Messages (Garner and Ripps) (RIPPSCAHEN00001299) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-961 | No Date Text Messages (Garner and Ripps) (RIPPSCAHEN00001300) | | |
| JTX-963 | 2022 05 25 Text Messages (Garner and Ripps) (RIPPSCAHEN00001304) | | |
| JTX-970 | Google Sheet re Reserved Ape IDs (LEHMAN0000241) | | |
| JTX-972 | Etherscan - Token Bored Ape Yacht Club (YUGALABS_00043510) | 7/31/23 | 7/31/23 |
| JTX-973 | Etherscan - Transaction 0xb987ad523a314785ff965870ea82d46411fc58f28a9a8863235f4e0c0dde7314 (from Hickman) (YUGALABS_00043514) | | |
| JTX-974 | Etherscan - Transaction 0x6f1a39025e91b4ff4774aadb21f8d6acae9f59507f181eb62b0628861c4c5f30 (to Hickman) (YUGALABS_00043519) | | |
| JTX-1023 | 2022 06 20 Twitter Direct Messages (Lehman and Hickman) (LEHMAN0000208) | 7/31/23 | 7/31/23 |
| JTX-1024 | 2022 06 20 Twitter Direct Messages (Lehman and Hickman) (LEHMAN0000209) | 7/31/23 | 7/31/23 |
| JTX-1027 | 2022 06 20 ApeMarket Tweet (YUGALABS_00000545) | 7/31/23 | 7/31/23 |
| JTX-1028 | 2022 01 03 dlbrows Tweet (YUGALABS_00000569) | 7/31/23 | 7/31/23 |
| JTX-1029 | 2022 07 08 0xQuit Tweet (YUGALABS_00002683 - YUGALABS_00002686 | 7/31/23 | 7/31/23 |
| JTX-1030 | 2022 07 08 0xToven Tweet (YUGALABS_00000570) | 7/31/23 | 7/31/23 |
| JTX-1031 | 2022 07 08 apeuniverse_eth Tweet (YUGALABS_00000580) | 7/31/23 | 7/31/23 |
| JTX-1032 | 2022 07 08 Cryptonidis Tweet (YUGALABS_00000589) | 7/31/23 | 7/31/23 |
| JTX-1034 | 2022 07 08 joergloo Tweet (YUGALABS_00000624) | 7/31/23 | 7/31/23 |
| JTX-1035 | 2022 07 08 NFTBuffet Tweet (YUGALABS_00000629) | 7/31/23 | 7/31/23 |
| JTX-1037 | 2022 05 26 Ripps Tweet (YUGALABS_00002041) | 7/31/23 | 7/31/23 |
| JTX-1038 | 2021 08 20 Arizona Iced Tea Tweet (YUGALABS_00002247) | 7/31/23 | 7/31/23 |
| JTX-1039 | LooksRare - RRBAYC #5277 (YUGALABS_00015413) | 7/31/23 | 7/31/23 |
| JTX-1040 | Opensea - BAYC #5277 (YUGALABS_00015414) | 7/31/23 | 7/31/23 |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1041 | Etherscan - Transaction 0xd6787edd130dffc37006884013d118bfe3d7e8bf319 468e3eab793c6760f8bce (YUGALABS_00015417) | 7/31/23 | 7/31/23 |
| JTX-1042 | Etherscan - Transaction 0X79b3bc7e029ae9fe423Cbf29C75bf6787e64fa7e0b 8bb61e62166510c7e4dd6 (YUGALABS_00015996) | 7/31/23 | 7/31/23 |
| JTX-1043 | 2022 05 16 Joey_tartz Tweet (YUGALABS_00027693) | 7/31/23 | 7/31/23 |
| JTX-1045 | 2022 06 23 Ripps Tweet (YUGALABS_00030050) | 7/31/23 | 7/31/23 |
| JTX-1048 | 2023 01 18 ApeMarket Tweet (YUGALABS_00030238) | 7/31/23 | 7/31/23 |
| JTX-1049 | 2022 06 21 Bloomberg Crypto News Segment (Full Clip) (YUGALABS_00030243) | 7/31/23 | 7/31/23 |
| JTX-1054 | 2022 05 16 Ripps Tweet (YUGALABS_00031324) | | |
| JTX-1055 | 2022 06 15 0xGem Tweet (YUGALABS_00031326) | 7/31/23 | 7/31/23 |
| JTX-1056 | 2022 06 18 0xGem Tweet (YUGALABS_00031327) | 7/31/23 | 7/31/23 |
| JTX-1057 | 2022 06 20 0xGem Tweet (YUGALABS_00031328) | 7/31/23 | 7/31/23 |
| JTX-1058 | 2022 06 23 0xGem Tweet (YUGALABS_00031329) | 7/31/23 | 7/31/23 |
| JTX-1059 | 2022 06 25 0xGem Tweet (YUGALABS_00031330) | 7/31/23 | 7/31/23 |
| JTX-1060 | 2022 08 13 0xGem Tweet (YUGALABS_00031333) | 7/31/23 | 7/31/23 |
| JTX-1061 | 2022 12 28 0xGem Tweet (YUGALABS_00031335) | 7/31/23 | 7/31/23 |
| JTX-1064 | DappRadar - Bored Ape Yacht Club V3 #537 (YUGALABS_00031367) | | |
| JTX-1065 | LIVE9000 LLC Business Information (YUGALABS_00031397) | | |
| JTX-1066 | DappRadar - Bored Ape Yacht Club V3 #8664 (YUGALABS_00031432) | | |
| JTX-1068 | 2022 06 15 0xGem Tweet (YUGALABS_00031596) | 7/31/23 | 7/31/23 |
| JTX-1069 | 2022 06 18 0xGem Tweet (YUGALABS_00031597) | 7/31/23 | 7/31/23 |
| JTX-1070 | 2022 06 23 0xGem Tweet (YUGALABS_00031601 - YUGALABS_00031602) | 7/31/23 | 7/31/23 |
| JTX-1071 | 2022 06 25 0xGem Tweet (YUGALABS_00031603 - YUGALABS_00031604) | 7/31/23 | 7/31/23 |
| JTX-1072 | 2022 08 13 0xGem Tweet (YUGALABS_00031605 - YUGALABS_00031609) | 7/31/23 | 7/31/23 |
| JTX-1073 | 2022 12 28 0xGem Tweet (YUGALABS_00031610 - YUGALABS_00031611) | 7/31/23 | 7/31/23 |
| JTX-1075 | Yuga Labs Income Statement (January - December 2022) (YUGALABS_00031620) | 7/31/23 | 7/31/23 |
| JTX-1076 | 2022 05 16 Ripps Tweet (YUGALABS_00031633) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1119* | Das, Dipanjan et al., "Understanding Security Issues in the NFT Ecosystem," In Proceedings of ACM Conference on Computer and Communications Security (2022) (YUGALABS_00033267 - YUGALABS_00033284) | 7/31/23 | 7/31/23 |
| JTX-1121* | Beebe, Barton, Roy Germano, Christopher Jon Sprigman, and Joel Steckel, "The Role of Consumer Uncertainty in Trademark Law: An Experimental and Theoretical Investigation," New York University School of Law, May 2021 (YUGALABS_00033998 - YUGALABS_00034050) | 7/31/23 | 7/31/23 |
| JTX-1122* | Diamond, Shari Seidman, Jerre B. Swann, Trademark and Deceptive Advertising Surveys: Law, Science, and Design, American Bar Association, 2012 (YUGALABS_00034051 - YUGALABS_00034055) | 7/31/23 | 7/31/23 |
| JTX-1123* | Diamond, Shari Seidman, Jerre B. Swann, Trademark and Deceptive Advertising Surveys: Law, Science, and Design, American Bar Association, 2022 (YUGALABS_00034056 - YUGALABS_00034059) | 7/31/23 | 7/31/23 |
| JTX-1125* | Jacoby, Jacob, Trademark Surveys Volume 1: Designing, Implementing, and Evaluating Surveys, American Bar Association, 2013 (YUGALABS_00035914 - YUGALABS_00035922) | 7/31/23 | 7/31/23 |
| JTX-1139 | 2022 05 16 (Wayback) Ripps Twitter (YUGALABS_00000547 - YUGALABS_00000549) | | |
| JTX-1142 | atomic0.com - RRBAYC #6944 (YUGALABS_00000621) | | |
| JTX-1143 | atomic0.com - RRBAYC Collection (YUGALABS_00000644 - YUGALABS_00000646) | | |
| JTX-1145 | Redacted (RRBAYC) LooksRare webpage (YUGALABS_00027472) | | |
| JTX-1146 | Etherscan - 0x2EEBAFOdFf3A1CE3F7E3414C52c48fd50d73691e (YUGALABS_00031595) | 7/31/23 | 7/31/23 |
| JTX-1147 | Etherscan - 0xec6a7bd2b146bd89b214d1b5f4650afc20462dddefe04a7d65fb2f953404I015 (YUGALABS_00031619) | | |
| JTX-1148 | rrbayc-v0.netlify.app and Favicon (YUGALABS_00040325) | 7/31/23 | 7/31/23 |
| JTX-1154 | Apelandsdrop.com (YUGALABS_00029419) | | |
| JTX-1155 | BAYC LANDS (YUGALABS_00029428) | | |
| JTX-1156 | Creepy Bored Ape Club (YUGALABS_00029474) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1157 | yugalabs on Instagram (YUGALABS_00029507) | | |
| JTX-1158 | 2022 05 15 Ripps Tweets and Responses (YUGALABS_00031402 - YUGALABS_00031421) | | |
| JTX-1164 | 2021 07 08 Ripps Instagram (YUGALABS_00041629) | | |
| JTX-1168 | 2021 10 28 BAYC Tweet (YUGALABS_00043387) | | |
| JTX-1170 | 2022 06 20 Ripps Tweet (YUGALABS_00043485) | | |
| JTX-1171 | 2023 04 14 Cahen Tweet (YUGALABS_00043488) | 7/31/23 | 7/31/23 |
| JTX-1172 | ApeFest 2022 Photo of Ehrlund, Ali, Atalay, Muniz, Aronow, Solano, Oseary (YUGALABS_00043512) | | |
| JTX-1192 | 2022 06 21 BAYC Discord (YUGALABS_00031203) | 7/31/23 | 7/31/23 |
| JTX-1193 | 2022 05 10 apebayc Tweet (YUGALABS_00041682) | 7/31/23 | 7/31/23 |
| JTX-1194 | 2022 05 10 Cryptogeenie Tweet (YUGALABS_00042499) | 7/31/23 | 7/31/23 |
| JTX-1195 | 2022 06 16 CryptoJooj Tweet (YUGALABS_00043353) | 7/31/23 | 7/31/23 |
| JTX-1233 | Twitter from_BoredApeYC until_2023-03-31 since_2021-09-30 (YUGALABS_00041354 - YUGALABS_00041418) | 7/31/23 | 7/31/23 |
| JTX-1236 | 2022 06 21 (Wayback) Opensea - BAYC #6520 (YUGALABS_00043525 - YUGALABS_00043526) | | |
| JTX-1237 | 2022 06 21 (Wayback) Opensea - RRBAYC #6520 (YUGALABS_00043491) | | |
| JTX-1240 | 2022 07 29 (Wayback) Opensea - BAYC #8357 (YUGALABS_00043528 - YUGALABS_00043529) | | |
| JTX-1241 | 2022 06 21 (Wayback) Opensea - RRBAYC #8357 (YUGALABS_00043511) | | |
| JTX-1243 | 2023 04 10 Ripps Tweet (YUGALABS_00043540) | | |
| JTX-1249 | 2022 05 14 Ripps Tweet (YUGALABS_00043537) | 7/31/23 | 7/31/23 |
| JTX-1262 | 2022 11 02 CryptoPhunksV2 Tweet (YUGALABS_00043513) | | |
| JTX-1268 | 2022 01 14 registration of https://who.is/whois/gordongoner.com (YUGALABS_00043489) | | |
| JTX-1270 | 2022 05 18 rrbayc.com Domain Registration (RIPPSCAHEN00015850) | | |
| JTX-1272 | Etherscan - 0xee969b688442c2d5843ad75f9117b3ab04b14960 RRBAYCRSVP) (Analytics) (2022 06 20) (YUGALABS_00043509) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1273 | 2022 05 07 SolminingpunkV2 Tweet (YUGALABS_00000602) | | |
| JTX-1274 | 2022 06 20 markaclouds Tweet (YUGALABS_00000615) | 7/31/23 | 7/31/23 |
| JTX-1293 | ApeFest 2022 - Eminem and Snoop Dogg (YUGALABS_00002439) | 7/31/23 | 7/31/23 |
| JTX-1296 | 2022 05 13 Cahen Tweet (YUGALABS_00029866) | | |
| JTX-1298 | ApeFest 2022 - Full Webpage (captured 2023 01 14) (YUGALABS_00032562 - YUGALABS_00032567) | | |
| JTX-1299 | ApeFest 2022 - Full Webpage (capture 2023 02 05) (YUGALABS_00033310 - YUGALABS_00033318) | 7/31/23 | 7/31/23 |
| JTX-1300 | BAYC Discord - FAQ (YUGALABS_00036531) | | |
| JTX-1302 | BoredApeYC Twitter - Full (YUGALABS_00014135 - YUGALABS_00014673) | 7/31/23 | 7/31/23 |
| JTX-1306 | Yugalabs Twitter - Full (YUGALABS_00015395 - YUGALABS_00015409) | 7/31/23 | 7/31/23 |
| JTX-1308 | YouTube - ApeFest 2021 (https://www.youtube.com/watch?v=MpMR9HBXX5A) (YUGALABS_00041649) | | |
| JTX-1309 | YouTube - ApeFest 2022 (https://www.youtube.com/watch?v=yhsEHRNuYBw) (YUGALABS_00042500) | | |
| JTX-1310 | Etherscan - 0x7D2550161E8A31D0b9585Bb9c88E63E9644af740 (Cahen PEPE) (YUGALABS_00041541 - YUGALABS_00041542) | | |
| JTX-1311 | Etherscan - Transaction 0x0cae66a609ae2ff22935fe767f8fc1b3244a51b6832c393bf14664b340b0c30a (Cahen 2022 11 09) (YUGALABS_00043369 - YUGALABS_00043370) | | |
| JTX-1312 | Etherscan - Transaction 0x42ea6aa1c4d79ab57962ee723abb43e0104fb4bea56b65cc1bf4bc6fb7982b2e (Cahen 2022 10 11) (YUGALABS_00043384 - YUGALABS_00043385) | | |
| JTX-1313 | Etherscan - Transaction 0xe1a29d7df090d0c90bee1731e3af039ec333ba4ac1020666cee59f09f6dc8595 (Cahen 2023 01 04) (YUGALABS_00043398 - YUGALABS_00043399) | | |
| JTX-1315 | 2023 04 04 Cahen Tweet (YUGALABS_00041610) | 7/31/23 | 7/31/23 |
| JTX-1317 | RRBAYC on Opensea Pro (grid view) (YUGALABS_00041650) | 7/31/23 | 7/31/23 |
| JTX-1318 | 2023 04 04 Cahen Tweet (YUGALABS_00041683) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1428 | Founders Wedding Photo (YUGALABS_00040593) | | |
| JTX-1433 | rrbayc.com - Full webpage (YUGALABS_00030244 - YUGALABS_00030337) | | |
| JTX-1434 | Otherside Video (YUGALABS_00041280) | 7/31/23 | 7/31/23 |
| JTX-1442 | 2021 04 17 BAYC Tweet (YUGALABS_00002048) | 7/31/23 | 7/31/23 |
| JTX-1461 | 2023 04 03 alexisohanian Tweet (YUGALABS_00041530) | 7/31/23 | 7/31/23 |
| JTX-1462 | 2023 04 03 CitronButter Tweet (YUGALABS_00041531) | 7/31/23 | 7/31/23 |
| JTX-1469 | 2023 04 22 Cahen Tweet (YUGALABS_00041538) | | |
| JTX-1470 | 2023 04 22 Cahen Tweet (YUGALABS_00041539) | | |
| JTX-1471 | 2023 04 20 Cahen Tweet (YUGALABS_00041540) | | |
| JTX-1475 | Ripps Tweet (YUGALABS_00041573) | | |
| JTX-1477 | 2022 05 11 Ripps Tweet (YUGALABS_00030056) | | |
| JTX-1480 | 2023 03 27 Blockworks Tweet (YUGALABS_00041287) | 7/31/23 | 7/31/23 |
| JTX-1484 | NameCheap - Domain Registration Information for rrbayc.com and apemarket.com (NAMECHEAP0000015 - NAMECHEAP0000025) | | |
| JTX-1556 | 2022 05 13 Jclineshow Tweet (YUGALABS_00029080 - YUGALABS_00029086) | 7/31/23 | 7/31/23 |
| JTX-1557 | 2022 05 19 (Wayback) - RRBAYC Foundation webpage (YUGALABS_00030057) | 7/31/23 | 7/31/23 |
| JTX-1558 | 2022 07 03 AllCityBAYC Tweet (YUGALABS_00031331) | 7/31/23 | 7/31/23 |
| JTX-1564 | 2022 06 21 (Wayback) RRBAYC Foundation webpage (YUGALABS_00036423 - YUGALABS_00036424) | 7/31/23 | 7/31/23 |
| JTX-1565 | 2023 04 30 Ripps Tweet (YUGALABS_00043544) | | |
| JTX-1566 | 2023 04 28 Cahen Tweet (YUGALABS_00043546) | 7/31/23 | 7/31/23 |
| JTX-1567 | 2023 03 01 Cahen Tweet (YUGALABS_00043547) | 7/31/23 | 7/31/23 |
| JTX-1568 | 2023 05 01 Cahen Tweet (YUGALABS_00043548) | 7/31/23 | 7/31/23 |
| JTX-1574 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026004) | 7/31/23 | 7/31/23 |
| JTX-1575 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026023) | | |
| JTX-1576 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026024) | | |
| JTX-1578 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026037) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-1581 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026047) | | |
| JTX-1582 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026048) | | |
| JTX-1583 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026057) | | |
| JTX-1586 | No Date Text Messages (Ripps and Cahen) (RIPPSCAHEN00026069) | 7/31/23 | 7/31/23 |
| JTX-1591 | 2022 06 08 Text Messages (Ripps and Cahen) (RIPPSCAHEN00026148) | | |
| JTX-1592 | 1245083_013123_Foundation_Excel_Qual+Term+Partial.xlsx (Foundation Eveready Survey Data) (YUGALABS_00036090) | 7/31/23 | 7/31/23 |
| JTX-1593 | 1245083_013123_NFT OS_All_Touch_Excel.xlsx (OpenSea Squirt Survey Data) (YUGALABS_00036097) | 7/31/23 | 7/31/23 |
| JTX-1594 | "Why Did OpenSea Become the Most Widely Used NFT Marketplace?" Crypto Conduct Authority, August 18, 2022 (YUGALABS_00036124 - YUGALABS_00036126) | 7/31/23 | 7/31/23 |
| JTX-1595 | Etherscan - ryder-ripps.eth #1956 Bored Ape Yacht Club (YUGALABS_00036146) | 7/31/23 | 7/31/23 |
| JTX-1596 | Rivera-Herrera, Daniela, "10 Best NFT Marketplaces," Nasdaq, October 27, 2022 (YUGALABS_00036216 - YUGALABS_00036222) | 7/31/23 | 7/31/23 |
| JTX-1597 | "OpenSea Learn," OpenSea (YUGALABS_00036223 - YUGALABS_00036224) | 7/31/23 | 7/31/23 |
| JTX-1598 | Trinetra Paul, "The 8 Most Popular NFT Marketplaces in the World," Prestige, February 3, 2022 (YUGALABS_00036245 - YUGALABS_00036256) | 7/31/23 | 7/31/23 |
| JTX-1599 | "Discover, collect, and sell extraordinary NFTs," OpenSea, June 20, 2022 (YUGALABS_00036412 - YUGALABS_00036420) | 7/31/23 | 7/31/23 |
| JTX-1600 | Ripps' character logo obtained from "@ryder_ripps Foundation Page," Foundation, January 20, 2022 (YUGALABS_00036421 - YUGALABS_00036422) | 7/31/23 | 7/31/23 |
| JTX-1602 | 2023 05 01 Cahen Tweet (YUGALABS_00043564) | | |
| JTX-1603 | 2023 05 01 Cahen Tweet (YUGALABS_00043563) | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-1612* | Diamond, Shari S., "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center (YUGALABS_00034060 - YUGALABS_00035094) | 7/31/23 | 7/31/23 |
| JTX-1613 | 2023 02 20 Cahen Retweet (rrbayc_bot) (YUGALABS_00043588) | 7/31/23 | 7/31/23 |
| JTX-1614 | 2023 02 17 Cahen Retweet (rrbayc_bot) (YUGALABS_00043589) | 7/31/23 | 7/31/23 |
| JTX-1615 | 2023 02 24 Cahen Retweet (rrbayc_bot) (YUGALABS_00043590) | 7/31/23 | 7/31/23 |
| JTX-1616 | Coingecko, RR/BAYC NFT Floor Price Data (YUGALABS_00033714 - YUGALABS_00033718) | 7/31/23 | 7/31/23 |
| JTX-1617 | 2023 06 06 Cahen Tweet Thread (YUGALABS_00043606 - YUGALABS_00043614) | 7/31/23 | 7/31/23 |
| JTX-1618 | 2023 06 06 CHristophrP_ Tweet (Cahen Retweeted) (YUGALABS_00043592) | 7/31/23 | 7/31/23 |
| JTX-1619 | 2023 06 06 potatoeggtacos Tweet (Cahen Retweeted) (YUGALABS_00043593) | 7/31/23 | 7/31/23 |
| JTX-1620 | 2023 06 06 Cahen Tweet (Ripps Retweeted) (YUGALABS_00043594) | 7/31/23 | 7/31/23 |
| JTX-1621 | NFTGO BAYC Analytics (YUGALABS_00043596 - YUGALABS_00043597) | 7/31/23 | 7/31/23 |
| JTX-1622 | NFTGO BAYC Overview (YUGALABS_00043598 - YUGALABS_00043599) | 7/31/23 | 7/31/23 |
| JTX-1623 | NFTGO RRBAYC Analytics - General (YUGALABS_00043600) | 7/31/23 | 7/31/23 |
| JTX-1624 | NFTGO RRBAYC Overview - Short (YUGALABS_00043601) | 7/31/23 | 7/31/23 |
| JTX-1625 | NFTGO RRBAYC Overview (YUGALABS_00043602 - YUGALABS_00043603) | 7/31/23 | 7/31/23 |
| JTX-1626 | OpenSea BAYC Analytics (YUGALABS_00043604 - YUGALABS_00043605) | 7/31/23 | 7/31/23 |
| JTX-1627 | Yougetnothin.com (captured at 2023 06 07) (YUGALABS_00043595) | | |
| JTX-2002* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 7 - Ethereum blockchain smart contract containing RRBAYC NFTs, YUGALABS_00030081-YUGALABS_00030082 | | |
| JTX-2003* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 12 - Yuga's website About page, YUGALABS_00030223-YUGALABS_00030230 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2004* | Plaintiff's Exhibit to Motion for Summary Judgment Exhibit 16 - Yuga Labs OpenSea listing page, YUGALABS_00027531-YUGALABS_00027531 | | |
| JTX-2033 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 129 - Email from Andriske to RRBAYC, June 20, 2022, RIPPSCAHEN00001577-RIPPSCAHEN00001577 | 7/31/23 | 7/31/23 |
| JTX-2035 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 131 - Email from Attar to RRBAYC, June 21, 2022, RIPPSCAHEN00001655-RIPPSCAHEN00001655 | 7/31/23 | 7/31/23 |
| JTX-2039 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 135 - Email from Winterstein to RRBAYC, June 21, 2022, RIPPSCAHEN00001869-RIPPSCAHEN00001869 | 7/31/23 | 7/31/23 |
| JTX-2045* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 141 - Forbes Profile of Ryder Ripps, RIPPSCAHEN00000866-RIPPSCAHEN00000869 | 7/31/23 | 7/31/23 |
| JTX-2050* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 146 - ApeCoin OpenSea Page, RIPPSCAHEN00020735-RIPPSCAHEN00020736 | | |
| JTX-2075* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 174 - Dilution Image, RIPPSCAHEN00018890-RIPPSCAHEN00018890 | 7/31/23 | 7/31/23 |
| JTX-2085* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 184 - RRBAYC Website, RIPPSCAHEN00021149-RIPPSCAHEN00021175 | 7/31/23 | 7/31/23 |
| JTX-2086 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 185 - RRBAYC Purchase Disclaimer, RIPPSCAHEN00021219-RIPPSCAHEN00021219 | 7/31/23 | 7/31/23 |
| JTX-2091* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 195 - Etherscan BAYC #3721, RIPPSCAHEN00020829-RIPPSCAHEN00020830 | | |
| JTX-2092* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 196 - Etherscan RRBAYC #193, RIPPSCAHEN00025264-RIPPSCAHEN00025264 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-2096* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 200 - Twitter post by Ripps, May 20, 2022, RIPPSCAHEN00019015-RIPPSCAHEN00019015 | 7/31/23 | 7/31/23 |
| JTX-2097* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 201 - Twitter post by Ripps, May 15, 2022, RIPPSCAHEN00019017-RIPPSCAHEN00019017 | 7/31/23 | 7/31/23 |
| JTX-2102 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 206 - Twitter post by Ripps, June 18, 2022 (Ripps Disclaimer Tweet 4), RIPPSCAHEN00017523-RIPPSCAHEN00017523 | 7/31/23 | 7/31/23 |
| JTX-2103* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 207 - Twitter post by Ripps, June 1, 2022 (Ripps Disclaimer Tweet 5), RIPPSCAHEN00017526-RIPPSCAHEN00017526 | 7/31/23 | 7/31/23 |
| JTX-2112 | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 217 - Twitter post by Cline, May 16, 2022, RIPPSCAHEN00022455-RIPPSCAHEN00022473 | 7/31/23 | 7/31/23 |
| JTX-2113* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 218 - Direct Message from Ripps to @Streetoshi, May 30, 2022, RIPPSCAHEN00015350-RIPPSCAHEN00015350 | 7/31/23 | 7/31/23 |
| JTX-2134* | Defendants' Exhibit to Opposition to Motion for Summary Judgment Exhibit 241 - Bored Coffee, RIPPSCAHEN00021022-RIPPSCAHEN00021022 | 7/31/23 | 7/31/23 |
| JTX-2139 | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 3 - New York Times, Ryder Ripps: An Artist of the Internet, July 8, 2014 | 7/31/23 | 7/31/23 |
| JTX-2155* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 20 - Input Magazine, Bored Ape Yacht Club Finally Responds to Neo-Nazism Accusations, February 1, 2022 | | |
| JTX-2163* | Defendants' Exhibit to Anti-SLAPP Motion to Strike and Motion to Dismiss Exhibit 29 - The Coin Republic, Bored Ape Yacht Club (BAYC) Propagating NFT Racism?, June 24, 2022 | | |
| JTX-2190* | Expert Report of Jonah Berger, Feb. 6, 2023 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| JTX-2211 | Twitter post from @Jclineshow, May 16, 2022, RIPPSCAHEN00022687-RIPPSCAHEN00022703 | 7/31/23 | 7/31/23 |
| JTX-2243* | Etherscan token tracker (ERC-20), RIPPSCAHEN00026242-RIPPSCAHEN00026242 | 7/31/23 | 7/31/23 |
| JTX-2244* | Etherscan token tracker (ERC-20) BAYC, RIPPSCAHEN00026243-RIPPSCAHEN00026243 | 7/31/23 | 7/31/23 |
| JTX-2277* | Declararation of Thomas Leham, Feb. 3, 2023, YUGALABS_00040736-YUGALABS_00040745 | | |
| JTX-2278* | Confidential Settlement Agreement, Feb. 3, 2023, YUGALABS_00040746-YUGALABS_00040762 | | |
| JTX-2280* | #The Bestt Boredd Apee Yacht Clubb webpage on OpenSea, RIPPSCAHEN00015922-RIPPSCAHEN00015923 | | |
| JTX-2282 | Bored Ape Tron Club webpage, RIPPSCAHEN00017228-RIPPSCAHEN00017236 | | |
| JTX-2284* | Bored Ape Solana Club webpage on Magic Eden, RIPPSCAHEN00017581-RIPPSCAHEN00017583 | | |
| JTX-2333* | Bernstein, What's More Provacative Than Sincerity?, Mar. 30, 2023, RIPPSCAHEN00026292-RIPPSCAHEN00026299 | 7/31/23 | 7/31/23 |
| JTX-2397* | Physical exhibit RIPPSCAHEN00018454 | | |
| JTX-2398* | Physical exhibit RIPPSCAHEN00018455 | 7/31/23 | 7/31/23 |
| JTX-2399* | Physical exhibit RIPPSCAHEN00018456 | | |
| JTX-2400* | Physical exhibit RIPPSCAHEN00018457 | | |
| JTX-2401* | Physical exhibit RIPPSCAHEN00018458 (pillow) | 7/31/23 | 7/31/23 |
| JTX-2402* | Physical exhibit RIPPSCAHEN00018459 | | |
| JTX-2403* | Physical exhibit RIPPSCAHEN00018460 (skull box money coin) | 7/31/23 | 7/31/23 |
| JTX-2404* | Physical exhibit RIPPSCAHEN00018461 | | |
| JTX-2405* | Physical exhibit RIPPSCAHEN00018462 | | |
| JTX-2406 | Physical exhibit RIPPSCAHEN00018463 | | |
| JTX-2407* | Physical exhibit RIPPSCAHEN00018464 | | |
| JTX-2409* | Physical exhibit RIPPSCAHEN00018466 | | |
| JTX-2410* | Physical exhibit RIPPSCAHEN00018467 (notebook) | 7/31/23 | 7/31/23 |
| JTX-2411* | Physical exhibit RIPPSCAHEN00018468 | | |
| JTX-2412* | Physical exhibit RIPPSCAHEN00018469 | | |
| JTX-2413* | Physical exhibit RIPPSCAHEN00018470 (hat) | 7/31/23 | 7/31/23 |
| JTX-2414* | Physical exhibit RIPPSCAHEN00018471 | | |
| JTX-2415* | Physical exhibit RIPPSCAHEN00018472 | | |
| JTX-2416* | Physical exhibit RIPPSCAHEN00018473 | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2417 | Physical exhibit RIPPSCAHEN00018474 | | |
| JTX-2418* | Physical exhibit RIPPSCAHEN00018475 | | |
| JTX-2419* | Physical exhibit RIPPSCAHEN00022704 | | |
| JTX-2420* | Physical exhibit RIPPSCAHEN00022705 | | |
| JTX-2421* | Physical exhibit RIPPSCAHEN00022706 | | |
| JTX-2422* | Physical exhibit RIPPSCAHEN00026203 | | |
| JTX-2423* | Physical exhibit RIPPSCAHEN00026204 | | |
| JTX-2424* | Physical exhibit RIPPSCAHEN00026272 | | |
| JTX-2425* | Physical exhibit RIPPSCAHEN00026273 | | |
| JTX-2426* | Physical exhibit RIPPSCAHEN00026274 | | |
| JTX-2427* | Physical exhibit RIPPSCAHEN00026275 | | |
| JTX-2428* | Physical exhibit RIPPSCAHEN00026276 | | |
| JTX-2587* | Direct Messages from June 21, 2022, RIPPSCAHEN00026300-RIPPSCAHEN00026300 | | |
| JTX-2589* | Email from arthouse_editor@proton.me to rrbayc@protonmail.com, May 25, 2022, RIPPSCAHEN00001380-RIPPSCAHEN00001380 | | |
| JTX-2590* | Email from easywrld@protonmail.ch to rrbayc@protonmail.com, May 28, 2022, RIPPSCAHEN00001396-RIPPSCAHEN00001396 | 7/31/23 | 7/31/23 |
| JTX-2591* | Email from Tarakcioglu to rrbayc, May 28, 2022, RIPPSCAHEN00001397-RIPPSCAHEN00001397 | | |
| JTX-2592* | Email from Cook to rrbayc, May 31, 2022, RIPPSCAHEN00001408-RIPPSCAHEN00001408 | 7/31/23 | 7/31/23 |
| JTX-2595* | Email from smu66xg0dd to rrbayc, June 17, 2022, RIPPSCAHEN00001475-RIPPSCAHEN00001475 | 7/31/23 | 7/31/23 |
| JTX-2596* | Email from Bader to rrbayc, June 18, 2022, RIPPSCAHEN00001479-RIPPSCAHEN00001479 | 7/31/23 | 7/31/23 |
| JTX-2599* | Email from Stango to rrbayc, June 20, 2022, RIPPSCAHEN00001523-RIPPSCAHEN00001523 | 7/31/23 | 7/31/23 |
| JTX-2608* | Ledger spreadsheet on Kraken, June 24, 2022, Live9000-00000014-Live9000-00000014 | | |
| JTX-2672 | Web Summit clip, RIPPSCAHEN00017611-RIPPSCAHEN00017611 | 7/31/23 | 7/31/23 |
| JTX-2673 | Web Summit Day 2 clip, RIPPSCAHEN00017612-RIPPSCAHEN00017612 | 7/31/23 | 7/31/23 |
| JTX-2676 | Bloomberg Crypto clip, YUGALABS_00030243-YUGALABS_00030243 | 7/31/23 | 7/31/23 |
| JTX-2710** | Etherscan Transaction Details | 7/31/23 | 7/31/23 |
| JTX-2711** | Etherscan Transaction Details | 7/31/23 | 7/31/23 |
| JTX-2712** | CoinGecko page for Bored Ape Yacht Club | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| JTX-2713** | CoinGecko page for Bored Ape Yacht Club | | |
| JTX-2714** | Coin Telegram, Yuga Labs' Otherdeeds NFT mint triggers backlash from community | | |
| JTX-2715** | Kotaku, Bored Ape Yacht Club NFT Fans Lose Millions Trying To Buy Video Game 'Land' | 7/31/23 | 7/31/23 |
| JTX-2716** | Coin Telegram, Otherside NFTs fall below mint price while cheaper ETH sees sales volume boost | | |
| JTX-2717** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2718** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2719** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2720** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2721** | Etherscan Transaction Details, Advanced Filter | | |
| JTX-2722** | Made by Apes; The License for BAYC & MAYC Builders | 7/31/23 | 7/31/23 |
| JTX-2723 | Yuga v. Hickman Clerk's Entry of Default | 7/31/23 | 7/31/23 |