| | |
|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:   650.988.8500<br>Facsimile:    650.938.5200<br><br>MOLLY R. MELCHER (CSB No. 272950)<br>mmelcher@fenwick.com<br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:   415.875.2300<br><br>*Additional Counsel listed on next page*<br><br>Attorneys for Plaintiff<br>YUGA LABS, INC. | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>HALE AND DORR LLP**<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA  90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION TO EXTEND REVISED TRIAL DEPOSITION DESIGNATIONS BY ONE WEEK**<br><br>Judge:  Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to Civil Local Rule 7-1 and this Court's Standing Order ¶ 7 (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and request as follows:

## RECITALS

WHEREAS, on July 31, 2023 the Court conducted a trial in this matter.

WHEREAS, during post-trial discussions Counsel intended to request a deadline of August 11, 2023 as the deadline to file post-trial designation of deposition testimony. *See* Declaration of Eric Ball ("Ball Decl.") ¶¶ 2-3.

WHEREAS the Parties agree that the August 11, 2023 deadline to file post-trial designation of deposition testimony will allow the Parties sufficient time to further meet and confer and narrow any objections and testimony. *Id.* at ¶ 4.

WHEREAS the Parties agree that the August 11, 2023 deadline to file post-trial designation of deposition testimony also takes into account counsels' travel schedules. *Id.* at ¶ 5.

WHEREAS, good cause exists to grant this request to extend the deadline to file post-trial designation of deposition testimony by one week. *Id.* at ¶ 6.

WHEREAS, this will not unduly delay the case, as the Parties are actively engaged in revising their deposition designations and objections. *Id.* at ¶ 7.

WHEREAS, this is the Parties' first request for a post-trial schedule modification. *Id.* at ¶ 8.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. For good cause, the August 4, 2023 deadline to file post-trial designation of deposition testimony should be extended by one week, until and through Friday, August 11, 2023.

| | | |
|---|---|---|
| 1 | Dated: August 2, 2023 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Eric Ball* |
| 4 | | Eric Ball<br>Attorneys for Plaintiff |
| 5 | | YUGA LABS, INC. |
| 6 | Dated: August 2, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 7 | | |
| 8 | | |
| 9 | | By: */s/ Louis W. Tompros* |
| 10 | | Louis W. Tompros<br>Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

*/s/ Eric Ball*
Eric Ball