ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF ERIC BALL IN SUPPORT OF STIPULATION TO EXTEND REVISED TRIAL DEPOSITION DESIGNATIONS BY ONE WEEK** <br><br> Judge:  Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:  310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:  202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Eric Ball, declare as follows:

1. I am an attorney admitted to practice in California and a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Plaintiff Yuga Labs, Inc. ("Yuga Labs") in the above-captioned matter. I am Lead Counsel for Yuga Labs in this action. I make this declaration based on my own personal knowledge. If called as a witness, I could testify competently to the facts set forth here.

2. During post-trial discussions with the Court on July 31, 2023, I intended to request August 11, 2023 as the deadline to file post-trial designation of deposition testimony.

3. I have conferred with Mr. Tompros, counsel for the Defendants, and he agreed that he understood that the parties were seeking an August 11, 2023 deadline to file post-trial designation of deposition testimony.

4. Mr. Tompros and I, further agree that the August 11, 2023 deadline to file post-trial designation of deposition testimony will allow the parties sufficient time to further meet and confer and narrow any objections and testimony.

5. And we agree that the August 11, 2023 deadline to file post-trial designation of deposition testimony also takes into account counsels' travel schedules.

6. I believe good cause exists to grant this request to extend the deadline to file post-trial designation of deposition testimony by one week.

7. I believe that this brief extension will not unduly delay the case, as the parties are actively engaged in revising their deposition designations and objections.

8. This is the parties' first request for a post-trial schedule modification.

/ / /
/ / /
/ / /
/ / /
/ / /

I declare under penalty of perjury under the laws of the State of California and of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 2, 2023.

                                              */s/ Eric Ball*
                                              Eric Ball