UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND REVISED TRIAL DEPOSITION DESIGNATIONS BY ONE WEEK** |

1 | Having considered the parties' request to extend the deadline to file post-trial designation of deposition testimony by one week, and good cause appearing therefrom, the Court hereby extends the deadline to file post-trial designation of deposition testimony until and through **Friday, August 11, 2023.**

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable John F. Walter
United States District Court Judge