UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEMx |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND REVISED TRIAL DEPOSITION DESIGNATIONS BY ONE WEEK** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | |

Having considered the parties' request to extend the deadline to file post-trial designation of deposition testimony by one week, and good cause appearing therefrom, the Court hereby extends the deadline to file post-trial designation of deposition testimony until and through **Friday, August 11, 2023.**

**IT IS SO ORDERED.**

Dated:  August 3, 2023

_____
Honorable John F. Walter
United States District Court Judge