1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5   YUGA LABS, INC.,                        )
                                            )
6                    Plaintiff,             ) CASE NO.
                                            ) 22-CV-04355-JFW
7          vs.                              )
                                            )
8   RYDER RIPPS, JEREMY CAHEN,              )
                                            )
9                    Defendants.            )
   _____ )
10

11

12

13              REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                 **COURT TRIAL, VOLUME 1**

15                 MONDAY, JULY 31, 2023

16                       8:14 A.M.

17                 LOS ANGELES, CALIFORNIA

18

19

20

21

22     _____

23
                 MAREA WOOLRICH, CSR 12698, CCRR
24             FEDERAL OFFICIAL COURT REPORTER
               350 WEST FIRST STREET, SUITE 4311
25             LOS ANGELES, CALIFORNIA 90012
                    mareawoolrich@aol.com

1                          **APPEARANCES OF COUNSEL:**

2

3     **FOR PLAINTIFF:**

4          FENWICK & WEST LLP
           By:  Eric Ball
5          -and- Kimberly Culp
           801 California Street
6          Mountain View, CA 94041
           Telephone:  650.988.8500
7
           FENWICK & WEST LLP
8          By:  Molly R. Melcher
           -and- Ethan Thomas
9          -and- Anthony M. Fares
           555 California Street, 12th Floor
10         San Francisco, CA 94101
           Telephone:  415.875.2300
11

12    **FOR DEFENDANTS:**

13         WILMER CUTLER PICKERING HALE & DORR LLP
           By:  Louis W. Tompros (*pro hac vice*)
14         60 State Street
           Boston, MA 02109
15         Telephone:  617.526.6000

16         WILMER CUTLER PICKERING HALE & DORR LLP
           By:  Derek Gosma
17         350 S. Grand Avenue, Suite 2400
           Los Angeles, CA 90071
18         Telephone:  415.875.2300

19

20

21

22

23

24

25

1          **I N D E X**

2          MONDAY, JULY 31, 2023

3   **VOLUME 1**

4

          -------------------------------------------------------

5

          **CHRONOLOGICAL INDEX OF WITNESSES**

6

7

8   **WITNESS**                                              **PAGE**

**GREG SOLANO**
        DIRECT EXAMINATION BY MR. BALL                11
        CROSS-EXAMINATION BY MR. TOMPROS              12
        REDIRECT EXAMINATION BY MR. BALL              51
        RECROSS-EXAMINATION BY MR. TOMPROS            62

**NICOLE MUNIZ**
        DIRECT EXAMINATION BY MS. CULP                68
        CROSS-EXAMINATION BY MR. TOMPROS              69
        REDIRECT EXAMINATION BY MS. CULP              94
        RECROSS-EXAMINATION BY MR. TOMPROS            100

**JONAH BERGER**
        DIRECT EXAMINATION BY MS. CULP                102
        CROSS-EXAMINATION BY MR. GOSMA                103
        REDIRECT EXAMINATION BY MS. CULP              121

**KEREM ATALAY**
        DIRECT EXAMINATION BY MS. MELCHER             125
        CROSS-EXAMINATION BY MR. GOSMA                126
        REDIRECT EXAMINATION BY MS. MELCHER           136

**LAURA O'LAUGHLIN**
        DIRECT EXAMINATION BY MS. MELCHER             140
        CROSS-EXAMINATION BY MR. TOMPROS              141
        REDIRECT EXAMINATION BY MS. MELCHER           166

**LAUREN KINDLER**
        DIRECT EXAMINATION BY MS. MELCHER             169
        CROSS-EXAMINATION BY MR. GOSMA                170
        REDIRECT EXAMINATION BY MS. MELCHER           200

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    I N D E X  (Continued)

 2                  MONDAY, JULY 31, 2023

 3    VOLUME 1

 4
           -------------------------------------------------------
 5
                  CHRONOLOGICAL INDEX OF WITNESSES
 6

 7    WITNESS                                        PAGE

 8    RYAN HICKMAN
            DIRECT EXAMINATION BY MR. TOMPROS             204
 9          CROSS-EXAMINATION BY MR. BALL                 205
            REDIRECT EXAMINATION BY MR. TOMPROS           214
10          RECROSS-EXAMINATION BY MR. BALL               220
            FURTHER REDIRECT EXAMINATION BY               221
11          MR. TOMPROS

12    JEREMY CAHEN
            DIRECT EXAMINATION BY MR. GOSMA               223
13          CROSS-EXAMINATION BY MS. CULP                 224

14

15

16

17

18

19

20

21

22

23

24

25
```

1        **INDEX OF EXHIBITS**

2

3        MARKED FOR IDENTIFICATION

4

5   **EXHIBIT NUMBER**                                    **PAGE**

6   Exhibit No. JTX-2085                                    36

7

8                RECEIVED INTO EVIDENCE

9

    Exhibit Nos. JTX-1 to JTX-1620                          12
10  Exhibit Hickman Cross No. 2                            207
    Exhibit No. JTX-28                                     213
11  Exhibit No. JTX-42                                     209
    Exhibit No. JTX-44                                     211
12  Exhibit Nos. JTX-123 to 1615                            69
    Exhibit No. JTX-224                                     74
13  Exhibit No. JTX-225                                     75
    Exhibit No. JTX-235                                     78
14  Exhibit No. JTX-306                                    110
    Exhibit No. JTX-307                                    114
15  Exhibit Nos. JTX-600 to JTX-1558                       126
    Exhibit No. JTX-696                                    237
16  Exhibit No. JTX-697                                    239
    Exhibit Nos. JTX-705 through -34 to JTX-2676           224
17  Exhibit Nos. JTX-801 to JTX-2673                       205
    Exhibit No. JTX-938                                    250
18  Exhibit No. JTX-2085                                    36
    Exhibit No. JTX-2401                                    80
19  Exhibit No. JTX-2403                                    81
    Exhibit No. JTX-2410                                   102
20  Exhibit No. JTX-2413                                    79
    Exhibit No. JTX-2672                                    72
21  Exhibit No. JTX-2710                                   196
    Exhibit No. JTX-2711                                   200
22  Exhibit No. JTX-2715                                   111
    Exhibit No. JTX-2722                                    26
23

24

25

        **UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, JULY 31, 2023

 2                            8:14 A.M.

 3                             -oOo-

 4

 5              THE COURTROOM DEPUTY:  Calling CV 22-4355-JFW,

 6   Yuga Labs, Inc., versus Ripps, et al.  This is court trial,

 7   Day One.

 8              Counsel, please state your appearance.

 9              MR. BALL:  Eric Ball for Fenwick & West on behalf of

10   Yuga Labs, Inc.

11              MR. TOMPROS:  Good morning, Your Honor.

12   Louis Tompros along with my colleague Derek Gosma from Wilmer,

13   Cutler, Pickering, Hale & Dorr, LLP --

14              THE COURT:  You are going to have to get closer to

15   the microphone.  The microphones don't work in this courtroom

16   unless you get very close to them.

17              MR. TOMPROS:  Thank you, Your Honor.

18              Louis Tompros along with my colleague Derek Gosma

19   from Wilmer, Cutler, Pickering, Hale & Dorr, LLP, on behalf of

20   the defendants, Mr. Ripps and Mr. Cahen, who are here at

21   counsel table with us.

22              THE COURT:  All right.  Good morning to all.

23              What happened to all the binders?

24              MR. BALL:  They are behind you, Your Honor.

25              THE COURT:  No, the wall full of binders on Friday.
```

1          In any event, good morning.

2          This matter is set this morning for a Court trial.

3  The parties have filed their final witness lists on July 24th.

4  The plaintiff's appears as Docket 361.  Defendant list

5  appears as 363.  And they've also filed -- the parties also

6  filed a final joint trial witness estimate form, which is

7  Docket No. 362.  And based upon the time estimates, we are

8  going to be able to complete this case this morning.

9          Counsel worked very hard in this case preparing not

10  only the witness declarations but also the trial exhibits.  And

11  the parties have filed the joint final witness list.  That was

12  filed on July 27th.  It appears as Docket No. 376.  And the

13  joint statement regarding the exhibits to be used with respect

14  to each of the witnesses who will be called to testify was

15  filed on July 27th and appears as Docket No. 374.

16          That document contains a list of each of the

17  exhibits.  It's in three columns.  The first column includes

18  the witness's name.  The second column indicates or is headed

19  "Exhibits on Direct."  And those are the exhibits that we used

20  in connection with the direct testimony of the witness.  And

21  then the third column is "Exhibits on Cross," which are the

22  exhibits that counsel expect to use in connection with their

23  cross-examination of the witness.

24          I wanted to raise with counsel how I intend to

25  handle the exhibits.

1          With the exception of joint trial Exhibit 1 and

2    joint trial Exhibit No. 621, all of the exhibits listed in

3    Docket No. 374 as the exhibits to be used on direct will be

4    admitted into evidence without objection.

5          I have compared each of the exhibits that are set

6    forth in the column "Exhibits on Direct" with each of the table

7    of contents for each of the declarations that have been filed

8    in this case.  And I concluded, based upon my review, that the

9    documents that are set forth in the "Exhibits on Direct" column

10   are the same as those that appear in the various table of

11   contents that are attached to each of the witness declarations.

12         And I just want to confirm that very important

13   exercise is correct.

14         MR. BALL:  For plaintiffs, yes, Your Honor.

15         MR. TOMPROS:  Yes, Your Honor.

16         THE COURT:  All right.  Then also what I intend to

17   do is -- instead of reading each exhibit number into evidence

18   or into the record, what I'm going to do is I'm going to --

19   after I receive the declaration of the witness, I am going to

20   have the courtroom deputy then admit each of the exhibits that

21   are set forth in the column "Exhibits on Direct."  I'm not

22   going to spend the time and burden the record with setting

23   forth each of those numbers.

24         However, when I admit the declaration, I will refer

25   to the exhibits that we are admitting with respect to that

1  particular witness by taking the first exhibit and indicating

2  what page.

3           For example, on Munoz, the first exhibit is JTX-123.

4  That appears on page 9.  And those exhibits conclude on

5  page 13.  So what I intend to do is just indicate that the

6  exhibits with respect to the witness JTX-123 through 1615 will

7  be admitted into evidence.  And then Shannon can use the

8  document to make the appropriate notation on the exhibit list

9  that they've been received into evidence.

10           Is everybody on board with that procedure?

11           MR. TOMPROS:  Yes, Your Honor.

12           MR. BALL:  Yes, Your Honor.

13           THE COURT:  All right.  Then I will rule on the

14  specific objections to the declaration testimony, and then

15  counsel may cross-examine.

16           So the first witness is Mr. Solano.  So plaintiff,

17  would call your first witness.

18           MR. TOMPROS:  Your Honor, one thing before we begin,

19  the parties have agreed that neither of them is invoking

20  Rule 615, excluding witnesses from the courtroom.  But we do

21  note that the sign outside your courtroom says that witnesses

22  are excluded.  Our preference would be to allow them to be

23  here.  But if Your Honor wants them excluded, of course we

24  should exclude them.

25           THE COURT:  That's fine.  Whatever you agree on is

```
 1   fine with me.

 2              MR. TOMPROS:  Thank you, Your Honor.

 3              MR. BALL:  Thank you, Your Honor.

 4              THE COURT:  So let's proceed with calling the first

 5   witness.

 6              MR. BALL:  Plaintiff Yuga Labs will call

 7   Mr. Greg Solano.

 8              THE COURT:  The way we are going to handle this, as

 9   we discussed before, is I'm going to ask you to authenticate

10   the declaration of this witness, which is Docket No. 342, and

11   then I will admit the exhibits, as I indicated, rule on the

12   objections, and then cross-examination.

13              THE COURTROOM DEPUTY:  Please raise your right hand.

14              Do you solemnly swear that the testimony you shall

15   give in the cause now before this Court shall be the truth, the

16   whole truth, and nothing but the truth, so help you God?

17              THE WITNESS:  Yes.

18              THE COURTROOM DEPUTY:  Thank you.  Please be seated.

19              Please state and spell your name for the record.

20              THE WITNESS:  My name is Greg Solano, G-r-e-g,

21   S-o-l-a-n-o.

22                        GREG SOLANO,

23   called as a witness by the plaintiff, was sworn and testified

24   as follows:

25   ///
```

```
 1                           DIRECT EXAMINATION

 2  BY MR. BALL:

 3        Q       Good morning, Mr. Solano.

 4        A       Good morning.

 5        Q       Could you please find your declaration in the

 6  stack of binders?  It might be to your left.  There should be

 7  copies of declarations.  My colleague, Mr. Ra, might be able to

 8  help you too.

 9              THE COURT:  You may proceed, Counsel.

10  BY MR. BALL:

11        Q       Mr. Solano, do you have your declaration in front

12  of you?

13        A       I do.

14        Q       Can you go ahead and flip through it and see your

15  signature on the final page to authenticate that that is your

16  declaration that's been submitted as your direct testimony in

17  this case.

18        A       That's correct.

19              THE COURT:  All right.  The Court will receive the

20  declaration of Mr. Solano into evidence.  And because the

21  exhibits identified in his declaration are the same as those

22  listed in column 1 of Docket No. 374, labeled as "Exhibits on

23  Direct," the Court will receive and admit not only the

24  declaration but those exhibits listed in column 1 beginning

25  with JTX-1 on page 2 to JTX-1620 on page 9.
```

```
 1        (Exhibit Nos. JTX-1 TO JTX-1620 received into evidence.)
 2              THE COURT:  The Court will also rule on the
 3     objections to Mr. Solano's declaration.
 4              The Court sustains the objections to paragraph
 5     numbers -- paragraph 28, page 8, lines 22 through 24; page 38
 6     [sic], page 11, line 26, to page 12, line 3; paragraph 69,
 7     page 26, line 27, to page 27, line 1; paragraph 74, page 29,
 8     lines 1 through 5; paragraph 74, page 29, lines 10 through 12;
 9     and paragraph 76, page 29, lines 18 through 20.
10              As to the balance of the objections to the Solano
11     declaration, including JTX-1 and 621, those objections are
12     overruled.
13              So counsel may cross-examine.
14              MR. BALL:  Thank you, Your Honor.
15                           CROSS-EXAMINATION
16     BY MR. TOMPROS:
17        Q     Good morning.
18        A     Good morning.
19        Q     You are the co-founder and president of
20     Yuga Labs; correct?
21        A     Yes.
22        Q     And you have given testimony about the impact
23     that Mr. Ripps's and Mr. Cahen's actions have had on Yuga;
24     correct?
25        A     Yes.
```

UNITED STATES DISTRICT COURT

1    Q       You testified that the defendants generated

2    $1,589,455 in profit from sales of their NFTs; correct?

3    A       Yes.

4    Q       And in your view, those profits are solely

5    attributable to the defendants riding on Yuga's goodwill;

6    correct?

7    A       Their use of our marks and our art and all that,

8    yes.

9    Q       In fact, you said that they -- their profits

10   are -- can be attributed solely to the fact that they were

11   riding on Yuga's goodwill; right?

12   A       Correct.

13   Q       You chose the words "attributed solely"; correct?

14   A       Yes.

15   Q       In your view, nobody ever bought an RR/BAYC NFT

16   to protest Yuga; correct?

17   A       If they did, they were distributors, they're

18   insiders to the scam.

19   Q       Sir, if they bought an RR/BAYC NFT to protest

20   Yuga, the defendants' profits from that sale would not be

21   attributable to Yuga's goodwill; correct?

22   A       You'd asked me two questions in the previous

23   question.  The first was if anyone purchased it.  Not according

24   to goodwill, in which case I viewed them as insiders to the

25   scam.

```
 1          Q       In your view, everyone who purchased an RR/BAYC

 2   NFT as a protest to Yuga was an insider to a scam; correct?

 3          A       Yes.

 4          Q       You don't think that anybody ever paid Mr. Ripps

 5   or Mr. Cahen any money for an RR/BAYC as an act of protest

 6   against Yuga.  That's your testimony; right?

 7          A       Correct.

 8          Q       Not one penny of their profits, in your view, can

 9   be attributed to them calling out what they saw as problematic

10   content in Yuga's imagery; right?

11          A       In the end, they were purchasing something that

12   is our art and our marks, and that's why they were purchasing

13   it.  So that's correct.

14          Q       Not a penny can be attributed to them calling out

15   Yuga's imagery; right?

16          A       Correct.

17          Q       Now, in reaching the conclusion that the

18   defendants' profits are attributed solely to Yuga's work, how

19   many purchasers of RR/BAYC NFTs did you speak with?

20          A       I have not directly spoken to any purchasers of

21   RR/BAYC NFTs.

22          Q       Zero; right?

23          A       Correct.

24          Q       Okay.  Now, did you review any statements by any

25   purchasers of RR/BAYC NFTs before --
```

1           (Reporter clarification.)

2        Q       BY MR. TOMPROS:  Did you review any statements of

3    any purchasers of RR/BAYC NFTs before coming to your

4    conclusion?

5        A       Yes.

6        Q       Did you review the statement from

7    Professor Benjamin Cook, which is in evidence at JTX-2592,

8    where he says, "Glad you are pointing out what BAYC is doing"?

9        A       I did see that exhibit, yes.

10        Q       That was a statement by a purchaser that was

11    purchasing in protest; correct?

12        A       That is what he's saying, yes.

13        Q       Did you review the statement by Blake Santiago,

14    in evidence at JTX-2599, in which he says that he requested an

15    RR/BAYC NFT and, quote, "Hopes this brings more light to the

16    situation"?

17        A       Yes.

18        Q       That is another person seeking to purchase as an

19    act of protest; correct?

20        A       That is what they are claiming.

21        Q       Did you review the statement by Jason Attar in

22    evidence at JTX-2035 in which he says to Mr. Ripps, "You have

23    done a very positive thing bringing attention to BAYC.  These

24    people need to be shown for what they are"?

25        A       I reviewed that document, yes.

1        Q        Did you review the part where he calls his

2   purchase a protest purchase?

3        A        Yes.

4        Q        Did you review the statement from

5   Carl Winterstein, at JTX-2039, in which he's made a purchase

6   from the secondary market LooksRare because he believed in what

7   Mr. Ripps and Mr. Cahen were standing up for?

8        A        I reviewed that document.

9        Q        You do not cite anything in your testimony to

10  dispute Mr. Ripps's claim that he received more than 500

11  e-mails from supporters of the RR/BAYC project's criticism of

12  Yuga; right?

13       A        As I mentioned, there's a number of people that

14  bought these that knew that this was a scam and that were

15  buying them to sell them on a secondary market.

16       Q        My question, sir, was you don't cite anything to

17  dispute Mr. Ripps's claim that he received more than 500

18  e-mails from supporters of the RR/BAYC project's criticism of

19  Yuga; right?

20       A        As I mentioned, there's a lot of people that I

21  cite that a lot of people bought these, including the

22  defendants themselves, in order to sell them again.

23       Q        I just need you to focus on my question, sir.

24                You don't cite anything to dispute Mr. Ripps's

25  statement that more than 500 e-mails came in from supporters of

```
 1    RR/BAYC's criticism of Yuga; right?

 2         A      I don't know anything about his 500 e-mails.

 3         Q      You did not talk to a single purchaser of RR/BAYC

 4    NFT; right?

 5         A      I did not.

 6         Q      Okay.  Now, you also testified that, without the

 7    BAYC brand, the RR/BAYCs would not have sold; right?

 8         A      Correct.

 9         Q      It is true for any parody or criticism that,

10    without the underlying brand, the parody or criticism would not

11    sell; correct?

12         A      It's exactly our thing.  It can't be a parody of

13    itself.

14         Q      Without the underlying brand, a parody cannot

15    sell; right?

16         A      A thing cannot be a parody of itself.

17         Q      But without an underlying brand, a parody cannot

18    sell; right?

19         A      There's no "underlying."  It is the brand.

20         Q      Without the movie that they critique, a movie

21    critic's column wouldn't sell; right?

22         A      It's completely inapplicable to this.  It's

23    exactly -- it's as if the movie critic put out the same movie

24    to people to watch.

25         Q      Without the brands that they critique, the parody
```

1  commercials on, say, *Saturday Night Live* wouldn't make any

2  sense; right?

3       A       *Saturday Night Live* doesn't play the same movie.

4       Q       Without the Campbell's® Soup brand, Andy Warhol's

5  paintings would not have sold; right?

6       A       Andy Warhol wasn't selling soup at the grocery

7  store.

8       Q       Without the SeaWorld brand, a bumper sticker

9  saying "Boycott SeaWorld" would not sell; correct?

10      A       It would be as if they opened up a new SeaWorld.

11 It doesn't make any sense.

12      Q       Some people bought RR/BAYCs because of criticism,

13 not confusion; isn't that true?

14      A       No.

15      Q       You haven't talked to a single person to

16 contradict that statement, have you?

17      A       I have not.

18      Q       Now, in fact, you cannot identify the name of

19 even a single person whoever bought an NFT by Ryder Ripps

20 believing that it was a Yuga Labs NFT, can you?

21      A       I don't know their names, but they are visible on

22 Twitter as confused.

23      Q       You cannot identify the Twitter account of a

24 single person who ever bought an RR/BAYC made by Ryder Ripps

25 believing it was a Yuga Labs NFT, can you?

```
1        A       I cannot sitting here.

2        Q       You cannot identify a single transaction on the

3   public blockchain in which someone purchased an RR/BAYC created

4   by Ryder Ripps believing it was actually a Yuga Labs NFT;

5   right?

6        A       Bloomberg News was confused.

7        Q       I see.  And we'll get to that.

8                But you cannot identify a single transaction in

9   which an actual purchaser was confused; isn't that true, sir?

10       A       I don't know why most people buy Bored Apes.

11       Q       Fair enough.  And let me focus you again on my

12  question.

13               You cannot identify a single transaction in which

14  an actual purchaser was confused; correct?

15       A       I cannot.

16       Q       Okay.  Now, you also testified in your witness

17  statement that Mr. Ripps and Mr. Cahen did not have to use the

18  various Bored Apes Club marks to market their NFT collection;

19  right?

20       A       Yes.

21       Q       You are aware that Mr. Ripps and Mr. Cahen have

22  criticized the imagery in the BAYC collection; correct?

23       A       Yes.

24       Q       And you and your co-founder, Mr. Aronow, designed

25  those images; right?
```

1          A       Yes.

2          Q       You are aware that there's been public criticism

3    of those images; right?

4          A       By the defendants, yes.

5          Q       You are aware that there's been other public

6    criticism beyond by the defendants of those images; correct?

7          A       Everything that's extremely popular gets

8    criticized, yes.

9          Q       So there has been public criticism of the images

10   in the BAYC collection by people other than the defendants;

11   correct?

12         A       Anything that's beloved has criticism, yes.

13         Q       So, for example, there has been criticism by the

14   Anti-Defamation League -- by representatives of the

15   Anti-Defamation League calling Yuga's Sushi Chef Headband,

16   Grin Gold Grill, and Hip-Hop traits problematic; correct?

17         A        In the same breadth as they threw out some absurd

18   allegations about our logo, yes.

19         Q       Sir, I want you to, again, just to focus on my

20   question.

21              There has been public criticism by people other

22   than Mr. Ripps and Mr. Cahen of the imagery in Yuga's

23   collections; right?

24         A       Yes.  And these same things are beloved by people

25   all over the world.

1     Q      They've been criticized by the

2   Anti-Defamation League's representatives as problematic; true?

3     A      Yes.

4     Q      Now, Yuga also ties its Bored Ape Kennel Club

5   project into the Bored Ape Yacht Club brand; correct?

6     A      Yes.

7     Q      There has been public criticism of Yuga's

8   selection of its logo for the Bored Ape Kennel Club brand;

9   right?

10    A      Yes.

11    Q      Yuga was criticized for taking another designer's

12  drawing without permission and using it for the Bored Ape

13  Kennel Club logo; right?

14    A      We've amicably resolved any issue there.

15    Q      Yuga received public criticism before that

16  amicable resolution; correct?

17    A      Yes.

18    Q      Yuga also has a gaming project known as

19  Otherside; correct?

20    A      Correct.

21    Q      Yuga ties its Otherside project into the

22  Bored Ape Yacht Club brand; right?

23    A      It's a separate brand.

24    Q      The Otherside project is based around the BAYC

25  brand, sir; correct?

```
1         A       Yes.  They are affiliated.
2         Q       Okay.  There has been public criticism of an
3    aspect of the Otherside project as racially insensitive;
4    correct?
5         A       Yes.  There is one out of, like, 15,000 traits.
6         Q       Yuga has also tied its BAYC brand to its
7    Dookey Dash game, D-o-o-k-e-y, Dash; right?
8         A       Yes.
9         Q       And what is the Dookey Dash game to which Yuga
10   has tied the brand?
11        A       It was a browser-based game that resulted in
12   global competition of people competing in, like, an old-school
13   arcade, Endless Runner.
14        Q       It involved scatological themes; correct?
15        A       Yes.  It takes place in a sewer.
16        Q       It involved actions with regard to animals and
17   scatology; correct?
18        A       It takes place in a sewer, yes.
19        Q       And Yuga received criticism for the Dookey Dash
20   game publicly; correct?
21        A       I don't actually recall.
22        Q       Yuga has engaged an expert -- strike that.
23                Yuga has engaged expert sensitivity readers;
24   correct?
25        A       That's correct.
```

```
1        Q       Those sensitivity readers are supposed to help
2    Yuga avoid the use of offensive material; correct?
3        A       Among other things, yes.
4        Q       They are supposed to help Yuga avoid the use of
5    material that people might object to; correct?
6        A       And also avoid us using things that can be
7    twisted by trolls, yes.
8        Q       Sir, Yuga Labs employs sensitivity readers to
9    avoid readings of material that may offend; right?
10       A       Yes.
11       Q       And some things get missed by the sensitivity
12   readers; right?
13       A       I don't know what you are referring to.
14       Q       The Otherside incident was missed by the
15   sensitivity readers; right?
16       A       Yes.  The Otherside was fully reviewed by two
17   sensitivity readers.
18       Q       Now, people who own a BAYC NFT have a license for
19   commercial use; correct?
20       A       Yes.  There's a copyright license associated with
21   the NFTs.
22       Q       I want to make sure you answer my question.
23               They have a license for commercial use; correct?
24               MR. BALL:  Objection.  Asked and answered.
25               THE COURT:  Overruled.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE WITNESS:  Yes.  If you own a Bored Ape, you own
 2    a -- we grant a commercial copyright license to the NFT.
 3         Q        BY MR. TOMPROS:  People who own BAYC NFTs can
 4    build commercial brands using their NFTs; right?
 5         A        Yes.
 6         Q        Yuga has a set of terms and conditions for
 7    ownership of Bored Ape Yacht Club NFTs; correct?
 8         A        That is correct.
 9         Q        You wrote them yourself; correct?
10         A        Yes.
11         Q        The terms and conditions say, quote, "You own the
12    NFT"; correct?
13         A        Yes.
14         Q        The terms and conditions also say, quote, "When
15    you purchase an NFT, you own the underlying Bored Ape, the art,
16    completely"; correct?
17         A        Yes.  And it goes on for two paragraphs
18    explaining what that means in personal and commercial rights,
19    yes.
20         Q        Your intent in writing that was for people to
21    understand that they could commercialize their NFTs; correct?
22         A        Not that specific.  That line was about
23    displaying it.  But, yes, the terms do cover commercializing
24    your NFTs.  That's why there's a whole paragraph about
25    commercializing the NFT.
```

1          Q       Your intent in writing the terms and conditions

2    was to allow people to be able to commercialize their NFTs.  We

3    can agree on that; right?

4          A       Yes.  That is covered in the terms.

5          Q       And it's reasonable for people who buy a BAYC NFT

6    to rely on those NFTs; right?

7          A       Excuse me?

8          Q       I asked a terrible question.  Let me try it

9    again.

10                 It is reasonable for people who buy a BAYC NFT to

11   rely on the terms and conditions that you wrote; correct?

12         A       Yes.

13         Q       Now, just last week, Yuga issued a new public FAQ

14   document; correct?

15         A       I don't know what you are referring to.

16         Q       Could I ask you to look in your cross-examination

17   exhibit binder at JTX-2722.

18                 MR. TOMPROS:  Your Honor, we can pull it up on the

19   screen if it would help, but I'm happy just to proceed with the

20   binders as well.

21                 THE COURT:  You can put it on the screen.  It will

22   be easier than lugging all the binders around.

23                 MR. TOMPROS:  Thank you, Your Honor.

24                 Can we pull up JTX-2722?

25         Q       BY MR. TOMPROS:  All right.  Mr. Solano, do you

```
 1   see JTX-2722 in front of you?

 2        A       Yes.

 3        Q       This is a part of the madeby.yuga.com web page;

 4   right?

 5        A       It's our "Made by Apes Product FAQ," correct.

 6        Q       Okay.  And this FAQ was just released last week;

 7   correct?

 8        A       Yes.  But we also released, like, another FAQ the

 9   week before and another before that.  So I didn't know which

10   one you were referring to.

11        Q       Fair enough.

12                Let's go to page -- actually, let me do this, if

13   I can.

14            MR. TOMPROS:  We would offer JTX-2722 into evidence.

15            THE COURT:  Any objection?

16            MR. BALL:  No objection.

17            THE COURT:  All right.  2722 will be received into

18   evidence.

19          (Exhibit No. JTX-2722 received into evidence.)

20            MR. TOMPROS:  If we go to page 3 -- maybe page 2.

21   Thank you.

22        Q       BY MR. TOMPROS:  If we look at page 2 of

23   JTX-2722, there's a section that says, "What does Yuga Labs

24   own"; correct?

25        A       That's correct.
```

UNITED STATES DISTRICT COURT

1    Q    And that section in the last sentence of the

2 first paragraph says, "Yuga owns all copyright, trademark,

3 patent, and other intellectual property to things like," and

4 then it lists a lot of things; correct?

5    A    That's correct.

6    Q    And just above that, it says -- in the top of the

7 paragraph it says, "But that use license doesn't mean

8 ownership"; right?

9    A    That's correct.

10    Q    Is the FAQ right, that the owner of the NFT

11 doesn't have ownership, or are your original terms and

12 conditions right when they say you own the NFT?

13    A    You can own an NFT without owning a copyright.

14    Q    The original terms and conditions said you own

15 the underlying art completely; right?

16    A    Yes.  And it also goes on for several paragraphs

17 talking about a license.  Why would it do that?

18    Q    You issued this FAQ because these were questions

19 that were frequently asked about Bored Ape Yacht Club NFTs;

20 correct?

21    A    In fact, yes, we have FAQs that go back

22 immediately to the release of the collection making this clear.

23    Q    People didn't know, based on the terms, exactly

24 what they owned and didn't own; correct?

25    A    Regular people don't always understand all terms

```
 1    and conditions, in my opinion.

 2         Q      Now, you are aware that a person named

 3    Ryan Hickman collaborated with Mr. Ripps and Mr. Cahen on the

 4    RR/BAYC project; right?

 5         A      Yes.

 6         Q      And Yuga has conceded that Mr. Hickman owned a

 7    BAYC NFT at the time that he collaborated with Mr. Ripps and

 8    Mr. Cahen; correct?

 9         A      Yes.

10         Q      Mr. Hickman is a member of the Bored Ape Yacht

11    Club; right?

12         A      He owns one of the NFTs.

13         Q      And he contributed to a project that was critical

14    of Yuga; correct?

15         A      Yes.

16         Q      And Yuga sued him; right?

17         A      Yes.

18         Q      Okay.  Now, it's your testimony that there are no

19    other NFT collections that have caused as much confusion in the

20    marketplace as the RR/BAYC collection; right?

21         A      That is correct.

22         Q      How did you go about comparing the confusion

23    caused by the RR/BAYC collection with the confusion caused by

24    the Bored Ape Solana Club?

25         A      The Bored Ape Solana Club did not appear in a
```

1   live *Bloomberg News* report.  It also didn't generate, quote,

2   $10 million of impact to my company.  It's also in a different

3   blockchain called Solana.  And so they couldn't use it on

4   Etherscan with our same trademarks there.

5          It wasn't appearing on Foundation, one of the

6   biggest NFT marketplaces in the world, on the day that

7   Foundation said they would be opening up their marketplace to

8   broader products.

9          It would be like if Whole Foods said, hey, we

10  don't carry Budweiser, but next week we're going to be opening

11  up our shelves to more beers, and on that exact day, somebody

12  contrived to put fake Budweiser there.  And, of course, people

13  are going to assume it's real.  And that's why *Bloomberg* and

14  everyone else is confused.

15  Q     Sir, I want to make sure you are focused on my

16  question.  Let me maybe be a little bit more specific and that

17  will help.

18         What data do you have about the Bored Ape Solana

19  Club?

20  A     I can look on the marketplaces and see that they

21  are not using our skull logo, which helps because that is, you

22  know, like our Nike swoosh.  I can see the amount of volume

23  that is sold.  I can see that it hasn't sold a single one in

24  four months.  I can see that it didn't sell on OpenSea

25  basically at all.  It really only sold on Magic Eden, which is

```
 1    a place that only up until very recently was it even possible
 2    to buy a Bored Ape there.
 3              Yeah, I can see quite a lot.
 4         Q    So you -- when you evaluate the impact of this,
 5    how do you quantify?  What number do you use to quantify
 6    marketplace harm by a particular NFT collection?
 7         A    In this case, the number that comes to mind is
 8    the, quote, "$10 million in impact" that your defendant said
 9    that they did to my company.
10         Q    Got it.
11              Okay.  So you are relying in comparing Bored Ape
12    Solana to a statement about $10 million in impact purportedly
13    made about the Bored Ape -- the RR/BAYC project; right?
14         A    I -- there's other things too, if I can go into
15    that.
16         Q    But you are relying on the $10 million statement;
17    right?
18         A    If I needed to give a specific number, that feels
19    appropriate, yeah.
20         Q    Now, let's talk about this *Bloomberg* video that
21    you have referred to a couple of times.
22              You say in your witness statement that the
23    *Bloomberg News* agency was confused by RR/BAYC NFTs; correct?
24         A    Yes.
25         Q    And did you watch the actual video of the clip
```

**UNITED STATES DISTRICT COURT**

```
1    that you cited?

2         A     Yes.

3         Q     You did not actually speak to the Bloomberg

4    reporters that you cited that created that video; right?

5         A     No.

6         Q     And your witness statement says that the clip

7    refers to defendants' NFT collection as Bored Ape Yacht Club

8    V3; right?

9         A     That's correct.

10        Q     The words "Bored Ape Yacht Club V3" appear in a

11   slide in the background of that video; correct?

12        A     Yes.

13        Q     Nobody actually says the words "Bored Ape Yacht

14   Club V3" in the video, do they?

15        A     No.  They say, "Bored Ape Yacht Club," and they

16   talk about the real thing while the fake one is sitting behind

17   them.

18        Q     Nobody ever says a word about Ryder Ripps?

19        A     No.  They talk about Bored Ape Yacht Club.

20        Q     Nobody ever says a word about Jeremy Cahen in

21   that video; right?

22        A     No.  They talk about Bored Ape Yacht Club.

23        Q     The video never once refers to RR/BAYC; correct?

24        A     No.  They talk about Bored Ape Yacht Club.

25        Q     Your testimony is that that video that you have
```

```
 1   just said doesn't say anything -- doesn't use the words
 2   "RR/BAYC, Ryder Ripps, Jeremy Cahen."  Your testimony is that
 3   that video is reporting on the RR/BAYC collection as if it
 4   belongs to Yuga Labs; right?
 5        A     It's Bored Ape Yacht Club.  And, yeah, the whole
 6   way that we're describing it as RR/BAYC, of course they are not
 7   saying that because it said Bored Ape Yacht Club V3.  That's
 8   how they were promoting it.
 9              (Reporter clarification.)
10              THE WITNESS:  This was being promoted as Bored Ape
11   Yacht Club V3.
12        Q     BY MR. TOMPROS:  The actual video never once
13   refers to RR/BAYC, Mr. Ripps, or Mr. Cahen; correct?
14        A     That's right.  That's why it's confusing.
15        Q     The actual video does not once refer to
16   Yuga Labs; correct?
17        A     It refers to Bored Ape Yacht Club.  I don't
18   recall Yuga Labs.
19        Q     You don't even know, sir, whether Bored Ape V3
20   was created by Ryder Ripps or not, do you?
21        A     Yes, I do.
22        Q     Let's see what you said at your deposition, if we
23   could.
24              You gave a deposition in this case; right?
25        A     Yes.
```

```
 1        Q       And you swore an oath to tell the truth, same

 2   oath as today; right?

 3        A       Yes.

 4        Q       If we look at your deposition -- and we can pull

 5   it up on the screen -- at page 152, starting at line 13.

 6                "QUESTION:  Was the Bored Ape V3 created by

 7   Ryder Ripps?"

 8                There's an objection from your counsel.

 9                "ANSWER:  I don't know."

10                Was that your testimony at your deposition?

11        A       Yes.

12        Q       Okay.  Now, you refer in your witness statement,

13   also, to something called "Ape Market"; right?

14        A       That's correct.

15        Q       It's your testimony that Mr. Ripps and Mr. Cahen

16   sought to sell RR/BAYCs on Ape Market; right?

17        A       Yes.

18        Q       And the term "Ape Market" actually shows up more

19   than 20 times in your witness statement; right?

20        A       Yes.

21        Q       Ape Market was never actually launched; right?

22        A       We sued prior to the launch of Ape Market, yes.

23        Q       You can't say whether Ape Market actually exists;

24   right?

25        A       I have reviewed the code taken from the developer
```

```
 1   of Ape Market.  I've reviewed the Twitter page for Ape Market
 2   that -- I've reviewed internal documents from your defendants
 3   where they were creating advertisements for Ape Market, and
 4   they were debating on the use of different backgrounds for the
 5   image.  But the image itself says, "Dear Yuga Community" for
 6   the advertisement for Ape Market.
 7        Q     I just want to be efficient so we can focus on my
 8   question.
 9              Do you know whether Ape Market exists?
10        A     We have the code for Ape Market from Tom Lehman,
11   yes.
12        Q     Take a look at your deposition at page 116,
13   lines 5 through 6.
14              "QUESTION:  Do you know whether Ape Market
15   exists?
16              "ANSWER:  I don't recall."
17              Were you asked that question, and did you give
18   that answer?
19        A     Yes.
20        Q     Okay.  Now, you also offered some testimony about
21   discussions within Yuga about the harm that defendants' actions
22   purportedly caused; right?
23        A     Yes.
24        Q     Now, the primary communications that Yuga has
25   used for business are Slack messaging and e-mail; right?
```

1      A      That's correct.

2      Q      You have not identified a single Yuga e-mail in

3  which someone wrote down a single word about the purported harm

4  that the RR/BAYC project was causing; correct?

5      A      Correct.

6      Q      You have not identified a single Yuga Slack text

7  message about the purported harm that the RR/BAYC project was

8  causing; correct?

9      A      Correct.

10     Q      In fact, in your testimony, you did not identify

11 evening a single internal document from Yuga that even once

12 mentions any confusion that you say was being caused; correct?

13     A      We were in person during that week meeting with

14 counsel, running an event that we put millions and millions of

15 dollars behind.  That made it a very good moment for your

16 defendants to ride our coattails.  We were in person all day.

17     Q      You don't cite any text or any e-mails; right?

18     A      Correct.

19     Q      You were sending texts and e-mails during that

20 week, weren't you, sir?

21     A      Yes.  I'm sure I was sending texts and e-mails

22 that week.

23     Q      All right.  Your witness statement also says that

24 the defendants placed the BAYC logo at the top of the web page

25 they used to manufacture RR/BAYC NFTs; right?

1      A       That's correct.

2      Q       Now, you visited the website rrbayc.com; right?

3      A       Correct.

4      Q       Let's take a look at it.  It's JTX-2085.

5             MR. TOMPROS:  It will -- it is along with one of the

6   witness statements that will come in later.  So I don't think

7   we need to offer it now unless Your Honor would prefer that I

8   offer it now.

9             THE COURT:  No.  We'll mark it for identification,

10  though.

11            MR. TOMPROS:  Thank you.

12        (Exhibit No. JTX-2085 marked for identification.)

13     Q       BY MR. TOMPROS:  So we have got marked for

14  identification JTX-2085, and this is the -- let's look at the

15  logo at the top of this website, rrbayc.com.

16            That is not the Bored Ape Yacht Club logo, is it?

17     A       That is our skull exactly.

18     Q       That logo, the whole logo is not the Bored Ape

19  Yacht Club logo; correct?

20     A       That is our skull logo.  And, yes, text

21  has been changed around it.  But it would be like showing the

22  Nike swoosh and then putting something next to it and saying

23  something about teeth.

24     Q       Specifically, this logo -- the logo at the

25  top of the RR/BAYC website says this logo is based on the

```
 1    SS Totenkopf; right?

 2          A      Yes.

 3          Q      It is a critique of Yuga Labs's logo; correct?

 4          A      It's our logo.

 5          Q      And that's what was at the top of the rrbayc.com

 6    website; right?

 7          A      Yes.

 8          Q      All right.  Now, in your testimony, you rely on a

 9    declaration by a person by the name of Mr. Thomas Lehman;

10    correct?

11          A      Correct.

12          Q      Did you rely on Mr. Lehman's statements about

13    consumer confusion in that declaration; right?

14          A      As one of the sources of confusion, yes.

15          Q      When you relied on Mr. Lehman's declaration, did

16    you know that Yuga lawyers wrote it?

17                 MR. BALL:  Objection.  Lacks foundation.

18                 THE COURT:  Sustained.

19                 MR. TOMPROS:  Fair enough.

20          Q      BY MR. TOMPROS:  When you relied on Mr. Lehman's

21    declaration, did you know whether Yuga's lawyers drafted it?

22          A      No.

23          Q      At the time he signed his declaration, Mr. Lehman

24    was being sued by Yuga; correct?

25          A      Yes.
```

1          Q        At that time, he was intimidated by Yuga's

2     lawsuit; correct?

3          A        No.

4          Q        Did you read Mr. Lehman's deposition?

5          A        No.

6          Q        Mr. Lehman's deposition has -- you didn't take a

7     look at Mr. Lehman's deposition before you relied on his

8     declaration?

9          A        I have read parts of it, but I have not read his

10    entire deposition, no.

11         Q        Did you read the part where he said he was

12    intimidated by Yuga's lawsuit?

13         A        No.

14         Q        Did you read the part where he said, quote, "No

15    declaration.  No settlement"?

16         A        No.

17         Q        Did you read the part where he said that the case

18    would be disastrous to his family and himself even if he won?

19         A        I don't recall that.

20         Q        Did you consider whether Mr. Lehman was scared

21    for his family at the time he signed that declaration, sir?

22         A        He made over $100,000 scamming our community.  He

23    knew what he was doing.

24         Q        Now, you also rely on Mr. Lehman's declaration to

25    characterize the RR/BAYC project as a, quote, "business

```
 1   venture"; right?
 2        A      Yeah.  And I think there's a quote from him that
 3   it's a, quote, "full-on scam/LARP."
 4                (Reporter clarification.)
 5                THE WITNESS:  Ryder is going on his full-on
 6   scam/LARP I believe is the quote, L-A-R-P.
 7        Q      BY MR. TOMPROS:  That's not in his declaration,
 8   is it?
 9        A      That's, I believe -- maybe it's in the consent
10   judgment.  I don't know.  It's different things.
11        Q      Okay.  So you don't know where you are getting
12   that?
13        A      A legal document.
14        Q      You understand that the words "business venture"
15   are the words you relied on; right?
16        A      Yes.
17        Q      And you understand that it was Yuga's lawyers
18   that chose the words "business venture"; correct?
19        A      It's obvious that they are in a business venture
20   from -- did they not come to an agreement about how they were
21   going to split profits?
22        Q      Sir, my question to you is:  You relied and
23   quoted Mr. Lehman as saying "business venture"; right?
24        A      Yes, this is a business venture.
25        Q      Those were Yuga's lawyers' words; right?
```

```
 1        A       They can be my words too.  That's what they were

 2   doing.

 3        Q       They were not Mr. Lehman's preferred words for

 4   what RR/BAYC was?

 5        A       I just gave you what his preferred words were.

 6        Q       Did you read his deposition where he talked about

 7   what his preferred word was?

 8        A       I just gave you what I recall as his preferred

 9   words.

10        Q       Did you read the part in his deposition where he

11   said it was a project and he wouldn't have used the words

12   "business venture"?

13        A       I just gave you what I recall as his preferred

14   words.

15        Q       Now, as part of its settlement with Mr. Lehman,

16   Yuga required Mr. Lehman to delete critical statements that he

17   made about Yuga in the past; correct?

18        A       And we agreed not to talk about him either.

19        Q       Sir, I just want to make sure you focus on my

20   question.

21                You, as a condition of settlement, required

22   Mr. Lehman to delete statements critical of Yuga?

23                MR. BALL:  Objection.  The settlement agreement is

24   confidential.  The parties agreed the settlement agreement is

25   confidential.  There's no objection to the confidentiality of
```

```
 1    the settlement agreement.
 2              THE COURT:  What's the objection?
 3              MR. BALL:  That it should not be -- well, it's
 4    irrelevant, and it should not be admitted into evidence and
 5    through their testimony.
 6              THE COURT:  The objection is sustained.
 7         Q      BY MR. TOMPROS:  Do you know, sir, whether
 8    Mr. Lehman -- strike that.
 9              Do you know whether Yuga Labs could have brought
10    Mr. Lehman here to testify at trial?
11         A      I don't know.
12         Q      Yuga hasn't called him to testify at trial;
13    right?
14         A      I don't know.
15         Q      The testimony at trial is your reliance on a
16    declaration from someone who said that he feared for his family
17    and whose deposition you haven't read entirely; correct?
18         A      He was a co-conspirator in the scam, and he's
19    admitted as such.  And at the time, he called it a scam in
20    private messages to people he knew.
21         Q      We don't have his testimony about that.  We have
22    yours; right?
23         A      I'm sure we can find a text message where he
24    called it a scam.
25         Q      We have your testimony about what you think he
```

1    thought.  We don't have his actual testimony; right?

2         A      Is a text message calling a scam testimony?

3         Q      That's not for me to decide.

4                But we don't have his testimony.  We know that

5    much; right?

6                MR. BALL:  Objection.  There's been testimony

7    submitted for Mr. Lehman by the defendants.

8         Q      BY MR. TOMPROS:  We don't have his testimony on

9    the issues that you discussed; correct, sir?

10               MR. BALL:  Objection.  Lacks foundation.

11               THE COURT:  The objection is sustained, foundation

12   objection.

13        Q      BY MR. TOMPROS:  We have your testimony here

14   today, and Yuga could have called Mr. Lehman; right?

15               THE COURT:  He's already answered the last part.

16               MR. TOMPROS:  Fair enough.  Fair enough.  Let me

17   move on.

18        Q      BY MR. TOMPROS:  Now, you also testified that

19   Mr. Ripps sold RR/BAYC NFTs on the same marketplace as

20   Yuga Labs sold NFTs; right?

21        A      Yes.

22        Q      You have not identified a single instance in

23   which Mr. Ripps sold an RR/BAYC NFT on any marketplace where

24   Yuga sold a Bored Ape Yacht Club NFT; isn't that right?

25        A      Yuga's NFTs make up most of the volume on

```
 1   OpenSea, on LooksRare.  And I already spoke about why
 2   Foundation was uniquely contrived to confuse people.
 3        Q        Sir, again, I want you to focus on my question.
 4            You have not identified a single instance in
 5   which Mr. Ripps sold an RR/BAYC NFT on any marketplace where
 6   Yuga sold a BAYC NFT; correct?
 7        A        The NFTs sell on OpenSea; correct?  Did he create
 8   RR/BAYC?  You agree with me on that.  Did they sell on OpenSea?
 9   What are we trying to get at here?
10        Q        I would like you to focus on my question, sir.
11            You have not identified a single instance in
12   which Mr. Ripps sold an RR/BAYC NFT on any marketplace where
13   Yuga sold a BAYC NFT; correct?
14        A        So it sounds like you are trying to make a
15   distinct between an initial primary sale meant --
16            THE COURT:  If you don't understand the question,
17   just tell him you don't understand the question.
18            THE WITNESS:  I don't understand your question.
19        Q        BY MR. TOMPROS:  You understand what it means to
20   make a sale of an NFT; right?
21        A        Yes.
22        Q        You understand what an NFT marketplace is;
23   correct?
24        A        Yes.
25        Q        You understand what it means for Yuga to sell an
```

```
 1   NFT; correct?

 2        A     Yes.

 3        Q     You understand what it means for Mr. Ripps to

 4   sell an NFT; correct?

 5        A     Yes.

 6        Q     You have not identified a single instance in

 7   which Mr. Ripps sold an RR/BAYC NFT on any marketplace where

 8   Yuga sold a BAYC NFT; correct?

 9        A     I already explained why that would be.

10   Foundation did not -- could not list Bored Apes until the very

11   moment that they decided to run the scam on that website.  And

12   then, of course, yes, then their secondaries are being sold on

13   OpenSea.  It's like getting together with your friends, buying

14   a bunch of counterfeit bags, and then you take them to the

15   swap meet.

16        Q     Sir, I'm focused on whether the statements in

17   your witness statement are true or not.

18              You have not identified a single instance in

19   which Mr. Ripps sold an RR/BAYC on any marketplace where Yuga

20   sold BAYC NFT; correct?

21        A     These marketplaces have done thousands of these

22   in volume on both brands' NFTs.

23        Q     Is that your best answer to my question, sir?

24        A     Yes.

25        Q     Okay.  Now, Yuga never had a page on Foundation
```

```
 1    for the Bored Ape Yacht Club; right?

 2         A     Yes.

 3         Q     You agree with me, they never had a page on

 4    Foundation -- right? -- for the Bored Ape Yacht Club?  The

 5    "yes" was confusing.  That's why I'm clarifying.

 6               Do you agree that Yuga never had a page on

 7    Foundation for the Bored Ape Yacht Club?

 8         A     I don't recall there being one, no.

 9         Q     Now, on what marketplace did Mr. Ripps and

10    Yuga Labs sell NFTs -- strike that.  Let me ask a different

11    question.

12               Let's look specifically at JTX-686, which is

13    excerpted in your witness statement.  And if we can maybe blow

14    up what you've put there.

15               This is one of the documents you rely on in your

16    witness statement; right?

17         A     Yes.

18         Q     And you say that this image from JTX-686 shows

19    defendants using the BAYC marks to sell their NFTs alongside

20    authentic Yuga Labs BAYC NFTs; right?

21         A     Yes.

22         Q     This side-by-side image, JTX-686, never appeared

23    on OpenSea, did it?

24         A     This side-by-side image, no.  But these are two

25    different pages that look exactly the same.
```

1      Q      It never appeared -- this side-by-side image

2  never appeared on any website selling NFTs; right?

3      A      I don't know if that's true.  But this is a crop

4  of two different pages that look exactly the same.

5      Q      It never appeared side by side; correct?

6            MR. BALL:  Objection.  Vague.

7            THE COURT:  Overruled.

8            THE WITNESS:  I just answered the question.

9      Q      BY MR. TOMPROS:  Where did you get this image,

10  JTX-686?

11      A      It was prepared for us.  Counsel prepared it.

12      Q      You didn't find it on OpenSea; right?

13      A      I did not specifically screenshot this image, no.

14      Q      This image, the combined image like this --

15  strike that.

16            It's hard to see.  But if we could blow up on the

17  right-hand side, there's a "Created By" section.  And it's hard

18  to see, but it looks like it says -- sorry, "owned by," not

19  "created by," "Owned By Safo214"; right?

20      A      I'll take your word for it that that's what it

21  says.  But, yes, it's owned by a username.

22      Q      That's not Mr. Ripps or Mr. Cahen; right?

23      A      No.  This had already been sold to that person by

24  them.

25      Q      This image that you've got here, JTX-686, does

1   not show them selling RR/BAYCs -- does not show Mr. Ripps or

2   Mr. Cahen selling RR/BAYCs alongside any Yuga product; right?

3        A       In this image, no.  But they were directing

4   people to OpenSea to purchase their NFTs.

5        Q       I want to focus on what you actually put in your

6   testimony.  This is the image you put in your testimony; right?

7        A       Yes.

8        Q       This shows sales alongside each other; correct?

9        A       They were happening on the same marketplace.

10  They look exactly the same.

11       Q       They didn't actually appear side by side; right?

12       A       Okay.

13       Q       And Mr. Ripps didn't actually make the sale, nor

14  did Mr. Cahen; correct?

15       A       There are other sales that they did on -- didn't

16  Cahen sell, like, 85 of them on LooksRare two days before we

17  sued?

18       Q       Mr. Ripps and Mr. Cahen did not make the sale

19  that you rely on; correct?

20       A       This specific one is talking about sales of

21  Bored Ape NFTs where OpenSea were where most of the volume in

22  identical NFTs being sold there, and they were directing people

23  to purchase them on OpenSea.  And once they were taken down

24  from OpenSea, they were directing people to LooksRare.  And

25  then they were dumping them on LooksRare.

```
1                  As I said, Jeremy Cahen dumped, like, 80 on

2    LooksRare two days before the suit.  Why would he need to sell

3    them on LooksRare if he was selling them originally?  Good

4    question.  It's because it's more confusing on LooksRare.

5                  MR. TOMPROS:  Your Honor, I would move to strike

6    that as nonresponsive.

7                  THE COURT:  That motion will be denied.

8                  MR. TOMPROS:  Thank you, Your Honor.

9         Q     BY MR. TOMPROS:  All right.  Let's move on to one

10   other thing that you say in your witness statement about

11   Mr. Ripps's and Mr. Cahen's sales.

12                You say that Mr. Ripps's and Mr. Cahen's profits

13   continue to increase; right?

14        A     Yes.

15        Q     And you understand that Mr. Ripps and Mr. Cahen

16   have testified that they do not currently receive any royalties

17   or creator fees from sales on secondary marketplaces; right?

18        A     Yes.

19        Q     So you don't have any basis for your statement

20   that their profits continue to increase; correct?

21        A     It's my understanding they were collecting

22   royalties or creator fees from LooksRare for quite a while.

23   Although, those were supposed to be donated to charity and

24   never were.

25        Q     They don't continue to increase; correct, sir?
```

```
 1        A      Correct.

 2        Q      That statement, that part of your witness

 3   statement is incorrect; right?

 4        A      Yes.

 5        Q      Okay.  Now, your deposition in this case was

 6   noticed for January 11th, 2023; correct?

 7        A      Yes.

 8        Q      You did not appear for your deposition on

 9   January 11th, 2023; correct?

10        A      Yes.  I was in an international business meeting,

11   and I appeared the next week.

12        Q      The reason you did not appear was because of this

13   business meeting; correct?

14        A      Yes.

15        Q      Yuga had filed a motion asking to excuse your

16   appearance in part because of this business meeting; correct?

17        A      That's correct.

18        Q      The Court denied Yuga's motion; correct?

19        A      That's correct.

20        Q      And you, nonetheless, did not appear; correct?

21        A      Until the next week.

22        Q      Okay.  Now, Yuga has asked that Mr. Ripps and

23   Mr. Cahen be, in your words, severely enjoined; right?

24        A      Yes.

25        Q      And one of the terms that Yuga seeks in its
```

**UNITED STATES DISTRICT COURT**

1    injunction would prohibit Mr. Ripps and Cahen from using any of

2    the words at issue in this case in any way to promote anything;

3    correct?

4           A      That sounds right.

5           Q      They could not promote criticism using the words

6    "BAYC" or "Bored Ape Yacht Club"; correct?

7           A      You are trying to call "criticism" using our

8    exact same art.

9           Q      Sir, I'm asking about what you have asked for by

10   this "severely enjoined" request.

11                 Under what Yuga has requested, Yuga has requested

12   a prohibition on Mr. Ripps and Mr. Cahen promoting criticism of

13   Yuga Labs using the words "BAYC" or "Bored Ape Yacht Club";

14   isn't that right?

15          A      I'm not aware of this, no.

16          Q      Okay.  You don't know?

17          A      I don't know all the specifics of the injunction,

18   no.

19          Q      Do you know whether Yuga has requested an order

20   that Mr. Ripps and Mr. Cahen destroy everything in their

21   control, including things like websites that use the words

22   "Ape" or "Bored Ape"?

23          A      I don't know the details, no, about the

24   injunction.

25          Q      Is the severe injunction that Yuga seeks, is that

```
 1    severe injunction broad enough to prevent them from criticizing
 2    Yuga using Yuga's marks?
 3         A     I just -- I don't know.
 4               MR. TOMPROS:  That's all I have.
 5               Thank you, Your Honor.
 6               THE COURT:  All right.  Redirect.
 7                        REDIRECT EXAMINATION
 8    BY MR. BALL:
 9         Q     Mr. Solano, it's still morning.  Good morning.
10         A     Good morning.
11         Q     Is it your understanding whether Yuga Labs is
12    seeking an injunction to enjoin Mr. Ripps's or Mr. Cahen's
13    criticisms?
14         A     No.  My understanding is that we want to prevent
15    them from doing things like they did in promoting Ape Market,
16    where they created an advertisement and they workshopped it
17    internally.  And it says, quote, "Dear Yuga Community."
18               It's very difficult for me to accept the fact
19    that they are not advertising directly to our community when
20    they say things like "Dear Yuga Community" and they are selling
21    identical images with our identical marks.
22               And while they'll point out things like, oh, this
23    version of the logo on this page had said something about
24    teeth, the actual logo that was there at the most that -- the
25    moment that was most ripe for confusion on Foundation was our
```

1  exact same logo.  They didn't even bother to use the other one.

2      Q      And every single one of the sales that you just

3  referred to of their RR/BAYC NFTs --

4          MR. BALL:  Are you going to object on leading?

5          MR. TOMPROS:  I am.

6      Q      BY MR. BALL:  What marks does -- do the

7  defendants use in the sale of their RR/BAYC NFTs?

8      A      They use Bored Ape Yacht Club, BAYC.  They use

9  the skull logo.  All of these marks are present on Etherscan

10  and the contracts where they would have to be input, where you

11  could easily put RR/BAYC or RR Bored Ape Yacht Club or whatever

12  it is, but they didn't.  They used Bored Ape Yacht Club, token,

13  BAYC.  And then on Foundation, like I said, they used the exact

14  same skull.  And then on other marketplaces, they used

15  Bored Ape Yacht Club V3.

16          They took advantage of confusion in the market.

17  And only rarely in those days was RR/BAYC actually what they

18  were using to identify it.  They were responding to Tweets from

19  people on Twitter, asking what NFT should I buy, and they are

20  responding Bored Ape Yacht Club V3.  *Bloomberg News* is picking

21  up Bored Ape Yacht Club V3.

22      Q      And Mr. Tompros showed you your deposition where

23  you said you didn't know if Bored Ape Yacht Club V3 was coming

24  from Mr. Ripps?

25      A      I knew that they were the same project.  In a

1    deposition and here as well, I'm trying to be extremely

2    diligent in answering questions and being truthful.

3                And so I didn't know if he was the one who

4    pressed the button to change it to Bored Ape Yacht Club V3 or

5    if that was Jeremy Cahen or if that was Thomas Lehman or if

6    that was Ryan Hickman or whoever.

7         Q     And since your deposition, you have, again, gone

8    back and reviewed some of the communications from the

9    defendants, both on Twitter and in their chats?

10        A     That's correct.

11        Q     And in those communications, have you seen them

12   use V3 -- Bored Ape Yacht Club V3?

13        A     That is correct.

14        Q     And Mr. Tompros also asked you about examples of

15   confusion caused by the defendants.  And he questioned why

16   couldn't you identify a specific instance of confusion.

17        A     I can identify many instances of confusion.

18   There were Tweet sales -- you know, it's very common in NFT

19   space for sales to be announced on Twitter.  And so there's

20   specific instances where a Gold Ape, let's say, sells for

21   6 ETH.  And that Tweet is littered with replies with people

22   being extremely confused, including someone saying, wow, I

23   looked on-chain, and I still didn't know this was an RR/BAYC.

24                Meaning they clicked through to Etherscan, they

25   were technically savvy enough to get that far.  They saw the

1    BAYC token ID.  They saw the Bored Ape Yacht Club and BAYC.
2    They couldn't make sense of it until finally somebody else
3    pointed out that no, no, no, this is a scam.  And then they
4    understood.
5              I don't know most people who own Bored Apes.  I
6    only know them if they make themselves known to me.  When I go
7    to community events, people come up to me, and they introduce
8    themselves to me for the first time.  And sometimes they'll
9    have a sticker of their Ape, and that's how I identify them.
10             There is also people that get scammed for
11   millions of dollars with their Bored Apes that don't want to
12   come forward because it's super embarrassing.
13             And so I don't think it's absurd that, if
14   somebody bought a Bored Ape and figured out it was a scam, that
15   they weren't going to, you know, raise their hand and shout
16   about it.  There's abundantly clear confusion on Twitter, on
17   *Bloomberg News* on the day of the biggest event of the year that
18   we spent millions and millions of dollars marketing.
19             And also, like I said, they were taking advantage
20   of Foundation's own marketing efforts to say, hey, there's
21   going to be more familiar NFTs that you guys like on our
22   marketplace this week.  So come check it out.
23        Q    Mr. Tompros also asked you about Mr. Lehman's
24   testimony, his declaration.
25        A    Yes.

1    Q       And it's your understanding that Mr. Lehman

2  submitted a declaration in this case; correct?

3    A       Yes.

4    Q       And Mr. Lehman has also entered into a consent

5  judgment?

6    A       Yes, he has.

7    Q       So Mr. Lehman has been enjoined from infringing

8  the NFTs that are at issue here?

9    A       That is correct.

10   Q       And Mr. Tompros asked you about whether or not

11 you had reviewed portions of Mr. Lehman's testimony?

12   A       Correct.

13   Q       And did you review the portion of Mr. Lehman's

14 testimony where he affirmed his declaration and said it was

15 accurate?

16   A       Yes.

17   Q       Did you review the portion of Mr. Lehman's

18 testimony where he said that, even if "business venture"

19 wouldn't have been his choice of words, that he affirms

20 everything in his declaration?

21   A       That's correct.

22           MR. BALL:  I want to bring up, please, Exhibit 2085.

23 Please scroll down on 2085.  Keep scrolling.

24   Q       BY MR. BALL:  And Mr. Tompros represented this

25 was one of Mr. Ripps's websites where he sold RR/BAYCs;

1   correct?

2        A      Correct.

3        Q      And what are the images that we see there?

4        A      These are exact copies of Bored Apes -- that make

5   part of the Bored Ape Yacht Club NFT collection.

6        Q      And what are the numbers that we see there?

7        A      These are token IDs.  They correlate exactly to

8   the real ones.  So if you were to scroll to the previous page,

9   No. 3 is my Bored Ape.  No. 1 is one of my co-founders.  No. 2

10  is another one of my co-founders.

11       Q      So Mr. Ripps was using Yuga Labs's identical Ape

12  ID numbers to sell his infringing RR/BAYCs?

13       A      That's correct.

14              MR. BALL:  You can go ahead and take that down.

15              Let's bring up 171.  It's already been admitted into

16  evidence as part of this declaration, Your Honor.

17              THE COURT:  All right.

18       Q      BY MR. BALL:  Mr. Tompros asked you about the

19  page where they were -- Mr. Ripps manufactured the RR/BAYC

20  NFTs; correct?

21       A      That's correct.

22       Q      I think there's some confusion between you and

23  Mr. Tompros about whether or not that was the page that we just

24  looked at, 2085, or what your declaration states where it says,

25  they even placed a BAYC logo at the top of the web page they

```
 1    used to manufacture RR/BAYC NFTs.

 2               Do you see your logo on the top of 171?

 3         A    Yes.  That is our exact skull logo.  It says,

 4    "Bored Ape Yacht Club."  There's no reference to teeth.

 5         Q    And you discussed with Mr. Tompros sales on

 6    OpenSea; correct?

 7         A    Correct.

 8         Q    How have the secondary sales of the RR/BAYCs

 9    continued to harm Yuga Labs?

10         A    Well, RR/BAYCs are no longer being sold directly

11    on OpenSea.  More recently, OpenSea launched a new marketplace

12    called OpenSea Pro, which defendants -- Mr. Cahen immediately

13    took as an opportunity to promote that on Twitter.

14               The infringing NFTs also still sell on LooksRare.

15    And they even take things like legal documents that are

16    produced as a matter of this trial.  Mr. Cahen Tweeted

17    "One out," implying that Yuga would buy the infringing NFTs

18    from the current holders for any price, which resulted in a

19    500 percent increase in volume on that day for those NFTs.  So

20    they were taking every chance that they can get to still

21    promote these NFTs.

22         Q    How has that continued promotion harmed

23    Yuga Labs?

24         A    As with any luxury brand or any collectible,

25    dilution, confusion, fakes are the most important things that
```

1   we have to deal with.

2               If someone knows that they can buy a Rolex -- say

3   there's only 10,000 of some rare day and date Rolex but they

4   can buy a new one, a fake one identical for $200, of course

5   that harms the exact premise of the collectible and everything

6   that it represents.

7       Q       And have there been sales of BAYCs for prices

8   closer to $200?

9       A       The original Bored Apes were sold for $200.  And

10  we've done other sales over the past two years that are for

11  lower prices.

12              And, also, there's been unfortunate circumstances

13  in the past -- have also been celebrated by the defendants --

14  where people, quote, "Fat Finger" an NFT, they sell it for a

15  price that they didn't mean to, or OpenSea had an error that

16  allowed NFTs to sell for prices that they weren't currently

17  listed at.

18              And so there have been periods in the past where

19  extremely rare Apes were selling for mistaken values.

20      Q       Have you seen Mr. Ripps or Mr. Cahen promote the

21  secondary sales on OpenSea?

22      A       Yes.  I have directly seen them Tweet about

23  OpenSea Pro, about LooksRare.  On Ape Market -- the Ape Market

24  Twitter act, that actually links directly to LooksRare where

25  these NFTs are still selling.  Interestingly, they must have

```
 1   added that after we sued them.  I don't know at what date.  But
 2   it was clearly an attempt to continue to drive sales to the
 3   infringing NFTs.
 4           Q      You even reviewed LooksRare or their Ape Market
 5   Twitter account yesterday; correct?
 6           A      That's correct.
 7           Q      And it continues to link to LooksRare in the
 8   sales, on LooksRare?
 9           A      That is correct.
10           Q      Mr. Tompros questioned you about the defendants'
11   ongoing profiting off of the BAYC brand and its goodwill?
12           A      Yes.
13           Q      You mentioned that you are not sure if there is
14   any ongoing profits.  But have they continued to benefit from
15   the scam, as you've testified?
16           A      They continued to drum up attention for the scam.
17   And they have continued -- frankly, I think they've garnered a
18   lot more Twitter followers as a result of this scam that's
19   allowed them to launch new scams.
20           Q      As part of the injunction in this case, you are
21   asking for the transfer of the contract from Mr. Ripps to
22   Yuga Labs; correct?
23           A      That's correct.
24           Q      And how would that benefit Yuga Labs to end the
25   harm that has been caused by the defendants?
```

1        A        A lot of the confusion around these NFTs was

2   especially contrived by using the ownership of the contract.

3   Owning a contract allows you to edit, essentially, what the

4   storefront for that NFT collection looks like on a given

5   marketplace.  It's what allows you to use our exact same logo

6   on Foundation and then maybe change it later to something else.

7   It allows you to call a collection Bored Ape Yacht Club and

8   then change it to RR/BAYC or something like that.

9               Owning the contract is the only way for us to

10  start to change what can be changed, which isn't a whole lot,

11  but it's what's important to change, to make sure that people

12  are able to correctly identify these NFTs as fraudulent.

13       Q        Changing that consumer-facing aspect of those

14  marketplaces?

15       A        That's correct.

16       Q        Mr. Tompros talked to you about some proposed

17  third-party infringers?  Do you remember that?

18       A        Yes.  The Solana Ape Yacht Club.

19       Q        Why did you sue the defendants and not the

20  Solana Ape Yacht Club?

21       A        We've done takedowns of an enormous amount of

22  infringing collections.  I think we spent something like

23  $600,000 a year doing this.  It has to be a business decision

24  on whether something merits a lawsuit, frankly.

25               My background is in licensed publishing.  I was

**UNITED STATES DISTRICT COURT**

working on books for some of the biggest film and TV brands in
the world, *Harry Potter* and *World of Warcraft* and stuff like
that.  Even in that job, I would see fake versions of my books
showing up on Amazon, referring them to Warner Brothers, and
then basically saying, like, look, we don't have a big enough
army of lawyers for all of this stuff.

So when we see something like Solana Ape Yacht
Club that hasn't sold anything in months, it's on a different
blockchain, we have to decide is this thing just going to die
on its own?  Clearly, we were right.  Or is this causing real
harm in the market?

We've never had someone that we've done a
takedown for, then respond and say, oh, here it is on some
other website.  Come get it here.  And also, by the way, we are
going to rip off Yuga's other site next.  And we're going --
you know, I've made a million dollars with this scam, and no
one can stop me.

We've never had another collection get shown up
on *Bloomberg News* with people confused thinking it's us.  I've
never had phone calls from, you know, concerned -- with my CEO
telling me that she's getting calls from investors that are
saying you need to do something about this.

So, yes, this is especially egregious.

Q     And you just mentioned Othersides or Otherdeeds.
What was the consumer reaction to Otherdeeds?

```
 1        A       It was one of the most desired sales of all time.
 2   There was a huge amount of anticipation for that collection.
 3   And a month to a month and a half later we broke records and
 4   held a first trip, which had 5,000 concurrent user in a digital
 5   space, which is unheard of.
 6        Q       You just had an event last week, or was it the
 7   week before possibly?
 8        A       Literally last week we had another event.  That
 9   went very well, in my opinion.
10             MR. BALL:  One moment, Your Honor.
11        Q       BY MR. BALL:  Mr. Solano, that's all I've got for
12   you for now.  Thank you.
13        A       Thank you.
14             MR. TOMPROS:  Very brief recross, Your Honor?
15             THE COURT:  Very brief.
16                        RECROSS-EXAMINATION
17   BY MR. TOMPROS:
18        Q       Mr. Solano, the RR/BAYC NFT project is the only
19   project that you have brought a lawsuit against; right?
20        A       That is correct.
21        Q       And could we take a look again at what you were
22   just looking at, JTX-2085, and pull it up on the screen?
23             At the beginning of JTX-2085, as your counsel
24   showed you, there's a statement; right?
25        A       Yes.
```

1    Q        You read that statement before today; right?

2    A        Yes.

3    Q        If we go to the second page of that statement,

4    and the first full paragraph, it says, "RR/BAYC uses satire and

5    appropriation to protest and educate people regarding the

6    Bored Ape Yacht Club and the framework of NFTs"; right?

7    A        That is what it says, but I would dispute that,

8    yes.

9    Q        It does say that there; right?

10   A        Yes, that is what the text says.

11   Q        None of the other NFT collections that use the

12   Bored Ape Yacht Club marks that you have not sued, none of

13   those collections make any claim about using satire to protest;

14   correct?

15   A        Most of them aren't even actually exact copies of

16   our NFTs, like what these people have done, no.

17   Q        The only project that you have sued is the one

18   that uses satire and protest; correct?

19            MR. BALL:  Objection.

20            THE WITNESS:  It does not use satire and protest.

21   It is the exact same artwork and the exact same logo.  How is

22   it educating people when the news network doesn't know what's

23   going on?

24            Q        BY MR. TOMPROS:  The only project you have sued

25   is the one that claims to be using satire and protest; correct?

```
 1        A       It's the only project that we've sued.  So, yes,
 2   it's the only one that uses -- it is unique in every way then.
 3        Q       Should Mr. Ripps and Mr. Cahen be allowed to
 4   criticize Bored Ape Yacht Club?
 5        A       Yes.
 6        Q       Should they be allowed to use the terms "BAYC"
 7   and "Bored Ape Yacht Club" to make those criticisms?
 8        A       They can criticize Bored Ape Yacht Club and use
 9   those words.  But if you are trying to say that criticism also
10   means selling exact same NFTs to all the exact same people on
11   the exact same marketplaces, that's absurd.
12                You can't open up, like, a Gucci store on
13   Rodeo Drive and sell fake handbags to people and just say, "No,
14   Officer, I don't even like Gucci.  These aren't real.  I don't
15   even like them."
16        Q       We've already established that you can't identify
17   a single marketplace where Mr. Ripps and Mr. Cahen were selling
18   RR/BAYCs where Yuga was also selling BAYCs; right?
19                MR. BALL:  Objection.  Mischaracterizes the
20   testimony.
21                THE COURT:  Sustained.
22        Q       BY MR. TOMPROS:  Sir, you cannot identify a
23   single marketplace in which Mr. Ripps and Mr. Cahen were
24   selling RR/BAYCs where Yuga was also selling BAYCs?
25        A       We direct people to purchase NFTs from OpenSea,
```

```
 1   from LooksRare, from Blur, from other places.  They were also
 2   directing people to OpenSea, to LooksRare, to Blur.
 3   Jeremy Cahen was dumping 80-plus NFTs on LooksRare two days
 4   before the lawsuit.
 5              I don't know what you are getting at.
 6        Q    The profits that Yuga is seeking include profits
 7   from sales on this RR/BAYC website that we have on the screen;
 8   right?
 9        A    All profits from selling the identical artwork,
10   yes.
11        Q    So it includes profits from sales on a website
12   that specifically mentions satire and appropriation art as a
13   protest; right?
14        A    And also the sales from Foundation where they are
15   using the exact same logos and contriving the most confusing
16   moment possible to do it.
17        Q    You don't disagree that even after this lawsuit,
18   no matter what happens, Mr. Ripps and Mr. Cahen should still be
19   allowed to criticize Yuga and use the words "Bored Ape Yacht
20   Club" when they do so; right?
21        A    I fully anticipate that they will be criticizing
22   us, yes.
23              MR. TOMPROS:  No further questions.
24              THE COURT:  All right.  May this witness step down?
25              MR. TOMPROS:  No objection from us, Your Honor.
```

UNITED STATES DISTRICT COURT

1          THE COURT:  All right.  We are going to take our

2     first morning break.

3          But before we do that, let me -- I have an issue

4     with respect to the exhibits.  And I did not admit all of the

5     exhibits on -- that are listed in the exhibits on "Cross"

6     column because what I expect counsel to do is to refer to those

7     and move them when you refer to them because you -- in your

8     examination, you referred to 2592, 2599, 2035, and 2039.  And

9     we -- Shannon can't make a record of those unless you move

10    them, and then I will admit them without objection.

11          So let's use that protocol in the future.

12          MR. TOMPROS:  Thank you, Your Honor.

13          THE COURT:  It applies to both sides.  Because,

14    otherwise, we are not going to have a clear record in terms of

15    what's in and what's not in.

16          And make a list of those that you referred to in

17    your examination of Mr. Solano that are on the exhibits on

18    "Cross" list and give it to Shannon, and then she can make an

19    appropriate entry in the exhibit list.

20          MR. TOMPROS:  Thank you, Your Honor.

21          Just with the ones that you just referred to, those

22    are already attached as exhibits on direct for a different

23    witness, which is why I didn't move them in at the time.

24          THE COURT:  No, I'm not being critical.  I'm just

25    saying, in order for Shannon to keep track of all these

```
 1   exhibits, I think that's the proper way -- at least, it's the
 2   way that Shannon and I have done it in the past.
 3                MR. TOMPROS:  Thank you, Your Honor.
 4                THE COURT:  All right.  We'll be in recess for ten
 5   minutes.
 6                (At 9:41 a.m. a recess was taken.)
 7                THE COURT:  All right.  You may call your next
 8   witness.
 9                MS. CULP:  Thank you, Your Honor.
10                Yuga Labs calls Nicole Muniz.
11                THE COURTROOM DEPUTY:  Do you solemnly swear that
12   the testimony you shall give in the cause now before this Court
13   shall be the truth, the whole truth, and nothing but the truth,
14   so help you God?
15                THE WITNESS:  Yes, ma'am.
16                THE COURTROOM DEPUTY:  Please be seated.
17                Please state and spell your name for the record.
18                THE WITNESS:  Nicole Muniz.  N-i-c-o-l-e, M-u-n-i-z.
19                THE COURT:  You have a very soft voice.  You're
20   going to have to get close to the microphone.
21                THE WITNESS:  Nicole Muniz.  N-i-c-o-l-e, M-u-n-i-z.
22                And, Madam Court Reporter, I tend to speak a little
23   fast.  I'm going to do my very, very best.  But if I'm too
24   fast, please just let me know.
25                THE COURT:  All right.  You may proceed.
```

1          MS. CULP:  Thank you, Your Honor.

2                         NICOLE MUNIZ,

3     called as a witness by the plaintiff, was sworn and testified

4     as follows:

5                       DIRECT EXAMINATION

6     BY MS. CULP:

7          Q     Ms. Muniz, there should be a binder there with

8     your name on it that is your trial declaration.  Can you find

9     that, please?

10         A     Yes.

11         Q     Do you have that in front of you?

12         A     I have the declaration.

13         Q     Thank you.

14               Can you flip through the pages and get to the

15    last page and confirm your signature?

16               THE COURT:  You are also going to have to get closer

17    to the microphone.

18               MS. CULP:  I'll do my best.  Thank you.

19               THE WITNESS:  Yes.  This is my signature.

20         Q     BY MS. CULP:  Is this your trial declaration?

21         A     Yes.

22         Q     Thank you.

23               THE COURT:  All right.  The Court will receive the

24    declaration into evidence.

25               The Court will also receive those exhibits listed in

1    Column 1, beginning on page 9, JTX-123 through and including

2    JTX-1615, which appears on page 13.

3                    (Exhibit Nos. JTX-123 to JTX-1615

4                    received into evidence.)

5                    THE COURT:  I am also -- the Court's ruling on the

6    objections to the declaration raised in Docket No. 359 is as

7    follows:

8                    The Court sustains the objections to paragraphs

9    numbers 13, page 6, lines 18 to 19; paragraph 13, page 6,

10   lines 21 through 24; paragraph 16, page 9, lines 7 through 11.

11                   As to the balance of the objections, those

12   objections are overruled.

13                   You may cross-examine.

14                   MS. CULP:  Thank you, Your Honor.

15                        CROSS-EXAMINATION

16   BY MR. TOMPROS:

17        Q     Good morning, Ms. Muniz.

18        A     Good morning, Mr. Tompros.

19        Q     In your direct testimony, you call Yuga a

20   "Web3 Disney"; correct?

21        A     Yes.

22        Q     And by "Web3 Disney," you mean a company with

23   intellectual property assets that the company would monetize;

24   correct?

25        A     Yes.

1      Q       But, in fact, Yuga granted all of its IP rights

2  to its members; correct?

3      A       Not all of its IP rights.  Its copyrights

4  specifically.

5              THE COURT:  You're too far away from the microphone.

6              THE WITNESS:  Oh.  Apologies.

7              Not all of its intellectual property rights.  The

8  copyright is extended to the members of the Bored Ape Yacht

9  Club and the other NFT collections, specific to the imagery.

10     Q       BY MR. TOMPROS:  When it comes to IP rights, Yuga

11  is the inverse of Disney, not an analog of Disney; correct?

12     A       What do you mean?

13     Q       Yuga is actually a mirror of Disney because Yuga

14  granted all of its IP rights to its members; correct?

15     A       I have used the term "mirror" of Disney when

16  referring specifically to how we handle the copyright of the

17  images of the Bored Ape Yacht Club, for instance.

18     Q       Yuga told its members that its members had all of

19  the intellectual property rights; right?

20     A       No.  We told our members that they have a license

21  for the copyright to the imagery.  That's what's in our terms.

22  That's what's in our FAQ.  That's what was posted in our

23  Discord.  That's what has been communicated.

24     Q       Yuga told its members that IP rights are actually

25  granted to the member; correct?

**UNITED STATES DISTRICT COURT**

1          A       IP rights are actually granted to the member.

2     It's the copyright.  The copyright is part of IP rights.

3          Q       In fact, all IP rights are granted to the member

4     is what Yuga has told its customers; right?

5          A       That is not what we have told our customers.

6          Q       Yuga has said that it has none of these rights,

7     referring to IP rights; correct?

8          A       In the context of the copyright specific to the

9     images.  The context here is important.

10              MR. TOMPROS:  I'd like to look at JTX-2672, which is

11    a 39-second video.  If we could play that video.

12              THE COURT:  All right.

13              MR. TOMPROS:  Sorry.  2672.

14              THE COURT:  Is this in evidence?

15              MR. TOMPROS:  I was about to offer it after she

16    authenticates it.

17              THE COURT:  All right.

18              (Video recording playing.)

19          Q       BY MR. TOMPROS:  That is you speaking in

20    JTX-2672; correct?

21          A       Yes, that's me speaking.

22          Q       At the time, you were the CEO of Yuga; correct?

23          A       Yes.

24              MR. TOMPROS:  I offer JTX-2672.

25              THE COURT:  It will be received without objection.

1          MR. BALL:  No objection, Your Honor.

2          (Exhibit No. JTX-2672 received into evidence.)

3     Q     BY MR. TOMPROS:  Now, you personally said in the

4  video that we just watched that all of those IP rights are

5  granted to the member; correct?

6     A     In that video, I was speaking on stage to a

7  reporter whom I had spoken to before.  And I even referred to a

8  conversation I'd been having with that reporter.  I was

9  speaking specifically about the copyright.

10         Now, should I have been clearer on stage, you

11 know, when talking to a reporter and said explicitly "I am

12 referring to the copyright"?  Probably.  But the context here

13 is the copyright.

14         And if you watch the whole thing out, we are

15 talking about the commercial activity -- like, the commercial

16 projects that Bored Ape Yacht Club members had in relation to

17 their Ape, things like, you know, hot sauce and other things

18 that people make with their Ape.

19    Q     Someone watching that video wouldn't have heard

20 the word "copyright"; right?

21    A     No, they would not have heard the word

22 "copyright."

23    Q     Someone watching that video, when they heard you

24 say, "all IP rights," might have believed that you were talking

25 about things broader than just copyright; right?

```
1        A      I really don't believe so.  No one has ever come
2   to me and said, "We were confused about what you meant in that
3   video."  And that video doesn't stand alone as the only form of
4   communication from the company.  We have our terms.  We have
5   our FAQ.  We have our Discord.  We have every other thing that
6   we have provided to make sure that the terms are clear.
7        Q      But you were being truthful when you spoke in
8   that video; right?
9        A      I was being truthful, yes.
10       Q      You were speaking publicly; correct?
11       A      Yes.
12       Q      You knew that people were listening; right?
13       A      Yes.
14       Q      One of the things you said was we have none of
15  those rights; right?
16       A      In the context specifically to the copyright.
17  And that is what I was referring to, and I believe it is clear.
18       Q      Now, taking your comparison to Disney, Disney has
19  come in the past under criticism for some of its own IP; right?
20       A      I believe Mr. Solano said the same thing.
21  Everything that's beloved and big gets criticized.
22       Q      And sometimes companies come under criticism for,
23  for example, racially insensitive imagery, and they respond;
24  correct?
25       A      Yes.
```

1    Q    Yuga has come under criticism for offensive

2  content in its IP; correct?

3    A    There have been -- people have said that there is

4  offensive, yes, material.  Mr. Cahen, Mr. Ripps, for instance.

5    Q    And others, along with Mr. Cahen and Mr. Ripps,

6  have made public criticism of imagery in the Bored Ape Yacht

7  Club collection; correct?

8    A    Yes.

9    Q    Can we look at JTX-224?

10        This is one of the images that has been

11  criticized; correct?

12    A    Yes.

13        MR. TOMPROS:  I would offer JTX-224.

14        MS. CULP:  No objection.

15        THE COURT:  It'll be received.

16      (Exhibit No. JTX-224 received into evidence.)

17    Q    BY MR. TOMPROS:  JTX-224 shows a Yuga Ape with

18  what Yuga calls a Sushi Chef Headband; right?

19    A    Yes.

20    Q    But it's actually a kamikaze headband; right?

21    A    Yes.

22    Q    And if we could look at JTX-225.

23        JTX-225 is another one of the images that has

24  come under criticism; correct?

25    A    Yes.

```
 1                MR. TOMPROS:  I offer JTX-225.

 2                THE COURT:  It will be received without objection.

 3           (Exhibit No. JTX-225 received into evidence.)

 4       Q      BY MR. TOMPROS:  JTX-225 shows a Yuga Ape with

 5   what Yuga calls Hip-Hop Clothing and a Grin Gold Grill;

 6   correct?

 7       A      Yes.

 8       Q      Yuga knew that the hip-hop trait was publicly

 9   called "problematic" by the Anti-Defamation League; correct?

10       A      It was called problematic as -- in the context

11   of -- if there is something that is problematic about the

12   collection, it would be this and the Sushi Headband.

13   Everything else was actually not true.

14       Q      Unlike some other companies who claim under

15   criticism Yuga has done nothing to change the Hip-Hop Clothing,

16   the Grin Gold Grill, or Kamikaze Headband; correct?

17       A      No.

18       Q      You are aware that a person named Ryan Hickman

19   collaborated would Mr. Ripps and Mr. Cahen on the RR/BAYC

20   project; right?

21       A      Yes.

22       Q      And the owner of a BAYC NFT has the right to

23   create a brand out of their BAYC NFT; right?

24       A      Yes.

25       Q      Yuga gives the owner of a BAYC NFT full worldwide
```

```
 1   license to make any creative derivative works based upon their
 2   NFT; right?
 3        A      They're allowed to make derivative works off
 4   their NFT.
 5        Q      It's reasonable for somebody who owns a BAYC NFT
 6   to rely on Yuga's statements that they can make creative
 7   derivative works; right?
 8        A      They should rely on our terms and the FAQ on the
 9   website, which is -- they should rely on the terms and the FAQ
10   on the website, which is publicly available.
11        Q      And the terms specifically give them a full
12   worldwide license to make, among other things, creative
13   derivative works based upon the NFT; correct?
14        A      I believe that's what they say.  I don't have the
15   terms in front of me, but I believe that's what it says.
16        Q      Terms don't say "copyright," do they?
17        A      I believe the terms go into specifics on what
18   people have access -- what we were referring to.
19        Q      They don't say "copyright" specifically; right?
20        A      I don't have the terms memorized.  If you can
21   pull them up, I can look and see specifically if it says the
22   word "copyright."
23        Q      Well, they will be in evidence.  So we can take a
24   look at that later.  I don't want to waste your time with that.
25               But you don't have any reason to think that they
```

```
 1   say "copyright" one way or the other; right?
 2        A     I don't have any reason to believe one way or the
 3   other.
 4        Q     Fair enough.
 5              Now, a website called OpenSea is one of the most
 6   popular secondary marketplaces for NFTs; right?
 7        A     Yes.
 8        Q     There are an unknown number of NFT collections
 9   that infringe Yuga's trademarks available on OpenSea; correct?
10        A     Sure.
11        Q     There could be hundreds of NFT collections
12   infringing Yuga's trademarks on OpenSea; correct?
13        A     You know, we -- I believe you know this too,
14   Mr. Tompros.  We actively engage in taking down anything that
15   is infringing.
16              So, you know, it's like mosquitos, we are just
17   constantly batting and swatting them away.  So there might be
18   hundreds that are actively being taken down most often.
19        Q     And at the time of the RR/BAYC project, if
20   Mr. Ripps or Mr. Cahen or Mr. Hickman had looked at OpenSea,
21   they would have seen hundreds of collections that use the
22   Bored Ape Yacht Club trademarks; right?
23        A     Probably.
24        Q     Let's take a look at JTX-235.
25              This is the OpenSea page for the Bored Apes
```

```
 1   Solana Club?

 2        A      Yes.

 3             MR. TOMPROS:  I offer JTX-235.

 4             THE COURT:  All right.  It will be received without

 5   objection.

 6          (Exhibit No. JTX-235 received into evidence.)

 7        Q      BY MR. TOMPROS:  The Bored Apes Solana Club is

 8   not affiliated with Yuga Labs; right?

 9        A      No.

10        Q      There were Bored Apes Solana Club NFTs on OpenSea

11   using Yuga's Bored Ape mark; correct?

12        A      Yes.

13        Q      And at least when you testified earlier as Yuga's

14   corporate representative, you could not identify any actions

15   that Yuga had taken against the Bored Apes Solana Club;

16   correct?

17        A      Not at that time.

18        Q      Yuga has never sued over any NFT collection other

19   than the RR/BAYC collection; correct?

20        A      No, we have not sued, but we are active in

21   takedowns.

22             MR. TOMPROS:  Your Honor, may I approach the

23   physical exhibit table?

24             THE COURT:  Sure.

25             MR. TOMPROS:  Thank you.
```

```
 1              And then may I approach the witness with the
 2    exhibits?
 3              THE COURT:  Yes.
 4              Are you going to wear a hat?
 5              MR. TOMPROS:  I will if you'd like, Your Honor.
 6              THE COURT:  It's all right.  Just don't drink the
 7    wine.
 8         Q    BY MR. TOMPROS:  Ms. Muniz, you've been handed
 9    four exhibits.  And I apologize.  I don't have the specific
10    numbers.
11              Could you read the number on the -- that's
12    labeled on the hat?
13         A    Sure.  It's JTX-2413.
14              MR. TOMPROS:  I'd offer JTX-2413.
15              THE COURT:  It will be received without objection.
16         (Exhibit No. JTX-2413 received into evidence.)
17         Q    BY MR. TOMPROS:  That hat, JTX-2413, is not
18    authorized or affiliated with Yuga Labs; right?
19         A    I don't think so.  Based off of the scale of the
20    logo, I don't think we made this.  But it's a solid fake.
21         Q    What exhibit number is it on the pillow?
22         A    The pillow is JTX-2401.
23              MR. TOMPROS:  I'd offer JTX-2401.
24              THE COURT:  Any objection?
25              MS. CULP:  No objection.
```

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  All right.  It will be received.
 2           (Exhibit No. JTX-2401 received into evidence.)
 3         Q      BY MR. TOMPROS:  JTX-2401 uses the word
 4  "Bored Ape"; right?
 5         A      Yes.
 6         Q      It uses "BAYC"; right?
 7         A      Yes.
 8         Q      It uses Yuga's ape skull logo; right?
 9         A      Yes.
10         Q      And it says "Bored Ape Yacht Club"; right?
11         A      Yes.
12         Q      It's not authorized by Yuga Labs; correct?
13         A      No.
14         Q      There is a notebook.  Could you tell me what
15  exhibit number that is?
16         A      JTX-2410.
17              MR. TOMPROS:  I offer JTX-2410.
18              MS. CULP:  No objection.
19         Q      BY MR. TOMPROS:  And JTX-2410, what is shown on
20  the front of JTX-2410?
21         A      This one says, "Bored Ape Yacht Club," line
22  notebook, and an ape.
23         Q      And the ape has a hat that says, "BAYC"; right?
24         A      Yes.
25         Q      Is JTX-241 -- I'm sorry -- 2410; right?
```

1     A      Yes.

2     Q      Is JTX-2410 authorized by Yuga Labs?

3     A      No, it is not.

4     Q      And then you've also got a box with a coin in it.

5  Can you tell us what exhibit number that is?

6     A      JTX-2403.

7     Q      And what is shown on the front of JTX-2403?

8     A      Gold Ape logo.

9     Q      And the JTX-24 -- I'm sorry.

10         MR. TOMPROS:  I offer JTX-2403.

11         THE COURT:  Any objection?

12         MS. CULP:  No objection.

13         THE COURT:  It will be received.

14      (Exhibit No. JTX-2403 received into evidence.)

15     Q      BY MR. TOMPROS:  JTX-2403 is not sponsored by or

16  affiliated with Yuga Labs; right?

17     A      No.

18     Q      There are literally thousands of products that

19  use Yuga Labs trademarks without sponsorship or affiliation;

20  correct?

21     A      Yes.  I believe most of these have also already

22  been taken down.

23     Q      Were they taken down before they were identified

24  in this lawsuit?

25     A      I don't know.  I think they were already in our

 1   process.  So, you know, we have a pretty robust process for

 2   takedowns.  And we spend, at least in my tenure as CEO, a

 3   million dollars a year doing it.

 4           So things go into a pipeline.  We issue

 5   takedowns.  They take time.  I don't know if this was because

 6   of the lawsuit or if they were already in our pipeline.  I

 7   believe these were already in our pipeline.

 8       Q      How many Yuga Labs -- strike that.

 9           How many Bored Ape Yacht collections are

10   available on OpenSea right now?

11       A      How many authentic or --

12       Q      How many collections of NFTs are available on

13   OpenSea right now that use the name Bored Ape Yacht Club?

14       A      I don't know.

15       Q      Could be more than 500; right?

16       A      I don't know.

17       Q      That's notwithstanding -- you don't know --

18   that's notwithstanding Yuga's takedown process that you

19   described; correct?

20       A      Correct.  OpenSea also has a takedown process as

21   well.

22       Q      Now, you were the person ultimately responsible

23   for the decision that Yuga would sue Mr. Ripps and Mr. Cahen;

24   right?

25       A      Yes.

1      Q       And nobody at Yuga notified Mr. Ripps or

2   Mr. Cahen about the lawsuit before it was filed; right?

3      A       Not to my knowledge.

4      Q       Were you here in the courtroom earlier for

5   Mr. Solano's testimony?

6      A       Yes.

7      Q       You saw the RR/BAYC website was one of the things

8   that was discussed.  Do you remember that?

9      A       Yes.

10      Q       There was a disclaimer that appeared on the

11   RR/BAYC website when someone attempted to obtain an RR/BAYC NFT

12   through that website; right?

13      A       Yes.

14      Q       And Yuga Labs has admitted that it's not --

15   strike that.

16          Yuga Labs is not aware of any specific instance

17   in which anyone purchased a BAYC NFT believing it was an

18   RR/BAYC NFT; right?

19      A       I believe that people came that were lured in

20   because they believed it was a BAYC and then were, like, oh,

21   it's not.  But it's a really, really good fake.  And it's such

22   a good fake that is actually convinced Twitter and I mean

23   Twitter from a front-end user interface platform but also

24   Twitter as individuals and people in a community and consumers.

25          So I believe people were lured in thinking it was

1    authentic BAYC then realized, oh, wait, it's not, but it's a

2    cheap version that's really, really good.  It's a really good

3    fake.

4         MR. TOMPROS:  Could we pull up on the screen

5    Yuga Labs's supplemental objections and responses to the

6    defendant's request for admission at pages 16 through 17?  I

7    have a hard copy of this if either Your Honor or the witness

8    would like.

9         THE WITNESS:  I'm sorry.  What is this?

10         MR. TOMPROS:  Your Honor, would you like a hard copy

11   of this?  I'm happy to explain to the witness what it is as

12   well.

13         THE COURT:  You can go ahead and lay the foundation

14   for it.

15         MR. TOMPROS:  Thank you.

16   Q    BY MR. TOMPROS:  You understand that in this

17   case, Ms. Muniz, Yuga Labs had to answer certain questions that

18   the defendants posed; right?

19   A    Yes.

20   Q    And one of the things that Yuga Labs admitted was

21   that no one purchased a Yuga Labs BAYC NFT believing that it

22   was made by Mr. Ripps; right?

23   A    Wait.  That nobody purchased a Yuga Labs BAYC

24   believing that it was made by Mr. Ripps.

25   Q    Right.

```
 1        A      I -- sure.

 2               MR. TOMPROS:  Okay.  Now we can take that down.

 3        Q      BY MR. TOMPROS:  Now let's focus on, I think,

 4   what you were focused on.  Yuga Labs has been unable to

 5   identify evening a single person who purchased an RR/BAYC

 6   believing it to be sponsored by Yuga Labs; right?

 7        A      Correct.

 8        Q      All right.  Now, you refer several times in your

 9   witness statement to something called Ape Market; right?

10        A      Yes.

11        Q      ApeMarket.com was never released; correct?

12        A      Not to my knowledge.

13        Q      There is no such thing as a released Ape Market;

14   right?

15        A      No.  But it was marketed.

16        Q      Nobody has ever bought an NFT on Ape Market;

17   right?

18        A      No.

19        Q      Nobody has ever sold an NFT an Ape Market; right?

20        A      Not to my knowledge.

21        Q      Nobody has ever traded an NFT on Ape Market;

22   right?

23        A      Not to my knowledge.

24        Q      Now, when you were CEO, Yuga Labs used e-mails to

25   communicate; correct?
```

```
 1        A       Yes.

 2        Q       And also the Slack instant messaging service;

 3   right?

 4        A       Yes.

 5        Q       In your witness statement, one of the things you

 6   say is that nearly all of Yuga's more than $20 million in

 7   expenditures and advertising in 2022 was spent supporting the

 8   BAYC brand; right?

 9        A       Yes.

10        Q       Neither you nor anyone at Yuga Labs has

11   identified a single e-mail or text message to support that

12   claim; correct?

13        A       I mean, my days were spent in Zooms.

14        Q       You also state in your witness statement that the

15   RR/BAYC collection was the only collection trading off the BAYC

16   brand that led to confusion in the marketplace prompting

17   complaints; right?

18        A       That is true.

19        Q       Neither you nor anyone at Yuga has identified a

20   single e-mail or text message to support that claim; correct?

21        A       I don't believe we have.  But there were multiple

22   meetings and discussions about it.

23        Q       You did not identify a single e-mail -- that was

24   a complaint in the e-mail; right?

25        A       No.
```

```
 1        Q       You did not identify a single text message to

 2   anybody complaining about confusion; right?

 3        A       No.  These were conversations.

 4        Q       You did not identify a single instant message

 5   complaint; correct?

 6        A       Correct.

 7        Q       You did not identify a single instant message

 8   documenting any supposed complaint; right?

 9        A       Sir, I mean, if you just looked on Twitter,

10   people were confused.  If you look at what was happening in the

11   market, people were confused.

12        Q       I want to, again, focus on Yuga's reaction to

13   that confusion.

14                You did not identify a single instant message

15   documenting any of those complaints within Yuga; correct?

16        A       I don't believe so.

17        Q       You also say that RR/BAYC uniquely caused

18   problems in the day-to-day business operations of Yuga;

19   correct?

20        A       Yes.

21        Q       You say that was reported to you; correct?

22        A       Yes.

23        Q       You have not identified a single e-mail or

24   instant message supporting that claim that that was reported to

25   you; right?
```

1      A      I think even in my declaration I said that these

2  were conversations.

3      Q      You didn't identify a single e-mail,

4  text message, or any other written communication at all

5  contemporaneously documenting any of these reports; right?

6      A      No.  They were conversations.

7      Q      You also claim that you received, quote,

8  "reports" from Yuga Labs's vice president of communications

9  about press inquiries related to the RR/BAYC collection; right?

10     A      Yes.  It was a mad house.

11     Q      And you did not identify a single e-mail or text

12  message with one of those press inquiries; right?

13     A      They were all -- I mean, they were all phone

14  calls.

15     Q      You did not identify a single e-mail or

16  text message from any reporter with a press inquiry; right?

17     A      I don't know.

18     Q      You did not identify a single e-mail or text

19  message within Yuga asking about any such press inquiries;

20  correct?

21     A      I don't know.  I believe no.

22     Q      And you claim that there were discussions about

23  those inquiries on several occasions; right?

24     A      Yes.

25     Q      And you were unable to identify a single written

1    documentation of any of those discussions; right?

2         A    That's probably right.

3         Q    You also cannot identify a single e-mail or

4    text message that ties the RR/BAYC project to any of Yuga's

5    advertising; correct?

6         A    Sorry.  What are you asking?

7         Q    You cannot identify a single e-mail or

8    text message that ties the RR/BAYC project to any of Yuga's

9    advertising work; correct?

10        A    No.  But it's evidence in the timeline of what

11   was happening in the market.  We had to go on the defense and

12   the offense simultaneously to be able to combat the confusion

13   that was happening in the market at that time.

14        Q    Focusing again on your claim that Yuga uniquely

15   caused problems in the day-to-day business operations of Yuga.

16   You were CEO at the time of those unique problems; correct?

17        A    Yes.

18        Q    And you made quarterly reports to your investors

19   at that time; correct?

20        A    Yes.

21        Q    RR/BAYC was not mentioned even once in any of

22   those quarterly reports; correct?

23        A    I don't believe it was.

24        Q    Now, as we mentioned, you were ultimately

25   responsible for filing this lawsuit; right?

```
 1        A       Yes.

 2        Q       And there are statements in the Complaint in this

 3   action that you know are not true; correct?

 4        A       I'm sorry?

 5        Q       There are statements in the Complaint in this

 6   action that you now know are not true?

 7        A       What was not true?

 8        Q       So, for example, there was the statement that

 9   Bored Ape NFTs were dubbed the epitome of coolness by Forbes.

10   That one is not true; right?

11        A       So we discussed it was a typo.  It was Fortune.

12        Q       That wasn't corrected; right?

13        A       I leave it to the lawyers.  I know we've

14   discussed it.

15        Q       There was a statement that Mr. Ripps and

16   Mr. Cahen controlled something called the RR/BAYC Twitter

17   account; correct?

18        A       I believe that they did.

19        Q       And you now know that that's not true; correct?

20        A       I don't now know that that's not true.

21        Q       And you -- there were other Twitter accounts

22   mentioned in the Complaint, and you had no basis for any belief

23   that they were controlled by Mr. Ripps or Mr. Cahen; right?

24        A       We did have basis to believe that they were

25   controlled by Mr. Ripps and Mr. Cahen.  They were claiming
```

```
 1    control.  They were -- they were using them as marketing tools.
 2    They were directing consumers to them.
 3         Q       You specifically identified an account in the
 4    Complaint called "@RR/BAYC"; right?
 5         A       I believe you, yeah.
 6         Q       Yuga Labs had no basis for its belief that
 7    account was controlled by either Mr. Ripps or Mr. Cahen; right?
 8              MS. CULP:  Objection.  Asked and answered.
 9              THE COURT:  Overruled.
10              You may answer the question.
11              THE WITNESS:  Okay.  I'm so confused by this.
12    They -- I think we all agree that they are responsible for
13    RR/BAYC.
14              Are you now saying that they are claiming that they
15    are not responsible for RR/BAYC Twitter?  I'm just confused.  I
16    don't know how to answer that question.
17         Q       BY MR. TOMPROS:  Sure.  I'll try to be brief and
18    move on.
19              There is an account called "@RR/BAYC" on Twitter;
20    right?
21         A     Yes.
22         Q       It's cited in the Complaint that Yuga filed;
23    right?
24         A     Yes.
25         Q       And you have no basis to believe that Mr. Ripps
```

```
 1   or Mr. Cahen controls that account; right?
 2        A      I do have basis to believe they created RR/BAYC.
 3        Q      But you later learned that they don't have --
 4   that they don't actually control that account, or did you not?
 5        A      I -- if they don't control it, I am sure that --
 6   I don't know how to answer that question.
 7        Q      Now, in your witness statement, you rely on some
 8   statements made in Tweets from Mr. Ripps's and Mr. Cahen's own
 9   personal accounts; right?
10        A      Yes.
11        Q      For example, one of the Tweets you rely on from
12   Mr. Ripps includes a statement about commercial rights; right?
13        A      Which one?
14        Q      If you look at your witness statement at
15   paragraph 13.
16        A      I just want to make sure I'm looking at the right
17   thing.
18        Q      Sure.  Page 8, paragraph 13.
19        A      Okay.
20        Q      And you say, "Mr. Ripps represented that owners
21   of RR/BAYCs received full commercial rights in the image."  And
22   then you cite a Tweet; right?
23        A      I'm looking for it.
24               Yes.  I found it here.  Yes.  JTX-1037.
25        Q      That, for example, is a Tweet that you relied on
```

```
1    from Mr. Ripps; right?

2         A       Sure.  I'm just looking for JTX-137.  I just want

3    to know what which one you are talking about.

4         Q       Well, you have seen joke Tweets from Mr. Ripps

5    before; correct?

6         A       They did not appear to be joke Tweets, sir.

7         Q       Yuga does not take the position that all of

8    defendants' Tweets are serious and accurate; right?

9         A       I don't take the position that their Tweets are

10   serious and accurate, but I believe that their Tweets were

11   serious to them and accurate to them.  And when they say --

12   when they are directing people to RR/BAYC, which is their

13   project, their scam account --

14        Q       You understand that Mr. Ripps uses humor in his

15   work; correct?

16        A       I think humor is subjective.  I do not find it to

17   be funny.

18        Q       You understand that Yuga Labs has asked for the

19   Court to enter an injunction in this case; right?

20        A       Yes.

21        Q       Yuga Labs believes that Bored Ape Yacht Club is

22   its property; right?

23        A       Yes.

24        Q       And Yuga Labs believes that the term "BAYC" is

25   its property; right?
```

```
 1        A       We have the trademark.

 2        Q       Yuga Labs also believes that the word "Ape" is

 3   its property; correct?

 4        A       Yes.

 5        Q       Yuga Labs has asked for an injunction that would

 6   prevent Mr. Ripps and Mr. Cahen from using any of those words

 7   in any way to promote anything; right?

 8        A       They have taken our brand and stolen it.  We want

 9   our brand out of their hands in every capacity.

10        Q       Do you want them never to say "Bored Ape Yacht

11   Club" again?

12        A       They should not have the right to say "Bored Ape

13   Yacht Club" again.  They have stolen from us.

14                MR. TOMPROS:  I have no further questions.

15                THE COURT:  All right.  Any redirect?

16                MS. CULP:  Yes, Your Honor.  Thank you.

17                        REDIRECT EXAMINATION

18   BY MS. CULP:

19        Q       Ms. Muniz, you were asked some questions

20   about the interview that you gave where you used the word

21   "IP rights."  Do you recall that testimony?

22        A       Yes.

23        Q       How long was the full interview?

24        A       I think 20 minutes.

25        Q       Why do you think BAYC holders would know that
```

1    Yuga Labs has not given away all of its IP rights?

2         A      We've discussed this at length with our -- with

3    consumers, with press, with the community members.  We have our

4    terms.  We have an FAQ.  We have our Discord.

5               We -- many holders have created brands, and they

6    always do so with their Apes themselves.  The Bored Ape Yacht

7    Club brand itself, the BAYC brand, the Ape skull logo, all of

8    the assets that we are talking about here today are a means by

9    way to distinguish what is a Bored Ape Yacht Club authentic

10   branded piece.

11              So, for instance, if we come out with this hat,

12   only we can come out with this hat.  The members can't.

13              What they do is -- and I'll just cover this up

14   for two seconds.  What they do is they use their Ape.  And that

15   is allowed.  And that's what most members have done, if not

16   all.

17        Q      Looking at the pillow and the hat and the

18   journal, why hasn't Yuga Labs sued any other infringing

19   collections, products, projects?

20        A      It takes a lot of resources to be here.  It takes

21   the Court's time.  It takes our company time.  It takes

22   millions of dollars.  It does not make sense for us to sue

23   everyone.

24              The only reason why we sued Mr. Ripps and

25   Mr. Cahen was because their collection reached a scale that was

```
 1    impossible to ignore.
 2              You know, we really did have conversations
 3    nonstop with investors, with potential business partners about
 4    the damage that this collection had done to our brand and
 5    specifically the Bored Ape Yacht Club brand, the Mickey Mouse
 6    of the Disney.  And that was something we couldn't ignore.  We
 7    had to step up.  We had to do something.
 8              I mean, Mr. Ripps Tweeted about how, if anyone
 9    wants an RR/BAYC, anyone, just, you know, DM him and send him a
10    little bit of cash.  And that means that now a Bored Ape is
11    just -- anyone can get one; right?  It's like not that big of a
12    deal.
13              There's really good fake Rolexes out there.  And
14    that's damaging to a brand that is about exclusivity and has a
15    certain brand perception and certain cache within the market.
16         Q    You testified about the takedown process that
17    Yuga Labs has.  Do you recall that testimony?
18         A    Yes.
19         Q    How many times has Yuga Labs tried to take down
20    the RR/BAYC collection?
21         A    Oh, my God.  I don't know.  Many times.  We tried
22    many times.  We even tried to take RR/BAYC down from the
23    registers.  And OpenSea has taken it down.  Every time we --
24    they were taken down, they would make small changes and, you
25    know, it would get back up.
```

 1          Q      Was that takedown process successful in stopping
 2     the infringement?
 3          A      No.  This lawsuit hasn't been successful in
 4     stopping the infringement.
 5          Q      For other collections -- pillows, hats, other NFT
 6     collections -- what would you say the typical number of
 7     takedowns are to achieve a successful takedown?
 8          A      One.
 9          Q      You mentioned brand partners in your testimony.
10     Why do you believe that the RR/BAYC NFT collection harmed
11     Yuga Labs's relationship with its brand partners?
12          A      Because it meant that now anyone could have a
13     BAYC.  And I'm using BAYC in, like, quotes.
14          Q      What evidence do you have that the RR/BAYC NFT
15     collection harms Yuga Labs's relationship with its brand
16     partners?
17          A      I mean, in my tenure as CEO of the company, you
18     can just use what we did.  Right?  So before RR/BAYC, we had
19     numerous brand partners with the Bored Ape Yacht Club brand
20     specifically.  And after the launch of our RR/BAYC, it was
21     damaging.
22                 I was put on the back foot as the CEO in
23     negotiations.  I now had to try to convince people that, no,
24     BAYC is still BAYC.  It's still exclusive.  It's still -- it's
25     still a Blue Chip brand because that matters.

```
 1                    And we didn't.  I mean, we -- in my tenure as
 2      CEO, there's before and there's after, and there were no
 3      relevant or interesting partnerships with Bored Ape Yacht Club.
 4           Q      I want to be clear.  How many brand partnerships
 5      did Yuga Labs execute in your tenure as CEO after the release
 6      of the RR/BAYC collection for the BAYC brand?
 7           A      Zero.
 8           Q      Before the RR/BAYC collection, approximately how
 9      many brand partnership agreements had Yuga Labs executed for
10      the BAYC brand?
11           A      There were very many.
12           Q      Have you seen a change in the negotiating dynamic
13      with brand partners around Yuga Labs's brands and the BAYC
14      brand specifically since the release of the RR/BAYC collection?
15           A      Yes.  So much so, that's what I meant about the
16      back-foot negotiations.  And that's part of why we had to go
17      into, what I called earlier, offensive and defensive
18      advertising.
19                    So now we are -- we are trying to remind the
20      market that, no, no, it's still -- being a Bored Ape still has
21      the same relevance, the same prominence that it did before.
22      Not just anyone can be an Ape.  So we were doing out-of-home
23      advertising, other types of advertising that we now had to do
24      as a way of defending the brand from a prominence perspective.
25           Q      Have you seen any brand partners that are willing
```

1    to do business with Yuga Labs but not with the BAYC brand?

2         A    I think Gucci is a great example of that.  The

3    Gucci partnership was not with Bored Ape Yacht Club.  The

4    partnership is with Otherside and 10KTF, which are

5    underneath -- that's 10KTF -- and that's underneath the

6    Yuga Labs umbrella, but it is not directly with Bored Ape Yacht

7    Club.

8         Q    You were asked some questions about Tweets by the

9    defendants.  Do you recall some of that testimony?

10        A    Yes.

11        Q    Who have you seen the defendants marketing their

12   infringing NFT collection to?

13        A    To anyone that is -- I mean, there was -- there's

14   a Tweet.  I would have to find it.  But I believe it was on,

15   like, May 14th or May 22nd, where Mr. Ripps says if anyone

16   wants an RR/BAYC, DM me and for -- I think it was, like, less

17   than $200 at the time.

18             So, to me, that's anyone.  It's people that are

19   interested in BAYC.  His -- I don't remember if it was exactly

20   the time.  But his Twitter profile also created -- his profile,

21   pfp, was a hexagon at the time.  And it was creating tons of

22   confusion in the market because people were like, oh, wait,

23   Mr. Ripps now has a BAYC?  And, oh, wait, what's going on

24   there?

25             And, you know, it suddenly looked like his fakes

```
 1    were so good that they could confuse Twitter.  So he was

 2    marketing towards anyone that was interested in BAYC.

 3         Q         Would that include BAYC holders themselves?

 4         A         Yeah.  I believe Mr. Solano said that.  It was,

 5    like, to Yuga community, to Bored Ape Yacht Club community.

 6         Q         How would an injunction preventing the defendants

 7    from marketing, promoting RR/BAYC, transferring the contract,

 8    transferring Ape Market, how would that prevent confusion in

 9    the marketplace?

10         A         Well, one is being able to change the

11    front-facing terminology so that people could at least be aware

12    of the fact that this is fraudulent in an easier capacity.  But

13    more than anything, we need to control our brand.  We need to

14    have our brand back.

15              MS. CULP:  Thank you.  No further questions.

16              MR. TOMPROS:  I think just two questions,

17    Your Honor.

18              THE COURT:  All right.

19              MR. TOMPROS:  I think it may be three questions.

20    I'm sorry.

21              THE COURT:  I was going to say.

22                          RECROSS-EXAMINATION

23    BY MR. TOMPROS:

24         Q         You mentioned concerns from brand partners in

25    your redirect examination testimony just now; right?
```

**UNITED STATES DISTRICT COURT**

```
 1          A       Yes, sir.

 2          Q       Did you distinguish -- strike that.

 3                  The content of BAYC's images that had been

 4   criticized as insensitive and offensive can also offend

 5   potential brand partners; right?

 6          A       That's not what they said to us.

 7          Q       Did you identify a single e-mail, text message,

 8   or any other contemporaneous written communication from any

 9   brand partner or repeating any communication from any brand

10   partner that mentions any of these concerns at all?

11          A       No, it was phone calls and e-mails -- I mean,

12   phone calls and Zooms.

13                  MR. TOMPROS:  That's all I have.  Thank you.

14                  THE COURT:  All right.  May this witness be excused?

15                  MR. TOMPROS:  Your Honor, one brief thing.  I

16   neglected -- I think I moved into evidence JTX-2410, the

17   notebook, but I'm not sure if we got it received.  I'm not sure

18   if Your Honor responded to that motion.  I just wanted to, as a

19   clerical matter, make sure that JTX-2410, the physical exhibit,

20   is in evidence.

21                  THE COURT:  I have it in.

22                  Do you have it in, Shannon?

23                  THE COURTROOM DEPUTY:  No, I don't.

24                  THE COURT:  I will -- Shannon is in control.  So I

25   will admit it.
```

```
1              (Exhibit No. JTX-2410 received into evidence.)

2              MR. TOMPROS:  With that, nothing else, Your Honor.

3              MS. CULP:  Nothing further, Your Honor.

4              THE COURT:  All right.  You may step down.

5              Call your next witness.

6              MS. CULP:  Yuga Labs calls Professor Jonah Berger.

7              THE COURTROOM DEPUTY:  Do you solemnly swear that

8    the testimony you shall give in the cause now before this Court

9    shall be the truth, the whole truth, and nothing but the truth,

10   so help you God?

11             THE WITNESS:  I do.

12             THE COURTROOM DEPUTY:  Thank you.  Be seated.

13             Please state and spell your name for the record.

14             THE WITNESS:  My name is Jonah, J-o-n-a-h, Berger,

15   B-e-r-g-e-r.

16             THE COURT:  You may proceed.

17             MS. CULP:  Thank you.

18                        JONAH BERGER,

19   called as a witness by the plaintiff, was sworn and testified

20   as follows:

21                     DIRECT EXAMINATION

22   BY MS. CULP:

23      Q     Professor Berger, you should have a declaration

24   in front of you in a binder.  Do you see that?

25      A     I do, yes.
```

1    Q      Could you flip through it until you get to the

2  end and look for your signature.

3            The question is, is this your trial declaration?

4    A      It appears to be, yes.

5    Q      Thank you.

6            THE COURT:  The Court will receive the declaration

7  into evidence as well as the exhibits that are attached to the

8  declaration.  And those exhibits appear at JTX-1, appearing on

9  page 14, through JTX-1557, which appears on page 18.

10           There were no objections to this witness's

11  declaration, so there is no need to make any rulings.

12           You may cross-examine.

13           MR. GOSMA:  Thank you, Your Honor.

14                       CROSS-EXAMINATION

15  BY MR. GOSMA:

16    Q      Good morning, Dr. Berger.

17    A      Good morning.

18    Q      Good to see you again.

19    A      Good to see you too.

20    Q      You are an expert in brand equity and consumer

21  behavior; right, sir?

22    A      That's one of my areas of expertise, yes.

23    Q      In this case, you've offered the opinion that the

24  Yuga Labs brand lost value because consumers were confused by

25  RR/BAYC; right, sir?

1     A     Just so I'm clear, are you quoting me directly or

2  just generally stating my opinion?

3     Q     I'm generally stating your opinion.

4     A     That sounds generally accurate, yes.

5     Q     Now, Yuga Labs is paying for your time here

6  today; right, sir?

7     A     I believe so, yes.

8     Q     Your hourly rate is $1,100 per hour?

9     A     For every matter I'm engaged in, yes.

10    Q     Now, at the time of your deposition back in March

11 of this year, you estimated that you had spent somewhere

12 between 10 and 100 hours on this case; correct?

13    A     I don't have my deposition in front of me, but

14 that sounds generally correct.

15    Q     Since then, you've continued to work on this

16 case?

17    A     I have, yes.

18    Q     What are your total billings as of today?

19    A     I don't know that offhand.

20    Q     Now, Yuga Labs is only seeking about $1.6 million

21 in damages today; correct, sir?

22    A     I believe that's the amount of monetary damages,

23 but I think there's some other broader concerns about brand

24 equity and preventing future damage to brand equity that goes

25 beyond just the monetary short-term concerns.

1    Q  Understood.  But the monetary amount that's being

2  sought is about $1.6 million; correct?

3    A  If that's what you say, I believe you.

4    Q  Okay.  Now, you conducted an analysis of social

5  media posts as part of your work on this case; right?

6    A  I did, yes.

7    Q  It's a platform called Brandwatch; right, sir?

8    A  The data is from Brandwatch, yes.

9    Q  Yes, sir.

10    You analyzed how the release of RR/BAYC NFTs

11  impacted attitudes toward the BAYC brand on social media;

12  correct?

13    A  That sounds correct, yes.

14    Q  Your empirical analysis was limited to the period

15  from May 6, 2022, to late June 2022; correct?

16    A  For a number of reasons, that's the period that I

17  focused on.  That is, if you look -- I have to go to an exhibit

18  here to be sure.  But there's an exhibit in my report that

19  talks about when Mr. Ripps started minting and publicizing the

20  RR/BAYC collection --

21    THE COURT:  Sir, it was a simple "yes" or "no"

22  question.

23    THE WITNESS:  Oh.

24    Q  BY MR. GOSMA:  I can ask it again for you, sir.

25    A  Sure.  Thanks.

1      Q      Your analysis was limited to the period from

2  May 6, 2022, to late June; correct?

3      A      I believe so, yes.

4      Q      You did not perform any empirical analysis on any

5  period before or after May and June of 2022; correct?

6      A      I'd have to look to be sure.  I want to be

7  careful here.  I have to look to be sure I didn't do anything

8  in those periods.  But I agree that that's the period where my

9  main analyses focused.  I'd have to go look at the report to

10  make sure there's nothing that touches any other period.

11      Q      Okay.  You concluded that, following the minting

12  of RR/BAYC NFTs, discussion of the BAYC brand began to include

13  reference to Mr. Ripps; correct?

14      A      Is that a quote or a general --

15      Q      I think you'll know when I'm quoting you.  And

16  when I'm quoting you -- just let me ask the question again.

17      A      Okay.

18      Q      You concluded that following the minting of

19  RR/BAYC NFTs, discussion of the BAYC brand began to include

20  reference to Mr. Ripps; correct?

21      A      I believe so, yes.

22      Q      You concluded that, following the minting of the

23  RR/BAYC NFTs, the share of Tweets exhibiting negative sentiment

24  towards Bored Ape Yacht Club increased; correct?

25      A      Say the last part of the question one more time.

1    I want to make sure --

2         Q    A negative sentiment increased during the time

3    period that you observed; correct?

4         A    That is correct.

5         Q    And you concluded that the positive sentiment

6    decreased; right?

7         A    That is also correct, yes.

8         Q    Now, there could be a variety of different

9    reasons that negative sentiment toward Yuga increased; correct?

10        A    I've conducted a number of analyses, not just

11   one.  And that helps rule out a number of alternatives that

12   might be going on.  So I'm not just guessing.

13             The reason I use statistical analyses is to look

14   at data across a long time period in multiple ways to reach

15   conclusions.  So I don't think that the patterns I'm seeing in

16   both, for example, Figure 7 and Figure 9 of my report could be

17   driven by an alternative.

18        Q    Sir, there could be a variety of different

19   reasons that the negative sentiment increased; correct?  Yes or

20   no?

21        A    In theory or in the data?

22        Q    According to you, sir.

23        A    In theory, before I looked at the data, it was

24   possible that other things could be going on.  Looking at the

25   data and the pattern of the data and the results that the data

1    reveal cast doubt on a number of alternatives.

2         Q       You didn't conclude that any one reason drove the

3    increase in negative sentiment towards Yuga; correct, sir?

4         A       I concluded that there's evidence that this

5    particular reason led to some negative sentiment.  That's what

6    I concluded.

7         Q       Let's -- you gave a deposition in this case;

8    right, sir?

9         A       I did, yes.

10        Q       And at that deposition, you took an oath to tell

11   the truth, the same as today?

12        A       I did, yes.

13             MR. GOSMA:  If we could pull up Dr. Berger's

14   deposition transcript at page 103, line 23, and on to 104,

15   line 8.

16        Q       BY MR. GOSMA:  You were asked, "You did -- and

17   I'm asking you whether you concluded that any specific reason

18   was the driver of the harm or whether your opinion is that all

19   of those things could have caused the harm.  Do you

20   understand?"

21             And your response was, "I think so.  I don't mean

22   to suggest that any single one of them is the only reason for

23   the harm.  All of them could be -- all of the things that I

24   stated in my answer a couple minutes ago could be contributing

25   to the harm, among other things."

1              Right, sir?  Were you asked that question, and

2     did you give that answer?

3         A      I was asked that question.  I did give that

4     answer, yes.

5         Q      Now, we mentioned that your sentiment analysis

6     examined the period from May 6th to June 2022; correct?

7         A      That is correct, yes.

8         Q      During that period, the price of many

9     cryptocurrencies and NFTs collections decreased; correct?

10        A      I think that's a little bit of a

11    miscategorization.  If you look across the whole period, they

12    did decrease.  But there was pretty much a flat line -- if

13    you're referring to one of the exhibits I believe that you

14    shared earlier, there's a flat line for much of May, even when

15    sentiment is declining.

16        Q      Well, let's look at what was going on in May.

17             MR. GOSMA:  If we can pull up JTX-306 and if we

18    could zoom in on the headline there.

19        Q      BY MR. GOSMA:  This is an article from

20    *The New York Times*.  Do you see that?

21        A      I do, yes.

22        Q      The title of the article is "Cryptocurrencies

23    Melt Down in a Perfect Storm of Fear and Panic"; correct, sir?

24        A      That does appear to be the title of the article,

25    yes.

```
1         Q        The date of the article is May the 12th of 2022;
2    correct?
3         A        I do see that on the screen, yes.
4         Q        During the period that you examined; correct?
5         A        It is during the period, yes.
6         Q        Now, just before the period that you examined in
7    April of 2022, Yuga launched a series of NFTs related to its
8    Otherside metaverse; correct?
9         A        I believe so, yes.
10        Q        Let's turn to JTX-2715.
11             THE COURT:  Before we leave 306, are you
12   offering 306?
13             MR. GOSMA:  Yes.  Apologies, Your Honor.  Yes, I'd
14   offer 306 into evidence.
15             THE COURT:  Any objection to 306?
16             MS. CULP:  No objection.
17             THE COURT:  It will be received.
18          (Exhibit No. JTX-306 received into evidence.)
19             THE COURT:  What's the next number?
20             MR. GOSMA:  JTX-2715, Your Honor.  And I'd offer
21   JTX-2715 into evidence as well.
22             THE COURT:  Any objection to --
23             MS. CULP:  No objection.
24             THE COURT:  -- 2715?
25             It will be received.
```

**UNITED STATES DISTRICT COURT**

```
 1              (Exhibit No. JTX-2715 received into evidence.)

 2         Q      BY MR. GOSMA:  This is an excerpt from the

 3    website Kotaku.com; correct, sir?

 4         A      I'm not familiar with that website, but it does

 5    seem to be from that, yes.

 6         Q      It's an article -- it appears to be a news

 7    article dated May 6 of 2022; correct?

 8         A      It does, yes.

 9         Q      The article is titled "Bored Ape Yacht Club NFT

10    Fans Lose Millions Trying To Buy Video Game 'Land'" with the --

11    it says, "Video Game 'Land'"; right, sir?  That's the title?

12         A      That is the title, yes.

13         Q      And just below that, it says, "Missing refunds

14    and scammy websites have BAYC's metaverse project off to a bad

15    start"; right, sir?

16         A      That is what it says.

17         Q      Now, just below the image of the -- the monkey

18    image there, the article states, "Something bad is happening

19    over in the Bored Ape Yacht Club"; right?

20         A      That's what the article says.

21         Q      It goes on, "Bad things seem to happen almost

22    daily in the NFT sphere and that Yuga Labs most recently

23    contributed to the blood in the water with its Otherdeed and

24    Otherside collection, which saw buyers paying thousands in

25    failed transactions and later, once again, becoming scam
```

```
 1   targets."  That's what it says; right?

 2        A     I want to be a little bit careful here.  I will

 3   read off the screen, and I do agree that that's what the

 4   article says.  I'm not sure that reflects the reality of what

 5   occurred.

 6        Q     Well, sir, that's what the news media reported;

 7   right?

 8        A     That's what this website reported.

 9        Q     Okay.  Now, you weren't even aware of the

10   controversy around the launch of Otherside when you submitted

11   your report; right, sir?

12        A     I think there was some confusion in that

13   conversation about the difference between Otherside and

14   Otherdeeds.

15        Q     Well, sir, this article talks about Otherdeeds

16   for Otherside; right, sir?

17        A     This article does, yes.

18        Q     And so you weren't aware of any controversy

19   surrounding the release of Otherside; right, sir?

20        A     I'm not sure what the question was.  Can you say

21   it one more time?

22        Q     Sure.

23              You were not aware of any controversy surrounding

24   the release of Otherside when you issued your report; right,

25   sir?
```

1          MS. CULP:  Objection.  Lacks foundation as to the

2    release of Otherside.

3          THE COURT:  The objection is overruled.

4          THE WITNESS:  I'm not sure exactly what you are

5    referring to.  I think there was some confusion.  Maybe it was

6    you -- I apologize, I don't remember who was on Zoom -- in

7    asking the questions and the confusion between those two

8    things.  And that may have led to some imprecision in my

9    response.

10       Q     BY MR. GOSMA:  Sure.

11             So the question, sir, was you weren't aware of

12   the controversy around Otherside when you submitted your

13   report; right?  Yes or no.

14       A     I don't remember offhand.

15       Q     Let's go see what you said at your deposition.

16             MR. GOSMA:  If we could go to page 253, line 24, to

17   254, 4.

18       Q     BY MR. GOSMA:  You were asked the question,

19   "Okay.  Are you aware of any controversy surrounding the

20   release of Otherside?"

21             There was an objection.

22             And you answered, "I'm not aware of any

23   controversy around the launch of Otherside."

24             Were you asked that question, and did you give

25   that answer?

1    A        I was asked that question, and that was my

2    answer.

3    Q        Okay.  Let's turn to JTX-307.

4         MR. GOSMA:  And, Your Honor, I'd offer this into

5    evidence.

6         THE COURT:  Any objection to 307?

7         MS. CULP:  No objection.

8         THE COURT:  307 will be received into evidence.

9         (Exhibit No. JTX-307 received into evidence.)

10   Q        BY MR. GOSMA:  Now, during the period you

11   examined, the news media published an article with the headline

12   "Bored Apes Desecrated a Famous Piece of New York City Graffiti

13   Art"; correct?

14   A        That appears to be the case, yes.

15   Q        And you weren't aware of this article when you

16   conducted your analysis either; right, Dr. Berger?

17   A        This article isn't at the beginning of the time

18   period of my analysis.  I think the dates are quite important

19   here.  You seem to be moving around between a number of things,

20   and I understand and respect that.  But this occurred

21   two-thirds of the way through the period I looked at.  So this

22   could not account for whatever is going on at the beginning of

23   the period.

24   Q        Sir, the question was a "yes" or "no" question.

25   You weren't aware of the article; right?

```
 1        A       I don't remember offhand.

 2        Q       So you did not analyze whether any of these

 3   events negatively impacted Yuga's brand; correct?

 4        A       Well, the analysis is over a time period.  And

 5   Figure 9 of my report, for example, shows that negative

 6   association with the brand didn't just occur over time in a way

 7   that declined.  It occurred in a very specific way over time.

 8   It was more likely to happen over time in times where Tweets

 9   also mentioned Ryder Ripps and RR/BAYC.  So that cast doubt on

10   anything that's happening over time.  It has nothing to do with

11   him.

12        Q       Have you finished?  Have you finished your

13   answer, sir?

14        A       I don't think I have anything else to say on it,

15   no.

16        Q       The question was you did not analyze whether any

17   of the events that we just talked about negatively impacted

18   Yuga's brand; correct?

19        A       I don't think that's a fair characterization.  I

20   think, as you brought up earlier, as I said in my deposition,

21   there can be multiple things that lead to harm.  I've

22   identified one thing and shown data to support that one thing.

23             The fact that other things may in addition to

24   that first thing contribute to harm doesn't negate the fact

25   that the first thing contributes to harm.
```

**UNITED STATES DISTRICT COURT**

1      Q      Right.  But you can't differentiate between harm

2  caused by one thing and harm caused by another over the time

3  period that you tested; right?

4      A      No.  That's incorrect.

5      Q      Sir, you considered your task in this case to

6  consider the effect of what Yuga alleged was the infringing

7  conduct and not the potential effect of other causes; right?

8      A      That's somewhat but not completely accurate.

9  That is certainly where I focused, but my analysis also allows

10 me to speak to some of these other questions based on the

11 temporal occurrence of these events as well as, as I mentioned,

12 what occurs in Figure 9 which cast doubt on a number of

13 alternatives that don't have anything to do with RR/BAYC or

14 Mr. Ripps.

15     Q      Now, you are aware that Mr. Ripps and Mr. Cahen

16 have publicly criticized Yuga's brand; correct?

17     A      I am aware of that, yes.

18     Q      And you haven't studied their criticisms in

19 detail; correct?

20     A      I'm aware of some of the criticism.  I have not

21 considered all -- every single criticism that was made by them.

22     Q      Right.  You didn't focus on the criticisms in

23 your report; correct?

24     A      Again, I don't think that's accurate.  Many of

25 the criticisms occurred before the time period in which my

1    report occurred.  And so if any of them were to affect

2    sentiment towards the brand, for example, that should have

3    already occurred.

4         Q     Sir, you have not studied the criticisms made by

5    Mr. Ripps and Mr. Cahen in detail as part of your report;

6    correct?

7         A     My analysis accounts for a period in which those

8    things occurred.  And if those things were driving things and

9    were instead of driving -- what I suggested was driving things,

10   that would be observed in the data.

11        Q     And your opinions don't focus on whether

12   Mr. Ripps's criticisms are valid or not; correct?

13        A     Can you repeat that question one more time?

14        Q     Sure.

15              Your opinions do not focus on whether Mr. Ripps's

16   criticisms are valid or not; correct?

17        A     That is correct.

18        Q     That's not something you took a stance on as part

19   of your work in this case; right?

20        A     Again, I want to be careful.  I believe during

21   deposition, you asked me some questions about those statements

22   and some things related to them.  So I did at that point share

23   some opinions based on those things.  But my report itself did

24   not focus on that.

25        Q     You had not seen any evidence that suggests that

1    the minting of RR/BAYCs made people more aware of Mr. Ripps's

2    criticisms of Yuga Labs; correct?

3         A       I have not seen evidence to that, no.

4         Q       You had not seen any evidence that Mr. Ripps's

5    criticisms caused harm to Yuga's brand; correct?

6         A       Please say the question one more time.  I just

7    want to make sure to respond --

8         Q       Sure.  I understand.

9                 You had not -- at the time you issued -- strike

10   that.

11                At the time you issued your report, you had not

12   seen any evidence that Mr. Ripps's criticisms caused harm to

13   Yuga's brand; correct?

14        A       That was true then, and that is still true now,

15   yes.

16        Q       And, in fact, at the time you issued your report,

17   you weren't even aware that BAYC or Yuga had been associated

18   with racism or hate speech; correct?

19        A       I don't think that's -- sorry.  I want to answer

20   precisely.  Say the question one more time.

21        Q       Sure.

22                You weren't -- at the time you issued your

23   report, you weren't aware that BAYC or Yuga had been associated

24   with racism or hate speech at all; correct?

25        A       I think you mean allegations of that.  There had

```
 1    been allegations that were made.  And I was aware that there
 2    had been some allegations, but I did not focus on that in my
 3    report.  And so I do not have detailed opinions on specific
 4    allegations.
 5         Q    Well, let's look at your deposition testimony at
 6    page 147, lines 7 to 16.
 7              So the question was, "Okay.  Well, I mean, you
 8    are an expert.  So you can entertain hypotheticals.  And my
 9    hypothetical question is if the brand becomes associated with
10    racism or hate speech, that can be negative for the brand;
11    right?"
12              There was an objection.
13              And your statement was, "I'm not aware that BAYC
14    or Yuga has been associated with racism or hate speech."
15              That was your testimony; right, sir?
16         A    I think that was consistent with what I just
17    said.  I'm aware there have been some allegations.  But the
18    word "association" suggests that they've done something
19    consciously to encourage that, and I don't agree with that.
20         Q    We can agree to disagree on that.
21              So you did not analyze whether the minting of
22    RR/BAYC NFTs increased public awareness of the racism
23    allegations; correct?
24         A    I did not look at that, no.  I have not seen
25    evidence that that's the case, but I did not focus on that.
```

1          THE COURT:  How much longer do you have?

2          MR. GOSMA:  Very close to the end, Your Honor.

3          THE COURT:  What's "very close"?

4          MR. GOSMA:  Like five questions.

5          THE COURT:  Okay.

6          MR. GOSMA:  Now I'm on a clock.

7      Q      BY MR. GOSMA:  You were here for the testimony of

8  Ms. Muniz; correct?

9      A      Yes.

10      Q      And you heard Mr. Solano's testimony as well?

11      A      I did, yes.

12      Q      You heard both of them acknowledge that persons

13  other than Mr. Ripps and Mr. Cahen have criticized Yuga for

14  racist imagery in its IP; correct?

15      A      I want to be careful.  Again, I don't know who

16  those people are or whether they are connected to those two

17  individuals or not.  I did hear them recognize that others have

18  made comments similar to that, but I don't know who those are

19  in particular and whether they may be connected to the

20  defendants.

21      Q      Yuga has, in fact, been criticized for its racist

22  imagery in its images; correct?

23      A      By whom are you saying it's been criticized?

24      Q      By my clients and by others -- and by others.

25      A      I'm aware it's occurred by the clients, and I'm

1   aware that others have as well.

2           Q       Thank you.

3                   THE COURT:  All right.  Any redirect?

4                   MS. CULP:  Yes, Your Honor.

5                           REDIRECT EXAMINATION

6   BY MS. CULP:

7           Q       Professor Berger, you were shown your deposition

8   testimony where you made a distinction between the association

9   of the BAYC brand and racism.  Obviously your deposition went

10  longer than just a couple of lines.

11                  Can you explain that differentiation that you

12  were referring to in your testimony just a moment ago?

13          A       The making -- the allegations versus the

14  associations?

15          Q       Exactly, please.

16          A       Yes, yeah.  It's one thing to allege that

17  somebody did something.  It's another thing for that entity or

18  organization to have done that thing.  I'm aware that there are

19  allegations that people, including the defendants, have made

20  against Yuga.  I'm not clear, though, that Yuga did those

21  things with that intent in mind.

22          Q       Thank you.

23                  You gave testimony about how your opinion -- you

24  had an exchange with Mr. Gosma -- can differentiate between the

25  sources of harm.  And I believe you and Mr. Gosma agreed to

```
 1   disagree.

 2               My question is can you explain why you disagreed

 3   with Mr. Gosma's position on whether or not your opinion can,

 4   in fact, differentiate between sources of harm?

 5        A     Yeah.  So there are a number of alternative

 6   explanations, what I would call alternative explanations that

 7   defense counsel has raised, things like the graffiti incident,

 8   things like other comments that were made about the brand.

 9               First of all, many of those things occurred at

10   points in time that could not lead to the pattern of data

11   that's observed in the report.

12               And second, those things can explain the second

13   exhibit in the report, I believe it's Figure 9, that shows, as

14   I mentioned earlier, that negative sentiment is particularly

15   strong on days that mention Mr. Ripps or RR/BAYC, suggesting

16   it's not something like the graffiti incident or something

17   broad about racism allegations.  But it's something specific to

18   what I note in my report.

19        Q     Even if all of the events that Mr. Gosma

20   described were true, there's a graffiti incident, there's some

21   Otherdeeds incident, et cetera, does that change your opinion

22   in any way in terms of your sentiment analysis in your report?

23        A     It does not, no.

24        Q     Why not?

25        A     Because as I mentioned earlier -- and sorry if it
```

**UNITED STATES DISTRICT COURT**

```
 1    came off as rude -- I think we do agree that multiple things
 2    may account for an outcome.  But what I was trying to suggest
 3    was that, just because multiple things can account for an
 4    outcome doesn't mean one particular factor doesn't contribute
 5    to that outcome.
 6              So the data I've looked at, the only factor that
 7    can distribute to that outcome is the minting and publication
 8    of RR/BAYCs.
 9         Q    Do you recall your testimony a moment ago where
10    you made a distinction between Otherdeeds and Otherside?
11         A    I do, yes.
12         Q    Can you explain what you -- what distinction you
13    were making, please?
14         A    Yes.  So as I understand it -- and I don't mean
15    to suggest I know all the nuances of this.  But Otherside is a
16    place in the metaverse that people can buy land to.  Otherdeeds
17    are essentially, in some sense, a ticket to that place.  It's
18    an NFT collection, and those are two separate things.
19         Q    What is your understanding of the relationship
20    between the Otherside brand and the Bored Ape Yacht Club brand?
21         A    Yeah.  This is an important distinction.  So just
22    like Disney has both Mickey and Marvel but they are not
23    completely connected, where Unilever owns AXE® Body Spray and
24    Dove the soap and skin care brand, so too Yuga is associated
25    with or owns multiple brands.
```

1      Q      Given that distinction, would you expect that any

2  issues with the Otherside brand or the Otherdeeds NFT

3  collection specifically would have had an impact on the

4  Bored Ape Yacht Club brand observed in your data?

5      A      It would be unlikely to because they are

6  different brands.  Just like, for example, AXE® Body Spray is

7  known as something that young men douse themselves with -- or

8  at least that's what it was -- and Dove is a beauty care brand

9  more focused on female empowerment and those seem not related,

10  damage to one wouldn't necessarily hurt the other because they

11  don't seem connected.

12      Q      Changing topics.  You were shown an exhibit that

13  had an article about the declining price of cryptocurrency,

14  et cetera.  Do you recall that exhibit?

15      A      I do, yes.

16      Q      If there was, in fact, a declining price of

17  cryptocurrency or the floor price of BAYC NFTs themselves,

18  would that have any impact on the analysis that you conducted

19  and the opinion that you reached from the data?

20      A      As I tried to state earlier, neither of those can

21  account for Figure 9.  Right?  And the data that shows that on

22  days that mention Mr. Ripps or RR/BAYC in particular, negative

23  sentiment towards the brand is higher.

24            That negative sentiment can't have to do with the

25  market decline because it's not -- mentioned Mr. Ripps or

```
 1   RR/BAYCs and same with the floor price.
 2              MS. CULP:  No further questions.
 3              THE COURT:  All right.  May this witness be excused?
 4              MR. GOSMA:  No recross, Your Honor.
 5              THE COURT:  All right.  You may be excused.
 6              Call your next witness.
 7              MS. MELCHER:  Plaintiff calls Mr. Kerem Atalay.
 8              THE COURTROOM DEPUTY:  Raise your right hand.
 9              Do you solemnly swear that the testimony you shall
10   give in the cause now before this Court shall be the truth, the
11   whole truth, and nothing but the truth, so help you God?
12              THE WITNESS:  I do.
13              THE COURTROOM DEPUTY:  Thank you.  Be seated.
14              Please state and spell your name for the record.
15              THE WITNESS:  Kerem, K-e-r-e-m, Atalay, A-t-a-l-a-y.
16              THE COURT:  All right.  You may proceed.
17                        KEREM ATALAY,
18   called as a witness by the plaintiff, was sworn and testified
19   as follows:
20                     DIRECT EXAMINATION
21   BY MS. MELCHER:
22       Q    Mr. Atalay, could you please identify your
23   declaration from the binder?  And can you please review and
24   confirm your signature on the final page?  And can you confirm
25   that this is your trial declaration that was submitted as your
```

```
1    direct testimony in this case?

2         A      It is.

3         Q      Thank you.

4              THE COURT:  The declaration will be received into

5    evidence as well as the exhibits that appear in column

6    "Exhibits on Direct," page 19, Exhibit JTX-600 through

7    Exhibit 1558, which appears on page 20.  There were objections

8    to this witness's declaration.  But each of those objections

9    are overruled.

10                   (Exhibit Nos. JTX-600 to JTX-1558

11                     received into evidence.)

12              THE COURT:  So you may cross-examine.

13              MS. MELCHER:  Thank you, Your Honor.

14                        CROSS-EXAMINATION

15   BY MR. GOSMA:

16        Q      Good morning, Mr. Atalay.

17        A      Good morning.

18        Q      You are one of Yuga Labs's co-founders; correct?

19        A      That's correct.

20        Q      And you were also the chief technical officer of

21   the company; correct?

22        A      That is correct.

23        Q      And you held that position until May of this

24   year; correct?

25        A      Yes.
```

1       Q       Now, your written testimony says that you

2  developed the Bored Ape Yacht Club NFT smart contract; is that

3  right?

4       A       Yes.

5       Q       You have experience with blockchain technology?

6       A       Yes.

7       Q       And you have experience with NFTs?

8       A       That's correct.

9       Q       An NFT is an on-chain representation of

10 ownership; right, sir?

11      A       I would say that's accurate.  There's probably

12 more that you could say than that, but that's generally

13 accurate, yeah.

14      Q       It's ownership of a unique piece of data; right,

15 sir?

16      A       Yes.

17      Q       For example, there are 10,000 NFTs in the

18 Bored Ape Yacht Club collection; correct?

19      A       That's correct.

20      Q       Each one is unique; correct?

21      A       That's correct.

22      Q       And 10,000 is the maximum number of NFTs that can

23 be in that collection; correct?

24      A       That's accurate.

25      Q       Yuga Labs no longer sells Bored Ape Yacht Club

```
 1    NFTs; correct?
 2         A      Not in the manner in which we sold them during
 3    the public sale.  So we don't sell them ourselves anymore,
 4    that's accurate, yeah.
 5         Q      Each BAYC NFT has unique metadata associated with
 6    it; right, sir?
 7         A      That's true.
 8         Q      Metadata includes things like the creation date,
 9    for example?
10         A      That data is available on-chain.  I wouldn't
11    actually include -- consider that a part of the metadata, but
12    that is data about a particular NFT that is available on the
13    blockchain.
14         Q      Well, the creator contract address is metadata
15    that is contained within the NFT itself; correct?
16         A      So, I mean, you can draw a distinction, I think,
17    between what a lot of people consider metadata associated with
18    an NFT is the data that represents that particular token.
19              So in the case of the BAYC, that is the traits
20    that a particular ape -- you know, the piece of artwork might
21    contain.  That's, I think, somewhat distinct from smart
22    contract address, the owner.  These are just details of the NFT
23    that are tracked on the blockchain.  They are not necessarily
24    metadata associated with a particular token.
25         Q      So you mention that the traits were part of the
```

```
1    metadata; correct?

2         A      Yes.

3         Q      So if an NFT did not have those traits, it

4    couldn't share the same metadata with another NFT; correct?

5         A      Could you restate that?

6         Q      Sure.  That was not a good question.

7                If two NFTs have different traits or one NFT has

8    traits and one doesn't, they have different metadata; correct?

9         A      Yeah, I think that's accurate.

10        Q      So it's impossible to make another NFT that has

11   the same metadata as a Bored Ape Yacht Club NFT; correct?

12        A      As I said earlier, you could deploy a separate

13   smart contract with a collection of 10,000 NFTs that all had

14   the sort of salient metadata that is identical or

15   indistinguishable to the average person.  But it is true, the

16   underlying information available on the blockchain would be

17   distinct between those two collections.  So the smart contract

18   addresses would be distinct.  That's accurate.

19        Q      Thank you.

20               So, Mr. Atalay, you are familiar with a tool

21   called Etherscan; correct?

22        A      Yes.

23        Q      You've personally used Etherscan; correct?

24        A      Yes.

25        Q      Etherscan is a website that gathers data from the
```

```
 1    blockchain to track NFT transactions; correct?

 2         A     Yes.

 3         Q     Anyone can use Etherscan to see what's happening

 4    on the blockchain; correct?

 5         A     Anyone can use Etherscan.  I don't know that

 6    everyone would know what they are looking at, but it's a

 7    publicly available resource.  That's accurate.

 8              MR. GOSMA:  If we could pull up JTX-600, which is

 9    already in evidence.

10         Q     BY MR. GOSMA:  This is a document that you

11    discuss in your witness statement; correct?

12         A     Yes.

13         Q     JTX-600 is a copy of an Etherscan page for a

14    particular transaction; correct?

15         A     Yes.

16         Q     This transaction is associated with the creation

17    of the RR/BAYC smart contract; correct?

18         A     Yes.

19         Q     The document shows that the transaction was

20    initiated by the wallet Ryder-Ripps.ETH.  Do you see that from

21    the from field?  Do you see that?

22         A     Yes.

23         Q     And the document further shows that under "Input

24    Data" down below, that Bored Ape Yacht Club was input as the

25    token or the contract name in the RR/BAYC smart contract when
```

```
1   it was created; correct?

2        A     Yes.

3        Q     So just so we are using common terminology, token

4   name, contract name, token tracker, those all refer to the name

5   of the collection; correct?

6        A     Yes.

7        Q     Now, you make the point in your testimony that

8   this name field or that the token name is unchangeable and

9   permanent; right?

10       A      In this instance, that's accurate, yes, because

11  of the tooling that they use to deploy the smart contract,

12  yeah.

13       Q     Now, your written testimony also references

14  JTX-1558.  If we could pull that up.

15             This is a Tweet from an account called

16  AllCityBAYC.  Do you see that?

17       A     Uh-huh.

18       Q     And the Tweet reads, "If you are curious to see

19  how malicious this scam is, check out the token tracker ID name

20  that he chose to use on the smart contract.  This is a critical

21  piece of data the NFT community uses when determining what they

22  are buying on the secondary market."

23             Do you see that?

24       A     Yes.

25       Q     Now, you agree with All City BAYC that the token
```

1    name is a critical piece of information; correct?

2         A    I do.

3         Q    And you also agree that the NFT community uses

4    the token name when it's buying on secondary markets; correct?

5         A    Yes.

6         Q    And that matters, sir, because Yuga's position in

7    court today is that Mr. Ripps's use of Bored Ape Yacht Club as

8    the token name for his collection caused people to be confused;

9    right?

10        A    Yes.

11        Q    Now, sir, you gave a deposition in this case;

12   right?

13        A    Yes.

14        Q    At that deposition, you took an oath to tell the

15   truth?

16        A    Yes.

17        Q    Same oath you took this morning; right?

18        A    Yes.

19        Q    Now, let's see what you said about the token name

20   at your deposition.

21             MR. GOSMA:  If we could show Mr. Atalay's deposition

22   transcript, page 70, lines 6 to 15.

23        Q    BY MR. GOSMA:  Now, earlier this year my

24   colleague, Mr. Nikogosyan, asked you, quote, "If I wanted to

25   distinguish two NFTs from each other, would I be able to do

```
 1    that by looking at the token name?"

 2              And your testimony was, "I don't think that's how

 3    most people would do that, and I don't know that that would

 4    represent a -- I don't think that would be a surefire way of

 5    distinguishing between two smart contracts, for example."

 6              Were you asked that question, and did you give

 7    that answer?

 8         A    Yes.

 9         Q    Let's see what else you said.

10              MR. GOSMA:  If we could scroll down to the next

11    question and answer at 16 -- page 70, lines 16 to 23.

12         Q    BY MR. GOSMA:  The very next question

13    Mr. Nikogosyan asked, "Would it be a way of extinguishing two

14    NFTs from each other?"

15              And you answered, "It could, but it would be a

16    fairly weak way to do so because often those things are

17    mutable.  They can be changed after the fact.  Also, there's no

18    guarantee of uniqueness.  They are easier to mistake.  I mean,

19    they are not an ideal way to distinguish between."

20              That was your testimony; correct?

21         A    Uh-huh.

22              THE COURT:  You have to answer "yes."

23              THE WITNESS:  Yes.

24         Q    BY MR. GOSMA:  Now, sir, in this answer, you say

25    that the token name is mutable; correct?
```

1          A          Yes.  In most instances, for example, when you

2     deploy smart contracts that allow mutability of these

3     parameters, they are mutable.

4                    In this particular instance, upon inspection of

5     the Foundation smart contract that was used to deploy the

6     RR/BAYC smart contract, it's evident that these are not mutable

7     fields in this particular instance.  So this isn't entirely

8     relevant.

9          Q          Sure.  But your testimony back in January was

10    that the field was mutable; correct?

11         A          I was speaking, I think, in a general sense.

12    Typically people who are -- who have more expertise in this

13    field who actually deploy contracts themselves rather than

14    using sort of off-the-shelf push button tooling, as they did,

15    have more control over the smart contract ultimately.  So these

16    fields are mutable in those instances.

17                    My testimony here -- or my deposition is relevant

18    to those instances.  It's not relevant to this particular case

19    because Foundation does not allow mutation of these fields

20    after the fact.

21         Q          Right, sir.  But you knew that this was a

22    deposition in this case; correct?

23         A          I did, but I don't know that I was referring --

24    so I don't know that -- in this instance, I was referring

25    specifically to contracts deployed through Foundation, for

1    instance.  I was speaking in a general sense.

2         Q       Now, sir, it's definitely possible to

3    differentiate between different NFT collections; right?

4         A       Yes.

5         Q       The most straightforward way is to distinguish

6    two NFTs from each other is just to look at them on a

7    marketplace like OpenSea; right?

8         A       It depends on your level of expertise.  I would

9    say for the average person who is not an expert in blockchain

10   technology, that is probably the most straightforward way, yes.

11        Q       You can also distinguish two NFTs by checking if

12   they are associated with different smart contracts; correct?

13        A       You could do that.  Again, I think that's

14   something that requires a level of expertise.  I think most

15   casual consumers of this technology don't go that far but yes.

16        Q       If two NFTs are associated with a different smart

17   contract, then you can infer that they are different; correct?

18        A       That is accurate.  Again, I think that difference

19   is lost on the majority of the nonexpert, nontechnical public.

20        Q       Sure.  It was a "yes" or "no" question, sir.  So

21   if you could stick with my question.

22                There's no dispute today that RR/BAYC NFTs are

23   associated with a different smart contract address than the

24   BAYC NFTs; correct?

25        A       That is true.

```
 1              MR. GOSMA:  Thank you.  No further questions.

 2              THE COURT:  All right.  Redirect?

 3                       REDIRECT EXAMINATION

 4  BY MS. MELCHER:

 5       Q      Mr. Atalay, you are aware that, as part of this

 6  lawsuit, Yuga Labs has requested the transfer of the RR/BAYC

 7  smart contract to Yuga Labs?  Are you aware of that?

 8       A      Yes.

 9       Q      What are some of the reasons why transferring the

10  RR/BAYC NFT smart contract would help prevent future confusion

11  to Yuga Labs?

12       A      I think this came up during Greg's testimony.

13              But if Yuga Labs had control, was the owner of

14  the smart contract, we would have a much greater flexibility in

15  controlling how the collection is displayed in marketplaces,

16  including OpenSea.  The fact also -- actually, real quick, I

17  believe there is also a demonstrative that kind of demonstrates

18  what this difference might look like.  If we could --

19              MS. MELCHER:  Great.  If we could pull up D44.

20              MR. GOSMA:  Objection, Your Honor.  This is outside

21  the scope of my cross.

22              THE COURT:  Sustained.

23       Q      BY MS. MELCHER:  Mr. Atalay, when you reviewed

24  the source code JTX-806, did you see any source code for

25  web pages reflecting a process to purchase NFTs on the
```

1    Ape Market marketplace?

2              MR. GOSMA:  Objection, Your Honor.  Outside the

3    scope.

4              THE COURT:  Overruled.

5              THE WITNESS:  Just so I'm clear on what we are

6    referring to --

7         Q    BY MS. MELCHER:  JTX-806.  That's referenced in

8    your declaration.

9         A    Okay.  Yes.

10        Q    And my question was did you see any source code

11   when you reviewed that exhibit for web pages reflecting a

12   process to purchase NFTs on the Ape Market marketplace?

13        A    I did.  There was -- so not only did I see this

14   in the source code, there's also a deployed, like, test

15   instance of this source code.  So essentially a live version of

16   the live application that wasn't available for public

17   consumption but was available to interact with.

18             So not only did I see evidence of user interfaces

19   to facilitate listing and purchasing NFTs as well as connecting

20   wallets and a code for pulling live price data, I actually

21   interacted with a live instance of this as well.

22        Q    What do mean by "a live instance"?

23        A    The code was in such a state of completion that

24   it was operational.  It hadn't necessarily been deployed for

25   public consumption, but it was close enough to complete that it

```
 1    was essentially apparently feature complete; otherwise, totally

 2    operational or ready to be deployed for consumption.

 3          Q      When was the last date on which you interacted

 4    with the live instance of the Ape Market marketplace?

 5          A      This was two days ago.

 6          Q      How does the mutable nature of the name and

 7    symbol of the RR/BAYC smart contract lead to confusion in the

 8    marketplace?

 9          A      For many people, this is the only human readable

10    text on a given interface.  So somebody looking at Etherscan,

11    for example, who knows what to look for could identify the

12    creator address, distinguish between smart contract addresses,

13    but these are strings of essentially random letters and numbers

14    that are meaningless to most people.

15                 I think most people's eyes would glance over

16    these without them registering it all.  So the human readable

17    text, the symbol and the token tracker are, I think, from --

18    especially casual users of this technology, the only really

19    salient bit of information and what they would cling to to

20    identify a particular smart contract.

21          Q      What other human readable texts can a consumer

22    see in a marketplace?

23          A      Marketplaces will often display information about

24    the collection so a collection description.  This will be in

25    addition to the collection name.  There can be all sorts of
```

```
 1   other sort of UI elements that collection owners, creators can

 2   add to their collection pages.

 3               Yeah, there's quite a bit more in marketplaces

 4   and other places that can be added.

 5       Q    Can any of those change?

 6       A    Those other elements are typically mutable, yes,

 7   because they are not represented permanently on-chain or

 8   immutably on-chain.  They are off-chain representations.

 9       Q    And who can make those changes?

10       A    Typically, that's the owner of the collection who

11   marketplaces allow to make those changes.

12               MS. MELCHER:  Thank you very much.

13               THE COURT:  All right.  May this witness be excused?

14               MR. GOSMA:  Yeah.  No recross, Your Honor.

15               THE COURT:  All right.  You may be excused.

16               Call your next witness.

17               MS. MELCHER:  Our next witness called by plaintiff

18   is Laura O'Laughlin.

19               THE COURTROOM DEPUTY:  Raise your right hand.

20               Do you solemnly swear that the testimony you shall

21   give in the cause now before this Court shall be the truth, the

22   whole truth, and nothing but the truth, so help you God?

23               THE WITNESS:  I do.

24               THE COURTROOM DEPUTY:  Please state and spell your

25   name for the record.
```

1          THE WITNESS:  My name is Laura O'Laughlin.

2    L-a-u-r-a, O apostrophe L-a-u-g-h-l-i-n.

3          THE COURT:  You may proceed.

4                    LAURA O'LAUGHLIN,

5    called as a witness by the plaintiff, was sworn and testified

6    as follows:

7                    DIRECT EXAMINATION

8    BY MS. MELCHER:

9          Q     Can you please identify your declaration in the

10   binder next to you?

11         A     Yes.

12         Q     Can you please review it and confirm your

13   signature on the final page?

14         A     I see my signature, yes.

15         Q     Is this your trial declaration that was submitted

16   as your direct testimony in this case?

17         A     It is.

18         Q     Thank you.

19         THE COURT:  All right.  The declaration of this

20   witness will be received into evidence.

21         In addition, the Court will receive into evidence

22   the exhibits JTX-1, which has already been in evidence but it's

23   the first one that appears on page 22, and goes through

24   JTX-1612, which appears on page 26.

25         There are no specific objections to this witness's

```
 1   testimony.  However, there was an objection that was

 2   encompassed in a motion in limine.

 3            I conclude that the testimony that is being offered

 4   by this witness and this witness's report are relevant,

 5   reliable, and admissible.  And I conclude that the -- whether

 6   the methodology chosen by this witness to conduct both the

 7   Squirt and Eveready Surveys goes to the weight of this

 8   witness's testimony, not to its admissibility.  And counsel

 9   will have an opportunity to fully expose any limitations or

10   flaws during cross-examination.

11            That's a short ruling.  I'll provide a longer ruling

12   at the appropriate time.  I just want to get through the

13   testimony.

14            MS. MELCHER:  Thank you, Your Honor.

15            MR. TOMPROS:  Thank you, Your Honor.

16            May I proceed to cross-examine?

17            THE COURT:  Yes.  Go ahead.

18                        CROSS-EXAMINATION

19   BY MR. TOMPROS:

20       Q     Good morning, Ms. O'Laughlin.

21       A     Good morning.

22       Q     You have not offered any opinion on the amount of

23   profits that Mr. Ripps or Mr. Cahen made; correct?

24       A     That's correct.

25       Q     You have not offered any opinion on Mr. Ripps's
```

1   or Mr. Cahen's intent; correct?

2        A        That's correct.

3        Q        You have not offered any opinion on the scope of

4   any injunction against Mr. Ripps or Mr. Cahen; correct?

5        A        That's correct.  However, I think my surveys

6   might be helpful in demonstrating consumer confusion.

7        Q        You yourself have not offered an opinion one way

8   or another about what a particular injunction should or should

9   not say; right?

10       A        That's correct.

11       Q        You have offered some opinions based on consumer

12  confusion surveys that you conducted; right?

13       A        Yes.

14       Q        You conducted two different types of consumer

15  confusion surveys in this case; right?

16       A        I conducted two surveys, one that follows an

17  Eveready approach and another that follows a Squirt approach.

18       Q        And it is important to be able to identify the

19  right survey methodology for the matter at hand; correct?

20       A        I would generally agree with that.  However, it's

21  possible that one or many methodologies may be appropriate for

22  a particular matter.  So it's not a one or none.  It could be a

23  one, many, or none.

24       Q        But it is true that it is important to be able to

25  identify the right survey methodology for the matter at hand;

1    right?

2         A       Like I said, it could be one methodology.  It

3    could be two methodologies.  It could be no methodologies.  It

4    would just depend.  But, yes, that exercise is an important

5    exercise.

6         Q       The Eveready Survey is most accepted when the

7    asserted mark is top of mind; correct?

8         A       I believe it depends on a few factors.  I think

9    the choice of Eveready is often used for marks that are top of

10   mind.  However, the Eveready studies can also be used depending

11   on the context in which a particular good is offered.

12        Q       You gave a deposition in this case; correct?

13        A       I did.

14        Q       And you swore an oath to tell the truth just like

15   today; correct?

16        A       Correct.

17            MR. TOMPROS:  Do we have Ms. O'Laughlin's deposition

18   at page 84, lines 4 through 6?

19        Q       BY MR. TOMPROS:  And there we see,

20            "QUESTION:  The Eveready Survey is most accepted

21   when the asserted mark is top of mind; correct?"

22            And your answer was, "Yes."

23            Were you asked that question, and did you give

24   that answer?

25        A       I was asked that question, and I gave that

1    answer.  But I believe I also spoke later on about other

2    factors that can also contribute to the use of the

3    Eveready Survey.  That is certainly one factor, yes.

4         Q    A reason to use a Squirt Survey is when the marks

5    are weak; correct?

6         A    It is a reason, but it is not the only reason.

7    As I said, it can depend on the context in which the marks are

8    being used.  And so the choice of the Squirt can depend on

9    whether or not the mark is of a particular strength but also

10   depending on the marketplace context in which a mark is

11   offered.

12        Q    You did not conduct a so-called fame survey to

13   determine whether Yuga's marks were strong or weak; right?

14        A    That's correct.

15        Q    You could have conducted a fame study but did

16   not; correct?

17        A    I did not think it was necessary to conduct a

18   fame survey.

19        Q    And this is the first case in which you have ever

20   testified about both an Eveready and a Squirt survey in the

21   same case; correct?

22        A    This is the first case in which I personally have

23   offered testimony about both, yes.  However, I have worked in

24   other cases in which both have been offered.

25        Q    Before conducting your Eveready Survey, a team

```
 1    under your supervision conducted 10 pretests; right?
 2         A       That's correct.  A pretest is when we have
 3    somebody take the survey allowed and tell us about what they
 4    are thinking when they are taking the survey.  So the pretest
 5    is a thinking-aloud exercise as you go through the survey.
 6         Q       And you explain all of this in the course of your
 7    declaration.  So I'd like to just focus on the specific points
 8    I want to make sure we get some clarity on.
 9                 Members of that team under your supervision had
10    access to the pretest survey answers; correct?
11         A       I think, as I said in my deposition, they had
12    access to a host of answers that were in the survey.  So when
13    you create a survey, you are taking the survey and you're
14    creating data.  And when you create data, you might be doing
15    it, from my perspective, as somebody who is debugging it and
16    somebody -- so you are creating extra data entries.
17                 Then people who take the survey as part of the
18    pretest will also take the survey.  And their entries will be
19    mingled in with debugging data as well.  So, yes, that is part
20    of it, but it's not isolated.
21         Q       Again, I was just making sure.  Members of the
22    team under your supervision had access to the pretest survey
23    answers; correct?
24         A       They did, yes.
25         Q       Then following those pretests, you made changes
```

1    to the survey; correct?

2        A    Yes.  Minimal changes, yes.

3        Q    Following the pretest, you changed the screening

4    questions such that more survey respondents would qualify;

5    correct?

6        A    Yes.  I made some minor changes to the survey

7    screener.

8        Q    After the pretest, you changed the qualification

9    criteria -- strike that.

10            After the pretest, you changed the qualification

11   criteria in a way that made it easier to qualify as a survey

12   respondent; correct?

13       A    Slightly easier, yes, if they were -- I believe

14   it was around prospective purchases of NFTs as well.

15       Q    Then you used the modified qualification criteria

16   for both your Eveready Survey and your Squirt Survey; correct?

17       A    That's correct.

18       Q    Now, the population for the study matters for the

19   analysis that you are doing; correct?

20       A    It does, yes.

21       Q    The appropriate target population was supposed to

22   be past and potential buyers of Mr. Ripps's and Mr. Cahen's

23   NFTs; correct?

24       A    That would be past and potential purchasers of

25   NFTs.

1       Q       You were specifically asked to conduct research

2    in the market for nonfungible tokens; correct?

3       A       That's correct, yes.

4       Q       You are not an expert on NFTs; right?

5       A       I am not an expert on NFTs.

6       Q       For example, at the time you conducted your

7    survey, you did not know whether cryptocurrency is a type of

8    NFT or not; right?

9       A       I think -- when I reviewed my deposition, I

10   believe I gave an answer to that effect, but I don't recall

11   exactly what I said.

12      Q       You didn't know, in fact, whether cryptocurrency

13   was a type of NFT at the time you conducted your survey, did

14   you?

15      A       I don't think so.

16      Q       You did not know whether an NFT does or does not

17   link to a separate Internet address for an image at the time

18   you conducted your survey; right?

19      A       I believe that's what I said, yes.

20      Q       You did not know whether two NFTs could both link

21   to the same image or not; right?

22      A       No.  I'm pretty certain I know that an NFT could

23   link to the same image.  It's possible to have the same image.

24   But it's, I think, related to the context around a particular

25   image that changes.

1    Q       Now, when you were deciding the population for

2    your survey, you did not limit participants to those who had

3    purchased or were planning to purchase an NFT; right?

4    A       So thinking about this market from a consumer

5    perspective, a consumer could think of an NFT as a piece of

6    digital art or a collectible.  Those are certainly ways that

7    I've seen people refer to NFTs in the marketplace.  So I also

8    allow people to take the survey if they were in the market for

9    digital art or digital collectibles.

10   Q       So your survey population was broader than just

11   those who had purchased or were planning to purchase an NFT;

12   correct?

13   A       That's not necessarily true.  My survey screening

14   criteria relates to people who might think of an NFT as a

15   digital collectible or a piece of digital art.  It's not --

16   consumers can think of NFTs in different ways, and I wanted to

17   make sure that I got people in the survey who thought about

18   NFTs in the way I'd seen them referred to in the marketplace.

19   Q       Someone would qualify for your survey if they

20   were considering purchasing digital art collectibles; right?

21   A       That's correct.

22   Q       And do you agree or disagree that an NFT is not

23   digital artwork?

24   A       I'm sorry.  Can you repeat the question?

25   Q       Sure.

**UNITED STATES DISTRICT COURT**

 1              Is an NFT digital artwork?

 2        A        It would depend on the eye of the purchaser.

 3        Q        Did you review deposition testimony in this case

 4   from Yuga Labs's Co-Founder Wylie Aronow in coming to your

 5   conclusion about whether an NFT is or isn't digital artwork?

 6        A        I don't recall reviewing that in that context.

 7        Q        You don't know one way or the other whether

 8   Yuga's executives consider an NFT digital artwork or not;

 9   right?

10        A        I don't think that matters for the purpose of my

11   study, which is focused on consumers, potential consumers of

12   NFTs or potential consumers of digital art.

13        Q        So if an NFT is not a piece of digital artwork,

14   you qualified people for your study who were considering

15   purchasing something that was not an NFT; right?

16        A        I'm confused by your question.

17        Q        You qualified people who were considering

18   purchasing digital artwork, irrespective of whether they were

19   considering purchasing an NFT, didn't you?

20        A        That's correct.  People could have thought of an

21   NFT as a piece of digital art as opposed to an NFT.

22        Q        That's not my question.  My question is not what

23   the people thought.

24              Let's -- you can engage with me in a few

25   hypotheticals.  Are you able to do that?

```
 1        A        Certainly.

 2        Q        Let's imagine a consumer who knows that an NFT is

 3   not digital artwork but wants to purchase digital artwork but

 4   does not want to purchase an NFT.  That person would answer

 5   "yes" to the question, Are you considering purchasing digital

 6   artwork; right?

 7        A        Potentially.

 8        Q        And that person would have qualified for your

 9   survey even though they had no intention of purchasing an NFT;

10   correct?

11        A        So let's take a look at the qualification flow

12   from my survey because I want to be specific here and make sure

13   that I'm understanding what you are asking me.  I think I have

14   a figure to that effect.

15        Q        I think you can look at your witness statement at

16   page 20, paragraph 35C.  One of the questions is "have" -- one

17   of the qualification criteria is "have purchased digital art as

18   a collectible within the past year"; right?

19        A        That's right, yes.

20        Q        And another one, 35D, is "are considering

21   purchasing digital art collectibles in the next year"; right?

22        A        That's correct, yes.

23        Q        You'll agree with me that it matters whether an

24   NFT is or isn't a digital art collectible; correct?

25        A        So I want to be specific here because in my
```

```
 1    flow chart of past for qualification, when people are shown the

 2    digital art question, it's after they've said that they don't

 3    have cryptocurrency.

 4              So the cryptocurrency piece is a sort of gating

 5    criteria for the NFT.  So I wanted to make sure I could meet

 6    consumers where they were and in their thinking about a

 7    product.

 8              And so in my research, I found that people, when

 9    they were thinking about what to purchase, were thinking about

10    this marketplace.  They could think of an NFT as a piece of

11    art.  They could think of an NFT as an NFT.  But I wanted to

12    make sure that I captured both of those potential ways that one

13    could be in this market.

14         Q    You could have just asked, are you a past or

15    potential purchaser of an NFT and left it at that; right?

16         A    I could have, yes.

17         Q    And that's not what you did; correct?

18         A    That is not what I did because that wouldn't have

19    been appropriate.

20         Q    It was not appropriate, in your opinion, to ask

21    someone whether they -- strike that.

22              It is not appropriate, in your opinion, to limit

23    your survey respondents to past and potential purchases of NFTs

24    when you are asked to survey the market for NFTs; correct?

25         A    So, again, one needs to think about -- so one can
```

1   define a marketplace in a particular way, the marketplace for

2   NFTs.  But one can have a technical definition, and one can

3   have a definition that consumers relate to and understand.

4           And in creating my survey, I wanted to make sure

5   that I got the right population of people.  And the right

6   population of people could have cryptocurrency and then be in

7   the market for an NFT, or they could simply be collectors and

8   interested in digital art and become aware of NFTs through

9   their interest in digital art.  So there's -- two paths are

10  both valid.

11      Q    You never asked whether the digital art

12  respondents were aware of NFTs as a result of digital art;

13  right?

14      A    I did not ask that question.

15      Q    Your survey evaluated only confusion purportedly

16  caused by Mr. Ripps and Mr. Cahen; right?

17      A    I'm not sure what you are asking.

18      Q    Okay.  Fair enough.

19           You were only evaluating whether the RR/BAYC

20  collection caused confusion, not any other NFTs; right?

21      A    I was -- yes, I was asked to look at, evaluate

22  the potential for confusion related to the presentation and

23  marketing of the RR/BAYC collection.

24      Q    You did not consider whether there was any

25  likelihood of confusion based on the Bored Ape Solana Club;

```
1   right?

2        A       I did not undertake that analysis.

3        Q       You didn't consider the Grandpa Ape Country Club;

4   right?

5        A       I did not undertake that analysis.

6        Q       You did not consider any of the more than 100

7   other NFT collections that were available; correct?

8        A       That was not part of my analysis.  However, my

9   Squirt survey does look at an array of potential -- of other

10  NFT collections.  So it looks at the RR/BAYC collection and the

11  context of other popular NFT collections at the time.

12       Q       Let's pull up your witness statement, if we

13  could, on page 26, Figure 9.

14               Figure 9 of your witness statement is a figure

15  showing net -- your opinion about net confusion in Foundation

16  Eveready Survey; right?

17       A       Yes.

18       Q       Let's see if we can blow that up.

19               In your Foundation Eveready Survey, you had a

20  total of 505 qualified and completed respondents; right?

21       A       Correct.

22       Q       And there were 254 of those in the BAYC group;

23  right?

24       A       That's correct.

25       Q       The BAYC group was shown images that included the
```

1   phrase "Bored Ape Yacht Club"; right?

2       A       The people in the Bored Ape Yacht Club group saw

3   the images as they appeared on Foundation at the time.

4       Q       So they were shown images that included the

5   phrase "Bored Ape Yacht Club"; correct?

6       A       That's correct.  That's one of the at issue

7   marks.

8       Q       And you counted 117 of those 254 people as having

9   confusion as to source; correct?

10      A       That's correct.

11      Q       And one of the ways that someone would be counted

12  as being confused as to source is if they wrote down the answer

13  "Bored Ape Yacht Club" in response to a question about that --

14  about their prompt; correct?

15      A       They were asked a question, two specific

16  questions.  And I can find that.  But it's basically related

17  to, you know, who makes or puts out this product.  And then are

18  there any other -- sorry.  Let me be specific.

19              Who or what entity do you believe puts out the

20  NFT collection you saw is the answer they responded to.

21      Q       So if they answered that question by saying

22  Bored Ape Yacht Club, you counted them as confused; correct?

23      A       That's correct.

24      Q       So you counted someone as confused if they saw an

25  image in a prompt that had the words "Bored Ape Yacht Club" in

```
 1   it and wrote down Bored Ape Yacht Club as the source; right?

 2        A     That's correct.  And that's why I have a control

 3   as well.

 4        Q     Then you also -- the phrase "BAYC" appeared on

 5   what the survey participants in the "BAYC" group were shown;

 6   right?

 7        A     Yes.

 8        Q     You counted someone as confused if they were

 9   shown something that said "BAYC" and wrote down "BAYC";

10   correct?

11        A     That's correct, yes.

12        Q     Over the entirety of your 505 surveyed people,

13   how many people ever wrote down Yuga Labs as the source of any

14   of the things that they were shown?

15        A     I'm not sure.  I'd have to look at my data.

16        Q     The answer is two; isn't that right?

17        A     That's possible.

18        Q     Let's see what you said in your witness

19   statement.  Do you want to take a look?  It is in your witness

20   statement at page 25, footnote 17.

21              You say, "There are only two instances when

22   respondents indicated that the source of the NFT collection was

23   related to Yuga Labs"; right?

24        A     Yes.

25        Q     Two out of 505; correct?
```

```
 1        A       Yes.

 2        Q       Let's return, if we could, to Figure 9.

 3               And you mentioned you used as a control something

 4   called the Chill Gorilla Boat Crew; right?

 5        A       That's correct, yes.

 6        Q       And the Chill Gorilla Boat Crew is summarized in

 7   this table under CGBC group; right?

 8        A       That's right.

 9        Q       And you showed the participants in the Chill

10   Gorilla Boat Crew portion of the survey images that said,

11   "Chill Gorilla Boat Crew" and "CGBC"; correct?

12        A       Amongst other changes.  I believe I summarized

13   the changes on one of my images.  But what I did is I removed

14   the at-issue trademarks which included the ape skull logo and

15   included references to BAYC and to Bored Ape Yacht Club.

16        Q       Okay.  So in the Chill Gorilla Boat Crew group,

17   people were shown an image that included Chill Gorilla Boat

18   Crew; right?

19        A       They were shown an image of a purchase flow on

20   Foundation that replaced representations related to Bored Ape

21   Yacht Club with a control.  And I used Chill Gorilla Boat Crew.

22        Q       Okay.  And when someone in the CGBC group wrote

23   down "Chill Gorilla Boat Crew" when they were shown an image

24   that said, "Chill Gorilla Boat Crew," you did not count them as

25   confused; right?
```

1    A    That's right because -- the point is that these

2  images on Foundation weren't put out by the Bored Ape Yacht

3  Club.  And what I'm measuring is confusion with Bored Ape Yacht

4  Club.

5    Q    When someone was shown an image that said "CGBC"

6  and they wrote down "CGBC," you did not count them as confused

7  either; right?

8    A    That's correct.  It would not be appropriate.

9    Q    Now, it turns out that, when shown a page that

10  said "Chill Gorilla Boat Crew" on it, 27 percent of people

11  wrote down that the source of that page was Chill Gorilla Boat

12  Crew; right?

13    A    Yes.  It's not a surprising result.  In fact,

14  it's exactly what I would expect to see.

15    Q    Because people copy what they are shown in the

16  prompts; right?

17    A    What my survey shows actually is that the

18  Bored Ape Yacht Club page that was put out by Mr. Ripps and

19  Mr. Cahen, you know, did create confusion in the marketplace as

20  to source.  People believed that that is from the Bored Ape

21  Yacht Club.

22    Q    You can --

23    A    It shows the confusion.

24    Q    Sorry about that.

25         For the 27 percent of people who saw

1  Chill Gorilla Boat Crew and wrote down Chill Gorilla Boat Crew,

2  you cannot think of any explanation for that other than them

3  copying what they were shown in the prompt, could you?

4       A       People, if they are asked to do a task, to look

5  at something that's offered for sale, they are going to say,

6  okay, let me look at this to see who makes and puts this out.

7  And that's not surprising.

8       Q       And it shouldn't be surprising either that, when

9  presented with a picture that says, "Bored Ape Yacht Club,"

10 people write down "Bored Ape Yacht Club"; right?

11      A       Yes.  But I want to also mention that all of the

12 imagery that's associated with the Bored Ape Yacht Club, so all

13 of the artistic content of the NFTs, were preserved in both.

14 So if people saw the artwork that was associated with the ape,

15 they certainly could say Bored Ape Yacht Club if they are

16 familiar with that.

17      Q       So the only difference was the name and the

18 marks; right?  You didn't change the art?

19      A       I did not change the art in the NFTs.

20      Q       And when presented with the name Bored Ape Yacht

21 Club, people wrote Bored Ape Yacht Club.  And when presented

22 with the name Chill Gorilla Boat Crew, 27 percent of those

23 people wrote Chill Gorilla Boat Crew holding all of the art

24 constant; right?

25      A       Yes.  But, again, that comparison isn't

 1    particularly relevant.

 2         Q     So now I'd like to turn to the specific online

 3    spaces where you found confusion and I want to write them down.

 4              THE COURT:  Well, we are going to take -- we need to

 5    take a break.

 6              How much longer do you have?

 7              MR. TOMPROS:  I would say less than ten minutes.

 8    Maybe five minutes.

 9              THE COURT:  Okay.  When we come back, we'll give you

10    five minutes.

11              MR. TOMPROS:  Okay.  Thank you, Your Honor.

12              THE COURT:  We'll be in recess for ten minutes.

13              (At 11:49 a.m. a recess was taken.)

14              THE COURT:  All right.  You may resume your

15    cross-examination.

16              MR. TOMPROS:  Thank you, Your Honor.

17         Q     BY MR. TOMPROS:  Ms. O'Laughlin, I'd like to now

18    turn to the specific online locations where you were looking

19    for confusion in your surveys, and I'm just going to write a

20    few things down.

21              First, you did not test for whether someone who

22    obtained an RR/BAYC NFT through rrbayc.com would have been

23    confused; right?

24         A     My survey tests the likelihood of confusion on

25    the Foundation marketplace as well as on the OpenSea

marketplace.

Q       You don't have a survey for rrbayc.com; right?

A       I did not include that website in my survey.

Q       I'm going to write down "rrbayc.com."  And I'm going to write "No survey."

Okay.  And you didn't show anyone in any of your surveys the disclaimer that Mr. Ripps had up on rrbayc.com; right?

A       If I did not show them the website, they would not see the disclaimer.

Q       And Yuga itself does not sell any NFTs through rrbayc.com; correct?

A       That's correct.

Q       I would like to now talk about Foundation.

THE COURT:  You are really going back to old-school, writing on a board.

MR. TOMPROS:  I'm a little old-school, Your Honor.

THE COURT:  I appreciate it.

Q       BY MR. TOMPROS:  Yuga does not have a Bored Ape Yacht Club page on Foundation; correct?

A       That's correct.

Q       You don't know how many RR/BAYCs were sold on Foundation; right?

A       I believe that there was a request to mint process, and then they were issued through Foundation, and then

```
 1    they could be resold on Foundation as well.  Exactly how many,
 2    I don't know.
 3         Q    Okay.  And you don't know whether anyone ever
 4    made a purchase through the link on Foundation that you used as
 5    the basis for your survey; correct?
 6         A    That wasn't part of my analysis, but it
 7    certainly -- it's an incredibly popular marketplace.  And so it
 8    would be reasonable to believe that people had purchased there.
 9         Q    But you didn't actually conduct that analysis;
10    right?
11         A    That was not part of my analysis.
12         Q    Now, your survey of confusion on Foundation used
13    the RR/BAYC page on Foundation as it existed as of June 21st,
14    2022; correct?
15         A    Yes.  That I chose the June 2022 one because it
16    was a more conservative choice actually.
17         Q    And I promise, I'm just trying to focus on a few
18    specific things.  The date of the page that you used was
19    June 21st, 2022; correct?
20         A    I believe so.  I'll take your word for it.
21         Q    You could not identify any evidence that the
22    Foundation page that you used for your survey was available
23    anytime other than the four days between June 21st and
24    June 24th, 2022; correct?
25         A    So that's not an analysis I conducted.  But
```

1    certainly it's the first page, the page that has the home page,

2    if you will, for the RR/BAYC collection existed in some way,

3    shape, or form over that period of time.  So I had a page

4    that's similar to it.  But, yes, I don't know if that specific

5    page existed longer than four days.

6          Q      You were unable to identify any evidence that it

7    existed anytime outside of that time frame; right?

8          A      I'm sorry.  Which page are you referring to?

9          Q      The Foundation page that you used in your

10   survey --

11         A      Which Foundation page?

12         Q      You based your survey on a Foundation page for

13   the RR/BAYC collection; correct?

14         A      So there's two pages.  There's the collection

15   page, and then there's a particular page for an NFT.

16         Q      And you did -- neither of those pages -- strike

17   that.

18                You don't have any evidence that either of those

19   pages existed in the form that you used outside of the window

20   between June 21st and June 24th, 2022; correct?

21         A      I'm not quite sure what you mean by "of the

22   form."  I mean, there's different NFTs that might have been

23   offered for sale.  But, I mean, generally speaking, the page

24   looked similar in May, and it looked a little bit different in

25   June.  There's a couple changes that were made to the logo, but

```
 1    it looked substantively similar, but there may have been

 2    changes to the NFTs that were offered for sale on those pages,

 3    for example.

 4         Q    The logo was changed after that June 24th date;

 5    right?

 6         A    I'm sorry.  The logo for --

 7         Q    The logo -- after June 24th, 2022, the page that

 8    you tested on -- that you did your Foundation survey on was not

 9    present on Foundation; correct?

10         A    That's my understanding, yes.

11         Q    You know that it existed on June 21st; right?

12         A    That's my understanding, yes.

13         Q    You can't identify any evidence that the precise

14    page that you tested existed before June 21st; right?

15         A    Yes.  But, again, what I'm testing is the sort of

16    shell, right, the shell that uses the trademarks that are at

17    issue in the case.  So it's the use of BAYC, Bored Ape Yacht

18    Club, the use of the ape skull logo.  The particular NFTs would

19    vary, of course.  That's a marketplace.  Things change.  But

20    the framework is pretty consistent over those two months.

21         Q    So the logo changed; right?

22         A    Again, which logo?

23         Q    The skull logo that was part of that page

24    changed; right?

25         A    The skull logo changed from saying Bored Ape
```

1    Yacht Club to this is the 18 teeth logo, yes.

2        Q    You did not make a test of the logo before the

3    change or the logo after the change; correct?

4        A    I'd like to just double-check my report to verify

5    what the logo looked like from my test.

6        Q    Let me just ask it this way.

7            You don't have any evidence that the Foundation

8    page that you tested was available publicly for any more than

9    four days; correct?

10       A    Like I said, the shell is pretty similar over

11   time, but the particular page with the particular NFT may or

12   may not have been available.

13       Q    You don't have any evidence that it was available

14   outside of those four days; right?

15       A    Again, like I said, the shell, you know, remained

16   pretty much the same.  But the particular NFT for sale might

17   not have been available.

18       Q    Just so that we have the dates in mind -- I'm

19   going to write down the dates that I was asking about here --

20   June 21st to June 24th.

21           I now want to talk about OpenSea.  Your

22   Squirt Survey used the OpenSea website as its basis; right?

23       A    It did.  It used the home page.

24       Q    And OpenSea is a secondary market; right?

25       A    It is.  It's a secondary market for NFTs.

**UNITED STATES DISTRICT COURT**

1        Q       You did not analyze whether Mr. Ripps or

2   Mr. Cahen themselves actually made any sales on OpenSea;

3   correct?

4        A       That was not part of my analysis.

5        Q       Since you don't know whether they made any sales

6   on OpenSea, you don't know whether they made any profits;

7   right?

8        A       Profits were not part of my analysis either.

9        Q       You don't know how long RR/BAYC NFTs were

10  available on OpenSea; correct?

11       A       Again, I don't recall right now.

12       Q       And the OpenSea page that you used for your test

13  was dated June 20th, 2022; correct?

14       A       That's correct, yes.

15       Q       And you could not identify any date other than

16  June 19, 2022, and June 20, 2022, when both Yuga's BAYC NFTs

17  and the RR/BAYC NFTs were both available on OpenSea; right?

18       A       That's the dates that I used that showed the

19  leaderboard.  Now, the particular context and what was shown

20  to, you know, users was not part -- I didn't go to the page,

21  the collections page for this analysis.  I focused on the home

22  page.

23       Q       I'm going to write down those two dates that were

24  just mentioned.  And I'm going to leave this for use by my

25  colleague in a later examination.  But just a few last

```
 1    questions for you, Ms. O'Laughlin.

 2                You understand that Yuga is asking for $1,589,455

 3    that it claims were Mr. Ripps's and Mr. Cahen's profits; right?

 4         A     That's my understanding.

 5         Q     Yuga paid your company Analysis Group $795 per

 6    hour for your work on this case; right?

 7         A     That's my understanding.

 8         Q     Others at Analysis Group were paid at rates

 9    between $415 per hour to $750 per hour; right?

10         A     Yes.

11         Q     And you are not sure whether Yuga paid your

12    company more or less than a million dollars for the work that

13    you and your colleagues did on these surveys; right?

14         A     I don't know the answer to that.

15         Q     You don't know one way or the other whether it is

16    more or less than the $1.6 million in profits that they are

17    seeking; correct?

18         A     Again, I don't know.

19                MR. TOMPROS:  I have nothing further for this

20    witness, Your Honor.

21                THE COURT:  All right.  Redirect.

22                          REDIRECT EXAMINATION

23    BY MS. MELCHER:

24         Q     Ms. O'Laughlin, why did you conduct pretests?

25         A     So pretests are an essential ingredient to a
```

1    well-designed survey.  You need to do a pretest to make sure

2    that the people who are taking your survey see the survey, that

3    they answer the questions, that they understand the questions,

4    and that you are not introducing potential sources of bias.  So

5    that's the importance.

6         Q     Why did you modify the screening questions in

7    connection with this survey?

8         A     Because it came to my attention that people could

9    think of NFTs in other ways than just *I have cryptocurrency* and

10   *this is something I can purchase with cryptocurrency*.  They can

11   be thought of as art.  They can contain artwork.  So it's

12   certainly a different way that consumers can think about NFTs.

13        Q     Was the inclusion of digital art purchasers as

14   the target population the result of your pretest results?

15        A     It was actually just an incremental change

16   because there were already -- it made it easier for a certain

17   subset of those people to qualify as well.

18        Q     Thank you.

19              I'd like to show you the images associated with

20   your Foundation Eveready Survey.  This is Figures 3 through 6

21   that appear in your declaration which is Docket No. 341.  They

22   appear in paragraphs 26 through 29, starting on page 13.  If we

23   could pull up that image.

24              Ms. O'Laughlin, what was the basis for your

25   decision to present this image and the following images -- 3,

1    4, 5, and 6 -- in this way?

2         A       So this is what was shown in the marketplace.  So

3    it's a -- my decision to show Figure 3, both the -- 3, 4, 5,

4    and 6.  So the fourth is the modification, and then 5 and 6 are

5    mobile versions of it.  This is what consumers would see when

6    they are directed to the Foundation page.  And, in fact, there

7    was a Tweet, I think, that directed people to a version of this

8    page as well.

9         Q       Finally, you were asked questions about potential

10   changes to sales pages of RR/BAYC on the Foundation

11   marketplace.  Are you aware of any evidence relating to this

12   issue that might impact your opinion?

13        A       I'm sorry.  Could you repeat your question?

14        Q       Sure.

15                You were asked by Mr. Tompros about potential

16   changes to sales pages on RR/BAYC on the Foundation

17   marketplace.

18        A       Yes.

19        Q       Are you aware of any evidence relating to this

20   issue that might impact your opinion?

21        A       No.  I mean, the tweaks that were made -- you

22   know, I did a conservative test.  I used Ryder Ripps's handle.

23   I -- that drew some changes that were made over time.  And so I

24   picked what I thought was a very conservative test of a

25   confusion by using a version of the Foundation page that had

```
 1    made some tweaks already.

 2                 MS. MELCHER:  Thank you very much.

 3                 No further questions.

 4                 MR. TOMPROS:  Nothing further from us, Your Honor.

 5                 THE COURT:  All right.  You may step down.  Thank

 6    you very much.

 7                 Call your next witness.

 8                 MS. MELCHER:  For plaintiff, we call Lauren Kindler.

 9                 THE COURTROOM DEPUTY:  Do you solemnly swear that

10    the testimony you shall give in the cause now before this Court

11    shall be the truth, the whole truth, and nothing but the truth,

12    so help you God?

13                 THE WITNESS:  Yes, I do.

14                 THE COURTROOM DEPUTY:  Thank you.  Be seated.

15                 Please state and spell your name for the record.

16                 THE WITNESS:  Lauren Kindler.  That's L-a-u-r-e-n,

17    K-i-n-d-l-e-r.

18                 THE COURT:  All right.  You may proceed.

19                              LAUREN KINDLER,

20    called as a witness by the plaintiff, was sworn and testified

21    as follows:

22                          DIRECT EXAMINATION

23    BY MS. MELCHER:

24        Q     Good afternoon, Ms. Kindler.

25                 Can you please identify your declaration from the
```

```
 1   binder to your right?  And can you please review and confirm
 2   your signature on the final page?
 3        A       Do you know which tab it's in?
 4        Q       It should be before Tab 1.
 5        A       There's not a declaration here.
 6                Thank you.  Yes, this looks like my declaration.
 7                THE COURT:  All right.  The declaration will be
 8   received into evidence as well as the exhibits beginning with
 9   JTX-1.  Again, that's already in evidence but for purposes of
10   Shannon's marker.
11                On page 26 through JTX-1626 on page 30, there were a
12   few objections to the witness's testimony.  Each of those
13   objections are overruled.
14                You may cross-examine.
15                MS. MELCHER:  Thank you, Your Honor.
16                         CROSS-EXAMINATION
17   BY MR. GOSMA:
18        Q       Good morning, Ms. Kindler.
19        A       Good morning.
20        Q       It's nice to see you again.
21        A       Same.
22        Q       Now, Mr. Tompros and I have asked the two
23   previous experts how much money they've been paid for their
24   work on this case, and nobody seems to know.
25                THE COURT:  Are you making a speech or asking a
```

```
 1   question?
 2        Q      BY MR. GOSMA:  Ms. Kindler, how much have you
 3   been paid for your time here today?
 4        A      Zero.
 5        Q      You have an hourly rate; correct?
 6        A      Yes.  My firm charges for my hourly rate as it
 7   does for my colleagues.
 8        Q      By March of this year, your firm had billed
 9   Yuga about $500,000; correct?
10        A      I think that is accurate.  And most of that was
11   the work spent trying to pull the Etherscan data from the
12   blockchain and analyze all of that.
13        Q      And you continued working on this case since
14   March; correct?
15        A      Yes.
16        Q      And to date, what are your total billings for
17   your team -- you and your team on this case?
18        A      I don't have that number, but the vast majority
19   of the work would have been done in preparation of my initial
20   report.
21        Q      So it's at least $500,000; correct?
22        A      I think that would be accurate.
23        Q      Okay.  You are an expert in economics; correct?
24        A      Yes.
25        Q      You are not an expert in cryptocurrency; correct?
```

1        A       I am not.

2        Q       And this is the first time you've offered an

3   expert opinion in a case involving cryptocurrency; correct?

4        A       I believe that to be true.  I've worked on other

5   cases and other work involving cryptocurrencies, but this is

6   the first time I'm providing expert testimony on such a case.

7        Q       Now, Yuga asked you to evaluate its monetary

8   damages associated with trademark infringement?

9        A       That's correct.

10       Q       You offered opinions in your expert report on the

11  amounts necessary to make Yuga Labs whole for any damages

12  caused by infringement; correct?

13       A       That's not how I would characterize my opinions.

14       Q       You offered quantifications of the damages that

15  Yuga Labs had suffered in your expert report; correct?

16       A       Yes, at a minimum.  So I disagree with the

17  "making Yuga Labs whole."

18       Q       And as part -- okay.  So we have established that

19  you submitted a report; correct?

20       A       That's correct.

21       Q       If we could call up Figure 7 of your report.

22  That's JTX-308.

23               Okay.  This is a Figure 7 from your report;

24  correct?

25       A       That's correct.

1    Q       This figure depicts the different damages

2    calculations that you performed in this case; correct?

3    A       Yes, at the time of my report which was in

4    February of this year.

5    Q       And you stand by those figures as accurate;

6    correct?

7    A       Yes.  I have no reason to believe sitting here

8    that they are not.

9    Q       So, for example, one of the expenditures that you

10   calculated was related to Yuga's corrective advertising

11   expenses; correct?

12   A       So I would rephrase that as one component of

13   potential damages available to Yuga Labs, based on my

14   understanding as an economist, would be its corrective

15   advertising expenditures that it has incurred to combat the

16   wrongful conduct.  And I did provide an estimate of those

17   figures in my report.

18   Q       And you provided -- depending on how you want to

19   slice it, you provided three or four figures of different

20   quantifications; correct?

21   A       Again, just to be precise, I looked at several

22   different potential buckets or categories of possible

23   corrective advertising expenditures.

24   Q       One of those buckets was the actual advertising

25   expenditures that Yuga said were attributable to the

1    infringement; correct?

2         A       Yes, based on the evidence that was available to

3    me.

4         Q       You were able to calculate a range of corrective

5    advertising expenses between $285,000 and $535,000 roughly;

6    correct?

7         A       Yes, as of the date of my report.

8         Q       Now, you also calculated Mr. Ripps's and

9    Mr. Cahen's profits associated with RR/BAYC; correct?

10        A       Yes.  So that would be the first line in this

11   table under the category "Disgorgement of defendants' profits."

12   And, again, this would be my calculation as of the date of my

13   report in February of this year.

14        Q       And that value is $1,589,455; correct?

15        A       That's correct.

16        Q       And that is the amount that Yuga Labs is seeking

17   in court today for disgorgement of profits; correct?

18        A       That is my understanding.  And, of course, we've

19   heard testimony about why there is still unjust enrichment

20   that's ongoing and additional harm that is still occurring.

21   But in terms of quantifying the gain to the defendants as far

22   as profits associated with the wrongful conduct, that's my

23   calculation.

24        Q       Notwithstanding the other testimony about other

25   issues, that is the dollar figure that's being sought today;

1    correct?

2        A       That is my understanding.  Again, I think I've

3    characterized it in my report.  That would be the minimum

4    amount that would at least compensate for the profits that have

5    been gained as a result of the transactions occurring with the

6    accused or the infringing NFTs.

7        Q       Fair enough.

8                You've not offered an opinion on any

9    cybersquatting damages; correct?

10       A       That is correct.  I believe that's statutory and

11   outside of the scope of my assignment.

12       Q       All right.  So we are looking at Figure 7 of your

13   report.  And I'd like to focus on the category of damages you

14   call Yuga Labs cost to acquire RR/BAYC NFTs.

15               Do you see that?

16       A       I do.

17       Q       Now, when you served this report back in

18   February, your calculation of that cost was $1,792,704;

19   correct?

20       A       Yes.  As of the date that I issued my report and

21   the floor price of the knockoff BAYC NFTs at that time, that

22   was my estimate.

23       Q       Okay.  And just to be clear about what this

24   number represents, that is -- in a hypothetical scenario where

25   Yuga Labs repurchased all of the RR/BAYCs, that's the amount

```
 1   that you estimated that it would cost; correct?
 2        A      So, in my words, I would say -- my understanding
 3   as an economist is one measure of harm can be the cost to
 4   mitigate or eliminate that harm.  And in this particular
 5   instance, one option would be hypothetically a buyback of those
 6   NFTs and what is the cost to do that.
 7               And as of the date of my report, again, I
 8   conservatively used the floor price of those NFTs.  That was
 9   the calculation that I performed at that point in time.
10               I also stated, just to be complete, that that
11   would be understated because there would be holdouts that would
12   not be willing to sell back the NFTs to Yuga Labs.
13        Q      Thank you.
14               When you signed your report, you believed that
15   $1.79 million figure was a reasonable quantification of the
16   harm to Yuga; correct?
17        A      I believe I said that would significantly
18   understate.  And I think your question said the harm to
19   Yuga Labs.  I computed other potential measures of harm, and I
20   also discussed at length in my report other significant areas
21   of harm that would not be easily quantifiable, such as harm to
22   goodwill, harm to brand equity, and things of that nature.
23        Q      Notwithstanding your caveat about that it's an
24   understatement, the number you included in your report was
25   $1.79 million; correct?
```

```
 1        A       Yes.  And I'll just refer to my prior answer for

 2   the full, complete context of that.

 3        Q       I got to take your deposition in March; right?

 4        A       Yes.

 5        Q       And at that time, the $1.79 million figure, that

 6   was still your number for this category of damages; correct?

 7        A       I had not updated that figure as of that point in

 8   time, that's correct.

 9        Q       On May 19th of this year, you submitted a

10   supplemental expert report; correct?

11        A       I don't have the date.  I recall supplementing

12   maybe my Appendix B, which is my documents considered listing.

13        Q       Right.  You reviewed additional materials for

14   your supplemental report; correct?

15        A       Correct.

16        Q       But your opinions, they didn't change; right?

17        A       I did not change the quantifications that I had

18   put forward in my initial report.

19        Q       And on June 5th of this year, about a month

20   later, you submitted an offer of proof about the scope of your

21   testimony that you were going to give in the then jury trial;

22   right?

23        A       Yes.  And that was based on the opinions in my

24   initial report.

25        Q       You reviewed that offer of proof before it was
```

**UNITED STATES DISTRICT COURT**

1    submitted; right?

2         A      Absolutely.

3         Q      And the offer of proof included the same

4    $1.7 million figure that we've been talking about; right?

5         A      Yes.  With the same caveats, that it would

6    significantly understate in its one-floor measure of what that

7    value could be.

8         Q      Now, just three days later, on June 8th, you

9    submitted an amended offer of proof; right?

10        A      Yes.  After additional events had transpired that

11   supported my position as to that figure being understated.

12        Q      We'll get to those.

13               But the amended offer of proof accurately

14   represents your opinions in this case as of today; correct?

15        A      Yes.  I think by the time -- after that, there

16   was the declaration and maybe there was some narrowing from

17   that point.  But, yes, as of the date of submitting the amended

18   offer of proof, that was consistent with my opinions at the

19   time.

20        Q      So in that June 8th amended offer of proof, you

21   expressed a new opinion; correct?

22        A      I would say an extension of the existing opinion.

23   There were no -- I don't think no new opinions were presented.

24        Q      Well, the offer of proof states that you reached

25   the opinion that the cost for Yuga to acquire RR/BAYC NFTs

```
 1   could be, quote, "Up to $797 million" and some change; correct?

 2        A       Yes.  And, again, based on additional events that

 3   had transpired and available market data, that I could then

 4   update my analysis to show the impact of what I had already

 5   identified previously as likely holdouts in the marketplace.

 6        Q       Now, that number is 400 times higher than your

 7   original estimation; correct?

 8        A       That sounds about right.

 9        Q       You submitted the amended offer of proof because

10   of some new evidence; correct?

11        A       Correct.

12        Q       Your new opinion was based on Tweets posted by

13   defendants on June 6, 2023, and some responses; correct?

14        A       Yes.  That was the events that had transpired.

15        Q       So the basis for this 400 times increase in

16   damages were Tweets by the defendants; correct?

17        A       So that was the additional events that had

18   occurred.  And, again, it was to use that information.  It was

19   a nice kind of controlled experiment to show the impact of

20   holdouts that I had already discussed from an economic

21   perspective in my initial report would likely occur.

22              And subsequent to those Tweets, we did, in fact,

23   see significant evidence of holders of these NFTs stating

24   exactly what I had indicated in my initial report.  And then I

25   subsequently quantified as one example what the impact of that
```

```
 1   could be to my opinion regarding a purchase and destroy,

 2   mitigation of harm approach.

 3        Q       The possibility of a holdout by any individual

 4   holder was not a new thing that came into existence in June;

 5   correct?

 6        A       No.  It provided data on what that could look

 7   like quantitatively.  But, yes, I had definitely explained in

 8   my initial opinion that my initial floor price calculation

 9   would be significantly understated because it would not be able

10   to capture the effect in the market relating to holdouts.

11        Q       Right.  But you waited until June to provide this

12   $797 million number; correct?

13        A       I mean, I waited until a few days after those

14   events transpired.  I think we addressed it pretty quickly.

15        Q       Okay.  So we've already established that the

16   events that transpired were some Tweets by my clients; correct?

17        A       Yes, that's my understanding.

18        Q       You never spoke to any of the people that made

19   the Tweets; correct?

20        A       No.  I don't think that would be appropriate for

21   me to do in my position.

22        Q       Now, you state in this amended offer of proof

23   that, after the Tweets, the floor price of RR/BAYC NFTs went

24   up; correct?

25        A       That's correct.
```

 1        Q        After the Tweets, the floor price increased to

 2   about 0.07 ETH?  Does that sound right?

 3        A        I don't recall sitting here.

 4        Q        Okay.  Let's look at JTX-1624.  I'll represent to

 5   you that JTX-1624 is an exhibit that you relied on in your

 6   opinions.  Can we agree on that?

 7        A        Yes.  I just can't see the date here.

 8        Q        Oh, yeah, sure.  I actually don't think that

 9   there's a date on this document.

10        A        I mean, this looks familiar and looks like the

11   information that I relied on.

12        Q        This is an excerpt from a website called NFTGo;

13   right?

14        A        Yes.

15        Q        It's an analytics platform for NFT data; right?

16        A        I would agree with that.

17                 MR. GOSMA:  If we can zoom in there on the floor

18   price, Mr. Barko.  Thank you.

19        Q        BY MR. GOSMA:  The floor price in this exhibit

20   that you relied on was 0.07 ETH; correct?

21        A        So, again, I don't know if you are pointing to a

22   specific statement in my declaration where I report that figure

23   when you say, "relied on."

24        Q        Okay.  You relied on this exhibit in your

25   report -- or in your written testimony; correct?

```
 1        A        I think that's right.  I think my recollection is

 2   I relied on this, among other exhibits, to show the impact.

 3        Q        Sure.

 4                 And you relied on an increase in floor price;

 5   correct?

 6        A        Among other things, yes.

 7        Q        Right.

 8                 We are just focused on the increase in floor

 9   price.  But you relied on that concept; correct?

10        A        Yes, among other things.

11        Q        And then the data that you relied on, the floor

12   price of RR/BAYC is shown to be 0.07 ETH; correct?

13        A        Yes, on that date.

14        Q        Okay.  It's hard to know what the dollar

15   equivalent of ETH is at any given time.  But for purposes of

16   our discussion and so that His Honor has some dollar figure in

17   mind, can we agree that 1 ETH is $2,000 for one?

18        A        Sure.

19        Q        That's -- I'll represent to you that that's

20   around where it's been hovering for quite a while.

21                 So 0.07 times 2,000 is about $140; right?

22        A        That sounds right.

23        Q        Okay.  So the floor price of an RR/BAYC is $140

24   as of the date of your data; correct?  Thereabouts.

25        A        Yes.
```

**UNITED STATES DISTRICT COURT**

1        Q        So in June, an RR/BAYC was about $140.  Okay?

2        A        Yes.

3        Q        Okay.  And you, in your opinion, said that the

4    increase in the floor price of RR/BAYCs up to this value

5    supports a cost to purchase and destroy the NFTs of up to

6    $797 million; correct?

7        A        No.  That absolutely misstates my conclusion.

8        Q        Okay.  Let's pull up the amended offer of proof,

9    if we could.

10            So the offer of proof reads, "This new evidence

11   confirms Ms. Kindler's original opinion that her calculation of

12   1.792 million likely understated the cost to purchase and

13   destroy all 9,496 outstanding RR/BAYC NFTs and supports a cost

14   to purchase and destroy the RR/BAYC NFTs of up to

15   $797 million"; correct?

16       A        That's what that states.  But right above that,

17   "this new evidence" is relating to the comments that say that

18   the willingness to accept for individual holders was anywhere

19   from 10 to 120 ETHs or $18,000 to $220,000 each.

20       Q        So the basis for your opinion was the word of

21   people on Twitter; correct?

22       A        Well, that's why I said that this supports that

23   it could be up to.  And then if we can look at Footnote 3, that

24   Footnote 3 is not even using the commentary that I observed on

25   Twitter and I reported in my offer of proof.

1           But I'm looking at, as one measure, the current

2    floor price of authentic BAYC NFTs, which was 45.69 ETHs, which

3    is in the middle of the range of what we see many responders on

4    Twitter saying their holdout price would be.

5           So, again, this is an illustrative example as to

6    what we see and can observe in the data.  And I used the floor

7    price of the authentic BAYC NFTs as a proxy which fell within

8    the range of the reported willingness to accept.

9       Q    Sure.

10          So the floor price was one factor that you

11   considered as part of your analysis; correct?

12      A    Yes.

13      Q    And just responding to something you said there,

14   if there were more holdouts, if somebody on Twitter had said *I

15   won't sell my RR/BAYC for less than a billion dollars*, would

16   that have increased your number into the trillions?

17      A    I don't know what you mean by my number.  Sitting

18   here today, I think we've already established that the gains

19   that I have calculated and that Yuga Labs is seeking is around

20   $1.6 million.

21          The point of that exercise was to show that this

22   mitigation of harm and this buyback, hypothetical buyback

23   effort is not economically feasible, which leads to the

24   conclusion that the injunctive relief in terms of transferring

25   the smart contract and preventing the defendants from using the

1    marks for other promotional activities and beneficial

2    activities is the best solution for this because there's no

3    opportunity for Yuga Labs to go back and just purchase the

4    infringing NFTs.

5        Q       Understood.  But my question was a little

6    different.

7                If there were more holdouts or if the holdouts

8    were saying *I won't sell my RR/BAYC for less than a billion*

9    *dollars*, would that have increased this ceiling price, in your

10   experiment?

11       A       No, because we saw Tweets to that effect.  I

12   don't have it all in front of me.  But we saw Tweets where

13   someone was saying a billion dollars.  And instead of using the

14   upper bound of what I observed in the Tweets, I put a range of

15   what we saw and then used as a reasonable proxy what the

16   current floor price was for the authentic BAYC NFTs.

17       Q       Okay.  Returning to the floor price just for a

18   moment.  One of the factors that you considered was that, after

19   these Tweets, the floor price went up; right?

20       A       One of many factors.

21       Q       One of the factors, yeah.

22               So back in February when you submitted your

23   expert report, do you recall what the floor price of an RR/BAYC

24   was?

25       A       I'm sure I reported it in my report, but I don't

```
 1   have it off the top of my head.
 2        Q     Sure.  I'll represent to you that in your report,
 3   at the time of your report in February, the price of an RR/BAYC
 4   was $230 or .115 ETHs.
 5             So even after Mr. Cahen's Tweets on June 6th, the
 6   price of an RR/BAYC was lower than at the time you submitted
 7   your report; correct?
 8        A     Yes.  But the calculations that I performed to
 9   reach the $1.6 million in gains absolutely used this value
10   that's highlighted on my screen, the .115 ETH.  So that's not
11   really relevant in terms of affecting my ultimate conclusions
12   with respect to unjust enrichment to the defendants.
13        Q     Let's turn back to the issue of disgorgement.
14             Now, you understand in the trial that Yuga is
15   only asking for damages in the form of disgorgement --
16   correct? -- aside from the cybersquatting damages; correct?
17        A     I think that's accurate.  In terms of
18   quantifiable damages in the form of unjust enrichment, I
19   believe that's accurate.
20        Q     Okay.  And you calculated Mr. Ripps's and
21   Mr. Cahen's profits by determining the total revenues from the
22   sale of RR/BAYCs and then subtracting certain amounts; correct?
23        A     It was much more complicated than that, and the
24   revenues are from different sources.  But I think I can agree
25   that I determined the revenues attributable to the sale or
```

1    transfers of the NFTs using the marks and then deducted the

2    observable costs that I could identify that are attributable to

3    those sales.

4         Q     One of those costs was gas cost; correct?

5         A     Correct.

6         Q     Another cost was certain profits paid to

7    Mr. Hickman and Mr. Lehman; correct?

8         A     Absolutely.  The parties have a profit-sharing

9    agreement.  And since Mr. Hickman and Mr. Lehman are not

10   defendants, I did carve out, again, the profits that we

11   observed from the contract -- the contract is actually built in

12   where 15 percent goes to each of those individuals.  So I

13   absolutely deducted that.

14        Q     And you didn't subtract any other amounts beyond

15   that; correct?

16        A     Not quite accurate because there were refunds

17   that were automatically deducted.  So within the smart

18   contract, there are functions that allow for, if there is a

19   refund that's issued, those amounts automatically get deducted.

20             So the ultimate profit calculation that I arrived

21   at takes into account gas costs, takes into account profit

22   sharing from the defendants to Mr. Lehman and Mr. Hickman, and

23   also takes into account the automated refunds that occurred.

24   There were a few of those.

25        Q     Those are the only deductions that you made;

1   correct?

2       A       I believe that's accurate.  And, again, those

3   were -- and just stepping back, my role as Yuga Labs's expert

4   is really to identify the gains in terms of revenues.  And I

5   took it a step further and identified the costs and other

6   deductions that I thought would be appropriate.

7               But it is my understanding as a nonlegal expert

8   that it's actually defendants' burden to demonstrate and prove

9   up those costs.  But I took all the evidence in and did my best

10  to deduct what I thought were all the appropriate costs that I

11  could observe that were tied to the transactions involving the

12  infringing marks.

13      Q       You didn't attempt to identify what portion, if

14  any, of the profits were attributable to confusion; correct?

15      A       In my analysis, I assumed, as I needed to do,

16  that there is, in fact, and has, in fact, been confusion.  I

17  also discussed in my report at length all the evidence I relied

18  on that is consistent with that assumption.

19              Now, my role as an economist and as a damages

20  expert is to quantify to a reasonable degree of certainty the

21  damages in this case that's in the form of unjust enrichment

22  and gains to the defendants that are attributable to the

23  wrongful conduct.  And as we've heard, every single one of

24  those tokens or these NFTs was sold or transferred or marketed

25  or promoted using the infringing marks.

1          Q       But you didn't attempt to apportion your profits

2    calculation to account for any sales to people who were -- who

3    bought out of protest; correct?

4          A       I don't think that would be appropriate because

5    they all were sold using the infringing marks.  And in the

6    first instance, even if there's not confusion because people

7    might believe or agree with the premise under which the tokens

8    are being sold, that doesn't mean in the second and third and

9    fourth instance that there isn't confusion occurring in the

10   marketplace.

11         Q       Ms. Kindler, you did not perform an

12   apportionment; correct?

13         A       I don't think I would need to perform an

14   apportionment.  I identified gains attributable to the wrongful

15   conduct.

16         Q       Ms. Kindler, that was not my question.  My

17   question was did you or did you not perform an apportionment

18   for people who were not confused?

19         A       Again, I don't think that that would be

20   appropriate here.

21         Q       So you didn't do it; correct?

22         A       I calculated the gains to the defendants from the

23   sale and promotion of NFTs that are using the marks.

24         Q       You didn't apportion it; correct?

25         A       I don't think that would be appropriate.

1      Q      Okay.  For purposes of your analysis, you needed

2    to discern between BAYC and RR/BAYC NFTs; correct?

3      A      I'm not following.  I mean --

4      Q      You need to be able to tell the two NFTs

5    collections apart; correct?

6      A      Well, my analysis is focused on the infringing

7    tokens, which is, by definition, the RR/BAYC tokens.  So all of

8    the analysis that me and my team did with respect to extracting

9    data from the blockchain and looking at transactions and

10   wallets and all that information was very much focused on

11   RR/BAYC.  Of course, that is distinct from the authentic BAYC

12   NFTs.

13     Q      But you were able to determine with a high degree

14   of certainty which NFTs were RR/BAYC NFTs and which were

15   Yuga Labs NFTs; correct?

16     A      Well, we get paid to understand these things, and

17   we have data scientists that are very, very well versed in

18   blockchain data, cryptocurrencies.  I would not call our team

19   average by any stretch.

20            So, yes, knowing what we know about how to

21   evaluate that data and how to read fields in that data and how

22   to isolate relevant transactions in that data through various

23   coding that we did, we were absolutely able to figure that out.

24            But as we all know, I think that's not an easy

25   task.  And that's why the fees that we ended up having to

```
 1   charge were so significant.
 2        Q     So the answer to my question is yes; correct?
 3        A     If I can have the question back.
 4        Q     Yes.  The question was:  You were able to
 5   determine with a high degree of certainty which NFTs were
 6   RR/BAYC NFTs and which were not; correct?
 7        A     Yes, given all of the data sciences work that we
 8   did.
 9        Q     Now, we talked just a couple of minutes ago how
10   you calculated defendants' profits; right?
11        A     Yes.
12        Q     We talked about how you deducted for profit
13   sharing; correct?
14        A     Yes.
15        Q     Now, at the beginning of the project, Mr. Ripps
16   was manually minting the NFTs; correct?
17        A     Yes.  For, I think, a couple of weeks before the
18   RSVP contract was started by Mr. Lehman.
19        Q     Right.  So we've got two periods of time.  We've
20   got a before the RSVP contract and after; correct?
21        A     That is my understanding.
22        Q     Your calculations in this case only deducted
23   profits shared for the second period, the post RSVP contract
24   sales; correct?
25        A     It's not a time dimension.  I think we discussed
```

```
 1   this in my deposition.  It's a little more nuanced than that.

 2            But within the transactions that occurred using

 3   the RSVP contract, we can observe in the contract that that

 4   profit sharing is occurring.  So, yes, we absolutely took that

 5   into account.

 6            And then separately, we have the contract.  I was

 7   able to review the contract between the parties.  And the

 8   contract reads that Mr. Lehman and Mr. Hickman will receive

 9   each 15 percent of the proceeds from the sales made on the RSVP

10   contract.

11       Q     Right.  So you deducted -- there's no dispute,

12   you deducted profits for after the RSVP contract; correct?

13       A     It's not a time dimension.  I don't want to --

14   your question sounds like a time dimension.  It would be

15   transactions made with the RSVP contract.

16       Q     Sure.

17            For all transactions made with the RSVP contract,

18   you deducted those profits; correct?

19       A     Absolutely.

20       Q     For profit sharing that occurred before the RSVP

21   contract was put into place, your analysis did not take that

22   into account; correct?

23       A     The evidence didn't indicate that we should.  So

24   the evidence was the contract, and we read the terms of the

25   contract.  And then separately we didn't have any evidence from
```

1    the defendants.  I think this was actually sought in discovery

2    as to various costs and deductions, and no information was put

3    forward for that.  And I guess third point being that there's

4    not an expert that's been hired to criticize my failure or

5    alleged failure to do that.

6           So I've taken into account all of the costs,

7    including profit sharing, that, my understanding, based on the

8    evidence, would be reasonable and appropriate to try to isolate

9    the gains to the defendants separate and apart from gains, for

10   example, to their collaborators.

11        Q     Sure.

12           And you said at your deposition that, if you saw

13   some additional data, you'd be open to adjusting your

14   calculations; right?

15        A     Sure.  If it can be demonstrated that those

16   costs, whether it be profit sharing or other costs, are in

17   fact, tied to the wrongful conduct.

18           But, again, my understanding in my role as the

19   damages expert for Yuga Labs, is that it's my job to put

20   forward my best analysis as to the gains in terms of revenues,

21   and the burden shifts to the defendants to prove up costs.  And

22   there hasn't been another expert that has identified with any

23   evidence these additional costs.

24        Q     Sure.  But you are an expert; right?

25        A     Yes.  And I went above and beyond and identified

```
 1   as many costs that I could based on the evidence available to
 2   me and costs, again, that are tied to the wrongful conduct.
 3        Q       Did you review Mr. Lehman's deposition
 4   transcript?
 5        A       Yes.  It's been a while, but yes.
 6        Q       You know that Mr. Lehman testified that he was,
 7   in fact, compensated for transactions that took place before
 8   the RSVP contract; correct?
 9        A       I think that was actually in his declaration as
10   well.  So, yes, I think that was what he stated.
11        Q       And, in fact, Mr. Ripps sent a transaction to him
12   that totaled approximately 32.398 ETHs; correct?
13        A       I mean, I think we've heard now that that
14   transaction occurred and was actually profit sharing.  But
15   there was no evidence put forward before hearing that that that
16   was linked in any way to the actual profit-sharing arrangement.
17                Again, I'll just say the terms of the agreement
18   did not reflect that there would be profit sharing on
19   transactions that didn't involve the work Mr. Lehman was doing
20   with respect to the RSVP contract.
21        Q       Sure.
22                And I'm not criticizing your original analysis.
23   I'm just asking you in light of what we know now, that
24   Mr. Lehman was, in fact, compensated 32.398 ETHs from Mr. Ripps
25   for profit sharing -- that's all in his testimony -- that
```

1    number should have been deducted from the profit-sharing

2    calculations; correct?

3         A       If it is established that that money is, in fact,

4    profit sharing that's tied to the work on this case involving

5    the infringing marks, then I would have no problem deducting

6    that from my ultimate conclusion.  I just have not seen any

7    evidence to suggest that it would be appropriate to do that.

8         Q       Understood.

9                 So let's show JTX-2710.  This is an Etherscan

10   page; correct?

11        A       Yes.

12        Q       The from address is Ryderripps.eth; correct?

13        A       That's correct.

14        Q       The to recipient address is Middlemarch.eth;

15   correct?

16        A       Yes.

17        Q       That's Mr. Lehman; correct?

18        A       That's my understanding.

19        Q       And the total value is 32.398 ETH; correct?

20        A       Yes.  We can observe a transaction, but that's

21   not sufficient to demonstrate it's tied to the project that we

22   are talking about.

23        Q       Let's mark --

24               MR. GOSMA:  Oh, Your Honor, I'd offer JTX-2710 into

25   evidence.

```
 1              THE COURT:  What's the number?

 2              MR. GOSMA:  2710.  2710.

 3              THE COURT:  Any objection?

 4              MS. MELCHER:  No objection, Your Honor.

 5              THE COURT:  It will be received.

 6         (Exhibit No. JTX-2710 received into evidence.)

 7              MR. GOSMA:  If we could call up JTX-2711.

 8         Q     BY MR. GOSMA:  This is another Etherscan

 9    transaction.  Do you see that?

10         A     Yes, I do.

11         Q     And it's a transaction sent from Mr. Ripps's

12    wallet?

13         A     Yes.

14         Q     And the address is a wallet you identified in

15    your report as belonging to Mr. Hickman; correct?

16         A     I would have to look at that long string of

17    digits and letters, but I will take your representation of

18    that.

19         Q     The value of the transaction is 30.242 ETHs;

20    correct?

21         A     That's correct.

22         Q     Your disgorgement calculations did not deduct

23    these amounts paid to Mr. Lehman or Mr. Hickman; correct?

24         A     Yes.  Again, because I was basing it on the

25    evidence available to me, which included the actual contract
```

```
 1    and what we observe having built into the RSVP contract, the

 2    15 percent profit sharing that was going to those individuals.

 3         Q      Now, one of the other categories you included in

 4    your calculation of profits was the value of held or not minted

 5    RR/BAYC NFTs; correct?

 6         A      Correct.

 7         Q      You calculated that amount at $106,055; correct?

 8         A      That's correct.

 9         Q      There are --

10         A      Just as of the date of my report.

11         Q      Sure.

12                There are two components to that amount; correct?

13         A      Yes.

14         Q      There's the NFTs that defendants hold; correct?

15         A      Yes.

16         Q      And that's about 136 NFTs?

17         A      I don't remember that number off the top of my

18    head.

19         Q      The second component is the NFTs that they did

20    not mint; correct?

21         A      That's correct.

22         Q      You calculated the value of these unsold and

23    unminted NFTs; correct?

24         A      Yes.  Under the economic theory that those still

25    have some intrinsic value.  So I sought to reasonably and
```

1    conservatively try to value those held or not minted NFTs.

2         Q       You did that using the floor price in February;

3    correct?

4         A       Yes, at the time of my report.

5         Q       You have not updated your calculation to reflect

6    the new floor price as of today; correct?

7         A       No.  I was not asked to update my calculations.

8    That data changes on a daily basis.  I think at the time there

9    was testimony from both defendants about the pricing that I

10   used being a reasonable price generally as to how to value

11   their NFTs.  So I still think it's a reasonable approximation

12   of value.

13        Q       As the creator of the NFTs, Mr. Ripps was

14   certainly not confused about the source of those NFTs; correct?

15        A       I would hope not.

16        Q       And neither was Mr. Cahen; correct?

17        A       I would agree.

18        Q       Now, if the Court orders an injunction

19   prohibiting minting of any new RR/BAYC NFTs, the value of the

20   unminted NFTs is zero; correct?

21        A       I don't know that -- maybe.  I would agree with

22   you that it would not need to be included in an unjust

23   enrichment monetary compensation to Yuga.

24        Q       Yuga doesn't get to double-dip; right?

25        A       Yes.  Absolutely.

1          Q       If it either gets the profit made from minting

2    the NFTs or to gets to prohibit them -- strike that.

3    Withdrawn.

4                  You were here for the testimony of Ms. O'Laughlin

5    a few minutes ago; correct?

6          A       Yes, I was.

7          Q       Ms. O'Laughlin acknowledged that the only time

8    when both RR/BAYC and BAYC were on OpenSea was this period from

9    June 19th to June 20th, 2022; correct?

10         A       I think her testimony stands.  I don't know that

11   I would agree with that characterization.

12         Q       Okay.  You have not calculated the specific

13   amount of profits that occurred during this June 19th to

14   June 20th time frame; correct?

15         A       No.  I don't think that would be appropriate.  My

16   analysis would include that.  It would be a subset of what I

17   have calculated.  But my role is to evaluate the gain to the

18   defendants from use of the marks, and limiting it to that time

19   period would not make sense.

20         Q       You didn't calculate that specific number for the

21   June 19th to 20 time frame; correct?

22         A       Not -- again, not separately, but it would be

23   subsumed within my analysis.

24         Q       Sure.

25                 You did not evaluate what damages were incurred

1   during this June 21 to 24th, 2022, period relative to

2   Foundation; correct?

3       A      It would be the same answer.  I'm happy to give

4   it again, if you'd like.

5       Q      No.  I think that's sufficient.

6              MR. GOSMA:  I have nothing further.

7              THE COURT:  All right.  Any redirect?

8              MR. GOSMA:  Your Honor, I'm remiss.  I did not move

9   JTX-2711 into evidence, and I'd like to do that now.

10             THE COURT:  Any objection?

11             MR. BALL:  Was it 2710 or 2711?

12             MR. GOSMA:  -10 and -11 because I showed -11 as

13  well.

14             THE COURT:  There's no objection?

15             MS. MELCHER:  No objection, Your Honor.

16             THE COURT:  All right.  2711 will be received into

17  evidence.

18          (Exhibit No. JTX-2711 received into evidence.)

19                         REDIRECT EXAMINATION

20  BY MS. MELCHER:

21      Q      Ms. Kindler, Mr. Gosma asked about your hourly

22  rate, billings in this matter, and professional background.

23             What types of clients have you done work for in a

24  damages expert capacity?

25      A      I've been working as a damages expert mainly in

1    intellectual property disputes, such as this one, for about

2    20 years.  Over the course of my career doing that, I've worked

3    for a wide range of clients.  So it would include large clients

4    like TikTok or Epic Games.  It would also include small clients

5    that are individual patent holders or holders of trademarks and

6    things of that nature.

7            And I've worked with many different types of law

8    firms.  So, for example, I've worked with WilmerHale, just like

9    I've worked with your law firm as well.

10   Q       How easy or complicated was your blockchain

11   analysis supporting your report?

12   A       Very, very complicated.  And we are blessed at

13   Analysis Group to have a really brilliant team of data

14   scientists that know how to figure this stuff out.  But it took

15   quite a bit of time.

16           And in most cases that I work on, the defendants

17   produce data in the course of discovery, and we don't have to

18   go through that exercise.  This was quite complex, to go pull

19   all of that data, learn how to interpret that data, pull it

20   together from multiple sources, matching transactions across

21   wallets.  So it was quite a bit of work.

22           But we also did a lot of work auditing that data

23   and checking it with the records so that we had some good

24   information from the defendants in the normal course of

25   business where they were tracking their own revenues and their

1  own profits and we were able to spot check and say, oh, our

2  number is very close to what they are saying.  So we feel very

3  good about that analysis.

4      Q      Based on the analysis that you performed, where

5  did the majority of the sales of the RR/BAYC NFTs take place?

6      A      The majority of the sales are taking place on

7  secondary markets.  We didn't get into the details, but one

8  component of my unjust enrichment analysis is looking at what

9  are called creator fees that the defendants have earned on

10 sales of secondary markets.  But those are very limited to only

11 a couple of marketplaces and, for example, don't include

12 OpenSea.

13          And there's many, many, many thousands -- I think

14 we heard from Mr. Solano this morning about the thousands of

15 transactions in terms of ETH that are occurring on these

16 transactions.  So the vast majority of them are occurring in

17 secondary markets and not from just the initial sale.

18     Q      Did your review of defendants' sales of RR/BAYCs

19 indicate that Mr. Cahen made sales of those NFTs on that

20 OpenSea marketplace?

21     A      Yes.  So we did look specifically for -- to what

22 extent the defendants were selling directly on these secondary

23 marketplaces.  And we do observe in the data, the blockchain

24 data that Mr. Cahen has sold through OpenSea, LooksRare, and

25 even Foundation.

```
1        Q      One last question.  Why do you think it is
2   appropriate to disgorge the full gain to defendants?
3        A      So, again, from an economic perspective -- and
4   I'm often asked to evaluate unjust enrichment in cases such as
5   this.  And the idea is to try to determine what are the gains
6   to the defendant from the use of the marks.  And in this
7   instance, every single transaction used the marks.
8             And the confusion inquiry is really more of a
9   secondary, you know, have you established that there's been a
10  confusion in the marketplace?  And in this case, there is
11  evidence that there's been confusion in the marketplace.
12            But from my perspective, in terms of isolating
13  the gains to the defendants, you have to look at the totality
14  of the transactions that occurred that were using the marks
15  illegally.  Of course, I'm not a legal -- I'm not a legal
16  expert.  But assuming that they are infringing, that those
17  sales should not have been made using the marks.
18            MS. MELCHER:  Thank you, Ms. Kindler.
19            THE COURT:  All right.
20            MR. GOSMA:  No recross, Your Honor.
21            THE COURT:  All right.  You may step down.  Thank
22  you very much.
23            Call your -- I guess the plaintiff rests?
24            MR. BALL:  The plaintiff rests, Your Honor.
25            THE COURT:  All right.  Defendant?
```

1          MR. TOMPROS:  Your Honor, the defendants call

2    Ryan Hickman.

3          THE COURTROOM DEPUTY:  Please raise your right hand.

4          Do you solemnly swear that the testimony you shall

5    give in the cause now before this Court shall be the truth, the

6    whole truth, and nothing but the truth, so help you God?

7          THE WITNESS:  Yes, I do.

8          THE COURTROOM DEPUTY:  Thank you.  Be seated.

9          MR. TOMPROS:  Good afternoon, Mr. Hickman.

10         THE WITNESS:  Good afternoon.

11         THE COURTROOM DEPUTY:  Hold on.

12         Please state and spell your full name for the

13   record.

14         THE WITNESS:  My name is Ryan Hickman, R-y-a-n,

15   H-i-c-k-m-a-n.

16                        RYAN HICKMAN,

17   called as a witness by the defendants, was sworn and testified

18   as follows:

19                     DIRECT EXAMINATION

20   BY MR. TOMPROS:

21      Q     Mr. Hickman, I'd like to direct your attention to

22   a witness statement that should be on the ledge in front of

23   you.

24         Do you have that in front of you?

25      A     Yes, I do.

1       Q       Could you turn to page 13 of that witness

2   statement.

3               Do you recognize that signature?

4       A       Yes.

5       Q       Whose is it?

6       A       It is my signature.

7       Q       And did you sign this witness statement under

8   penalty of perjury?

9       A       I did.

10              THE COURT:  All right.  The witness declaration will

11  be admitted into evidence as well as the four exhibits on page

12  31, JTX-801 through JTX-2673.

13                  (Exhibit Nos. JTX-801 TO JTX-2673

14                      received into evidence.)

15              THE COURT:  You may cross-examine.

16                          CROSS-EXAMINATION

17  BY MR. BALL:

18      Q       Good afternoon, Mr. Hickman.

19      A       Good afternoon.

20      Q       We've seen some evidence here today and you've

21  been in the courtroom that references an "h wonder."  Is that a

22  name that you've gone by in social media circles?

23      A       It is, correct.

24      Q       In the Team Ape Market Discord, you use the name

25  h wonder?

1      A      I do.

2      Q      In the RR/BAYC telegram, you use the name

3  h wonder?

4      A      I believe -- yes.

5      Q      You came here voluntarily to testify today;

6  correct?

7      A      I did.

8      Q      And Yuga Labs is currently suing you in the

9  District Court of Nevada; correct?

10      A      This is correct.

11      Q      And it's true that the Clerk of the Court of the

12  District Court of Nevada has entered a default against you in

13  that case?

14      A      I'm uncertain of this.

15          MR. BALL:  Can we go ahead and bring up Hickman

16  cross No. 2, please.

17      Q      BY MR. BALL:  You have in front of you Hickman

18  cross No. 2.  Do you see that, sir?

19      A      I do.

20      Q      You see Yuga Labs, Inc., against Ryan Hickman?

21      A      I do.

22      Q      And you see the default there?

23      A      I see it does say that.

24      Q      You see at the bottom of this document the

25  clerk's stamp and signature?

```
 1        A        I do see this.

 2        Q        Does that refresh your recollection that the

 3   Court in the District of Nevada has entered a default against

 4   you?

 5        A        This demonstrates that.  But I'm not aware of

 6   this judgment.

 7              MR. BALL:  Your Honor, I'd like to move into

 8   evidence the Hickman cross No. 2.  We'll have a new JTX for

 9   Shannon for it.  It is not on the current JTX list.

10              THE COURT:  Any objection?

11              MR. TOMPROS:  No, Your Honor.

12              THE COURT:  All right.  It will be admitted.

13        (Exhibit Hickman Cross No. 2 received into evidence.)

14        Q        BY MR. BALL:  Isn't it true, Mr. Hickman, that

15   Yuga Labs is seeking disgorgement of your profits in the case

16   for the same conduct that is at issue in this litigation?

17        A        I believe so.

18        Q        The judgment calculating profits in this case

19   will have an impact on your case?

20        A        Yes.

21        Q        So the judgment against the defendants in this

22   case can impact how much you are liable for in your case?

23        A        No.

24        Q        The judgment against the defendants in this case

25   will not impact how much you are liable for in your case?
```

UNITED STATES DISTRICT COURT

1     A      It will not.

2     Q      You understand you could be liable for whatever

3  portion that they do not pay to Yuga Labs in this case?

4     A      Could you repeat that?

5     Q      You understand that you could be liable for

6  whatever portion they do not pay to Yuga Labs in this case?

7     A      No, I do not understand that.

8     Q      In your declaration, you state that "We are

9  closing in on $10 million impact to Yuga" wasn't to suggest

10  that the RR/BAYC harmed Yuga Labs.

11            Do you recall that testimony, sir?

12     A      I recall writing those words in a larger

13  conversation.

14            MR. BALL:  Okay.  And if we can bring up JTX-42,

15  please.

16     Q      BY MR. BALL:  You've previously anticipated,

17  though, that the RR/BAYC NFT sales could hurt BAYC trading

18  volume, haven't you?

19     A      (No audible response.)

20     Q      You say here, sir, "I wonder if RR/BAYC

21  anticipation is suffocating BAYC volume," don't you?

22     A      It says, "I wonder."  It's a question.  I'm not

23  asserting anything.

24     Q      You say, "I wonder if RR/BAYC anticipation is

25  suffocating BAYC volume."

```
 1          A       It is a question.

 2          Q       You say that here, sir, in the Team Ape Market

 3     Discord, do you not?

 4          A       I asked that.  It is a question.

 5          Q       You asked that question?

 6          A       Correct.

 7              MR. BALL:  Your Honor, I move JTX-42 into evidence,

 8     if it has not been -- forgive me, Shannon, or Ms. Riley --

 9              THE COURT:  It's not in evidence.  Is there any

10     objection?

11              MR. TOMPROS:  No objection, Your Honor.

12              THE COURT:  All right.  JTX-42 will be received into

13     evidence.

14          (Exhibit No. JTX-42 received into evidence.)

15          Q       BY MR. BALL:  You've also stated that RR/BAYC

16     resulted in $2 million in revenue from the mints; correct?

17          A       I believe I made that statement.

18          Q       You were concerned about the RR/BAYC NFTs making

19     money in profit; correct?

20          A       Can you ask that in a different way?

21          Q       You wanted the RR/BAYCs NFTs to be profitable;

22     correct?

23          A       No.

24          Q       You wanted the Ape Marketplace to be profitable;

25     correct?
```

1    A      Not definitively.  We never made a decision on

2   what we wanted to do.  We just discussed ideas.

3    Q      One of those ideas was to take some fees from

4   customers selling RR/BAYC NFTs on the Ape Marketplace?

5    A      There were many ideas that were discussed.  That

6   was potentially one of them.

7    Q      And you are aware of consumers being confused

8   because of RR/BAYC's numbering system copying that of BAYC's

9   numbering system?

10    A      I'm not aware of confusion of copying numbers.

11    Q      You are aware of confusion based on the copying

12   of the token ID number that RR/BAYC copied Yuga Labs' token ID

13   number in the marketing and promotion of RR/BAYCs?

14    A      The IDs are different ID numbers.  They are not

15   the same ID numbers.

16    Q      You are aware that in marketing the RR/BAYC NFTs,

17   that Mr. Ripps and Mr. Cahen used Yuga Labs' ID numbers;

18   correct.

19    A      It uses the IDs of the tokens themselves.

20          MR. BALL:  Okay.  Can we bring up JTX-44?

21    Q      BY MR. BALL:  You say there, "People believe the

22   token ID should match the RR ID.  That is where they get

23   confused."  Do you see that, sir?

24    A      Correct.

25    Q      And you said that?

**UNITED STATES DISTRICT COURT**

1      A      With the context of being confused in terms of

2  the same practice.  The way that Yuga Labs sold NFTs in 2001

3  *[sic]* is different than how we sold NFTs in 2002.

4      Q      People were confused by the token ID; correct?

5      A      They were confused with the expectation of having

6  an identical ID when, in fact, they are not identical IDs.

7      Q      You personally recognized the potential for

8  confusion; correct, sir?

9      A      No.

10          MR. BALL:  Can we bring up JTX-801 dot -- excuse me.

11 Before we go there, can we move JTX-44 into evidence, please?

12          THE COURT:  Any objection?

13          MR. TOMPROS:  No objection, Your Honor.

14          THE COURT:  All right.  JTX-44 will be received into

15 evidence.

16          (Exhibit No. JTX-44 received into evidence.)

17          MR. BALL:  Let's go ahead and bring up JTX-801.0 --

18 or 801.00189, please.

19      Q      BY MR. BALL:  You state here, "It's difficult to

20 make the collections coexist without adding a friction step."

21      A      This is a discussion, an ideation of different

22 ideas, none of which were actualized.

23      Q      You say here, sir, "It's difficult to make the

24 collections coexist without adding a friction step"; correct?

25      A      It says that with the context of many different

1   ideas over the course of many different days.

2        Q       And the collections referenced there are the BAYC

3   NFT collection and the RR/BAYC NFT collection?

4        A       It is a discussion about how we can make

5   Ape Market as useable as possible.

6        Q       And the collections referenced there are the

7   RR/BAYC NFT collections and the Ape Market or -- and the BAYC

8   NFT collections?

9        A       The image that's referenced in the conversation

10  is an RR/BAYC image inside of the Ape Market.  We were ideaing.

11       Q       So I'd ask that you answer my question.  The

12  collections that you are referring to there, that's plural, are

13  the RR/BAYC NFT collection and the BAYC NFT collection?

14       A       Yes.

15       Q       Mr. Pauly Shore, that is Mr. Cahen; correct?

16       A       Correct.

17       Q       He says, "What are the major difficulties?"  And

18  you respond, "They are the same art.  Lol."

19               Mr. Shore, Mr. Cahen, says, "Yes.  Lmaooo."  And

20  then you respond, "Same logos, et cetera.  So it's not clear as

21  day."

22       A       Correct.  This is our attempt to make it as clear

23  as possible.  We are having discussions on how to make sure it

24  was very clear for users.

25               Q       And at your deposition, you were confused about

1   whether the Foundation page for the RR/BAYCs was actually the

2   Foundation page for BAYC NFTs?

3        A      I was not confused.

4               MR. BALL:  Can we please bring up JTX-28, please?

5        Q      BY MR. BALL:  At your deposition when you

6   reviewed JTX-28, you originally thought it was the Foundation

7   website for what looks to be Bored Ape Yacht Club; correct?

8        A      No.

9               MR. BALL:  Can we go ahead and play the depo at

10  149, line 24, to 150, line 10?  It's about a 30 second at most

11  clip, Your Honor.

12              THE COURT:  All right.  Go ahead and play it.

13              (Video deposition playing.)

14              MR. BALL:  No further questions, Your Honor.

15              THE COURT:  Are you going to move 28 in?

16              MR. BALL:  Yes.  I move JTX-28 into evidence,

17  please.

18              THE COURT:  Any objection?

19              MR. TOMPROS:  No objection, Your Honor.

20              THE COURT:  It will be received.

21          (Exhibit No. JTX-28 received into evidence.)

22              THE COURT:  What's the JTX-801?

23              MR. BALL:  That is -- it's already in evidence.

24  It's the big long one you probably already saw --

25              THE COURT:  Okay.  As long as it's in.  I see it.

```
 1    Okay.
 2              All right.
 3              MR. TOMPROS:  May I proceed, Your Honor?
 4              THE COURT:  Yes, you may proceed.
 5                         REDIRECT EXAMINATION
 6    BY MR. TOMPROS:
 7         Q     Mr. Hickman, you were asked some questions about
 8    whether you wanted to make money through the RR/BAYC project.
 9    Do you remember being asked those questions?
10         A     Correct.
11         Q     Sir, why did you join the RR/BAYC project?
12              MR. BALL:  Objection.  Outside my cross.
13              THE COURT:  Sustained.
14         Q     BY MR. TOMPROS:  Sir, you were asked questions
15    about making money in connection with the RR/BAYC project;
16    correct?
17         A     Correct.
18         Q     Did you join the RR/BAYC project to make money?
19         A     No.
20         Q     Why did you join it?
21              MR. BALL:  Outside the scope of cross.
22              THE COURT:  Overruled.
23         Q     BY MR. TOMPROS:  Why did you join it, sir?
24         A     I joined to protest the imagery and the technical
25    aspects of the Yuga Labs NFT project.
```

1    Q        What do you mean by protest the imagery?

2    A        The imagery is pictures of monkeys.  I'm black.

3    Pictures of monkeys represent racism.

4    Q        What did you mean about the technical aspects

5    that you referred to?

6    A        The technical aspects referred to the

7    intellectual property, the IP that was advertised as a reason

8    to buy these NFTs.

9             If you buy one of these NFTs, you got to own the

10   art of this NFT.  This is before there's discussions of

11   trademarks or nuances of copyrights.  If you own these NFTs,

12   you can even make derivatives of it as per the terms and

13   conditions, as per the different executives what they talk

14   about on social media, what they talk about on -- in the public

15   at different speaking engagements.  By using that IP, you can

16   make anything you want.

17            There's examples of -- you see over there, wine,

18   and there's products for kids.  The product range is wide.  So

19   the -- being able to actualize an IP in a way that allowed me

20   to stand up for what I believe in was very much an interest to

21   me.

22   Q        Sir, you were asked some questions about a

23   statement where you used something like $10 million.  Do you

24   remember those questions?

25   A        Yes.

```
1          Q       Let's look at JTX-801 at page 376.  And we can

2    pull it up on the screen for you.

3                  If we go to the bottom of page 376, there is a

4    message that says, "h wonder," and there's the statement, "We

5    are closing in on $10 million impact to Yuga."

6                  Can we blow that up so we can see it?

7                  Do you see that statement, sir?

8          A       Correct.

9          Q       What did you mean by that?

10         A       It goes on to -- in a conversation what I was

11   referring to is the socio impact.  People vote with their

12   dollars.  People are selling these NFTs to one another in the

13   OpenSea marketplaces.  The impact is merely their vote.  They

14   care.  This is important to them.

15         Q       And if we continue down in the conversation,

16   there's a response from Mr. Ripps.

17                 Can we blow that response up?

18                 It says, "It doesn't impact Yuga.  The clients

19   buying RR/BAYC are legit.  The opposite."  Do you see that

20   response, sir?

21         A       Yes.

22         Q       What did you understand Mr. Ripps to mean when he

23   responded to your text with that statement?

24         A       That these were very different people.  It's a

25   different audience.  It's an audience that disagrees with the
```

1    way in which Yuga runs their business and markets that product.

2          Q       Did you agree with Mr. Ripps about that?

3          A       Very much.

4          Q       If we go down one further statement in the chat,

5    the last one is from Pauly Shore who is Mr. Cahen; right?

6          A       Correct.

7          Q       And he writes, "Right.  I'm think maybe he just

8    meant 10 million volume total."  Do you see that?

9          A       I do.

10         Q       Is that what you meant?  Strike that.

11                 What did you understand Mr. Cahen to mean by

12   that?

13         A       It's supporting the idea that people vote with

14   their dollars.

15         Q       And was Mr. Cahen correctly interpreting your

16   earlier $10 million statement?

17         A       Yes.

18         Q       You were asked some questions about something

19   called Ape Market; right?

20         A       Yes, I was.

21         Q       What was the idea of Ape Market?

22         A       Ape Market was designed to create a place for

23   people to continue to trade these RR/BAYCs in their own

24   environment.

25         Q       Was Ape Market ever released?

```
 1        A       It was never released.

 2        Q       Let's return to JTX-801 and go to the section in

 3   page 189 that you were asked to look at.  If we blow up the

 4   middle of that, there's a section that you were directed to

 5   that says, "It's difficult to make the collections coexist

 6   without adding a friction step."

 7                Do you see that section?

 8        A       I do.

 9        Q       What were you talking about there?

10        A       We were ideaing on how to make the best

11   experience possible.  If you look below, we are talking about

12   moving logos.  We are talking about how to present the user

13   experience.

14        Q       What did you mean by a friction step?

15        A       A way to make it very clear that this is an

16   RR/BAYC or this is a BAYC or whatever NFT that we decided to

17   put on the Ape Market.

18        Q       What was the purpose of including a potential

19   friction step in the Ape Market idea?

20        A       To make it very, very clear that you were buying

21   a specific NFT.

22        Q       Were there any specific friction steps that you

23   focused on in particular?

24        A       Differentiating RR/BAYC.

25        Q       Okay.  Now, you were shown some of your
```

```
 1   deposition testimony by video; right?

 2        A     I was.

 3        Q     Were you at your deposition confused about

 4   whether the page that you were shown was indeed a Yuga Labs

 5   page or a page by Mr. Ripps?

 6        A     I was not confused.  The video shows me describe

 7   all of the aspects of the page real time.

 8        Q     And were you -- what was your level of confidence

 9   that this Foundation page that you were shown at your

10   deposition was indeed a page for the RR/BAYC collection?

11        A     It was that it was actually Ryder's creator page

12   for the RR/BAYC collection.

13        Q     Are you aware of anyone whoever obtained an

14   RR/BAYC from Foundation believing that it was sponsored by

15   Yuga?

16        A     Absolutely not.

17        Q     Were are you aware of anyone who ever received an

18   RR/BAYC from anywhere believing it was sponsored by Yuga?

19        A     No.

20             MR. TOMPROS:  I do not have any further questions.

21             THE COURT:  All right.  Any additional questions?

22             MR. BALL:  Just one or two additional questions,

23   Your Honor.

24   ///

25   ///
```

```
 1                        RECROSS-EXAMINATION
 2  BY MR. BALL:
 3       Q      Mr. Hickman, a moment ago when we were having our
 4  conversation, you were testifying -- you said that you didn't
 5  expect a profit from Ape Market.
 6       A      I didn't expect a profit, no.
 7       Q      Do you recall at your deposition you stated -- we
 8  asked the question, "Did you have any expectation on the phone
 9  call of how much you might make for the work that you were
10  going to contribute for this particular project?"
11              And you answered, "I have an expectation to make
12  somewhere between three quarters of a million to a million
13  dollars for any project that I work on."
14              Do you recall that?
15       A      That had nothing to do with Ape Market.
16       Q      Was that for RR/BAYC NFTs?
17       A      For any project I work on is demonstrating what
18  my price point is for doing this kind of work.
19       Q      And then we asked, "You were hoping you would
20  make that for this project?"
21              You responded, "I expected a little less just by
22  factoring the math and factoring this is a little different
23  than other projects that I worked on."
24       A      That has nothing to do with Ape Market.  That
25  discussion is about the RR/BAYC RSVP system.
```

 1       Q       So for the RR/BAYC RSVP system, you expected to

 2  make a little less than 3 quarters of a million to a million

 3  dollars?

 4       A       I expected to make less than what my normal rate

 5  was.

 6             MR. BALL:  Thank you, Your Honor -- or thank you,

 7  Mr. Hickman.  No further questions.

 8             MR. TOMPROS:  Just one question, Your Honor.

 9                   FURTHER REDIRECT EXAMINATION

10  BY MR. TOMPROS:

11       Q       Why did you expect to make less from your work on

12  this RSVP contract than your normal rate?

13       A       I was contributing because I believe in standing

14  up for the illegitimate business practices and imagery in this

15  Yuga Labs BAYC NFT collection.

16             THE COURT:  So as I understand it, the defendant's

17  NFTs contain the same images as Yuga's NFTs; correct?

18             THE WITNESS:  The images are the same.

19             THE COURT:  The images are the same.

20             THE WITNESS:  Correct.

21             THE COURT:  Okay.  So when somebody bought a

22  defendant's NFT, they were, in effect, buying the same image as

23  Yuga NFT?

24             THE WITNESS:  No.  They were actually going

25  through -- there's two ways to buy.

UNITED STATES DISTRICT COURT

222

 1          THE COURT:  I'm talking about the images now.  As I

 2   understand, the images were identical, that the defendants used

 3   the same identifying numbers for the apes or the monkeys, the

 4   10,000.

 5          THE WITNESS:  No.  The numbers are different

 6   numbers.

 7          THE COURT:  Okay.  But the images were the same?

 8          THE WITNESS:  The images are the same, but they

 9   have a --

10          THE COURT:  When you are selling defendant's NFTs,

11   you are selling Yuga's images.

12          THE WITNESS:  No.  We are selling the record.

13          THE COURT:  Okay.  But the record points to and

14   displays those images.

15          THE WITNESS:  So the images are public.  They are

16   available for anybody to navigate to on the Internet.

17          THE COURT:  Right.

18          THE WITNESS:  We are selling a receipt that says *I*

19   *committed to this protest* that points to the same public that a

20   lot of different collections point to including Yuga Labs

21   pointing to the same resource.

22          THE COURT:  And that didn't bother you, that it

23   pointed to the same?

24          THE WITNESS:  No.

25          THE COURT:  Okay.  All right.  Any additional

1   questions?

2                MR. BALL:  No --

3                MR. TOMPROS:  No, Your Honor.

4                THE COURT:  This witness may be excused.  Thank you

5   very much.

6                Call your next witness.

7                MR. GOSMA:  Your Honor, defendants call Jeremy Cahen

8   to the stand.

9                THE COURTROOM DEPUTY:  Please raise your right hand.

10               Do you solemnly swear that the testimony you shall

11  give in the cause now before this Court shall be the truth, the

12  whole truth, and nothing but the truth, so help you God?

13               THE WITNESS:  Yes, I do.

14               THE COURTROOM DEPUTY:  Thank you.  Be seated.

15               Please state and spell your name for the record.

16               THE WITNESS:  My name is Jeremy Cahen.  J-e-r-e-m-y,

17  C-a-h-e-n.

18               THE COURT:  All right.  You may proceed.

19               MR. GOSMA:  Thank you, Your Honor.

20                          Jeremy Cahen,

21  called as a witness by the defendants, was sworn and testified

22  as follows:

23                      DIRECT EXAMINATION

24  BY MR. GOSMA:

25        Q     Mr. Cahen, in the binder in front of you should

 1   be your declaration or should be the declaration that you

 2   submitted.

 3        A      Yeah, I have it here.

 4        Q      Can you just confirm that that's your signature

 5   at the end and that that's your declaration?

 6        A      Yes, that's my signature.

 7              THE COURT:  All right.  The declaration will be

 8   received into evidence as well as the exhibits on page 33

 9   commencing with JTX-705 through -34 ending with JTX-2676.

10              (Exhibit Nos. JTX-705 THROUGH -34 to JTX-2676

11                         received into evidence.)

12              THE COURT:  There were no objections to the

13   declaration of this witness.  You may proceed with

14   cross-examination.

15                         CROSS-EXAMINATION

16   BY MS. CULP:

17        Q      Good afternoon, Mr. Cahen.

18        A      Good afternoon.

19        Q      For purposes of your testimony, do you

20   understand that when I refer to RR/BAYC, I am also referring to

21   Ryder Ripps's Bored Ape Yacht Club NFT collection?

22        A      Yes, I do.

23        Q      Thank you.

24              You are aware and you've seen evidence in the

25   trial today that the Ryder Ripps's Bored Ape Yacht Club NFT

```
 1    collection has metadata for the name of the contract that is
 2    Bored Ape Yacht Club?
 3         A    I believe the way that that's displayed is as a
 4    token tracker.
 5         Q    The metadata for the Ryder Ripps's Bored Ape
 6    Yacht Club NFT collection shows the name of the contract as
 7    Bored Ape Yacht Club.  We've seen evidence of that today;
 8    correct?
 9         A    Yes.  The way that I'm familiar with that is as a
10    token tracker.
11         Q    The answer to my question, "yes"?
12         A    I answered your question.
13         Q    You've also seen evidence today that the symbol
14    for the Ryder Ripps's Bored Ape Yacht Club NFT collection is
15    BAYC; correct?
16         A    This would once again be under the form token
17    tracker.
18         Q    The metadata for the Ryder Ripps's Bored Ape
19    Yacht Club NFT collection includes the symbol as BAYC.  We've
20    seen evidence of that today; correct?
21         A    Once again, it's token tracker is -- and I
22    believe I'm answering your question.
23         Q    Which is "yes"?
24         A    I answered your question.
25         Q    You are aware that it is very common for people
```

```
 1    to refer to collections based on the token name?

 2         A       Yes, I believe that is common.

 3         Q       Very common?

 4         A       I answered your question.

 5         Q       It is very common, not just common, but very

 6    common for people to refer to smart contracts based on the

 7    token name?

 8         A       My words were "common."  Your words were "very

 9    common."

10         Q       Okay.  Let's see your words, please.

11                 MS. CULP:  I'd like to look at, if we could put

12    on the screen, please, Mr. Cahen's deposition at page 148,

13    line 10, through 148, line 13.

14                 THE WITNESS:  Oh, okay.  Great.  Thank you.

15         Q       BY MS. CULP:  You see at your deposition you were

16    asked the question, "Are you aware of people referring to

17    collections based on the token name?"  Do you see that?

18         A       Yes.  Yes, I see that here.

19         Q       And you see your answer, "Oh, yes, I believe that

20    it's very common for people to do that."

21                 Those are your words; correct?

22         A       Yes, I see that here.

23         Q       Those are your words; correct, sir?

24         A       Oh, yes, this is from my deposition.  So of

25    course it's my words.
```

1          Q       Thank you.

2                  The RR/BAYC project started in May 2022; correct?

3          A       That sounds accurate, yes.

4          Q       You testified in your trial declaration, which

5     you have in front of you, that you purchased a computer for the

6     RR/BAYC project; correct?

7          A       Yes, that is true.

8          Q       The computer receipt that you produced in

9     discovery for that computer, do you recall the date of it?

10         A       No.

11         Q       Would it surprise you that the date for that

12    computer is December 2021?

13         A       That would not surprise me at all, no.

14         Q       Why?

15         A       Because it's a date on a receipt.  I'm not sure

16    what the point is, but I'm hearing you, yeah.

17         Q       Okay.  So either the RR/BAYC project started in

18    May 2022 or the RR/BAYC project started in December 2021, and

19    you bought a computer for it; correct?

20         A       The RR/BAYC project is a protest project.  And

21    the protest began well, well before the RR/BAYC project did.

22    So if you are asking me why I make a connection between earlier

23    dates and that project, it's because we spent about a year

24    protesting in different ways before we released any sort of

25    nonfungible token and rather, before Ryder did and I decided to

```
1    join and help him expand his vision and protest.
2         Q      So your testimony is you bought a computer in
3    December 2021, approximately five to six months before the
4    RR/BAYC project started; is that correct?
5         A      I never said that.
6         Q      You have sworn under oath in this court in
7    another declaration that the RR/BAYC project started in
8    May 2022, not just the declaration in front of you, yet a
9    second one; correct?
10        A      Can you please repeat the question?
11        Q      Yeah, let's just look at your other declaration
12   that reconfirms your testimony under oath that the RR/BAYC
13   project started in May of 2022.
14               MS. CULP:  Can we have the April 5th, 2023
15   declaration?  It's Cahen 16.
16        Q      BY MS. CULP:  Do you see on the cover page here,
17   declaration of Jeremy Cahen, that's you; correct?
18        A      Yes, correct.
19        Q      Let's go to the next page.  That's your
20   signature; correct?
21        A      That is correct.
22        Q      You see page 1 -- paragraph 1 -- excuse me -- you
23   swear under oath that your communications with Mr. Ripps began
24   in mid-May 2022 which is also the same time period that the
25   RR/BAYC project began; correct?  That's your testimony under
```

```
 1   oath to this Court?

 2        A      Absolutely, yes.

 3        Q      So the RR/BAYC project did not start in

 4   December 2021; correct?

 5        A      I think I kind of got to it earlier.  This is a

 6   protest.  This entire project is a protest.  And like I said,

 7   that protest began way, way, way before we minted a single NFT.

 8            So I can understand that, you know, you may find

 9   an interest in making some kind of delineation.  But the whole

10   point of this is a protest of racism, anti-Semitism, financial

11   fraud, and all kinds of horrible practices and iconography, and

12   that began before May, absolutely 100 percent.  And RR/BAYC was

13   a vehicle for that protest 100 percent.

14        Q      The computer that you purchased in December 2021

15   was not purchased for a project that began six months later;

16   correct?

17        A      I'm not sure how to answer that question.  The

18   computer was purchased and used for the project and for the

19   research which led up to the NFTs.  So, you know, in my

20   opinion, you could say that the project began in -- at the end

21   of 2021.

22        Q      You also swore in your testimony that you

23   traveled to New York for the project.  Do you recall that

24   testimony?

25        A      Yes, I do.
```

1      Q      You don't have any receipts attached to your

2  declaration proving that you incurred any costs relating to

3  that travel; correct?

4      A      I don't recall.

5      Q      You have your declaration in front of you.  Is

6  there any exhibit attached to your declaration that is a

7  receipt that proves that you incurred travel costs related to

8  the RR/BAYC project?

9      A      As far as I'm aware, there's absolutely no

10  receipts of anything in that declaration.

11      Q      Okay.  So your evidence, your testimony is the

12  only evidence we have that you incurred such costs?

13      A      Yeah.  I flew across the entire planet to be in

14  New York to support my partner in the protest project.

15      Q      I'd like to change topics.

16             One of the remedies, Mr. Cahen, that Yuga Labs is

17  seeking here in this trial is an injunction to prevent further

18  marketing and promotion of RR/BAYC and transfer of the relevant

19  accounts.  Do you understand that?

20      A      Yes.  I'm aware that they are asking for a number

21  of things.

22      Q      You are aware that Mr. Ripps registered the

23  domain ApeMarket.com; correct?

24      A      If you tell me that that is true, I have

25  absolutely no reason to not agree with you.  But like we

```
1   register all kinds of different domains all the time and like I
2   probably own hundreds myself.  So I really don't remember.  I
3   believe it was either him or me.  That's my recollection.
4        Q       So at least you or Mr. Ripps, no one else in the
5   world registered the domain ApeMarket.com.  There's no
6   controversy over that fact?
7        A       Absolutely not.
8        Q       You participated in discussions about putting an
9   NFT marketplace up on that domain; correct?
10       A       Yes, absolutely.
11       Q       And in May and June of 2022, one of your goals
12  for that ApeMarket.com domain was to use it to mint out the
13  remainder of the RR/BAYC NFT collection; correct?
14       A       No.  That's theoretically impossible because
15  doing that -- creating an NFT marketplace would offer
16  absolutely no functionality in terms of minting an already
17  existing NFT contract.
18       Q       You used the prospect of the marketplace to drive
19  sales of RR/BAYC NFTs; correct?
20       A       There never existed a marketplace.
21       Q       You used the prospect of a marketplace to drive
22  sales of RR/BAYC NFTs; correct?
23       A       What I would say I did was use the prospect of a
24  potential marketplace which we were in the ideation phase of.
25  I would say that I absolutely 100 percent used the prospect of
```

1    that to draw attention to my protest of racism, anti-Semitism,

2    and financial fraud being committed by Yuga Labs and Bored Ape

3    Yacht Club.

4         Q       You used the prospect of that marketplace to mint

5    out the remainder of the RR/BAYC NFT collection; correct?

6         A       No, I did not.

7                 MS. CULP:  JTX-801, please, at page 185.  If we

8    can zoom in on the May 30th, 2022 statement by Mr. Cahen.

9    Thank you.

10        Q       BY MS. CULP:  We've already established this, but

11   I would like to hear it once again before we read this.  You

12   are Pauly Shore in the Ape Market Discord chat; correct?

13        A       Absolutely, yes.

14        Q       And this is you writing "Goal.  Mint out the

15   remainder of the collection plus incentivize people to use the

16   marketplace, specifically the BAYC original side."  You see

17   that?

18        A       Yes.  And all of those things are absolutely

19   correct.

20        Q       And the date of that is May 30th, 2022?

21        A       If that's what it says here, then absolutely,

22   yes.

23        Q       I'd now like to turn to page 221 also in JTX-801.

24                You write here, "So basically my goal for today

25   is to create an announcement that will create hype and volume,

1   we want to mint out the remainder of that collection."  Do you

2   see your statement here on June 1?

3          A     I see my statement here on June 1, absolutely,

4   yes.

5          Q     And you follow up that with "That's our primary

6   goal"; correct?

7          A     Yes.  That is what I followed up with, yes.

8          Q     And then again, "I really want to tweet an image

9   like this today to create major hype and speculation."  Do you

10  see where you wrote that?

11         A     Yes, ma'am, I see that.  Absolutely.

12         Q     Do you see that image?

13         A     Yes, I do.

14         Q     You did Tweet images of the Ape Market

15  marketplace prospect to Twitter users; correct?

16         A     I wouldn't use that language, but I would say

17  that I tweeted images, yes.  You can't Tweet to someone in

18  particular.  You can just Tweet to the general public, yes.

19         Q     Putting aside to whom you are Tweeting, you

20  Tweeted images of the prospective Ape Marketplace; correct?

21         A     I'm sorry.  What I was saying is that you cannot

22  Tweet to specific people.  You can Tweet to the public.  So I

23  don't understand the follow-up question, but I would like to

24  answer it for you.

25         Q     Yeah, I was agreeing with you.

1          Putting aside to whomever you are Tweeting, you

2   Tweeted a picture of the prospective Ape Market; correct?

3          A     What we were doing was working with a team of

4   really talented engineers and an artist and myself, a

5   four-person team, and we were going through all different types

6   of concepts and models and ideating through and just sort of,

7   you know, being creative and refining a product that we wanted

8   to release to create a mint utility for people who were already

9   invested in nonfungible tokens and to help them have a better

10  experience where they could not pay unnecessary royalty fees.

11          MS. CULP:  Move to strike as nonresponsive,

12  Your Honor.

13          THE COURT:  The motion is denied.

14  BY MS. CULP:

15          Q     Mr. Cahen, your plan was to stimulate sales of

16  RR/BAYC NFTs by teasing the future release of Ape Market;

17  correct?

18          A     No.

19          Q     No?

20          A     I believe I heard you correctly.  Would you mind

21  repeating yourself?  Because I believe the answer is no, but if

22  you wouldn't mind repeating yourself, I can make sure.

23          Q     Yes.

24          Your plan was to stimulate sales of RR/BAYC NFTs

25  by teasing the future release of Ape Market?

 1       A       No.  In fact, I already answered that question.

 2  My goal was to draw additional awareness to my protest of

 3  racism, anti-Semitism, and financial fraud being conducted by

 4  Yuga Labs and Bored Ape Yacht Club.  That is -- and that is

 5  still today something that I care very much about.

 6       Q       I'd like to now turn to page 144 of the same

 7  exhibit, 801.

 8               Do you have that?  Oh, sorry.  I looked away.

 9  Thank you.

10               Do you see the message up in front of you?  The

11  date is May 25, 2022.

12       A       Yes, ma'am.

13       Q       Do you see where you write, "One thing we can do

14  to stimulate the RSVP completing is to tease ApeMarket.com"?

15       A       Yes, I read that here.

16       Q       Those are your words?

17       A       Yes.  Anything under the username Pauly Shore is

18  written by me 100 percent.  And I can assure you that.

19       Q       And anything written on the @Ape Marketplace

20  Twitter account is also something written by you; correct?

21       A       Absolutely correct.

22       Q       You announced that Ape Market would launch once

23  all of the RR/BAYC NFTs were minted; correct?

24       A       That sounds very familiar, but if you want me to

25  verify that, I would prefer to be able to see whatever

```
 1    communication is in question.

 2         Q      That would be great.  Let's turn to JTX-696.  And

 3    I'll direct your attention to a June 2nd Tweet.

 4         A      It looks like it says June 20th on that one.

 5         Q      It does.  And we are going to make it June 2.

 6    We'll go in time.

 7         A      Thank you.

 8                MS. CULP:  Down a little bit, please.  There are

 9    a number of Tweets from this account, and I'm looking for --

10    that one right there, please.

11         Q      BY MS. CULP:  The Tweet on the screen dated

12    June 2, do you see that?

13         A      Yes, I see that.

14         Q      Do you see the sentence "Ape Market will launch

15    within 24 hours of the final mint"?  Do you see that?

16         A      Yes, I do.

17         Q      You stimulated sales of RR/BAYC NFTs by Tweeting

18    that Ape Market users would have to own an RR/BAYC to list NFTs

19    on Ape Market; correct?

20         A      Can you please repeat --

21                MS. CULP:  You can take this down.

22                THE WITNESS:  I'm sorry.  What was that?

23                MS. CULP:  You can take this down.

24                THE WITNESS:  It's not related; right?

25                MS. CULP:  It's not related.
```

1           THE COURT:  Are you moving 696 into evidence?

2           MS. CULP:  Yes, Your Honor.  Thank you.  I would

3    like to move 696 into evidence.

4           THE COURT:  Any objection?

5           MR. GOSMA:  No objection, Your Honor.

6           THE COURT:  All right.  696 will be received into

7    evidence.

8           (Exhibit No. JTX-696 received into evidence.)

9           THE WITNESS:  Do you mind repeating the last

10   question?

11   BY MS. CULP:

12       Q       I would be happy to.  There was confusion there.

13       A       Thanks.

14       Q       You also stimulated the sales of RR/BAYC NFTs by

15   Tweeting that Ape Market users would have to own an RR/BAYC NFT

16   to list NFTs on Ape Market; correct?

17       A       I believe that that may have been the indirect

18   result of me drawing attention, or I believe you used the word

19   stimulating.  I believe that me stimulating the protest that I

20   was working on may have indirectly stimulated the sales or

21   rather they were not sales, technically speaking.  They were

22   commissions and reservations of artwork.

23           And indirectly, the additional attention brought

24   to my protest of racism, anti-Semitism, and financial fraud may

25   have indirectly stimulated a process of art being commissioned

1   and reserved, yes.

2        Q        You accept the fact that your Tweets may have

3   stimulated sales of RR/BAYC NFTs?

4        A        Indirectly, absolutely.  And like I said, my goal

5   was to stimulate and draw attention to a protest of racism,

6   anti-Semitism, and financial fraud.  And yes, indirectly that

7   may have stimulated, you know, many other things, absolutely.

8        Q        And one of your other goals was to stimulate the

9   RSVP period by Tweeting about ApeMarket.com.  We saw language

10  to that effect just a moment ago.

11       A        Yes.  To complete the full reservation process

12  absolutely would be a goal of mine.  But I think it's important

13  to understand that it's very far from a top priority in any

14  way, shape, or form.  But yes, of course it's a goal.  If we

15  create a project, we want the project to be successful.

16  Absolutely, yes.

17       Q        So if we take a look at JTX-697, please.  JTX-697

18  is a Tweet.  At the bottom there's an image that's directed to

19  "Dear Yuga Community."  Do you see that language?  "Dear" --

20       A        Yeah, on the image I see that here.

21       Q        Just slightly above that, the Tweet includes the

22  statement "Listing requires holding RR/BAYC."  Do you see that?

23       A        Yes, ma'am, I do see that.

24       Q        And that's an example of a Tweet that may have,

25  to use your words, indirectly stimulated the sales of RR/BAYC

1    NFTs; correct?

2         A    Yes.  This indirectly may have done that, yes.  I

3    believe so.  And actually this one looks like it may have even

4    more directly done that.  But, you know, I would need a little

5    bit more full context.

6         Q    You also Tweeted that all of the RR/BAYC NFTs had

7    been reserved, and you did that on the Ape Marketplace Twitter

8    account; correct?

9         A    I'm sorry.  Can you please repeat that?

10        Q    Yeah.  You also Tweeted that all of the RR/BAYC

11   NFTs had been reserved; correct?

12        A    I don't recall that Tweet, but if you want to

13   show me, I'd be happy to verify.

14        Q    I would be happy to do that.  That is also in

15   696.

16             Before we move there, I would like to move 697

17   into evidence.

18             THE COURT:  Any objection to 697?

19             MR. GOSMA:  No, Your Honor?

20             THE COURT:  It will be received.

21             MS. CULP:  Thank you.

22        (Exhibit No. JTX-697 received into evidence.)

23   BY MS. CULP:

24        Q    Now if we can go to 696 -- and this is the

25   June 20th Tweet.  Do you see on June 20th you Tweeted, "The

1    remainder of the RR/BAYC collection has been reserved!"  Do you

2    see that?

3           A      Yes, I do.

4           Q      And in that same Tweet, you added that

5    ApeMarket.com would go live within 24 hours of the final mint?

6           A      Yes, that is precisely what I wrote.

7           Q      And that an announcement would be made shortly as

8    to when Ape Market would actually go live?

9           A      Those are not the words that it says on this

10   page, but it's very close to that, I believe.

11          Q      "Which we will announce shortly."  Do you see

12   those words?

13          A      Is it okay to read the whole sentence?

14          Q      Sure?

15          A      Okay.  What it says here is, "ApeMarket.com will

16   go live within 24 hours of the final mint, which we will

17   announce shortly."

18          Q      And what you would announce shortly would be the

19   date on when Ape Market was going live?

20          A      Incorrect.

21          Q      What is your testimony was going to be announced

22   shortly?

23          A      The final mint.

24          Q      And then 24 hours after that, Ape Market was

25   going to be launched?

 1      A       That was our intention, yes.  But you have to

 2  understand that you're correlating reservation and minting as

 3  if they are the same thing.  And those are absolutely not the

 4  same thing.  Because as you -- as you know very well, if you

 5  are paying attention to all the documents and technicals of

 6  this case, there are not 10,000 of these NFTs in circulation,

 7  and it's a 10,000-piece collection.  So they have not been

 8  minted completely.

 9              And reserving is part of the process of minting,

10  but they are not the same thing by any shade of the meaning.

11  And that's a really important thing to understand here.

12      Q       Oh, I do, and we'll talk about that difference.

13  Thank you for bringing it up.

14      A       You are welcome.

15      Q       So by June 20th, the reservation had been

16  completed; correct?  You just --

17      A       Yes.  I'm just confirming that for you.  Just

18  please give me a moment.  That is correct, yes.

19      Q       You've made a distinction between reservation and

20  minting.  I want to establish our timeline.  The reservation

21  was done by June 20th?

22      A       That's what it says here.  And yes, that is

23  correct.

24      Q       Okay.  Now let's establish the date on when the

25  mint was complete.

```
 1        A        The mint was never complete.

 2        Q        We'll see about that.

 3                 Please turn to JTX-801, page 375.  Do you see on

 4    June 24th, 2022, at 12:58 p.m. Mr. Ripps writes, "Are they

 5    minted out"?  Do you see that?

 6        A        I see it all right here, yes.

 7        Q        Do you see where Middle March -- which is

 8    Mr. Lehman; correct?

 9        A        That is correct.  That is Thomas Lehman.

10        Q        I believe there's been some dispute about how he

11    pronounces his last name.  So Lehman --

12        A        You might be saying it right, yeah.  Pardon me.

13        Q        I want to be respectful of him.  So thank you.

14                 Mr. Lehman writes in response to Mr. Ripps, "I

15    believe so, yes."  Do you see that?

16        A        Yes, I do.

17        Q        And that was true?

18        A        What was true?

19        Q        That they were all minted out by June 24th, 2022.

20        A        You have to understand that this is two lines of

21    text that are taken completely out of context.  And I can tell

22    you exactly what Mr. Lehman means in this context if you would

23    like to know.

24        Q        No, I would not like you to speculate for

25    Mr. Lehman.  But thank you.
```

1    A    It's not speculation.

2    Q    I'll look at some more of the conversation

3  amongst the Team Ape Market team in the chat.

4         Let's go to JTX-801, page 161.  And here you can

5  see there's a reference to "There's 500 set aside."  Do you see

6  that language?

7    A    Yes, ma'am.

8    Q    You and Mr. Ripps set aside 500 RR/BAYC NFTs that

9  were not going to be minted.  They were going to be held;

10 correct?

11   A    I believe that it was roughly 500.  I would have

12 to confirm the exact amount.  But it's publicly available

13 information.

14   Q    Okay.  Now let's turn to JTX-801 at page 377.

15        Still on June 24th, the date the mint was

16 complete, do you see where Mr. Lehman writes, "Basically looks

17 like we are done"?  Do you see that?

18   A    Yes, ma'am.

19   Q    And he has a chart.  Do you see his chart?

20   A    Yes, ma'am.

21   Q    And he says, "Fulfilled 7,028."  Do you see that?

22   A    Yes, ma'am.

23   Q    And there's a set aside.  Do you see that?

24   A    Yes, ma'am.

25   Q    And then minted precontract.  Do you see that

```
 1   row?

 2        A      Yes, ma'am, I see that.

 3        Q      And the total that Mr. Lehman has is 9,995.  Do

 4   you see that?

 5        A      Yes.

 6        Q      He explains the missing five from the 10,000 in

 7   the RR/BAYC NFT collection in the next line, doesn't he?

 8        A      It looks like he acknowledges it -- oh, here,

 9   let's see.  Let me read the whole thing.  Yeah, he identifies

10   the ape IDs which are missing here it looks like.

11        Q      Right.  And before that he says, "We've handled

12   all but five apes which I need to investigate.  They were

13   probably minted precontract but not in the list."

14               Do you see that?

15        A      Yes, I do.

16        Q      Mr. Ripps also encouraged Mr. Lehman and

17   Mr. Hickman to release Ape Market in the June 20 to June 2024

18   time frame, didn't he?

19        A      I don't recall that specifically, but I'm sure

20   every single person working on the team would be excited about

21   that because we are all very passionate about what we do.

22        Q      Let's look at JTX-801, the same exhibit,

23   page 366.

24               Do you see on June 21, Mr. Ripps writes, "We need

25   launch Ape Market."  Do you see that?
```

```
 1        A       Yes, ma'am.

 2        Q       And he continues "ASAP"; correct?

 3        A       That is correct.

 4        Q       After June 21, Mr. Ripps was still encouraging

 5   the Team Ape Market team to launch Ape Market; correct?

 6        A       This is on June 21.  So --

 7        Q       My question was after.

 8        A       Oh, I wouldn't be able to speculate.  But if you

 9   want to show me some communications, I'd be happy to verify

10   that for you.

11        Q       I'd love to.  Page 370, same exhibit, 801.

12                Do you see on June 23rd, Mr. Ripps writes need

13   marketplace?

14        A       Yes, I see that.

15        Q       Then you responded to Mr. Ripps that Mr. Hickman

16   would have a demo site in a few hours.

17                Do you see that?

18        A       Yes, ma'am.

19        Q       And then Mr. Lehman responds, "Should finish

20   minting between eight to ten hours from now."

21                Do you see that?

22        A       Yes, I see that.  And I think it's worth noting

23   that -- because this is not within full context, it's unclear

24   if he's talking about minting the entirety of the collection or

25   minting the entirety of the reservations and commissions, like
```

```
 1    I mentioned before.
 2         Q     Well, I think Mr. Lehman provides the context in
 3    the rest of that sentence, doesn't he, where he writes, "Friday
 4    afternoon would be the release"?
 5         A     I'm not sure what context you think that
 6    provides, but to me it does not.
 7         Q     Okay.  So let's look at your response which maybe
 8    provides some context where you write, "I think it makes sense
 9    to launch a bit earlier."
10              Do you see that response?
11         A     Yes, I do.
12         Q     Does that provide context that at least by
13    February 24th, perhaps a bit earlier, the plan was to launch
14    Ape Market?
15         A     No, I don't agree with those words at all.  But I
16    think that, you know, like I mentioned before, I'm very
17    passionate about what I do.  So any time I'm working on any
18    project, you can be certain that I will say let's release this
19    as soon as possible.  Like, that is -- because I love what I do
20    and it's just -- that's how I always am.  I'm, like, I want to
21    put this out.  I'm really excited about this.  Let's get it out
22    there.  That's totally normal for me.
23         Q     By Friday June 24, 2022, you and your associates
24    had built a functioning Ape Market; correct?
25         A     Do you mind repeating the question, please?
```

```
 1          Q       Sure.
 2                  By Friday, June 24, 2022, you and your associates
 3    had built a functioning Ape Market?
 4          A       I'm not certain the answer to that.  But I
 5    believe with the quality of engineers that I work with, we
 6    could pretty much deploy anything within reason within a
 7    48-hour window.  So I always feel like the people that I work
 8    with are ready to go at the drop of a hat.  That's kind of how
 9    I look at that.
10          Q       And there was a ready-to-go Ape Market by
11    February -- excuse me -- by June 24, 2022?
12          A       Among other things, yes, because this -- a lot of
13    the code used is Open Source.  And Ape Market is very similar
14    to other marketplaces.  The only differences that we were
15    discussing that are really worth noting would be that it would
16    be a cheaper source of infrastructure for the public to be able
17    to utilize.
18          Q       You were in the room when Mr. Atalay testified
19    this morning; correct?
20          A       Yes, ma'am.
21          Q       What you just said about the marketplace is
22    consistent with what Mr. Atalay testified to, which is that the
23    source code Mr. Lehman produced is consistent with a fully
24    functioning Ape Market?
25          A       Since I'm not an engineer, I think that I'm not
```

```
 1    that qualified to answer engineering questions.  And I don't

 2    recall verbatim Mr. Atalay's testimony.

 3         Q      Is Mr. Atalay's testimony that there was a fully

 4    functioning Ape Market consistent with your testimony just a

 5    moment ago that there was an Ape Market that could be released

 6    within a matter of 48 hours?

 7         A      I wouldn't be able to answer that without

 8    speculating somewhat, but it sounds very reasonable to me.  And

 9    I have no reason to doubt it.

10         Q      Okay.  Let's just be certain by looking at some

11    of your words.  Page 347 of JTX-801.

12                On June 15th, you write @Ryder, @hwonder --

13    that's Mr. Ripps and Mr. Hickman; correct?

14         A      Yes, ma'am.

15         Q      You said, "The marketplace is ready ready."  Do

16    you see that?

17         A      Yes, ma'am.

18         Q      And you write, "I think we should launch it"?

19         A      Yes, ma'am.

20         Q      You've also previously admitted that you built a

21    marketplace for every Yuga asset; right?

22         A      Do you mind repeating the end of that sentence?

23         Q      You've previously admitted that you built a

24    marketplace for every Yuga asset?

25         A      When you build an NFT marketplace because it's a
```

**UNITED STATES DISTRICT COURT**

```
 1    front end for the blockchain, which is a mutable public record
 2    that's available to anyone with an Internet connection, that
 3    interface can easily contain any NFT that is on the Ethereum
 4    blockchain, for example.
 5              So if you make a marketplace for Bored Ape Yacht
 6    Club NFTs made by Yuga Labs, that exact same interface can just
 7    basically, with a few lines of code being changed, incorporate
 8    all the NFTs on the whole blockchain.
 9              So I think it's fair to say that I probably have
10    said something like that before because I already operate an
11    existing royalty-free NFT marketplace, which has saved people
12    multiple millions of dollars transacting.
13         Q    Let's put up JTX-938 and just confirm your own
14    language, please.
15              Do you see JTX-938 in front of you?
16         A    Yes, ma'am.
17         Q    And @polyox is your personal Twitter account?
18         A    Yeah.  It's poly0x.
19         Q    Thank you for correcting me.
20         A    No problem.
21         Q    Do you see where you write, "We built a
22    marketplace for every Yuga asset six months before" and then
23    you continue?
24         A    Yes, ma'am.
25         Q    And the date of this is November 29, 2022?
```

1       A       I don't see the 2022 part here, but I have no

2   reason to think that's incorrect.

3       Q       We haven't reached November 2023 yet.

4       A       Well, I don't ever know what day it is.  I'm

5   always working.  So --

6       Q       Fair enough.

7           MS. CULP:  I would like to move JTX-938 into

8   evidence, please.

9           THE COURT:  Any objection?

10          MR. GOSMA:  No, Your Honor.

11          THE COURT:  It will be admitted.

12          (Exhibit No. JTX-938 received into evidence.)

13      Q       BY MS. CULP:  After this lawsuit was initiated,

14  you were still planning on launching Ape Market, weren't you?

15      A       Did you say after the lawsuit was filed, I was

16  still planning on launching Ape Market?

17      Q       I did, yes.

18      A       I don't recall the answer to that, but it's

19  possible.

20      Q       Let's look at some of your words.

21          JTX-801.  Just a moment before we put that up.

22  There's a screen name we haven't talked about today.  It's

23  Arze, A-r-z-e.  Are you familiar with that screen name?

24      A       It sounds familiar, yeah.

25      Q       It's Mr. Ripps's brother?

1        A       That's, like, my association, yes.  That's what I

2    think, yes.

3                MS. CULP:  Now let's please put up 801, page 3.

4        Q       Do you see on June 25th, the day after the

5    lawsuit was filed, Mr. Ripps's brother writes, "Is the

6    marketplace still happening?"

7        A       Yes, ma'am, I see all that here.

8        Q       And you respond, "That's the plan, sir"?

9        A       Yes, ma'am.

10               THE COURT:  How much longer do you have?

11               MS. CULP:  I'm cognizant of time, Your Honor, so I'm

12   going to skip to the end.  I think I've made my point about

13   Ape Market.

14               THE COURT:  Okay.

15       Q       BY MS. CULP:  In paragraph 253 of your

16   declaration, you testified about BAYC V3.  Do you recall that

17   testimony?

18       A       Do you mind if I take a look at the declaration?

19       Q       No, I don't.  Let's put it up on the screen to

20   help everyone.

21       A       Thank you.

22               MS. CULP:  It's 253.  Thanks.  It is Ryder's

23   declaration.  I would like Mr. Cahen's declaration.  I

24   apologize, sir.

25               We are looking at paragraph 253 of Mr. Cahen's

```
 1    declaration.  Thank you.

 2         Q      BY MS. CULP:  Do you see where you write, "The

 3    term 'BAYC V3,' or Bored Ape Yacht Club V3, as I understand it,

 4    is the result of Yuga having repeatedly filed 27 Digital

 5    Millennium Copyright Act takedowns directed to the RR/BAYC

 6    artwork"?  Do you see that?

 7         A      Yes, ma'am.  And I believe that that is accurate.

 8         Q      So it's your testimony that V3 was used as a

 9    result of 27 takedowns?

10         A      I think that those -- that exact verbiage is

11    slightly different.  But this is my testimony, and I believe

12    that all of my testimony is correct and truthful, yes.

13         Q      So your testimony is that V3 is the result of

14    27 takedowns?

15         A      I think that -- if you want, I could probably

16    provide additional clarity to that statement because there was

17    27 -- well, actually, I guess it's up to you if you want the

18    additional clarity or not.  But I think I could provide

19    additional clarity.

20              But as I said, this is my testimony under oath,

21    and I do believe it to be accurate and true.

22         Q      Is V3 the result of any takedown?

23         A      I believe it is absolutely the result of

24    takedowns that were created by Yuga Labs, which is -- yeah, I

25    mean, there's a whole conversation there.  But, yeah, I believe
```

 1   that the answer is yes.

 2        Q      Is it fair to say the first use of V3 is the

 3   result of takedowns?

 4        A      I would not be able to tell you because it's

 5   actually, like, unbelievable that there was 27.  That's an

 6   unheard-of number.  You know, most of the time it would only

 7   happen, like, once or twice at the most, you know.  27 is a

 8   lot.

 9        Q      Yeah.  Ms. Muniz testified to what's remarkable

10   about this case.

11              My question though is, is V3 being used in the

12   marketplace the result of any takedown?  Did it -- I'll

13   rephrase because that is confusing.

14        A      Thank you.

15        Q      Did V3 get used in the marketplace for the first

16   time because of any particular takedown or collection of

17   takedowns?

18        A      That is my understanding.  And like to give a

19   little bit more clarity around that, the V3 thing is never

20   something that I used or Ryder used or Ryan Hickman used or

21   Mr. Lehman used.

22              What it was was, when a DMCA gets filed, certain

23   front-ends will have a name space reserved for that collection.

24   And when the name space is taken down because of a DMCA

25   takedown request, it will then -- if the DMCA takedown request

1    is disputed and goes away, then it will generate new name space

2    for that collection.

3              So my understanding is that the BAYC V3, or

4    Bored Ape Yacht Club V3, was a name space that was

5    automatically generated by a third-party marketplace that I

6    have absolutely no control over and absolutely no affiliation

7    with and no one on my team does, furthermore.

8        Q     Do you recall the date of the first takedown of

9    the RR/BAYC NFT collection?

10       A     No, I do not.

11             MS. CULP:  Let's put up Cahen cross 41.

12       Q     BY MS. CULP:  Do you see the date here, May 17th?

13       A     That does not appear to be the date of the

14   takedown.  That appears to be the date of the Tweet, to be

15   clear.

16       Q     Okay.  So you don't recall the date of the

17   takedown?

18       A     I already answered that question.

19       Q     Do you recall the first use of V3 in the record

20   evidence?

21       A     I'm not even sure what that question means.

22       Q     Do you know the first use -- and I'll be really

23   specific -- by Mr. Ripps of BAYC V3?

24       A     I literally just told you a moment ago that we

25   never used that nomenclature.  But I can tell you that it

```
 1   certainly was referenced on social media in a sarcastic context

 2   and as a joke.  And it would be only natural that, you know,

 3   people like us would occasionally engage with things like that.

 4              But as I mentioned earlier, I myself, nor anyone

 5   on my team, ever used that label or name or whatever you want

 6   to call it.  V3 is something that we have absolutely nothing to

 7   do with.

 8        Q    Would it surprise you that Mr. Ripps has, in

 9   fact, used BAYC V3?

10        A    I told you in the context of jokes and sarcasm

11   that were existing in social media conversations, yes, that has

12   occurred.

13        Q    Prior to May 17th, 2022?

14        A    I don't know the dates.

15        Q    Let's take a look at JTX-689.

16              THE COURT:  Okay.  We are going to take our final

17   break of the day.  We'll be in recess for ten minutes.

18              THE COURTROOM DEPUTY:  All rise.

19              (At 2:13 p.m. a recess was taken.)

20

21

22

23

24

25
```

1              **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5              I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT

7    FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY

8    THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE

9    THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT

12   IS IN CONFORMANCE WITH THE REGULATION OF THE JUDICIAL

13   CONFERENCE OF THE UNITED STATES.

14

15

16              DATED THIS  1ST  DAY OF AUGUST, 2023.

17

18

19              /S/ MAREA WOOLRICH

20              _____
                MAREA WOOLRICH, CSR NO. 12698, CCRR
                FEDERAL OFFICIAL COURT REPORTER
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$1,100** [1] - 104:8
**$1,589,455** [3] - 13:2, 166:2, 174:14
**$1,792,704** [1] - 175:18
**$1.79** [3] - 176:15, 176:25, 177:5
**$10** [8] - 29:2, 30:8, 30:12, 30:16, 208:9, 215:23, 216:5, 217:16
**$100,000** [1] - 38:22
**$106,055** [1] - 197:7
**$140** [3] - 182:21, 182:23, 183:1
**$18,000** [1] - 183:19
**$2,000** [1] - 182:17
**$20** [1] - 86:6
**$200** [4] - 58:4, 58:8, 58:9, 99:17
**$220,000** [1] - 183:19
**$230** [1] - 186:4
**$285,000** [1] - 174:5
**$415** [1] - 166:9
**$500,000** [2] - 171:9, 171:21
**$535,000** [1] - 174:5
**$600,000** [1] - 60:23
**$750** [1] - 166:9
**$795** [1] - 166:5
**$797** [4] - 179:1, 180:12, 183:6, 183:15

## '

**'BAYC** [1] - 252:2
**'Land** [2] - 111:10, 111:11

## 0

**0.07** [4] - 181:2, 181:20, 182:12, 182:21
**02109** [1] - 2:14

## 1

**1** [15] - 3:3, 4:3, 8:1, 11:22, 11:24, 12:7, 12:8, 56:9, 69:1, 170:4, 182:17, 228:21, 233:1, 233:2
**1.6** [5] - 104:20, 105:2, 166:16, 184:20, 186:9
**1.7** [1] - 178:4

**1.792** [1] - 183:12
**10** [8] - 12:8, 104:12, 145:1, 183:19, 200:12, 213:10, 217:8, 226:12
**10,000** [7] - 58:3, 127:17, 127:22, 129:13, 222:3, 241:5, 244:5
**10,000-piece** [1] - 241:6
**100** [7] - 3:13, 104:12, 153:6, 229:11, 229:12, 231:24, 235:17
**102** [2] - 3:15, 5:19
**103** [2] - 3:15, 108:14
**104** [1] - 108:14
**10KTF** [2] - 99:4, 99:5
**11** [5] - 3:9, 12:6, 69:10, 200:12
**110** [1] - 5:14
**111** [1] - 5:22
**114** [1] - 5:14
**115** [2] - 186:4, 186:10
**116** [1] - 34:12
**117** [1] - 154:8
**11:49** [1] - 159:13
**11th** [2] - 49:6, 49:9
**12** [4] - 3:9, 5:9, 12:6, 12:8
**120** [1] - 183:19
**121** [1] - 3:16
**125** [1] - 3:17
**126** [2] - 3:18, 5:15
**12:58** [1] - 242:3
**12th** [2] - 2:9, 110:1
**13** [10] - 9:5, 33:5, 69:2, 69:9, 92:15, 92:18, 167:22, 205:1, 226:12
**136** [2] - 3:18, 197:16
**14** [1] - 103:9
**140** [1] - 3:20
**141** [1] - 3:20
**144** [1] - 235:5
**147** [1] - 119:6
**148** [2] - 226:11, 226:12
**149** [1] - 213:10
**14th** [1] - 99:15
**15** [4] - 132:22, 187:12, 192:9, 197:2
**15,000** [1] - 22:5
**150** [1] - 213:10
**152** [1] - 33:5
**1558** [1] - 126:7
**15th** [1] - 248:11
**16** [6] - 69:10, 84:6,

119:6, 133:11, 228:14
**161** [1] - 243:3
**1615** [2] - 5:12, 9:6
**166** [1] - 3:21
**169** [1] - 3:22
**17** [2] - 84:6, 155:20
**170** [1] - 3:23
**171** [2] - 56:15, 57:2
**17th** [2] - 254:11, 255:12
**18** [4] - 12:9, 69:9, 103:9, 164:1
**185** [1] - 232:6
**189** [1] - 218:3
**19** [3] - 69:9, 126:6, 165:16
**196** [1] - 5:21
**19th** [4] - 177:9, 199:9, 199:13, 199:21

## 2

**2** [12] - 5:10, 11:25, 26:20, 26:22, 56:9, 206:16, 206:18, 207:8, 207:13, 209:16, 236:4, 236:11
**2,000** [1] - 182:21
**20** [9] - 12:9, 33:19, 94:24, 126:7, 150:16, 165:16, 199:21, 201:2, 244:16
**200** [2] - 3:23, 5:21
**2001** [1] - 211:2
**2002** [1] - 211:3
**2021** [6] - 227:11, 227:17, 228:2, 229:3, 229:13, 229:20
**2022** [37] - 86:7, 105:15, 106:2, 106:5, 109:6, 110:1, 110:7, 111:7, 161:14, 161:15, 161:19, 161:24, 162:20, 163:7, 165:13, 165:16, 199:9, 200:1, 227:1, 227:17, 228:7, 228:12, 228:23, 231:10, 232:7, 232:19, 235:10, 242:3, 242:18, 246:22, 247:1, 247:10, 249:24, 249:25, 255:12
**2023** [8] - 3:2, 4:2, 6:1,

49:6, 49:9, 179:13, 228:13, 250:2
**2024** [1] - 244:16
**2035** [1] - 66:8
**2039** [1] - 66:8
**204** [1] - 4:8
**205** [2] - 4:9, 5:17
**207** [1] - 5:10
**2085** [3] - 55:22, 55:23, 56:24
**209** [1] - 5:11
**20th** [8] - 165:13, 199:9, 199:14, 236:3, 239:24, 241:14, 241:20
**21** [5] - 69:10, 200:1, 244:23, 245:3, 245:5
**211** [1] - 5:11
**213** [1] - 5:10
**214** [1] - 4:9
**219** [1] - 4:10
**21st** [7] - 161:13, 161:19, 161:23, 162:20, 163:11, 163:14, 164:20
**22** [2] - 12:5, 140:23
**22-4355-JFW** [1] - 6:5
**221** [2] - 4:10, 232:22
**223** [1] - 4:12
**224** [2] - 4:13, 5:16
**22nd** [1] - 99:15
**23** [2] - 108:14, 133:11
**237** [1] - 5:15
**239** [1] - 5:16
**23rd** [1] - 245:11
**24** [11] - 12:5, 69:10, 113:16, 213:10, 236:14, 240:4, 240:15, 240:23, 246:22, 247:1, 247:10
**2400** [1] - 2:17
**2410** [1] - 80:25
**24th** [11] - 7:3, 161:24, 162:20, 163:4, 163:7, 164:20, 200:1, 242:3, 242:18, 243:14, 246:12
**25** [2] - 155:20, 235:10
**250** [1] - 5:17
**253** [4] - 113:16, 251:14, 251:21, 251:24
**254** [3] - 113:17, 153:22, 154:8
**2592** [1] - 66:8
**2599** [1] - 66:8
**25th** [1] - 251:3
**26** [7] - 5:22, 12:6,

12:7, 140:24, 153:13, 167:22, 170:11
**2672** [1] - 71:13
**27** [11] - 12:7, 157:10, 157:25, 158:22, 252:3, 252:8, 252:13, 252:16, 253:4, 253:6
**2710** [3] - 196:2, 200:11
**2711** [2] - 200:11, 200:16
**2715** [1] - 110:24
**2722** [1] - 26:17
**27th** [2] - 7:12, 7:15
**28** [2] - 12:5, 213:15
**29** [5] - 12:7, 12:8, 12:9, 167:22, 249:24
**2:13** [1] - 255:18
**2nd** [1] - 236:2

## 3

**3** [11] - 12:6, 26:20, 56:9, 167:20, 167:25, 168:3, 183:23, 183:24, 221:1, 251:2
**30** [2] - 170:11, 213:10
**30.242** [1] - 196:19
**306** [4] - 110:11, 110:12, 110:14, 110:15
**307** [2] - 114:6, 114:8
**30th** [2] - 232:7, 232:19
**31** [4] - 3:2, 4:2, 6:1, 205:12
**32.398** [3] - 194:12, 194:24, 195:19
**33** [1] - 224:7
**34** [3] - 5:16, 224:8, 224:9
**341** [1] - 167:21
**342** [1] - 10:10
**347** [1] - 248:10
**350** [1] - 2:17
**359** [1] - 69:6
**35C** [1] - 150:16
**35D** [1] - 150:20
**36** [2] - 5:6, 5:18
**361** [1] - 7:4
**362** [1] - 7:7
**363** [1] - 7:5
**366** [1] - 244:22
**370** [1] - 245:10
**374** [3] - 7:15, 8:3, 11:22
**375** [1] - 242:2

**376** [3] - 7:12, 216:1, 216:3
**377** [1] - 243:13
**38** [1] - 12:5
**39-second** [1] - 71:11

## 4

**4** [4] - 113:17, 143:18, 168:1, 168:3
**400** [2] - 179:6, 179:15
**41** [1] - 254:10
**415.875.2300** [2] - 2:10, 2:18
**45.69** [1] - 184:2
**48** [1] - 248:5
**48-hour** [1] - 247:6

## 5

**5** [5] - 12:8, 34:13, 168:1, 168:3, 168:4
**5,000** [1] - 62:4
**500** [9] - 16:10, 16:17, 16:25, 17:2, 57:19, 82:15, 243:4, 243:7, 243:10
**505** [3] - 153:20, 155:12, 155:25
**51** [1] - 3:10
**555** [1] - 2:9
**5th** [2] - 177:19, 228:13

## 6

**6** [14] - 34:13, 53:21, 69:9, 105:15, 106:2, 111:7, 132:22, 143:18, 167:20, 168:1, 168:4, 179:13
**60** [1] - 2:14
**615** [1] - 9:20
**617.526.6000** [1] - 2:15
**62** [1] - 3:10
**621** [2] - 8:2, 12:11
**650.988.8500** [1] - 2:6
**68** [1] - 3:12
**69** [3] - 3:12, 5:12, 12:6
**696** [5] - 236:25, 237:2, 237:5, 239:14, 239:23
**697** [2] - 239:15, 239:17
**6th** [2] - 109:6, 186:5

## 7

**7** [6] - 69:10, 107:16, 119:6, 172:21, 172:23, 175:12
**7,028** [1] - 243:20
**70** [2] - 132:22, 133:11
**72** [1] - 5:20
**74** [3] - 5:12, 12:7, 12:8
**75** [1] - 5:13
**76** [1] - 12:9
**78** [1] - 5:13
**79** [1] - 5:20

## 8

**8** [3] - 12:5, 92:18, 108:15
**80** [2] - 5:18, 48:1
**80-plus** [1] - 65:3
**801** [4] - 2:5, 235:6, 245:10, 251:2
**801.00189** [1] - 211:18
**81** [1] - 5:19
**84** [1] - 143:18
**85** [1] - 47:16
**8:14** [1] - 6:2
**8th** [2] - 178:8, 178:20

## 9

**9** [12] - 9:4, 11:25, 69:1, 69:10, 107:16, 115:5, 116:12, 122:13, 124:21, 153:13, 153:14, 156:2
**9,496** [1] - 183:13
**9,995** [1] - 244:2
**90071** [1] - 2:17
**94** [1] - 3:13
**94041** [1] - 2:6
**94101** [1] - 2:10
**9:41** [1] - 67:6

## A

**A-r-z-e** [1] - 250:22
**A-t-a-l-a-y** [1] - 125:15
**A.M** [1] - 6:2
**a.m** [2] - 67:6, 159:13
**able** [24] - 7:8, 11:7, 25:2, 60:12, 89:12, 100:10, 132:25, 142:18, 142:24, 149:25, 174:4, 180:9, 190:4, 190:13, 190:23, 191:4, 192:7, 202:1,
215:19, 235:24, 245:7, 247:15, 248:6, 253:3
**absolutely** [33] - 178:2, 183:7, 186:9, 187:8, 187:13, 190:23, 192:4, 192:19, 198:25, 219:16, 229:1, 229:11, 230:8, 230:24, 231:6, 231:9, 231:15, 231:24, 232:12, 232:17, 232:20, 233:2, 233:10, 235:20, 238:3, 238:6, 238:11, 238:15, 241:2, 252:22, 254:5, 255:5
**absurd** [3] - 20:17, 54:13, 64:11
**abundantly** [1] - 54:16
**accept** [4] - 51:18, 183:18, 184:8, 238:1
**accepted** [2] - 143:6, 143:20
**access** [4] - 76:18, 145:10, 145:12, 145:22
**according** [2] - 13:23, 107:22
**account** [25] - 18:23, 59:5, 90:17, 91:3, 91:7, 91:19, 92:1, 92:4, 93:13, 114:22, 123:2, 123:3, 124:21, 131:15, 187:21, 187:23, 189:2, 192:5, 192:22, 193:6, 235:19, 236:8, 239:7, 249:16
**accounts** [4] - 90:21, 92:9, 117:7, 230:18
**accurate** [26] - 55:15, 93:8, 93:10, 93:11, 104:4, 116:8, 116:24, 127:11, 127:13, 127:24, 128:4, 129:9, 129:18, 130:7, 131:10, 135:18, 171:10, 171:22, 173:5, 186:17, 186:19, 187:16, 188:2, 227:2, 252:6, 252:20
**accurately** [1] - 178:13
**accused** [1] - 175:6

achieve [1] - 97:7
**acknowledge** [1] - 120:12
**acknowledged** [1] - 199:7
**acknowledges** [1] - 244:7
**acquire** [2] - 175:14, 178:25
**Act** [1] - 252:4
**act** [3] - 14:5, 15:19, 58:24
**action** [2] - 90:3, 90:6
**actions** [4] - 12:23, 22:16, 34:21, 78:14
**active** [1] - 78:20
**actively** [2] - 77:14, 77:18
**activities** [2] - 185:1, 185:2
**activity** [1] - 72:15
**actual** [10] - 19:9, 19:14, 30:25, 32:12, 32:15, 42:1, 51:24, 173:24, 194:16, 196:25
**actualize** [1] - 215:19
**actualized** [1] - 211:22
**add** [1] - 139:2
**added** [3] - 59:1, 139:4, 240:3
**adding** [3] - 211:20, 211:24, 218:6
**addition** [3] - 115:23, 138:25, 140:21
**additional** [15] - 174:20, 177:13, 178:10, 179:2, 179:17, 193:13, 193:23, 219:21, 219:22, 222:24, 235:1, 237:22, 252:15, 252:17, 252:18
**address** [8] - 128:14, 128:22, 135:23, 138:12, 147:17, 195:12, 195:14, 196:14
**addressed** [1] - 180:14
**addresses** [2] - 129:18, 138:12
**adjusting** [1] - 193:13
**admissibility** [1] - 141:8
**admissible** [1] - 141:5
**admission** [1] - 84:6
**admit** [7] - 8:20, 8:24, 10:11, 11:23, 66:4,
66:10, 101:25
**admitted** [12] - 8:4, 9:7, 41:4, 41:19, 56:15, 83:14, 84:20, 205:11, 207:12, 248:19, 248:22, 250:10
**admitting** [1] - 8:25
**advantage** [2] - 52:16, 54:19
**advertised** [1] - 215:7
**advertisement** [2] - 34:6, 51:16
**advertisements** [1] - 34:3
**advertising** [12] - 51:19, 86:7, 89:5, 89:9, 98:18, 98:23, 173:10, 173:15, 173:23, 173:24, 174:5
**affect** [1] - 117:1
**affecting** [1] - 186:11
**affiliated** [4] - 22:1, 78:8, 79:18, 81:16
**affiliation** [2] - 81:19, 254:5
**affirmed** [1] - 55:14
**affirms** [1] - 55:19
**afternoon** [8] - 169:24, 204:9, 204:10, 205:18, 205:19, 224:16, 224:17, 246:3
**agency** [1] - 30:23
**ago** [10] - 108:24, 121:12, 123:9, 138:5, 191:9, 199:5, 220:2, 238:9, 248:4, 254:23
**agree** [27] - 9:25, 25:3, 43:8, 45:3, 45:6, 91:12, 106:8, 112:3, 119:19, 119:20, 123:1, 131:25, 132:3, 142:20, 148:22, 150:23, 181:6, 181:16, 182:17, 186:24, 189:7, 198:17, 198:21, 199:11, 217:2, 230:24, 246:14
**agreed** [4] - 9:19, 40:18, 40:24, 121:25
**agreeing** [1] - 233:24
**agreement** [6] - 39:20, 40:23, 40:24, 41:1, 187:9, 194:17
**agreements** [1] - 98:9

**ahead** [8] - 11:14, 56:14, 84:13, 141:17, 206:15, 211:17, 213:9, 213:12

**al** [1] - 6:6

**AllCityBAYC** [1] - 131:16

**allegations** [10] - 20:18, 118:25, 119:1, 119:2, 119:4, 119:17, 119:23, 121:13, 121:19, 122:17

**allege** [1] - 121:16

**alleged** [2] - 116:6, 193:5

**allow** [7] - 9:22, 25:2, 134:2, 134:19, 139:11, 148:8, 187:18

**allowed** [9] - 58:16, 59:19, 64:3, 64:6, 65:19, 76:3, 95:15, 145:3, 215:19

**allows** [4] - 60:3, 60:5, 60:7, 116:9

**almost** [1] - 111:21

**alone** [1] - 73:3

**alongside** [3] - 45:19, 47:2, 47:8

**aloud** [1] - 145:5

**alternative** [3] - 107:17, 122:5, 122:6

**alternatives** [3] - 107:11, 108:1, 116:13

**Amazon** [1] - 61:4

**amended** [7] - 178:9, 178:13, 178:17, 178:20, 179:9, 180:22, 183:8

**amicable** [1] - 21:16

**amicably** [1] - 21:14

**amount** [13] - 29:22, 60:21, 62:2, 104:22, 105:1, 141:22, 174:16, 175:4, 175:25, 197:7, 197:12, 199:13, 243:11

**amounts** [5] - 172:11, 186:22, 187:14, 187:19, 196:23

**analog** [1] - 70:11

**analyses** [3] - 106:9, 107:10, 107:13

**Analysis** [3] - 166:5, 166:8, 201:13

**analysis** [38] - 105:4,

105:14, 106:1, 106:4, 109:5, 114:16, 114:18, 115:4, 116:9, 117:7, 122:22, 124:18, 146:19, 153:2, 153:5, 153:8, 161:6, 161:9, 161:11, 161:25, 165:4, 165:8, 165:21, 179:4, 184:11, 188:15, 190:1, 190:6, 190:8, 192:21, 193:20, 194:22, 199:16, 199:23, 201:11, 202:3, 202:4, 202:8

**analytics** [1] - 181:15

**analyze** [5] - 115:2, 115:16, 119:21, 165:1, 171:12

**analyzed** [1] - 105:10

**Andy** [2] - 18:4, 18:6

**ANGELES** [1] - 6:1

**Angeles** [1] - 2:17

**animals** [1] - 22:16

**announce** [3] - 240:10, 240:16, 240:17

**announced** [3] - 53:19, 235:21, 240:20

**announcement** [2] - 232:24, 240:6

**ANSWER** [2] - 33:9, 34:16

**answer** [42] - 23:22, 34:18, 44:23, 84:17, 91:10, 91:16, 92:6, 108:24, 109:2, 109:4, 113:25, 114:2, 115:13, 118:19, 133:7, 133:11, 133:22, 133:24, 143:22, 143:24, 144:1, 147:10, 150:4, 154:12, 154:20, 155:16, 166:14, 167:3, 177:1, 191:2, 200:3, 212:11, 225:10, 226:18, 229:16, 233:23, 234:20, 247:3, 247:25, 248:6, 250:17, 252:25

**answered** [13] - 23:24, 42:15, 46:8, 91:8, 113:22, 133:15, 154:21, 220:10,

225:11, 225:23, 226:3, 234:25, 254:17

**answering** [2] - 53:2, 225:21

**answers** [3] - 145:10, 145:12, 145:23

**Anthony** [1] - 2:9

**Anti** [4] - 20:14, 20:15, 21:2, 75:9

**anti** [5] - 229:9, 231:25, 235:2, 237:23, 238:5

**Anti-Defamation** [4] - 20:14, 20:15, 21:2, 75:9

**anti-Semitism** [5] - 229:9, 231:25, 235:2, 237:23, 238:5

**anticipate** [1] - 65:21

**anticipated** [1] - 208:16

**anticipation** [3] - 62:2, 208:21, 208:24

**anytime** [2] - 161:23, 162:7

**apart** [2] - 190:5, 193:9

**Ape** [224] - 21:4, 21:5, 21:8, 21:12, 21:22, 24:1, 24:7, 24:15, 27:19, 28:10, 28:24, 28:25, 29:18, 30:2, 30:11, 30:13, 31:7, 31:10, 31:13, 31:15, 31:19, 31:22, 31:24, 32:5, 32:7, 32:10, 32:17, 32:19, 33:6, 33:13, 33:16, 33:18, 33:21, 33:22, 33:23, 34:1, 34:3, 34:6, 34:9, 34:10, 34:14, 36:16, 36:18, 42:24, 45:1, 45:4, 45:7, 47:21, 50:6, 50:13, 50:22, 51:15, 52:8, 52:11, 52:12, 52:15, 52:20, 52:21, 52:23, 53:4, 53:12, 53:20, 54:1, 54:9, 54:14, 56:5, 56:9, 56:11, 57:4, 58:23, 59:4, 60:7, 60:18, 60:20, 61:7, 63:6, 63:12, 64:4, 64:7, 64:8, 65:19, 70:8, 70:17, 72:16, 72:17, 72:18, 74:6, 74:17, 75:4, 77:22, 78:11, 80:4, 80:10, 80:21, 81:8,

82:9, 82:13, 85:9, 85:13, 85:16, 85:19, 85:21, 90:9, 93:21, 94:2, 94:10, 94:12, 95:6, 95:7, 95:9, 95:14, 96:5, 96:10, 97:19, 98:3, 98:20, 98:22, 99:3, 99:6, 100:5, 100:8, 106:24, 111:9, 111:19, 123:20, 124:4, 127:2, 127:18, 127:25, 129:11, 130:24, 132:7, 137:1, 137:12, 138:4, 152:25, 153:3, 154:1, 154:2, 154:5, 154:13, 154:22, 154:25, 155:1, 156:15, 156:20, 157:2, 157:3, 157:18, 157:20, 158:9, 158:10, 158:12, 158:15, 158:20, 158:21, 160:19, 163:17, 163:25, 205:24, 209:2, 209:24, 210:4, 212:5, 212:7, 212:10, 213:7, 217:19, 217:21, 217:22, 217:25, 218:17, 218:19, 220:4, 220:14, 220:23, 224:20, 224:24, 225:1, 225:4, 225:6, 225:13, 225:17, 232:1, 232:11, 233:13, 233:19, 234:1, 234:15, 234:24, 235:3, 235:18, 235:21, 236:13, 236:17, 236:18, 237:14, 237:15, 239:6, 240:7, 240:18, 240:23, 243:2, 244:16, 244:24, 245:4, 246:13, 246:23, 247:2, 247:9, 247:12, 247:23, 248:3, 248:4, 249:4, 250:13, 250:15, 251:12, 252:2, 254:3

**ape** [8] - 80:8, 80:22, 80:23, 128:20, 156:14, 158:14, 163:18, 244:9

**ApeMarket.com** [8] - 85:11, 230:22, 231:4, 231:11, 235:13, 238:8, 240:4, 240:14

**Apes** [15] - 19:10, 19:18, 26:5, 44:10, 54:5, 54:11, 56:4, 58:9, 58:19, 77:25, 78:7, 78:10, 78:15, 95:6, 114:12

**apes** [2] - 222:2, 244:11

**apologies** [2] - 70:6, 110:13

**apologize** [3] - 79:9, 113:6, 251:23

**apostrophe** [1] - 140:2

**appear** [14] - 8:10, 28:25, 31:10, 47:11, 49:8, 49:12, 49:20, 93:6, 103:8, 109:24, 126:5, 167:21, 167:22, 254:12

**appearance** [2] - 6:8, 49:16

**APPEARANCES** [1] - 2:1

**appeared** [8] - 45:22, 46:1, 46:2, 46:5, 49:11, 83:10, 154:3, 155:4

**appearing** [2] - 29:5, 103:8

**Appendix** [1] - 177:12

**application** [1] - 137:16

**applies** [1] - 66:13

**apportion** [2] - 189:1, 189:24

**apportionment** [3] - 189:12, 189:14, 189:17

**appreciate** [1] - 160:18

**approach** [5] - 78:22, 79:1, 142:17, 180:2

**appropriate** [20] - 9:8, 30:19, 66:19, 141:12, 142:21, 146:21, 151:19, 151:20, 151:22, 157:8, 180:20, 188:6, 188:10, 189:4, 189:20, 189:25, 193:8, 195:7, 199:15, 203:2

**appropriation** [2] - 63:5, 65:12

**approximation** [1] - 198:11
**April** [2] - 110:7, 228:13
**arcade** [1] - 22:13
**areas** [2] - 103:22, 176:20
**army** [1] - 61:6
**Aronow** [2] - 19:24, 149:4
**arrangement** [1] - 194:16
**array** [1] - 153:9
**arrived** [1] - 187:20
**Art** [1] - 114:13
**art** [29] - 13:7, 14:12, 24:15, 27:15, 50:8, 65:12, 148:6, 148:9, 148:15, 148:20, 149:12, 149:21, 150:17, 150:21, 150:24, 151:2, 151:11, 152:8, 152:9, 152:11, 152:12, 158:18, 158:19, 158:23, 167:11, 167:13, 212:18, 215:10, 237:24
**article** [17] - 109:19, 109:22, 109:24, 110:1, 111:6, 111:7, 111:9, 111:18, 111:20, 112:4, 112:15, 112:17, 114:11, 114:15, 114:17, 114:25, 124:13
**artist** [1] - 234:3
**artistic** [1] - 158:13
**artwork** [16] - 63:21, 65:9, 128:20, 148:23, 149:1, 149:5, 149:8, 149:13, 149:18, 150:3, 150:6, 158:14, 167:11, 237:21, 252:5
**Arze** [1] - 250:22
**ASAP** [1] - 245:1
**aside** [6] - 186:16, 233:18, 233:25, 243:4, 243:7, 243:22
**aspect** [2] - 22:3, 60:13
**aspects** [4] - 214:25, 215:4, 215:6, 219:7
**asserted** [2] - 143:7, 143:21
**asserting** [1] - 208:23

**asset** [3] - 248:20, 248:23, 249:21
**assets** [2] - 69:23, 95:8
**assignment** [1] - 175:11
**associated** [19] - 23:20, 118:17, 118:23, 119:9, 119:14, 123:24, 128:5, 128:17, 128:24, 130:16, 135:12, 135:16, 135:23, 158:12, 158:14, 167:19, 172:8, 174:9, 174:22
**associates** [2] - 246:22, 247:1
**association** [4] - 115:6, 119:18, 121:8, 250:25
**associations** [1] - 121:14
**assume** [1] - 29:13
**assumed** [1] - 188:15
**assuming** [1] - 203:16
**assumption** [1] - 188:18
**assure** [1] - 235:17
**at-issue** [1] - 156:14
**ATALAY** [2] - 3:17, 125:17
**Atalay** [9] - 125:7, 125:15, 125:22, 126:16, 129:20, 136:5, 136:23, 247:17, 247:21
**Atalay's** [3] - 132:21, 248:1, 248:2
**attached** [5] - 8:11, 66:22, 103:7, 229:25, 230:5
**Attar** [1] - 15:21
**attempt** [4] - 59:2, 188:13, 189:1, 212:22
**attempted** [1] - 83:11
**attention** [10] - 15:23, 59:16, 167:8, 204:21, 231:25, 236:2, 237:17, 237:22, 238:4, 241:4
**attitudes** [1] - 105:11
**attributable** [8] - 13:5, 13:21, 173:25, 186:25, 187:2, 188:14, 188:22, 189:14
**attributed** [5] - 13:10, 13:13, 14:9, 14:14,

14:18
**audible** [1] - 208:19
**audience** [2] - 216:25
**auditing** [1] - 201:22
**authentic** [8] - 45:20, 82:11, 84:1, 95:9, 184:2, 184:7, 185:16, 190:11
**authenticate** [2] - 10:9, 11:15
**authenticates** [1] - 71:16
**authorized** [3] - 79:18, 80:12, 81:2
**automated** [1] - 187:23
**automatically** [3] - 187:17, 187:19, 254:4
**available** [26] - 76:10, 77:9, 82:10, 82:12, 128:10, 128:12, 129:16, 130:7, 137:16, 137:17, 153:7, 161:22, 164:8, 164:12, 164:13, 164:17, 165:10, 165:17, 173:13, 174:2, 179:3, 194:1, 196:25, 222:15, 243:11, 249:1
**Avenue** [1] - 2:17
**average** [3] - 129:15, 135:9, 190:19
**avoid** [4] - 23:2, 23:4, 23:6, 23:9
**aware** [47] - 19:21, 20:2, 20:5, 28:2, 50:15, 75:18, 83:16, 100:11, 112:9, 112:18, 112:23, 113:11, 113:19, 113:22, 114:15, 114:25, 116:15, 116:17, 116:20, 118:1, 118:17, 118:23, 119:11, 119:13, 119:17, 120:25, 121:1, 121:18, 136:5, 136:7, 152:8, 152:12, 168:11, 168:19, 207:5, 210:7, 210:10, 210:11, 210:16, 219:13, 219:17, 224:23, 225:24, 226:15, 230:8, 230:19, 230:21
**Barko** [1] - 181:18
**based** [26] - 7:7, 8:8, 21:24, 22:11, 27:23, 36:25, 76:1, 76:13, 79:19, 116:10, 117:23, 142:11, 152:25, 162:12, 173:13, 174:2, 177:23, 179:2, 179:12, 193:7, 194:1, 202:4, 210:11, 225:25, 226:5, 226:16
**basing** [1] - 196:24
**basis** [12] - 48:19, 90:22, 90:24, 91:6,

**awareness** [2] - 119:22, 235:1
**AXE®** [2] - 123:23, 124:6

**B**

**B-e-r-g-e-r** [1] - 102:15
**back-foot** [1] - 98:16
**background** [3] - 31:11, 60:25, 200:22
**backgrounds** [1] - 34:4
**bad** [2] - 111:14, 111:18
**Bad** [1] - 111:21
**bags** [1] - 44:14
**balance** [2] - 12:10, 69:11
**Ball** [2] - 2:4, 6:9
**BALL** [61] - 3:9, 3:10, 4:9, 4:10, 6:9, 6:24, 8:14, 9:12, 10:3, 10:6, 11:2, 11:10, 12:14, 23:24, 26:16, 37:17, 40:23, 41:3, 42:6, 42:10, 46:6, 51:8, 52:4, 52:6, 55:22, 55:24, 56:14, 56:18, 62:10, 62:11, 63:19, 64:19, 72:1, 200:11, 203:24, 205:17, 206:15, 206:17, 207:7, 207:14, 208:14, 208:16, 209:7, 209:15, 210:20, 210:21, 211:10, 211:17, 211:19, 213:4, 213:5, 213:9, 213:14, 213:16, 213:23, 214:12, 214:21, 219:22, 220:1, 221:5, 223:1
**Barko** [1] - 181:18
**based** [26] - 7:7, 8:8, 21:24, 22:11, 27:23, 36:25, 76:1, 76:13, 79:19, 116:10, 117:23, 142:11, 152:25, 162:12, 173:13, 174:2, 177:23, 179:2, 179:12, 193:7, 194:1, 202:4, 210:11, 225:25, 226:5, 226:16
**basing** [1] - 196:24
**basis** [12] - 48:19, 90:22, 90:24, 91:6,

91:25, 92:2, 161:5, 164:22, 167:24, 179:15, 183:20, 198:8
**batting** [1] - 77:17
**BAYC** [100] - 15:8, 15:23, 17:7, 19:22, 20:10, 21:24, 22:6, 23:18, 24:3, 25:5, 25:10, 28:7, 35:24, 43:6, 43:13, 44:8, 44:20, 45:19, 45:20, 50:6, 50:13, 52:8, 52:13, 54:1, 56:25, 59:11, 64:6, 75:22, 75:23, 75:25, 76:5, 80:6, 80:23, 83:17, 83:20, 84:1, 84:21, 84:23, 86:8, 86:15, 93:24, 94:25, 95:7, 97:13, 97:24, 98:6, 98:10, 98:13, 99:1, 99:19, 99:23, 100:2, 100:3, 105:11, 106:12, 106:19, 118:17, 118:23, 119:13, 121:9, 124:17, 128:5, 128:19, 131:25, 135:24, 153:22, 153:25, 155:4, 155:5, 155:9, 156:15, 163:17, 165:16, 175:21, 184:2, 184:7, 185:16, 190:2, 190:11, 199:8, 208:17, 208:21, 208:25, 212:2, 212:7, 212:13, 213:2, 218:16, 221:14, 225:14, 225:18, 232:15, 251:15, 254:2, 254:22, 255:8
**BAYC's** [3] - 101:3, 111:14, 210:8
**BAYCs** [3] - 58:7, 64:18, 64:24
**beauty** [1] - 124:8
**become** [1] - 152:8
**becomes** [1] - 119:9
**becoming** [1] - 111:25
**beers** [1] - 29:11
**began** [9] - 106:12, 106:19, 227:20, 228:22, 228:24, 229:6, 229:11, 229:14, 229:19
**begin** [1] - 9:18

**beginning** [7] - 11:24, 62:23, 69:1, 114:17, 114:22, 170:8, 191:15
**behalf** [2] - 6:9, 6:19
**behavior** [1] - 103:21
**behind** [3] - 6:24, 31:16, 35:15
**belief** [2] - 90:22, 91:6
**believes** [3] - 93:21, 93:24, 94:2
**belonging** [1] - 196:15
**belongs** [1] - 32:4
**beloved** [3] - 20:12, 20:24, 73:21
**below** [4] - 111:13, 111:17, 130:24, 218:11
**beneficial** [1] - 185:1
**benefit** [2] - 59:14, 59:24
**Benjamin** [1] - 15:7
**Berger** [4] - 102:6, 102:14, 102:23, 121:7
**BERGER** [2] - 3:14, 102:18
**berger** [2] - 103:16, 114:16
**Berger's** [1] - 108:13
**best** [7] - 44:23, 67:23, 68:18, 185:2, 188:9, 193:20, 218:10
**better** [1] - 234:8
**between** [28] - 43:15, 56:22, 104:12, 112:13, 113:7, 114:19, 116:1, 121:8, 121:24, 122:4, 123:10, 123:20, 128:17, 129:17, 133:5, 133:19, 135:3, 138:12, 161:23, 162:20, 166:9, 174:5, 190:2, 192:7, 220:11, 227:21, 241:18, 245:19
**beyond** [4] - 20:6, 104:25, 187:14, 193:25
**bias** [1] - 167:4
**big** [4] - 61:5, 73:21, 96:11, 213:24
**biggest** [3] - 29:6, 54:17, 61:1
**billed** [1] - 171:8
**billings** [3] - 104:18, 171:16, 200:22
**billion** [3] - 184:15,

185:8, 185:13
**binder** [7] - 25:17, 68:7, 102:24, 125:23, 140:10, 170:1, 223:24
**binders** [5] - 6:23, 6:25, 11:6, 25:20, 25:22
**bit** [14] - 29:16, 96:10, 109:10, 112:2, 138:19, 139:3, 162:24, 201:15, 201:21, 236:7, 239:4, 246:8, 246:12, 253:18
**black** [1] - 215:2
**Blake** [1] - 15:13
**blessed** [1] - 247:24
**blockchain** [18] - 19:3, 29:3, 61:9, 127:5, 128:13, 128:23, 129:16, 130:1, 130:4, 135:9, 171:12, 190:9, 190:18, 201:10, 202:23, 248:25, 249:3, 249:7
**blood** [1] - 111:23
**Bloomberg** [9] - 19:6, 29:1, 29:13, 30:20, 30:23, 31:3, 52:20, 54:17, 61:19
**blow** [6] - 45:13, 46:16, 153:18, 216:6, 216:17, 218:3
**Blue** [1] - 97:25
**Blur** [2] - 65:1, 65:2
**board** [2] - 9:10, 160:16
**Boat** [15] - 156:4, 156:6, 156:10, 156:11, 156:16, 156:17, 156:21, 156:23, 156:24, 157:10, 157:11, 158:1, 158:22, 158:23
**Body** [2] - 123:23, 124:6
**books** [2] - 61:1, 61:3
**Bored** [144] - 19:10, 19:18, 21:4, 21:5, 21:8, 21:12, 21:22, 24:1, 24:7, 24:15, 27:19, 28:10, 28:24, 28:25, 29:18, 30:2, 30:11, 30:13, 31:7, 31:10, 31:13, 31:15, 31:19, 31:22, 31:24, 32:5, 32:7, 32:10,

32:17, 32:19, 33:6, 36:16, 36:18, 42:24, 44:10, 45:1, 45:4, 45:7, 47:21, 50:6, 50:13, 50:22, 52:8, 52:11, 52:12, 52:15, 52:20, 52:21, 52:23, 53:4, 53:12, 54:1, 54:5, 54:11, 54:14, 56:4, 56:5, 56:9, 57:4, 58:9, 60:7, 63:6, 63:12, 64:4, 64:7, 64:8, 65:19, 70:8, 70:17, 72:16, 74:6, 77:22, 77:25, 78:7, 78:10, 78:11, 78:15, 80:4, 80:10, 80:21, 82:9, 82:13, 90:9, 93:21, 94:10, 94:12, 95:6, 95:9, 96:5, 96:10, 97:19, 98:3, 98:20, 99:3, 99:6, 100:5, 106:24, 111:9, 111:19, 114:12, 123:20, 124:4, 127:2, 127:18, 127:25, 129:11, 130:24, 132:7, 152:25, 154:1, 154:2, 154:5, 154:13, 154:22, 154:25, 155:1, 156:15, 156:20, 157:2, 157:3, 157:18, 157:20, 158:9, 158:10, 158:12, 158:15, 158:20, 158:21, 160:19, 163:17, 163:25, 213:7, 224:20, 224:24, 225:1, 225:4, 225:6, 225:13, 225:17, 232:1, 235:3, 249:4, 252:2, 254:3
**Boston** [1] - 2:14
**bother** [2] - 52:1, 222:21
**bottom** [3] - 206:24, 216:3, 238:17
**bought** [13] - 13:15, 13:19, 16:14, 16:21, 18:12, 18:19, 18:24, 54:14, 85:16, 189:3, 221:20, 227:18, 228:1
**bound** [1] - 185:14
**box** [1] - 81:4
**Boycott** [1] - 18:9
**brand** [74] - 17:7,

17:10, 17:14, 17:17, 17:19, 18:4, 18:8, 21:5, 21:8, 21:22, 21:23, 21:25, 22:6, 22:10, 57:24, 59:11, 75:23, 86:8, 86:16, 94:8, 94:9, 95:7, 96:4, 96:5, 96:14, 96:15, 97:9, 97:11, 97:15, 97:19, 97:25, 98:4, 98:6, 98:9, 98:10, 98:13, 98:14, 98:24, 98:25, 99:1, 100:13, 100:14, 100:24, 101:5, 101:9, 103:20, 103:24, 104:23, 104:24, 105:11, 106:12, 106:19, 115:3, 115:6, 115:18, 116:16, 117:2, 118:5, 118:13, 119:9, 119:10, 121:9, 122:8, 123:20, 123:24, 124:2, 124:4, 124:8, 124:23, 176:22
**branded** [1] - 95:10
**brands** [7] - 17:25, 24:4, 61:1, 95:5, 98:13, 123:25, 124:6
**brands'** [1] - 44:22
**Brandwatch** [2] - 105:7, 105:8
**breadth** [1] - 20:17
**break** [3] - 66:2, 159:5, 255:16
**brief** [4] - 62:14, 62:15, 91:17, 101:15
**brilliant** [1] - 201:13
**bring** [8] - 55:22, 56:15, 206:15, 208:14, 210:20, 211:10, 211:17, 213:4
**bringing** [2] - 15:23, 241:12
**brings** [1] - 15:15
**broad** [2] - 51:1, 122:17
**broader** [4] - 29:8, 72:25, 104:23, 148:10
**broke** [1] - 62:3
**brother** [2] - 250:24, 251:4
**Brothers** [1] - 61:4
**brought** [4] - 41:9, 62:19, 115:20,

237:22
**browser** [1] - 22:11
**browser-based** [1] - 22:11
**buckets** [2] - 173:22, 173:24
**Budweiser** [2] - 29:10, 29:12
**build** [2] - 24:4, 248:24
**built** [7] - 187:11, 197:1, 246:23, 247:2, 248:19, 248:22, 249:20
**bumper** [1] - 18:8
**bunch** [1] - 44:14
**burden** [3] - 8:22, 188:8, 193:21
**business** [20] - 34:25, 38:25, 39:14, 39:18, 39:19, 39:23, 39:24, 40:12, 49:10, 49:13, 49:16, 55:18, 60:23, 87:18, 89:15, 96:3, 99:1, 201:25, 217:1, 221:13
**button** [2] - 53:4, 134:14
**buy** [12] - 19:10, 25:5, 25:10, 30:2, 52:19, 57:17, 58:2, 58:4, 123:16, 215:8, 215:9, 221:24
**Buy** [1] - 111:10
**buyback** [3] - 176:5, 184:22
**buyers** [2] - 111:24, 146:22
**buying** [7] - 16:15, 44:13, 131:22, 132:4, 216:19, 218:20, 221:21
**BY** [131] - 3:9, 3:9, 3:10, 3:10, 3:12, 3:12, 3:13, 3:13, 3:15, 3:15, 3:16, 3:17, 3:18, 3:18, 3:20, 3:20, 3:21, 3:22, 3:23, 3:23, 4:8, 4:9, 4:9, 4:10, 4:10, 4:12, 4:13, 11:2, 11:10, 12:16, 15:2, 24:3, 25:25, 26:22, 32:12, 36:13, 37:20, 39:7, 41:7, 42:8, 42:13, 42:18, 43:19, 46:9, 48:9, 51:8, 52:6, 55:24, 56:18, 62:11, 62:17, 63:24, 64:22, 68:6, 68:20,

69:16, 70:10, 71:19, 72:3, 74:17, 75:4, 78:7, 79:8, 79:17, 80:3, 80:19, 81:15, 84:16, 85:3, 91:17, 94:18, 100:23, 102:22, 103:15, 105:24, 108:16, 109:19, 111:2, 113:10, 113:18, 114:10, 120:7, 121:6, 125:21, 126:15, 130:10, 132:23, 133:12, 133:24, 136:4, 136:23, 137:7, 140:8, 141:19, 143:19, 159:17, 160:19, 166:23, 169:23, 170:17, 171:2, 181:19, 196:8, 200:20, 204:20, 205:17, 206:17, 207:14, 208:16, 209:15, 210:21, 211:19, 213:5, 214:6, 214:14, 214:23, 220:1, 221:9, 223:23, 224:15, 226:14, 228:15, 232:9, 234:13, 236:10, 237:10, 239:22, 250:12, 251:14, 252:1, 254:11

## C

C-a-h-e-n [1] - 223:16
CA [3] - 2:6, 2:10, 2:17
cache [1] - 96:15
CAHEN [1] - 4:12
Cahen [73] - 6:20, 14:5, 16:7, 19:17, 19:21, 20:22, 28:3, 28:8, 31:20, 32:2, 32:13, 33:15, 46:22, 47:2, 47:14, 47:16, 47:18, 48:1, 48:15, 49:23, 50:1, 50:12, 50:20, 53:5, 57:12, 57:16, 58:20, 64:3, 64:17, 64:23, 65:3, 65:18, 74:4, 74:5, 75:19, 77:20, 82:23, 83:2, 90:16, 90:23, 90:25, 91:7, 92:1, 94:6, 95:25, 116:15, 117:5, 120:13, 141:23, 142:4,

152:16, 157:19, 165:2, 198:16, 202:19, 202:24, 210:17, 212:15, 212:19, 217:5, 217:11, 217:15, 223:6, 223:15, 223:19, 223:24, 224:16, 228:14, 228:16, 230:15, 232:7, 234:14, 254:10
Cahen's [14] - 12:23, 48:11, 48:12, 51:12, 92:8, 142:1, 146:22, 166:3, 174:9, 186:5, 186:21, 226:11, 251:22, 251:24
calculate [2] - 174:4, 199:20
calculated [10] - 173:10, 174:8, 184:19, 186:20, 189:22, 191:10, 197:7, 197:22, 199:12, 199:17
calculating [1] - 207:18
calculation [10] - 174:12, 174:23, 175:18, 176:9, 180:8, 183:11, 187:20, 189:2, 197:4, 198:5
calculations [7] - 173:2, 186:8, 191:22, 193:14, 195:2, 196:22, 198:7
CALIFORNIA [1] - 6:1
California [2] - 2:5, 2:9
Campbell's® [1] - 18:4
cannot [15] - 17:14, 17:16, 17:17, 18:18, 18:23, 19:1, 19:2, 19:8, 19:13, 19:15, 64:22, 89:3, 89:7, 158:2, 233:20
capacity [3] - 94:9, 100:12, 200:24
capture [1] - 180:10
captured [1] - 151:12
care [4] - 123:24, 124:8, 216:14, 235:4
career [1] - 201:2
careful [4] - 106:7, 112:2, 117:20, 120:15
Carl [1] - 16:5

carry [1] - 29:10
carve [1] - 187:10
case [60] - 7:8, 7:9, 8:8, 11:17, 13:24, 30:7, 32:24, 38:17, 49:5, 50:2, 55:2, 59:20, 84:17, 93:19, 103:23, 104:12, 104:16, 105:5, 108:7, 114:14, 116:5, 117:19, 119:25, 126:1, 128:19, 132:11, 134:18, 134:22, 140:16, 142:15, 143:12, 144:19, 144:21, 144:22, 149:3, 163:17, 166:6, 170:24, 171:13, 171:17, 172:3, 172:6, 173:2, 178:14, 188:21, 191:22, 195:4, 203:10, 206:13, 207:15, 207:18, 207:19, 207:22, 207:24, 207:25, 208:3, 208:6, 241:5, 253:9
cases [4] - 144:24, 172:5, 201:16, 203:4
cash [1] - 96:10
cast [3] - 108:1, 115:9, 116:12
casual [2] - 135:15, 138:18
categories [2] - 173:22, 197:3
category [3] - 174:11, 175:13, 177:6
caused [18] - 28:19, 28:23, 34:22, 35:12, 53:15, 59:25, 87:17, 89:15, 108:19, 116:2, 118:5, 118:12, 132:8, 152:16, 152:20, 172:12
causes [1] - 116:7
causing [3] - 35:4, 35:8, 61:10
caveat [1] - 176:23
caveats [1] - 178:5
ceiling [1] - 185:9
celebrated [1] - 58:13
CEO [9] - 61:20, 71:22, 82:2, 85:24, 89:16, 97:17, 97:22, 98:2, 98:5
certain [11] - 84:17,

96:15, 147:22, 167:16, 186:22, 187:6, 246:17, 247:3, 248:9, 253:21
certainly [10] - 116:9, 144:3, 148:6, 150:1, 158:15, 161:7, 162:1, 167:12, 198:14, 254:25
certainty [3] - 188:20, 190:14, 191:5
cetera [3] - 122:21, 124:14, 212:20
CGBC [5] - 156:7, 156:11, 156:22, 157:5, 157:6
chain [6] - 53:23, 127:9, 128:10, 139:7, 139:8
chance [1] - 57:20
change [20] - 53:4, 60:6, 60:8, 60:10, 60:11, 75:15, 98:12, 100:10, 122:21, 139:5, 158:18, 158:19, 163:19, 164:3, 167:15, 177:16, 177:17, 179:1, 230:14
changed [11] - 36:21, 60:10, 133:17, 146:3, 146:8, 146:10, 163:4, 163:21, 163:24, 163:25, 249:6
changes [15] - 96:24, 139:9, 139:11, 145:25, 146:2, 146:6, 147:25, 156:12, 156:13, 162:25, 163:2, 168:10, 168:16, 168:23, 198:8
changing [2] - 60:13, 124:12
characterization [2] - 115:19, 199:11
characterize [2] - 38:25, 172:13
characterized [1] - 175:3
charge [1] - 191:1
charges [1] - 171:6
charity [1] - 48:23
chart [3] - 151:1, 243:18
chat [3] - 217:4, 232:11, 243:2
chats [1] - 53:9
cheap [1] - 84:2

cheaper [1] - 247:15
check [4] - 54:22, 131:19, 164:4, 202:1
checking [2] - 135:11, 201:23
Chef [2] - 20:15, 74:18
chief [1] - 126:20
Chill [15] - 156:4, 156:6, 156:9, 156:11, 156:16, 156:17, 156:21, 156:23, 156:24, 157:10, 157:11, 158:1, 158:22, 158:23
Chip [1] - 97:25
choice [4] - 55:19, 143:9, 144:8, 161:16
chose [4] - 13:13, 39:18, 131:20, 161:15
chosen [1] - 141:6
CHRONOLOGICAL [2] - 3:5, 4:5
circles [1] - 205:22
circulation [1] - 241:5
circumstances [1] - 58:12
cite [6] - 16:9, 16:16, 16:21, 16:24, 35:17, 92:22
cited [3] - 31:1, 31:4, 91:22
City [2] - 114:12, 131:25
claim [10] - 16:10, 16:17, 63:13, 75:14, 86:12, 86:20, 87:24, 88:7, 88:22, 89:14
claiming [3] - 15:20, 90:25, 91:14
claims [2] - 63:25, 166:3
clarification [3] - 15:1, 32:9, 39:4
clarifying [1] - 45:5
clarity [5] - 145:8, 252:15, 252:17, 252:18, 253:18
clear [16] - 27:22, 54:16, 66:14, 73:6, 73:17, 98:4, 104:1, 121:20, 137:5, 175:23, 212:20, 212:22, 212:24, 218:15, 218:20, 254:14
clearer [1] - 72:10
clearly [2] - 59:2, 61:10

clerical [1] - 101:19
Clerk [1] - 206:11
clerk's [1] - 206:25
clicked [1] - 53:24
clients [8] - 120:24, 120:25, 180:16, 200:23, 201:3, 201:4, 216:18
cling [1] - 138:19
clip [3] - 30:25, 31:6, 213:11
clock [1] - 120:6
close [7] - 6:16, 67:20, 120:2, 120:3, 137:25, 202:2, 240:9
closer [3] - 6:14, 58:8, 68:16
closing [2] - 208:9, 216:5
Clothing [2] - 75:5, 75:15
Club [124] - 19:18, 21:4, 21:5, 21:8, 21:13, 21:22, 24:7, 27:19, 28:11, 28:24, 28:25, 29:19, 31:7, 31:10, 31:14, 31:15, 31:19, 31:22, 31:24, 32:5, 32:7, 32:11, 32:17, 36:16, 36:19, 42:24, 45:1, 45:4, 45:7, 50:6, 50:13, 52:8, 52:11, 52:12, 52:15, 52:20, 52:21, 52:23, 53:4, 53:12, 54:1, 56:5, 57:4, 60:7, 60:18, 60:20, 61:8, 63:6, 63:12, 64:4, 64:7, 64:8, 65:20, 70:9, 70:17, 72:16, 74:7, 77:22, 78:1, 78:7, 78:10, 78:15, 80:10, 80:21, 82:13, 93:21, 94:11, 94:13, 95:7, 95:9, 96:5, 97:19, 98:3, 99:3, 99:7, 100:5, 106:24, 111:9, 111:19, 123:20, 124:4, 127:2, 127:18, 127:25, 129:11, 130:24, 132:7, 152:25, 153:3, 154:1, 154:2, 154:5, 154:13, 154:22, 154:25, 155:1, 156:15, 156:21, 157:3, 157:4, 157:18, 157:21, 158:9,

158:10, 158:12, 158:15, 158:21, 160:20, 163:18, 164:1, 213:7, 224:20, 224:24, 225:1, 225:5, 225:6, 225:13, 225:18, 232:2, 235:3, 249:5, 252:2, 254:3
Co [1] - 149:4
co [6] - 12:19, 19:24, 41:18, 56:9, 56:10, 126:18
co-conspirator [1] - 41:18
co-founder [2] - 12:19, 19:24
Co-Founder [1] - 149:4
co-founders [3] - 56:9, 56:10, 126:18
coattails [1] - 35:16
code [12] - 33:25, 34:10, 136:24, 137:10, 137:14, 137:15, 137:20, 137:23, 247:12, 247:22, 249:6
coding [1] - 190:23
coexist [3] - 211:20, 211:24, 218:5
cognizant [1] - 251:10
coin [1] - 81:4
collaborated [3] - 28:3, 28:7, 75:19
collaborators [1] - 193:10
colleague [5] - 6:12, 6:18, 11:7, 132:24, 165:25
colleagues [2] - 166:13, 171:7
collectible [6] - 57:24, 58:5, 148:6, 148:15, 150:18, 150:24
collectibles [3] - 148:9, 148:20, 150:21
collecting [1] - 48:21
collection [78] - 19:18, 19:22, 20:10, 27:22, 28:20, 28:23, 30:6, 31:7, 32:3, 56:5, 60:4, 60:7, 61:18, 62:2, 74:7, 75:12, 78:18, 78:19, 86:15, 88:9, 95:25, 96:4, 96:20, 97:10, 97:15, 98:6, 98:8, 98:14, 99:12, 105:20,

111:24, 123:18, 124:3, 127:18, 127:23, 129:13, 131:5, 132:8, 136:15, 138:24, 138:25, 139:1, 139:2, 139:10, 152:20, 152:23, 153:10, 154:20, 155:22, 162:2, 162:13, 162:14, 212:3, 212:13, 219:10, 219:12, 221:14, 224:20, 224:25, 225:5, 225:13, 225:18, 231:12, 232:4, 232:14, 232:25, 239:25, 241:6, 244:6, 245:23, 253:15, 253:22, 254:1, 254:8
collections [33] - 20:23, 28:19, 60:22, 63:11, 63:13, 70:9, 77:8, 77:11, 77:21, 82:9, 82:12, 95:19, 97:5, 97:6, 109:9, 129:17, 135:3, 153:7, 153:10, 153:11, 165:21, 190:5, 211:20, 211:24, 212:2, 212:6, 212:7, 212:8, 212:12, 218:5, 222:19, 225:25, 226:16
collectors [1] - 152:7
column [11] - 7:17, 7:18, 7:21, 8:6, 8:9, 8:21, 11:22, 11:24, 17:21, 66:6, 126:5
Column [1] - 69:1
columns [1] - 7:17
combat [2] - 89:12, 173:15
combined [1] - 46:14
coming [3] - 15:3, 52:23, 149:4
commencing [1] - 224:8
commentary [1] - 183:24
comments [3] - 120:18, 122:8, 183:17
commercial [9] - 23:19, 23:23, 24:2, 24:4, 24:18, 72:15, 92:12, 92:21

commercialize [2] - 24:21, 25:2
commercializing [2] - 24:23, 24:25
commercials [1] - 18:1
commissioned [1] - 237:24
commissions [2] - 237:21, 245:24
committed [2] - 222:18, 232:1
common [11] - 53:18, 131:3, 225:24, 226:1, 226:2, 226:4, 226:5, 226:7, 226:8, 226:19
communicate [1] - 85:25
communicated [1] - 70:23
communication [5] - 73:4, 88:4, 101:8, 101:9, 235:25
communications [6] - 34:24, 53:8, 53:11, 88:8, 228:22, 245:8
community [9] - 38:22, 51:19, 54:7, 83:24, 95:3, 100:5, 131:21, 132:3
Community [4] - 34:5, 51:17, 51:20, 238:18
companies [2] - 73:22, 75:14
company [10] - 29:2, 30:9, 69:22, 69:23, 73:4, 95:21, 97:17, 126:21, 166:5, 166:12
compared [1] - 8:5
comparing [2] - 28:22, 30:11
comparison [2] - 73:18, 158:25
compensate [1] - 175:4
compensated [2] - 194:7, 194:24
compensation [1] - 198:23
competing [1] - 22:12
competition [1] - 22:12
complaining [1] - 87:2
complaint [3] - 86:24, 87:5, 87:8
Complaint [5] - 90:2, 90:5, 90:22, 91:4, 91:22

complaints [2] - 86:17, 87:15
complete [9] - 7:8, 137:25, 138:1, 176:10, 177:2, 238:10, 241:24, 241:25, 243:15
completed [2] - 153:20, 241:15
completely [7] - 17:22, 24:16, 27:15, 116:8, 123:23, 241:7, 242:20
completing [1] - 235:13
completion [1] - 137:23
complex [1] - 201:18
complicated [3] - 186:23, 201:10, 201:12
component [1] - 173:12, 197:19, 202:8
components [1] - 197:12
computed [1] - 176:19
computer [4] - 227:4, 227:7, 227:8, 227:11, 227:18, 228:21, 229:13, 229:17
conceded [1] - 28:6
concept [1] - 182:9
concepts [1] - 234:5
concerned [2] - 61:20, 209:18
concerns [4] - 100:24, 101:10, 104:23, 104:25
conclude [4] - 9:4, 108:2, 141:3, 141:5
concluded [3] - 8:8, 106:11, 106:18, 106:22, 107:5, 108:4, 108:6, 108:17
conclusion [6] - 14:17, 15:4, 149:5, 183:7, 184:24, 195:6
conclusions [2] - 107:15, 186:11
concurrent [1] - 62:4
condition [1] - 40:21
conditions [9] - 24:6, 24:11, 24:14, 25:1, 25:11, 27:12, 27:14, 28:1, 215:13
conduct [14] - 116:7, 141:6, 144:12, 144:17, 147:1,

161:9, 166:24, 173:16, 174:22, 188:23, 189:15, 193:17, 194:2, 207:16
**conducted** [14] - 105:4, 107:10, 114:16, 124:18, 142:12, 142:14, 142:16, 144:15, 145:1, 147:6, 147:13, 147:18, 161:25, 235:2
**conducting** [1] - 144:25
**confidence** [1] - 219:8
**confidential** [2] - 40:24, 40:25
**confidentiality** [1] - 40:25
**confirm** [9] - 8:12, 68:15, 125:24, 140:12, 170:1, 224:3, 243:11, 249:12
**confirming** [1] - 241:16
**confirms** [1] - 183:11
**confuse** [2] - 43:2, 100:1
**confused** [34] - 18:22, 19:6, 19:9, 19:14, 29:14, 30:23, 53:22, 61:19, 73:2, 87:10, 87:11, 91:11, 91:15, 103:24, 132:8, 149:16, 154:12, 154:22, 154:24, 155:8, 156:25, 157:6, 159:23, 189:18, 198:14, 210:7, 210:23, 211:1, 211:4, 211:5, 212:25, 213:3, 219:3, 219:6
**confusing** [5] - 32:14, 45:5, 48:4, 65:15, 253:12
**confusion** [55] - 18:13, 28:19, 28:22, 28:23, 35:12, 37:13, 37:14, 51:25, 52:16, 53:15, 53:16, 53:17, 54:16, 56:22, 57:25, 60:1, 86:16, 87:2, 87:13, 89:12, 99:22, 100:8, 112:12, 113:5, 113:7, 136:10, 138:7, 142:6, 142:12,

142:15, 152:15, 152:20, 152:22, 152:25, 153:15, 154:9, 157:3, 157:19, 157:23, 159:3, 159:19, 159:24, 161:12, 168:25, 188:14, 188:16, 189:6, 189:9, 203:8, 203:10, 203:11, 210:10, 210:11, 211:8, 237:11
**connected** [4] - 120:16, 120:19, 123:23, 124:11
**connecting** [1] - 137:19
**connection** [6] - 7:20, 7:22, 167:7, 214:15, 227:21, 249:1
**consciously** [1] - 119:19
**consent** [2] - 39:9, 55:4
**conservative** [3] - 161:16, 168:22, 168:24
**conservatively** [2] - 176:8, 198:1
**consider** [8] - 38:20, 116:6, 128:11, 128:17, 149:8, 152:24, 153:3, 153:6
**considered** [5] - 116:5, 116:21, 177:12, 184:11, 185:18
**considering** [6] - 148:20, 149:14, 149:17, 149:19, 150:5, 150:20
**consistent** [7] - 119:16, 163:20, 178:18, 188:18, 247:21, 247:22, 248:3
**conspirator** [1] - 41:18
**constant** [1] - 158:24
**constantly** [1] - 77:17
**consumer** [11] - 37:13, 60:13, 61:25, 103:20, 138:21, 142:6, 142:11, 142:14, 148:4, 148:5, 150:2
**consumer-facing** [1] - 60:13
**consumers** [14] -

83:24, 91:2, 95:3, 103:24, 135:15, 148:16, 149:11, 149:12, 151:6, 152:3, 167:12, 168:5, 210:7
**consumption** [3] - 137:17, 137:25, 138:2
**contain** [4] - 128:21, 167:11, 221:16, 249:2
**contained** [1] - 128:15
**contains** [1] - 7:16
**contemporaneous** [1] - 101:8
**contemporaneously** [1] - 88:5
**content** [4] - 14:10, 74:2, 101:3, 158:13
**contents** [2] - 8:7, 8:11
**context** [25] - 71:8, 71:9, 72:12, 73:16, 75:10, 143:11, 144:7, 144:10, 147:24, 149:6, 153:11, 165:19, 177:2, 211:1, 211:25, 239:4, 242:20, 242:21, 245:22, 246:1, 246:4, 246:7, 246:11, 254:25, 255:9
**continue** [7] - 48:13, 48:20, 48:25, 59:2, 216:15, 217:23, 249:22
**Continued** [1] - 4:1
**continued** [7] - 57:9, 57:22, 59:14, 59:16, 59:17, 104:15, 171:13
**continues** [2] - 59:7, 245:1
**contract** [54] - 59:21, 60:2, 60:3, 60:9, 100:7, 127:2, 128:14, 128:22, 129:13, 129:17, 130:17, 130:25, 131:4, 131:11, 131:20, 134:5, 134:6, 134:15, 135:17, 135:23, 136:7, 136:10, 136:14, 138:7, 138:12, 138:20, 184:25, 187:11,

187:18, 191:18, 191:20, 191:23, 192:3, 192:6, 192:7, 192:8, 192:10, 192:12, 192:15, 192:17, 192:21, 192:24, 192:25, 194:8, 194:20, 196:25, 197:1, 221:11, 224:25, 225:5, 231:16
**contracts** [7] - 52:10, 133:5, 134:2, 134:13, 134:25, 135:12, 226:5
**contradict** [1] - 18:16
**contribute** [4] - 115:24, 123:4, 144:2, 220:9
**contributed** [2] - 28:13, 111:23
**contributes** [1] - 115:25
**contributing** [2] - 108:24, 221:12
**contrived** [3] - 29:12, 43:2, 60:2
**contriving** [1] - 65:15
**control** [12] - 50:21, 91:1, 92:4, 92:5, 100:13, 101:24, 134:15, 136:13, 155:2, 156:3, 156:21, 254:5
**controlled** [5] - 90:16, 90:23, 90:25, 91:7, 179:19
**controlling** [1] - 136:15
**controls** [1] - 92:1
**controversy** [7] - 112:10, 112:18, 112:23, 113:12, 113:19, 113:23, 231:5
**conversation** [9] - 72:8, 112:13, 208:13, 212:9, 216:10, 216:15, 220:3, 243:1, 252:24
**conversations** [5] - 87:3, 88:2, 88:6, 96:2, 255:10
**convince** [1] - 97:23
**convinced** [1] - 83:22
**Cook** [1] - 15:7
**coolness** [1] - 90:9
**copied** [1] - 210:12
**copies** [3] - 11:7, 56:4, 63:15

**copy** [4] - 84:7, 84:10, 130:13, 157:15
**copying** [4] - 158:3, 210:8, 210:10, 210:11
**Copyright** [1] - 252:4
**copyright** [21] - 23:20, 24:2, 27:2, 27:13, 70:8, 70:16, 70:21, 71:2, 71:8, 72:9, 72:12, 72:13, 72:20, 72:22, 72:25, 73:16, 76:16, 76:19, 76:22, 77:1
**copyrights** [2] - 70:3, 215:11
**corporate** [1] - 78:14
**correct** [533] - 8:13, 11:18, 12:20, 12:24, 13:2, 13:6, 13:12, 13:13, 13:16, 13:21, 14:2, 14:7, 14:13, 14:16, 14:23, 15:11, 15:19, 17:8, 17:11, 18:9, 19:14, 19:22, 20:6, 20:11, 20:16, 21:5, 21:16, 21:19, 21:20, 21:25, 22:4, 22:14, 22:17, 22:20, 22:24, 22:25, 23:2, 23:5, 23:19, 23:23, 24:7, 24:8, 24:9, 24:12, 24:16, 24:21, 25:11, 25:14, 26:5, 26:7, 26:24, 26:25, 27:4, 27:5, 27:9, 27:20, 27:24, 28:8, 28:14, 28:21, 30:23, 31:9, 31:11, 31:23, 32:13, 32:16, 33:14, 35:1, 35:4, 35:5, 35:8, 35:9, 35:12, 35:18, 36:1, 36:3, 36:19, 37:3, 37:10, 37:11, 37:24, 38:2, 39:18, 40:17, 41:17, 42:9, 43:6, 43:7, 43:13, 43:23, 44:1, 44:4, 44:8, 44:20, 46:5, 47:8, 47:14, 47:19, 48:20, 48:25, 49:1, 49:6, 49:9, 49:13, 49:16, 49:17, 49:18, 49:19, 49:20, 50:3, 50:6, 53:10, 53:13, 55:2, 55:9, 55:12, 55:21, 56:1, 56:2, 56:13, 56:20, 56:21, 57:6, 57:7, 59:5, 59:6, 59:9,

59:22, 59:23, 60:15, 62:20, 63:14, 63:18, 63:25, 69:20, 69:24, 70:2, 70:11, 70:14, 70:25, 71:7, 71:20, 71:22, 72:5, 73:10, 73:24, 74:2, 74:7, 74:11, 74:24, 75:6, 75:9, 75:16, 76:13, 77:9, 77:12, 78:11, 78:16, 78:19, 80:12, 81:20, 82:19, 82:20, 85:7, 85:11, 85:25, 86:12, 86:20, 87:5, 87:6, 87:15, 87:19, 87:21, 88:20, 89:5, 89:9, 89:16, 89:19, 89:22, 90:3, 90:17, 90:19, 93:5, 93:15, 94:3, 104:12, 104:14, 104:21, 105:2, 105:12, 105:13, 105:15, 106:2, 106:5, 106:13, 106:20, 106:24, 107:3, 107:4, 107:7, 107:9, 107:19, 108:3, 109:6, 109:7, 109:9, 109:23, 110:2, 110:4, 110:8, 111:3, 111:7, 114:13, 115:3, 115:18, 116:16, 116:19, 116:23, 117:6, 117:12, 117:16, 117:17, 118:2, 118:5, 118:13, 118:18, 118:24, 119:23, 120:8, 120:14, 120:22, 126:18, 126:19, 126:21, 126:22, 126:24, 127:8, 127:18, 127:19, 127:20, 127:21, 127:23, 128:1, 128:15, 129:1, 129:4, 129:8, 129:11, 129:21, 129:23, 130:1, 130:4, 130:11, 130:14, 130:17, 131:1, 131:5, 132:1, 132:4, 133:20, 133:25, 134:10, 134:22, 135:12, 135:17, 135:24, 141:23, 141:24, 142:1, 142:2, 142:4, 142:5, 142:10,

142:19, 143:7, 143:12, 143:15, 143:16, 143:21, 144:5, 144:14, 144:16, 144:21, 145:2, 145:10, 145:23, 146:1, 146:5, 146:12, 146:16, 146:17, 146:19, 146:23, 147:2, 147:3, 148:12, 148:21, 149:20, 150:10, 150:22, 150:24, 151:17, 151:24, 153:7, 153:21, 153:24, 154:5, 154:6, 154:9, 154:10, 154:14, 154:22, 154:23, 155:2, 155:10, 155:11, 155:25, 156:5, 156:11, 157:8, 160:12, 160:13, 160:20, 160:21, 161:5, 161:14, 161:19, 161:24, 162:13, 162:20, 163:9, 164:3, 164:9, 165:3, 165:10, 165:13, 165:14, 166:17, 171:5, 171:9, 171:14, 171:21, 171:23, 171:25, 172:3, 172:9, 172:12, 172:15, 172:19, 172:20, 172:24, 172:25, 173:2, 173:6, 173:11, 173:20, 174:1, 174:6, 174:9, 174:14, 174:15, 174:17, 175:1, 175:9, 175:10, 175:19, 176:1, 176:16, 176:25, 177:6, 177:8, 177:10, 177:14, 177:15, 178:14, 178:21, 179:1, 179:7, 179:10, 179:11, 179:13, 179:16, 180:5, 180:12, 180:16, 180:19, 180:24, 180:25, 181:20, 181:25, 182:5, 182:9, 182:12, 182:24, 183:6, 183:15, 183:21,

184:11, 186:7, 186:16, 186:22, 187:4, 187:5, 187:7, 187:15, 188:1, 188:14, 189:3, 189:12, 189:21, 189:24, 190:2, 190:5, 190:15, 191:2, 191:6, 191:13, 191:16, 191:20, 191:24, 192:12, 192:18, 192:22, 194:8, 194:12, 195:2, 195:10, 195:12, 195:13, 195:15, 195:17, 195:19, 196:15, 196:20, 196:21, 196:23, 197:5, 197:6, 197:7, 197:8, 197:12, 197:14, 197:20, 197:21, 197:23, 198:3, 198:6, 198:14, 198:16, 198:20, 199:5, 199:9, 199:14, 199:21, 200:2, 205:23, 206:6, 206:9, 206:10, 209:6, 209:16, 209:19, 209:22, 209:25, 210:18, 210:24, 211:4, 211:8, 211:24, 212:15, 212:16, 212:22, 213:7, 214:10, 214:16, 214:17, 216:8, 217:6, 221:16, 221:19, 225:7, 225:14, 225:19, 226:20, 226:22, 227:1, 227:5, 227:18, 228:3, 228:8, 228:16, 228:17, 228:19, 228:20, 228:24, 229:3, 229:15, 230:2, 230:22, 231:8, 231:12, 231:18, 231:21, 232:4, 232:11, 232:18, 233:5, 233:14, 233:19, 234:1, 234:16, 235:19, 235:20, 235:22, 236:18, 237:15, 238:25, 239:7, 239:10, 241:15, 241:17,

241:22, 242:7, 242:8, 243:9, 245:1, 245:2, 245:4, 246:23, 247:18, 248:12, 252:11
**corrected** [1] - 90:12
**correcting** [1] - 249:18
**corrective** [4] - 173:10, 173:14, 173:23, 174:4
**correctly** [3] - 60:12, 217:15, 234:19
**correlate** [1] - 56:7
**correlating** [1] - 241:1
**cost** [11] - 175:14, 175:18, 176:1, 176:3, 176:6, 178:25, 183:5, 183:12, 183:13, 187:4, 187:6
**costs** [17] - 187:2, 187:4, 187:21, 188:5, 188:9, 188:10, 193:2, 193:6, 193:16, 193:21, 193:23, 194:1, 194:2, 230:1, 230:6, 230:11
**Counsel** [1] - 11:9
**COUNSEL** [1] - 2:1
**counsel** [14] - 6:8, 6:21, 7:9, 7:22, 7:24, 9:15, 12:13, 33:8, 35:14, 46:11, 62:23, 66:6, 122:7, 141:8
**count** [2] - 156:24, 157:6
**counted** [5] - 154:8, 154:11, 154:22, 154:24, 155:8
**counterfeit** [1] - 44:14
**Country** [1] - 153:3
**couple** [7] - 30:21, 108:24, 121:10, 162:25, 191:9, 191:17, 202:11
**course** [16] - 9:23, 29:12, 32:6, 44:12, 58:4, 145:6, 163:19, 174:18, 190:11, 201:2, 201:17, 201:24, 203:15, 212:1, 226:24, 238:13
**court** [4] - 6:6, 132:7, 174:17, 228:5
**COURT** [158] - 6:14, 6:22, 6:25, 8:16, 9:13, 9:25, 10:4, 10:8, 11:9, 11:19,

12:2, 23:25, 25:21, 26:15, 26:17, 36:9, 37:18, 41:2, 41:6, 42:11, 42:15, 43:16, 46:7, 48:7, 51:6, 56:17, 62:15, 64:21, 65:24, 66:1, 66:13, 66:24, 67:4, 67:7, 67:19, 67:25, 68:16, 68:23, 69:5, 70:5, 71:12, 71:14, 71:17, 71:25, 74:15, 75:2, 78:4, 78:24, 79:3, 79:6, 79:15, 79:24, 80:1, 81:11, 81:13, 84:13, 91:9, 94:15, 100:18, 100:21, 101:14, 101:21, 101:24, 102:4, 102:16, 103:6, 105:21, 110:11, 110:15, 110:17, 110:19, 110:22, 110:24, 113:3, 114:6, 114:8, 120:1, 120:3, 120:5, 121:3, 125:3, 125:5, 125:16, 126:4, 126:12, 133:22, 136:2, 136:22, 137:4, 139:13, 139:15, 140:3, 140:19, 141:17, 159:4, 159:9, 159:12, 159:14, 160:15, 160:18, 166:21, 169:5, 169:18, 170:7, 170:25, 196:1, 196:3, 196:5, 200:7, 200:10, 200:14, 200:16, 203:19, 203:21, 203:25, 205:10, 205:15, 207:10, 207:12, 209:9, 209:12, 211:12, 211:14, 213:12, 213:15, 213:18, 213:20, 213:22, 213:25, 214:4, 214:13, 214:22, 219:21, 221:15, 221:18, 221:20, 221:25, 222:6, 222:9, 222:12, 222:16, 222:21, 222:24, 223:3, 223:17, 224:6, 224:11, 234:12, 236:25, 237:3, 237:5,

239:17, 239:19, 250:8, 250:10, 251:9, 251:13, 255:15
**Court** [27] - 7:2, 10:15, 11:19, 11:23, 12:2, 12:4, 49:18, 67:12, 67:22, 68:23, 68:25, 69:8, 93:19, 102:8, 103:6, 125:10, 139:21, 140:21, 169:10, 198:18, 204:5, 206:9, 206:11, 206:12, 207:3, 223:10, 228:25
**Court's** [2] - 69:5, 95:21
**COURTROOM** [20] - 6:5, 10:13, 10:18, 67:11, 67:16, 101:23, 102:7, 102:12, 125:8, 125:13, 139:19, 139:24, 169:9, 169:14, 204:3, 204:8, 204:11, 223:8, 223:13, 255:17
**courtroom** [6] - 6:15, 8:20, 9:20, 9:21, 83:4, 205:21
**cover** [3] - 24:23, 95:13, 228:15
**covered** [1] - 25:4
**create** [11] - 43:7, 75:23, 145:13, 145:14, 157:19, 217:22, 232:24, 233:8, 234:7, 238:14
**Created** [1] - 46:17
**created** [11] - 19:3, 31:4, 32:20, 33:6, 46:19, 51:16, 92:2, 95:5, 99:20, 131:1, 252:23
**creating** [6] - 34:3, 99:21, 145:14, 145:16, 152:4, 231:14
**creation** [2] - 128:6, 130:16
**creative** [4] - 76:1, 76:6, 76:12, 234:6
**creator** [7] - 48:17, 48:22, 128:14, 138:12, 198:13, 202:9, 219:11
**creators** [1] - 139:1
**Crew** [15] - 156:4,

156:6, 156:10, 156:11, 156:16, 156:18, 156:21, 156:23, 156:24, 157:10, 157:12, 158:1, 158:22, 158:23
**criteria** [6] - 146:9, 146:11, 146:15, 148:14, 150:17, 151:5
**critic** [1] - 17:23
**critic's** [1] - 17:21
**critical** [6] - 28:13, 40:16, 40:22, 66:24, 131:20, 132:1
**criticism** [28] - 16:11, 16:18, 17:1, 17:9, 17:10, 18:12, 20:2, 20:6, 20:9, 20:12, 20:13, 20:21, 21:7, 21:15, 22:2, 22:19, 50:5, 50:7, 50:12, 64:9, 73:19, 73:22, 74:1, 74:6, 74:24, 75:15, 116:20, 116:21
**criticisms** [11] - 51:13, 64:7, 116:18, 116:22, 116:25, 117:4, 117:12, 117:16, 118:2, 118:5, 118:12
**criticize** [4] - 64:4, 64:8, 65:19, 193:4
**criticized** [11] - 19:22, 20:8, 21:1, 21:11, 73:21, 74:11, 101:4, 116:16, 120:13, 120:21, 120:23
**criticizing** [3] - 51:1, 65:21, 194:22
**critique** [3] - 17:20, 17:25, 37:3
**crop** [1] - 46:3
**cross** [21] - 7:23, 9:15, 10:12, 12:13, 25:16, 69:13, 103:12, 126:12, 136:21, 141:10, 141:16, 159:15, 170:14, 205:15, 206:16, 206:18, 207:8, 214:12, 214:21, 224:13, 254:10
**Cross** [5] - 5:10, 7:21, 66:5, 66:18, 207:13
**CROSS** [16] - 3:9, 3:12, 3:15, 3:18, 3:20, 3:23, 4:9, 4:13,

12:15, 69:15, 103:14, 126:14, 141:18, 170:16, 205:16, 224:14
**cross-examination** [6] - 7:23, 10:12, 25:16, 141:10, 159:15, 224:13
**CROSS-EXAMINATION** [16] - 3:9, 3:12, 3:15, 3:18, 3:20, 3:23, 4:9, 4:13, 12:15, 69:15, 103:14, 126:14, 141:18, 170:16, 205:16, 224:14
**cross-examine** [8] - 9:15, 12:13, 69:13, 103:12, 126:12, 141:16, 170:14, 205:15
**cryptocurrencies** [3] - 109:9, 172:5, 190:18
**Cryptocurrencies** [1] - 109:22
**cryptocurrency** [11] - 124:13, 124:17, 147:7, 147:12, 151:3, 151:4, 152:6, 167:9, 167:10, 171:25, 172:3
**Culp** [1] - 2:5
**CULP** [57] - 3:12, 3:13, 3:15, 3:16, 4:13, 67:9, 68:1, 68:6, 68:18, 68:20, 69:14, 74:14, 79:25, 80:18, 81:12, 91:8, 94:16, 94:18, 100:15, 102:3, 102:6, 102:17, 102:22, 110:16, 110:23, 113:1, 114:7, 121:4, 121:6, 125:2, 224:15, 226:10, 226:14, 228:13, 228:15, 232:6, 232:9, 234:10, 234:13, 236:7, 236:10, 236:20, 236:22, 236:24, 237:1, 237:10, 239:20, 239:22, 250:6, 250:12, 251:2, 251:10, 251:14, 251:21, 252:1, 254:10, 254:11
**curious** [1] - 131:18
**current** [4] - 57:18,

184:1, 185:16, 207:9
**customers** [3] - 71:4, 71:5, 210:4
**CUTLER** [2] - 2:13, 2:16
**Cutler** [2] - 6:13, 6:19
**CV** [1] - 6:5
**cybersquatting** [2] - 175:9, 186:16

**D**

**D44** [1] - 136:19
**daily** [2] - 111:22, 198:8
**damage** [3] - 96:4, 104:24, 124:10
**damages** [20] - 104:21, 104:22, 172:8, 172:11, 172:14, 173:1, 173:13, 175:9, 175:13, 177:6, 179:16, 186:15, 186:16, 186:18, 188:19, 188:21, 193:19, 199:25, 200:24, 200:25
**damaging** [2] - 96:14, 97:21
**Dash** [4] - 22:7, 22:9, 22:19
**Data** [1] - 130:24
**data** [50] - 29:18, 105:8, 107:14, 107:21, 107:23, 107:25, 115:22, 117:10, 122:10, 123:6, 124:4, 124:19, 124:21, 127:14, 128:10, 128:12, 128:18, 129:25, 131:21, 137:20, 145:14, 145:16, 145:19, 155:15, 171:11, 179:3, 180:6, 181:15, 182:11, 182:24, 184:6, 190:9, 190:17, 190:18, 190:21, 190:22, 191:7, 193:13, 198:8, 201:13, 201:17, 201:19, 201:22, 202:23, 202:24
**date** [34] - 58:3, 59:1, 110:1, 128:8, 138:3, 161:18, 163:4, 165:15, 171:16,

174:7, 174:12, 175:20, 176:7, 177:11, 178:17, 181:7, 181:9, 182:13, 182:24, 197:10, 227:8, 227:10, 227:14, 232:19, 235:10, 240:18, 241:23, 243:14, 249:24, 254:7, 254:11, 254:12, 254:13, 254:15
**dated** [3] - 111:7, 165:13, 236:10
**dates** [7] - 114:18, 164:18, 164:19, 165:18, 165:23, 227:22, 255:13
**day-to-day** [2] - 87:18, 89:15
**days** [15] - 47:16, 48:2, 52:17, 65:3, 86:13, 122:15, 124:22, 138:5, 161:23, 162:5, 164:9, 164:14, 178:8, 180:13, 212:1
**deal** [2] - 58:1, 96:12
**dear** [1] - 238:18
**Dear** [4] - 34:5, 51:17, 51:20, 238:18
**debating** [1] - 34:4
**debugging** [2] - 145:15, 145:19
**December** [5] - 227:11, 227:17, 228:2, 229:3, 229:13
**decide** [2] - 42:3, 61:9
**decided** [3] - 44:11, 218:16, 227:24
**deciding** [1] - 148:1
**decision** [5] - 60:23, 82:23, 167:25, 168:3, 210:1
**declaration** [79] - 8:19, 8:24, 9:14, 10:10, 11:5, 11:11, 11:16, 11:20, 11:21, 11:24, 12:3, 12:11, 37:9, 37:13, 37:15, 37:21, 37:23, 38:8, 38:15, 38:21, 38:24, 39:7, 41:16, 54:24, 55:2, 55:14, 55:20, 56:16, 56:24, 68:8, 68:12, 68:20, 68:24, 69:6, 88:1, 102:23, 103:3, 103:6, 103:8, 103:11, 125:23,

125:25, 126:4,
126:8, 137:8, 140:9,
140:15, 140:19,
145:7, 167:21,
169:25, 170:5,
170:6, 170:7,
178:16, 181:22,
194:9, 205:10,
208:8, 223:25,
224:4, 224:6,
224:12, 227:3,
228:6, 228:7,
228:10, 228:14,
228:16, 230:1,
230:4, 230:5, 230:9,
251:15, 251:17,
251:22, 251:25
**declarations** [4] -
7:10, 8:7, 8:11, 11:7
**decline** [1] - 124:25
**declined** [1] - 115:7
**declining** [3] - 109:15,
124:13, 124:16
**decrease** [1] - 109:12
**decreased** [2] - 107:6,
109:9
**deduct** [2] - 188:10,
196:22
**deducted** [10] - 187:1,
187:13, 187:17,
187:19, 191:12,
191:22, 192:11,
192:12, 192:18,
195:1
**deducting** [1] - 195:5
**deductions** [3] -
187:25, 188:6, 193:2
**Defamation** [4] -
20:14, 20:15, 21:2,
75:9
**default** [3] - 206:12,
206:22, 207:3
**defendant** [4] - 7:4,
30:8, 203:6, 203:25
**defendant's** [4] - 84:6,
221:15, 221:21,
222:9
**DEFENDANTS** [1] -
2:12
**defendants** [53] -
6:20, 13:1, 13:5,
16:22, 20:4, 20:6,
20:10, 34:2, 35:16,
35:24, 42:7, 45:19,
52:7, 53:9, 53:15,
57:12, 58:13, 59:25,
60:19, 84:18, 99:9,
99:11, 100:6,
120:20, 121:19,
174:21, 179:13,

179:16, 184:25,
186:12, 187:10,
187:22, 188:22,
189:22, 193:1,
193:9, 193:21,
197:14, 198:9,
199:18, 201:16,
201:24, 202:9,
202:22, 203:2,
203:13, 204:1,
204:17, 207:21,
207:24, 222:1,
223:6, 223:20
**defendants'** [10] -
13:20, 14:18, 31:7,
34:21, 59:10, 93:8,
174:11, 188:8,
191:10, 202:18
**defending** [1] - 98:24
**defense** [2] - 89:11,
122:7
**defensive** [1] - 98:17
**define** [1] - 152:1
**definitely** [2] - 135:2,
180:7
**definition** [3] - 152:2,
152:3, 190:7
**definitively** [1] - 210:1
**degree** [3] - 188:20,
190:13, 191:5
**delete** [2] - 40:16,
40:22
**delineation** [1] - 229:8
**demo** [1] - 245:15
**demonstrate** [2] -
188:8, 195:21
**demonstrated** [1] -
193:15
**demonstrates** [2] -
136:17, 207:5
**demonstrating** [2] -
142:6, 220:16
**demonstrative** [1] -
136:17
**denied** [3] - 48:7,
49:18, 234:12
**depicts** [1] - 173:1
**deploy** [6] - 129:12,
131:11, 134:2,
134:5, 134:13, 247:5
**deployed** [4] - 134:25,
137:14, 137:24,
138:2
**depo** [1] - 213:9
**deposition** [53] -
32:22, 32:24, 33:4,
33:10, 34:12, 38:4,
38:6, 38:7, 38:10,
40:6, 40:10, 41:17,
49:5, 49:8, 52:22,

53:1, 53:7, 104:10,
104:13, 108:7,
108:10, 108:14,
113:15, 115:20,
117:21, 119:5,
121:7, 121:9,
132:11, 132:14,
132:20, 132:21,
134:17, 134:22,
143:12, 143:17,
145:11, 147:9,
149:3, 177:3, 192:1,
193:12, 194:3,
212:25, 213:5,
213:13, 219:1,
219:3, 219:10,
220:6, 226:11,
226:14, 226:23
**deputy** [1] - 8:20
**DEPUTY** [20] - 6:5,
10:13, 10:18, 67:11,
67:16, 101:23,
102:7, 102:12,
125:8, 125:13,
139:19, 139:24,
169:9, 169:14,
204:3, 204:8,
204:11, 223:8,
223:13, 255:17
**Derek** [3] - 2:16, 6:12,
6:18
**derivative** [4] - 76:1,
76:3, 76:7, 76:13
**derivatives** [1] -
215:12
**describe** [1] - 219:6
**described** [2] - 82:19,
122:20
**describing** [1] - 32:6
**description** [1] -
138:24
**Desecrated** [1] -
114:12
**designed** [3] - 19:24,
167:1, 217:22
**designer's** [1] - 21:11
**desired** [1] - 62:1
**destroy** [5] - 50:20,
180:1, 183:5,
183:13, 183:14
**detail** [2] - 116:19,
117:5
**detailed** [1] - 119:3
**details** [3] - 50:23,
128:22, 202:7
**determine** [4] -
144:13, 190:13,
191:5, 203:5
**determined** [1] -
186:25

**determining** [2] -
131:21, 186:21
**developed** [1] - 127:2
**developer** [1] - 33:25
**die** [1] - 61:9
**difference** [5] -
112:13, 135:18,
136:18, 158:17,
241:11
**differences** [1] -
247:13
**different** [46] - 29:2,
34:4, 39:10, 45:10,
45:25, 46:4, 61:8,
66:22, 107:8,
107:18, 124:6,
129:7, 129:8, 135:3,
135:12, 135:16,
135:17, 135:23,
142:14, 148:16,
162:22, 162:24,
167:12, 173:1,
173:19, 173:22,
185:6, 186:24,
201:7, 209:20,
210:14, 211:3,
211:21, 211:25,
212:1, 215:13,
215:15, 216:24,
216:25, 220:21,
222:4, 222:19,
227:23, 230:25,
234:4, 252:10
**differentiate** [4] -
116:1, 121:24,
122:4, 135:3
**differentiating** [1] -
218:24
**differentiation** [1] -
121:11
**difficult** [4] - 51:18,
211:19, 211:23,
218:5
**difficulties** [1] -
212:17
**digital** [27] - 62:4,
148:6, 148:9,
148:15, 148:20,
148:23, 149:1,
149:5, 149:8,
149:12, 149:13,
149:18, 149:21,
150:3, 150:5,
150:17, 150:21,
150:24, 151:2,
152:8, 152:9,
152:11, 152:12,
167:13
**Digital** [1] - 252:3
**digits** [1] - 196:17

**diligent** [1] - 53:2
**dilution** [1] - 57:25
**dimension** [3] -
191:25, 192:13,
192:14
**dip** [1] - 198:24
**DIRECT** [16] - 3:9,
3:12, 3:15, 3:17,
3:20, 3:22, 4:8, 4:12,
11:1, 68:5, 102:21,
125:20, 140:7,
169:22, 204:19,
223:22
**Direct** [6] - 7:19, 8:6,
8:9, 8:21, 11:23,
126:6
**direct** [10] - 7:20, 8:3,
11:16, 64:25, 66:22,
69:19, 126:1,
140:16, 204:21,
236:2
**directed** [5] - 168:6,
168:7, 218:4,
238:17, 252:4
**directing** [6] - 47:3,
47:22, 47:24, 65:2,
91:2, 93:12
**directly** [9] - 14:20,
51:19, 57:10, 58:22,
58:24, 99:6, 104:1,
202:22, 239:3
**disagree** [5] - 65:17,
119:20, 122:1,
148:22, 172:16
**disagreed** [1] - 122:2
**disagrees** [1] - 216:25
**disastrous** [1] - 38:18
**discern** [1] - 190:2
**disclaimer** [3] - 83:10,
160:7, 160:10
**Discord** [6] - 70:23,
73:5, 95:4, 205:24,
209:3, 232:11
**discovery** [3] - 193:1,
201:17, 227:8
**discuss** [1] - 130:11
**discussed** [13] - 10:9,
42:9, 57:5, 83:8,
90:11, 90:14, 95:2,
176:20, 179:20,
188:17, 191:25,
210:2, 210:5
**discussing** [1] -
247:14
**discussion** [6] -
106:12, 106:19,
182:16, 211:21,
212:4, 220:24
**discussions** [7] -
34:21, 86:22, 88:22,

89:1, 212:23, 215:10, 231:7
**disgorge** [1] - 203:2
**Disgorgement** [1] - 174:11
**disgorgement** [5] - 174:17, 186:13, 186:15, 196:22, 207:15
**Disney** [10] - 69:20, 69:22, 70:11, 70:13, 70:15, 73:18, 96:6, 123:22
**display** [1] - 138:23
**displayed** [2] - 136:15, 225:2
**displaying** [1] - 24:23
**displays** [1] - 222:13
**dispute** [7] - 16:10, 16:17, 16:24, 63:7, 135:22, 192:11, 242:9
**disputed** [1] - 253:25
**disputes** [1] - 201:1
**distinct** [5] - 43:15, 128:21, 129:17, 129:18, 190:11
**distinction** [7] - 121:8, 123:10, 123:12, 123:21, 124:1, 128:16, 241:18
**distinguish** [7] - 95:9, 101:2, 132:25, 133:19, 135:5, 135:11, 138:12
**distinguishing** [1] - 133:5
**distribute** [1] - 123:7
**distributors** [1] - 13:17
**District** [3] - 206:9, 206:12, 207:3
**DM** [2] - 96:9, 99:16
**DMCA** [3] - 253:21, 253:23, 253:24
**Docket** [9] - 7:4, 7:7, 7:12, 7:15, 8:3, 10:10, 11:22, 69:6, 167:21
**document** [12] - 7:16, 9:8, 15:25, 16:8, 25:14, 35:11, 39:13, 130:10, 130:19, 130:23, 181:9, 206:24
**documentation** [1] - 89:1
**documenting** [3] - 87:8, 87:15, 88:5
**documents** [6] - 8:9,

34:2, 45:15, 57:15, 177:12, 241:4
**dollar** [3] - 174:25, 182:14, 182:16
**dollars** [15] - 35:15, 54:11, 54:18, 61:16, 82:3, 95:22, 166:12, 184:15, 185:9, 185:13, 216:12, 217:14, 220:12, 221:2, 249:11
**domain** [4] - 230:22, 231:4, 231:8, 231:11
**domains** [1] - 230:25
**donated** [1] - 48:23
**done** [18] - 15:23, 44:21, 58:10, 60:21, 61:12, 63:16, 67:2, 75:15, 95:15, 96:4, 119:18, 121:18, 171:19, 200:23, 239:1, 239:3, 241:20, 243:16
**Dookey** [3] - 22:7, 22:9, 22:19
**DOOKEY** [1] - 22:7
**DORR** [2] - 2:13, 2:16
**Dorr** [2] - 6:13, 6:19
**dot** [1] - 211:10
**double** [2] - 164:4, 198:24
**double-check** [1] - 164:4
**double-dip** [1] - 198:24
**doubt** [4] - 108:1, 115:9, 116:12, 248:8
**douse** [1] - 124:7
**Dove** [2] - 123:24, 124:8
**down** [39] - 35:3, 47:23, 55:23, 56:14, 65:24, 77:14, 77:18, 81:22, 81:23, 85:2, 96:19, 96:22, 96:23, 96:24, 102:4, 130:24, 133:10, 154:12, 155:1, 155:9, 155:13, 156:23, 157:6, 157:11, 158:1, 158:10, 159:3, 159:20, 160:4, 164:19, 165:23, 169:5, 203:21, 216:15, 217:4, 236:7, 236:20, 236:22, 253:23
**Down** [1] - 109:23
**Dr** [3] - 103:16,

108:13, 114:16
**drafted** [1] - 37:21
**draw** [4] - 128:16, 231:25, 235:1, 238:4
**drawing** [2] - 21:12, 237:17
**drew** [1] - 168:23
**drink** [1] - 79:6
**drive** [3] - 59:2, 231:17, 231:20
**Drive** [1] - 64:13
**driven** [1] - 107:17
**driver** [1] - 108:18
**driving** [3] - 117:8, 117:9
**drop** [1] - 247:7
**drove** [1] - 108:2
**drum** [1] - 59:16
**dubbed** [1] - 90:9
**dumped** [1] - 48:1
**dumping** [2] - 47:25, 65:3
**during** [13] - 35:13, 35:19, 107:2, 109:8, 110:4, 110:5, 114:10, 117:20, 128:2, 136:12, 141:10, 199:13, 200:1
**dynamic** [1] - 98:12

## E

**e-mail** [14] - 34:25, 35:2, 86:11, 86:20, 86:23, 86:24, 87:23, 88:3, 88:11, 88:15, 88:18, 89:3, 89:7, 101:7
**e-mails** [9] - 16:11, 16:18, 16:25, 17:2, 35:17, 35:19, 35:21, 85:24, 101:11
**earned** [1] - 202:9
**easier** [6] - 25:22, 100:12, 133:18, 146:11, 146:13, 167:16
**easily** [3] - 52:11, 176:21, 249:2
**easy** [2] - 190:24, 201:10
**economic** [3] - 179:20, 197:24, 203:3
**economically** [1] - 184:23
**economics** [1] - 171:23
**economist** [3] -

173:14, 176:3, 188:19
**Eden** [1] - 29:25
**edit** [1] - 60:3
**educate** [1] - 63:5
**educating** [1] - 63:22
**effect** [8] - 116:6, 116:7, 147:10, 150:14, 180:10, 185:11, 221:21, 238:9
**efficient** [1] - 34:7
**effort** [1] - 184:23
**efforts** [1] - 54:20
**egregious** [1] - 61:23
**eight** [1] - 245:19
**either** [11] - 40:18, 84:7, 91:7, 114:16, 157:7, 158:8, 162:18, 165:8, 199:1, 227:16, 231:2
**elements** [2] - 139:1, 139:6
**eliminate** [1] - 176:4
**embarrassing** [1] - 54:12
**empirical** [2] - 105:14, 106:4
**employs** [1] - 23:8
**empowerment** [1] - 124:9
**encompassed** [1] - 141:2
**encourage** [1] - 119:19
**encouraged** [1] - 244:15
**encouraging** [1] - 245:3
**end** [10] - 14:11, 59:24, 83:23, 103:2, 120:2, 224:4, 229:19, 248:21, 248:25, 251:11
**ended** [1] - 190:25
**ending** [1] - 224:8
**Endless** [1] - 22:13
**ends** [1] - 253:22
**engage** [3] - 77:14, 149:24, 255:2
**engaged** [3] - 22:22, 22:23, 104:9
**engagements** [1] - 215:15
**engineer** [1] - 247:24
**engineering** [1] - 247:25
**engineers** [2] - 234:3, 247:4
**enjoin** [1] - 51:12

**enjoined** [3] - 49:23, 50:10, 55:7
**enormous** [1] - 60:21
**enrichment** [7] - 174:19, 186:12, 186:18, 188:21, 198:23, 202:8, 203:4
**enter** [1] - 93:19
**entered** [3] - 55:4, 206:12, 207:3
**entertain** [1] - 119:8
**entire** [3] - 38:10, 229:5, 230:12
**entirely** [2] - 41:17, 134:7
**entirety** [3] - 155:12, 245:23, 245:24
**entity** [2] - 121:17, 154:19
**entries** [2] - 145:16, 145:18
**entry** [1] - 66:19
**environment** [1] - 217:24
**Epic** [1] - 201:4
**epitome** [1] - 90:9
**equity** [4] - 103:20, 104:24, 176:22
**equivalent** [1] - 182:15
**Eric** [2] - 2:4, 6:9
**error** [1] - 58:15
**especially** [3] - 60:2, 61:23, 138:18
**essential** [1] - 166:25
**essentially** [5] - 60:3, 123:17, 137:15, 138:1, 138:13
**establish** [2] - 241:19, 241:23
**established** [7] - 64:16, 172:18, 180:15, 184:18, 195:3, 203:9, 232:9
**estimate** [3] - 7:6, 173:16, 175:22
**estimated** [2] - 104:11, 176:1
**estimates** [1] - 7:7
**estimation** [1] - 179:7
**et** [4] - 6:6, 122:21, 124:14, 212:20
**ETH** [9] - 53:21, 181:2, 181:20, 182:12, 182:15, 182:17, 186:10, 195:19, 202:15
**Ethan** [1] - 2:8
**Ethereum** [1] - 249:2
**Etherscan** [12] - 29:4,

52:9, 53:24, 129:21, 129:23, 130:3, 130:5, 130:13, 138:10, 171:11, 195:9, 196:8
etherscan [1] - 129:25
ETHs [6] - 183:19, 184:2, 186:4, 194:12, 194:24, 196:19
evaluate [7] - 30:4, 152:21, 172:7, 190:21, 199:17, 199:25, 203:4
evaluated [1] - 152:15
evaluating [1] - 152:19
evening [2] - 35:11, 85:5
event [5] - 7:1, 35:14, 54:17, 62:6, 62:8
events [11] - 54:7, 115:3, 115:17, 116:11, 122:19, 178:10, 179:2, 179:14, 179:17, 180:14, 180:16
Eveready [13] - 141:7, 142:17, 143:6, 143:9, 143:10, 143:20, 144:3, 144:20, 144:25, 146:16, 153:16, 153:19, 167:20
EVIDENCE [1] - 5:8
evidence [115] - 8:4, 8:17, 9:7, 9:9, 11:20, 12:1, 15:7, 15:14, 15:22, 26:14, 26:18, 26:19, 41:4, 56:16, 68:24, 69:4, 71:14, 72:2, 74:16, 75:3, 76:23, 78:6, 79:16, 80:2, 81:14, 89:10, 97:14, 101:16, 101:20, 102:1, 103:7, 108:4, 110:14, 110:18, 110:21, 111:1, 114:5, 114:8, 114:9, 117:25, 118:3, 118:4, 118:12, 119:25, 126:5, 126:11, 130:9, 137:18, 140:20, 140:21, 140:22, 161:21, 162:6, 162:18, 163:13, 164:7, 164:13, 168:11, 168:19,

170:8, 170:9, 174:2, 179:10, 179:23, 183:10, 183:17, 188:9, 188:17, 192:23, 192:24, 192:25, 193:8, 193:23, 194:1, 194:15, 195:7, 195:25, 196:6, 196:25, 200:9, 200:17, 200:18, 203:11, 205:11, 205:14, 205:20, 207:8, 207:13, 209:7, 209:9, 209:13, 209:14, 211:11, 211:15, 211:16, 213:16, 213:21, 213:23, 224:7, 224:10, 224:23, 225:6, 225:12, 225:19, 230:10, 230:11, 236:25, 237:2, 237:6, 237:7, 239:16, 239:21, 250:7, 250:11, 254:19
evident [1] - 134:6
exact [18] - 29:11, 50:8, 52:1, 52:13, 56:4, 57:3, 58:5, 60:5, 63:15, 63:21, 64:10, 64:11, 65:15, 243:11, 249:5, 252:9
exactly [16] - 17:12, 17:23, 27:23, 36:17, 45:25, 46:4, 47:10, 56:7, 99:19, 113:4, 121:15, 147:11, 157:14, 161:1, 179:24, 242:21
EXAMINATION [54] - 3:9, 3:9, 3:10, 3:10, 3:12, 3:12, 3:13, 3:13, 3:15, 3:15, 3:16, 3:17, 3:18, 3:18, 3:20, 3:20, 3:21, 3:22, 3:23, 3:23, 4:8, 4:9, 4:9, 4:10, 4:10, 4:12, 4:13, 11:1, 12:15, 51:7, 62:16, 68:5, 69:15, 94:17, 100:22, 102:21, 103:14, 121:5, 125:20, 126:14, 136:3, 140:7, 141:18, 166:22, 169:22, 170:16, 200:19, 204:19,

205:16, 214:5, 219:25, 221:8, 223:22, 224:14
examination [10] - 7:23, 10:12, 25:16, 66:8, 66:17, 100:25, 141:10, 159:15, 165:25, 224:13
examine [8] - 9:15, 12:13, 69:13, 103:12, 126:12, 141:16, 170:14, 205:15
examined [4] - 109:6, 110:4, 110:6, 114:11
example [26] - 9:3, 20:13, 73:23, 90:8, 92:11, 92:25, 99:2, 107:16, 115:5, 117:2, 124:6, 127:17, 128:9, 133:5, 134:1, 138:11, 147:6, 163:3, 173:9, 179:25, 184:5, 193:10, 201:8, 202:11, 238:23, 249:3
examples [2] - 53:14, 215:17
exception [1] - 8:1
excerpt [2] - 111:2, 181:12
excerpted [1] - 45:13
exchange [1] - 121:24
excited [2] - 244:19, 246:20
exclude [1] - 9:24
excluded [2] - 9:22, 9:23
excluding [1] - 9:20
exclusive [1] - 97:24
exclusivity [1] - 96:14
excuse [5] - 25:7, 49:15, 211:10, 228:21, 247:10
excused [6] - 101:14, 125:3, 125:5, 139:13, 139:15, 223:3
execute [1] - 98:5
executed [1] - 98:9
executives [2] - 149:8, 215:13
exercise [6] - 8:13, 143:4, 143:5, 145:5, 184:21, 201:18
EXHIBIT [1] - 5:5
exhibit [25] - 8:17, 9:1, 9:3, 9:8, 15:9, 25:17,

66:19, 78:23, 79:21, 80:15, 81:5, 101:19, 105:17, 105:18, 122:13, 124:12, 124:14, 137:11, 181:5, 181:19, 181:24, 230:5, 235:6, 244:21, 245:10
Exhibit [60] - 5:6, 5:9, 5:10, 5:10, 5:11, 5:11, 5:12, 5:12, 5:13, 5:13, 5:14, 5:14, 5:15, 5:15, 5:16, 5:16, 5:17, 5:17, 5:18, 5:18, 5:19, 5:19, 5:20, 5:20, 5:21, 5:21, 5:22, 5:22, 8:1, 8:2, 12:1, 26:19, 36:12, 55:22, 69:3, 72:2, 74:16, 75:3, 78:6, 79:16, 80:2, 81:14, 102:1, 110:18, 111:1, 114:9, 126:6, 126:7, 126:10, 196:6, 200:18, 205:13, 207:13, 209:14, 211:16, 213:21, 224:9, 237:7, 239:21, 250:11
exhibiting [1] - 106:23
EXHIBITS [1] - 5:1
exhibits [34] - 7:10, 7:13, 7:17, 7:19, 7:22, 7:25, 8:2, 8:3, 8:5, 8:20, 8:25, 9:4, 9:6, 10:11, 11:21, 11:24, 66:4, 66:5, 66:17, 66:22, 67:1, 68:25, 79:2, 79:9, 103:7, 103:8, 109:13, 126:5, 140:22, 170:8, 182:2, 205:11, 224:7
Exhibits [7] - 7:19, 7:21, 8:6, 8:9, 8:21, 11:22, 126:6
existed [8] - 161:13, 162:2, 162:5, 162:7, 162:19, 163:11, 163:14, 231:19
existence [1] - 180:4
existing [4] - 178:22, 231:16, 249:10, 255:10
exists [3] - 33:23, 34:9, 34:15
expand [1] - 227:25

expect [7] - 7:22, 66:6, 124:1, 157:14, 220:4, 220:5, 221:10
expectation [3] - 211:5, 220:7, 220:10
expected [3] - 220:20, 220:25, 221:3
expenditures [5] - 86:7, 173:9, 173:15, 173:23, 173:25
expenses [2] - 173:11, 174:5
experience [5] - 127:5, 127:7, 218:11, 218:13, 234:9
experiment [2] - 179:19, 185:10
expert [25] - 22:22, 22:23, 103:20, 119:8, 135:9, 147:4, 147:5, 171:23, 171:25, 172:3, 172:6, 172:10, 172:15, 177:10, 185:23, 188:3, 188:7, 188:20, 193:4, 193:19, 193:22, 193:24, 200:24, 200:25, 203:16
expertise [4] - 103:22, 134:12, 135:8, 135:14
experts [1] - 170:23
explain [6] - 84:11, 121:11, 122:2, 122:12, 123:12, 145:6
explained [2] - 44:9, 180:7
explaining [1] - 24:18
explains [1] - 244:5
explanation [1] - 158:2
explanations [2] - 122:6
explicitly [1] - 72:11
expose [1] - 141:9
expressed [1] - 178:21
extended [1] - 70:8
extension [1] - 178:22
extent [1] - 202:22
extinguishing [1] - 133:13
extra [1] - 145:16
extracting [1] - 190:8
extremely [4] - 20:7, 53:1, 53:22, 58:19

**eye** [1] - 149:2
**eyes** [1] - 138:15

# F

**facilitate** [1] - 137:19
**facing** [2] - 60:13, 100:11
**fact** [34] - 13:9, 13:10, 18:18, 27:21, 35:10, 51:18, 70:1, 71:3, 100:12, 115:23, 115:24, 118:16, 120:21, 122:4, 124:16, 133:17, 134:20, 136:16, 147:12, 157:13, 168:6, 179:22, 188:16, 193:17, 194:7, 194:11, 194:24, 195:3, 211:6, 231:5, 234:25, 238:1, 255:8
**factor** [4] - 123:4, 123:6, 144:3, 184:10
**factoring** [2] - 220:21
**factors** [5] - 143:8, 144:2, 185:18, 185:20, 185:21
**failed** [1] - 111:25
**failure** [2] - 193:4, 193:5
**fair** [12] - 19:11, 26:11, 37:19, 42:16, 77:4, 115:19, 152:18, 175:7, 249:8, 250:5, 253:1
**fairly** [1] - 133:16
**fake** [10] - 29:12, 31:16, 58:4, 61:3, 64:13, 79:20, 83:21, 83:22, 84:3, 96:13
**fakes** [2] - 57:25, 99:25
**fame** [3] - 144:12, 144:15, 144:18
**familiar** [9] - 54:21, 111:4, 129:20, 158:16, 181:10, 225:8, 235:23, 250:22, 250:23
**family** [3] - 38:18, 38:21, 41:16
**Famous** [1] - 114:12
**Fans** [1] - 111:10
**FAQ** [11] - 25:13, 26:5, 26:6, 26:8, 27:10, 27:18, 70:22, 73:5, 76:8, 76:9, 95:4
**FAQs** [1] - 27:21

**far** [6] - 53:25, 70:5, 135:15, 174:21, 230:8, 238:12
**Fares** [1] - 2:9
**fast** [2] - 67:23, 67:24
**Fat** [1] - 58:14
**Fear** [1] - 109:23
**feared** [1] - 41:16
**feasible** [1] - 184:23
**feature** [1] - 138:1
**February** [8] - 173:4, 174:13, 175:18, 185:22, 186:3, 198:2, 246:12, 247:10
**fees** [6] - 48:17, 48:22, 190:25, 202:9, 210:3, 234:9
**fell** [1] - 184:7
**female** [1] - 124:9
**FENWICK** [2] - 2:4, 2:7
**Fenwick** [1] - 6:9
**few** [11] - 143:8, 149:24, 159:20, 161:17, 165:25, 170:12, 180:13, 187:24, 199:5, 245:15, 249:6
**field** [4] - 130:21, 131:8, 134:10, 134:13
**fields** [4] - 134:7, 134:16, 134:19, 190:21
**figure** [13] - 150:14, 153:14, 173:1, 174:25, 176:15, 177:5, 177:7, 178:4, 178:11, 181:22, 182:16, 190:23, 201:14
**Figure** [13] - 107:16, 115:5, 116:12, 122:13, 124:21, 153:13, 153:14, 156:2, 168:3, 172:21, 172:23, 175:12
**figured** [1] - 54:14
**figures** [3] - 173:5, 173:17, 173:19
**Figures** [1] - 167:20
**filed** [14] - 7:3, 7:5, 7:6, 7:11, 7:12, 7:15, 8:7, 49:15, 83:2, 91:22, 250:14, 251:4, 252:3, 253:21
**filing** [1] - 89:25
**film** [1] - 61:1

**final** [12] - 7:3, 7:6, 7:11, 11:15, 125:24, 140:13, 170:2, 236:14, 240:4, 240:15, 240:22, 255:15
**finally** [2] - 54:2, 168:9
**financial** [5] - 229:9, 232:1, 235:2, 237:23, 238:5
**fine** [2] - 9:25, 10:1
**Finger** [1] - 58:14
**finish** [1] - 245:18
**finished** [2] - 115:12
**firm** [3] - 171:6, 171:8, 201:9
**firms** [1] - 201:8
**first** [29] - 7:17, 9:1, 9:3, 9:16, 9:17, 10:4, 13:23, 27:2, 54:8, 62:4, 63:4, 66:2, 115:24, 115:25, 122:9, 140:23, 144:19, 144:22, 159:21, 162:1, 172:2, 172:6, 174:10, 189:6, 253:1, 253:14, 254:7, 254:18, 254:21
**five** [6] - 120:4, 159:8, 159:10, 228:2, 244:5, 244:11
**flat** [2] - 109:12, 109:14
**flaws** [1] - 141:10
**flew** [1] - 230:12
**flexibility** [1] - 136:14
**flip** [3] - 11:14, 68:14, 103:1
**floor** [24] - 124:17, 125:1, 175:21, 176:8, 178:6, 180:8, 180:23, 181:1, 181:17, 181:19, 182:4, 182:8, 182:11, 182:23, 183:4, 184:2, 184:6, 184:10, 185:16, 185:17, 185:19, 185:23, 198:2, 198:6
**Floor** [1] - 2:9
**flow** [3] - 150:11, 151:1, 156:19
**focus** [16] - 19:23, 19:11, 20:19, 34:7, 40:19, 43:3, 43:10, 47:5, 85:3, 87:12, 116:22, 117:11, 117:15, 117:24,

119:2, 119:25, 145:7, 161:17, 175:13
**focused** [13] - 29:15, 44:16, 85:4, 105:17, 106:9, 116:9, 124:9, 149:11, 165:21, 182:8, 190:6, 190:10, 218:23
**focusing** [1] - 89:14
**follow** [2] - 233:4, 233:22
**follow-up** [1] - 233:22
**followed** [1] - 233:6
**followers** [1] - 59:18
**following** [7] - 106:11, 106:18, 106:22, 145:25, 146:3, 167:25, 190:3
**follows** [11] - 10:24, 68:4, 69:7, 102:20, 125:19, 140:6, 142:16, 142:17, 169:21, 204:18, 223:21
**Foods** [1] - 29:9
**foot** [2] - 97:22, 98:16
**Footnote** [2] - 183:23, 183:24
**footnote** [1] - 155:20
**FOR** [3] - 2:3, 2:12, 5:3
**Forbes** [1] - 90:9
**forgive** [1] - 209:8
**form** [10] - 7:6, 73:3, 162:3, 162:19, 162:22, 186:15, 186:18, 188:21, 225:15, 238:13
**forth** [4] - 8:6, 8:9, 8:21, 8:23
**Fortune** [1] - 90:11
**forward** [5] - 54:12, 177:18, 193:3, 193:20, 194:15
**foundation** [5] - 37:17, 42:10, 42:11, 84:13, 113:1
**Foundation** [47] - 29:5, 29:7, 43:2, 44:10, 44:25, 45:4, 45:7, 51:25, 52:13, 60:6, 65:14, 134:5, 134:19, 134:25, 153:15, 153:19, 154:3, 156:20, 157:2, 159:25, 160:14, 160:20, 160:23, 160:25, 161:1, 161:4,

161:12, 161:13, 161:22, 162:9, 162:11, 162:12, 163:8, 163:9, 164:7, 167:20, 168:6, 168:10, 168:16, 168:25, 200:2, 202:25, 213:1, 213:2, 213:6, 219:9, 219:14
**Foundation's** [1] - 54:20
**founder** [2] - 12:19, 19:24
**Founder** [1] - 149:4
**founders** [3] - 56:9, 56:10, 126:18
**four** [9] - 29:24, 79:9, 161:23, 162:5, 164:9, 164:14, 173:19, 205:11, 234:4
**four-person** [1] - 234:4
**fourth** [2] - 168:4, 189:9
**frame** [4] - 162:7, 199:14, 199:21, 244:17
**framework** [2] - 63:6, 163:20
**Francisco** [1] - 2:10
**frankly** [2] - 59:17, 60:24
**fraud** [5] - 229:10, 232:1, 235:2, 237:23, 238:5
**fraudulent** [2] - 60:12, 100:12
**free** [1] - 249:10
**frequently** [1] - 27:19
**friction** [6] - 211:20, 211:24, 218:6, 218:14, 218:19, 218:22
**Friday** [4] - 6:25, 246:2, 246:22, 247:1
**friends** [1] - 44:13
**front** [22] - 11:11, 26:1, 68:11, 76:15, 80:20, 81:7, 83:23, 100:11, 102:24, 104:13, 185:12, 204:22, 204:24, 206:17, 223:24, 227:4, 228:7, 230:4, 235:9, 248:25, 249:14, 253:22
**front-end** [1] - 83:23
**front-ends** [1] -

253:22
**front-facing** [1] - 100:11
**Fulfilled** [1] - 243:20
**full** [14] - 6:25, 39:3, 39:5, 63:4, 75:25, 76:11, 92:21, 94:23, 177:2, 203:2, 204:12, 238:10, 239:4, 245:22
**full-on** [2] - 39:3, 39:5
**fully** [5] - 23:16, 65:21, 141:9, 247:22, 248:2
**functionality** [1] - 231:15
**functioning** [4] - 246:23, 247:2, 247:23, 248:3
**functions** [1] - 187:18
**funny** [1] - 93:17
**FURTHER** [2] - 4:10, 221:8
**furthermore** [1] - 254:6
**future** [5] - 66:11, 104:24, 136:10, 234:15, 234:24

G

**gain** [3] - 174:21, 199:17, 203:2
**gained** [1] - 175:5
**gains** [11] - 184:18, 186:9, 188:4, 188:22, 189:14, 189:22, 193:9, 193:20, 203:5, 203:13
**Game** [2] - 111:10, 111:11
**game** [4] - 22:7, 22:9, 22:11, 22:20
**Games** [1] - 201:4
**gaming** [1] - 21:18
**garnered** [1] - 59:17
**gas** [2] - 187:4, 187:21
**gathers** [1] - 129:25
**gating** [1] - 151:4
**general** [4] - 106:14, 134:11, 135:1, 233:17
**generally** [8] - 104:2, 104:3, 104:4, 104:14, 127:12, 142:20, 162:23, 198:10
**generate** [2] - 29:1, 253:25
**generated** [2] - 13:1,

254:4
**given** [7] - 12:22, 60:4, 95:1, 124:1, 138:10, 182:15, 191:7
**Glad** [1] - 15:8
**glance** [1] - 138:15
**global** [1] - 22:12
**Goal** [1] - 232:13
**goal** [6] - 232:23, 233:5, 235:1, 238:3, 238:11, 238:13
**goals** [2] - 231:10, 238:7
**God** [9] - 10:16, 67:14, 96:21, 102:10, 125:11, 139:22, 169:12, 204:6, 223:11
**Gold** [5] - 20:16, 53:20, 75:5, 75:16, 81:8
**goodwill** [6] - 13:5, 13:11, 13:21, 13:24, 59:11, 176:22
**Gorilla** [15] - 156:4, 156:6, 156:10, 156:11, 156:16, 156:17, 156:21, 156:23, 156:24, 157:10, 157:11, 158:1, 158:22, 158:23
**GOSMA** [54] - 3:15, 3:18, 3:23, 4:12, 103:13, 103:15, 105:24, 108:13, 108:16, 109:17, 109:19, 110:13, 110:20, 111:2, 113:10, 113:16, 113:18, 114:4, 114:10, 120:2, 120:4, 120:6, 120:7, 125:4, 126:15, 130:8, 130:10, 132:21, 132:23, 133:10, 133:12, 133:24, 136:1, 136:20, 137:2, 139:14, 170:17, 171:2, 181:17, 181:19, 195:24, 196:2, 196:7, 196:8, 200:6, 200:8, 200:12, 203:20, 223:6, 223:18, 223:23, 237:4, 239:18, 250:9
**Gosma** [7] - 2:16, 6:12, 6:18, 121:24,

121:25, 122:19, 200:21
**Gosma's** [1] - 122:3
**Graffiti** [1] - 114:12
**graffiti** [3] - 122:7, 122:16, 122:20
**Grand** [1] - 2:17
**Grandpa** [1] - 153:3
**grant** [1] - 24:2
**granted** [6] - 70:1, 70:14, 70:25, 71:1, 71:3, 72:5
**great** [4] - 99:2, 136:19, 226:13, 236:1
**greater** [1] - 136:14
**Greg** [2] - 10:7, 10:20
**GREG** [3] - 3:8, 10:20, 10:22
**Greg's** [1] - 136:12
**Grill** [3] - 20:16, 75:5, 75:16
**Grin** [3] - 20:16, 75:5, 75:16
**grocery** [1] - 18:6
**Group** [3] - 166:5, 166:8, 201:13
**group** [7] - 153:22, 153:25, 154:2, 155:5, 156:7, 156:16, 156:22
**guarantee** [1] - 133:18
**Gucci** [4] - 64:12, 64:14, 99:2, 99:3
**guess** [3] - 193:3, 203:23, 252:16
**guessing** [1] - 107:12
**guys** [1] - 54:21

H

**H-i-c-k-m-a-n** [1] - 204:15
**hac** [1] - 2:13
**Hale** [2] - 6:13, 6:19
**HALE** [2] - 2:13, 2:16
**half** [1] - 62:3
**hand** [9] - 10:13, 46:17, 54:15, 125:8, 139:19, 142:19, 142:25, 204:3, 223:8
**handbags** [1] - 64:13
**handed** [1] - 79:8
**handle** [4] - 7:25, 10:8, 70:16, 168:22
**handled** [1] - 244:10
**hands** [1] - 94:9
**happy** [7] - 25:19, 84:11, 200:3, 237:11, 239:12,

239:13, 245:8
**hard** [6] - 7:9, 46:16, 46:17, 84:7, 84:10, 182:14
**harm** [31] - 30:6, 34:21, 35:3, 35:7, 57:9, 59:25, 61:11, 108:18, 108:19, 108:23, 108:25, 115:21, 115:24, 115:25, 116:1, 116:2, 118:5, 118:12, 121:25, 122:4, 174:20, 176:3, 176:4, 176:16, 176:18, 176:19, 176:21, 176:22, 180:2, 184:22
**harmed** [3] - 57:22, 97:10, 208:10
**harms** [2] - 58:5, 97:15
**Harry** [1] - 61:2
**hat** [8] - 79:4, 79:12, 79:17, 80:23, 95:11, 95:12, 95:17, 247:7
**hate** [4] - 118:18, 118:24, 119:10, 119:14
**hats** [1] - 97:5
**head** [2] - 186:1, 197:18
**headband** [1] - 74:20
**Headband** [4] - 20:15, 74:18, 75:12, 75:16
**headed** [1] - 7:18
**headline** [2] - 109:18, 114:11
**hear** [2] - 120:17, 232:10
**heard** [10] - 72:19, 72:21, 72:23, 120:10, 120:12, 174:19, 188:23, 194:13, 202:14, 234:19
**hearing** [2] - 194:15, 227:15
**held** [5] - 62:4, 126:23, 197:4, 198:1, 243:8
**help** [17] - 10:16, 11:8, 23:1, 23:4, 25:19, 29:17, 67:14, 102:10, 125:11, 136:10, 139:22, 169:12, 204:6, 223:11, 227:25, 234:8, 251:19
**helpful** [1] - 142:6

**helps** [2] - 29:21, 107:11
**hexagon** [1] - 99:21
**HICKMAN** [2] - 4:8, 204:16
**Hickman** [31] - 5:10, 28:3, 28:6, 28:10, 53:6, 75:18, 77:20, 187:7, 187:9, 187:22, 192:8, 196:15, 196:23, 204:2, 204:9, 204:14, 204:21, 205:18, 206:15, 206:17, 206:20, 207:8, 207:13, 207:14, 214:7, 220:2, 221:6, 244:16, 245:14, 248:12, 253:19
**high** [2] - 190:13, 191:5
**higher** [2] - 124:23, 179:6
**highlighted** [1] - 186:10
**himself** [1] - 38:18
**hip** [1] - 75:8
**hip-hop** [1] - 75:8
**Hip** [3] - 20:16, 75:5, 75:15
**Hip-Hop** [3] - 20:16, 75:5, 75:15
**hired** [1] - 193:4
**hold** [2] - 197:14, 204:11
**holder** [1] - 180:4
**holders** [8] - 57:18, 94:25, 95:5, 100:3, 179:23, 183:18, 201:5
**holding** [2] - 158:23, 238:21
**holdout** [2] - 180:3, 184:4
**holdouts** [7] - 176:11, 179:5, 179:20, 180:10, 184:14, 185:7
**home** [4] - 98:22, 162:1, 164:23, 165:21
**Honor** [87] - 6:11, 6:17, 6:24, 8:14, 8:15, 9:11, 9:12, 9:18, 9:23, 10:2, 10:3, 12:14, 25:18, 25:23, 36:7, 48:5, 48:8, 51:5, 56:16, 62:10, 62:14, 65:25,

66:12, 66:20, 67:3,
67:9, 68:1, 69:14,
72:1, 78:22, 79:5,
84:7, 84:10, 94:16,
100:17, 101:15,
101:18, 102:2,
102:3, 103:13,
110:13, 110:20,
114:4, 120:2, 121:4,
125:4, 126:13,
136:20, 137:2,
139:14, 141:14,
141:15, 159:11,
159:16, 160:17,
166:20, 169:4,
170:15, 182:16,
195:24, 196:4,
200:8, 200:15,
203:20, 203:24,
204:1, 207:7,
207:11, 209:7,
209:11, 211:13,
213:11, 213:14,
213:19, 214:3,
219:23, 221:5,
221:7, 223:2, 223:6,
223:18, 234:11,
237:1, 237:4,
239:18, 250:9,
251:10
**hop** [1] - 75:8
**Hop** [3] - 20:16, 75:5,
75:15
**hope** [1] - 198:15
**Hopes** [1] - 15:15
**hoping** [1] - 220:18
**horrible** [1] - 229:10
**host** [1] - 145:12
**hot** [1] - 72:17
**hour** [4] - 104:8,
166:6, 166:9
**hourly** [4] - 104:8,
171:5, 171:6, 200:21
**hours** [8] - 104:12,
236:14, 240:4,
240:15, 240:23,
245:15, 245:19,
248:5
**house** [1] - 88:10
**hovering** [1] - 182:20
**huge** [1] - 62:2
**human** [3] - 138:9,
138:16, 138:21
**humor** [2] - 93:14,
93:16
**hundreds** [4] - 77:11,
77:18, 77:21, 231:1
**hurt** [2] - 124:10,
208:17
**hwonder** [1] - 248:11

**hype** [2] - 232:24,
233:8
**hypothetical** [3] -
119:9, 175:24,
184:22
**hypothetically** [1] -
176:5
**hypotheticals** [2] -
119:8, 149:25

I

**iconography** [1] -
229:10
**ID** [12] - 54:1, 56:12,
131:19, 210:12,
210:14, 210:15,
210:17, 210:22,
211:4, 211:6
**idea** [4] - 203:5,
217:13, 217:21,
218:19
**ideaing** [2] - 212:10,
218:10
**ideal** [1] - 133:19
**ideas** [5] - 210:2,
210:3, 210:5,
211:22, 212:1
**ideating** [1] - 234:5
**ideation** [2] - 211:21,
231:23
**identical** [10] - 47:22,
51:21, 56:11, 58:4,
65:9, 129:14, 211:6,
222:1
**IDENTIFICATION** [1] -
5:3
**identification** [3] -
36:9, 36:12, 36:14
**identified** [20] - 11:21,
35:2, 35:6, 42:22,
43:4, 43:11, 44:6,
44:18, 81:23, 86:11,
86:19, 87:23, 91:3,
115:22, 179:5,
188:5, 189:14,
193:22, 193:25,
196:14
**identifies** [1] - 244:8
**identify** [42] - 18:18,
18:23, 19:2, 19:8,
19:13, 35:10, 52:18,
53:16, 53:17, 54:9,
60:12, 64:16, 64:22,
78:14, 85:5, 86:23,
87:1, 87:4, 87:7,
87:14, 88:3, 88:11,
88:15, 88:18, 88:25,
89:3, 89:7, 101:7,
125:22, 138:11,

138:20, 140:9,
142:18, 142:25,
161:21, 162:6,
163:13, 165:15,
169:25, 187:2,
188:4, 188:13
**identifying** [1] - 222:2
**IDs** [5] - 56:7, 210:14,
210:19, 211:6, 244:9
**ignore** [2] - 96:1, 96:6
**illegally** [1] - 203:15
**illegitimate** [1] -
221:13
**illustrative** [1] - 184:5
**image** [35] - 34:5,
45:18, 45:22, 45:24,
46:1, 46:9, 46:13,
46:14, 46:25, 47:3,
47:6, 92:21, 111:17,
111:18, 147:17,
147:21, 147:23,
147:25, 154:25,
156:17, 156:19,
156:23, 157:5,
167:23, 167:25,
212:9, 212:10,
221:21, 233:7,
233:11, 238:17,
238:19
**imagery** [15] - 14:10,
14:15, 19:22, 20:22,
70:9, 70:21, 73:23,
74:6, 120:14,
120:22, 158:12,
214:24, 215:1,
215:2, 221:13
**images** [33] - 19:25,
20:3, 20:6, 20:9,
51:21, 56:3, 70:17,
71:9, 74:10, 74:23,
101:3, 120:22,
153:25, 154:3,
154:4, 156:10,
156:13, 157:2,
167:19, 167:25,
221:16, 221:17,
221:18, 221:25,
222:1, 222:6, 222:7,
222:10, 222:13,
222:14, 233:13,
233:16, 233:19
**imagine** [1] - 150:2
**immediately** [2] -
27:22, 57:12
**immutably** [1] - 139:8
**impact** [21] - 12:22,
29:2, 30:4, 30:8,
30:12, 124:3,
124:18, 168:12,
168:20, 179:4,

179:19, 179:25,
182:2, 207:19,
207:22, 207:25,
208:9, 216:5,
216:11, 216:13,
216:18
**impacted** [3] - 105:11,
115:3, 115:17
**implying** [1] - 57:17
**importance** [1] - 167:5
**important** [12] - 8:12,
57:25, 60:11, 71:9,
114:18, 123:21,
142:18, 142:24,
143:4, 216:14,
238:11, 241:10
**impossible** [3] - 96:1,
129:10, 231:13
**imprecision** [1] -
113:8
**inapplicable** [1] -
17:22
**Inc** [3] - 6:6, 6:10,
206:20
**incentivize** [1] -
232:14
**incident** [5] - 23:14,
122:7, 122:16,
122:20, 122:21
**include** [10] - 65:6,
100:3, 106:12,
106:19, 128:11,
160:3, 199:16,
201:3, 201:4, 202:11
**included** [10] - 153:25,
154:4, 156:14,
156:15, 156:17,
176:24, 178:3,
196:25, 197:3,
198:22
**includes** [6] - 7:17,
65:11, 92:12, 128:8,
225:18, 238:20
**including** [10] - 12:11,
16:21, 50:21, 53:22,
69:1, 121:19,
136:16, 193:7,
218:18, 222:19
**inclusion** [1] - 167:13
**incorporate** [1] -
249:6
**incorrect** [4] - 49:3,
116:4, 240:19, 250:1
**increase** [9] - 48:13,
48:20, 48:25, 57:19,
108:3, 179:15,
182:4, 182:8, 183:4
**increased** [8] -
106:24, 107:2,
107:9, 107:19,

119:22, 181:1,
184:16, 185:9
**incredibly** [1] - 161:7
**incremental** [1] -
167:15
**incurred** [5] - 173:15,
199:25, 230:1,
230:6, 230:11
**indeed** [2] - 219:4,
219:10
**INDEX** [3] - 3:5, 4:5,
5:1
**indicate** [3] - 9:5,
192:23, 202:19
**indicated** [3] - 10:11,
155:22, 179:24
**indicates** [1] - 7:18
**indicating** [1] - 9:1
**indirect** [1] - 237:16
**indirectly** [7] - 237:19,
237:22, 237:24,
238:3, 238:5,
238:24, 239:1
**indistinguishable** [1]
- 129:15
**individual** [3] - 180:3,
183:18, 201:5
**individuals** [4] -
83:24, 120:17,
187:12, 197:2
**infer** [1] - 135:17
**information** [10] -
129:16, 132:1,
138:19, 138:23,
179:18, 181:11,
190:10, 193:2,
201:24, 243:12
**infrastructure** [1] -
247:15
**infringe** [1] - 77:9
**infringement** [5] -
97:2, 97:4, 172:8,
172:12, 174:1
**infringers** [1] - 60:17
**infringing** [19] - 55:7,
56:12, 57:14, 57:17,
59:3, 60:22, 77:12,
77:15, 95:18, 99:12,
116:6, 175:6, 185:4,
188:12, 188:25,
189:5, 190:6, 195:5,
203:16
**ingredient** [1] - 166:25
**initial** [9] - 43:15,
171:19, 177:18,
177:24, 179:21,
179:24, 180:8,
202:17
**initiated** [2] - 130:20,
250:12

injunction [14] - 50:1, 50:17, 50:24, 50:25, 51:1, 51:12, 59:20, 93:19, 94:5, 100:6, 142:4, 142:8, 198:18, 230:16
injunctive [1] - 184:24
Input [1] - 130:23
input [2] - 52:10, 130:24
inquiries [4] - 88:9, 88:12, 88:19, 88:23
inquiry [2] - 88:16, 203:8
insensitive [3] - 22:3, 73:23, 101:4
inside [1] - 212:10
insider [1] - 14:2
insiders [2] - 13:18, 13:24
inspection [1] - 134:4
instance [23] - 42:22, 43:4, 43:11, 44:6, 44:18, 53:16, 70:17, 74:4, 83:16, 95:11, 131:10, 134:4, 134:7, 134:24, 135:1, 137:15, 137:21, 137:22, 138:4, 176:5, 189:6, 189:9, 203:7
instances [6] - 53:17, 53:20, 134:1, 134:16, 134:18, 155:21
instant [5] - 86:2, 87:4, 87:7, 87:14, 87:24
instead [3] - 8:17, 117:9, 185:13
intellectual [6] - 27:3, 69:23, 70:7, 70:19, 201:1, 215:7
intend [3] - 7:24, 8:16, 9:5
intent [4] - 24:20, 25:1, 121:21, 142:1
intention [2] - 150:9, 240:25
interact [1] - 137:17
interacted [2] - 137:21, 138:3
interest [3] - 152:19, 215:20, 229:8
interested [3] - 99:19, 100:2, 152:8
interesting [1] - 98:3
interestingly [1] - 58:25
interface [4] - 83:23,

138:10, 249:2, 249:5
interfaces [1] - 137:18
internal [2] - 34:2, 35:11
internally [1] - 51:17
international [1] - 49:10
Internet [3] - 147:17, 222:15, 249:1
interpret [1] - 201:19
interpreting [1] - 217:15
interview [2] - 94:20, 94:23
intimidated [2] - 38:1, 38:12
INTO [1] - 5:8
intrinsic [1] - 197:25
introduce [1] - 54:7
introducing [1] - 167:4
inverse [1] - 70:11
invested [1] - 234:8
investigate [1] - 244:11
investors [3] - 61:21, 89:18, 96:3
invoking [1] - 9:19
involve [1] - 194:19
involved [2] - 22:14, 22:16
involving [4] - 172:3, 172:5, 188:11, 195:4
IP [19] - 70:1, 70:3, 70:10, 70:14, 70:24, 71:1, 71:2, 71:3, 71:7, 72:4, 72:24, 73:19, 74:2, 94:21, 95:1, 120:14, 215:7, 215:15, 215:19
irrelevant [1] - 41:4
irrespective [1] - 14:18
isolate [2] - 190:22, 193:8
isolated [1] - 145:20
isolating [1] - 203:12
issue [12] - 21:14, 50:2, 55:8, 66:3, 82:4, 154:6, 156:14, 163:17, 168:12, 168:20, 186:13, 207:16
issued [10] - 25:13, 27:18, 112:24, 118:9, 118:11, 118:16, 118:22, 160:25, 175:20, 187:19
issues [3] - 42:9,

124:2, 174:25
it'll [1] - 74:15
itself [7] - 17:13, 17:16, 34:5, 95:7, 117:23, 128:15, 160:11

J

January [3] - 49:6, 49:9, 134:9
Jason [1] - 15:21
JEREMY [2] - 4:12, 223:15
Jeremy [9] - 31:20, 32:2, 48:1, 53:5, 65:3, 223:6, 223:15, 223:19, 228:16
job [2] - 61:3, 193:19
join [5] - 214:11, 214:18, 214:20, 214:23, 227:25
joined [1] - 214:24
joint [5] - 7:6, 7:11, 7:13, 8:1, 8:2
joke [3] - 93:4, 93:6, 255:1
jokes [1] - 255:9
Jonah [2] - 102:6, 102:14
JONAH [3] - 3:14, 102:14, 102:18
journal [1] - 95:18
JTX [2] - 207:8, 207:9
JTX-1 [7] - 5:9, 11:25, 12:1, 12:11, 103:8, 140:22, 170:9
JTX-1037 [1] - 92:24
JTX-123 [5] - 5:12, 9:3, 9:6, 69:1, 69:3
JTX-137 [1] - 93:2
JTX-1557 [1] - 103:9
JTX-1558 [3] - 5:15, 126:10, 131:14
JTX-1612 [1] - 140:24
JTX-1615 [2] - 69:2, 69:3
JTX-1620 [3] - 5:9, 11:25, 12:1
JTX-1624 [2] - 181:4, 181:5
JTX-1626 [1] - 170:11
JTX-2035 [1] - 15:22
JTX-2039 [1] - 16:5
JTX-2085 [7] - 5:6, 5:18, 36:4, 36:12, 36:14, 62:22, 62:23
JTX-224 [5] - 5:12, 74:9, 74:13, 74:16, 74:17

JTX-225 [6] - 5:13, 74:22, 74:23, 75:1, 75:3, 75:4
JTX-235 [4] - 5:13, 77:24, 78:3, 78:6
JTX-24 [1] - 81:9
JTX-2401 [5] - 5:18, 79:22, 79:23, 80:2, 80:3
JTX-2403 [6] - 5:19, 81:6, 81:7, 81:10, 81:14, 81:15
JTX-241 [1] - 80:25
JTX-2410 [9] - 5:19, 80:16, 80:17, 80:19, 80:20, 81:2, 101:16, 101:19, 102:1
JTX-2413 [5] - 5:20, 79:13, 79:14, 79:16, 79:17
JTX-2592 [1] - 15:7
JTX-2599 [1] - 15:14
JTX-2672 [5] - 5:20, 71:10, 71:20, 71:24, 72:2
JTX-2673 [3] - 5:17, 205:12, 205:13
JTX-2676 [3] - 5:16, 224:8, 224:9
JTX-2710 [4] - 5:21, 195:9, 195:24, 196:6
JTX-2711 [4] - 5:21, 196:7, 200:9, 200:18
JTX-2715 [5] - 5:22, 110:10, 110:20, 110:21, 111:1
JTX-2722 [9] - 5:22, 25:17, 25:24, 26:1, 26:14, 26:19, 26:23
JTX-28 [5] - 5:10, 213:4, 213:6, 213:16, 213:21
JTX-306 [3] - 5:14, 109:17, 110:18
JTX-307 [3] - 5:14, 114:3, 114:9
JTX-308 [1] - 172:22
JTX-42 [5] - 5:11, 208:14, 209:7, 209:12, 209:14
JTX-44 [5] - 5:11, 210:20, 211:11, 211:14, 211:16
JTX-600 [5] - 5:15, 126:6, 126:10, 130:8, 130:13
JTX-686 [5] - 45:12, 45:18, 45:22, 46:10, 46:25
JTX-689 [1] - 255:14

JTX-696 [3] - 5:15, 236:1, 237:7
JTX-697 [4] - 5:16, 238:16, 239:21
JTX-705 [3] - 5:16, 224:8, 224:9
JTX-801 [15] - 5:17, 205:12, 205:13, 205:13, 211:10, 213:22, 216:1, 218:2, 232:6, 232:22, 242:2, 243:3, 243:13, 244:21, 248:10, 250:20
JTX-801.0 [1] - 211:17
JTX-806 [2] - 136:24, 137:7
JTX-938 [5] - 5:17, 249:12, 249:14, 250:6, 250:11
judgment [6] - 39:10, 55:5, 207:6, 207:18, 207:21, 207:24
JULY [3] - 3:2, 4:2, 6:1
July [3] - 7:3, 7:12, 7:15
June [60] - 105:15, 106:2, 106:5, 109:6, 161:13, 161:15, 161:19, 161:23, 161:24, 162:20, 162:25, 163:4, 163:7, 163:11, 163:14, 164:20, 165:13, 165:16, 177:19, 178:8, 178:20, 179:13, 180:4, 180:11, 183:1, 186:5, 199:9, 199:13, 199:14, 199:21, 200:1, 231:10, 233:1, 233:2, 236:2, 236:3, 236:4, 236:11, 239:24, 241:14, 241:20, 242:3, 242:18, 243:14, 244:16, 244:23, 245:3, 245:5, 245:11, 246:22, 247:1, 247:10, 248:11, 251:3
jury [1] - 177:21

K

K-i-n-d-l-e-r [1] - 169:17
kamikaze [1] - 74:20
Kamikaze [1] - 75:16

**UNITED STATES DISTRICT COURT**

**keep** [2] - 55:23, 66:25
**Kennel** [3] - 21:4, 21:8, 21:13
**Kerem** [2] - 125:7, 125:15
**KEREM** [3] - 3:17, 125:15, 125:17
**kids** [1] - 215:18
**Kimberly** [1] - 2:5
**kind** [6] - 136:17, 179:19, 220:17, 229:4, 229:8, 247:7
**Kindler** [9] - 169:8, 169:16, 169:24, 170:18, 171:2, 189:11, 189:16, 200:21, 203:18
**KINDLER** [2] - 3:22, 169:19
**Kindler's** [1] - 183:11
**kinds** [2] - 229:10, 230:25
**knockoff** [1] - 175:21
**knowing** [1] - 190:20
**knowledge** [4] - 83:3, 85:12, 85:20, 85:23
**known** [3] - 21:18, 54:6, 124:7
**knows** [3] - 58:2, 138:11, 150:2
**Kotaku.com** [1] - 111:3

## L

**L-A-R-P** [1] - 39:6
**L-a-u-g-h-l-i-n** [1] - 140:2
**label** [1] - 255:4
**labeled** [2] - 11:22, 79:12
**Labs** [96] - 6:6, 6:10, 10:6, 12:20, 18:20, 18:25, 19:4, 23:8, 26:23, 32:4, 32:16, 32:18, 41:9, 42:20, 45:10, 45:20, 50:13, 51:11, 57:9, 57:23, 59:22, 59:24, 67:10, 78:8, 79:18, 80:12, 81:2, 81:16, 81:19, 82:8, 83:14, 83:16, 84:17, 84:20, 84:21, 84:23, 85:4, 85:6, 85:24, 86:10, 91:6, 93:18, 93:21, 93:24, 94:2, 94:5, 95:1, 95:18, 96:17, 96:19, 98:5, 98:9, 99:1, 99:6, 102:6, 103:24,

104:5, 104:20, 111:22, 118:2, 127:25, 136:6, 136:7, 136:11, 136:13, 155:13, 155:23, 172:11, 172:15, 172:17, 173:13, 174:16, 175:14, 175:25, 176:12, 176:19, 184:19, 185:3, 190:15, 193:19, 206:8, 206:20, 207:15, 208:3, 208:6, 208:10, 211:2, 214:25, 219:4, 221:14, 222:19, 230:15, 232:1, 235:3, 249:5, 252:23
**Labs'** [2] - 210:12, 210:17
**Labs's** [10] - 37:3, 56:11, 84:5, 88:8, 97:11, 97:15, 98:13, 126:18, 149:4, 188:3
**lacks** [3] - 37:17, 42:10, 113:1
**land** [1] - 123:16
**language** [5] - 233:15, 238:8, 238:18, 243:5, 249:13
**large** [1] - 201:3
**larger** [1] - 208:12
**last** [14] - 25:13, 26:6, 27:1, 42:15, 62:6, 62:8, 68:15, 106:25, 138:3, 165:25, 203:1, 217:5, 237:8, 242:10
**late** [2] - 105:15, 106:2
**launch** [12] - 33:22, 59:19, 97:20, 112:10, 113:23, 235:21, 236:13, 244:24, 245:4, 246:8, 246:12, 248:17
**launched** [4] - 33:21, 57:11, 110:7, 240:24
**launching** [2] - 250:13, 250:15
**Laura** [2] - 139:18, 140:1
**LAURA** [3] - 3:19, 140:2, 140:4
**Lauren** [2] - 169:8, 169:16
**LAUREN** [3] - 3:22, 169:16, 169:19

**law** [2] - 201:7, 201:9
**lawsuit** [15] - 38:2, 38:12, 60:24, 62:19, 65:4, 65:17, 81:24, 82:6, 83:2, 89:25, 97:3, 136:6, 250:12, 250:14, 251:4
**lawyers** [5] - 37:16, 37:21, 39:17, 61:6, 90:13
**lawyers'** [1] - 39:25
**lay** [1] - 84:13
**lead** [3] - 115:21, 122:10, 138:7
**leaderboard** [1] - 165:19
**leading** [1] - 52:4
**leads** [1] - 184:23
**League** [3] - 20:14, 20:15, 75:9
**League's** [1] - 21:2
**learn** [1] - 201:19
**learned** [1] - 92:3
**least** [9] - 67:1, 78:13, 82:2, 100:11, 124:8, 171:21, 175:4, 231:3, 246:11
**leave** [3] - 90:13, 110:11, 165:24
**led** [4] - 86:16, 108:5, 113:8, 229:18
**ledge** [1] - 204:22
**left** [2] - 11:6, 151:15
**legal** [4] - 39:13, 57:15, 203:15
**legit** [1] - 216:19
**Lehman** [39] - 34:10, 37:9, 37:23, 38:20, 39:23, 40:15, 40:16, 40:22, 41:8, 41:10, 42:7, 42:14, 53:5, 55:1, 55:4, 55:7, 187:7, 187:9, 187:22, 191:18, 192:8, 194:6, 194:19, 194:24, 195:17, 196:23, 242:7, 242:8, 242:10, 242:13, 242:21, 242:24, 243:15, 244:2, 244:15, 245:18, 246:1, 247:22, 253:20
**Lehman's** [13] - 37:12, 37:15, 37:20, 38:4, 38:6, 38:7, 38:24, 40:3, 54:23, 55:11, 55:13, 55:17, 194:3
**length** [3] - 95:2,

176:20, 188:17
**less** [10] - 99:16, 159:7, 166:12, 166:16, 184:15, 185:8, 220:20, 221:1, 221:3, 221:10
**letters** [2] - 138:13, 196:17
**level** [3] - 135:8, 135:14, 219:8
**liable** [4] - 207:22, 207:25, 208:2, 208:5
**license** [9] - 23:18, 23:20, 23:23, 24:2, 27:7, 27:17, 70:20, 76:1, 76:12
**licensed** [1] - 60:25
**light** [2] - 15:15, 194:23
**likelihood** [2] - 152:25, 159:24
**likely** [4] - 115:8, 179:5, 179:21, 183:12
**limine** [1] - 141:2
**limit** [2] - 148:2, 151:22
**limitations** [1] - 141:9
**limited** [3] - 105:14, 106:1, 202:10
**limiting** [1] - 199:18
**line** [18] - 12:6, 12:7, 24:22, 33:5, 80:21, 108:14, 108:15, 109:12, 109:14, 113:16, 174:10, 213:10, 226:12, 244:6
**lines** [15] - 12:5, 12:8, 12:9, 34:13, 69:9, 69:10, 119:6, 121:10, 132:22, 133:11, 143:18, 242:19, 249:6
**link** [5] - 59:7, 147:17, 147:20, 147:23, 161:4
**linked** [1] - 194:16
**links** [1] - 58:24
**list** [12] - 7:4, 7:11, 7:16, 9:8, 44:10, 66:16, 66:18, 66:19, 207:9, 236:17, 237:15, 244:12
**listed** [6] - 8:2, 11:22, 11:24, 58:17, 66:5, 68:25
**listening** [1] - 73:12
**Listing** [1] - 238:21
**listing** [2] - 137:19,

177:12
**lists** [2] - 7:3, 27:4
**literally** [3] - 62:8, 81:18, 254:23
**litigation** [1] - 207:16
**littered** [1] - 53:21
**Live** [2] - 18:1, 18:3
**live** [11] - 29:1, 137:15, 137:16, 137:20, 137:21, 137:22, 138:4, 240:4, 240:7, 240:15, 240:18
**LLP** [6] - 2:4, 2:7, 2:13, 2:16, 6:13, 6:19
**lmaooo** [1] - 212:19
**locations** [1] - 159:18
**logo** [43] - 20:18, 21:8, 21:13, 29:21, 35:24, 36:15, 36:16, 36:18, 36:19, 36:20, 36:24, 36:25, 37:3, 37:4, 51:23, 51:24, 52:1, 52:9, 56:25, 57:2, 57:3, 60:5, 63:21, 79:20, 80:8, 81:8, 95:7, 156:14, 162:25, 163:4, 163:6, 163:7, 163:18, 163:21, 163:22, 163:23, 163:25, 164:1, 164:2, 164:3, 164:4, 164:5
**logos** [3] - 65:15, 212:20, 218:12
**lol** [1] - 212:18
**look** [62] - 25:16, 26:22, 29:20, 33:4, 34:12, 36:4, 36:14, 38:7, 45:12, 45:25, 46:4, 47:10, 61:5, 62:21, 71:10, 74:9, 74:22, 76:21, 76:24, 77:24, 87:10, 92:14, 103:2, 105:17, 106:6, 106:7, 106:9, 107:13, 109:11, 109:16, 119:5, 119:24, 135:6, 136:18, 138:11, 150:11, 150:15, 152:21, 153:9, 155:15, 155:19, 158:4, 158:6, 180:6, 181:4, 183:23, 196:16, 202:21, 203:13, 216:1, 218:3, 218:11, 226:10, 228:10, 238:16, 243:1,

244:21, 246:6, 247:8, 250:19, 251:17, 255:14
**looked** [14] - 53:23, 56:24, 77:20, 87:9, 99:25, 107:23, 114:21, 123:6, 162:24, 163:1, 164:5, 173:21, 235:7
**looking** [17] - 62:22, 92:16, 92:23, 93:2, 95:17, 107:24, 130:6, 133:1, 138:10, 159:18, 175:12, 184:1, 190:9, 202:8, 236:8, 248:9, 251:24
**looks** [12] - 46:18, 60:4, 153:10, 170:6, 181:10, 213:7, 236:3, 239:2, 243:15, 244:7, 244:9
**LooksRare** [19] - 16:6, 43:1, 47:16, 47:24, 47:25, 48:2, 48:3, 48:4, 48:22, 57:14, 58:23, 58:24, 59:4, 59:7, 59:8, 65:1, 65:2, 65:3, 202:24
**LOS** [1] - 6:1
**Los** [1] - 2:17
**Lose** [1] - 111:10
**lost** [2] - 103:24, 135:19
**Louis** [3] - 2:13, 6:12, 6:18
**love** [2] - 245:10, 246:18
**lower** [2] - 58:11, 186:6
**lugging** [1] - 25:22
**lured** [2] - 83:19, 83:25
**luxury** [1] - 57:24

**M**

**M-u-n-i-z** [2] - 67:18, 67:21
**MA** [1] - 2:14
**ma'am** [21] - 67:15, 233:10, 235:11, 238:22, 243:6, 243:17, 243:19, 243:21, 243:23, 244:1, 244:25, 245:17, 247:19, 248:13, 248:16, 248:18, 249:15, 249:23, 251:6,

251:8, 252:6
**mad** [1] - 88:10
**Madam** [1] - 67:22
**madeby.yuga.com** [1] - 26:3
**Magic** [1] - 29:25
**mail** [14] - 34:25, 35:2, 86:11, 86:20, 86:23, 86:24, 87:23, 88:3, 88:11, 88:15, 88:18, 89:3, 89:7, 101:7
**mails** [9] - 16:11, 16:18, 16:25, 17:2, 35:17, 35:19, 35:21, 85:24, 101:11
**main** [1] - 106:9
**major** [2] - 212:17, 233:8
**majority** [5] - 135:19, 171:18, 202:5, 202:6, 202:16
**malicious** [1] - 131:19
**manner** [1] - 128:2
**manually** [1] - 191:16
**manufacture** [2] - 35:25, 57:1
**manufactured** [1] - 56:19
**March** [5] - 104:10, 171:8, 171:14, 177:3, 242:6
**mark** [7] - 36:9, 78:11, 143:7, 143:21, 144:9, 144:10, 195:23
**MARKED** [1] - 5:3
**marked** [2] - 36:12, 36:13
**marker** [1] - 170:10
**market** [23] - 16:6, 16:15, 19:18, 52:16, 61:11, 87:11, 89:11, 89:13, 96:15, 98:20, 99:22, 124:25, 131:22, 147:2, 148:4, 148:8, 151:13, 151:24, 152:7, 164:24, 164:25, 179:3, 180:10
**Market** [70] - 33:13, 33:16, 33:18, 33:21, 33:22, 33:23, 34:1, 34:3, 34:6, 34:9, 34:10, 34:14, 51:15, 58:23, 59:4, 85:9, 85:13, 85:16, 85:19, 85:21, 100:8, 137:1, 137:12, 138:4, 205:24, 209:2,

212:5, 212:7, 212:10, 217:19, 217:21, 217:22, 217:25, 218:17, 218:19, 220:4, 220:14, 220:23, 232:11, 233:13, 234:1, 234:15, 234:24, 235:21, 236:13, 236:17, 236:18, 237:14, 237:15, 240:7, 240:18, 240:23, 243:2, 244:16, 244:24, 245:4, 246:13, 246:23, 247:2, 247:9, 247:12, 247:23, 248:3, 248:4, 250:13, 250:15, 251:12
**marketed** [2] - 85:15, 188:24
**marketing** [10] - 54:18, 54:20, 91:1, 99:11, 100:2, 100:7, 152:23, 210:13, 210:16, 230:17
**Marketplace** [5] - 209:24, 210:4, 233:19, 235:18, 239:6
**marketplace** [66] - 28:20, 29:7, 30:6, 42:19, 42:23, 43:5, 43:12, 43:22, 44:7, 44:19, 45:9, 47:9, 54:22, 57:11, 60:5, 64:17, 64:23, 86:16, 100:9, 135:7, 137:1, 137:12, 138:4, 138:8, 138:22, 144:10, 148:7, 148:18, 151:10, 152:1, 157:19, 159:25, 160:1, 161:7, 163:19, 168:2, 168:11, 168:17, 179:5, 189:10, 202:20, 203:10, 203:11, 231:8, 231:14, 231:17, 231:19, 231:20, 231:23, 232:3, 232:15, 233:14, 245:12, 247:20, 248:14, 248:20, 248:23, 248:24, 249:4, 249:10, 249:21, 251:5, 253:11,

253:14, 254:4
**marketplaces** [16] - 29:6, 29:20, 44:21, 48:17, 52:14, 60:14, 64:11, 77:6, 136:15, 138:23, 139:3, 139:11, 202:11, 202:23, 216:13, 247:13
**markets** [5] - 132:4, 202:7, 202:10, 202:17, 217:1
**marks** [27] - 13:7, 14:12, 19:18, 45:19, 51:2, 51:21, 52:6, 52:9, 63:12, 143:9, 144:4, 144:7, 144:13, 154:7, 158:18, 185:1, 187:1, 188:12, 188:25, 189:5, 189:23, 195:5, 199:18, 203:6, 203:7, 203:14, 203:17
**Marvel** [1] - 123:22
**match** [1] - 210:22
**matching** [1] - 201:20
**material** [4] - 23:2, 23:5, 23:9, 74:4
**materials** [1] - 177:13
**math** [1] - 220:21
**matter** [10] - 7:2, 57:16, 65:18, 101:19, 104:9, 142:19, 142:22, 142:25, 200:22, 248:5
**matters** [5] - 97:25, 132:6, 146:18, 149:10, 150:23
**maximum** [1] - 127:22
**mean** [38] - 27:7, 58:15, 69:22, 70:12, 83:22, 86:13, 87:9, 88:13, 96:8, 97:17, 98:1, 99:13, 101:11, 108:21, 118:25, 119:7, 123:4, 123:14, 128:16, 133:18, 137:22, 162:21, 162:22, 162:23, 168:21, 180:13, 181:10, 184:17, 189:8, 190:3, 194:13, 215:1, 215:4, 216:9, 216:22, 217:11, 218:14, 252:24
**meaning** [2] - 53:24,

241:9
**meaningless** [1] - 138:14
**means** [9] - 24:18, 43:19, 43:25, 44:3, 64:10, 95:8, 96:10, 242:21, 254:20
**meant** [6] - 43:15, 73:2, 97:12, 98:15, 217:8, 217:10
**measure** [3] - 176:3, 178:6, 184:1
**measures** [1] - 176:19
**measuring** [1] - 157:3
**media** [8] - 105:5, 105:11, 112:6, 114:11, 205:22, 215:14, 254:25, 255:10
**meet** [2] - 44:15, 151:5
**meeting** [4] - 35:13, 49:10, 49:13, 49:16
**meetings** [1] - 86:22
**MELCHER** [26] - 3:17, 3:18, 3:20, 3:21, 3:22, 3:23, 125:7, 125:21, 126:13, 136:4, 136:19, 136:23, 137:7, 139:12, 139:17, 140:8, 141:14, 166:23, 169:2, 169:8, 169:23, 170:15, 196:4, 200:15, 200:20, 203:18
**Melcher** [1] - 2:8
**Melt** [1] - 109:23
**member** [5] - 28:10, 70:25, 71:1, 71:3, 72:5
**members** [13] - 70:2, 70:8, 70:14, 70:18, 70:20, 70:24, 72:16, 95:3, 95:12, 95:15, 145:9, 145:21
**memorized** [1] - 76:20
**men** [1] - 124:7
**mention** [4] - 122:15, 124:22, 128:25, 158:11
**mentioned** [20] - 16:13, 16:20, 59:13, 61:24, 89:21, 89:24, 90:22, 97:9, 100:24, 109:5, 115:9, 116:11, 122:14, 122:25, 124:25, 156:3, 165:24, 245:25, 246:15,

255:3
**mentions** [3] - 35:12, 65:12, 101:10
**merely** [1] - 216:13
**merits** [1] - 60:24
**message** [19] - 35:7, 41:23, 42:2, 86:11, 86:20, 87:1, 87:4, 87:7, 87:14, 87:24, 88:4, 88:12, 88:16, 88:19, 89:4, 89:8, 101:7, 216:4, 235:9
**messages** [1] - 41:20
**messaging** [2] - 34:25, 86:2
**metadata** [14] - 128:5, 128:8, 128:11, 128:14, 128:17, 128:24, 129:1, 129:4, 129:8, 129:11, 129:14, 224:25, 225:4, 225:17
**metaverse** [3] - 110:8, 111:14, 123:16
**methodologies** [3] - 142:21, 143:3
**methodology** [4] - 141:6, 142:19, 142:25, 143:2
**Mickey** [2] - 96:5, 123:22
**microphone** [4] - 6:15, 67:20, 68:17, 70:5
**microphones** [1] - 6:15
**mid** [1] - 228:23
**mid-May** [1] - 228:23
**Middle** [1] - 242:6
**middle** [2] - 184:3, 218:4
**Middlemarch.eth** [1] - 195:14
**might** [18] - 11:6, 11:7, 23:5, 72:24, 77:17, 107:12, 128:20, 136:18, 142:6, 145:14, 148:14, 162:22, 164:16, 168:12, 168:20, 189:7, 220:8, 242:11
**Millennium** [1] - 252:4
**million** [32] - 29:2, 30:8, 30:12, 30:16, 61:16, 82:3, 86:6, 104:20, 105:2, 166:12, 166:16, 176:15, 176:25, 177:5, 178:4, 179:1,

180:12, 183:6, 183:12, 183:15, 184:20, 186:9, 208:9, 209:16, 215:23, 216:5, 217:8, 217:16, 220:11, 221:1
**millions** [7] - 35:14, 54:11, 54:18, 95:22, 249:11
**Millions** [1] - 111:10
**mind** [13] - 30:7, 121:21, 143:7, 143:10, 143:21, 164:18, 182:17, 234:19, 234:21, 237:8, 246:24, 248:21, 251:17
**mine** [1] - 238:11
**mingled** [1] - 145:19
**minimal** [1] - 146:2
**minimum** [2] - 172:16, 175:3
**minor** [1] - 146:6
**Mint** [1] - 232:13
**mint** [13] - 160:24, 197:20, 231:11, 232:3, 232:25, 234:7, 236:14, 240:4, 240:15, 240:22, 241:24, 241:25, 243:14
**minted** [10] - 197:4, 198:1, 229:6, 235:22, 241:7, 242:4, 242:18, 243:8, 243:24, 244:12
**minting** [17] - 105:19, 106:11, 106:18, 106:22, 118:1, 119:21, 123:7, 191:16, 198:19, 199:1, 231:15, 241:1, 241:8, 241:19, 245:19, 245:23, 245:24
**mints** [1] - 209:16
**minutes** [10] - 67:5, 94:24, 108:24, 159:7, 159:8, 159:10, 159:12, 191:9, 199:5, 255:16
**mirror** [2] - 70:13, 70:15
**miscategorization** [1] - 109:11
**mischaracterizes** [1] - 64:19
**missed** [2] - 23:11,

23:14
**missing** [2] - 244:5, 244:9
**Missing** [1] - 111:13
**misstates** [1] - 183:7
**mistake** [1] - 133:18
**mistaken** [1] - 58:19
**mitigate** [1] - 176:4
**mitigation** [2] - 180:2, 184:22
**mobile** [1] - 168:5
**models** [1] - 234:5
**modification** [1] - 168:4
**modified** [1] - 146:15
**modify** [1] - 167:6
**Molly** [1] - 2:8
**moment** [14] - 35:15, 44:11, 51:25, 62:10, 65:16, 121:12, 123:9, 185:18, 220:2, 238:9, 241:17, 248:4, 250:20, 254:23
**MONDAY** [3] - 3:2, 4:2, 6:1
**monetary** [5] - 104:22, 104:25, 105:1, 172:7, 198:23
**monetize** [1] - 69:23
**money** [7] - 14:5, 170:23, 195:3, 209:19, 214:8, 214:15, 214:18
**monkey** [1] - 111:17
**monkeys** [3] - 215:2, 215:3, 222:2
**month** [2] - 62:3, 177:19
**months** [6] - 29:24, 61:8, 163:20, 228:2, 229:14, 249:21
**morning** [26] - 6:11, 6:22, 7:1, 7:2, 7:8, 11:3, 11:4, 12:17, 12:18, 51:9, 51:10, 66:2, 69:17, 69:18, 103:16, 103:17, 126:16, 126:17, 132:17, 141:20, 141:21, 170:18, 170:19, 202:14, 247:18
**mosquitos** [1] - 77:16
**most** [29] - 19:10, 42:25, 47:21, 51:24, 51:25, 54:5, 57:25, 62:1, 63:15, 65:15, 77:5, 77:18, 81:21, 95:15, 111:22,

133:3, 134:1, 135:5, 135:10, 135:14, 138:14, 138:15, 143:6, 143:20, 171:10, 201:16, 213:10, 253:5, 253:6
**motion** [6] - 48:7, 49:15, 49:18, 101:18, 141:2, 234:12
**Mountain** [1] - 2:6
**Mouse** [1] - 96:5
**move** [19] - 42:17, 48:5, 48:9, 66:7, 66:9, 66:23, 91:18, 200:8, 207:7, 209:7, 211:11, 213:15, 213:16, 234:10, 237:2, 239:15, 250:6
**moved** [1] - 101:16
**movie** [5] - 17:20, 17:23, 18:3
**moving** [3] - 114:19, 218:12, 236:25
**MR** [233] - 3:9, 3:9, 3:10, 3:10, 3:12, 3:13, 3:15, 3:18, 3:20, 3:23, 4:8, 4:9, 4:9, 4:10, 4:11, 4:12, 6:9, 6:11, 6:17, 6:24, 8:14, 8:15, 9:11, 9:12, 9:18, 10:2, 10:3, 10:6, 11:2, 11:10, 12:14, 12:16, 15:2, 23:24, 24:3, 25:18, 25:23, 25:25, 26:14, 26:16, 26:20, 26:22, 32:12, 36:5, 36:11, 36:13, 37:17, 37:19, 37:20, 39:7, 40:23, 41:3, 41:7, 42:6, 42:8, 42:10, 42:13, 42:16, 42:18, 43:19, 46:6, 46:9, 48:5, 48:8, 48:9, 51:4, 51:8, 52:4, 52:5, 52:6, 55:22, 55:24, 56:14, 56:18, 62:10, 62:11, 62:14, 62:17, 63:19, 63:24, 64:19, 64:22, 65:23, 65:25, 66:12, 66:20, 67:3, 69:16, 70:10, 71:10, 71:13, 71:15, 71:19, 71:24, 72:1, 72:3, 74:13, 74:17, 75:1, 75:4, 78:3, 78:7, 78:22, 78:25, 79:5, 79:8, 79:14, 79:17, 79:23, 80:3,

80:17, 80:19, 81:10, 81:15, 84:4, 84:10, 84:15, 84:16, 85:2, 85:3, 91:17, 94:14, 100:16, 100:19, 100:23, 101:13, 101:15, 102:2, 103:13, 103:15, 105:24, 108:13, 108:16, 109:17, 109:19, 110:13, 110:20, 111:2, 113:10, 113:16, 113:18, 114:4, 114:10, 120:2, 120:4, 120:6, 120:7, 125:4, 126:15, 130:8, 130:10, 132:21, 132:23, 133:10, 133:12, 133:24, 136:1, 136:20, 137:2, 139:14, 141:15, 141:19, 143:17, 143:19, 159:7, 159:11, 159:16, 159:17, 160:17, 160:19, 166:19, 169:4, 170:17, 171:2, 181:17, 181:19, 195:24, 196:2, 196:7, 196:8, 200:6, 200:8, 200:11, 200:12, 203:20, 203:24, 204:1, 204:9, 204:20, 205:17, 206:15, 206:17, 207:7, 207:11, 207:14, 208:14, 208:16, 209:7, 209:11, 209:15, 210:20, 210:21, 211:10, 211:13, 211:17, 211:19, 213:4, 213:5, 213:9, 213:14, 213:16, 213:19, 213:23, 214:3, 214:6, 214:12, 214:14, 214:21, 214:23, 219:20, 219:22, 220:1, 221:5, 221:7, 221:9, 223:1, 223:2, 223:6, 223:18, 223:23, 237:4, 239:18, 250:9
**MS** [83] - 3:12, 3:13, 3:15, 3:16, 3:17, 3:18, 3:20, 3:21, 3:22, 3:23, 4:13,

67:9, 68:1, 68:6,
68:18, 68:20, 69:14,
74:14, 79:25, 80:18,
81:12, 91:8, 94:16,
94:18, 100:15,
102:3, 102:6,
102:17, 102:22,
110:16, 110:23,
113:1, 114:7, 121:4,
121:6, 125:2, 125:7,
125:21, 126:13,
136:4, 136:19,
136:23, 137:7,
139:12, 139:17,
140:8, 141:14,
166:23, 169:2,
169:8, 169:23,
170:15, 196:4,
200:15, 200:20,
203:18, 224:15,
226:10, 226:14,
228:13, 228:15,
232:6, 232:9,
234:10, 234:13,
236:7, 236:10,
236:20, 236:22,
236:24, 237:1,
237:10, 239:20,
239:22, 250:6,
250:12, 251:2,
251:10, 251:14,
251:21, 252:1,
254:10, 254:11
**multiple** [8] - 86:21,
107:14, 115:21,
123:1, 123:3,
123:25, 201:20,
249:11
**Muniz** [10] - 67:10,
67:18, 67:21, 68:7,
69:17, 79:8, 84:17,
94:19, 120:8, 253:8
**MUNIZ** [2] - 3:11, 68:2
**Munoz** [1] - 9:3
**must** [1] - 58:25
**mutability** [1] - 134:2
**mutable** [9] - 133:17,
133:25, 134:3,
134:6, 134:10,
134:16, 138:6,
139:6, 248:25
**mutation** [1] - 134:19

**N**

**name** [52] - 7:18,
10:19, 10:20, 18:18,
37:9, 67:17, 68:8,
82:13, 102:13,
102:14, 125:14,
130:25, 131:4,

131:8, 131:19,
132:1, 132:4, 132:8,
132:19, 133:1,
133:25, 138:6,
138:25, 139:25,
140:1, 158:17,
158:20, 158:22,
169:15, 204:12,
204:14, 205:22,
205:24, 206:2,
223:14, 223:15,
224:25, 225:5,
225:25, 226:6,
226:16, 242:10,
250:21, 250:22,
253:22, 253:23,
253:25, 254:3, 255:4
**named** [2] - 28:2,
75:18
**names** [1] - 18:21
**narrowing** [1] - 178:16
**natural** [1] - 255:1
**nature** [3] - 138:6,
176:22, 201:6
**navigate** [1] - 222:15
**nearly** [1] - 86:6
**necessarily** [4] -
124:10, 128:23,
137:24, 148:13
**necessary** [2] -
144:17, 172:11
**need** [17] - 15:24,
16:23, 36:7, 48:2,
61:22, 100:13,
103:11, 159:4,
167:1, 189:13,
190:4, 198:22,
239:3, 244:11,
244:23, 245:11
**needed** [3] - 30:18,
188:15, 190:1
**needs** [1] - 151:25
**negate** [1] - 115:24
**negative** [11] - 106:23,
107:2, 107:9,
107:19, 108:3,
108:5, 115:5,
119:10, 122:14,
124:22, 124:24
**negatively** [2] - 115:3,
115:17
**neglected** [1] - 101:16
**negotiating** [1] - 98:12
**negotiations** [2] -
97:23, 98:16
**net** [2] - 153:15
**network** [1] - 63:22
**Nevada** [3] - 206:9,
206:12, 207:3
**never** [26] - 31:23,

32:12, 33:21, 44:25,
45:3, 45:6, 45:22,
46:1, 46:2, 46:5,
48:24, 61:12, 61:18,
61:20, 78:18, 85:11,
94:10, 152:11,
180:18, 210:1,
218:1, 228:4,
231:19, 241:25,
253:18, 254:24
**New** [4] - 109:20,
114:12, 229:22,
230:13
**new** [16] - 18:10,
25:13, 57:11, 58:4,
59:19, 178:21,
178:23, 179:10,
179:12, 180:4,
183:10, 183:17,
198:6, 198:19,
207:8, 253:25
**news** [4] - 63:22,
111:6, 112:6, 114:11
**News** [6] - 19:6, 29:1,
30:23, 52:20, 54:17,
61:19
**next** [19] - 29:10,
36:22, 49:11, 49:21,
61:15, 67:7, 102:5,
110:19, 125:6,
133:10, 133:12,
139:16, 139:17,
140:10, 150:21,
169:7, 223:5,
228:18, 244:6
**NFT** [156] - 13:15,
13:19, 14:2, 15:15,
17:4, 18:19, 18:20,
18:25, 19:4, 19:18,
23:18, 24:2, 24:12,
24:15, 24:25, 25:5,
25:10, 27:10, 27:12,
27:13, 28:7, 28:19,
29:6, 30:6, 31:7,
42:23, 42:24, 43:5,
43:6, 43:12, 43:13,
43:20, 43:22, 44:1,
44:4, 44:7, 44:8,
44:20, 52:19, 53:18,
56:5, 58:14, 60:4,
62:18, 63:11, 70:9,
75:22, 75:23, 75:25,
76:2, 76:4, 76:5,
76:13, 77:8, 77:11,
78:18, 83:11, 83:17,
83:18, 84:21, 85:16,
85:19, 85:21, 97:5,
97:10, 97:14, 99:12,
111:9, 111:22,
123:18, 124:2,

127:2, 127:9, 128:5,
128:12, 128:15,
128:18, 128:22,
129:3, 129:4, 129:7,
129:10, 129:11,
130:1, 131:21,
132:3, 135:3,
136:10, 147:8,
147:13, 147:16,
147:22, 148:3,
148:5, 148:11,
148:14, 148:22,
149:1, 149:5, 149:8,
149:13, 149:15,
149:19, 149:21,
150:2, 150:4, 150:9,
150:24, 151:5,
151:10, 151:11,
151:15, 152:7,
153:7, 153:10,
153:11, 154:20,
155:22, 159:22,
162:15, 164:11,
164:16, 181:15,
208:17, 212:3,
212:7, 212:8,
212:13, 214:25,
215:10, 218:16,
218:21, 221:14,
221:21, 221:22,
224:20, 224:24,
225:5, 225:13,
225:18, 229:6,
231:8, 231:12,
231:14, 231:16,
232:4, 237:14,
244:6, 248:24,
249:2, 249:10, 254:8
**NFTGo** [1] - 181:12
**NFTs** [180] - 13:2,
14:19, 14:21, 14:25,
15:3, 23:21, 24:3,
24:4, 24:7, 24:21,
24:24, 25:2, 25:6,
27:19, 28:12, 30:23,
35:25, 42:19, 42:20,
42:25, 43:7, 44:22,
45:10, 45:19, 45:20,
46:2, 47:4, 47:21,
47:22, 52:3, 52:7,
54:21, 55:8, 56:20,
57:1, 57:14, 57:17,
57:19, 57:21, 58:16,
58:25, 59:3, 60:1,
60:12, 63:6, 63:16,
64:10, 64:25, 65:3,
77:6, 78:10, 82:12,
90:9, 105:10,
106:12, 106:19,
106:23, 109:9,
110:7, 119:22,

124:17, 127:7,
127:17, 127:22,
128:1, 129:7,
129:13, 132:25,
133:14, 135:6,
135:11, 135:16,
135:22, 135:24,
136:25, 137:12,
137:19, 146:14,
146:23, 146:25,
147:4, 147:5,
147:20, 148:7,
148:16, 148:18,
149:12, 151:23,
151:24, 152:2,
152:8, 152:12,
152:20, 158:13,
158:19, 160:11,
162:22, 163:2,
163:18, 164:25,
165:9, 165:16,
165:17, 167:9,
167:12, 175:6,
175:14, 175:21,
176:6, 176:8,
176:12, 178:25,
179:23, 180:23,
183:5, 183:13,
183:14, 184:2,
184:7, 185:4,
185:16, 187:1,
188:24, 189:23,
190:2, 190:4,
190:12, 190:14,
190:15, 191:5,
191:6, 191:16,
197:5, 197:14,
197:16, 197:19,
197:23, 198:1,
198:11, 198:13,
198:14, 198:19,
198:20, 199:2,
202:5, 202:19,
209:18, 209:21,
210:4, 210:16,
211:2, 211:3, 213:2,
215:8, 215:9,
215:11, 216:12,
220:15, 221:16,
222:9, 229:18,
231:18, 231:21,
234:15, 234:23,
235:22, 236:16,
236:17, 237:13,
237:15, 238:2,
238:25, 239:5,
239:10, 241:5,
243:7, 249:5, 249:7
**nice** [2] - 170:20,
179:19
**NICOLE** [4] - 3:11,

67:18, 67:21, 68:2
**Nicole** [3] - 67:10, 67:18, 67:21
**Night** [2] - 18:1, 18:3
**Nike** [2] - 29:22, 36:22
**Nikogosyan** [2] - 132:24, 133:13
**nobody** [10] - 13:15, 31:13, 31:18, 31:20, 83:1, 84:23, 85:16, 85:19, 85:21, 170:24
**nomenclature** [1] - 254:24
**none** [7] - 63:11, 63:12, 71:6, 73:14, 142:22, 142:23, 211:22
**nonetheless** [1] - 49:20
**nonexpert** [1] - 135:19
**nonfungible** [3] - 147:2, 227:24, 234:8
**nonlegal** [1] - 188:7
**nonresponsive** [2] - 48:6, 234:10
**nonstop** [1] - 96:3
**nontechnical** [1] - 135:19
**normal** [4] - 201:24, 221:3, 221:11, 246:21
**Nos** [10] - 5:9, 5:12, 5:15, 5:16, 5:17, 12:1, 69:3, 126:10, 205:13, 224:9
**notation** [1] - 9:8
**note** [2] - 9:21, 122:18
**notebook** [3] - 80:14, 80:22, 101:17
**nothing** [19] - 10:16, 67:13, 75:15, 102:2, 102:3, 102:9, 106:10, 115:10, 125:11, 139:22, 166:19, 169:4, 169:11, 200:6, 204:6, 220:14, 220:23, 223:11, 255:5
**noticed** [1] - 49:6
**notified** [1] - 83:1
**noting** [2] - 245:21, 247:14
**notwithstanding** [4] - 82:17, 82:18, 174:24, 176:23
**November** [2] - 249:24, 250:2
**nuanced** [1] - 192:1
**nuances** [2] - 123:15,

215:11
**NUMBER** [1] - 5:5
**number** [38] - 8:17, 16:13, 30:5, 30:7, 30:18, 77:8, 79:11, 79:21, 80:15, 81:5, 97:6, 105:16, 107:10, 107:11, 108:1, 110:19, 114:19, 116:12, 122:5, 127:22, 171:18, 175:24, 176:24, 177:6, 179:6, 180:12, 184:16, 184:17, 195:1, 196:1, 197:17, 199:20, 202:2, 210:12, 210:13, 230:19, 236:8, 253:5
**numbering** [2] - 210:8, 210:9
**numbers** [14] - 8:23, 12:5, 56:6, 56:12, 69:9, 79:10, 138:13, 210:10, 210:14, 210:15, 210:17, 222:2, 222:4, 222:5
**numerous** [1] - 97:19

**O**

**O'LAUGHLIN** [2] - 3:19, 140:4
**O'Laughlin** [9] - 139:18, 140:1, 141:20, 159:17, 166:1, 166:24, 167:24, 199:4, 199:7
**O'Laughlin's** [1] - 143:17
**oath** [11] - 33:1, 33:2, 108:10, 132:14, 132:17, 143:14, 228:5, 228:11, 228:22, 228:25, 252:19
**object** [2] - 23:5, 52:4
**objection** [61] - 8:4, 23:24, 26:15, 26:16, 33:8, 37:17, 40:23, 40:25, 41:2, 41:6, 42:6, 42:10, 42:11, 42:12, 46:6, 63:19, 64:19, 65:25, 66:10, 71:25, 72:1, 74:14, 75:2, 78:5, 79:15, 79:24, 79:25, 80:18, 81:11, 81:12, 91:8, 110:15, 110:16,

110:22, 110:23, 113:1, 113:3, 113:21, 114:6, 114:7, 119:12, 136:20, 137:2, 141:1, 196:3, 196:4, 200:10, 200:14, 200:15, 207:10, 209:10, 209:11, 211:12, 211:13, 213:18, 213:19, 214:12, 237:3, 237:4, 239:17, 250:8
**objections** [18] - 9:14, 10:12, 12:3, 12:4, 12:10, 12:11, 69:6, 69:8, 69:11, 69:12, 84:5, 103:10, 126:7, 126:8, 140:25, 170:12, 170:13, 224:11
**observable** [1] - 187:2
**observe** [6] - 184:6, 188:11, 192:3, 195:20, 197:1, 202:23
**observed** [7] - 107:3, 117:10, 122:11, 124:4, 183:24, 185:14, 187:11
**obtain** [1] - 83:11
**obtained** [2] - 159:22, 219:13
**obvious** [1] - 39:19
**obviously** [1] - 121:9
**occasionally** [1] - 255:2
**occasions** [1] - 88:23
**occur** [2] - 115:6, 179:21
**occurred** [17] - 112:5, 114:20, 115:7, 116:25, 117:1, 117:3, 117:8, 120:25, 122:9, 179:18, 187:23, 192:2, 192:20, 194:14, 199:13, 203:14, 255:11
**occurrence** [1] - 116:11
**occurring** [6] - 174:20, 175:5, 189:9, 192:4, 202:15, 202:16
**occurs** [1] - 116:12
**OF** [4] - 2:1, 3:5, 4:5, 5:1
**off-chain** [1] - 139:8
**off-the-shelf** [1] -

134:14
**offend** [2] - 23:9, 101:4
**offense** [1] - 89:12
**offensive** [5] - 23:2, 74:1, 74:4, 98:17, 101:4
**offer** [30] - 26:14, 36:7, 36:8, 71:15, 71:24, 74:13, 75:1, 78:3, 79:14, 79:23, 80:17, 81:10, 110:14, 110:20, 114:4, 177:20, 177:25, 178:3, 178:9, 178:13, 178:18, 178:20, 178:24, 179:9, 180:22, 183:8, 183:10, 183:25, 195:24, 231:14
**offered** [19] - 34:20, 103:23, 141:3, 141:22, 141:25, 142:3, 142:7, 142:11, 143:11, 144:11, 144:23, 144:24, 158:5, 162:23, 163:2, 172:2, 172:10, 172:14, 175:8
**offering** [1] - 110:12
**offhand** [3] - 104:19, 113:14, 115:1
**officer** [1] - 126:20
**Officer** [1] - 64:14
**often** [5] - 77:18, 133:16, 138:23, 143:9, 203:4
**old** [3] - 22:12, 160:15, 160:17
**old-school** [3] - 22:12, 160:15, 160:17
**on-chain** [5] - 53:23, 127:9, 128:10, 139:7, 139:8
**once** [12] - 31:23, 32:12, 32:15, 35:11, 47:23, 89:21, 111:25, 225:15, 225:20, 232:10, 235:21, 253:6
**One** [3] - 6:7, 57:17, 235:12
**one** [129] - 9:18, 14:8, 22:5, 26:10, 28:12, 29:5, 29:23, 31:16, 36:5, 37:14, 45:8, 45:15, 47:20, 48:9, 49:25, 52:1, 52:2,

53:3, 55:25, 56:9, 56:10, 58:4, 61:17, 62:1, 62:10, 63:17, 63:25, 64:2, 73:1, 73:14, 74:10, 74:23, 77:1, 77:2, 77:5, 80:21, 83:7, 84:20, 84:21, 86:5, 88:12, 90:10, 92:11, 92:13, 93:3, 96:11, 97:8, 100:10, 101:15, 103:22, 106:25, 107:11, 108:2, 108:22, 109:13, 112:21, 115:22, 116:2, 117:13, 118:6, 118:20, 121:16, 123:4, 124:10, 126:18, 127:20, 129:7, 129:8, 140:23, 142:7, 142:16, 142:21, 142:22, 142:23, 143:2, 144:3, 149:7, 150:16, 150:20, 151:12, 151:25, 152:2, 154:6, 154:11, 156:13, 161:15, 166:15, 173:9, 173:12, 173:24, 176:3, 176:5, 178:6, 179:25, 182:17, 184:1, 184:10, 185:18, 185:20, 185:21, 187:4, 188:23, 197:3, 201:1, 202:7, 203:1, 210:3, 210:6, 213:24, 215:9, 216:12, 217:4, 217:5, 219:22, 221:7, 228:8, 230:15, 231:3, 231:10, 236:3, 236:9, 238:7, 239:2, 254:6
**one-floor** [1] - 178:6
**ones** [2] - 56:8, 66:21
**ongoing** [3] - 59:11, 59:14, 174:20
**online** [2] - 159:2, 159:18
**oOo** [1] - 6:3
**Open** [1] - 247:12
**open** [2] - 64:12, 193:13
**opened** [1] - 18:10
**opening** [2] - 29:7,

29:10
**OpenSea** [46] - 29:24, 43:1, 43:7, 43:8, 44:13, 45:23, 46:12, 47:4, 47:21, 47:23, 47:24, 57:6, 57:11, 57:12, 58:15, 58:21, 58:23, 64:25, 65:2, 77:5, 77:9, 77:12, 77:20, 77:25, 78:10, 82:10, 82:13, 82:20, 96:23, 135:7, 136:16, 159:25, 164:21, 164:22, 164:24, 165:2, 165:6, 165:10, 165:12, 165:17, 199:8, 202:12, 202:20, 202:24, 216:13
**operate** [1] - 249:9
**operational** [2] - 137:24, 138:2
**operations** [2] - 87:18, 89:15
**opinion** [31] - 28:1, 62:9, 103:23, 104:2, 104:3, 108:18, 121:23, 122:3, 122:21, 124:19, 141:22, 141:25, 142:3, 142:7, 151:20, 151:22, 153:15, 168:12, 168:20, 172:3, 175:8, 178:21, 178:22, 178:25, 179:12, 180:1, 180:8, 183:3, 183:11, 183:20, 229:19
**opinions** [13] - 117:11, 117:15, 117:23, 119:3, 142:11, 172:10, 172:13, 177:16, 177:23, 178:14, 178:18, 178:23, 181:6
**opportunity** [3] - 57:13, 141:9, 185:3
**opposed** [1] - 149:21
**opposite** [1] - 216:19
**option** [1] - 176:5
**order** [3] - 16:22, 50:19, 66:25
**orders** [1] - 198:18
**organization** [1] - 121:18
**original** [7] - 27:11,

27:14, 58:9, 179:7, 183:11, 194:22, 232:15
**originally** [2] - 48:3, 213:6
**Otherdeed** [1] - 111:23
**Otherdeeds** [8] - 61:24, 61:25, 112:14, 112:15, 122:21, 123:10, 123:16, 124:2
**Otherside** [22] - 21:19, 21:21, 21:24, 22:3, 23:14, 23:16, 99:4, 110:8, 111:24, 112:10, 112:13, 112:16, 112:19, 112:24, 113:2, 113:12, 113:20, 113:23, 123:10, 123:15, 123:20, 124:2
**Othersides** [1] - 61:24
**otherwise** [2] - 66:14, 138:1
**ourselves** [1] - 128:3
**out-of-home** [1] - 98:22
**outcome** [4] - 123:2, 123:4, 123:5, 123:7
**outside** [9] - 9:21, 136:20, 137:2, 162:7, 162:19, 164:14, 175:11, 214:12, 214:21
**outstanding** [1] - 183:13
**overruled** [10] - 12:12, 23:25, 46:7, 69:12, 91:9, 113:3, 126:9, 137:4, 170:13, 214:22
**own** [25] - 23:18, 24:1, 24:3, 24:11, 24:15, 26:24, 27:12, 27:13, 27:14, 27:24, 54:5, 54:20, 61:10, 73:19, 92:8, 201:25, 202:1, 215:9, 215:11, 217:23, 231:1, 236:17, 237:14, 249:12
**Owned** [1] - 46:19
**owned** [4] - 27:24, 28:6, 46:18, 46:21
**owner** [6] - 27:10, 75:22, 75:25, 128:22, 136:13, 139:10

**owners** [2] - 92:20, 139:1
**ownership** [6] - 24:7, 27:8, 27:11, 60:2, 127:10, 127:14
**owning** [3] - 27:13, 60:3, 60:9
**owns** [5] - 27:2, 28:12, 76:5, 123:23, 123:25

---

**P**

**p.m** [2] - 242:3, 255:18
**page** [126] - 9:2, 9:4, 9:5, 11:15, 11:25, 12:5, 12:6, 12:7, 12:8, 12:9, 26:3, 26:12, 26:20, 26:22, 33:5, 34:1, 34:12, 35:24, 44:25, 45:3, 45:6, 51:23, 56:8, 56:19, 56:23, 56:25, 63:3, 68:15, 69:1, 69:2, 69:9, 69:10, 77:25, 92:18, 103:9, 108:14, 113:16, 119:6, 125:24, 126:6, 126:7, 130:13, 132:22, 133:11, 140:13, 140:23, 140:24, 143:18, 150:16, 153:13, 155:20, 157:9, 157:11, 157:18, 160:20, 161:13, 161:18, 161:22, 162:1, 162:3, 162:5, 162:8, 162:9, 162:11, 162:12, 162:15, 162:23, 163:7, 163:14, 163:23, 164:8, 164:11, 164:23, 165:12, 165:20, 165:21, 165:22, 167:22, 168:6, 168:8, 168:25, 170:2, 170:11, 195:10, 205:1, 205:11, 213:1, 213:2, 216:1, 216:3, 218:3, 219:4, 219:5, 219:7, 219:9, 219:10, 219:11, 224:7, 226:11, 228:15, 228:18, 228:21, 232:6, 232:22, 235:5, 240:9, 242:2, 243:3, 243:13, 244:22, 245:10, 248:10,

251:2
**PAGE** [3] - 3:7, 4:7, 5:5
**pages** [13] - 45:25, 46:4, 68:14, 84:6, 136:25, 137:11, 139:2, 162:14, 162:16, 162:19, 163:2, 168:10, 168:16
**paid** [9] - 14:4, 166:5, 166:8, 166:11, 170:23, 171:3, 187:6, 190:16, 196:23
**paintings** [1] - 18:5
**Panic** [1] - 109:23
**paragraph** [18] - 12:4, 12:5, 12:6, 12:7, 12:8, 12:9, 24:24, 27:2, 27:7, 63:4, 69:9, 69:10, 92:15, 92:18, 150:16, 228:21, 251:14, 251:24
**paragraphs** [4] - 24:17, 27:16, 69:8, 167:22
**parameters** [1] - 134:3
**pardon** [1] - 242:11
**parody** [7] - 17:9, 17:10, 17:12, 17:14, 17:16, 17:17, 17:25
**part** [35] - 16:1, 26:3, 38:11, 38:14, 38:17, 40:10, 40:15, 42:15, 49:2, 49:16, 56:5, 56:16, 59:20, 71:2, 98:16, 105:5, 106:25, 117:5, 117:18, 128:11, 128:25, 136:5, 145:17, 145:19, 153:8, 161:6, 161:11, 163:23, 165:4, 165:8, 165:20, 172:18, 184:11, 241:8, 249:25
**participants** [3] - 148:2, 155:5, 156:9
**participated** [1] - 231:7
**particular** [32] - 9:1, 30:6, 108:5, 120:19, 123:4, 124:22, 128:12, 128:18, 128:20, 128:24, 130:14, 134:4, 134:7, 134:18,

138:20, 142:8, 142:22, 143:11, 144:9, 147:24, 152:1, 162:15, 163:18, 164:11, 164:16, 165:19, 176:4, 218:23, 220:9, 233:17, 253:15
**particularly** [2] - 122:14, 159:1
**parties** [7] - 7:3, 7:5, 7:11, 9:19, 40:24, 187:8, 192:7
**partner** [3] - 101:9, 101:10, 230:13
**partners** [9] - 96:3, 97:9, 97:11, 97:16, 97:19, 98:13, 98:25, 100:24, 101:5
**partnership** [3] - 98:9, 99:3, 99:4
**partnerships** [2] - 98:3, 98:4
**parts** [1] - 38:9
**party** [2] - 60:17, 254:4
**passionate** [2] - 244:20, 246:16
**past** [12] - 40:17, 58:10, 58:13, 58:18, 67:2, 73:19, 146:22, 146:24, 150:18, 151:1, 151:14, 151:23
**patent** [2] - 27:3, 201:5
**paths** [1] - 152:9
**pattern** [2] - 107:25, 122:10
**patterns** [1] - 107:15
**Pauly** [4] - 212:15, 217:5, 232:11, 235:16
**pay** [3] - 208:3, 208:6, 234:9
**paying** [3] - 104:5, 111:24, 241:4
**penalty** [1] - 205:8
**penny** [2] - 14:8, 14:14
**people** [118] - 15:24, 16:13, 16:20, 16:21, 17:24, 18:12, 19:10, 20:10, 20:21, 20:24, 22:12, 23:5, 23:18, 24:3, 24:20, 25:2, 25:5, 25:10, 27:23, 27:25, 29:12, 41:20, 43:2, 47:4, 47:22, 47:24, 52:19, 53:21,

54:5, 54:7, 54:10, 58:14, 60:11, 61:19, 63:5, 63:16, 63:22, 64:10, 64:13, 64:25, 65:2, 72:18, 73:12, 74:3, 76:18, 83:19, 83:24, 83:25, 87:10, 87:11, 93:12, 97:23, 99:18, 99:22, 100:11, 118:1, 120:16, 121:19, 123:16, 128:17, 132:8, 133:3, 134:12, 138:9, 138:14, 145:17, 148:7, 148:8, 148:14, 148:17, 149:14, 149:17, 149:20, 149:23, 151:1, 151:8, 152:5, 152:6, 154:2, 154:8, 155:12, 155:13, 156:17, 157:10, 157:15, 157:20, 157:25, 158:4, 158:10, 158:14, 158:21, 158:23, 161:8, 167:2, 167:8, 167:17, 168:7, 180:18, 183:21, 189:2, 189:6, 189:18, 211:4, 216:11, 216:12, 216:24, 217:13, 217:23, 225:24, 226:5, 226:15, 226:19, 232:14, 233:21, 234:7, 247:6, 249:10, 255:2
**People** [1] - 210:21
**people's** [1] - 138:15
**per** [6] - 104:8, 166:5, 166:9, 215:12, 215:13
**percent** [11] - 57:19, 157:10, 157:25, 158:22, 187:12, 192:9, 197:2, 229:11, 229:12, 231:24, 235:17
**perception** [1] - 96:15
**Perfect** [1] - 109:23
**perform** [4] - 106:4, 189:11, 189:13, 189:17
**performed** [4] - 173:2, 176:9, 186:8, 202:4
**perhaps** [1] - 246:12
**period** [29] - 105:14, 105:16, 106:1,

106:5, 106:8, 106:10, 107:3, 107:14, 109:6, 109:8, 109:11, 110:4, 110:5, 110:6, 114:10, 114:18, 114:21, 114:23, 115:4, 116:3, 116:25, 117:7, 162:3, 191:23, 199:8, 199:19, 200:1, 228:23, 238:8
**periods** [3] - 58:18, 106:8, 191:19
**perjury** [1] - 205:8
**permanent** [1] - 131:9
**permanently** [1] - 139:7
**permission** [1] - 21:12
**person** [18] - 15:18, 18:15, 18:19, 18:24, 28:2, 35:13, 35:16, 37:9, 46:23, 75:18, 82:22, 85:5, 129:15, 135:9, 150:4, 150:8, 234:4, 244:19
**personal** [3] - 24:18, 92:9, 249:16
**personally** [4] - 72:3, 129:23, 144:22, 211:7
**persons** [1] - 120:12
**perspective** [6] - 98:24, 145:15, 148:5, 179:21, 203:3, 203:12
**pfp** [1] - 99:21
**phase** [1] - 231:23
**phone** [5] - 61:20, 88:13, 101:11, 101:12, 220:7
**phrase** [3] - 154:1, 154:5, 155:4
**physical** [2] - 78:23, 101:19
**picked** [1] - 168:24
**PICKERING** [2] - 2:13, 2:16
**Pickering** [2] - 6:13, 6:19
**picking** [1] - 52:20
**picture** [2] - 158:9, 234:1
**pictures** [2] - 215:2, 215:3
**piece** [11] - 95:10, 127:14, 128:20, 131:21, 132:1, 148:5, 148:15, 149:13, 149:21,

151:4, 151:10
**Piece** [1] - 114:12
**pillow** [3] - 79:21, 79:22, 95:17
**pillows** [1] - 97:5
**pipeline** [3] - 82:4, 82:6, 82:7
**place** [10] - 22:15, 22:18, 30:1, 123:16, 123:17, 192:21, 194:7, 202:5, 202:6, 217:22
**placed** [2] - 35:24, 56:25
**places** [2] - 65:1, 139:4
**plaintiff** [13] - 9:16, 10:6, 10:23, 68:3, 102:19, 125:7, 125:18, 139:17, 140:5, 169:8, 169:20, 203:23, 203:24
**PLAINTIFF** [1] - 2:3
**plaintiff's** [1] - 7:4
**plaintiffs** [1] - 8:14
**plan** [4] - 234:14, 234:23, 246:12, 251:7
**planet** [1] - 230:12
**planning** [4] - 148:3, 148:11, 250:13, 250:15
**platform** [3] - 83:23, 105:7, 181:15
**play** [4] - 18:3, 71:11, 213:9, 213:12
**playing** [2] - 71:18, 213:13
**plural** [1] - 212:12
**plus** [1] - 232:14
**point** [14] - 51:22, 117:22, 131:7, 157:1, 176:9, 177:7, 178:17, 184:21, 193:3, 220:17, 222:19, 227:15, 229:9, 251:11
**pointed** [2] - 54:3, 222:22
**pointing** [3] - 15:8, 181:21, 222:20
**points** [4] - 122:10, 145:7, 222:12, 222:18
**poly0x** [1] - 249:17
**polyox** [1] - 249:16
**popular** [4] - 20:7, 77:6, 153:11, 161:7
**population** [7] -

146:18, 146:21, 148:1, 148:10, 152:5, 152:6, 167:14
**portion** [6] - 55:13, 55:17, 156:10, 188:13, 208:3, 208:6
**portions** [1] - 55:11
**posed** [1] - 84:18
**position** [7] - 93:7, 93:9, 122:3, 126:23, 132:6, 178:11, 180:21
**positive** [2] - 15:23, 107:5
**possibility** [1] - 180:3
**possible** [13] - 30:1, 65:16, 107:24, 135:2, 142:21, 147:23, 155:17, 173:22, 212:5, 212:23, 218:11, 246:18, 250:18
**possibly** [2] - 62:7
**post** [1] - 191:23
**posted** [2] - 70:22, 179:12
**posts** [1] - 105:5
**potential** [21] - 96:3, 101:5, 116:7, 146:22, 146:24, 149:11, 149:12, 151:12, 151:15, 151:23, 152:22, 153:9, 167:4, 168:9, 168:15, 173:13, 173:22, 176:19, 211:7, 218:18, 231:23
**potentially** [2] - 150:7, 210:6
**Potter** [1] - 61:2
**practice** [1] - 211:2
**practices** [2] - 221:13, 229:10
**precise** [2] - 163:13, 173:21
**precisely** [2] - 118:20, 240:5
**precontract** [2] - 243:24, 244:12
**prefer** [2] - 36:7, 235:24
**preference** [1] - 9:22
**preferred** [5] - 40:3, 40:5, 40:7, 40:8, 40:13
**premise** [2] - 58:5, 189:7
**preparation** [1] - 171:19

**prepared** [2] - 46:11
**preparing** [1] - 7:9
**present** [4] - 52:9, 163:9, 167:25, 218:12
**presentation** [1] - 152:22
**presented** [4] - 158:9, 158:20, 158:21, 178:23
**preserved** [1] - 158:13
**president** [2] - 12:19, 88:8
**press** [5] - 88:9, 88:12, 88:16, 88:19, 95:3
**pressed** [1] - 53:4
**pretest** [10] - 145:2, 145:4, 145:10, 145:18, 145:22, 146:3, 146:8, 146:10, 167:1, 167:14
**pretests** [4] - 145:1, 145:25, 166:24, 166:25
**pretty** [8] - 82:1, 109:12, 147:22, 163:20, 164:10, 164:16, 180:14, 247:5
**prevent** [6] - 51:1, 51:14, 94:6, 100:8, 136:10, 230:16
**preventing** [3] - 100:6, 104:24, 184:25
**previous** [3] - 13:22, 56:8, 170:23
**previously** [4] - 179:5, 208:16, 248:19, 248:22
**price** [35] - 57:18, 58:15, 109:8, 124:13, 124:16, 124:17, 125:1, 137:20, 175:21, 176:8, 180:8, 180:23, 181:1, 181:18, 181:19, 182:4, 182:9, 182:12, 182:23, 183:4, 184:2, 184:4, 184:7, 184:10, 185:9, 185:16, 185:17, 185:19, 185:23, 186:3, 186:6, 198:2, 198:6, 198:10, 220:17
**prices** [3] - 58:7, 58:11, 58:16

**pricing** [1] - 198:9
**primary** [3] - 34:24, 43:15, 233:4
**priority** [1] - 238:12
**private** [1] - 41:20
**Pro** [2] - 57:12, 58:23
**pro** [1] - 2:13
**problem** [2] - 195:5, 249:19
**problematic** [6] - 14:9, 20:16, 21:2, 75:9, 75:10, 75:11
**problems** [3] - 87:18, 89:15, 89:16
**procedure** [1] - 9:10
**proceed** [13] - 10:4, 11:9, 25:19, 67:25, 102:16, 125:16, 140:3, 141:16, 169:18, 214:3, 214:4, 223:17, 224:12
**proceeds** [1] - 192:9
**process** [12] - 82:1, 82:18, 82:20, 96:16, 97:1, 136:25, 137:12, 160:25, 237:24, 238:10, 241:8
**produce** [1] - 201:17
**produced** [3] - 57:16, 227:7, 247:22
**Product** [1] - 26:5
**product** [6] - 47:2, 151:7, 154:17, 215:18, 217:1, 234:6
**products** [4] - 29:8, 81:18, 95:19, 215:18
**professional** [1] - 200:22
**Professor** [4] - 15:7, 102:6, 102:23, 121:7
**profile** [2] - 99:20
**profit** [20] - 13:2, 187:8, 187:20, 187:21, 191:12, 192:4, 192:20, 193:7, 193:16, 194:14, 194:16, 194:18, 194:25, 195:1, 195:4, 197:2, 199:1, 209:19, 220:4, 220:5
**profit-sharing** [3] - 187:8, 194:16, 195:1
**profitable** [2] - 209:21, 209:24
**profiting** [1] - 59:11
**profits** [37] - 13:4, 13:9, 13:20, 14:8,

14:18, 39:21, 48:12, 48:20, 59:14, 65:6, 65:9, 65:11, 141:23, 165:6, 165:8, 166:3, 166:16, 174:9, 174:11, 174:17, 174:22, 175:4, 186:21, 187:6, 187:10, 188:14, 189:1, 191:10, 191:23, 192:12, 192:18, 197:4, 199:13, 202:1, 207:15, 207:18
**prohibit** [2] - 50:1, 199:2
**prohibiting** [1] - 198:19
**prohibition** [1] - 50:12
**project** [58] - 21:5, 21:18, 21:21, 21:24, 22:3, 28:4, 28:13, 30:13, 35:4, 35:7, 38:25, 40:11, 52:25, 62:18, 62:19, 63:17, 63:24, 64:1, 75:20, 77:19, 89:4, 89:8, 93:13, 111:14, 191:15, 195:21, 214:8, 214:11, 214:15, 214:18, 214:25, 220:9, 220:12, 220:16, 220:19, 227:1, 227:5, 227:16, 227:17, 227:19, 227:20, 227:22, 228:3, 228:6, 228:12, 228:24, 229:2, 229:5, 229:14, 229:17, 229:19, 229:22, 230:7, 230:13, 238:14, 246:17
**project's** [2] - 16:11, 16:18
**projects** [3] - 72:16, 95:19, 220:22
**prominence** [2] - 98:21, 98:24
**promise** [1] - 161:17
**promote** [6] - 50:2, 50:5, 57:13, 57:21, 58:20, 94:7
**promoted** [2] - 32:10, 188:25
**promoting** [4] - 32:8, 50:12, 51:15, 100:7
**promotion** [4] - 57:22, 189:23, 210:13,

230:17
**promotional** [1] - 185:1
**prompt** [3] - 154:14, 154:25, 158:3
**prompting** [1] - 86:16
**prompts** [1] - 157:16
**pronounces** [1] - 242:10
**proof** [13] - 177:20, 177:25, 178:3, 178:9, 178:13, 178:18, 178:20, 178:24, 179:9, 180:22, 183:8, 183:10, 183:25
**proper** [1] - 67:1
**property** [9] - 27:3, 69:23, 70:7, 70:19, 93:22, 93:25, 94:3, 201:1, 215:7
**proposed** [1] - 60:16
**prospect** [6] - 231:17, 231:20, 231:22, 231:24, 232:3, 233:14
**prospective** [3] - 146:14, 233:19, 234:1
**protest** [31] - 13:16, 13:19, 14:2, 14:5, 15:11, 15:19, 16:2, 63:5, 63:13, 63:18, 63:20, 63:25, 65:13, 189:3, 214:24, 215:1, 222:18, 227:19, 227:20, 227:25, 229:5, 229:6, 229:9, 229:12, 230:13, 231:25, 235:1, 237:18, 237:23, 238:4
**protesting** [1] - 227:23
**protocol** [1] - 66:11
**prove** [2] - 188:8, 193:21
**proves** [1] - 230:6
**provide** [6] - 141:11, 173:16, 180:11, 246:11, 252:15, 252:17
**provided** [4] - 73:6, 173:18, 173:19, 180:6
**provides** [3] - 246:1, 246:5, 246:7
**providing** [1] - 172:6
**proving** [1] - 230:1

**proxy** [2] - 184:7, 185:15
**public** [22] - 19:3, 20:2, 20:5, 20:9, 20:21, 21:7, 21:15, 22:2, 25:13, 74:6, 119:22, 128:3, 135:19, 137:16, 137:25, 215:14, 222:14, 222:18, 233:17, 233:21, 247:15, 248:25
**publication** [1] - 123:7
**publicizing** [1] - 105:19
**publicly** [8] - 22:20, 73:10, 75:8, 76:10, 116:16, 130:7, 164:8, 243:11
**published** [1] - 114:11
**publishing** [1] - 60:25
**pull** [18] - 25:18, 25:24, 33:4, 62:22, 76:21, 84:4, 108:13, 109:17, 130:8, 131:14, 136:19, 153:12, 167:23, 171:11, 183:8, 201:18, 201:19, 216:2
**pulling** [1] - 137:20
**purchase** [23] - 15:18, 16:2, 16:5, 24:15, 47:4, 47:23, 64:25, 136:25, 137:12, 148:3, 148:11, 150:3, 150:4, 151:9, 156:19, 161:4, 167:10, 180:1, 183:5, 183:12, 183:14, 185:3
**purchased** [15] - 13:23, 14:1, 19:3, 83:17, 84:21, 84:23, 85:5, 148:3, 148:11, 150:17, 161:8, 227:4, 229:13, 229:14, 229:17
**purchaser** [6] - 15:10, 17:3, 19:9, 19:14, 149:2, 151:15
**purchasers** [6] - 14:19, 14:20, 14:25, 15:3, 146:24, 167:13
**purchases** [2] - 146:14, 151:23
**purchasing** [11] - 14:11, 14:12, 15:11, 137:19, 148:20, 149:15, 149:18,

149:19, 150:5, 150:9, 150:21
**purported** [2] - 35:3, 35:7
**purportedly** [3] - 30:12, 34:22, 152:15
**purpose** [2] - 149:10, 218:18
**purposes** [4] - 170:9, 182:15, 190:1, 224:18
**push** [1] - 134:14
**put** [25] - 17:23, 25:21, 29:12, 35:14, 45:14, 47:5, 47:6, 52:11, 97:22, 157:2, 157:18, 177:18, 185:14, 192:21, 193:2, 193:19, 194:15, 218:17, 226:10, 246:20, 249:12, 250:20, 251:2, 251:18, 254:10
**puts** [3] - 154:17, 154:19, 158:6
**putting** [4] - 36:22, 231:7, 233:18, 233:25

## Q

**qualification** [6] - 146:8, 146:10, 146:15, 150:11, 150:17, 151:1
**qualified** [5] - 149:14, 149:17, 150:8, 153:20, 247:25
**qualify** [4] - 146:4, 146:11, 148:19, 167:17
**quality** [1] - 247:4
**quantifiable** [2] - 176:21, 186:18
**quantification** [1] - 176:15
**quantifications** [3] - 172:14, 173:20, 177:17
**quantified** [1] - 179:25
**quantify** [3] - 30:5, 188:20
**quantifying** [1] - 174:21
**quantitatively** [1] - 180:7
**quarterly** [2] - 89:18, 89:22
**quarters** [2] - 220:11,

221:1
**QUESTION** [3] - 33:6, 34:14, 143:20
**questioned** [2] - 53:15, 59:10
**questions** [39] - 13:22, 27:18, 53:2, 65:23, 84:17, 94:14, 94:19, 99:8, 100:15, 100:16, 100:19, 113:7, 116:10, 117:21, 120:4, 125:2, 136:1, 146:4, 150:16, 154:16, 166:1, 167:3, 167:6, 168:9, 169:3, 213:14, 214:7, 214:9, 214:14, 215:22, 215:24, 217:18, 219:20, 219:21, 219:22, 221:6, 222:25, 247:25
**quick** [1] - 136:16
**quickly** [1] - 180:14
**quite** [10] - 30:3, 48:22, 114:18, 139:3, 162:21, 182:20, 187:16, 201:15, 201:18, 201:21
**quote** [16] - 15:15, 24:11, 24:14, 29:1, 30:8, 38:14, 38:25, 39:2, 39:3, 39:6, 51:17, 58:14, 88:7, 106:14, 132:24, 179:1
**quoted** [1] - 39:23
**quotes** [1] - 97:13
**quoting** [3] - 104:1, 106:15, 106:16

## R

**Ra** [1] - 11:7
**racially** [2] - 22:3, 73:23
**racism** [13] - 118:18, 118:24, 119:10, 119:14, 119:22, 121:9, 122:17, 215:3, 229:9, 231:25, 235:2, 237:23, 238:4
**racist** [2] - 120:14, 120:21
**raise** [7] - 7:24, 10:13, 54:15, 125:8, 139:19, 204:3, 223:8

**raised** [2] - 69:6, 122:7
**random** [1] - 138:13
**range** [6] - 174:4, 184:3, 184:8, 185:14, 201:3, 215:18
**rare** [2] - 58:3, 58:19
**rarely** [1] - 52:17
**rate** [6] - 104:8, 171:5, 171:6, 200:22, 221:3, 221:11
**rates** [1] - 166:8
**rather** [4] - 134:13, 227:24, 237:20
**reach** [2] - 107:14, 186:9
**reached** [4] - 95:25, 124:19, 178:24, 250:2
**reaching** [1] - 14:17
**reaction** [2] - 61:25, 87:12
**read** [18] - 38:4, 38:9, 38:11, 38:14, 38:17, 40:6, 40:10, 41:17, 63:1, 79:11, 112:3, 190:21, 192:24, 232:10, 235:14, 240:12, 244:8
**readable** [3] - 138:9, 138:16, 138:21
**readers** [6] - 22:23, 23:1, 23:8, 23:12, 23:15, 23:17
**reading** [1] - 8:17
**readings** [1] - 23:9
**reads** [3] - 131:18, 183:10, 192:8
**ready** [5] - 138:2, 247:7, 247:9, 248:14
**ready-to-go** [1] - 247:9
**real** [7] - 29:13, 31:16, 56:8, 61:10, 64:14, 136:16, 219:7
**reality** [1] - 112:4
**realized** [1] - 84:1
**really** [22] - 29:25, 73:1, 83:21, 84:2, 96:2, 96:13, 138:18, 160:15, 186:11, 188:4, 201:13, 203:8, 231:1, 233:7, 234:3, 241:10, 246:20, 247:14, 254:21
**reason** [18] - 49:12, 76:25, 77:2, 95:24, 107:13, 108:2,

108:5, 108:17, 108:22, 144:4, 144:6, 173:7, 215:7, 230:24, 247:5, 248:8, 250:1
**reasonable** [11] - 25:5, 25:10, 76:5, 161:8, 176:15, 185:15, 188:20, 193:8, 198:10, 198:11, 248:7
**reasonably** [1] - 197:25
**reasons** [4] - 105:16, 107:9, 107:19, 136:9
**receipt** [4] - 222:17, 227:7, 227:14, 230:6
**receipts** [2] - 229:25, 230:9
**receive** [9] - 8:19, 11:19, 11:23, 48:16, 68:23, 68:25, 103:6, 140:21, 192:8
**RECEIVED** [1] - 5:8
**received** [57] - 9:9, 12:1, 16:10, 16:17, 21:15, 22:19, 26:17, 26:19, 69:4, 71:25, 72:2, 74:15, 74:16, 75:2, 75:3, 78:4, 78:6, 79:15, 79:16, 80:1, 80:2, 81:13, 81:14, 88:7, 92:21, 101:17, 102:1, 110:17, 110:18, 110:25, 111:1, 114:8, 114:9, 126:4, 126:11, 140:20, 170:8, 196:5, 196:6, 200:16, 200:18, 205:14, 207:13, 209:12, 209:14, 211:14, 211:16, 213:20, 213:21, 219:17, 224:7, 224:10, 237:5, 237:7, 239:19, 239:21, 250:11
**recently** [3] - 30:1, 57:11, 111:22
**recess** [6] - 67:4, 67:6, 159:12, 159:13, 255:16, 255:18
**recipient** [1] - 195:14
**recognize** [2] - 120:17, 205:3
**recognized** [1] - 211:7
**recollection** [2] - 182:1, 207:2, 231:2
**reconfirms** [1] -

228:11
**record** [16] - 8:18, 8:22, 10:19, 66:9, 66:14, 67:17, 102:13, 125:14, 139:25, 169:15, 204:13, 222:11, 222:12, 223:14, 248:25, 254:18
**recording** [1] - 71:18
**records** [2] - 62:3, 201:23
**RECROSS** [6] - 3:10, 3:13, 4:10, 62:16, 100:22, 219:25
**recross** [4] - 62:14, 125:4, 139:14, 203:20
**RECROSS-EXAMINATION** [6] - 3:10, 3:13, 4:10, 62:16, 100:22, 219:25
**redirect** [7] - 51:6, 94:15, 100:25, 121:3, 136:2, 166:21, 200:7
**REDIRECT** [16] - 3:10, 3:13, 3:16, 3:18, 3:21, 3:23, 4:9, 4:10, 51:7, 94:17, 121:5, 136:3, 166:22, 200:19, 214:5, 221:8
**refer** [12] - 8:24, 32:15, 33:12, 66:6, 66:7, 85:8, 131:4, 148:7, 177:1, 224:19, 225:25, 226:5
**reference** [4] - 57:4, 106:13, 106:20, 243:4
**referenced** [5] - 137:7, 212:2, 212:6, 212:9, 254:25
**references** [3] - 131:13, 156:15, 205:21
**referred** [9] - 30:21, 52:3, 66:8, 66:16, 66:21, 72:7, 148:18, 215:5, 216:6
**referring** [20] - 23:13, 25:15, 26:10, 61:4, 70:16, 71:7, 72:12, 73:17, 76:18, 109:13, 113:5, 121:12, 134:23, 134:24, 137:6, 162:8, 212:12, 216:11, 224:19,

226:15
**refers** [4] - 31:7, 31:23, 32:13, 32:17
**refining** [1] - 234:6
**reflect** [2] - 194:18, 198:5
**reflecting** [2] - 136:25, 137:11
**reflects** [1] - 112:4
**refresh** [1] - 207:2
**refund** [1] - 187:19
**refunds** [3] - 111:13, 187:16, 187:23
**regard** [1] - 22:16
**regarding** [3] - 7:13, 63:5, 180:1
**register** [1] - 230:25
**registered** [2] - 230:21, 231:4
**registering** [1] - 138:16
**registers** [1] - 96:23
**regular** [1] - 27:25
**relate** [1] - 152:3
**related** [13] - 88:9, 110:7, 117:22, 124:9, 147:24, 152:22, 154:16, 155:23, 156:20, 173:10, 230:6, 236:23, 236:24
**relates** [1] - 148:14
**relating** [5] - 168:11, 168:19, 180:10, 183:17, 230:1
**relation** [1] - 72:16
**relationship** [3] - 97:11, 97:15, 123:19
**relative** [1] - 200:1
**release** [14] - 27:22, 98:5, 98:14, 105:10, 112:19, 112:24, 113:2, 113:20, 234:7, 234:15, 234:24, 244:16, 246:3, 246:17
**released** [8] - 26:6, 26:8, 85:11, 85:13, 217:25, 218:1, 227:23, 248:4
**relevance** [1] - 98:21
**relevant** [9] - 98:3, 134:8, 134:17, 134:18, 141:4, 159:1, 186:11, 190:22, 230:17
**reliable** [1] - 141:5
**reliance** [1] - 41:15
**relied** [16] - 37:15, 37:20, 38:7, 39:15,

39:22, 92:25, 181:5, 181:11, 181:20, 181:23, 181:24, 182:2, 182:4, 182:9, 182:11, 188:17
**relief** [1] - 184:24
**rely** [12] - 25:6, 25:11, 37:8, 37:12, 38:24, 45:15, 47:19, 76:6, 76:8, 76:9, 92:7, 92:11
**relying** [2] - 30:11, 30:16
**remainder** [5] - 231:12, 232:4, 232:14, 232:25, 239:25
**remained** [1] - 164:15
**remarkable** [1] - 253:8
**remedies** [1] - 230:15
**remember** [10] - 60:17, 83:8, 99:19, 113:6, 113:14, 115:1, 197:17, 214:9, 215:24, 231:1
**remind** [1] - 98:19
**remiss** [1] - 200:8
**removed** [1] - 156:13
**repeat** [7] - 117:13, 148:24, 168:13, 208:4, 228:9, 236:19, 239:8
**repeatedly** [1] - 252:3
**repeating** [6] - 101:9, 234:20, 234:21, 237:8, 246:24, 248:21
**rephrase** [2] - 173:12, 253:12
**replaced** [1] - 156:20
**replies** [1] - 53:21
**report** [58] - 29:1, 105:18, 106:9, 107:16, 112:11, 112:24, 113:13, 115:5, 116:23, 117:1, 117:5, 117:23, 118:11, 118:16, 118:23, 119:3, 122:11, 122:13, 122:18, 122:22, 141:4, 164:4, 171:20, 172:10, 172:15, 172:19, 172:21, 172:23, 173:3, 173:17, 174:7, 174:13, 175:3, 175:13, 175:17, 175:20, 176:7,

176:14, 176:20, 176:24, 177:10, 177:14, 177:18, 177:24, 179:21, 179:24, 181:22, 181:25, 185:23, 185:25, 186:2, 186:3, 186:7, 188:17, 196:15, 197:10, 198:4, 201:11
**reported** [7] - 87:21, 87:24, 112:6, 112:8, 183:25, 184:8, 185:25
**reporter** [6] - 15:1, 39:4, 72:7, 72:8, 72:11, 88:16
**Reporter** [2] - 32:9, 67:22
**reporters** [1] - 31:4
**reporting** [1] - 32:3
**reports** [4] - 88:5, 88:8, 89:18, 89:22
**represent** [5] - 133:4, 181:4, 182:19, 186:2, 215:3
**representation** [2] - 127:9, 196:17
**representations** [2] - 139:8, 156:20
**representative** [1] - 78:14
**representatives** [2] - 20:14, 21:2
**represented** [3] - 55:24, 92:20, 139:7
**represents** [4] - 58:6, 128:18, 175:24, 178:14
**repurchased** [1] - 175:25
**request** [5] - 50:10, 84:6, 160:24, 253:24
**requested** [5] - 15:14, 50:11, 50:19, 136:6
**required** [2] - 40:16, 40:21
**requires** [2] - 135:14, 238:21
**research** [3] - 147:1, 151:8, 229:18
**reservation** [5] - 238:10, 241:1, 241:14, 241:18, 241:19
**reservations** [2] - 237:21, 245:24
**reserved** [5] - 237:25, 239:6, 239:10,

239:25, 253:22
**reserving** [1] - 241:8
**resold** [1] - 161:1
**resolution** [1] - 21:16
**resolved** [1] - 21:14
**resource** [2] - 130:7, 222:20
**resources** [1] - 95:20
**respect** [8] - 7:13, 8:25, 9:6, 66:4, 114:20, 186:12, 190:8, 194:20
**respectful** [1] - 242:12
**respond** [6] - 61:13, 73:23, 118:7, 212:18, 212:20, 251:7
**responded** [5] - 101:18, 154:20, 216:23, 220:20, 245:14
**respondent** [1] - 146:12
**respondents** [5] - 146:4, 151:23, 152:12, 153:20, 155:22
**responders** [1] - 184:3
**responding** [3] - 52:18, 52:20, 184:13
**responds** [1] - 245:18
**response** [10] - 108:21, 113:9, 154:13, 208:19, 216:16, 216:17, 216:20, 242:13, 246:6, 246:9
**responses** [2] - 84:5, 179:13
**responsible** [4] - 82:22, 89:25, 91:12, 91:15
**rest** [1] - 246:2
**restate** [1] - 129:5
**rests** [2] - 203:23, 203:24
**result** [13] - 59:18, 152:12, 157:13, 167:14, 175:5, 237:17, 252:3, 252:8, 252:12, 252:21, 252:22, 253:2, 253:11
**resulted** [3] - 22:11, 57:18, 209:16
**results** [1] - 107:25, 167:14
**resume** [1] - 159:14
**return** [2] - 156:2, 218:2

**returning** [1] - 185:17
**reveal** [1] - 108:1
**revenue** [1] - 209:16
**revenues** [6] - 186:21, 186:24, 186:25, 188:4, 193:20, 201:25
**review** [17] - 8:8, 14:24, 15:2, 15:6, 15:13, 15:21, 16:1, 16:4, 55:13, 55:17, 125:23, 140:12, 149:3, 170:1, 192:7, 194:3, 202:18
**reviewed** [15] - 15:25, 16:8, 23:16, 33:25, 34:1, 34:2, 53:8, 55:11, 59:4, 136:23, 137:11, 147:9, 177:13, 177:25, 213:6
**reviewing** [1] - 149:6
**ride** [1] - 35:16
**riding** [2] - 13:5, 13:11
**right-hand** [1] - 46:17
**rights** [20] - 24:18, 70:1, 70:3, 70:7, 70:10, 70:14, 70:19, 70:24, 71:1, 71:2, 71:3, 71:6, 71:7, 72:4, 72:24, 73:15, 92:12, 92:21, 94:21, 95:1
**Riley** [1] - 209:8
**rip** [1] - 61:15
**ripe** [1] - 51:25
**Ripps** [108] - 6:6, 6:20, 14:4, 15:22, 16:7, 18:19, 18:24, 19:4, 19:17, 19:21, 20:22, 28:3, 28:7, 31:18, 32:2, 32:13, 32:20, 33:7, 33:15, 42:19, 42:23, 43:5, 43:12, 44:3, 44:7, 44:19, 45:9, 46:22, 47:1, 47:13, 47:18, 48:15, 49:22, 50:1, 50:12, 50:20, 52:24, 56:11, 56:19, 58:20, 59:21, 64:3, 64:17, 64:23, 65:18, 74:4, 74:5, 75:19, 77:20, 82:23, 83:1, 84:22, 84:24, 90:15, 90:23, 90:25, 91:7, 91:25, 92:12, 92:20, 93:1, 93:4, 93:14, 94:6, 95:24, 96:8, 99:15, 99:23, 105:19, 106:13,

106:20, 115:9, 116:14, 116:15, 117:5, 120:13, 122:15, 124:22, 124:25, 141:23, 142:4, 152:16, 157:18, 160:7, 165:1, 191:15, 194:11, 194:24, 198:13, 210:17, 216:16, 216:22, 217:2, 219:5, 228:22, 230:21, 231:3, 242:3, 242:13, 243:7, 244:15, 244:23, 245:3, 245:11, 245:14, 248:12, 254:22, 255:7
**Ripps's** [29] - 12:23, 16:10, 16:17, 16:24, 48:11, 48:12, 51:12, 55:25, 92:8, 117:12, 117:15, 118:1, 118:4, 118:12, 132:7, 141:25, 146:22, 166:3, 168:22, 174:8, 186:20, 196:11, 224:20, 224:24, 225:4, 225:13, 225:17, 250:24, 251:4
**Ripps.ETH** [1] - 130:20
**rise** [1] - 255:17
**robust** [1] - 82:1
**Rodeo** [1] - 64:13
**role** [4] - 188:3, 188:19, 193:18, 199:17
**Rolex** [2] - 58:2, 58:3
**Rolexes** [1] - 96:13
**room** [1] - 247:17
**roughly** [2] - 174:5, 243:10
**row** [1] - 243:25
**royalties** [2] - 48:16, 48:22
**royalty** [2] - 234:9, 249:10
**royalty-free** [1] - 249:10
**RR** [2] - 52:11, 210:22
**RR/BAYC** [197] - 13:15, 13:19, 14:1, 14:5, 14:19, 14:21, 14:25, 15:3, 15:15, 16:11, 16:18, 17:3, 18:24, 19:3, 28:4,

28:20, 28:23, 30:13, 30:23, 31:23, 32:2, 32:3, 32:6, 32:13, 35:4, 35:7, 35:25, 36:25, 38:25, 40:4, 42:19, 42:23, 43:5, 43:8, 43:12, 44:7, 44:19, 52:3, 52:7, 52:11, 52:17, 53:23, 56:19, 57:1, 60:8, 62:18, 63:4, 65:7, 75:19, 77:19, 78:19, 83:7, 83:11, 83:18, 85:5, 86:15, 87:17, 88:9, 89:4, 89:8, 89:21, 90:16, 91:4, 91:13, 91:15, 91:19, 92:2, 93:12, 96:9, 96:20, 96:22, 97:10, 97:14, 97:18, 97:20, 98:6, 98:8, 98:14, 99:16, 100:7, 103:25, 105:10, 105:20, 106:12, 106:19, 106:23, 115:9, 116:13, 119:22, 122:15, 124:22, 130:17, 130:25, 134:6, 135:22, 136:6, 136:10, 138:7, 152:19, 152:23, 153:10, 159:22, 161:13, 162:2, 162:13, 165:9, 165:17, 168:10, 168:16, 174:9, 175:14, 178:25, 180:23, 182:12, 182:23, 183:1, 183:13, 183:14, 184:15, 185:8, 185:23, 186:3, 186:6, 190:2, 190:7, 190:11, 190:14, 191:6, 197:5, 198:19, 199:8, 202:5, 206:2, 208:10, 208:17, 208:20, 208:24, 209:15, 209:18, 210:4, 210:12, 210:16, 212:3, 212:7, 212:10, 212:13, 214:8, 214:11, 214:15, 214:18, 216:19, 218:16, 218:24, 219:10, 219:12, 219:14, 219:18, 220:15, 220:24,

220:25, 224:19, 227:1, 227:5, 227:16, 227:17, 227:19, 227:20, 228:3, 228:6, 228:11, 228:24, 229:2, 229:11, 230:7, 230:17, 231:12, 231:18, 231:21, 232:4, 234:15, 234:23, 235:22, 236:16, 236:17, 237:13, 237:14, 238:2, 238:21, 238:24, 239:5, 239:9, 239:25, 243:7, 244:6, 252:4, 254:8
**RR/BAYC's** [2] - 17:1, 210:8
**RR/BAYCs** [24] - 17:7, 18:12, 33:16, 47:1, 47:2, 55:25, 56:12, 57:8, 57:10, 64:18, 64:24, 92:21, 118:1, 123:8, 125:1, 160:22, 175:25, 183:4, 186:22, 202:18, 209:21, 210:13, 213:1, 217:23
**rrbayc.com** [8] - 36:2, 36:15, 37:5, 159:22, 160:2, 160:4, 160:7, 160:12
**RSVP** [17] - 191:18, 191:20, 191:23, 192:3, 192:9, 192:12, 192:15, 192:17, 192:20, 194:8, 194:20, 197:1, 220:24, 220:25, 221:11, 235:13, 238:8
**rude** [1] - 123:1
**rule** [4] - 9:13, 10:11, 12:2, 107:11
**Rule** [1] - 9:20
**ruling** [3] - 69:5, 141:11
**rulings** [1] - 103:11
**run** [1] - 44:11
**Runner** [1] - 22:13
**running** [1] - 35:14
**runs** [1] - 217:1
**RYAN** [3] - 4:8, 204:14, 204:16
**Ryan** [7] - 28:3, 53:6, 75:18, 204:2, 204:14, 206:20,

253:19
**Ryder** [19] - 18:19, 18:24, 19:4, 31:18, 32:2, 32:20, 33:7, 39:5, 115:9, 130:20, 168:22, 224:20, 224:24, 225:4, 225:13, 225:17, 227:24, 248:11, 253:19
**Ryder's** [2] - 219:11, 251:21
**Ryder-Ripps.ETH** [1] - 130:20
**Ryderripps.eth** [1] - 195:12

## S

**S-o-l-a-n-o** [1] - 10:21
**Safo214** [1] - 46:19
**sale** [15] - 13:20, 43:15, 43:20, 47:13, 47:18, 52:7, 128:3, 158:5, 162:23, 163:2, 164:16, 186:22, 186:25, 189:23, 202:17
**sales** [45] - 13:2, 47:8, 47:15, 47:20, 48:11, 48:17, 52:2, 53:18, 53:19, 57:5, 57:8, 58:7, 58:10, 58:21, 59:2, 59:8, 62:1, 65:7, 65:11, 65:14, 165:2, 165:5, 168:10, 168:16, 187:3, 189:2, 191:24, 192:9, 202:5, 202:6, 202:10, 202:18, 202:19, 203:17, 208:17, 231:18, 231:21, 234:14, 234:23, 236:16, 237:13, 237:19, 237:20, 238:2, 238:24
**salient** [2] - 129:14, 138:19
**San** [1] - 2:10
**Santiago** [1] - 15:13
**sarcasm** [1] - 255:9
**sarcastic** [1] - 254:25
**satire** [6] - 63:4, 63:13, 63:18, 63:20, 63:25, 65:12
**Saturday** [2] - 18:1, 18:3
**sauce** [1] - 72:17

**saved** [1] - 249:10
**savvy** [1] - 53:25
**saw** [16] - 14:9, 53:25, 54:1, 83:7, 111:24, 154:2, 154:20, 154:24, 157:25, 158:14, 185:11, 185:12, 185:15, 193:12, 213:24, 238:8
**scale** [2] - 79:19, 95:25
**scam** [18] - 13:18, 13:25, 14:2, 16:14, 41:18, 41:19, 41:24, 42:2, 44:11, 54:3, 54:14, 59:15, 59:16, 59:18, 61:16, 93:13, 111:25, 131:19
**scam/LARP** [2] - 39:3, 39:6
**scammed** [1] - 54:10
**scamming** [1] - 38:22
**scammy** [1] - 111:14
**scams** [1] - 59:19
**scared** [1] - 38:20
**scatological** [1] - 22:14
**scatology** [1] - 22:17
**scenario** [1] - 175:24
**school** [3] - 22:12, 160:15, 160:17
**sciences** [1] - 191:7
**scientists** [2] - 190:17, 201:14
**scope** [6] - 136:21, 137:3, 142:3, 175:11, 177:20, 214:21
**screen** [15] - 25:19, 25:21, 33:5, 62:22, 65:7, 84:4, 110:3, 112:3, 186:10, 216:2, 226:11, 236:10, 250:21, 250:22, 251:18
**screener** [1] - 146:7
**screening** [3] - 146:3, 148:13, 167:6
**screenshot** [1] - 46:13
**scroll** [3] - 55:23, 56:8, 133:10
**scrolling** [1] - 55:23
**seated** [7] - 10:18, 67:16, 102:12, 125:13, 169:14, 204:8, 223:13
**SeaWorld** [3] - 18:8, 18:9, 18:10
**second** [9] - 7:18,

63:3, 122:12, 189:8, 191:23, 197:19, 213:10, 228:8
**secondaries** [1] - 44:12
**secondary** [15] - 16:6, 16:15, 48:17, 57:8, 58:21, 77:6, 131:22, 132:4, 164:24, 164:25, 202:7, 202:10, 202:17, 202:22, 203:9
**seconds** [1] - 95:14
**section** [6] - 26:23, 27:1, 46:17, 218:2, 218:4, 218:7
**see** [130] - 11:14, 15:9, 19:7, 26:1, 29:20, 29:22, 29:23, 29:24, 30:3, 32:22, 46:16, 46:18, 56:3, 56:6, 57:2, 61:3, 61:7, 76:21, 102:24, 103:18, 103:19, 109:20, 110:3, 113:15, 130:3, 130:20, 130:21, 131:16, 131:18, 131:23, 132:19, 133:9, 136:24, 137:10, 137:13, 137:18, 138:22, 140:14, 143:19, 153:18, 155:18, 157:14, 158:6, 160:10, 167:2, 168:5, 170:20, 175:15, 179:23, 181:7, 184:3, 184:6, 196:9, 206:18, 206:20, 206:22, 206:23, 206:24, 207:1, 210:23, 213:25, 215:17, 216:6, 216:7, 216:19, 217:8, 218:7, 226:9, 226:14, 226:16, 226:17, 226:18, 226:21, 228:15, 228:21, 232:15, 233:1, 233:2, 233:9, 233:10, 233:11, 235:9, 235:12, 235:24, 236:11, 236:12, 236:13, 236:14, 238:18, 238:19, 238:21, 238:22, 239:24, 240:1, 240:10,

242:1, 242:2, 242:4, 242:5, 242:6, 242:14, 243:4, 243:15, 243:16, 243:18, 243:20, 243:22, 243:24, 244:1, 244:3, 244:8, 244:13, 244:23, 244:24, 245:11, 245:13, 245:16, 245:20, 245:21, 246:9, 248:15, 249:14, 249:20, 249:25, 251:3, 251:6, 252:1, 252:5, 254:11

**seeing** [1] - 107:15

**seeking** [9] - 15:18, 51:12, 65:6, 104:20, 166:17, 174:16, 184:19, 207:15, 230:16

**seeks** [2] - 49:25, 50:25

**seem** [5] - 111:5, 111:21, 114:19, 124:9, 124:11

**selection** [1] - 21:8

**sell** [27] - 16:15, 16:22, 17:11, 17:15, 17:18, 17:21, 18:9, 29:24, 33:16, 43:7, 43:8, 43:25, 44:4, 45:10, 45:19, 47:16, 48:2, 56:12, 57:14, 58:14, 58:16, 64:13, 128:3, 160:11, 176:12, 184:15, 185:8

**selling** [21] - 18:6, 46:2, 47:1, 47:2, 48:3, 51:20, 58:19, 58:25, 64:10, 64:17, 64:18, 64:24, 65:9, 202:22, 210:4, 216:12, 222:9, 222:10, 222:11, 222:17

**sells** [2] - 53:20, 127:25

**Semitism** [5] - 229:9, 231:25, 235:2, 237:23, 238:5

**send** [1] - 96:9

**sending** [2] - 35:19, 35:21

**sense** [9] - 18:2, 18:11, 54:2, 95:22, 123:17, 134:11, 135:1, 199:19, 246:7

**sensitivity** [6] - 22:23,

23:1, 23:8, 23:11, 23:15, 23:17

**sent** [2] - 194:11, 196:11

**sentence** [5] - 27:1, 236:13, 240:12, 246:2, 248:21

**sentiment** [14] - 106:23, 107:2, 107:5, 107:9, 107:19, 108:3, 108:5, 109:5, 109:15, 117:2, 122:14, 122:22, 124:23, 124:24

**separate** [5] - 21:23, 123:18, 129:12, 147:17, 193:9

**separately** [3] - 192:6, 192:25, 199:22

**series** [1] - 110:7

**serious** [3] - 93:8, 93:10, 93:11

**served** [1] - 175:17

**service** [1] - 86:2

**set** [8] - 7:2, 8:5, 8:9, 8:21, 24:6, 243:4, 243:7, 243:22

**setting** [1] - 8:22

**settlement** [6] - 38:15, 40:15, 40:21, 40:23, 40:24, 41:1

**several** [4] - 27:16, 85:8, 88:23, 173:21

**severe** [2] - 50:25, 51:1

**severely** [2] - 49:23, 50:10

**sewer** [2] - 22:15, 22:18

**shade** [1] - 241:9

**shall** [16] - 10:14, 10:15, 67:12, 67:13, 102:8, 102:9, 125:9, 125:10, 139:20, 139:21, 169:10, 169:11, 204:4, 204:5, 223:9, 223:10

**Shannon** [9] - 9:7, 66:9, 66:18, 66:25, 67:2, 101:22, 101:24, 207:9, 209:8

**Shannon's** [1] - 170:10

**shape** [2] - 162:3, 238:13

**share** [3] - 106:23, 117:22, 129:4

**shared** [2] - 109:14, 191:23

**sharing** [14] - 187:8, 187:22, 191:13, 192:4, 192:20, 193:7, 193:16, 194:14, 194:16, 194:18, 194:25, 195:1, 195:4, 197:2

**shelf** [1] - 134:14

**shell** [4] - 163:16, 164:10, 164:15

**shelves** [1] - 29:11

**shifts** [1] - 193:21

**Shore** [4] - 212:15, 217:5, 232:11, 235:16

**shore** [1] - 212:19

**short** [2] - 104:25, 141:11

**short-term** [1] - 104:25

**shortly** [5] - 240:6, 240:10, 240:16, 240:17, 240:21

**shout** [1] - 54:15

**show** [14] - 47:1, 132:21, 160:6, 160:9, 167:19, 168:3, 179:4, 179:19, 182:2, 184:21, 195:9, 239:12, 245:8

**showed** [5] - 52:22, 62:24, 156:9, 165:18, 200:12

**showing** [3] - 36:21, 61:4, 153:15

**shown** [26] - 15:24, 61:18, 80:19, 81:7, 115:22, 121:7, 124:12, 151:1, 153:25, 154:4, 155:5, 155:9, 155:14, 156:17, 156:19, 156:23, 157:5, 157:9, 157:15, 158:3, 165:19, 168:2, 182:12, 218:25, 219:4, 219:9

**shows** [14] - 33:18, 45:18, 47:8, 74:17, 75:4, 115:5, 122:13, 124:21, 130:19, 130:23, 157:17, 157:23, 219:6, 225:5

**sic** [2] - 12:6, 211:3

**side** [12] - 45:22, 45:24, 46:1, 46:5, 46:17, 47:11, 232:15

**side-by-side** [3] -

45:22, 45:24, 46:1

**sides** [1] - 66:13

**sign** [2] - 9:21, 205:7

**signature** [14] - 11:15, 68:15, 68:19, 103:2, 125:24, 140:13, 140:14, 170:2, 205:3, 205:6, 206:25, 224:3, 224:5, 228:19

**signed** [3] - 37:23, 38:21, 176:14

**significant** [3] - 176:20, 179:23, 191:1

**significantly** [3] - 176:17, 178:6, 180:9

**similar** [6] - 120:18, 162:4, 162:24, 163:1, 164:10, 247:12

**simple** [1] - 105:21

**simply** [1] - 152:7

**simultaneously** [1] - 89:12

**single** [43] - 17:3, 18:15, 18:19, 18:24, 19:2, 19:8, 19:13, 29:23, 35:2, 35:3, 35:6, 35:11, 42:22, 43:4, 43:11, 44:6, 44:18, 52:2, 64:17, 64:23, 85:5, 86:11, 86:20, 86:23, 87:1, 87:4, 87:7, 87:14, 87:23, 88:3, 88:11, 88:15, 88:18, 88:25, 89:3, 89:7, 101:7, 108:22, 116:21, 188:23, 203:7, 229:6, 244:19

**site** [2] - 61:15, 245:15

**sitting** [5] - 19:1, 31:16, 173:7, 181:3, 184:17

**situation** [1] - 15:16

**six** [3] - 228:2, 229:14, 249:21

**skin** [1] - 123:24

**skip** [1] - 251:11

**skull** [12] - 29:21, 36:17, 36:20, 52:9, 52:14, 57:3, 80:8, 95:7, 156:14, 163:18, 163:23, 163:25

**Slack** [3] - 34:25, 35:6, 86:2

**slice** [1] - 173:19

**slide** [1] - 31:11

45:22, 45:24, 46:1

**slightly** [3] - 146:13, 238:20, 252:10

**small** [2] - 96:24, 201:4

**smart** [25] - 127:2, 128:21, 129:13, 129:17, 130:17, 130:25, 131:11, 131:20, 133:5, 134:2, 134:5, 134:6, 134:15, 135:12, 135:16, 135:23, 136:7, 136:10, 136:14, 138:7, 138:12, 138:20, 184:25, 187:17, 226:5

**so-called** [1] - 144:12

**soap** [1] - 123:24

**social** [6] - 105:4, 105:11, 205:22, 215:14, 254:25, 255:10

**socio** [1] - 216:11

**soft** [1] - 67:19

**Solana** [3] - 28:24, 28:25, 29:3, 29:18, 30:12, 60:18, 60:20, 61:7, 78:1, 78:7, 78:10, 78:15, 152:25

**Solano** [15] - 9:16, 10:7, 10:20, 11:3, 11:11, 11:20, 12:10, 25:25, 51:9, 62:11, 62:18, 66:17, 73:20, 100:4, 202:14

**SOLANO** [2] - 3:8, 10:22

**Solano's** [3] - 12:3, 83:5, 120:10

**sold** [33] - 17:7, 18:5, 29:23, 29:25, 42:19, 42:20, 42:23, 42:24, 43:5, 43:6, 43:12, 43:13, 44:7, 44:8, 44:12, 44:19, 44:20, 46:23, 47:22, 55:25, 57:10, 58:9, 61:8, 85:19, 128:2, 160:22, 188:24, 189:5, 189:8, 202:24, 211:2, 211:3

**solely** [4] - 13:4, 13:10, 13:13, 14:18

**solemnly** [8] - 10:14, 67:11, 102:7, 125:9, 139:20, 169:9, 204:4, 223:9

**solid** [1] - 79:20

**solution** [1] - 185:2

**someone** [19] - 19:3, 35:3, 41:16, 53:22, 58:2, 61:12, 72:19, 72:23, 83:11, 148:19, 151:21, 154:11, 154:24, 155:8, 156:22, 157:5, 159:21, 185:13, 233:16
**sometimes** [2] - 54:8, 73:22
**somewhat** [3] - 116:8, 128:21, 248:7
**somewhere** [2] - 104:11, 220:11
**soon** [1] - 246:18
**sorry** [20] - 46:18, 71:13, 80:25, 81:9, 84:9, 89:6, 90:4, 100:20, 118:19, 122:25, 148:24, 154:18, 157:24, 162:8, 163:6, 168:13, 233:20, 235:7, 236:21, 239:8
**sort** [7] - 129:14, 134:14, 139:1, 151:4, 163:15, 227:23, 234:5
**sorts** [1] - 138:25
**sought** [5] - 33:16, 105:2, 174:25, 193:1, 197:25
**sound** [1] - 181:2
**sounds** [12] - 43:14, 50:4, 104:4, 104:14, 105:13, 179:8, 182:22, 192:14, 227:2, 235:23, 248:7, 250:23
**Soup** [1] - 18:4
**soup** [1] - 18:6
**Source** [1] - 247:12
**source** [15] - 136:24, 137:10, 137:14, 137:15, 154:9, 154:12, 155:1, 155:13, 155:22, 157:11, 157:20, 198:14, 247:15, 247:22
**sources** [6] - 37:14, 121:25, 122:4, 167:4, 186:24, 201:20
**space** [6] - 53:19, 62:5, 253:22, 253:23, 253:25, 254:3
**spaces** [1] - 159:3

**speaking** [10] - 71:19, 71:21, 72:6, 72:9, 73:10, 134:11, 135:1, 162:23, 215:15, 237:20
**specific** [32] - 9:14, 24:22, 29:16, 30:18, 47:20, 53:16, 53:20, 70:9, 71:8, 79:9, 83:16, 108:17, 115:7, 119:3, 122:17, 140:25, 145:7, 150:12, 150:25, 154:15, 154:18, 159:2, 159:18, 161:18, 162:4, 181:22, 199:12, 199:20, 218:21, 218:22, 233:21, 254:22
**specifically** [21] - 36:24, 45:12, 46:13, 65:12, 70:4, 70:16, 72:9, 73:16, 76:11, 76:19, 76:21, 91:3, 96:5, 97:20, 98:14, 124:3, 134:25, 147:1, 202:21, 232:15, 244:18
**specifics** [2] - 50:17, 76:17
**speculate** [2] - 242:23, 245:7
**speculating** [1] - 248:7
**speculation** [2] - 233:8, 242:25
**speech** [5] - 118:18, 118:24, 119:10, 119:14, 170:25
**spell** [8] - 10:19, 67:17, 102:13, 125:14, 139:24, 169:15, 204:12, 223:14
**spend** [2] - 8:22, 82:2
**spent** [7] - 54:18, 60:22, 86:7, 86:13, 104:11, 171:11, 227:22
**sphere** [1] - 111:22
**split** [1] - 39:21
**spoked** [1] - 180:18
**spoken** [2] - 14:20, 72:7
**sponsored** [4] - 81:15, 85:6, 219:14, 219:18
**sponsorship** [1] - 81:19
**spot** [1] - 202:1

**Spray** [2] - 123:23, 124:6
**Squirt** [8] - 141:7, 142:17, 144:4, 144:8, 144:20, 146:16, 153:9, 164:22
**SS** [1] - 37:1
**stack** [1] - 11:6
**stage** [2] - 72:6, 72:10
**stamp** [1] - 206:25
**stance** [1] - 117:18
**stand** [4] - 73:3, 173:5, 215:20, 223:7
**standing** [2] - 16:7, 221:12
**stands** [1] - 199:10
**start** [3] - 60:10, 111:15, 229:2
**started** [8] - 105:19, 191:18, 227:1, 227:16, 227:17, 228:3, 228:6, 228:12
**starting** [2] - 33:5, 167:22
**State** [1] - 2:14
**state** [15] - 6:8, 10:19, 67:17, 86:14, 102:13, 124:20, 125:14, 137:23, 139:24, 169:15, 180:22, 204:12, 208:8, 211:19, 223:14
**statement** [57] - 7:13, 15:6, 15:10, 15:13, 15:21, 16:4, 16:25, 18:16, 19:17, 30:12, 30:16, 30:22, 31:6, 33:12, 33:19, 35:23, 44:17, 45:13, 45:16, 48:10, 48:19, 49:2, 49:3, 62:24, 63:1, 63:3, 85:9, 86:5, 86:14, 90:8, 90:15, 92:7, 92:12, 92:14, 119:13, 130:11, 150:15, 153:12, 153:14, 155:19, 155:20, 181:22, 204:22, 205:2, 205:7, 209:17, 215:23, 216:4, 216:7, 216:23, 217:4, 217:16, 232:7, 233:1, 233:2, 238:21, 252:15
**statements** [12] - 14:24, 15:2, 36:6, 37:12, 40:16, 40:22,

44:16, 76:6, 90:2, 90:5, 92:8, 117:21
**states** [4] - 56:24, 111:18, 178:24, 183:16
**stating** [3] - 104:2, 104:3, 179:23
**statistical** [1] - 107:13
**statutory** [1] - 175:10
**step** [11] - 65:24, 96:7, 102:4, 169:5, 188:5, 203:21, 211:20, 211:24, 218:6, 218:14, 218:19
**stepping** [1] - 188:3
**steps** [1] - 218:22
**stick** [1] - 135:21
**sticker** [2] - 18:8, 54:9
**still** [24] - 51:9, 53:23, 57:14, 57:20, 58:25, 65:18, 97:24, 97:25, 98:20, 118:14, 174:19, 174:20, 177:6, 197:24, 198:11, 235:4, 243:14, 245:3, 250:13, 250:15, 251:5
**stimulate** [5] - 234:14, 234:23, 235:13, 238:4, 238:7
**stimulated** [7] - 236:16, 237:13, 237:19, 237:24, 238:2, 238:6, 238:24
**stimulating** [2] - 237:18
**stolen** [2] - 94:8, 94:13
**stop** [1] - 61:17
**stopping** [2] - 97:1, 97:4
**store** [2] - 18:7, 64:12
**storefront** [1] - 60:4
**Storm** [1] - 109:23
**straightforward** [2] - 135:5, 135:10
**Street** [3] - 2:5, 2:9, 2:14
**strength** [1] - 144:9
**stretch** [1] - 190:19
**strike** [15] - 22:22, 41:8, 45:10, 46:15, 48:5, 82:8, 83:15, 101:2, 118:9, 146:9, 151:21, 162:16, 199:2, 217:10, 234:10
**string** [1] - 196:16
**strings** [1] - 138:13

**strong** [2] - 122:15, 144:13
**studied** [2] - 116:18, 117:4
**studies** [1] - 143:10
**study** [4] - 144:15, 146:18, 149:11, 149:14
**stuff** [3] - 61:2, 61:6, 201:14
**subjective** [1] - 93:16
**submitted** [16] - 11:16, 42:7, 55:2, 112:10, 113:12, 125:25, 140:15, 172:19, 177:9, 177:20, 178:1, 178:9, 179:9, 185:22, 186:6, 224:1
**submitting** [1] - 178:17
**subsequent** [1] - 179:22
**subsequently** [1] - 179:25
**subset** [2] - 167:17, 199:16
**substantively** [1] - 163:1
**subsumed** [1] - 199:23
**subtract** [1] - 187:14
**subtracting** [1] - 186:22
**successful** [4] - 97:1, 97:3, 97:7, 238:14
**suddenly** [1] - 99:25
**sue** [3] - 60:19, 82:23, 95:22
**sued** [13] - 28:16, 33:22, 37:24, 47:17, 59:1, 63:12, 63:17, 63:24, 64:1, 78:8, 78:20, 95:18, 95:24
**suffered** [1] - 172:15
**sufficient** [2] - 195:21, 200:5
**suffocating** [2] - 208:21, 208:25
**suggest** [5] - 108:22, 123:2, 123:15, 195:7, 208:9
**suggested** [1] - 117:9
**suggesting** [1] - 122:15
**suggests** [2] - 117:25, 119:18
**suing** [1] - 206:8
**suit** [1] - 48:2
**Suite** [1] - 2:17

summarized [2] -
156:6, 156:12
super [1] - 54:12
supervision [3] -
145:1, 145:9, 145:22
supplemental [2] -
84:5, 177:10, 177:14
supplementing [1] -
177:11
support [4] - 86:11,
86:20, 115:22,
230:13
supported [1] -
178:11
supporters [3] -
16:11, 16:18, 16:25
supporting [4] - 86:7,
87:24, 201:11,
217:13
supports [3] - 183:5,
183:13, 183:22
supposed [5] - 23:1,
23:4, 48:23, 87:8,
146:21
surefire [1] - 133:4
surprise [3] - 227:10,
227:12, 255:7
surprising [3] -
157:13, 158:7, 158:8
surrounding [3] -
112:19, 112:23,
113:19
survey [52] - 142:19,
142:25, 144:12,
144:18, 144:20,
145:3, 145:4, 145:5,
145:10, 145:12,
145:13, 145:17,
145:18, 145:22,
146:1, 146:4, 146:6,
146:11, 147:7,
147:13, 147:18,
148:2, 148:8,
148:10, 148:13,
148:17, 148:19,
150:9, 150:12,
151:23, 151:24,
152:4, 152:15,
153:9, 155:5,
156:10, 157:17,
159:24, 160:2,
160:3, 160:5, 161:5,
161:12, 161:22,
162:10, 162:12,
163:8, 167:1, 167:2,
167:7
Survey [11] - 143:6,
143:20, 144:3,
144:4, 144:25,
146:16, 153:16,

153:19, 164:22,
167:20
surveyed [1] - 155:12
Surveys [1] - 141:7
surveys [7] - 142:5,
142:12, 142:15,
142:16, 159:19,
160:7, 166:13
Sushi [3] - 20:15,
74:18, 75:12
sustained [6] - 37:18,
41:6, 42:11, 64:21,
136:22, 214:13
sustains [2] - 12:4,
69:8
swap [1] - 44:15
swatting [1] - 77:17
swear [1] - 10:14,
67:11, 102:7, 125:9,
139:20, 169:9,
204:4, 223:9, 228:22
swoosh [2] - 29:22,
36:22
swore [3] - 33:1,
143:14, 229:21
sworn [9] - 10:23,
68:3, 102:19,
125:18, 140:5,
169:20, 204:17,
223:20, 228:5
symbol [4] - 138:7,
138:17, 225:12,
225:18
system [4] - 210:8,
210:9, 220:24,
220:25

T

tab [1] - 170:3
Tab [1] - 170:4
table [6] - 6:21, 8:6,
8:10, 78:23, 156:7,
174:11
takedown [14] - 61:13,
82:18, 82:20, 96:16,
97:1, 97:7, 252:21,
253:11, 253:15,
253:24, 254:7,
254:13, 254:16
takedowns [11] -
60:21, 78:21, 82:2,
82:5, 97:7, 252:4,
252:8, 252:13,
252:23, 253:2,
253:16
talented [1] - 234:3
talks [2] - 105:19,
112:15
target [2] - 146:21,

167:14
targets [1] - 112:1
task [3] - 116:5, 158:4,
190:25
Team [4] - 205:24,
209:2, 243:2, 245:4
team [15] - 144:25,
145:9, 145:22,
171:17, 190:8,
190:18, 201:13,
234:2, 234:4, 243:2,
244:19, 245:4,
254:6, 255:4
tease [1] - 235:13
teasing [2] - 234:15,
234:24
technical [2] - 126:20,
152:2, 214:24,
215:4, 215:6
technically [2] - 53:25,
237:20
technicals [1] - 241:4
technology [4] -
127:5, 135:10,
135:15, 138:18
teeth [4] - 36:23,
51:24, 57:4, 164:1
telegram [1] - 206:2
Telephone [4] - 2:6,
2:10, 2:15, 2:18
temporal [1] - 116:11
ten [5] - 67:4, 159:7,
159:12, 245:19,
255:16
tend [1] - 67:22
tenure [4] - 82:2,
97:17, 98:1, 98:5
term [5] - 33:18,
70:15, 93:24,
104:25, 252:2
terminology [2] -
100:11, 131:3
terms [39] - 24:6,
24:11, 24:14, 24:23,
25:1, 25:4, 25:11,
27:11, 27:14, 27:23,
27:25, 49:25, 64:6,
66:14, 70:21, 73:4,
73:6, 76:8, 76:9,
76:11, 76:15, 76:16,
76:17, 76:20, 95:4,
122:22, 174:21,
184:24, 186:11,
186:17, 188:4,
192:24, 193:20,
194:17, 202:15,
203:12, 211:1,
215:12, 231:15
terrible [1] - 25:8
test [7] - 137:14,

159:21, 164:2,
164:5, 165:12,
168:22, 168:24
tested [4] - 116:3,
163:8, 163:14, 164:8
testified [23] - 10:23,
13:1, 17:6, 19:16,
42:18, 48:16, 59:15,
68:3, 78:13, 96:16,
102:19, 125:18,
140:5, 144:20,
169:20, 194:6,
204:17, 223:20,
227:3, 247:17,
247:21, 251:15,
253:8
testify [4] - 7:14,
41:10, 41:12, 206:5
testifying [1] - 220:3
testimony [99] - 7:20,
9:14, 10:14, 11:16,
12:22, 14:6, 16:9,
28:18, 31:25, 32:2,
33:10, 33:15, 34:20,
35:10, 37:8, 41:5,
41:15, 41:21, 41:25,
42:1, 42:2, 42:4,
42:6, 42:8, 42:13,
47:6, 54:24, 55:11,
55:14, 55:18, 64:20,
67:12, 69:19, 83:5,
94:21, 96:17, 97:9,
99:9, 100:25, 102:8,
119:5, 119:15,
120:7, 120:10,
121:8, 121:12,
121:23, 123:9,
125:9, 126:1, 127:1,
131:7, 131:13,
133:2, 133:20,
134:9, 134:17,
136:12, 139:20,
140:16, 141:1,
141:3, 141:8,
141:13, 144:23,
149:3, 169:10,
170:12, 172:6,
174:19, 174:24,
177:21, 181:25,
194:25, 198:9,
199:4, 199:10,
204:4, 208:11,
219:1, 223:9,
224:18, 228:1,
228:11, 228:24,
229:21, 229:23,
230:10, 240:20,
248:1, 248:2, 248:3,
251:16, 252:7,
252:10, 252:11,

252:12, 252:19
testing [1] - 163:15
tests [1] - 159:24
text [20] - 35:6, 35:17,
36:20, 41:23, 42:2,
63:10, 86:11, 86:20,
87:1, 88:4, 88:11,
88:16, 88:18, 89:4,
89:8, 101:7, 138:10,
138:17, 216:23,
242:20
texts [3] - 35:19,
35:21, 138:21
THE [223] - 6:5, 6:14,
6:22, 6:25, 8:16,
9:13, 9:25, 10:4,
10:8, 10:13, 10:17,
10:18, 10:20, 11:9,
11:19, 12:2, 23:25,
24:1, 25:21, 26:15,
26:17, 32:10, 36:9,
37:18, 39:5, 41:2,
41:6, 42:11, 42:15,
43:16, 43:18, 46:7,
46:8, 48:7, 51:6,
56:17, 62:15, 63:20,
64:21, 65:24, 66:1,
66:13, 66:24, 67:4,
67:7, 67:11, 67:15,
67:16, 67:18, 67:19,
67:21, 67:25, 68:16,
68:19, 68:23, 69:5,
70:5, 70:6, 71:12,
71:14, 71:17, 71:25,
74:15, 75:2, 78:4,
78:24, 79:3, 79:6,
79:15, 79:24, 80:1,
81:11, 81:13, 84:9,
84:13, 91:9, 91:11,
94:15, 100:18,
100:21, 101:14,
101:21, 101:23,
101:24, 102:4,
102:7, 102:11,
102:12, 102:14,
102:16, 103:6,
105:21, 105:23,
110:11, 110:15,
110:17, 110:19,
110:22, 110:24,
113:3, 113:4, 114:6,
114:8, 120:1, 120:3,
120:5, 121:3, 125:3,
125:5, 125:8,
125:12, 125:13,
125:15, 125:16,
126:4, 126:12,
133:22, 133:23,
136:2, 136:22,
137:4, 137:5,

139:13, 139:15, 139:19, 139:23, 139:24, 140:1, 140:3, 140:19, 141:17, 159:4, 159:9, 159:12, 159:14, 160:15, 160:18, 166:21, 169:5, 169:9, 169:13, 169:14, 169:16, 169:18, 170:7, 170:25, 196:1, 196:3, 196:5, 200:7, 200:10, 200:14, 200:16, 203:19, 203:21, 203:25, 204:3, 204:7, 204:8, 204:10, 204:11, 204:14, 205:10, 205:15, 207:10, 207:12, 209:9, 209:12, 211:12, 211:14, 213:12, 213:15, 213:18, 213:20, 213:22, 213:25, 214:4, 214:13, 214:22, 219:21, 221:15, 221:17, 221:18, 221:19, 221:20, 221:23, 221:25, 222:4, 222:6, 222:7, 222:9, 222:11, 222:12, 222:14, 222:16, 222:17, 222:21, 222:23, 222:24, 223:3, 223:8, 223:12, 223:13, 223:15, 223:17, 224:6, 224:11, 226:13, 234:12, 236:21, 236:23, 236:25, 237:3, 237:5, 237:8, 239:17, 239:19, 250:8, 250:10, 251:9, 251:13, 255:15, 255:17
**themes** [1] - 22:14
**themselves** [10] - 16:22, 54:6, 54:8, 95:6, 100:3, 124:7, 124:17, 134:13, 165:2, 210:19
**theoretically** [1] - 231:13
**theory** [3] - 107:21, 107:23, 197:24
**thereabouts** [1] -

182:24
**they've** [7] - 7:5, 9:9, 21:1, 59:17, 119:18, 151:2, 170:23
**thinking** [8] - 61:19, 83:25, 145:4, 145:5, 148:4, 151:6, 151:9
**thinking-aloud** [1] - 145:5
**third** [5] - 7:21, 60:17, 189:8, 193:3, 254:4
**third-party** [2] - 60:17, 254:4
**thirds** [1] - 114:21
**Thomas** [4] - 2:8, 37:9, 53:5, 242:8
**thousands** [5] - 44:21, 81:18, 111:24, 202:13, 202:14
**three** [5] - 7:17, 100:19, 173:19, 178:8, 220:11
**threw** [1] - 20:17
**THROUGH** [1] - 224:9
**ticket** [1] - 123:17
**tied** [7] - 22:6, 22:10, 188:11, 193:17, 194:2, 195:4, 195:21
**ties** [4] - 21:4, 21:21, 89:4, 89:8
**TikTok** [1] - 201:4
**timeline** [2] - 89:10, 241:19
**title** [4] - 109:22, 109:24, 111:11, 111:12
**titled** [1] - 111:9
**TO** [2] - 12:1, 205:13
**today** [27] - 33:2, 42:14, 63:1, 95:8, 104:6, 104:18, 104:21, 108:11, 132:7, 135:22, 143:15, 171:3, 174:17, 174:25, 178:14, 184:18, 198:6, 205:20, 206:5, 224:24, 225:6, 225:12, 225:19, 232:23, 233:8, 235:4, 250:21
**together** [2] - 44:13, 201:20
**token** [29] - 52:12, 54:1, 56:7, 128:18, 128:24, 130:25, 131:3, 131:4, 131:8, 131:19, 131:25, 132:4, 132:8, 132:19, 133:1,

133:25, 138:17, 210:12, 210:22, 211:4, 225:3, 225:9, 225:15, 225:20, 225:25, 226:6, 226:16, 227:24
**tokens** [7] - 147:2, 188:24, 189:7, 190:7, 210:19, 234:8
**Tom** [1] - 34:10
**Tompros** [17] - 2:13, 6:12, 6:18, 52:22, 53:14, 54:23, 55:10, 55:24, 56:18, 56:23, 57:5, 59:10, 60:16, 69:18, 77:14, 168:15, 170:22
**TOMPROS** [118] - 3:9, 3:10, 3:12, 3:13, 3:20, 4:8, 4:9, 4:11, 6:11, 6:17, 8:15, 9:11, 9:18, 10:2, 12:16, 15:2, 24:3, 25:18, 25:23, 25:25, 26:14, 26:20, 26:22, 32:12, 36:5, 36:11, 36:13, 37:19, 37:20, 39:7, 41:7, 42:8, 42:13, 42:16, 42:18, 43:19, 46:9, 48:5, 48:8, 48:9, 51:4, 52:5, 62:14, 62:17, 63:24, 64:22, 65:23, 65:25, 66:12, 66:20, 67:3, 69:16, 70:10, 71:10, 71:13, 71:15, 71:19, 71:24, 72:3, 74:13, 74:17, 75:1, 75:4, 78:3, 78:7, 78:22, 78:25, 79:5, 79:8, 79:14, 79:17, 79:23, 80:3, 80:17, 80:19, 81:10, 81:15, 84:4, 84:10, 84:15, 84:16, 85:2, 85:3, 91:17, 94:14, 100:16, 100:19, 100:23, 101:13, 101:15, 102:2, 141:15, 141:19, 143:17, 143:19, 159:7, 159:11, 159:16, 159:17, 160:17, 160:19, 166:19, 169:4, 204:1, 204:9, 204:20, 207:11, 209:11, 211:13, 213:19, 214:3, 214:6, 214:14, 214:23, 219:20,

221:7, 221:9, 223:2
**tons** [1] - 99:21
**took** [11] - 52:16, 57:13, 108:10, 117:18, 132:14, 132:17, 188:5, 188:9, 192:4, 194:7, 201:14
**tool** [1] - 129:20
**tooling** [2] - 131:11, 134:14
**tools** [1] - 91:1
**top** [13] - 27:6, 35:24, 36:15, 36:25, 37:5, 56:25, 57:2, 143:7, 143:9, 143:21, 186:1, 197:17, 238:12
**topics** [2] - 124:12, 230:14
**total** [7] - 104:18, 153:20, 171:16, 186:21, 195:19, 217:8, 244:2
**totaled** [1] - 194:12
**totality** [1] - 203:13
**totally** [2] - 138:1, 246:21
**Totenkopf** [1] - 37:1
**touches** [1] - 106:10
**toward** [2] - 105:11, 107:9
**towards** [5] - 100:2, 106:24, 108:3, 117:2, 124:23
**track** [2] - 66:25, 130:1
**tracked** [1] - 128:23
**tracker** [7] - 131:4, 131:19, 138:17, 225:3, 225:9, 225:16, 225:20
**tracking** [1] - 201:25
**trade** [1] - 217:23
**traded** [1] - 85:21
**trademark** [3] - 27:2, 94:1, 172:8
**trademarks** [9] - 29:4, 77:9, 77:12, 77:22, 81:19, 156:14, 163:16, 201:5, 215:11
**trading** [2] - 86:15, 208:17
**trait** [1] - 75:8
**traits** [7] - 20:16, 22:5, 128:19, 128:25, 129:3, 129:7, 129:8
**transacting** [1] - 249:11
**transaction** [13] -

19:2, 19:8, 19:13, 130:14, 130:16, 130:19, 194:11, 194:14, 195:20, 196:9, 196:11, 196:19, 203:7
**transactions** [15] - 111:25, 130:1, 175:5, 188:11, 190:9, 190:22, 192:2, 192:15, 192:17, 194:7, 194:19, 201:20, 202:15, 202:16, 203:14
**transcript** [3] - 108:14, 132:22, 194:4
**transfer** [3] - 59:21, 136:6, 230:17
**transferred** [1] - 188:24
**transferring** [4] - 100:7, 100:8, 136:9, 184:24
**transfers** [1] - 187:1
**transpired** [5] - 178:10, 179:3, 179:14, 180:14, 180:16
**travel** [2] - 230:2, 230:6
**traveled** [1] - 229:22
**trial** [20] - 6:6, 7:2, 7:6, 7:10, 8:1, 8:2, 41:10, 41:12, 41:15, 57:16, 68:8, 68:20, 103:3, 125:25, 140:15, 177:21, 186:14, 224:24, 227:3, 230:16
**tried** [4] - 96:19, 96:21, 96:22, 124:20
**trillions** [1] - 184:16
**trip** [1] - 62:4
**trolls** [1] - 23:7
**true** [30] - 17:9, 18:13, 19:9, 21:2, 44:17, 46:3, 75:13, 86:18, 90:3, 90:6, 90:7, 90:10, 90:19, 90:20, 118:14, 122:20, 128:7, 129:15, 135:25, 142:24, 148:13, 172:4, 206:11, 207:14, 227:6, 230:23, 242:16, 242:17, 252:20
**truth** [28] - 10:15, 10:16, 33:1, 67:13,

102:9, 108:11, 125:10, 125:11, 132:15, 139:21, 139:22, 143:14, 169:11, 204:5, 204:6, 223:10, 223:11
**truthful** [4] - 53:2, 73:7, 73:9, 252:11
**try** [6] - 25:8, 91:17, 97:23, 193:8, 198:1, 203:5
**trying** [9] - 43:9, 43:14, 50:7, 53:1, 64:9, 98:19, 123:2, 161:17, 171:11
**Trying** [1] - 111:10
**turn** [11] - 110:10, 114:3, 159:2, 159:18, 186:13, 205:1, 232:22, 235:5, 236:1, 242:2, 243:13
**turns** [1] - 157:9
**TV** [1] - 61:1
**tweaks** [2] - 168:21, 169:1
**tweet** [1] - 233:7
**Tweet** [23] - 53:18, 53:21, 58:22, 92:22, 92:25, 99:14, 131:15, 131:18, 168:7, 233:13, 233:16, 233:17, 233:21, 236:2, 236:10, 238:17, 238:20, 238:23, 239:11, 239:24, 240:3, 254:13
**tweeted** [1] - 233:16
**Tweeted** [7] - 57:16, 96:8, 233:19, 234:1, 239:5, 239:9, 239:24
**Tweeting** [5] - 233:18, 233:25, 236:16, 237:14, 238:8
**Tweets** [25] - 52:18, 92:8, 92:11, 93:4, 93:6, 93:8, 93:9, 93:10, 99:8, 106:23, 115:8, 179:12, 179:16, 179:22, 180:16, 180:19, 180:23, 181:1, 185:11, 185:12, 185:14, 185:19, 186:5, 236:8, 238:1
**twice** [1] - 253:6
**twisted** [1] - 23:7
**Twitter** [29] - 18:22,

18:23, 34:1, 52:19, 53:9, 53:19, 54:16, 57:13, 58:24, 59:5, 59:18, 83:22, 83:23, 83:24, 87:9, 90:16, 90:21, 91:15, 91:19, 99:20, 100:1, 183:21, 183:25, 184:4, 184:14, 233:14, 235:19, 239:6, 249:16
**two** [43] - 13:22, 23:16, 24:17, 45:24, 46:4, 47:16, 48:2, 58:10, 65:3, 95:14, 100:16, 113:7, 114:21, 120:16, 123:18, 129:7, 129:17, 132:25, 133:5, 133:13, 135:6, 135:11, 135:16, 138:5, 142:14, 142:16, 143:3, 147:20, 152:9, 154:15, 155:16, 155:21, 155:25, 162:14, 163:20, 165:23, 170:22, 190:4, 191:19, 197:12, 219:22, 221:24, 242:19
**two-thirds** [1] - 114:21
**type** [2] - 147:7, 147:13
**types** [5] - 98:23, 142:14, 200:23, 201:7, 234:4
**typical** [1] - 97:6
**typically** [3] - 134:12, 139:6, 139:10
**typo** [1] - 90:11

## U

**UI** [1] - 139:1
**ultimate** [3] - 186:11, 187:20, 195:6
**ultimately** [3] - 82:22, 89:24, 134:15
**umbrella** [1] - 99:6
**unable** [3] - 85:4, 88:25, 162:6
**unbelievable** [1] - 253:4
**uncertain** [1] - 206:14
**unchangeable** [1] - 131:8
**unclear** [1] - 245:22
**under** [22] - 50:11,

73:19, 73:22, 74:1, 74:24, 75:14, 130:23, 145:1, 145:9, 145:22, 156:7, 174:11, 189:7, 197:24, 205:7, 225:15, 228:5, 228:11, 228:22, 228:24, 235:16, 252:19
**underlying** [7] - 17:10, 17:14, 17:17, 17:19, 24:15, 27:15, 129:16
**underneath** [2] - 99:5
**understate** [2] - 176:18, 178:6
**understated** [4] - 176:11, 178:11, 180:9, 183:12
**understatement** [1] - 176:24
**understood** [4] - 54:4, 105:1, 185:5, 195:8
**undertake** [2] - 153:2, 153:5
**unfortunate** [1] - 58:12
**unheard** [2] - 62:5, 253:5
**unheard-of** [1] - 253:5
**Unilever** [1] - 123:23
**unique** [5] - 64:2, 89:16, 127:14, 127:20, 128:5
**uniquely** [3] - 43:2, 87:17, 89:14
**uniqueness** [1] - 133:18
**unjust** [7] - 174:19, 186:12, 186:18, 188:21, 198:22, 202:8, 203:4
**unknown** [1] - 77:8
**unless** [3] - 6:16, 36:7, 66:9
**unlike** [1] - 75:14
**unlikely** [1] - 124:5
**unminted** [2] - 197:23, 198:20
**unnecessary** [1] - 234:9
**unsold** [1] - 197:22
**up** [74] - 16:7, 18:10, 25:18, 25:24, 29:7, 29:11, 30:1, 33:5, 33:18, 42:25, 45:14, 46:16, 52:21, 54:7, 55:22, 56:15, 59:16, 61:4, 61:18, 62:22, 64:12, 76:21, 84:4,

95:13, 96:7, 96:25, 108:13, 109:17, 115:20, 130:8, 131:14, 136:12, 136:19, 153:12, 153:18, 160:7, 167:23, 172:21, 180:24, 183:4, 183:5, 183:8, 183:14, 183:23, 185:19, 188:9, 190:25, 193:21, 196:7, 206:15, 208:14, 210:20, 211:10, 211:17, 213:4, 215:20, 216:2, 216:6, 216:17, 218:3, 221:13, 229:18, 231:8, 233:4, 233:6, 233:22, 235:9, 241:12, 249:12, 250:20, 251:2, 251:18, 252:16, 254:10
**Up** [1] - 179:1
**update** [2] - 179:4, 198:7
**updated** [2] - 177:7, 198:5
**upper** [1] - 185:14
**useable** [1] - 212:5
**user** [4] - 62:4, 83:23, 137:18, 218:12
**username** [2] - 46:21, 235:16
**users** [6] - 138:18, 165:20, 212:24, 233:14, 236:17, 237:14
**uses** [11] - 63:4, 63:18, 64:2, 80:3, 80:6, 80:8, 93:14, 131:21, 132:3, 163:16, 210:19
**utility** [1] - 234:7
**utilize** [1] - 247:16

## V

**V3** [30] - 31:8, 31:10, 31:14, 32:7, 32:11, 32:19, 33:6, 52:15, 52:20, 52:21, 52:23, 53:4, 53:12, 251:15, 252:2, 252:7, 252:12, 252:21, 253:1, 253:10, 253:14, 253:18, 254:2, 254:3,

254:18, 254:22, 255:5, 255:8
**vague** [1] - 46:6
**valid** [3] - 117:12, 117:16, 152:10
**value** [14] - 103:24, 174:14, 178:7, 183:4, 186:9, 195:19, 196:19, 197:4, 197:22, 197:25, 198:1, 198:10, 198:12, 198:19
**values** [1] - 58:19
**variety** [2] - 107:8, 107:18
**various** [4] - 8:10, 19:18, 190:22, 193:2
**vary** [1] - 163:19
**vast** [2] - 171:18, 202:16
**vehicle** [1] - 229:12
**venture** [8] - 39:1, 39:14, 39:18, 39:19, 39:23, 39:24, 40:12, 55:18
**verbatim** [1] - 248:1
**verbiage** [1] - 252:9
**verify** [4] - 164:2, 235:24, 239:12, 245:8
**versed** [1] - 190:17
**version** [5] - 51:23, 84:2, 137:15, 168:7, 168:25
**versions** [2] - 61:3, 168:5
**versus** [2] - 6:6, 121:13
**vice** [2] - 2:13, 88:8
**video** [23] - 30:20, 30:25, 31:4, 31:11, 31:14, 31:21, 31:23, 31:25, 32:3, 32:12, 32:15, 71:11, 72:4, 72:6, 72:19, 72:23, 73:3, 73:8, 213:13, 219:1, 219:6
**Video** [3] - 71:18, 111:10, 111:11
**view** [4] - 13:4, 13:15, 14:1, 14:8
**View** [1] - 2:6
**viewed** [1] - 13:24
**visible** [1] - 18:21
**vision** [1] - 227:25
**visited** [1] - 36:2
**voice** [1] - 67:19
**VOLUME** [2] - 3:3, 4:3
**volume** [10] - 29:22,

42:25, 44:22, 47:21, 57:19, 208:18, 208:21, 208:25, 217:8, 232:24
**voluntarily** [1] - 206:5
**vote** [3] - 216:11, 216:13, 217:13

## W

**wait** [4] - 84:1, 84:23, 99:22, 99:23
**waited** [2] - 180:11, 180:13
**wall** [1] - 6:25
**wallet** [3] - 130:20, 196:12, 196:14
**wallets** [3] - 137:20, 190:10, 201:21
**wants** [4] - 9:23, 96:9, 99:16, 150:3
**Warcraft** [1] - 61:2
**Warhol** [1] - 18:6
**Warhol's** [1] - 18:4
**Warner** [1] - 61:4
**waste** [1] - 76:24
**watch** [3] - 17:24, 30:25, 72:14
**watched** [1] - 72:4
**watching** [2] - 72:19, 72:23
**water** [1] - 111:23
**ways** [8] - 107:14, 148:6, 148:16, 151:12, 154:11, 167:9, 221:24, 227:23
**weak** [3] - 133:16, 144:5, 144:13
**wear** [1] - 79:4
**web** [5] - 26:3, 35:24, 56:25, 136:25, 137:11
**Web3** [2] - 69:20, 69:22
**website** [24] - 36:2, 36:15, 36:25, 37:6, 44:11, 46:2, 61:14, 65:7, 65:11, 76:9, 76:10, 77:5, 83:7, 83:11, 83:12, 111:3, 111:4, 112:8, 129:25, 160:3, 160:9, 164:22, 181:12, 213:7
**websites** [3] - 50:21, 55:25, 111:14
**week** [13] - 25:13, 26:6, 26:9, 29:10, 35:13, 35:20, 35:22,

49:11, 49:21, 54:22, 62:6, 62:7, 62:8
**weeks** [1] - 191:17
**weight** [1] - 141:7
**welcome** [1] - 241:13
**well-designed** [1] - 167:1
**West** [1] - 6:9
**WEST** [2] - 2:4, 2:7
**whole** [21] - 10:16, 24:24, 32:5, 36:18, 60:10, 67:13, 72:14, 102:9, 109:11, 125:11, 139:22, 169:11, 172:11, 172:17, 204:6, 223:11, 229:8, 240:12, 244:8, 249:7, 252:24
**Whole** [1] - 29:9
**wide** [2] - 201:3, 215:18
**willing** [1] - 98:25, 176:12
**willingness** [2] - 183:18, 184:8
**WILMER** [2] - 2:13, 2:16
**Wilmer** [2] - 6:12, 6:19
**WilmerHale** [1] - 201:8
**window** [2] - 162:19, 247:6
**wine** [2] - 79:7, 215:17
**Winterstein** [1] - 16:5
**withdrawn** [1] - 199:3
**witness** [70] - 7:3, 7:6, 7:10, 7:11, 7:20, 7:23, 8:11, 8:19, 9:1, 9:6, 9:16, 9:17, 10:5, 10:10, 10:23, 19:16, 30:22, 31:6, 33:12, 33:19, 35:23, 36:6, 44:17, 45:13, 45:16, 48:10, 49:2, 65:24, 66:23, 67:8, 68:3, 79:1, 84:7, 84:11, 85:9, 86:5, 86:14, 92:7, 92:14, 101:14, 102:5, 102:19, 125:3, 125:6, 125:18, 130:11, 139:13, 139:16, 139:17, 140:5, 140:20, 141:4, 141:6, 150:15, 153:12, 153:14, 155:18, 155:19, 166:20, 169:7, 169:20, 204:17,

204:22, 205:1, 205:7, 205:10, 223:3, 223:5, 223:20, 224:12
**WITNESS** [47] - 3:7, 4:7, 10:17, 10:20, 24:1, 32:10, 39:5, 43:18, 46:8, 63:20, 67:15, 67:18, 67:21, 68:19, 70:6, 84:9, 91:11, 102:11, 102:14, 105:23, 113:4, 125:12, 125:15, 133:23, 137:5, 139:23, 140:1, 169:13, 169:16, 204:7, 204:10, 204:14, 221:17, 221:19, 221:23, 222:4, 222:7, 222:11, 222:14, 222:17, 222:23, 223:12, 223:15, 226:13, 236:21, 236:23, 237:8
**witness's** [7] - 7:18, 103:10, 126:8, 140:25, 141:4, 141:8, 170:12
**WITNESSES** [2] - 3:5, 4:5
**witnesses** [3] - 7:14, 9:20, 9:21
**won** [1] - 38:18
**wonder** [7] - 205:21, 205:25, 206:3, 208:20, 208:22, 208:24, 216:4
**word** [15] - 31:18, 31:20, 35:3, 40:7, 46:20, 72:20, 72:21, 76:22, 80:3, 94:2, 94:20, 119:18, 161:20, 183:20, 237:17
**words** [39] - 13:13, 31:10, 31:13, 32:1, 39:14, 39:15, 39:18, 39:25, 40:1, 40:3, 40:5, 40:9, 40:11, 40:14, 49:23, 50:2, 50:5, 50:13, 50:21, 55:19, 64:9, 65:19, 94:6, 154:25, 176:2, 208:12, 226:7, 226:9, 226:20, 226:22, 226:24, 235:15, 238:24, 240:8, 240:11,

246:14, 248:10, 250:19
**works** [4] - 76:1, 76:3, 76:7, 76:13
**workshopped** [1] - 51:16
**world** [4] - 20:25, 29:6, 61:2, 231:4
**World** [1] - 61:2
**worldwide** [2] - 75:25, 76:12
**worth** [2] - 245:21, 247:14
**wow** [1] - 53:22
**write** [14] - 158:10, 159:3, 159:19, 160:4, 160:5, 164:19, 165:23, 232:23, 235:12, 246:7, 248:11, 248:17, 249:20, 252:1
**writes** [8] - 217:7, 242:3, 242:13, 243:15, 244:23, 245:11, 246:2, 251:4
**writing** [5] - 24:20, 25:1, 160:16, 208:12, 232:13
**written** [9] - 88:4, 88:25, 101:8, 127:1, 131:13, 181:25, 235:17, 235:18, 235:19
**wrongful** [6] - 173:16, 174:22, 188:23, 189:14, 193:17, 194:2
**wrote** [16] - 24:9, 25:11, 35:3, 37:16, 154:12, 155:1, 155:9, 155:13, 156:22, 157:6, 157:11, 158:1, 158:21, 158:23, 233:9, 240:5
**Wylie** [1] - 149:4

## Y

**Yacht** [112] - 21:5, 21:22, 24:7, 27:19, 28:10, 31:7, 31:10, 31:13, 31:15, 31:19, 31:22, 31:24, 32:5, 32:7, 32:11, 32:17, 36:16, 36:19, 42:24, 45:1, 45:4, 45:7, 50:6, 50:13, 52:8, 52:11, 52:12, 52:15,

52:20, 52:21, 52:23, 53:4, 53:12, 54:1, 56:5, 57:4, 60:7, 60:18, 60:20, 61:7, 63:6, 63:12, 64:4, 64:7, 64:8, 65:19, 70:8, 70:17, 72:16, 74:6, 77:22, 80:10, 80:21, 82:9, 82:13, 93:21, 94:10, 94:13, 95:6, 95:9, 96:5, 97:19, 98:3, 99:3, 99:6, 100:5, 106:24, 111:9, 111:19, 123:20, 124:4, 127:2, 127:18, 127:25, 129:11, 130:24, 132:7, 154:1, 154:2, 154:5, 154:13, 154:22, 154:25, 155:1, 156:15, 156:21, 157:2, 157:3, 157:18, 157:21, 158:9, 158:10, 158:12, 158:15, 158:20, 158:21, 160:20, 163:17, 164:1, 213:7, 224:20, 224:24, 225:1, 225:5, 225:6, 225:13, 225:18, 232:2, 235:3, 249:4, 252:2, 254:3
**year** [14] - 54:17, 60:23, 82:3, 104:11, 126:24, 132:23, 150:18, 150:21, 171:8, 173:4, 174:13, 177:9, 177:19, 227:22
**years** [2] - 58:10, 201:2
**yesterday** [1] - 59:5
**York** [4] - 109:20, 114:12, 229:22, 230:13
**young** [1] - 124:7
**yourself** [4] - 24:9, 142:7, 234:20, 234:21
**Yuga** [239] - 6:6, 6:10, 10:6, 12:20, 12:23, 13:16, 13:20, 14:2, 14:6, 16:12, 16:19, 17:1, 18:20, 18:25, 19:4, 21:4, 21:11, 21:15, 21:18, 21:21, 22:6, 22:9, 22:19, 22:22, 22:23, 23:2,

23:4, 23:8, 24:6, 25:13, 26:23, 27:2, 28:6, 28:14, 28:16, 32:4, 32:16, 32:18, 34:5, 34:21, 34:24, 35:2, 35:6, 35:11, 37:3, 37:16, 37:24, 40:16, 40:17, 40:22, 41:9, 41:12, 42:14, 42:20, 42:24, 43:6, 43:13, 43:25, 44:8, 44:19, 44:25, 45:6, 45:10, 45:20, 47:2, 49:15, 49:22, 49:25, 50:11, 50:13, 50:19, 50:25, 51:2, 51:11, 51:17, 51:20, 56:11, 57:9, 57:17, 57:23, 59:22, 59:24, 64:18, 64:24, 65:6, 65:19, 67:10, 69:19, 70:1, 70:10, 70:13, 70:18, 70:24, 71:4, 71:6, 71:22, 74:1, 74:17, 74:18, 75:4, 75:5, 75:8, 75:15, 75:25, 78:8, 78:15, 78:18, 79:18, 80:12, 81:2, 81:16, 81:19, 82:8, 82:23, 83:1, 83:14, 83:16, 84:5, 84:17, 84:20, 84:21, 84:23, 85:4, 85:6, 85:24, 86:10, 86:19, 87:15, 87:18, 88:8, 88:19, 89:14, 89:15, 91:6, 91:22, 93:7, 93:18, 93:21, 93:24, 94:2, 94:5, 95:1, 95:18, 96:17, 96:19, 97:11, 97:15, 98:5, 98:9, 98:13, 99:1, 99:6, 100:5, 102:6, 103:24, 104:5, 104:20, 107:9, 108:3, 110:7, 111:22, 116:6, 118:2, 118:17, 118:23, 119:14, 120:13, 120:21, 121:20, 123:24, 126:18, 127:25, 136:6, 136:7, 136:11, 136:13, 149:4, 155:13, 155:23, 160:11, 160:19, 166:2, 166:5, 166:11, 171:9, 172:7, 172:11, 172:15, 172:17, 173:13,

173:25, 174:16, 175:14, 175:25, 176:12, 176:16, 176:19, 178:25, 184:19, 185:3, 186:14, 188:3, 190:15, 193:19, 198:23, 198:24, 206:8, 206:20, 207:15, 208:3, 208:6, 208:9, 208:10, 210:12, 210:17, 211:2, 214:25, 216:5, 216:18, 217:1, 219:4, 219:15, 219:18, 221:14, 221:22, 222:19, 230:15, 232:1, 235:3, 238:18, 248:20, 248:23, 249:5, 249:21, 252:3, 252:23

**Yuga's** [41] - 13:5, 13:11, 13:21, 14:10, 14:15, 14:18, 20:15, 20:22, 21:7, 37:21, 38:1, 38:12, 39:17, 39:25, 42:25, 49:18, 51:2, 61:15, 76:6, 77:9, 77:12, 78:11, 78:13, 80:8, 82:18, 86:6, 87:12, 89:4, 89:8, 115:3, 115:18, 116:16, 118:5, 118:13, 132:6, 144:13, 149:8, 165:16, 173:10, 221:16, 222:10

## Z

**zero** [4] - 14:22, 98:7, 171:4, 198:20
**zoom** [3] - 109:18, 181:17, 232:7
**Zoom** [1] - 113:6
**Zooms** [2] - 86:13, 101:12

**UNITED STATES DISTRICT COURT**