1   ERIC BALL (CSB No. 241327)
    eball@fenwick.com
2   KIMBERLY CULP (CSB No. 238839)
    kculp@fenwick.com
3   FENWICK & WEST LLP
    801 California Street
4   Mountain View, CA  94041
    Telephone:   650.988.8500
5   Facsimile:   650.938.5200

6   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
7   ANTHONY M. FARES (CSB No. 318065)
    afares@fenwick.com
8   ETHAN M. THOMAS (CSB No. 338062)
    ethomas@fenwick.com
9   FENWICK & WEST LLP
    555 California Street, 12th Floor
10  San Francisco, CA  94104
    Telephone:  415.875.2300
11
12  *Additional Counsel listed on next page*
13
    Attorneys for Plaintiff
14  YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA  90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

15
16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18              WESTERN DIVISION – Los Angeles
19
20  YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM
21              Plaintiff,              **JOINT NOTICE OF POST TRIAL
22          v.                         DESIGNATION OF DESIGNATED
                                        WITNESS TESTIMONY OF RYAN
23  RYDER RIPPS, JEREMY CAHEN,          HICKMAN**
24              Defendants.
25
26
27
28

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's Civil Trial Order of June 7, 2022 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Plaintiff's designated deposition testimony of Ryan Hickman.

**Ryan Hickman – Plaintiff's Designations**

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 35:2–9<br><br>2 Q. You had just mentioned an email that you<br>3 sent with your documents. Is that Exhibit 7 that<br>4 we've just put in front of you?<br>5 A. Correct.<br>6 Q. And that was the production that you<br>7 made in response to the September subpoena which is<br>8 Exhibit 2?<br>9 A. Correct. | No objection | |
| 41:23–44:13<br><br>23 Do you see Exhibit 8 in front of you?<br>24 A. Yes.<br>25 Q. Is this the group chat you were<br>1 referencing, or at least the beginning of it?<br>2 A. I believe, yes.<br>3 Q. You had mentioned the development team,<br>4 and you had listed four names: yourself,<br>5 Mr. Lehman, Mr. Ripps, and Mr. Cahen.<br>6 Is it your testimony that the four of | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 you were the development team for Team Ape Market? 8 A. The developers -- when you say 9 "development team," what do you mean by that? 10 Q. Thank you. I'm trying to understand 11 what you meant when you used the phrase "development 12 team" earlier, and I should have asked you that 13 question earlier. You had used the phrase 14 "development team." 15 My question is: Who is the development 16 team? 17 A. The developers, the smart contract 18 coders and website developers in that context is 19 myself and Tom. 20 Q. So the development team is you and Tom? 21 A. Correct. 22 Q. And the developers for the contract are 23 Mr. Ripps and Mr. Cahen? 24 A. So the primary contract, the Foundation 25 contract, is Foundation. That contract issues the 1 tokens that are referred to as RR/BAYC. 2 Myself and Tom created a reserve system 3 so that people could interface with the reservation | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 4 system to commission Ryder Ripps to create the<br>5 Foundation token and issue it to the specific person<br>6 who reserved that specific token. So on the<br>7 development front, it's specifically for that case.<br>8 Q. For the reservation system?<br>9 A. Correct.<br>10 Q. And also for Ape Market; correct?<br>11 A. Correct.<br>12 Q. So you and Tom were the developers for<br>13 the RR/BAYC RSVP contract and the RR/BAYC domain and<br>14 the ApeMarket.com domain; is that correct?<br>15 A. The ApeMarket.com domain, I don't know<br>16 who's the registrar of that.<br>17 But the ApeMarket.com is blank. There<br>18 was no site on ApeMarket.com.<br>19 Q. That's live today?<br>20 A. There is no website on there, no.<br>21 Q. There was development work that you and<br>22 Mr. Lehman did with the anticipation of hosting a<br>23 live website on the domain ApeMarket.com; correct?<br>24 A. There was a system that I developed in<br>25 2021, December of '21, for any project to stand up a | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 1 marketplace. And if you type in a contract address, 2 it shows that collection. The development was done 3 before this even existed. 4 The opportunity was to put that token 5 address on that specific -- load that token address 6 in that client to allow market transactions. 7 Q. On the domain ApeMarket.com? 8 A. It could have been put on ApeMarket.com, 9 Yes. 10 Q. The intention that you, Mr. Ripps, 11 Mr. Cahen, and Mr. Lehman had was that it would be 12 put on the domain ApeMarket.com? 13 A. Yes. | | |
| 128:4–130:2  4 Q. You can turn back to what you had 5 produced to us that's Exhibit 7. 6 A. Bear with me. Yes. 7 Q. It's your response to Document Request 8 Number 9, if you can turn to that one. We're on the 9 same page. So Exhibit 7, and then Document 10 Request 9. It looks like you were at 6. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 11 Do you see Document Request 9? 12 A. Yes. 13 Q. You write, "I earned zero royalties." 14 Can you help me unpack how you're using 15 "royalties" in your response here versus how 16 Mr. Cahen is using "royalties" in Exhibit 21? 17 Are the terms being used the same way, 18 or is there different language being used by you in 19 the one document and Mr. Cahen in the other? 20 A. I don't specifically know what 21 "royalties" mean here. It says "Ryder's share of 22 royalties." The project is zero percent royalties. 23 I'm only making a guess that it's referring to the 24 foundation contract that forces the royalties. 25 In this reference I'm specifically 1 stating that I'm a developer. I make software. I 2 charge to make software. I have a record, a 3 history, of charging to make the software. My 4 financial arrangement for this whole thing is about 5 as a software developer being compensated for making 6 software. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 Q. Your records show your sort of net<br>8 payment was 142.35 ETH?<br>9 A. Yes.<br>10 Q. Do you recall what that translated to<br>11 into dollars when you made the withdrawals?<br>12 A. I never actually withdrew those funds.<br>13 That wallet was compromised.<br>14 Q. Can you explain that? What do you mean,<br>15 "that wallet was compromised"?<br>16 A. I was developing something else, and I<br>17 had a lot going on. I installed a package. It's a<br>18 support software. And the package had a rat in it.<br>19 A rat is a type of -- it's not a virus, but it's<br>20 hidden malicious code that took the private keys<br>21 from the deployment and took this and a whole lot<br>22 more.<br>23 Q. The ETH out of your wallet?<br>24 A. Out of that wallet, yes.<br>25 Q. So the 142.35 ETH was transferred to you<br>1 and then stolen by somebody from that wallet?<br>2 A. Correct. | | |
| <u>139:22–142:5</u> | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 22 Q. At the top of Exhibit 23 Mr. Cahen<br>23 references "ApeFest."<br>24 Do you see that?<br>25 A. Yes.<br>1 Q. You understood what ApeFest was?<br>2 A. Yes.<br>3 Q. Do you know why Mr. Cahen is saying, "I<br>4 like the idea of you putting them on sale while you<br>5 are at ApeFest"?<br>6 A. I mean, I imagine the specific context<br>7 is at this time I believe ApeFest was right after my<br>8 wife's birthday, which would mean that the tokens<br>9 minted were about just over 4,000 tokens, with a<br>10 possibility of just under 10,000. And the<br>11 reservations had froze at that time. And finding<br>12 ways to stimulate interest, finding ways to amplify<br>13 the message, finding ways to increase hype was a<br>14 constant discussion that we were having:<br>15 Hey, put out a marketplace.<br>16 No, maybe that's not a great idea.<br>17 Do a zero percent.<br>18 Maybe that's not a good idea.<br>19 Charge a royalty.<br>20 Maybe that's not a good idea. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 These are the -- I don't have the whole<br>22 conversation here, but these are just fragments of<br>23 that bigger narrative.<br>24 Q. Understood. And one of the thinking was<br>25 that some sort of promotion, a half-off code, a sale<br>1 price at ApeFest could help stimulate interest in<br>2 the RR/BAYC NFTs?<br>3 A. Yes. That's the discussion that they're<br>4 having, yes. Even though I don't know if it's<br>5 technically possible.<br>6 (Exhibit 24 marked.)<br>7 BY MS. CULP:<br>8 Q. Do you have Exhibit 24 in front of you?<br>9 A. Yes.<br>10 Q. At the top of 24 is a 3rd of June<br>11 message from Mr. Lehman. "Good day yesterday."<br>12 Then a chart.<br>13 Do you see all of that?<br>14 A. Yes.<br>15 Q. Then it looks like you respond, "Great<br>16 day yesterday"?<br>17 A. Uh-huh.<br>18 Q. What did you mean?<br>19 A. That the -- this is on the 3rd; 2nd.<br>20 That there was an increase in mints. There are | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 additional mints.<br>22 Q. Of the RR/BAYC token?<br>23 A. Correct. It was stagnant, and then it<br>24 increased more than double.<br>25 Q. Did you understand at that time, in<br>1 June, what percentage of the sales from the day<br>2 before would be paid to you?<br>3 A. Yes.<br>4 Q. And what was it?<br>5 A. 15 percent. | | |
| <u>143:15–146:2</u><br><br>15 Q. Do you know what Exhibit 25 is?<br>16 A. I don't. I know it's a smart contract.<br>17 I don't know which one.<br>18 Q. The bottom right tracker says "Bored Ape<br>19 Yacht Club."<br>20 Do you see that?<br>21 A. Yes.<br>22 Q. What does "Bored Ape Yacht Club" refer<br>23 to?<br>24 A. The name that's placed in the token<br>25 tracker.<br>1 Q. And the name of this token tracker is<br>2 Bored Ape Yacht Club?<br>3 A. Correct.<br>4 Q. And in the community of people who buy | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 5 NFTs, what is Bored Ape Yacht Club?<br>6 A. It is an NFT -- it's an NFT.<br>7 Q. Made by who?<br>8 A. Made by Yuga Labs.<br>9 Q. In parentheses it says "BAYC."<br>10 Do you see that?<br>11 A. Yes.<br>12 Q. What does "BAYC" refer to?<br>13 A. Initials of Bored Ape Yacht Club.<br>14 Q. It's an acronym for the Bored Ape Yacht<br>15 Club NFT made by Yuga Labs?<br>16 A. Correct.<br>17 (Exhibit 26 marked.)<br>18 By Ms. Culp:<br>19 Q. Do you see Exhibit 26?<br>20 A. Yes.<br>21 Q. It's a Twitter page, Ape Market?<br>22 A. Uh-huh.<br>23 Q. And if you look down, looks like three<br>24 tweets, where it says "Get ready"?<br>25 A. Okay.<br>1 Q. There are -- it's hard to see. Forgive<br>2 me. But if -- you can look carefully where it looks<br>3 like a dropdown has been opened up.<br>4 Do you see that?<br>5 A. Yes.<br>6 Q. What are each of the acronyms that are<br>7 listed there in that dropdown? | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 8 A. The "RR/BAYC," the "BAYC," the "MAYC," 9 the "DAKC," and the deeds. 10 Q. What does "RR/BAYC" refer to? 11 A. The RR/BAYC collection. 12 Q. What does "BAYC" refer to? 13 A. The BAYC collection. 14 Q. Made by Yuga Labs? 15 A. Correct. 16 Q. What does "MAYC" refer to? 17 A. The Mutant collection, MAYC. 18 Q. Also made by Yuga Labs? 19 A. Correct. 20 Q. What is "DAKC"? 21 A. That's the dog collection. 22 Q. The Bored Ape Kennel Club? 23 A. Correct, correct, yes. 24 Q. Made my Yuga Labs? 25 A. Yes. 1 Q. And then the "deeds," what is that? 2 A. The other deeds made by Yuga Labs. | | |
| <u>152:4–153:19</u><br><br>4 Q. At the top page of -- the top of 5 Exhibit 28, there's a tab that says "Bored Ape Yacht 6 Club" 7 Do you see that? 8 A. Sorry? 9 Q. At the very top there's, like, an image 10 of a web browser tab. 11 Do you see that? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 12 A. Yes.<br>13 Q. That's Bored Ape Yacht Club; correct?<br>14 A. It says that, yes.<br>15 Q. And the URL is<br>16 foundation.app/collection/BAYC. That was the URL?<br>17 A. That's what's here, yes.<br>18 Q. Do you know who set up this page and<br>19 chose that URL?<br>20 A. That's Foundation that chooses the URL.<br>21 Q. Who chooses the logo that goes at the<br>22 top right below the "Search Foundation" bar?<br>23 A. I believe it's uploaded by the page<br>24 creator.<br>25 Q. Do you know who the page creator was in<br>1 this instance?<br>2 A. It says Ryder Ripps.<br>3 Q. It wasn't you?<br>4 A. No. Only the contract address that owns<br>5 this can control that.<br>6 Q. And the next dialogue box is "BAYC," and<br>7 there's a little arrow out, right under the logo.<br>8 Do you see that?<br>9 A. Yes.<br>10 Q. Who inputs that information?<br>11 A. I actually do not know.<br>12 Q. The next line is "Bored Ape Yacht Club." | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 13 Do you see that?<br>14 A. Yes.<br>15 Q. Who puts in that information?<br>16 A. I believe they -- I'm not certain, but I<br>17 believe the page administrator.<br>18 Q. That would be Mr. Ripps?<br>19 A. Yes. | | |
| <u>221:24– 223:11</u><br><br>24 Q. Exhibit 49 on the top, on the 30th of<br>25 May at 12:48 p.m. there's a message from Mr. Cahen.<br>1 Do you see that?<br>2 A. Yes.<br>3 Q. He writes, "Goal: Mint out the<br>4 remainder of the collection, plus incentivize people<br>5 to use the marketplace, specifically the BAYC<br>6 original side."<br>7 Do you see that?<br>8 A. Yes.<br>9 Q. Did that goal ever change?<br>10 A. The goal was constantly changing. I<br>11 don't know where the goalposts were specifically on<br>12 the 30th, but the goal, if you go through the chats,<br>13 it was always changing because there wasn't, like, a<br>14 concrete decision on how to go about it. And the<br>15 temperament of the market as a whole was changing. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 16 OpenSea was no longer the catchall. There was a<br>17 shift in volume. There was a shift in --<br>18 aggregators became a new thing. It changed how to<br>19 align to the market.<br>20 Q. But specifically the goal to mint out<br>21 the remainder of the collection -- that being the<br>22 RR/BAYC collection; correct?<br>23 A. Correct.<br>24 Q. -- that remained a goal through until<br>25 the complaint was filed? The four of you wanted the<br>1 RR/BAYC NFT collection to completely mint out;<br>2 correct?<br>3 A. Correct.<br>4 Q. And then to incentivize people to use<br>5 the marketplace you were using, that was also a<br>6 goal? You wanted to incentivize people to use<br>7 ApeMarket.com; correct?<br>8 A. Correct.<br>9 Q. The additional goal of specifically the<br>10 BAYC original side, was that goal constant?<br>11 A. Yes. | | |
| <u>227:2–228:3</u><br><br>2 Q. Further up in Exhibit 50 Mr. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| Lehman<br>3 writes, "Damn, the more I think about this, the<br>4 harder it seems taking a step back. Question, would<br>5 laser focusing on making this project mint out not<br>6 be an easier way for the RR/BAYC team to make<br>7 money?"<br>8 He has a few more posts, and your<br>9 message is next at 10:45 a.m. "Making it mint out<br>10 is all marketing?"<br>11 Do you see that message that you wrote?<br>12 A. Yes.<br>13 Q. What did you mean there?<br>14 A. That I've done many collections in<br>15 different ways. The more innovation, the less call<br>16 it speculation. When there's things to speculate,<br>17 then there is greater adoption. There's greater<br>18 participation in whatever it is. We seen that time<br>19 and again, not just in the things that I've done but<br>20 across the space as a whole.<br>21 So I'm just anecdotally saying it's<br>22 about marketing. It's about awareness. If people<br>23 know about it and people support the mission, then<br>24 it will succeed. Which we've ultimately seen when | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 25 that documentary came out, and we've seen the<br>1 enormous amount of support, and we've seen an<br>2 enormous amount of participation in the project's<br>3 mint. | | |
| <u>228:4–23</u> *[Defendants' Counter Designation]*<br><br>*4 Q. Did any of the four of you do any*<br>*5 marketing to help make the RR/BAYC NFT project mint*<br>*6 out?*<br>*7 A. There were spaces that were held. We*<br>*8 spoke in the spaces. Spoke about technology*<br>*9 innovation, spoke about -- we all had different*<br>*10 perspectives, I would say, in what we cared about in*<br>*11 those given moments. I largely focused on*<br>*12 technology and innovation and the things that we*<br>*13 were doing, and the tweets that I put out all just*<br>*14 kind of support that narrative.*<br>*15 In specifically, Ryder, in some of his*<br>*16 messaging, he continued to explain and support what*<br>*17 he believed in. These, like, dog whistle symbols* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *18 and these very, very evil embeddings that he's* <br> *19 discovered, he's consistently continued to challenge* <br> *20 anybody who's opposed to any of those ideas and have* <br> *21 open discussions about those things. So I would say* <br> *22 that if that's considered marketing, then yes, we* <br> *23 were marketing.* | | |
| 228:24–229:12 <br><br> 24 Q. Towards the end of this exhibit, at <br> 25 11:43 a.m. on the 26th of May, the messages at the <br> 1 top. Mr. Lehman's is 11:42; you're 11:43. <br> 2 Do you see those? <br> 3 A. Yes. <br> 4 Q. You write, "In general, not talking <br> 5 about building anything. Talking about lack of <br> 6 market-making hype and/or marketing making." <br> 7 Do you see that message that you wrote? <br> 8 A. Uh-huh. <br> 9 Q. That's the same generating hype or <br> 10 marketing that you just explained that activity <br> 11 would help mint out the RR/BAYC NFTs? <br> 12 A. Correct. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| <u>232:2–234:6</u><br>2 Q. Exhibit 51. Towards the bottom of the<br>3 first page, on the 1st of June at 10:30 a.m. you<br>4 write, "What's in it ... for the RR/BAYC holder to<br>5 speculate they want to buy more RR/BAYC?"<br>6 Do you see that?<br>7 A. Yes.<br>8 Q. What did you mean?<br>9 A. These were discussions on those<br>10 goalposts around Ape Market trying to figure out in<br>11 the persona of a person who is buying a bunch of<br>12 NFTs what is it that they would want as value. But<br>13 these are trying to figure out those goalposts to<br>14 best configure the call it tokenomics and rewards<br>15 for marketplace.<br>16 Q. Then Mr. Cahen writes at 10:30 a.m., "We<br>17 should launch with all assets."<br>18 And you specifically respond to that on<br>19 the next page at 10:30 a.m. Do you see the reply to<br>20 "We should launch with all assets?" You say, "Each<br>21 day launch with new assets so there is more new<br>22 news. Monday BAYC, Tuesday MAYC, et cetera"?<br>23 A. Yes. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 24 Q. The discussion about assets was about<br>25 launching with all Yuga Labs assets on the ApeMarketplace.com and whether you should do that or<br>2 not?<br>3 A. I believe it was those assets at that<br>4 time. Yes, I believe it was sequencing the rollout<br>5 so there's just another headline. There's one thing<br>6 to digest at a time. I believe that's what we were<br>7 discussing.<br>8 Q. We saw the decision was made with a<br>9 markup of Ape Market to launch with those assets in<br>10 one of the earlier exhibits, BAYC, MAYC, the kennel<br>11 club, and the deeds?<br>12 A. The Reservoir code, yes.<br>13 Q. What do you mean by the "Reservoir<br>14 code"?<br>15 A. The code base that is previewed there is<br>16 an open source, and the configuration in that open<br>17 source by default is the Yuga Labs assets on a<br>18 marketplace that is decentralized. It's not our<br>19 marketplace. It's whoever's marketplace.<br>20 (Exhibit 52 marked.) | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 By Ms. Culp:<br>22 Q. Exhibit 52 I think speaks to some of<br>23 what you were just talking about, where you write,<br>24 "There were three completely separate builds, one<br>25 fully on chain, one fork, one sig-based."<br>1 A. Yes.<br>2 Q. The images that we've seen in the<br>3 exhibits today of Ape Market, which build are we<br>4 seeing visually?<br>5 A. That is the signature-based Reservoir<br>6 market. | | |
| 238:12–240:20<br><br>12 Q. Exhibit 55 we're back to talking about<br>13 Ape Market. And Mr. Lehman makes the suggestion,<br>14 "Zero fees, also amazing marketing. It's true."<br>15 Then you write, "Zero fee isn't<br>16 sustainable."<br>17 Do you see that?<br>18 A. Yes.<br>19 Q. What did you mean?<br>20 A. The Not Larva Labs did 50 million in<br>21 volume and the front-end developers weren't<br>22 compensated for it. I mean, they utilized it so<br>23 they benefited in that way, but the | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| site needed<br>24 updates and the site needed changes. They didn't<br>25 get the updates and they didn't get the changes, and<br>1 the end result was delays on making updates and<br>2 innovating and doing creative things.<br>3 So sustainability with a marketplace is<br>4 who pays the hosting, who pays for the<br>5 infrastructure, and who's going to fix bugs when<br>6 they surface.<br>7 Q. You go on to say "Zero fee isn't worth<br>8 it."<br>9 Do you see that?<br>10 A. Yes.<br>11 Q. So my understanding is that your<br>12 position was there should be some sort of a fee so<br>13 that the developers are making money and there's a<br>14 way to sustain the marketplace over time?<br>15 A. Yes.<br>16 Q. And then at 10:10 a.m. you write, "It's<br>17 not functionality that makes it better."<br>18 Do you see that?<br>19 A. Yes.<br>20 Q. "It's about money"?<br>21 A. Correct. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 22 Q. In that context you're referring to it's<br>23 about money for the users of the marketplace; is<br>24 that right?<br>25 A. It's about people using a marketplace<br>1 and profiting using it, yes.<br>2 Q. The users profiting?<br>3 A. Correct.<br>4 Q. So designing a marketplace where both<br>5 the developers are profiting in some way and the<br>6 users are profiting in some way is the sustainable<br>7 approach was your position?<br>8 A. Correct.<br>9 (Exhibit 56 marked.)<br>10 By Ms. Culp:<br>11 Q. 56, and we're still talking about the<br>12 marketplace. On the 26th of May, at 11:01 a.m., at<br>13 the end of your message, the last line, you write,<br>14 "If we add BAYC and just one, just one sells, it's a<br>15 win."<br>16 Do you see that?<br>17 A. Yes.<br>18 Q. "BAYC" refers to the original Bored Ape<br>19 Yacht Club NFT by Yuga Labs?<br>20 A. Correct. | | |
| <u>262:19– 263:16</u> | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 19 Q. Exhibit 67. In the middle of this<br>20 exhibit on the 23rd of May at 10:43 a.m., at the end<br>21 of that post you write, "People will want the same<br>22 (rarer) things."<br>23 Do you see that?<br>24 A. Yes.<br>25 Q. Are you referring to the rarer Bored Ape<br>1 Yacht Club NFTs?<br>2 A. Yes.<br>3 Q. And that purchasers of RR/BAYC NFTs<br>4 would want the matching imagery for something that<br>5 was rarer in the BAYC NFT collection?<br>6 A. Yes.<br>7 Q. Why did you think that people would want<br>8 those rarer images?<br>9 A. People like nicer things. So if people<br>10 get credibility and celebrity and they're able to<br>11 feel like they're dominant in a community, and<br>12 that's done by accessing these rarer traits than<br>13 just the history of these types of projects would, I<br>14 at that time mentioned that that's a likelihood that<br>15 they would want things that are rarer, shinier,<br>16 prettier. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 266:16– 267:15 | No objection | |
| 16 Q. In your post at 10:46 p.m. there's | | |

16 Q. In your post at 10:46 p.m. there's
17 another image that's, again, a mock-up?
18 A. Yes.
19 Q. You're asking for feedback about the
20 looks that you're sharing and these posts that we
21 just looked at with the images?
22 A. Correct.
23 Q. Then you write, "It's difficult to make
24 the collections coexist without adding a friction
25 step."
1 Do you see that?
2 A. Yes.
3 Q. Mr. Cahen writes, "What are the major
4 difficulties?"
5 A. Yes.
6 Q. You say, "They are the same art, LOL."
7 Do you see that?
8 A. Yes.
9 Q. You mean it's the same imagery?
10 A. Yes.
11 Q. Mr. Cahen says, "Yes, LMAOOO"?
12 A. Yes.
13 Q. You go on to say, "Same logos,
14 et cetera, it's not clear as day"?

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 15 A. Yes. | | |
| 267:18–268:17 *[Defendants' Counter Designation]*<br><br>*18 Q. Did you add a friction step to Ape*<br>*19 Market?*<br>*20 A. Ape Market was never released.*<br>*21 Q. As of the 24th of June, had a friction*<br>*22 step been added to Ape Market to allow the*<br>*23 collections to coexist in a way that was not*<br>*24 confusing?*<br>*25 A. There was a discovery of a dropdown*<br>*1 component. I don't know at what point, what date it*<br>*2 was. But in the open source code of Reservoir, the*<br>*3 configuration allows you to do what's called a -- I*<br>*4 don't remember the name of the key. It's a*<br>*5 collection -- it's like a collection family. They*<br>*6 bucket. They already have the assets grouped. They*<br>*7 produce the dropdown in the code out of the box. So*<br>*8 the way to improve that was to implement their*<br>*9 dropdown to allow a person to switch between the*<br>*10 different collections.*<br>*11 Q. Was that implemented?* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 12 That was that dropdown that we saw with<br>13 the different logos?<br>14 A. Correct.<br>15 Q. That was the friction step to try to<br>16 reduce the confusion on Ape Market?<br>17 A. That was -- yes, that's fair to say. | | |

Dated:  August 11, 2023          FENWICK & WEST LLP


                                 By: _/s/ Eric Ball_
                                 Eric Ball
                                 Attorneys for Plaintiff
                                 YUGA LABS, INC.

Dated:  August 11, 2023          WILMER CUTLER PICKERING HALE
                                 AND DORR LLP


                                 By: _/s/ Louis W. Tompros_
                                 Louis W. Tompros
                                 Attorneys for Defendants
                                 RYDER RIPPS and JEREMY CAHEN


## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.


                                 _/s/ Eric Ball_
                                 Eric Ball