1 | ERIC BALL (CSB No. 241327)
eball@fenwick.com
2 | KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
3 | FENWICK & WEST LLP
801 California Street
4 | Mountain View, CA 94041
Telephone: 650.988.8500
5 | Facsimile: 650.938.5200
6 |
MOLLY R. MELCHER (CSB No. 272950)
7 | mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
8 | afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
9 | ethomas@fenwick.com
FENWICK & WEST LLP
10 | 555 California Street, 12th Floor
San Francisco, CA 94104
11 | Telephone: 415.875.2300
12 | *Additional Counsel listed on next page*
13 | Attorneys for Plaintiff
14 | YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

15 |

16 | UNITED STATES DISTRICT COURT

17 | CENTRAL DISTRICT OF CALIFORNIA

18 | WESTERN DIVISION – Los Angeles

19 |

20 | YUGA LABS, INC.,

21 |     Plaintiff,

22 |   v.

23 | RYDER RIPPS, JEREMY CAHEN,

24 |     Defendants.

25 |

Case No.: 2:22-cv-04355-JFW-JEM

**JOINT NOTICE OF POST TRIAL
DESIGNATION OF DESIGNATED
WITNESS TESTIMONY OF JEREMY
CAHEN**

26 |
27 |
28 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's Civil Trial Order of June 7, 2022 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Plaintiff's designated deposition testimony of Jeremy Cahen.[1]

**Jeremy Cahen – Plaintiff's Designations**

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 10:14–16 *[Defendants' Counter Designation]*<br><br>*14 If you don't understand a question, let me*<br>*15 know, and we can see if there is any clarity that*<br>*16 will be helpful for you.* | No objection | |
| 11:5–9 *[Defendants' Counter Designation]*<br><br>*5 Q Will you please state your full name for*<br>*6 the record.*<br>*7 A You want my middle name as well?* | No objection | |

---

1 While Plaintiff has removed its objections to certain deposition designations by Defendants, Plaintiff reserves its right to include testimony designated by Defendants in Plaintiff's request for a finding that this is an exceptional case under the Lanham Act and request for attorneys' fees against Defendants.  Defendants' deposition designations fail to honor their promises to the Court and Plaintiff's counsel by seeking to introduce false testimony that Defendants agreed was outside the scope of this case.  *See, e.g.,* Dkt. 320-1 ¶ 6(A) (agreeing in proposed pretrial conference order not to introduce evidence or argument regarding "pedophilia," or Defendants' "emotional distress counterclaims" and other irrelevant topics); Dkt. 314 (agreeing in Defendants' proposal that they will not offer testimony regarding "the words 'Nazi' or 'Hitler'," "allegations concerning death threats or harassment," the "class action lawsuit brought against Yuga for securities fraud," or "the SEC investigation into Yuga for securities fraud"); Dkt. 334 at 60:13-14 (representing to the Court "We don't want a mini trial on Naziism for sure"); *id.* at 61:9-11 ("I agree they should stand up and object if we start -- if anybody starts talking about -- ranting about how everybody at Yuga are a bunch of Nazis. That is clearly inappropriate and shouldn't be done.").

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *8 Q Yes, sir.*<br>*9 A Okay. Jeremy Jaques Cahen* | | |
| *15:4–12 [Defendants' Counter Designation]*<br><br>*4 Q Have you received any income in 2022?*<br>*5 A I think the reason that that question is*<br>*6 confusing to me is because I'm not sure how you*<br>*7 would define "income." That's what I'm having*<br>*8 trouble with. I'm not -- I don't really understand*<br>*9 that question because income is a term that like I*<br>*10 would discuss with like an accountant or something*<br>*11 like that, and it's just unclear to me what that*<br>*12 means.* | No objection | |
| 23:17–24:25<br><br>Q What are your sources of income, sir?<br>18 A What are my sources of income? I don't<br>19 understand the question.<br>20 Q You just said you have various sources of<br>21 income. What are those sources?<br>22 A I still don't understand how you would<br>23 define "income." I think that in order -- and I use<br>24 the word because I'm responding | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| to you.<br>25 But like I stated before, I don't<br>1 understand what our working definition of "income"<br>2 is. And I'm happy to answer the question. But it<br>3 would be helpful if we could define what that means.<br>4 Q Money coming to you.<br>5 A Sources of money coming to me. Friends<br>6 have sent me money. I've made money from trading<br>7 digital assets. I've made money from real estate<br>8 that I own. Those are things that come to mind.<br>9 Q Anything else?<br>10 A Not that comes to mind.<br>11 Q And how much money have you made from<br>12 trading assets in the last year?<br>13 A I don't know.<br>14 Q Approximately?<br>15 A I couldn't guess.<br>16 Q More or less than $100,000?<br>17 A I don't know.<br>18 Q You don't know if you made more or less<br>19 than $100,000?<br>20 A I would have to check. You know, there's<br>21 so many different factors that go into that in terms<br>22 of expenses, business expenses.<br>23 Like I said, I think that would probably be<br>24 an easier question for my | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| accountant or someone like 25 that. | | |
| <u>37:23–38:17</u><br><br>23 Q. What is the name of the token for the<br>24 RR BAYC NFT's?<br>25 A. I would have to check the block explorer to<br>1 explain to you. I believe it's Bored Ape Yacht<br>2 Club. And when I say "Bored Ape Yacht Club," what<br>3 I'm referring to very specifically is I believe that<br>4 the name of the RR BAYC NFT contract that this<br>5 dispute is about is Bored Ape Yacht Club on<br>6 Etherscan.IO, E-T-H-E-R-S-C-A-N, dot IO.<br>7 On Etherscan.IO, there will be what is<br>8 called a token tracker for a given contract. And<br>9 that should have -- my recollection of that is that<br>10 the name of that is Bored Ape Yacht Club on the<br>11 Etherscan Ethereum blockchain Explorer.<br>12 I'm going to have to try to speak slow<br>13 because I take for granted that a lot of this stuff<br>14 is very technical.<br>15 But that's, you know -- that's what a lot | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 16 of this is about. We want to educate people about 17 how this stuff functions. | | |
| 42:11–25<br><br>11 Q You are not familiar with the tracker Bored 12 Ape Yacht Club on Etherscan? 13 MR. TOMPROS: Same objection. 14 THE WITNESS: Yeah, I still don't understand the 15 question. I don't understand what you mean when you 16 say "tracker." 17 BY MR. BALL: 18 Q It says there "tracker." 19 A Yes. But I'm not sure what this is. I 20 don't know if -- this is just words on a piece of 21 paper. It's not meaningful to me in the context of 22 electronic assets. 23 Q Why not? 24 A Because it's a organic piece of paper with 25 ink printed on it. | No objection | |
| 51:16–52:14<br><br>16 Q What is your role in connection with the 17 sale of RR BAYC NFT's? 18 A I don't understand how to answer that 19 question without more context. The sale of | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 20 RR BAYC's? Yeah, that's -- I can't -- I don't know 21 how to answer that question. 22 Q I'm asking you to provide the context. 23 What is your role in the sale of the RR BAYC's? 24 A I'm not sure what you mean when you say the 25 "RR BAYC's." 1 Q The RR BAYC NFT's that are at issue in this 2 dispute. 3 A Still not clear to me what that is 4 referring to. 5 Q Why not? 6 A Well, like I explained before, there is 7 different blockchain networks. And I would need a 8 specific contract address in order to reference a 9 specific token. 10 Q And we provided you a specific contract 11 address referencing a specific token, and you still 12 had no idea what we were talking about? 13 A What you showed me before, I can verify. 14 It was a piece of paper. | | |
| 52:24–53:2 *[Defendants' Counter Designation]*<br><br>*24 Q How can we make you comfortable that we are*<br>*25 talking about the sales of what* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *you and Mr. Ripps*<br>*1 have been selling and promoting for the last six*<br>*2 months --* | | |
| <u>53:5–6</u> *[Defendants' Counter Designation]*<br><br>*5 Q -- that are at issue in this dispute?*<br>*6 A I feel comfortable.* | No objection | |
| <u>59:7–59:16</u><br><br>7 Q And what is an RR BAYC NFT?<br>8 A I don't know. Without context, I don't<br>9 know what that means. Just the same way that I<br>10 don't know what a BAYC NFT is without context. I --<br>11 you -- yeah.<br>12 It's -- it's -- the blockchain is<br>13 complicated. A lot of people don't have the<br>14 technical expertise or knowledge to be able to have<br>15 a conversation about crypto technology and<br>16 blockchain technology. | No objection | |
| <u>73:17–74:5</u><br><br>17 Q And you see below that, it says "Bored Ape<br>18 Yacht Club." Correct?<br>19 A Yes.<br>20 Q It doesn't say Ryder Ripps Bored Ape Yacht | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 Club?<br>22 A What I'm looking at says<br>"Bored Ape Yacht<br>23 Club."<br>24 Q It doesn't say RR BAYC?<br>25 A What I'm looking at says<br>"Bored Ape Yacht<br>1 Club."<br>2 Q And above that, it says<br>"BAYC." Not<br>3 RR BAYC. Correct?<br>4 A What I'm reading is the letters<br>B-A-Y-C and<br>5 below that, Bored Ape Yacht<br>Club. | | |
| <u>80:14–81:16</u><br><br>14 Q You see there in the upper left-hand<br>15 corner, "RR" and then slash?<br>16 A The white square?<br>17 Q Yes.<br>18 A Yes, I see that.<br>19 Q And next to that, it says "RR BAYC" on<br>20 Exhibit 82?<br>21 A Next to the white square?<br>22 Q Yes.<br>23 A It says "RR" -- this is in bold, white<br>24 letters. It says "RR BAYC." And then below that,<br>25 in that small font that's hard to read, it says –<br>1 looks like it says "RR/BAYC."<br>2 Q Okay. What does RR BAYC refer to? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 3 A I don't know. Without context, I can't<br>4 tell you. It could mean all kinds of things.<br>5 Q What is one thing that it can refer to?<br>6 A It could mean Ronald Reagan bought apples<br>7 yesterday classy. I don't know. It could mean --<br>8 it could mean -- that acronym could mean anything.<br>9 Q Have you ever used that acronym before?<br>10 A Yes. I have used that acronym before.<br>11 Q And what have you used it to refer to?<br>12 A When I've used that acronym, it refers to<br>13 Ryder Ripps Bored Ape Yacht Club. 5<br>14 Q And what is that?<br>15 A Without context, I need you to be more<br>16 specific. | | |
| <u>81:17–82:16</u> *[Defendants' Counter Designation]*<br><br>*17 Q I need your testimony, not mine. And you 7*<br>*18 just said you've used that acronym to refer to -- 0*<br>*19 you used acronym RR BAYC to refer to Ryder Ripps 5*<br>*20 Bored Ape Yacht Club?*<br>*21 A Correct. That's what I've used* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *it for.*<br>*22 Q So in what context have you used that*<br>*23 acronym?*<br>*24 A In what context have I used the acronym*<br>*25 RR BAYC?*<br>*1 Q Correct.*<br>*2 A The context that I typically use that*<br>*3 acronym for would be in reference for an art project*<br>*4 that was created by Ryder Ripps. And that art*<br>*5 project is a piece of conceptual art which is a*<br>*6 powerful criticism of Nazism, racism, financial*<br>*7 fraud, pedophilia. And it also involves*<br>*8 institutions such as FTX, who has perpetuated the*<br>*9 greatest fraud in the history of United States*<br>*10 finance, and also OpenSea, who's business partners*<br>*11 with them, and law firm known as Fenwick & West, who*<br>*12 is also business partners with them.*<br>*13 So that's what I refer to typically when I*<br>*14 use the acronym RR BAYC.*<br>*15 Q Anything else?*<br>*16 A Not that comes to mind right now.* | | |
| 89:18–90:2 | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 18 Q Mr. Ian, who is a friend of yours that you<br>19 don't know his last name --<br>20 A Correct.<br>21 Q -- what is his role in the RR BAYC project?<br>22 A He has no role in the RR BAYC project. The<br>23 RR BAYC project involved four people. And Ryder is<br>24 one of them. I am one of them. Tom Lehman is<br>25 another one of them. And Ryan Hickman is the<br>1 fourth. Those are the people that are on the team<br>2 of the project. It's a small team. | | |
| 93:24–94:5 *[Defendants' Counter Designation]*<br><br>*24 Q There are tokens that are involved in the<br>25 RR BAYC project. Correct?<br>1 A Yes. Tokens are part of the art project.<br>2 Yes. That's correct.<br>3 Q Okay.<br>4 A And they are a very important part of the<br>5 art project.* | No objection | |
| 94:16–95:9<br><br>16 Q And what is a token tracker associated with<br>17 those tokens that are part of the RR BAYC project?<br>18 A My understanding is that the | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited | The designation includes all responsive testimony and is therefore complete and not misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| token tracker<br>19 which displays on Etherscan.IO for the RR BAYC<br>20 nonfungible tokens -- the token tracker I believe is<br>21 Bored Ape Yacht Club and then parentheses BAYC.<br>22 It -- it is what is on this document. However, this<br>23 is just an image. So -- like this lettering here.<br>24 Q Okay. And by "this document," you are<br>25 referring to Exhibit 80?<br>A Just to be clear, when it says just the<br>2 No. 80 -- it doesn't need to say exhibit. Just the<br>3 number is the number of the exhibit. Yeah.<br>4 So this is Exhibit 80, where it says here<br>5 "tracker," and then it has this -- it's not a great<br>6 copy. But on the Etherscan.IO website, that would<br>7 usually be the Ethereum blockchain logo, and then<br>8 next to that. It has the name of the token<br>9 contract. | portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | |
| *95:10–96:03 [Defendants' Counter Designation to complete Plaintiff's Designation of 94:16–95:9]*<br><br>*10 Q Okay.*<br>*11 A And it's important to* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *understand that the 12 blockchain will allow you to create an endless 13 amount of tokens with any name. There's no -- 14 there's no limitation on nomenclature used on the 15 blockchain. The thing that matters on the 16 blockchain is not the token tracker. The only thing 17 that matters on the blockchain is the token address. 18 For example, if I want to send Ethereum to 19 someone's wallet, and if I'm off by a single digit 20 or carrier, it goes to the wrong person -- or the 21 wrong wallet rather would be the correct way of 22 explaining that. 23 So token tracker is -- if we want to have a 24 very specific conversation, in my understanding, we 25 should be discussing specific contract addresses. 1 Because otherwise we could be talking about 2 anything. 3 Does that make sense?* | the counter-designations. Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |
| 99:2–23 2 Q What are -- what Twitter accounts do you 3 have? 4 A Me? Gosh, I have more than I | No objection. | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| can remember.<br>5 Q What is the one that you use in connection<br>6 with the RR BAYC project?<br>7 A The -- I think the ones that are relevant<br>8 to litigation would be at -- at symbol Pauly,<br>9 P-A-U-L-Y, 0X. And the other one would be at, at<br>10 symbol, Ape, A-P-E, Marketplace,<br>11 M-A-R-K-E-T-P-L-A-C-E. Those two.<br>12 Q Does anyone else have control of the Ape<br>13 Marketplace Twitter account?<br>14 A I haven't used it in quite a while. But my<br>15 understanding is that I'm the sole administrator of<br>16 that account.<br>17 Q So anything posted on that account would<br>18 be -- come from you?<br>19 A Correct. If my understanding is correct,<br>20 which is -- which is old. Like I said, I haven't<br>21 used it in months. But I don't recall anyone else<br>22 ever* having control over that Twitter. My understanding<br>23 is that it was 100 percent under my administration.<br>*Subject to errata | | |
| <u>100:18–22</u> | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 18 I'm asking about* in your knowledge, what does the Ape 19 Marketplace refer to? 20 A. Ape Marketplace refers to a -- a NFT -- a 21 nonfungible token marketplace that was in 22 development prior to being sued by Yuga Labs. *Subject to errata | | |
| 101:7–102:4 *[Defendants' Counter Designation]*<br><br>*7 Q You were just in the ideation stage?*<br>*8 A Yes. Ideation in terms of testing*<br>*9 different models. Testing different structures.*<br>*10 Discussing and sort of bouncing ideas off of one*<br>*11 another.*<br>*12 That's probably the most fun part about*<br>*13 being part of a development process is getting to*<br>*14 experiment and try different things. It's great.*<br>*15 But we never got to the point of releasing*<br>*16 the thing because we were sued by Yuga Labs.*<br>*17 Q Why didn't you release it?*<br>*18 A Well, some of the people that were involved*<br>*19 with the lawsuit felt very threatened by a* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *20 multi-billion-dollar company suing them for no*<br>*21 reason.*<br>*22 So I think that -- you know, for example,*<br>*23 some of the people that I work with and who were*<br>*24 working on Ape Marketplace, they have children.*<br>*25 They have families. And they don't want to risk*<br>*1 their families' safety, security and well-being*<br>*2 because of threats from a Neo-Nazi and racist*<br>*3. company that is also guilty of significant financial*<br>*4 fraud. That's pretty intimidating to most people.* | | |
| <u>106:23–107:3</u><br><br>23 Q. So the URI involved with the RR BAYC art<br>24 project --<br>25 A. Yeah. Sure. Go ahead.<br>1 Q. -- that points to the same images that BAYC<br>2 uses --<br>3 A. Yes. | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore complete and not misleading. |
| *107:4–9 [Defendants' Counter Designation to complete Plaintiff's Designation of 106:23–107:3]* | No objection; however, the Civil Trial Order prohibits post-trial addition of | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 4 Q -- that you say are racist?<br>5 A Yeah. That's the whole point of the<br>6 project is to draw attention to Neo-Nazism, racism,<br>7 pedophilia, financial fraud, Yuga Labs, Ape Coin,<br>8 Fenwick & West and FTX, who are all business<br>9 partners, as well as OpenSea. | new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |
| <u>110:17–111:12</u> *[Defendants' Counter Designation]*<br><br>17 Q And how much ETH or Ethereum did you<br>18 receive from -- in connection with the RR BAYC<br>19 nonfungible tokens?<br>20 A I don't have that memorized off the top of | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *21 my head. But we produced some accounting of the*<br>*22 project. So you guys should have the whole record*<br>*23 of that.*<br>*24 Q Is that accounting that you produced -- is*<br>*25 that all of the Ethereum or ETH that you received?*<br>*A Yeah. We provided a complete accounting*<br>*2 based on our best good faith efforts of everything*<br>*3 that we could produce.*<br>*4 And in addition to that, it's all*<br>*5 completely public on the blockchain locker. So*<br>*6 anyone has access to it. There's absolutely no way*<br>*7 that I could secretly receive anything on the ETH*<br>*8 network.*<br>*9 Q Outside of the Ethereum network, did you*<br>*10 receive any cash from Mr. Ripps in connection with*<br>*11 the -- in connection with the RR BAYC project?*<br>*12 A No.* | | |
| <u>112:21–23</u> *[Defendants' Counter Designation]*<br><br>*21 Q Ape Market was intended to be a profitable 8*<br>*22 platform for yourself? 1*<br>*23 A That is incorrect.* | No objection | |
| <u>125:20–126:7</u> | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 20 Q You remember this image but not the<br>21 specific tweets?<br>22 A Correct.<br>23 Q So you don't remember promoting to the<br>24 public that RR BAYC and Ape Market are registered<br>25 trademarks?<br>1 A No. I've never done that myself. I've<br>2 never promoted that.<br>3 Q It's got a tweet here from Ape Marketplace.<br>4 A Yeah, I see that on this page.<br>5 Q And you are the sole operator of the Ape<br>6 Marketplace account?<br>7 A That is correct, yes. | | |
| 126:8–13 *[Plaintiff's counter-counter designation]*<br><br>*8 Q And so that's not a promotion to the*<br>*9 public, this tweet?*<br>*10 A Image with words on it is not necessarily a*<br>*11 promotion of anything.*<br>*12 Q Statement?*<br>*13 A This is not a statement.* | No objection | |
| 130:11–131:5<br><br>11 Q You see there the third from the bottom, it<br>12 says, "Per our" -- it says "at Ryder."<br>13 "Per our attorney, we may just | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| need to<br>14 change the skull if we want to fight<br>15 trademark."<br>16 What did you mean by that, sir?<br>17 A I don't know. This is -- this is from many<br>18 months ago, and I would need more context in order<br>19 to understand what this is.<br>20 Q What context would you need?<br>21 A Well, the easiest way for me to know is if<br>22 I could go back to that period of time and be<br>23 totally up to speed with everything that was going<br>24 on at that moment.<br>25 One thing about crypto is that things<br>1 happen quite fast. And if you're trying to keep up<br>2 with that environment, you will notice that. That's<br>3 how it functions. There's a lot that goes on, and<br>4 it's impossible to retain a memory of all these<br>5 things. | | |
| <u>131:15–132:25</u><br><br>15 Q And what did your -- do you recall speaking<br>16 to an attorney about Yuga Labs' trademarks?<br>17 A I don't.<br>18 Q Do you know -- do you recall | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| why you may<br>19 just need to change the skull?<br>20 A No. I don't recall that.<br>21 Q And what do you think that the skull refers<br>22 to here from your own statement of "may just need to<br>23 change the skull"?<br>24 A I could guess, but I don't think that would<br>25 be helpful.<br>1 Q I'm asking for your best recollection, sir.<br>2 A I don't have a best recollection.<br>3 Q I'm asking for your -- you have no idea<br>4 what "may just need to change the skull" means?<br>5 A Without context, I have no idea what that<br>6 means.<br>7 Q And the context meaning for you, it would<br>8 just be going back in time?<br>9 A No. I think that there's -- I could<br>10 probably read, you know, a few days' worth of the<br>11 chat. This is a chat that has hundreds of thousands<br>12 of communications in it, I believe.<br>13 Q Did you prepare for this deposition?<br>14 A I would say so, yes.<br>15 Q And did you go back and look at any of your<br>16 chats?<br>17 A I had to go back and look | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| through<br>18 everything in order to produce it as part of the<br>19 litigation, yes.<br>20 Q But you are not familiar with what you<br>21 meant here by,<br>22 "Per our attorney, we may just need to<br>23 change the skull if we want to fight<br>24 trademark"?<br>25 A No, I don't recall -- sorry. | | |
| <u>133:17–134:16</u><br><br>17 Q You have in front of you Exhibit 90?<br>18 A Yes, sir. Yeah. Oh, single -- oh, no.<br>19 There's a little bit on the back side. I see this.<br>20 Yes. Exhibit 90.<br>21 Q You see there it has that same phrase,<br>22 "Per our attorney, we may just need to<br>23 change the skull if we want to fight 9<br>24 trademark"?<br>25 A Yes.<br>1 Q Okay.<br>2 A Oh, this helps it. Now there's context --<br>3 a little bit of additional context here.<br>4 Q And the context being the U.K. registered | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 5 trademark there?<br>6 A I'm not sure what that is. But it looks --<br>7 it's an image certainly of something. There's no<br>8 URL here.<br>9 So yeah. There's an image attached to it.<br>10 That provides additional context certainly.<br>11 Q Do you recall posting that image to the<br>12 chat with Mr. Hwonder and Mr. Ryder Ripps?<br>13 A I don't recall, no.<br>14 Q You don't recall discussing that image with<br>15 an attorney?<br>16 A No, I have no recollection of that. | | |
| 148:10–148:13<br><br>10 Q Are you aware of people referring to<br>11 collections based on the token name?<br>12 A Oh, yes. I believe that it's very common<br>13 for people to do that. | No objection | |
| 149:10–149:16 *[Defendants' Counter Designation]*<br><br>*10 Q Have you used a token tracker in connection*<br>*11 with the RR BAYC project?*<br>*12 A No. Never. Because if I recall correctly,* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *13 the token tracker on the block explorer is Bored Ape*<br>*14 Yacht Club. So I would refer to Ryder Ripps Bored*<br>*15 Ape Yacht Club using something like RR BAYC would*<br>*16 make much more sense.* | | |
| <u>157:16–157:23</u><br><br>16 Q And you go on in Exhibit 92 to say you want<br>17 to have -- or "getting BAYC and MAYC users to call<br>18 our marketplace their new home."<br>19 A Is that a question?<br>20 Q Is that your statement there, sir, in<br>21 Exhibit 92?<br>22 A Anything that says Pauly Shore was written<br>23 by myself. | No objection | |
| <u>158:8–158:13</u><br><br>8 Q Is this your statement?<br>9 "And collecting royalties at a<br>10 fraction of what the other big dogs are<br>11 charging"?<br>12 A Anything that is below the user name Pauly<br>13 Shore is a statement that was written by me. | No objection | |
| <u>158:19–22</u> *[Defendants' Counter Designation]* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *19 Q Was one of your priorities collecting*<br>*20 royalties at a fraction of what the other big dogs*<br>*21 are charging?*<br>*22 A No. That's not what it says here.* | | |
| <u>159:9–17</u> *[Defendants' Counter Designation]*<br><br>*9 Q Was collecting royalties one of your*<br>*10 priorities in the RR BAYC project?*<br>*11 A My priorities have very little to do with*<br>*12 collecting money or financial anything. My*<br>*13 priorities have more to do with educating people*<br>*14 with examining the truth and with, you know,*<br>*15 stimulating dialogues that lead to a further and*<br>*16 deeper understanding of how this stuff actually*<br>*17 works.* | No objection | |
| <u>159:18–22</u><br><br>18 Q Were you trying to get a considerable<br>19 passive income in connection with the RR BAYC<br>20 project?<br>21 A I can't answer that question without<br>22 context. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| <u>162:24–163:12</u><br><br>24 Q How many RR BAYC NFT's did you mint?<br>25 A I don't recall.<br>1 Q Approximately?<br>2 A I don't recall.<br>3 Q How many did you buy?<br>4 A I don't recall.<br>5 Q Approximately?<br>6 A Don't recall.<br>7 Q More than ten?<br>8 A I believe so.<br>9 Q More than 100?<br>10 A I don't recall.<br>11 Q More than 50?<br>12 A Don't recall. | No objection | |
| <u>163:13–23</u> *[Defendants' Counter Designation]*<br><br>*13 Q Why would you buy an RR BAYC NFT?*<br>*14 A Well, I'm a big fan of Ryder Ripps as an*<br>*15 artist. He's been a huge inspiration to me as an*<br>*16 individual. And I've been a major collector of his*<br>*17 art since I first began exploring nonfungible tokens*<br>*18 because I find what he does as a creative and as a*<br>*19 human being is remarkable. And it's an incredible*<br>*20 display of courage and willingness to speak his*<br>*21 truth even if it means he's going* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *to be threatened*<br>*22 by multi-million-dollar Nazi*<br>*ponzi schemes like Yuga*<br>*23 Labs.* | | |
| 172:18–174:10<br><br>18 Q Did you ever -- or sorry.<br>19 Was the RR BAYC project ever on OpenSea?<br>20 A Yes, it was -- the RR BAYC project created<br>21 by Ryder Ripps was on OpenSea for a period of time.<br>22 Q And what did the page look like on OpenSea<br>23 where the RR BAYC project was on?<br>24 A It looked like any collection page on the<br>25 OpenSea website.<br>1 Q Was the RR BAYC project on other<br>2 marketplaces?<br>3 A The way that the blockchain functions is<br>4 very much automated in many ways. And a lot of<br>5 these marketplaces -- for example, OpenSea being<br>6 probably the prime* example -- the way it works is<br>7 if a new token gets published onto the blockchain,<br>8 it will automatically display on all these markets.<br>9 And it will take -- sometimes there's some latency<br>10 in terms of how quickly the | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| metadata will start to<br>11 show, but it will read the blockchain, and it will<br>12 display them.<br>13 So RR BAYC could have been on hundreds of<br>14 thousands of marketplaces. I just wouldn't be able<br>15 to tell you because there's many more marketplaces<br>16 that exist than I'm aware of.<br>17 Q What other marketplaces are you aware of<br>18 that RR BAYC NFT's were on?<br>19 A The ones that come to mind are Foundation.<br>20 Foundation.app where it started. And then there's<br>21 OpenSea.IO.<br>22 The other two, I believe -- don't quote me<br>23 on the exact suffix, but LooksRare is the name of<br>24 one of the primary marketplaces. I believe that one<br>25 is LooksRare.org if I'm not mistaken.<br>1 And then x2y2 is another one. I think that<br>2 one is x2y2.com. You could certainly verify this by<br>3 doing a search. But if you do so, be careful for<br>4 fake ones because there's fake marketplaces that are<br>5 trying to sort of get users to use them. For what<br>6 purposes, I couldn't tell you. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 7 But those are the primary ones that come to 8 mind, I believe. Foundation, OpenSea, LooksRare and 9 x2y2. Those are what I recall. There may be 10 others. But those are the primary ones. *Subject to errata | | |
| 174:11–175:4 *[Defendants' Counter Designation]*<br><br>*11 Q And you said it started on the -- the*<br>*12 RR BAYC NFT started on Foundation?*<br>*13 A Yeah. It's a Foundation contract.*<br>*14 Q And what did the page look like when it*<br>*15 started on Foundation?*<br>*16 A There's no way to customize the way that*<br>*17 the page layouts work as far as I understand. It's*<br>*18 a standard layout, and then the metadata populates*<br>*19 the corresponding fields.*<br>*20 So it will -- the way that it works is it's*<br>*21 sort of a front-end user interface that will take*<br>*22 data on chain, and it will try to translate it into*<br>*23 an interface that is usable by less sophisticated*<br>*24 consumers. And -- yeah.* | No objection | |

| | Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|---|
| | *25 It's quite interesting. You can -- you can*<br>*1 interact with a smart contract directly on the block*<br>*2 explorer. But most users who are less sophisticated*<br>*3 will interact with them through a user interface*<br>*4 like OpenSea or like LooksRare or like x2y2.* | | |
| | <u>185:19–23</u> *[Defendants' Counter Designation]*<br><br>*19 Q So Ape Market is not part of the RR BAYC*<br>*20 project?*<br>*21 A Ape Market is not an existing project. It*<br>*22 doesn't exist. It's a – I'm not sure what – how*<br>*23 it could possibly be part of a project if it doesn't* | No objection | |
| | <u>204:4–16</u> *[Defendants' Counter Designations]*<br><br>*4 Were there discussions among yourselves,*<br>*5 Mr. Ripps, Mr. Lehman and Mr. Hickman about*<br>*6 splitting the royalties from the sales of RR BAYC*<br>*7 NFT's?*<br>*8 A If I recall correctly, discussions that we*<br>*9 would have had about royalties would be about*<br>*10 splitting royalties from further* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *developments or* <br> *11 things like that.* <br> *12 But the intention of the Ryder Ripps Bored* <br> *13 Ape Yacht Club art project was always to be zero* <br> *14 royalties. And there was just some technical things* <br> *15 that made that more difficult or harder to achieve* <br> *16 than we wanted to. For example, LooksRare.* | | |
| <u>207:11–14</u> *[Defendants' Counter Designation]* <br><br> *11 Q And when those were sold on LooksRare,* <br> *12 those NFT's, you benefited from the secondary sales* <br> *13 of those NFT's. Correct?* <br> *14 A No. I did not.* | No objection | |
| <u>207:21–208:16</u> <br><br> 21 Q Who received the royalties from the <br> 22 LooksRare sales? <br> 23 A The way that -- the way that these <br> 24 contracts work is royalties will go to the contract <br> 25 creator. So it would go to the address associated <br> 1 with the deployment of that contract. And that <br> 2 potentially could be changed, but I think that <br> 3 that's how it functions typically. <br> 4 Q And who is the contract creator | FRE 106 Incomplete (fails to designate full answer) <br><br> Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore complete and not misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| of RR BAYC<br>5 NFT's?<br>6 A The wallet address I don't have memorized.<br>7 But if you look on the block explorer and you are<br>8 looking at the correct contract, it should display.<br>9 Q And I'm asking who the contract creator is.<br>10 A The contract's creator is an address on the<br>11 blockchain.<br>12 Q And who is behind that address?<br>13 A When you say "behind," can you define that?<br>14 Q Who has control over that address?<br>15 A I believe that that would be Ryder Ripps<br>16 himself, | | |
| 208:18–209:8 *[Defendants' Counter Designation to complete Plaintiff's Designation of 207:21–208:16]*<br><br>*18 Q So Ryder Ripps has received royalties from*<br>*19 LooksRare sales?*<br>*20 A We have no intention of receiving royalties*<br>*21 as I explained earlier. We've contacted LooksRare*<br>*22 multiple times. We've had many people in the*<br>*23 community try to aid us in that effort.*<br>*24 For whatever reason, LooksRare* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *is in a*<br>*25 unique category. They are the only marketplace that*<br>*1 did not delist the collection of the ones mentioned*<br>*2 prior -- the main ones mentioned prior. And they*<br>*3 also refuse to set the royalty to zero.*<br>*4 So there is something different about*<br>*5 LooksRare. I'm not sure what -- what their*<br>*6 operation is behind the scenes. But I was surprised*<br>*7 that they wouldn't honor our request to make it zero*<br>*8 royalties.* | | |
| <u>213:8–23</u><br><br>8 Q So would you say that there's any utility<br>9 with RR BAYC NFT's based on the definition you just<br>10 gave?<br>11 A I think that there was -- we discussed<br>12 ideas for potential utility. But where we are at in<br>13 terms of what has been produced so far is an art<br>14 project.<br>15 Q What were the ideas for the potential<br>16 utility?<br>17 A One idea that was discussed was a | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 18 marketplace that was token gated.<br>19 Q And what was that token-gated marketplace?<br>20 A It was just ideas. So I have an existing<br>21 marketplace called Notlarvalabs.com. But in the<br>22 context of RR BAYC, that would be referring to the<br>23 idea of apemarket.com. | | |
| <u>228:25–230:2</u><br><br>25 Q Okay. And on the bottom right-hand corner<br>1 of Exhibit 96, it has an alphanumeric reference<br>2 after your name Pauly -- or your name that has been<br>3 referred to yourself.<br>4 A Nickname I suppose. Right?<br>5 Q Nickname works.<br>6 A Okay.<br>7 Q What is that alphanumeric number?<br>8 A I would think it's a wallet address.<br>9 Q Is that the only wallet address that you<br>10 have used in connection with RR BAYC NFT's?<br>11 A I would have to confirm by having my<br>12 machine to tell you if that's the exact address<br>13 because there could be many different numbers that<br>14 are incorrect or could just be the | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| wrong one.<br>15 But I think that's what it is. That's --<br>16 I'm assuming so. I just can't tell you for sure.<br>17 Q And did you use any other wallet addresses<br>18 to trade RR BAYC's NFT's?<br>19 A I may have, but I don't recall. That's --<br>20 if it's what I think it is, then it would be my<br>21 primary wallet address. But I just need -- I'm not<br>22 able to verify these long addresses with no records<br>23 of my own.<br>24 Q Do you believe that you received 49.019 ETH<br>25 in connection with the RR BAYC sales?<br>1 A I don't have any recollection of exact<br>2 numbers. | | |
| 232:12–234:6<br><br>12 Do you think you made more or less than<br>13 49.09 ETH --<br>14 A I don't know.<br>15 Q -- as part of --<br>16 A I don't know.<br>17 Q You don't know if you made more than<br>18 49.09 ETH as part of your profit share?<br>19 A Correct. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 20 Q How many times were you paid out a profit | | |
| 21 share for the RR BAYC project? | | |
| 22 A I don't know. | | |
| 23 Q More -- more than once? | | |
| 24 A I certainly think it was more than once. I | | |
| 25 don't think that -- I don't think that distributions | | |
| 1 were made in one lump sum. | | |
| 2 If I recall correctly, there was a system | | |
| 3 designed that automatically distributed based on the | | |
| 4 percentage share that each team member had. | | |
| 5 Q What was your percentage share? | | |
| 6 A If I recall correctly, it was 15 percent. | | |
| 7 Q And why did you receive 15 percent? | | |
| 8 A I think we just decided as a team that | | |
| 9 those numbers were what made sense to us. I wish I | | |
| 10 received 100 percent though. | | |
| 11 Q Why do you want to receive 100 percent? | | |
| 12 A I was being a little silly. | | |
| 13 Q Why would you want to receive 100 percent? | | |
| 14 A I don't.* To correct myself -- I've been very serious | | |
| 15 today. To correct myself, I don't actually wish | | |
| 16 that I received 100 percent. | | |
| 17 Q What was the percent that you | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| all agreed to<br>18 for you to receive of the royalties for RR BAYC's?<br>19 A I think what we discussed was that we would<br>20 have a very similar arrangement if -- if there was<br>21 like more capital generated or cryptocurrency<br>22 generated.<br>23 But it was -- you know, we are friends<br>24 first and foremost. So yeah. I think that it's --<br>25 you know, doing business with friends is awesome<br>1 when it works. But it's also good to have at least<br>2 some kind of established agreements.<br>3 So I think that that was more of like a<br>4 let's have a understanding -- a mutual understanding<br>5 so that there's no, you know, arguments or confusion<br>6 moving forward.<br>*Subject to errata | | |
| <u>257:15–258:16</u><br><br>15 Q Have you ever used the phrase "shilling"<br>16 relating to the RR BAYC NFT projects?<br>17 A It's very possible.<br>18 Q And what did you mean then?<br>19 A I don't recall because I'm not | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| thinking of<br>20 a specific conversation. But shilling is also<br>21 commonly used in the context of other things.<br>22 MR. BALL: I'll mark Exhibit 98 please.<br>23 (Whereupon Plaintiff's Exhibit 98<br>24 was marked for identification)<br>25 ///<br>1 BY MR. BALL:<br>2 Q I'd say about halfway down the page, you<br>3 say,<br>4 "I think shilling will be more<br>5 impactful for sure."<br>6 A I see.<br>7 Q What did you mean there, sir?<br>8 A Well, I would need more context to tell you<br>9 what I meant in that specific sentence.<br>10 Q And what context would you need?<br>11 A Well, it's -- it's -- this looks like it's<br>12 from the Telegram chat. So that probably has<br>13 50,000, 100,000, 200,000 messages in it. So it<br>14 would help to maybe see more than 20 messages to<br>15 have a full understanding of the context of the<br>16 discussion. | | |
| 264:1–20 | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 1 Q Well, you start with,<br>2 "Everyone in my group was like brooo,<br>3 @you got to get bitlord."<br>4 A I see that, yeah.<br>5 Q Okay. And then later you say,<br>6 "And I'm like okay@whatev. Some<br>7 shitcoin shiller."<br>8 A Yeah. I see what you are saying, yeah.<br>9 Q Okay. And then you go down a few lines.<br>10 "We just talked for an hour and became<br>11 buds, and he shilled it for half of what we<br>12 agreed."<br>13 Do you see that?<br>14 A I see what you are saying, yeah.<br>15 Q So in Exhibit 100, does that refresh your<br>16 recollection of an individual you know as bitlord<br>17 shilling?<br>18 A No. It does not.<br>19 Q What do you believe is shilled?<br>20 A I don't recall, based on this conversation. | | |
| 265:9–17 *[Defendants' Counter Declarations]*<br><br>*9 Q Did you provide him anything to shill the*<br>*10 RR BAYC NFT's?*<br>*11 A I don't believe that bitlord ever shilled* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *12 any RR BAYC NFT's. I simply recall that he voiced*<br>*13 the fact that he believes that Yuga Labs is a*<br>*14 fraudulent company and he agrees that it's racist,*<br>*15 anti-Semitic, and full of pedophile-themed*<br>*16 subversion which is really terrible. But he's*<br>*17 smart. So of course he agrees.* | | |
| <u>270:17–271:19</u><br><br>17 Q Do you see the line 1435 there on<br>18 Exhibit 101?<br>19 A There's four lines that say that.<br>20 Q The first one, sir.<br>21 A Okay. "I think it's a great idea." That<br>22 one?<br>23 Q Uh-huh.<br>24 A I see it, yes.<br>25 Q You say,<br>1 "I think it's a great idea to give<br>2 Lauren a budget of 15 apes and see what she<br>3 can do to help promote this and get the<br>4 RSVP's filled."<br>5 A I see that, yeah.<br>6 Q Is that another example of you working to<br>7 shill the RR BAYC NFT's?<br>8 MR. TOMPROS: Object to the form.<br>9 THE WITNESS: Is me saying that I think it's a | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 10 great idea me working to shill something? No. It's<br>11 not.<br>12 BY MR. BALL:<br>13 Q "A great idea to give Lauren a budget<br>14 of 15 apes to see what she can do to help<br>15 promote this"?<br>16 A Yeah, I can read the words. Yeah.<br>17 Q Is that an example of you helping shill the<br>18 RR BAYC NFT's?<br>19 A No. | | |
| <u>273:8–16</u> *[Defendants' Counter Designation]*<br><br>*8 Q Did you give Lauren Adelstein a budget of*<br>*9 15 apes and see what she can do to help promote?*<br>*10 A No.*<br>*11 Q Did Lauren receive any apes from you or*<br>*12 Mr. Ripps?*<br>*13 A I don't believe that I've ever given Lauren*<br>*14 Adelstein anything. I think that we've had lunch*<br>*15 together. Maybe I paid for lunch because she's my*<br>*16 friend.* | No objection | |
| <u>273:20–274:22</u><br><br>20 Q If you turn to the next page -- just flip<br>21 it on over. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 22 A Okay.<br>23 Q And you say there at line 14:46, starting<br>24 with "karbon based dot ETH," and that's karbon with<br>25 a K –<br>1 A I see. Yeah.<br>2 Q It says,<br>3 "This guy is helping promote. So far<br>4 the only guy we are using. He is tweeting.<br>5 He has been tweeting. We owe him five<br>6 apes. "<br>7 Why did you owe him five apes?<br>8 A It doesn't say that I owe him anything.<br>9 Q It says, "We owe him five apes."<br>10 A Yeah. It doesn't say that I owe him<br>11 anything as I said.<br>12 Q Does "we" not refer to yourself and<br>13 somebody else?<br>14 A Yeah. And that's very different than I.<br>15 Q Who does the "we" refer to?<br>16 A I couldn't tell you without more context.<br>17 Q What is the context you need, sir?<br>18 A Well, this conversation is probably from<br>19 eight months ago. So in order for me to tell you<br>20 what we are talking about, I | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| would need to 21 understand where we were at this point in time. And 22 that's not possible given a few sentences. | | |

Dated:  August 11, 2023          FENWICK & WEST LLP


By:  _/s/ Eric Ball_
     Eric Ball
     Attorneys for Plaintiff
     YUGA LABS, INC.

Dated:  August 11, 2023          WILMER CUTLER PICKERING HALE AND DORR LLP


By:  _/s/ Louis W. Tompros_
     Louis W. Tompros
     Attorneys for Defendants
     RYDER RIPPS and JEREMY CAHEN


**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.


_/s/ Eric Ball_
Eric Ball