ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
WILMER CUTLER PICKERING
      HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA  90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT NOTICE OF POST TRIAL DESIGNATION OF DESIGNATED WITNESS TESTIMONY OF RYDER RIPPS** |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's Civil Trial Order of June 7, 2022 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Plaintiff's designated deposition testimony of Ryder Ripps.[1]

## Ryder Ripps – Plaintiff's Designations

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| <u>11:2–4</u> *[Defendants' Counter Designation]*<br><br>*2 Q. Can you please state your full name for*<br>*3 the record.*<br>*4 A. My name is Ryder Andrew Ripps.* | No objection | |
| <u>22:2–19</u> *[Defendants' Counter Designation]*<br><br>*2 Q. What is that artwork you refer to here?*<br>*3 A. It's an NFT project, which is a*<br>*4 non-fungible token, called*<br>*"RR/BAYC." In order to* | No objection | |

---

1 While Plaintiff has removed its objections to certain deposition designations by Defendants, Plaintiff reserves its right to include testimony designated by Defendants in Plaintiff's request for a finding that this is an exceptional case under the Lanham Act and request for attorneys' fees against Defendants.  Defendants' deposition designations fail to honor their promises to the Court and Plaintiff's counsel by seeking to introduce false testimony that Defendants agreed was outside the scope of this case.  *See, e.g.*, Dkt. 320-1 ¶ 6(A) (agreeing in proposed pretrial conference order not to introduce evidence or argument regarding "pedophilia," or Defendants' "emotional distress counterclaims" and other irrelevant topics); Dkt. 314 (agreeing in Defendants' proposal that they will not offer testimony regarding "the words 'Nazi' or 'Hitler'," "allegations concerning death threats or harassment," the "class action lawsuit brought against Yuga for securities fraud," or "the SEC investigation into Yuga for securities fraud"); Dkt. 334 at 60:13-14 (representing to the Court "We don't want a mini trial on Naziism for sure"); *id.* at 61:9-11 ("I agree they should stand up and object if we start -- if anybody starts talking about -- ranting about how everybody at Yuga are a bunch of Nazis. That is clearly inappropriate and shouldn't be done.").

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 5 identify the work itself, I'll have to verify the<br>6 blockchain and verify the contract address of that<br>7 work because by nature, NFTs are non-fungible, which<br>8 means that one is not equal to the other; so they<br>9 can't be copied. And I've actually been involved in<br>10 digital art for, quote, "some time." Probably<br>11 professionally since 2009, and I was at the<br>12 conference where NFTs were invented by Kevin McCoy<br>13 and Anil Dash.<br>14 And to me, the power of NFT has always<br>15 been the same power that they put forth in that<br>16 conference, which was the power of provenance and<br>17 showing what things mean based on their context.<br>18 So -- sorry. Does that answer your<br>19 question? | | |
| 34:20–35:1<br><br>20 Q. How about -- when did you first discuss<br>21 RR/BAYC with Mr. Cahen?<br>22 A. Hmm. Huh?<br>23 Q. When did you first discuss RR/BAYC with<br>24 Mr. Cahen?<br>25 A. Probably the first day. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| Probably before 1 it even was RR/BAYC. | | |
| <u>35:2–11</u> *[Defendants' Counter Designation]*<br><br>*2 Q. What was it before RR/BAYC?*<br>*3 A. RR/BAYC is an extension of a protest*<br>*4 and -- and an idea, an expression that -- that we*<br>*5 have, I think, been engaging with for a long time*<br>*6 now, for two years or so. So, I mean, RR/BAYC is*<br>*7 very much in viewed with all of the discussions and*<br>*8 all of the statements and all of the protesting of*<br>*9 the vile imagery, of the vile practices, of the*<br>*10 rampant fraud facilitated by Yuga Labs and their*<br>*11 partners, FTX.* | No objection | |
| <u>36:18–37:8</u><br><br>18 Q. What domains have you registered in 19 connection with the RR/BAYC project? 20 A. RRBAYC.com. 21 Q. And when did you register that domain? 22 A. I don't remember the exact date, but I 23 think it was right around some of the first mints of 24 it. So I think mid-may or something like that. | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore complete and not misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 25 Q. Did you also register ApeMarket.com?<br>1 A. I did register that but not in conjunction<br>2 with RR/BAYC.<br>3 Q. When did you register ApeMarket.com?<br>4 A. I think the very, very end of December of<br>5 2021.<br>6 Q. So you registered ApeMarket.com before<br>7 RRBAYC.com?<br>8 A. Yeah. | | |
| 37:8–13 *[Defendants' Counter Designation to complete Plaintiff's Designation of 36:18–37:8]*<br><br>*8 A. Yeah.  They don't really have much to do*<br>*9 with each other.  I mean, they are similar in terms*<br>*10 of there's some crossover in terms of maybe the*<br>*11 ideas that we would want to express, but Ape Market*<br>*12 never existed.  So Ape Market – I don't even know*<br>*13 what Ape Market is, or was, or could have been.* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| | the deposition designations and "would just be subtracting based on things that occurred today"). | |
| <u>37:22–38:3</u> *[Defendants' Counter Designation]*<br><br>*22 Q. Do you have a present intent to launch Ape*<br>*23 Market?*<br>*24 A. Presently? As I sit here right now, no.*<br>*25 And I don't even know what launching it is because I*<br>*1 don't even know what it is. We -- Ape Market -- I*<br>*2 never decided what it would be. I never decided*<br>*3 what it even could be.* | No objection | |
| <u>41:19–42:18</u><br><br>19 Mark as exhibit 113, please.<br>20 (Exhibit 113 marked.)<br>21 BY MR. BALL:<br>22 Q. You see the fourth entry down in Exhibit<br>23 113 which has been produced as "Ripps Cahen<br>24 00002548" from a Mr. Pauly Shore, which you have<br>25 identified as Mr. Cahen - the defendant in the<br>1 action - it says, "Ryder wants to release BAYC and | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 2 Mutants on the marketplace." 3 Is that an accurate statement? 4 A. No. I don't know what he's talking about. 5 Q. You didn't want to release BAYC and 6 Mutants on the marketplace? 7 A. I mean, I can't -- I have no idea what 8 Jeremy is saying. You know what I mean? So "on the 9 marketplace," what marketplace is he talking about? 10 Q. Did you want to release BAYC on the Ape 11 Marketplace? 12 A. I don't remember. I don't -- I mean -- 13 no, I don't necessarily -- I don't -- not any more 14 than anything else. 15 Q. Did you want to release Mutants on the Ape 16 Marketplace? 17 A. Absolutely not. I think the Mutants are 18 disgusting. | | |
| 44:19–45:22 *[Defendants' Counter Designation]* *19 Q. What did you mean there, sir?* *20 A. Well, this hypothetical marketplace that* *21 never was released, Ape Market or whatever, it was* *22 an idea, and it was an extension of an art project,* *23 just like I was explaining --* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *that's why I wanted to* 24 *give you the context before about dump.fm and how I* 25 *believe platforms themselves can be art pieces in a* 1 *sense that they can facilitate expression.* 2 *So I think the idea with this statement* 3 *is -- is let's facilitate this expression of RR/BAYC* 4 *that is going on through the marketplace and release* 5 *something of a marketplace when RR/BAYC mints out.* 6 *I think that's what it was, but what the marketplace* 7 *is, I don't even know. It could have just had one* 8 *button that, you know, goes to gordongoner.com and* 9 *explains what -- you know, all of the corrupt* 10 *disgusting messaging of Yuga Labs. So I'm not --* 11 *what this means is vague.* 12 *I think it's the idea of when the artwork* 13 *is -- is completed, let's extend the artwork,* 14 *perhaps. But like I said, it never -- the* 15 *marketplace never had any real design or* 16 *finalized -- finalized aspect. And these guys who* 17 *were really excited about it, although they were* | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *18 excited, they didn't have the domain name, which I*<br>*19 own: ApeMarket.com. So I have no idea what they had*<br>*20 in mind. I had no idea what they wanted to do, but*<br>*21 I can tell you I didn't know what I wanted to do*<br>*22 with it.* | | |
| 45:23–46:7<br>23 Q. Do you recall ever tying the release of<br>24 the Ape Marketplace to the RR/BAYC NFTs minting out?<br>25 A. Well, this statement that you just asked<br>1 me to read, I suppose ties that.<br>2 Q. Do you recall ever publicly making those<br>3 type of statements? Saying that "We'll release the<br>4 RR- -- we will release the Ape Marketplace when<br>5 RR/BAYC mints out"?<br>6 A. It's possible. I -- I might have said<br>7 something along those lines. | No objection | |
| 46:2–7<br><br>2 Q. Do you recall ever publicly making those<br>3 type of statements? Saying that "We'll release the<br>4 RR- -- we will release the Ape Marketplace when<br>5 RR/BAYC mints out"?<br>6 A. It's possible. I -- I might have | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| said<br>7 something along those lines. | | |
| 59:10–17 *[Defendants' Counter Designation]*<br><br>*10 Q. You see the phrase there, "Bored Ape Yacht*<br>*11 Club," in bold?*<br>*12 A. Yes, I see that.*<br>*13 Q. Have you used that term in connection with*<br>*14 the RR/BAYC NFTs?*<br>*15 A. I have made many, many, many critiques. I*<br>*16 have discussed at length, and I will continue to*<br>*17 discuss at length, the Bored Ape Yacht Club.* | No objection | |
| 60:18–61:4<br><br>18 Q. And did you use the term "Bored Ape Yacht<br>19 Club" on Foundation in connection with RR/BAYC NFTs?<br>20 A. Well, RR/BAYC NFTs says -- it stands for<br>21 "RR/BAYC Bored Ape Yacht Club," and they were first<br>22 minted on Foundation. So on my Foundation page,<br>23 which is Ryder Ripps Foundation page, their part of<br>24 the work which was created there is -- is Bored Ape<br>25 Yacht Club, RR/BAYC is the artwork.<br>1 Q. So you use BAYC on the Foundation page? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 2 A. In addition to Ryder Ripps. Ryder<br>3 Ripps/Bored Ape Yacht Club is the name of the art<br>4 piece that is subject of this litigation, I believe. | | |
| 61:5–9 *[Defendants' Counter Designation]*<br><br>*5 Q. And you use the phrase "Bored Ape Yacht*<br>*6 Club"?*<br>*7 A. Not by itself ever. It's always been in*<br>*8 the context of Ryder Ripps. Just like the name of*<br>*9 the project is Ryder Ripps/Bored Ape Yacht Club.* | No objection | |
| 61:10–15<br><br>8 10 Q. You've never used the phrase "Bored Ape<br>11 Yacht Club" without Ryder Ripps right next to it?<br>12 A. No.<br>13 Q. Have you ever used the letters BAYC<br>14 without the RR next to it?<br>15 A. To discuss BAYC perhaps. | No objection | |
| 62:13–18 *[Defendants' Counter Designation]*<br><br>*13 Q. And what is the -- have you ever used that*<br>*14 unmodified version of that logo* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *anywhere?*<br>*15 A. I'm -- have I used it -- I've definitely*<br>*16 criticized the Bored Ape Yacht Club logo*<br>*17 extensively. So in the scope of that criticism, I'm*<br>*18 sure I have used it.* | | |
| <u>69:6–11</u><br><br>6 Q. You're familiar with Yuga Labs's ApeFest?<br>7 A. I am familiar with it. I don't know how<br>8 it -- I don't know much -- you know, I don't know<br>9 the nature of their event. I haven't attended it<br>10 but I'm familiar that Yuga Labs has an event called<br>11 ApeFest. | No objection | |
| <u>69:25–70:10</u>*[Defendants' Counter Designation]*<br><br>*25 Q. Can you please identify Exhibit 28 for me,*<br>*1 sir.*<br>*2 Mr. Tompros: I object. Lacks Foundation.*<br>*3 A. It looks like an exhibit produced by*<br>*4 someone named -- my friend named Ryan Hickman.*<br>*5 is actually my lucky number, so -- but it looks like*<br>*6 -- if I was to describe what I think this is, this*<br>*7 looks like a screenshot of my* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see* | This is not an addition of new deposition material. Lines 69:25-75:10 were included the designations filed with this Court on June 6, 2023 (Dkt. 279-1). This testimony was originally designated by Plaintiff. Immediately after Plaintiff dropped this designation, Defendants re-designated the |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *Foundation -- of my*<br>*8 Foundation -- my project on*<br>*Foundation, Ryder*<br>*9 Ripps/Bored Ape Yacht Club. I*<br>*know that because it*<br>*10 says "Ryder Ripps" right there.* | *also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | testimony in order to keep testimony that provides context to other designations of Mr. Ripps's testimony. |
| <u>*70:19–70:25*</u><br>*[Defendants' Counter Designation]*<br>*19 Q. And who created this page for you?*<br>*20 A. Who created this page for me?*<br>*21 Q. Uh-huh.*<br>*22 A. I guess Foundation helped make it because*<br>*23 I didn't design. Like, that's not my logo in the*<br>*24 corner, and I, you know, probably would have*<br>*25 designed it bit different. So Foundation.* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| <u>71:9–71:12</u><br><br>9 Q. Did you promote it?<br>10 A. Promote my own profile on Foundation? I<br>11 mean, sure. I don't know promote -- I probably sent<br>12 a link. I don't know. | No objection | |
| <u>76:10–76:22</u> *[Defendants' Counter Designation]*<br><br>*10 Q. Do you recall changing the Bored Ape Yacht*<br>*11 Club to "Ryder Ripps" or "RR" Bored Ape Yacht Club?*<br>*12 A. In what?*<br>*13 Q. On this Foundation page.*<br>*14 A. Well, this is my Foundation page. So it*<br>*15 already says "Ryder Ripps/Bored Ape Yacht Club."*<br>*16 You can see it right there, Ryder Ripps/Bored Ape*<br>*17 Yacht Club. So I wouldn't write "Ryder Ripps, Ryder*<br>*18 Ripps, Ryder Ripps/Bored Ape Yacht Club." It*<br>*19 already says "Ryder Ripps/Bored Ape Yacht Club."*<br>*20 Q. Can you show me where it says "Ryder*<br>*21 Ripps/Bored Ape Yacht Club."*<br>*22 A. Ryder Ripps/Bored Ape Yacht Club.* | No objection | |
| <u>77:9–77:15</u><br><br>9 Q. You see in the URL there, after | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 10 "collection," the collection name is BAYC?<br>11 A. Uh-huh.<br>12 Q. And at the top for the browser tab, it<br>13 says "Bored Ape Yacht Club" there?<br>14 A. That's the way Foundation designed it, I<br>15 guess. | | |
| 81:3–81:14<br><br>3 Q. Were – were RR/BAYC NFTs available for<br>4 transfer on OpenSea?<br>5 A. Not by me.<br>6 Q. But you had a page on OpenSea?<br>7 A. I had a page? Did I have a page? No.<br>8 Perhaps RR/BAYC collection had a page on OpenSea.<br>9 Q. And who ran that collection?<br>10 A. Who ran that collection? I did because I<br>11 have the keys to the RR/BAYC.<br>12 Q. And what did the RR/BAYC collection on<br>13 OpenSea look like?<br>14 A. I'm not sure. | No objection | |
| 81:22–82:7 *[Defendants' Counter Designation]*<br><br>*22 Q. Do you have any images of what the RR/BAYC*<br>*23 NFT page looked like on OpenSea?* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *24 A. I do remember at one point making the*<br>*25 background image the banner, if you will, to say*<br>*1 "Long Live Conceptual Art," or something like that,*<br>*2 or "You can't copy an NFT," or something along those*<br>*3 lines, or -- and I do remember making sure that*<br>*4 people had a link to RRBAYC.com, which is the artist*<br>*5 statement at which all the RR/BAYCs -- or, I would*<br>*6 say, the vast majority of them were sold through*<br>*7 RRBAYC.com.* | | |
| 82:8–13<br><br>8 Q. How many of the RR/BAYC NFTs were sold<br>9 through RRBAYC.com?<br>10 A. I can't give you an exact figure.<br>11 Q. How many were sold through Foundation?<br>12 A. Well, technically, all of them were<br>13 because it was a Foundation contract, so... | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore complete and not misleading. |
| 82:14–19 *[Defendants' Counter Designation to complete Plaintiff's Designation of 82:8–13]*<br><br>*14 But I don't know, like I said, this word*<br>*15 "sold" is – is something that I* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *think needs a lot of*<br>*16 clarity because the way NFT works is much more*<br>*17 like a transfer than like buying, you know, a candy*<br>*18 bar at 7-Eleven or something. It doesn't have that*<br>*19 same type of qualities to the transaction* | the counter-designations. Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |
| 83:20–84:11<br><br>20 Q. Did you offer to change the name and logo<br>21 of the RR/BAYC project?<br>22 A. I believe I did ask that.<br>23 Q. And did you change it?<br>24 A. No. It doesn't exist on OpenSea.<br>25 Q. So you didn't change the name or logo?<br>1 A. I can't do something that's impossible.<br>2 Q. Did you change the name or | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| logo anywhere<br>3 else?<br>4 A. Did I change the name or logo anywhere<br>5 else? Well, I will say that the RR/BAYC project's<br>6 home and the art in its entirety is on RRBAYC.com,<br>7 which the logo and all that is the same.<br>8 Q. You haven't – have you changed the logo<br>9 in response to any other trademark issues?<br>10 A. No, I don't think I changed the logo<br>11 anywhere. | | |
| <u>89:14–24</u> *[Defendants' Counter Designation]*<br><br>*14 Q. Do you recall discussing the royalties*<br>*15 from LooksRare that you received for the RR/BAYC*<br>*16 NFTs?*<br>*17 A. We did not want to accept royalties for*<br>*18 RR/BAYC. I didn't think it was in the spirit of the*<br>*19 art piece. And for some reason, LooksRare was the*<br>*20 only platform that wouldn't edit the royalties of*<br>*21 the project, and so, I think – I actually don't*<br>*22 remember who reached out. I remember voicing that* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *23 concern and – yeah, I didn't want the royalties of* <br> *24 LooksRare to be accrued.* | | |
| 90:11–91:8 <br><br> 11 Q. And how much in royalty have you received <br> 12 through LooksRare? <br> 13 A. I believe that's in the accounting. I <br> 14 think it was around 70 ETH from LooksRare royalties* of <br> 15 my artwork, RR/BAYC went into my wallet, something <br> 16 like that. <br> 17 But, you know, that's also very hard to <br> 18 calculate. So that figure is – could be off by a <br> 19 few – by a margin, not a big margin, but it is not <br> 20 – the royalties, from my understanding, are – are <br> 21 sent in this other cryptocurrency, and it's <br> 22 converted. So it's a whole thing that I can't – I <br> 23 can't give you an exact precise number. <br> 24 So that's an estimate. It might be a <br> 25 really high estimate actually, but it's an estimate <br> 1 based on my wallet activity, which is on a public <br> 2 ledger. So if you wanted the exact number, it's <br> 3 possible probably to – to figure | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| out, but there's a<br>4 lot of factors involved, such as the gas, for<br>5 instance, and many other transaction fees and<br>6 slippage and aspects of the blockchain that most<br>7 people don't pay attention to but in terms of<br>8 accounting can be huge factors.<br>*Subject to errata | | |
| 91:14–16 *[Defendants' Counter Designation]*<br><br>*14 Q. Who authored the code for the contract for*<br>*15 the RR/BAYC NFTs?*<br>*16 A. Foundation.* | No objection | |
| 102:15–104:13<br><br>15 Q. Can you please identify Exhibit 118 for<br>16 me.<br>17 A. It looks like a capture of the website<br>18 etherscan.io.<br>19 Q. And what is the smart contract that this<br>20 is a capture of?<br>21 A. The smart contract address is<br>22 0X2EE6AF0dF – I think maybe E –<br>23 f3A1CE3F73414C52c48fd5 – I think this is a 0; it<br>24 might be an O. I don't know – 0d73691e. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 25 Q. And are you familiar with what that smart<br>1 contract address is?<br>2 A. As I said in previous statements, I don't<br>3 have any smart contract or wallet ID or anything<br>4 like that memorized for the blockchain, for obvious<br>5 reasons. It's incredibly long and cumbersome. I<br>6 don't think – I think you'd be hard-pressed to find<br>7 any human being who can memorize that or cares to.<br>8 Q. Do you see under the contract creator it<br>9 says "Ryder_Ripps.ETH"?<br>10 A. Yes.<br>11 Q. And under the token tracker it says "Bored<br>12 Ape Yacht Club?"<br>13 A. I see that.<br>14 Q. Open pren, close pren?<br>15 A. Uh-huh, yeah.<br>16 Q. So are you the contract creator for a<br>17 token named "(Bored Ape Yacht Club)"?<br>18 A. I wouldn't characterize it like that,<br>19 though. I am the creator of an artwork called<br>20 "RR/BAYC," which stands for "Ryder Ripps/Bored Ape<br>21 Yacht Club."<br>22 Q. And what is the name of that token on the | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 23 Ethereum blockchain?<br>24 A. To be honest, I don't even really know<br>25 what a token tracker is. I'm not – I don't – I<br>1 know that there are tokens, and I know that an NFT<br>2 is a non-fungible token, but what a tracker is, I<br>3 think that's actually pretty – pretty vague terms,<br>4 and I don't know.<br>5 Q. Are you familiar with –<br>6 A. But, yeah, I have created an artwork<br>7 called "Ryder Ripps/Bored Ape Yacht Club" and –<br>8 yeah.<br>9 Q. And what is the name of the token for the<br>10 artwork that you said is called "Ryder Ripps/Bored<br>11 Ape Yacht Club"?<br>12 A. I call it "Ryder Ripps/Bored Ape Yacht<br>13 Club." | | |
| 106:2–107:6<br><br>2 Q. And – question was: What is the name of<br>3 that token?<br>4 A. Ryder Ripps/Bored Ape Yacht Club.<br>5 Q. Where does it say that on the Ethereum<br>6 blockchain?<br>7 A. It says "contract creator" – on | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer | The designation includes all responsive testimony and is therefore complete and not misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| this 8 thing, I'm looking at "Contract Creator: Ryder 9 Ripps," and then, it says "Bored Ape Yacht Club." 10 But it doesn't – that Etherscan version of this 11 doesn't have to say that. That's not what – that's 12 not what the NFT is. The NFT is a verifiable set of 13 data, a large set of data, and that is what the NFT 14 is. 15 So Etherscan is not a website I designed. 16 It's a tool that is – that is used to verify 17 things. And as I said earlier, this tool is not 18 used as a piece of paper printout. It's used as a 19 website, which has links, and you can copy and paste 20 things, and you can do – do things with it. You 21 can interact with it. 22 And so, you know, I don't know – like, I 23 don't know why Etherscan does what it does. It's 24 not my website, but if you were to look at the raw 25 data on the blockchain, it would display completely 1 different, for instance, and it wouldn't say – it 2 wouldn't say any of this. It | that is improper, confusing, and misleading. | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| wouldn't say<br>3 "Ryder-Ripps.ETH." That is a decision that this<br>4 website has made. It wouldn't say "Bored Ape Yacht<br>5 Club." That's a decision that this website has<br>6 made. | | |
| <u>107:7–21</u> *[Defendants' Counter Designation to complete Plaintiff's Designation of 102:15–104:13]*<br><br>*7 These types of displays of data on the<br>8 blockchain are – they are the decisions of the –<br>9 the parties who choose to create – create within<br>10 this public ledge of information, and that's really<br>11 what's so beautiful about blockchain is anyone can<br>12 create anything.  I can't – I can't stop someone<br>13 from making Etherscan or making, you know, something<br>14 that pulls from the blockchain and does whatever you<br>15 can – that's what – I think that was really the<br>16 appeal.<br>17 Unlike a private server where, like<br>18 Facebook owns all the data and you can't do<br>19 anything.  The idea with the blockchain is that, you* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *20 know, you can better the world by opening*<br>*21 up information in an egalitarian way* | today"). | |
| <u>108:14–16</u><br><br>14 So I'm trying to understand how would you<br>15 find out the information on the Ethereum blockchain?<br>16 A. One might go to Etherscan, for instance. | No objection | |
| <u>116:24–117:4</u><br><br>24 Q. In Exhibit 117, can you please identify<br>25 your wallet.<br>1 A. Like I -- I don't know how to -- I don't<br>2 remember my wallet address. It's so long that<br>3 number, and not only is it so long, that number is<br>4 cut off, so... | No objection | |
| <u>124:25–4</u><br><br>25 Q. Do you ever reference the RR/BAYCs by the<br>1 BAYC token ID?<br>2 A. Well, the project is a critique of Bored<br>3 Ape Yacht Club. So I would imagine that we have<br>4 done that including on the website. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| | | |
| 127:7–18<br><br>7 Q. Have you ever promoted the sale of<br>8 clothing in associations with the RR/BAYC NFTs?<br>9 A. I don't sell clothing.<br>10 Q. Have you ever promoted the sale of<br>11 clothing in associations with the RR/BAYC NFTs?<br>12 A. I don't believe so.<br>13 Q. Have you ever offered for sale clothing in<br>14 association with the RR/BAYC NFTs?<br>15 A. No, I don't believe I have. Offered<br>16 clothing for sale? No, I don't have any means to do<br>17 that. I don't have an e-com site or anything like<br>18 that; so, no, I haven't. | No objection | |
| 145:6<br><br>6 Q. You have in front of you Exhibit 124.<br><br>147:10–22<br>10 Q. And you see about the middle of the page<br>11 there it says "enter Ape ID"?<br>12 A. Uh-huh.<br>13 Q. And you could enter a BAYC token ID there;<br>14 correct ? | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, | The designation includes all responsive testimony and is therefore not incomplete and misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 15 A. I mean –<br>16 Mr. Tompos: I object. Vague.<br>17 A. I don't know if you could. I guess -- I<br>18 guess you could enter a number there, sure.<br>19 Q. And by "Ape ID," if you entered a BAYC Ape<br>20 ID, would it pull up the BAYC ape associated with<br>21 that ID number?<br>22 A. It would pull up the -- yes. | confusing, and misleading. | |
| 147:22–148:7 *[Defendants' Counter Designation to complete Plaintiff's Designation of 147:10–22]*<br><br>*22  A. It would pull up the – yes. And that's*<br>*23 really important because, for instance Ape 6969 has*<br>*24 a prison outfit and a Prussian helmet.  And those*<br>*25 two features were of extraordinary critique to the*<br>*1 purchasers of my artwork, to the people who wanted*<br>*2 to participate in this expression.  And it would be*<br>*3 important for them to be able to identify that.*<br>*4 Just like if a journalist was writing an*<br>*5 article about the Bored Ape Yacht Club, they would*<br>*6 be able to talk about, you know, a specific image*<br>*7 within the Bored Ape Yacht Club* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| | designations and "would just be subtracting based on things that occurred today"). | |
| 149:18–150:10<br><br>18 Q. And the number 5, does that refer to the<br>19 Bored Ape Yacht Club ID number for the -- the Ape<br>20 ID?<br>21 A. Yes.<br>22 Q. And up at the top there, the "RR/BAYC."<br>23 Do you see that, sir?<br>24 A. Yes.<br>25 Q. And the "RR"* refers to Ryder Ripps?<br>1 A. That's correct.<br>2 Q. And the Bored Ape Yacht Club -- or "BAYC"<br>3 refers to Bored Ape Yacht Club?<br>4 A. Yup.<br>5 Q. And Bored Ape Yacht Club is associated<br>6 with Yuga Labs?<br>7 A. Yes.<br>8 Q. Did you ever apply for a trademark<br>9 registration in RR/BAYC?<br>10 A. No.<br>*Subject to errata | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore not incomplete and misleading. |
| 150:11–13 *[Defendants' Counter Designation to complete Plaintiff's Designation of 149:18-150:10]* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *11 Q. Why not?*<br>*12 A. Because I'm an artist. I don't have any*<br>*13 reason to trademark things.* | | |
| 158:1–24<br><br>1 Q. We can go to the last page of Exhibit 124.<br>2 And do you see that phrase there at the<br>3 bottom –<br>4 A. Yes.<br>5 Q. -- "Artwork by Ryder Ripps for LIVE –<br>6 LIVE9000, LLC"?<br>7 A. Yes, I do.<br>8 Q. Is that on the RRBAYC.com website?<br>9 A. I believe that was added at some point,<br>10 yes.<br>11 Q. And why was that added, sir?<br>12 A. Because I have -- usually, with my art<br>13 practice, with -- I do through an LLC for tax<br>14 reasons, for legal reasons. And a long time ago, I<br>15 was told that LLCs offer people sort of protections.<br>16 And so, I – with crypto project, I think LIVE9000<br>17 was created when I launched a crypto project called<br>18 "Million Token Website," which allowed people to<br>19 publish their art and interact in a very novel way. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 20 And it was -- you know, it utilized the blockchain.<br>21 And so, I had this LLC for crypto-related<br>22 artwork that I have made, and I decided it might be<br>23 a good idea to – to put, you know, the fact that<br>24 this was affiliated with that LLC. | | |
| <u>166:13–25</u><br><br>13 Q. You'll see there from yourself in<br>14 Exhibit 138, it says, "I think we should add on the<br>15 site somewhere 'LIVE9000, LLC.' I don't want to get<br>16 sued personally."<br>17 A. Yeah. That goes back to what I said<br>18 earlier about, you know, like, having car insurance<br>19 kind of thing. So I came to understand that, you<br>20 know, having an LLC -- having an LLC, you know,<br>21 is -- offers some kind of protection. I mean, I<br>22 could be -- like I said, I'm not a lawyer or an<br>23 accountant or anything like that. And it's not<br>24 something that I'm an expert in at all by any means,<br>25 so I could be completely wrong. | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | The designation includes all responsive testimony and is therefore not incomplete and misleading. |
| <u>167:1–5</u> *[Defendants' Counter* | No objection; | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *Designation to complete Plaintiff's Designation of 166:13–25]*<br><br>*1 But that was – that was my thought, and*<br>*2 it is my thought, but I don't – like I said, I*<br>*3 don't know, and I should probably review with a*<br>*4 lawyer more and understand what LLCs do and protect*<br>*5 and things like that.* | however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |
| <u>169:4–6</u><br><br>4 Q. And this individual was referring to the<br>5 BAYC number to purchase an RR/BAYC?<br>6 A. Yeah. | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited | The designation includes all responsive testimony and is therefore not incomplete and misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| | portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | |
| 169:6–25 *[Defendants' Counter Designation to complete Plaintiff's Designation of 169:4–6]*<br><br>*6  Yeah.  I don't know what that BAYC*<br>*7 number – or why she would want that one.  I assume*<br>*8 because it's a specific one and she is within the*<br>*9 community that I am in as well, that there is*<br>*10 specific really disgusting, vile aspects to that.*<br>*11 Maybe it has a Prussian helmet, maybe it has a sushi*<br>*12 chef headband that actually says "kamikaze" and she*<br>*13 wants that to be solidified and looked at an –*<br>*14 and – and interrogated more, with more scrutiny.*<br>*15 So perhaps that's why she wanted that*<br>*16 specific Bored Ape Yacht Club image and that's why*<br>*17 she wanted to create a new mint of it.  I could only*<br>*18 speculate, though, because, you now, the inference*<br>*19 of – of – of knowing this account* | No objection; however, the Civil Trial Order prohibits post-trial addition of new deposition material such as this post-trial addition to the counter-designations.  Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *her addressing*<br>*20 me, understanding that she's a funk [sic], that*<br>*21 she's someone who – says right there.   She's a*<br>*22 survivor, she's someone who is – is in favor of*<br>*23 decentralize.  You see the emoji with the fist.  So*<br>*24 this is someone who is very much a part, I think, of*<br>*25 this speech and movement that RR/BAYC is within.* | | |
| 177:15–178:15<br><br>15 Q. And before we go there, when did you<br>16 transfer ETH relating to -- try that again.<br>17 When did you transfer ETH relating to the<br>18 RR/BAYC NFT to LIVE9000, LLC?<br>19 A. I'm not sure.<br>20 Q. You're not sure when you transferred, and<br>21 you're not sure how much you transferred?<br>22 A. That's correct. I mean, I definitely made<br>23 transfers. I don't – I can't tell you the amounts<br>24 or the dates right now.<br>25 Q. And what bank does the LLC -- LIVE9000,<br>1 LLC, operate with?<br>2 A. Chase. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 3 Q. What bank account do you operate with?<br>4 A. Chase.<br>5 Q. Did you transfer to LIVE9000, LLC, any ETH<br>6 associated with RR/BAYC NFT before or after the<br>7 lawsuit was filed?<br>8 A. I can't remember.<br>9 Q. Both? Could it have been both before and<br>10 after the lawsuit was filed?<br>11 A. It's possible.<br>12 Q. So you've transferred money to the LLC<br>13 after the lawsuit was filed?<br>14 A. I've transferred ETH to crypto exchanges<br>15 at different points in my life. | | |
| <u>184:14–186:19</u><br><br>14 Q. Going back to what we were discussing a<br>15 second ago about the overlaid IDs --<br>16 A. Yes.<br>17 Q. -- or the IDs placed below.<br>18 What does the IDs refer to there?<br>19 A. I guess the number in which the Bored Ape<br>20 Yacht Club image corresponds to it or something like<br>21 that.<br>22 Q. And you select "a"; is that -- am I<br>23 understanding you -- that correct? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 24 It says, "Ryder Ripps," "a." 25 A. I guess, yeah. 1 Q. And overlaid IDs is how the RR/BAYC 2 website is currently designed; correct? 3 A. I'd have to look at it again. I think so. 4 I think it just takes up less room that way. Easier 5 to -- easier to see the -- the features of the 6 disgusting art when they're -- you can see more of 7 them. 8 Also, it kind of changes -- yeah, it makes 9 it less about the -- the IDs, anyways. 10 Q. And if you go to the next page. 11 A. Uh-huh. 12 Q. You say, "I still think it should list 13 both nobers" – 14 A. Uh-huh, yeah. 15 Q. Do you think that's supposed to be 16 "numbers" ? 17 A. I do, yeah. 18 Q. -- "for the ones that are taken, "RR and 19 BAYC. " 20 Does "BAYC" there refer to the Bored Ape 21 Yacht Club number? 22 A. Yeah. 23 Q. And then, Hwonder, Mr. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| Hickman, says,<br>24 "cool... we have the data... we'll come up with the<br>25 layout for it."<br>1 And you give an example of something<br>2 that -- maybe it would work.<br>3 Is that my understanding of this<br>4 conversation?<br>5 A. Yeah. I think -- I mean, this was an idea<br>6 that I had that I think is a pretty good idea. And<br>7 I think we're just talking about it, yup.<br>8 Q. Why wasn't this idea implemented?<br>9 A. Well, first of all, I don't know when<br>10 this -- what's the date? Oh, May... I can't tell<br>11 you. I don't -- I don't think that we had maybe<br>12 come up with a design that was good enough or maybe<br>13 it was too long to write on top of the image, like<br>14 how they were written before in a way that -- there<br>15 was probably several reasons, but I can't give you a<br>16 specific reason why.<br>17 Q. So the only number that's on the RR/BAYC<br>18 website is the BAYC ID number?<br>19 A. Yeah, I believe that's true. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 192:24–193:6 *[Defendants' Counter Designation]*<br><br>*24 Q. Are you aware that individuals were*<br>*25 profiting off of RR/BAYC NFTs through resales?*<br>*1 A. I can't really tell you because I -- I*<br>*2 haven't had, like, long conversations with anyone*<br>*3 about that. But I do know that there was -- there*<br>*4 have been -- people who bought my artwork have*<br>*5 resold my artwork.*<br>*6 Q. And your artwork is a token?* | No objection | |
| 193:8–13 *[Defendants Counter Designation]*<br><br>*8 A. My -- like, I've -- I feel like I've --*<br>*9 you know, we've spoken now for, like, four hours,*<br>*10 and I feel like I've kind of laid out what the*<br>*11 artwork of RR/BAYC is. It's many things: It's an*<br>*12 NFT; it's a performance; it's a statement. So*<br>*13 it's -- it's a lot of things.* | No objection | |
| 193:14–24<br><br>14 Q. Did you ever highlight that people were<br>15 flipping your RR/BAYC NFTs?<br>16 A. I might have.<br>17 Q. You might have? | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 18 A. It's possible.<br>19 Q. For a profit?<br>20 A. I don't know. I can't -- you know, I<br>21 don't know what anyone is profiting. So I don't<br>22 think, if I have, that -- I don't really know anyone<br>23 else's business, to be honest with you. So I can<br>24 only speak for my own. | | |
| 193:25–195:5 *[Defendants' Counter Designation]*<br><br>*25 Q. What did you originally sell the RR/BAYCs*<br>*1 for?*<br>*2 A. Well, originally, I think the first -- the*<br>*3 very first one besides the one that I minted, which*<br>*4 would -- I -- you could call an artist proof or*<br>*5 something like that - which is, like, the very first*<br>*6 version - was transferred to my friend for -- for*<br>*7 free, my friend Leander, who loved the idea and the*<br>*8 statement. And -- and so, you know, if you --*<br>*9 technically, free.*<br>*10 Q. After that?*<br>*11 A. I think the first few were free. And*<br>*12 then, maybe 0.1 ETH.*<br>*13 Q. How many did you give away* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *for free?*<br>*14 A. I can't tell you. I mean, I don't have*<br>*15 the exact number, but quite a few I gave away for*<br>*16 free.*<br>*17 And with that, when I - when you give --*<br>*18 actually, it's interesting. When you give an NFT*<br>*19 away for free, it actually costs money -- or costs*<br>*20 ETH, technically. So it's actually not even free.*<br>*21 Giving -- giving -- or transferring an NFT to*<br>*22 somebody -- or minting and transferring, which are*<br>*23 two different interactions with the blockchain, both*<br>*24 cost gas in the form of ethereum. So, in fact, you*<br>*25 could give away your artwork in cryptocurrency and*<br>*1 lose a significant amount of money, which is an*<br>*2 interesting thing.*<br>*3 So just so you know that that is -- that*<br>*4 is a -- when you give art away on -- as an NFT, it*<br>*5 actually ends up costing money in the form of ETHs.* | | |
| 196:6–196:9<br><br>6 Q. Have you, on your Twitter account,<br>7 highlighted where individuals | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| could buy or sell or<br>8 transfer RR/BAYCs after the initial mint process?<br>9 A. I might have. | | |
| 197:20–198:7 *[Defendants' Counter Designation]*<br><br>*20 Q. So you supported the secondary sales of*<br>*21 the RR/BAYC NFTs?*<br>*22 A. No, I don't -- I don't -- what people do*<br>*23 with -- with my art, how they sell it, how they*<br>*24 collect it, is their own free will. And I don't*<br>*25 really have any control over it, nor do I attempt to*<br>*1 intervene in it.*<br>*2 Like I said, if I have -- if I have*<br>*3 promoted -- not even promoted, but stated that*<br>*4 RR/BAYC is available on -- on another marketplace,*<br>*5 it was definitely in reaction to the fact that it*<br>*6 was delisted fraudulently from Foundation, which was*<br>*7 its original home.* | No objection | |
| 198:8–198:22<br><br>8 Q. Can we go to -- back to Exhibit 127. Do<br>9 you see at the top it says, "ya," "where do u think<br>10 we should point people for secondary?" | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 11 Is that referring to pointing people for<br>12 secondary sales of the RR/BAYC NFTs?<br>13 A. (Reading.)<br>14 I don't know what this means.<br>15 Q. And Mr. Hickman responds, "foundation rn."<br>16 Do you understand that means "right now"?<br>17 A. "That is what powers the contract."<br>18 (Reporter clarification.)<br>19 A. No, I'm just reading what he -- what<br>20 Hickman said. He said, "foundation," "(that is what<br>21 powers the contract)."<br>22 And so, I said, "ok." | | |
| <u>202:25–204:3</u><br><br>25 Q. I want to go to the third page of<br>1 Exhibit 111.<br>2 A. Okay. I think I'm on the third page.<br>3 They're not numbered but...<br>4 Q. You see there from Mr. Ripps, yourself, at<br>5 1 1 : 4 3 ?<br>6 A. Uh-huh.<br>7 Q. It says, "I dont think the marketplace<br>8 will do anything for this mint," "0."<br>9 And then, Mr. Cahen says, "I think | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 10 shilling will be more impactful for sure."<br>11 Did you think shilling would be more<br>12 impactful ?<br>13 A. I –<br>14 Mr. Tompros: Object to form.<br>15 A. First of all, I hate that word. So I<br>16 don't -- I hate "shilling." I don't know what<br>17 that -- I don't like that word at all. So I<br>18 definitely don't even know what he's talking about.<br>19 He might be saying it even ironically, like, he's<br>20 being sarcastic because shilling is something that<br>21 myself, Mr. Cahen, other people are extremely<br>22 opposed to, at least the way that term is used<br>23 generally in the NFT world. So this could be a<br>24 sarcastic comment.<br>25 Q. You say maybe it'll sell, like, 20 more.<br>1 Is that what you said there?<br>2 A. Yeah. That's also, I believe, a sarcastic<br>3 comment. | | |
| 231:15–19 *[Defendants' Counter Designation]*<br><br>*15 A. I don't think so. I don't think there's*<br>*16 many royalties in LooksRare. I* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *mean, if it's*<br>17 *increasing, if you want to look on the blockchain*<br>18 *right now, maybe there's $3, $5, or something like*<br>19 *that.* | | |
| <u>236:23–238:17</u><br><br>23 Q. And so, you provided her the information<br>24 that you made over $500,000 off of the RR/BAYC NFTs?<br>25 A. I don't know if I gave her an exact<br>1 figure.<br>2 Q. Did you give her any figures?<br>3 A. I'm not sure. She has access so she might<br>4 have looked in my account. I can't guarantee<br>5 anything, but she – I don't know exactly, and like<br>6 I said, my understanding is that I have a bunch of<br>7 other money that is through, you know, my creative<br>8 direction and things like that that she's accounting<br>9 for as well. So I'm not -- you know, I can't tell<br>10 you exactly what she is working on or has done.<br>11 Q. When you say you "have a bunch of other<br>12 money," how much other money are you referring to?<br>13 A. I mean, you want to know how much money I | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 14 have so you can try to sue me until it's all gone?<br>15 Q. You just said you had a bunch of other<br>16 money. So I'm trying to –<br>17 A. I make other -- I make money through other<br>18 means such as creative direction that I do, which I<br>19 have done less of, you know, since I've had to<br>20 defend myself. But the previous year, 2021, that<br>21 was -- that was, you know, a focus of my life.<br>22 Q. And how much money did you make there?<br>23 A. In 2021?<br>24 Q. Uh-huh.<br>25 A. I don't remember exactly. | | |
| 241:8–11<br><br>8 Q. And under your line item, you received<br>9 more money than anyone else in connection with the<br>10 RR/BAYC NFTs; correct?<br>11 A. Yeah. It's my art. So that's why. | No objection | |
| 243:1–17<br><br>1 Q. Hand you what's been previously marked as<br>2 Exhibit 7.<br>3 (Exhibit 7 previously marked.)<br>4 BY MR. BALL: | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 5 Q. Go to page 9.<br>6 A. Okay.<br>7 Q. You see where Mr. Hickman states that he<br>8 was -- received 158.28 ETH?<br>9 A. Yeah, I'm seeing that.<br>10 Q. Why is there a disconnect between that and<br>11 Exhibit 103, prepared with your counsel for<br>12 Mr. Hickman, where he says that he -- where it says<br>13 that he only received 126.642 ETH?<br>14 A. I couldn't tell you. Maybe Ryan's<br>15 accounting is wrong or something like that. It's a<br>16 pretty small discrepancy, though. He's also maybe<br>17 not accounting for the gas or something like that. | | |
| 249:14–21<br><br>14 Q. So it's your testimony that the $500,000<br>15 that you received here, 510,789.40, is the sum total<br>16 that you received in connection with the RR/BAYC<br>17 NFTs?<br>18 A. I believe that to be accurate.<br>19 Q. And your statement that you made over<br>20 a million dollars on Twitter is false?<br>21 A. That is absolutely false. | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| | | |
| <u>282:19–23</u><br><br>19 Q. So X2Y2, one of the marketplaces were –<br>20 RR/BAYC NFTs were transferred between users. They<br>21 labeled the RR/BAYC NFTs as "possibly fake"?<br>22 A. At one point, I believe that was something<br>23 that they did. | No objection | |
| <u>284:12–21</u><br><br>12 Q. So people using your name and mimicking<br>13 you would be a scam?<br>14 A. People using my name to -- to create -- to<br>15 make it seem like it's my art, definitely. I mean,<br>16 if you -- people could use my name, obviously, and<br>17 say, you know, "Ryder Ripps sucks" or something like<br>18 that, and that wouldn't be -- that would be<br>19 commentary, but someone saying, "This is an<br>20 authentic Ryder Ripps artwork," would definitely be<br>21 problematic with me. | No objection | |
| <u>286:15–287:21</u><br><br>15 Q. Hand you what's been | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| marked as<br>16 Exhibit 136.<br>17 (Exhibit 136 marked.)<br>18 BY MR. BALL:<br>19 Q. Are you familiar with the LooksRare page<br>20 that facilitates the transfer of RR/BAYC NFTs on<br>21 secondary markets?<br>22 A. I'm familiar that RR/BAYC amongst probably<br>23 millions of other NFTs are listed on LooksRare.<br>24 Q. And is there a page dedicated to RR/BAYC<br>25 NFTs?<br>1 A. I suppose there is, yeah. Yeah, I mean, I<br>2 guess -- I mean, there's a page dedicated to -- I<br>3 think LooksRare lists almost everything, so yeah.<br>4 Q. And why does it say "Redacted" there next<br>5 to the logo you created?<br>6 A. I believe that it was changed after the<br>7 lawsuit, I believe, to try to, you know -- because<br>8 you guys seem to not understand Yuga Labs or – this<br>9 predatory lawsuit, in general, seems to have some<br>10 kind of problem, which I don't agree with, with me<br>11 talking about Bored Ape Yacht Club and criticizing<br>12 Bored Ape Yacht Club. | | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 13 So in order -- I think at some point – <br> 14 and I remember -- now I remember that that was <br> 15 something that perhaps was changed early on. I mean <br> 16 early in terms of this litigation and is just – <br> 17 Q. And who changed that? <br> 18 A. I believe I did. <br> 19 Q. And what did it say before it said <br> 20 "Redacted" ? <br> 21 A. I believe it said "RR/BAYC." | | |
| 288:6–11 <br><br> 6 Q. How did you change it to "Redacted"? <br> 7 A. I believe it's a -- if you're the contract <br> 8 owner and this is a contract on the Ethereum <br> 9 blockchain, I believe LooksRare allows you to change <br> 10 a few things such as the logo and the name and stuff <br> 11 like that. | No objection | |
| 288:23–289:6 *[Defendants' Counter Designation]* <br><br> *23 Q. What can you change that you just referred* <br> *24 to?* <br> *25 A. Well, anyone can make a website that can* <br> *1 do anything. So LooksRare is a* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *website that someone*<br>*2 else made. I have no idea of their names or*<br>*3 anything about them. And they allow changes on*<br>*4 certain things, I guess, if you are the contract*<br>*5 owner, and in order to do that, you'd have to sign*<br>*6 with a wallet and stuff like that.* | | |
| 289:7–290:12<br><br>7 Q. So you signed in with a wallet to<br>8 LooksRare, and they permitted you to make changes to<br>9 the page dedicated to the RR/BAYC NFTs?<br>10 A. The change of this redacted thing, it's<br>11 something that I have done, yeah.<br>12 MR. BALL: Can we mark as Exhibit 137.<br>13 (Exhibit 137 marked.)<br>14 BY MR. BALL:<br>15 Q. You have there what's been marked as<br>16 Exhibit 137, a printout from the Wayback Machine or<br>17 the Internet Archive, which we discussed that you<br>18 are familiar with.<br>19 Do you see at the top of Exhibit 137 on<br>20 the right-hand corner, it says this was captured as | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 21 of June 22nd, 2022?<br>22 A. Uh-huh.<br>23 Q. And it says there "Bored Ape Yacht Club."<br>24 A. Uh-huh.<br>25 Q. Not Ryder Ripps.<br>1 A. Yeah, at this point, I probably didn't<br>2 even know LooksRare existed or cared about it, so –<br>3 or I don't know. So maybe -- I'm not sure.<br>4 Q. Why is it labeling the RR/BAYC NFTs as<br>5 "Bored Ape Yacht Club"?<br>6 A. I don't know. That's just the way it<br>7 pulls data.<br>8 Q. Where is it pulling the data from?<br>9 A. The blockchain, I imagine. So why is it<br>10 listing the contract address? Why does it not say<br>11 my name? Why does it not -- there is a lot of<br>12 questions. Here I didn't design the website. | | |
| 293:13–21[*Defendants' Counter Designation*]<br><br>*13 Q. Beyond LooksRare, have you reviewed any*<br>*14 other websites to revise them to make sure that they*<br>*15 are within your expectation of what you want your* | No objection | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| *16 artwork to look like?*<br>*17 A. I remember at one time, I changed the*<br>*18 banner on OpenSea to say "Long live conceptual art,"*<br>*19 and I think I provided a link to RR/BAYC on OpenSea,*<br>*20 which was, you know, within the design parameters of*<br>*21 what you can do on that website.* | | |
| 294:1–295:13<br><br>1 Q. Hand you what's been marked as<br>2 Exhibit 138.<br>3 (Exhibit 138 marked.)<br>4 BY MR. BALL:<br>5 Q. You have Exhibit 138.<br>6 Have you seen this NFTX website featuring<br>7 the RR/BAYC NFTs before?<br>8 A. I'm not sure if I've seen this website.<br>9 Q. You see there on the right-hand side it<br>10 says, "You're Buying," and it has as six -- six<br>11 numbered apes?<br>12 A. Uh-huh.<br>13 Q. And they all say "Bored Ape Yacht Club."<br>14 Is that accurate?<br>15 Mr. Tompros: I object. Well, hold on. I<br>16 withdraw that objection<br>17 A. I mean, is that accurate? I don't know –<br>18 first of all, like I said about all of | FRE 106, Incomplete (fails to designate full answer)<br><br>Plaintiff has improperly designated a limited portion of the witness' answer, thereby resulting in an incomplete answer that is improper, confusing, and misleading. | This designation includes all responsive testimony and is therefore complete and not misleading. |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| these things,<br>19 these are not my websites. So how these websites<br>20 show things, not how I would necessarily show<br>21 things; so, yeah, if this website looks like this, I<br>22 got a lot to say about this website. It fucking<br>23 sucks.<br>24 This website, why does it say "Connect"<br>25 twice, you know? Why does it have, like, an<br>1 orphaned item at the bottom of the website with,<br>2 like, an empty row? Why -- I mean, why does it have<br>3 a whole drop-down menu that says "None" for nothing?<br>4 So there's a lot about this website that I would say<br>5 is bad.<br>6 Q. Those are your concerns, not that your<br>7 NFTs are labeled as "Bored Ape Yacht Club"?<br>8 Mr. Tompros. I object. Vague –<br>9 A. I'm not looking at NFTs here.<br>10 MR. TOMPROS: Hold on.<br>11 I object. Vague. Lacks foundation.<br>12 Go ahead.<br>13 A. This isn't an image of NFTs. | | |
| <u>295:14—296:6</u> *[Defendants' Counter Designation to complete Plaintiff's Designation of 294:1–* | No objection; however, the Civil Trial Order prohibits | |

| Plaintiff's Designations | Objection(s) | Response to Objection(s) |
|---|---|---|
| 295:13]<br><br>14 Q. Do consumers go to NFTX looking to buy<br>15 NFTs?<br>16 Mr. Tompros: I object. Calls for<br>17 speculation.<br>18. A. Yeah, I can't tell you what consumers do.<br>19. But I can tell you that an NFT and the people who<br>20 are interested in buying NFTs are well aware that<br>21 the NFT is not just looking at the picture or else<br>22 they would right-click and save it or do what you<br>23 did, which is print it out. And this isn't an NFT<br>24 either.<br>25 so an NFT is a non-fungible token. So<br>1 when you're asking me to assess if this is an –<br>2 these are – this isn't an NFT. This is a printout<br>3 of some images, and even the images on the computer<br>4 aren't the NFT. You know, this is a picture of –<br>5. of – of something that is not an NFT. So this is<br>6 not an NFT. | post-trial addition of new deposition material such as this post-trial addition to the counter-designations. Dkt. 284 at 4:14-16 ("Accordingly, the only new material the parties are permitted to add to their previous designations are the responses to objections."); *see also* Trial Tr. at 272:9-18 (Defendants' representation at trial that they "certainly wouldn't be adding to" their portion of the deposition designations and "would just be subtracting based on things that occurred today"). | |

1  Dated:  August 11, 2023            FENWICK & WEST LLP

2

3                                     By:  /s/ Eric Ball
                                           Eric Ball
4                                     Attorneys for Plaintiff
                                      YUGA LABS, INC.
5

6  Dated:  August 11, 2023            WILMER CUTLER PICKERING HALE
                                      AND DORR LLP
7

8

9                                     By:  /s/ Louis W. Tompros
                                           Louis W. Tompros
10                                    Attorneys for Defendants
                                      RYDER RIPPS and JEREMY CAHEN
11

12

13

14             **ATTESTATION OF CONCURRENCE IN FILING**

15         Pursuant to the United States District Court for the Central District of

16  California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing

17  of this document has been obtained from Louis W. Tompros.

18

19                                      /s/ Eric Ball
                                        Eric Ball
20

21

22

23

24

25

26

27

28