1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:   415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
   YUGA LABS, INC.
14

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18                    WESTERN DIVISION – Los Angeles

19

20 YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM

21            Plaintiff,               **NOTICE OF LODGING OF
                                       PLAINTIFF YUGA LABS, INC.'S
22       v.                            PROPOSED RULING CHART FOR
                                       PLAINTIFF'S DESIGNATED
23 RYDER RIPPS, JEREMY CAHEN,          WITNESS TESTIMONY**

24            Defendants.

25

26

27

28

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:   310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:   202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Minute Order (Dkt. 387), Plaintiff Yuga Labs, Inc., hereby lodges with the Court:

[Proposed] Ruling Chart for Plaintiff's Designated Witness Testimony.

Dated: August 11, 2023              FENWICK & WEST LLP


                                    By: */s/ Eric Ball*
                                         Eric Ball
                                         Attorneys for Plaintiff
                                         YUGA LABS, INC.