UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>        Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] RULING CHART FOR PLAINTIFF'S DESIGNATED WITNESS TESTIMONY** |

This matter is before the Court pursuant to the parties' Joint Notice of Post Trial Designation of Designated Witness Testimony of Ryder Ripps (Dkt. 396) and Joint Notice of Post Trial Designation of Designated Witness Testimony of Jeremy Cahen (Dkt. 395). Having considered the designated witness testimony, all objections, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED as follows:

**DEFENDANTS' OBJECTIONS TO DESIGNATED WITNESS TESTIMONY OF RYDER RIPPS (DKT. 396)**

| Designated Testimony | Objection | Ruling |
|---|---|---|
| 36:18–37:8 | FRE 106 | |
| 82:8–13 | FRE 106 | |
| 106:2–107:6 | FRE 106 | |
| 145:6; 147:10–22 | FRE 106 | |
| 149:18–150:10 | FRE 106 | |
| 166:13–25 | FRE 106 | |
| 169:4–6 | FRE 106 | |
| 294:1–295:13 | FRE 106 | |

**DEFENDANTS' OBJECTIONS TO DESIGNATED WITNESS TESTIMONY OF JEREMY CAHEN (DKT. 395)**

| Designated Testimony | Objection | Ruling |
|---|---|---|
| 94:16–95:9 | FRE 106 | |
| 106:23–107:3 | FRE 106 | |
| 207:21–208:16 | FRE 106 | |

1  IT IS SO ORDERED.

3  Date: _____

4                                                               Honorable John F. Walter