Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

YUGA LABS, INC.,

Plaintiff,

v.

RYDER RIPPS, JEREMY CAHEN,

Defendants.

Case No.: 2:22-cv-04355-JFW-JEM

**JOINT NOTICE OF DEFENDANTS' DESIGNATED WITNESS TESTIMONY OF GREG SOLANO**

Judge: John F. Walter

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA  90401
Telephone:  310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA  22314
Telephone:  202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's Civil Trial Order of June 7, 2023 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Defendants' designation deposition testimony of Greg Solano.

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 8:21–8:23<br>21 GREG SOLANO,<br>22 having declared under penalty of perjury to tell<br>23 the truth, was examined and testified as follows: | No objection | |
| 10:1–10:2<br>1 Q. What is your full legal name?<br>2 A. Gregory George Solano. | No objection | |
| 10:5–10:12<br>5 Q. You also sometimes go by the name<br>6 Gargamel, G-A-R-G-A-M-E-L; correct?<br>7 A. Correct.<br>8 Q. You are one of the cofounders of Yuga<br>9 Labs; right?<br>10 A. Correct.<br>11 Q. What is your current title at Yuga Labs?<br>12 A. Cofounder and copresident. | No objection | |
| 21:14–21:18<br>14 Q. Do you know a person by the name of Wylie<br>15 Aronow, W-Y-L-I-E A-R-O-N-O-W?<br>16 A. Wylie Aronow is my partner.<br>17 Q. What is Mr. Aronow's role with respect to | No objection | |

[1] Objections stated on the record and included in the text of the designations are maintained. No party intends to waive objections on the record by not restating them.

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 18 Yuga Labs? | | |
| *21:19–21:20 [Plaintiff's Counter-Designations]*<br>*19 A. He is cofounder and chief creative officer*<br>*20 of Yuga Labs.* | No objection | |
| 24:14–24:16<br>14 Q. Thank you. Who are - apart from you - the<br>15 other cofounders of Yuga Labs?<br>16 A. Zeshan Shoukat Ali and Kerem *Efe Atalay.<br>*Subject to errata | No objection | |
| 35:13–35:15<br>13 Q. One of Yuga Labs's products is NFTs;<br>14 correct?<br>15 A. Yes. We make NFTs. | No objection | |
| 37:8–37:9<br>8 Q. And what is the Bored Ape Yacht Club NFT<br>9 collection?<br>10 MR. BALL: Objection. Vague.<br><br>37:11–37:12<br>11 A. The Bored Ape Yacht Club NFT collection is<br>12 a lot of things to a lot of people. | No objection | |
| 108:1–108:4<br>1 Can you identify a single transaction on<br>2 the blockchain in which someone purchased an NFT<br>3 created by Ryder Ripps believing it was actually<br>4 Yuga Labs -- a Yuga Labs NFT?<br>5 MR. BALL: Objection.<br><br>108:6–108:6<br>6 A. I cannot – | No objection | |

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 7 MR. BALL: Objection. Vague. Calls for a<br>8 legal conclusion. Calls for speculation. | | |
| 108:9–108:11<br>9 A. I cannot correlate specific transactions<br>10 on the Ethereum blockchain with people's motives<br>11 behind those transactions. | No objection | |
| 108:19–108:20<br>19 Q. Nobody has ever told you that they were<br>20 confused; correct?<br>21 MR. BALL: Objection. Same objections.<br><br>108:22–109:2<br>22 A. I try not to talk about your clients' scam<br>23 collection with other people. I am focused on<br>24 building my business. I don't like to give your<br>25 clients free publicity for their scam.<br><br>1 Q. So your answer is, "No, nobody has ever<br>2 told me they were confused"?<br>3 MR. BALL: Objection.<br><br>109:4–109:6<br>4 A. That's not exactly what I | No objection | |

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| said.<br>5 Q. Well, can you answer that question yes or<br>6 no? Has anybody ever told you they were confused?<br>7 MR. BALL: He's answered that. Objection.<br>8 Asked and answered. He's answered that question<br>9 many times about people who have said that they were<br>10 confused.<br><br>109:11–109:13<br>11 Q. Can you answer it yes or no or not? It's<br>12 okay. If you can't answer it yes or no, say you<br>13 can't fairly answer it yes or no, that's okay.<br>14 MR. BALL: I will add legal conclusion.<br>15 Vague.<br><br>109:16–109:19<br>16 A. I believe I've answered this question.<br>17 Q. Can you answer it yes or no?<br>18 A. I believe I've answered this question.<br>19 Q. Have you answered it yes or no?<br><br>109:24–110:5<br>24 A. I'm aware of a person who told me that<br>25 they viewed -- when they've viewed RR/BAYC, as | | |

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 1  you're calling them, NFTs - again not saying that<br>2  that's how it was always been represented - believed<br>3  it to be a Yuga Labs product.<br>4     Q.  Who?<br>5     A.  That information is privileged, I believe. | | |
| 116:5–116:6<br>5     Q.  Do you know whether Ape Market exists?<br>6     A.  I don't recall. | No objection | |
| 156:22–156:23<br>22    Q.  And were you aware of Mr. Ripps's career<br>23  in the art industry prior to the RR/BAYC project?<br>24 MR. BALL: Objection. Lacks foundation.<br><br>156:25–157:2<br>25    A.  I'm aware that he calls himself an artist.<br><br>1     Q.  Do you know whether anyone else has ever<br>2  called him an artist?<br>3 MR. BALL: Objection. Calls for<br>4  speculation.<br><br>157:5–157:6<br>5     A.  I think almost everybody on the planet has<br>6  been called an artist. | No objection | |

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
| --- | --- | --- |
| 208:8–208:13<br>8 Q. Mr. Solano, you've been handed what has<br>9 been marked as Exhibit 213. I will represent to you<br>10 that this is an image corresponding to BAYC number<br>11 3721.<br>12 Do you have that?<br>13 A. Yes. | No objection | |
| 208:22–208:23<br>22 Q. What -- what is the gold teeth called?<br>23 A. I believe it is called a "gold grill." | No objection | |
| 209:7–209:10<br>7 Q. And what is the jacket and gold design in<br>8 the middle called as a trait?<br>9 A. I believe it is something like the hip hop<br>10 jacket. | No objection | |
| 212:23–213:4<br>23 Q. Mr. Solano, you have been handed what has<br>24 been marked as Exhibit 214, a single-page document<br>25 with an image of an ape on it. I'll represent to<br><br>1 you this is from the BAYC collection and corresponds<br>2 to number 3119.<br>3 Do you have that document in front of you?<br>4 A. Yes. | No objection | |

| Defendants' Designations of Greg Solano | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 213:23–214:3<br>23    Q.  And what is the name of the trait of the<br>24  headwear that the ape in Exhibit 214 is wearing?<br>25    A.  I believe that is called a Prussian<br><br>1  helmet.<br>2    Q.  Have you seen that helmet before in<br>3  connection with alt-right memes?<br>4 MR. BALL: Objection. Assumes facts not<br>5 in evidence. Lacks foundation.<br><br>214:6–214:7<br>6    A.  Not prior to your client disseminating<br>7  those images. | No objection | |

Dated: August 11, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

Dated: August 11, 2023

FENWICK & WEST LLP

By: */s/ Eric Ball*

Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

*/s/ Louis Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on August 11, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000