# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**PROPOSED ORDER REGARDING MR. RIPPS AND MR. CAHEN'S DEPOSITION DESIGNATIONS**<br><br>Judge: Hon. John F. Walter |

This matter is before the Court pursuant to Defendant Ryder Ripps and Defendant Jeremy Cahen's objections to Plaintiff Yuga Labs, Inc.'s counter deposition designations. Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED as follows:

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATION OF WYLIE ARONOW'S DEPOSITION**

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Aronow, 134:9-13 | FRE 401 | |
| 2. Aronow, 238:11–238:15 | FRE 401 | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATION OF THOMAS LEHMAN'S DEPOSITION**

| TESTIMONY | OBJECTION | RULING |
|---|---|---|
| 1. Lehman, 237:19–25 | FRE 611 | |
| 2. Lehman, 241:1–13 | FRE 611 | |
| 3. Lehman, 241:16–25 | FRE 611 | |

IT IS SO ORDERED

Dated: _____            _____
                                 Honorable John F. Walter
                                 United States District Judge