ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S UNOPPOSED APPLICATION FOR LEAVE TO FILE POST-TRIAL DEPOSITION DESIGNATIONS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(a)** <br><br> Judge: Honorable John F. Walter |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully requests that the Court grant leave to file certain portions of Defendants' deposition designations under seal. These materials have previously been sealed by the Court (Dkt. 332), and Defendants do not oppose sealing these materials.

The materials for which Yuga Labs seeks leave to file under seal are the following excerpts and descriptions thereof:

| Document | Positions to Be Sealed |
|---|---|
| Deposition Designations — Wylie Aronow | 108:2-5 |
| | 109:8-10 |
| | 110:1-8 |
| | 110:11-20 |
| | 110:21-111:9 |
| | 111:11-15 |
| | 111:16-23 |
| | 111:24-25 |
| | 112:2-6 |
| | 112:7-8 |
| | 112:10-13 |
| | 112:14-15 |
| | 112:17-20 |
| | 112:21-23 |
| | 246:17-25 |
| | 262:11-20 |
| Deposition Designations — Nicole Muniz | 98:1-99:15 |
| | 260:25-261:17 |

| Deposition Designations — Thomas Lehman | |
|---|---|
| | 96:3-20 |
| | 97:15-98:8 |
| | 108:14-109:20 |
| | 115:10-116:6 |
| | 116:7-20 |
| | 116:21-25 |
| | 117:3-117:15 |
| | 117:16-118:1 |
| | 118:2-15 |
| | 119:2-9 |
| | 120:16-18 |
| | 123:5-123:24 |
| | 123:25-124:9 |
| | 124:10-13 |
| | 124:14-125:9 |
| | 126:11-15 |
| | 126:20-127:3 |
| | 127:15-128:2 |
| | 219:14-220:3 |
| | 229:20-230:25 |
| | 231:4-231:22 |
| | 237:19-25 |
| | 238:4-240:19 |
| | 241:1-13 |
| | 241:16-242:13 |
| | 246:13-247:25 |
| | 248:3-249:24 |

Fenwick & West LLP
Attorneys At Law

| Document | Positions to Be Sealed |
|---|---|
| | 249:25-250:2 |
| | 250:7-251:17 |
| | 251:23-252:7 |

Dated: August 11, 2023	FENWICK & WEST LLP


By: */s/ Eric Ball*
     Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.