1   Louis W. Tompros (*pro hac vice*)
    louis.tompros@wilmerhale.com
2   Monica Grewal (*pro hac vice*)
    monica.grewal@wilmerhale.com
3   Scott W. Bertulli (*pro hac vice*)
    scott.bertulli@wilmerhale.com
4   Tyler Carroll (*pro hac vice*)
    tyler.carroll@wilmerhale.com
5   **WILMER CUTLER PICKERING
        HALE AND DORR LLP**
6   60 State Street
    Boston, MA  02109
7   Telephone: (617) 526-6000
    Fax: (617) 526-5000
8
    Derek Gosma (SBN 274515)
9   derek.gosma@wilmerhale.com
    Henry Nikogosyan (SBN 326277)
10  henry.nikogosyan@wilmerhale.com
    **WILMER CUTLER PICKERING
11      HALE AND DORR LLP**
    350 South Grand Ave., Suite 2400
12  Los Angeles, CA  90071
    Telephone: (213) 443-5300
13  Fax: (213) 443-5400

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

14   Attorneys for Defendants
     RYDER RIPPS and JEREMY CAHEN
15

16               UNITED STATES DISTRICT COURT

17               CENTRAL DISTRICT OF CALIFORNIA

18               WESTERN DIVISION – Los Angeles

19

20   YUGA LABS, INC.,                    Case No.: 2:22-cv-04355-JFW-JEM

21               Plaintiff,              **JOINT NOTICE OF DEFENDANTS'
                                         DESIGNATED WITNESS
22        v.                            TESTIMONY OF THOMAS
                                         LEHMAN**
23
                                         Judge: John F. Walter
24   RYDER RIPPS, JEREMY CAHEN,

25               Defendants.            **REDACTED**

26

27

28

1    MELISSA L. LAWTON (CSB No. 225452)

2    mlawton@fenwick.com
FENWICK & WEST LLP

3    228 Santa Monica Boulevard
Santa Monica, CA  90401

4    Telephone:  310.434.4300

5    DAVID Y. SILLERS (*admitted pro hac vice*)

6    david@clarelocke.com

7    KATHRYN HUMPHREY (*admitted pro hac vice*)

8    kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)

9    megan@clarelocke.com

10    CLARE LOCKE LLP
10 Prince Street

11    Alexandria, VA  22314
Telephone:  202.628.7400

12

13    Attorneys for Plaintiff
YUGA LABS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Civil Trial Order of June 7, 2023 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Defendants' designation deposition testimony of Thomas Lehman.

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 7:8–7:10 [Plaintiff's Counter Designations]<br>8 Q.     Are you under the influence of any substance<br>9  that would present you from answering truthfully?<br>10 A. No. | No objection | |
| 7:11-7:15 [Plaintiff's Counter Designations]<br>11 Q.     How did you prepare for your deposition today?<br>12 A.     Talked to my lawyer, glanced at some of the<br>13  documents.<br>14 Q.     Did you speak to anyone besides Mr. Jacobs?<br>15 A.     No. | No objection | |
| 7:19–7:25<br>19 Q.     Now you understand that this deposition relates<br>20  to a lawsuit filed by Yuga Lab against Ryder Ripps and<br>21 Jeremy Cahen?<br>22 A.     I do.<br>23 Q.     And Yuga Lab also filed a lawsuit against you<br>24  in late 2022, correct?<br>25 A.     That's correct. | No objection | |

---

[1] Objections stated on the record and included in the text of the designations are maintained.  No party intends to waive objections on the record by not restating them.

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 13:6–13:25<br>6  Q.     Let's start with Mr. Ripps.  How do you know<br>7  Mr. Ripps?<br>8  A.     Well oddly enough, sort of for this matter, I<br>9  first met Mr. Ripps I believe in 2015, around there, and<br>10  that was in connection with a project that my previous<br>11  company Genius was working on which was a sort of<br>12  expansion beyond music to allow people to annotate and<br>13  describe the meanings of any content on the internet,<br>14  any website.  And we did an event, and the event invited<br>15  artists to use the platform and to try interesting<br>16  things and it was like a party and Ryder Ripps was<br>17  involved in that, so I think I met him during that<br>18  event.<br>19        After that I didn't really talk to him or know<br>20  him for another, you know, until 2022, I guess.  And<br>21  then I interacted with him a little bit online because<br>22  he's been into NFTs and saying interesting things about<br>23  NFTs.  And then I first really connected with him again<br>24  personally about this project that's under consideration<br>25  in the deposition in this case, the RR/BAYC project. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 14:5–15:8<br>5 Q.    Okay.  And what do you understand to be<br>6 Mr. Ripps' line of work?<br>7 A.    He is an artist. | No objection | |
| <u>21:7–21:17</u><br>7 Q.    So do I have it correctly, the world of art has<br>8 been a big player in the NFT space, correct?<br>9            MS. CULP:  Objection.<br>10 A.    That's a little bit cumbersome, but I would say<br>11 yes, there has been a lot of NFT activity that is around<br>12 kind of artistic stuff, whether it's -- yeah, I guess I<br>13 would say that -- that's not the most eloquent -- but<br>14 you get my point.<br>15 Q.    Sure.  There's been a lot of NFT activity<br>16 around art, correct?<br>17 A.    Correct. | No objection | |
| <u>22:13–22:15</u><br>13 Q.    So an NFT is not at its very root a digital art<br>14 artifact, correct?<br>15 A.    Correct. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 38:14–43:25<br>14 Q.      What is the Ryder Ripps Bored Ape Yacht Club?<br>15              MS. CULP:  Objection.  Calls for<br>16        speculation.  Vague.<br>17 A.      So I would say that on the most basic level it<br>18 is an NFT that Ryder created using the platform<br>19 Foundation, and so that is an NFT.  That means it's a<br>20 smart contract in the ERC-721 standard as we discussed.<br>21 So on a technical level, it is that.<br>22        You know, beyond the technical level, it sort<br>23 of grew into this thing from the outset where Ryder, you<br>24 know, was again trying to kind of, like, troll people<br>25 and trying to make a point as well where he would sort<br> 1 of say, hey, this -- not famous person, but like, this<br> 2 person in NFT Twitter, this is where I'm going to create<br> 3 my Bored Ape Yacht Club contract, and I'm going to copy<br> 4 the image on your Bored Ape NFT which is the one from<br> 5 Yuga Labs, and I'm going to put that as my profile<br> 6 picture.  And, you know, hey, if you complain about<br> 7 this, then it means that you don't truly believe in the<br> 8 power of NFTs, because if you believe in the power of<br> 9 NFTs, you should believe that you're safe from having<br>10 your image copy/pasted because NFT | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| itself can't be<br>11  copy/pasted.  So this was the point he was trying to<br>12  make.<br>13         He was also trolling people, and that's what it<br>14  was.  And then it kind of evolved and, you know, this<br>15  was all before I got involved.  I was just looking at it<br>16  in on Twitter and seeing it.  But when I got involved<br>17  there was this idea of evolving the project to be<br>18  something bigger, and the first step was selling more,<br>19  was basically instead of Ryder minting these and selling<br>20  these, you know, one by one just solo, what about using<br>21  technology to make that faster.<br>22         So this was a new smart contract that I wrote<br>23  with Ryan Hickman that was not part of the other thing.<br>24  The other thing was its own standalone contract, but<br>25  this contract also kind of became an element of the<br> 1  overall project which was a reservation system.  So<br> 2  someone could go to this website RR/BAYC.com and they<br> 3  could reserve the ape that they want.  They could say I<br> 4  want this picture, I want this token.  So the contract<br> 5  would handle that.<br> 6         And then beyond that, there was this idea to<br> 7  create a marketplace, which was called something | | |

5   Case No. 2:22-cv-04355-JFW-JEM

| | Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|---|
| 1 | | | |
| 2 | 8  different, called ape market.  But that was going to be | | |
| 3 | 9  kind of an outgrowth of the RR/BAYC NFT and the | | |
| 4 | 10  reservation contract and everything. So I consider that | | |
| 5 | 11  part of the project as well.  And the idea behind that | | |
| 6 | 12  website was to let people and -- you know, the idea | | |
| 7 | 13  shifted a lot for what that was going to be, and I don't | | |
| 8 | 14  think we had a concrete idea exactly of what it was | | |
| 9 | 15  going to. | | |
| 10 | 16        But one common theme was essentially lower or | | |
| 11 | 17  no fees from a greater fee standpoint. And the other | | |
| 12 | 18  common them I would say is that if you owned an RR/BAYC | | |
| 13 | 19  token, of that ERC-721 NFT, that would give you some | | |
| 14 | 20  benefit as related to the website, but it didn't launch. | | |
| 15 | 21  Q.    So you mentioned that Mr. Ripps was trying to | | |
| 16 | 22  make a point.  Do you recall that? | | |
| 17 | 23              MS. CULP:  Objection. Calls for | | |
| 18 | 24       speculation. | | |
| 19 | 25  A.    Yeah.  I mean, I would say that -- well, again, | | |
| 20 | 1  it's hard for me to -- what I took from when I first saw | | |
| 21 | 2  it was that a point of the art thing, the project, was | | |
| 22 | 3  that -- yeah, kind of what I just said, if you really | | |
| 23 | 4  believe in NFTs, you should not have a -- because let | | |
| 24 | 5  me -- | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 6       Taking a step back here, there was a meme<br>7  within the NFT community called Right-Click, Save.<br>8  There was even a very famous piece of art created by<br>9  this called Right-Click, Save guy, by an artist called<br>10  XCOPY.  So this was like a meme criticism by normal<br>11  people, where they'd say, Why are you going to pay a<br>12  million dollars for that, a thousand dollars for that,<br>13  $10 for that?  I can just get the same image by copying<br>14  it to my local computer.<br>15       So this was something where all of NFT Twitter<br>16  united against the common enemy and said, no, no.  You<br>17  don't get it.  Right-Click, Save does not capture what<br>18  the point of this whole thing is.  So when I was looking<br>19  at this, I saw it in the context of that and said, if<br>20  you're arguing against the Right-Click, Save approach,<br>21  this is kind of a logical next step, and that's what I<br>22  took the -- initially when I first saw it, that's what I<br>23  took the point of it to be, and I thought it was sort of<br>24  interesting.<br>25  Q.      Let me try to break this down a little bit.<br>1  You referred to a meme that was part of NFT Twitter<br>2  called Right-Click, Save, right?<br>3  A.      Yes. | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 4 Q.    Right-Click, Save was the idea that if you have<br>5 an NFT for an image, you can Right-Click and Save As and<br>6 essentially take possession of that image; is that<br>7 accurate?<br>8 A.    Get the image for free without buying the NFT.<br>9 Q.    And there's a counterargument to that<br>10 Right-Click, Save concept; is that fair?<br>11 A.    Yes.<br>12 Q.    Just in a few words, what is the<br>13 counterargument that proponents of NFTs make?<br>14            MS. CULP:  Objection. Calls for<br>15        speculation.<br>16 A.    So this kind of gets to the whole idea of NFTs<br>17 which is to say that if there is some agreed on way of<br>18 associating the image with the token, which is -- there<br>19 are other standards.  It's not part of the core<br>20 standard, but there are other ways of doing that and<br>21 people believe in that way of drawing that line.  Then<br>22 the owner of the NFT will always have something that the<br>23 Right-Click, Save person doesn't have, which is to say,<br>24 this smart contract says this thing and people who use<br>25 explorers, like Etherscan, block explorers can see where<br>1 it came from, who minted it, you know, the chain of<br>2 ownership. | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 3        So you are getting something much richer and<br>4  the ability to also transfer this thing. You know, this<br>5  is kind of -- now some people might say, well, who cares<br>6  about that.  And then I would say, well, that's fair<br>7  enough.  A lot of people would consider art to be dumb<br>8  no matter what.  What's the difference between, you<br>9  know, the Mona Lisa and a perfect copy of the Mona Lisa?<br>10  You know, like, they look exactly the same.  Why not<br>11  just buy copies of famous paintings?  Why buy the<br>12  original painting?  And many people would say, well, I<br>13  would never buy a painting or a copy, so fine.<br>14        But the reason that the original is more<br>15  valuable than the copy is not just because it looks a<br>16  tiny bit better, which it probably doesn't.  It's<br>17  because of this whole backstory and -- it's the one<br>18  thing.  So maybe not the best explanation, but the idea<br>19  is if you believe that this row at the table can mean<br>20  something, then you can know that no one can ever<br>21  duplicate that, and the row in the table can mean a<br>22  bunch of different things.<br>23  Q.     So is it fair to say that the Ryder Ripps Bored<br>24  Ape Yacht Club was an extension of | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| this discussion<br>25  relating to the Right-Click, Save As concept?<br>1 MS. CULP: Objection. Calls for<br>2 speculation. Misstates testimony. | | |
| 44:3–44:14<br>3  A.     That's how I -- when I initially saw it -- in<br> 4  the initial thing, before I was involved in any way,<br> 5  that's was my interpretation of it basically that it was<br> 6  a -- you know, yeah, it was, if you don't -- I think one<br> 7  of my friends at the time who was tweeting about it, he<br> 8  said, well, if you don't care about Right-Click, Save,<br> 9  what's the difference between Right-Click, Save and<br>10  Right-Click, mint.  You know, and I thought that was a<br>11  thing, a good question.  I don't know if even the<br>12  Right-Click, Save thing was going on in the minds of any<br>13  of the people involved.  That was just kind of what I<br>14  remember thinking when I saw the project initially. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| <u>46:12-17; 46:25-49:22</u><br>12  Q.      And you said that your perception of the Ryder<br>13  Ripps Bored Ape Yacht Club was that it was part of this<br>14  discussion on the nature of NFTs.  Do you remember that?<br>15              MS. CULP:  Objection.  Misstates<br>16      testimony.<br>17  A.      Yes.<br>25  Q.      What was your role in Ryder Ripps Bored Ape<br> 1  Yacht Club?<br> 2  A.      So I was bought on to help with first the<br> 3  development of a better way of preserving and minting<br> 4  and selling these tokens, and then also there is the<br> 5  understanding that we going to do something with a<br> 6  marketplace after that.<br> 7  Q.      And why did you choose to be part of Ryder<br> 8  Ripps Bored Ape Yacht Club?<br> 9  A.      I thought it was an interesting project.  I<br>10  thought that it could be a way for me to make some<br>11  money, because I was going to be paid on a percentage<br>12  basis.  I thought it'd be cool to build the technology,<br>13  that was under discussion.  The more concrete first<br>14  thing we were doing, the reservation system hadn't<br>15  really been done before, and then I thought it would be<br>16  interesting to work with the team and in particular Ryan | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 17  because I had not really done any programming with<br>18  anyone else in the Web3 community, so I thought it would<br>19  be interesting to sort of see what that was like.<br>20  Q.    Did the Ryder Ripps Bored Ape Yacht Club have a<br>21  criticism element to it?<br>22              MS. CULP:  Objection.  Calls for<br>23       speculation.  Vague.<br>24  A.    I -- well, so in the beginning there was a the<br>25  criticism, as I saw it, speaking from my own experience,<br>1  the criticism of like people who were upset by the<br>2  Right-Click, Save thing, as we discussed.  I thought it<br>3  was a criticism of that.  I think it also, you know --<br>4  once we were about putting up the website, you know, it<br>5  became clear -- and Ryder wanted it connected to the<br>6  previous things, criticisms he had about Yuga Labs Labs<br>7  and the Bored Ape Yacht Club and so we linked the<br>8  RR/BAYC artist statement linked to the -- his website<br>9  gordongoner.com and from there there was sort of a<br>10  connection where I believe the OpenSea page also<br>11  featured a link, so it kind of became part of that as<br>12  well.<br>13  Q.    You mentioned Mr. Ripps had other criticisms of<br>14  Yuga Labs outside of the Right-Click, | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| Save As concept;<br>15 do you recall that?<br>16          MS. CULP:  Objection. Calls for<br>17          speculation.<br>18 A.     I think Ryder was sort of the towards the end<br>19 of 2021 when I was less engaged and the beginning of<br>20 2022 when I was more engaged with like NFT Twitter,<br>21 Ryder was sort of a very outspoken and kind of the main<br>22 person saying a line of criticism which was basically<br>23 that the Bored Ape Yacht Club had sort of basically<br>24 hidden messages in it in a way like what you might call<br>25 a dog whistle, and so he was basically saying that these<br>1 drawings aren't what they might look like on the<br>2 surface.  If you look closer you can see they contain<br>3 these hidden elements, and he also had some criticisms<br>4 of Yuga Labs broadly in terms of where the name Yuga<br>5 Labs came from.  So those were some of the things I<br>6 recall him saying.<br>7 Q.     And you mentioned in a prior answer this<br>8 website gordongoner.com.  Are you familiar with that?<br>9 A.     Yes.  I am, yes.<br>10 Q.     What is gordongoner.com?<br>11          MS. CULP:  Objection. Calls for<br>12          speculation.<br>13 A.     So Gordon Goner, is, I believe, | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| one of the<br>14 online monikers of one of the founders, I think it's<br>15 Wylie -- I'm not super familiar with all of the details<br>16 here, but one of the founders of Yuga Labs and so that's<br>17 the dot com, and basically the site itself had a bunch<br>18 of, you know, contents sort of in support of his<br>19 criticisms or, you know, in support of what he was<br>20 trying to argue against Yuga Labs about.<br>21 Q.     And how if at all was the gordongoner.com<br>22 website related to the Ryder Ripps Bored Ape Yacht Club?<br>23 MS. CULP: Objection. Calls for speculation. Vague. Overbroad. Lacks foundation. | | |
| 50:1-52:25; 53:24–54:17<br> 1 A.     So speaking from my memory of the situation, I<br> 2 don't recall it being a major part when I first got<br> 3 involved, I don't think.  I don't remember that being a<br> 4 big source of discussion for what the project was going<br> 5 to be about, but then kind of as I mentioned, I think it<br> 6 evolved, and once the idea was -- because we didn't know<br> 7 really in the beginning what form exactly would be --<br> 8 you know, what exactly this website would look like,<br> 9 because Ryder's initial method was very primitive in a<br> 10 way.  It was just Twitter, you tell me | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| this, I do this<br>11  thing, it's just very manual.<br>12        So we were like we want to do something, but<br>13  there was this whole big scope of what we could have<br>14  done.  Before we ended up deciding on, what I ended up<br>15  building, was this standalone site that had this whole<br>16  array of display of the images and so forth, and so<br>17  Ryder wanted to do artistic statement at the top, and<br>18  that was, I believe, when the Gordon Goner side of<br>19  things kind of took greater prominence in the thing<br>20  because that was where Ryder linked to it, and you know,<br>21  it was kind of a bigger thing, as I recall.  I wasn't so<br>22  close to the project before that.<br>23  Q.    So who designed the RR/BAYC.com website?<br>24            MS. CULP:  Objection. Vague.<br>25  A.    So it was, you know, small teams, so it was<br> 1  programmed by me and Ryan, and so we had some ideas for<br> 2  what we thought might be effective in thinking about<br> 3  like performance in showing a bunch of things and how we<br> 4  want the UI to look, but Ryder was the final say.  So<br> 5  either he came up with ideas or he approved our ideas or<br> 6  he told us what to change about our ideas, but he was<br> 7  the creative lead on the thing.  He had | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| the final say.<br>8 Q.      Now I think we discussed earlier that the<br>9 RR/BAYC NFTs were connected to certain digital images;<br>10 is that correct?<br>11 A.      Correct, yes.<br>12 Q.      What digital images did the RR/BAYC NFTs link<br>13 to?<br>14 A.      So there is a standard, beyond ERC-721, called<br>15 the ERC-721 metadata, which is an optional standard but<br>16 almost everyone uses it, and what that requires that you<br>17 do is, you expose a function that your computer program,<br>18 smart contract does, which is called, token. URI, and<br>19 URI is just a fancy way of saying URL. And so what that<br>20 function spits back out, you type in a number like 5, ID<br>21 5, it spits back a URL that says go to this URL and find<br>22 the metadata for this token. And so when you go to the<br>23 URL, find the metadata, that metadata is typically a<br>24 JSON file, like just a text file and within that<br>25 metadata is another URL that links to an image, and for<br>1 the Ryder project, when you went through those steps,<br>2 you would see at the very end the final URL, which was<br>3 the image. That would be an image of a Bored Ape Yacht<br>4 Club ape.<br>5 Q.      And why did the RR/BAYC | | |

| | Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|---|
| 1 | | | |
| 2 | NFTs include that link? | | |
| 3 | 6          MS. CULP:  Objection.  Calls for | | |
| 4 | 7          speculation. | | |
| 5 | 8 A.      So yeah, speaking from my understanding, you | | |
| 6 | 9  know that was part of the Right-Click, Save thing, | | |
| 7 | 10  certainly.  I think that, you know, you can't -- if you | | |
| 8 | 11  modify the image, and you say -- well, the whole point | | |
| 9 | 12  is you shouldn't be upset by Right-Click, Save even if | | |
| 10 | 13  it's an exact duplicate. | | |
| 11 | 14          I think it was also part of the other | | |
| 12 | 15  criticism, in that by drawing attention to these images, | | |
| 13 | 16  maybe that would help draw attention to the things that | | |
| 14 | 17  Ryder was saying were in them that were hidden and bad, | | |
| 15 | 18  so I think that was part of it. | | |
| 16 | 19          But, my understanding and the reason I got | | |
| 17 | 20  there was more for the first part to kind of, you know, | | |
| 18 | 21  push this idea and also to some extent troll people | | |
| 19 | 22  that, like, it looks the same, but it looks -- but you | | |
| 20 | 23  should not be upset by that, if you understand anything | | |
| 21 | 24  about NFTs.  I think that was kind of the initial | | |
| 22 | 25  impetus for it, as I saw it. | | |
| 23 | 24 | | |
| 24 | | | |
| 25 | 9  Q.      And was the Yuga Labs skull logo a subject of | | |
| 26 | 10  criticism by Mr. Ripps? | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 11             MS. CULP:  Objection.  Calls for<br>12        speculation.  Vague.  Overbroad.<br>13  A.     Yes.  As I recall that was one of the<br>14  significant things that he was saying.  I think it was<br>15  higher up on gordongoner.com, if I remember, I don't<br>16  remember that well.  But yes, I think that was<br>17  definitely a thing he was talking about. | | |
| 57:15–60:24<br>15  Q.     Do you think the Ryder Ripps Bored Ape Yacht<br>16  Club project was successful in bringing attention to<br>17  these problematic images?<br>18             MS. CULP:  Objection.  Lacks<br>19        foundation.  Calls for speculation.  Overbroad.<br>20        Vague.<br>21  A.     Yeah, I would say it was successful.  I would<br>22  say that, you know -- I don't know if it was -- it -- I<br>23  would say I don't know if it was successful at achieving<br>24  the specific aims of anyone involved in terms of it just<br>25  grew especially around the time of NFT NYC and the<br> 1  lawsuit.  And when it sort of sold out, there was a<br> 2  tremendous amount of online craziness about this, people<br> 3  talking about it from different perspectives.  It was a<br> 4  very frenetic online time.<br> 5        So in terms of the message | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| everyone took home<br>6 from it, I can't say, but I think people were paying<br>7 attention to the project and to Ryder.<br>8 Q.    Now you mentioned RR/BAYC.com had an artist<br>9 statement?<br>10 A.     It did.<br>11 Q.     Who wrote the artist statement?<br>12 A.     Ryder.<br>13 Q.     Did RR/BAYC.com do anything to differentiate<br>14 the RR/BAYC project from Yuga Labs BAYCs?<br>15          MS. CULP:  Objection. Calls for<br>16      speculation.  Vague.<br>17 A.     Yes, I think it did.  I think the artist<br>18 statement itself was a, you know, big kind of something<br>19 that Ryan and I were sort of critical of Ryder at the<br>20 time.  Sort of saying like from a web usability<br>21 standpoint, you don't want to have a big wall of text<br>22 that's small in front of the user when they show up.<br>23 So, you know, get people to read it.  If they read it,<br>24 they understood something.  But even just seeing this<br>25 big wall of text, you know, it's kind of like, okay,<br>1 what is this website?<br>2      And then, you know, the website sold only one<br>3 thing out of everything and it had a very peculiar<br>4 system, where typically with NFT mints you don't reserve | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 5  the one you want.  And that's not a good strategy if<br>6  you're trying to sell these things because people will<br>7  just reserve the best ones.  They all cost the same<br>8  price.<br>9       So it had this weird element.  You could<br>10  reserve it and have your thing canceled, which is also a<br>11  weird element.  You could reserve it and someone else<br>12  reserve it first.  So there was something pretty weird<br>13  about this.  It was the first time I think anyone has<br>14  ever done this.  I was happy about participating in<br>15  that.  So it had this weirdness.<br>16       And then of course there was this disclaimer,<br>17  where if you selected an ape, you had to check a box<br>18  before it would let you reserve it.  And the box<br>19  basically said you, you know, you got to understand this<br>20  is like reusing the imagery in some way.  So I think the<br>21  overall effect of the site, as I, you know, tried to<br>22  design it and work on it and as I thought of the effect<br>23  that it had, was that it was, you know, distinguished<br>24  from the other type of NFTs with the same imagery.<br>25  Q.     Okay.  I appreciate the detail.  I want going<br>1  to break that down just a little bit.  So one of the | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 2  things that you mentioned was that you and Ryan made<br>3  some suggestions from a web usability standpoint; is<br>4  that fair?<br>5 A.     Yes.<br>6 Q.     Because that was your role on the project was<br>7  to make this website useable; is that fair?<br>8 A.     Correct.<br>9 Q.     So from a web usability standpoint, you and<br>10  Mr. Hickman felt that the artist statement actually made<br>11  the website less user friendly; is that fair?<br>12 A.     Yeah.  Most the time you go to a website, you<br>13  don't see -- especially a mobile, you really have to<br>14  scroll.  So it was a very atypical and ill advised from<br>15  a pure usability standpoint way to set up a website.<br>16 Q.     But why was it ultimately included -- strike<br>17  that.<br>18        Why was the artist statement ultimately<br>19  included, if it had a negative impact on usability?<br>20             MS. CULP:  Objection.  Calls for<br>21        speculation.<br>22 A.     I don't know if it ended up having a negative<br>23  impact.  It had that risk as I saw.  But to answer your<br>24  question, Ryder wanted it and so he had the final call. | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 72:22–72:23<br>10      You were engaged with NFT Twitter while you<br>11  were working on the RR/BAYC project, correct?<br>12 A.      Correct.<br>13           MS. CULP:  Objection. Vague.<br>14 Q.      Did you have discussions with people on an NFT<br>15  Twitter about RR/BAYC?<br>16           MS. CULP:  Objection. Vague and<br>17      overbroad.<br>18 A.      I probably did, but I'm just not like super<br>19  active generally, so I was probably like looking at<br>20  stuff, and I probably did some Twitter spaces too, which<br>21  I like more where you're just talking, but, yeah.<br>22 Q.      Do you have a sense for what the response from<br>23  NFT Twitter was to the RR/BAYC project?<br>24 MS. CULP: Objection. Calls for<br>25 speculation. Vague. Overbroad.<br><br>73:1–73:16<br> 1 A.      First of all, there was just a lot, like there<br> 2  was a lot of people talking about it when it first<br> 3  launched.  Like the couple of days that first launch, a<br> 4  lot of people reserved stuff, a lot of people talked<br> 5  about it.  I think that, you know, there was a mix.<br> 6      Like I think people thought it was cool, but | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 7 also, you know, a lot of people don't like Ryder, so I<br>8 think that Ryder also received a lot of criticism for<br>9 it. You know, I think, yeah, it was like a very --<br>10 there was a lot of conversation around it.<br>11 Q.    So there was a lot of conversation around the<br>12 Ryder Ripps Bored Ape Yacht Club project, correct?<br>13        MS. CULP:  Same objections.<br>14 A.    Correct.  Well I was specifically talking about<br>15 around launch and also previous we talked about around<br>16 NFT NYC.  Those were the biggest times, but yes. | | |
| <u>80:22–80:25</u><br>22 Q.    At the time that the RR/BAYC project was first<br>23 created using the Foundation contract, could you buy a<br>24 Yuga Labs BAYC NFT on Foundation?<br>25        MS. CULP:  Objection. Calls for<br>1 speculation<br><br><u>81:2–81:4</u><br>2 A.    To my knowledge, I don't think you could ever<br>3 buy a Yuga Labs NFT.  What I recall I think more<br>4 narrowly at that time, no, I don't think you could. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 90:1–90:24<br>1 Q.      Has Yuga Labs been the subject of criticism?<br>2             MS. CULP:  Objection, overbroad.<br>3        Vague.<br>4 A.    Yes, I would say so.<br>5 Q.     What criticisms are you aware of?<br>6 A.     So, I mean, there is the whole controversy<br>7 surrounding the Bored Ape Yacht Club and so forth that's<br>8 been discussed that's been partially and, of course,<br>9 Ryder is very outspoken and other people have said that<br>10 stuff too.<br>11        You know, I mean, I think the -- I think they<br>12 have also received some, you know, criticism around<br>13 their new you know, strategy of being a gaming company.<br>14 Are they going to be able to do a good job for this.<br>15        Do they have to, you know, keep providing more<br>16 NFTs for their existing holders to make it worthwhile to<br>17 keep going.  I think it's also perceived by some to be<br>18 somewhat of an elitist thing.  There was a famous meme<br>19 where someone tweeted that unless you have a $100,000<br>20 profile picture, I don't want to talk to you.<br>21        And I think people associate that sometimes<br>22 with the Yuga community.  But they are also the biggest | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 23  player in the space, so they draw a ton of criticism.<br>24  It's hard to catalog it all. | | |
| 96:3–96:20 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
|  | | |
| 97:15–98:8 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 108:14–109:20 | No objection | |



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ██████████████████████ | | |
| 115:10–116:6 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ███████████ | | |
| *116:7–116:20 [Plaintiff's Counter-Designation to lines 116:21-116:25, 117:3-117:15]* | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 116:21–116:25 ████████████████████ | No objection | |
| 117:3–117:15 ████████████████████ | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| _117:16–118:1 [Plaintiff's Counter-Designation to 117:3-117:15, 118:2-118:15]_  | No objection | |
| 118:2–118:15 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| | | |
| *119:2–119:9 [Plaintiff's Counter-Designation to 118:2-118:15]* | No objection | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |
| 120:16–120:18 | No objection | |
| ███████████ | | |
| ███████████ | | |
| ███████████ | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 123:5–123:24 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | No objection | |
| *123:25–124:9 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13,* | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| _126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]_ | | |
| 124:10–124:13 | No objection | |
| _124:14–125:9 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]_ | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
|  | | |
| 126:11–126:15 | No objection | |

| | Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|---|
| | 126:20–127:3 | No objection | |
| | 127:15–128:2 | No objection | |



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| <u>142:9–142:17</u><br>9  Q.     The ApeMarket.com marketplace never existed,<br>10  correct?<br>11            MS. CULP:  Objection.  Asked and<br>12        answered.<br>13  A.     Correct.<br>14  Q.     You never made a penny from ApeMarket.com,<br>15  correct?<br>16            MS. CULP:  Objection lacks foundation.<br>17  A.     Correct. | No objection | |
| <u>146:18–147:13</u><br>18  Q.     Paragraph 7 of Exhibit 1.  You say Ripps<br>19  oversaw the business venture in part by providing<br>20  guidance and input on the design of the website.<br>21        Do you see that?<br>22  A.     Yep.<br>23  Q.     And I think we talked about this a little bit<br>24  earlier today, right?<br>25  A.     Yes.<br> 1  Q.     One of the things that Mr. Ripps did was he<br> 2  directed the artistic statement to appear on<br> 3  RR/BAYC.com, correct?<br> 4  A.     Correct.<br> 5  Q.     You discussed the disclaimer that appeared on<br> 6  RR/BAYC.com?<br> 7  A.     Yep.<br> 8  Q.     Mr. Ripps directed you to include the<br> 9  disclaimer?<br>10  A.     Yep.<br>11  Q.     And you said Mr. Ripps drafted | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| the artistic<br>12 statement?<br>13 A.    Yep. | | |
| 157:22–158:2<br>22 Q.    Sure.  When you joined the project, did you<br>23 think that you were doing anything wrong?<br>24 A.    No.<br>25 Q.    You didn't set out to do anything wrong,<br>1 correct?<br>2 A.    Correct. | No objection | |
| 171:2–171:24<br>2 Q.    All right.  Paragraph 15, there's some<br>3 discussion of this statement cutting Yuga to 0.  Do you<br>4 see that?<br>5 A.    Yep.<br>6 Q.    Was cutting Yuga to 0 something that you said<br>7 or that one of the other folks in the discord chat said?<br>8 A.    I think I might have said it actually.  I think<br>9 I said it in the context of a conversation around the<br>10 fee structure of, you know, one idea for Ape Market, and | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 11  so I was saying, so under this, you know, we're cutting<br>12  you to 0 with this?  And I think Jeremy or someone else<br>13  said yes or something like that.  And so I think I might<br>14  have said that, yeah, as a way of talking about this<br>15  idea of lowering -- cutting out creator royalties from<br>16  the marketplace.<br>17  Q.      So cutting Yuga to 0 is talking about creator<br>18  fees, correct?<br>19  A.      Yes, I think so, yeah.<br>20  Q.      Decreasing the creator fees on Ape Market to 0<br>21  percent, correct?<br>22  A.      Correct.<br>23  Q.      You never actually cut Yuga to 0, correct?<br>24  A.      Correct. | | |
| <u>175:23–179:13</u><br><br>23  Q.      All right.  Paragraph 17, these are quotes that<br>24  are attributed to you, correct?<br>25  A.      Yes.<br>1  Q.      You state, "I wrote in the team Ape Market<br>2  discord, but yes, I guess RR/BAYC is a low effort<br>3  art/scam," correct?<br>4  A.      Yes.<br>5  Q.      I want to give you an opportunity to explain<br>6  what you meant by that.<br>7  A.      Sure.  So -- well, what I meant by the<br>8  statement is that it was literally -- it was verifying<br>9  that it was literally in the discord, and | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| in the discord<br>10  the context for that is that there was a --- I think<br>11  there was a different project that had taken over the<br>12  news item before RR/BAYC was ever number one on OpenSea,<br>13  there was a different project that was you number one on<br>14  OpenSea and that was a project which was completely<br>15  disgusting and depicted -- I won't even get into it.<br>16  But it was just like a very low effort and not -- just<br>17  gross project.  And it was number one and it was number<br>18  one because people -- I don't know.  Who knows why.<br>19       I was just like why is this thing number one?<br>20  And I was sort of saying, well, you know, this thing<br>21  deserves to be number one and RR/BAYC, on the other hand<br>22  is the low effort art scam just like people say.  So I<br>23  was being sarcastic here.  I was using it -- calling it<br>24  a low effort art scan and elevating a different more<br>25  disgusting project to say that I found it funny that<br>1  this gross project was number one and RR/BAYC was<br>2  frowned important.<br>3  Q.      So when you said but yes, I guess RR/BAYC is a<br>4  low effort art/scam, you were being sarcastic, correct?<br>5  A.      Yes.<br>6  Q.      Was sarcasm a common |  |  |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| occurrence in the teammate<br>7  market discord?<br>8  A.     Yes.<br>9  Q.     You made sarcastic comments in the teammate<br>10  market discord?<br>11  A.     Yes.<br>12  Q.     Other's made comments that were sarcastic?<br>13  A.     Yes.<br>14  Q.     You understood them to be sarcastic?<br>15  A.     Yes.<br>16  Q.     And in order to understand sarcastic comments<br>17  you often need context, right?<br>18  A.     Yes.<br>19  Q.     All right.  There's another quote in paragraph<br>20  17 that's attributed to you from a Twitter direct<br>21  message to a friend?<br>22  A.     Yes.<br>23  Q.     And it is, "I guess Ryder doing the full on<br>24  scammer LARP, ha ha," right?<br>25  A.     Yes.<br>1  Q.     I'd like to give you an opportunity to explain<br>2  the context for that comment.<br>3  A.     Sure.  So LARP, is another meme.  It stands for<br>4  live action role play, so it's like role playing, and<br>5  this quote comes from a time before I was even involved,<br>6  I believe.  This was from really in the beginning when<br>7  Ryder was first launching and was first coming on my<br>8  scene.<br>9       Basically Ryder had sold some of | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| these things<br>10  and created somewhat of a stir, and then he got, you<br>11  know, I guess it was a DMCA at that point from Yuga or<br>12  some kind of take this down from Yuga thing, and so what<br>13  I was looking at here was the idea that -- basically I<br>14  was saying that if Ryder takes these people's money and<br>15  creates this stir, but then runs away, if he gets<br>16  threatened, and this is kind of also a reference to<br>17  another, you know -- other stuff in the NFT community<br>18  where this is considered to be a scammer thing, like a<br>19  LARP, like a role play of the scammer, which the scammer<br>20  will do something, maybe it's transgressive, maybe the<br>21  scammer receives -- gets results and then the scammer<br>22  disappears, whether it's because of a legal threat or<br>23  something else.<br>24         So what I was saying is if Ryder disappears, he<br>25  will be doing a scammer role play because scammers take<br> 1  people's money and then disappear when --<br> 2  Q.     Ryder didn't disappear, correct?<br> 3  A.     Correct.<br> 4  Q.     You didn't mean to imply that Ryder was a<br> 5  scammer, correct?<br> 6  A.     Correct.<br> 7  Q.     So any attempt to construe your statement | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 8  suggesting that you did think that Ryder was a scammer, 9  would be incorrect, right? 10  A.      Correct.  I was staying that if Ryder does 11  these things, does X, Y, Z, then I will think of him as 12  a scammer LARP, but he did not do those things, so I 13  don't consider it that. | | |
| 181:21–182:7 21  Q.      All right.  Paragraph 18 talks about some Yuga 22  Labs trademarks, right? 23  A.      Yep. 24  Q.      And you say that the business venture used 25  those marks including in the name RR/BAYC on RR/BAYC.com 1  and ApeMarket.com, correct? 2  A.      Correct. 3  Q.      You testified earlier that the only thing 4  that's ever been on ApeMarket.com is an emoji, right? 5  A.      Right.  That's a good point.  I think -- I 6  think we -- I guess we used the word ape on a market dot 7  com, a domain. | No objection | |
| 184:19–184:23 19  Q.      RR/BAYC was never meant as an attempt to 20  replace the original BAYC NFTs, correct? 21           MS. CULP:  Objection.  Calls for 22           speculation. 23  A.      Correct.  To my knowledge, yeah. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| <u>188:13–188:21</u><br>13 Q.      Paragraph 23, you talk about ways that you<br>14 propose to address the concerns that you raised with the<br>15 defendants, correct?<br>16 A.      Yes.<br>17 Q.      That's referring to concerns about Ape Market,<br>18 correct?<br>19 A.      Yes.<br>20 Q.      Ape Market never launched, correct?<br>21 A.      Yes. | No objection | |
| <u>193:13–194:16</u><br>13 Q.      You mentioned that one of the ways that RR/BAYC<br>14 is differentiated from BAYC was this disclaimer that's<br>15 on RR/BAYC.com, right?<br>16 A.      Yes.<br>17 Q.      It's only one of the ways in which a person can<br>18 distinguish the collections, correct?<br>19             MS. CULP:  Objection. Incomplete<br>20      hypothetical.<br>21 A.      Yes.<br>22 Q.      What are some other ways?<br>23 A.      As I put in the statement, you can look at the<br>24 -- well, one thing is that you can look at Etherscan.<br>25 We talked about this.  I was noting in the statement<br> 1 here that you can look at this in foundation.<br> 2 Foundation, I believe, shows you the creator of this<br> 3 thing.<br> 4             So even without leaving Foundation you can see | No objection | |

| | Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|---|
| | 5  that and I think there's information on the main page,<br>6  on the token page, so you would have to look around at<br>7  what were you seeing.<br>8        You would not have an easier experience of<br>9  being forced to acknowledge something before you could<br>10  literally pay.<br>11 Q.    But it certainly wouldn't have been impossible<br>12  to differentiate the collections even on Foundation,<br>13  correct, sir?<br>14             MS. CULP:  Objection. Calls for<br>15       speculation.<br>16 A.    Correct.  In my opinion, that's correct. | | |
| | <u>210:16–214:7</u><br>16 Q.    For funds that were received before the RSVP<br>17  contract was implemented, how were those funds<br>18  distributed?<br>19 A.    So I or Ryan, I think it was me, made some kind<br>20  of calculation based on Etherscan or what mints that it<br>21  happened or something like this and sent a text message<br>22  and said here's how much Ryder needs to send for the<br>23  profits he made before this, and then looking forward.<br>24  It's all automatic.<br>25 Q.    And he did, in fact, send you those funds?<br>1 A.    Yes.<br>2 Q.    Approximately when? | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 3  A.    I want to say late May, like it was at the time<br>4  that we did the first withdraw from the RSVP contract<br>5  and then the idea was, well, while we're distributing<br>6  this, we might as well distribute the other thing and<br>7  that was how that went down.<br>8  Q.    And would that have been a direct transfer from<br>9  Ryder's wallet to your wallet?<br>10  A.    Yes.<br>11  Q.    So if I go on Etherscan and I look at either of<br>12  your wallets, I can find that transaction, right?<br>13  A.    Yes.<br>14  Q.    Approximately how much was that?<br>15  A.    30 for -- 50 -- 40 -- I've got to do my taxes<br>16  on this, so you know, 10's of ether.<br>17  Q.    Understood.  Would it stand out on your<br>18  transactions as one of the largest ether amounts?<br>19  A.    Yes.<br>20  Q.    I'm going to screen share for a moment.  Can<br>21  everybody see what I'm screen sharing?<br>22  A.    Yep, I can.<br>23          MR. JACOBS:  I can see.<br>24  Q.    For the record, I've navigated my web browser<br>25  to Etherscan.io.  Mr. Lehman, this is Etherscan,<br>1  correct?<br>2  A.    Yep.<br>3  Q.    So in order to make a record, I'm going to | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 4  navigate this to your Ethereum wallet page, okay?<br>5  A.     Okay.<br>6  Q.     So I'm going to go to the declaration first.<br>7  And I'm going to grab your ETHE wallet address from<br>8  there?<br>9  A.     Yep.<br>10  Q.     The first thing I'm going to have to do is OCR<br>11  it so give me as second.<br>12  A.     If you want, you can use my ENS.<br>13  Q.     Okay.<br>14  A.     So just type in there middle March, M-I-D-D-L-E<br>15  M-A-R-C-H dot ETHE.<br>16  Q.     For the record, I'm navigating the web browser<br>17  on Etherscan to middle march dot ETHE?<br>18  A.     So you can see my resolved address there, DA97.<br>19  Q.     I'm going to navigate to the page for the<br>20  wallet ending in DA97 on Etherscan. Do you see here a<br>21  list of transactions?<br>22  A.     Yes.<br>23  Q.     Let's see if I can -- I'm going to filter this<br>24  by view incoming transactions.  And this -- May of 2022<br>25  is about 10 months ago.  So I'm going to try and find<br>1  that.  There's a transaction here on this page that's<br>2  32.398 from Ryder Ripps Studies.  Do you see that?<br>3  A.     I do.<br>4  Q.     Is that the transaction that we're | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
| --- | --- | --- |
| referring<br>5  to?<br>6  A.    I can't say for sure, but it seems pretty<br>7  likely.  I can't see another reason why Ryan would be<br>8  sending me that amount of ETHE on that day, so yeah,<br>9  probably, I think that's a good --<br>10  Q.    So if we look here, that is the single largest<br>11  incoming ETHE amount of any transaction since May of<br>12  2022, correct?<br>13  A.    So it's the largest ETHE amount of anyone<br>14  transferring me ETHE.<br>15  Q.    Right.<br>16  A.    There can be the case of someone interacting<br>17  with a contract and as a side effect that sends me ETHE<br>18  and that won't show up in this exact view, but for<br>19  purpose of someone sending me ETHE, yes, that's<br>20  accurate.<br>21  Q.    So I'm going to navigate now to that<br>22  transaction hash and the ending transaction hash if<br>23  4B90.  And reflected here is a transfer from EMS domain,<br>24  RyderRipps.ETHE to MiddleMarch.ETHE on May 27, 2022.  Do<br>25  you see that?<br>1  A.    Yep.<br>2  Q.    And the amount is 32.398 ETHE, correct?<br>3  A.    Yep.<br>4          MR. GOSMA:  I am going | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| to save that as<br>5        a PDF and I will drop it in the chat and we<br>6        will mark that as Exhibit 2.<br>7              (Whereupon, the Etherscan.io screenshot | | |
| 214:15–216:23<br>15 Q.     Paragraph 37 you state, it's my understanding<br>16  that at least Ripps also received royalties from the<br>17  resell of RR/BAYC NFTs through NFT marketplaces<br>18  Foundation.  Do you see that?<br>19  A.     Yes.<br>20 Q.     You state that you have not received any of<br>21  those royalties, correct?<br>22  A.     Yes.<br>23 Q.     You don't know whether Mr. Ripps has received<br>24  any – strike that.<br>25         You don't know how much Mr. Ripps has received<br> 1  in royalties from either marketplace, correct?<br> 2  A.     I don't, correct.<br> 3  Q.     The amount that he has received is a verifiable<br> 4  number using the Blockchain, correct?<br> 5  A.     Yes. | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 6  Q.      You don't know – strike that.<br>7          On Foundation and LooksRare, the creator fees<br>8  are an adjustable value, correct?<br>9  A.      My understanding that for these marketplaces,<br>10  you can't change them which is why he gets them versus<br>11  other places where he said he doesn't want them and they<br>12  respected that wish.<br>13  Q.      So on other platforms, Mr. Ripps did decline to<br>14  receive creator fees for RR/BAYC NFTs, correct?<br>15  A.      That's my understanding, yes.<br>16  Q.      What platforms?<br>17  A.      So that would be OpenSea X2Y2.  Those are the<br>18  big ones.  I guess, I'm not sure what's done on Blur.<br>19  Yeah, I think – but yeah, I think that was my<br>20  understanding of the dynamic at play that he tried to do<br>21  it and some places he couldn't and so that's where he<br>22  stands.<br>23  Q.      What's your understanding of why he chose not<br>24  take those creator fees?<br>25  A.      I don't know.  I mean, I think there's kind<br>1  of like – and now even more so, big debate on what<br>2  those even mean, should anyone be taking those.  I think<br>3  that part of the ethos of the project was sort of<br>4  saying, like, hey, shouldn't you just submit to some big<br>5  company taking a creator's fee. | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 6      And if you're not a big company, maybe it's<br>7  different, whatever, so I think there was some tension<br>8  there, and I think royalty free stuff goes back to the<br>9  crypto punks, again, they had this big royalty free<br>10  marketplace, the first one, so I think this appeals to<br>11  people.<br>12      And so I think that was part of the, you know,<br>13  incidental ethos of the project, especially since we<br>14  were launching a low to zero fee marketplace ourselves,<br>15  but I also don't think it would have been inconsistent<br>16  for Ryder to want to do that.  He just said that he<br>17  didn't want to and that's what he did.<br>18  Q.    Paragraph 38 talks about proposed splitting<br>19  revenue from Ape Market, correct?<br>20  A.    Yes.<br>21  Q.    To be clear, the total revenues from Ape Market<br>22  were zero, correct?<br>23  A.    Correct. | | |
| 219:14–220:3<br><br>█████████████ | No objection | |



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 229:20–230:25 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ███████████████████ | | |
| 231:4–231:22 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| | | |
| *237:19–25 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]* | LEADING [Defendants' Objection] This answer was asked in a leading manner by counsel. The answer is wholly contained in the question. Fed. R. Evid. 611.  At the time he testified, Mr. Lehman was bound by a non-disparagement clause in his settlement agreement, and should therefore be considered a friendly witness to Yuga. | Defendants noticed the deposition and were taking the deposition and are offering the testimony in their affirmative case and so the form of the question as leading on cross-examination by Plaintiff's counsel is appropriate. Fed. R. Civ. P. 30(c)(1).  That Mr. Lehman signed a non-disparagement clause is irrelevant. Defendants affirmed even after this deposition that Mr. Lehman remained their business partner. *See e.g.* Dkt. 235 at 12:2.  Moreover, |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| | | the non-disparagement clause explicitly affirmed that "[n]othing in this section shall preclude Lehman from providing truthful, verifiable, factual information when . . . responding truthfully to inquiries made in connection with any legally required disclosure."  And, Mr. Lehman testified about the non-disparagement clause that he understood "that I should tell the truth, and if I do that, I'm fine." Lehman Depo. Tr. 9:19-21. Therefore, as a partner of the RR/BAYC Project, as Defendants call it, Mr. Lehman remained adverse to Yuga Labs notwithstanding the non-disparagement clause, which had no impact on his truthful testimony. |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| *238:4–240:19  [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]* | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
| --- | --- | --- |



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| *241:1–13 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]* | LEADING [Defendants' Objection] This answer was asked in a leading manner by counsel. The answer is wholly contained in the question. Fed. R. Evid. 611.  At the time he testified, Mr. Lehman was bound by a non-disparagement clause in his settlement agreement, and should therefore be considered a friendly witness to Yuga. | Defendants noticed and were taking the deposition and are offering the testimony in their affirmative case and so the form of the question as leading on cross-examination by Plaintiff's counsel is appropriate. Fed. R. Civ. P. 30(c)(1).  That Mr. Lehman signed a non-disparagement clause is irrelevant. Defendants affirmed even after this deposition that Mr. Lehman remained their business partner. *See e.g.* Dkt. 235 at 12:2.  Moreover, the non-disparagement clause explicitly affirmed that "[n]othing in this section shall preclude Lehman from providing truthful, verifiable, factual information when . . . responding truthfully to inquiries made in connection with any legally required |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| | | disclosure."  And, Mr. Lehman testified about the non-disparagement clause that he understood "that I should tell the truth, and if I do that, I'm fine." Lehman Depo. Tr. 9:19-21. Therefore, as a partner of the RR/BAYC Project, as Defendants call it, Mr. Lehman remained adverse to Yuga Labs notwithstanding the non-disparagement clause, which had no impact on his truthful testimony. |
| *241:16–242:13 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]* ■■■■■■ | 241:16–25 LEADING [Defendants' Objection] This answer was asked in a leading manner by counsel. The answer is wholly contained in the question. Fed. R. Evid. 611. | Defendants noticed and were taking the deposition and are also offering the testimony in their affirmative case and so the form of the question as leading on cross-examination by Plaintiff's counsel is appropriate. Fed. R. Civ. P. 30(c)(1). Furthermore, Defendants admit that Mr. Lehman is their "partner" and so he is an adverse |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | witness to Yuga Labs. *See* Dkt. 235 at 12. |
| 246:13–247:25 | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ███████████████████████<br>███████████████████████<br>██████████████. | | |
| 248:3–249:24<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████ | No objection | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ████████████████████ | | |
| 250:2 ███████████ | No objection | |
| *250:7–251:17 [Plaintiff's Counter-Designation to Defendants' designations at lines 96:3-96:20, 97:15-98:8, 108:14-109:20, 115:10-116:6, 116:21-116:25, 117:3-117:15, 118:2-118:15, 120:16-120:18, 123:5-123:24, 124:10-124:13, 126:11-126:15, 126:20-127:3, 127:15-128:2, 164:14-165:12, 246:13-247:25, 248:3-249:24, 251:23-252:7]* | No objection | |



| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| | | |

| Defendants' Designations of Thomas Lehman | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 251:23–252:7 ████████████ | No objection | |

Dated:  August 11, 2023            WILMER CUTLER PICKERING HALE
                                   AND DORR LLP


                                   By:  /s/ *Louis W. Tompros*
                                        Louis W. Tompros(*pro hac vice*)
                                        louis.tompros@wilmerhale.com
                                        **WILMER CUTLER PICKERING
                                          HALE AND DORR LLP**
                                        60 State Street
                                        Boston, MA 02109
                                        Telephone: (617) 526-6000
                                        Fax: (617) 526-5000

                                   Attorneys for Defendants
                                   RYDER RIPPS and JEREMY CAHEN


Dated:  August 11, 2023            FENWICK & WEST LLP


                                   By:  /s/ *Eric Ball*
                                        Eric Ball
                                        Attorneys for Plaintiff
                                        YUGA LABS, INC.


## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of

California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence

in the filing of this document has been obtained from Eric Ball.


                                    */s/ Louis Tompros*
                                    Louis W. Tompros(*pro hac vice*)
                                    louis.tompros@wilmerhale.com
                                    **WILMER CUTLER PICKERING
                                      HALE AND DORR LLP**
                                    60 State Street
                                    Boston, MA 02109
                                    Telephone: (617) 526-6000
                                    Fax: (617) 526-5000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on August 11, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000