| | |
|---|---|
| 1  Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>2  Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>3  Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>4  Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>5  **WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>6  60 State Street<br>  Boston, MA 02109<br>7  Telephone: (617) 526-6000<br>  Fax: (617) 526-5000<br>8<br>  Derek Gosma (SBN 274515)<br>9  derek.gosma@wilmerhale.com<br>  Henry Nikogosyan (SBN 326277)<br>10  henry.nikogosyan@wilmerhale.com<br>  **WILMER CUTLER PICKERING<br>11    HALE AND DORR LLP**<br>  350 South Grand Ave., Suite 2400<br>12  Los Angeles, CA 90071<br>  Telephone: (213) 443-5300<br>13  Fax: (213) 443-5400<br>14  Attorneys for Defendants<br>  RYDER RIPPS and JEREMY CAHEN | ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br><br>*Additional Counsel listed on next page*<br><br>Attorneys for Plaintiff<br>YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT NOTICE OF DEFENDANTS' DESIGNATED WITNESS TESTIMONY OF NICOLE MUNIZ**<br><br>Judge: John F. Walter<br><br>**REDACTED** |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

DAVID Y. SILLERS (*admitted pro hac vice*)
david@clarelocke.com
KATHRYN HUMPHREY (*admitted pro hac vice*)
kathryn@clarelocke.com
MEGAN L. MEIER (*admitted pro hac vice*)
megan@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: 202.628.7400

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's Civil Trial Order of June 7, 2023 (Dkt. 284) and the Court's July 31, 2023 order during trial, Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen submit the following joint notice of Defendants' designation deposition testimony of Nicole Muniz.

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 10:5–10:7<br>5      NICOLE MUNIZ,<br>6  having declared under penalty of perjury to tell<br>7  the truth, was examined and testified as follows: | No objection | |
| 10:21–10:25<br>21    Q.  Good morning, Ms. Muniz.<br>22    A.  Good morning.<br>23    Q.  You are testifying here today as the<br>24  corporate representative of Yuga Labs; right?<br>25    A.  Yes. | No objection | |
| 12:1–12:6<br>1    Q.  What is your current title with respect to<br>2  Yuga Labs?<br>3    A.  I'm currently on the board of directors<br>4  and an advisor.<br>5    Q.  You were formerly the chief executive<br>6  officer; right? | No objection | |
| *12:7–12:7 [Plaintiff's Counter-Designation]*<br>7    A.  Yes. | No objection | |

---

[1] Objections stated on the record and included in the text of the designations are maintained. No party intends to waive objections on the record by not restating them.

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 17:5–17:7<br>5    One of Yuga's categories of products is<br>6  NFT collections; right?<br>7    A.  Yes.<br>8 MR. BALL: Objection. | No objection. | |
| 17:21–17:23<br>21    Q.  Yuga Labs is a privately held corporation;<br>22  correct?<br>23    A.  Yes. | No objection | |
| 20:19–20:19<br>19        (Exhibit 220 marked.) | No objection | |
| 21:16–21:20<br>16    Q.  This is the Complaint that Yuga filed;<br>17  correct?<br>18    A.  I believe so.<br>19    Q.  Did you review it before it was filed?<br>20    A.  Probably. | No objection | |
| 23:6–23:8<br>6    Q.  Did the four founders of the Yuga Labs<br>7  work on the Bored Ape Yacht Club?<br>8    A.  Yes. | No objection | |
| 40:17–40:17<br>17        (Exhibit 221 marked.) | No objection | |
| 41:6–41:9<br>6    Q.  Yeah.  Is Yuga Labs aware of the web page<br>7  gordongoner.com?<br>8    A.  Yes. | No objection | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 9    Q.  And Exhibit 221 is a printout of<br>41:12–41:13<br>11 MR. BALL: Objection. Vague.<br>12    A.  I believe so.  I can't say for certain.  I<br>13  don't have it memorized. | | |
| 75:11–75:11<br>11         (Exhibit 224 marked.) | No objection | |
| 81:7–81:15<br>7          (Exhibit 225 marked.)<br>8  BY MR. TOMPROS:<br>9     Q.  You have been handed what is marked as<br>10 Exhibit 225, a two-page document with the control<br>11 numbers RIPPSCAHEN0000312 through 313.<br>12         Do you have that in front of you?<br>13    A.  Yes.<br>14    Q.  And the image on the front is a BAYC NFT<br>15 image; correct?<br>16 MR. BALL: Objection. | No objection | |
| 81:17–81:20<br>17    A.  I believe so.<br>18    Q.  And what type of clothing is the ape<br>19 wearing in this image?<br>20    A.  Hip-hop. | No objection | |

JOINT STATEMENT RE
DEPOSITION TESTIMONY            3                    Case No. 2:22-cv-04355-JFW-JEM

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 83:2–83:3<br>2   Q.  And the hip-hop trait has been called<br>3  "problematic" by the Anti-Defamation League; right?<br>4 MR. BALL: Vague.<br>83:8–83:19<br>8    A.  I mean, I know what you're talking about,<br>9  and I will also say that all of where you're going<br>10  with this is bullshit.  They also said that, like,<br>11  most of these allegations are not true.  And they<br>12  said if anything, this is considered a little<br>13  problematic but that the overall accusations of your<br>14  client are incorrect.  That's also true.<br>15    Q.  Has Yuga Labs done anything to change<br>16  either the sushi chef headband, the hip-hop trait,<br>17  or the grin gold grill?<br>18    A.  No.<br>19    Q.  Why not?<br>20 MR BALL: Again 30(d) in the sense of<br>21 this is all irrelevant and harassing and a waste of<br>22 everybody's time considering you client's obvious<br>23 infringement, which the Court has already<br>24 highlighted. | No objection | |

| **Defendants' Designations of Nicole Muniz** | **Objections & Grounds[1]** | **Response to Objections** |
|---|---|---|
| 84:1–84:11<br>1   A.  Why would we?<br>2        (Exhibit 226 marked.)<br>3  BY MR. TOMPROS:<br>4   Q.  You've been handed what has been marked as<br>5  Exhibit 226, a two-page document with the control<br>6  numbers RIPPSCAHEN00000316 through 317.<br>7        Do you have that document in front of you?<br>8   A.  Yes.<br>9   Q.  And at the top left of that document is an<br>10  image associated with a Bored Ape Yacht Club NFT;<br>11  correct?<br>12  MR. BALL: Objection. Vague. Calls for<br>13  speculation. Still doesn't have the full<br>14  information expanded in any way.<br>84:15–84:18<br>15   A.  I believe so.<br>16   Q.  Okay.  And what kind of hat is that ape<br>17  wearing?<br>18   A.  Prussian helmet. | No objection | |
| 91:2–91:4<br>2   Q.  At what point did Yuga Labs become aware<br>3  of Mr. Ripps's criticisms about the content of the<br>4  BAYC collection?<br><br>91:6–91:11<br>6   A.  I mean, I think he started in December | No objection | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 7  of -- the year before.  I think he started in 2021<br>8  when the Adidas collaboration happened.<br>9     Q.  So Yuga was aware of Mr. Ripps's<br>10  criticisms of the BAYC collection in December of<br>11  2021; correct?<br>12 MR. BALL: Objection. Mischaracterizes<br>13 testimony. Vague.<br><br>91:14–91:15<br>14     A.  If you mean by "aware" we, like, knew that<br>15  it existed, yeah, we, like, heard about it. | | |
| 98:1–99:15 *[Plaintiff's Counter-Designation]*<br>[redacted] | No objection | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| [redacted] | | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| [redacted] | | |
| 99:25–100:3<br>25   Q.  And who ultimately was responsible for the<br>1   decision that Yuga Labs would sue Ryder Ripps and<br>2   Jeremy Cahen?<br>3        A.  Me. | No objection | |
| 100:16–101:1<br>16   Q.  The statement that Bored Ape NFTs were<br>17   "dubbed the epitome of coolness" by Forbes is not<br>18   true, is it?<br>19        A.  I think it was a typo.  They meant<br>20   "Fortune."<br>21   Q.  Has Yuga Labs taken any steps to correct<br>22   that in the Complaint?<br>23        A.  I leave that to counsel.<br>24   Q.  As far as you know, you're not aware of<br>25   any steps taken to correct that?<br>1        A.  I don't know. | No objection | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| 101:16–101:18<br>16   Q.  The lawsuit seeks millions of dollars from<br>17  two individuals; correct?<br>18     A.  I believe so. | No objection | |
| 167:8–167:10<br>8     Q.  Is there any NFT collection that you have<br>9  sued whose creators have not been critical of Yuga<br>10 Labs?<br>11 MR. BALL: Objection. Calls for a legal<br>12 conclusion. Vague.<br>167:13–167:15<br>13     A.  As you know, we have only -- we have only<br>14  done one lawsuit.<br>15          (Exhibit 237 marked.) | No objection | |
| 195:2–195:5<br>2     Q.  Is there such a thing as a released<br>3  ApeMarket.com?<br>4     A.  Not to my knowledge.  But aren't -- isn't<br>5  it still being promoted? | No objection | |
| [redacted] | No objection | |

| Defendants' Designations of Nicole Muniz | Objections & Grounds[1] | Response to Objections |
|---|---|---|
| ███████ | | |

| | |
|---|---|
| Dated: August 11, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: /s/ *Louis W. Tompros* |
| | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000 |
| | Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |
| Dated: August 11, 2023 | FENWICK & WEST LLP |
| | By: /s/ *Eric Ball* |
| | Eric Ball<br>Attorneys for Plaintiff<br>YUGA LABS, INC. |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

/s/ *Louis Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on August 11, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000