1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:  650.988.8500
5  Facsimile:   650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:  415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
14 YUGA LABS, INC.

15

16             UNITED STATES DISTRICT COURT
17             CENTRAL DISTRICT OF CALIFORNIA
18             WESTERN DIVISION – Los Angeles
19

20 YUGA LABS, INC.,                        Case No.: 2:22-cv-04355-JFW-JEM

21         Plaintiff,                     **CERTIFICATE OF SERVICE**

22     v.

23 RYDER RIPPS, JEREMY CAHEN,

24         Defendants.

25

26

27

28

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041.

On August 11, 2023, I served a copy of the following documents:

- **SEALED Declaration of Eric Ball in Support of Application for Leave to File Post-Trial Deposition Designations Under Seal Pursuant to Local Rule 79-5.2.2(a);**

- **SEALED Unredacted Joint Notice of Defendants' Designated Witness Testimony of Wylie Aronow;**

- **SEALED Unredacted Joint Notice of Defendants' Designated Witness Testimony of Thomas Lehman; and**

- **SEALED Unredacted Joint Notice of Defendants' Designated Witness Testimony of Nicole Muniz.**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

| | |
|---|---|
| Louis W. Tompros (*pro hac vice*) <br> louis.tompros@wilmerhale.com <br> Scott W. Bertulli (*pro hac vice*) <br> scott.bertulli@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 | Derek Gosma (SBN 274515) <br> derek.gosma@wilmerhale.com <br> Henry Nikogosyan (SBN 326277) <br> henry.nikogosyan@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 350 South Grand Ave., Suite 2400 <br> Los Angeles, CA 90071 |

☒   **BY E-MAIL:**  by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  August 11, 2023

*Betti J. Walrod*
Betti J. Walrod