UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEMx <br><br> **ORDER GRANTING PLAINTIFF YUGA LABS, INC.'S UNOPPOSED APPLICATION TO FILE POST-TRIAL DEPOSITION DESIGNATIONS UNDER SEAL** |

Having considered Plaintiff Yuga Labs, Inc.'s ("Yuga Labs") Unopposed Application for Leave to File Under Seal, IT IS HEREBY ORDERED as follows:

The Application is GRANTED with respect to the following materials, which shall be filed UNDER SEAL, because Yuga Labs has established compelling reasons that the materials should not be filed publicly:

| Document | Positions to Be Sealed |
|---|---|
| Deposition Designations — Wylie Aronow | 108:2-5 |
| | 109:8-10 |
| | 110:1-8 |
| | 110:11-20 |
| | 110:21-111:9 |
| | 111:11-15 |
| | 111:16-23 |
| | 111:24-25 |
| | 112:2-6 |
| | 112:7-8 |
| | 112:10-13 |
| | 112:14-15 |
| | 112:17-20 |
| | 112:21-23 |
| | 246:17-25 |
| | 262:11-20 |
| Deposition Designations — Nicole Muniz | 98:1-99:15 |
| | 260:25-261:17 |
| Deposition Designations — Thomas Lehman | 96:3-20 |
| | 97:15-98:8 |
| | 108:14-109:20 |

| Document | Positions to Be Sealed |
|---|---|
| | 115:10-116:6 |
| | 116:7-20 |
| | 116:21-25 |
| | 117:3-117:15 |
| | 117:16-118:1 |
| | 118:2-15 |
| | 119:2-9 |
| | 120:16-18 |
| | 123:5-123:24 |
| | 123:25-124:9 |
| | 124:10-13 |
| | 124:14-125:9 |
| | 126:11-15 |
| | 126:20-127:3 |
| | 127:15-128:2 |
| | 219:14-220:3 |
| | 229:20-230:25 |
| | 231:4-231:22 |
| | 237:19-25 |
| | 238:4-240:19 |
| | 241:1-13 |
| | 241:16-242:13 |
| | 246:13-247:25 |
| | 248:3-249:24 |
| | 249:25-250:2 |
| | 250:7-251:17 |

| Document | Positions to Be Sealed |
|---|---|
|  | 251:23-252:7 |

Yuga Labs shall file Defendants' deposition designations under seal as indicated above.

IT IS SO ORDERED.

Date: August 15, 2023

_____
Honorable John F. Walter