**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date: August 15, 2023 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: POST TRIAL FINDINGS OF FACT AND CONCLUSION OF LAW**

    Counsel for each party shall file and serve Proposed Post Trial Findings of Fact and Conclusions of Law on or before **August 28, 2023.** For each proposed fact, counsel shall cite to the specific evidence, and provide a citation to the trial transcript of the specific evidence, that supports that fact. For each proposed conclusion of law, counsel shall provide authority that supports that conclusion.

    Counsel for each party shall then:

    (1) Underline in red the portions of the opposing party's Post Trial Findings of Fact and Conclusions of Law that it disputes;

    (2) Underline in blue the portions that it admits; and

    (3) Underline in yellow the portions that it does not dispute, but deems irrelevant.

    Counsel may agree with a part of a finding or conclusion, disagree with a part of it, and/or consider a part of it irrelevant.

    One marked copy of opposing counsel's Proposed Post Trial Findings of Fact and Conclusions of Law shall be filed with the Court on or before **September 5, 2023** and one marked copy shall be served on opposing counsel. After the marked copies are filed, lead counsel for the parties shall meet and confer *in person* to resolve the disputed Post Trial Findings of Fact and Conclusions of Law. After the conference, counsel shall file **separate** Joint Statements on or before **September 26, 2023** in the following format:

1. **Joint Statement re: Plaintiff's Post Trial Findings of Fact and Conclusions of Law**
(Plaintiff's Proposed Post Trial Findings of Fact, Defendants' Basis for Dispute, Plaintiff's Responses, and Defendants' Replies)

   **Plaintiff's Disputed Post Trial Finding of Fact No.    :**
   [State the entire disputed finding of fact]

   **Defendants' Basis for Dispute:**
   [E.g., Defendants dispute the proposed finding as unsupported by the cited evidence because....]

   **Plaintiff's Response:**

   **Defendants' Reply:**

   ★★★★

2. **Joint Statement re: Defendants' Post Trial Findings of Fact and Conclusions of Law**
(Defendants' Proposed Post Trial Findings of Fact , Plaintiff's Basis for Dispute, Defendants' Responses and Plaintiff's Replies)

   **Defendants' Disputed Post Trial Finding of Fact No.    :**
   [State the entire disputed finding of fact]

   **Plaintiff's Basis for Dispute:**
   [E.g., Plaintiff disputes the proposed finding as unsupported by the cited evidence because....]

   **Defendants' Response:**

   **Plaintiff's Reply:**

Counsel shall attach a copy of the marked up versions of the Post Trial Findings of Fact and Conclusion of Law to the Joint Statements as Exhibits.

IT IS SO ORDERED.