| | |
|---|---|
| 1 | ERIC BALL (CSB No. 241327) |
| | eball@fenwick.com |
| 2 | KIMBERLY CULP (CSB No. 238839) |
| | kculp@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 801 California Street |
| 4 | Mountain View, CA  94041 |
| | Telephone:   650.988.8500 |
| 5 | Facsimile:    650.938.5200 |
| 6 | |
| | MOLLY R. MELCHER (CSB No. 272950) |
| 7 | mmelcher@fenwick.com |
| | ANTHONY M. FARES (CSB No. 318065) |
| 8 | afares@fenwick.com |
| | ETHAN M. THOMAS (CSB No. 338062) |
| 9 | ethomas@fenwick.com |
| | FENWICK & WEST LLP |
| 10 | 555 California Street, 12th Floor |
| | San Francisco, CA  94104 |
| 11 | Telephone:   415.875.2300 |
| 12 | |
| | *Additional Counsel listed on next page* |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | YUGA LABS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  DAVID Y. SILLERS (*admitted pro hac vice*)
   david@clarelocke.com
6  KATHRYN HUMPHREY (*admitted pro hac vice*)
   kathryn@clarelocke.com
7  MEGAN L. MEIER (*admitted pro hac vice*)
   megan@clarelocke.com
8  CLARE LOCKE LLP
   10 Prince Street
9  Alexandria, VA  22314
   Telephone:   202.628.7400
10
11 Attorneys for Plaintiff
   YUGA LABS, INC.

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On August 16, 2023, I served a copy of the following documents:

- **SEALED Joint Notice of Defendants' Designated Witness Testimony of Wylie Aronow;**
- **SEALED Joint Notice of Defendants' Designated Witness Testimony of Thomas Lehman; and**
- **SEALED Joint Notice of Defendants' Designated Witness Testimony of Nicole Muniz.**

on the interested parties in the subject action by placing true and correct copies thereof as indicated below, addressed as follows:

| | |
|---|---|
| Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109 | Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071 |

☒   **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury that foregoing is true and correct.

Dated:  August 16, 2023                              *Betti J. Walrod*
                                                                    Betti J. Walrod