ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **PLAINTIFF YUGA LABS, INC.'S NOTICE OF LODGING OF MARKED COPY OF DEFENDANTS' POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Trial Date: July 31, 2023 |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4
5  Attorneys for Plaintiff
   YUGA LABS, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fenwick & West LLP
Attorneys at Law

Pltf's Notice of Lodging of Marked Copy
of Defts' Post-Trial Proposed Findings of
Facts and Conclusions of Law

Case No. 2:22-cv-04355-JFW-JEM

Pursuant to the Court's Order re: Post Trial Findings of Fact and Conclusion of Law (Dkt. 409), Plaintiff Yuga Labs, Inc. ("Yuga Labs") hereby lodges the attached marked copy of Defendants' Post-Trial Proposed Findings of Facts and Conclusions of Law (Dkt. 417-1). As noted in the Order, Yuga Labs:

- Underlines in red the portions which it disputes;
- Underlines in blue the portions which it admits; and
- Underlines in yellow the portions which it does not dispute, but deems irrelevant.

Dated: September 5, 2023                FENWICK & WEST LLP

By: /s/ Eric Ball
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.