Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | CASE NO. 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF EXHIBIT IN SUPPORT OF DEFENDANTS' OBJECTIONS TO YUGA LABS' POST TRIAL PROPOSED FINDINGS OF FACTS AND CONCLUSION OF LAW** <br><br> Judge: Hon. John F. Walter |

CASE NO.  2:22-CV-04355-JFW-JEM                     -1-                     NOTICE OF EXHIBIT

1    TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

2   ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy

4   Cahen hereby submit the following exhibit in support of Defendants' Objections to

5   Yuga Labs Inc's ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of

6   Law pursuant to the Court's Order Regarding Post Trial Findings of Fact and

7   Conclusion of Law (Dkt. 409).

8    1.    Marked copy of Yuga's Post Trial Proposed Findings of Facts and

9   Conclusion of Law (Dkt. 418-1).

10

11

12   Dated: September 26, 2023                By: /s/ *Louis W. Tompros*
                                              Louis W. Tompros (*pro hac vice*)
13                                            louis.tompros@wilmerhale.com
                                              Monica Grewal (*pro hac vice*)
14                                            monica.grewal@wilmerhale.com
                                              Scott W. Bertulli (*pro hac vice*)
15                                            scott.bertulli@wilmerhale.com
                                              Tyler Carroll (*pro hac vice*)
16                                            tyler.carroll@wilmerhale.com
                                              **WILMER CUTLER PICKERING
17                                              HALE AND DORR LLP**
                                              60 State Street
18                                            Boston, MA 02109
                                              Telephone: (617) 526-6000
19                                            Fax: (617) 526-5000

20                                            Derek Gosma (SBN 274515)
                                              derek.gosma@wilmerhale.com
21                                            Henry Nikogosyan (SBN 326277)
                                              henry.nikogosyan@wilmerhale.com
22                                            **WILMER CUTLER PICKERING
                                                HALE AND DORR LLP**
23                                            350 South Grand Ave., Suite 2400
                                              Los Angeles, CA 90071
24                                            Telephone: (213) 443-5300
                                              Fax: (213) 443-5400

25                                            Attorneys for Defendants
                                              *Ryder Ripps and Jeremy Cahen*
26

27

28

CASE NO. 2:22-CV-04355-JFW-JEM                -2-                    NOTICE OF EXHIBIT

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that a copy of the foregoing document was served on all attorneys

3

of record via the Court's ECF system on September 26, 2023.

4

5                                By: /s/ *Louis W. Tompros*
                                 Louis W. Tompros (*pro hac vice*)
6                                louis.tompros@wilmerhale.com
                                 **WILMER CUTLER PICKERING**
7                                  **HALE AND DORR LLP**
                                 60 State Street
8                                Boston, MA 02109
                                 Telephone: (617) 526-6000
9                                Fax: (617) 526-5000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28