UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-4355-JFW(JEMx)**                                      Date: September 29, 2023

Title:    Yuga Labs, Inc. -v- Ripps, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                              **None Present**
   **Courtroom Deputy**                                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                  None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER RE: JOINT STATEMENTS**

On September 26, 2023, Plaintiff filed its Joint Statement Re Defendants' Proposed Post-trial Findings of Fact and Conclusions of Law and Yuga Labs' Objections (Docket No. 421), consisting of 726 pages. On September 26, 2023, Defendants filed their Joint Statement Regarding Objections to Yuga Labs' Post Trial Proposed Findings of Facts and Conclusion of Law (Docket No. 420), consisting of 817 pages. Although counsel met and conferred on September 20, 2023, as usual, they were unable to resolve *any* of the objections to the parties' Findings of Fact and Conclusions of Law, filed on September 5, 2023 (Docket Nos. 418 and 419).

The length of the Joint Statements makes them incredibly unwieldy and extremely difficult to review, and the parties have done nothing to alleviate that burden, such as providing a Table of Contents. As a result, counsel shall, on or before October 2, 2023, file a separate Table of Contents for each Joint Statement which identifies each disputed Finding of Fact and Conclusion of Law, with a citation to the Joint Statement.

In addition, counsel shall, on or before October 2, 2023, prepare and file a separate document for each disputed Finding of Fact and Conclusion of Law so that the Court will be able to easily identify each disputed Finding of Fact and Conclusion of Law on the docket. Counsel are reminded that all documents filed electronically shall be filed in accordance with the Local Rule 5-4. Each document shall be meaningfully described on the docket such that the document can be easily identified. Any documents filed improperly will be stricken by the Court.

IT IS SO ORDERED.