ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone 650.988.8500
Facsimile 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

YUGA LABS, INC.,

Plaintiff,

v.

RYDER RIPPS, JEREMY CAHEN,

Defendants.

Case No. 222-cv-04355-JFW-JEM

**TABLE OF CONTENTS FOR JOINT STATEMENT RE DEFENDANTS' PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)**

Judge John F. Walter

Trial Date July 31, 2023

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

Case No. 222-cv-04355-JFW-JEM

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone 310.434.4300

Attorneys for Plaintiff
YUGA LABS, INC.

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

Case No. 222-cv-04355-JFW-JEM

# TABLE OF CONTENTS

Page

JOINT STATEMENT RE DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ........ 1

FINDINGS OF FACT ........ 1

**Defendants' Disputed Post Trial Finding of Fact No. 3 ........ 1**

Plaintiff's Basis for Dispute ........ 1

Defendants' Response ........ 3

Plaintiff's Reply ........ 11

Evidence Admitted At Trial Demonstrates That Mr. Ripps' Declaration Is Not Reliable........ 12

Defendants' Infringement Was Not A Joke........ 12

Defendants' Internal Discussions Confirm Their Profit Motive ........ 13

Evidence Admitted At Trial Confirms That Ape Market Was Ready To Launch ........ 14

Defendants' Infringement Was Intentional And Not An Art Project ........ 15

Defendants' Anecdotal Evidence Of Individuals Stating They Support Defendants' Infringement Are Irrelevant And Immaterial ........ 16

Yuga Labs Has Produced Ample Evidence Of Actual Confusion ........ 17

Mr. Ripps' Excuses For Withholding Relevant Evidence Are Not Persuasive ........ 19

Mr. Solano Is A Credible Witness ........ 20

Mr. Lehman's Declaration Is Reliable And Contradicts Defendants ........ 22

**Defendants' Disputed Post Trial Finding of Fact No. 4 ........ 22**

Plaintiff's Basis for Dispute ........ 22

Defendants' Response ........ 24

Plaintiff's Reply .......... 33

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .......... 33

**Defendants' Disputed Post Trial Finding of Fact No. 7 .......... 33**

Plaintiff's Basis for Dispute .......... 33

Defendants' Response .......... 39

Plaintiff's Reply .......... 52

Defendants Continue To Lie About "Bored Ape Yacht Club V3" .......... 53

Defendants Admit Mr. Ripps' Wallet Did Not Display His Name Until After Minting The RR/BAYC NFTs .......... 55

Defendants Fail To Rehabilitate Mr. Cahen .......... 55

Defendants Fail To Rehabilitate Mr. Hickman .......... 56

Defendants Knew That Their Infringement Would Result In Confusion .......... 58

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .......... 52

**Defendants' Disputed Post Trial Finding of Fact No. 8 .......... 60**

Plaintiff's Basis for Dispute .......... 60

Defendants' Response .......... 62

Plaintiff's Reply .......... 65

There Is Ample Evidence Of Confusion In The Record .......... 65

The @ApeMarketplace Twitter Account And The Ape Market NFT Marketplace Were Used To Promote RR/BAYC .......... 66

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .......... 65

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) .......... 65

**Defendants' Disputed Post Trial Finding of Fact No. 9 .......... 67**

Plaintiff's Basis for Dispute .......... 67

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

2

Case No. 222-cv-04355-JFW-JEM

Defendants' Response ........ 70

Plaintiff's Reply ........ 75

The Court's Summary Judgment Order Establishes Liability ........ 76

Defendants Intended To Confuse Consumers ........ 77

Defendants' Infringement Was Not An Art Project ........ 80

Defendants' Infringement Was Motivated By A Desire To Profit Off Of Yuga Labs' Marks ........ 80

Defendants Did Not Take Steps To Avoid Confusing Consumers ........ 82

Defendants' "Disclaimer" Does Not Negate The Court's Finding That Consumers Were Likely To Be Confused ........ 83

Yuga Labs' Did Not Give Defendants A License To Infringe ........ 84

Other Alleged Infringers Do Not Negate Defendants' Own Infringement, And Yuga Labs Had Robust Enforcement Programs ........ 85

**Defendants' Disputed Post Trial Finding of Fact No. 10 ........ 87**

Plaintiff's Basis for Dispute ........ 87

Defendants' Response ........ 91

Plaintiff's Reply ........ 96

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 96

**Defendants' Disputed Post Trial Finding of Fact No. 11 ........ 96**

Plaintiff's Basis for Dispute ........ 96

Defendants' Response ........ 97

Plaintiff's Reply ........ 99

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 99

**Defendants' Disputed Post Trial Finding of Fact No. 12 ........ 100**

Plaintiff's Basis for Dispute ........ 100

Defendants' Response ........ 101

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

3

Case No. 222-cv-04355-JFW-JEM

Plaintiff's Reply ........................................................................ 102

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 11 (*See* Page 99)........................................ 102

**Defendants' Disputed Post Trial Finding of Fact No. 13 ................................ 103**

Plaintiff's Basis for Dispute ........................................................................ 103

Defendants' Response ........................................................................ 106

Plaintiff's Reply ........................................................................ 111

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)........................................ 111

**Defendants' Disputed Post Trial Finding of Fact No. 14 ................................ 112**

Plaintiff's Basis for Dispute ........................................................................ 112

Defendants' Response ........................................................................ 113

Plaintiff's Reply ........................................................................ 116

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)........................................ 117

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)........................................ 116

**Defendants' Disputed Post Trial Finding of Fact No. 15 ................................ 118**

Plaintiff's Basis for Dispute ........................................................................ 118

Defendants' Response ........................................................................ 118

Plaintiff's Reply ........................................................................ 119

The Bored Ape Yacht Club Images Were Licensed To Their Owners, Not Owned By The Larger Public ................................ 120

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)........................................ 120

**Defendants' Disputed Post Trial Finding of Fact No. 16 ................................ 120**

Plaintiff's Basis for Dispute ........................................................................ 120

Defendants' Response ........................................................................ 122

Plaintiff's Reply ........................................................................ 128

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)............................................ 128

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 14 (*See* Page 116)........................................ 128

**Defendants' Disputed Post Trial Finding of Fact No. 17 ................................ 129**

Plaintiff's Basis for Dispute ................................................................ 129

Defendants' Response ........................................................................ 133

Plaintiff's Reply .................................................................................. 138

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)............................................ 138

**Defendants' Disputed Post Trial Finding of Fact No. 18 ................................ 138**

Plaintiff's Basis for Dispute ................................................................ 139

Defendants' Response ........................................................................ 142

Plaintiff's Reply .................................................................................. 148

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)............................................ 149

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)............................................ 148

**Defendants' Disputed Post Trial Finding of Fact No. 19 ................................ 149**

Plaintiff's Basis for Dispute ................................................................ 149

Defendants' Response ........................................................................ 151

Plaintiff's Reply .................................................................................. 157

Post-Sale Confusion Is Actionable ................................................ 158

Confusion Over Sponsorship Or Affiliation Is Actionable ............. 158

Most RR/BAYC NFTs Were Sold On Secondary Marketplaces Without A Disclaimer ......................................... 159

Defendants Intended To Confuse Consumers And Had Control Over Third-Party Websites And Marketplaces ............. 160

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)............................................ 157

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 157

**Defendants' Disputed Post Trial Finding of Fact No. 20 ........ 160**

Plaintiff's Basis for Dispute ........ 161

Defendants' Response ........ 163

Plaintiff's Reply ........ 169

Defendants Fail To Disprove That Any RR/BAYC Purchasers Were Confused........ 170

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 169

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 169

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 19 (*See* Page 157) ........ 169

**Defendants' Disputed Post Trial Finding of Fact No. 21 ........ 170**

Plaintiff's Basis for Dispute ........ 170

Defendants' Response ........ 171

Plaintiff's Reply ........ 173

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 174

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 174

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 19 (*See* Page 157) ........ 174

**Defendants' Disputed Post Trial Finding of Fact No. 22 ........ 174**

Plaintiff's Basis for Dispute ........ 174

Defendants' Response ........ 178

Plaintiff's Reply ........ 183

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 184

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

6

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ... 183

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 19 (*See* Page 157) ... 183

**Defendants' Disputed Post Trial Finding of Fact No. 23 ... 184**

Plaintiff's Basis for Dispute ... 184

Defendants' Response ... 186

Plaintiff's Reply ... 188

Defendants Stipulated To Yuga Labs' Ownership of The BAYC Marks ... 189

The Court's Summary Judgment Order Establishes Liability ... 190

Yuga Labs Owns The BAYC Marks ... 191

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ... 189

**Defendants' Disputed Post Trial Finding of Fact No. 24 ... 192**

Plaintiff's Basis for Dispute ... 192

Defendants' Response ... 197

Plaintiff's Reply ... 199

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ... 199

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ... 199

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 23 (*See* Page 188) ... 199

**Defendants' Disputed Post Trial Finding of Fact No. 25 ... 200**

Plaintiff's Basis for Dispute ... 200

Defendants' Response ... 201

Plaintiff's Reply ... 201

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ... 201

**Defendants' Disputed Post Trial Finding of Fact No. 26 .................................. 202**

Plaintiff's Basis for Dispute .......................................................................... 202

Defendants' Response .................................................................................. 203

Plaintiff's Reply ............................................................................................ 203

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ............................................. 203

**Defendants' Disputed Post Trial Finding of Fact No. 28 .................................. 204**

Plaintiff's Basis for Dispute .......................................................................... 204

Defendants' Response .................................................................................. 205

Plaintiff's Reply ............................................................................................ 207

The BAYC Terms Only Provide A Copyright License .................... 208

Yuga Labs Did Not Encourage The Public To Use The BAYC Brand ......................................................................................... 209

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ............................................. 207

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ............................................. 207

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199) ......................................... 207

**Defendants' Disputed Post Trial Finding of Fact No. 29 .................................. 209**

Plaintiff's Basis for Dispute .......................................................................... 209

Defendants' Response .................................................................................. 210

Plaintiff's Reply ............................................................................................ 212

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ............................................. 212

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ............................................. 212

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199) ......................................... 212

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 28 (*See* Page 207) ......................................... 213

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

8

Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 31 .... 213**

Plaintiff's Basis for Dispute .... 213

Defendants' Response .... 215

Plaintiff's Reply .... 220

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .... 220

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) .... 220

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199) .... 220

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 28 (*See* Page 207) .... 220

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 76 (*See* Page 470) .... 220

**Defendants' Disputed Post Trial Finding of Fact No. 32 .... 221**

Plaintiff's Basis for Dispute .... 221

Defendants' Response .... 222

Plaintiff's Reply .... 229

Ms. O'Laughlin's Findings Are Sound And Reliable .... 230

Yuga Labs Is Entitled To Disgorgement As A Remedy .... 231

Defendants' Profits Are All Attributable To Their Infringement .... 232

Defendants Used Yuga Labs' Marks Without Altering Them .... 234

Defendants' Disclaimer Is Evidence Of Their Culpability .... 234

Most RR/BAYC NFTs Were Sold On Secondary Marketplaces Without A Disclaimer .... 236

Post-Sale And Initial Interest Confusion Are Actionable .... 236

Confusion Over Sponsorship Or Affiliation Is Actionable .... 237

Consumers Looking To Etherscan Were Still Confused .... 238

The Gem Bot Tweet And Replies Demonstrated Confusion............238

Defendants' Internal Communications Showed They Knew Confusion Was Likely ..........................................................239

Defendants Fail To Account For Ongoing Harm ..........................239

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)...........................................229

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52)...........................................229

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ………...............................229

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199).......................................229

**Defendants' Disputed Post Trial Finding of Fact No. 33 ...............................239**

Plaintiff's Basis for Dispute ..........................................................................240

Defendants' Response ...................................................................................241

Plaintiff's Reply ............................................................................................246

Defendants Fail To Rebut *Levi* ....................................................246

Defendants Failed Take Steps To Avoid Confusion .......................247

The Refunds Issued By Defendants Are Evidence Of Confusion...............................................................................248

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)...........................................246

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229).......................................246

**Defendants' Disputed Post Trial Finding of Fact No. 34 ...............................248**

Plaintiff's Basis for Dispute ..........................................................................249

Defendants' Response ...................................................................................251

Plaintiff's Reply ............................................................................................256

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)...........................................256

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

10

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........ 256

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........ 256

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246) ........ 257

**Defendants' Disputed Post Trial Finding of Fact No. 35 ........ 257**

Plaintiff's Basis for Dispute ........ 257

Defendants' Response ........ 260

Plaintiff's Reply ........ 264

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 264

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........ 264

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........ 264

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246) ........ 264

**Defendants' Disputed Post Trial Finding of Fact No. 36 ........ 265**

Plaintiff's Basis for Dispute ........ 265

Defendants' Response ........ 268

Plaintiff's Reply ........ 272

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 272

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........ 272

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........ 272

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33(*See* Page 246) ........ 272

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421) 11 Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 37 .................................. 273**

Plaintiff's Basis for Dispute .................................................................. 273

Defendants' Response .......................................................................... 276

Plaintiff's Reply ..................................................................................... 280

Post Sale and Initial Interest Confusion Support A Likelihood Of Confusion ............................................................................................ 281

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ............................................... 280

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ............................................... 280

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........................................... 280

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246) ........................................... 281

**Defendants' Disputed Post Trial Finding of Fact No. 38 .................................. 282**

Plaintiff's Basis for Dispute .................................................................. 282

Defendants' Response .......................................................................... 284

Plaintiff's Reply ..................................................................................... 289

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ............................................... 289

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ............................................... 289

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........................................... 289

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246) ........................................... 289

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 37 (*See* Page 280) ........................................... 289

**Defendants' Disputed Post Trial Finding of Fact No. 39 .................................. 290**

Plaintiff's Basis for Dispute .................................................................. 290

Defendants' Response .......................................................................... 293

Plaintiff's Reply ..... 298

Defendants' Evidence Does Not Support Their Finding Of Fact ..... 299

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ..... 298

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ..... 298

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ..... 298

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33(*See* Page 246) ..... 298

**Defendants' Disputed Post Trial Finding of Fact No. 40 ..... 299**

Plaintiff's Basis for Dispute ..... 299

Defendants' Response ..... 301

Plaintiff's Reply ..... 307

Defendants Fail To Rebut Yuga Labs' Witnesses ..... 308

Defendants Fail To Explain Away Mr. Ripps' Testimony About LooksRare ..... 309

Confusion Over Sponsorship Or Affiliation Is Actionable ..... 310

Post Sale And Initial Interest Confusion Support A Likelihood Of Confusion ..... 311

Defendants Fail To Account For Ongoing Harm ..... 312

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ..... 307

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 4 (*See* Page 33) ..... 307

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ..... 308

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246) ..... 308

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

13

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39 (*See* Page 298)....308

**Defendants' Disputed Post Trial Finding of Fact No. 41 ....312**

Plaintiff's Basis for Dispute ....313

Defendants' Response ....314

Plaintiff's Reply ....321

Defendants Misrepresent Mr. Cahen's Twitter Exchange With @SachDana....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 4 (*See* Page 33)....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229)....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33(*See* Page 246)....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39(*See* Page 298)....322

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 40 (*See* Page 307)....322

**Defendants' Disputed Post Trial Finding of Fact No. 42 ....323**

Plaintiff's Basis for Dispute ....323

Defendants' Response ....324

Plaintiff's Reply ....331

Mr. Hickman Was Aware That Defendants' Infringement Was Confusing Because He Himself Was Confused ....332

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)....332

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221)....332

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33(*See* Page 246)....332

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

14

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39 (*See* Page 298)........332

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 40 (*See* Page 307)........332

**Defendants' Disputed Post Trial Finding of Fact No. 43........334**

Plaintiff's Basis for Dispute........334

Defendants' Response........335

Plaintiff's Reply........343

Mr. Solano's Accurate Testimony Is Supported By Yuga Labs Experts........343

Defendants' Witnesses Are Not Credible........344

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)........343

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221)........343

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246)........343

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39 (*See* Page 298)........343

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 40 (*See* Page 307)........343

**Defendants' Disputed Post Trial Finding of Fact No. 44........345**

Plaintiff's Basis for Dispute........345

Defendants' Response........346

Plaintiff's Reply........354

Defendants Were Aware Of Confusion But Chose Not To Act........354

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)........354

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221)........354

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

15

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246)....354

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39 (*See* Page 298)....354

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 40 (*See* Page 307)....354

**Defendants' Disputed Post Trial Finding of Fact No. 45....355**

Plaintiff's Basis for Dispute....355

Defendants' Response....357

Plaintiff's Reply....363

Defendants Fail To Disprove That Any RR/BAYC Purchasers Were Confused....364

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11)....363

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221)....363

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 33 (*See* Page 246)....364

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 39 (*See* Page 298)....363

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 40 (*See* Page 307)....364

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 44 (*See* Page 354)....364

**Defendants' Disputed Post Trial Finding of Fact No. 47....365**

Plaintiff's Basis for Dispute....365

Defendants' Response....366

Plaintiff's Reply....372

**Defendants' Disputed Post Trial Finding of Fact No. 48....373**

Plaintiff's Basis for Dispute....373

Defendants' Response....374

Plaintiff's Reply ........ 376

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 47 (*See* Page 372) ........ 376

**Defendants' Disputed Post Trial Finding of Fact No. 49 ........ 377**

Plaintiff's Basis for Dispute ........ 377

Defendants' Response ........ 378

Plaintiff's Reply ........ 383

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........ 385

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 47 (*See* Page 372) ........ 384

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 48 (*See* Page 376) ........ 384

**Defendants' Disputed Post Trial Finding of Fact No. 50 ........ 385**

Plaintiff's Basis for Dispute ........ 385

Defendants' Response ........ 386

Plaintiff's Reply ........ 389

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 390

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 229) ........ 390

**Defendants' Disputed Post Trial Finding of Fact No. 51 ........ 390**

Plaintiff's Basis for Dispute ........ 390

Defendants' Response ........ 391

Plaintiff's Reply ........ 398

Defendants Promoted And Had Control Over Secondary Marketplaces Where RR/BAYC NFTs Were Sold Alongside BAYC NFTs ........ 399

The Exhibits To Which Yuga Labs Cites Are Not Misleading ........ 400

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 398

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 398

**Defendants' Disputed Post Trial Finding of Fact No. 52 ........ 400**

Plaintiff's Basis for Dispute ........ 401

Defendants' Response ........ 402

Plaintiff's Reply ........ 407

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 407

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 407

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 45 (*See* Page 363) ........ 407

**Defendants' Disputed Post Trial Finding of Fact No. 53 ........ 408**

Plaintiff's Basis for Dispute ........ 408

Defendants' Response ........ 409

Plaintiff's Reply ........ 411

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........ 411

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 412

**Defendants' Disputed Post Trial Finding of Fact No. 54 ........ 413**

Plaintiff's Basis for Dispute ........ 413

Defendants' Response ........ 414

Plaintiff's Reply ........ 416

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........ 416

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 416

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 53 (*See* Page 411) ........ 416

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

18

Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 55 .......... 417**

Plaintiff's Basis for Dispute .......... 417

Defendants' Response .......... 418

Plaintiff's Reply .......... 419

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) .......... 420

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 53 (*See* Page 411) .......... 420

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 54 (*See* Page 416) .......... 420

**Defendants' Disputed Post Trial Finding of Fact No. 56 .......... 420**

Plaintiff's Basis for Dispute .......... 420

Defendants' Response .......... 421

Plaintiff's Reply .......... 422

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .......... 423

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) .......... 423

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) .......... 423

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 53 (*See* Page 411) .......... 423

**Defendants' Disputed Post Trial Finding of Fact No. 58 .......... 424**

Plaintiff's Basis for Dispute .......... 424

Defendants' Response .......... 425

Plaintiff's Reply .......... 426

Mr. Lehman's Declaration Is Truthful and Reliable .......... 426

**Defendants' Disputed Post Trial Finding of Fact No. 59 .......... 427**

Plaintiff's Basis for Dispute .......... 427

Defendants' Response .......... 428

Plaintiff's Reply ........ 429

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 58 (*See* Page 426)........ 429

**Defendants' Disputed Post Trial Finding of Fact No. 60 ........ 429**

Plaintiff's Basis for Dispute ........ 429

Defendants' Response ........ 430

Plaintiff's Reply ........ 431

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 58 ........ 431

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 59 ........ 431

**Defendants' Disputed Post Trial Finding of Fact No. 61 ........ 431**

Plaintiff's Basis for Dispute ........ 431

Defendants' Response ........ 432

Plaintiff's Reply ........ 433

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 58 (*See* Page 426)........ 433

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 59 ((*See* Page 429) ........ 433

**Defendants' Disputed Post Trial Finding of Fact No. 62 ........ 433**

Plaintiff's Basis for Dispute ........ 433

Defendants' Response ........ 434

Plaintiff's Reply ........ 435

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 58 (*See* Page 426)........ 435

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 59 (*See* Page 429)........ 435

**Defendants' Disputed Post Trial Finding of Fact No. 63 ........ 435**

Plaintiff's Basis for Dispute ........ 435

Defendants' Response ........ 437

Plaintiff's Reply ....... 438

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 58 (*See* Page 426) ....... 438

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 59 (*See* Page 429) ....... 438

**Defendants' Disputed Post Trial Finding of Fact No. 64 ....... 438**

Plaintiff's Basis for Dispute ....... 438

Defendants' Response ....... 439

Plaintiff's Reply ....... 440

**Defendants' Disputed Post Trial Finding of Fact No. 65 ....... 441**

Plaintiff's Basis for Dispute ....... 441

Defendants' Response ....... 442

Plaintiff's Reply ....... 443

**Defendants' Disputed Post Trial Finding of Fact No. 66 ....... 445**

Plaintiff's Basis for Dispute ....... 445

Defendants' Response ....... 447

Plaintiff's Reply ....... 447

**Defendants' Disputed Post Trial Finding of Fact No. 67 ....... 448**

Plaintiff's Basis for Dispute ....... 448

Defendants' Response ....... 448

Plaintiff's Reply ....... 449

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 66 (*See* Page 447) ....... 450

**Defendants' Disputed Post Trial Finding of Fact No. 68 ....... 450**

Plaintiff's Basis for Dispute ....... 450

Defendants' Response ....... 452

Plaintiff's Reply ....... 453

**Defendants' Disputed Post Trial Finding of Fact No. 70 ....... 455**

Plaintiff's Basis for Dispute ....... 455

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

21

Case No. 222-cv-04355-JFW-JEM

Defendants' Response ........ 456

Plaintiff's Reply ........ 458

**Defendants' Disputed Post Trial Finding of Fact No. 71 ........ 459**

Plaintiff's Basis for Dispute ........ 459

Defendants' Response ........ 460

Plaintiff's Reply ........ 460

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 70 (*See* Page 458) ........ 460

**Defendants' Disputed Post Trial Finding of Fact No. 72 ........ 460**

Plaintiff's Basis for Dispute ........ 461

Defendants' Response ........ 461

Plaintiff's Reply ........ 461

**Defendants' Disputed Post Trial Finding of Fact No. 73 ........ 461**

Plaintiff's Basis for Dispute ........ 462

Defendants' Response ........ 462

Plaintiff's Reply ........ 463

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 72 (*See* Page 461) ........ 463

**Defendants' Disputed Post Trial Finding of Fact No. 74 ........ 463**

Plaintiff's Basis for Dispute ........ 463

Defendants' Response ........ 465

Plaintiff's Reply ........ 466

**Defendants' Disputed Post Trial Finding of Fact No. 75 ........ 467**

Plaintiff's Basis for Dispute ........ 467

Defendants' Response ........ 468

Plaintiff's Reply ........ 468

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 74 (*See* Page 466) ........ 468

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

22

Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 76 ........ 468**

Plaintiff's Basis for Dispute ........ 468

Defendants' Response ........ 469

Plaintiff's Reply ........ 470

**Defendants' Disputed Post Trial Finding of Fact No. 77 ........ 471**

Plaintiff's Basis for Dispute ........ 472

Defendants' Response ........ 472

Plaintiff's Reply ........ 473

**Defendants' Disputed Post Trial Finding of Fact No. 78 ........ 473**

Plaintiff's Basis for Dispute ........ 473

Defendants' Response ........ 475

Plaintiff's Reply ........ 476

**Defendants' Disputed Post Trial Finding of Fact No. 79 ........ 476**

Plaintiff's Basis for Dispute ........ 476

Defendants' Response ........ 477

Plaintiff's Reply ........ 477

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 78 (*See* Page 476) ........ 477

**Defendants' Disputed Post Trial Finding of Fact No. 80 ........ 478**

Plaintiff's Basis for Dispute ........ 478

Defendants' Response ........ 478

Plaintiff's Reply ........ 479

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 78 (*See* Page 476) ........ 479

**Defendants' Disputed Post Trial Finding of Fact No. 83 ........ 479**

Plaintiff's Basis for Dispute ........ 479

Defendants' Response ........ 480

Plaintiff's Reply ........ 481

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

23

Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 84 .............................. 481**

Plaintiff's Basis for Dispute ............................................................ 482

Defendants' Response .................................................................... 482

Plaintiff's Reply .............................................................................. 483

**Defendants' Disputed Post Trial Finding of Fact No. 86 .............................. 483**

Plaintiff's Basis for Dispute ............................................................ 483

Defendants' Response .................................................................... 484

Plaintiff's Reply .............................................................................. 484

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481)........................................ 484

**Defendants' Disputed Post Trial Finding of Fact No. 87 .............................. 484**

Plaintiff's Basis for Dispute ............................................................ 485

Defendants' Response .................................................................... 485

Plaintiff's Reply .............................................................................. 485

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481)........................................ 485

**Defendants' Disputed Post Trial Finding of Fact No. 88 .............................. 486**

Plaintiff's Basis for Dispute ............................................................ 486

Defendants' Response .................................................................... 486

Plaintiff's Reply .............................................................................. 487

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481)........................................ 487

**Defendants' Disputed Post Trial Finding of Fact No. 89 .............................. 487**

Plaintiff's Basis for Dispute ............................................................ 487

Defendants' Response .................................................................... 488

Plaintiff's Reply .............................................................................. 488

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481)........................................ 488

**Defendants' Disputed Post Trial Finding of Fact No. 90 .... 489**

Plaintiff's Basis for Dispute .... 489

Defendants' Response .... 489

Plaintiff's Reply .... 490

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481) .... 490

**Defendants' Disputed Post Trial Finding of Fact No. 91 .... 490**

Plaintiff's Basis for Dispute .... 491

Defendants' Response .... 491

Plaintiff's Reply .... 492

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 83 (*See* Page 481) .... 492

**Defendants' Disputed Post Trial Finding of Fact No. 92 .... 493**

Plaintiff's Basis for Dispute .... 493

Defendants' Response .... 494

Plaintiff's Reply .... 494

**Defendants' Disputed Post Trial Finding of Fact No. 95 .... 495**

Plaintiff's Basis for Dispute .... 495

Defendants' Response .... 495

Plaintiff's Reply .... 496

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 92 (*See* Page 494) .... 496

**Defendants' Disputed Post Trial Finding of Fact No. 96 .... 496**

Plaintiff's Basis for Dispute .... 497

Defendants' Response .... 497

Plaintiff's Reply .... 498

**Defendants' Disputed Post Trial Finding of Fact No. 97 .... 498**

Plaintiff's Basis for Dispute .... 498

Defendants' Response .... 499

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

25

Case No. 222-cv-04355-JFW-JEM

Plaintiff's Reply ....................................................................................... 499

**Defendants' Disputed Post Trial Finding of Fact No. 98 ................................ 500**

Plaintiff's Basis for Dispute ............................................................................ 500

Defendants' Response .................................................................................... 500

Plaintiff's Reply ............................................................................................. 501

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 96 (*See* Page 498) ........................................ 501

**Defendants' Disputed Post Trial Finding of Fact No. 99 ................................ 501**

Plaintiff's Basis for Dispute ............................................................................ 501

Defendants' Response .................................................................................... 502

Plaintiff's Reply ............................................................................................. 503

**Defendants' Disputed Post Trial Finding of Fact No. 100 .............................. 503**

Plaintiff's Basis for Dispute ............................................................................ 503

Defendants' Response .................................................................................... 503

Plaintiff's Reply ............................................................................................. 504

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 99 (*See* Page 503) ........................................ 504

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 113 (*See* Page 545) ....................................... 504

**Defendants' Disputed Post Trial Finding of Fact No. 101 .............................. 504**

Plaintiff's Basis for Dispute ............................................................................ 504

Defendants' Response .................................................................................... 506

Plaintiff's Reply ............................................................................................. 508

**Defendants' Disputed Post Trial Finding of Fact No. 102 .............................. 509**

Plaintiff's Basis for Dispute ............................................................................ 509

Defendants' Response .................................................................................... 509

Plaintiff's Reply ............................................................................................. 510

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 101 (*See* Page 508) ...................................... 510

**Defendants' Disputed Post Trial Finding of Fact No. 103 .............................. 510**

Plaintiff's Basis for Dispute .............................. 510

Defendants' Response .............................. 511

Plaintiff's Reply .............................. 513

rrbayc.com is Not Where Defendants' Sold The Majority Of Their NFTs .............................. 513

All of Defendants' Profits Are Attributable To Their Infringing Activity .............................. 514

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) .............................. 513

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) .............................. 513

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 51 (*See* Page 390) .............................. 513

**Defendants' Disputed Post Trial Finding of Fact No. 104 .............................. 516**

Plaintiff's Basis for Dispute .............................. 516

Defendants' Response .............................. 516

Plaintiff's Reply .............................. 517

Defendants Received Royalties For Secondary Sales On Multiple Marketplaces .............................. 517

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 103 (*See* Page 513) .............................. 517

**Defendants' Disputed Post Trial Finding of Fact No. 105 .............................. 518**

Plaintiff's Basis for Dispute .............................. 518

Defendants' Response .............................. 518

Plaintiff's Reply .............................. 519

**Defendants' Disputed Post Trial Finding of Fact No. 107 .............................. 519**

Plaintiff's Basis for Dispute .............................. 519

Defendants' Response .............................. 520

Plaintiff's Reply .............................. 522

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

27

Case No. 222-cv-04355-JFW-JEM

Defendants Are Not Entitled To Retain The Fruits Of Their Infringement ........ 523

By Defendants' Own Admission Ms. Kindler's Calculations Were Conservative ........ 524

Defendants' Citation To *Dairy Queen* and *Hunting World* Are Unpersuasive ........ 525

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 523

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 131 (*See* Page 634) ........ 523

**Defendants' Disputed Post Trial Finding of Fact No. 108 ........ 525**

Plaintiff's Basis for Dispute ........ 526

Defendants' Response ........ 526

Plaintiff's Reply ........ 528

Defendants Are Not Entitled To Retain The Fruits Of Their Infringement ........ 529

By Defendants' Own Admission Ms. Kindler's Calculations Were Conservative ........ 529

Defendants' Citation To Dairy Queen and Hunting World Are Unpersuasive ........ 530

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 529

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 131 (*See* Page 634) ........ 528

**Defendants' Disputed Post Trial Finding of Fact No. 109 ........ 531**

Plaintiff's Basis for Dispute ........ 531

Defendants' Response ........ 532

Plaintiff's Reply ........ 536

Defendants' Late And Self-Serving Documents Do Not Demonstrate A Need For A Reduction In Disgorgement ........ 537

Defendants Are Not Entitled To Retain Their Ill-Gotten Gains ........ 538

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

28

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........................................... 536

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 114 (*See* Page 548) ...................................... 536

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 132 (*See* Page 641) ...................................... 536

**Defendants' Disputed Post Trial Finding of Fact No. 111 .............................. 539**

Plaintiff's Basis for Dispute .............................................................. 539

Defendants' Response .................................................................... 539

Plaintiff's Reply ............................................................................ 539

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 109 (*See* Page 536) ...................................... 539

**Defendants' Disputed Post Trial Finding of Fact No. 112 .............................. 540**

Plaintiff's Basis for Dispute .............................................................. 540

Defendants' Response .................................................................... 540

Plaintiff's Reply ............................................................................ 542

**Defendants' Disputed Post Trial Finding of Fact No. 113 .............................. 542**

Plaintiff's Basis for Dispute .............................................................. 542

Defendants' Response .................................................................... 544

Plaintiff's Reply ............................................................................ 545

**Defendants' Disputed Post Trial Finding of Fact No. 114 .............................. 546**

Plaintiff's Basis for Dispute .............................................................. 546

Defendants' Response .................................................................... 546

Plaintiff's Reply ............................................................................ 548

Mr. Cahen's Improper Expert Testimony Does Not Support This Finding Of Fact ................................................................. 549

Yuga Labs Owns Its Marks ........................................................... 549

Defendants' Response Improperly Contradicts Facts Stipulated To In The Pre-Trial Conference Order ....................... 550

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 549

**Defendants' Disputed Post Trial Finding of Fact No. 115 ........ 551**

Plaintiff's Basis for Dispute ........ 551

Defendants' Response ........ 552

Plaintiff's Reply ........ 553

Defendants Did Not Act In Good Faith ........ 554

Yuga Labs Did Not Abandon Its Marks ........ 556

Yuga Labs Did Not Grant Defendants' A License To Infringe ........ 558

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 554

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 114 (*See* Page 548) ........ 554

**Defendants' Disputed Post Trial Finding of Fact No. 116 ........ 558**

Plaintiff's Basis for Dispute ........ 558

Defendants' Response ........ 559

Plaintiff's Reply ........ 562

Mr. Cahen's Testimony Is Not Credible ........ 563

Ape Market Confusingly Incorporates Yuga Labs Marks ........ 563

Evidence Admitted At Trial Confirms That Ape Market Was Ready To Launch ........ 565

The Ape Market Twitter Account Showed The Functionalities of Ape Market And Promoted The RR/BAYC NFTs ........ 565

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221) ........ 563

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 115 (*See* Page 553) ........ 563

**Defendants' Disputed Post Trial Finding of Fact No. 117 ........ 566**

Plaintiff's Basis for Dispute ........ 566

Defendants' Response ........ 567

Plaintiff's Reply ..... 571

Mr. Atalay's Testimony Is Corroborated By Other Evidence ..... 572

Defendants Were Aware Of Confusion But Chose Not To Act ..... 572

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ..... 571

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 116 (*See* Page 562) ..... 571

**Defendants' Disputed Post Trial Finding of Fact No. 118 ..... 573**

Plaintiff's Basis for Dispute ..... 573

Defendants' Response ..... 574

Plaintiff's Reply ..... 578

Ape Market Was Used To Promote The RR/BAYC NFTs ..... 578

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ..... 578

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 116 (*See* Page 562) ..... 578

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 117 (*See* Page 571) ..... 578

**Defendants' Disputed Post Trial Finding of Fact No. 119 ..... 579**

Plaintiff's Basis for Dispute ..... 579

Defendants' Response ..... 580

Plaintiff's Reply ..... 581

Defendants' Repeated Refusal To Accept The Court's Orders Is Not Good Faith ..... 581

Defendants' No Defamation Counterclaim Was Bad Faith ..... 582

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ..... 581

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 114 (*See* Page 548) ..... 581

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

31

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 131 (*See* Page 634) ........ 581

**Defendants' Disputed Post Trial Finding of Fact No. 120 ........ 583**

Plaintiff's Basis for Dispute ........ 583

Defendants' Response ........ 584

Plaintiff's Reply ........ 586

The Court's Finding Of Defendants' Intentional Infringement and Intent to Confuse Customer Is Sufficient to Establish Willfulness ........ 586

Even If The Court Must Find Anew That Defendants' Infringement Was Willful, The Record Supports Such A Finding ........ 587

**Defendants' Disputed Post Trial Finding of Fact No. 121 ........ 589**

Plaintiff's Basis for Dispute ........ 590

Defendants' Response ........ 594

Plaintiff's Reply ........ 598

**Defendants' Disputed Post Trial Finding of Fact No. 123 ........ 602**

Plaintiff's Basis for Dispute ........ 603

Defendants' Response ........ 604

Plaintiff's Reply ........ 604

**Defendants' Disputed Post Trial Finding of Fact No. 124 ........ 605**

Plaintiff's Basis for Dispute ........ 605

Defendants' Response ........ 606

Plaintiff's Reply ........ 606

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 143 (*See* Page 691) ........ 606

**Defendants' Disputed Post Trial Finding of Fact No. 125 ........ 608**

Plaintiff's Basis for Dispute ........ 608

Defendants' Response ........ 609

Plaintiff's Reply ........ 609

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

32

Case No. 222-cv-04355-JFW-JEM

**Defendants' Disputed Post Trial Finding of Fact No. 126 .............................. 612**

Plaintiff's Basis for Dispute ............................................................................ 613

Defendants' Response ..................................................................................... 613

Plaintiff's Reply ................................................................................................ 614

**Defendants' Disputed Post Trial Finding of Fact No. 127 .............................. 615**

Plaintiff's Basis for Dispute ............................................................................ 615

Defendants' Response ..................................................................................... 616

Plaintiff's Reply ................................................................................................ 617

**Defendants' Disputed Post Trial Finding of Fact No. 128 .............................. 618**

Plaintiff's Basis for Dispute ............................................................................ 618

Defendants' Response ..................................................................................... 618

Plaintiff's Reply ................................................................................................ 618

CONCLUSIONS OF LAW ................................................................................ 619

**Defendants' Disputed Post Trial Conclusion of Law No. 130 ......................... 620**

Plaintiff's Basis for Dispute ............................................................................ 620

Defendants' Response ..................................................................................... 620

Plaintiff's Reply ................................................................................................ 621

**Defendants' Disputed Post Trial Conclusion of Law No. 131 ......................... 622**

Plaintiff's Basis for Dispute ............................................................................ 622

Defendants' Response ..................................................................................... 627

Plaintiff's Reply ................................................................................................ 634

All of Defendants' Profits Are Attributable To Their Infringing Activity ........................................................................ 635

Yuga Labs Is Entitled to Disgorgement of Defendants' Profits ....... 636

Mr. Hickman Had No Right To License Defendants' Infringement.................................................................................. 637

Defendants Misrepresent Mr. Atalay's Testimony.......................... 638

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

33

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........ 634

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 32 (*See* Page 221) ........ 634

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 114 (*See* Page 548) ........ 634

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 132 (*See* Page 641) ........ 634

**Defendants' Disputed Post Trial Conclusion of Law No. 132 ........ 639**

Plaintiff's Basis for Dispute ........ 639

Defendants' Response ........ 640

Plaintiff's Reply ........ 641

**Defendants' Disputed Post Trial Conclusion of Law No. 134 ........ 641**

Plaintiff's Basis for Dispute ........ 641

Defendants' Response ........ 643

Plaintiff's Reply ........ 643

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 132 (*See* Page 641) ........ 643

**Defendants' Disputed Post Trial Conclusion of Law No. 135 ........ 643**

Plaintiff's Basis for Dispute ........ 644

Defendants' Response ........ 647

Plaintiff's Reply ........ 653

Defendants Stipulated To Yuga Labs' Ownership Of The BAYC Marks ........ 654

NFTs Are Eligible For Trademark Protection ........ 655

Defendants Used Unmodified Versions Of Yuga Labs' BAYC Marks ........ 655

Defendants' Profits Are All Attributable To Their Infringement ........ 656

The Court Should Increase The Profit Award ........ 658

Yuga Labs Properly Calculated Defendants' Profits ........................ 658

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 23 (*See* Page 188) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 76 (*See* Page 470) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 131 (*See* Page 634) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 132 (*See* Page 641) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 135 (*See* Page 643) ........................ 654

Defendants' Responses Should Be Rejected For The Reasons Discussed *Infra* ¶ 136 (*See* Page 671) ........................ 654

**Defendants' Disputed Post Trial Conclusion of Law No. 136 ........................ 658**

Plaintiff's Basis for Dispute ........................ 659

Defendants' Response ........................ 662

Plaintiff's Reply ........................ 671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 3 (*See* Page 11) ........................ 671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 7 (*See* Page 52) ........................ 671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........................ 671

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

35

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 23 (*See* Page 188)........................................672

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 24 (*See* Page 199)........................................671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 32 (*See* Page 221)........................................671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 76 (*See* Page 470)........................................671

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 131 (*See* Page 634)......................................672

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 132 (*See* Page 641)......................................672

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 135 (*See* Page 643)......................................672

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 135 (*See* Page 653)......................................672

**Defendants' Disputed Post Trial Conclusion of Law No. 137.........................672**

Plaintiff's Basis for Dispute ....................................................................672

Defendants' Response .............................................................................674

Plaintiff's Reply .......................................................................................676

The Court May Award More Than The Minimum Statutory Damages.......................................................................................677

Defendants Continue to Use and Promote rrbayc.com.....................678

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75)...........................................676

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 121 (*See* Page 598)......................................676

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 131 (*See* Page 634)......................................676

**Defendants' Disputed Post Trial Conclusion of Law No. 138.........................679**

Plaintiff's Basis for Dispute ....................................................................679

Defendants' Response .............................................................................680

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

36

Case No. 222-cv-04355-JFW-JEM

Plaintiff's Reply ........ 682

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page 75) ........ 682

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 131 (*See* Page 634) ........ 682

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 137 (*See* Page 676) ........ 682

**Defendants' Disputed Post Trial Conclusion of Law No. 139 ........ 682**

Plaintiff's Basis for Dispute ........ 682

Defendants' Response ........ 684

Plaintiff's Reply ........ 685

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 9 (*See* Page75) ........ 685

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 131 (*See* Page 634) ........ 685

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 137 (*See* Page 676) ........ 685

**Defendants' Disputed Post Trial Conclusion of Law No. 140 ........ 685**

Plaintiff's Basis for Dispute ........ 686

Defendants' Response ........ 687

Plaintiff's Reply ........ 690

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 137 (*See* Page 676) ........ 690

**Defendants' Disputed Post Trial Conclusion of Law No. 143 ........ 690**

Plaintiff's Basis for Dispute ........ 690

Defendants' Response ........ 691

Plaintiff's Reply ........ 691

**Defendants' Disputed Post Trial Conclusion of Law No. 144 ........ 693**

Plaintiff's Basis for Dispute ........ 693

Defendants' Response ........ 694

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

37

Case No. 222-cv-04355-JFW-JEM

Plaintiff's Reply .......... 695

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 143 (*See* Page 691) .......... 695

**Defendants' Disputed Post Trial Conclusion of Law No. 145 .......... 697**

Plaintiff's Basis for Dispute .......... 697

Defendants' Response .......... 698

Plaintiff's Reply .......... 699

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 143 (*See* Page 691) .......... 699

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 144 (*See* Page 695) .......... 699

**Defendants' Disputed Post Trial Conclusion of Law No. 150 .......... 700**

Plaintiff's Basis for Dispute .......... 700

Defendants' Response .......... 702

Plaintiff's Reply .......... 707

Defendants' Infringement Is Ongoing .......... 707

*TE-TA-MA* Is Instructive .......... 708

Defendants Brought Frivolous Claims .......... 709

Defendants Engaged In Discovery Misconduct .......... 710

Yuga Labs Has Not Engaged In Litigation Misconduct .......... 711

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 121 (*See* Page 598) .......... 707

**Defendants' Disputed Post Trial Conclusion of Law No. 151 .......... 715**

Plaintiff's Basis for Dispute .......... 715

Defendants' Response .......... 716

Plaintiff's Reply .......... 717

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 121 (*See* Page 598) .......... 717

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

38

Case No. 222-cv-04355-JFW-JEM

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 123 (*See* Page 604) .......... 717

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 150 (*See* Page 707) .......... 717

**Defendants' Disputed Post Trial Conclusion of Law No. 152 .......... 717**

Plaintiff's Basis for Dispute .......... 717

Defendants' Response .......... 717

Plaintiff's Reply .......... 718

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 121 (*See* Page 598) .......... 718

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 150 (*See* Page 707) .......... 718

**Defendants' Disputed Post Trial Conclusion of Law No. 153 .......... 720**

Plaintiff's Basis for Dispute .......... 720

Defendants' Response .......... 721

Plaintiff's Reply .......... 721

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 121 (*See* Page 598) .......... 722

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 150 (*See* Page 707) .......... 721

Defendants' Responses Should Be Rejected For The Reasons Discussed *Supra* ¶ 151 (*See* Page 717) .......... 722

Dated October 2, 2023

FENWICK & WEST LLP

By /s/ *Eric Ball*

Eric Ball
eball@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone (650) 988-8500
Fax (650) 938-5200

Attorneys for Plaintiff
YUGA LABS, INC.

TOC RE JT STMT. RE DEFTS. PROPOSED POST TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS (DKT. 421)

40

Case No. 222-cv-04355-JFW-JEM