ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

*Additional Counsel listed on next page*

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF FILING SEPARATE DOCUMENTS FROM DKT. 421 JOINT STATEMENT RE DEFENDANTS' PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND YUGA LABS' OBJECTIONS** <br><br> Trial Date: July 31, 2023 |

1 MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
2 FENWICK & WEST LLP
228 Santa Monica Boulevard
3 Santa Monica, CA 90401
Telephone: 310.434.4300
4
5 Attorneys for Plaintiff
YUGA LABS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

NOTICE OF FILING SEPARATE DOCUMENTS FROM
DKT. 421 JT STATEMENT RE DEFTS' PROPOSED
POST TRIAL FOF, COL

Case No. 2:22-cv-04355-JFW-JEM

Pursuant to the Court's September 29, 2023 Order (Dkt. 423), Yuga Labs respectfully submits the attached "separate document[s] for each disputed Finding of Fact and Conclusion of Law." The documents attached to this notice are separated sections of the parties' Joint Statement re Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law and Yuga Labs' Objections (Dkt. 421).

The documents attached to this notice correspond to the following of Defendants' Proposed Findings of Fact and Conclusions of Law:

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 1 | Defendants' Disputed Post Trial Finding of Fact No. 3 (Witness Credibility) |
| 2 | Defendants' Disputed Post Trial Finding of Fact No. 4 (Witness Credibility) |
| 3 | Defendants' Disputed Post Trial Finding of Fact No. 7 (Witness Credibility) |
| 4 | Defendants' Disputed Post Trial Finding of Fact No. 8 (Witness Credibility) |
| 5 | Defendants' Disputed Post Trial Finding of Fact No. 9 (Defendants' Intent) |
| 6 | Defendants' Disputed Post Trial Finding of Fact No. 10 (Defendants' Intent) |
| 7 | Defendants' Disputed Post Trial Finding of Fact No. 11 (Defendants' Intent) |
| 8 | Defendants' Disputed Post Trial Finding of Fact No. 12 (Defendants' Intent) |
| 9 | Defendants' Disputed Post Trial Finding of Fact No. 13 (Defendants' Intent) |
| 10 | Defendants' Disputed Post Trial Finding of Fact No. 14 (NFT Definition) |
| 11 | Defendants' Disputed Post Trial Finding of Fact No. 15 (NFT Definition) |

Fenwick & West LLP
Attorneys at Law

Notice of Filing Separate Documents from Dkt. 421 Jt Statement re Defts' Proposed Post Trial FOF, COL        1        Case No. 2:22-cv-04355-JFW-JEM

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 12 | Defendants' Disputed Post Trial Finding of Fact No. 16 (NFT Definition) |
| 13 | Defendants' Disputed Post Trial Finding of Fact No. 17 (Defendants' Intent) |
| 14 | Defendants' Disputed Post Trial Finding of Fact No. 18 (Defendants' Intent) |
| 15 | Defendants' Disputed Post Trial Finding of Fact No. 19 (Defendants' Intent) |
| 16 | Defendants' Disputed Post Trial Finding of Fact No. 20 (Defendants' Intent) |
| 17 | Defendants' Disputed Post Trial Finding of Fact No. 21 (Likelihood of Confusion) |
| 18 | Defendants' Disputed Post Trial Finding of Fact No. 22 (Defendants' Intent) |
| 19 | Defendants' Disputed Post Trial Finding of Fact No. 23 (Defendants' Intent) |
| 20 | Defendants' Disputed Post Trial Finding of Fact No. 24 (Ownership of BAYC Marks) |
| 21 | Defendants' Disputed Post Trial Finding of Fact No. 25 (Ownership of BAYC Marks) |
| 22 | Defendants' Disputed Post Trial Finding of Fact No. 26 (Ownership of BAYC Marks) |
| 23 | Defendants' Disputed Post Trial Finding of Fact No. 28 (Ownership of BAYC Marks) |
| 24 | Defendants' Disputed Post Trial Finding of Fact No. 29 (Ownership of BAYC Marks) |
| 25 | Defendants' Disputed Post Trial Finding of Fact No. 31 (Defendants' Intent) |
| 26 | Defendants' Disputed Post Trial Finding of Fact No. 32 (Likelihood of Confusion) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 27 | Defendants' Disputed Post Trial Finding of Fact No. 33 (Likelihood of Confusion) |
| 28 | Defendants' Disputed Post Trial Finding of Fact No. 34 (Likelihood of Confusion) |
| 29 | Defendants' Disputed Post Trial Finding of Fact No. 35 (Likelihood of Confusion) |
| 30 | Defendants' Disputed Post Trial Finding of Fact No. 36 (Likelihood of Confusion) |
| 31 | Defendants' Disputed Post Trial Finding of Fact No. 37 (Likelihood of Confusion) |
| 32 | Defendants' Disputed Post Trial Finding of Fact No. 38 (Likelihood of Confusion) |
| 33 | Defendants' Disputed Post Trial Finding of Fact No. 39 (Likelihood of Confusion) |
| 34 | Defendants' Disputed Post Trial Finding of Fact No. 40 (Likelihood of Confusion) |
| 35 | Defendants' Disputed Post Trial Finding of Fact No. 41 (Likelihood of Confusion) |
| 36 | Defendants' Disputed Post Trial Finding of Fact No. 42 (Likelihood of Confusion) |
| 37 | Defendants' Disputed Post Trial Finding of Fact No. 43 (Likelihood of Confusion) |
| 38 | Defendants' Disputed Post Trial Finding of Fact No. 44 (Likelihood of Confusion) |
| 39 | Defendants' Disputed Post Trial Finding of Fact No. 45 (Likelihood of Confusion) |
| 40 | Defendants' Disputed Post Trial Finding of Fact No. 47 (Likelihood of Confusion) |
| 41 | Defendants' Disputed Post Trial Finding of Fact No. 48 (Likelihood of Confusion) |

Fenwick & West LLP
Attorneys at Law

Notice of Filing Separate Documents from Dkt. 421 Jt Statement re Defts' Proposed Post Trial FOF, COL    3    Case No. 2:22-cv-04355-JFW-JEM

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 42 | Defendants' Disputed Post Trial Finding of Fact No. 49 (Likelihood of Confusion) |
| 43 | Defendants' Disputed Post Trial Finding of Fact No. 50 (Likelihood of Confusion) |
| 44 | Defendants' Disputed Post Trial Finding of Fact No. 51 (Likelihood of Confusion) |
| 45 | Defendants' Disputed Post Trial Finding of Fact No. 52 (Disgorgement) |
| 46 | Defendants' Disputed Post Trial Finding of Fact No. 53 (Bored Ape Yacht Club V3) |
| 47 | Defendants' Disputed Post Trial Finding of Fact No. 54 (Bored Ape Yacht Club V3) |
| 48 | Defendants' Disputed Post Trial Finding of Fact No. 55 (Bored Ape Yacht Club V3) |
| 49 | Defendants' Disputed Post Trial Finding of Fact No. 56 (Bored Ape Yacht Club V3) |
| 50 | Defendants' Disputed Post Trial Finding of Fact No. 58 (Witness Credibility) |
| 51 | Defendants' Disputed Post Trial Finding of Fact No. 59 (Witness Credibility) |
| 52 | Defendants' Disputed Post Trial Finding of Fact No. 60 (Witness Credibility) |
| 53 | Defendants' Disputed Post Trial Finding of Fact No. 61 (Witness Credibility) |
| 54 | Defendants' Disputed Post Trial Finding of Fact No. 62 (Witness Credibility) |
| 55 | Defendants' Disputed Post Trial Finding of Fact No. 63 (Witness Credibility) |
| 56 | Defendants' Disputed Post Trial Finding of Fact No. 64 (Witness Credibility) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 57 | Defendants' Disputed Post Trial Finding of Fact No. 65 (Witness Credibility) |
| 58 | Defendants' Disputed Post Trial Finding of Fact No. 66 (Token Trackers) |
| 59 | Defendants' Disputed Post Trial Finding of Fact No. 67 (Token Trackers) |
| 60 | Defendants' Disputed Post Trial Finding of Fact No. 68 (Token Trackers) |
| 61 | Defendants' Disputed Post Trial Finding of Fact No. 70 (Expert Testimony) |
| 62 | Defendants' Disputed Post Trial Finding of Fact No. 71 (Expert Testimony) |
| 63 | Defendants' Disputed Post Trial Finding of Fact No. 72 (Expert Testimony) |
| 64 | Defendants' Disputed Post Trial Finding of Fact No. 73 (Expert Testimony) |
| 65 | Defendants' Disputed Post Trial Finding of Fact No. 74 (Expert Testimony) |
| 66 | Defendants' Disputed Post Trial Finding of Fact No. 75 (Expert Testimony) |
| 67 | Defendants' Disputed Post Trial Finding of Fact No. 76 (Expert Testimony) |
| 68 | Defendants' Disputed Post Trial Finding of Fact No. 77 (Expert Testimony) |
| 69 | Defendants' Disputed Post Trial Finding of Fact No. 78 (Expert Testimony) |
| 70 | Defendants' Disputed Post Trial Finding of Fact No. 79 (Expert Testimony) |
| 71 | Defendants' Disputed Post Trial Finding of Fact No. 80 (Expert Testimony) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 72 | Defendants' Disputed Post Trial Finding of Fact No. 83 (Expert Testimony) |
| 73 | Defendants' Disputed Post Trial Finding of Fact No. 84 (Expert Testimony) |
| 74 | Defendants' Disputed Post Trial Finding of Fact No. 86 (Expert Testimony) |
| 75 | Defendants' Disputed Post Trial Finding of Fact No. 87 (Expert Testimony) |
| 76 | Defendants' Disputed Post Trial Finding of Fact No. 88 (Expert Testimony) |
| 77 | Defendants' Disputed Post Trial Finding of Fact No. 89 (Expert Testimony) |
| 78 | Defendants' Disputed Post Trial Finding of Fact No. 90 (Expert Testimony) |
| 79 | Defendants' Disputed Post Trial Finding of Fact No. 91 (Expert Testimony) |
| 80 | Defendants' Disputed Post Trial Finding of Fact No. 92 (Expert Testimony) |
| 81 | Defendants' Disputed Post Trial Finding of Fact No. 95 (Expert Testimony) |
| 82 | Defendants' Disputed Post Trial Finding of Fact No. 96 (Expert Testimony) |
| 83 | Defendants' Disputed Post Trial Finding of Fact No. 97 (Expert Testimony) |
| 84 | Defendants' Disputed Post Trial Finding of Fact No. 98 (Expert Testimony) |
| 85 | Defendants' Disputed Post Trial Finding of Fact No. 99 (Expert Testimony) |
| 86 | Defendants' Disputed Post Trial Finding of Fact No. 100 (Expert Testimony) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 87 | Defendants' Disputed Post Trial Finding of Fact No. 101 (Expert Testimony) |
| 88 | Defendants' Disputed Post Trial Finding of Fact No. 102 (Expert Testimony) |
| 89 | Defendants' Disputed Post Trial Finding of Fact No. 103 (Likelihood of Confusion) |
| 90 | Defendants' Disputed Post Trial Finding of Fact No. 104 (Defendants' Profits) |
| 91 | Defendants' Disputed Post Trial Finding of Fact No. 105 (Defendants' Profits) |
| 92 | Defendants' Disputed Post Trial Finding of Fact No. 107 (Defendants' Profits) |
| 93 | Defendants' Disputed Post Trial Finding of Fact No. 108 (Expert Testimony) |
| 94 | Defendants' Disputed Post Trial Finding of Fact No. 109 (Defendants' Profits) |
| 95 | Defendants' Disputed Post Trial Finding of Fact No. 111 (Expert Testimony) |
| 96 | Defendants' Disputed Post Trial Finding of Fact No. 112 (Defendants' Profits) |
| 97 | Defendants' Disputed Post Trial Finding of Fact No. 113 (Defendants' Profits) |
| 98 | Defendants' Disputed Post Trial Finding of Fact No. 114 (Defendants' Intent) |
| 99 | Defendants' Disputed Post Trial Finding of Fact No. 115 (Defendants' intent) |
| 100 | Defendants' Disputed Post Trial Finding of Fact No. 116 (Defendants' Intent) |
| 101 | Defendants' Disputed Post Trial Finding of Fact No. 117 (Ape Market) |

Fenwick & West LLP  Attorneys at Law

Notice of Filing Separate Documents from Dkt. 421 Jt Statement re Defts' Proposed Post Trial FOF, COL      7      Case No. 2:22-cv-04355-JFW-JEM

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 102 | Defendants' Disputed Post Trial Finding of Fact No. 118 (Ape Market) |
| 103 | Defendants' Disputed Post Trial Finding of Fact No. 119 (Exceptional Case) |
| 104 | Defendants' Disputed Post Trial Finding of Fact No. 120 (Defendants' Intent) |
| 105 | Defendants' Disputed Post Trial Finding of Fact No. 121 (Exceptional Case) |
| 106 | Defendants' Disputed Post Trial Finding of Fact No. 123 (Exceptional Case) |
| 107 | Defendants' Disputed Post Trial Finding of Fact No. 124 (Injunctive Relief) |
| 108 | Defendants' Disputed Post Trial Finding of Fact No. 125 (Exceptional Case) |
| 109 | Defendants' Disputed Post Trial Finding of Fact No. 126 (Exceptional Case) |
| 110 | Defendants' Disputed Post Trial Finding of Fact No. 127 (Exceptional Case) |
| 111 | Defendants' Disputed Post Trial Finding of Fact No. 128 (Exceptional Case) |
| 112 | Defendants' Disputed Post Trial Conclusion of Law No. 130 (Disgorgement) |
| 113 | Defendants' Disputed Post Trial Conclusion of Law No. 131 (Disgorgement) |
| 114 | Defendants' Disputed Post Trial Conclusion of Law No. 132 (Disgorgement) |
| 115 | Defendants' Disputed Post Trial Conclusion of Law No. 134 (Disgorgement) |
| 116 | Defendants' Disputed Post Trial Conclusion of Law No. 135 (Disgorgement) |

Fenwick & West LLP
Attorneys At Law

Notice of Filing Separate Documents from Dkt. 421 Jt Statement re Defts' Proposed Post Trial FOF, COL    8    Case No. 2:22-cv-04355-JFW-JEM

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 117 | Defendants' Disputed Post Trial Conclusion of Law No. 136 (Disgorgement) |
| 118 | Defendants' Disputed Post Trial Conclusion of Law No. 137 (Cybersquatting Damages) |
| 119 | Defendants' Disputed Post Trial Conclusion of Law No. 138 (Cybersquatting Damages) |
| 120 | Defendants' Disputed Post Trial Conclusion of Law No. 139 (Cybersquatting Damages) |
| 121 | Defendants' Disputed Post Trial Conclusion of Law No. 140 (Cybersquatting Damages) |
| 122 | Defendants' Disputed Post Trial Conclusion of Law No. 143 (Injunctive Relief) |
| 123 | Defendants' Disputed Post Trial Conclusion of Law No. 144 (Injunctive Relief) |
| 124 | Defendants' Disputed Post Trial Conclusion of Law No. 145 (Injunctive Relief) |
| 125 | Defendants' Disputed Post Trial Conclusion of Law No. 150 (Exceptional Case) |
| 126 | Defendants' Disputed Post Trial Conclusion of Law No. 151 (Exceptional Case) |
| 127 | Defendants' Disputed Post Trial Conclusion of Law No. 152 (Exceptional Case) |
| 128 | Defendants' Disputed Post Trial Conclusion of Law No. 153 (Exceptional Case) |

Dated: October 2, 2023         FENWICK & WEST LLP

By: _/s/ Eric Ball_
Eric Ball
Attorneys for Plaintiff
YUGA LABS, INC.