**Defendants' Disputed Post Trial Finding of Fact No. 54:**

<u>The term "BAYC V3" was, however, referenced on social media in a sarcastic context and as a joke. Trial Tr. [Cahen] 254:25-255:2.</u>

**Plaintiff's Basis for Dispute:**

Defendants offer no support for their self-serving claim that evidence unfavorable to them is "sarcastic" or a "joke" and this assertion is contradicted by evidence admitted at trial. Four days after tweeting "bayc v3," Mr. Ripps tweeted a link to a secondary sales marketplace where his infringing NFTs were listed under the name "Bored Ape Yacht Club V3." JTX-690. Neither Tweet contained any additional context or editorialization that would demonstrate an attempt at humor, because they were not jokes, they were intended to stimulate sales of Defendants' infringing NFTs. And Defendants' new admission about Defendants' use of BAYC V3 flies in the face of Mr. Cahen's testimony at trial and in his trial declaration. *See* Trial Tr. at 253:18-21 ("And like to give a little bit more clarity around that, the V3 thing is never something that I used or Ryder used or Ryan Hickman used or Mr. Lehman used."); Cahen Decl. (Dkt. 344) ¶ 251 ("We did not promote the RR/BAYC collection as BAYC V3 or Bored Ape Yacht Club V3 and it is not the name of a project that we have ever been involved with or familiar with."). Mr. Cahen lied; repeatedly.

It is telling that Mr. Ripps' testimony was silent on the issue, Mr. Ripps made no attempt to explain his Tweets referencing the confusing "V3" name but instead stood firm on Mr. Cahen's demonstrably false testimony.

Mr. Ripps' use of BAYC V3 to refer to the infringing NFTs incorporates Yuga Labs' trademarks and thus necessarily creates an affiliation with Yuga Labs and the Bored Ape Yacht Club brand. Defendants' attempt to relitigate intent falters in light of the Court's finding that Defendants "used the BAYC marks in an effort to confuse consumers." SJ Order (Dkt. 225) at 12. Defendants cannot evade liability by claiming that their blatant infringement was a joke—and regardless, the

end result was confusion in the marketplace and a significant payday for Defendants and their associates. *See* JTX-701 (Bloomberg referring to RR/BAYC as Bored Ape Yacht Club V3).

**Defendants' Response:**

As explained above JTX-689 is a sarcastic response to j1mmy.eth (Mr. McNelis) a Twitter user with longstanding and public disagreements with Mr. Ripps. Mr. Ripps discussed this in his declaration. Ripps Decl. ¶¶ 73-80 (Dkt. 346) (uncontested). Anybody seeing that Tweet—which did not link to any RR/BAYC NFT materials—would understand that it was sarcastic and meant to mock Mr. McNelis.

Likewise, as explained above, "bayc v3" does not show up in the body of the Tweet that comprises JTX-690. Instead, one must hover their mouse precisely over the link for the "v3" to show. *See* JTX-690. Yuga has presented no evidence that Mr. Ripps was responsible for the technical aspects of the URL as it appears when a person hovers their mouse over it. Relying on text that only appears when a mouse is held over the link in a precise manner does not make a compelling case that Mr. Ripps was attempting to have customers be duped by the use of the term.

Lastly, as explained above, Yuga selectively cuts portions of Mr. Cahen's testimony to try to manufacture an inconsistency. In short, Mr. Cahen tesetified that he would have never referred to the RR/BAYC project as "V3"and explained that he believed the term originated in this context from DMCA takedowns. Trial Tr. [Cahen] 253:15-254:7. He then explains that *others* on the internet would use the "V3" as a joke but that "myself, nor anyone on my team, ever used that label or name or whatever you want to call it. V3 is something that we have absolutely nothing to do with." *Id.* at 255:4-7. It is entirely consistent that Mr. Cahen never used the term v3 but that others on the internet might have. It is also consistent for him to say that *others* used it as a joke, but that does not mean that he used it, or

even that he used it as a joke. He also stated that Mr. Ripps might have used the term sarcastically. *Id.* at 255:8-12.

Yuga points to the Bloomberg video as evidence that the use of "v3" by Defendants led to confusion. *See* JTX-701. But the Bloomberg news segment did not discuss RR/BAYC NFTs or even the BAYC V3 label that Yuga complains about. The Bloomberg Crypto segment centered on the recent cryptocurrency market crash and its impact on the valuation of various cryptocurrency assets. JTX-1049. During a discussion of the NFT market, Bloomberg news reporters highlighted that NFT valuation had dropped in 2022, along with the valuation of other cryptocurrency assets. *Id.* However, during a brief discussion of an "eight percent jump in the NFT index," a chart listing NFT collections appeared behind the Bloomberg reporter. *Id.* While the chart was displayed, the reporter did not discuss any of the collections. Instead, she highlighted market changes such as volume drops on OpenSea of "almost 200%." *Id.* As the NFT collections chart was taken down, the reporter said "let's talk a second longer about the Bored Ape Yacht Club collection" before discussing how drops in valuation across the cryptocurrency market have also impacted that Bored Ape Yacht Club's valuation.

Although the NFT collections chart shown during the Bloomberg segment listed "Bored Ape Yacht Club V3" as a "Top NFT Collection," the news reporter did not spend any time discussing and analyzing the chart. *Id.* She never referenced the Defendants by name, she never referenced Defendants' criticisms of Yuga, and she never even mentioned Yuga. Instead, she briefly mentioned the Bored Ape Yacht Club as the chart was taken down. *Id.* This is unsurprising since the Bored Ape Yacht club was one of the collections listed on the chart. *Id.* However, nothing that the reporter said characterized Defendants' RR/BAYC project as being affiliated with Yuga or the Bored Ape Yacht Club. In fact, the reporter did not compare or contrast any of the listed collections. *Id.* She simply continued to her other talking points. *Id.* Thus, the Bloomberg news segment has

not indication that anyone was confused regarding the Bored Ape Yacht Club NFTs listed on the chart and the V3 NFTs listed on the chart—the same chart that was never discussed by anyone at any point during the news segment.

Accordingly, Yuga does not point to any evidence that the Bloomberg reporters were actually confused or that even the chart in the background indicated any confusion between the Bored Ape Yacht Club, which was listed separate and apart from the V3 listing). In fact, Yuga witnesses admitted that they never spoke with Bloomberg reporters and thus cannot actually speak about Bloomberg's state of mind.  Trial Tr. [Solano] 31:3-17. They have also shown no evidence that it was Defendants' use of the term "v3" that led to the Bloomberg report.

**Plaintiff's Reply:**

As with their previous response (*supra* ¶ 53) Defendants' response here merely relies on their self-serving, fallback claim that their confusing use of BAYC V3 and Bored Ape Yacht Club V3 are jokes or sarcasm.  Defendants do not and cannot offer any substantiating proof to substantiate that they are jokes or sarcasm or to disprove Mr. Ripps' creation of them.  Nor do they address the confusion by those who are not in-on-the-joke.  As they admit—Twitter is open to everyone, not just the distributors of their counterfeits.  Confusion was likely and evident in the marketplace.

As discussed *supra*, Defendants' response is unavailing.  Specifically: (1) Defendants continue to lie about their use of BAYC V3 and Bored Ape Yacht Club V3 (*supra* ¶ 7), and (2) confusion based on affiliation or sponsorship is actionable regarding "Bored Ape Yacht Club v3" on Bloomberg (*supra* ¶ 32), and (3) Defendants' use of Bored Ape Yacht Club V3 caused confusion (*supra* ¶ 53).

Further, Defendants' contention that they did not use "V3" merely because a mouse pointer must hover over the URL to see the full "Bored Ape Yacht Club V3" (*see* JTX-690) is false.  By simply clicking on the link, consumers would be taken to Bored Ape Yacht Club V3 sales page.  And JTX-689 shows the BAYC V3 mark

1  in-full in Mr. Ripps' tweet.  Defendants' hand-waving misses the point—Mr. Ripps
2  posted links to NFT sales pages bearing the BAYC Marks.