**Defendants' Disputed Post Trial Finding of Fact No. 86:**

<u>Dr. Berger admitted that that there could be multiple different and separate causes of the harm that Yuga's brand purportedly suffered. Trial Tr. [Berger] 108:7-109:4.</u>

**Plaintiff's Basis for Dispute:**

Dr. Berger testified that, hypothetically, there could be multiple different causes of harm, but his data revealed that "the only factor that can distribute to that outcome is the minting and publication of RR/BAYCs." Trial Tr. at 115:16-117:10; 121:23-123:8. Nevertheless, even if there were other harms to Yuga Labs, this does not negate that: (1) Defendants should not profit from their infringing NFTs; and (2) Defendants should be enjoined from continued infringement.

**Defendants' Response:**

Plaintiff does not meaningfully dispute the proposed finding of fact. Indeed, Plaintiff acknowledges that its brand has been damaged and that multiple factors beyond RR/BAYC could have caused that harm. The cited "say-so" testimony that "the only factor that can distribute to that outcome is the minting and publication of RR/BAYCs" is belied by the numerous holes in Dr. Berger's analysis, revealed during cross-examination, including his failure to consider other controversies involving Yuga before, during, and after the narrow timeframe that he considered. *See* Trial Tr. 106:1-3, 108:7-110:5, 113:10-114:2, 115:16-25.

**Plaintiff's Reply:**

As discussed *supra* ¶ 83, Defendants' hypothesis that the data does not show their harm to Yuga Labs is belied by Dr. Berger's analysis. Defendants have no evidence supporting their theories. Dr. Berger was unable to discern any evidence to support Defendants' hypothesis, and Defendants' hearsay does not establish that fact. Trial. Tr. 121:7-125:1. Additionally, contrary to Defendants' claim the evidence does not support their contention that Yuga Labs acknowledged that its BAYC brand had been damaged by multiple factors. Finally, Defendant's

contention and their response fail to negate that: (1) Defendants should not profit from their infringing NFTs; and (2) Defendants should be enjoined from continued infringement.