**<u>Defendants' Disputed Post Trial Finding of Fact No. 111:</u>**

<u>Ms. Kindler improperly included in her profits calculation $108,037.08 in pre-RSVP contract transfers for Mr. Hickman and Mr. Lehman. Trial Tr. [Kindler] 196:22-197:2; Ripps Decl. ¶¶ 132-135 (uncontested).</u>

**<u>Plaintiff's Basis for Dispute:</u>**

Ms. Kindler's calculations were not improper for the reasons discussed *supra* ¶ 109.

**<u>Defendants' Response:</u>**

In addition to the reasons stated *supra* ¶ 109, the evidence at trial clearly shows that Ms. Kindler's initial opinion calculating profits Mr. Ripps and Mr. Cahen received from the RR/BAYC Project failed to exclude an additional $108,037.08 in profit sharing sent to Mr. Hickman and Mr. Lehman. *See* Kindler Decl. ¶¶ 59-60 (Dkt. 338); Trial Tr. [Kindler] 196:22-197:2 (admitting that her calculations failed to deduct these profits); Ripps Decl. ¶¶ 132-135 (Dkt. 346) (uncontested); Lehman's Depo. 210:16-214:7 (Dkt. 411) (confirming that a payment received by Mr. Ripps for 32.98 ETH was for "the profits [Mr. Ripps] made before [the RSVP contract], and then looking forward. It's all automatic.") JTX-2710; and JTX-2711.

Further, in their Findings of Fact, Yuga even agrees that Ms. Kindler's calculation needs to be reduced by $108,037.08 to determine the accurate amount of profits Mr. Ripps and Mr. Cahen received from the initial sales. *See* Yuga's Proposed Finding of Fact 11(b) (Dkt. 418-1). To state in their objections to Defendants' Finding of Fact that this amount is properly included is misleading, inconsistent, and unfounded.

**<u>Plaintiff's Reply:</u>**

Ms. Kindler's calculations were not improper for the reasons discussed *supra* ¶ 109. Defendants bore the burden of proving their costs. Because, however, Ms. Kindler is an honest and credible witness, she agreed that if Defendants proved

1  certain costs it would be appropriate to deduct them in the final disgorgement
2  award. Yuga Labs' proposed findings of fact and conclusion take her testimony
3  into account. But, that does not mean she "improperly" calculated profits.