**Defendants' Disputed Post Trial Finding of Fact No. 124:**

<u>At trial, Yuga's corporate representative confirmed its intent to silence Defendants by testifying that "[t]hey should not have the right to say 'Bored Ape Yacht Club' again." Trial Tr. [Muniz] 94:5-13.</u>

**Plaintiff's Basis for Dispute:**

Yuga Labs' former CEO did not testify that Yuga Labs intends to "silence" Defendants. Rather, the context of Ms. Muniz's testimony is clear that she was speaking about Defendants' use of Yuga Labs' Bored Ape Yacht Club trademark to promote products. Trial Tr. at 94:5-13. There is no debate that Yuga Labs is seeking an injunction to stop Defendants' infringement of its marks. The terms of the injunction that Yuga Labs contends is appropriate in this case are clear from its proposed findings of fact and conclusions of law. Dkt. 416. Yuga Labs has not sought to limit Defendants' criticisms of Yuga Labs through its proposed injunction. What is also clear is that Defendants refuse to accept any reasonable injunctive relief, even though the Court has already found that Yuga Labs is entitled to injunctive relief. Dkt. 418-1.

**Defendants' Response:**

Ms. Muniz clearly testified at trial regarding Yuga's intent to silence the Defendants: "***They should not have the right to say "Bored Ape Yacht Club" again.***" Trial Tr. [Muniz] 94:12-13 (answering question about scope of injunction). As written, the injunction would likely force Mr. Ripps and Mr. Cahen to avoid criticism that references Yuga and possibly lead to Mr. Ripps having to shut off gordongoner.com. As Defendants have consistently maintained, that is simply not acceptable to them and is too broad.

**Plaintiff's Reply:**

The terms of Yuga Labs' proposed injunction are exactly what they appear. *See* Yuga Labs' Proposed Findings of Fact and Conclusions of Law (Dkt. 416) at

IV (Conclusion).  Those terms are not overbroad or prohibitive of "criticism."  *Id.*; *infra* ¶ 143.

   A witness's personal belief about what defendants *should* do in the future does not determine the propriety of the injunction actually proposed and entered, and so Defendants have no basis to avoid an injunction on these grounds.  But even so, Defendants misleadingly cite to Ms. Muniz's testimony.  The context of this series of questions was about Defendants' use of the BAYC Marks "to promote" goods in the future (Trial Tr. 94:5-5), and the question asked was "Do *you want* them never to say 'Bored Ape Yacht Club' again?" (Trial Tr. 10-13) (emphasis added).  Ms. Muniz's desire for Defendants to stop using Yuga Labs' brand, in the context of counterfeit goods, aligns with what the proposed injunction appropriately seeks to prohibit.

   Indeed, Mr. Solano's testimony on clearer questions confirms what is clear from the text of Yuga Labs' proposed injunction: it is not overbroad and does not seek to "silence" anyone:

> Q  Under what Yuga has requested, Yuga has requested a prohibition on Mr. Ripps and Mr. Cahen promoting criticism of Yuga Labs using the words "BAYC" or "Bored Ape Yacht Club"; isn't that right?
> A  I'm not aware of this, no.

Trial Tr. at 50:11-15.

> Q  Is it your understanding whether Yuga Labs is seeking an injunction to enjoin Mr. Ripps's or Mr. Cahen's criticisms?
> A  No. My understanding is that we want to prevent them from doing things like they did in promoting Ape Market, where they created an advertisement and they

|   |   |
|---|---|
| 1 | workshopped it internally. And it says, quote, "Dear |
| 2 | Yuga Community." |
| 3 | Trial Tr. at 51:11-17. |
| 4 | Q Should Mr. Ripps and Mr. Cahen be allowed to |
| 5 | criticize Bored Ape Yacht Club? |
| 6 | A Yes. |
| 7 | Q Should they be allowed to use the terms "BAYC" and |
| 8 | "Bored Ape Yacht Club" to make those criticisms? |
| 9 | A They can criticize Bored Ape Yacht Club and use |
| 10 | those words. But if you are trying to say that criticism |
| 11 | also means selling exact same NFTs to all the exact same |
| 12 | people on the exact same marketplaces, that's absurd. |
| 13 | Trial Tr. at 64:3-11. |
| 14 | Q You don't disagree that even after this lawsuit, no |
| 15 | matter what happens, Mr. Ripps and Mr. Cahen should |
| 16 | still be allowed to criticize Yuga and use the words |
| 17 | "Bored Ape Yacht Club" when they do so; right? |
| 18 | A I fully anticipate that they will be criticizing us, yes. |
| 19 | Trial Tr. at 65:17-22. |