1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING**
11 **HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 *Attorneys for Defendants*
   *Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | CASE NO. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **NOTICE OF FILING OF SEPARATE DOCUMENTS FOR DEFENDANTS' OBJECTIONS TO DISPUTED FINDINGS OF FACTS AND CONCLUSION OF LAW** |
| v. | |
| Ryder Ripps, Jeremy Cahen, | Judge: Hon. John F. Walter |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy Cahen hereby submit separate documents for each disputed Findings of Fact and Conclusion of Law pursuant to the Court's September 29, 2023 order (Dkt. 423).

Dated: October 2, 2023

By: /s/ *Louis W. Tompros*
  Louis W. Tompros (*pro hac vice*)
  louis.tompros@wilmerhale.com
  Monica Grewal (*pro hac vice*)
  monica.grewal@wilmerhale.com
  Scott W. Bertulli (*pro hac vice*)
  scott.bertulli@wilmerhale.com
  Tyler Carroll (*pro hac vice*)
  tyler.carroll@wilmerhale.com
  **WILMER CUTLER PICKERING
    HALE AND DORR LLP**
  60 State Street
  Boston, MA 02109
  Telephone: (617) 526-6000
  Fax: (617) 526-5000

  Derek Gosma (SBN 274515)
  derek.gosma@wilmerhale.com
  Henry Nikogosyan (SBN 326277)
  henry.nikogosyan@wilmerhale.com
  **WILMER CUTLER PICKERING
    HALE AND DORR LLP**
  350 South Grand Ave., Suite 2400
  Los Angeles, CA 90071
  Telephone: (213) 443-5300
  Fax: (213) 443-5400

  Attorneys for Defendants
  *Ryder Ripps and Jeremy Cahen*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on October 2, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Case No. 2:22-cv-04355-JFW-JEM — -1- — CERTIFICATE OF SERVICE