Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Finding of Fact No. 6, lines 3:1-3**<br><br>Judge: Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

**Plaintiff's Disputed Post Trial Finding of Fact No. 6, lines 3:1-3:**

Further, Mr. Hickman, another one of Defendants' partners, confused the listing for RR/BAYC NFTs on Foundation as being for genuine BAYC NFTs during his deposition. JTX-28; Dkt. 392 at 213:4-14.

**Defendants' Basis of Dispute:**

The evidence at trial did not show that Mr. Hickman was confused about the RR/BAYC Foundation page during his deposition. During trial, Yuga had an opportunity to examine Mr. Hickman and was unable to elicit testimony indicating that any confusion had occurred. The trial testimony shows that Mr. Hickman was **_not_** confused:

> Q.   And at your deposition, you were confused about whether the Foundation page for the RR/BAYCs was actually the Foundation page for BAYC NFTs?
>
> A.   ***I was not confused***
>
> Q.   At your deposition when you reviewed JTX-28, you originally thought it was the Foundation page website for what looks to be Bored Ape Yacht Club; correct?
>
> A.   ***No.***

Trial Tr. [Hickman] 212:25-213:8 (emphasis added).

During re-direct, Mr. Hickman was given an opportunity to further discuss his deposition testimony, and explained:

| | | |
|---|---|---|
| 1 | Q. | Were you at your deposition confused about whether the page that you were shown was indeed a Yuga Labs page or a page by Mr. Ripps? |
| 2 | | |
| 3 | | |
| 4 | A. | ***I was not confused.  The video shows me describe all aspects of the page in real time.*** |
| 5 | | |
| 6 | Q. | And were you – what was your level of confidence that this foundation page that you were shown at your deposition was indeed a page for the RR/BAYC collection? |
| 7 | | |
| 8 | A. | It was that it was actually Ryder's creator page for the RR/BAYC collection. |
| 9 | | |
| 10 | Q. | Are you aware of anyone who ever obtained an RR/BAYC from Foundation believing that it was sponsored by Yuga? |
| 11 | | |
| 12 | A. | Absolutely not. |

Trial Tr. [Hickman] 219:3-16 (emphasis added).  This testimony makes clear that Mr. Hickman was describing text appearing in JTX-28 real-time before arriving at his conclusion that it was Mr. Ripps's creator page on Foundation for the RR/BAYC collection.

**Plaintiff's Response:**

Mr. Hickman's (and Defendants') attempt to explain away his obvious confusion is self-evidently not credible.  When asked to identify the source of the NFTs for sale in JTX-28 (the sales page of his partners' own infringing NFTs) he paused for around five seconds, examined the page closely and stated that the page "looks to be Bored Ape Yacht Club."  Trial Tr. 213:9-13 (lodged at Dkt. 415); *id.*  His body language and demeanor showed that, after this examination, Mr. Hickman genuinely believed that he was looking at a Bored Ape Yacht Club sales page.  It was only after around fifteen seconds of a second, long, pause and closer examination that Mr. Hickman amended his answer and identified the page as Defendants' infringing website.  Dkt. 415.  Mr. Hickman's testimony at trial that he was not confused lacks

credibility in light of his testimony and his demeanor when giving that testimony. His self-serving denial contradicts what was clear in his video-taped deposition and at trial. Dkt. No. 415 (notice of lodging of video testimony); Trial Tr. 213:13. Mr. Hickman's bias explains why he would falsely deny his confusion: if even an insider like Mr. Hickman was confused by Defendants' use of Yuga Labs' marks on Defendants' marketplace page, the "nonexpert, nontechnical public" stood no chance when presented with Defendants' scam. Trial Tr. at 135:18-19.

**Defendants' Reply:**

Yuga mischaracterizes Mr. Hickman's deposition and trial testimony to support their false assertion that he was confused and misidentified the RR/BAYC sales page on Foundation. This is inaccurate. As Mr. Hickman credibly testified at trial, he was not confused, and his deposition video shows him reviewing and describing all portions of the exhibit. Trial Tr. [Hickman] 219:3-12 ("Q Were you at your deposition confused about whether the page that you were shown was indeed a Yuga Labs page or a page by Mr. Ripps? A I was not confused. The video shows me describe all of the aspects of the page real time. Q And were you—what was your level of confidence that this Foundation page that you were shown at your deposition was indeed a page for the RR/BAYC collection? A It was that it was actually Ryder's creator page for the RR/BAYC collection."). Mr. Hickman's trial testimony has been reproduced in full in Defendants' objection in which he explains that he was simply observing the document in real-time. That is not confusion. That is Mr. Hickman articulating in real-time the process under which he confidently concluded that he was looking at Mr. Ripps's creator page.