Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Finding of Fact No. 7(h), lines 4:26-28**<br><br>Judge:  Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

**Plaintiff's Disputed Post Trial Finding of Fact No. 7(h), lines 4:26-28:**

To stimulate sales of RR/BAYC NFTs, Defendants advertised that consumers were required to purchase one of Defendants' RR/BAYC NFTs to use Ape Market. JTX-696; Dkt. 396 at 46:2-7.

**Defendants' Basis of Dispute:**

The evidence at trial showed that Defendants did not use ApeMarket to stimulate sales of RR/BAYC NFTs. Yuga cross-examined Mr. Cahen about this very topic and was unable to show any evidence during that cross-examination showing that Defendant used ApeMarket with the intention to stimulate sales of RR/BAYC NFTs:

> Q. And in May and June of 2022, one of your goals for that apemarket.com domain was to use it to mint out the remainder of the RR/BAYC NFT collection; correct?
>
> A. ***No. That's theoretically impossible because doing that – creating an NFT marketplace would offer absolutely no functionality in terms of minting an already existing NFT contract.***
>
> Q. You used the prospect of the marketplace to drive sales of RR/BAYC NFTs; correct?
>
> A. There never existed a marketplace.
>
> Q. You used the prospect of a marketplace to drive sales of RR/BAYC NFTs; correct?

| | | |
|---|---|---|
| 1 | A. | What I would say I did was use the prospect of a potential marketplace which we were in the ideation phase of, I would say that I absolutely 100 percent used the prospect of that to draw attention to my protest of racism, anti-Semitism, and financial fraud being committed by Yuga Labs and Bored Ape Yacht Club. |
| 5 | Q. | You used the prospect of that marketplace to mint out the remained of the RR/BAYC NFT collection; correct? |
| 7 | A. | ***No, I did not.*** |

Trial Tr. [Cahen] 231:8-232:6 (emphasis added).

The evidence that Yuga cites does not rebut this trial testimony. Yuga cites to JTX-696 to incorrectly argue that apemarket.com was used to promote and sell RR/BAYC NFTs. JTX-696 is not apemarket.com but is instead the ApeMarket Twitter page (which Yuga has not alleged in this case as infringing any of the asserted marks). JTX-696 does not show what apemarket.com displayed, what functionalities it had, and whether it has ever promoted or sold RR/BAYC NFTs. In fact, ApeMarket was never released (Trial Tr. [Muniz] 85:11-12; [Hickman] 217:25-218:1; Cahen Decl. ¶ 260 (Dkt. 344); Ripps Decl. ¶ 180 (Dkt. 346) (uncontested) and no evidence shows that the website domain apemarket.com was ever used for the promotion or sale of anything. And moreover, the ApeMarket Twitter page was tied, as Mr. Cahen testified at trial, to the criticism of the RR/BAYC project, by posting links to rrbayc.com which contained a length artistic statement and incorporated gordongoner.com, which reveals Yuga use of racist imagery in length. And further, the deposition testimony of Mr. Ripps that Yuga cites does not address using ApeMarket to stimulate sales of RR/BAYC NFTs but instead merely asked if Mr. Ripps ever made a statement tying the release schedule for ApeMarket to the minting out of RR/BAYC NFTs.

**Plaintiff's Response:**

Mr. Cahen's testimony is contradicted by the evidence. *Supra* ¶ 7(g). His sworn testimony that Defendants never used the prospect of Ape Market to mint out the remainder of the RR/BAYC NFT collection is a lie. JTX-801.185 ("Goal: **mint out the remainder of the collection** + incentivize people to use the marketplace, specifically the BAYC original side"); JTX-801.221 ("so basically my goal for today is to create an announcement that will create hype and volume, **we want to mint out the remainder of that collection** [] thats our primary goal . . . I really want to tweet an image like this today to create major hype and speculation [followed by image of Ape Market webpage]"); JTX-801.144 ("One thing we can do to stimulate the rsvp completing is to tease apemarket.com").

**Mr. Cahen's Testimony Is Not Credible:** Mr. Cahen's self-serving testimony is not credible, as demonstrated by its contradictions by the evidentiary record, other testimony, and impeachment at trial. Mr. Cahen's testimony was littered with contradictions and demonstrated an attitude of disrespect towards the Court and these proceedings. For example, in his trial declaration, Mr. Cahen testified that the ApeMarket marketplace was "just in the ideation phase." Cahen Decl. (Dkt. 344) ¶ 263. However, at trial Mr. Cahen confirmed that there was a "ready-to-go Ape Market by . . . June 24, 2022." Trial Tr. at 247:10-12. Mr. Cahen also confirmed that he had "no reason to doubt" that the marketplace could be launched within a matter of 48 hours. *Id.* at 248:7-9. That fact is also supported by documentary evidence submitted at trial. *See* JTX-1027 (post from Ape Market twitter account advertising that "ApeMarket.com will go live within 24 hours of the final mint, which we will announce shortly").

Similarly, Mr. Cahen testified in his trial declaration that he "did not expect the project would result in consumer confusion," Cahen Decl. (Dkt. 344) ¶ 155, however, Mr. Cahen's communications in the Team ApeMarket discord chat demonstrate that he was acutely aware of the likelihood of confusion. *See* JTX-801.189 (Mr. Hickman

1  informing Mr. Cahen that it was "difficult to make the collections coexist" because
2  "they are the same art" and "same logos"); JTX-801.196 (Mr. Lehman noting, "we
3  should not under-estimate how confusing it is" and Mr. Cahen responding, "yeah.").
4  Not only was Mr. Cahen aware of the likelihood of confusion—he was apathetic to it.
5  His testimony at trial otherwise is not credible.

6        Mr. Cahen's testimony should also be given little weight due to his disrespect
7  for the Court and flagrant disregard of his obligation to be truthful under oath. Indeed,
8  at trial Mr. Cahen repeatedly offered non-responsive rants in response to unrelated
9  questions. *See, e.g.*, Trial Tr. at 237:14-238:1. This approach is consistent with his
10 hostile and obstructive deposition misconduct. *See, e.g.*, Cahen Depo. Designations
11 (Dkt. 395) at 80:5-7 ("Q: What is one thing [RR/BAYC] could stand for? A: It could
12 be Ronald Reagan bought apples yesterday, classy. I don't know."). Mr. Cahen's
13 lack of respect for the Court and the litigation process further underscores that he is
14 not credible.

15       Mr. Cahen also contradicted himself by claiming that he purchased a computer
16 to help create the RR/BAYC collection several months prior to the conception of the
17 project. Cahen Decl. (Dkt. 344) ¶ 174. Mr. Cahen tried to explain this at trial by
18 stating that the "project" began before May of 2022, Trial Tr. at 229:5-13, but his
19 latest tale contradicts the prior testimony by Defendants that they began working on
20 the RR/BAYC NFTs in May of 2022. *See* Dkt. 200-3; Dkt. 200-4. Defendants have
21 no problem changing the date of the conception of the project when convenient for
22 them. When Defendants sought to skirt their discovery obligations and hide their
23 communications about the real intent of their infringement, they claimed that the
24 project began in May of 2022, but when they tried to claim expenses purportedly
25 related to the project that were incurred months prior, they claim the project began in
26 2021. Mr. Cahen either lied at trial or he lied to the Court during discovery.
27
28

Case No. 2:22-cv-04355-JFW-JEM     -4-     DEFENDANTS' OBJECTIONS

      Finally, in both his declaration and at trial, Mr. Cahen testified that none of the Defendants had ever used the term "BAYC v3" to refer to their infringing NFTs and that the name was used only after Yuga Labs sent DMCA takedown notices to combat the infringement. Cahen Decl. (Dkt. 344) ¶ 253; Trial Tr. at 252:2-253:8. This testimony is also false. Documentary evidence shows Mr. Ripps referring to his infringing NFTs as BAYC V3 before Yuga Labs had sent a single notice. JTX-689 (Tweet from Mr. Ripps promoting infringing NFTs as "bayc v3"). Indeed, Mr. Ripps tweeted a link to the RR/BAYC page on a secondary marketplace that listed the NFTs under the name "Bored Ape Yacht Club V3" on the same day that Defendants admit that Yuga Labs sent its first notice. *See* JTX-690; *see also* Dkt. 193-2 ¶ 93 (undisputed fact that the first takedown notice issued against the RR/BAYC NFTs occurred on May 17, 2022). Given his myriad contradictions, non-responsive and evasive rants, and omissions, the only conclusion is that Mr. Cahen is an unreliable witness.

### Defendants' Reply:

      Yuga fails to show that Defendants used ApeMarket to stimulate sales of RR/BAYC NFTs. In fact, Yuga cross-examined Mr. Cahen about this very topic and was unable to show any evidence during that cross-examination showing that Defendant used ApeMarket with the intention to stimulate sales of RR/BAYC NFTs. That testimony has been quoted above in Defendants' objection, which explains that the use of ApeMarket to stimulate sales of RR/BAYC NFTs was "theoretically impossible because doing that – creating an NFT marketplace would offer absolutely no functionality in terms of minting an already existing NFT contract." Trial Tr. [Cahen] 231:8-232:6.

      Further, Mr. Cahen is credible. Yuga tries to mischaracterize Mr. Cahen's testimony to suggest that he was contradicting himself. But there is nothing inconsistent about Mr. Cahen testimony. He testified that ApeMarket was in the

ideation phase, which means that anything under development was subject to substantive changes pending Mr. Ripps's review and signoff on the website. But simply because Mr. Ripps had not reviewed and signed off on anything in connection with ApeMarket did not mean that the RR/BAYC team was not working on the website and exploring different ideas to implement.

Yuga mischaracterized Mr. Cahen as saying that ApeMarket was "ready to go" by June 24, 2022. But what Mr. Cahen actually said is that he did not know if ApeMarket was "ready to go" by June 24, 2022. Mr. Cahen then also stated that he works with the high skilled engineers that can implement nearly any project within days and that ApeMarket did not require much work in the first place as it used open-source code:

> Q. Sure. By Friday, June 24, ,2022, you and your associates had built a functioning ApeMarket?
>
> A. I'm not certain to answer that. But I believe with the quality of engineers that I work with, we could pretty much deploy anything within reason within a 48-hour window. So I always feel like the people that I work with are ready to go at the drop of a hat. That's kind of how I look at that.
>
> Q. And there was a ready-to-go ApeMarket by February – excuse me – by June 24, 2022?
>
> A. Among other things, yes, because this – a lot of the code used is open source. And ApeMarket is very similar to other marketplaces. The only differences that we were discussing that are really worth noting would be that it would be a cheaper source of infrastructure for the public to be able to utilize.

Trial Tr. [Cahen] 247:1-17. And finally, ApeMarket was never released, and there was no evidence that the webpage apemarket.com was a functioning website. Trial

Case No. 2:22-cv-04355-JFW-JEM -6- DEFENDANTS' OBJECTIONS

Tr. [Muniz] 85:11-12; [Hickman] 217:25-218:1; Cahen Decl. ¶ 260 (Dkt. 344); Ripps Decl. ¶ 180 (Dkt. 346) (uncontested).

Yuga also accused Mr. Cahen of "disrespect for the Court" by making "non-responsive rants" in response to questions about ApeMarket stimulating sales of RR/BAYC NFTs. But the trial transcript shows otherwise:

> Q. And in May and June of 2022, one of your goals for that apemarket.com domain was to use it to mint out the remainder of the RR/BAYC NFT collection; correct?
>
> A. ***No. That's theoretically impossible because doing that – creating an NFT marketplace would offer absolutely no functionality in terms of minting an already existing NFT contract.***
>
> Q. You used the prospect of the marketplace to drive sales of RR/BAYC NFTs; correct?
>
> A. There never existed a marketplace.
>
> Q. You used the prospect of a marketplace to drive sales of RR/BAYC NFTs; correct?
>
> A. What I would say I did was use the prospect of a potential marketplace which we were in the ideation phase of, I would say that I absolutely 100 percent used the prospect of that to draw attention to my protest of racism, anti-Semitism, and financial fraud being committed by Yuga Labs and Bored Ape Yacht Club.
>
> Q. You used the prospect of that marketplace to mint out the remained of the RR/BAYC NFT collection; correct?
>
> A. ***No, I did not.***

Trial Tr. [Cahen] 231:8-232:6 (emphasis added). Yuga's citation to Mr. Cahen's deposition similarly cherry picks one question from a full-day of deposition

Case No. 2:22-cv-04355-JFW-JEM -7- DEFENDANTS' OBJECTIONS

testimony, and even then, the testimony Mr. Cahen gave is responsive to Yuga's question to give a hypothetical answer to "things" RR/BAYC could stand for.

Yuga further mischaracterized Mr. Cahen's testimony by incorrectly suggesting that he did not purchase a computer to work on the RR/BAYC project. The trial testimony shows that the 2021 purchase date is consistent with Mr. Cahen's work in connection with the RR/BAYC project and its protest of Yuga:

> Q. Would it surprise you that the date for that computer is December 2021?
>
> A. That would not surprise me at all, no.
>
> Q. Why?
>
> A. Because it's a date on a receipt. I'm not sure what the point is, but I'm hearing you, yeah.
>
> Q. Okay. So either the RR/BAYC project started in May 2022 or the RR/BAYC project started in December 2021, and you bought a computer for it; correct?
>
> A. The RR/BAYC project is a protest project. And the protest began well, well before the RR/BAYC project did. So if you are asking me why I make a connection between earlier dates and that project, it's because we spent about a year protesting in different ways before we released any sort of nonfungible token and rather, before Ryder did and I decided to join and help him expand his vision and protest.

Trial Tr. [Cahen] 227:11-228:1.

Finally, Yuga incorrectly argues that Mr. Cahen is not credible because he testified that Defendants never used the term "bayc v3" to refer to the RR/BAYC collection. But Yuga was unable to impeach this testimony during cross-examination of Mr. Cahen and Yuga did not even attempt to cross-examine Mr. Ripps on this issue. The exhibit that Yuga cites, JTX-689, also confirms that Mr. Cahen's

1  testimony was true. JTX-689 is a reply Mr. Ripps made on Twitter on May 13, 2022
2  to Mr. McNelis's question on what NFTs people are buying. Mr. Ripps's reply is a
3  satirical comment that has absolutely nothing to do with the RR/BAYC collection and,
4  in fact, the comment was made before Mr. Ripps even started taking commissions for
5  RR/BAYC NFTs.