Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Finding of Fact No. 17**<br><br>Judge: Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

### Plaintiff's Disputed Post Trial Finding of Fact No. 17:

Indeed, Bloomberg aired a news segment that reported Defendants' infringing NFT collection, under the name "Bored Ape Yacht Club V3," as a top-performing collection. JTX-701, JTX-1049; Dkt. 342 ¶66. The segment discussed only Yuga Labs and Bored Ape Yacht Club. *See* Dkt. 340 ¶10; Dkt. 342 ¶67. As such, the segment made no distinction that this "Bored Ape Yacht Club V3" collection was not associated with the genuine Bored Ape Yacht Club collection, nor did it reference either Defendant. It is apparent that Bloomberg News was under the impression (and giving viewers the impression) that Defendants' infringement was affiliated with or a new "version" of the genuine Bored Ape Yacht Club.

### Defendants' Basis of Dispute:

Evidence at trial does not support Yuga's characterization of the Bloomberg Crypto news segment. Trial Tr. [Solano] 31:3-5; JTX-1049. Mr. Solano admitted that he had not actually spoken with Bloomberg reporters in order to discern whether they had been confused. Trial Tr. [Solano] 31:3-5. Furthermore, Defendants did not create the "Bored Ape Yacht Club V3" title. Cahen Decl. ¶ 251 (Dkt. 344). Mr. Cahen believes that the "Bored Ape Yacht Club V3" title was a result of Yuga's DMCA take downs. Cahen Decl. ¶ 253 (Dkt. 344).

The Bloomberg Crypto segment centered on the recent cryptocurrency market crash and its impact on the valuation of various cryptocurrency assets. JTX-1049. During a discussion of the NFT market, Bloomberg news reporters highlighted that NFT valuation had dropped in 2022, along with the valuation of other cryptocurrency

assets. *Id*. However, during a brief discussion of an "eight percent jump in the NFT index," a chart listing NFT collections appeared behind the Bloomberg reporter. *Id*. While the chart was displayed, the reporter did not discuss any of the collections. Instead, she highlighted market changes such as volume drops on OpenSea of "almost 200%." *Id*. As the NFT collections chart was taken down, the reporter said "let's talk a second longer about the Bored Ape Yacht Club collection" before discussing how drops in valuation across the cryptocurrency market have also impacted that Bored Ape Yacht Club's valuation.

Although the NFT collections chart shown during the Bloomberg segment listed "Bored Ape Yacht Club V3" as a "Top NFT Collection," the news reporter did not spend any time discussing and analyzing the chart. *Id*. She never referenced the Defendants by name, she never referenced Defendants' criticisms of Yuga, and she never even mentioned Yuga. Instead, she briefly mentioned the Bored Ape Yacht Club as the chart was taken down. *Id*. This is unsurprising since the Bored Ape Yacht club was one of the collections listed on the chart. *Id*. However, nothing that the reporter said characterized Defendants' RR/BAYC project as being affiliated with Yuga or the Bored Ape Yacht Club. In fact, the reporter did not compare or contrast any of the listed collections. *Id*. She simply continued to her other talking points. *Id*.

Yuga incorrectly claims that Defendants are responsible for the "Bored Ape Yacht Club V3" collection title and the way it was shown on Bloomberg crypto. However, the chart itself displayed that the source of the information was DappRadar, an NFT marketplace. *Id*. This supports Mr. Cahen's testimony that the "Bored Ape Yacht Club V3" title was created by NFT marketplaces after marketplaces complied with Yuga's DMCA takedowns removed the "RR/BAYC" title from their marketplaces. Cahen Decl. ¶ 253 (Dkt. 344).

**Plaintiff's Response:**

1       Despite Defendants' objection that they "did not create" the "Bored Ape Yacht
2  Club V3" name, they undeniably marketed their infringing NFT collection under that
3  name.  On one occasion, in response to a Tweet by @j1mmy.eth asking what NFT
4  collections consumers were purchasing, Mr. Ripps tweeted "bayc v3."  JTX-689.  This
5  was the **_same day_ he created the RR/BAYC smart contract**.  Atalay Decl. (Dkt. 337)
6  ¶ 3 ("on May 13, 2022, Defendant Ripps created the Ethereum blockchain smart
7  contract); JTX-600 (showing May 13, 2022 as the creation date).  Four days later, Mr.
8  Ripps tweeted a link to a secondary sales marketplace where his infringing NFTs were
9  listed under the name "Bored Ape Yacht Club V3."  JTX-690.  Defendants have
10 offered no evidence that anyone used the "Bored Ape Yacht Club V3" or "bayc v3"
11 names before they used it to promote their collection; the only evidence on this issue
12 shows that Defendants used this name and that they caused confusion in the market
13 where their products were consistently labeled with the BAYC Marks.  Mr. Cahen's
14 "belief" regarding the source of this name makes no difference, as his testimony is
15 provably false, as detailed in Yuga Labs' response to the following objection.

16      Defendants object that the Bloomberg reporter "never referenced the
17 Defendants by name" and "never referenced Defendants' criticisms of Yuga," but this
18 is exactly the point:  the two different products appeared on the *same chart* under the
19 *same name*, with Defendants' collection falsely denoted as a new version of Yuga
20 Labs' genuine NFT collection.  Consumers and even sophisticated market analysts
21 were confused by Defendants infringement and *did not realize* that the infringing
22 collection was affiliated with Defendants or meant to express any "criticisms."  This
23 result is not surprising, since Defendants' infringing NFT collection used the BAYC
24 Marks without Defendants' names or any "criticisms" in the NFTs or the smart
25 contract whatsoever.  *See, e.g.*, JTX-28; JTX-600.  Defendants' objection that the
26 Bloomberg reporter did not know that Defendants' infringing collection originated
27 from them or was actually a purported art project only proves the point that

Defendants' actions led to confusion in the marketplace where consumers were not in on the scam.

**Defendants' Reply:**

Yuga fails to present any evidence to support their claim that Bloomberg News reporters were under the impression (and giving viewers the impression) that the RR/BAYC project was affiliated with or a new version of the Bored Ape Yacht Club collection. JTX-689 and JTX-690 do not show an intentional use of Bayc V3 to confuse. JTX-689 is a sarcastic response to j1mmy.eth (Mr. McNelis) a Twitter user with longstanding and public disagreements with Mr. Ripps. Mr. Ripps discussed this in his declaration. Ripps Decl. Dkt. 346 ¶¶ 73-80. Anybody seeing that Tweet—which did not link to any RR/BAYC NFT materials—would understand that it was sarcastic and meant to mock j1mmy.eth. Further, it was common on the internet to reference things jokingly as "v3" so this was a common joke that the average crypto enthusiast would understand. *See* Trial Tr. [Cahen] 255: 1-3 (explaining that it is a common joke that others may have engaged with). The timing in relationship to the DMCA has no bearing on the proposed finding of fact.

Likewise, JTX-690 which purportedly shows a Tweet with v3 only displays "v3" if the mouse is left hovering over the link in a specific way. The actual body of the Tweet does *not* include the v3 term, and Yuga has shown no evidence that the URL name was not automatically generated.

Yuga also cites to a screenshot, JTX-701, of a Bloomberg newscast. This exhibit does not support a finding of actual confusion. The chart separately lists both "Bored Ape Yacht Club" and "Bored Ape Yacht Club V3" indicating that the anchor understood that these were two different projects. Additionally, as Mr. Cahen testified, he is not aware of anyone who watched the Bloomberg program and reserved an RR/BAYC NFT believing it to be a Yuga collection. Cahen Decl. ¶ 252 (Dkt. 344).