Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Finding of Fact No. 18, lines 8:13-22**<br><br>Judge:  Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

### Plaintiff's Disputed Post Trial Finding of Fact No. 18, lines 8:13-22:

The Court does not credit Mr. Cahen's testimony that the "V3" designation was "the result of Yuga having repeatedly filed twenty-seven Digital Millennium Copyright Act takedowns directed to the RR/BAYC artwork." Dkt. 344 ¶253. More credible evidence establishes that Mr. Ripps used the "V3" designation before even the first takedown Yuga Labs issued toward the RR/BAYC NFT collection. JTX-689; Dkt. 193-2 ¶93 (undisputed fact that the first takedown notice issued against the RR/BAYC NFTs occurred on May 17, 2022). Mr. Cahen's testimony is not only false as to the timing of the "V3" name, but also as to the causal relationship, as the "V3" name was used by Defendants before any takedown had occurred.

### Defendants' Basis of Dispute:

Mr. Cahen's testimony regarding the "Bored Ape Yacht Club V3" designation is credible and corroborated by the Bloomberg's citation to DappRadar, an NFT Marketplace. Cahen Decl. ¶ 253 (Dkt. 344); JTX-1049. Defendants never referred to the RR/BAYC project as "Bored Ape Yacht Club V3." Cahen Decl. ¶ 253 (Dkt. 344).

Yuga cites the Combined Statement of Fact to assert the "undisputed fact that the first takedown notice issued against the RR/BAYC NFTs occurred on May 17, 2022." Dkt. 193-2 ¶ 93. However, this is incorrect reading of the Combined Statement of Fact. Defendants did not dispute that "[t]he May 17, 2022 Takedown was sent to Foundation marketplace for the RR/BAYC NFT collection and stated: "[t]he infringing content uses copyrighted material from https://opensea.io/collection/boredapeyachtclub produced by Yuga Labs without

1 authorization." Dkt. 193-2 ¶ 93.  However, Defendants never characterized the May
2 17, 2022 Takedown as the first takedown.  Mr. Cahen testified that he believed that
3 Yuga served 27 takedowns but he could not recall when the first one was issued.  Trial
4 Tr. [Cahen] 252:2- 255:12.

5   Yuga has failed to cite evidence establishing the date of the first DMCA
6 takedown notice and, therefore, have not done anything to call into question the
7 veracity of Mr. Cahen's testimony and timeline.

8   **Plaintiff's Response:**

9   Defendants' attempt to salvage Mr. Cahen's false testimony is unavailing.  Mr.
10 Cahen testified under penalty of perjury that the "Bored Ape Yacht Club V3" name
11 originated after, and as the result of, 27 takedowns of Defendants' infringing NFT
12 collection.  Cahen Decl. (Dkt. 344) ¶ 253.  He confidently stood by this assertion at
13 trial.  Trial Tr. at 252:7 ("I believe that that is accurate"); 252:10-12 ("this is my
14 testimony, and I believe that all of my testimony is correct and truthful, yes.");
15 252:20-21 ("as I said, this is my testimony under oath, and I do believe it to be
16 accurate and true."); 252:23-24 ("I believe it is absolutely the result of takedowns that
17 were created by Yuga Labs . . .").

18   There is no basis for Defendants' claim that 27 takedowns occurred before
19 (much less caused) the creation of the "V3" name.  Defendants do not cite to a single
20 document or witness testimony supporting their claim.  To the contrary, Defendants
21 were using the "V3" name before even a ***single takedown*** occurred.  The timeline of
22 takedown requests Yuga Labs submitted against Defendants' infringing NFT
23 collection was submitted with the Declaration of Kevin Williams as part of the
24 summary judgment record in this case (Dkt. 149-5), and ***every single takedown***
25 ***request*** occurs after Defendants were using the "V3" name to promote their infringing
26 NFT collection.  JTX-689 (May 13, 2022 tweet by Mr. Ripps using "bayc v3"); JTX-
27
28

1249 (May 14, 2022 tweet by Mr. Ripps showing "Bored Ape Yacht Club V3" as the name of his NFT).

Indeed, Mr. Ripps was promoting and marketing "bayc v3" starting on May 13, 2022—the ***same day*** *he created the RR/BAYC smart contract*. Atalay Decl. (Dkt. 337) ¶ 3 ("on May 13, 2022, Defendant Ripps created the Ethereum blockchain smart contract); JTX-600 (showing May 13, 2022 as the creation date). Even if Defendants argue it is a spectacular coincidence that Mr. Ripps started promoting "bayc v3" the same day that he created RR/BAYC NFTs, Defendants concede in their objection immediately below that this date was "before Mr. Ripps even started take commission for RR/BAYC NFTs." In other words, Defendants argue, and Mr. Cahen testified under oath, that Defendants' NFT collection had been taken down 27 times ***before primary sales had even begun***.

Defendants' false testimony and persistent denial of these facts severely undermines their credibility and discredits their objection.

**Defendants' Reply:**

Yuga mischaracterizes Mr. Cahen's testimony regarding the 27 takedowns. In his declaration, Mr. Cahen stated that "[t]he term "BAYC V3" or "Bored Ape Yacht Club V3," as I understand it, is the result of Yuga having repeatedly filed twenty-seven Digital Millennium Copyright Act takedowns directed to the RR/BAYC artwork. Each time RR/BAYC was relisted, the name would be repopulated with a term that we had no control over." Cahen Decl. (Dkt. 344) ¶ 253. It is clear from Mr. Cahen's description of the mechanism through which collections were taken down and new titles were populated upon collections being relisted that he did not testify that all 27 takedowns occurred prior to the "Bored Ape Yach Club V3" title being populated into any marketplace. Mr. Cahen further clarified this at trial, testifying that "when a DMCA gets filed, certain front-ends will have a name space reserved for that collection. And when the name space is taken down because of a DMCA takedown

1  request, it will then –if the DMCA takedown request is disputed and goes away, then
2  it will generate new name space for that collection." Trial Tr. [Cahen] at 253:22-
3  254:2. Mr. Cahen explained the mechanism by describing a single DMCA takedown.
4  *Id*. Therefore, it is clear that Mr. Cahen specified 27 takedowns in his declaration in
5  order to testify to the absurdly large number of takedowns Yuga imposed, not to
6  suggest that the "Bored Ape Yacht Club V3" title only occurred in marketplaces after
7  all 27 takedowns. Yuga employs this mischaracterization of Mr. Cahen's testimony in
8  an attempt to fabricate a timeline inconsistency where there is not one, and thereby
9  discredit Mr. Cahen's testimony.
10         Mr. Cahen was clear and consistent in his testimony regarding "Bored Ape
11 Yacht Club V3." Defendants were not involved in creating or promoting the "Bored
12 Ape Yacht Club V3" collection name. Cahen Decl. ¶ 253 (Dkt. 344); Trial Tr.
13 [Cahen] 252:2-255:12. Although "Bored Ape Yacht Club V3" was referenced
14 sarcastically and in jest, Defendants did not create "Bored Ape Yacht Club V3" or
15 promote it. Trial Tr. [Cahen] 254:22- 255:12. Yuga has failed to present evidence
16 which contradicts these facts.