Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **Defendants' Objections to Disputed Finding of Fact No. 27** |
| v. | Judge: Hon. John F. Walter |
| Ryder Ripps, Jeremy Cahen, | |
| Defendants. | |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

### Plaintiff's Disputed Post Trial Finding of Fact No. 27:

Defendants were obstructive and intentionally evasive throughout their depositions and at trial, wasting time with rehearsed, non-responsive monologues on the same issues the Court already deemed irrelevant.  *See, e.g.*, Dkts. 392 at 229:3-13, 231:21-232:3, 234:24-235:5, 237:14-238:7; 395 at 101:7-102:4, 163:13-23; 396 at 35:2-11, 44:19-45:11.

### Defendants' Basis of Dispute:

Mr. Ripps and Mr. Cahen testified using their own words and answered Yuga's counsel's frequently confusing and/or repetitive questions to the best of their ability. *See, e.g.*, Trial Tr. [Cahen] 234:15-235:5 ("Q Mr. Cahen, your plan was to stimulate sales of RR/BAYC NFTs by teasing the future release of Ape Market; correct? A No. Q No? A I believe I heard you correctly. Would you mind repeating yourself? Because I believe the answer is no, but if you wouldn't mind repeating yourself, I can make sure.  Q Yes. Your plan was to stimulate sales of RR/BAYC NFTs by teasing the future release of Ape Market?  A No. In fact, I already answered that question. My goal was to draw additional awareness to my protest of racism, anti-Semitism, and financial fraud being conducted by Yuga Labs and Bored Ape Yacht Club. That is -- and that is still today something that I care very much about.")

Yuga's counsel's mid-trial motion to strike Mr. Cahen's testimony as non-responsive was, in fact, denied.  Trial Tr. [Cahen] 234:11-13.

### Plaintiff's Response:

Defendants' objection that their monologues were responsive and not obstructive is not credible.  Defendants' contention that the following responses by Mr. Cahen, for example, in official court proceedings is a display of answering questions "to the best of [his] ability" is disingenuous and not made in good faith:

- Cahen Depo Tr. at 81:22-82:14 (designated by Defendants (Dkt. 395)) (making accusations of "Nazism, racism, financial fraud, pedophilia" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 88:14-22 (making accusations of "Nazism, racism, pedophilia, fraud" in response to the question "Have you talked with Ian Garner about the RR BAYC project?")

- Cahen Depo Tr. at 89:1-8 (making accusations of "illegal, unregistered security[ies] and a multi-billion-dollar fraud" in response to question "So part of the RR BAYC project is criticizing Fenwick?")

- Cahen Depo Tr. at 90:9-17 (making accusations of "Nazism, racism, pedophilia, securities fraud" in response to the question "What did you do in 2022 in connection with the project?")

- Cahen Depo Tr. at 91:23-92:9 (making accusations of "Neo-Nazism, racism, pedophilia, fraud" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 104:4-15 (making accusations of "Neo-Nazi and racist and pedophilic and fraudulent company known as Yuga Labs" in response to in response to question about whether the two NFT collections point to the same images)

- Cahen Depo Tr. at 106:23-107:9 (designated by Defendants (Dkt. 395)) (making accusations of "Neo-Nazism, racism, pedophilia, financial fraud" in response to question about whether the two NFT collections point to the same images)

- Cahen Depo Tr. at 111:13-112:17 (making accusations of "racism," "pedophilia," "mass fraud" in response to question about benefits received from third parties)
- Cahen Depo Tr. at 113:22-114:2 (making accusations of "Neo-Nazism, racism, pedophilia, financial fraud" in response to question about what the acronym "RR/BAYC" refers to)
- Cahen Depo Tr. at 115:22-116:7 (making accusations of "racist anti-Semitic pedophile-themed assets that are fraudulent" in response to question "And you wanted them to buy RR BAYC's instead?")
- Cahen Depo Tr. at 121:23-122:12 (responding "I don't understand how a racist and Nazi and pedophile-themed and fraudulent company would be able to enforce trademarks" in response to question "Were you aware of trademarks when you started working on the RR BAYC project?")
- Cahen Depo Tr. at 145:23-146:6 (making accusations of "racism and fraud and so on" in response to question about what the acronym "RR/BAYC" refers to)
- Cahen Depo Tr. at 155:3-13 (making accusations of "Nazism, racism, pedophilia and fraud" in response to question about what the acronym "RR/BAYC" refers to)
- Cahen Depo Tr. at 163:13-23 (designated by Defendants (Dkt. 395)) (making accusations of "multi-million-dollar Nazi ponzi schemes" in response to question about why he purchased an RR/BAYC NFT)
- Cahen Depo Tr. at 166:22-167:5 (making accusations of "Neo-Nazism, racism and pedophilia" in response to question about his role in the "RR BAYC Project")

1

2

3

- Cahen Depo Tr. at 205:17-207:4 (making accusations of "racism, Nazism and pedophile subversion" in response to question about hopes for price increase of RR/BAYC NFTs)

4

5

6

- Cahen Depo Tr. at 220:6-221:4 (making accusations of "racism, Nazism, pedophilia and fraud" in response to question about whether purchasers understood that RR/BAYC NFTs were minted by Mr. Ripps directly)

7

8

9

10

- Cahen Depo Tr. at 236:3-22 (making accusations of "racism, Nazism, pedophilia and extensive fraudulent practices" in response to question "Did anyone come and -- to the RR BAYC project team and ask for an NFT based on a BAYC ID number?")

11

12

13

- Cahen Depo Tr. at 241:25-242:13 (making accusations of "Nazism, racism, pedophile-influenced subversion and fraud" in response to question "Why would the BAYC ID number be used in connection with the RR BAYC's?")

14

15

16

- Cahen Depo Tr. at 253:17-254:18 (making accusations of "anti-Semitism, racism, pedophilia and widespread financial fraud" in response to question about definition of "promotion")

17

18

19

- Cahen Depo Tr. at 264:21-265:4 (making accusations of "Nazism, racism, pedophilia and fraud" in response to question about whether third party promoted RR/BAYC NFTs)

20

21

22

23

- Cahen Depo Tr. at 285:7-286:25 (42-line response making accusations of "Nazism, racism and pedophilia" and "widespread fraud and market manipulation" in response to question "Did you provide apes to Kenobi and his lawyer friend?")

24

25

26

- Trial Tr. at 229:3-13 (making accusations of "racism, anti-Semitism, financial fraud, and all kinds of horrible practices and iconography" in response to question about the start date of the RR/BAYC Project)

27

28

1  - Trial Tr. at 231:21-232:3 (making accusations of "racism, anti-Semitism,
2    and financial fraud" in response to question about whether Ape Market was
3    used to drive sales of NFTs)

4  - Trial Tr. at 234:24-235:5 (making accusations of "racism, anti-Semitism,
5    and financial fraud" in response to question about whether Ape Market was
6    used to drive sales of NFTs)

7  - Trial Tr. at 237:14-238:7 (making accusations of "racism, anti-Semitism,
8    and financial fraud" in response to question about whether tweets about Ape
9    Market were used to drive sales of NFTs)

Defendants made these false and obstructive accusations even after the Court rejected their baseless First Amendment defense; worse, they made these accusations at trial even after they represented to the Court that they would not. *See, e.g.*, Dkt. 320-1 ¶ 6(A) (agreeing in proposed pretrial conference order not to introduce evidence or argument regarding "pedophilia," or Defendants' "emotional distress counterclaims" and other irrelevant topics); Dkt. 314 (agreeing in Defendants' proposal that they will not offer testimony regarding "the words 'Nazi' or 'Hitler'," "allegations concerning death threats or harassment," the "class action lawsuit brought against Yuga for securities fraud," or "the SEC investigation into Yuga for securities fraud"); Dkt. 334 at 60:13-14 (representing to the Court "We don't want a mini trial on Naziism for sure"); *id*. at 61:9-11 ("I agree they should stand up and object if we start -- if anybody starts talking about -- ranting about how everybody at Yuga are a bunch of Nazis. That is clearly inappropriate and shouldn't be done.").

**Defendants' Reply:**

Yuga's response cherry-picks and takes out of context testimony (some of which it did not even elect to make part of the record in this case) to falsely create the impression that Mr. Cahen was not acting in good faith.

---

First, Yuga took a full day of deposition with Mr. Cahen and repeatedly asked Mr. Cahen questions regarding his protest and criticism of Yuga.  Mr. Cahen honestly answered those questions by articulating his protest in response to Yuga's questions.  When looking at the full context of Yuga's questions, it is clear that Mr. Cahen did not engage in any dishonesty or obstructive behavior.  For example, Yuga cites to pages 81:22-82:14 of Mr. Cahen's deposition but then omits critical context of Yuga asking what Mr. Cahen he was using RR/BAYC for:

> Q.    I need your testimony, not mine.  And you just said you've used that acronym to – you used acronym RR/BAYC to refer to Ryder Ripps Bored Ape Yacht Club?
>
> A.    Correct.  That's what I've used it for.
>
> Q.    So, *in what context have you used that acronym?*
>
> A.    In what context have I used the acronym RR/BAYC?
>
> Q.    Correct.
>
> A.    *The context that I typically use that acronym for would be in reference for an art project that was created by Ryder Ripps.  And that art project is a piece of conceptual art which is a powerful criticism of Nazism, racism, financial fraud, pedophilia.*  And it also involves institutions such as FTX, who has perpetuate the greatest fraud in the history of the United States finance, and also OpenSea who's business partners with them, and law firm known as Fenwick & west, who is also business partners with them.  So that's what I refer to typically when I use the acronym RR/BAYC.

Cahen Depo. Designation 81:17-82:14 (Dkt. 396) (emphasis added).  Virtually every example that Yuga gives is similar, where Mr. Cahen is providing a direct and clear answer to Yuga's question, but Yuga cites that testimony in a manner that omits context to falsely suggest that Mr. Cahen was not being cooperative.

1    While it would be impracticable to go through every single instance where

2 Yuga misrepresents Mr. Cahen's actions, Defendants provide a few more examples to

3 show how pervasive Yuga's misrepresentations are.  Yuga cites to pages 89:1-8 of

4 Mr. Cahen's deposition testimony, but here Yuga was directly asking about Mr.

5 Cahen's protest:

6

7    Q.    So part of **the RR/BAYC project is criticizing Fenwick?**

8    A.    Well, Fenwick is business partners with FTX and Yuga Labs.  And
9          **they were involved with the creation of ApeCoin, which is an**
          **illegal unregistered security and a multi-billion-dollar fraud.**  So
10         that's why I'm referring to Fenwick & West in that context.

11         Is it incorrect that Fenwick & West is involved with the creation of
12         ApeCoin?

13

14 Cahen Depo. Tr. at 89:1-10 (emphasis added).  Yuga also cites to pages 90:9-17 of

15 Mr. Cahen's deposition, but again the context shows that Mr. Cahen provided a direct

16 answer:

17    Q.    What did you do in 2022 in connection with the project?

18    A.    I helped create a dialogue about it.  I helped do research about
19         Nazism, racism, pedophilia, securities fraud, FTX, Fenwick,
          ApeCoin, Guy Oseary, Illa Da Producer.  Illa, I-L-L-A, Da, D-A,
20         Producer.  And the various high-profile celebrities who helped
21         perpetuate this very large-scale fraud and subversion.

22

23 Cahen Depo. Tr. at 90:9-17.  Yuga also cites to pages 106:23 to 107:9 of Mr. Cahen's

24 deposition, but here Yuga directly asked Mr. Cahen about his protest of Yuga's

25 racism:

26    Q.    So the URI involved with the RR/BAYC art project –

27    A.    Yeah, Sure. Go ahead.

28

Q.     -- that points to the same images that BAYC uses –

A.     Yes.

Q.     *That you say are racist?*

A.     *Yeah, that's the whole point of the project* is to draw attention to Neo-Nazism, racism, pedophilia, financial fraud, Yuga Labs, ApeCoin, Fenwick & West and FTX, who are all business partners, as well as OpenSea.

Cahen Depo. Designation 106:23-107:9 (Dkt. 396) (emphasis added).  Similarly, Yuga misleadingly cites to pages 111:13-112:17, which again was a direct and straightforward answer to Yuga's question:

Q.     *Outside of the Ethereum network, did you receive any benefits from any third party in connection with the RR/BAYC project?*

MR. TOMPROS:   Object to the form.

THE WITNESS:   *Well, I'd love to answer that question.*

MR. TOMPROS:   You can answer it if you understand it.

THE WITNESS:   *I would say that there's been a lot of benefits being involved with this project.*  Because a lot of people don't like Neo-Nazis.  A lot of people don't like racism.  A lot of people don't like pedophiles, and they don't like pedophilia.  When this imagery is being perpetuated to the masses, that offends a tremendous amount of people in a very deep way.

In addition to that, people do not like it when large companies perpetuate mass fraud and steal million, if not billions, of dollars from individuals.

*So as a result of my involvement with this project, people have really given me a lot of respect.  They have given me a lot of support.  They have given me a lot of attention.  And they have given me a lot of praise.*

> ***And it's very rewarding and fulfilling to know that just because I'm a small individual, it does not mean that I can't stand up against these outrageous atrocities and financial crimes*** that involve Yuga Labs, ApeCoin, Fenwick & West and FTX.

Cahen Depo. Tr. at 11:13-112:17 (emphasis added).  Yuga also cites to pages 163:13-23 of Mr. Cahen's deposition but again omits that Yuga directly asked Mr. Cahen for his personal reasons he may want an RR/BAYC NFT, and Mr. Cahen honestly answered:

> Q.   ***Why would you buy an RR/BAYC NFT?***
>
> A.   Well, I'm a big fan of Ryder Ripps as an artist.  He's been a huge inspiration to me as an individual.  ***And I've been a major collector of his art since I first began exploring nonfungible tokens because I find what he does as a creative and as a human being is remarkable.   And it's an incredible display of courage and willingness to speak his truth even if it means he's going to be threatened by multi-million-dollar Nazi ponzi schemes like Yuga Labs.***

Cahen Depo. Designation 163:13-23 (Dkt. 396) (emphasis added).  Virtually every example that Yuga provides is the same.  Yuga has taken testimony out of context by not mentioning that Mr. Cahen is directly answering questions that Yuga itself asked.  Such behavior does not render a case exceptional.

Yuga also complains that the trial evidence includes references to the pending SEC investigation against Yuga and Defendants' neo-Nazi allegations.  But Yuga never objected to any of that testimony at trial.  *See Fenton v. Freedman, 748 F.3d 1358, 1360 (9th Cir. 1984)* (objections not made at trial are waived).  Further, all of Yuga's cited testimony is relevant to the issue of intent.  The argument that Defendants have somehow breached an agreement not to bring up issues of "inflammatory" material is factually incorrect and ignores the fact that intent is still at

1   issue.  *See Romag Fasteners, Inc v. Fossil, Inc.*, 140 S. Ct. 1492, 1497 (2020).   All of

2   Yuga's citations to the record involve discussions of intent.  As Yuga is seeking

3   intent-laden damages, Defendants should be able to explain their intentions.  As such,

4   Defendants were permitted to discuss their motivations.  Notably, Yuga does not

5   explain how these answers—which were clearly about Defendants' intentions and

6   motivations—were non-responsive.  In short, that is because each one was responsive.

7   Beyond that, to the extent there was an error, it was an evidentiary issue as Yuga

8   admits.  *See Citation to* Dkt. 334 at 61:9-11.

9        Moreover, Defendants' agreement to not present evidence regarding aspects of

10  Defendants' allegations was made in the context of a jury trial.  After Yuga dropped

11  all legal remedies and submitted this case for a bench trial, the Rule 403 concerns of

12  that evidence no longer applied because the Court was already aware of Defendants'

13  criticism and the Court is not susceptible to Rule 403 concerns.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28