Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| Yuga Labs, Inc.,<br><br>            Plaintiff,<br><br>   v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>            Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Conclusion of Law No. 35**<br><br>Judge:  Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

### Plaintiff's Disputed Post Trial Conclusion of Law No. 35:

Defendants were also unjustly enriched, including by avoided costs.

### Defendants' Basis of Dispute:

This conclusion of law is unfounded. As the evidence at trial showed, Mr. Ripps and Mr. Cahen clearly created their NFT collection as a protest *against* Yuga. *See* Ripps Decl. ¶¶ 71-72, 87, and 102 (Dkt. 346) (uncontested); Cahen Decl. ¶¶97-98 (Dkt. 344). The RR/BAYC NFT project, therefore, was a protest against the "BAYC brand" and, therefore, could not have possibly generated profits "free riding" or leveraging the value of Yuga's brand. Further, the evidence presented at trial showed that the people who reserved the RR/BAYC NFTs did so as part of the protest against Yuga and not to support the BAYC brand. *See* Ripps Decl. ¶¶ 198-205 (Dkt. 346) (uncontested); JTX-2033, JTX-2035, JTX-2039, JTX-2589, JTX-2590, JTX-2591, JTX-2592, JTX-2595, JTX-2596; JTX-2599. The evidence, therefore, does not show that Mr. Ripps and Mr. Cahen were unjustly enriched or profited from the BAYC brand, but rather shows that they received revenue as part of a protest against the BAYC brand.

### Plaintiff's Response:

Yuga Labs provided ample evidence that Defendants' wrongful conduct caused (and continues to cause) unjust enrichment, including the unrebutted testimony of Ms. Kindler. For example, Defendants were unjustly enriched in the form of avoided costs, as they were able to "free ride" on investments that Yuga Labs made to develop the marks that the Defendants infringed. Kindler Decl. (Dkt. 338) ¶ 68. In addition to

1    the 3,023 RR/BAYC NFTs resales which generated profits for Defendants, there have
2    also been many resales of RR/BAYC NFTs where no creator fees were generated but
3    from which Defendants may still benefit by, e.g., creating more visibility for the
4    RR/BAYC NFT collection on secondary markets and allowing Defendants to remain
5    relevant and use engagement to obtain more followers.  *Id*. ¶ 69.  As another example,
6    Defendants have publicly discussed the RR/BAYC NFT collection on Twitter and
7    other channels, and this discussion has been noticed and picked up by news media.
8    This publicity may have led, or may lead in the future, to additional revenue streams
9    to enrich Defendants, including other NFT sales.  *See*, *e.g.*, JTX-1171, JTX-1567.  *Id*.
10   ¶ 70.  Even since the beginning of this litigation, Defendants have continued to
11   promote RR/BAYC NFTs, promote their planned Ape Market NFT marketplace, and
12   advertise their sales. *See, e.g.*, JTX-1048, JTX-1315, JTX-1613, JTX-1614, JTX-
13   1615.  Defendants have also acknowledged in public posts that their RR/BAYC NFTs
14   have caused irreparable harm to Yuga Labs or that they anticipate their actions will
15   cause the company to fail. *See, e.g.*, JTX-1566, JTX-1568.  Further promotion and
16   sales result in yet additional benefits to Defendants and harm to Yuga Labs.  *Id*. ¶ 71.
17   Finally, Defendants also failed to prove that their profits were generated as some form
18   of protest.  *See, e.g.*, *supra* ¶¶ 4, 7(d) (lines 4:3-6), 11(d) (lines 20-21).  They have no
19   survey or other evidence to prove that the profits were based on any protest as
20   opposed to use of the BAYC Marks.  Indeed, they tacitly admit that even if there was
21   a protest, it was a commercial sale, in which every sale used the BAYC Marks.
22   Nonetheless, their commercial infringement was not art or a protest.  It was a bland
23   counterfeit.  SJ Order (Dkt. 225) at 16 ("Defendants' sale of RR/BAYC NFTs is no
24   more artistic than the sale of a counterfeit handbag.").
25          **Defendants' Reply:**
26          First, Yuga's cites to Ms. Kindler's declaration are unsupportive and discuss
27   vague and speculative benefits Mr. Ripps and Mr. Cahen may have received from

28   Case No. 2:22-cv-04355-JFW-JEM            -2-            DEFENDANTS' OBJECTIONS

secondary sales where they did not receive creator fees.  *See* Kindler Decl. ¶ 69 (Dkt. 338).  But Ms. Kindler testified that these supposed benefits "are not quantified by my profit analysis." *Id.* at ¶ 67.  Accordingly, assertions of benefits they received are unfounded and speculative. Yuga also alleges that Defendants will benefit with revenue streams that may occur in the future.  These wildly speculative claims of possible benefit are not supportive of this finding of fact.

Second, contrary to Yuga's unfounded assertion, the evidence presented at trial shows that many people who reserved RR/BAYC NFTs did so out of a protest against Yuga.  *See* Ripps Decl. ¶¶ 198-205 (Dkt. 346) (uncontested); JTX-2033, JTX-2035, JTX-2039, JTX-2590, JTX-2592, JTX-2595, JTX-2596; JTX-2599.

Finally, Defendants do not admit to using the BAYC Marks as Yuga asserts. Defendants used modified versions of the alleged BAYC Marks in their reservations. For example, the logo used states "This Logo is Based on the SS Totenkopf; 18 Teeth."  See JTX-2085.  Also, the website for the project, rrbayc.com, used the modified "RR/BAYC" throughout. *Id.*