Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **Defendants' Objections to Disputed Conclusion of Law No. 56** <br><br> Judge: Hon. John F. Walter |

Case No. 2:22-cv-04355-JFW-JEM　　　　　　　　　　DEFENDANTS' OBJECTIONS

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

**Plaintiff's Disputed Post Trial Conclusion of Law No. 56:**

<u>Under the Lanham Act, the prevailing party of a Section 1125 claim is entitled to "the costs of the action."</u> 15 U.S.C. § 1117(a).

**Defendants' Basis of Dispute:**

Yuga incorrectly broadens 15 U.S.C. § 1117(a). This statute states that, subject to principles of equity, a plaintiff is entitled to recover costs if it prevails in a "violation under section 1125(a) or (d)." Here, the principles of equity weigh against awarding Yuga's costs (as discussed in detail below).

**Plaintiff's Response:**

Defendants' objection is irrelevant because the principles of equity support granting Yuga Labs' costs. *See infra* ¶ 57.

**Defendants' Reply:**

Yuga concedes that a prevailing party is not automatically entitled to recover costs. 15 U.S.C. § 1117(a). This conclusion of law should be rejected. Here, the principles of equity weigh against awarding Yuga's costs (as discussed in detail below).