| | |
|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>MOLLY R. MELCHER (CSB No. 272950)<br>mmelcher@fenwick.com<br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br><br>*Additional Counsel listed on next page*<br><br>Attorneys for Plaintiff<br>YUGA LABS, INC. | Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>Tyler Carroll (*pro hac vice*)<br>tyler.carroll@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>Attorneys for Defendants<br>RYDER RIPPS and JEREMY CAHEN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**JOINT NOTICE OF FILING REVISED JOINT STATEMENTS PER DKT. 428**<br><br>Trial Date: July 31, 2023 |

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

Attorneys for Plaintiff
YUGA LABS, INC.

Pursuant to the Court's October 3, 2023 Order (Dkt. 428), Plaintiff Yuga Labs, Inc. ("Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") respectfully submit the attached revised Joint Statements for each disputed Finding of Fact or Conclusion of Law.

The documents attached to this notice correspond to the following of Defendants' disputed Proposed Findings of Fact and Conclusions of Law:

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 1 | Defendants' Disputed Post Trial Finding of Fact No. 3 (Witness Credibility) |
| 2 | Defendants' Disputed Post Trial Finding of Fact No. 4 (Witness Credibility) |
| 3 | Defendants' Disputed Post Trial Finding of Fact No. 7 (Witness Credibility) |
| 4 | Defendants' Disputed Post Trial Finding of Fact No. 8 (Witness Credibility) |
| 5 | Defendants' Disputed Post Trial Finding of Fact No. 9 (Defendants' Intent) |
| 6 | Defendants' Disputed Post Trial Finding of Fact No. 10 (Defendants' Intent) |
| 7 | Defendants' Disputed Post Trial Finding of Fact No. 11 (Defendants' Intent) |
| 8 | Defendants' Disputed Post Trial Finding of Fact No. 12 (Defendants' Intent) |
| 9 | Defendants' Disputed Post Trial Finding of Fact No. 13 (Defendants' Intent) |
| 10 | Defendants' Disputed Post Trial Finding of Fact No. 14 (NFT Definition) |
| 11 | Defendants' Disputed Post Trial Finding of Fact No. 15 (NFT Definition) |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 12 | Defendants' Disputed Post Trial Finding of Fact No. 16 (NFT Definition) |
| 13 | Defendants' Disputed Post Trial Finding of Fact No. 17 (Defendants' Intent) |
| 14 | Defendants' Disputed Post Trial Finding of Fact No. 18 (Defendants' Intent) |
| 15 | Defendants' Disputed Post Trial Finding of Fact No. 19 (Defendants' Intent) |
| 16 | Defendants' Disputed Post Trial Finding of Fact No. 20 (Defendants' Intent) |
| 17 | Defendants' Disputed Post Trial Finding of Fact No. 21 (Likelihood of Confusion) |
| 18 | Defendants' Disputed Post Trial Finding of Fact No. 22 (Defendants' Intent) |
| 19 | Defendants' Disputed Post Trial Finding of Fact No. 23 (Defendants' Intent) |
| 20 | Defendants' Disputed Post Trial Finding of Fact No. 24 (Ownership of BAYC Marks) |
| 21 | Defendants' Disputed Post Trial Finding of Fact No. 25 (Ownership of BAYC Marks) |
| 22 | Defendants' Disputed Post Trial Finding of Fact No. 26 (Ownership of BAYC Marks) |
| 23 | Defendants' Disputed Post Trial Finding of Fact No. 28 (Ownership of BAYC Marks) |
| 24 | Defendants' Disputed Post Trial Finding of Fact No. 29 (Ownership of BAYC Marks) |
| 25 | Defendants' Disputed Post Trial Finding of Fact No. 31 (Defendants' Intent) |
| 26 | Defendants' Disputed Post Trial Finding of Fact No. 32 (Likelihood of Confusion) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 27 | Defendants' Disputed Post Trial Finding of Fact No. 33 (Likelihood of Confusion) |
| 28 | Defendants' Disputed Post Trial Finding of Fact No. 34 (Likelihood of Confusion) |
| 29 | Defendants' Disputed Post Trial Finding of Fact No. 35 (Likelihood of Confusion) |
| 30 | Defendants' Disputed Post Trial Finding of Fact No. 36 (Likelihood of Confusion) |
| 31 | Defendants' Disputed Post Trial Finding of Fact No. 37 (Likelihood of Confusion) |
| 32 | Defendants' Disputed Post Trial Finding of Fact No. 38 (Likelihood of Confusion) |
| 33 | Defendants' Disputed Post Trial Finding of Fact No. 39 (Likelihood of Confusion) |
| 34 | Defendants' Disputed Post Trial Finding of Fact No. 40 (Likelihood of Confusion) |
| 35 | Defendants' Disputed Post Trial Finding of Fact No. 41 (Likelihood of Confusion) |
| 36 | Defendants' Disputed Post Trial Finding of Fact No. 42 (Likelihood of Confusion) |
| 37 | Defendants' Disputed Post Trial Finding of Fact No. 43 (Likelihood of Confusion) |
| 38 | Defendants' Disputed Post Trial Finding of Fact No. 44 (Likelihood of Confusion) |
| 39 | Defendants' Disputed Post Trial Finding of Fact No. 45 (Likelihood of Confusion) |
| 40 | Defendants' Disputed Post Trial Finding of Fact No. 47 (Likelihood of Confusion) |
| 41 | Defendants' Disputed Post Trial Finding of Fact No. 48 (Likelihood of Confusion) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 42 | Defendants' Disputed Post Trial Finding of Fact No. 49 (Likelihood of Confusion) |
| 43 | Defendants' Disputed Post Trial Finding of Fact No. 50 (Likelihood of Confusion) |
| 44 | Defendants' Disputed Post Trial Finding of Fact No. 51 (Likelihood of Confusion) |
| 45 | Defendants' Disputed Post Trial Finding of Fact No. 52 (Disgorgement) |
| 46 | Defendants' Disputed Post Trial Finding of Fact No. 53 (Bored Ape Yacht Club V3) |
| 47 | Defendants' Disputed Post Trial Finding of Fact No. 54 (Bored Ape Yacht Club V3) |
| 48 | Defendants' Disputed Post Trial Finding of Fact No. 55 (Bored Ape Yacht Club V3) |
| 49 | Defendants' Disputed Post Trial Finding of Fact No. 56 (Bored Ape Yacht Club V3) |
| 50 | Defendants' Disputed Post Trial Finding of Fact No. 58 (Witness Credibility) |
| 51 | Defendants' Disputed Post Trial Finding of Fact No. 59 (Witness Credibility) |
| 52 | Defendants' Disputed Post Trial Finding of Fact No. 60 (Witness Credibility) |
| 53 | Defendants' Disputed Post Trial Finding of Fact No. 61 (Witness Credibility) |
| 54 | Defendants' Disputed Post Trial Finding of Fact No. 62 (Witness Credibility) |
| 55 | Defendants' Disputed Post Trial Finding of Fact No. 63 (Witness Credibility) |
| 56 | Defendants' Disputed Post Trial Finding of Fact No. 64 (Witness Credibility) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 57 | Defendants' Disputed Post Trial Finding of Fact No. 65 (Witness Credibility) |
| 58 | Defendants' Disputed Post Trial Finding of Fact No. 66 (Token Trackers) |
| 59 | Defendants' Disputed Post Trial Finding of Fact No. 67 (Token Trackers) |
| 60 | Defendants' Disputed Post Trial Finding of Fact No. 68 (Token Trackers) |
| 61 | Defendants' Disputed Post Trial Finding of Fact No. 70 (Expert Testimony) |
| 62 | Defendants' Disputed Post Trial Finding of Fact No. 71 (Expert Testimony) |
| 63 | Defendants' Disputed Post Trial Finding of Fact No. 72 (Expert Testimony) |
| 64 | Defendants' Disputed Post Trial Finding of Fact No. 73 (Expert Testimony) |
| 65 | Defendants' Disputed Post Trial Finding of Fact No. 74 (Expert Testimony) |
| 66 | Defendants' Disputed Post Trial Finding of Fact No. 75 (Expert Testimony) |
| 67 | Defendants' Disputed Post Trial Finding of Fact No. 76 (Expert Testimony) |
| 68 | Defendants' Disputed Post Trial Finding of Fact No. 77 (Expert Testimony) |
| 69 | Defendants' Disputed Post Trial Finding of Fact No. 78 (Expert Testimony) |
| 70 | Defendants' Disputed Post Trial Finding of Fact No. 79 (Expert Testimony) |
| 71 | Defendants' Disputed Post Trial Finding of Fact No. 80 (Expert Testimony) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 72 | Defendants' Disputed Post Trial Finding of Fact No. 83 (Expert Testimony) |
| 73 | Defendants' Disputed Post Trial Finding of Fact No. 84 (Expert Testimony) |
| 74 | Defendants' Disputed Post Trial Finding of Fact No. 86 (Expert Testimony) |
| 75 | Defendants' Disputed Post Trial Finding of Fact No. 87 (Expert Testimony) |
| 76 | Defendants' Disputed Post Trial Finding of Fact No. 88 (Expert Testimony) |
| 77 | Defendants' Disputed Post Trial Finding of Fact No. 89 (Expert Testimony) |
| 78 | Defendants' Disputed Post Trial Finding of Fact No. 90 (Expert Testimony) |
| 79 | Defendants' Disputed Post Trial Finding of Fact No. 91 (Expert Testimony) |
| 80 | Defendants' Disputed Post Trial Finding of Fact No. 92 (Expert Testimony) |
| 81 | Defendants' Disputed Post Trial Finding of Fact No. 95 (Expert Testimony) |
| 82 | Defendants' Disputed Post Trial Finding of Fact No. 96 (Expert Testimony) |
| 83 | Defendants' Disputed Post Trial Finding of Fact No. 97 (Expert Testimony) |
| 84 | Defendants' Disputed Post Trial Finding of Fact No. 98 (Expert Testimony) |
| 85 | Defendants' Disputed Post Trial Finding of Fact No. 99 (Expert Testimony) |
| 86 | Defendants' Disputed Post Trial Finding of Fact No. 100 (Expert Testimony) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 87 | Defendants' Disputed Post Trial Finding of Fact No. 101 (Expert Testimony) |
| 88 | Defendants' Disputed Post Trial Finding of Fact No. 102 (Expert Testimony) |
| 89 | Defendants' Disputed Post Trial Finding of Fact No. 103 (Likelihood of Confusion) |
| 90 | Defendants' Disputed Post Trial Finding of Fact No. 104 (Defendants' Profits) |
| 91 | Defendants' Disputed Post Trial Finding of Fact No. 105 (Defendants' Profits) |
| 92 | Defendants' Disputed Post Trial Finding of Fact No. 107 (Defendants' Profits) |
| 93 | Defendants' Disputed Post Trial Finding of Fact No. 108 (Expert Testimony) |
| 94 | Defendants' Disputed Post Trial Finding of Fact No. 109 (Defendants' Profits) |
| 95 | Defendants' Disputed Post Trial Finding of Fact No. 111 (Expert Testimony) |
| 96 | Defendants' Disputed Post Trial Finding of Fact No. 112 (Defendants' Profits) |
| 97 | Defendants' Disputed Post Trial Finding of Fact No. 113 (Defendants' Profits) |
| 98 | Defendants' Disputed Post Trial Finding of Fact No. 114 (Defendants' Intent) |
| 99 | Defendants' Disputed Post Trial Finding of Fact No. 115 (Defendants' intent) |
| 100 | Defendants' Disputed Post Trial Finding of Fact No. 116 (Defendants' Intent) |
| 101 | Defendants' Disputed Post Trial Finding of Fact No. 117 (Ape Market) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 102 | Defendants' Disputed Post Trial Finding of Fact No. 118 (Ape Market) |
| 103 | Defendants' Disputed Post Trial Finding of Fact No. 119 (Exceptional Case) |
| 104 | Defendants' Disputed Post Trial Finding of Fact No. 120 (Defendants' Intent) |
| 105 | Defendants' Disputed Post Trial Finding of Fact No. 121 (Exceptional Case) |
| 106 | Defendants' Disputed Post Trial Finding of Fact No. 123 (Exceptional Case) |
| 107 | Defendants' Disputed Post Trial Finding of Fact No. 124 (Injunctive Relief) |
| 108 | Defendants' Disputed Post Trial Finding of Fact No. 125 (Exceptional Case) |
| 109 | Defendants' Disputed Post Trial Finding of Fact No. 126 (Exceptional Case) |
| 110 | Defendants' Disputed Post Trial Finding of Fact No. 127 (Exceptional Case) |
| 111 | Defendants' Disputed Post Trial Finding of Fact No. 128 (Exceptional Case) |
| 112 | Defendants' Disputed Post Trial Conclusion of Law No. 130 (Disgorgement) |
| 113 | Defendants' Disputed Post Trial Conclusion of Law No. 131 (Disgorgement) |
| 114 | Defendants' Disputed Post Trial Conclusion of Law No. 132 (Disgorgement) |
| 115 | Defendants' Disputed Post Trial Conclusion of Law No. 134 (Disgorgement) |
| 116 | Defendants' Disputed Post Trial Conclusion of Law No. 135 (Disgorgement) |

| Attachment No. | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 117 | Defendants' Disputed Post Trial Conclusion of Law No. 136 (Disgorgement) |
| 118 | Defendants' Disputed Post Trial Conclusion of Law No. 137 (Cybersquatting Damages) |
| 119 | Defendants' Disputed Post Trial Conclusion of Law No. 138 (Cybersquatting Damages) |
| 120 | Defendants' Disputed Post Trial Conclusion of Law No. 139 (Cybersquatting Damages) |
| 121 | Defendants' Disputed Post Trial Conclusion of Law No. 140 (Cybersquatting Damages) |
| 122 | Defendants' Disputed Post Trial Conclusion of Law No. 143 (Injunctive Relief) |
| 123 | Defendants' Disputed Post Trial Conclusion of Law No. 144 (Injunctive Relief) |
| 124 | Defendants' Disputed Post Trial Conclusion of Law No. 145 (Injunctive Relief) |
| 125 | Defendants' Disputed Post Trial Conclusion of Law No. 150 (Exceptional Case) |
| 126 | Defendants' Disputed Post Trial Conclusion of Law No. 151 (Exceptional Case) |
| 127 | Defendants' Disputed Post Trial Conclusion of Law No. 152 (Exceptional Case) |
| 128 | Defendants' Disputed Post Trial Conclusion of Law No. 153 (Exceptional Case) |

| | | |
|---|---|---|
| Dated: October 5, 2023 | | FENWICK & WEST LLP |
| | | By: */s/ Eric Ball* |
| | | Eric Ball |
| | | Attorneys for Plaintiff |
| | | YUGA LABS, INC. |
| | | |
| Dated: October 5, 2023 | | WILMER CUTLER PICKERING HALE & DORR LLP |
| | | By: */s/ Louis W. Tompros* |
| | | Louis W. Tompros |
| | | Attorneys for Defendants |
| | | RYDER RIPPS and JEREMY CAHEN |

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Eric Ball attests that concurrence in the filing of this document has been obtained from Louis W. Tompros.

*/s/ Eric Ball*
Eric Ball