**Defendants' Disputed Post Trial Finding of Fact No. 8:**

The Court finds the testimony of Plaintiff's witness Greg Solano lacks credibility as a result of his repeated impeachment at trial. Solano Decl.; Trial Tr. [Solano] 32:19-33:11 ("Q You don't even know, sir, whether Bored Ape V3 was created by Ryder Ripps or not, do you? A Yes, I do. Q Let's see what you said at your deposition, if we could. You gave a deposition in this case; right? A Yes. Q And you swore an oath to tell the truth, same oath as today; right? A Yes. Q If we look at your deposition – and we can pull it up on the screen – at page 152, starting at line 13 'QUESTION: Was the Bored Ape V3 created by Ryder Ripps?' There's an objection from your counsel. 'ANSWER: I don't know.' Was that your testimony at your deposition? A Yes."); *id.* at 34:9-19 ("[Q] Do you know whether Ape Market exists? A We have the code for Ape Market from Tom Lehman, yes. Q Take a look at your deposition at page 116, lines 5 through 6. 'QUESTION: Do you know whether Ape Market exists? 'ANSWER: I don't recall.' Were you asked that question, and did you give that answer? A Yes.").

**Plaintiff's Basis for Dispute:**

Mr. Solano's testimony is credible. The vast majority of Mr. Solano's testimony detailing the harm to Yuga Labs because of Defendants' intentional and repeated use of the BAYC Marks is undisputed and went unchallenged by Defendants. Nevertheless, Defendants' arguments are themselves meritless.

First, Mr. Solano's testimony that Defendants collected royalties off secondary sales was supported by Defendants' own testimony, Ms. Kindler's testimony, and the possibility of further royalties on LooksRare or other new marketplaces if Defendants continued to control the RR/BAYC smart contract. Ripps Depo. Designations (Dkt. 396) at 89:19-21; Cahen Depo. Designations (Dkt. 395) at 209:2-3; Kindler Decl. (Dkt. 338) at ¶ 23. Apparently, Defendants' argument is that Mr. Solano's testimony is correct that Defendants continued to profit from their royalties after February until at least May. *See, e.g.*, Cahen Decl.

1  (Dkt. 344) ¶ 171 ("LooksRare finally honored our request in May 2023 and has
2  shut off royalties on secondary sales").  And Mr. Solano's testimony is correct that
3  Defendants can continue to profit from royalties in the future if they hold the
4  RR/BAYC smart contract.  But somehow, Defendants argue that Mr. Solano's
5  testimony should be discredited because Defendants claim they were not profiting
6  off royalties in June or July of 2023.  And even this claim stands on dubious ground
7  as Defendants' counsel represented as recently as the June 9 pretrial conference that
8  Defendants were still receiving royalties from LooksRare.  PTC Hrg. Tr. at 43:22-
9  24 ("They are [still collecting royalties] only in the sense of this very minimum set
10 of LooksRare royalties.").  Even if Defendants' claim is true, that they are not at
11 this very moment collecting royalties, it is immaterial.  Defendants' own
12 admissions highlight their actual and ongoing potential to profit from royalties.
13         Second, Mr. Solano's testimony that Defendants' activities constitute a
14 business venture is amply supported by Defendants' own actions that Mr. Solano
15 personally observed.  Defendants' attempts to discredit Mr. Solano's reliance on
16 Mr. Lehman's declaration by arguing that Mr. Solano did so without reading Mr.
17 Lehman's entire deposition are without merit.  Mr. Lehman repeatedly testified to
18 the accuracy of his declaration, regardless of how he may have felt about the
19 process of being sued for his role in Defendants' scam.  Lehman Depo.
20 Designations (Dkt. 404-2) at 124:5-9.  The Lehman declaration stands on its own,
21 and Mr. Solano had reviewed the declaration based upon his testimony about its
22 contents in his own trial declaration.  *See, e.g.*, Solano Decl. (Dkt. 342) at ¶ 71.
23         Third, Defendants fail to impeach Mr. Solano's statement at Trial Tr. 32:19-
24 33:11 regarding Bored Ape V3, because the "Bored Ape V3" referenced in Mr.
25 Solano's deposition is different than the "Bored Ape Yacht Club V3" at issue in the
26 cited line of trial testimony.  Mr. Solano cannot be impeached by reference to
27 deposition testimony covering an entirely different topic.  To be clear, the quoted
28 deposition testimony relates to a Twitter page titled "@BoredApeV3," which Mr.

Ripps claims he does not control, and which was not at issue at trial. Solano Depo. (Dkt. 271) at 151:2-152:24. But, the cited trial testimony, discusses a section of Mr. Solano's declaration relating to Mr. Ripps naming his NFT collection "Bored Ape Yacht Club V3." *Cf.* Trial Tr. at 31:6-33:11. Defendants do not even attempt to address the fact that the testimony was on two different topics.

Finally, Defendants likewise fail to impeach Mr. Solano's statement at Trial Tr. 34:9-19 regarding ApeMarket.com. As he explained, Mr. Solano "review[ed] [] the webpages generated by running the source code for the planned ApeMarket.com website," informing his response that Yuga Labs obtained the code from Mr. Lehman. Solano Decl. ¶ 49; *see also* ; JTX-806–JTX-809. Those webpages were not generated from the source code produced by Mr. Lehman until *after* Mr. Solano's deposition. Mr. Solano gained knowledge of these pages, and he was able to truthfully testify at trial as to that knowledge. Defendants fail to impeach Mr. Solano's accurate knowledge.

**Defendants' Response:**

Yuga ignores the substance of Greg Solano's cross-examination, which demonstrated that Mr. Solano's declaration included numerous false statements. Mr. Solano's cross-examination also included multiple examples of impeachment. For example, Mr. Solano was forced to concede on cross-examination that his sworn declaration included a false statement claiming that Defendants continue to receive royalties from sales on secondary marketplaces:

> Q. And you understand that Mr. Ripps and Mr. Cahen have testified that they do not currently receive any royalties or creator fees from sales on secondary marketplaces; right?
>
> A. Yes.
>
> Q. So you don't have any basis for your statement that their profits continue to increase; correct?

> A. It's my understanding that they were collecting royalties or creator fees from LooksRare for quite a while. Although, those were supposed to be donated to charity and never were.
>
> Q. **They don't continue to increase; correct, sir?**
>
> A. **Correct.**
>
> Q. **That statement, that part of your witness statement is incorrect; right?**
>
> A. **Yes.**

Trial Tr. [Solano] 48:15-49:4 (emphasis added). Mr. Solano also relied on the phrase "business venture" in Mr. Lehman's declaration, without having considered that the phrase "business venture" was selected by Yuga's counsel, and that Mr. Lehman would have liked to use different words. Trial Tr. [Solano] 40:3-14. Mr. Solano also relied on Mr. Lehman's declaration without having considered that Mr. Lehman knew he could not settle his case without executing a declaration concerning matters of Yuga's choosing (Trial Tr. [Solano] 38:14-16) and that Mr. Lehman was afraid for his family at the time he signed his declaration, because Yuga's lawsuit against him would be disastrous to his family and himself, even if Mr. Lehman won (Trial Tr. [Solano] 38:17-19).

  Mr. Solano lacks credibility also because his allegations of confusion (Trial Tr. [Solano] 5:14-54:22) have also been rebutted. Mr. Solano could not identify a single person that ever bought an RR/BAYC NFT believing it was a Yuga NFT. Trial Tr. [Solano] 18:23-19:1. In fact, no one has been able to identify a single confused consumer in the entirety of this case. *See* Trial Tr. [Yuga's witnesses] 11:3-203:24.

  Mr. Solano was also repeatedly impeached at trial. Solano Decl.; Trial Tr. [Solano] 32:19-33:11 ("Q You don't even know, sir, whether Bored Ape V3 was

created by Ryder Ripps or not, do you? A Yes, I do. Q Let's see what you said at your deposition, if we could. You gave a deposition in this case; right? A Yes. Q And you swore an oath to tell the truth, same oath as today; right? A Yes. Q If we look at your deposition -- and we can pull it up on the screen -- at page 152, starting at line 13 'QUESTION: Was the Bored Ape V3 created by Ryder Ripps?' There's an objection from your counsel. 'ANSWER: I don't know.' Was that your testimony at your deposition? A Yes.").

Yuga attempts to rehabilitate Mr. Solano's declaration by pointing to JTX-689 and JTX-690 as supporting his false accusation that Defendants used "bayc v3" and "Bored Ape Yacht Club V3" in connection with the RR/BAYC collection. However, those exhibit only provide further support showing that Mr. Solano's declaration is misleading and that he is not a credible witness. JTX-689 is a reply Mr. Ripps made on Twitter on May 13, 2022 to Mr. McNelis's question on what NFTs people are buying. Mr. Ripps's reply is a satirical comment that has nothing to do with the RR/BAYC collection and, in fact, the comment was made before Mr. Ripps even started taking commissions for RR/BAYC NFTs. JTX-690 is a Twitter post by Mr. Ripps of the link to the x2y2.io page for the RR/BAYC collection. At no point did Mr. Ripps state "BAYC V3" or "Bored Ape Yacht Club V3" in this post as it simply contains a link. And while the URL does contain "bored-ape-yacht-club-v3," Mr. Ripps had no control over the URL that x2y2.io used or how it chose to auto-populate pages.

Mr. Solano similarly gave untrue testimony regarding ApeMarket. Trial Tr. [Solano] 34:9-19 ("[Q] Do you know whether Ape Market exists? A We have the code for Ape Market from Tom Lehman, yes. Q Take a look at your deposition at page 116, lines 5 through 6. 'QUESTION: Do you know whether Ape Market exists? 'ANSWER: I don't recall.' Were you asked that question, and did you give that answer? A Yes."). Yuga attempts to rehabilitate Mr. Solano's testimony regarding ApeMarket by arguing that Mr. Solano gained knowledge regarding the

existence of the website after his deposition. But Yuga's explanation does not make sense because Mr. Solano has no personal knowledge regarding ApeMarket, is not competent to testify about the contents of source code, and further lacks the requisite knowledge regarding Defendants' ideation of the website. And, in fact, the trial record shows that Mr. Solano's testimony regarding the existence of ApeMarket is demonstrably false. ApeMarket was never released, the development of the website apemarket.com was never completed, and there was never a functioning marketplace. Trial Tr. [Muniz] 85:11-12; [Hickman] 217:25-218:1; Cahen Decl. ¶ 260 (Dkt. 344); Ripps Decl. ¶ 180 (Dkt. 346) (uncontested). In fact, Mr. Ripps had never decided on what he wanted ApeMarket to be and had never signed off any proposed marketplace worked on by the RR/BAYC team. Ripps Decl. ¶ 178 (Dkt. 346) (uncontested). Mr. Cahen and Mr. Hickman also confirmed that ApeMarket never made it past the ideation stage. Cahen Decl. ¶¶ 258-259 (Dkt. 344); Trial Tr. [Hickman] 211:21-22.

**Plaintiff's Reply:**

Defendants fail to impeach Mr. Solano's testimony. Defendants' cross-examination of Mr. Solano demonstrates only that Mr. Solano updated his testimony to reflect further fact discovery over the course of litigation. This is unsurprising. Mr. Solano is a reliable witness (*see supra* ¶ 8). Additionally, (1) Mr. Lehman's declaration is truthful (*infra* ¶ 58), (2) Ape Market exists and was ready to launch (*See infra* ¶ 116); (3) there is ample evidence of confusion in the record (*infra* ¶ 32).

The Court should also reject Defendants' responses because Defendants continue to lie about BAYC V3. Defendants' ever-shifting narrative for "BAYC V3" and "Bored Ape Yacht Club V3", is transparently false. Defendants first claimed that some marketplaces used "Bored Ape Yacht Club V3" in response to dozens of takedown notices. *See* Cahen Decl. (Dkt. 344) ¶ 253. The evidence definitively disproves that, and Defendants seem to no longer stand by Mr. Cahen's

sworn testimony on this point. The record shows that the first takedown of the collection occurred on May 17, 2022. Dkt. 149-5 (table of takedown requests in summary judgment record). ***Every single takedown request*** occurs after Defendants were using the "V3" name to promote their infringing NFT collection. JTX-689; JTX-1249; *see also* JTX-690.

After that takedown explanation fell apart, Mr. Cahen claimed that "I myself, nor anyone on the team, ever used that label or name or whatever you want to call it. V3 is something that we have absolutely nothing to do with." Trial Tr. 255:4-7. This sworn testimony in open court reaffirmed his commitment to the story told in his declaration that he and his partners "did not promote the RR/BAYC collection as BAYC V3 or Bored Ape Yacht Club V3 and it is not the name of a project that we have ever been involved with or familiar with." Cahen Decl. (Dkt. 344) ¶ 251. And again at trial, he testified "the V3 thing is never something that I used or Ryder used or Ryan Hickman used or Mr. Lehman used." Trial Tr. 253:15-21. When asked again about Mr. Ripps' use of the name "BAYC V3," Mr. Cahen testified "I literally just told you a moment ago that we never used that nomenclature." Trial Tr. 254:22-25. Yet, documentary evidence shows Mr. Ripps using the BAYC V3 on the ***same day he created the RR/BAYC smart contract***. JTX-689; JTX-600. It is a provable lie that Mr. Ripps "never used" and had "absolutely nothing to do with" the BAYC V3 name.

Pivoting again to reframe this lie, Defendants now seem to concede that Mr. Cahen lied under oath when he testified that the BAYC name was the result of 27 takedowns, and again when he testified that none of the Defendants or their co-conspirators ever used the name, but instead they now claim that "[BAYC V3] has nothing to with the RR/BAYC" NFTs and that it was simply an off-the-cuff joke. This explanation strains credulity. Not only did Defendants never offer this explanation until their other explanations fell apart and they needed to fall back on claiming it was all a joke, but no evidence in the record supports how it was a joke

for Defendants to refer to their infringing NFTs by a name that coincidentally came into existence the same day their collection was created.  And even if Defendants were promoting their collection by the Bored Ape Yacht Club V3 name as a joke, they fail to explain how X2Y2 (JTX-690), Bloomberg (JTX-701), and OpenSea (JTX-1249) all coincidentally used the same name to refer to their NFT collection that was first coined by Mr. Ripps *on the day he created the immutably infringing smart contract*.  And, their explanations aside, Defendants fail to explain how their now-conceded use of the Bored Ape Yacht Club V3 name to refer to their infringing NFTs, and linking to sales pages using that name, is anything other than Defendants using the V3 name to promote the sales of RR/BAYC NFTs.  Defendants' lies fail to withstand scrutiny.