**Defendants' Disputed Post Trial Finding of Fact No. 95:**

<u>Ms. Kindler calculated damages in the amount of $1,792,704 for Yuga to repurchase all RR/BAYC NFTs. Trial Tr. [Kindler] 175:17-22.</u>

**Plaintiff's Basis for Dispute:**

This statement is inaccurate. Ms. Kindler's actual testimony was that this figure "would be understated because there would be holdouts that would not be willing to sell back the NFTs to Yuga Labs" and that the figure would "significantly understate" Defendants' harm to Yuga Labs. Trial Tr. at 176:10-12, 17-18.

**Defendants' Response:**

This objection is misleading. Ms. Kindler testified that as of the date of her expert report she calculated that the cost of acquiring RR/BAYC NFTs was $1,792,704. *See* Trial Tr. [Kindler] 175:17-22 ("***Q Now, when you served this report back in February, your calculation of that cost was $1,792,704; correct? A Yes.*** As of the date that I issued my report and the floor price of the knockoff BAYC NFTs at that time, that was my estimate.")

The qualifications to this opinion Yuga raises do not undermine the accuracy of this finding of fact, as Ms. Kindler included this figure in her report and believed those numbers to be an accurate determination of damages. *See* Trial Tr. [Kindler] 175:12-22 (testifying that $1,792,704 represents a calculation of the cost of acquiring RR/BAYC NFTs, which Ms. Kindler included in Figure 7 of her expert report); Trial Tr. [Kindler] 172:23-173:8 ("Okay. This is a Figure 7 from your report; correct? A That's correct. Q This figure depicts the different damages calculations that you performed in this case; correct? A Yes, at the time of my report which was in February of this year. Q And you stand by those figures as accurate; correct? A Yes. I have no reason to believe sitting here that they are not.").

**Plaintiff's Reply:**

Ms. Kindler testified a buyback, one possible type of damages remedy, was not "economically feasible." She also testified that "a full buyback would likely be impossible." Kindler Decl. (Dkt. 338) ¶ 72. Indeed, the cost to purchase and destroy all RR/BAYC NFTs could be higher than $797,183,838. *Id.* ¶ 74. Therefore, she concluded that the "wide range in the floor and the ceiling that [she] calculated for the hypothetical buyback underscores the economic reality — which is that Yuga Labs cannot force any holder of an RR/BAYC to sell that NFT to Yuga Labs. Thus, given the behavior and comments following Mr. Cahen's June 6 tweet (and subsequent tweets on this topic), it is [her] opinion that **there is no economically feasible option for removing the RR/BAYC NFTs from the marketplace entirely or ensuring that Yuga Labs receives adequate monetary compensation for the harm it has suffered and will suffer by having RR/BAYC NFTs exist in the marketplace, which supports Yuga Labs' position that the harm caused by Defendants' infringing NFTs is irreparable through economic means alone**." *Id.* ¶ 75 (emphasis added).