**Defendants' Disputed Post Trial Finding of Fact No. 111:**

<u>Ms. Kindler improperly included in her profits calculation $108,037.08 in pre-RSVP contract transfers for Mr. Hickman and Mr. Lehman. Trial Tr. [Kindler] 196:22-197:2; Ripps Decl. ¶¶ 132-135 (uncontested).</u>

  **Plaintiff's Basis for Dispute:**

  Ms. Kindler's calculations were not improper for the reasons discussed *supra* ¶ 109.

  **Defendants' Response:**

  In addition to the reasons stated *supra* ¶ 109, the evidence at trial clearly shows that Ms. Kindler's initial opinion calculating profits Mr. Ripps and Mr. Cahen received from the RR/BAYC Project failed to exclude an additional $108,037.08 in profit sharing sent to Mr. Hickman and Mr. Lehman. *See* Kindler Decl. ¶¶ 59-60 (Dkt. 338); Trial Tr. [Kindler] 196:22-197:2 (admitting that her calculations failed to deduct these profits); Ripps Decl. ¶¶ 132-135 (Dkt. 346) (uncontested); Lehman's Depo. 210:16-214:7 (Dkt. 411) (confirming that a payment received by Mr. Ripps for 32.98 ETH was for "the profits [Mr. Ripps] made before [the RSVP contract], and then looking forward. It's all automatic.") JTX-2710; and JTX-2711.

  Further, in their Findings of Fact, Yuga even agrees that Ms. Kindler's calculation needs to be reduced by $108,037.08 to determine the accurate amount of profits Mr. Ripps and Mr. Cahen received from the initial sales. *See* Yuga's Proposed Finding of Fact 11(b) (Dkt. 418-1). To state in their objections to Defendants' Finding of Fact that this amount is properly included is misleading, inconsistent, and unfounded.

  **Plaintiff's Reply:**

  Ms. Kindler's calculations were not improper for the reasons discussed *supra* ¶ 109. Defendants bore the burden of proving their costs. Because, however, Ms. Kindler is an honest and credible witness, she agreed that if Defendants proved

certain costs it would be appropriate to deduct them in the final disgorgement award. Yuga Labs' proposed findings of fact and conclusion take her testimony into account. But, that does not mean she "improperly" calculated profits.