Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | CASE NO. 2:22-cv-04355-JFW-JEM |
|                        Plaintiff, | **NOTICE OF FILING OF SEPARATE DOCUMENTS FOR DEFENDANTS' ABRIDGED OBJECTIONS TO DISPUTED FINDINGS OF FACTS AND CONCLUSION OF LAW** |
|    v. | |
| Ryder Ripps, Jeremy Cahen, | Judge: Hon. John F. Walter |
|                       Defendants. | |

1    TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

2  ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy

4  Cahen hereby submit separate documents for each disputed Findings of Fact and

5  Conclusion of Law with no individual document having objections in excess of eight

6  pages pursuant to the Court's October 3, 2023 order (Dkt. 428).  Defendants also

7  provide an attestation of concurrence in filing in each document containing objections,

8  responses, or replies that the parties have revised pursuant to the Court's October 3,

9  2023 order.

10    The documents attached to this notice are as follows:

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 1 | Defendants' Objections to Finding of Fact No. 1, lines 1:21-24 |
| 2 | Defendants' Objections to Finding of Fact No. 1, lines 1:24-2:1 |
| 3 | Defendants' Objections to Finding of Fact No. 2, lines 4, 6-7 |
| 4 | Defendants' Objections to Finding of Fact No. 3 |
| 5 | Defendants' Objections to Finding of Fact No. 4 |
| 6 | Defendants' Objections to Finding of Fact No. 5, lines 2:16-19 |
| 7 | Defendants' Objections to Finding of Fact No. 6, lines 2:25-27 |
| 8 | Defendants' Objections to Finding of Fact No. 6, lines 3:1-3 |
| 9 | Defendants' Objections to Finding of Fact No. 6 n.2 |
| 10 | Defendants' Objections to Finding of Fact No. 7(preamble) |
| 11 | Defendants' Objections to Finding of Fact No. 7(a) |
| 12 | Defendants' Objections to Finding of Fact No. 7(b) |

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 13 | Defendants' Objections to Finding of Fact No. 7(c), lines 3:16-17 |
| 14 | Defendants' Objections to Finding of Fact No. 7(d), lines 3:20-23 |
| 15 | Defendants' Objections to Finding of Fact No. 7(d), lines 4:3-6 |
| 16 | Defendants' Objections to Finding of Fact No. 7(e) |
| 17 | Defendants' Objections to Finding of Fact No. 7(f), lines 14-15 |
| 18 | Defendants' Objections to Finding of Fact No. 7(f), lines 15-16 |
| 19 | Defendants' Objections to Finding of Fact No. 7(g) |
| 20 | Defendants' Objections to Finding of Fact No. 7(h), lines 4:22-25 |
| 21 | Defendants' Objections to Finding of Fact No. 7(h), lines 4:26-28 |
| 22 | Defendants' Objections to Finding of Fact No. 7(h), lines 5:2-4 |
| 23 | Defendants' Objections to Finding of Fact No. 7(i) |
| 24 | Defendants' Objections to Finding of Fact No. 7(j) |
| 25 | Defendants' Objections to Finding of Fact No. 8 |
| 26 | Defendants' Objections to Finding of Fact No. 9, line 5:20 |
| 27 | Defendants' Objections to Finding of Fact No. 10 |
| 28 | Defendants' Objections to Finding of Fact No. 11(b), lines 6:5-7 |
| 29 | Defendants' Objections to Finding of Fact No. 11(c), line 6:14 |
| 30 | Defendants' Objections to Finding of Fact No. 11(d), lines 16-17 |
| 31 | Defendants' Objections to Finding of Fact No. 11(d), lines 18-20 |
| 32 | Defendants' Objections to Finding of Fact No. 11(d), lines 20-21 |
| 33 | Defendants' Objections to Finding of Fact No. 11(e) |

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 34 | Defendants' Objections to Finding of Fact No. 12, lines 6:24-25 |
| 35 | Defendants' Objections to Finding of Fact No. 12, lines 6:27-28 |
| 36 | Defendants' Objections to Finding of Fact No. 12, lines 6:28-7:1-2 |
| 37 | Defendants' Objections to Finding of Fact No. 13 |
| 38 | Defendants' Objections to Finding of Fact No. 14, lines 7:15, 7:16-18 |
| 39 | Defendants' Objections to Finding of Fact No. 15, lines 7:19-20 |
| 40 | Defendants' Objections to Finding of Fact No. 15, lines 7:21-22 |
| 41 | Defendants' Objections to Finding of Fact No. 16 |
| 42 | Defendants' Objections to Finding of Fact No. 17 |
| 43 | Defendants' Objections to Finding of Fact No. 18, lines 8:13-22 |
| 44 | Defendants' Objections to Finding of Fact No. 18, lines 8:22-24 |
| 45 | Defendants' Objections to Finding of Fact No. 19, lines 8:25, 8:27-9:1 |
| 46 | Defendants' Objections to Finding of Fact No. 19, lines 9:2-4 |
| 47 | Defendants' Objections to Finding of Fact No. 20, lines 9:5-9 |
| 48 | Defendants' Objections to Finding of Fact No. 20, lines 9:9-11 |
| 49 | Defendants' Objections to Finding of Fact No. 21, lines 9:13-14 |
| 50 | Defendants' Objections to Finding of Fact No. 22, lines 9:16-18, 23-25 |
| 51 | Defendants' Objections to Finding of Fact No. 23 |
| 52 | Defendants' Objections to Finding of Fact No. 24, lines 10:5, 6-10: |

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 53 | Defendants' Objections to Finding of Fact No. 25 |
| 54 | Defendants' Objections to Finding of Fact No. 26 |
| 55 | Defendants' Objections to Finding of Fact No. 27 |
| 56 | Defendants' Objections to Finding of Fact No. 28, lines 11:1-4, 5-6, 7-12, 14-15 |
| 57 | Defendants' Objections to Finding of Fact No. 29 |
| 58 | Defendants' Objections to Finding of Fact No. 30 |
| 59 | Defendants' Objections to Finding of Fact No. 31, line 11:22 |
| 60 | Defendants' Objections to Conclusion of Law No. 33, line 12:1 |
| 61 | Defendants' Objections to Conclusion of Law No. 33, lines 12:2-5 and n.3: |
| 62 | Defendants' Objections to Conclusion of Law No. 33, lines 12:5-8 |
| 63 | Defendants' Objections to Conclusion of Law No. 34 |
| 64 | Defendants' Objections to Conclusion of Law No. 35 |
| 65 | Defendants' Objections to Conclusion of Law No. 36, lines 12:16-17 |
| 66 | Defendants' Objections to Conclusion of Law No. 36, lines 12:19-13:2 |
| 67 | Defendants' Objections to Conclusion of Law No. 36, lines 13:5-7 |
| 68 | Defendants' Objections to Conclusion of Law No. 37 |
| 69 | Defendants' Objections to Conclusion of Law No. 39 |
| 70 | Defendants' Objections to Conclusion of Law No. 40 |
| 71 | Defendants' Objections to Conclusion of Law No. 41 |

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 72 | Defendants' Objections to Conclusion of Law No. 42 |
| 73 | Defendants' Objections to Finding of Fact No. 43 |
| 74 | Defendants' Objections to Conclusion of Law No. 44, line 14:24 |
| 75 | Defendants' Objections to Finding of Fact No. 45, lines 15:8-10 |
| 76 | Defendants' Objections to Conclusion of Law No. 46, lines 15:13-14 |
| 77 | Defendants' Objections to Finding of Fact No. 46, Lines 15:20-16:3 |
| 78 | Defendants' Objections to Conclusion of Law No. 47, lines 16:4-6 |
| 79 | Defendants' Objections to Conclusion of Law No. 48 |
| 80 | Defendants' Objections to Conclusion of Law No. 49 |
| 81 | Defendants' Objections to Conclusion of Law No. 50 |
| 82 | Defendants' Objections to Conclusion of Law No. 52 |
| 83 | Defendants' Objections to Conclusion of Law No. 53, lines 17:8-10, 12-14 |
| 84 | Defendants' Objections to Conclusion of Law No. 54, lines 17:16-18 |
| 85 | Defendants' Objections to Conclusion of Law No. 55 |
| 86 | Defendants' Objections to Conclusion of Law No. 56 |
| 87 | Defendants' Objections to Conclusion of Law No. 57 |
| 88 | Defendants' Objections to Conclusion of Law No. 59 |
| 89 | Defendants' Objections to Conclusion of Law No. 61 |

| Attachment | Proposed Finding of Fact or Conclusion of Law |
|---|---|
| 90 | Defendants' Objections to Conclusion of Law No. 62, lines 18:19-22 |
| 91 | Defendants' Objections to Conclusion of Law No. 62, lines 18:23-25 |
| 92 | Defendants' Objections to Conclusion of Law No. 63 |
| 93 | Defendants' Objections to Conclusion of Law No. 64 |
| 94 | Defendants' Objections to Conclusion of Law No. 65, lines 19:16-18 |
| 95 | Defendants' Objections to Conclusion of Law 65, lines 19:20-23 |
| 96 | Defendants' Objections to Conclusion of Law No. 66 |
| 97 | Defendants' Objections to Conclusion of Law No. 67 |
| 98 | Defendants' Objections to Conclusion of Law No. 68, lines 20:5-7 |
| 99 | Defendants' Objections to Conclusion of Law No. IV Conclusion |
| 100 | Defendants' Objections to Conclusion of Law No. IV.1 |
| 101 | Defendants' Objections to Conclusion of Law No. IV.2 |
| 102 | Defendants' Objections to Conclusion of Law No. IV.3 |
| 103 | Defendants' Objections to Conclusion of Law No. IV.4 |
| 104 | Defendants' Objections to Conclusion of Law No. IV.5 |

Dated: October 5, 2023

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on October 5, 2023.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000