TLouis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Additional Counsel listed on next page

Attorneys for Plaintiff
YUGA LABS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Finding of Fact No. 27**<br><br>Judge: Hon. John F. Walter |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

Attorneys for Plaintiff

YUGA LABS, INC.

Pursuant to the Court's Order (Dkt. 428) Defendants submit the following objection, response, and reply:

### Plaintiff's Disputed Post Trial Finding of Fact No. 27:

Defendants were obstructive and intentionally evasive throughout their depositions and at trial, wasting time with rehearsed, non-responsive monologues on the same issues the Court already deemed irrelevant. *See, e.g.*, Dkts. 392 at 229:3-13, 231:21-232:3, 234:24-235:5, 237:14-238:7; 395 at 101:7-102:4, 163:13-23; 396 at 35:2-11, 44:19-45:11.

### Defendants' Basis of Dispute:

Defendants expressly reserve and reassert all objections made in the parties' Joint Statement Regarding Objections (Dkt. 420).

Mr. Ripps and Mr. Cahen testified using their own words and answered Yuga's counsel's frequently confusing and/or repetitive questions to the best of their ability. *See, e.g.*, Trial Tr. [Cahen] 234:15-235:5.

Yuga's counsel's mid-trial motion to strike Mr. Cahen's testimony as non-responsive was, in fact, denied. Trial Tr. [Cahen] 234:11-13.

### Plaintiff's Response:

Given that "Defendants expressly reserve and reassert all objections made in its Joint Statement Regarding Objections (Dkt. 420)", Yuga Labs expressly reserves and reasserts all of its responses to those objections as stated in Dkt. 420. Regardless, Defendants' objection that their monologues were responsive and not obstructive is not credible. Defendants' contention that the following responses by Mr. Cahen, for example, in official court proceedings is a display of answering questions "to the best of [his] ability" is disingenuous and not made in good faith:

- Cahen Depo Tr. at 81:22-82:14 (designated by Defendants (Dkt. 395)) (making accusations of "Nazism, racism, financial fraud, pedophilia" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 88:14-22 (making accusations of "Nazism, racism, pedophilia, fraud" in response to the question "Have you talked with Ian Garner about the RR BAYC project?")

- Cahen Depo Tr. at 89:1-8 (making accusations of "illegal, unregistered security[ies] and a multi-billion-dollar fraud" in response to question "So part of the RR BAYC project is criticizing Fenwick?")

- Cahen Depo Tr. at 90:9-17 (making accusations of "Nazism, racism, pedophilia, securities fraud" in response to the question "What did you do in 2022 in connection with the project?")

- Cahen Depo Tr. at 91:23-92:9 (making accusations of "Neo-Nazism, racism, pedophilia, fraud" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 104:4-15 (making accusations of "Neo-Nazi and racist and pedophilic and fraudulent company known as Yuga Labs" in response to in response to question about whether the two NFT collections point to the same images)

- Cahen Depo Tr. at 106:23-107:9 (designated by Defendants (Dkt. 395)) (making accusations of "Neo-Nazism, racism, pedophilia, financial fraud" in response to question about whether the two NFT collections point to the same images)

- Cahen Depo Tr. at 111:13-112:17 (making accusations of "racism," "pedophilia," "mass fraud" in response to question about benefits received from third parties)

- Cahen Depo Tr. at 113:22-114:2 (making accusations of "Neo-Nazism, racism, pedophilia, financial fraud" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 115:22-116:7 (making accusations of "racist anti-Semitic pedophile-themed assets that are fraudulent" in response to question "And you wanted them to buy RR BAYC's instead?")

- Cahen Depo Tr. at 121:23-122:12 (responding "I don't understand how a racist and Nazi and pedophile-themed and fraudulent company would be able to enforce trademarks" in response to question "Were you aware of trademarks when you started working on the RR BAYC project?")

- Cahen Depo Tr. at 145:23-146:6 (making accusations of "racism and fraud and so on" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 155:3-13 (making accusations of "Nazism, racism, pedophilia and fraud" in response to question about what the acronym "RR/BAYC" refers to)

- Cahen Depo Tr. at 163:13-23 (designated by Defendants (Dkt. 395)) (making accusations of "multi-million-dollar Nazi ponzi schemes" in response to question about why he purchased an RR/BAYC NFT)

- Cahen Depo Tr. at 166:22-167:5 (making accusations of "Neo-Nazism, racism and pedophilia" in response to question about his role in the "RR BAYC Project")

- Cahen Depo Tr. at 205:17-207:4 (making accusations of "racism, Nazism and pedophile subversion" in response to question about hopes for price increase of RR/BAYC NFTs)

- Cahen Depo Tr. at 220:6-221:4 (making accusations of "racism, Nazism, pedophilia and fraud" in response to question about whether purchasers understood that RR/BAYC NFTs were minted by Mr. Ripps directly)

- Cahen Depo Tr. at 236:3-22 (making accusations of "racism, Nazism, pedophilia and extensive fraudulent practices" in response to question "Did anyone come and -- to the RR BAYC project team and ask for an NFT based on a BAYC ID number?")

- Cahen Depo Tr. at 241:25-242:13 (making accusations of "Nazism, racism, pedophile-influenced subversion and fraud" in response to question "Why would the BAYC ID number be used in connection with the RR BAYC's?")

- Cahen Depo Tr. at 253:17-254:18 (making accusations of "anti-Semitism, racism, pedophilia and widespread financial fraud" in response to question about definition of "promotion")

- Cahen Depo Tr. at 264:21-265:4 (making accusations of "Nazism, racism, pedophilia and fraud" in response to question about whether third party promoted RR/BAYC NFTs)

- Cahen Depo Tr. at 285:7-286:25 (42-line response making accusations of "Nazism, racism and pedophilia" and "widespread fraud and market

- manipulation" in response to question "Did you provide apes to Kenobi and his lawyer friend?")

- Trial Tr. at 229:3-13 (making accusations of "racism, anti-Semitism, financial fraud, and all kinds of horrible practices and iconography" in response to question about the start date of the RR/BAYC Project)

- Trial Tr. at 231:21-232:3 (making accusations of "racism, anti-Semitism, and financial fraud" in response to question about whether Ape Market was used to drive sales of NFTs)

- Trial Tr. at 234:24-235:5 (making accusations of "racism, anti-Semitism, and financial fraud" in response to question about whether Ape Market was used to drive sales of NFTs)

- Trial Tr. at 237:14-238:7 (making accusations of "racism, anti-Semitism, and financial fraud" in response to question about whether tweets about Ape Market were used to drive sales of NFTs)

Defendants made these false and obstructive accusations even after the Court rejected their baseless First Amendment defense; worse, they made these accusations at trial even after they represented to the Court that they would not. *See, e.g.*, Dkt. 320-1 ¶ 6(A) (agreeing in proposed pretrial conference order not to introduce evidence or argument regarding "pedophilia," or Defendants' "emotional distress counterclaims" and other irrelevant topics); Dkt. 314 (agreeing in Defendants' proposal that they will not offer testimony regarding "the words 'Nazi' or 'Hitler'," "allegations concerning death threats or harassment," the "class action lawsuit brought against Yuga for securities fraud," or "the SEC investigation into Yuga for securities fraud"); Dkt. 334 at 60:13-14 (representing to the Court "We don't want a mini trial on Naziism for sure"); *id*. at 61:9-11 ("I agree they should stand up and object if we start -- if anybody starts talking about -- ranting about how everybody at Yuga are a bunch of Nazis. That is clearly inappropriate and shouldn't be done.").

**Defendants' Reply:**

Defendants expressly reserve and reassert all replies made in the parties' Joint Statement Regarding Objections (Dkt. 420).

      Yuga's response cherry-picks and takes out of context testimony (some of which it did not even elect to make part of the record in this case) to falsely create the impression that Mr. Cahen was not acting in good faith.

      First, Yuga took a full day of deposition with Mr. Cahen and repeatedly asked Mr. Cahen questions regarding his protest and criticism of Yuga. Mr. Cahen honestly answered those questions by articulating his protest in response to Yuga's questions. When looking at the full context of Yuga's questions, it is clear that Mr. Cahen did not engage in any dishonesty or obstructive behavior. For example, Yuga cites to pages 81:22-82:14 of Mr. Cahen's deposition but then omits critical context of Yuga asking what Mr. Cahen he was using RR/BAYC for:

> Q. I need your testimony, not mine. And you just said you've used that acronym to – you used acronym RR/BAYC to refer to Ryder Ripps Bored Ape Yacht Club?
>
> A. Correct. That's what I've used it for.
>
> Q. So, ***in what context have you used that acronym?***
>
> A. In what context have I used the acronym RR/BAYC?
>
> Q. Correct.
>
> A. ***The context that I typically use that acronym for would be in reference for an art project that was created by Ryder Ripps. And that art project is a piece of conceptual art which is a powerful criticism of Nazism, racism, financial fraud, pedophilia.*** And it also involves institutions such as FTX, who has perpetuate the greatest fraud in the history of the United States finance, and also OpenSea who's business partners with them, and law firm known as Fenwick & west, who is also business partners with them. So that's what I refer to typically when I use the acronym RR/BAYC.

Cahen Depo. Designation 81:17-82:14 (Dkt. 396) (emphasis added). Virtually every example that Yuga gives is similar, where Mr. Cahen is providing a direct and clear

1  answer to Yuga's question, but Yuga cites that testimony in a manner that omits
2  context to falsely suggest that Mr. Cahen was not being cooperative.
3        While it would be impracticable to go through every single instance where
4  Yuga misrepresents Mr. Cahen's actions, Defendants provide a few more examples to
5  show how pervasive Yuga's misrepresentations are. Yuga cites to pages 89:1-8 of
6  Mr. Cahen's deposition testimony, but here Yuga was directly asking about Mr.
7  Cahen's protest. Cahen Depo. Tr. at 89:1-10. ("Q. So part of **the RR/BAYC project is**
8  **criticizing Fenwick?** A. Well, Fenwick is business partners with FTX and Yuga Labs.
9  And **they were involved with the creation of ApeCoin, which is an illegal**
10 **unregistered security and a multi-billion-dollar fraud.** So that's why I'm referring to
11 Fenwick & West in that context. Is it incorrect that Fenwick & West is involved with
12 the creation of ApeCoin?") (emphasis added).
13       Yuga also cites to pages 90:9-17 of Mr. Cahen's deposition, but again the
14 context shows that Mr. Cahen provided a direct answer. Cahen Depo. Tr. at 90:9-17.
15 ("Q. What did you do in 2022 in connection with the project? A. I helped create a
16 dialogue about it. I helped do research about Nazism, racism, pedophilia, securities
17 fraud, FTX, Fenwick, ApeCoin, Guy Oseary, Illa Da Producer. Illa, I-L-L-A, Da, D-
18 A, Producer. And the various high-profile celebrities who helped perpetuate this very
19 large-scale fraud and subversion.").
20       Yuga also cites to pages 106:23 to 107:9 of Mr. Cahen's deposition, but here
21 Yuga directly asked Mr. Cahen about his protest of Yuga's racism. Cahen Depo.
22 Designation 106:23-107:9 (Dkt. 396) ("Q. So the URI involved with the RR/BAYC
23 art project – A. Yeah, Sure. Go ahead. Q. – that points to the same images that BAYC
24 uses – A. Yes. Q. **That you say are racist?** A. **Yeah, that's the whole point of the**
25 **project** is to draw attention to Neo-Nazism, racism, pedophilia, financial fraud, Yuga
26 Labs, ApeCoin, Fenwick & West and FTX, who are all business partners, as well as
27 OpenSea.") (emphasis added).
28

Yuga also cites to pages 163:13-23 of Mr. Cahen's deposition but again omits that Yuga directly asked Mr. Cahen for his personal reasons he may want an RR/BAYC NFT, and Mr. Cahen honestly answered. Cahen Depo. Designation 163:13-23 (Dkt. 396) ("Q. **Why would you buy an RR/BAYC NFT?** A. Well, I'm a big fan of Ryder Ripps as an artist. He's been a huge inspiration to me as an individual. ***And I've been a major collector of his art since I first began exploring nonfungible tokens because I find what he does as a creative and as a human being is remarkable. And it's an incredible display of courage and willingness to speak his truth even if it means he's going to be threatened by multi-million-dollar Nazi ponzi schemes like Yuga Labs.***") (emphasis added).

Virtually every example that Yuga provides is the same. Yuga has taken testimony out of context by not mentioning that Mr. Cahen is directly answering questions that Yuga itself asked. Such behavior does not render a case exceptional.

Yuga also complains that the trial evidence includes references to the pending SEC investigation against Yuga and Defendants' neo-Nazi allegations. But Yuga never objected to any of that testimony at trial. See *Fenton v. Freedman*, 748 F.3d 1358, 1360 (9th Cir. 1984) (objections not made at trial are waived). Further, all of Yuga's cited testimony is relevant to the issue of intent. The argument that Defendants have somehow breached an agreement not to bring up issues of "inflammatory" material is factually incorrect and ignores the fact that intent is still at issue. See *Romag Fasteners, Inc v. Fossil, Inc.*, 140 S. Ct. 1492, 1497 (2020). All of Yuga's citations to the record involve discussions of intent. As Yuga is seeking intent-laden damages, Defendants should be able to explain their intentions. As such, Defendants were permitted to discuss their motivations. Notably, Yuga does not explain how these answers—which were clearly about Defendants' intentions and motivations—were non-responsive. In short, that is because each one was responsive. Beyond that, to the extent there was an error, it was an evidentiary issue as Yuga admits. *See Citation to* Dkt. 334 at 61:9-11.

1  Moreover, Defendants' agreement to not present evidence regarding aspects of
2  Defendants' allegations was made in the context of a jury trial.  After Yuga dropped
3  all legal remedies and submitted this case for a bench trial, the Rule 403 concerns of
4  that evidence no longer applied because the Court was already aware of Defendants'
5  criticism and the Court is not susceptible to Rule 403 concerns.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Louis W. Tompros* |
| 5 | | Louis W. Tompros (*pro hac vice*) louis.tompros@wilmerhale.com |
| | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 6 | | 60 State Street |
| 7 | | Boston, MA 02109 Telephone: (617) 526-6000 |
| 8 | | Fax: (617) 526-5000 |
| 9 | | Attorneys for Defendants |
| 10 | | RYDER RIPPS and JEREMY CAHEN |
| 11 | | |
| 12 | | |
| 13 | Dated: October 5, 2023 | FENWICK & WEST LLP |
| 14 | | |
| 15 | | By: /s/ *Eric Ball* |
| 16 | | Eric Ball eball@fenwick.com |
| 17 | | **FENWICK & WEST LLP** 801 California Street |
| 18 | | Mountain View, CA 94041 Telephone: (650) 988-8500 |
| 19 | | Fax: (650) 938-5200 |
| 20 | | Attorneys for Plaintiff |
| 21 | | YUGA LABS, INC. |

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

By: /s/ *Louis W. Tompros*
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000