Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>      Plaintiff,<br><br> v.<br><br>Ryder Ripps, Jeremy Cahen,<br><br>      Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**Defendants' Objections to Disputed Conclusion of Law No. 36, Lines 12:16-17**<br><br>Judge: Hon. John F. Walter |

Pursuant to the Court's Order Regarding the Parties Objections to Post Trial Proposed Findings of Facts and Conclusion of Law (Dkt. 423) Defendant Ryder Ripps and Defendant Jeremy Cahen respectfully submit the following objection, response, and reply to Defendants' objections to Yuga Labs, Inc.'s ("Yuga") Post Trial Proposed Findings of Facts and Conclusion of Law:

**Plaintiff's Disputed Post Trial Conclusion of Law No. 36, lines 12:16-17:**

Defendants offer additional deductions from Ms. Kindler's profit calculations, none of which the Court finds persuasive.

**Defendants' Basis of Dispute:**

This conclusion of law is unsupported and the testimony Mr. Ripps and Mr. Cahen provided outlining the additional deductions for costs associated with the RR/BAYC project that should be removed from Ms. Kindler's profit calculations are persuasive. *See* Ripps Decl. ¶ 136 (Dkt. 346) (uncontested); Cahen Decl. (Dkt. 344) ¶¶ 174-176.

**Plaintiff's Response:**

Defendants' objection should be rejected because their arguments claiming further deductions are baseless and have no documentary support. *Supra* ¶ 11(b).

**Defendants' Reply:**

Defendants' have provided details of costs. For example, there were two payments made to Mr. Lehman and Mr. Hickman that were not deducted from Ms. Kindler's calculation. *See* Ripps Decl. ¶¶ 133-35 (Dkt. 346) (uncontested); JTX-2710, 2711. These were supported by direct documentary support. There is also no dispute that Mr. Ripps paid his assistant roughly $3,500. Ripps Decl. ¶ 136 (Dkt. 346) (uncontested). Mr. Cahen also testified convincingly about these expenses. *See* Cahen Decl. ¶¶ 174-176 (Dkt. 344).