| | |
|---|---|
| Louis W. Tompros (*pro hac vice*)<br>louis.tompros@wilmerhale.com<br>Monica Grewal (*pro hac vice*)<br>monica.grewal@wilmerhale.com<br>Scott W. Bertulli (*pro hac vice*)<br>scott.bertulli@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br><br>Derek Gosma (SBN 274515)<br>derek.gosma@wilmerhale.com<br>Henry Nikogosyan (SBN 326277)<br>henry.nikogosyan@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendants<br>Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>KIMBERLY CULP (CSB No. 238839)<br>kculp@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Fax: 650.938.5200<br><br>ANTHONY M. FARES (CSB No. 318065)<br>afares@fenwick.com<br>ETHAN M. THOMAS (CSB No. 338062)<br>ethomas@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Fax: 415.281.1350<br><br>*Additional Counsel listed on next page*<br><br>*Attorneys for Plaintiff Yuga Labs, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>    Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION TO MEET AND CONFER BY VIDEOCONFERENCE REGARDING REASONABLE ATTORNEYS' FEES**<br><br>Judge: Hon. John F. Walter |

| | |
|---|---|
| 1 | MELISSA L. LAWTON (CSB No. 225452) |
| 2 | mlawton@fenwick.com<br>FENWICK & WEST LLP |
| 3 | 228 Santa Monica Boulevard<br>Santa Monica, CA  90401 |
| 4 | Telephone: 310.434.4300 |
| 5 | DAVID Y. SILLERS (*admitted pro hac vice*)<br>david@clarelocke.com |
| 6 | KATHRYN HUMPHREY (*admitted pro hac vice*) |
| 7 | kathryn@clarelocke.com<br>MEGAN L. MEIER (*admitted pro hac vice*) |
| 8 | megan@clarelocke.com<br>CLARE LOCKE LLP |
| 9 | 10 Prince Street<br>Alexandria, VA  22314 |
| 10 | Telephone: 202.628.7400 |
| 11 | Attorneys for Plaintiff and Counterclaim Defendant YUGA LABS, INC. |

1  Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder
2  Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their
3  respective counsel of record, hereby stipulate as follows:
4  WHEREAS, the Court's October 25, 2023, order (Dkt. 431) requires, amongst
5  other things, that (1) Yuga shall provide Defendants with all billing records and other
6  documents which it will rely on in support of its request for reasonable attorneys' fees
7  and costs by November 1, 2023, (2) lead counsel for the Parties shall meet and confer
8  in person regarding reasonable attorneys' fees on or before November 13, 2023, and
9  (3) for any remaining disputes, the Parties shall file a joint statement regarding
10  attorneys fees on or before November 30, 2023.
11  WHEREAS, pursuant to the Court's order dated October 25, 2023, Yuga
12  provided Defendants with the billing records and other documents on which it will
13  rely in support of its requests for attorneys' fees and costs.
14  WHEREAS, lead counsel for Defendants is unable to travel to confer in person
15  between November 2 and November 13, as order by this Court's order dated October
16  25, 2023, because lead counsel for Defendants has in-person commitments teaching at
17  Boston and Cambridge, Massachusetts on November 2nd, 3rd, 9th, 10th, and 13th, as
18  well as unmovable personal commitments on November 4th, 5th, 7th, 8th, and 11th
19  that include participating in school interviews for his children and hosting a charity
20  auction.
21  WHEREAS, lead counsel for Plaintiff is unable to travel to the Boston area
22  prior to November 13, 2023.
23  WHEREAS, the Parties respectfully request that the Parties be permitted to
24  conduct their conference of counsel by videoconference rather than in person.

### STIPULATION

26  THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY
27  REQUESTED by the Parties, through their respective attorneys, that:
28

-1-

1. The Parties shall confer regarding reasonable attorneys' fees by videoconference on or before November 13, 2023.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: November 2, 2023      By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants*
*Ryder Ripps and Jeremy Cahen*

Dated: November 2, 2023      By: /s/ *Eric Ball*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

-2-

Case No. 2:22-cv-04355-JFW-JEM                                      STIPULATION TO CONFER

|   |   |
|---|---|
| 1 | ANTHONY M. FARES (CSB No. 318065) |
|   | afares@fenwick.com |
| 2 | ETHAN M. THOMAS (CSB No. 338062) |
|   | ethomas@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: 415.875.2300 |
| 5 | Fax: 415.281.1350 |
| 6 | MELISSA L. LAWTON (CSB No. 225452) |
|   | mlawton@fenwick.com |
| 7 | FENWICK & WEST LLP |
|   | 228 Santa Monica Boulevard |
| 8 | Santa Monica, CA  90401 |
|   | Telephone: 310.434.4300 |

*Attorneys for Plaintiff Yuga Labs, Inc.*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated: November 2, 2023      By: /s/ *Louis W. Tompros*
                                  Louis W. Tompros

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on November 2, 2023.

Dated: November 2, 2023           By: /s/  *Louis W. Tompros*
                                       Louis W. Tompros