# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>　　　　　Plaintiff,<br>　　v.<br>Ryder Ripps and Jeremy Cahen,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**[PROPOSED] ORDER TO MEET AND CONFER BY VIDEOCONFERENCE REGARDING REASONABLE ATTORNEYS' FEES** |

　　　　Having considered the Stipulation to Meet and Confer by Videoconference Regarding Reasonable Attorneys' Fees, and having found good cause as set forth therein, IT IS HEREBY ORDERED that:

　　　　The Parties shall confer regarding reasonable attorneys' fees by videoconference on or before November 13, 2023.

　　　　**IT IS SO ORDERED.**

Dated: _____　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　　　　　United States District Judge