# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.<br><br>             Plaintiff,<br>  v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>             Defendants. | Case No. 2:22-cv-04355-JFW-JEMx<br><br>**ORDER TO MEET AND CONFER BY VIDEOCONFERENCE REGARDING REASONABLE ATTORNEYS' FEES** |

Having considered the Stipulation to Meet and Confer by Videoconference Regarding Reasonable Attorneys' Fees, and having found good cause as set forth therein, IT IS HEREBY ORDERED that:

The Parties shall confer regarding reasonable attorneys' fees by videoconference on or before November 13, 2023.

**IT IS SO ORDERED.**

Dated: November 3, 2023

By: _____
Honorable John F. Walter
United States District Judge