# EXHIBIT 1

**Attorneys' Fees**

| Timekeeper | Rate | Hours | Total | Total, Discounted[*] |
|---|---|---|---|---|
| 2022 | | | | |
| Ball, Eric | $1,290.00 | 470.3 | $606,687.00 | $585,576.15 |
| Melcher, Molly | $1,240.00 | 96.3 | $119,412.00 | $105,313.20 |
| Culp, Kimberly | $1,135.00 | 415.8 | $471,933.00 | $446,191.20 |
| Fares, Tony | $1,030.00 | 817.4 | $841,922.00 | $823,891.85 |
| Thomas, Ethan M. | $1,030.00 | 382.7 | $394,181.00 | $372,581.90 |
| Kwock, Ryan | $780.00 | 322.7 | $251,706.00 | $236,847.00 |
| Hauh, Katie M. | $640.00 | 316.8 | $202,752.00 | $188,956.80 |
| Andreyeva, Sofiya | $640.00 | 74.3 | $47,552.00 | $40,419.20 |
| Ra, Jeremy Y | $515.00 | 322.8 | $166,242.00 | $158,169.38 |
| 2023 | | | | |
| Ball, Eric | $1,410.00 | 1439.8 | $2,030,118.00 | $1,704,111.91 |
| Melcher, Molly | $1,355.00 | 799.2 | $1,082,916.00 | $903,561.43 |
| Gregorian, Todd | $1,375.00 | 57.1 | $78,512.50 | $66,735.63 |
| Culp, Kimberly | $1,240.00 | 1320.8 | $1,637,792.00 | $1,368,603.50 |
| Fares, Tony | $1,185.00 | 1461.1 | $1,731,403.50 | $1,452,173.06 |
| Thomas, Ethan M. | $1,185.00 | 1033.6 | $1,224,816.00 | $1,028,896.99 |
| Sims, Mary Griffin | $1,125.00 | 44.1 | $49,612.50 | $40,930.31 |
| Kwock, Ryan | $950.00 | 1264.3 | $1,201,085.00 | $1,003,542.00 |
| Hauh, Katie M. | $710.00 | 1050.8 | $746,068.00 | $622,558.18 |
| Kalinowski, Zack A. | $710.00 | 688.7 | $488,977.00 | $413,220.00 |
| Andreyeva, Sofiya | $710.00 | 954.3 | $677,553.00 | $563,305.13 |
| Ra, Jeremy Y | $610.00 | 860.7 | $525,027.00 | $438,225.53 |
| Alexander, Keysha | $610.00 | 262 | $159,820.00 | $133,339.90 |
| | | | | |
| **Total** | | | **$14,736,087.50** | **$12,697,150.25** |

[*] This discounted total reflects the total billed to, and paid by, Yuga Labs, including discounts to Fenwick's bills, which Fenwick already provided to Yuga Labs and which vary from 0–17.5% depending on the month.

**Costs and Expenses**

| Category | Costs |
|---|---:|
| Chambers and Courtesy Copies | $89,346.37 |
| Court Reporting | $4,589.52 |
| Delivery | $2,268.75 |
| Deposition | $79,474.80 |
| Filing Fees | $402.00 |
| Online Research - Lexis | $14,830.00 |
| Online Research - Westlaw | $151,764.00 |
| Printing and Copying | $55,559.00 |
| Process Service | $11,088.25 |

**Expert Witness Deposition Fees**

| Expert | Hours | Rate | Cost |
|---|---|---:|---:|
| Lauren Kindler | 22.50 | $900.00 | $20,250.00 |
| Laura O'Laughlin | 37.20 | $795.00 | $29,574.00 |
| Jonah Berger | 41.65 | $1,100.00 | $45,815.00 |