UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> RYDER RIPPS and JEREMY CAHEN, <br><br> Defendants - Appellants, <br><br> and <br><br> DOES, 1-10, <br><br> Defendant. | No. 22-56199 <br><br> D.C. No. 2:22-cv-04355-JFW-JEM <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered October 30, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $109.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT