1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
3  FENWICK & WEST LLP
   801 California Street
4  Mountain View, CA  94041
   Telephone:   650.988.8500
5  Facsimile:    650.938.5200

6  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
7  ANTHONY M. FARES (CSB No. 318065)
   afares@fenwick.com
8  ETHAN M. THOMAS (CSB No. 338062)
   ethomas@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:   415.875.2300
11

12 *Additional Counsel listed on next page*

13 Attorneys for Plaintiff
   YUGA LABS, INC.
14

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **PLAINTIFF YUGA LABS, INC.'S PROPOSED SPECIAL MASTERS** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | |

1  MELISSA L. LAWTON (CSB No. 225452)
   mlawton@fenwick.com
2  FENWICK & WEST LLP
   228 Santa Monica Boulevard
3  Santa Monica, CA  90401
   Telephone:   310.434.4300
4

5  Attorneys for Plaintiff
   YUGA LABS, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's November 28, 2023 Order (Dkt. 437), Plaintiff Yuga Labs, Inc. ("Yuga Labs") respectfully submits its proposed candidates for special master, in order of its preference. Counsel for the parties met and conferred but were unable to reach an agreement.

Yuga Labs' counsel has confirmed with the case manager for each of the below neutrals that they are available should they be assigned. To the knowledge of the undersigned, Fenwick & West LLP attorneys have not had recent proceedings with or spoken to either of the below neutrals, and neither has identified any conflict of interest.

**1.     Hon. Margaret M. Morrow (Ret.)**

Judge Morrow's rate is $1800/hour, and her research attorney's rate is $500/hour. Her biography and fee schedule are attached as Exhibit A.

**2.     Hon. Patrick J. Walsh (Ret.)**

Judge Walsh's rate is $1500/hour. His biography and fee schedule are attached as Exhibit B.

Certain alternative dispute resolution providers, including at least one proposed by Defendants, assess a percentage of the neutral's hourly fee as a case management fee. Neither of the above candidates assess an additional hourly rate.

Dated: December 4, 2023                    FENWICK & WEST LLP


                                           By: *Eric Ball*
                                               Eric Ball
                                               Attorneys for Plaintiff
                                               YUGA LABS, INC.