# Exhibit B

SIGNATURE
RESOLUTION



# Hon. Patrick J. Walsh (Ret.)

Mediator | Arbitrator | Special Master | Discovery Referee

*"I find that the experience I gained handling thousands of civil cases as a lawyer at the Department of Justice and the U.S. Attorney's Office and as a Magistrate Judge on the U.S. District Court has really helped me quickly get to the heart of the matter in my ADR cases."*

## BIOGRAPHY

While on the bench, Hon. Patrick J. Walsh (Ret.) successfully oversaw and settled thousands of matters related to business disputes, civil rights, employment, intellectual property, environmental, forfeiture, contracts, and class actions.

Prior to his appointment to the bench, Judge Walsh served as an Assistant United States Attorney in Los Angeles as a federal prosecutor from 1996 to 2001 and on the civil side from 1992 to 1996. Before that, he worked as a trial attorney for the United States Department of Justice.

Judge Walsh began his career as a law clerk in the U.S. District Court for the Commonwealth of the Northern Mariana Islands in Saipan, where he served from 1985 to 1989. In addition to clerking for district judges Alfred Laureta and Alex R. Munson on that court, he also served as Judge Munson's law clerk during Judge Munson's tenure as the Chief Justice of the High Court of the Trust Territory of the Pacific Islands.

Judge Walsh is known for his understanding and handling of civil issues. Parties say he treats each matter uniquely and strives to bring a sense of equity to each case before him.

Judge Walsh was an adjunct professor at USC Gould School of Law from 2008-2020.

## PRACTICE AREAS

- Business and Commercial Contracts
- Civil Rights
- Employment
- Healthcare
- Insurance
- Intellectual Property
- Legal Malpractice
- Patent
- Product Liability
- Real Estate
- Securities
- Special Master Duties

## EDUCATION

- J.D./MBA, The University of Illinois (Chicago)
- B.A., Northern Illinois University

## EXPERIENCE

- **Chief,** United States Magistrate Judge (2016–2020)
- **Judge**, United States Magistrate Judge (2001–2020)
- **Federal Prosecutor**, U.S. Attorney (1992–2001)
- **Trial Attorney**, U.S. Department of Justice (1989–1992)
- **Law Clerk**, U.S. District Court for the Northern Mariana Islands (1985-1989)

## PROFESSIONAL ACHIEVEMENTS AND MEMBERSHIPS

- **Member**, National Academy of Distinguished Neutrals (2022)



# Hon. Patrick J. Walsh (Ret.)
# Rate and Fee Schedule
### For Non-Mediations

**PROFESSIONAL FEE**        $15,000/day
                            $1,500/hour

This fee applies to proceedings within Los Angeles County. For information on travel rates, please contact your Case Administrator.

**ADMINISTRATIVE FEE**      $1,500/party

The administrative fee is a one-time, non-recurring and non-refundable charge that is applied to all new cases. It will be billed and due as part of the initial invoice.

**CONTINUANCE AND CANCELLATION POLICY**

**Half or full-day hearing:**    14 or more calendar days prior to first hearing date

**Multiple day hearing:**        45 or more calendar days prior to first hearing date

Please note that the Continuance and Cancellation Policy is set by each neutral. All notices of continuances and cancellations must be submitted in writing to your Case Administrator, with a copy to your opposing side/counsel.

If notice of continuance or cancellation exceeds the period specified above, all professional fees other than the administrative fee will be refunded.

If notice is less than the period specified above, the party that requests the continuance or cancellation shall be responsible for 100% of the fees for the hearing. Our office will try to rebook the time to mitigate these fees.

**OTHER IMPORTANT INFORMATION**

- Professional fees will be estimated and billed in advance of each hearing. All professional fees will be refunded for unused time, provided that the parties have adhered to the Continuance and Cancellation Policy above.

- All fees are due in advance of the hearings, by the specified due dates on the invoices. Nonpayment of fees may result in a hearing being taken off calendar.

- All fees must be paid prior to the issuance of the award, order or judgment.

- Signature Resolution LLC and Judge Walsh's agreement to render services is with counsel, carriers, and any other representative of each party. Signature Resolution LLC and Judge Walsh reserve the right to cancel any proceeding due to non-payment or untimely payment of professional and administrative fees.