1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Monica Grewal (*pro hac vice*)
   monica.grewal@wilmerhale.com
3  Scott W. Bertulli (*pro hac vice*)
   scott.bertulli@wilmerhale.com
4  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
5  **WILMER CUTLER PICKERING
     HALE AND DORR LLP**
6  60 State Street
   Boston, MA 02109
7  Telephone: (617) 526-6000
   Fax: (617) 526-5000
8
   Derek Gosma (SBN 274515)
9  derek.gosma@wilmerhale.com
   Henry Nikogosyan (SBN 326277)
10 henry.nikogosyan@wilmerhale.com
   **WILMER CUTLER PICKERING
11   HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
12 Los Angeles, CA 90071
   Telephone: (213) 443-5300
13 Fax: (213) 443-5400

14 Attorneys for Defendants
   *Ryder Ripps and Jeremy Cahen*
15

16                    UNITED STATES DISTRICT COURT
17                    CENTRAL DISTRICT OF CALIFORNIA
18                           WESTERN DIVISION
19

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | **NOTICE OF PROPOSED SPECIAL MASTERS** |
| v. | |
| Ryder Ripps and Jeremy Cahen, | Judge: Hon. John F. Walter |
| Defendants. | |

Pursuant to the Court's November 28, 2023 Order, Defendants Ryder Ripps and Jeremy Cahen respectfully submit the names and biographies of the following special masters for the Court's consideration:

**Honorable Rosalyn Chapman (Ret.)**: Judge Chapman served as a magistrate judge in the Central District of California for almost 16 years. Her experience includes bench and jury trials, as well as issuing written opinions on summary judgment, motions, and discovery, including work on attorneys' fee disputes. Prior to her appointment to the federal bench, Judge Chapman served as an administrative law judge for the State of California where she presided over professional and vocational licensing hearing on behalf of numerous public agencies.

Judge Chapman has confirmed that she is available to serve as a special master in this case if the Court would be willing to extend the January 16, 2024, deadline for submitting a report and recommendation to mid-February. Her hourly rate is $1400 per hour.

**Professor Ellen Eagen**: Professor Eagen is a Clinical Professor at Cornell Law School. She also practices commercial litigation in California and New York with her law firm, which she founded in 2013. Over the past decades, Ms. Eagen has also been an instructor at Stanford Law School and worked for multiple large law firms with a nationwide practice. Ms. Eagen has previously served as a special master by court appointment to determine reasonable attorneys' fees and costs in California.

Ms. Eagen has confirmed that she is available to serve as special master in this case on the Court's current schedule for submitting a report and recommendation. Ms. Eagen will charge a reasonable rate as determined by the Court. In a prior attorneys' fee dispute in the Northern District of California, her rate was set at $300 per hour.

| | | |
|---|---|---|
| 1 | Dated:  December 4, 2023 | By: /s/  *Louis W. Tompros* |
| 2 | | Louis W. Tompros (*pro hac vice*) |
| | | louis.tompros@wilmerhale.com |
| 3 | | Monica Grewal (*pro hac vice*) |
| | | monica.grewal@wilmerhale.com |
| 4 | | Scott W. Bertulli (*pro hac vice*) |
| | | scott.bertulli@wilmerhale.com |
| 5 | | Tyler Carroll (*pro hac vice*) |
| | | tyler.carroll@wilmerhale.com |
| 6 | | **WILMER CUTLER PICKERING** |
| | | **  HALE AND DORR LLP** |
| 7 | | 60 State Street |
| | | Boston, MA 02109 |
| 8 | | Telephone: (617) 526-6000 |
| | | Fax: (617) 526-5000 |
| 9 | | |
| 10 | | Derek Gosma (SBN 274515) |
| | | derek.gosma@wilmerhale.com |
| 11 | | Henry Nikogosyan (SBN 326277) |
| | | henry.nikogosyan@wilmerhale.com |
| 12 | | **WILMER CUTLER PICKERING** |
| | | **  HALE AND DORR LLP** |
| 13 | | 350 South Grand Ave., Suite 2400 |
| | | Los Angeles, CA 90071 |
| 14 | | Telephone: (213) 443-5300 |
| | | Fax: (213) 443-5400 |
| 15 | | Attorneys for Defendants |
| | | *Ryder Ripps and Jeremy Cahen* |

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on December 4, 2023.

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000