UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEMx <br><br> **ORDER RE APPOINTING SPECIAL MASTER** |

Having considered each party's submission of candidates for special master, the Court hereby appoints the Honorable Margaret M. Morrow (Ret.) as Special Master to resolve any remaining objections to Yuga Labs' fees and costs requests pursuant to Fed. R. Civ. P. 53 and 54(d)(2)(D) and the Court's November 28, 2023 Order (Dkt. 437).

The Special Master shall conduct proceedings (in a manner deemed appropriate by the Special Master) to resolve the disputes set forth in the Parties' Joint Statement (Dkt. 435) and submit a report and recommendation pursuant to Rule 72(b) by January 16, 2024, unless the parties stipulate that the Special Master's decision shall be binding. Dkt. 437 at 2; Fed. R. Civ. P. 53(b)(2)(A). The Special Master's report and recommendation shall contain the reasonable attorneys'

fees, expert fees, and taxable and non-taxable costs, if any, Yuga Labs shall be awarded; the Special Master's reasoning for determining the recommended award; and a summary of the Special Master's disposition of any remaining objections to Yuga Labs' requested award.  Fed. R. Civ. P. 53(b)(2)(C).

The Special Master shall not communicate *ex parte* with any party except as expressly authorized by the Court.  Fed. R. Civ. P. 53(b)(2)(B).

Any party may object to the Special Master's report and recommendation within 14 days of its filing.  Fed. R. Civ. P. 53(b)(2)(D).  Any objections must be filed, and will be resolved by the Court, in accordance with Fed. R. Civ. P. 72(b).

The parties shall share the fees and costs associated with the Special Master equally, but the Court will consider a recommendation, if any, by the Special Master regarding the final allocation of the fees and costs associated with the Special Master's services.  Dkt. 437 at 2.

IT IS SO ORDERED.

Date: December 6, 2023

_____
Honorable John F. Walter