Hon. Margaret M. Morrow, Ret.
Judicate West
1851 East First Street
Suite 1450
Santa Ana, CA 92705
Tel: (714) 834-1340
Fax: (714) 834-1344

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS., LLC, | Case No.: 2:22-cv-04355-JFW-JEMx |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF SPECIAL MASTER UNDER FEDERAL RULE OF CIVIL PROCEDURE 53(B)(3)(A)** |
| RYDER RIPPS; JEREMY CAHEN | |
| Defendant. | |

I would accept an appointment as Special Master in this case.

I am not aware of any ground for my disqualification under 28 U.S.C. § 455.

I declare under penalty of perjury under the laws of the United States and state of California that the foregoing is true and correct.

Executed on: 12/12/2023

_____
Hon. Margaret M. Morrow, Ret.
Special Master

1