Hon. Margaret M. Morrow (Ret.)
Judicate West
601 S. Figueroa Street
#3400
Los Angeles, California 90017
(213) 223-1113

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | CASE NO.: 2:22-cv-04355-JFW-JEMx <br><br> (JW Reference No. A310859) <br><br> ORDER RE RECORD BEFORE THE SPECIAL MASTER ON MOTION FOR ATTORNEYS' FEES |

      On December 6, 2023, Judge John F. Walter appointed the undersigned as a special master to resolve any objections to Yuga Labs' fees and costs requests pursuant to Rules 53 and 54(d)(2)(D) of the Federal Rules of Civil Procedure and the court's November 28, 2023 Order (Dkt. 437). Both parties advised the special master that they did not believe a hearing was required, and that the issue could be decided on the basis of the joint statement submitted to Judge Walter (Dkt. 435) and certain additional pleadings and orders that one or the other of the parties submitted for review.[1]

      While the special master is prepared to decide the question of attorneys' fees on the record before her, she wishes to provide both parties an opportunity to submit any additional evidence they deem relevant and necessary to decision of the issue. The special master appreciates that the manner in which the issue was joined in district court perhaps caused the parties to present their positions in somewhat more summary fashion than they would have had a

---

[1] Defendants objected to plaintiff's submission of docket entries 1, 1-1, 62, 65, 156, 178, 225, and 431, but subsequently submitted docket entries 77, 79, 133, 144, 145, 159, 315-1 and 334 as documents they believed were "relevant given the materials Plaintiff ha[d] sent."

1

formal attorneys' fees motion been filed.  Thus, certain types of supporting evidence that would normally be in the record are absent here, e.g., information concerning the attorneys who performed the services and rates in the relevant community as well as more specific objections to the reasonableness of the time billed.[2]

Should either party wish to augment the record, they may do so by filing an appropriate pleading or pleadings on or before December 22, 2023.  By that date as well, the special master requests that plaintiff state whether it continues to seek $7,500,000 in attorneys' fees or another amount.[3]

DATED: December 15, 2023

_____
Hon. Margaret M. Morrow (Ret.)
Special Master

---

[2] In their portion of the joint statement, defendants "expressly reserve[d], and [did] not waive, their right to appeal the determination that the award of any fees or costs is just or permissible and reserve their objections to each specific item in Yuga's facially unreasonable request."  By this order, the special master is affording defendants the opportunity to state their objections to specific items in plaintiff's request.

[3] In its portion of the joint statement, plaintiff "reserve[d] the right to seek all fees, costs, and expenses if Defendants' refusal to negotiate in good faith requires appointment of a special master."

2



**Santa Ana Office**
1851 East Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

# PROOF OF SERVICE

I, the undersigned, am an employee of Judicate West, located at 1851 East First Street Suite 1600, Santa Ana, CA 92705 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On December 15, 2023, I served the foregoing documents, described as:

**ORDER RE RECORD BEFORE THE SPECIAL MASTER ON MOTION FOR ATTORNEYS' FEES**

**SEE ATTACHED MAILING LIST**

- **(X) BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (e-mail) to the parties as listed on this Proof of Service

- **( ) BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

- **( ) BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

- **( ) BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

- **( ) BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business

- **(X) STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

- **( ) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 15, 2023,** at Santa Ana, California

<u>Heidi Adams</u>
Judicate West



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

# Case Contact List

as of Friday, December 15, 2023

**JW Case #: A310859**

*Case Caption: Yuga Labs, Inc. vs. Ryder Ripps, et al.*

Eric J. Ball, Esq.
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Phone: (650) 988-8500   Fax: (650) 938-5200
Email: eball@fenwick.com
Representing Yuga Labs, Inc.

Kimberly I. Culp, Esq.
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Phone: (650) 988-8500   Fax: (650) 938-5200
Email: kculp@fenwick.com
Representing Yuga Labs, Inc.

Molly R. Melcher, Esq.
Fenwick & West, LLP
555 California St.
San Francisco, CA 94104
Phone: (415) 875-2300   Fax:
Email: mmelcher@fenwick.com
Representing Yuga Labs, Inc.

Ethan M. Thomas, Esq.
Fenwick & West, LLP
555 California St.
San Francisco, CA 94104
Phone: (415) 875-2300   Fax:
Email: ethomas@fenwick.com
Representing Yuga Labs, Inc.

Scott W. Bertulli, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State St.
Boston, MA 02109
Phone: (617) 526-6000   Fax: (617) 526-5000
Email: scott.bertulli@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen

Tyler P. Carroll, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State St.
Boston, MA 02109
Phone: (617) 526-6000   Fax: (617) 526-5000
Email: tyler.carroll@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

Derek A. Gosma, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
350 S Grand Ave.
Suite 2400
Los Angeles, CA 90071
Phone: (213) 443-5300   Fax:
Email: derek.gosma@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen


Monica Grewal, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State St.
Boston, MA 02109
Phone: (617) 526-6000   Fax: (617) 526-5000
Email: monica.grewal@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen


Henry M. Nikogosyan, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
350 S Grand Ave.
Suite 2400
Los Angeles, CA 90071
Phone: (213) 443-5300   Fax:
Email: henry.nikogosyan@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen


Louis W. Tompros, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State St.
Boston, MA 02109
Phone: (617) 526-6000   Fax: (617) 526-5000
Email: louis.tompros@wilmerhale.com
Representing Ryder Ripps; Jeremy Cahen