Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps, Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF HENRY NIKOGOSYAN IN SUPPORT OF DEFENDANTS' SPECIFIC OBJECTIONS TO YUGA LABS INC.'S REQUEST FOR REASONABLE FEES AND COST** <br><br> Judge: Hon. John F. Walter |

# DECLARATION OF HENRY NIKOGOSYAN IN SUPPORT OF DEFENDANTS' SPECIFIC OBJECTIONS TO YUGA LABS INC.'S REQUEST FOR REASONABLE FEES AND COST

I, Henry Nikogosyan, declare as follows:

1.  I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 350 South Grand Avenue Suite 2400, Los Angeles, CA 90071. I serve as counsel for Defendants Ryder Ripps and Jeremy Cahen. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2.  A true and correct copy of Yuga Labs Inc.'s ("Yuga") Attorneys' Fees spreadsheet with tabs outlining topic specific totals, duplicative entries, block billing, and travel hours calculated by Defendants' counsel is Exhibit 1 and has been submitted to the Special Master directly by email.

3.  A true and correct copy of excerpts from the Wolters Kluwer 2022 Real Rate Report is attached as Exhibit 2.

4.  A true and correct copy of the transcript of Jason Cline's deposition, dated March 24, 2023, is Exhibit 3 and has been submitted to the Special Master directly by email.

5.  A true and correct copy of the transcript of Ian Garner's deposition, dated March 8, 2023, is Exhibit 4 and has been submitted to the Special Master directly by email.

6.  A true and correct copy of Yuga's subpoena to produce documents to Raymond Efthimiou is attached as Exhibit 5.

7.  A true and correct copy of Yuga's subpoena to produce documents to Claudia Krinke is attached as Exhibit 6.

8.  A true and correct copy of Yuga's subpoena to produce documents to Melissa Beth Sconyers is attached as Exhibit 7.

9. A true and correct copy of Yuga's subpoena to produce documents to Maxwell John Gail is attached as Exhibit 8.

10. A true and correct copy of Yuga's subpoena to produce documents to Jason Cline is attached as Exhibit 9.

11. A true and correct copy of Yuga's subpoena to Jason Cline to testify at a deposition and trial is attached as Exhibit 10.

12. A true and correct copy of Yuga's subpoena to produce documents to Michael Matthews is attached as Exhibit 11.

13. A true and correct copy of Yuga's subpoena to produce documents to Phillip Krzankowski is attached as Exhibit 12.

14. A true and correct copy of Yuga's subpoena to produce documents to Ian Garner is attached as Exhibit 13.

15. A true and correct copy of Yuga's subpoena to Ian Garner to testify at a deposition is attached as Exhibit 14.

16. A true and correct copy of Yuga's subpoena to Ian Garner to testify at trial is attached as Exhibit 15.

17. A true and correct copy of Yuga's subpoena to produce documents to Live9000 LLC is attached as Exhibit 16.

18. A true and correct copy of Yuga's subpoena to produce documents to Rochelle Conroy Booth is attached as Exhibit 17.

19. A true and correct copy of Yuga's subpoena to produce documents to Yoram Dor is attached as Exhibit 18.

20. A true and correct copy of Yuga's subpoena to produce documents to Lindsay Howard is attached as Exhibit 19.

21. A true and correct copy of Yuga's subpoena to produce documents to Jason Williams is attached as Exhibit 20.

22. A true and correct copy of Yuga's subpoena to produce documents to Magdalena Sawon is attached as Exhibit 21.

23. A true and correct copy of Yuga's subpoena to Rodney Ripps to testify at a hearing or trial is attached as Exhibit 22.

24. A true and correct copy of the transcript for a hearing held in this matter on June 16, 2023 is attached as Exhibit 23.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California on December 22, 2023.

              _/s/ Henry Nikogosyan_
              Henry Nikogsoyan

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Henry Nikogsoyan.

Dated: December 22, 2023    By: /s/ Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorney for Defendants*
*Ryder Ripps and Jeremy Cahen*