# EXHIBIT 1

This exhibit has been provided to the Special Master in native format.