# EXHIBIT 2



*ELM Solutions*

# 2022 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices



wolterskluwer.com



## Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal Analytics, Wolters Kluwer ELM Solutions

## Lead Data Analysts

**Carol Au**
Business Systems Quantitative Analyst
Wolters Kluwer ELM Solutions

**Pankaj Saha**
Data Engineer
Wolters Kluwer ELM Solutions

## ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer ELM Solutions

## Contributing Analysts and Authors

**Jason Bender**
Legal Analytics Product Manager
Wolters Kluwer ELM Solutions

**Nathan Cemenska**
Associate Director, Product Management
Wolters Kluwer ELM Solutions

**Haemi Jung**
Strategic Business Intelligence Manager
Wolters Kluwer ELM Solutions

**Margie Sleboda**
Lead Technology Product Manager
Wolters Kluwer ELM Solutions

## Executive Sponsor

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

© 2004 - 2022 Wolters Kluwer ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
115 Glastonbury Boulevard, Suite 102
Glastonbury, CT 06033 United States
ATTN: Marketing
+1-860-549-8795

## LEGAL CAVEAT

Wolters Kluwer ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents - 2022 Real Rate Report

**A Letter to Our Readers • 4**

**Report Use Considerations • 5**

**Section I: High-Level Data Cuts • 8**
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 63**
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Technology and Telecommunications

**Section III: Practice Area Analysis • 84**
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Intellectual Property: Other
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 172**
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 191**

**Section VI: Matter Staffing Analysis • 221**

**Appendix: Data Methodology • 226**

# A Letter to Our Readers

Welcome to the Wolters Kluwer ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.

Our Real Rate Report has been a relied upon data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by the Wolters Kluwer ELM Solutions LegalVIEW® data warehouse, which has grown to include $155B+ in anonymized legal data.

Last year, we launched our LegalVIEW Insights report series, which presented the first-of-its-kind legal analysis of total outside spend, vendor counts, staffing ratios, and other matters. This year, LegalVIEW Insights has gone even deeper into these issues and, together with the Real Rate Report, is a great tool to benchmark performance and improve from there.

The legal services industry relies on internal analytics and the use of external data resources, such as the LegalVIEW data warehouse, to support legal management strategies. The depth and details of the data in the Real Rate Report enable you to better benchmark and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank our data contributors for participating in this program. And we thank you for making Wolters Kluwer ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

# Report Use Considerations

**2022 Real Rate Report**

- Examines law firm rates over time
- Identifies rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Itemizes variables that drive rates up or down

All the analyses included in the report derive from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

Some key factors[1] that drive rates[2]:

**Attorney location -** Lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.

**Litigation complexity -** The cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).

**Years of experience and reputation -** A more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.

**Overhead -** The costs associated with the firm's support network (paralegals, clerks, and assistants), document preparation, consultants, research, and other expenses.

**Firm size –** The rates can increase if the firm is large and has various timekeeper roles at the firm. For example, the cost to work with an associate or partner at a larger firm will be higher compared to a firm that has one to two associates and a paralegal.

---

1  **David Goguen, J.D., University of San Francisco School of Law (2020) Guide to Legal Services Billing Retrieved from:**
   https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html
2  **Source:  2018 RRR.** Factor order validated in multiple analyses since 2010



# Section I: High-Level Data Cuts

All data and analysis based on data collected thru Q2 2022

# Section I: High-Level Data Cuts

## Partners, Associates, and Paralegals
By Role

**2022 - Real Rates**  **Trend Analysis - Mean**

| Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|
| **Partner** | 10592 | $430 | $653 | $969 | $749 | $738 | $705 |
| **Associate** | 9930 | $329 | $485 | $703 | $546 | $541 | $503 |
| **Paralegal** | 4215 | $150 | $225 | $325 | $247 | $244 | $232 |

# Section I: High-Level Data Cuts

**Cities**
By Matter Type

**2022 - Real Rates for Associate and Partner**

**Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Jackson MS** | Litigation | Associate | 56 | $55 | $225 | $250 | $178 | $203 | $175 |
| | Non-Litigation | Partner | 24 | $315 | $420 | $485 | $418 | $394 | $375 |
| | | Associate | 25 | $55 | $126 | $255 | $155 | $125 | $259 |
| **Kansas City MO** | Litigation | Partner | 74 | $413 | $450 | $556 | $472 | $450 | $450 |
| | | Associate | 50 | $252 | $329 | $385 | $319 | $316 | $305 |
| | Non-Litigation | Partner | 101 | $411 | $487 | $615 | $519 | $487 | $464 |
| | | Associate | 73 | $250 | $320 | $385 | $322 | $312 | $285 |
| **Las Vegas NV** | Non-Litigation | Partner | 20 | $350 | $425 | $525 | $440 | $422 | $432 |
| | | Associate | 11 | $238 | $267 | $368 | $301 | $297 | $282 |
| **Little Rock AR** | Non-Litigation | Partner | 11 | $215 | $215 | $308 | $264 | $256 | $298 |
| **Los Angeles CA** | Litigation | Partner | 322 | $516 | $725 | $1,045 | $799 | $739 | $702 |
| | | Associate | 408 | $400 | $615 | $855 | $642 | $606 | $564 |
| | Non-Litigation | Partner | 521 | $596 | $868 | $1,201 | $903 | $902 | $858 |
| | | Associate | 667 | $441 | $603 | $845 | $653 | $712 | $648 |

# Section I: High-Level Data Cuts

### Cities
By Years of Experience

**2022 - Real Rates for Associate**       **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Kansas City MO** | 3 to Fewer Than 7 Years | 15 | $270 | $325 | $360 | $318 | $295 | $283 |
|  | 7 or More Years | 28 | $292 | $334 | $391 | $333 | $312 | $302 |
| **Los Angeles CA** | Fewer Than 3 Years | 63 | $429 | $595 | $654 | $556 | $524 | $488 |
|  | 3 to Fewer Than 7 Years | 144 | $486 | $688 | $838 | $662 | $626 | $530 |
|  | 7 or More Years | 171 | $351 | $550 | $840 | $600 | $634 | $586 |
| **Miami FL** | 3 to Fewer Than 7 Years | 19 | $300 | $360 | $457 | $380 | $331 | $313 |
|  | 7 or More Years | 36 | $295 | $450 | $595 | $460 | $433 | $385 |
| **Minneapolis MN** | Fewer Than 3 Years | 11 | $374 | $405 | $446 | $408 |  | $230 |
|  | 3 to Fewer Than 7 Years | 27 | $340 | $451 | $510 | $421 | $358 | $356 |
|  | 7 or More Years | 27 | $423 | $468 | $585 | $478 | $438 | $392 |
| **Nashville TN** | 7 or More Years | 12 | $219 | $245 | $345 | $282 | $266 | $262 |
| **New Orleans LA** | 3 to Fewer Than 7 Years | 12 | $232 | $243 | $265 | $261 | $242 | $245 |
|  | 7 or More Years | 18 | $243 | $312 | $343 | $306 | $318 | $294 |
| **New York NY** | Fewer Than 3 Years | 142 | $443 | $622 | $775 | $629 | $600 | $652 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2022 - Real Rates for Partner** — **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Kansas City MO** | Fewer Than 21 Years | 46 | $400 | $450 | $537 | $473 | $411 | $397 |
| | 21 or More Years | 68 | $440 | $553 | $658 | $539 | $497 | $491 |
| **Las Vegas NV** | Fewer Than 21 Years | 12 | $284 | $381 | $495 | $389 | $349 | $343 |
| | 21 or More Years | 13 | $350 | $425 | $515 | $468 | $456 | $472 |
| **Los Angeles CA** | Fewer Than 21 Years | 183 | $533 | $801 | $1,075 | $804 | $797 | $682 |
| | 21 or More Years | 333 | $550 | $765 | $1,133 | $863 | $842 | $808 |
| **Memphis TN** | Fewer Than 21 Years | 14 | $288 | $331 | $380 | $345 | $317 | $328 |
| | 21 or More Years | 15 | $355 | $415 | $425 | $394 | $382 | $375 |
| **Miami FL** | Fewer Than 21 Years | 57 | $370 | $450 | $598 | $490 | $498 | $443 |
| | 21 or More Years | 104 | $388 | $581 | $749 | $584 | $580 | $536 |
| **Milwaukee WI** | 21 or More Years | 16 | $302 | $454 | $613 | $589 | $515 | $530 |
| **Minneapolis MN** | Fewer Than 21 Years | 36 | $470 | $530 | $607 | $532 | $486 | $499 |
| | 21 or More Years | 84 | $507 | $675 | $796 | $656 | $620 | $589 |
| **Nashville TN** | Fewer Than 21 Years | 28 | $375 | $405 | $535 | $449 | $405 | $397 |