# EXHIBIT 4

This exhibit has been provided to the Special Master in native format.