# EXHIBIT 22

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Yuga Labs, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-CV-04355-JFW-JEM |
| Ryder Ripps and Jeremy Cahen | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Rodney Ripps

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 | Courtroom No.: 7A |
|---|---|
| | Date and Time: 06/28/2023 08:30am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/28/2023

*CLERK OF COURT*

OR

_____  /s/ Eric Ball
*Signature of Clerk or Deputy Clerk*  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Yuga Labs, Inc. , who issues or requests this subpoena, are:

Eric Ball, FENWICK & WEST LLP, 801 California Street, Mountain View, CA 94041;
(650) 988-8500; eball@fenwick.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).