# EXHIBIT 23

```
1                  UNITED STATES DISTRICT COURT
2                 CENTRAL DISTRICT OF CALIFORNIA
3                        WESTERN DIVISION
4            THE HON JOHN F. WALTER, JUDGE PRESIDING
5
6   Yuga Labs, Inc.,                  )
                                      )
7                     Plaintiff,      )
                                      )
8             vs.                     ) No. CV 22-4355-JFW
                                      )
9   Ripps, et al.,                    )
                                      )
10                    Defendants.     )
    _____ )
11
12
13
14          REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                   Los Angeles, California
16                   Friday, June 16, 2023
17
18
19
20
21
22                              WIL WILCOX CSR 9178
                                Official Reporter
23                              First Street Courthouse
                                350 West First Street
24                              Room 4311
                                Los Angeles, CA  90012
25                              wil.wilcox@gmail.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:
                         ERIC BALL (CSB No. 241327)
 3                       eball@fenwick.com
                         KIMBERLY CULP (CSB No. 238839)
 4                       kculp@fenwick.com
                         MOLLEY MELCHER (CSB No. 272950)
 5                       FENWICK & WEST LLP
                         801 California Street
 6                       Mountain View, CA 94041
                         Telephone: 650.988.8500
 7                       Facsimile: 650.938.5200

 8


 9   FOR THE DEFENDANTS:

10                       Derek Gosma (SBN 274515)
                         derek.gosma@wilmerhale.com
11                       Louis W. Tompros (pro hac vice)
                         louis.tompros@wilmerhale.com
12                       WILMER CUTLER PICKERING
                         HALE AND DORR LLP
13                       350 South Grand Ave., Suite 2400
                         Los Angeles, CA 90071
14                       Telephone: (213) 443-5300
                         Fax: (213) 443-5400
15

16

17

18

19

20

21

22

23

24

25
```

```
 1         LOS ANGELES, CA.; FRIDAY, JUNE 16, 2023; 10:01 AM
 2                              -oOo-
 3         THE CLERK:  This is item 2, CV 22-4355-JFW,
 4   Yuga Labs, Inc. versus Ripps, et al.
 5               Counsel, please state your appearance.
 6         MR. BALL:  Eric Ball for the plaintiff, Yuga Labs
 7   Inc.  And with me on the attendees is Kimberly Culp and
 8   Molley Melcher.
 9         MR. TOMPROS:  Good morning, Your Honor.  Louis
10   Tompros for the defendants, Mr. Ripps and Mr. Cahen, and
11   my colleague Derek Gosma also in the Zoom as well.
12         THE COURT:  All right.  Good morning to all.  I
13   haven't done one of these Zooms in a long time since the
14   days of COVID.  But in any event this is a hearing that I
15   arranged this morning based upon the recent filings by
16   counsel.
17               On June 15th the plaintiff filed a notice of
18   application to request a continuance of the trial date.
19   That appears as Docket Number 315.  And the reason for the
20   status conference is primarily the result of the
21   representation by plaintiff that it is withdrawing all
22   legal remedies and will proceed to trial solely on its
23   prayer for equitable remedies as to the remaining active
24   claims which are claims one and three.
25               The defendant filed a response this morning.
```

1   It appears as Docket 316 and raises several issues and
2   defers to the Court with respect to scheduling in terms of
3   the trial.
4           But the reason I set the scheduling
5   conference or status conference is the defendant requests
6   guidance from the Court with respect to several of the
7   outstanding pretrial filings in light of the plaintiffs's
8   decision to proceed only on the equitable remedies.
9           So based upon that decision by the plaintiff,
10  I'm going to vacate the jury trial which is currently set
11  for July 7th of 2023.  And I'm going to set the case down
12  for a bench trial.
13          And the question becomes with respect to the
14  new date for the bench trial, I'm also going to relieve
15  counsel of the pretrial filings that are pending which
16  we'll discuss in a minute, but the first of which is the
17  new trial date.
18          Counsel for the plaintiff had proposed
19  several days, the first group of dates which were
20  July 31st to August 3rd.
21          Let me ask counsel for the defendant.  Do you
22  have a preference as to those dates?
23      MR. TOMPROS:  As to something in the window of
24  July 31st to August 3rd?
25      THE COURT:  Yes.

1     MR. TOMPROS:  Yeah, not really, Your Honor.  I was
2  supposed to leave on vacation on the fourth.  So as long
3  as we are done by then, I'm fine.  I guess probably
4  Tuesday is easier just to get witnesses in, in plenty of
5  time if it's going to be a one-day trial.
6     THE COURT:  What I propose to do is continue it to
7  July 31st which is a Monday.  And I'll set it down for a
8  one-day bench trial.
9          The Court trials are governed by the
10 provisions of the Court's civil trial order and case
11 management order.  So, counsel, it's at paragraph six of
12 the civil trial order.
13         What I do is have counsel file the
14 declarations of the witnesses, the direct testimony, then
15 any written -- any objections to be in writing.  Then I'll
16 receive and rule on the objections on the day of trial and
17 admit the unobjected to portions of the declarations, and
18 then you cross-examine the witnesses.  And there's also a
19 provision there for findings of fact and conclusions of
20 law.  So counsel should familiarize yourself with each of
21 those requirements.
22         How many witnesses do we expect to call now?
23    MR. BALL:  I think it's going to be much thinner for
24 Your Honor.  One or two fact witnesses, I would expect
25 from my side.

1                 Can you hear me, Your Honor?
2         THE COURT:  Yes, I can hear you.
3         MR. BALL:  Okay.  I just saw the courtroom deputy
4    stand up.  So I wasn't sure if I was coming through.
5                 So one or two fact witnesses and then our
6    three experts, Your Honor.
7         THE COURT:  Okay.  And based upon the joint
8    statement with respect to the offers of proof on the
9    experts, it doesn't appear that at least for two of them
10   that there was any real objection to their opinions.  And
11   the opinions are -- the opinions are what they are.  They
12   shouldn't be -- cross-examination shouldn't be that long.
13        MR. TOMPROS:  It's not entirely clear to me that two
14   of those with the only issue being now disgorgement of
15   profits, as we understand it, I think two of the experts'
16   opinions from the plaintiffs actually only go to the issue
17   of actual damages rather than disgorgement.
18        THE COURT:  All right.  Well, I'm not -- the reason
19   I wanted to have the status conference is I wanted to set
20   the dates.  And I'm not going to -- there's a lot of
21   issues that you raised in your response that I'm not
22   prepared to address today.  And obviously counsel can
23   prepare those in connection with the bench trial.
24                I was merely trying to arrange because we
25   have or counsel have the -- and you can correct me if I'm

```
 1   wrong, but I believe that the last -- I was going to work
 2   on the jury instructions last week and I sent out a text
 3   entry indicating that I wanted revised jury instructions
 4   in light of the withdrawal of the false advertising claim.
 5   And those are due on Monday.  So there's no longer any
 6   need for any jury instructions.  So I'm not going to
 7   require that.
 8              The depo designations, I don't know where you
 9   are.  Somebody said that those have been filed.  I haven't
10   seen any of those yet.  I don't know if they're still
11   going to be necessary or not.
12         MR. TOMPROS:  They are due to be filed today.  I
13   think some of them may still be necessary.  But there may
14   be significant changes I would suspect given the scope of
15   the case now.
16         THE COURT:  Okay.  Why don't you hold off filing
17   those deposition designations now that we've got the -- we
18   have a bench trial and see what remains necessary.  And
19   then you can agree upon a date that those should be due.
20   And then we'll deal with those.
21              The revised pretrial conference order, I
22   think it will still be helpful to have a revised pretrial
23   conference order.  But I'm not going to require it to be
24   filed on Monday.  You can file it next Friday.  But I
25   think it would be helpful to have that before we commence
```

```
 1  trial.
 2           I don't think there are any other -- the
 3  motions in limine have been fully briefed.  I'm not sure
 4  what's left of the motions in limine in light of the fact
 5  that I'm going to be trying the case.  So I actually
 6  continued the hearing from today until next Friday.  I'm
 7  going to vacate that hearing.  And if I need to have a
 8  hearing date on the motions in limine, I'll reschedule
 9  that.
10           Those are the only items that I can recall
11  that are outstanding.  Counsel who have been working very
12  hard preparing the case probably know better than I if
13  there are any other additional filings.  So I'll hear from
14  you if there are any additional filings.
15       MR. BALL:  I'm looking at Louis's face.
16       MR. TOMPROS:  Just two things for absolute clarity.
17  You require both the jury instructions and the verdict
18  form.  I assume that the verdict form also doesn't have to
19  come in.
20       THE COURT:  Sure, right.
21       MR. TOMPROS:  And then I also ask for the Court's
22  indulgence.  With filing on Friday for the pre-trial
23  conference order, would it be acceptable if Mr. Ball and I
24  met and conferred over Zoom?
25       THE COURT:  Sure. That's fine.
```

```
1          MR. TOMPROS:  Thank you.
2          THE COURT:  I don't think there's going to be much
3   changes.  But I just wanted for clarity to have the
4   pretrial conference order.
5          MR. BALL:  Thank you.
6          THE COURT:  All right.  Anything else?
7          MR. TOMPROS:  Not for now, Your Honor.  We
8   appreciate the continuance.  And thank you.
9          THE COURT:  All right.
10                One of the things that I did notice is that
11  you were trying to set something up with the magistrate,
12  Magistrate Segal.  And I'm still going to -- I don't know
13  if I gave you a -- I think I gave you a deadline for the
14  settlement conference which was to be conducted prior to
15  the July 7th trial.  Obviously, I've moved that date.
16                But I really encourage counsel -- and I think
17  magistrate Judge Segal or Judge Segal had one day that
18  everybody agreed to.  It was a full day.  I think I'm
19  going to still require you to have a settlement
20  conference.  And I encourage you to take that date which
21  is the full -- where she has the full day available
22  because now where we are in this case I really think this
23  case ought to be settled.
24         MR. BALL:  I think there's two days that are
25  available for everybody, July 18th and 19th.  And I don't
```

1    know if Mr. Tompros has doublechecked with his clients yet
2    on that.
3         MR. TOMPROS:  I'm reasonably confident that they are
4    available.  They've essentially told me that they would be
5    available for all of July.  So I think that's fine.
6    Either of those days would be from our perspective as well
7    now that the trial date is moved.
8         MR. BALL:  I talked to Judge Siegel trying to pencil
9    in one of those two days after this hearing.
10        THE COURT:  I was thinking about the pretrial
11   conference that we had.  And we were discussing
12   settlement.  If it's going to be a bench trial, I don't
13   want to to involve myself in settlement discussions unless
14   counsel want me to become involved.
15             But I remembered -- and correct me I'm
16   wrong -- that I think the defendants raised the issue that
17   one of the conditions in the -- one of the impediments or
18   at least one of the conditions that was continued that had
19   been included in several exchanges back and forth have
20   been this non-disparagement issue.
21             I didn't comment on it at the time.  But I
22   don't know if that's still an issue.  But I can't see how
23   that issue should preclude settlement in this case because
24   even if you're not -- that's not a remedy that's going to
25   be available to the plaintiff at trial.

```
 1                    I mean, the injunction is the injunction.
 2   And it's going to be limited to trademark infringement.
 3   But there's not going to be any injunction preventing the
 4   defendants from exercising their first amendment rights to
 5   do whatever they want to do.  If they do something
 6   improper, obviously the plaintiff has a claim and can file
 7   it.  But that's not in this case.
 8                    So I was probably remiss in not commenting at
 9   the time that I think that the non-disparagement if that's
10   truly what is holding up the settlement, that, that
11   shouldn't hold up the settlement because I think it's a
12   condition that is quite frankly unreasonable.
13                    So now you're prepared to settle the case?
14        MR. TOMPROS:  We certainly look forward to working
15   with Judge Segal, and hopefully, yes.
16                    And thank you, your honor.
17        THE COURT:  Thank you.  All right.  So I don't think
18   there's anything else.  If you have anything else, you can
19   raise it now.  If not, hopefully, this weekend you can
20   take some time off and not be preparing this case for a
21   July 7th trial.
22        MR. BALL:  And I hope Mr. Tompros and others have a
23   good Father's day this weekend.
24        MR. TOMPROS:  The same.
25        THE COURT:  Yes.  I forgot.  We're all -- I'm
```

```
 1   waiting for my father's day presents to roll in.
 2                        (Laughter.)
 3        THE COURT:  Not from counsel.
 4             Okay.  Everybody have a good weekend.
 5        MR. BALL:  Thank you, Your Honor.
 6        MR. TOMPROS:  Thank you, Your Honor.
 7        THE COURT:  All right.
 8
 9      (At 10:15 a.m. proceedings were adjourned.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                           --oOo--

 2                         CERTIFICATE

 3

 4

 5         I hereby certify that pursuant to Section 753,

 6   Title 28, United States Code, the foregoing is a true and

 7   correct transcript of the stenographically reported

 8   proceedings held in the above-entitled matter and that the

 9   transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United

11   States.

12

13   Date:  June 23, 2023

14

15

16                         /S/     WIL S. WILCOX_____

17                               U.S. COURT REPORTER
                                 CSR NO. 9178
18

19

20

21

22

23

24

25
```

| 28 [1] 13/6 | A |
|---|---|
| MR. BALL: [9] | a.m [1] 12/9 |
| MR. TOMPROS: [13] | above [1] 13/8 |
| THE CLERK: [1] 3/3 | above-entitled [1] 13/8 |
| THE COURT: [17] | absolute [1] 8/16 |

**3**

315 [1] 3/19
316 [1] 4/1
31st [3]
350 [2]
3rd [2]

**4**

4311 [1] 1/24
443-5300 [1] 2/14
443-5400 [1] 2/14

**5**

5300 [1] 2/14
5400 [1] 2/14

**6**

650.938.5200 [1] 2/7
650.988.8500 [1] 2/6

**7**

753 [1] 13/5
7th [3]

**8**

801 [1] 2/5

**9**

90012 [1] 1/24
90071 [1] 2/13
9178 [2]
94041 [1] 2/6

**-**

--oOo [1] 12/10
-oOo [1] 3/2

**/**

/S [1] 13/16

**1**

10:01 [1] 3/1
10:15 [1] 12/9
15th [1] 3/17
16 [2]
18th [1] 9/25
19th [1] 9/25

**2**

2023 [4]
213 [2]
22-4355-JFW [2]
23 [1] 13/13
238839 [1] 2/3
2400 [1] 2/13
241327 [1] 2/2
272950 [1] 2/4
274515 [1] 2/10

acceptable [1] 8/23
address [1] 6/22
adjourned [1] 12/9
admit [1] 5/17
advertising [1] 7/4
al [2]
amendment [1] 11/4
Angeles [4]
appearance [1] 3/5
APPEARANCES [1] 2/1
application [1] 3/18
appreciate [1] 9/8
arrange [1] 6/24
arranged [1] 3/15
assume [1] 8/18
attendees [1] 3/7
August [2]
Ave [1] 2/13

**B**

BALL [3]
becomes [1] 4/13
bench [6]
briefed [1] 8/3

# C

Cahen [1] 3/10
CALIFORNIA [3]
CENTRAL [1] 1/2
CERTIFICATE [1] 13/2
certify [1] 13/5
civil [2]
claim [2]
claims [2]
clarity [2]
clear [1] 6/13
clients [1] 10/1
Code [1] 13/6
colleague [1] 3/11
commence [1] 7/25
comment [1] 10/21
commenting [1] 11/8
conclusions [1] 5/19
condition [1] 11/12
conditions [2]
conducted [1] 9/14
conference [12]
conferred [1] 8/24
confident [1] 10/3
conformance [1] 13/9
connection [1] 6/23
continuance [2]
continued [2]

COURT [5]
Court's [2]
Courthouse [1] 1/23
courtroom [1] 6/3
COVID [1] 3/14
cross [2]
cross-examination [1] 6/12
cross-examine [1] 5/18
CSB [3]
CSR [2]
CULP [2]
CUTLER [1] 2/12
CV [2]

# D

damages [1] 6/17
deadline [1] 9/13
decision [2]
declarations [2]
defendant [3]
defendants [5]
defers [1] 4/2
depo [1] 7/8
deposition [1] 7/17
deputy [1] 6/3
Derek [2]
derek.gosma [1] 2/10
designations [2]
direct [1] 5/14

discussions [1] 10/13
disgorgement [2]
disparagement [2]
DISTRICT [2]
DIVISION [1] 1/3
Docket [2]
DORR [1] 2/12
doublechecked [1] 10/1

# E

easier [1] 5/4
eball [1] 2/3
encourage [2]
entirely [1] 6/13
entitled [1] 13/8
entry [1] 7/3
equitable [2]
ERIC [2]
essentially [1] 10/4
et [2]
event [1] 3/14
everybody [3]
examination [1] 6/12
examine [1] 5/18
exchanges [1] 10/19
exercising [1] 11/4
experts [2]
experts' [1] 6/15

# F

Facsimile [1]  2/7
fact [4]
false [1]  7/4
familiarize [1]  5/20
father's [2]
Fax [1]  2/14
FENWICK [1]  2/5
fenwick.com [2]
file [3]
filings [5]
findings [1]  5/19
foregoing [1]  13/6
forgot [1]  11/25
form [2]
format [1]  13/9
fourth [1]  5/2
frankly [1]  11/12
Friday [5]

# G

gmail.com [1]  1/25
Gosma [2]
governed [1]  5/9
Grand [1]  2/13
group [1]  4/19
guidance [1]  4/6

# H

hac [1]  2/11
HALE [1]  2/12
hearing [5]
helpful [2]

hereby [1]  13/5
hold [2]
holding [1]  11/10
HON [1]  1/4
honor [9]
hope [1]  11/22
hopefully [2]

# I

I'll [4]
I'm [19]
I've [1]  9/15
impediments [1]  10/17
improper [1]  11/6
Inc [3]
indulgence [1]  8/22
infringement [1]  11/2
injunction [3]
instructions [4]
issue [6]
issues [2]
item [1]  3/3
items [1]  8/10

# J

JFW [2]
JOHN [1]  1/4
joint [1]  6/7
JUDGE [5]
Judge Segal [2]
Judicial [1]  13/10

Jury [8]
July 31st [2]
June [4]
jury [5]

# K

kculp [1]  2/4
KIMBERLY [2]

# L

Labs [3]
Laughter [1]  12/2
law [1]  5/20
legal [1]  3/22
light [3]
limine [3]
limited [1]  11/2
LLP [2]
Los [4]
Louis [2]
Louis's [1]  8/15
louis.tompros [1]  2/11

# M

magistrate [3]
management [1]  5/11
matter [1]  13/8
MELCHER [2]
merely [1]  6/24
MOLLEY [2]
Monday [3]
motions [3]

# M

Mountain [1] 2/6
Mr [5]

# N

necessary [3]
non [2]
non-disparagement [2]
notice [2]
Number [1] 3/19

# O

objection [1] 6/10
objections [2]
offers [1] 6/8
Official [1] 1/22
one-day [2]
oOo [2]
opinions [4]
order [7]
ought [1] 9/23
outstanding [2]

# P

page [1] 13/9
paragraph [1] 5/11
pencil [1] 10/8
pending [1] 4/15
perspective [1] 10/6
PICKERING [1] 2/12
plaintiff [9]
plaintiffs [1] 6/16

plaintiff's [1] 4/7
plenty [1] 5/4
prayer [1] 3/23
pre [1] 8/22
pre-trial [1] 8/22
preclude [1] 10/23
preference [1] 4/22
prepared [2]
PRESIDING [1] 1/4
pretrial [6]
preventing [1] 11/3
primarily [1] 3/20
pro [1] 2/11
proceed [2]
proceedings [3]
profits [1] 6/15
proof [1] 6/8
proposed [1] 4/18
provision [1] 5/19
provisions [1] 5/10
pursuant [1] 13/5

# Q

question [1] 4/13

# R

raise [1] 11/19
raised [2]
raises [1] 4/1
recent [1] 3/15
regulations [1] 13/10

relieve [1] 4/14
remaining [1] 3/23
remains [1] 7/18
remedies [3]
remedy [1] 10/24
remiss [1] 11/8
Reporter [2]
REPORTER'S [1] 1/14
representation [1] 3/21
request [1] 3/18
requests [1] 4/5
requirements [1] 5/21
reschedule [1] 8/8
response [2]
result [1] 3/20
revised [3]
rights [1] 11/4
Ripps [3]
roll [1] 12/1
Room [1] 1/24
rule [1] 5/16

# S

SBN [1] 2/10
scheduling [2]
scope [1] 7/14
Section [1] 13/5
Segal [4]
settle [1] 11/13
settled [1] 9/23

## S

settlement [7]
side [1]  5/25
Siegel [1]  10/8
solely [1]  3/22
South [1]  2/13
stand [1]  6/4
state [1]  3/5
statement [1]  6/8
STATES [3]
status [3]
stenographically [1]  13/7
Street [3]
Suite [1]  2/13
suspect [1]  7/14

## T

Telephone [2]
terms [1]  4/2
testimony [1]  5/14
text [1]  7/2
thank [7]
thinking [1]  10/10
thinner [1]  5/23
time [5]
Title [1]  13/6
Tompros [4]
trademark [1]  11/2
transcript [3]
trial [21]
trials [1]  5/9
Tuesday [1]  5/4

## U

U.S [1]  13/17
UNITED [3]
unless [1]  10/13
unobjected [1]  5/17
unreasonable [1]  11/12

## V

vacate [2]
vacation [1]  5/2
verdict [2]
versus [1]  3/4
vice [1]  2/11
vs [1]  1/8

## W

WALTER [1]  1/4
weekend [3]
West [2]
WESTERN [1]  1/3
WIL [2]
wil.wilcox [1]  1/25
WILCOX [2]
WILMER [1]  2/12
wilmerhale.com [2]
window [1]  4/23
withdrawal [1]  7/4
withdrawing [1]  3/21
witnesses [6]

## Y

Yuga [3]
Yuga Labs [1]  3/4

## Z

Zoom [2]
Zooms [1]  3/13