# EXHIBIT 1



# Eric Ball

650-335-7635

eball@fenwick.com

Practice Area Lead        Partner
Trademark Litigation      Litigation

**Office**

Silicon Valley

Eric's collaborative, 360˚-approach and astute business instincts help both startups and established companies protect, control, and build their most important asset—their name, trademark or brand. His national and international successes include decisive victories—often resolved before litigation or trial—for clients such as Cisco, Intuit, Nutrisystem, NVIDIA, Peloton, Snowflake, Uber and multiple gaming industry companies. Eric also represents leaders in the blockchain and crypto space like OpenSea, Coinbase, Polygon and Yuga Labs in cutting-edge IP disputes.

Eric has a strong track record in all types of trademark, copyright and other commercial disputes and has won multiple precedential decisions before the Trademark Trial and Appeal Board.

"Eric has the most nuanced knowledge of trademark law but also knows how to present compelling stories. He takes the time to understand his clients' business needs and offers valuable advice on strategy along with candid opinions on issues arising in the course of litigation."

WTR 1000, Client Quote
2022 Edition

In trademark matters, Eric has successfully defended and prosecuted multiple trademark litigations and Trademark Trial and Appeal Board proceedings, with an emphasis on priority disputes and matters asserting reverse confusion against quickly expanding startups or viral marketing campaigns. He also has experience running trademark enforcement and policing programs, including for Intel, Twitter and The American Legion.

Eric also has significant international trademark experience including in the European Union and key Asian and Latin American markets. With this experience he has successfully defended multiple gaming, eSports and social media companies—both startups and established companies—in international trademark disputes allowing for their international expansion.

In the copyright arena, Eric has represented multiple clients in DMCA and CDA 230 disputes, and app store takedowns. He also advises games clients on copyright and right of publicity issues before launching a game. And he regularly represents startup and games clients in litigation when they face copyright infringement claims.

Regarded as a thought leader within his discipline, Eric is regularly quoted and has been published in leading national and legal publications including *Law360, Bloomberg BNA, The Daily Journal* and *Corporate Counsel*. He has also presented on trademark and legal ethics to organizations like Today's General Counsel, Intellectual Property Owners, Silicon Valley Intellectual Property Law Association and the Bar Association of San Francisco.

Additionally, Eric maintains an active pro bono practice, seeking out clients who are involved in supporting gender equality issues.

Practices

- > Complex Litigation

- > Copyright

- > Litigation

- > Trade Secret Litigation

- > Trademark

- > Trademark Litigation

- > Consumer Class Actions & Mass Arbitration

- > Copyright Litigation

Industries

- > Games

- > Life Sciences

- > Semiconductors

- > Consumer Technologies & Retail

- > Blockchain & Cryptocurrency

- > Digital Media & Entertainment

Education & Admissions

- J.D., with honors, UC Berkeley School of Law
  Order of the Coif

4

- B.A., with honors, Rhetoric and Legal Studies
  University of California, Berkeley

- Admitted to practice in California

Representative Experience

- Obtained a decisive victory for Peloton in a trademark infringement suit brought by Move Press, publisher of a cycling publication called *Peloton Magazine*, in the Central District of California, winning summary judgment on the grounds that the equitable doctrine of laches barred plaintiff's claims in their entirety
- Won multiple precedential decisions in the U.S. Trademark Trial and Appeal Board:
  - A summary judgment decision dismissing fraud and false connection claims
  - A summary judgment decision rejecting claim preclusion
- Represented Google before the Trademark Trial and Appeal Board, where he won on summary judgment with the Board refusing registration of the "FUNTOOGLE" mark
- Won a permanent injunction and the transfer of twenty-five domain names against a telecommunications company because of their trademark and ACPA infringement spanning three continents
- Turned the opposing party's claims on their head and won a summary judgment and an injunction finding a likelihood of confusion against the other side even though the client was originally accused of being the infringer
- Won a summary judgment on trade secret claims against a social media company where the plaintiff alleged ownership of the client's social networking concept
- Won a motion to dismiss rejecting multiple common law tort claims and a B&P 17200 claim in an ownership dispute over IP rights
- Successfully defended an e-commerce company's use of its trademark and trade name against a well-funded plaintiff's claims of trademark infringement and dilution
- Represented a gaming company in a widely followed copyright infringement suit against competitor toy company involving cloning of a popular mobile puzzle game, which resulted with the toy company taking down the game

- Represented two founders against another founder and former executive in a dispute involving defamation claims; the court dismissed the former executive's claims and issued an order against the former executive prohibiting him from making any defamatory statements
- Represented an entertainment startup against a well-funded Los Angeles-based entertainment company in a copyright infringement dispute, successfully arguing that our client's copyright had been infringed

## Representative Pro Bono Experience

- Filed a suit in partnership with The Lawyers' Committee for Civil Rights of the San Francisco Bay Area, the ACLU Foundation of Northern California and Bay Area Legal Aid seeking to enjoin and declare unlawful San Mateo Superior Court's civil assessment program. In an early victory and in response to our claims that the California Judicial Council is allowing for an unconstitutional scheme to fund trial courts through the civil assessments, California eliminated all outstanding civil assessment debts—which total at least $500 million.
- Successfully defended a girl-empowerment company against right of publicity and trademark infringement claims, allowing the company to continue to pursue its mission under the same trademark.
- Successfully defended the nation's first gender neutral Frarority against trademark infringement and unfair competition claims
- Successfully obtained trademark registration for Berkeley Law's Women in Tech Law, a student-led organization that strives to recruit, support and empower women who are interested in pursuing technology law

## Representative Clients

- Amazon.com
- Atlassian
- Cisco Systems
- Coinbase
- Delphix

- Facebook Reality Labs
- Glu Mobile
- Google
- GoPro
- Intuit
- Magic Eden
- Nutrisystem
- NVIDIA
- OpenSea
- Peak Games
- Peloton
- Polygon
- Snowflake
- Tencent Holdings
- Twitter
- Uber
- Yuga Labs



Recognition



## World Trademark Review 1000
### 2017 - 2023

Consistently recognizes Eric as a leading trademark litigator with clients stating he "is another safe pair of hands for the sorts of cases that can stretch even the most talented lawyers" and is "superb at giving robust, practical advice that nips problems in the bud."



## The Legal 500
### 2018 - 2022

Regularly recognizes Eric for trademark litigation with one client touting he has a "very in-depth understanding of the state of the law with regard to trademark enforcement matters" and has "always given high-quality, practical advice at every stage of any litigation matter he has handled for us."

## JD Supra

2020

Honored Eric with the annual Readers' Choice Award, recognizing him for thought leadership in the trademark space.

**SILICON VALLEY BUSINESS JOURNAL**

Silicon Valley Business Journal

2016

Named Eric to its 40 Under 40 list of standout professionals.