# EXHIBIT 4



# Kimberly Culp

650-335-7138

kculp@fenwick.com

Counsel
Litigation

**Office**
Silicon Valley

Kimberly represents digital media, entertainment, games, ecommerce, technology and consumer products companies in a broad range of matters, including intellectual property, advertising and marketing, privacy and cybersecurity, and commercial disputes. For each client, the work can vary but the goal is the same – to protect, strengthen, and add value to their business. She is relied upon as a trusted advisor on advertising, regulatory compliance, intellectual property, consumer protection law, and business agreements.

When litigation is unavoidable, Kimberly has the proven experience to successfully represent her clients in all aspects of a dispute. She is a determined advocate when litigating regulatory actions, business disputes, consumer class actions, infringement, false advertising, unfair competition, and other high-stakes matters. Regardless of how the issue arises, Kimberly's focus is on helping her clients reach their strategic business goals.

Kimberly has experience counseling clients on FTC regulations, the Lanham Act, California Consumer Privacy Act, General Data Protection Regulation, Children's Online Privacy Protection Rule, CAN-SPAM, Telephone Consumer Protection Act, Computer Fraud and Abuse Act, and California consumer and privacy laws.

Regarded as an industry thought leader, Kimberly has been quoted and published in leading national and legal publications including *Law360*, *Bloomberg BNA*, *The Daily Journal, and Social Media Monthly*. She has presented on advertising and emerging entertainment to organizations like the City Club of Cleveland and the International Trademark Association, and at industry conferences such as MetaBeat, the Video Game Bar Association, Pocket Gamer Connects, and Mobile Growth Summit.

Before re-joining Fenwick, Kimberly was a director at a Silicon Valley-based business and litigation boutique firm. In addition to her litigation practice, she advised clients on regulatory compliance, including product development and advertising content, as well as designed advertising and marketing compliance programs.

## Professional Involvement

- Adjunct Professor of Law at University of California College of the Law, San Francisco, teaching *Emerging Digital Entertainment Law*

- Board Member of APA Family Support Services

## Practices

> Litigation

> Complex Litigation

> Copyright Litigation

> Trademark Litigation

> Trade Secret Litigation

> Consumer Class Actions & Mass Arbitration

## Industries

> Digital Media & Entertainment

> Games

## Education & Admissions

- J.D., University of California College of the Law, San Francisco

- B.A., with honors, History and Political Science
  University of California, Davis

- Admitted to practice in California

Recognition



Super Lawyers

2023 - 2012

Recognized as a leading intellectual property litigation attorney