# EXHIBIT 9



https://twitter.com/Pauly0x/status/1673690881302339584



https://twitter.com/Pauly0x/status/1620158732872331264



https://twitter.com/pauly0x/status/1731530889400643933



https://twitter.com/pauly0x/status/1730572451459760223



https://twitter.com/pauly0x/status/1730581062353383810



https://twitter.com/Pauly0x/status/1734595842701472212

6



https://twitter.com/Pauly0x/status/1684409079849168897



https://twitter.com/Pauly0x/status/1688650038220910592

8



https://twitter.com/Pauly0x/status/1664680564492738561



https://twitter.com/Pauly0x/status/1670615969020903424



https://twitter.com/Pauly0x/status/1671560194126389248



https://twitter.com/Pauly0x/status/1638665845407887363

12



https://twitter.com/pauly0x/status/1736403885860720994