**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(JEMx)** | Date:  January 17, 2024 |
| Title: | Yuga Labs, Inc. *-v-* Ripps, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO MEET AND CONFER REGARDING THE REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING REQUEST OF YUGA LABS, INC. FOR ATTORNEYS' FEES AND COSTS; and

ORDER TO MEET AND CONFER REGARDING A PROPOSED JUDGMENT

On January 12, 2024, the Special Master, the Honorable Margaret M. Morrow (Ret.), filed her Report and Recommendation of Special Master Regarding Request of Yuga Labs, Inc. for Attorneys' Fees and Costs ("Report and Recommendation").  *See* Docket No. 445.  The parties are ordered to meet and confer regarding the Report and Recommendation.  If the parties agree to accept the Report and Recommendation, the parties shall lodge on or before January 22, 2024, a Joint Proposed Order accepting the Report and Recommendation.  However, if any party objects to the Report and Recommendation, they shall file their Objections on or before January 22, 2024.  Any Response to the Objections shall be filed on or before January 24, 2024.  The Objections and Response shall not exceed eight pages.

In addition, the parties are ordered to meet and confer and agree on a Joint Proposed Judgment which is consistent with the Findings of Fact and Conclusions of Law entered in this action.  The parties shall lodge the Joint Proposed Judgment with the Court on or before January 26, 2024.  In the unlikely event that counsel are unable to agree upon a Joint Proposed Judgment, the parties shall each submit separate versions of a Proposed Judgment along with a Joint Statement setting forth their respective positions on or before January 26, 2024.

IT IS SO ORDERED.