| | |
|---|---|
| Louis W. Tompros (*pro hac vice*) <br> louis.tompros@wilmerhale.com <br> Monica Grewal (*pro hac vice*) <br> monica.grewal@wilmerhale.com <br> Scott W. Bertulli (*pro hac vice*) <br> scott.bertulli@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Fax: (617) 526-5000 <br><br> Derek Gosma (SBN 274515) <br> derek.gosma@wilmerhale.com <br> Henry Nikogosyan (SBN 326277) <br> henry.nikogosyan@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 350 South Grand Ave., Suite 2400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 443-5300 <br> Fax: (213) 443-5400 <br><br> *Attorneys for Defendants* <br> *Ryder Ripps and Jeremy Cahen* | ERIC BALL (CSB No. 241327) <br> eball@fenwick.com <br> KIMBERLY CULP (CSB No. 238839) <br> kculp@fenwick.com <br> FENWICK & WEST LLP <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Fax: 650.938.5200 <br><br> ANTHONY M. FARES (CSB No. 318065) <br> afares@fenwick.com <br> ETHAN M. THOMAS (CSB No. 338062) <br> ethomas@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Fax: 415.281.1350 <br><br> *Attorneys for Plaintiff Yuga Labs, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **JOINT STATEMENT AND STIPULATION REGARDING REASONABLE ATTORNEYS' FEES** <br><br> Judge: Hon. John F. Walter |

Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 11, 2024, Special Master Margaret M. Marrow issued a Report and Recommendation ("R&R") (Dkt. 445) recommending that the Court award Yuga Labs $6,983,432.62 in fees, $317,295.04 in costs, the "cost for each of Yuga Labs' three experts to travel to and sit for deposition and to review and correct their deposition transcripts," and "100% of the cost of preparing" the R&R (collectively, the "Fee Award").

WHEREAS, both parties seek to avoid further litigation concerning the amount of Yuga Labs' Fee Award, and Defendants seek to preserve their objections to the amount of the Fee Award, as raised in their briefing (Dkts. 435, 443), for purposes of appeal.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. The Special Master's R&R will be adopted as the judgment of the Court over Defendants' previously asserted objections.

2. Defendants' objections to the amount of the Fee Award are not waived for purposes of appeal by virtue of accepting the Special Master's R&R.

3. This stipulation is without prejudice to the rights, claims, argument, and defenses of all parties.

| | | |
|---|---|---|
| 1 | Dated:  January 22, 2024 | By: /s/  *Louis W. Tompros* |

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

| | | |
|---|---|---|
| 16 | Dated:  January 22, 2024 | By: /s/ *Eric Ball* |

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

1                                           *Attorneys for Plaintiff Yuga Labs, Inc.*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated:  January 22, 2024                    By: /s/ *Louis W. Tompros*
                                                     Louis W. Tompros

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on January 22, 2024.

Dated: January 22, 2024                    By: /s/ *Louis W. Tompros*
                                               Louis W. Tompros