# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 2:22-cv-04355-JFW-JEM |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING REASONABLE ATTORNEYS' FEES** |
| Ryder Ripps and Jeremy Cahen, | |
| Defendants. | Judge: Hon. John F. Walter |

This matter is before the Court pursuant to the stipulation of Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties").

On January 11, 2024, Special Master Margaret M. Marrow issued a Report and Recommendation ("R&R") (Dkt. 445) recommending that the Court award Yuga Labs $6,983,432.62 in fees, $317,295.04 in costs, the "cost for each of Yuga Labs' three experts to travel to and sit for deposition and to review and correct their deposition transcripts," and "100% of the cost of preparing" the R&R (collectively, the "Fee Award").

The Parties seek to avoid further litigation concerning the amount of Yuga Labs' Fee Award, and Defendants seek to preserve their objections to the amount of the Fee Award, as raised in their briefing (Dkts. 435, 443), for purposes of appeal.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The Special Master's R&R is adopted as the judgment of the Court over Defendants' previously asserted objections.

2. Defendants' objections to the amount of the Fee Award are not waived for purposes of appeal by virtue of accepting the Special Master's R&R.

3. This order is without prejudice to the rights, claims, argument, and defenses of all parties.

IT IS SO ORDERED.

Dated: January ____, 2024          By: _____
                                        Honorable John F. Walter
                                        United States District Judge

-1-

Case No. 2:22-cv-04355-JFW-JEM                           [PROPOSED] ORDER
                                                 REGARDING ATTORNEYS' FEES