Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ryder Ripps and Jeremy Cahen, <br><br> Defendants. | Case No. 2:22-cv-04355-JFW-JEM <br><br> **NOTICE OF LODGING** <br><br> Judge: Hon. John F. Walter |

1   PLEASE TAKE NOTICE that Defendant Ryder Ripps and Defendant Jeremy

2   Cahen hereby lodge the attached proposed judgment pursuant to the Court's January

3   23, 2024 Order (Dkt. No. 448).  In making this submission, Defendants expressly

4   reserve and do not waive their rights to appeal the final judgment and all underlying

5   judgments.

6

7

8   Dated:  January 26, 2024          By: /s/  *Louis W. Tompros*

9                                          Louis W. Tompros (*pro hac vice*)
                                           louis.tompros@wilmerhale.com
10                                         Monica Grewal (*pro hac vice*)
                                           monica.grewal@wilmerhale.com
11                                         Scott W. Bertulli (*pro hac vice*)
                                           scott.bertulli@wilmerhale.com
12                                         Tyler Carroll (*pro hac vice*)
                                           tyler.carroll@wilmerhale.com
13                                         **WILMER CUTLER PICKERING
                                             HALE AND DORR LLP**
14                                         60 State Street
                                           Boston, MA 02109
15                                         Telephone: (617) 526-6000
                                           Fax: (617) 526-5000
16
17                                         Derek Gosma (SBN 274515)
                                           derek.gosma@wilmerhale.com
                                           Henry Nikogosyan (SBN 326277)
18                                         henry.nikogosyan@wilmerhale.com
                                           **WILMER CUTLER PICKERING
19                                           HALE AND DORR LLP**
                                           350 South Grand Ave., Suite 2400
20                                         Los Angeles, CA 90071
                                           Telephone: (213) 443-5300
21                                         Fax: (213) 443-5400

22                                         Attorneys for Defendants
                                           *Ryder Ripps and Jeremy Cahen*
23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on January 26, 2024.


By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000