ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to this Court's Order (Dkt. No. 446), Plaintiff Yuga Labs, Inc. hereby lodges the attached [Proposed] Final Judgment consistent with the Findings of Fact and Conclusions of Law entered in this action.

Dated: January 26, 2024        FENWICK & WEST LLP

By: */s/ Eric Ball*
  Eric Ball
  Attorneys for Plaintiff
  YUGA LABS, INC.