AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:22-cv-04355-JFW-JEMx | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>YUGA LABS, INC. | | DEFENDANT<br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10 |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment A. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Judgment |

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>2/2/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

## Attachment A

|     | Yuga Labs' Mark | Trademark Application Serial No. | Application Filing Date | Trademark Owner |
| --- | --- | --- | --- | --- |
| 1.  | APE | 97106855 | 11/3/2021 | YUGA LABS, INC. |
| 2.  | Ape Skull Logo | 90903954 | 8/26/2021 | YUGA LABS, INC. |
| 3.  | Ape Skull Logo | 97015915 | 9/7/2021 | YUGA LABS, INC. |
| 4.  | Ape Skull Logo | 97125958 | 11/15/2021 | YUGA LABS, INC. |
| 5.  | Ape Skull Logo | 97132880 | 11/18/2021 | YUGA LABS, INC. |
| 6.  | BAYC | 90837138 | 7/19/2021 | YUGA LABS, INC. |
| 7.  | BAYC | 97126372 | 11/15/2021 | YUGA LABS, INC. |
| 8.  | BAYC | 97132886 | 11/18/2021 | YUGA LABS, INC. |
| 9.  | BAYC | 97313551 | 3/15/2022 | YUGA LABS, INC. |
| 10. | BORED APE | 90884286 | 8/16/2021 | YUGA LABS, INC. |
| 11. | BORED APE | 97126376 | 11/15/2021 | YUGA LABS, INC. |
| 12. | BORED APE | 97132892 | 11/18/2021 | YUGA LABS, INC. |
| 13. | BORED APE YACHT CLUB | 90739977 | 5/27/2021 | YUGA LABS, INC. |
| 14. | BORED APE YACHT CLUB | 97015925 | 9/7/2021 | YUGA LABS, INC. |
| 15. | BORED APE YACHT CLUB | 97125945 | 11/15/2021 | YUGA LABS, INC. |
| 16. | BORED APE YACHT CLUB | 97132870 | 11/18/2021 | YUGA LABS, INC. |
| 17. | BORED APE YACHT CLUB | 97313550 | 3/15/2022 | YUGA LABS, INC. |

2

| Yuga Labs' Mark | Trademark Application Serial No. | Application Filing Date | Trademark Owner |
|---|---|---|---|
| 18. BAYC Logo | 90739994 | 5/27/2021 | YUGA LABS, INC. |
| 19. BAYC Logo | 97015921 | 9/7/2021 | YUGA LABS, INC. |
| 20. BAYC Logo | 97125954 | 11/15/2021 | YUGA LABS, INC. |
| 21. BAYC Logo | 97132877 | 11/18/2021 | YUGA LABS, INC. |
| 22. BAYC BORED APE YACHT CLUB Logo | 90739987 | 5/27/2021 | YUGA LABS, INC. |
| 23. BAYC BORED APE YACHT CLUB Logo | 97015931 | 9/7/2021 | YUGA LABS, INC. |
| 24. BAYC BORED APE YACHT CLUB Logo | 97125951 | 11/15/2021 | YUGA LABS, INC. |
| 25. BAYC BORED APE YACHT CLUB Logo | 97132874 | 11/18/2021 | YUGA LABS, INC. |