Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

*Attorneys for Plaintiff Yuga Labs, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Yuga Labs, Inc.,<br><br>           Plaintiff,<br><br>     v.<br><br>Ryder Ripps and Jeremy Cahen,<br><br>           Defendants. | Case No. 2:22-cv-04355-JFW-JEM<br><br>**STIPULATION REGARDING INJUNCTION**<br><br>Judge: Hon. John F. Walter |

Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, On February 3, 2024, the Court entered Final Judgment in this matter. Dkt. 452.

WHEREAS, as part of the final judgment, the Court entered a Judgment to state, *inter alia*, that Defendants must "within fourteen days to destroy (i.e., "burn") any nonfungible tokens ("NFTs") in their possession or to provide such NFTs to Plaintiff Yuga Labs, Inc. ("Yuga") to burn."

WHEREAS, Defendants indicated that they intended to file an emergency motion to stay enforcement of this provision pending appeal.

WHEREAS, to avoid burdening the Court and the Ninth Circuit, the parties have agreed to the following stipulation to resolve the need for an emergency motion to stay.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, AGREED, and JOINTLY REQUESTED by the Parties, through their respective attorneys, that:

1. In satisfaction of ¶ 2(b) of the injunction, Defendants will transfer control of all RR/BAYC NFTs that they control to Yuga Labs, and, until all appeals in this matter have concluded, Yuga Labs will not knowingly or intentionally (1) transfer control of the transferred RR/BAYC NFTs or (2) take any other action that actually prevents Yuga Labs from returning the transferred RR/BAYC NFTs to Defendants in the event that the Court's Final Judgment is reversed or vacated, and such reversal or vacation is final and non-appealable.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | By: /s/ Louis W. Tompros |

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants
Ryder Ripps and Jeremy Cahen*

Dated: February 6, 2024     By: /s/ Eric Ball

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

MELISSA L. LAWTON (CSB No. 225452)
mlawton@fenwick.com
FENWICK & WEST LLP
228 Santa Monica Boulevard
Santa Monica, CA 90401
Telephone: 310.434.4300

*Attorneys for Plaintiff Yuga Labs, Inc.*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis W. Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated: February 6, 2024                    By: /s/ Louis W. Tompros
                                                                                   Louis W. Tompros

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF on February 6, 2024.

Dated: February 6, 2024                         By: /s/ Louis W. Tompros
                                                                  Louis W. Tompros