1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14
15
16
17
18
19
20
21

Yuga Labs, Inc.,

        Plaintiff,

   v.

Ryder Ripps, Jeremy Cahen;

        Defendants.

Case No. 2:22-cv-04355-JFW-JEMx

**ORDER REGARDING INJUNCTION**

22
23
24
25
26
27
28

**ORDER**

The Court has considered the parties stipulation regarding this Court's injunction and, good cause appearing, the Court now rules as follows:

IT IS HEREBY ORDERED THAT the partis stipulation regarding this Court's injunction is GRANTED.  The parties are ordered as follows:

1. In satisfaction of ¶ 2(b) of the injunction, Defendants will transfer control of all RR/BAYC NFTs that they control to Yuga Labs, and, until all appeals in this matter have concluded, Yuga Labs will not knowingly or intentionally (1) transfer control of the transferred RR/BAYC NFTs or (2) take any other action that actually prevents Yuga Labs from returning the transferred RR/BAYC NFTs to Defendants in the event that the Court's Final Judgment is reversed or vacated, and such reversal or vacation is final and non-appealable.

Dated: February 6, 2024

Hon. John F. Walter
United States District Jude