# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Mariana P. Rocha | 2a. Contact Phone Number: 213-443-5342 | 3a. Contact E-mail Address: mariana.rocha@wilmerhale.com |
| 1b. Attorney Name (if different): Louis W. Tompros | 2b. Attorney Phone Number: 617-526-6886 | 3b. Attorney E-mail Address: louis.tompros@wilmerhale.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**5. Name & Role of Party Represented:** Defendant Ryder Ripps and Jeremy Cahen

**6. Case Name:** Yuga Labs, Inc. v. Ripps et al

**7a. District Court Case Number:** 2:22-cv-04355-JFW-JEM

**7b. Appeals Court Case Number:** 24-00879

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miranda Algorri

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 07/26/2023 | 371 | JFW | Final Pretrial Conference | PDF (email) | | HOURLY (2 hrs) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Rough transcript form ordered and paid for on July 26, 2023.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 2/27/2024   Signature: /s/ Louis W. Tompros

G-120 (06/18)