Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Scott W. Bertulli (*pro hac vice*)
scott.bertulli@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
Henry Nikogosyan (SBN 326277)
henry.nikogosyan@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF RYDER RIPPS OF COMPLIANCE WITH INJUNCTION** |

**DECLARATION OF RYDER RIPS**

I, Ryder Ripps, declare as follows:

1. I understand that on February 3, 2024, this Court entered Final Judgment and issued an injunction including several additional injunction terms (Dkt. 452) and that on February 7, 2024, this Court entered an order concerning certain injunction terms regarding burning RR/BAYC NFTs (Dkt. 455).

2. I have complied with the injunction set forth in this case:

    a. Since entry of the February 3, 2024 injunction, I have not and am not manufacturing, minting, issuing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, loaning, renting, or otherwise disposing of the RR/BAYC NFTs (except as provided in the Court's judgment) and any other products or merchandise related to the RR/BAYC NFTs, including without limitation, listing the RR/BAYC NFTs or related products or merchandise for sale on any marketplace, and/or collecting royalties in connection with the RR/BAYC NFTs.

    b. Since entry of the February 3, 2024 injunction in this case, I have not and am not using any logo, trade name, trademark, or designation that is confusing similar to any of the BAYC Marks or any other Yuga source identifier alone or in combination with other words or designs, as a trademark, trade name component, or otherwise, to market, advertise, promote, or identify any good and/or service not produced, offered, or authorized by Yuga, or to falsely represent or have the effect of falsely representing that the goods or services of any Defendant or of others are sponsored by, authorized by, or in any way associated with Yuga or to otherwise

      unfairly compete with Yuga in manufacturing, selling, offering for sale, distributing, or advertising goods or services.

  c. Since entry of the February 3, 2024 injunction in this case, I have not and am not registering, owning, using, or trafficking any other website, domain name, e-commerce page or account, digital marketplace page or account, licensing business or other business, or any entity or store whose name or d.b.a. confusingly uses and/or incorporates any of the BAYC Marks, or includes "BAYC", "Bored Ape", or "Yuga" or any other Yuga source identifier, or that is confusingly similar to any of the BAYC Marks, or that is calculated to or reasonably likely to confuse consumers into believing that Defendant is Yuga, or is in any manner associated or connected with Yuga when it is not.

  d. Since entry of the February 3, 2024 injunction in this case, I have not and am not registering, owning, using, or trafficking any social media account, including but not limited to www.discord.com or www.twitter.com account(s), that purports to originate from Yuga, or to be sponsored or licensed by, or affiliated with Yuga or uses and/or incorporates any portion of the BAYC Marks within its name, when it is not.

  e. Since entry of the February 3, 2024 injunction in this case, I have not and am not using the "RR/BAYC" and "APE MARKET" marks on social media platforms to facilitate the manufacture, circulation, sale, transfer, marketing, advertising, promoting, and/or renting of RR/BAYC NFTs or related goods or services.

  f. Since entry of the February 3, 2024 injunction in this case, I have not and am not providing any benefits to holders of the RR/BAYC

3
Case No. 2:22-cv-04355-JFW-JEM
DECLARATION OF RYDER RIPPS

NFTs, such as airdrops, or otherwise creating incentives for third parties to sell, purchase, trade, transfer, loan, rent, and/or profit from RR/BAYC NFTs

g. Since entry of the February 3, 2024 injunction in this case, I have not and am not infringing any BAYC Mark and/or any other Yuga source identifier to the best of my knowledge.

h. I transferred to Yuga control of rrbayc.com and apemarket.com on November 12, 2023, and I further transferred the RR/BAYC smart contract ((0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e is the smart contract address) on December 4, 2023, together with all codes, passwords, credentials, or other information necessary for Yuga to fully and solely access and operate the same. I have not transferred the @ApeMarketplace Twitter account, rrbayc-v0.netlify.app, or the @ApemarketBot Twitter account because I do not have possession, custody, or control of the website and Twitter accounts and therefore have already taken all action possible in compliance with section 2(a) of this Court's injunction.

i. Prior to the entry of this Court's February 3, 2024 injunction, I destroyed the private keys to any and all cryptocurrency wallets which contains all RR/BAYC NFTs that were formerly in my possession. I destroyed the private keys to permanently ensure that I did not inadvertently engage in any activity on any cryptocurrency wallet that could be interpreted as violating the Court's earlier October 25, 2023 injunction. Accordingly, I have not controlled any RR/BAYC NFTs since December 9th 2023, and therefore I do not have control of any RR/BAYC NFTs to transfer to Yuga's designated cryptocurrency wallet address.

       j.  I do not possess or control any of the materials identified in section 2(c) of the injunction, including NFTs, articles, documents, software, promotional items, or advertisements using any BAYC Mark or any other mark confusingly similar with the BAYC Marks.  Accordingly, I have taken all action possible in compliance with section 2(c) of the injunction.

3.    I believe myself to be in full compliance with the Court's injunction.  To the extent that Yuga believes that I am in any way out of compliance with the Court's injunction, I request that either myself or my counsel be duly informed so that I can immediately remedy any potential non-compliance.

Executed on February 21, 2024.

Ryder Ripps