ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-JEM <br><br> **DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF YUGA LABS, INC.'S RESPONSE TO DEFENDANTS' COMPLIANCE DECLARATIONS** |

I, Eric Ball, declare as follows:

1. I am an attorney admitted in California and admitted to practice before this Court in this matter. I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") in this matter.

2. I submit this declaration in support of Yuga Labs' Response to Defendant Ripps' 15 U.S.C. §1116(a) Declaration.

3. Attached hereto as Exhibit 1 is an email thread between counsel for Yuga Labs and counsel for Defendants, with emails dated between February 21 and February 29, 2024.

4. Attached hereto as Exhibit 2 is an email thread between counsel for Yuga Labs and counsel for Defendants, with emails dated between February 9 and February 23, 2024. Counsel for Defendants did not respond to the most recent email. Certain financial information not relevant to Yuga Labs' response has been redacted.

5. Attached hereto as Exhibit 3 is an email thread between counsel for Yuga Labs and counsel for Defendants, with emails dated between April 27 and May 18, 2023.

I declare under penalty of perjury under the laws of State of California and the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 8, 2024

                                                */s/ Eric Ball*
                                                Eric Ball