ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – Los Angeles

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-JEM<br><br>**NOTICE OF ERRATUM AND CORRECTED DECLARATION** |

1  On March 8, 2024, Plaintiff Yuga Labs, Inc. submitted a response (Dkt. 467) to Defendants' declarations regarding their compliance with the Court's judgment and permanent injunction.

The declaration accompanying that submission (Dkt. 467-1) stated that counsel for Defendants had not responded to the email depicted in Exhibit 2 (Dkt. 467-3). That portion of Paragraph 4 was incorrect, as counsel did respond to the email on February 26, 2024, but had not substantively addressed the questions raised.

The undersigned regrets the error and submits this notice so that the Court has the benefit of a full and accurate record. A corrected Declaration and Exhibit 2 are attached to this notice. These corrections do not affect the substance of the response to which the declaration was attached.

Dated: March 11, 2024               FENWICK & WEST LLP

                                    By: */s/ Eric Ball*
                                        Eric Ball
                                        Attorneys for Plaintiff
                                        YUGA LABS, INC.