# Exhibit 1

| | |
|---|---|
| **From:** | Tompros, Louis W. <Louis.Tompros@wilmerhale.com> |
| **Sent:** | Thursday, February 29, 2024 12:05 PM |
| **To:** | Eric Ball |
| **Cc:** | Nikogosyan, Henry; Gosma, Derek; Ethan Thomas; Kimberly Culp |
| **Subject:** | Re: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction |

**\*\* EXTERNAL EMAIL \*\***

Our understanding is that the two wallet addresses that we identified were the ones that Mr. Ripps knows corresponded to the destroyed seed phrase. He was not sure whether, at any point, he had previously generated other wallets from that phrase. We are not aware of any way to identify any other wallets corresponding to a deleted phrase and Mr. Ripps is not aware of any other wallet that he ever controlled that included any RR/BAYC. But if there are other wallets that include RR/BAYCs that you believe may have at some point been in Mr. Ripps's control, we would be happy to investigate them.

Thanks,
—Louis

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Tuesday, February 27, 2024 6:20:43 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

**EXTERNAL SENDER**

What were the other wallets created by the same seed phrase?

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Tuesday, February 27, 2024 8:41 AM

**To:** Eric Ball <eball@fenwick.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

**\*\* EXTERNAL EMAIL \*\***

Eric,

Our understanding is that on December 9th, 2023, Mr. Ripps destroyed the seed phrase for the wallets 0x592814FF14E030B51F6087032DB0f88F4214F254 and 0xBaf287Cb2281841d9f5BA929d7dDE87048FcAf1B, as well as any wallets that were created by the same seed phrase. Mr. Ripps did not ever control any RR/BAYC NFTs except in wallets for which the seed phrase was destroyed. Mr. Ripps has not had access to or control over any wallet with an RR/BAYC NFT since December 9th, 2023.

Thanks,
--Louis

---

**From:** Tompros, Louis W.
**Sent:** Monday, February 26, 2024 2:02 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

Eric,

We are working on getting this information for you.

Thanks,
--Louis

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, February 26, 2024 12:31 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

**EXTERNAL SENDER**

Louis,

Following up here. Please provide the date of alleged destruction and a list of all wallets that you alleged destroyed the private keys for.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, February 21, 2024 11:34 AM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

On what date did he allegedly destroy the private keys to all cryptocurrency wallets that he previously controlled that contain any RR/BAYC NFTs.  Please provide a list of all wallets that he claims he destroyed the private keys for.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, February 21, 2024 11:24 AM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction

**\*\* EXTERNAL EMAIL \*\***

Eric,

Thank you for your email.  Prior to the entry of the Court's February 3, 2024 injunction, Mr. Ripps destroyed the private keys to all cryptocurrency wallets that he previously controlled that contain any RR/BAYC NFTs, including the wallets you identified in your email.  Mr. Ripps destroyed those private keys to permanently ensure that he did not inadvertently engage in any activity on a cryptocurrency wallet that could be interpreted as violating the Court's earlier October 25, 2023 injunction.

As a result, Mr. Ripps is in compliance with the February 3, 2024 injunction because he does not have control of any RR/BAYC NFTs.  In accordance with the Court's order, Mr. Ripps will submit a declaration to this effect by the court-ordered deadline.


Thanks,
--Louis

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, February 21, 2024 12:31 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Ethan Thomas <EThomas@fenwick.com>; Kimberly Culp <KCulp@fenwick.com>
**Subject:** Yuga Labs, Inc. v. Ripps, et al. -- Defendants' Failure to Comply with Injunction
**Importance:** High

**EXTERNAL SENDER**

Louis,

Mr. Ripps still has not transferred any of his RR/BAYC NFTs as required by the Court's judgment and injunction.  He is still holding at least four in the 0x592814FF14E030B51F6087032DB0f88F4214F254 wallet and 23 in the 0xBaf287Cb2281841d9f5BA929d7dDE87048FcAf1B wallet.  He may have more in his other wallets as well.  As more than fourteen days have passed since the Court entered its judgment, Mr. Ripps is in violation of the injunction.  Please confirm Mr. Ripps will promptly effectuate the required transfers, and in line with the parties' February 6, 2024, stipulation, or provide his position as to why he is not in contempt of the injunction.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com