# Exhibit 3

| | |
|---|---|
| **From:** | Tompros, Louis W. <Louis.Tompros@wilmerhale.com> |
| **Sent:** | Thursday, May 18, 2023 10:07 AM |
| **To:** | Eric Ball |
| **Cc:** | Gosma, Derek; Nikogosyan, Henry; Anthony Fares; David Sillers |
| **Subject:** | RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees |

**\*\* EXTERNAL EMAIL \*\***

That's right -- defendants agree.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 18, 2023 1:02 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

To be clear – and actual make payment to Yuga Labs. You can appeal later, but $120,000 will be transferred to Yuga Labs. Defendants will not challenge the transfer of that payment even if they appeal.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 18, 2023 9:59 AM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

To reach compromise, we are willing to agree to pay the $120,000 within two weeks of final judgment (without prejudice to our right to appeal).

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 18, 2023 12:57 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

A compromise should include certainty and a resolution of the dispute.  It should not be a vehicle for further delay and motion practice.  If we are able to reach a compromise, there is no need for a joint statement.  Defendants should just pay the fees ordered by the Court.

So, we are back to the fundamental question here.  Would Defendants pay $120,000 to Yuga Labs within two weeks of final judgment as part of their compromise proposal on the current Anti-Slapp attorneys' fees dispute?  Or will they appeal the judgement, and merely post a bond or someone other mechanism to avoid paying Yuga Labs pending the appeal?  I still don't have clarity on whether Defendants are offering to actually make a payment to Yuga Labs before ending the appeals.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 18, 2023 5:35 AM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

And just to put a finer point on it, here is a draft of what we would propose.

Thanks,
--Louis

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 9:36 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

No. Defendants position is that the court should order payment at the time of final judgment, like other fee orders.

We would agree to a notice to the court that's the parties have agreed on $120,000, but dispute whether it should be paid immediately or after final judgment, and leave that to the court's discretion.

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)

+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 17, 2023 9:32:48 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Can the Defendants agree to make the payment to Yuga Labs within two weeks of the Court's further order on fees?

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 6:29 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Defendants will of course comply with whatever the court orders. If the court orders payment within a specific timeframe, Defendants will comply.

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 17, 2023 9:13 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

So will Defendants pay Yuga Labs after trial? Or will they appeal the attorneys' fees order after trial, and merely post a bond or someone other mechanism to avoid paying Yuga Labs pending the appeal? I still haven't heard Defendants offer to make a payment to Yuga Labs before ending the appeals.

Eric Ball

**Fenwick** | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 6:10 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

** EXTERNAL EMAIL **

Plaintiffs will obviously comply with any court order. Our proposal is $120,000 and leave the timing of payment up to the court. Will plaintiff agree to that?

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 17, 2023 9:07:42 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

EXTERNAL SENDER

Not if the proposal is as you offered before, in that the Defendants would not actually make any payment given that they planned to appeal. The failure to make a payment negates the purpose of the Anti-Slapp statute. I've outlined that below.

Eric Ball

**Fenwick** | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 6:02 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

\*\* EXTERNAL EMAIL \*\*

Our proposal is $120,000 with payment timing to be determined by the Court. Will Plaintiff agree to that?

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 17, 2023 9:00:38 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Yuga Labs does not agree to the $120,000 under your prior proposal. If the Defendants are agreeable to payment now, I can take that back to my client. Similarly, if there are other amounts that Defendants are agreeable to, and they will not object to that amount on appeal, I can take that back to my client.

Eric Ball
**Fenwick |** Partner | 650-335-7635 **|** eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 5:57 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

\*\* EXTERNAL EMAIL \*\*

Thanks, Eric. Is it right that your client is not willing to agree to the $120,000 compromise number or to any amount that does not include a specific payment term or escrow obligation?

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 17, 2023 8:46:31 PM

**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>; David Sillers <david@clarelocke.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

Thank you for the drafts. As we explained on our call, we object to Defendants' form of Exhibit A (which does not comply with the Court's order). We also object to the Defendants' unnecessary arguments in the Joint Statement. We will provide a revised Exhibit A and Joint Statement.

On a proposed resolution, we are willing to extend the deadline for payment of the $130,000 to 14 days. This proposal is a substantial discount on the fees owed to Yuga Labs. To offer this discount, we need a compromise by the Defendants to actually pay the ordered fees. Otherwise, the Defendants' refusal to affirmatively agree to pay the attorneys' fees ordered by the Court puts us at an impasse. As discussed during yesterday's meet and confer, delaying payment until years later, after any appeals are exhausted, is unacceptable and only further compounds the harm caused by Defendants. The Defendants forced Yuga Labs to go through the unnecessary briefing and expense. The Court has ordered fees to compensate Yuga Labs for that unnecessary expense. And the Defendants should pay those fees now rather than burden the parties and the Court with further delay and motion practice.

On the special master, the Court's order states that a special master is only necessary in the interest of judicial economy. Given Defendants form objections, we do not think a special master is necessary here. If, however, the Court finds a special master is necessary, we do not object to having a special master. We expect that the Defendants will be willing to immediately pay the special master's fees. Please confirm.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Tuesday, May 16, 2023 10:40 AM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

** EXTERNAL EMAIL **

Eric,

Thank you for the productive call yesterday. We are waiting to hear from you on whether your client can agree to the $120,000 figure.

In the meantime, here is a joint statement and exhibit in the event that your client won't agree. Let us know if we have your permission to sign.

Thanks,
--Louis

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 11, 2023 12:38 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

Attached are our responses to the objections. If you want to talk before Monday, please send me some proposed times.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Friday, May 5, 2023 8:47 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Here are our line-by-line objections and reductions, formatted per the Court's order.

Let me know when you've had a chance to review and can talk through these.

**From:** Tompros, Louis W.
**Sent:** Thursday, May 4, 2023 4:54 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

We're working on putting together our line-by-line objections and reductions to your chart in the form the Court has ordered. We will get that to you as soon as possible.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 4, 2023 4:52 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

If you have a counter proposal on the amounts, please provide it.

Eric Ball

**Fenwick |** Partner | 650-335-7635 **|** eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 4, 2023 1:48 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

OK. We disagree that that is anything other than a determination that there will be at some point a judgment that includes attorneys' fees. Defendants are not going to agree to pay within 7 days as a condition of agreement on the amount; our view is that the fees should be payable at the time of final judgment.

Maybe the right next step is for us to get you our objections and deductions on the amounts you have provided, and we can continue to confer to see if we can come to agreement on the amounts without a timing condition.

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 4, 2023 4:41 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

The Court's order says "Yuga is Entitled to Attorneys' Fees." Is there something that says we have to wait until judgment? Besides all of the Defendants claims are now dismissed.

Eric Ball

**Fenwick |** Partner | 650-335-7635 **|** eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 4, 2023 1:32 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Thanks. Can you point me to where you're seeing the court ordering payment within a specific timeframe prior to judgment? I'm not sure that's the right reading of the order, but am happy to be convinced otherwise if there's something in the order we're overlooking.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 4, 2023 4:26 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

I see the Court's orders as the authority here.  Please let us know if the Defendants are agreeable to payment of 130K in attorneys' fees within seven days.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 4, 2023 9:16 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

** EXTERNAL EMAIL **

The rhetoric is unhelpful.  The Court's order is for us to meet and confer on an amount.  Do you have any authority for the fees amount being due before final appealable judgment?  Typically, any award of attorneys' fees are part of final judgment amount, which could would then be subject to appeal.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 4, 2023 12:12 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

I don't think that is a fair concern or any reason to ignore the Court's order.  The Defendants have already forced Yuga Labs to incur substantial fees to dismiss their frivolous claims and the related discovery on those claims.  Yuga Labs is seeking only a fraction of those fees.  The Defendants must face the consequences of their ill-advised tactics.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 4, 2023 9:05 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

9

**\*\* EXTERNAL EMAIL \*\***

The issue is that Defendants will not have an opportunity to appeal the order on the anti-SLAPP motion until after final judgment, and we are concerned that if and when that order is reversed on appeal, Yuga may not be solvent and able to refund the payment.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, May 4, 2023 11:59 AM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

No. If your clients need an extra week to liquidate assets, I can discuss an extension with Yuga Labs. But the Court has ordered the Defendants to pay fees now. There is no reason to further delay.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, May 4, 2023 3:32 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** Re: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Will Yuga agree to the payment being held in escrow until the Defendants have an opportunity to appeal following final judgment?

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Wednesday, May 3, 2023 11:02:07 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

We can go to $130K if paid within seven days.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Tuesday, May 2, 2023 1:36 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Many thanks. I can get our folks to $110K. Let us know if this works.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Monday, May 1, 2023 2:11 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

Following up on our call, please let me know if your clients have any further offer to resolve the Anti-Slapp attorneys' fees issues. Attached too is the chart for the parties to complete if we are unable to reach a resolution.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Monday, May 1, 2023 7:14 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Eric -- following up on our meeting last week, I have an update on this. Can you give me a call when you have a chance? 617-526-6886.

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, April 27, 2023 8:03 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

We are looking for the Defendants to make a good faith proposal here. They have yet to do so.

As the court recognized, the Defendants' failed to specifically object to Yuga Labs' fees. There is no one size fits all for Anti-Slapp motions. And Yuga Labs' citations confirms that its fees are reasonable. So, again, to have a meaningful meet and confer, we need the Defendants' position on:

- Identif[ing] all hours, billing rates and costs, or other items that will and will not be objected to,
- the basis of any objections, and
- the specific hours, billing rates and costs that in the parties respective views are reasonable and should be compensated

For our part we can waive the fees that the Defendants forced Yuga Labs to incur in seeking its Court ordered fees, provided that the Defendants issue payment by May 5th. This is on top of Yuga Labs already waiving Fenwick & West's fees related to the Anti-Slapp motion. That totals: $188,150.00. Please confirm whether the Defendants will pay the required fees.

If the Defendants are unwilling to provide an offer, then we can provide any further documentation and excel by May 1.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, April 27, 2023 4:23 PM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**\*\* EXTERNAL EMAIL \*\***

Thanks, Eric. As we read the order, Yuga must provide any billing records or other documents not previously provided by May 1, and then we are supposed to meet in person to discuss which hours, billing rates and costs will and will not be objected to. We do not read the order as requiring us to provide written objections ahead of that meeting, which is why we thought we could go forward with that meeting tomorrow. But if Yuga is not prepared, that is fine. Can you also please send us in Word or Excel form your fees and costs in the Court's preferred form per exhibit A, so that we can begin work on written versions of objections in the event we end up going down that road?

I'm of course happy to continue to discuss compromise proposals tomorrow. Does Yuga have a proposal it is willing to make?

As I said below, I unfortunately can't get to LA on the dates you're proposing. How about we plan to meet in the middle (say in the Chicago airport) on the 15th? I could also meet in Boston on the 8th or 9th, as I mentioned, if you'd prefer.

Thanks,
--Louis

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, April 27, 2023 6:42 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** RE: Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

**EXTERNAL SENDER**

Louis,

Tomorrow is too soon as we do not have your clients' objections as ordered by the Court, and I have not been able to discuss those objections with my clients. Of course, if you have a good faith proposal that adequately address the attorneys' fees that Yuga Labs seeks, we can discuss any good faith proposal tomorrow.

I'm not available in LA on the 15th. But I could meet in San Francisco or Mountain View on the 15th. Otherwise, I could meet in LA on May 7, 8, 9, or 14. Let me know what works, in case we aren't otherwise able to reach an agreement.

Eric Ball
Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Thursday, April 27, 2023 7:08 AM
**To:** Eric Ball <eball@fenwick.com>
**Subject:** Yuga/Ripps: Conference of Lead Counsel on Attorneys' Fees

** EXTERNAL EMAIL **

Eric,

Would you like to conduct our in person conference of counsel on the Court's order on attorneys' fees and costs following our conference tomorrow?

My ability to travel for another meeting between tomorrow's conference and the Court's May 15th deadline is unfortunately limited because of commitments in other matters. The only possible day on which I could come back to LA for a conference on or ahead of the deadline is May 15th. If we cannot conduct the attorneys' fees conference tomorrow or then or on that date, it will need to be in Boston on May 1, 3, 8, or 9. Let me know what works.

I am also hopeful that we can reach agreement on an amount to avoid the need for the additional charting and briefing. Please let us know if you have any updated proposal.

Thanks,
--Louis

**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.