# Exhibit A

| | |
|---|---|
| **From:** | Eric Ball |
| **To:** | Tompros, Louis W. |
| **Cc:** | Gosma, Derek; Nikogosyan, Henry; Kimberly Culp; Ethan Thomas |
| **Subject:** | RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al |
| **Date:** | Sunday, March 10, 2024 6:00:54 PM |

**EXTERNAL SENDER**

Louis,

We will submit a correct declaration tomorrow morning.  Thank you.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Sunday, March 10, 2024 3:44 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**\*\* EXTERNAL EMAIL \*\***

Eric,

In the declaration that you submitted to the Court on Friday (Dkt. 467-1), you attach your below email from February 23, 2023 as Exhibit 2, and state in paragraph 2 that "Counsel for Defendants did not respond to the most recent
email."  That statement is false.  As the email chain below shows, I responded on Monday, February 26. I never received any response from you or anyone from Yuga on this issue.

We expect to bring this false statement to the Court's attention in our reply to Yuga's filing, which we expect to file tomorrow.  Before doing so, we wanted to give you the opportunity to explain the statement and withdraw the declaration.

Given the nature of the relief Yuga has requested, we have no choice to file our reply quickly, and we may do so as early as tomorrow morning.  I must therefore ask you to let us know right away – but at the very latest by 9 a.m. PT tomorrow – if you intend to withdraw your declaration.

Thanks,
 --Louis

**From:** Tompros, Louis W.
**Sent:** Monday, February 26, 2024 2:21 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

Eric -- I think we are talking past each other and it may be easier to talk these issue through by phone. Let me know when would work for you, or feel free to give me a call at your convenience.

Thanks,
--Louis

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Friday, February 23, 2024 8:03 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**EXTERNAL SENDER**

Louis,

I'm confused by your response. On May 17 last year when negotiating mandatory fees under the anti-SLAPP statute, you represented to us: "Defendants will of course comply with whatever the court orders. If the court orders payment within a specific timeframe, Defendants will comply." Here, the Court ordered a specific timeframe, and the Defendants are refusing to comply. Additionally, as a condition of the parties' compromise, you also agreed to actually transfer the $120,000 to Yuga Labs within two weeks of the final judgment to induce Yuga Labs to forgo its fees motion. We relied on your representations. See attached. This is a specific guarantee made by you and your clients apart from the monetary judgment resulting from their liability. Were those representations false? If not, please explain.

Frankly, it is not credible for your clients who are publicly making millions to not be able to pay at least the $120,000 they already agreed to paid. But if they no longer have those funds, why have they transferred money that they were under a court-ordered stipulation to pay, and where are those funds now located?

Yuga Labs reserves all rights.

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Friday, February 23, 2024 4:24 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** Re: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**\*\* EXTERNAL EMAIL \*\***

Eric,

Thank you for following up — and apologies for the delay.

Mr. Ripps and Mr. Cahen have informed us that they are not able to pay the judgment. You are correct that they have not made any further payment to the Fenwick account number that you provided for any portion of the judgment.

I believe that all payments to the Special Master have been made, but please let me know if that is incorrect.

Please let us know how Yuga intends to proceed. And to clarify because I understand that there may be some confusion: we continue to represent Mr. Ripps and Mr. Cahen in the district court matter and at the Court of Appeals (though we are not presently retained to represent them in any other jurisdiction).

Thanks,
 Louis


**Louis W. Tompros | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Thursday, February 22, 2024 11:53 AM

**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**EXTERNAL SENDER**

Louis,

I'm following up again on the payment to the Special Master, and to Yuga Labs for the Special Master fees.  I'm also following up on the payment to Yuga Labs for the $120,000 for attorneys' fees related to Yuga Labs' Anti-Slapp motion.  Our accounting department states that they haven't received payment.  Can you confirm payment will happen this week?

Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com

---

**From:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Sent:** Monday, February 12, 2024 12:30 PM
**To:** Eric Ball <eball@fenwick.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** RE: Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**\*\* EXTERNAL EMAIL \*\***

Eric,

It is our understanding that Mr. Ripps and Mr. Cahen fully intend to comply with all terms of the injunction.

As to the $109 in costs for the Ninth Circuit appeal, we had intended that payment to go out shortly after the order, and it appears not to have. We will follow up and get that payment submitted on an expedited basis.

As to the monetary portion of the Final Judgment, I understand from Mr. Ripps and Mr. Cahen that they are not able to satisfy the monetary award (as we have indicated previously).  We would again encourage Yuga to agree that payment of the monetary judgment be stayed pending appeal.  To the extent that Yuga declines to do so and has plans to bring enforcement proceedings when permitted

in an applicable jurisdiction to enforce the monetary judgment against any assets that Mr. Ripps or Mr. Cahen may have, we do not represent Mr. Ripps and Mr. Cahen in connection with any such enforcement.

---

**From:** Eric Ball <eball@fenwick.com>
**Sent:** Friday, February 9, 2024 5:15 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; Kimberly Culp <KCulp@fenwick.com>; Ethan Thomas <EThomas@fenwick.com>
**Subject:** Case 2:22-cv-04355-JFW-JEM Yuga Labs, Inc. v. Ripps et al

**EXTERNAL SENDER**

Louis – I am writing to seek your confirmation that Defendants intend to comply with each of their several obligations to Yuga Labs that are past due or coming due next week.

Defendants were required to "immediately" reimburse Yuga Labs for the $27,875 that Yuga Labs already paid the Special Master. Dkt. 452. Please instruct Defendants to wire that sum to Fenwick by not later than Monday, February 12, 2024.

Defendants' obligation to pay Yuga Labs' costs for Defendants' unsuccessful appeal to the Ninth Circuit, in the amount of $109, is long since past due. Please instruct Defendants to wire that sum to Fenwick by not later than Monday, February 12, 2024.

By not later than February 17, 2024, Defendants must transfer any RR/BAYC NFT that they own to Yuga Labs. Please instruct your clients to transfer those NFTs to this Wallet: 0xB017adE4dC365e2886D205a133a2aE3351b58bC4  Please confirm to me by not later than February 17, 2024 when Defendants have completed their transfer of all of their RR/BAYC NFTs.

Defendants also owe Yuga Labs $120,000 by not later than February 17, 2024. Dkt. 452; Dkt. 227. Please instruct Defendants to wire that sum to Fenwick by not later than Saturday, February 17, 2024.

Fenwick's wire instructions for the monies Defendants owe Yuga Labs is:

Wire Remittance:
Fenwick & West LLP
Bank of America
555 California St, 10th Floor
San Francisco, CA 94104
ABA Routing No (Wire): 026009593

Swift Code (Wire): BOFAUS3N

Account No: 14844-01104

Ref: (Please include "Yuga Labs v. Ripps")

Please confirm, today, that Defendants are taking the steps necessary to accomplish each of these obligations to Yuga Labs as they have been ordered to do.


Eric Ball

Fenwick | Partner | 650-335-7635 | eball@fenwick.com