UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUGA LABS, INC., | No. 24-879 |
| Plaintiff - Appellee, | D.C. No. 2:22-cv-04355-JFW-JEM Central District of California, Los Angeles |
| v. | |
| RYDER RIPPS and JEREMY CAHEN, | ORDER |
| Defendants - Appellants. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 27) for relief from the court's March 8, 2024

order is granted.

The Clerk will place this case on the calendar for August 2024 or the next

available calendar thereafter.