Eric Ball, CSB No. 241327  
eball@fenwick.com  
Kimberly Culp, CSB No. 238839  
kculp@fenwick.com  
Fenwick & West LLP  
801 California Street  
Mountain View, CA 94041  
Tel: 650-988-8500  Fax: 650-938-5200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YUGA LABS, INC.

PLAINTIFF(S)

v.

RYDER RIPPS, JEREMY CAHEN

DEFENDANT(S).

CASE NUMBER

2:22-cv-04355-JFW-JEMx

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of  Santa Clara

☐ State of _____, County of _____

I, Kimberly Culp hereby state under penalty of perjury that,

1. Judgment for $ 9,043,221.50 was entered on 02/03/2024 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Yuga Labs, Inc. as Judgment Creditor, and against Ryder Ripps and Jeremy Cahen as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 68,401.72 accrued interest, computed at 4.76 % *(See note.)*
   $ 0 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mountain View, State of California, this 2nd date of April, 2024.

*/s/ Kimberly Culp*  
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)     AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION