# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC. | **CASE NUMBER** |
| | 2:22-cv-04355-JFW-JEM |
| PLAINTIFF(S) | |
| v. | |
| | **NOTICE OF DEFICIENCY RE:** |
| RYDER RIPPS, JEREMY CAHEN | **WRIT OF EXECUTION AND** |
| | **ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☒ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

May 16, 2024

Date

By M. Robles Vazquez (213)894-3863

Deputy Clerk

*WHEN RECORDED MAIL TO:*

John D. Tennert III
7800 Rancharrah Parkway
Reno, Nevada 89511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., <br><br> PLAINTIFF(S), <br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 2:22-cv-04355-JFW-JEMx <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  February 3, 2024
in favor of  Yuga Labs, Inc.
whose address is  1430 S. Dixie Hwy Coral Gables, FL 33146
and against  Ryder Ripps
whose last known address is  31609 2nd St. Acton, CA 93510-1903
for $ 8,895,346.50        Principal,    $ 0            Interest,    $ 27,875            Costs,
and $ 120,000        Attorney Fees.

ATTESTED this        3rd        day of        May        , 2024.
Judgment debtor's driver's license no. and state;                        (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;                        (last 4 digits) ☑ Unknown.
☑  No stay of enforcement ordered by Court
☐  Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Wilmer Hale c/o Derek A. Gosma                              CLERK, U.S. DISTRICT COURT

350 South Grand Avenue, Suite 2400

Los Angeles, CA 90071                        By _____
                                                          Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                          **ABSTRACT OF JUDGMENT/ORDER**