Reset Form

WHEN RECORDED MAIL TO:

John D. Tennert III
7800 Rancharrah Parkway
Reno, Nevada 89511

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., | CASE NUMBER: |
| PLAINTIFF(S), | CV 2:22-cv-04355-JFW-JEM |
| v. | |
| RYDER RIPPS, JEREMY CAHEN | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on February 3, 2024
in favor of Yuga Labs, Inc.
whose address is 1430 S. Dixie Hwy Coral Gables, FL 33146
and against Ryder Ripps
whose last known address is 31609 2nd St. Acton, CA 93510-1903
for $ 8,895,346.50    Principal, $ 0    Interest, $ 27,875    Costs,
and $ 120,000    Attorney Fees.

ATTESTED this __10th__ day of __June__, 20__24__.

Judgment debtor's driver's license no. and state; ____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends ____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Wilmer Hale c/o Derek A. Gosma
250 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

**MARIA ROBLES VAZQUEZ**

1228

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER