**FENNEMORE CRAIG, P.C.**
Wade Beavers, CA Bar No. 325629
MaryJo E. Smart, CA Bar No. 332879
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
wbeavers@fennemorelaw.com
msmart@fennemorelaw.com

*Attorneys for Plaintiff Yuga Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUGA LABS, INC,<br><br>Plaintiff,<br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN<br><br>Defendants. | CASE NO. 2:22-cv-04355-JFW-JEM<br><br><br><br>**NOTICE OF APPEARANCE** |

COMES NOW, Wade Beavers, Esq. and MaryJo E. Smart, Esq. of Fennemore Craig, P.C. and hereby enter their appearance as attorneys of record for Yuga Labs, Inc., Plaintiff in the above-entitled matter. Copies of all notices, pleadings and documents shall be served upon them at the following address:

Wade Beavers (SBN 325629
MaryJo E. Smart (SBN 332879)
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
wbeavers@fennemorelaw.com
msmart@fennemorelaw.com

DATED: July 12, 2024.

**FENNEMORE CRAIG, P.C.**

By: */s/ MaryJo E. Smart*
MaryJo E. Smart, Esq.
CA Bar No. 332879
Wade Beavers, Esq.
CA Bar No. 325629
*Attorneys for Plaintiff*
*Yuga Labs, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **NOTICE OF APPEARANCE** on the parties set forth below by:

___ Hand delivery at parties' 16.1 conference

___ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

______ Certified Mail, Return Receipt Requested

______ Via email, per the parties' agreement

______ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

______ Federal Express (or other overnight delivery)

__XX_ E-service effected by CM/ECF

addressed as follows:

Derek A. Gosma
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, CA 90071
213-443-5308
Fax: 213-443-5400
Email: derek.gosma@wilmerhale.com

Henry Michael Nikogosyan
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, CA 90071
213-443-5300
Fax: 213-443-5400
Email: Henry.Nikogosyan@wilmerhale.com

Louis W. Tompros
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6886

Fax: 617-526-5000
Email: louis.tompros@wilmerhale.com

Monica Grewal
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
781-640-0583
Fax: 617-526-5000
Email: monica.grewal@wilmerhale.com

Scott W. Bertulli
Wilmer Cutler Pickering Hale and Dorr LLP
60 State STreet
Boston, MA 02109
617-526-6767
Fax: 617-526-5000
Email: scott.bertulli@wilmerhale.com

Tyler Paige Carroll
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6369
Email: tyler.carroll@wilmerhale.com

DATED this 12th day of July 2024.

/s/ Linda S. Bailey
Employee of FENNEMORE CRAIG, P.C.