Wade Beavers, CA Bar No. 325629
MaryJo E. Smart, CA Bar No. 332879
Fennemore
7800 Rancharrah Parkway
Reno, NV 89511
775-788-2245
Fax: 775-788-2246

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.<br><br>PLAINTIFF(S)<br>v.<br>RYDER RIPPS, JEREMY CAHEN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-04355-JFW-JEMx<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☐ State of California, County of _____

☒ State of _Nevada_____, County of _Washoe_____

I, _Wade Beavers_____ hereby state under penalty of perjury that,

1. Judgment for $ _9,043,221.50_ was entered on _02/03/2024_ on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of _Yuga Labs, Inc._____ as Judgment Creditor, and against _Ryder Ripps and Jeremy Cahen_____ as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _Central_ District of _California_ are the following sums:
   $ _229,971.30_____ accrued interest, computed at _4.76_____ % *(See note.)*
   $ _0_____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ _0_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _Washoe County_____, State of _Nevada_____, this _16th_ date of _August_____, _2024_____.

Signature: Wade Beavers CA Bar 325629

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)                    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION