WADE BEAVERS (Ca. Bar No. 325629)
MARYJO E. SMART PINOCCHIO (Ca. Bar No. 332879)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 788-2283
wbeavers@fennemorelaw.com
msmart@fennemorelaw.com

*Attorneys for Yuga Labs, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.;<br><br>Plaintiff,<br><br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN<br><br>Defendants. | CASE NO.: 2:22-CV-04355-JFW-JEM<br><br>**NOTICE OF APPEARANCE** |

COMES NOW, Kevin Abbott of Fennemore Craig, P.C. hereby enters his appearance as attorney of record for Plaintiff Yuga Labs, Inc in the above-entitled matter. Copies of all notices, pleadings and documents shall be served upon him at the following address:

Kevin Abbott (SBN 281312)
550 E. Hospitality Lane, Suite 350
San Bernadino, CA 92408
Telephone: (909) 890-4499
kabbott@fennemorelaw.com

Dated: October 4, 2024.       **FENNEMORE CRAIG, P.C.**

By: */s/ Kevin Abbott*
Wade Beavers (Ca. Bar No. 325629)
MaryJo E. Smart Pinocchio (Ca. Bar No. 332879)
Kevin Abbott (Ca. Bar No. 281312)
*Attorneys for Yuga Labs, Inc.*

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **NOTICE OF APPEARANCE** on the parties set forth below by:

| | |
|---|---|
| _____ | Hand delivery at parties' 16.1 conference |
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| \_\_XX\_\_\_ | Certified Mail, Return Receipt Requested |

addressed as follows:

Jeremy Cahen                                  Ryder Ripps
1004 Ave Ashford                              31609 2nd Street
San Juan, PR 00907-1118                       Acton, CA 93510-1903

| | |
|---|---|
| _____ | Via email, per the parties' agreement |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| \_\_XX\_\_ | E-service effected by CM/ECF |

WILMER HALE

DATED: October 4, 2024.

/s/ Victoria Agres
Employee of FENNEMORE CRAIG, P.C.