Name and address:
Kevin J. Abbott
Fennemore
550 E Hospitality Lane, Suite 350
San Bernardino, CA 92408
kabbott@fennemorelaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC. | CASE NUMBER<br>2:22-cv-04355-JFW-JEM |
| Plaintiff(s) | |
| v. | |
| RYDER RIPPS, JEREMY CAHEN | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tennert III, John D.    of    Fennemore
*Applicant's Name (Last Name, First Name & Middle Initial)*    7800 Rancharrah Parkway
    Reno, NV 89511

(775) 788-2212    (775) 788-2213
*Telephone Number*    *Fax Number*

jtennert@fennemorelaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
YUGA LABS, INC.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Abbott, Kevin J.    of    Fennemore
*Designee's Name (Last Name, First Name & Middle Initial)*    550 E Hospitality Lane, Suite 350
    San Bernardino, CA 92408

281312    909-890-4499    909-890-9877
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

kabbott@fennemorelaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge