Kevin Abbott (CSB #281312)
**FENNEMORE**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702
kabbott@fennemorelaw.com

John Tennent (NSB #11728) (*pro hac vice* application pending)
MaryJo E. Smart Pinocchio (CSB #332879)
**FENNEMORE**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212
jtenner@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff YUGA LABS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUGA LABS INC.,<br><br>Plaintiff/Judgment Creditor<br><br>v.<br><br>RYDER RIPPS, JEREMY CAHEN<br><br>Defendants/Judgment Debtors. | Case No.: CV-22-04355-JFW-JEM<br><br>**POST-JUDGMENT DISCOVERY MATTER**<br><br>**NOTICE OF MOTION TO COMPEL** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on November 18, 2024, at 1:30p.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Yuga Labs, Inc., through its undersigned counsel, will, and hereby do, move to compel third-party Dor, Crisostomo, Dor & Dow Accountancy Corporation ("DCDD") to produce documents responsive to

Yuga Labs, Inc.'s Subpoena in its post-judgment efforts. This Motion is made following a conference with counsel for DCDD pursuant to L.R. 37-1 which took place on September 30, 2024.

This Motion will be based upon this Notice of Motion and Motion, the accompanying Joint Stipulation under Local Rule 37-2, the pleadings on file in this action, and on such other written or oral argument or evidence

Dated: October 28, 2024

**FENNEMORE CRAIG, P.C.**

By: */s/ MaryJo E. Smart Pinocchio*

Kevin Abbot (Ca. Bar No. 281312)
John D. Tennert, III (*Pro Hac Vice*)
MaryJo E. Smart Pinocchio (Ca. Bar No. 332879)

*Attorneys for Yuga Labs, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **NOTICE OF MOTION TO COMPEL** on the parties set forth below by:

__XX___ Certified Mail, Return Receipt Requested
addressed as follows:

Jeremy Cahen
1004 Ave Ashford
San Juan, PR 00907-1118

Ryder Ripps
31609 2nd Street
Acton, CA 93510-1903

______ Via email, per the parties' agreement

______ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

______ Federal Express (or other overnight delivery)

__XX__ E-service effected by CM/ECF

WILMER CUTLER PICKERING HALE AND DORR LLP
*Attorneys for Ryder Ripps and Jeremy Cahen*

addressed as follows:

DATED: October 28, 2024.

*/s/ Susan Whitehouse*
Employee of FENNEMORE CRAIG, P.C.