Kevin Abbott (CSB #281312)
**FENNEMORE**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702
kabbott@fennemorelaw.com

John Tennert (NSB #11728) (*pro hac vice* application pending)
MaryJo E. Smart Pinocchio (CSB #332879)
**FENNEMORE**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212
jtenner@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff YUGA LABS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS INC., <br><br> Plaintiff/Judgment Creditor <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN <br><br> Defendants/Judgment Debtors. | Case No.: CV-22-04355-JFW-JEM <br><br> **DECLARATION OF JOHN D. TENNERT, II IN SUPPORT OF JUDGMENT CREDITOR YUGA LAB, INC'S JOINT STIPULATION** |

# DECLARATION OF JOHN D. TENNERT, III IN SUPPORT OF YUGA LAB, INC'S AND DCDD'S JOINT STIPULATION

I, John D. Tennert, III, declare as follows:

1. I am an attorney with the law firm Fennemore located at 7800 Rancharrah Parkway, Reno, Nevada 89511, counsel for Yuga Labs, Inc. My *pro hac vice* application has been approved. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

1

2. A true and correct copy of the Final Judgment is attached as Exhibit 1.

3. A true and correct copy of a letter Yuga Labs, Inc. sent to Mr. Cahen's counsel of record, Wilmerhale, regarding ongoing post-judgment discovery is attached as Exhibit 2.

4. A true and correct copy of the Writ of Execution is attached as Exhibit 3.

5. A true and correct copy of the Interrogatories served on Mr. Cahen is attached as Exhibit 4.

6. On August 13, 2024, Yuga Labs, Inc. served its Subpoena to Produce Documents on Dor, Crisostomo, Dor & Dow. A true and correct copy of the Subpoena is attached as Exhibit 5.

7. A true and correct copy of Fennemore's correspondence with DCDD's counsel is attached as Exhibit 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Nevada on October 28, 2024.

FENNEMORE

By: */s/ John D. Tennert, III*
John D. Tennert, III

*Attorneys for Yuga Labs*