# Exhibit 2

# Exhibit 2

**FENNEMORE.**

MaryJo E. Smart Pinocchio
Associate
msmart@fennemorelaw.com

7800 Rancharrah Parkway,
Reno, Nevada 89511
PH (775) 788-2245 | FX (775) 788-1177
fennemorelaw.com

September 13, 2024

**VIA EMAIL**

Henry Nikogosyan, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
henry.nikogosyan@wilmerhale.com

   Re: Yuga Labs, Inc. v. Jeremy Cahen, Ryder Ripps
     Case No. 2:22-cv-04355-JFW-JEMx

Dear Mr. Nikogosyan:

  Our office is writing to confirm that Wilmer Cutler Pickering Hale and Dorr LLP's ("Wilmer") does not represent Defendants Jeremy Cahen ("Mr. Cahen") and Ryder Ripps ("Mr. Ripps") (collectively, the "Defendants") in the above-referenced matter for post-judgment purposes, as Wilmer has explicitly instructed.

  In an email dated February 12, 2024 from Louis Tompros, Wilmer represented to Plaintiff Yuga Labs, Inc. ("Yuga") that it did not represent the Defendants for purposes of judgment enforcement. Yuga therefore proceeded in its judgment enforcement efforts with that understanding in mind. However, in recent correspondence from counsel for Mr. Cahen's accountant, Dor, Crisostomo, Dor & Dow Accountancy Corp. ("DCDD"), it appears that you informed DCDD that Mr. Cahen would not consent to the production of documents responsive to Yuga's August 13, 2024 Subpoena for the Production of Documents. We ask that you forward any communications between Wilmer and DCDD concerning the Subpoena to our office.

  Please provide clarification as to whether Wilmer represents the Defendants for purposes of judgment enforcement. Although Yuga believed that Wilmer was not representing the Defendants in connection with judgment enforcement based on its prior representations, we are now providing courtesy copies of the materials previously served on the Defendants pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) ("a paper is served under this rule be…mailing it to the person's last known address—in which event service is complete upon mailing.").

  If Wilmer does in fact represent the Defendants, we request your immediate availability to schedule a telephonic meet and confer conference regarding the outstanding Subpoena(s).

FENNEMORE.

September 13, 2024
Page 2

      Please provide your response to this correspondence by **September 20, 2024**. In the event we do not receive a timely response, we will consider it an admission that Wilmer does not represent the Defendants for purposes of judgment enforcement, and continue to proceed with that understanding.

      Thank you for your anticipated cooperation.

      Sincerely,

      FENNEMORE CRAIG, P.C.

      MaryJo E. Smart Pinocchio