# Exhibit 4

# Exhibit 4

1  **FENNEMORE CRAIG, P.C.**
   Wade Beavers, CA Bar No. 325629
2  MaryJo E. Smart, CA Bar No. 332879
   7800 Rancharrah Parkway
3  Reno, NV 89511
   Tel: (775) 788-2200 / Fax: (775) 786-1177
4
   Attorneys for Plaintiff/Judgment Creditor
5  Yuga Labs, Inc.

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION – Los Angeles

| YUGA LABS, INC., | Case No. 2:22-cv-04355-JFW-JEMx |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF YUGA LABS, INC.'s FIRST SET OF POST-JUDGMENT INTERROGATORIES TO DEFENDANT JEREMY CAHEN |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | |

PROPOUNDING PARTY:  Plaintiff/Judgment Creditor Yuga Labs, Inc.

RESPONDING PARTY:   Defendant/Judgment Debtor Jeremy Cahen

SET NO.:            One

Pursuant to Rules 69 and 33 of the Federal Rules of Civil Procedure, Plaintiff YUGA LABS INC., requests that Defendant JEREMY CAHEN answer the following interrogatories.

**DEFINITIONS AND INSTRUCTIONS**

1. "YOU," "YOUR" and "YOURSELF" means JEREMY CAHEN, his representatives and/or other persons acting on behalf of JEREMY CAHEN or purporting to act on behalf of JEREMY CAHEN (excepting JEREMY CAHEN's counsel).

2. "FINANCIAL INSTITUTIONS" means any international, federal, state or local business, state, or local business related to financial, monetary, or asset transactions such as loans, deposits, investments, currency exchange, or any other transaction of a similar nature in

which YOU have an INTEREST in any ACCOUNT(S). For avoidance of doubt, this definition includes CRYPTO ASSET EXCHANGES.

3. "ACCOUNT" means any and all banking or business arrangement with an entity and/or FINANCIAL INSTITUTION providing for service or other transactions.

4. "CRYPTO ASSET" means any digital asset, digital currency, virtual currency, digital token (whether fungible or non-fungible), cryptocurrency, or another transferable digital asset.

5. "CRYPTO ASSET WALLET" means a device, physical medium, program, and/or online service which stores, manages, and/or interacts with the public and private cryptographic keys for transactions involving CRYPTO ASSETS that is identifiable by its unique public identifier commonly referred to as a "wallet address".

6. "CRYPTO ASSET EXCHANGES" means business referred to as an "exchange" in a market for CRYPTO ASSETS that may or may not also qualify as an "exchange" as that term is used under the federal derivatives and/or securities laws. Such CRYPTO ASSET EXCHANGES include, but are not limited to, any centralized or decentralized exchange, liquidity pool, website, organization, entity, business protocol, or marketplace that allows for the purchase, sale, or exchange of CRYPTO ASSETS.

7. "INTEREST" means any right, entitlement, title, interest, credit, ownership, share and/or benefit to tangible or intangible property, either real or personal.

8. "STOCK" means any public or privately held stock(s), bond(s), security(s), share(s), certificate(s), option(s) and/or other valuable paper(s) evidencing an INTEREST held by YOU.

9. "JUDGMENT" refers to the judgment entered in *Yuga Labs, Inc. v. Ryder Ripps, et al.*, United States District Court, Central District of California, Case No. 2:22-cv-04355-JFW-JEM on or about February 2, 2024 in the amount of $8,895,346.50.

10. "MOTOR VEHICLE" means all cars, trucks, motorcycles, recreation vehicles, aircraft, watercraft, construction equipment, and/or other vehicles registered with the Department of Motor Vehicles in any state.

**POST-JUDGMENT INTERROGATORY NO. 1**

Please list the name, branch location, address, telephone number, account number(s) and balance as of August 16, 2024, for each and every FINANCIAL INSTITUTION(S) where YOU have an INTEREST in an ACCOUNT or YOU otherwise utilize.

**POST-JUDGMENT INTERROGATORY NO. 2**

Please list the name, broker, address, telephone number, account number, number of shares and approximate value as of August 16, 2024, of each and every STOCK in which YOU have an INTEREST.

**POST-JUDGMENT INTERROGATORY NO. 3**

Please list the name, address, and telephone number of all limited liability companies in which YOU are a member or managing member.

**POST-JUDGMENT INTERROGATORY NO. 4**

Please list the name, address, and telephone number of all partnerships in which you are a limited partner, general partner, and/or managing partner.

**POST-JUDGMENT INTERROGATORY NO. 5**

Please list insurance policies maintained by YOU and/or in which YOU are a named beneficiary and the location of the same.

**POST-JUDGMENT INTERROGATORY NO. 6**

Please list all tangible or physical artworks, stamps, coins, antiques, guns or any other item with an estimated value of $5,000 (five thousand dollars) in which YOU have an INTEREST and the location of the same.

**POST-JUDGMENT INTERROGATORY NO. 7**

State how YOU intend to pay the JUDGMENT.

**POST-JUDGMENT INTERROGATORY NO. 8**

Please list YOUR federal and state tax identification number(s).

**POST-JUDGMENT INTERROGATORY NO. 9**

Please list the address, legal description, Assessor's Parcel Number, and county for all real property (including improvements thereon) in which YOU hold an INTEREST.

**POST-JUDGMENT INTERROGATORY NO. 10**

Please list the name, address and telephone number of all persons or entities who entered into a written agreement to pay YOU money which has not been received as of August 16, 2024.

**POST-JUDGMENT INTERROGATORY NO. 11**

Please list all personal property which has an approximate value of $5,000 (five thousand dollars) or more in which YOU have an INTEREST.

**POST-JUDGMENT INTERROGATORY NO. 12**

Please list the name, address, and telephone number of all persons and entities that are in possession of personal property, which has an approximate value of $5,000 (five thousand dollars) or more, owned by YOU.

**POST-JUDGMENT INTERROGATORY NO. 13**

Please list the name, address and telephone number for all accountants, bookkeepers and Certified Public Accounts which provided accounting, bookkeeping, and tax preparation services for YOU from 2021 to present.

**POST-JUDGMENT INTERROGATORY NO. 14**

Please list the name and address of all business entities in which YOU have an INTEREST.

**POST-JUDGMENT INTERROGATORY NO. 15**

Please list the make, model, year and VIN number of each MOTOR VEHICLE in which YOU have an INTEREST.

**POST-JUDGMENT INTERROGATORY NO. 16**

Please list YOUR current liabilities.

**POST-JUDGMENT INTERROGATORY NO. 17**

Please list any CRYPTO ASSETS in which YOU have an INTEREST, including the (1) type of CRYPTO ASSET; (2) the amount of CRYPTO ASSETS; (3) the source of the funds used to purchase the CRYPTO ASSETS; (4) the date of each purchase; and (5) the CRYPTO ASSET "EXCHANGE" or CRYPTO ASSET WALLET where any CRYPTO ASSETS ARE currently located or, at any time in the past, have been stored or associated with YOUR ACCOUNT.

Fennemore Craig, P.C.
Attorneys at Law
Reno

Dated: August 20, 2024

FENNEMORE CRAIG, P.C.

By: */s/ MaryJo Smart*
    Wade Beavers
    MaryJo E. Smart

Attorneys for Plaintiff/Judgment Creditor Yuga Labs, Inc.

- 5 -

# CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **PLAINTIFF YUGA LABS, INC.'s FIRST SET OF POST-JUDGMENT INTERROGATORIES TO DEFENDANT JEREMY CAHEN** on the parties set forth below by:

| | |
|---|---|
| _____ | Hand delivery at parties' 16.1 conference |
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices |
| __XX__ | Certified Mail, Return Receipt Requested |
| _____ | Via email |
| _____ | Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered |
| _____ | Federal Express (or other overnight delivery) |
| _____ | E-service effected by CM/ECF |

addressed as follows:

Jeremy Cahen
2058 McCleary Ave., #2
San Juan, PR 00911

DATED: August 20, 2024.

/s/ *Susan Whitehouse*
Employee of FENNEMORE CRAIG, P.C.

Fennemore Craig- Reno
7800 RANCHARRAH PKWY
RENO NV 89511-7586

$5.82   US POSTAGE
FIRST-CLASS
Aug 20 2024
Mailed from ZIP 89511
2 OZ FIRST-CLASS MAIL LETTER RATE
11923275



062S0010282493

USPS CERTIFIED MAIL

9407 1118 9876 5482 3508 77

Jeremy Cahen
2058 CALLE MCLEARY APT 2
SAN JUAN PR 00911-1504