UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  CV 22-04355 JFW (RAOx)  Date: November 7, 2024
Title:  Yuga Labs, Inc. v. Ripps et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER RE MOTION TO COMPEL [484]**

Pending before the Court is Plaintiff and Judgment Creditor Yuga Labs, Inc.'s ("Yuga Labs") Motion to Compel ("Motion") third-party Dor, Crisostomo, Dor & Dow Accountancy Corporation ("DCDD") to produce documents responsive to Yuga Labs' post-judgment subpoena. Dkt. No. 484. DCDD is an accountancy corporation that prepared tax returns on behalf of Judgment Debtor Jeremy Cahen ("Cahen"). Decl. of Bill R. Hopkins, Dkt. No. 484-2. The Motion is noticed for a hearing on November 18, 2024 at 1:30 p.m. *Id.*

According to Yuga Labs, Cahen's counsel of record made clear that they do not represent Cahen for post-judgment purposes. *See* Joint Stip. at 2 n.1. Because counsel of record remain on the docket, the Court presumes that Cahen received adequate notice of this Motion through electronic service on counsel. However, in light of the uncertainty regarding counsel's continued representation of Cahen, and because any deadline for Cahen to oppose the Motion is uncertain due to the Motion being filed as a Local Rule 37-2 joint stipulation rather than a noticed motion, the Court will provide Cahen another opportunity to oppose the Motion. To the extent counsel of record does not represent Cahen for post-judgment purposes, counsel is ordered to provide Cahen with a copy of the Motion to Compel with attachments and this order forthwith. Any opposition to the Motion shall be filed by **November 14, 2024**. If an opposition is filed, Yuga Labs may file a reply by **November 21, 2024**. The Court will take the motion under submission after briefing is complete. The November 18, 2024 hearing is VACATED.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | er |