Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Monica Grewal (*pro hac vice*)
monica.grewal@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-RAO<br><br>**DECLARATION OF LOUIS W. TOMPROS IN SUPPORT OF DEFENDANT JEREMY CAHEN'S OPPOSITION TO MOTION TO COMPEL**<br><br>Judge: John F. Walter<br>Magistrate Judge: Rozella A. Oliver |

I, Louis W. Tompros, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, Massachusetts, 02109, and am lead counsel for Defendant Jeremy Cahen. I am licensed to practice law in the State of Massachusetts and have been granted permission to participate in this litigation on behalf of Mr. Cahen (Dkt. 18). I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. A true and correct copy of an email from me to Eric Ball, lead counsel for Plaintiff Yuga Labs, Inc., sent February 23, 2024, is attached as Exhibit 1.

I declare I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Massachusetts on November 14, 2024.

/s/ *Louis W. Tompros*
Louis W. Tompros