PID #13

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. Department of Justice
United States Marshals Service

FILED
CLERK, U.S. DISTRICT COURT
12/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Yuga Labs, Inc. | 2:22-cv-04355-JFW-JEMx |
| DEFENDANT | TYPE OF PROCESS |
| Ryder Ripps and Jeremy Cahen | Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Binance Crypto, Registered Agent CSC: Lawyers Incorporating Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2170 Gateway Oak Drive Suite 150N Sacramento, CA 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
MaryJo Smart
Fennemore
7800 Rancharrah Parkway
Reno, Nevada 89511

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Binance Crypto is also known as Bam Services LLC or Binance.US Lending LLC
CSC-Lawyers Incorporating in Sacramento is Open M-S 8AM to 2PM

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 775-788-2271
DATE: 8/28/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin: No. 12
District to Serve: No. 97
Signature of Authorized USMS Deputy or Clerk
Date

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Office Staff Jenksens
Date: 10/28/24  Time: 1000  [X] am

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
#4290

Costs shown on attached USMS Cost Sheet >>

REMARKS
65.00

-Service Fee:
-Total Mileage Charge: 5
(including endeavors)
-Forwarding Charge:
-Total Charge:

Same love Same Location

Form USM-285
Rev 03/21