**FILED**
CLERK, U.S. DISTRICT COURT
12/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV    DEPUTY

cit

PID#9

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Yuga Labs, Inc. | 2:22-cv-04355-JFW-JEMx |
| DEFENDANT | TYPE OF PROCESS |
| Ryder Ripps and Jeremy Cahen | Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Coinbase, Registered Agent: CSC - Lawyers Incorporating Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2710 Gateway Oaks Drive, Sacramento, CA 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
MaryJo Smart
Fennemore
7800 Rancharrah Parkway
Reno, Nevada 89511

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Coinbase is also known as Coinbase Global, Inc.
CSC-Lawyers Incorporating in Sacramento is Open M-F 8AM - 2PM

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 775-788-2271
DATE: 8/28/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin: No. 12
District to Serve: No. 97
Signature of Authorized USMS Deputy or Clerk
Date: OCT 21 '24

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Office Staff    Jenkgeng

Date: 10/29/24    Time: 1000  [X] am  [ ] pm
Signature of U.S. Marshal or Deputy
#4270

Costs shown on attached USMS Cost Sheet >>

REMARKS
65.00

-Service Fee: 1
-Total Mileage Charge: 5
(including endeavors)
-Forwarding Charge:
-Total Charge

65 + 3.35 = 68.35

Form USM
Rev.