**FILED**
**CLERK, U.S. DISTRICT COURT**

**12/23/24**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: MRV DEPUTY

PID#7

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Yuga Labs, Inc. | 2:22-cv-04355-JFW-JEMx |
| DEFENDANT | TYPE OF PROCESS |
| Ryder Ripps and Jeremy Cahen | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Foris Dax Inc., Registered Agent: 1505 Corporation CSC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2710 Gateway Oaks Drive, Sacramento, CA 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
MaryJo Smart
Fennemore
7800 Rancharrah Parkway
Reno, Nevada 89511

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Foris Dax, Inc. does business as crypto.com
Corp. Services Co. is open M-F 8AM - 2PM

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 775-788-2271
DATE: 8/28/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 12 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk | Date: OCT 21 '24 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Office Staff Jenkserg

| Date: 10/28/24 | Time: 1000 [X] am [ ] pm |

Signature of U.S. Marshal or Deputy
#4270

Costs shown on attached USMS Cost Sheet >>

REMARKS
45.00

-Service Fee: ____
-Total Mileage Charge: 5
(including endeavors)
-Forwarding Charge: ____
-Total Charge: ____

Same Cure Same Location

Form USM-285
Rev 03/21