**U.S. Department of Justice**
United States Marshals Service

FILED
CLERK, U.S. DISTRICT COURT
12/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Yuga Labs, Inc. | COURT CASE NUMBER: 2:22-cv-04355-JFW-JEMx |
| DEFENDANT: Ryder Ripps and Jeremy Cahen | TYPE OF PROCESS: Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robinhood Asset Management, LLC
ADDRESS: 85 Willow Road, Menlo Park, CA 94025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
MaryJo Smart
Fennemore
7800 Rancharrah Parkway
Reno, Nevada 89511

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 775-788-2271
DATE: 8/28/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No.: 12
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk
REC'D USMS C/CA - CIVIL
Date: OCT 21 '24 AM 9:25

I hereby certify and return that I [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above...

Name and title of individual served:
Date: 10/31/24  Time: 12:18 pm

Address (complete only different than shown above):
MAILED: INCORPORATING SERVICES, LTD.
7801 Folsom Blvd Ste. 202
Sacramento, CA 95826

Signature of U.S. Marshal or Deputy

REMARKS:
10/31/2024 - 1st endeavor to serve Levy denied at 85 Willow Road. Adviced to Mail to: Incorporating Services, LTD. 7801 Folsom Blvd Ste. 202 Sacramento, CA 95826

- Service Fee:
- Total Mileage Charge (including endeavors):
- Forwarding Charge:
- Total Charge:

# of DUSMs: 1
# of hours for all DUSMs: 2
# of round trip miles for all vehicles: 63

Form USM-285
Rev. 03/21