John D. Tennert, Pro Hac Vice
Kevin Abbott, CA Bar No. 281312
MaryJo E. Smart, CA Bar No. 332879
Fennemore
7800 Rancharrah Parkway
Reno, NV 89511 | 775-788-2212

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Yuga Labs, Inc.

**PLAINTIFF(S)**

v.

Ryder Ripps, Jeremy Cahen

**DEFENDANT(S).**

CASE NUMBER

2:22-cv-04355-JFW-JEMx

**AFFIDAVIT AND REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION**

☐ State of California, County of _____

☒ State of  Nevada_____ , County of  Washoe _____

I,  MaryJo E. Smart Pinocchio _____  hereby state under penalty of perjury that,

1.  Judgment for $  9,043,221.50 ____ was entered on  02/03/2024 _____  on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of  Yuga Labs, Inc. ____ as Judgment Creditor, and against  Ryder Ripps and Jeremy Cahen _____ as Judgment Debtor.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2.  I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3.  ACCRUED since the entry of judgment in the  Central ____ District of  California _____ are the following sums:
    $ 450,507.88 _____  accrued interest, computed at  4.76 ___ %  *(See note.)*
    $ 0.00 _____  accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 _____  which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at  Washoe County _____ , State of  Nevada _____ , this  21st ____ date of  February _____ ,  2025 ____ .

_____
Signature

**\*Note:  Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION