**U.S. Department of Justice**
United States Marshals Service

FILED
CLERK, U.S. DISTRICT COURT

**3/4/25**

CENTRAL DISTRICT OF CALIFORNIA
BY:_____MRV_____ DEPUTY

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF YUGA LABS, INC. | COURT CASE NUMBER 2:22-cv-04355-JFW-JEMx |
|---|---|
| DEFENDANT RYDER RIPPS AND JEREMY CAHEN | TYPE OF PROCESS BANK LEVY   SERVICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America, National Association c/o 1505 Corporation

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
330 N. Brand Blvd., Glendale, CA 91203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| MaryJo E. Smart Pinocchio Fennemore 7800 Rancharrah Parkway Reno, Nevada 89511 | Number of process to be served with this Form 285  **1** |
| | Number of parties to be served in this case  **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Documents related to money judgments can be served via mail at the above address. Please email me with any questions at msmart@fennemorelaw.com.

| Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 775-788-2271 | DATE 11/13/2024 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. *12* | District to Serve No. *12* | Signature of Authorized USMS Deputy or Clerk | Date *2/12/25* |
|---|---|---|---|---|---|

I hereby certify and return that I [✓] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Martha Diana   intake Specialist | Date 2/25/25 | Time 1123 | [✓] am [ ] pm |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

-Service Fee: __65.00__

-Total Mileage Charge:_____
(including endeavors)
-Forwarding Charge:_____

-Total Charge:_____

1 DUSM
1 hr
14 mi

Form USM-285
Rev. 03/21

REC'D USMS C/CA CIVIL
FEB 12 '25 AM9:15