Kevin Abbott (CSB #281312)
**FENNEMORE CRAIG P.C.**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702
kabbott@fennemorelaw.com

John Tennert (NSB #11728) (*pro hac vice*)
MaryJo E. Smart Pinocchio (CSB #332879)
**FENNEMORE CRAIG P.C.**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212
jtennert@fennemorelaw.com
msmart@fennemorelaw.com

*Attorneys for Plaintiff* YUGA LABS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS INC., <br><br> Plaintiff/Judgment Creditor <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN <br><br> Defendants/Judgment Debtors. | Case No.: CV-22-04355-JFW-JEM <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> [LOCAL RULE 64-2] <br><br> [NO HEARING REQUIRED] |

Pursuant to Local Rule 64-2, Plaintiff/Judgment Creditor Yuga Labs, Inc. ("Yuga Labs"), submits the following memorandum of points and authorities in support of their application for order authorizing the writ of execution to be served

0

by a private process.

## I.  SUMMARY OF FACTS

On February 2, 2024, this Court entered a final judgment against Defendants Ryder Ripps and Jeremy Cahen (collectively, "Judgment Debtors") for **$8,895,346.50**, plus attorneys' fees, costs, and post-judgment interest (the "Final Judgment"). *See* ECF No. 452 (Final Judgment).

## II.  CALIFORNIA LAW ALLOWS ASSETS TO BE COLLECTED BY WRIT OF EXECUTION.

A California Judgment Creditor may levy upon accounts receivable and other intangibles by serving a writ of execution and a notice of levy on the account debtor. Cal. Civ. Proc. Code §§ 700.010, 700.170(a). This method of levy is incorporated by Rule 69(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 69(a).

## III.  THE COURT MAY ASSIGN THE TASK OF LEVYING TO A PRIVATE PERSON UNDER LOCAL RULES.

Although the United States Marshal remains the levying officer in civil cases, this Court may appoint a licensed private process server to serve the writ of execution, along with bank levies and other processes for seizure, on third parties holding assets of a Judgment Debtor. *See* Local Rule 64-2. On information and belief, undersigned counsel is informed that the United States Marshal has an increased workload which creates a delay in service. Accordingly, the use of a licensed private process server is warranted to ensure the judgment may efficiently be enforced. The United States

Marshal would still serve as the levying officer.

## IV. CONCLUSION

Pursuant to Local Rule 64-2, the Judgment Creditor respectfully requests that this Court order the writ of execution to be served by a licensed private process server, Legal Process Service ("LPS").

Dated: March 6, 2025               **FENNEMORE CRAIG, P.C.**

By: */s/ MaryJo E. Smart Pinocchio*
Kevin Abbot (Ca. Bar No. 281312)
John D. Tennert, III (*Pro Hac Vice*)
MaryJo E. Smart Pinocchio (Ca. Bar No. 332879)

*Attorneys for Yuga Labs, Inc.*

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** on the parties set forth below by:

_____   Certified Mail, Return Receipt Requested addressed as follows:

_____   Via email, per the parties' agreement

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express (or other overnight delivery)

\_\_XX\_\_   E-service effected by CM/ECF

WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorneys for Ryder Ripps and Jeremy Cahen*

DATED: March 6, 2025.

                                                */s/ Madelaine Shek*
                                    Employee of FENNEMORE CRAIG, P.C.