| | |
|---|---|
| 1 | Kevin Abbott (CSB #281312) |
| 2 | **FENNEMORE CRAIG P.C.** |
| 3 | 550 E. Hospitality Lane |
|   | San Bernardino, CA 92408 |
| 4 | Telephone No.: 909-723-1702 |
| 5 | kabbott@fennemorelaw.com |
| 6 | John Tennert (NSB #11728) (*pro hac vice*) |
| 7 | MaryJo E. Smart Pinocchio (CSB #332879) |
|   | **FENNEMORE CRAIG P.C.** |
| 8 | 7800 Rancharrah Parkway |
| 9 | Reno, Nevada 89511 |
|   | Telephone No.: 775-788-2212 |
| 10 | jtennert@fennemorelaw.com |
| 11 | msmart@fennemorelaw.com |
| 12 | *Attorneys for Plaintiff* YUGA LABS INC. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS INC., | Case No.: CV-22-04355-JFW-JEM x |
| Plaintiff/Judgment Creditor | **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER, LEGAL PROCESS SERVICE** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN | [LOCAL RULE 64-2] |
| Defendants/Judgment Debtors. | [NO HEARING REQUIRED] |

Good cause appearing from the foregoing application of Judgment Creditors.

**IT IS HEREBY ORDERED** that any writ of execution issued by the Clerk of the United States District Court, Central District of California, in the present case may

0

be served by a licensed process server with Legal Process Service ("LPS"), in lieu of the United States Marshals Office. The United States Marshals Office shall remain the levying officer. The clerk shall issue any writ of execution forthwith and release that writ of execution to the Judgment Creditors' attorney or their agent for purpose of complying with this Order.

DATED: 3/19/25

*[signature]*

UNITED STATES JUDGE

CC: USM

1