# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Yuga Labs, Inc. | | 2:22-cv-04355-JFW-RAOx |
| | Plaintiff(s) | |
| v. | | |
| Ripps et al | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Rozella A. Oliver. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
                          ☐ In-Person Court Hearing
                          ☒ Video Conference
                          ☐ Telephonic

Magistrate Judge  Rozella A. Oliver

Date/Time  4/28/2025 at 10:00 a.m.

Courtroom:  Video - Clerk to send parties Zoom link information

Dated:  April 21, 2025                    By:  E. Ramirez
                                              Deputy Clerk