Kevin Abbott (CSB #281312)
**FENNEMORE**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702
kabbott@fennemorelaw.com

John Tennert (NSB #11728) (*pro hac vice*)
MaryJo E. Smart Pinocchio (CSB #332879)
**FENNEMORE**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212
jtenner@fennemorelaw.com
msmart@fennemorelaw.com

Attorneys for Plaintiff YUGA LABS INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.;<br><br>        Plaintiff/Judgment Creditor,<br><br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN<br><br>        Defendants/Judgment Debtors. | Case No.: CV-22-04355-JFW-JEM<br><br>**POST-JUDGMENT DISCOVERY MATTER**<br><br>**NOTICE OF MOTION FOR TURNOVER ORDER** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 8, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Yuga Labs, Inc., ("Yuga Labs" or "Creditor") through its undersigned counsel, will, and hereby do, move to the Court to order defendant and judgment debtor Jeremy Cahen ("Cahen" or "Debtor") to turnover cryptowallets identified in records received from Gemini Trust Company,

1

1    LLC ("Gemini").

2        This Motion is made pursuant to Rule 69 of the Federal Rules of Civil

3    Procedure and California Code of Civil Procedure § 699.040 on the grounds that

4    Yuga Labs has a judgment against Debtor, on which the balance due, including

5    accrued interest, is $9,043,221.50 as of February 26, 2025.

6        This Motion will be based upon this Notice of Motion, the accompanying

7    memorandum of points and authorities, the declaration of John D. Tennert, III, all

8    other documents and pleadings in this case, and upon such argument as the Court

9    may consider at any hearing on the motion.

10       Dated: April 21, 2025.

**FENNEMORE CRAIG, P.C.**

By:  */s/ MaryJo E. Smart Pinocchio*
Kevin Abbot (Ca. Bar No. 281312)
John D. Tennert, III (*Pro Hac Vice*)
MaryJo E. Smart Pinocchio (Ca. Bar No.
332879)

*Attorneys for Yuga Labs, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the **NOTICE OF MOTION FOR TURNOVER ORDER** on the parties set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____ Certified Mail, Return Receipt Requested

_____ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____ Federal Express (or other overnight delivery)

\_XX\_\_ E-service effected by CM/ECF

addressed as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
Louis W. Tompros
louis.tompros.@wilmerhale.com
Derek Gosma
derek.gosma@wilmerhale.com
Tyler Carroll
Tyler.carroll@wilmerhale.com
*Attorneys for Ryder Ripps and Jeremy Cahen*

DATED:  April 21, 2025.

/s/ *Madelaine Shek* _____
Employee of FENNEMORE CRAIG, P.C.