# EXHIBIT 2

Cahen's X.com Post

# EXHIBIT 2

**PAULY**
@realpauly0x

My gift to myself.

4 courtside season tickets.

For the rest of my life.

@IntuitDome @LAClippers @NBA @usabasketball

👏

