# EXHIBIT 3

Cahen's Gemini Account Information

# EXHIBIT 3

| Date | Time (UTC) | Type | Symbol | Specification | BTC Amount BTC | ETH Amount ETH | Withdrawal Destination |
|---|---|---|---|---|---|---|---|
| 2024-10-21 | 23:05:38.861 | Debit | BTC | Withdrawal (BTC) | (0.001 BTC) | | bc1q5n2n00w8njg02tkv5mzmp3a25lhe7jm933akay |
| 2024-10-22 | 01:11:05.509 | Debit | BTC | Withdrawal (BTC) | (1.999 BTC) | | bc1q5n2n00w8njg02tkv5mzmp3a25lhe7jm933akay |
| 2024-10-25 | 23:06:10.811 | Debit | ETH | Withdrawal (ETH) | | (107.640597982645 ETH) | 0x4424DEb10592aB4aCcE038000e2544aBaC520563 |