UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: CV 22-04355-JFW (RAOx)　　　　　　　　　　Date: April 28, 2025
Title: Yuga Labs, Inc. v. Ripps et al

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | Tape No.: CS 04/28/2025 |
| Deputy Clerk | Court Recorder: CourtSmart |

Attorneys Present for Judgment Creditor:　　　Attorneys Present for Judgment Debtors:

John Tennert　　　　　　　　　　　　　　　Louis Tompros
MaryJo Smart Pinocchio　　　　　　　　　　Tyler Carroll
Eric Ball

**Proceedings:**　　**MINUTES OF VIDEO DISCOVERY HEARING [513]**

　　The case was called and counsel made their appearances by video. The Court and the parties discussed post-judgment discovery disputes. As stated on the record, the Court overrules Judgment Debtors' objection that post-judgment discovery should not proceed in light of the pending appeal. The Court will separately grant the pending motion to compel. The parties are directed to complete their meet and confer efforts on the pending written discovery propounded by Judgment Creditor to Judgment Debtors by May 12, 2025. If disputes remain, the parties may email the Court at RAO_Chambers@cacd.uscourts.gov with a request for a further informal discovery conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0 : 20
　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　er