UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  CV 22-04355 JFW (RAOx)                    Date:   April 28, 2025
Title:     Yuga Labs, Inc. v. Ripps et al.


Present:        The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  Eddie Ramirez  |  N/A  |
| --- | --- |
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| --- | --- |
| N/A | N/A |

**Proceedings:**        (In Chambers) **ORDER RE MOTION TO COMPEL [484]**

    Pending before the Court is Plaintiff and Judgment Creditor Yuga Labs, Inc.'s ("Yuga Labs") Motion to Compel ("Motion") third-party Dor, Crisostomo, Dor & Dow Accountancy Corporation ("DCDD") to produce documents responsive to Yuga Labs' post-judgment subpoena. Dkt. No. 484.  The Motion is accompanied by a Local Rule 37-2 Joint Stipulation ("Joint Stipulation"), Dkt. No. 484-1, a Declaration of Bill R. Hopkins, Esq. ("Hopkins Declaration"), Dkt. No. 484-2, a Declaration of John D. Tennert, II ("Tennert Declaration"), Dkt. No. 484-3, and supporting exhibits, Dkt. Nos. 484-4–484-9.  On November 7, 2024, the Court issued an order providing Judgment Debtor Jeremy Cahen ("Cahen") an opportunity to file an opposition and vacating the November 14, 2024 hearing.  Dkt. No. 487.  Cahen filed an opposition on November 14, 2024.  Dkt. No. 488.  Yuga Labs filed a reply on November 20, 2024.  Dkt. No. 489.  The Court GRANTS the Motion.

    Judgment was entered against Defendants and Judgment Debtors Ryder Ripps and Jeremy Cahen (collectively, "Judgment Debtors") on February 2, 2024.  Dkt. No. 452.  Yuga Labs has initiated post-judgment enforcement efforts.  Joint Stip. at 2.

    On August 13, 2024, Yuga Labs served a subpoena on DCDD, Cahen's accountant. Tennert Decl., Ex. 5.  On August 28, 2024, DCDD responded that the only responsive records in DCDD's control were Cahen's federal and California state tax returns for the years 2021-2023. Tennert Decl., Ex. 6.  The email indicated that Cahen's counsel refused to provide consent to disclosure of the documents, and therefore DCDD would not produce them without a court order. *Id.*

---

CV-90 (05/15)                    **CIVIL MINUTES - GENERAL**                    Page **1** of **2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:    CV 22-04355 JFW (RAOx)                          Date:    April 28, 2025

Title:         Yuga Labs, Inc. v. Ripps et al.


Cahen explains in opposition that Judgment Debtors have informed counsel that they are unable to pay the judgment.  Opp'n at 2.  Cahen requests that the Court delay post-judgment discovery in light of the pending appeal and because Yuga Labs did not take action to enforce judgment until after oral argument of the appeal took place.  *Id.* at 4-5.

Post-judgment discovery has not been stayed.  The Ninth Circuit heard argument in August 2024, but has not yet issued a ruling.  As stated on the record during an April 28, 2025 informal discovery conference, the Court finds that post-judgment discovery should proceed.

The tax returns in DCDD's control are relevant and discoverable for post-judgment purposes.  *See, e.g.*, *SEC v. Premier Holding Corp.*, No. 8:18-cv-00813 CJC (KES), 2021 WL 6104308, at *4 (C.D. Cal. Sept. 7, 2021) (finding that tax returns were necessary to identify assets that might be available to satisfy judgments and that any legitimate confidentiality or privacy concerns could be remedied by producing tax returns subject to confidentiality protective order); *Genx Processors Mauritius Ltd. v. Jackson*, No. 2:14-cv-01938-APG-PAL, 2018 WL 5777485, at *8 (D. Nev. Nov. 2, 2018) (finding judgment creditor's need to examine tax returns outweighed privacy interests); *see also A&F Bahamas, LLC v. World Venture Grp., Inc.*, No. CV 17-8523 VAP (SS), 2018 WL 5961297, at *8 (C.D. Cal. Oct. 19, 2018) ("[I]n the post-judgment contexts, courts have readily required production of tax returns with no showing of compelling need, or with a showing that the judgment debtor has produced only limited documents related to his assets.").  The Court understands that DCDD does not object to producing the tax returns at issue so long as there is a Court order.  *See* Joint Stip. at 7-8.

Yuga Labs' Motion to Compel is GRANTED.  DCDD shall produce the tax returns at issue within 30 days of the date of entry of this order.  Given the sensitive nature of the tax returns, Yuga Labs is directed to treat the tax returns as "confidential" records under the protective order, Dkt. No. 51.

**IT IS SO ORDERED.**


                                                                    _____  :  _____

                                                      Initials of Preparer        er