Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **POST-JUDGMENT DISCOVERY MATTER** <br><br> **DECLARATION OF JEREMY CAHEN IN SUPPORT OF DEFENDANT JEREMY CAHEN'S OPPOSITION TO PLAINTIFF YUGA LABS, INC.'S MOTION FOR TURNOVER ORDER** <br><br> Judge: John F. Walter <br> Magistrate Judge: Rozella A. Oliver |

**DECLARATION OF JEREMY CAHEN IN SUPPORT OF DEFENDANT JEREMY CAHEN'S OPPOSITION TO PLAINTIFF YUGA LABS, INC.'S MOTION FOR TURNOVER ORDER**

I, Jeremy Cahen, declare as follows:

1. I do not own, possess, or control the following four crypto wallets:
   i.   bc1q5n2n00w8njg02tkv5mzmp3a25lhe7jm933akay
   ii.  bc1qvpzczaswt3qd0n4ttk5mj2za6c5057ym7rfnnz
   iii. bc1q3cy7ehjunq6a4pl9ercderc3ml0ch2lqawvs7f
   iv.  0x4424DEb10592aB4aCcE038000e2544aBaC520563

2. I do not own season tickets to the Los Angeles Clippers.

3. A true and correct copy of an email exchange with Mercury Technologies Inc. regarding Yuga Labs, Inc.'s levy is attached as Exhibit 2, redacted to remove names and email addresses for privacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025.



Jeremy Cahen

1

Case No. 2:22-cv-04355-JFW-RAO    DECLARATION OF JEREMY CAHEN IN SUPPORT OF OPPOSITION

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 5, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros
Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

2

Case No. 2:22-cv-04355-JFW-RAO     DECLARATION OF JEREMY CAHEN IN SUPPORT OF OPPOSITION