# Exhibit 2

# REDACTED Version of April 4, 2025, Email from Mercury to Cahen

**From:** Mercury Legal
**Subject:** Notice of Levy on Accounts
**Date:** 09 Apr, 2025, 4:18 pm
**To:** ■■■■■■■■■■■■■■■■■■■■■>
**Cc:** ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■



Good afternoon,

Thank you for your message. We have investigated the matter and confirmed that the California exemption under Code of Civil Procedure 704.220 does apply. We've taken immediate steps to address the issue: the check has been canceled and the exempt funds have been restored to Jeremy Cahen's personal account.

We we appreciate you bringing this to our attention and thank you for your understanding.

Regards,
Mercury Legal

---

> On April 8, 2025 at 4:50:06 PM UTC, ■■■■■■■■■■■■ wrote:
> Thank you, appreciate the prompt correction, this means a lot for our business relationship with Mercury.
>
> Additionally regarding the Personal account, we understand that Mercury has withdrawn all funds from Jeremys personal deposit account pursuant to a levy. Can we get an explanation on why the minimum $2,170 was not left in the account? For reference, California Code of Civil Procedure 704.220 provides that a minimum amount is exempt from a levy and, as of December of last year, that amount has been set to $2,170 (https://courts.ca.gov/sites/default/files/courts/default/2024-11/ej156.pdf).
>
> ■■■■
>
>> On Friday, Apr 04, 2025 at 9:15 PM, legal@mercury.com <legal@mercury.com> wrote:
>> Thank you for your message.
>>
>> The levy and release of funds apply to all accounts in which the judgment debtor, Jeremy Cahen,

has any interest. However, following an internal review, Mercury has determined that there is a reasonable assumption that the levying officer and plaintiff's office will be required to name the entities directly in the notice of levy. We can confirm that the matter has been addressed and that the funds are now available in the accounts for H16P LLC and J16P Inc.

We apologize for any inconvenience this may have caused. If you have any further questions or need additional assistance, please feel free to reach out.

Regards,
Mercury Legal

> On April 4, 2025 at 9:41 AM PDT ▮ wrote:
>
> Hi Team,
>
> According to your correspondence, the levy was served on Jeremy Cahen and not on any corporate entities.  Can you please explain why Mercury seized assets out of the H16P LLC and J16P Inc corporate accounts when the U.S. Marshals Service did not issue any levy on those corporations?
>
> ▮
>
>> On Friday, Apr 04, 2025 at 11:37 AM, H16P ▮ wrote:
>>
>>
>> ---------- Forwarded message ---------
>> From: **legal@mercury.com** <legal@mercury.com>
>> Date: Fri, Apr 4, 2025 at 7:47 AM
>> Subject: Notice of Levy on Accounts
>> To: ▮
>>
>>
>> Hello,
>>
>> Mercury received a levy in the amount of $9,043,221.50 on all accounts in which Jeremy Cahen has an interest, as issued by the United States District Court for the Central District of California.
>>
>> As required by law and in accordance with the levy we have issued a check in the amount of $9,890.86, from your account. You can expect the U.S. Marshals Service to receive and process the payment accordingly.
>> If you have any questions or concerns regarding the details of the levy or the amount in question, we encourage you to contact the U.S. Marshals Service directly. Regards, Mercury Legal

To unsubscribe from this group and stop receiving emails from it, send an email to [legal+unsubscribe@mercury.com](legal+unsubscribe@mercury.com).

[K4N7DP-2RXEV]