Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

Kevin Abbott (CSB #281312)
kabbott@fennemorelaw.com
**FENNEMORE**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702

John Tennert (NSB #11728) (*pro hac vice*)
jtenner@fennemorelaw.com
MaryJo E. Smart Pinocchio (CSB #332879)
msmart@fennemorelaw.com
**FENNEMORE**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212

Eric Ball (CSB # 241327)
eball@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200
Attorneys for Plaintiff YUGA LABS INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE** <br><br> Judge: John F. Walter <br> Magistrate Judge: Rozella A. Oliver |

Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement regarding their meet and confer conference held pursuant to Local Rule 7-3 in connection with Mr. Ripps and Mr. Cahen's motion for review.

**Issue to Be Resolved and Date and Duration of Conference**

On April 28, 2025, the Magistrate Judge issued an order that overruled Defendants' objection that post-judgment discovery should be deferred in light of the pending appeal (Dkt. 515). Mr. Ripps and Mr. Cahen appealed the final judgment in this matter, and oral argument on that appeal was held before the United States Court of Appeals for the Ninth Circuit on August 15, 2024. *See Yuga Labs, Inc. v. Ripps*, No. 24-879, Dkt. 49; 57. Mr. Cahen and Mr. Ripps argue that this Court should review and overrule the Magistrate Judge's order and instead defer further post-judgment discovery until the Ninth Circuit has decided the appeal. Yuga Labs argues that the Magistrate Judge's order was rightly decided and there is no need for this Court to review.

Thus, on May 5, 2025, the Parties held a conference of counsel by video to discuss Defendants' motion to review. Louis Tompros and Tyler Carroll attended the conference on behalf of the Defendants; Eric Ball, John Tennert, Austin Slaughter, and MaryJo Smart Pinocchio attended the conference on behalf of the Plaintiff. The conference lasted approximately ten (10) minutes.

**Issues Discussed and Resolved During the Conference**

At the May 5, 2025, conference, counsel for Defendants explained that they believe the Magistrate Judge's order overruling Defendants' objection that post-judgment discovery should not proceed in light of the pending appeal is incorrect

1

and should be reviewed and reversed. Counsel for Defendants explained that given the Ninth Circuit's decision is likely to come down soon, post-judgment discovery prior to the issuance of that opinion is a waste of resources and unduly burdensome. Counsel for Plaintiff explained that they think the Magistrate Judge's order was rightly decided and that post-judgment discovery should continue given that there is not a stay in place. Therefore, Counsel for Plaintiff indicated that they would oppose any motion for review.

Dated: May 8, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants and Counterclaim Plaintiffs Ryder Ripps and Jeremy Cahen*

Dated: May 8, 2025

By: /s/ *Eric Ball*

Eric Ball (CSB No. 241327)
eball@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041

Telephone: 650.988.8500
Fax: 650.938.5200

Kevin Abbott (CSB #281312)
**FENNEMORE**
550 E. Hospitality Lane
San Bernardino, CA 92408
Telephone No.: 909-723-1702
kabbott@fennemorelaw.com

John Tennert (NSB #11728) (pro hac vice)
MaryJo E. Smart Pinocchio (CSB #332879)
**FENNEMORE**
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone No.: 775-788-2212
jtenner@fennemorelaw.com
msmart@fennemorelaw.com

*Attorneys for Plaintiff YUGA LABS INC.*

3

Case No. 2:22-cv-04355-JFW-RAO     JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Eric Ball.

Dated: May 8, 2025  By: /s/ *Louis W. Tompros*
  Louis W. Tompros

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 8, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros