| | |
|---|---|
| 1 | Louis W. Tompros (*pro hac vice*) |
|   | louis.tompros@wilmerhale.com |
| 2 | Tyler Carroll (*pro hac vice*) |
|   | tyler.carroll@wilmerhale.com |
| 3 | **WILMER CUTLER PICKERING** |
|   |    **HALE AND DORR LLP** |
| 4 | 60 State Street |
|   | Boston, MA 02109 |
| 5 | Telephone: (617) 526-6000 |
|   | Fax: (617) 526-5000 |
| 6 | |
| 7 | Derek Gosma (SBN 274515) |
|   | derek.gosma@wilmerhale.com |
| 8 | **WILMER CUTLER PICKERING** |
|   |    **HALE AND DORR LLP** |
| 9 | 350 South Grand Ave., Suite 2400 |
|   | Los Angeles, CA 90071 |
| 10 | Telephone: (213) 443-5300 |
|   | Fax: (213) 443-5400 |
| 11 | |
|   | Attorneys for Defendants and |
| 12 | Counterclaim Plaintiffs |
|   | RYDER RIPPS and JEREMY CAHEN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-RAO |
|         Plaintiff, | **NOTICE OF MOTION FOR REVIEW** |
| v. | Judge: John F. Walter |
| RYDER RIPPS, JEREMY CAHEN, | Hearing: June 9, 2025, at 1:30 p.m. |
|         Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2025, at 1:30 p.m., or at another time convenient for the Court, in Courtroom 7A of the First Street United States Courthouse at 350 W. 1st Street, Los Angeles, California, 90012 or in such manner as the Court directs, Defendants Ryder Ripps and Jeremy Cahen will move this Court to review and reverse the Magistrate Judge's order overruling Defendants' objection that post-judgment discovery should not proceed in light of the pending appeal pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.

This motion is made following conferences of counsel pursuant to L.R. 7-3 which took place on May 5, 2025.  Yuga Labs, Inc. indicated that it disagreed with the substance of Mr. Cahen and Mr. Ripps's motion and was not willing to support a review of the Magistrate Judge's order.

Defendants Mr. Cahen and Mr. Ripps respectfully request this Court to review and reverse the Magistrate Judge's order overruling their objections to post-judgment discovery.  *See* Dkt. 515.

Dated:  May 12, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

1

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
*Ryder Ripps and Jeremy Cahen*

Case No. 2:22-cv-04355-JFW-RAO                    NOTICE OF MOTION FOR REVIEW

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 12, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros

---

Case No. 2:22-cv-04355-JFW-RAO      NOTICE OF MOTION FOR REVIEW

3