Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **DEFENDANTS' MOTION FOR REVIEW** <br><br> Judge: John F. Walter <br> Hearing: June 9, 2025, at 1:30 p.m. |

Case No. 2:22-cv-04355-JFW-RAO    DEFENDANTS' MOTION FOR REVIEW

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2, Defendants Jeremy Cahen and Ryder Ripps respectfully object to the Magistrate Judge's order overruling Defendants' objection that post-judgment discovery should not proceed in light of the pending appeal (Dkt. 515).

## I.  FACTUAL BACKGROUND

Final judgment in this matter entered more than a year ago, on February 2, 2024 (Dkt. 452).  Mr. Cahen and Mr. Ripps immediately appealed (Dkt. 456), and the appeal was promptly placed on an expedited schedule (Dkt. 470).  Mr. Cahen and Mr. Ripps requested to stay execution of the monetary portion of the judgment pending appeal, but the District Court declined to act on the request.  *Compare* ECF No. 451, 449-1 with 452.

Nevertheless, cognizant of Mr. Cahen's and Mr. Ripps's inability to satisfy the monetary portion of the judgment, Yuga appeared to be taking no meaningful action to enforce the monetary aspect of the judgment while briefing and argument on the appeal went forward.  The appeal moved forward on an expedited basis and was fully briefed by June 2024, and argued on August 15, 2024, all with no meaningful enforcement action by Yuga before that argument. *See Yuga Labs, Inc. v. Ripps*, No. 24-879, Dkt. 49 (briefing completed on June 20, 2024), 57 (oral argument on August 15, 2024).

It was only after oral argument in the appeal was complete that Yuga began pursuing significant post-judgment activity.  On October 28, 2024, Yuga moved to compel third party Dor, Crisostomo, Dor & Dow Accountancy Corporation ("DCDD") to produce various financial records concerning Mr. Cahen. *See* Dkt. 484.  Mr. Cahen opposed the motion to compel, respectfully submitting that post-judgment discovery was unnecessary and a waste of resources given the imminent decision from the Ninth Circuit. (Dkt. 488).

1

Case No. 2:22-cv-04355-JFW-RAO        DEFENDANTS' MOTION FOR REVIEW

On February 27, 2025, Yuga sought an informal discovery conference with the Court to seek additional post-judgment discovery, including a series of seventeen interrogatories to each defendant, coupled with a new request for multiple post-judgment depositions. That conference was held on April 28, 2025, and the Magistrate Judge overruled Mr. Cahen and Mr. Ripps's objection that post-judgment discovery should not proceed in light of the pending appeal and ordered the parties to confer on post-judgment discovery (Dkt. 515).

For the reasons set out herein, Mr. Cahen and Mr. Ripps request that this Court reconsider and overrule the Magistrate Judge's order, and instead defer further post-judgment discovery pending the Ninth's Circuit imminent judgment.

## II.   LEGAL STANDARD

It is well established that a Magistrate Judge's ruling may be set aside by the district court. As relevant here, "a review of a magistrate judge's post-judgment discovery order relating to a judgment-debtor is conducted under a clearly erroneous standard." *Retamco Operating, Inc. v. Carone,* No. CV 04-2997 CBM (RZX), 2007 WL 9752775, at *1 (C.D. Cal. Aug. 17, 2007). In turn, "[a] finding is 'clearly erroneous' when although there is evidence to support it, the reviewing court on the entire record is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.,* 333 U.S. 364, 395 (1948). The Magistrate Judge's rulings here should be reconsidered.

## III.   ARGUMENT

As outlined above, it has almost been nine months since Mr. Cahen and Mr. Ripps submitted their appeal to the Ninth Circuit. The Ninth Circuit encourages appellants to provide notice to the Court if "a decision on the merits has not been issued within 9 months after submission," Circuit Advisory Committee Note to Rule 25-2, a deadline that will pass within the next few weeks. Accordingly, it is

2

likely that the Court's decision on Mr. Cahen's and Mr. Ripps's appeal will issue in the near future. Continuing with expensive post-judgment discovery, including court ordered conferences (Dkt. 515), responses to interrogatories, and post-judgment depositions, when a decision from the Ninth Circuit is likely imminent is a waste of both parties' resources and is unduly burdensome. Accordingly, the Magistrate Judge's orders overruling Mr. Ripps and Mr. Cahen's objections "that post-judgment discovery should not proceed in light of the pending appeal" should be reconsidered. See *U.S. Gypsum Co.,* 333 U.S. at 395 (overruling appropriate when "a mistake has been committed"); Dkt. 515. The Court should make clear that further post-judgment discovery is deferred until a decision issues from the Court of Appeal.

## IV.  CONCLUSION

For the reasons set forth above, Mr. Cahen and Mr. Ripps respectfully request that the Court review and reverse the Magistrate Judge's order overruling their objections to post-judgment discovery.

Dated: May 12, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

3

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
*Ryder Ripps and Jeremy Cahen*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 12, 2025

By: /s/ *Louis W. Tompros*
Louis W. Tompros

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants, certifies that this brief contains 743 words, which complies with the word limit of L.R. 11-6.1.

By: /s/ *Louis W. Tompros*
Louis W. Tompros

5
Case No. 2:22-cv-04355-JFW-RAO        DEFENDANTS' MOTION FOR REVIEW