Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-RAO<br><br>**NOTICE OF LODGING**<br><br>Judge: John F. Walter |

PLEASE TAKE NOTICE that Defendants Jeremy Cahen and Ryder Ripps hereby lodge the attached proposed statement of decision granting Defendants' Motion for Review (Dkt. 523).

Dated: May 27, 2025                By: /s/ *Louis W. Tompros*

    Louis W. Tompros (*pro hac vice*)
    louis.tompros@wilmerhale.com
    Tyler Carroll (*pro hac vice*)
    tyler.carroll@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Fax: (617) 526-5000

    Derek Gosma (SBN 274515)
    derek.gosma@wilmerhale.com
    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    350 South Grand Ave., Suite 2400
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Fax: (213) 443-5400

    Attorneys for Defendants
    *Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on May 27, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros

2

Case No. 2:22-cv-04355-JFW-RAO         NOTICE OF LODGING