Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and
Counterclaim Plaintiffs
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **DEFENDANTS' NOTICE REGARDING NINTH CIRCUIT MANDATE** <br><br> Judge: John F. Walter <br> Magistrate: Rozella A. Oliver |

Defendants Ryder Ripps and Jeremy Cahen hereby respectfully provide notice to the Court that the mandate has issued from the United States Court of Appeals for the Ninth Circuit reversing in part and affirming in part this Court's Final Judgment (Dkt. 452). *See* Ex. 1 (Mandate in *Yuga Labs, Inc. v. Ripps*, No. 24-879, August 14, 2025); *see also* Dkt. 547 (Opinion from Ninth Circuit Court of Appeals).

Defendants note that, as a result of the entry of the mandate, this Court's writs of execution of its Final Judgment (Dkt. Nos. 472, 477, 501) are no longer in effect. In addition, Defendants note that the Court's injunction as part of that Final Judgment (Dkt. No. 452 at 3-6) is no longer in effect, as a result of the mandate.

The Court has ordered Judgment Debtor Examinations of both Mr. Ripps and Mr. Cahen, before Magistrate Judge Rozella A. Oliver at 10:00 AM on September 24, 2025 (Dkts. 545, 546). Defendants note that those examinations are no longer necessary in view of the mandate of the Court of Appeals.

Finally, Defendants note that Plaintiff Yuga Labs, Inc. ("Yuga") has unfortunately refused to respond to Defendants' requests to return material transferred as part of the Court's injunction (*see* Dkts. 452, 455, 464, 465). On July 23, 2025—shortly after the Court of Appeals issued its decision—counsel for Defendants requested that Yuga take a series of steps, including undoing its seizure of Defendants' assets, ending engagement in post-judgment discovery, returning Defendants' property transferred as a result of the injunction, and working with Defendants to notify the Court about the decision (to allow the Magistrate Judge to release the time held for the now unnecessary Judgment Debtor Examinations). *See* Ex. 2 (Letter from L. Tompros to J. Seifert, July 23, 2025). Yuga responded on July 28, 2025, claiming, among other things, that no action was necessary because the decision of the Court of Appeals was not yet final. *See* Ex. 3 (Letter from J.

1

| Case No. 2:22-cv-04355-JFW-RAO | DEFENDANTS' NOTICE RE NINTH CIRCUIT MANDATE |

Seifert to L. Tompros, July 28, 2025). Defendants wrote to Yuga shortly thereafter, reasserting Defendants' requests for action. *See* Ex. 4 (Letter from L. Tompros to J. Seifert, July 30, 2025). Yuga responded on July 31, 2025, claiming again that no action was necessary because the decision of the Court of Appeals was not yet final and stating that Yuga planned to liquidate the property it was holding as a result of the injunction. *See* Ex. 5 (Letter from J. Seifert to L. Tompros, July 31, 2025). Defendants responded on August 2, 2025, warning Yuga of the harm that would occur if they liquidated the property Yuga received from the reversed injunction and reasserted, again, Defendants' requests for action. *See* Ex. 6 (Letter from L. Tompros to J. Seifert, August 2, 2025).

Once the deadline for seeking reconsideration of the Court of Appeals opinion had passed, Defendants wrote again to Yuga, reiterating its requests and asking for a conference of lead counsel if Yuga refused. *See* Ex. 7 (Letter from L. Tompros to J. Seifert, August 7, 2025). Yuga did not respond. After the mandate issued, Defendants again repeated their requests a fifth time. *See* Ex. 8 (Letter from L. Tompros to J. Seifert, August 14, 2025). As of the filing of this notice, Yuga still has possession of Defendants' property and has not (to Defendants' knowledge) taken any steps to undo its enforcement efforts.

2

Case No. 2:22-cv-04355-JFW-RAO    DEFENDANTS' NOTICE RE NINTH CIRCUIT MANDATE

Dated: August 14, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and Counterclaim Plaintiffs
*Ryder Ripps and Jeremy Cahen*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on August 14, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros