# EXHIBIT 2

# WILMERHALE

July 23, 2025

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

Joshua L. Seifert (jseifert@seifertpllc.com)
18 West 18th Street, 6th Floor
New York, New York 10011
(646) 470-2647

Eric Ball (eball@fenwick.com)
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041

Re: *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen*, 2:22-cv-04355-JFW-JEMx (C.D. Cal.)

Counsel:

As both parties expected, the Ninth Circuit has now reversed the judgment that Yuga Labs, Inc. ("Yuga") obtained against Mr. Ripps and Mr. Cahen. We write to address several immediate actions that Yuga must now take in view of that reversal.

*First*, Yuga has contacted various banks, exchanges, and other financial and business institutions to place liens, holds, and other restrictions on accounts held by Mr. Ripps and Mr. Cahen. In addition, we understand that Yuga has garnished and/or seized assets from various institutions in enforcement of the (now reversed) judgment. This includes at least third parties Robinhood, Coinbase, and Gemini. By Friday, July 25, 2025, provide us with a list of all institutions that Yuga or its agents have contacted to enforce the judgment against Mr. Ripps or Mr. Cahen. Additionally, by Friday, July 25, 2025, contact each of those institutions, furnish them with a copy of the Ninth Circuit's July 23, 2025 opinion, request that they immediately return all seized or garnished assets to Mr. Ripps and Mr. Cahen, and request that all holds, liens, or other restrictions be removed such that Mr. Ripps and Mr. Cahen's accounts are returned to good standing. We request that you copy us on all such correspondence.

*Second*, as we rightly predicted, Yuga's post-judgment discovery was completely wasteful. We request that Yuga immediately cease any efforts to obtain further post-judgment discovery, including from any third party. By Friday, July 25, 2025, provide us a complete list of all third parties on which Yuga has served post-judgment discovery (by subpoena or other means), as well as all third parties that Yuga has otherwise contacted to request information concerning Mr. Ripps's or Mr. Cahen's assets. Additionally, by Friday, July 25, 2025, contact each third party that has received any post-judgment discovery request from Yuga, furnish them with a copy of the Ninth Circuit's July 23, 2025 opinion, and inform them that they are under no obligation to respond further to Yuga's requests. Again, copy us on all such correspondence. In addition, please immediately return or destroy all materials that Yuga obtained during post-judgment

July 23, 2025
Page 2

**WilmerHale**

discovery, and confirm that those materials have been destroyed no later than Friday, August 8, 2025.

***Third***, we assume that Yuga has complied with the District Court's February 6, 2024 order (Dkt. 455) requiring that it not take any action that would prevent the return of the RR/BAYC NFTs that were transferred to Yuga in satisfaction of paragraph 2(b) of the Court's February 2, 2024 injunction (Dkt. 452). We understand that those NFTs are presently stored at 0xB017adE4dC365e2886D205a133a2aE3351b58bC4. Please confirm that Yuga is prepared to return those RR/BAYC NFTs as required, along with the rrbayc.com and apemarket.com domains, the @ApeMarketplace Twitter account, and the RR/BAYC smart contract (0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e). Please identify a time no later than Friday, August 1, 2025, on which that return can be effectuated in coordination with counsel for Mr. Ripps and Mr. Cahen.

***Fourth***, we understand that Yuga has provided notice to various NFT marketplaces—including prior DMCA notices—that have resulted in takedowns of the RR/BAYC NFT collection. By Friday, July 25, 2025, provide us a complete list of all NFT marketplaces that Yuga has instructed to remove RR/BAYC NFT collections. Additionally, by Friday, July 25, 2025, contact each such marketplace, furnish them with a copy of the Ninth Circuit's July 23, 2025 opinion, and inform them that they are no longer under any obligation to preclude the listing of RR/BAYC NFTs.

***Fifth***, we request that Yuga prepare a joint statement for submission to the District Court explaining that the judgment has been reversed and requesting that the scheduled September 24, 2025 examinations be removed from the Court's calendar. Please provide us a with a draft to review by Friday, July 25, 2025.

***Finally***, as Mr. Ripps and Mr. Cahen have explained previously, we expect to seek reimbursement for all fees and costs involved in responding to Yuga's unnecessary post-judgment discovery. And of course, this letter may not encompass all actions that Yuga is required to take. Mr. Ripps and Mr. Cahen reserve all rights.

If any aspect of this letter is unclear, please feel free to contact me anytime.

Very truly yours,

*[signature]*

Louis W. Tompros
cc: Counsel of Record