# EXHIBIT 6

# WILMERHALE

August 2, 2025

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

Joshua L. Seifert (jseifert@seifertpllc.com)
18 West 18th Street, 6th Floor
New York, New York 10011
(646) 470-2647

Re:  *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen*, 2:22-cv-04355-JFW-JEMx (C.D. Cal.)

Mr. Seifert,

I write in response to your letter dated July 31, 2025, which includes threats of improper action and continued mischaracterization of the impact of the Ninth Circuit's recent opinion.

The Ninth Circuit's recent decision clearly states that they have "reversed the district court's grant of summary judgment for Yuga on its trademark-infringement and cybersquatting claims," which are the very claims that supported the district court's judgment against Mr. Ripps and Mr. Cahen. *Yuga Labs, Inc. v. Ripps,* No. 24-879 (9th Cir.), Dkt. 66.1 at 3. It defies reason to believe that the Ninth Circuit's opinion, therefore, did not vacate the judgment the court issued on February 2, 2024. Accordingly, the continued post-judgment discovery in furtherance of said judgment is frivolous and Mr. Ripps and Mr. Cahen reassert their demand for a list of third parties that Yuga Labs, Inc. ("Yuga") has subpoenaed and liens that Yuga has taken out against Mr. Ripps and Mr. Cahen's property in an attempt to effectuate the now vacated judgment.

Finally, Yuga's new threat in your July 31st letter to liquidate the RR/BAYC NFTs in their current possession is contrary to law and would cause irreparable harm. The RR/BAYC NFTs were transferred to Yuga in compliance with the injunction the district court ordered as part of the judgment it issued for the two causes of action that the Ninth Circuit has just reversed. Said injunction has been vacated and the RR/BAYC NFTs must be returned to Mr. Ripps and Mr. Cahen. To liquidate these one-of-a-kind pieces of digital artwork before returning them to Mr. Ripps and Mr. Cahen is improper and would cause irreparable harm.

Very truly yours,

*/s/ Louis W. Tompros*

Louis W. Tompros

cc: Counsel of Record