# EXHIBIT 7

# WILMERHALE

August 7, 2025

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
louis.tompros@wilmerhale.com

Joshua L. Seifert (jseifert@seifertpllc.com)
18 West 18th Street, 6th Floor
New York, New York 10011
(646) 470-2647

Eric Ball (eball@fenwick.com)
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041

Re:  *Yuga Labs, Inc. v. Ryder Ripps, Jeremy Cahen*, 2:22-cv-04355-JFW-JEMx (C.D. Cal.)

Counsel:

The deadline to petition for rehearing the Ninth Circuit's opinion reversing the judgment that Yuga Labs, Inc. ("Yuga") obtained against Mr. Ripps and Mr. Cahen has now passed, and with it, any possible remaining argument Yuga has to delay the actions outlined in our letter dated July 23, 2025.  There is no remaining justification for Yuga's delay.

Mr. Ripps and Mr. Cahen reiterate the requests outlined fully in our July 23, 2025 correspondence, including:

- Immediately provide us with a list of all institutions that Yuga or its agents have contacted to enforce the judgment against Mr. Ripps or Mr. Cahen.

- Immediately contact each of those institutions, furnish them with a copy of the Ninth Circuit's July 23, 2025 opinion, request that they immediately return all seized or garnished assets to Mr. Ripps and Mr. Cahen, and request that all holds, liens, or other restrictions be removed such that Mr. Ripps and Mr. Cahen's accounts are returned to good standing, copying us on all such correspondence.

- Immediately provide us a complete list of all third parties on which Yuga has served post-judgment discovery (by subpoena or other means), as well as all third parties that Yuga has otherwise contacted to request information concerning Mr. Ripps's or Mr. Cahen's assets.

- Immediately contact each third party that has received any post-judgment discovery request from Yuga, furnish them with a copy of the Ninth Circuit's July 23, 2025

**WilmerHale**

August 7, 2025
Page 2

- opinion, and inform them that they are under no obligation to respond further to Yuga's requests, copying us on all such correspondence.

- Immediately return or destroy all materials that Yuga obtained during post-judgment discovery, and confirm that those materials have been destroyed.

- Immediately return Mr. Cahen's property stored at 0xB017adE4dC365e2886D205a133a2aE3351b58bC4 to Mr. Cahen, and return the rrbayc.com and apemarket.com domains, the @ApeMarketplace Twitter account, and the RR/BAYC smart contract (0x2EE6AF0dFf3A1CE3F7E3414C52c48fd50d73691e) to Mr. Ripps. (We are prepared to provide specific instructions to you at your convenience to effectuate this immediate return).

- Immediately provide us a complete list of all NFT marketplaces that Yuga has instructed to remove RR/BAYC NFT collections.

- Immediately contact each such marketplace, furnish them with a copy of the Ninth Circuit's July 23, 2025 opinion, and inform them that they are no longer under any obligation to preclude the listing of RR/BAYC NFTs, copying us on all such correspondence.

- Immediately provide us with a draft joint statement for submission to the District Court explaining that the judgment has been reversed and requesting that the scheduled September 24, 2025 examinations be removed from the Court's calendar.

We note in your prior correspondence that you have threatened to liquidate some or all of the assets transferred to you by way of the Court's injunction. Doing so would, of course, be improper. Should you do so, we reserve the right to seek all appropriate remedies.

WILMERHALE

August 7, 2025
Page 3

Please confirm no later than tomorrow that you will comply in full with each of these requests. Otherwise, please provide times no later than Monday, August 11th, for a conference of lead counsel so that we may seek appropriate relief from the Court.

Very truly yours,

*/s/ Louis W. Tompros*

Louis W. Tompros

cc: Counsel of Record