HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 866-4825

Attorneys for Plaintiff YUGA LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RYDER RIPPS, JEREMY CAHEN, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04355-JFW(RAOx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>District Judge: Hon. John F. Walter<br>Mag. Judge: Hon. Rozella A. Oliver<br><br>Complaint Filed: June 24, 2022<br><br>Trial Date: TBD |

DECLARATION OF LEAD TRIAL COUNSEL

I, Moez M. Kaba, declare as follows:

1. I am an attorney at law licensed to practice before this Court. I am a partner at Hueston Hennigan LLP, counsel of record for Plaintiff Yuga Labs, Inc. ("Yuga") in this action. (*See* Dkt. 549.)

2. I am submitting this Declaration of Lead Trial Counsel to inform the Court that I will be serving as Yuga's lead trial counsel going forward. (*See* Dkt. 14 §§ 2, 3). Fenwick & West LLP will continue as co-counsel for Yuga.

3. I am registered as a CM/ECF User.

4. My E-Mail Address of Record is mkaba@hueston.com.

5. I confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August, 2025, at Seattle, Washington.

_____
Moez M. Kaba