UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> RYDER RIPPS and JEREMY CAHEN, <br><br> Defendants - Appellants. | No. 24-879 <br><br> D.C. No. 2:22-cv-04355-JFW-JEM <br><br> Central District of California, Los Angeles <br><br> MANDATE |

The judgment of this Court, entered July 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT