# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 22-4355-JFW(RAOx)     Date August 19, 2025

Title: Yuga Labs, Inc. -v- Ripps, et al.

Present: The Honorable John F. Walter, U.S. District Court Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Mandate Issued - JS5

☐ Entered _____.

Initials of Preparer    sr