Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY
  CAHEN

Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 866-4825

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

Attorneys for Plaintiff YUGA LABS INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04355-JFW-RAO<br><br>**JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE**<br><br>Judge: John F. Walter<br>Magistrate Judge: Rozella A. Oliver |

Pursuant to this Court's Standing Order (Dkt. 14), Plaintiff Yuga Labs, Inc. ("Plaintiff" or "Yuga Labs") and Defendants Ryder Ripps and Jeremy Cahen ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby submit the following joint statement regarding their meet and confer conference held pursuant to Local Rule 7-3 in connection with WilmerHale's motion for withdrawal.

**Issue to Be Resolved and Date and Duration of Conference**

On October 6, 2025, Louis Tompros, lead counsel for Defendants, notified Moez Kaba, lead counsel for Plaintiff, that WilmerHale intended to move for withdrawal pursuant to Central District of California's Local Rule 83-2.3.2 and California Rules of Professional Conduct Rule 1.16. There has been an irreconcilable breakdown in the attorney-client relationship and WilmerHale believes that there is good cause to support the withdrawal of their representation as counsel for Defendants.

Thus, on October 8, 2025, the Parties held a conference of counsel by video to discuss WilmerHale's motion for withdrawal. Louis Tompros and Tyler Carroll attended the conference on behalf of the Defendants; Moez Kaba, Michael Todisco, and Kimberly Culp attended the conference on behalf of the Plaintiff. The conference lasted approximately ten (10) minutes.

**Issues Discussed and Resolved During the Conference**

At the October 8, 2025, conference, counsel for Defendants explained that WilmerHale intends to seek a permissive withdrawal from their representation of Defendants. Counsel explained that the fundamental reason for the withdrawal is that there has been an irreconcilable breakdown in the attorney-client relationship. Counsel argued that WilmerHale is in compliance with the Local Rules and the

California Rules of Professional Conduct and tried to resolve the issues with Defendants, but those efforts were unsuccessful. Counsel stated that WilmerHale has provided proper notice to Defendants of the withdrawal. Counsel explained that WilmerHale does not know whether Defendants have new counsel retained, but that WilmerHale would work to transfer any materials to new counsel for Defendants, once notified. Counsel argued that given the trial in this matter is not until August of 2026 and the next deadline, for mediation, is not for five months, this withdrawal would not prejudice the litigants or the administration of this case.

    Yuga Labs takes no position on the forthcoming motion.

Dated: October 10, 2025

By:   /s/ Louis W. Tompros

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Ryder Ripps and Jeremy Cahen*

Dated: October 10, 2025

By:   /s/ Moez M. Kaba

Moez M. Kaba, State Bar No. 257456

mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 866-4825

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

*Attorneys for Plaintiff YUGA LABS INC.*

3

Case No. 2:22-cv-04355-JFW-RAO                  JOINT STATEMENT RE LOCAL RULE 7-3 CONFERENCE

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Louis Tompros attests that concurrence in the filing of this document has been obtained from Moez Kaba.

Dated: October 10, 2025                         By: /s/ Louis W. Tompros
                                                Louis W. Tompros

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on October 10, 2025

By: /s/ Louis W. Tompros

Louis W. Tompros