Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
RYDER RIPPS and JEREMY CAHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **NOTICE OF MOTION FOR WITHDRAWAL** <br><br> Judge: John F. Walter <br> Magistrate Judge: Rozella A. Oliver <br> Hearing: November 17, 2025, at 1:30 p.m. |

Case No. 2:22-cv-04355-JFW-RAO        NOTICE OF MOTION FOR WITHDRAWAL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 17, 2025, at 1:30 p.m., or at another time convenient for the Court, in Courtroom 7A of the First Street United States Courthouse at 350 W. 1st Street, Los Angeles, California, 90012 or in such manner as the Court directs, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Defendants Jeremy Cahen and Ryder Ripps ("Defendants"), will move this Court for leave to withdraw as counsel pursuant to Central District of California's Local Rule 83-2.3.2 and the California Rules of Professional Conduct Rule 1.16 (b)(5).

This motion is made following conferences of counsel pursuant to L.R. 7-3 which took place on October 8, 2025.  Yuga Labs, Inc. has stated that they take no position on this motion.

### STATEMENT OF RELIEF SOUGHT

WilmerHale respectfully requests this Court to grant this motion for withdrawal and give WilmerHale leave to withdraw as counsel for Defendants pursuant to Central District of California's Local Rule 83-2.3.2 and the California Rules of Professional Conduct Rule 1.16 (b)(5).

Dated:  October 15, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street

1

Case No. 2:22-cv-04355-JFW-RAO          NOTICE OF MOTION FOR WITHDRAWAL

Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants
*Ryder Ripps and Jeremy Cahen*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on October 15, 2025

By: /s/ *Louis W. Tompros*

Louis W. Tompros