1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
3  **WILMER CUTLER PICKERING**
     **HALE AND DORR LLP**
4  60 State Street
   Boston, MA 02109
5  Telephone: (617) 526-6000
   Fax: (617) 526-5000
6
   Derek Gosma (SBN 274515)
7  derek.gosma@wilmerhale.com
   **WILMER CUTLER PICKERING**
8    **HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
9  Los Angeles, CA 90071
   Telephone: (213) 443-5300
10 Fax: (213) 443-5400

11 Attorneys for Defendants
   RYDER RIPPS and JEREMY CAHEN
12

13

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                   **WESTERN DIVISION**

18
   YUGA LABS, INC.,                        Case No.: 2:22-cv-04355-JFW-RAO
19
                Plaintiff,
20
        v.                                 **DECLARATION OF LOUIS**
21                                          **TOMPROS IN SUPPORT OF**
   RYDER RIPPS, JEREMY CAHEN,               **WILMERHALE'S MOTION FOR**
22                                          **WITHDRAWAL**
                Defendants.
23
                                           Judge: John F. Walter
24                                          Magistrate Judge: Rozella A. Oliver
                                           Hearing: November 17, 2025, at 1:30 p.m.
25

26

27

28

Case No. 2:22-cv-04355-JFW-RAO          DECLARATION OF LOUIS
                                        TOMPROS

1    I, Louis Tompros, declare and state as follows:

2    1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and

3    Dorr LLP ("WilmerHale"), located at 60 State Street, Boston, Massachusetts

4    02109. I am lead counsel for Defendants Jeremy Cahen and Ryder Ripps

5    ("Defendants"). I am licensed to practice law in the State of Massachusetts and

6    am admitted to appear *pro hac vice* in this matter. Dkt. 18. I have personal

7    knowledge of the facts set forth herein and with the proceedings in this case, and

8    if called to testify as a witness thereto, I would do so competently under oath.

9    2. I make this Declaration in support of WilmerHale's Motion for

10   Withdrawal.

11   3.   WilmerHale began its representation of Defendants in July 2022.

12   4. On July 11, 2022, Defendants agreed to and signed an engagement

13   agreement with WilmerHale. The agreement sets out certain requirements that

14   Defendants agreed to meet and certain obligations they agreed to fulfill. The

15   agreement further provides for termination of the engagement by the firm in the

16   event these requirements and obligations are not fulfilled.

17   5. The engagement agreement also provides that, upon request after

18   termination of representation, WilmerHale will return all client materials to

19   Defendants.

20   6. WilmerHale diligently represented Defendants throughout this case.

21   7. There has been an irreconcilable breakdown in the attorney-client

22   relationship and engagement between WilmerHale and the Defendants such that

23   the firm has provided notice of termination to the Defendants.

24   8. Consistent with applicable ethical obligations, I have provided limited

25   information concerning the irreconcilable breakdown in our attorney-client

26                                          1

27   Case No. 2:22-cv-04355-JFW-RAO          DECLARATION OF LOUIS
                                             TOMPROS
28

1    relationship.  In the event the Court requires additional information, I am

2    prepared to provide additional information in camera to the extent consistent

3    with my ethical responsibilities.

4        9.  WilmerHale has communicated with Defendants and attempted in

5    good faith to reach a resolution.

6        10. On September 10, 2025, I had calls with each of the Defendants and

7    apprised them that WilmerHale would need to withdraw from their

8    representation absent a satisfactory resolution.  No resolution was reached, and

9    the irreconcilable breakdown in the attorney-client relationship remains.

10       11. On September 15, 2025, WilmerHale provided Defendants with formal

11   written notice that WilmerHale could not continue their representation and

12   would seek leave to withdraw as counsel for this case.  As that notice made

13   clear, WilmerHale is prepared to ensure a prompt and efficient transition of

14   Defendants' representation to successor counsel, as soon as Defendants identify

15   that counsel. Further, in the event this motion is granted, WilmerHale will

16   transfer the clients' files to any successor counsel or the Defendants, upon

17   request.

18       12. On October 6, 2025, WilmerHale provided notice to Plaintiff Yuga

19   Labs, Inc.'s ("Yuga") counsel of record that WilmerHale would seek leave to

20   withdraw as counsel for Defendants.  WilmerHale and counsel for Yuga met and

21   conferred regarding the withdrawal on October 8, 2025.

22       13. Counsel for Plaintiffs, Yuga Labs, Inc., takes no position on this

23   motion.

24

25   I declare under the penalty of perjury under the laws of the United States of

26                                    2

27

Case No. 2:22-cv-04355-JFW-RAO          DECLARATION OF LOUIS
28                                       TOMPROS

1   America that the foregoing is true and correct to the best of my knowledge.

2

3   Executed in Massachusetts on October 15, 2025.

4
5
6
7
8
9
10

/s/  *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

11
12
13
14
15

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

16
17

Attorneys for Defendants
*Jeremy Cahen and Ryder Ripps*

18

19

20

21

22

23

24

25

26                                                         3

27

Case No. 2:22-cv-04355-JFW-RAO          DECLARATION OF LOUIS
TOMPROS

28