1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

16  YUGA LABS, INC.,

17          Plaintiff,

18     v.

19  RYDER RIPPS, JEREMY CAHEN,

20          Defendants.

Case No.: 2:22-cv-04355-JFW-RAO

**[PROPOSED] ORDER ON WILMERHALE'S MOTION FOR WITHDRAWAL**

21
22
23
24
25
26
27
28

Case No. 2:22-cv-04355-JFW-RAO | [PROPOSED] ORDER ON MOTION FOR WITHDRAWAL

This matter is before the Court pursuant to Wilmer Cutler Pickering Hale and Dorr LLP'S ("WilmerHale"), counsel for Defendants Jeremy Cahen and Ryder Ripps ("Defendants"), Motion for Withdrawal. Having considered the briefing, supporting documents, and all other matter properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT WilmerHale's motion is GRANTED. The Court hereby grants WilmerHale leave to withdraw as counsel for Defendants.

IT IS SO ORDERED

Dated: _____

_____
Hon. John F. Walter
United States District Judge