**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-4355-JFW(RAOx)** | Date: October 30, 2025 |
| Title: | Yuga Labs, Inc. -v- Ripps, et al. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING WILMER CUTLER PICKERING HALE AND DORR LLP'S MOTION FOR WITHDRAWAL [filed 10/15/25; Docket No. 561]**

      On October 15, 2025, Movant Wilmer Cutler Pickering Halle and Dorr LLP ("Wilmer Cutler"), counsel for Defendants Ryder Ripps ("Ripps") and Jeremy Cahen ("Cahen") (collectively, "Defendants"), filed a Motion for Withdrawal ("Motion"). Neither Defendants nor Plaintiff Yuga Labs, Inc. ("Plaintiff") filed an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for November 17, 2025, is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

      Wilmer Cutler's Motion is **GRANTED**. Wilmer Cutler is hereby relieved as counsel of record for Defendants. Wilmer Cutler shall serve a copy of this Order on Defendants on or before **November 4, 2025**. In addition, the Court hereby orders Wilmer Cutler to file and serve, on or before **November 4, 2025**, a Supplemental Declaration:

1. Setting forth the clients' current addresses and telephone numbers, verified as accurate by Wilmer Cutler;

2. Informing the clients and all attorneys of record that said addresses will be the addresses to which all future documents will be served or sent until changed by appropriate notices or substitutions of attorney;

3. Informing the clients of all future dates now set in the action, including, but not limited to, pre-trial conference dates, date of discovery cut-off, any motion dates, deposition

        dates, and the time limits on any pending discovery obligations;

4. Informing the client that they shall comply with all future dates now set in this action, and that failure to comply may result in judgment against them; and

5. Informing the clients when and where the clients may pick up the case file, including copies made by the attorney if originals are not delivered; and

Wilmer Cutler shall also serve the Court's Self-Representation Order on Defendants by **November 4, 2025.** Wilmer Cutler shall file Proofs of Service of this Order, the Supplemental Declaration, and the Self-Representation Order on or before **November 5, 2025**.

IT IS SO ORDERED.