Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> RYDER RIPPS, JEREMY CAHEN, <br><br>  Defendants. | Case No.: 2:22-cv-04355-JFW-RAO <br><br> **DECLARATION OF LOUIS TOMPROS IN SUPPORT OF WILMERHALE'S UNOPPOSED APPLICATION TO FILE UNDER SEAL** <br><br> Judge: John F. Walter <br> Magistrate Judge: Rozella A. Oliver |

Case No. 2:22-cv-04355-JFW-RAO                    DECLARATION OF LOUIS TOMPROS

I, Louis Tompros, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), located at 60 State Street, Boston, Massachusetts 02109. I am licensed to practice law in the State of Massachusetts and admitted to appear *pro hac vice* in this matter. Dkt. 18. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. I make this Declaration in support of WilmerHale's Unopposed Application to File Under Seal portions of the Supplemental Declaration of Louis Tompros in Compliance with Court's October 30, 2025 Order ("the Declaration").

3. There is good cause to support sealing the portions of the Declaration that contain the last known home addresses and personal telephone numbers of Ryder Ripps and Jeremy Cahen (the "Defendants"). The Defendants have a strong privacy interest in keeping their personal contact information from the public docket and given the publicity surrounding this matter, public disclosure of that information may lead to harassment. WilmerHale's proposed redactions of this information are also narrowly tailored and would not infringe on the public's right to access information related to this matter.

4. Counsel for Yuga Labs, Inc. does not oppose this application.

5. Attached hereto is an unredacted copy of the Declaration. WilmerHale has highlighted in yellow portions of the Declaration to identify proposed redactions.

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct to the best of my knowledge.

4  Executed in Massachusetts on November 4, 2025.

/s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on November 4, 2025 and on Ryder Ripps and Jeremy Cahen via FedEx to their addresses of record.

By: /s/ *Louis W. Tompros*
Louis W. Tompros