1  Louis W. Tompros (*pro hac vice*)
   louis.tompros@wilmerhale.com
2  Tyler Carroll (*pro hac vice*)
   tyler.carroll@wilmerhale.com
3  **WILMER CUTLER PICKERING
     HALE AND DORR LLP**
4  60 State Street
   Boston, MA 02109
5  Telephone: (617) 526-6000
   Fax: (617) 526-5000
6
   Derek Gosma (SBN 274515)
7  derek.gosma@wilmerhale.com
   **WILMER CUTLER PICKERING
8    HALE AND DORR LLP**
   350 South Grand Ave., Suite 2400
9  Los Angeles, CA 90071
   Telephone: (213) 443-5300
10 Fax: (213) 443-5400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-RAO |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA AND CORRECTED DECLARATION** |
| RYDER RIPPS, JEREMY CAHEN, | Judge: John F. Walter |
| Defendants. | Magistrate Judge: Rozella A. Oliver |

On November 4, 2025, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), submitted the Declaration of Louis Tompros in Support of WilmerHale's Unopposed Application to File Under Seal (Dkt. 565). The Declaration of Louis Tompros in Support of WilmerHale's Unopposed Application to File Under Seal (Dkt. 565) was then inadvertently filed again (Dkt. 566). WilmerHale intended to instead file a Redacted Version of the Supplemental Declaration of Louis Tompros in Compliance with the Court's October 30, 2025 Order.

The undersigned regrets the error and submits this notice so that the Court has the benefit of a full and accurate record. The Redacted Version of the Supplemental Declaration of Louis Tompros in Compliance with Court's October 30, 2025 Order and Proof of Service that were inadvertently excluded are attached to this Notice.

Dated: November 4, 2025

/s/ *Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

1

Case No. 2:22-cv-04355-JFW-RAO        NOTICE OF ERRATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on November 4, 2025 and on Ryder Ripps and Jeremy Cahen via FedEx to their addresses of record.

By: /s/ *Louis W. Tompros*
Louis W. Tompros