Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>    Defendants. | Case No.: 2:22-cv-04355-JFW-RAO<br><br>**SUPPLEMENTAL DECLARATION OF LOUIS TOMPROS IN COMPLIANCE WITH COURT'S OCTOBER 30, 2025 ORDER (DKT. 563)**<br><br>Judge: John F. Walter<br>Magistrate Judge: Rozella A. Oliver |

SUPPLEMENTAL DECLARATION
OF LOUIS TOMPROS

I, Louis Tompros, declare and state as follows:

1.    I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), located at 60 State Street, Boston, Massachusetts 02109. I am licensed to practice law in the State of Massachusetts and admitted to appear *pro hac vice* in this matter. Dkt. 18. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2.    I make this Supplemental Declaration as ordered by the Court, pursuant to the Court's October 30, 2025 Order Granting Wilmer Cutler Pickering Hale and Dorr LLP's Motion for Withdrawal ("Order"). Dkt. 563.

3.    In its Order, the Court required this Supplemental Declaration to address five issues, each of which is addressed in turn below.

**<u>Court's Requirement 1.</u>  Setting forth the clients' current addresses and telephone numbers, verified as accurate by WilmerHale**

4.    On October 30, 2025, following entry of the Court's order relieving WilmerHale as counsel, I requested by email that Mr. Ripps provide his current address and phone number to be provided to the Court in compliance with this requirement. Mr. Ripps responded: "my address is unknown and my phone number is disconnected thanks." WilmerHale cannot verify the accuracy of Mr. Ripps's statement.

5.    The last known address for Mr. Ripps that WilmerHale has in its files is ███████████████████████ WilmerHale can verify that that address was at one time accurate for Mr. Ripps, but does not believe it is currently accurate.

1

SUPPLEMENTAL DECLARATION OF LOUIS TOMPROS

6.   The last known telephone number for Mr. Ripps that WilmerHale has in its files is ███████ WilmerHale can verify the accuracy of that telephone number at least as of September 10, 2025.

7.   On October 31, 2025, following entry of the Court's order relieving WilmerHale as counsel, I requested by email that Mr. Cahen provide his current address and phone number to be provided to the Court in compliance with this requirement. Mr. Cahen provided the following address as his current address: ████████████████ Mr. Cahen provided the following telephone number as his current phone number: ███████. WilmerHale cannot verify the accuracy of this address or telephone number.

8.   The last known telephone number for Mr. Cahen that WilmerHale has in its files is ███████. WilmerHale can verify the accuracy of that telephone number at least as of October 29, 2025.

9.   These are the best available addresses and telephone numbers for Mr. Ripps and Mr. Cahen, the accuracy of which WilmerHale can verify.

**Court's Requirement 2.** **Informing the clients and all attorneys of record that said addresses will be the addresses to which all future documents will be served or sent until changed by appropriate notices or substitutions of attorney.**

10.  By copy of this Supplemental Declaration, I hereby inform Mr. Ripps, Mr. Cahen, and all attorneys of record that the addresses listed above will be the addresses to which all future documents will be served or sent until changed by appropriate notices or substitutions of attorney.

11.  On November 4, 2025, I sent a copy of this Supplemental Declaration

2

SUPPLEMENTAL DECLARATION
OF LOUIS TOMPROS

to Ryder Ripps at the email address that we have used to correspond about this case. Mr. Ripps regularly checks that email address, and sent me a message from it most recently on October 30, 2025.

12.   On November 4, 2025, I sent a copy of this Supplemental Declaration to Jeremy Cahen at the email address that we have used to correspond about this case. Mr. Cahen regularly checks that email address, and sent me a message from it most recently on October 31, 2025.

13.   On November 4, 2025, I sent a copy of this Supplemental Declaration to the email addresses for all attorneys of record listed on the docket for this case. Specifically, I sent that email to: whdocketing@wilmerhale.com; louis.tompros@wilmerhale.com; mtodisco@hueston.com; docketing@hueston.com; mgreen@hueston.com; derek.gosma@wilmerhale.com; whdocketing@wilmerhale.com; melissa-lawton-1869@ecf.pacerpro.com; dskarloken@fenwick.com; mlawton@fenwick.com; kimberly-culp-5037@ecf.pacerpro.com; mguidoux@fenwick.com; kculp@fenwick.com; jseifert@seifertpllc.com; molly-melcher-4628@ecf.pacerpro.com; garenas@fenwick.com; anolen@fenwick.com; mmelcher@fenwick.com; tyler.carroll@wilmerhale.com; eball@fenwick.com; eric-ball-4752@ecf.pacerpro.com; bwalrod@fenwick.com; seckels@hueston.com; mkaba@hueston.com; kmontero@hueston.com; aperry@hueston.com; docketing@hueston.com.

**Court's Requirement 3.  Informing the clients of all future dates now set in the action, including, but not limited dates, and the time limits on any pending discovery obligations.**

3

SUPPLEMENTAL DECLARATION OF LOUIS TOMPROS

14.   By copy of this Supplemental Declaration, I hereby inform Mr. Ripps and Mr. Cahen of the following dates now set in this action:

    a.   March 2, 2026—Last day to conduct Settlement Conference/Mediation.

    b.   March 6, 2026—Last day to file Joint Report re: results of Settlement Conference/Mediation.

    c.   May 1, 2026—Discovery cut-off.

    d.   May 11, 2026, 1:30 p.m.—Last day for hearing motions.

    e.   July 1, 2026—Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.

    f.   July 28, 2026—File Proposed Voir Dire Questions and Agree-to Statement of Case.

    g.   July 31, 2026, 8:00 a.m., United States District Court for the Central District of California, First Street U.S. Courthouse, Los Angeles, Courtroom 7A—Pre-Trial Conference.

    h.   August 11, 2026, 8:30 a.m., United States District Court for the Central District of California, First Street U.S. Courthouse, Los Angeles, Courtroom 7A—Trial (estimated 2 days).

15.   Each of these dates is also set forth in the Court's Amended Scheduling and Case Management Order (Dkt. 559) and Order Vacating Scheduling Conference and Referral to Private Mediation (Dkt. 558). I sent

4

Case No. 2:22-cv-04355-JFW-RAO

SUPPLEMENTAL DECLARATION
OF LOUIS TOMPROS

those orders by email to Mr. Ripps and Mr. Cahen on September 16, 2025.

16.   I am not aware of any motion dates, deposition dates, or time limits on any pending discovery obligations.

**Court's Requirement 4.  Informing the client that they shall comply with all future dates now set in this action, and that failure to comply may result in judgment against them.**

17.   By copy of this Supplemental Declaration, I hereby inform Mr. Ripps and Mr. Cahen that the Court has ordered that they shall comply with all future dates now set in this action, and that failure to comply may result in judgment against them.

**Court's Requirement 5.  Informing the clients when and where the clients may pick up the case file, including copies made by the attorney if originals are not delivered.**

18.   On October 30, 2025, following entry of the Court's order relieving WilmerHale as counsel, I received an email from counsel for Yuga Labs, Inc., requesting that WilmerHale not transfer to Mr. Ripps and Mr. Cahen the documents designated under the protective order as attorneys' eyes only under the Court's protective order.

19.   WilmerHale is presently preparing a copy of the case file that removes all material designated under the protective order as attorneys' eyes only by Yuga Labs or any third party. WilmerHale will maintain a copy of the complete case file in its records pursuant to the Stipulation and Protective Order (Dkt. 51).

20.   By copy of this Supplemental Declaration, I hereby inform Mr. Ripps

5

Case No. 2:22-cv-04355-JFW-RAO          SUPPLEMENTAL DECLARATION
                                        OF LOUIS TOMPROS

and Mr. Cahen that they may pick up the case file that removes all material designated under the protective order as attorneys' eyes only by Yuga Labs or any third party anytime between 9:00 a.m. and 5:00 p.m. PT on any business day on or after November 7, 2025, at Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Ave., Suite 2400, Los Angeles, CA 90071. Alternatively, if Mr. Ripps and/or Mr. Cahen would prefer the case file be delivered electronically, WilmerHale will be prepared to provide it by FTP at their request.

21.    By copy of this Supplemental Declaration, I hereby inform Mr. Ripps and Mr. Cahen that, if and when outside counsel of record appears in this case on behalf of Mr. Ripps and/or Mr. Cahen, outside counsel may pick up the case file anytime between 9:00 a.m. and 5:00 p.m. PT on any business day on or after November 7, 2025, at Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Ave., Suite 2400, Los Angeles, CA 90071. Alternatively, if outside counsel would prefer the case file be delivered electronically, WilmerHale will be prepared to provide it by FTP at their request.

22.    Pursuant to the Court's Order, I served a copy of the Court's Self-Representation Order and the Court's October 30, 2025 Order to Mr. Ripps and Mr. Cahen on October 30, 2025, by electronic mail. Both Mr. Ripps and Mr. Cahen responded to that email.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

6

SUPPLEMENTAL DECLARATION OF LOUIS TOMPROS

1   Executed in Massachusetts on November 4, 2025.

2

3                                          /s/  *Louis W. Tompros*

4                                          Louis W. Tompros (*pro hac vice*)
                                           louis.tompros@wilmerhale.com
5                                          **WILMER CUTLER PICKERING
                                              HALE AND DORR LLP**
6                                          60 State Street
                                           Boston, MA 02109
7                                          Telephone: (617) 526-6000
                                           Fax: (617) 526-5000

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                    7

27  Case No. 2:22-cv-04355-JFW-RAO          SUPPLEMENTAL DECLARATION
                                            OF LOUIS TOMPROS
28

**CERTIFICATE OF SERVICE**

I hereby certify that an unsealed copy of the foregoing document was served on all attorneys of record via electronic mail on November 4, 2025 and on Ryder Ripps and Jeremy Cahen via FedEx to their addresses of record.

By: /s/ *Louis W. Tompros*

Louis W. Tompros

8

Case No. 2:22-cv-04355-JFW-RAO

SUPPLEMENTAL DECLARATION
OF LOUIS TOMPROS