Louis W. Tompros (*pro hac vice*)
louis.tompros@wilmerhale.com
Tyler Carroll (*pro hac vice*)
tyler.carroll@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

Derek Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW-RAO |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| RYDER RIPPS, JEREMY CAHEN, | |
| Defendants. | Judge: John F. Walter<br>Magistrate Judge: Rozella A. Oliver |

PROOF OF SERVICE

I, Louis Tompros, declare and state as follows:

1.    At the time of service, I was over 18 years of age and not a party to this action. My business address is 60 State Street, Boston, Massachusetts 02109. On November 4, 2025, I served a true copy of the following documents:

    a.  Order Granting Wilmer Cutler Pickering Hale and Door LLP's Motion for Withdrawal.  Dkt. 563.

    b.  The Court's Self-Representation Order.

    c.  Supplemental Declaration of Louis Tompros in Compliance with Court's October 30, 2025 Order.

2.    On the following parties:

    a.  Ryder Ripps                By FedEx and E-mail

    b.  Jeremy Cahen           By FedEx and E-mail

3.    **By FedEx:** I caused the documents listed above to be sent to the persons listed above at the addresses listed in the Supplemental Declaration of Louis Tompros in Compliance with Court's October 30, 2025 Order.  I deposited a sealed envelope of the documents listed above with FedEx with tracking.

4.    **By Electronic Mail:** I caused the documents listed above to be sent to the persons listed above at the e-mail addresses that I have used to correspond about this case with Mr. Ripps and Mr. Cahen.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1

    PROOF OF SERVICE

1        I declare under penalty of perjury according to the laws of the United States

2    of America that the foregoing is true and correct.

3

4    Executed in Massachusetts on November 4, 2025.

5

6                    /s/  *Louis W. Tompros*

7                    Louis W. Tompros (*pro hac vice*)
                louis.tompros@wilmerhale.com

8                    **WILMER CUTLER PICKERING**
                 **HALE AND DORR LLP**

9                    60 State Street
                Boston, MA 02109

10                   Telephone: (617) 526-6000
                Fax: (617) 526-5000

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                            2

28    Case No. 2:22-cv-04355-JFW-RAO            PROOF OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all attorneys of record via the Court's ECF system on November 4, 2025 and on Ryder Ripps and Jeremy Cahen via FedEx to their addresses of record.

By: /s/ *Louis W. Tompros*

Louis W. Tompros

3

Case No. 2:22-cv-04355-JFW-RAO

PROOF OF SERVICE