Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorneys for Plaintiff Yuga Labs, Inc.*

Henry Nikogosyan, State Bar No. 326277
henry.nikogosyan@nclslaw.com
**NCLS, PLLC**
5940 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118 USA
Telephone: (725) 900-1520

*Attorney for Defendants Ryder Ripps and Jeremy Cahen (limited appearance for settlement negotiations)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUGA LABS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW(RAO)<br><br>**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**<br><br>District Judge: Hon. John F. Walter<br><br>Mag. Judge: Hon. Rozella A. Oliver<br><br>Complaint Filed: June 24, 2022<br><br>Trial Date: August 11, 2026 |

1    Pursuant to the Court's September 15, 2025 Amended Scheduling and Case Management Order, ECF No. 559, Plaintiff Yuga Labs, Inc. ("Plaintiff") and Defendants Ryder Ripps and Jeremy Cahen (together, "Defendants") conducted a mediation on February 27, 2026 before Hon. Shashi H. Kewalramani (Ret.).[1] The parties now respectfully submit this Joint Report following the mediation.

While the parties did not reach a settlement at the mediation, they anticipate further discussions through counsel and with the assistance of the mediator in the coming weeks. The parties will promptly advise the Court if a settlement is reached.

Dated:  March 5, 2026                    Respectfully submitted,

                                         HUESTON HENNIGAN LLP


                                         By: */s/ Moez M. Kaba*
                                             Moez M. Kaba
                                             Michael H. Todisco

                                             *Attorneys for Plaintiff Yuga Labs, Inc.*


                                         NCLS, PLLC


                                         By: */s/ Henry Nikogosayan*
                                             Henry Nikogosyan

                                             *Attorney for Defendants Ryder Ripps and Jeremy Cahen for limited purpose of settlement*

---

[1] Judge Kewalramani can be contacted by phone at 714-335-4590, or by email at skewalramani@jamsadr.com.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Moez M. Kaba attests that concurrence in the filing of this document has been obtained from Henry Nikogosyan

By: */s/ Moez M. Kaba*
Moez M. Kaba