Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 866-4825

*Attorneys for Plaintiff Yuga Labs, Inc.*

Henry Nikogosyan, SBN. 326277
henry.nikogosyan@nclslaw.com
**NCLS, PLLC**
5940 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118 USA
Telephone: (725) 900-1520

*Attorney for Defendants Ryder Ripps
and Jeremy Cahen (limited
appearance for settlement
negotiations)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW(RAO)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:        Hon. John F. Walter<br>Magistrate:   Hon. Rozella A. Oliver |

NOTICE OF SETTLEMENT

Pursuant to the Court's September 15, 2025 Amended Scheduling and Case Management Order (ECF No. 559) and the Parties' March 5, 2026 Joint Report re: Results of Settlement Conference (EF No. 570), Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen report that they have reached an agreement to resolve all claims in this action.  Shortly after filing this notice, the Parties will file proposed stipulated injunctions reached as part of the settlement.

Dated:  April 7, 2026                              Respectfully submitted,

                                                  HUESTON HENNIGAN LLP


                                                  By: /s/ Michael H. Todisco
                                                      Michael H. Todisco

                                                      *Attorneys for Plaintiff Yuga Labs, Inc.*


                                                  NCLS, PLLC


                                                  By: /s/ Henry Nikogosayan
                                                      Henry Nikogosyan

                                                      *Attorney for Defendants Ryder Ripps and Jeremy Cahen for limited purpose of settlement*

- 1 -
NOTICE OF SETTLEMENT

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Michael H. Todisco attests that concurrence in the filing of this document has been obtained from Henry Nikogosyan

By: */s/ Michael H. Todisco*
Michael H. Todisco