UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC., | Case No.: 2:22-cv-04355-JFW(RAOx) |
| Plaintiff, | **ORDER APPROVING STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT JEREMY CAHEN** |
| v. | |
| RYDER RIPPS, JEREMY CAHEN, | Judge:        Hon. John F. Walter |
| Defendants. | Magistrate: Hon. Rozella A. Oliver |

Having considered the Stipulated Permanent Injunction as to Jeremy Cahen (the "Stipulated Injunction") in the above captioned action between Plaintiff Yuga Labs, Inc. and Defendant Jeremy Cahen (together, the "Parties"), and good cause appearing, the Stipulation is APPROVED and:

**IT IS HEREBY ORDERED** that the Stipulated Permanent Injunction as to Jeremy Cahen, filed concurrently herewith, is entered by the Court.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce the terms of the Stipulated Permanent Injunction as to Jeremy Cahen.

**IT IS FURTHER ORDERED** that the Parties shall comply with all deadlines and obligations set forth in the Stipulated Permanent Injunction, including without limitation the transfer, removal, and certification requirements specified therein.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
HON. JOHN F. WALTER
United States District Judge