Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 866-4825

*Attorneys for Plaintiff Yuga Labs, Inc.*

Henry Nikogosyan, SBN. 326277
henry.nikogosyan@nclslaw.com
**NCLS, PLLC**
5940 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118 USA
Telephone: (725) 900-1520

*Attorney for Defendants Ryder Ripps*
*and Jeremy Cahen (limited appearance*
*for settlement negotiations)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGA LABS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RYDER RIPPS, JEREMY CAHEN,<br><br>Defendants. | Case No. 2:22-cv-04355-JFW(RAO)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Judge:       Hon. John F. Walter<br>Magistrate:  Hon. Rozella A. Oliver |

JOINT STIPULATION FOR DISMISSAL

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and ECF Nos. 575 - 576 (Stipulated Injunctions), Plaintiff Yuga Labs, Inc. and Defendants Ryder Ripps and Jeremy Cahen (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to dismissal of this action with prejudice.

Each Party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  April 15, 2026                    Respectfully submitted,

HUESTON HENNIGAN LLP


By: */s/ Michael H. Todisco*
    Michael H. Todisco

    *Attorneys for Plaintiff Yuga Labs, Inc.*

NCLS, PLLC


By: */s/ Henry Nikogosayan*
    Henry Nikogosyan

    *Attorney for Defendants Ryder Ripps
    and Jeremy Cahen for limited
    purpose of settlement*

- 1 -
JOINT STIPULATION FOR DISMISSAL

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Michael H. Todisco attests that concurrence in the filing of this document has been obtained from Henry Nikogosyan.

By: */s/ Michael H. Todisco*
Michael H. Todisco

- 2 -
JOINT STIPULATION FOR DISMISSAL