# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-04355-JFW-RAOx          Date April 15, 2026

Title: Yuga Labs, Inc. v. Ripps, et al.

Present: The Honorable John F. Walter, U.S. District Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:    ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other JS-6 on docket no. 577

☐  Entered _____.

Initials of Preparer _____ sr _____